# Exhibit 20

**From:** Schrock, Ray C.
**Sent:** 5/2/2012 7:26:46 PM
**To:** Wofford, Keith H.; 'Kathy D. Patrick'; Lee, Gary S.; Devine, Timothy; Powell, Jeff; Donovan, Daniel T.
**Cc:** Cieri, Richard M.; Martin, D. Ross; Scott A. Humphries; David Sheeren; #PROJECTRODEO
**Subject:** RE: Steering Committee (Confidential/Subject to FRE 408)

Hey Keith,

Hope you are well. I've cc'd the relevant K&E parties.

We're representing the parent, so we'll defer to ResCap on doc distributions, etc. Please keep us in the loop. Happy to facilitate.

Be good.

Ray.


Ray C. Schrock
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(Tel) (212) 446-4828
(Fax) (212) 446-4900
(Cell) (917) 446-1009
ray.schrock@kirkland.com


IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

---

**From:** Wofford, Keith H. [mailto:Keith.Wofford@ropesgray.com]
**Sent:** Wednesday, May 02, 2012 6:22 PM
**To:** 'Kathy D. Patrick'; Lee, Gary S.; Devine, Timothy
**Cc:** Cieri, Richard M.; Schrock, Ray C.; Martin, D. Ross; Scott A. Humphries; David Sheeren
**Subject:** RE: Steering Committee

Dear ResCap/Ally Group:

We are digesting the package with Kathy and preparing for some of the expected questions for our group:

In that connection, we would request that you provide us with as many of the following as possible, as soon as possible (and of course without prejudice to further requests):

1. A current organizational chart of Ally, ResCap and their respective subsidiaries

2. All debt and security documents for the money-borrowed debt of ResCap and its subsidiaries, including the junior secured bonds, Ally/intercompany debt, and the legacy unsecured bonds (reflecting the exit consents done at the time of the exchanges)

3. De-consolidated financials for year-end 2009, 2010, 2011, and if available, quarter-ends for those years as well. Audited if available, otherwise unaudited.

4. Sources and uses (historical) of the outstanding Ally loan amounts and any other intercompany balances

5. Expected sources and uses of the DIP financing

6. Any tax sharing or tax allocation agreements between Ally and ResCap/subsidiaries, and any payments under such agreements.

I expect that we will ask for more as the discussions progress, but please let us know on the foregoing items.

Many thanks.

Regards,
Keith


**Keith H. Wofford**
**ROPES & GRAY LLP**
T +1 212 841 8816 | M +1 917 570 5071 | F +1 646 728 1664
1211 Avenue of the Americas
New York, NY 10036-8704
keith.wofford@ropesgray.com
www.ropesgray.com

Circular 230 Disclosure (R&G): To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Wednesday, May 02, 2012 4:54 PM
**To:** Lee, Gary S.; Devine, Timothy
**Cc:** Cieri, Richard M.; Schrock, Ray C.; Wofford, Keith H.; Martin, D. Ross; Scott A. Humphries; Kathy D. Patrick; David Sheeren
**Subject:** RE: Steering Committee

Gary and All:

The presentation is helpful, but we still cannot see how the collateral packages tie into the lien creditors—and we need to understand that. Ross and Keith will come back to you with a list of the additional documents we need (i.e. deconsolidated financials and indentures and security agreements for the debt), but please plan to address those issues tomorrow.

Thanks,

KP

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Wednesday, May 02, 2012 11:14 AM
**To:** Lee, Gary S.; Kathy D. Patrick; Devine, Timothy
**Cc:** Rosten, Linda; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Kathy, attached is the deck we are presenting tomorrow at 4. Can you have your SC members sign NDAs before you share the materials and please note the following caveats:


The presentation has been prepared based upon financial and other data provided to FTI Consulting, Inc. ("FTI") from the management and staff of Residential Capital, LLC. ("ResCap" or the "Company").

 The presentation is preliminary and for illustrative purposes only and is subject to further revision which may result in material changes.

 The presentation contains material nonpublic information regarding the Company and is being provided on a strictly confidential and privileged basis.



Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com


---

**From:** Lee, Gary S.
**Sent:** Tuesday, May 01, 2012 5:00 PM
**To:** 'Kathy D. Patrick'; Devine, Timothy
**Cc:** Rosten, Linda; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Kathy, 4pm Thurs is going to work - Tim will send you an invite for a webinar.

I will forward a revised presentation deck for circulation to your SC (who need to sign NDAs before its delivered to them by you). We will run through the deck Thurs with the SC (it contains the additional info we discussed yesterday).



Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Tuesday, May 01, 2012 3:44 PM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

One of our key Steering Cmte members is not available until 4 Eastern. Could that work?

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, May 01, 2012 2:31 PM
**To:** Kathy D. Patrick
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Yes Eastern. Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Tuesday, May 01, 2012 3:31 PM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Eastern, yes? Will check and confirm. KP

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, May 01, 2012 2:28 PM
**To:** Kathy D. Patrick
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** Steering Committee

Kathy:

Please let us know if 3 pm – 4 pm Thursday works for a web meeting with the steering committee.

Thanks again.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter

addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------



*************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00049014