# Exhibit 21

| | |
|---|---|
| **From:** | Ruckdaschel, John |
| **Sent:** | Friday, April 27, 2012 4:16 PM |
| **To:** | Kathy D. Patrick |
| **Cc:** | Hamzehpour, Tammy; Devine, Timothy; Smith, Bradley - (Dorsey & Whitney); Zellmann, Patty - MN |
| **Subject:** | RE: CONFIDENTIAL: Data Template |

Hi, Kathy. We are discussing internally, but I note the table on the lower right hand side of what I sent you previously (I believe I've successfully pasted it below), which is the aggregate numbers in millions by principal balance.    REDACTED

REDACTED

| GSE Repurchase Requests 04-08 Vintage | | | |
|---|---|---|---|
| | Original Balance (MM) | | |
| Vintage | Delivered | Repurchased | % of Issuance |
| REDACTED | | | |

**John G. Ruckdaschel**
**Ally**  Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505
John.Ruckdaschel@ally.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

---

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Friday, April 27, 2012 10:20 AM
**To:** Ruckdaschel, John
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Smith, Bradley - (Dorsey & Whitney); Zellmann, Patty - MN
**Subject:** RE: CONFIDENTIAL: Data Template

John –

1

Any word on the rest of the GSE Data or when we might schedule a call regarding the withdrawal rates?

Thanks,

Kathy


**Kathy Patrick**
Gibbs & Bruns LLP | 1100 Louisiana Suite 5300 | Houston TX 77002
713.751.5253 o.| 713.750.0903 f. | www.gibbsbruns.com
**kpatrick@gibbsbruns.com**

---

**From:** Ruckdaschel, John [mailto:John.Ruckdaschel@ally.com]
**Sent:** Monday, April 16, 2012 10:59 AM
**To:** Kathy D. Patrick
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Smith, Bradley - (Dorsey & Whitney); Zellmann, Patty - MN
**Subject:** CONFIDENTIAL: Data Template

THIS EMAIL IS CONFIDENTIAL AND SUBJECT TO THE CONFIDENTIALITY AGREEMENT.

Hi, Kathy. Attached is the template populated with aggregated data we have been able to pull together over the past few weeks.

We have included various footnotes to provide clarification on certain of the columns. This is a big project for our business folks and some of the concepts or data points may be tracked by our servicing team in a different way than the template would call for. For example, they have information readily available for historic 90 + delinquencies (columns H, I, J and K), but not 60 + as originally suggested in the template. As a result, we would be happy to put together a meeting or call with the business to walk through all such items to the extent you and your colleagues have questions.

Please let us know your thoughts. Looking forward to our discussion.

Regards,

## John G. Ruckdaschel
**Ally**  Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505
John.Ruckdaschel@ally.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

Confidential Professional Eyes Only                                    ALLY_PEO_0028926