# Exhibit 22

| | |
|---|---|
| **From:** | Lee, Gary S. <GLee@mofo.com> |
| **Sent:** | Thursday, May 03, 2012 12:14 PM |
| **To:** | ross.martin@ropesgray.com; rkielty@centerviewpartners.com |
| **Cc:** | keith.wofford@ropesgray.com; kpatrick@gibbsbruns.com; Devine, Timothy; mpuntus@centerviewpartners.com; mark.renzi@fticonsulting.com; Hamzehpour, Tammy; Lee, Gary S. |
| **Subject:** | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |

Ross. We are going to give you access to the data room we set up for the bondholders which will have all that you want (and much more). Can you liase with Ryan Kielty (of Centerview) on access on who will want to go into the dataroom. You will need to sign an NDA (and Kathy can give that to you).

I am free to speak at 130 today if that works.

Regards,


------Original Message------
From: Martin, D. Ross
To: Gary Lee
Cc: Wofford, Keith H.
Subject: Fwd: Steering Committee (Confidential/Subject to FRE 408)
Sent: May 3, 2012 7:24 AM

Gary,

It's been a long time since Genuity. Good to see (by email so far) you again.

Should we get a call together today to get started on this?

-- Ross

Begin forwarded message:

From: "Schrock, Ray C." <rschrock@kirkland.com<mailto:rschrock@kirkland.com>>
Date: May 2, 2012 7:26:46 PM EDT
To: "Wofford, Keith H." <Keith.Wofford@ropesgray.com<mailto:Keith.Wofford@ropesgray.com>>, "'Kathy D. Patrick'" <kpatrick@gibbsbruns.com<mailto:kpatrick@gibbsbruns.com>>, "Lee, Gary S." <GLee@mofo.com<mailto:GLee@mofo.com>>, "Devine, Timothy" <Timothy.Devine@ally.com<mailto:Timothy.Devine@ally.com>>, "Powell, Jeff" <jpowell@kirkland.com<mailto:jpowell@kirkland.com>>, "Donovan, Daniel T." <ddonovan@kirkland.com<mailto:ddonovan@kirkland.com>>
Cc: "Cieri, Richard M." <rcieri@kirkland.com<mailto:rcieri@kirkland.com>>, "Martin, D. Ross" <Ross.Martin@ropesgray.com<mailto:Ross.Martin@ropesgray.com>>, "Scott A. Humphries" <SHumphries@gibbsbruns.com<mailto:SHumphries@gibbsbruns.com>>, David Sheeren <dsheeren@gibbsbruns.com<mailto:dsheeren@gibbsbruns.com>>, #PROJECTRODEO <ProjectRodeo@Kirkland.com<mailto:ProjectRodeo@Kirkland.com>>
Subject: RE: Steering Committee (Confidential/Subject to FRE 408)

Hey Keith,

Hope you are well. I've cc'd the relevant K&E parties.

We're representing the parent, so we'll defer to ResCap on doc distributions, etc. Please keep us in the loop. Happy to facilitate.

Be good.

Ray.

1

Confidential                                                                                                                                                          ALLY_0143690

Ray C. Schrock
KIRKLAND & ELLIS LLP
601 Lexington Avenue

------Original Message Truncated------

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900

glee@mofo.com


--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

Confidential                                                                                                    ALLY_0143691