# Exhibit 24

Outlook E-mail

12-12020-mg    Doc 2813-24    Filed 02/01/13    Entered 02/01/13 16:43:05    Exhibit 24
Pg 2 of 2

**From:** Kathy D. Patrick
**Sent:** 5/7/2012 8:57:15 PM
**To:** Lee, Gary S.; Kathy D. Patrick
**Subject:** Re: I'm on with client now. Free up at 9.

OK. Just got off with my clients.

Please flag for yours that the number you suggested is a problem. At a defect rate of 22 percent, the stated claim is 10.0 billion. That insulates the settlement substantially from objectors because it is certainly within the realm of reason. I can deliver a deal at 10 bn. Please get your last and best.


Kathy D. Patrick
Gibbs & Bruns, L.L.P.

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Monday, May 07, 2012 07:40 PM
**To:** Kathy D. Patrick
**Subject:** I'm on with client now. Free up at 9.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00049153