# Exhibit 25

Outlook E-mail

**From:** Lee, Gary S.
**Sent:** 5/7/2012 9:08:39 PM
**To:** Devine, Timothy; Hamzehpour, Tammy; rcieri@kirkland.com; rschrock@kirkland.com; Cancelliere, Jeff - PA; mark.renzi@fticonsulting.com; Thompson, William - Legal Dept - PA; Delehey, Lauren - PA; Ruckdaschel, John
**Cc:** Nashelsky, Larren M.; Lee, Gary S.
**Subject:** KP

---

KP - after several calls this evening - has come back at 10bn (all in pls and rw) with a 22pc defect rate. Her view is that she can get her clients there, its within industry benchmark etc. She doesn't think there's much room but is asking for last and best. She thinks this number allows her to dis-arm other rmbs holders as this ties to other rmbs defect rates. Mark, can we do a separate model with wrapped at 18pc of total, 10bn total, 3pc pls at gmac - in addition to the other model you are doing for KP. Want to see what this does to to GUCs and JSBs. Happy to discuss-hear views.

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                    RC-9019_00060340