# Exhibit 26

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00060346