# Exhibit 27

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061349

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061350

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061351