# Exhibit 28

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00049155

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00049156