# Exhibit 29

**From:** Lee, Gary S.
**Sent:** 5/9/2012 9:12:19 AM
**To:** 'Timothy.Devine@ally.com'; 'tammy.hamzehpour@ally.com'; 'john.ruckdaschel@ally.com'; 'rcieri@kirkland.com'; 'rschrock@kirkland.com'; Levitt, Jamie A.; 'jeff.cancelliere@gmacrescap.com'; 'William.Thompson@ally.com'; 'Lauren.Delehy@gmacrescap.com'; 'mark.renzi@fticonsulting.com'
**Cc:** Lee, Gary S.
**Subject:** Re: Talcott Franklin

---

We can send him a revised agreement and psa when we get next draft from kp.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Devine, Timothy
**To:** Hamzehpour, Tammy ; Ruckdaschel, John ; Cieri, Richard M. ; Lee, Gary S.; Schrock, Ray C. ; Levitt, Jamie A.; Cancelliere, Jeff - PA ; Thompson, William - Legal Dept - PA ; Delehey, Lauren - PA ; Renzi, Mark
**Sent:** Wed May 09 09:04:24 2012
**Subject:** Talcott Franklin

Good news.

Talcott Franklin called me.

He is very favorably inclined to support and participate in what we're doing.

He says he can move quickly, but he has not yet obtained client support – given his very diffuse client pool.  He is confident he can deliver.

He is, on his own, speaking with trustee DB on potential mechanics of a potential deal.  I told him I assume he will do what he needs to do subject to all the nda and other considerations to be in position to deliver instructions to trustees, etc. as any settlement will require.

Jeff C: will you please update the team as to how much more participation in RFC and GMACM that Talcott Franklin's participation would deliver?

I let him know that there are deals moving quickly and that he should be prepared to show full support.  He stated that he sees the value in the plan we have developed and that the alternatives are all much worse.

I told him that the BK lawyers will be in best position from our side to tell him how to manifest his support.

I think he would like to sign something pre-petition.  I certainly am not the right person to negotiate that with him.  As you recall, we sent him a draft of the settlement agreement and PSA early on.

I would appreciate feedback as to next steps.

Thanks.

Tim


Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477