# Exhibit 35

Outlook E-mail

**From:**     Devine, Timothy
**Sent:**      4/19/2012 9:28:16 AM
**To:**         Hamzehpour, Tammy; Lee, Gary S.
**Subject:**   RE: KP is ready willing and able for Wed aftn -- are we good?

Thanks Tammy for your flexibility.

Linda R is checking times now. I will plan to fly into the city on Wednesday morning so let's pencil start time around noon for our own team, 1:30 for KP? Does that make sense?

It will be Kathy Patrick along with her partner Scott Humphries, with whom Tammy and I met in MPLS.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Hamzehpour, Tammy
**Sent:** Thursday, April 19, 2012 9:25 AM
**To:** Devine, Timothy; Lee, Gary S.
**Subject:** RE: KP is ready willing and able for Wed aftn -- are we good?

Yes, ok with me. And, actually, I can be in NY for an earlier meeting if that works out better with schedules. I decided to do this meeting and one other, then go to Minneapolis Thursday morning.

---

**From:** Devine, Timothy
**Sent:** Thursday, April 19, 2012 9:11 AM
**To:** Lee, Gary S.; Hamzehpour, Tammy
**Subject:** KP is ready willing and able for Wed aftn -- are we good?

Thanks again for quick and energetic work on this.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477



CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                    RC-9019_00048958