# Exhibit 36

Outlook E-mail

**From:** Devine, Timothy
**Sent:** 5/9/2012 9:03:30 AM
**To:** Lee, Gary S.
**Cc:** Cieri, Richard M.; Schrock, Ray C.
**Subject:** KP

---

Gary: as I told you on the phone, Ally will support the $8.7 billion allowed claim. There is no new Ally money. Hard stop at 750 + 200 + 100. Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477



CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                   RC-9019_00049196