# Exhibit 40

Outlook E-mail

| | |
|---|---|
| **From:** | Levitt, Jamie A. |
| **Sent:** | 5/5/2012 10:04:46 PM |
| **To:** | Jerry@talcottfranklin.com |
| **Cc:** | Devine, Timothy; Tal@talcottfranklin.com; paul@talcottfranklin.com; Lee, Gary S.; Hamzehpour, Tammy |
| **Subject:** | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC |

Jerry,

We are fine with your changes, except the following two that we cannot accept:

1. On Page 2, please delete the added language regarding Schedule 1: "by written notice to Talcott of the information to be disclosed as far in advance of its disclosure as practicable and, upon request, such Person must use all reasonable commercial efforts to obtain assurances that confidential treatment will be accorded to such information." We think we provided more than adequate protections already for the confidentiality of Ex I and cannot be bound to your additional language.

2. On Page 3, please delete the language you added re use of Eval Material in court: "except to rebut a statement or filing made in a court of law or equity that materially misrepresents or is contrary to Evaluation Material provided to Talcott, and only then not without a court order based on a hearing after notice where such hearing includes an in camera viewing by the court of the disputed statement or filing and related Evaluation Material." This is precisely what you cannot do and we will not be able to share Eval Material with you if you wish to use it in court in any fashion.

Finally, we thought Deutsche Bank Trust Co. Americas and QO3 Investors LLC were within your plaintiff group. If so, please add them to Schedule I.

Jerry, if agreeable to you, please make the changes above and circulate the NDA for signature.

Thanks.

Jamie

---

**From:** Jerry Phelps
**To:** Lee, Gary S.
**Cc:** Timothy.Devine@ally.com ; Talcott J. Franklin ; Paul Snyder ; Levitt, Jamie A.
**Sent:** Fri May 04 18:09:56 2012
**Subject:** Meeting Monday 9 am Eastern at Morrison & Foerster NYC

Here are the NDA with our changes and a Schedule I. We adapted the NDA to reflect our position as legal counsel rather than as a purchaser, made confidentiality protections reciprocal, and limited the NDA restrictions to the Evaluation Material in one or two places. Blacklined NDA attached also.

F. Jerry Phelps, Of Counsel
Talcott Franklin P.C.
Cell: 214-505-2680
Direct: 972-423-0681
Main: 214-736-8730
Jerry@talcott franklin.com

---

**From:** <Levitt>, Jamie Levitt <jlevitt@mofo.com>
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>
**Cc:** Timothy Devine <Timothy.Devine@ally.com>, Tal Franklin <tal@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, "Lee, Gary S." <GLee@mofo.com>
**Subject:** RE: Meeting Tomorrow?

Jerry,

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                    RC-9019_00061586

Attached is an NDA for the meeting. Please complete the plaintiff list on EX. 1.

Thanks.

Jamie

---

**From:** Lee, Gary S.
**Sent:** May 03, 2012 3:02 PM
**To:** 'Jerry@talcottfranklin.com'
**Cc:** Levitt, Jamie A.; 'Timothy.Devine@ally.com'; 'Tal@talcottfranklin.com'; 'paul@talcottfranklin.com'
**Subject:** Re: Meeting Tomorrow?

Thanks Jerry.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From**: Jerry Phelps
**To**: Lee, Gary S.
**Cc**: Levitt, Jamie A.; Timothy.Devine@ally.com ; Talcott J. Franklin; Paul Snyder
**Sent**: Thu May 03 14:45:08 2012
**Subject**: Re: Meeting Tomorrow?

OK. Paul D. Snyder and I (full name is Francis Jerry Phelps) will attend the meeting the 9 am meeting in your offices. We will send you a client list.

Thanks



On May 3, 2012, at 11:26 AM, Lee, Gary S. wrote:

> Jerry, I know its not ideal but will you be able to cover a 9am start monday? We have some material timing issues.
>
>
> Gary S. Lee
> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, NY 10104-0050
> T. 212.468.8042
> F. 212.468.7900
> glee@mofo.com
>
> ---
>
> **From:** Jerry Phelps
> **To:** Levitt, Jamie A.; Devine, Timothy
> **Cc:** Talcott J. Franklin ; Paul Snyder ; Lee, Gary S.
> **Sent:** Thu May 03 11:03:17 2012
> **Subject:** Re: Meeting Tomorrow?
>
> In a prior email Tal had indicated that he is in NYC on trial on Monday. He is available before trial, starting at

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061587

7 am or after trial starting about 5 pm. Can you two be available then?

On May 3, 2012, at 8:23 AM, Levitt, Jamie A. wrote:

> We are available at 9am NY time on Monday.  Please confirm that works for you and if you will be calling or coming in person.  If anyone us coming in person, I will need names for our security desk.
>
> Thanks.
>
> Jamie
>
> ---
>
> **From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
> **Sent:** May 02, 2012 10:49 PM
> **To:** 'Tal@talcottfranklin.com'; 'paul@talcottfranklin.com'; 'Jerry@talcottfranklin.com'; Levitt, Jamie A.
> **Subject:** Re: Meeting Tomorrow?
>
> Thanks Tal. Will get back to you re timing. Tomorrow is tight, friday won't work, so perhaps Monday. Can do in person in NY or by net meeting.
>
> Jamie Levitt from MoFo will send you nda.
>
> Thanks.
>
> Tim
>
> ---
>
> **From:** Talcott J. Franklin <Tal@talcottfranklin.com>
> **To:** Devine, Timothy; Paul Snyder <paul@talcottfranklin.com>; Jerry Phelps <Jerry@talcottfranklin.com>
> **Sent:** Wed May 02 19:58:09 2012
> **Subject:** Re: Meeting Tomorrow?
>
> Tim:
> Please reply all with the NDA.  On meeting, are we talking in person or by phone?  In person I can meet on Friday.  Tomorrow I am in trial but could talk after 5, if that doesn't work, Paul and/or Jerry can handle it for me.  In any event, we do want to meet.
> Tal
>
> ---
>
> **From:** "Devine, Timothy" <Timothy.Devine@ally.com>
> **Date:** Wed, 2 May 2012 12:32:26 -0500
> **To:** Talcott Franklin <tal@talcottfranklin.com>
> **Subject:** Meeting Tomorrow?
>
> Tal: sorry for quiet period -- we're swamped -- do you have time to meet tomorrow, along the lines you and I previously discussed?
> We can share current status of the potential filing, various outcomes through the "waterfall" depending on different potential scenarios.
>
> If so, we'll send you an nda.  I can talk later this evening.
>
> If tomorrow doesn't work, how does Monday midday look?
>
> Thanks Tal.
>
> Tim

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061588

Timothy A. Devine

Chief Counsel - Litigation

Ally Financial Inc. Legal Staff

200 Renaissance Center

M/C: 482-B09-B11

Detroit, MI  48265

(313) 656-3477

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================
=

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------


DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061589

receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061590