# Exhibit 41

Outlook E-mail

| | |
|---|---|
| **From:** | Talcott J. Franklin |
| **Sent:** | 5/13/2012 9:33:53 PM |
| **To:** | Clark, Daniel E.; Jerry Phelps; Levitt, Jamie A. |
| **Subject:** | Re: Exhibit C to Settlement agreement - Fee Schedule |

The missing piece that we still need is (under 6.02) "the percentages of the Allowed Claim set forth on Exhibit B" (which is now C). Obviously GB/RG don't care how we split our fees with co-counsel, but I have a feeling they will care if we are getting a larger percentage than they are. So what are the percentages?

---

**From:** <Clark>, "Daniel E." <DClark@mofo.com>
**To:** Jerry Phelps <Jerry@talcottfranklin.com>, "Levitt, Jamie A." <JLevitt@mofo.com>
**Cc:** Talcott Franklin <tal@talcottfranklin.com>
**Subject:** RE: Exhibit C to Settlement agreement - Fee Schedule

Exhibit B is attached. As for the fee schedule, I believe that we need an Exhibit C from you which details the split between your firm and your co counsel.

---

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Sunday, May 13, 2012 9:09 PM
**To:** Levitt, Jamie A.; Clark, Daniel E.
**Cc:** Talcott J. Franklin
**Subject:** Re: Exhibit C to Settlement agreement - Fee Schedule

Thanks

F. Jerry Phelps, Of Counsel
Talcott Franklin P.C.
Cell: 214-505-2680
Direct: 972-423-0681
Main: 214-736-8730
Jerry@talcottfranklin.com

---

**From:** <Levitt>, Jamie Levitt <jlevitt@mofo.com>
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>, "Daniel E. Clark" <DClark@mofo.com>
**Cc:** Tal Franklin <tal@talcottfranklin.com>
**Subject:** RE: Exhibit C to Settlement agreement - Fee Schedule

Dan is about to send it to you. and agree they were backwards, I switched them. Sending you execution copy of docs in 10 mins

---

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** May 13, 2012 9:06 PM
**To:** Clark, Daniel E.
**Cc:** Levitt, Jamie A.; Talcott J. Franklin
**Subject:** Re: Exhibit C to Settlement agreement - Fee Schedule

We were supposed to get the legal fee exhibit from you (requested again a couple hours ago) and were told later that it was still being drafted. Is it done yet? By the way, in our draft it appears that Exhibit B and Exhibit C are backwards and need to be switched.

F. Jerry Phelps, Of Counsel
Talcott Franklin P.C.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                     RC-9019_00048666

Cell: 214-505-2680
Direct: 972-423-0681
Main: 214-736-8730
Jerry@talcottfranklin.com

---

**From:** <Clark>, "Daniel E. Clark" <DClark@mofo.com>
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>
**Cc:** Jamie Levitt <jlevitt@mofo.com>, Tal Franklin <tal@talcottfranklin.com>
**Subject:** Exhibit C to Settlement agreement - Fee Schedule

Jerry -

We will need you (as soon as possible, please) to provide a fee schedule for the law firms in your agreement, which will be attached as exhibit C to the Settlement Agreement.

Thanks,
Dan Clark

```
Daniel E. Clark
Associate
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
(212)336-4386
```

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written

to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00048668