# Exhibit 42

Outlook E-mail

**From:** Lee, Gary S.
**Sent:** 5/9/2012 10:54:16 AM
**To:** 'Timothy.Devine@ally.com'; 'rschrock@kirkland.com'; 'rcieri@kirkland.com'; 'Tammy.Hamzehpour@gmacrescap.com'
**Cc:** Lee, Gary S.
**Subject:** Re: KP. Privileged. (Subject to FRE 408)

We will be seeking Rescap board approval today. Does Ally's Board need to approve as it is signing the PSA and Rescap is agreeing to settle a claim in excess of 25mm which requires Ally approval under Ally's governance framework. Please let us know.

Thanks,

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Devine, Timothy
**To:** Lee, Gary S.; rschrock@kirkland.com ; rcieri@kirkland.com
**Sent:** Wed May 09 10:05:53 2012
**Subject:** RE: KP. Privileged. (Subject to FRE 408)

And the set-off curve ball must be waived. No value.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Wednesday, May 09, 2012 10:01 AM
**To:** rschrock@kirkland.com; Devine, Timothy
**Cc:** rcieri@kirkland.com; Lee, Gary S.
**Subject:** Re: KP. Privileged. (Subject to FRE 408)

That's what I gather.                    REDACTED


------Original Message------
From: Schrock, Ray C.
To: Timothy A. Devine
To: Gary Lee
Cc: Cieri, Richard M.
Subject: RE: KP. Privileged. (Subject to FRE 408)
Sent: May 9, 2012 9:06 AM

(And Gary, as you know, the pure cash number in the settlement agreement as Plan Sponsor is $750MM. I do not want this lost in translation among the group please.)



CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                     RC-9019_00049216

Ray C. Schrock KIRKLAND & ELLIS LLP 601 Lexington Avenue New York, NY 10022 (Tel) (212) 446-4828 (Fax) (212) 446-4900 (Cell) (917) 446-1009 ray.schrock@kirkland.com IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein. The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

From: Devine, Timothy [mailto:Timothy.Devine@ally.com] Sent: Wednesday, May 09,

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                               RC-9019_00049217