# Exhibit 44

Outlook E-mail

| | |
|---|---|
| **From:** | Cancelliere, Jeff - PA |
| **Sent:** | 5/8/2012 11:00:44 AM |
| **To:** | Lee, Gary S.; Devine, Timothy; rcieri@kirkland.com |
| **Cc:** | Ruckdaschel, John; rschrock@kirkland.com; Levitt, Jamie A.; mark.renzi@fticonsulting.com; Solomon, William Legal |
| **Subject:** | RE: Are you available |

---

One of the drivers for the lower defect from her standpoint is due to better performance on the loans as well as servicing efficiency.

---

From: Lee, Gary S. [GLee@mofo.com]
Sent: Tuesday, May 08, 2012 9:59 AM
To: Devine, Timothy; rcieri@kirkland.com
Cc: Ruckdaschel, John; Cancelliere, Jeff - PA; rschrock@kirkland.com; Levitt, Jamie A.; mark.renzi@fticonsulting.com; Solomon, William Legal; Lee, Gary S.
Subject: Re: Are you available

Jeff is trying to understand her BoA exhibit and then we may have a clearer view. In reality - lehman was 35pc, she says boa was 36, and 22pc is lower than we thought we would end up with. She is taking the discount already because its bk dollars not boa dollars.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

From: Devine, Timothy
To: Devine, Timothy ; Lee, Gary S.; 'rcieri@kirkland.com'
Cc: Ruckdaschel, John ; Cancelliere, Jeff - PA ; 'rschrock@kirkland.com' ; Levitt, Jamie A.; 'Renzi, Mark' ; Solomon, William Legal
Sent: Tue May 08 10:46:04 2012
Subject: RE: Are you available

Folks:

Light bulb moment:

Isn't the obvious answer that KP states her 22% - 11 billion or whatever – and then takes an appropriate haircut (analogous to the 36% to 14% haircut she took in BoA) to get to a lower $ number ($8B?) as stipulated allowed claim?

If you all agree, please help me enunciate in simple terms what the haircut is based on and we can work out who talks it through with KP.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

From: Devine, Timothy
Sent: Tuesday, May 08, 2012 7:15 AM
To: Lee, Gary S.; 'rcieri@kirkland.com'
Cc: Ruckdaschel, John; Cancelliere, Jeff - PA; 'rschrock@kirkland.com'; JLevitt@mofo.com; Renzi, Mark; Solomon, William Legal
Subject: FW: Are you available

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                       RC-9019_00060347

Here's KP's version – the BoA settlement was not at 14% but at 36% -- and then haircut to the risk that BoA would not be responsible for Countrywide if the matter was litigated rather than settled.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

_____

From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Tuesday, May 08, 2012 1:19 AM
To: Devine, Timothy
Subject: Re: Are you available

No, that's wrong:  the BofA defect rate was over 30%.  BofA ARGUED with us that the defect rate was 14%, which is why that is scenario 1 in the spreadsheet that BNY's expert used--but the ACTUAL defect rate we used, and settled on, was 36%.  That would be scenario 3 or 4 in our spreadsheet, which is in the BNY expert report, too.  I'm at a loss to understand why ResCap and Ally won't just look at the spreadsheet we used in BofA--because the scenarios in it track exactly what I've said.  BofA argued for a vastly lower defect rate, which we rejected; they paid based on our much higher defect rate, which we accepted.

Importantly, the 36% defect rate we used for BofA was before litigation discounts, a primary one of which was the risk--which has obtained here--that Countrywide would go into bankruptcy.  But for that risk, and the insolvency of Countrywide, the size of the CLAIM that we calculated against BofA was $32 billion.  That's why I keep telling you that what we got from them was 25.7 cents on the dollar:  the CLAIM size was $32 billion against them, and we settled for $8.5 billion, which is a recovery of 25.7 cents on the dollar based on a defect rate of 36%.  Here, we've got a CLAIM size of more than $10 billion on which, as a practical matter, the recovery will be far less due to ResCap's bankruptcy.

Below is the relevant set of comparisons:

BofA Original Face:  $432 billion                            ResCap OF:  $220 billion
BofA Current Face at Settlement:  $163 billion    ResCap CF:  $63 billion
BofA Claim Size:         $32.5 billion                       ResCap Claim Size:  $10 billion
BofA Defect vs. Losses:  36%                               ResCap Defect vs. Losses  22.2%
BofA Settlement:  $8.5 billion                                 ResCap Settlement:  whatever is distributed
BofA Settlement vs. Claim Size:  25.7 cents        ResCap Settlement:  distrib. amt / $10 billion

That's why the numbers you're giving me don't make any sense, either with regard to our BofA Settlement--because the numbers you have are just wrong--or by virtue what we know about ResCap.  We've analyzed and assessed what we think is ResCap's actual exposure:  if we were using the same, 36% defect rate we used with Bank of America, the claim size for ResCap would be well in excess of $18 billion.  Instead, we've offered to resolve by agreeing to a claim size of $10 billion.

Thus, the claim size is not just ratably lower based on issuance size, it is actually lower as a result of our analysis of the ResCap defect rate vs. Countrywide's.  ResCap will have problems not just with us but with every investor if you try to suggest that the defect rate is a lot lower than where we've analyzed it:  you can't reconcile that with the data, the accrued losses or the allegations in existing and future lawsuits.

Bottom line:  you are getting a lower defect rate, but it's a realistic rate based on accurate data and using the same methodology we used before.

Kathy Patrick
Gibbs & Bruns LLP
713.751.5253

On May 8, 2012, at 12:12 AM, "Devine, Timothy" > wrote:

I'm getting lots of pressure on valuation now.  BoA 8.5 billion represents 14 defect rate, correct?  Everything we know about our product - from origination through pooling through reps and diligence throughg servicing - makes our folks believe we are better (lower) than Countrywide by a large margin.  I am being asked to explain how we could agree to a defect rate 150 of Countrywide's.

----- Original Message -----
From: Kathy D. Patrick >
To: Devine, Timothy; Kathy D. Patrick >
Sent: Mon May 07 21:15:14 2012
Subject: Re: Are you available

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                                                        RC-9019_00060348

Sure.  713 972 4695

Kathy D. Patrick
Gibbs & Bruns, L.L.P.

----- Original Message -----
From: Devine, Timothy [mailto:Timothy.Devine@ally.com]
Sent: Monday, May 07, 2012 08:10 PM
To: Kathy D. Patrick
Subject: Re: Are you available

May I call you in 15 minutes?  Sorry.

----- Original Message -----
From: Kathy D. Patrick >
To: Devine, Timothy
Sent: Mon May 07 19:57:18 2012
Subject: Are you available

At 830 Eastern tonight?
Where can I reach you?

Kathy D. Patrick
Gibbs & Bruns, L.L.P.

----------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------