# Exhibit 45

Outlook E-mail

**From:** Princi, Anthony
**Sent:** 5/13/2012 7:25:47 PM
**To:** 'Devine, Timothy'; Scott A. Humphries; Kathy D. Patrick; Levitt, Jamie A.
**Cc:** Lee, Gary S.; Clark, Daniel E.; Newton, James A.; nornstein@kirkland.com; Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
**Subject:** RE: Settlement documents -- confidential

---

Don't believe the terms of the agreements allow for that but if K&E disagrees please let us know ASAP.

We spoke to Kathy and resolved the issues and are going to be circulating final, execution versions of the agreements soon.

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Sunday, May 13, 2012 7:09 PM
**To:** Princi, Anthony; Scott A. Humphries; Kathy D. Patrick; Levitt, Jamie A.
**Cc:** Lee, Gary S.; Clark, Daniel E.; Newton, James A.; nornstein@kirkland.com; Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
**Subject:** RE: Settlement documents -- confidential

If there is any discussion about the total $ for allowed claims arising out of these issuances – wrapped, unwrapped, monoline, trust, whatever (excepting securities law claims) – going over $8.7 billion then we have no deal. Ally did not, cannot and will not approve it.

I am sure I misunderstood the notes below.

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Princi, Anthony [mailto:APrinci@mofo.com]
**Sent:** Sunday, May 13, 2012 7:05 PM
**To:** Scott A. Humphries; Kathy D. Patrick; Levitt, Jamie A.
**Cc:** Lee, Gary S.; Clark, Daniel E.; Newton, James A.; nornstein@kirkland.com; Devine, Timothy; Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
**Subject:** RE: Settlement documents -- confidential

Gary is calling Kathy to deal with all this.

---

**From:** Scott A. Humphries [mailto:SHumphries@gibbsbruns.com]
**Sent:** Sunday, May 13, 2012 7:05 PM
**To:** Scott A. Humphries; Princi, Anthony; Kathy D. Patrick; Levitt, Jamie A.
**Cc:** Lee, Gary S.; Clark, Daniel E.; Newton, James A.; nornstein@kirkland.com; Timothy.Devine@ally.com; Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
**Subject:** RE: Settlement documents -- confidential

<< File: 30507447-v11-Revised Plan Support Agreement (RG 513 draft).docx >>  << File: Change-Pro Redline - 30507447-v10-Revised Plan Support Agreement (MoFo 513 draft) and 30507447-v11-Revised Plan Support Agreement (RG 513 draft).pdf >>

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                  RC-9019_00051061

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                    RC-9019_00051062