# Exhibit 52

CONFIDENTIAL

# Ally Financial Inc. Audit Committee

## Mortgage Contingencies Review with Disclosure Benchmarking

July 27, 2011



RC40021335

# Table of Contents



|  | Page |
|---|---|

|  |  |
|---|---|
| • Summary | 3 |
| • Rep & Warranty Claims | 4 |
| • Rep & Warranty Litigation | 10 |
| • Securities Litigation | 11 |
| • Foreclosure Matters | 12 |
| • Proposed Q2 Form 10-Q Disclosure | 13 |
| • Earnings Release Disclosure Matrix | 14 |
| • Rep & Warranty Form 10-Q Disclosure Matrix | 15 |
| • Rep & Warranty Disclosures – Q1 Form 10-Q | 16 |
| • Mortgage Litigation Disclosures – Q1 Form 10-Q | 18 |
| Appendix I:  Earnings Release Disclosure Excerpts |  |

Confidential

CONFIDENTIAL

REDACTED

RC40021337

Confidential

3

REDACTED

4

Confidential

REDACTED

5

Confidential

CONFIDENTIAL

RC400021339

REDACTED

CONFIDENTIAL

Confidential

6

RC400213401

REDACTED

7

CONFIDENTIAL

Confidential

RC400213415

REDACTED

CONFIDENTIAL

Confidential

RC400213442

REDACTED

9

Confidential

CONFIDENTIAL

RC400021343

REDACTED

CONFIDENTIAL

Confidential

10

RC400213444

REDACTED

CONFIDENTIAL

Confidential

RC400213345

CONFIDENTIAL

12

Confidential

RC400213461

REDACTED

CONFIDENTIAL

RC4002134

Confidential

13

CONFIDENTIAL

Confidential

RC400021348

14

CONFIDENTIAL

RC40021349

Confidential

15

REDACTED

16

Confidential

CONFIDENTIAL

RC400213S0

REDACTED

CONFIDENTIAL

RC400021351

Confidential

REDACTED

CONFIDENTIAL

Confidential

RC40021352

REDACTED

19

Confidential
CONFIDENTIAL
RC400021353

REDACTED

CONFIDENTIAL
RC40021354

REDACTED

CONFIDENTIAL

RC40021355

Confidential

21

REDACTED

CONFIDENTIAL

RC400213356

Confidential

22

REDACTED

Page 41

CONFIDENTIAL

Confidential

RC40021357

CONFIDENTIAL

REDACTED

RC40021358

Confidential

24

CONFIDENTIAL

25

Confidential

RC40021359

REDACTED

CONFIDENTIAL

RC40021360

Confidential

REDACTED

CONFIDENTIAL

RC40021361

Confidential

CONFIDENTIAL

RC400021362

Confidential

28

CONFIDENTIAL

RC40021363

29

Confidential