# Exhibit 53

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093818

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                    RC-9019_00093819

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093820

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093823

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                    RC-9019_00093824

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093825

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093826

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093827

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                     RC-9019_00093829

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093830

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY	RC-9019_00093831