# Exhibit 54



# Audit Committee
## Supplemental Materials
### April 27, 2012

RC40074012

Confidential

RC40074013

RC40074014

REDACTED
RC40074015

REDACTED

RC40074016

REDACTED

RC40074017

REDACTED

RC40074018

REDACTED

RC40074019

RC40074020

RC40074021

RC40074022

REDACTED

RC40074023

12-12020-mg    Doc 2813-54    Filed 02/01/13    Entered 02/01/13 16:43:05    Exhibit 54
Pg 14 of 17

RC40074024

RC40074025

REDACTED

RC40074026

RC40074027