# Exhibit 70

MINUTES of a Regular Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held by teleconference on due notice on December 5, 2008, at 8:05 a.m. (Eastern).

PRESENT:    David J. DeBrunner
Karin Hirtler-Garvey
Ronald J. Kravit
Thomas Marano
Edward F. Smith, III
David C. Walker
Joshua B. Weintraub
James N. Young

constituting a quorum of the Board. Mr. Alvaro G. de Molina was not in attendance.

Jonathan J. Centurino, Lisa Gray, Tammy Hamzehpour, Gerald Lombardo, Thomas Neary, Corey B. Pinkston, Cathy L. Quenneville, Anthony N. Renzi, Scott Robertson, David Stadler were also in attendance. Ari Lefkovits from Lazard Freres & Co. (Special Investment Advisors for ResCap); Jack Levy and Joseph T. Moldovan from Morrison Cohen LLP (Legal Counsel to the Independent Directors); and James R. Tanenbaum from Morrison & Foerster LLP were also in attendance.

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.

### Minutes

The minutes of a series of prior meetings, which had been previously distributed to the members of the Board, were presented for approval. Mr. Marano requested that approval of the minutes be tabled to allow additional time for review. The Board had no objection and it was agreed that approval of outstanding meeting minutes will be accomplished via email upon completion of the Chairman's review of such minutes.

### State of ResCap Information Technology
REDACTED

1

CONFIDENTIAL                                                                                                    RC40005939

REDACTED

2

CONFIDENTIAL

RC40005940

REDACTED

3

CONFIDENTIAL

RC40005941

REDACTED

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 10:00 a.m. The reports presented at this meeting are on file with the Secretary.

DATED December 5, 2008.

*[signature]*
Secretary

CONFIDENTIAL    RC40005942