# Exhibit 71

MINUTES of a Regular Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held on due notice at 1177 Avenue of the Americas, New York, New York, on February 24, 2010, at 12:10 p.m. (Eastern).

PRESENT:    Thomas F. Marano
            Edward F. Smith, III
            Pamela E. West

constituting a quorum of the Board. Mr. James N. Young joined the meeting in progress.

Invited guests in attendance were Steven M. Abreu, Tammy Hamzehpour, Amanda Norton, and Cathy L. Quenneville. Jay Remis from Madison Place Partners was also in attendance. Gerald A. Lombardo (by telephone) and Adam D. Glassner (by telephone) were in attendance for a portion of the meeting.

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.
REDACTED

1

CONFIDENTIAL                                                                                                          RC40018736

REDACTED

2

CONFIDENTIAL                                                                                                                                                        RC40018737

REDACTED

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 4:00 p.m. The reports presented at this meeting are on file with the Secretary.

DATED February 24, 2010.

*[signature]*
Secretary

CONFIDENTIAL                                                                                          RC40018738