# Exhibit 74

MINUTES of a Regular Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held by teleconference on May 6, 2011, at 10:05 a.m. (Eastern).

PRESENT:    Steven M. Abreu
            Thomas F. Marano
            Edward F. Smith III
            Pamela E. West
            James N. Young

who are all the members of the Board.

Invited guests in attendance were Tammy Hamzehpour and Cathy L. Quenneville. Invited guests in attendance for a portion of the meeting were Diane Citron, Timothy A. Devine, Gerald A. Lombardo, Amanda Norton, Joseph B. Ruhlin, and Mark H. Weintraub.

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.

### *Minutes*

The minutes of Board meetings held on March 9, 2011 and April 1, 2011, which had been previously distributed to the members of the Board, were approved as presented.

REDACTED

1

CONFIDENTIAL    RC40018456

REDACTED

2

CONFIDENTIAL  RC40018457

REDACTED

3

CONFIDENTIAL RC40018458

REDACTED

4

CONFIDENTIAL RC40018459

REDACTED

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 11:50 a.m. The charts presented at this meeting are on file with the Secretary.

DATED May 6, 2011.

*[signature]*
Secretary

5

CONFIDENTIAL                                                                RC40018460