# Exhibit 75

MINUTES of a Regular Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held by teleconference on July 1, 2011, at 9:00 a.m. (Eastern).

PRESENT:    Steven M. Abreu
            Thomas F. Marano
            Edward F. Smith III
            Pamela E. West
            James M. Whitlinger

who are all the members of the Board.

Invited guests in attendance were Tammy Hamzehpour and Cathy L. Quenneville. Invited guests in attendance for a portion of the meeting were James Candelmo, Diane Citron, Timothy A. Devine, Sonya E. McCumber, Joseph B. Ruhlin, and Michael T. Scarseth.

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.

### Minutes

The minutes of the Board meeting held on May 6, 2011, which had been previously distributed for review by the members of the Board, were presented for approval. After discussion, it was agreed that the minutes will be circulated for approval by Written Consent of the Board following clarification of matters relating to the Consent Order presentation and a determination of the need for additional language on this topic in the minutes.

REDACTED

1

CONFIDENTIAL                                                                                                   RC40018628

REDACTED

2

CONFIDENTIAL                                                                                                    RC40018629

REDACTED

3

CONFIDENTIAL                                                                                                                                           RC40018630

REDACTED

**4**

CONFIDENTIAL
RC40018631

REDACTED

5

CONFIDENTIAL                                                                                                          RC40018632

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 11:20 a.m. The charts presented at this meeting are on file with the Secretary.

DATED July 1, 2011.

_____
Secretary

6

CONFIDENTIAL							RC40018633