# Exhibit 76

# Exhibit 76

MINUTES of a Special Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held on due notice by teleconference on October 4, 2011, at 5:00 p.m. (ET).

PRESENT:    Steven M. Abreu
Thomas F. Marano
Edward F. Smith III
Pamela E. West
James M. Whitlinger

who are all the members of the Board.

Invited guests in attendance were Tammy Hamzehpour and Cathy L. Quenneville. Invited guests in attendance for a portion of the meeting were Jill M. Horner, Gerald A. Lombardo, and Joseph B. Ruhlin (by telephone).

Invited advisors in attendance were Michael Connolly and David Lerner from Morrison Cohen LLP, and Nilene R. Evans, Gary S. Lee, Larren M. Nashelsky, and James R. Tanenbaum from Morrison & Foerster LLP.

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.

REDACTED

1

CONFIDENTIAL    RC40018690

REDACTED

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 6:00 p.m. The charts presented at this meeting are on file with the Secretary.

DATED October 4, 2011.

*[signature]*
Secretary

CONFIDENTIAL                                                                                             RC40018691

2