# Exhibit 77

*DRAFT*

## RESIDENTIAL CAPITAL, LLC
## AUDIT COMMITTEE

Minutes of the Meeting held by teleconference at 9:00 a.m. on November 4, 2011, pursuant to appropriate notice.

| | |
|---|---|
| Directors Present: | Pamela E. West, Audit Committee Chair |
| | Edward F. Smith, III |
| Secretary: | Cathy L. Quenneville |

Present by invitation:

*Members of the Residential Capital, LLC Board ("ResCap")* – Steven M. Abreu, ResCap President (for a portion of the meeting), and James M. Whitlinger, ResCap Chief Financial Officer.

*From Ally Financial Inc. ("Ally")* – David J. DeBrunner, Vice President, Chief Accounting Officer, and Corporate Controller, and Timothy A. Devine, Attorney.

*From ResCap* – Catherine M. Dondzila, Controller and Chief Accounting Officer; Daniel A. Tucci, Audit Director; and Barbara J. Westman, Senior Finance Director.

*From Deloitte & Touche LLP ("Deloitte")* – Tom A. Robinson and Brad Stevenson.

*From Morrison Cohen LLP* – Jack Levy, partner.

Ms. West called the meeting to order. Ms. West began the meeting explaining that the purpose of the meeting was to review, among other things, ResCap's 2011 third quarter financial statements.

**REDACTED**

1

CONFIDENTIAL            RC40021793

*DRAFT*

REDACTED

2

CONFIDENTIAL RC40021794

*DRAFT*

REDACTED

*DRAFT*

3

CONFIDENTIAL RC40021795

*DRAFT*

REDACTED

4

CONFIDENTIALRC40021796

*DRAFT*

REDACTED

### EXECUTIVE SESSION

The members of the Committee and Mr. Levy met in executive session with Messrs. Robinson and Stevenson.

### ADJOURNMENT

There being no further business to come before the Audit Committee, the meeting was adjourned at 10:55 a.m. The reports and charts presented at this meeting are on file with the Secretary.

Dated as of: November 4, 2011

_____
Cathy L. Quenneville, Secretary

CONFIDENTIAL                                                                 RC40021797