# Exhibit 78

MINUTES of a Special Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held on due notice by teleconference on November 25, 2011, at 11:00 a.m. (ET).

PRESENT:	Steven M. Abreu
Jonathan Ilany
John E. Mack
Thomas F. Marano
Edward F. Smith III
Pamela E. West
James M. Whitlinger

who are all the members of the Board.

Invited guests in attendance were Michael A. Carpenter (for a portion of the meeting), Donna M. DiCicco, Tammy Hamzehpour (for a portion of the meeting), and Gerald A. Lombardo (for a portion of the meeting).

Invited advisors in attendance for a portion of the meeting were Joseph T. Moldovan from Morrison Cohen LLP; Nilene Evans, Gary S. Lee, Larren M. Nashelsky, and James R. Tanenbaum from Morrison & Foerster LLP; and Karn Chopra, Samuel M. Greene, and Marc D. Puntus from Centerview Partners LLC.

The Chairman, Mr. Marano, presided and the Assistant Secretary, Ms. DiCicco, recorded.

REDACTED

1

CONFIDENTIAL	RC40018712

REDACTED

2

CONFIDENTIAL
RC40018713

REDACTED

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 12:30 p.m. The charts presented at this meeting are on file with the Secretary.

DATED November 25, 2011.

*D M DiCurio*
Assistant Secretary

3

CONFIDENTIAL                                                                                      RC40018714