# Exhibit 79

MINUTES of a Special Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held by teleconference on December 22, 2010, at 9:00 a.m. (Eastern).

PRESENT: Steven M. Abreu
Thomas F. Marano
Edward F. Smith, III
Pamela E. West
James N. Young

who are all the members of the Board.

Invited guests in attendance were Tammy Hamzehpour (for a portion of the meeting), Gerald A. Lombardo (for a portion of the meeting), Cathy L. Quenneville, and Joseph B. Ruhlin (for a portion of the meeting).

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.

REDACTED

REDACTED

2

CONFIDENTIAL

RC40018858

REDACTED

REDACTED

4

CONFIDENTIAL

RC40018860

REDACTED

5

CONFIDENTIAL

RC40018861

REDACTED

6

CONFIDENTIAL
RC40018862

REDACTED

ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 11:00 a.m. The charts presented at this meeting are on file with the Secretary.

DATED December 22, 2010.

Secretary

CONFIDENTIAL

RC40018863