# Exhibit 80

## RESIDENTIAL CAPITAL, LLC
## AUDIT COMMITTEE

Minutes of the Meeting held by teleconference at 10:30 a.m. on August 3, 2011, pursuant to appropriate notice.

| | |
|---|---|
| Directors Present: | Pamela E. West, Audit Committee Chair |
| | Edward F. Smith, III |
| Secretary: | Cathy L. Quenneville |

Present by invitation:

*Members of the Residential Capital, LLC Board ("ResCap")* – Thomas F. Marano, ResCap Chairman and Chief Executive Officer; Steven M. Abreu, ResCap President; and James M. Whitlinger, ResCap Chief Financial Officer.

*From Ally Financial Inc. ("Ally")* – James G. Mackey, Chief Financial Officer, and David J. DeBrunner, Vice President, Chief Accounting Officer, and Corporate Controller.

*From ResCap* – Catherine M. Dondzila, Controller and Chief Accounting Officer; Steven K. Fahs, Executive Director, Audit; and Daniel A. Tucci, Audit Director.

*From Deloitte & Touche LLP ("Deloitte")* – Carol Larson; David Reade; Tom A. Robinson, and Brad Stevenson.

*From Morrison Cohen LLP* – Eitan Tabak, Partner.

Ms. West called the meeting to order.

REDACTED

CONFIDENTIAL      RC40020613

REDACTED

2

CONFIDENTIAL
RC40020614

REDACTED

## ADJOURNMENT

There being no further business to come before the Audit Committee, the meeting was adjourned at 11:25 a.m. The reports and charts presented at this meeting are on file with the Secretary.

Dated as of: August 3, 2011

*Cathy L. Quenneville*
Cathy L. Quenneville, Secretary

3

CONFIDENTIAL

RC40020615