# Exhibit 81

# ResCap

To:     Members of the Residential Capital, LLC Audit Committee:

     Jonathan Ilany
     John Mack
     Ted Smith
     Pam West

cc:     Steve Abreu
     Tom Marano
     Jim Whitlinger

**Residential Capital, LLC Audit Committee Meeting**
**Monday, January 30, 2012, 2:30 – 4:30 pm (ET)**
Dial-in No.:  866-203-0920 / International No.:  206-445-0056
Conference Code:  53396-93036

The special telephonic meeting of the ResCap Audit Committee will be held
**Monday, January 30, 2012, from 2:30 to 4:30 pm (ET).**  The agenda and
supporting materials are attached.

All directors are invited to attend the meeting.  Please let me know if you are unable to
participate.  Feel free to contact me by phone (313.656.6301) or e-mail
(cathy.quenneville@ally.com) should you have any questions.  Thank you.

                             Cathy Quenneville
                                Secretary
                                1/27/12

Attachments

Additional cc:     Ann Cummings          Jim Mackey
                 Cathy Dondzila          Joe Moldovan
                 Tammy Hamzehpour     Tom Robinson
                 Carol Larson          Bill Solomon
                 David Lerner          Brad Stevenson
                 Jack Levy          Dan Tucci

CONFIDENTIAL

# ResCap Audit Committee
## Monday, January 30, 2012
## 2:30 – 4:30 pm (ET)

### AGENDA

1. **Approval of Minutes of meeting held December 19, 2011**       (5 min)       2:30 pm
   *Pam West*

2. **Information Security Update**       (20 min)       2:35 am
   *Deborah Wheeler*

3. **Approval of 2011 Preliminary Earnings and Review of**       (75 min)       2:55 am
   **Accounting and Disclosure Matters**
   *Jim Whitlinger and Cathy Dondzila*

4. **Executive Session**       (20 min)       4:10 pm
   i.    Management
   ii.   Deloitte
   iii.  Audit Director

CONFIDENTIAL

*DRAFT*

## RESIDENTIAL CAPITAL, LLC
## AUDIT COMMITTEE

Minutes of the Meeting held by teleconference at 9:00 a.m. on December 19, 2011, pursuant to appropriate notice.

| | |
|---|---|
| Directors Present: | Pamela E. West, Audit Committee Chair |
| | Jonathan Ilany |
| | John E. Mack |
| | Edward F. Smith, III |
| | |
| Recording Secretary: | Katherine M. Skover. |

Present by invitation:

*Member of the Residential Capital, LLC Board ("ResCap")* – James M. Whitlinger, ResCap Chief Financial Officer.

*From Ally Financial Inc. ("Ally")* – Ann Cummings, General Auditor.

*From ResCap* – Catherine M. Dondzila, Controller and Chief Accounting Officer; and Daniel A. Tucci, Audit Director.

*From Deloitte & Touche LLP ("Deloitte")* – Tom A. Robinson and Brad Stevenson.

*From Morrison Cohen LLP* – Jack Levy, partner.

Ms. West called the meeting to order and Ms. Skover recorded.

### MINUTES

The minutes of the Audit Committee meeting held November 4, 2011, which had been previously distributed for review by members of the Committee, were approved as presented.

### REDACTED

1

CONFIDENTIAL                                                                                    RC40021856

REDACTED

2

CONFIDENTIAL

RC40021857

REDACTED

3

CONFIDENTIAL

RC40021858

REDACTED

4

CONFIDENTIAL

*DRAFT*

REDACTED

5

CONFIDENTIAL    RC40021860

CONFIDENTIAL

RC40021861

CONFIDENTIAL

RC400021862

CONFIDENTIAL

REDACTED

RC400021863

CONFIDENTIAL

RC40021864

REDACTED

CONFIDENTIAL

RC400021865

REDACTED

CONFIDENTIAL

RC400021866

CONFIDENTIAL

REDACTED

RC400021867

REDACTED

CONFIDENTIAL

REDACTED

CONFIDENTIAL

RC40021869

REDACTED

CONFIDENTIAL

RC400021870

REDACTED

REDACTED

CONFIDENTIAL

RC40021872

CONFIDENTIAL

REDACTED

RC40021873

REDACTED

CONFIDENTIAL

RC40021874

REDACTED

CONFIDENTIAL

RC400021875

CONFIDENTIAL

REDACTED

RC400021876

REDACTED

CONFIDENTIAL

RC40021877

CONFIDENTIAL

RC40021878

REDACTED

CONFIDENTIAL

RC40021879

CONFIDENTIAL

RC40021880

REDACTED

CONFIDENTIAL
RC40021881

REDACTED

CONFIDENTIAL

REDACTED

CONFIDENTIAL

RC40021883

REDACTED

CONFIDENTIAL

RC40021884

CONFIDENTIAL

RC40021885

CONFIDENTIAL

CONFIDENTIAL

RC40021887

REDACTED

CONFIDENTIAL

RC40021888

REDACTED

CONFIDENTIAL

RC40021889

REDACTED

CONFIDENTIAL

CONFIDENTIAL

RC40021891