# Exhibit 83

MINUTES of a Special Meeting the Board of Residential Capital, LLC ("ResCap" or the "Company"), held on due notice at 1290 Avenue of the Americas, New York, New York, on January 25, 2012, at 12:24 p.m. (ET).

PRESENT:        Steven M. Abreu
                Jonathan Ilany
                John E. Mack
                Thomas F. Marano
                Edward F. Smith III
                Pamela E. West
                James M. Whitlinger

constituting all of the Board.  Mr. Smith participated by telephone.

Invited guest in attendance was Tammy Hamzehpour.

Invited advisers in attendance were Michael Connolly and Joseph T. Moldovan from Morrison Cohen LLP, and Nilene R. Evans, Gary S. Lee, Larren M. Nashelsky, Jamie A. Levitt, Anna T. Pinedo and James R. Tanenbaum from Morrison & Foerster LLP.

Additional invited guests in attendance were William J. Nolan and Mark Renzi from FTI Consultants, Inc.

The Chairman, Mr. Marano, presided; he requested that Ms Evans record the minutes.

Mr. Marano immediately moved the meeting into Executive Session.

REDACTED

CONFIDENTIAL

REDACTED

ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 5:30 p.m.

DATED January 25, 2012.

Nilene R. Evans, Recording Secretary

CONFIDENTIAL