# Exhibit 96

**In Re:**

*RESIDENTIAL CAPITAL, LLC, et al. v.*

*Case No. 12-12020-mg*

---

*A.M. SESSION ONLY*

*September 11, 2012*

---

*eScribers, LLC*

*(973) 406-2250*

*operations@escribers.net*

*www.escribers.net*

*To purchase copies of this transcript, please contact us by phone or email*



Min-U-Script® with Word Index

1

1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 12-12020-mg

5  - - - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  RESIDENTIAL CAPITAL, LLC, et al.,

9

10           Debtors.

11

12  - - - - - - - - - - - - - - - - - - - - -x

13

14           United States Bankruptcy Court

15           One Bowling Green

16           New York, New York

17

18           September 11, 2012

19           10:06 AM

20

21  B E F O R E:

22  HON. MARTIN GLENN

23  U.S. BANKRUPTCY JUDGE

24

25

RESIDENTIAL CAPITAL, LLC, ET AL.                    33

1  you is going to get the honors here.

2          Go ahead, Mr. Princi.

3          MR. PRINCI:  -- out of the 1,500 loan files requested,

4  they have 1,462 as of today, I'm informed.

5          In any event, Judge, let me get to the other points of

6  the status report.  Let me address the Holdco election.

7          First let me explain to the Court how that evolved and

8  let me explain to you why we are now, in light of the

9  objections that we got from certain parties, in the process of

10 removing it.

11         THE COURT:  Can I -- I don't want to interrupt for

12 this.

13         MR. PRINCI:  Please.

14         THE COURT:  The history is undoubtedly fascinating how

15 it got in there --

16         MR. PRINCI:  It's really not.

17         THE COURT:  -- and whether it comes out of there.  I'm

18 more interested in what it's going to be at the end of the day.

19         MR. PRINCI:  Okay.

20         THE COURT:  Okay?

21         MR. PRINCI:  So the Holdco election, Judge, simply

22 put, addressed the institutional investors' claim vis-a-vis the

23 parent debtor company, ResCap LLC.  ResCap LLC is a holding

24 company.  And ResCap LLC is not involved in the sale because

25 ResCap LLC isn't an operating company.  It doesn't have any of