# Exhibit 99

*In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Log of Documents Withheld for Privilege
Communications Authored by Gary Lee On or Before 5/13/12

| NO. | Sent Date | Begin Doc. No. | End Doc. No. | From | Recipients | CC | Subject | Emails authored by Lee on or before 5/13/12 |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/1/2012 | MFR9019_00280834 | MFR9019_00280835 | Beck, Melissa D. | Newton, James A.; Clark, Daniel E. | Levitt, Jamie A. | FW: PRIVILEGED RE: | 1 |
| 2 | 3/6/2012 | MFR9019_00280882 | MFR9019_00280882 | Levitt, Jamie A. | Hamzehpour, Tammy; Lee, Gary S. | | RE: Meeting mon | 1 |
| 3 | 3/14/2012 | MFR9019_00281070 | MFR9019_00281071 | Levitt, Jamie A. | Zellmann, Patty; Hamzehpour, Tammy | Lee, Gary S. | materials from Litigation Summit | 1 |
| 4 | 3/29/2012 | MFR9019_00281215 | MFR9019_00281216 | Barrage, Alexandra Steinberg | Lee, Gary S.; Levitt, Jamie A.; Princi, Anthony | Newton, James A. | RE: Rescap | 2 |
| 5 | 3/29/2012 | MFR9019_00281217 | MFR9019_00281217 | Lee, Gary S. | Barrage, Alexandra Steinberg; Levitt, Jamie A.; Princi, Anthony | Newton, James A.; Lee, Gary S. | Re: Rescap | 2 |
| 6 | 4/01/2012 | MFR9019_00281411 | MFR9019_00281414 | Clark, Daniel E. | Barrage, Alexandra Steinberg; Levitt, Jamie A.; Lee, Gary S.; Beck, Melissa D. | Princi, Anthony; Newton, James A. | RE: Bounce PLS Summary of Arguments Chart - 1.DOC | 3 |
| 7 | 4/3/2012 | MFR9019_00281742 | MFR9019_00281742 | Levitt, Jamie A. | Lee, Gary S.; Princi, Anthony | | Trustee claims | 1 |
| 8 | 4/5/2012 | MFR9019_00281748 | MFR9019_00281748 | Lee, Gary S. | Levitt, Jamie A. | | Re: Did you talk to tony re whether pls have 2 claims? | 2 |
| 9 | 4/5/2012 | MFR9019_00238779 | MFR9019_00238780 | Lee, Gary S. | Cancelliere, Jeff; Renzi, Mark; Levitt, Jamie A. | Whitlinger, Jim; Hamzehpour, Tammy; Nashelsky, Larren M.; Princi, Anthony; Lee, Gary S. | Re: Pls etc | 2 |
| 10 | 4/10/2012 | MFR9019_00281749 | MFR9019_00281750 | Lee, Gary S. | Levitt, Jamie A.; Beck, Melissa D.; Newton, James A. | | Fw: Financials | 3 |
| 11 | 4/13/2012 | MFR9019_00281771 | MFR9019_00281772 | Newton, James A. | Levitt, Jamie A. | | RE: Pls etc | 1 |
| 12 | 4/13/2012 | MFR9019_00075875 | MFR9019_00075876 | Lee, Gary S. | Hamzehpour, Tammy | Lee, Gary S. | Re: Tim Devine | 3 |
| 13 | 4/16/2012 | MFR9019_00075891 | MFR9019_00075891 | Lee, Gary S. | Lee, Gary S. | | 2pm | 1 |
| 14 | 4/18/2012 | MFR9019_00102428 | MFR9019_00102428 | Lee, Gary S. | Levitt, Jamie A. | | RE: Memo re call w/Devine re Kathy Patrick | 1 |
| 15 | 4/18/2012 | MFR9019_00075923 | MFR9019_00075923 | Chopra, Karn | Lee, Gary S.; Renzi, Mark | Levitt, Jamie A.; Puntus, Marc; Greene, Sam | RE: Pls | 1 |

