# Exhibit 100

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                       RC-9019_00093832

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093833

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093835