# Exhibit 101

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

In Re:                                CASE No:

RESIDENTIAL CAPITAL, LLC, et. al,      12-12020(MG)

                    Debtors.

-----------------------------------x

VIDEOTAPE DEPOSITION OF JEFFREY CANCELLIERI

New York, New York

November 14, 2012

2:03 p.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27647-B

93

1                        JEFF CANCELLIERI

2        Q.                    REDACTED

5        A.    I do not.  I don't know where

6    the additional numbers were derived.

7        Q.    Well, in May of 2012, was your

8    group also looking to calculate reserves

9    that included litigation repurchase

10   obligations and related claims over

11   existing reserves?

12       A.    My group was responsible for

13   calculating reserves on repurchase claims.

14   We were not responsible for assessing risk

15   on litigation reserves.

16       Q.                    REDACTED

94

1                    JEFF CANCELLIERI

2                    REDACTED

13          Q.    And the $829 million number on

14     that page was the third quarter 2011

15     recorded reserves for reps and warranties?

16          A.    Yes.  I believe the 829 was the

17     model reserve.

18          Q.    Now, there are other numbers in

19     that box A relating to inactive wrapped

20     PLS.  What does that refer to?

21          A.    That refers to any wrapped deal

22     that has not had actual repurchase claims.

23     During the stress scenario we assumed that

24     those deals would have become active at

25     some point during the stress time frame.

95

1                           JEFF CANCELLIERI

2           Q.                    REDACTED




6           A.      Estimated range based on

7    historical repurchase rates for those

8    specific wrapped deals.

9           Q.     All right.  But these were deals

10   that were -- strike that.

11                              REDACTED




14          A.      There are a number of whole loan

15   investors where we sold loans to a private

16   investor, we didn't issue a security,

17   where the investors themselves are not

18   active.  Meaning they are not actively

19   requesting repurchase on loans.  That was

20   the same concept as the inactive wrapped

21   PLS, that those investors would become

22   active during the stress time period.

23          Q.                    REDACTED

96

1                         JEFF CANCELLIERI

2          A.      That represented a high level

3     calculation on the nonwrapped PLS

4     population with expected losses over the

5     stressed -- stress time period based on

6     historical information.

7          Q.      Did that number also include any

8     adjustment for litigation risks for

9     defenses?

10         A.      There were high level

11    adjustments for things such as

12    subordinated bonds becoming active during

13    the stressed time period.  It did not

14    include any litigation type defenses.

15         Q.      REDAC
                      TED

22         Q.      And you'll see that footnote C

23    says, "Estimated lifetime losses

24    multiplied by risks post fund audit defect

25    rate and adjusted to litigation defenses."