# EXHIBIT L
# (REDACTED)



Steve Abreu
Jonathan Ilany
John Mack
Tom Marano
Ted Smith
Pam West
Jim Whitlinger

**Residential Capital, LLC Board of Directors Meeting**
**Wednesday, May 9, 2012, 3:00 pm (ET)**
Dial-in No.: 866-203-0920 / International No.: 206-445-0056
Conference Code: 53396-93036

A special telephonic meeting of the ResCap Board of Directors will be held Wednesday, May 9, 2012, at 3:00 pm (ET). An agenda is attached. Supporting materials will be distributed just before the meeting.

Please let me know if you are unable to participate. Feel free to contact me by phone (313.656.6301) or email (cathy.quenneville@ally.com) should you have any questions. Thank you.

                                    Cathy Quenneville
                                        Secretary
                                          5/9/12

cc:   Tammy Hamzehpour
       Morrison Cohen
       Morrison & Foerster

**ResCap Confidential**

RC40020575

**Residential Capital, LLC**
**Board of Directors**
**Wednesday, May 9, 2012, 3:00 pm (ET)**

### Agenda

|    |                            | Length   | Start    |
|----|----------------------------|----------|----------|
| 1. | **Proposed Legal Settlement** | (30 min) | 3:00 pm |
| 2. | **Project Bounce Update**     | (30 min) | 3:30 pm |

RC40020576

# ResCap Private Label Securities
## Rep & Warrant Settlement Discussion
### Supporting Information
### May 9th, 2012



Confidential



RESCAP

ally

RC40020577

Privileged and Confidential
For Settlement Purposes Only

## 2004-2007 PLS R&W Analysis

| | | A | B | C | D |
|---|---|---|---|---|---|
| | | | ResCap Issued Deals | | |
| | | | ResCap Issuance | KP Group | % of Total Issue |
| 1 | Deal Collat (a) | Original Balance | 226,029.3 | 171,250.8 | 76% |
| 2 | | Current Balance | 63,284.8 | 49,238.1 | 78% |
| | | % Delinquent | 28% | 29% | |
| 3 | | Cume Loss To Date | 29,891.9 | 22,694.1 | 76% |
| 4 | | Projected Loss | 14,225.7 | 10,937.4 | 77% |
| 5 | | Est Lifetime Loss | 44,117.5 | 33,631.5 | 76% |
| 6 | | Est Lifetime Loss % of Orig Bal | 19.5% | 19.6% | |
| 13 | Settle Amt | **ResCap Settlement - 19.72% Defect** | **8,700.0** | **6,632.1** | **76%** |
| 14 | | Lehman Claim Amount - 35% Defect | 15,441.1 | 11,771.0 | 76% |
| 15 | | BofA Baseline - 36% Defect | 15,882.3 | 12,107.4 | 76% |

*(a) Collateral and Bond information sourced from Intex files*

**Key Notes:**
1) KP's Investor group covers 82% of RFC issued non-wrapped deals and 88% of GMACM issued non-wrapped deals
2) KP's Investor group covers 63% of RFC issued wrapped deals and 28% of GMACM issued wrapped deals
3) 
4) ResCap projected losses based on third party vendor model (ADCO LDM), and the model was calibrated to fit ResCap collateral performance by product/vintage
5) ResCap projected severity based on Moody's baseline HPI forecast and ADCO model loss estimations
6) There could be amounts conceded if the true defect rate is below the 19.72% based on actual loan file reviews and application of litigation defenses
7) Lehman bankruptcy estimated claim amount for plan voting based on 35% defect rate. The defect rate could be higher as claims are resolved.
8) BofA proposed settlement defect rate set at 36% prior to litigation adjustments
9) KP has factored into the analysis the estimated recovery amount through bankruptcy, as well as third party releases.

RC40020578



ATTORNEY – CLIENT PRIVILEGE
PREPARED IN ANTICIPATION OF LITIGATION

RC40020579