# EXHIBIT S

Outlook E-mail

**From:** Lee, Gary S.
**Sent:** 4/24/2012 9:18:43 AM
**To:** 'kchopra@centerviewpartners.com'; 'mark.renzi@fticonsulting.com'; 'william.nolan@fticonsulting.com'
**Cc:** Levitt, Jamie A.; Nashelsky, Larren M.; 'Filip.Szymik@fticonsulting.com'; 'liz.park@fticonsulting.com'
**Subject:** Re: Prep for KP

REDACTED

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Karn Chopra
**To:** Lee, Gary S.; mark.renzi@fticonsulting.com ; william.nolan@fticonsulting.com
**Cc:** Levitt, Jamie A.; Nashelsky, Larren M.; Filip.Szymik@fticonsulting.com ; liz.park@fticonsulting.com
**Sent:** Tue Apr 24 09:17:26 2012
**Subject:** RE: Prep for KP

REDACTED

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Tuesday, April 24, 2012 9:16 AM
**To:** mark.renzi@fticonsulting.com; william.nolan@fticonsulting.com
**Cc:** Karn Chopra; Levitt, Jamie A.; Nashelsky, Larren M.; Filip.Szymik@fticonsulting.com; liz.park@fticonsulting.com
**Subject:** Re: Prep for KP

REDACTED

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Renzi, Mark
**To:** Lee, Gary S.; Nolan, William
**Cc:** kchopra@centerviewpartners.com ; Levitt, Jamie A.; Nashelsky, Larren M.; Szymik, Filip ; Park, Liz
**Sent:** Tue Apr 24 09:06:16 2012
**Subject:** RE: Prep for KP

REDACTED

RC-9019_00062398

**Mark A. RENZI**
617.897.1528 direct
617.785.0177 mobile

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Tuesday, April 24, 2012 9:01 AM
**To:** Nolan, William; Renzi, Mark
**Cc:** kchopra@centerviewpartners.com; Levitt, Jamie A.; Lee, Gary S.; Nashelsky, Larren M.
**Subject:** Fw: Prep for KP

REDACTED

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glcc@mofo.com

----- Original Message -----
From: Hamzehpour, Tammy <Tammy.Hamzchpour@ally.com>
To: Lee, Gary S.
Sent: Tue Apr 24 08:55:22 2012
Subject: FW: Prep for KP

REDACTED

-----Original Message-----
From: Devine, Timothy
Sent: Monday, April 23, 2012 8:38 PM
To: Hamzehpour, Tammy
Subject: Prep for KP

Tammy:

Thinking of waterfall for KP.

Would like to recommend 3, 4, 6 rather than 4, 5, 6 as low medium high. Thought is that we creat flexibility for discussion re potential losses beyond reserves. I will provide analytics to demonstrate how one could get to 3, 4 or 6. Point is not to persuade KP that such range is correct. She will have strong instinct to dispute it as unrealistically low. We are ok with her informing us otherwise, so long as she comes away knowing that ratcheting up those ranges leads automatially to lower percentage recoveries, by simple math in light of afact that there will only be X or Y real dollars available. What we will sell, though, is basedon strength of Gary's waterfall presentation as btwn GMACM and RFC in the two scenarios. The message to her will be clear - get on board.

Finally, I recommend we use 750 million rather than one billion as potential AFI contribution. I don't have basis to say it should be a billion, and it would be better to leave some room for negotiation. If we want to use a billion we will need clearance from AFI and I haven't spoken to Mike.

I recommend we take advantage of tomorrow's meeting of you, me, Kirkland and MoFo to run through the KP draft slides. Your thoughts?

RC-9019_00062399

Thanks.

Tim

---
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---

---
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---

This e-mail and any attachments thereto are intended only for use by the named recipient(s) and may contain confidential, privileged information.

If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this email and any attachments thereto is strictly prohibited.  If you have received this email in error, please delete it immediately.