# EXHIBIT T

Outlook E-mail

**From:** Cancelliere, Jeff - PA
**Sent:** 5/9/2012 7:16:02 AM
**To:** Devine, Timothy
**Subject:** Re: Defect rate

---

Using our 44.1B losses the defect rate would be about 19.7. Using her loss method which puts me at 48.7B the defect rate would be around 17.9

----- Original Message -----
From: Devine, Timothy
Sent: Wednesday, May 09, 2012 05:50 AM
To: Cancelliere, Jeff - PA
Subject: Defect rate

Jeff: what is the defect rate at 8.7 billion, according to her severities etc and according to ours? Thanks. Tim.

RC-9019_00060360