# EXHIBIT U
# (REDACTED)



███████████████████████████████]
████████████████████

█

████████████████████████████████████████████████████
████████████████████████████████████████████████████

██ ████████████████████████████████████
██████

████████████████████████████████████████████████████
████████████████████████████

2

████████    ALLY_0141968