# EXHIBIT V
# (REDACTED)

