# EXHIBIT W
# (REDACTED)



ALLY_0142576