**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **In re:** | |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | Case No. 12-12020 (MG) |
| **Debtors.** | Chapter 11 |
| | Jointly Administered |

---

**APPENDIX TO THE OBJECTION OF FINANCIAL GUARANTY INSURANCE COMPANY TO THE DEBTORS' SECOND SUPPLEMENTAL MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENTS**

| DOCUMENT DESCRIPTION | DOCUMENT IDENTIFIER | A. |
|---|---|---|
| Deposition Transcript (Excerpts) of Mark Renzi dated Nov. 7, 2012 | N/A | 1 |
| Deposition Transcript (Excerpts) of Thomas Marano dated Nov. 12, 2012 | N/A | 2 |
| Deposition Transcript (Excerpts) of Tammy Hamzehpour dated Nov. 13, 2012 | N/A | 3 |
| Deposition Transcript (Excerpts) of John Mack dated Nov. 14, 2012 | N/A | 4 |
| Deposition Transcript (Excerpts) of Jeffrey Cancelliere dated Nov. 14, 2012 | N/A | 5 |
| Deposition Transcript (Excerpts) of James Whitlinger dated Nov. 15, 2012 | N/A | 6 |
| Deposition Transcript (Excerpts) of Jeffrey Lipps dated Nov. 19, 2012 | N/A | 7 |
| Deposition Transcript (Excerpts) of Timothy Devine dated Nov. 19, 2012 | N/A | 8 |
| Letter dated 10/17/11 from Gibbs & Bruns LLP to Ally Financial | RC-9019_00048950 | 9 |
| Email dated 10/19/11 from M. Carpenter to W. Solomon re: PLS Claimant | RC-9019_00084876 | 10 |
| Letter dated 10/21/11 from W. Solomon to K. Patrick | Ex. 9019-121 | 11 |
| Letter, dated 10/25/11 from Gibbs & Bruns to Ally Financial | RC-9019_00048948 | 12 |
| Email dated 11/2/11 from T. Devine to J. Belisle re: Urgent Review: MAC Talk Points | RC-9019_00084074 | 13 |
| Email dated 12/5/11 from T. Devine to T. Hamzehpour re: Kathy Patrick | ALLY_0209271 | 14 |
| Email dated 12/19/11 from K. Patrick to T. Hamzehpour, et al. re: Letter from T. Devine | RC-9019_00057131 | 15 |
| Email dated 12/19/11 from L. Rosten to K. Patrick re: Letter from T. Devine | RC-9019_00058226 | 16 |
| Email dated 1/9/12 chain from T. Devine to K. Patrick, D. Sheeren cc: T. Hamzehpour, J. Ruckdaschel, D. Hagens, re: Confi and Tolling Agreement with attached Tolling Gibbs Bruns ResCap (5).docx; Confidentiality Agreement Gibbs Bruns Clients ResCap (3).docx | Ex. 9019-73 | 17 |
| Email dated 1/13/12 from D. Sheeren to T. Devine re: Confi and Tolling Agreement | RC-9019_00058305 | 18 |
| Letter and minutes from ResCap Board of Directors | Ex. 9019-98 | 19 |
| Email dated 2/20/12 from J. Mackey to M. Carpenter re: Call | ALLY_0142440 | 20 |
| Email dated 3/7/12 from T. Hamzehpour to T. Devine re: ResCap Discussions | RC-9019_00090060 | 21 |
| Email dated 3/7/12 from Talcott Franklin to T. Devine re: Call | TFPC_0000016 | 22 |
| Email dated 5/13/12 from T. Devine to N. Ornstein re: Rule 408 Communication | ALLY_0144343 | 23 |
| Email dated 3/16/12 from T. Marano to T. Devine re: Confidential Attorney Client Privileged Work Product | ALLY_0226063 | 24 |