*In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Log of Documents Withheld for Privilege
Communications Authored by Gary Lee On or Before 5/13/12

| NO. | Sent Date | Begin Doc. No. | End Doc. No. | From | Recipients | CC | Subject | Emails authored by Lee on or before 5/13/12 |
|---|---|---|---|---|---|---|---|---|
| 16 | 4/18/2012 | MFR9019_00281848 | MFR9019_00281848 | Princi, Anthony | Lee, Gary S.; Levitt, Jamie A. | | Re: Waterfall 101 | 1 |
| 17 | 4/19/2012 | MFR9019_00102453 | MFR9019_00102453 | Lee, Gary S. | Levitt, Jamie A. | | FW: Prep for Kathy Patrick Meeting ((866) 203-0920; Code 1389301002) Host 5963 | 1 |
| 18 | 4/19/2012 | MFR9019_00102454 | MFR9019_00102454 | Lee, Gary S. | Park, Liz; Levitt, Jamie A. | Nolan, William; Renzi, Mark | Re: Deck for Lazard | 1 |
| 19 | 4/24/2012 | MFR9019_00282942 | MFR9019_00282943 | Renzi, Mark | Lee, Gary S.; Nolan, William | Chopra, Karn; Levitt, Jamie A.; Nashelsky, Larren M.; Szymik, Filip; Park, Liz | RE: Prep for KP | 1 |
| 20 | 4/24/2012 | MFR9019_00281931 | MFR9019_00281934 | Clark, Daniel E. | Levitt, Jamie A. | | RE: Rescap -- plan/disclosure statement | 1 |
| 21 | 4/24/2012 | MFR9019_00076194 | MFR9019_00076196 | Nolan, William | Lee, Gary S. | Renzi, Mark; Park, Liz; Szymik, Filip | RE: Latest Kathy Patrick Deck | 1 |
| 22 | 4/26/2012 | MFR9019_00281936 | MFR9019_00281936 | Levitt, Jamie A. | Newton, James A. | | RE: R+w | 1 |
| 23 | 4/27/2012 | MFR9019_00102969 | MFR9019_00102971 | Lee, Gary S. | Levitt, Jamie A. | Lee, Gary S. | Re: Follow up to KP meeting and Data requests | 1 |
| 24 | 4/27/2012 | MFR9019_00102992 | MFR9019_00102995 | Cancelliere, Jeff | Lee, Gary S.; Renzi, Mark; Levitt, Jamie A.; Ruckdaschel, John | Nolan, William; McDonagh, Tim | RE: Privileged and Confidential | 1 |
| 25 | 4/30/2012 | MFR9019_00103075 RC-9019_00047812 | MFR9019_00103076 RC-9019_00047813 | Lee, Gary S. | Beasley, Duane; Ruckdaschel, John; Hamzehpour, Tammy; Devine, Timothy | Bent, Dennis; Howard, Martin; Levitt, Jamie A.; Lee, Gary S.; Newton, James A. | Re: 04-28-12 Draft - Memo re_Cash Flow Questions on Insured Securitizations | 1 |
| 26 | 4/30/2012 | MFR9019_00282974 | MFR9019_00282976 | Renzi, Mark | Lee, Gary S.; Devine, Timothy; Ruckdaschel, John | Hamzehpour, Tammy; Thompson, William; Cieri, Richard M.; Schrock, Ray C.; Zellmann, Patty; Levitt, Jamie A.; Cancelliere, Jeff | RE: Kathy Patrick, FHFA, MBIA, etc | 2 |

2

ny-1070046

*In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Log of Documents Withheld for Privilege
Communications Authored by Gary Lee On or Before 5/13/12