| DOCUMENT DESCRIPTION | DOCUMENT IDENTIFIER | A. |
|---|---|---|
| Email dated 3/22/12 from G. Cavanaugh to T. Devine re: RFC | TFPC_0000088 | 25 |
| Email dated 3/27/12 from T. Marano to M. Carpenter, T. Devine, T. Hamzehpour cc: W. Solomon, J. Brown re: FW: IMPORTANT – Please read – Follow-up – 6 year statute of limitation on contracts with attachment | Ex. 9019-56 | 26 |
| SEC Form 10-Q for Ally Financial Inc. for the quarterly period ended 3/31/12 | Ex. 9019-54 | 27 |
| Email dated 4/16/12 from J. Ruckdaschel to K. Patrick re: Data Template | RC-9019_00060789 | 28 |
| Email dated 4/17/12 from T. Devine to G. Lee re: K. Patrick follow-up | RC-9019_00061424 | 29 |
| ResCap Memorandum dated 5/9/12 from C. Quenneville to S. Abreu, J. Ilany, J. Mack, T. Marano, T. Smith, P. West, J. Whitlinger cc: T. Hamzehpour, M. Cohen re: Residential Capital, LLC Board of Directors Meeting with attached agenda | Ex. 9019-95 | 30 |
| Email dated 4/16/12, from T. Devine to K. Patrick re: Confidentiality Agreement | Ex. 9019-136 | 31 |
| Email chain dated 4/27/12 from J. Mackey to D. DeBrunner, T. Marano, J. Whitlinger, S. Abreu, C. Weiss, T. Devine re: Rep and Warranties Range 1Q12.xlsx | Ex. 9019-137 | 32 |
| Email dated 4/27/12 from T. Devine to W. Solomon re: Next Steps | RC-9019_00048970 | 33 |
| Email dated 5/1/12 from T. Devine to R. Cieri, R. Schrock, G. Lee, L. Rosten cc: T. Hamzehpour, J. Ruckdaschel, W. Thompson, L. Delehey, P. Zellmann, W. Solomon re: FW: Meeting with KP Steering Committee | Ex. 9019-34 | 34 |
| ResCap Memorandum from C. Quenneville to J. Ilany, J. Mack, T. Smith, P. West cc: S. Abreu, T. Marano, J. Whitlinger, dated 4/30/12 re: Residential Capital, LLC Audit Committee Meeting with attached agenda and supporting materials | Ex. 9019-55 | 35 |
| Email dated 5/3/12 from T. Devine to K. Patrick re: Bi-Weekly Call with Gibbs & Bruns | ALLY_0143695 | 36 |
| Email dated 5/4/12 from T. Devine to G. Lee and T. Hamzehpour re: Kathy Patrick | Ex. 9019-83 | 37 |
| Email chain dated 5/6/12 from Mark Renzi to Timothy Devine and Jeff Cancelliere, cc: glee@mofo.com, William Nolan, and John Ruckdaschel, re: Help with waterfall before 8 pm if possible | Ex. 9019-142 | 38 |
| Email dated 5/6/12 from T. Devine to J. Ruckdaschel re: Settlemnt argmt.kp | RC-9019_00060884 | 39 |
| Email chain dated 5/7/12 from J. Cancelliere to, T. Devine, M. Renzi, G. Lee, T. Hamzehpour, W. Thompson, L. Delehey, J. Ruckdaschel cc: L. Nashelsky, W. Nolan re: KP | Ex. 9019-41 | 40 |
| Email dated 5/7/12 from K. Patrick to G. Lee re: I'm on with client now. Free up at 9 | RC-9019_00049153 | 41 |
| Email dated 5/8/12 from T. Devine to G. Lee, R. Cieri, J. Levitt, T. Hamzehpour, J. Ruckdaschel cc: R. Schrock, W. Solomon, W. Thompson, L. Delehey re: Talcott Franklin | Ex. 9019-86 | 42 |
| Email chain dated 5/8/12 from D. Soto to J. Brown re: Cost Benefit Analysis | Ex. 9019-105 | 43 |

| DOCUMENT DESCRIPTION | DOCUMENT IDENTIFIER | A. |
|---|---|---|
| Email chain dated 5/7/12 - 5/8/12 from Mark Renzi to Timothy Devine, Gary S. Lee, and Richard M. Cieri, cc: John Ruckdaschel, Jeff Cancelliere, et al, , re: Are you available | Ex. 9019-144 | 44 |
| Email dated 5/8/12 from T. Devine to G. Lee re: Are you available | RC-9019_00049175 | 45 |
| Email dated 5/8/12 from J. Cancelliere to G. Lee re: Are you available | RC-9019_00060347 | 46 |
| Email chain dated 5/9/12 from Gary S. Lee to Timothy Devine, Tammy Hamzehpour, et al, cc: Gary S. Lee re: Talcott Franklin | Ex. 148 | 47 |
| ResCap Memorandum dated 5/9/12 from C. Quenneville to S. Abreu, J. Ilany, J. Mack, T. Marano, T. Smith, P. West, J. Whitlinger re: Residential Capital, LLC Board of Directors Meeting with attached agenda and supporting materials | Ex. 9019-04 | 48 |
| Email dated 5/9/12 from G. Lee to J. Mack, J. Ilany, P. West, S. Abreu, T. Smith, T. Whitlinger, T. Marano cc: T. Hamzehpour, N. Evans, J. Tanenbaum, L. Nashelsky, J. Moldovan, J. Levy, D. Lerner re: Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET) privileged and confidential attorney-client communication with attached meeting materials | Ex. 9019-60 | 49 |
| Minutes of a Special Meeting of the Board of Residential Capital, LLC ("ResCap") held by teleconference on due notice on May 9, 2012, at 3:00 p.m. | Ex. 9019-61 | 50 |
| Email dated 5/9/12 from T. Devine to T. Hamzehpour, J. Ruckdaschel, R. Cieri, G. Lee, R. Schrock, J. Levitt, J. Cancelliere, W. Thompson, L. Delehey, M. Renzi re: Talcott Franklin | Ex. 9019-87 | 51 |
| Email dated 5/9/12 from J. Cancelliere to T. Devine re: Defect rate | Ex. 9019-117 | 52 |
| Email dated 5/9/12 from Timothy Devine to Gary S. Lee, cc: Richard M. Cieri and Ray C. Schrock re: KP | Ex. 9019-147 | 53 |
| Email dated 5/9/12 from K. Patrick to G. Lee re: Update | RC-9019_00049218 | 54 |
| Email dated 5/9/12 from K. Patrick to G. Lee re: RMBS Stipulated Claim | RC-9019_00049221 | 55 |
| Email chain dated 5/9/12 - 5/10/12 from Kathy D. Patrick to Timothy Devine re: Settlement | Ex. 9019-150 | 56 |
| Email chain dated 5/9/12 to 5/10/12 from Jamie A. Levitt to Timothy Devine, Gary S. Lee, et al, cc: William B. Solomon re: RMBS Stipulated Claim | Ex. 9019-151 | 57 |
| Email dated 5/10/12 from N. Ornstein to G. Lee re: Kathy Patrick PSA and Settlement Agreement | RC-9019_00050246 | 58 |
| Email chain dated 5/10/12 - 5/11/12 from Jamie A. Levitt to Timothy Devine re: turning drafts | Ex. 9019-153 | 59 |
| Email dated 5/11/12 from N. Ornstein to R. Martin re: One Concept for PSA Not Captured Yet | ALLY_0182657 | 60 |
| Email chain dated 5/12/12from Timothy Devine to Gary S. Lee, Jamie A. Levitt, et al re: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims? | Ex. 9019-154 | 61 |