| NO. | Sent Date | Begin Doc. No. | End Doc. No. | From | Recipients | CC | Subject | Emails authored by Lee on or before 5/13/12 |
|---|---|---|---|---|---|---|---|---|
| 27 | 4/30/2012 | MFR9019_00282989 | MFR9019_00282991 | Devine, Timothy | Lee, Gary S.; Ruckdaschel, John | Hamzehpour, Tammy; Thompson, William; Cieri, Richard M.; Schrock, Ray C.; Zellmann, Patty; Levitt, Jamie A.; Renzi, Mark | RE: Kathy Patrick, FHFA, MBIA, etc | 1 |
| 28 | 4/30/2012 | MFR9019_00076255 | MFR9019_00076256 | Lee, Gary S. | Renzi, Mark; Levitt, Jamie A. | Nolan, William; Lee, Gary S. | Re: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx | 1 |
| 29 | 5/2/2012 | MFR9019_00076262 | MFR9019_00076262 | Renzi, Mark | Lee, Gary S. | Nolan, William | Contains Privileged Attorney Work Product | 1 |
| 30 | 5/3/2012 | MFR9019_00076310 | MFR9019_00076311 | Hamzehpour, Tammy | Lee, Gary S.; Kielty, Ryan | | Re: Kp | 2 |
| 31 | 5/3/2012 | MFR9019_00208297 | MFR9019_00208298 | Lee, Gary S. | Puntus, Marc; Kielty, Ryan; Hamzehpour, Tammy | Greene, Sam; Chopra, Karn; Weingarten, Benjamin H. | Re: Kathy Patrick Diligence | 1 |
| 32 | 5/3/2012 | MFR9019_00208303 | MFR9019_00208305 | Lee, Gary S. | Chopra, Karn; Kielty, Ryan; Hamzehpour, Tammy | Puntus, Marc; Greene, Sam; Weingarten, Benjamin H. | RE: Kathy Patrick Diligence | 2 |
| 33 | 5/3/2012 | MFR9019_00076389 | MFR9019_00076389 | Lee, Gary S. | Lee, Gary S. | Levitt, Jamie A. | Kp asks | 1 |
| 34 | 5/4/2012 | MFR9019_00283004 | MFR9019_00283005 | Devine, Timothy | Lee, Gary S.; Hamzehpour, Tammy | Levitt, Jamie A. | RE: Kathy Patrick | 1 |
| 35 | 5/4/2012 | MFR9019_00283009 | MFR9019_00283009 | Lee, Gary S. | Rosten, Linda; Schrock, Richard; Cieri, Richard | Devine, Timothy; Solomo, William B.; Hamzehpour, Tammy; Lee, Gary S. | Re: Lawsuits Alleging Securities Law Violations | 1 |
| 36 | 5/4/2012 | MFR9019_00097857 | MFR9019_00097858 | Levitt, Jamie A. | Lee, Gary S. | | Re: DRAFT: ResCap Noteholder Settlement Agreement (00315282-3).DOC | 3 |
| 37 | 5/4/2012 | MFR9019_00097859 | MFR9019_00097862 | Levitt, Jamie A. | Lee, Gary S. | | Fw: DRAFT: ResCap Noteholder Settlement Agreement (00315282-3).DOC | 1 |
| 38 | 5/4/2012 | MFR9019_00076425 | MFR9019_00076426 | Lee, Gary S. | Clark, Daniel E.; Levitt, Jamie A. | Newton, James A. | RE: ResCap Call | 1 |
| 39 | 5/4/2012 | MFR9019_00166756 | MFR9019_00166758 | Lee, Gary S. | Levitt, Jamie A.; Cancelliere, Jeff | | RE: Follow up to KP meeting and Data requests | 1 |

3

*In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Log of Documents Withheld for Privilege
Communications Authored by Gary Lee On or Before 5/13/12