| DOCUMENT DESCRIPTION | DOCUMENT IDENTIFIER | A. |
|---|---|---|
| Email dated 10/26/11 from W. Solomon to M. Carpenter re: PLS Claimant | Ex. 9019-51 | 62 |
| Email chain from Kathy D. Patrick to Jamie A. Levitt and Scott A. Humphries, dated 5/13/12, re: Settlement documents | Ex. 9019-158 | 63 |
| Email chain from Jamie A. Levitt to Noah Ornstein and Anthony Princi, dated 5/13/12, re: Settlement documents | Ex. 9019-159 | 64 |
| Email dated 5/13/12 from J. Levitt to N. Ornstein re: KP Settlement | RC-9019_00048597 | 65 |
| Email dated 5/13/12 from T. Devine to J. Levitt re: Great News and Very Important Note | RC-9019_00050824 | 66 |
| Email dated 5/13/12 from A. Princi to T. Devine re: Settlement Documents | RC-9019_00051061 | 67 |
| Email dated 5/13/12 from G. Lee to N. Ornstein re: Settlement Documents | RC-9019_00055348 | 68 |
| Email dated 5/13/12 from R. Cieri to T. Devine re: Settlement Documents | RC-9019_00061255 | 69 |
| Letter, dated 11/4/12 from Morrison & Foerster to Judge Glenn | N/A | 70 |
| Email dated 12/15/11 from T. Devine to T. Hamzehpour re: Confi and Tolling Agreement | Ex. 9019-124 | 71 |
| Email dated 4/23/12 from T. Hamzehpour to T. Devine re: Prep for KP | Ex. 9019-79 | 72 |
| Email dated 5/13/12 from T. Devine to J. Levitt re: Great News and Very Important Note | RC-9019_00050824 | 73 |
| Hearing Transcript (Excerpts) from Oct. 10, 2012 | N/A | 74 |
| Deposition Transcript (Excerpts) of John Ruckdaschel, dated Nov. 8, 2012 | N/A | 75 |
| Deposition Transcript (Excerpts) of Frank Sillman dated Nov. 20, 2012 | N/A | 76 |
| Email dated 4/18/12 from G. Lee to L. Rosten, J. Cancelliere, T. Hamzehpour cc: T. Devine re: Prep for Kathy Patrick Meeting | Ex. 9019-14 | 77 |
| Email dated 4/30/12 from M. Renzi to T. Devine, J. Levitt and G. Lee cc: W. Nolan, L. Park, F. Szymik and M. Renzi re: RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx with attached Bounce - Discussion Materials (04-25-12)_Distribution File vl.pdf | Ex. 9019-19 | 78 |
| Email chain dated 4/27/12 from T. Devine to W. Solomon, T. Hamzehpour, G. Lee, R. Cieri, R. Schrock, J. Ruckdaschel re: next steps | Ex. 9019-44 | 79 |
| Email dated 10/19/11 from W. Solomon to M. Carpenter, B. Yastine, T. Marano, T. Hamzehpour, J. Brown, J. Mackey, C. Pinkston re: PLS Claimant | Ex. 9019-48 | 80 |
| RMBS Trust Settlement Agreement dated 5/13/12 | Ex. 9019-58 | 81 |
| Email dated 6/8/2012 from Patrick M. Bryan to Jamie A. Levitt, Daniel T. Donovan, and Noah Ornstein, cc'ing others, re: Final Drafts of 9019 motion with declarations | Ex. 9019 Expert-14 | 82 |
| Email chain dated 5/7/12 - 5/8/12 from Timothy Devine to Gary S. Lee and Richard M. Cieri re: Are you available | Ex. 9019-146 | 83 |
| Email dated 3/16/12 from W. Solomon to T. Marano re: Attorney Client Work Product | Ex. 9019-64 | 84 |
| Hearing Transcript (Excerpts) from Sept. 19, 2012 | N/A | 85 |