| NO. | Sent Date | Begin Doc. No. | End Doc. No. | From | Recipients | CC | Subject | Emails authored by Lee on or before 5/13/12 |
|---|---|---|---|---|---|---|---|---|
| 40 | 5/4/2012 | MFR9019_00166765 | MFR9019_00166767 | Lee, Gary S. | Levitt, Jamie A.; Cancelliere, Jeff; Renzi, Mark | | Re: KP | 1 |
| 41 | 5/5/2012 | MFR9019_00076465 | MFR9019_00076467 | Newton, James A. | LEE Gary S.; Levitt, Jaime A. | Goren, Todd M.; Nashelsky, Larren M.; Clark, Daniel E. | Re: Plan Support Agreement | 1 |
| 42 | 5/5/2012 | MFR9019_00103568 | MFR9019_00103568 | Lee, Gary S. | Lee, Gary S.; Clark, Daniel E.; Newton, James A.; Levitt, Jamie A. | Nashelsky, Larren M.; Goren, Todd M. | Psa | 1 |
| 43 | 5/6/2012 | MFR9019_00076659 | MFR9019_00076659 | Newton, James A. | Lee, Gary S.; Levitt, Jamie A.; Clark, Daniel E. | | Re: Put back claims | 1 |
| 44 | 5/7/2012 | MFR9019_00076708 | MFR9019_00076708 | Levitt, Jamie A. | Lee, Gary S. | | Re: KP | 1 |
| 45 | 5/7/2012 | MFR9019_00203271 | MFR9019_00203271 | Lee, Gary S. | Delehey, Lauren | Thompson, William | RE: KP | 1 |
| 46 | 5/7/2012 | MFR9019_00208702 | MFR9019_00208702 | Lee, Gary S. | Lee, Gary S.; Hamzehpour, Tammy | | Tom m | 1 |
| 47 | 5/8/2012 | MFR9019_00076786 | MFR9019_00076789 | Beck, Melissa D. | Goren, Todd M.; Lee, Gary S.; Kohler, Kenneth E.; Nashelsky, Larren M.; Rosenbaum, Norman S.; Richards, Erica J. | | RE: Kp. | 4 |
| 48 | 5/8/2012 | MFR9019_00166887 | MFR9019_00166889 | Cancelliere, Jeff | Lee, Gary S.; Goren, Todd M.; Beck, Melissa D.; Nashelsky, Larren M. | | RE: PLS Set-off/Advances | 3 |
| 49 | 5/9/2012 | MFR9019_00591130 | MFR9019_00591131 | Hamzehpour, Tammy | Lee, Gary S. | | RE: KP | 2 |
| 50 | 5/9/2012 | MFR9019_00203283 | MFR9019_00203283 | Lee, Gary S. | Hamzehpour, Tammy; Thompson, William | | Kp | 1 |
| 51 | 5/9/2012 | MFR9019_00208720 | MFR9019_00208721 | Lee, Gary S. | Thompson, William; Hamzehpour, Tammy | | RE: Kp | 1 |

4

ny-1070046

*In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Log of Documents Withheld for Privilege
Communications Authored by Gary Lee On or Before 5/13/12

| NO. | Sent Date | Begin Doc. No. | End Doc. No. | From | Recipients | CC | Subject | Emails authored by Lee on or before 5/13/12 |
|---|---|---|---|---|---|---|---|---|
| 52 | 5/9/2012 | MFR9019_00166894 | MFR9019_00166897 | Cancelliere, Jeff | Beck, Melissa D.; Lee, Gary S.; Goren, Todd M.; Nashelsky, Larren M. | | RE: PLS Set-off/Advances | 1 |
| 53 | 5/9/2012 | MFR9019_00195662 | MFR9019_00195664 | Chopra, Karn | Lee, Gary S.; Renzi, Mark; Nashelsky, Larren M.; Ruckdaschel, John; Kohler, Kenneth E. | | Re: KP | 1 |
| 54 | 5/9/2012 | MFR9019_00076814 | MFR9019_00076815 | Nolan, William | Lee, Gary S. | | RE: Kp. | 1 |
| 55 | 5/9/2012 | MFR9019_00076826 | MFR9019_00076826 | Tanenbaum, James R. | Lee, Gary S. | | Re: Settlement | 1 |
| 56 | 5/9/2012 | MFR9019_00136249 | MFR9019_00136249 | Levitt, Jamie A. | Lee, Gary S.; Princi, Anthony | | RE: Carpenter lipps | 1 |
| 57 | 5/9/2012 | MFR9019_00136250 | MFR9019_00136250 | Lee, Gary S. | Princi, Anthony; Levitt, Jamie A. | | Re: Carpenter lipps | 1 |
| 58 | 5/9/2012 | MFR9019_00166937 | MFR9019_00166937 | Cancelliere, Jeff | Lee, Gary S.; Levitt, Jamie A. | | RE: [Subject Redacted Because It Contains Privileged Information] | 1 |
| 59 | 5/9/2012 | MFR9019_00208735 | MFR9019_00208735 | Lee, Gary S. | Hamzehpour, Tammy | | FW: Settlement_Draft.xls | 1 |
| 60 | 5/9/2012 | MFR9019_00166940 | MFR9019_00166941 | Cancelliere, Jeff | Levitt, Jamie A.; Lee, Gary S.; Renzi, Mark; Nashelsky, Larren M. | Hamzehpour, Tammy | Re: Settlement_Draft.xls | 1 |
| 61 | 5/9/2012 | MFR9019_00220018 | MFR9019_00220018 | Marano, Tom | Lee, Gary S. | | Re: Settlement_Draft.xls | 1 |
| 62 | 5/9/2012 | MFR9019_00136264 | MFR9019_00136264 | Lee, Gary S. | Mack, John E.; Ilany, Jonathan; West, Pamela; Abreu, Steve; Smith, Ted; Whitlinger, Jim; Marano, Tom | Hamzehpour, Tammy; Evans, Nilene R.; Tanenbaum, James R.; Nashelsky, Larren M.; Moldovan, Joe; Levy, Jack; Lerner, David; Connolly, Michael | Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET) - privileged and confidential attorney-client communication | 1 |
| 63 | 5/9/2012 | MFR9019_00195779 | MFR9019_00195780 | Lee, Gary S. | Ruckdaschel, John; Levitt, Jamie A. | | Re: Kp. | 1 |

*In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Log of Documents Withheld for Privilege
Communications Authored by Gary Lee On or Before 5/13/12

| NO. | Sent Date | Begin Doc. No. | End Doc. No. | From | Recipients | CC | Subject | Emails authored by Lee on or before 5/13/12 |
|---|---|---|---|---|---|---|---|---|
| 64 | 5/9/2012 | MFR9019_00195841 | MFR9019_00195842 | Ruckdaschel, John | Lee, Gary S. | | RE: Phoenix Residential Securities, LLC ("PRS") | 1 |
| 65 | 5/9/2012 | MFR9019_00195863 | MFR9019_00195864 | Lee, Gary S. | Ruckdaschel, John; Levitt, Jamie A. | | Re: Phoenix Residential Securities, LLC ("PRS") | 2 |
| 66 | 5/9/2012 | MFR9019_00203290 | MFR9019_00203292 | Lee, Gary S. | Delehey, Lauren; Thompson, William | | RE: KP | 3 |
| 67 | 5/9/2012 | MFR9019_00203293 | MFR9019_00203296 | Lee, Gary S. | Thompson, William; Delehey, Lauren | | RE: KP | 1 |
| 68 | 5/9/2012 | MFR9019_00076999 | MFR9019_00077002 | Levitt, Jamie A. | Evans, Nilene R.; Lee, Gary S.; Kohler, Kenneth E.; Chopra, Karn; Whitlinger, Jim | | Re: PSA Amendment "Ask" of KP Group | 2 |
| 69 | 5/9/2012 | MFR9019_00077003 | MFR9019_00077004 | Levitt, Jamie A. | Lee, Gary S. | | Re: PSA Amendment "Ask" of KP Group | 1 |
| 70 | 5/9/2012 | MFR9019_00077028 | MFR9019_00077029 | Levitt, Jamie A. | Lee, Gary S. | | Re: PSA Amendment "Ask" of KP Group | 2 |
| 71 | 5/10/2012 | MFR9019_00077068 | MFR9019_00077068 | Lee, Gary S. | Levitt, Jamie A.; Nashelsky, Larren M.; Lee, Gary S. | | Re: Timing of KP 9019 | 1 |
| 72 | 5/10/2012 | MFR9019_00077229 | MFR9019_00077235 | Levitt, Jamie A. | Evans, Nilene R. | Lee, Gary S. | Fw: PSA Amendment "Ask" of KP Group | 1 |
| 73 | 5/10/2012 | MFR9019_00077246 | MFR9019_00077248 | Chopra, Karn | Levitt, Jamie A.; Lee, Gary S.; Nashelsky, Larren M.; Evans, Nilene R. | | FW: Securities claims | 2 |
| 74 | 5/10/2012 | MFR9019_00220211 | MFR9019_00220212 | Lee, Gary S. | Hamzehpour, Tammy; Marano, Tom | Nashelsky, Larren M.; Horner, Jill; Freimuth, Renee L. | Re: Insurance. | 2 |
| 75 | 5/11/2012 | MFR9019_00078251 | MFR9019_00078252 | Beck, Melissa D. | Nashelsky, Larren M.; Lee, Gary S.; Goren, Todd M. | Richards, Erica J. | RE: ResCap Trustee List | 1 |
| 76 | 5/11/2012 | MFR9019_00137041 | MFR9019_00137042 | Lee, Gary S. | Clark, Daniel E; Beck, David A.; Battle, Jennifer A.L.; Princi, Anthony | Lipps, Jeffrey A.; Levitt, Jamie A.; Newton, James A. | RE: Allowed Claims and Fees language | 1 |
| 77 | 5/12/2012 | MFR9019_00078428 | MFR9019_00078428 | Levitt, Jamie A. | Lee, Gary S. | | Re: Kp | 2 |
| 78 | 5/12/2012 | MFR9019_00137523 | MFR9019_00137523 | Lee, Gary S. | Levitt, Jamie A.; Princi, Anthony | | Re: KP | 2 |

6

ny-1070046

*In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Log of Documents Withheld for Privilege
Communications Authored by Gary Lee On or Before 5/13/12

| NO. | Sent Date | Begin Doc. No. | End Doc. No. | From | Recipients | CC | Subject | Emails authored by Lee on or before 5/13/12 |
|---|---|---|---|---|---|---|---|---|
| 79 | 5/12/2012 | MFR9019_00137553 | MFR9019_00137553 | Lee, Gary S. | Princi, Anthony; Levitt, Jamie A. | | Re: KP | 1 |
| 80 | 5/12/2012 | MFR9019_00137593 | MFR9019_00137594 | Newton, James A. | Princi, Anthony; Levitt, Jamie A. | | RE: KP | 1 |
| 81 | 5/12/2012 | MFR9019_00167045 | MFR9019_00167047 | Cancelliere, Jeff | Lee, Gary S.; Lipps, Jeffrey A. | | RE: Can you prepare a Script for us. | 3 |
| 82 | 5/13/2012 | MFR9019_00087787 | MFR9019_00087792 | Cancelliere, Jeff | Newton, James A. | Lee, Gary S.; Levitt, Jaime A.; Clark, Daniel E. | RE: Favor | 9 |
| 83 | 5/13/2012 | MFR9019_00078581 | MFR9019_00078582 | Beck, Melissa D. | Lee, Gary S. | | RE: outline | 1 |
| 84 | 5/13/2012 | MFR9019_00200687 | MFR9019_00200689 | Lee, Gary S. | Ruckdaschel, John | | RE: outline | 2 |
| 85 | 5/13/2012 | MFR9019_00200690 | MFR9019_00200692 | Lee, Gary S. | Ruckdaschel, John; Crost, Katharine I.; Cancelliere, Jeff | | RE: outline | 1 |
| 86 | 5/13/2012 | MFR9019_00200704 | MFR9019_00200708 | Lee, Gary S. | Crost, Katharine I.; Cancelliere, Jeff; Ruckdaschel, John | | Re: outline | 1 |
| 87 | 5/13/2012 | MFR9019_00138384 | MFR9019_00138385 | Lee, Gary S. | Princi, Anthony; Levitt, Jamie A. | | Re: Talcott | 3 |
| 88 | 5/13/2012 | MFR9019_00138399 | MFR9019_00138400 | Lee, Gary S. | Levitt, Jamie A.; Princi, Anthony; Clark, Daniel E.; Nashelsky, Larren M.; Newton, James A. | | Fw: Revised outline | 1 |
| 89 | 5/13/2012 | MFR9019_00078731 | MFR9019_00078732 | Lee, Gary S. | Lee, Gary S. | | FW: Revised outline | 1 |
| 90 | 5/13/2012 | MFR9019_00138839 | MFR9019_00138841 | Levitt, Jamie A. | Lee, Gary S.; Clark, Daniel E.; Princi, Anthony; Newton, James A. | | RE: New allowed claim language | 4 |
| 91 | 5/13/2012 | MFR9019_00200886 | MFR9019_00200890 | Lee, Gary S. | Crost, Katharine I.; Ruckdaschel, John; Cancelliere, Jeff | | RE: outline | 1 |
| 92 | 5/13/2012 | MFR9019_00138891 | MFR9019_00138894 | Newton, James A. | Lee, Gary S.; Levitt, Jamie A.; Clark, Daniel E.; Princi, Anthony | | RE: New allowed claim language | 1 |

7

*In re Residential Capital, LLC, et al.*, Chapter 11 Case No. 12-12020 (MG)

Log of Documents Withheld for Privilege
Communications Authored by Gary Lee On or Before 5/13/12

| NO. | Sent Date | Begin Doc. No. | End Doc. No. | From | Recipients | CC | Subject | Emails authored by Lee on or before 5/13/12 |
|---|---|---|---|---|---|---|---|---|
| 93 | 5/13/2012 | MFR9019_00138940 | MFR9019_00138940 | Lee, Gary S. | Clark, Daniel E.; Levitt, Jamie A.; Princi, Anthony; Newton, James A. | | RE: Allowed claim language with indemnity excluded | 1 |
| 94 | 5/13/2012 | MFR9019_00078853 | MFR9019_00078853 | Lee, Gary S. | Levitt, Jamie A. | Lee, Gary S. | Re: Allowed claim language with indemnity excluded | 1 |
| 95 | 5/13/2012 | MFR9019_00078919 | MFR9019_00078919 | Princi, Anthony | Levitt, Jamie A. | Lee, Gary S.; Newton, James A.; Clark, Daniel E. | FW: Names | 1 |
| 96 | 5/13/2012 | MFR9019_00200942 | MFR9019_00200946 | Lee, Gary S. | Crost, Katharine I.; Ruckdaschel, John; Cancelliere, Jeff | Dunne, Daniel J.; Howard, Martin B.; Mitchell, Thomas C. | RE: Further revised outline | 1 |
| 97 | 5/13/2012 | MFR9019_00104438 | MFR9019_00104443 | Newton, James A. | Cancelliere, Jeff; Lee, Gary S.; Nashelsky, Larren M. | Levitt, Jamie A. | RE: Project Bounce - KP Settlement | 1 |
| 98 | 5/13/2012 | MFR9019_00200992 | MFR9019_00200996 | Ruckdaschel, John | Lee, Gary S.; Levitt, Jamie A. | | RE: Further revised outline | 1 |
| 99 | 5/13/2012 | MFR9019_00203475 | MFR9019_00203476 | Hamzehpour, Tammy | Thompson, William | | RE: KP final | 1 |
| 100 | 5/13/2012 | MFR9019_00221594 | MFR9019_00221596 | Lee, Gary S. | Marano, Tom; Whitlinger, Jim | | RE: KP final | 3 |
| 101 | 5/13/2012 | MFR9019_00221660 | MFR9019_00221662 | Lee, Gary S. | Marano, Tom; Whitlinger, Jim | | RE: KP final | 1 |
| 102 | 5/13/2012 | MFR9019_00281942 | MFR9019_00281943 | Newton, James A. | Levitt, Jamie A.; Lee, Gary S. | | RE: monolines | 1 |
| 103 | 5/13/2012 | MFR9019_00307309 | MFR9019_00307312 | Cancelliere, Jeff | Lee, Gary S.; Newton, James A.; Nashelsky, Larren M. | Levitt, Jamie A. | RE: Project Bounce - KP Settlement | 1 |
| TOTAL number of emails authored by Lee on or before 5/13/12 | | | | | | | | 151 |

8

ny-1070046