# EXHIBIT A















# EXHIBIT B

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00089137 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JHORNER;Horner, Jill" | July 12, 2011 | "Abreu, Steve - PA;Buttacavoli, Edward - NY;Dondzila, Cathy - PA;Eckert, Catherine - PA;Gilcrest, Steve - PA;Glassner, Adam - PA;Gordy, Christopher;Griffith, Scott - PA;Hamzehpour, Tammy;Janiczek, Anne - PA;Lombardo, Jerry;Marano, Tom;Norton, Amanda;Pensabene, Joe - PA;Scott, Christopher;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Zachary, Ross" | "Grande, Paul;Ilse, Bryan;Nielsen, Ryan;Rentschler, Lisa;Swenson, Mark;Wright, Melody" | |
| RC-9019_00089146 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HBENTON;Benton, Hu" | August 10, 2011 | "Hamzehpour, Tammy;Solomon, William Legal" | | RE: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission |
| RC-9019_00089149 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | August 18, 2011 | "Abreu, Steve - PA;Belisle, Jeffrey;Brown, Jeff;Brown, Michael T;Carpenter, Michael;Centurino, Jon;Hall, Lara;Hamzehpour, Tammy;Hirtler-Garvey, Karin;Lieber, Michele;Mackey, James;Marano, Tom;Norton, Amanda;Pinkston, Corey;Proia, Gina;Solomon, William Legal;Soto, Dan;Yastine, Barbara" | "Benton, Hu;Hagens, David" | Re: Bloomberg: BofA Mortgage Risk May Rise $9 Billion If Judge Sides With MBIA |
| ALLY_0156543 | "Proia, Gina (gina.proia@ally.com)" | September 3, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Bowen, Adam (adam.bowen@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Burgun, Allison (allison.burgun@ally.com);Carpenter, Michael (michael.carpenter@ally.com);DeBrunner, David (david.debrunner@ally.com);Devine, Timothy (timothy.devine@ally.com);Hall, Lara (lara.hall@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Hirtler-Garvey, Karin (karin.hirtler-garvey@ally.com);Hobbib, Pat - PA (pat.hobbib@ally.com);Mackey, James (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Norton, Amanda (amanda.norton@ally.com);Pensabene, Joe PA (joe.pensabene@gmacrescap.com);Pinkston, Corey (corey.pinkston@ally.com);Proia, Gina (gina.proia@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Zachary, Ross (ross.zachary@ally.com)" | "News coverage: FHFA lawsuit" |
| RC-9019_00092348 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE MIGRATION/CN=RECIPIENTS/CN=RESIDENTIAL/CN=JIM _WHITLINGER;Whitlinger, Jim - PA" | September 15, 2011 | "Hamzehpour, Tammy" | | Fw: decks |
| RC-9019_00075976 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=NZT9TY;Collins, Sharla" | September 30, 2011 | "Reade, David (US - Detroit)';torobinson@deloitte.com';Abreu, Steve - PA;Benton, Hu;Blue, Lori - CA;Cancelliere, Jeff - PA;Derrick, Karen - PA;Eckert, Catherine - PA;Gerner, Lisa;Gess, Lisa M - PA;Glassner, Adam - PA;Hamzehpour, Tammy;Harney, Tony;Heitzmann, Bradley;Lawson, Rick;Marano, Tom;McCumber, Sonya;Meyer, Darsi (Burbank);Murray, Patrick;Nees, Louis;Norton, Amanda;Parker, Roseanne;Pensabene, Joe - PA;Pio, Nora - PA;Reichel, Laura - PA;Scott, Christopher;Shevsky, David;Walsh, Russell;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Yastine, Barbara;Young, James" | "Atkinson, Catherine - PA;Carr, Jeanne - PA;Cortese, Joe - PA;Dillard, Thalia;Ferreira, Bela - PA;Frogge, Tammy;Golden, Karen - PA;Grzeskiewicz, Terry - PA;Gunn, Gretchen;Klepchick, Dottie - PA;Laboy, Sobeida;Lauchlan, Cynthia;Petko, Josalynn;Portillo, Xaviera;Rucker, Monique;Salkovitz, Hara - PA" | RE: Mortgage Credit & Operational Risk Committee (MCORC) - Quarter End ~ R&W and REO |
| ALLY_0225135 | "Proia, Gina (gina.proia@ally.com)" | October 18, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Devine, Timothy (timothy.devine@ally.com);Hall, Lara (lara.hall@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, James (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Pinkston, Corey (corey.pinkston@ally.com)" | "Zachary, Ross (ross.zachary@ally.com)" | "BRIEF-IKB sues Ally Financial Inc over alleged losses on $10.8 mln RMBS" |
| ALLY_0209221 | "Carpenter, Michael (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=lzvnkw)" | October 19, 2011 | "Brown, Jeff (jb@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Mackey, James (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | | Re: PLS Claimant" |
| ALLY_0212895 | "Solomon, William Legal (william.b.solomon@ally.com)" | October 19, 2011 | "Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Mackey, James (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | | PLS Claimant" |
| RC-9019_00089153 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS;Solomon, William Legal" | October 19, 2011 | "Brown, Jeff;Carpenter, Michael;Hamzehpour, Tammy;Mackey, James;Marano, Tom;Pinkston, Corey;Yastine, Barbara" | | PLS Claimant |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00089158 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HZ1T06;Pinkston, Corey" | October 19, 2011 | "Brown, Jeff;Carpenter, Michael;Hamzehpour, Tammy;Mackey, James;Marano, Tom;Solomon, William Legal;Yastine, Barbara" | | RE: PLS Claimant |
| RC-9019_00089159 | "Carpenter, Michael;Michael.Carpenter@ally.com" | October 19, 2011 | "Brown, Jeff;Hamzehpour, Tammy;Mackey, James;Marano, Tom;Pinkston, Corey;Solomon, William Legal;Yastine, Barbara" | | Re: PLS Claimant |
| RC-9019_00089160 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS;Solomon, William Legal" | October 19, 2011 | "Brown, Jeff;Carpenter, Michael;Hamzehpour, Tammy;Mackey, James;Marano, Tom;Pinkston, Corey;Yastine, Barbara" | | RE: PLS Claimant |
| RC-9019_00084870 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS;Solomon, William Legal" | October 19, 2011 | "Brown, Jeff;Carpenter, Michael;Hamzehpour, Tammy;Mackey, James;Marano, Tom;Pinkston, Corey;Yastine, Barbara" | | PLS Claimant |
| RC-9019_00084875 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HZ1T06;Pinkston, Corey" | October 19, 2011 | "Brown, Jeff;Carpenter, Michael;Hamzehpour, Tammy;Mackey, James;Marano, Tom;Solomon, William Legal;Yastine, Barbara" | | RE: PLS Claimant |
| RC-9019_00084876 | "Carpenter, Michael;Michael.Carpenter@ally.com" | October 19, 2011 | "Brown, Jeff;Hamzehpour, Tammy;Mackey, James;Marano, Tom;Pinkston, Corey;Solomon, William Legal;Yastine, Barbara" | | Re: PLS Claimant |
| RC-9019_00084877 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS;Solomon, William Legal" | October 19, 2011 | "Hamzehpour, Tammy" | "Benton, Hu;Devine, Timothy;Hagens, David;Marano, Tom;Murphy, Linda;Ruckdaschel, John" | PLS Claimant |
| RC-9019_00093779 | "Benton, Hu;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HBENTON" | October 24, 2011 | "Hamzehpour, Tammy" | | RE: PMI |
| RC-9019_00093781 | "Reichel, Laura - PA;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=EXCHANGE MIGRATION/CN=RECIPIENTS/CN=RESIDENTIAL/CN=LAURA_REICHEL" | October 24, 2011 | "Hamzehpour, Tammy" | "Benton, Hu" | RE: PMI |
| RC-9019_00093783 | "Benton, Hu;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HBENTON" | October 24, 2011 | "Hamzehpour, Tammy;Reichel, Laura - PA" | "Ruckdaschel, John" | RE: PMI |
| ALLY_0142667 | "Proia, Gina (gina.proia@ally.com)" | November 9, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Cummings, Ann (ann.cummings@ally.com);Duffy, James (james.duffy@ally.com);Fleming, Patrick (patrick.fleming@ally.com);Glassner, Adam PA (adam.glassner@ally.com);Gravelle, Jeff - NY (jeff.gravelle@ally.com);Gupta, Sanjay (sanjay.gupta@ally.com);Hall, Lara (lara.hall@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Hirtler-Garvey, Karin (karin.hirtler-garvey@ally.com);Janiczek, Anne - PA (anne.janiczek@gmacrescap.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Michael T. Brown-Investor Relations (michael.t.brown@ally.com);Muir, William F. (william.muir@ally.com);Noulas, Evan (evan.noulas@ally.com);Pensabene, Joe - PA (joe.pensabene@gmacrescap.com);Pinkston, Corey (corey.pinkston@ally.com);Russi, Tim (tim.russi@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com);Zachary, Ross (ross.zachary@ally.com)" | "Comstock, Sarah N. (sarah.n.comstock@ally.com);Fitzpatrick, Susan PA (susan.fitzpatrick@ally.com);Mallino, Sue (sue.mallino@ally.com);Mcnamee, Christopher (christopher.mcnamee@ally.com)" | Press Clips" |
| RC-9019_00089161 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | November 18, 2011 | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | | Kathy Patrick Meeting |
| ALLY_0209111 | "Devine, Timothy (timothy.devine@ally.com)" | November 23, 2011 | "Benton, Hu (hu.benton@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | Re: RALI Series Trusts" |
| ALLY_0209112 | "Benton, Hu (/o=gmac mortgage corp/ou=dallas-it/cn=recipients/cn=hbenton)" | November 23, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FW: RALI Series Trusts" |
| ALLY_0209258 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | November 23, 2011 | "Benton, Hu (hu.benton@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | Re: RALI Series Trusts" |
| ALLY_0209259 | "Benton, Hu (hu.benton@ally.com)" | November 23, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FW: RALI Series Trusts" |
| RC-9019_00089189 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HBENTON;Benton, Hu" | November 23, 2011 | "Devine, Timothy;Hamzehpour, Tammy;Solomon, William Legal" | | FW: RALI Series Trusts |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0226219 | "Proia, Gina (gina.proia@ally.com)" | November 29, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Cummings, Ann (ann.cummings@ally.com);Duffy, James (james.duffy@ally.com);Gunn, Brian (brian.gunn@ally.com);Hall, Lara (lara.hall@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janiczek, Anne - PA (anne.janiczek@gmacrescap.com);Kushman, Todd (todd.kushman@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Muir, William F. (william.muir@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Brossard, Johanne (johanne.brossard@resmor.com);Comstock, Sarah N. (sarah.n.comstock@ally.com);Fitzpatrick, Susan PA (susan.fitzpatrick@ally.com);Greene, Peter (peter.greene@ally.com);Mcnamee, Christopher (christopher.mcnamee@ally.com)" | ResMor Mortgage Communications |
| RC-9019_00089201 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENN IFER.SHANK;Shank, Jennifer - PA" | November 29, 2011 | "Hamzehpour, Tammy" | | FW: FedEx Info for Talcott Franklin Ltr |
| ALLY_0156657 | "Benton, Hu (hu.benton@ally.com)" | December 2, 2011 | "Glassner, Adam - PA (adam.glassner@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Marano, Tom (tom.marano@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | RE: Sales of Loans from Ally Bank to GMACM" |
| RC-9019_00093799 | "Ruckdaschel, John;/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JRUC KDA" | December 2, 2011 | "Benton, Hu;Devine, Timothy;Hamzehpour, Tammy;Marano, Tom;Neaton, Robert;Solomon, William Legal" | | RE: GMAC |
| ALLY_0209271 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 5, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | Re: Kathy Patrick" |
| ALLY_0158602 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 7, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FW: Confi and Tolling Agreement" |
| ALLY_0209276 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 7, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | RE: Confi and Tolling Agreement" |
| RC-9019_00058905 | David Sheeren | December 7, 2011 | Tammy.Hamzehpour@ally.com | Kathy D. Patrick;Scott A. Humphries | Confi and Tolling Agreement |
| RC-9019_00089212 | David Sheeren;dsheeren@gibbsbruns.com | December 7, 2011 | "Hamzehpour, Tammy" | Kathy D. Patrick;Scott A. Humphries | Confi and Tolling Agreement |
| RC-9019_00089218 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | December 7, 2011 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Solomon, William Legal" | | |
| ALLY_0142684 | Talcott J. Franklin (tal@talcottfranklin.com) | December 9, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com)" | Re: Call" |
| RC-9019_00089226 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | December 14, 2011 | "Hamzehpour, Tammy" | "Hagens, David;Ruckdaschel, John;Solomon, William Legal" | FW: Confi and Tolling Agreement |
| ALLY_0142695 | Talcott J. Franklin (tal@talcottfranklin.com) | December 19, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com)" | Re: Call" |
| ALLY_0209285 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 19, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | FW: Call" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00057131 | Kathy D. Patrick | December 19, 2011 | Devine Timothy;Hamzehpour Tammy;Rosten Linda | arthur.rublin@blackrock.com;BBaltich@fhlbatl.com;Bridget.healy@us.ing.com;cnass@KoreCapital.com;CPryor@tiaa-cref.org;cwoods@aegonusa.com;David Sheeren;david.flattum@pimco.com;dlarocca@metlife.com;dmineck@aegonusa.com;Francis.Chlapowski@gs.com;frank.damerow@lbbw.de;James.Walters@commerzbank.com;jeffrey.kupor@invesco.com;jmccally@tiaa-cref.org;Jon.Yoder@gs.com;Jonathan.Banks@commerzbank.com;Kathy D. Patrick;kfinnegan@metlife.com;kwellman@ingdirect.com;LaurieS@bgi-group.com;LBriganti@bayernlbny.com;marcy.cohen@americas.ing.com;Matthew.McCabe@commerzbank.com;maureen_cronin@nylim.com;miker@bgi-group.com;Monica.Sherer@nb.com;Neena.Reddy@gs.com;paul.defrancisci@nb.com;paul.howell@us.ing.com;peter.vaughan@blackrock.com;rick.lebrun@pimco.com;rlaws@ingdirect.com;Robert J. Madden;robert.lawrence@prudential.com;Ron.Raffan@commerzbank.com;Ronald_Brandon@nylim.com;roshields@fhlbatl.com;Scott A. Humphries;Sean.Plater@tcw.com;sheris@bgi-group.com;Simon.Bowmer@commerzbank.com;Steffen.nies@lbbw.de;stephanie.heller@ny.frb.org;stephen.ahrens@blackrock.com;Stephen.Venable@westernasset.com;Tim.Meehan@Americas.ING.com;tina.smith@thrivent.com;tshenkin@metlife.com;VDolan@bayernlbny.com;wding@metli | RE: Letter from Tim Devine |
| ALLY_0157861 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 20, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0158620 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 20, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " | FW: RALI Series Trusts" |
| ALLY_0158636 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 20, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FW: Letter from Tim Devine" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0158650 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | December 20, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com)" | (arthur.rublin@blackrock.com);(bbaltich@fhlbat.com);(bridget.healy@us.ing.com);(cnass@korecapital.com);(cpryor@tiaa-cref.org);(cwoods@aegonusa.com);(david.flattum@pimco.com);(dlarocca@metlife.com);(dmineck@aegonusa.com);(francis.chlapowski@gs.com);(frank.damerow@lbbw.de);(james.walters@commerzbank.com);(jeffrey.kupor@invesco.com);(jmccally@tiaa-cref.org);(jon.yoder@gs.com);(jonathan.banks@commerzbank.com);(kfinnegan@metlife.com);(kwellman@ingdirect.com);(lauries@bgi-group.com);(lbriganti@bayernlbny.com);(marcy.cohen@americas.ing.com);(matthew.mccabe@commerzbank.com);(maureen_cronin@nylim.com);(miker@bgi-group.com);(monica.sherer@nb.com);(neena.reddy@gs.com);(paul.defrancisci@nb.com);(paul.howell@us.ing.com);(peter.vaughan@blackrock.com);(rick.lebrun@pimco.com);(rlaws@ingdirect.com);(robert.lawrence@prudential.com);(ron.raffan@commerzbank.com);(ronald_brandon@nylim.com);(roshields@fhlbatl.com);(sean.plater@tcw.com);(sheris@bgi-group.com);(simon.bowmer@commerzbank.com);(steffen.nies@lbbw.de);(stephanie.heller@ny.frb.org);(stephen.ahrens@blackrock.com);(stephen.venable@westernasset.com);(tim.meehan@americas.ing.com);(tina.smith@thrivent.com);(tshenkin@metlife.com);(vdolan@bayernlbny.com);(wding@metlife.com);David Sheeren | "RE: Letter from Tim Devine" |
| ALLY_0209288 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 21, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Young, Paula (paula.young@ally.com)" | "RE: RALI Series Trusts" |
| ALLY_0157879 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 22, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157883 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157915 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "FW: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157958 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0158708 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "FW: Tolling agreement" |
| ALLY_0209305 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "RE: Tolling agreement" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0149529 | "Horner, Jill (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=jhorner)" | January 2, 2012 | "(gina.gutzeit@fticonsulting.com);(projectrodeo@evercore.com);Appleby, Adam (adam.appleby@ally.com);Asher, Gideon (asher@evercore.com);Benton, Hu (hu.benton@ally.com);Bhama, Anita (anita.bhama@ally.com);Crisafulli, Robert (robert.crisafulli@fticonsulting.com);Eckert, Catherine - PA (catherine.eckert@gmacrescap.com);Evans, Nilene R. (nevans@mofo.com);Fleming, Patrick (patrick.fleming@ally.com);Grande, Paul (paul.grande@gmacrescap.com);Hall, Lara (lara.hall@ally.com);Hamzehpour, Tamm (tammy.hamzehpour@ally.com);Horner, Jill (jill.horner@gmacrescap.com);Jain, Varun (varun.jain@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Kushman, Todd (todd.kushman@ally.com);Murray, Patrick (patrick.murray@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Shevsky, David (david.shevsky@ally.com);Young, James (james.young@ally.com);Zachary, Ross (ross.zachary@ally.com)" | | " Shared Services - Risk Management" |
| RC-9019_00089289 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 3, 2012 | "Hagens, David;Hamzehpour, Tammy;Kushman, Todd;Marano, Tom;Ruckdaschel, John" | "Solomon, William Legal" | Talcott Franklin |
| ALLY_0149532 | "Horner, Jill (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=jhorner)" | January 3, 2012 | "(gina.gutzeit@fticonsulting.com);(projectrodeo@evercore.com);Appleby, Adam (adam.appleby@ally.com);Asher, Gideon (asher@evercore.com);Benton, Hu (hu.benton@ally.com);Bhama, Anita (anita.bhama@ally.com);Crisafulli, Robert (robert.crisafulli@fticonsulting.com);Eckert, Catherine - PA (catherine.eckert@gmacrescap.com);Evans, Nilene R. (nevans@mofo.com);Fleming, Patrick (patrick.fleming@ally.com);Grande, Paul (paul.grande@gmacrescap.com);Hall, Lara (lara.hall@ally.com);Hamzehpour, Tamm (tammy.hamzehpour@ally.com);Horner, Jill (jill.horner@gmacrescap.com);Jain, Varun (varun.jain@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Kushman, Todd (todd.kushman@ally.com);Murray, Patrick (patrick.murray@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Shevsky, David (david.shevsky@ally.com);Young, James (james.young@ally.com);Zachary, Ross (ross.zachary@ally.com)" | | " Shared Services - Risk Management" |
| RC-9019_00089304 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HZ18DM;Fleming, Patrick" | January 4, 2012 | "Hamzehpour, Tammy" | | FW: Documents requested from ally |
| RC-9019_00089306 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 4, 2012 | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | "Rosten, Linda" | FW: Talcott Franklin |
| ALLY_0142384 | "Proia, Gina (gina.proia@ally.com)" | January 5, 2012 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Fleming, Patrick (patrick.fleming@ally.com);Hall, Lara (lara.hall@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Hobbib, Pat - PA (pat.hobbib@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com);Zachary, Ross (ross.zachary@ally.com)" | | " ResCap notes trade heavily, CDS tighten on 'speculative' Post report " |
| ALLY_0141896 | "Marano, Tom (tom.marano@ally.com)" | January 12, 2012 | "(alemapew45@bellsouth.net);(efs345@gmail.com);(john_e_mack@msn.com);(jonathan@ilany.net);Abreu, Steve - PA (steve.abreu@gmacrescap.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | "(jtanenbaum@mofo.com);(lnashelsky@mofo.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Mackey, Jim (james.mackey@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | Fed Call" |
| ALLY_0142397 | "Marano, Tom (tom.marano@ally.com)" | January 12, 2012 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Carpenter, Michael (michael.carpenter@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Mackey, Jim (james.mackey@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | | Update from DOJ" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209308 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 17, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Confi and Tolling Agreement" |
| RC-9019_00089389 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 17, 2012 | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | | FW: Confi and Tolling Agreement |
| RC-9019_00089398 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=DHAGENS;Hagens, David" | January 17, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | | RE: Confi and Tolling Agreement |
| RC-9019_00093785 | "Devine, Timothy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD" | January 20, 2012 | "Hamzehpour, Tammy;Solomon, William Legal" | "Hagens, David;Ruckdaschel, John" | Kathy Patrick |
| ALLY_0158968 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty MN (patty.zellmann@ally.com)" | | "FW: Tolling Agreements #4" |
| ALLY_0159023 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty MN (patty.zellmann@ally.com)" | | "FW: Tolling Agreements #3" |
| ALLY_0159078 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty MN (patty.zellmann@ally.com)" | | "FW: Tolling Agreements #2" |
| ALLY_0159132 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty MN (patty.zellmann@ally.com)" | | "FW: Tolling Agreements  #1" |
| ALLY_0159187 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty MN (patty.zellmann@ally.com)" | | "FW: Tolling Agreements #5" |
| ALLY_0209350 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | January 24, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "RE: Tolling Agreements #5" |
| ALLY_0209357 | "Hagens, David (david.hagens@ally.com)" | January 24, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "RE: Tolling agreement" |
| ALLY_0209361 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Re: Tolling agreement" |
| ALLY_0209377 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Tolling agreement" |
| ALLY_0159210 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Tolling Agreement and Confi" |
| ALLY_0159587 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 27, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Tolling Agreement #6  " |
| ALLY_0142771 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 2, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | "FW: Tolling Agreement #8" |
| ALLY_0159642 | "Rosten, Linda (linda.rosten@ally.com)" | February 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "RE: Tolling Agreement and Confi" |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209407 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 3, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com)" | | " RE: Tolling Agreement and Confi" |
| ALLY_0209411 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 3, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " FW: Tolling Agreement and Confi" |
| ALLY_0225197 | "Proia, Gina (gina.proia@ally.com)" | February 8, 2012 | "Abreu, Steve (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);DeBrunner, David (david.debrunner@ally.com);Duffy, James (james.duffy@ally.com);Fleming, Patrick (patrick.fleming@ally.com);Gupta, Sanjay (sanjay.gupta@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Kushman, Todd (todd.kushman@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Proia, Gina (gina.proia@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com);Yastine, Barbara (barbara.yastine@ally.com);Zachary, Ross (ross.zachary@ally.com)" | "Comstock, Sarah N. (sarah.n.comstock@ally.com);Fitzpatrick, Susan PA (susan.fitzpatrick@ally.com)" | Updated: Bloomberg: Ally's ResCap Said to Seek Buyers in Prearranged Bankruptcy Plan" |
| ALLY_0225199 | "Proia, Gina (gina.proia@ally.com)" | February 8, 2012 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Devine, Timothy (timothy.devine@ally.com);Duffy, James (james.duffy@ally.com);Gunn, Brian (brian.gunn@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Kushman, Todd (todd.kushman@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Muir, William F. (william.muir@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Fitzpatrick, Susan - PA (susan.fitzpatrick@ally.com);Zachary, Ross (ross.zachary@ally.com)" | " Rescap clips pkg." |
| RC-9019_00089516 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | February 10, 2012 | "Abreu, Steve - PA;Appleby, Adam;Benton, Hu;Bowser, Diane - PA;Derrick, Karen - PA;Eckert, Catherine - PA;Evans, Craig;Glassner, Adam - PA;Griffith, Scott - PA;Hamzehpour, Tammy;Harney, Tony;Heitzmann, Bradley;Hreshko, Michele - PA;James, Jennifer;Kushman, Todd;LaCombe, Lawrence;Lawson, Rick;Marano, Tom;McCumber, Sonya;Meyer, Darsi (Burbank);Murray, Patrick;Nees, Louis;Parker, Roseanne;Pensabene, Joe - PA;Pio, Nora - PA;Reichel, Laura - PA;Sabia, Suzanne - PA;Santanna, Beth;Scott, Christopher;Scott, Debra - PA;Shevsky, David;Tucci, Dan - PA;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Witmer, Daniel PA;Yastine, Barbara;Young, James" | "Croasmun, Jeff - PA;Hoecker, Charles - IA" | MCORC Monthly Meeting - MATERIALS ATTACHED |
| RC-9019_00089556 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | February 10, 2012 | "Abreu, Steve - PA;Appleby, Adam;Benton, Hu;Bowser, Diane - PA;Derrick, Karen - PA;Eckert, Catherine - PA;Evans, Craig;Glassner, Adam - PA;Griffith, Scott - PA;Hamzehpour, Tammy;Harney, Tony;Heitzmann, Bradley;Hreshko, Michele - PA;James, Jennifer;Kushman, Todd;LaCombe, Lawrence;Lawson, Rick;Marano, Tom;McCumber, Sonya;Meyer, Darsi (Burbank);Murray, Patrick;Nees, Louis;Parker, Roseanne;Pensabene, Joe - PA;Pio, Nora - PA;Reichel, Laura - PA;Sabia, Suzanne - PA;Santanna, Beth;Scott, Christopher;Scott, Debra - PA;Shevsky, David;Tucci, Dan - PA;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Witmer, Daniel PA;Yastine, Barbara;Young, James" | "Croasmun, Jeff - PA;Hoecker, Charles - IA" | MCORC Monthly Meeting - MATERIALS ATTACHED |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209431 | "Kushman, Todd (todd.kushman@ally.com)" | February 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "RE: Ally Materials" |
| ALLY_0210947 | "Devine, Timothy (timothy.devine@ally.com)" | February 13, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Ally Materials" |
| RC-9019_00089596 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 13, 2012 | "Hagens, David;Hamzehpour, Tammy;Kushman, Todd;Ruckdaschel, John" | | "FW: Ally Materials" |
| RC-9019_00089605 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | February 13, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | | "RE: Ally Materials" |
| ALLY_0209435 | "Kushman, Todd (todd.kushman@ally.com)" | February 14, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "RE: Ally Materials" |
| RC-9019_00089607 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | February 14, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | | "RE: Ally Materials" |
| RC-9019_00089609 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=BFRANK;Frank, Brandee" | February 15, 2012 | "Abreu, Steve - PA;Anspach, Michael;Applebaum, Candice - PA;Bagalis, Tessa;Bazella, Jacob;Belisle, Jeffrey;Bentz, James;Bluhm, Rory;Boone, Cliff;Bowen, Adam;Brown, Michael T. - Investor Relations;bstevenson@deloitte.com;Bunch, Mark;Burgun, Allison;Cancelliere, Jeff - PA;Chinoski, David;clarson@deloitte.com;Conley, Stephen;Cooney, John;Corrigan, Linda - PA;Cortese, Joe - PA;DeBrunner, David;Demro, John;Dillard, Thalia;Dondzila, Cathy - PA;dreade@deloitte.com;Eubanks, Clinton;Farley, Janel;Fasching, Michael;Ford, Gary;Frogge, Tammy;Frucci, Jay;Grasso-Moon, Lynn - PA;Griffith, Scott - PA;Grzeskiewicz, Terry - PA;Hamzehpour, Tammy;Horner, Jill;Jannet, Mauricio;King, Andrew;Kushman, Todd;Lagrotteria, Pina;Lakdawala, Murtuza;Leonard, Paul;Lombardo, Jerry;Mahlebashian, Mary Ann;Marano, Tom;McGarvey, Matthew - PA;Motwani, Sanjeev (ResMor);Newman, Randall;Nicastro, Lisa - PA;Oravec, Jeffrey;Pacitto, Timothy;Podgayetsky, Elvira - PA;Popov, Atanas;Rock, Nikki - PA;Ruhlin, Joe;Santangelo, John - PA;Sathre, Kelly;Scarseth, Michael;Schemmel, Linda;Senick, Chuck - PA;Simpson, Julia - PA;Sitlinger, Mark;spfeffer@deloitte.com;Stacey, Larissa S.;Tarr, Brian - PA;torobinson@deloitte.com;Walsh, Kim;Watson, Beth;Weiss, Christopher;Westman, Barbara - MN;Whitlinger, Jim - PA;Wright, Melody;Young, James;Zhang, Lily" | | ResCap 12.31.11 Financial Statements  *Certification Draft* |
| RC-9019_00089773 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=CATHY.DONDZILA;Dondzila, Cathy - PA" | February 16, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Whitlinger, Jim - PA" | | "FW: ResCap 12.31.11 Financial Statements  *Certification Draft*" |
| ALLY_0209124 | "Devine, Timothy (timothy.devine@ally.com)" | February 17, 2012 | "Benton, Hu (hu.benton@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "FW: Ally Materials" |
| ALLY_0209439 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 17, 2012 | "Benton, Hu (hu.benton@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "FW: Ally Materials" |
| RC-9019_00089963 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 20, 2012 | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal" | | "FW: Gibbs & Bruns - Correspondence" |
| ALLY_0209458 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | February 23, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209466 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 23, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: RALI--Tentative meeting on February 28, Tuesday" |
| RC-9019_00089968 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | February 23, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy" | | "RE: RALI--Tentative meeting on February 28, Tuesday" |
| RC-9019_00089970 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 27, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | "Rosten, Linda" | "RE: RALI--Tentative meeting on February 28, Tuesday" |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209492 | "Hagens, David (david.hagens@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | " RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209496 | "Devine, Timothy (timothy.devine@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | " RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209500 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 28, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | " Re: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209505 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | " RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0210969 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " RE: 2005-QA 13  2006-Q03" |
| ALLY_0209627 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | February 29, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " RE: Talcott Franklin" |
| RC-9019_00090032 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | February 29, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | | RE: Talcott Franklin |
| RC-9019_00090052 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 5, 2012 | "Hagens, David;Hamzehpour, Tammy;Rosten, Linda;Smith, Bradley - (Dorsey & Whitney)" | | Re: Tolling Agreements  #11 |
| ALLY_0209659 | "Kushman, Todd (todd.kushman@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209667 | "Kushman, Todd (todd.kushman@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209676 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209679 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209682 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " Fw: Tolling Agreement Request" |
| ALLY_0209692 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | | " Re: Tolling Agreements  #11" |
| RC-9019_00090054 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 6, 2012 | "Hamzehpour, Tammy;Rosten, Linda;Smith, Bradley - (Dorsey & Whitney)" | "Hagens, David;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Tolling Agreements #12 |
| RC-9019_00093786 | "Devine, Timothy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD" | March 6, 2012 | "Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | FW: ResCap Discussions |
| ALLY_0143187 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Talcott Franklin Tolling Agreements #4" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143220 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Talcott Franklin Tolling Agreements #7" |
| ALLY_0143273 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Talcott Franklin Tolling Agreements #6" |
| ALLY_0143317 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Talcott Franklin Tolling Agreements #2" |
| ALLY_0159791 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Talcott Franklin Tolling Agreements #1" |
| ALLY_0159806 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Talcott Franklin Tolling Agreements #5" |
| ALLY_0142461 | "Proia, Gina (gina.proia@ally.com)" | March 9, 2012 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Cummings, Ann (ann.cummings@ally.com);Duffy, James (james.duffy@ally.com);Gunn, Brian (brian.gunn@ally.com);Hall, Lara (lara.hall@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Muir, William F. (william.muir@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Fitzpatrick, Susan - PA (susan.fitzpatrick@ally.com);Zachary, Ross (ross.zachary@ally.com)" | "Media Alert: NY Post on ResCap/Ally/UST" |
| ALLY_0143350 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 9, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: RFC Tolling Agreements" |
| ALLY_0159863 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 9, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0159876 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 9, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "Re: Tolling Agreement Request" |
| ALLY_0209706 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 9, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "FW: Tolling Agreement Request" |
| ALLY_0143362 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 13, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jerry Phelps (jerry@talcottfranklin.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | "RE: RFC Tolling Agreements" |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143377 | Jerry Phelps (jerry@talcottfranklin.com) | March 13, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | "Re: RFC Tolling Agreements" |
| ALLY_0209717 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 14, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "RE: Tolling Agreement Request" |
| ALLY_0209722 | "Devine, Timothy (timothy.devine@ally.com)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "RE: Tolling Agreement Request" |
| ALLY_0209727 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "RE: Tolling Agreement Request" |
| ALLY_0226065 | "Solomon, William Legal (william.b.solomon@ally.com)" | March 16, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Marano, Tom (tom.marano@ally.com)" | "Carpenter, Michael (michael.carpenter@ally.com)" | RE: confential Attorney Client Work product |
| ALLY_0226066 | "Marano, Tom (tom.marano@ally.com)" | March 16, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Carpenter, Michael (michael.carpenter@ally.com)" | confidential Attorney Client Work product |
| ALLY_0159895 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 23, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty MN (patty.zellmann@ally.com)" | "Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | "FW: Data Template" |
| RC-9019_00093788 | "Devine, Timothy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD" | March 23, 2012 | "Hamzehpour, Tammy;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | "Thompson, William - Legal Dept - PA" | RE: Data Template |
| ALLY_0209801 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | March 26, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Marano, Tom (tom.marano@ally.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | "RE: RFC" |
| ALLY_0209809 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 26, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Marano, Tom (tom.marano@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | "FW: RFC" |
| RC-9019_00090069 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARY.WOEHR;Fahy Woehr, Mary - PA" | March 26, 2012 | "Hamzehpour, Tammy" | | FW: Notification of Breach |
| RC-9019_00090075 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARY.WOEHR;Fahy Woehr, Mary - PA" | March 26, 2012 | "Hamzehpour, Tammy" | | RE: Notification of Breach |
| RC-9019_00090078 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 26, 2012 | "Hamzehpour, Tammy;Kushman, Todd;Marano, Tom;Ruckdaschel, John" | "Solomon, William Legal" | FW: RFC |
| RC-9019_00090084 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | March 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kushman, Todd;Marano, Tom" | "Solomon, William Legal" | RE: RFC |
| RC-9019_00093803 | "Ruckdaschel, John;/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JRUCKDA" | March 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kushman, Todd;Marano, Tom" | "Solomon, William Legal" | RE: RFC |
| RC-9019_00092054 | "/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=16090594-957502BC-85257447-4658EC;Marano, Tom" | March 27, 2012 | "Carpenter, Michael;Devine, Timothy;Hamzehpour, Tammy" | "Brown, Jeff;Solomon, William Legal" | FW: IMPORTANT - Please read - Follow-up - 6 year statute of limitation on contracts |
| ALLY_0158125 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 12, 2012 | "(mkraut@morganlewis.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | Re: Tolling Agreements" |
| ALLY_0158148 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 12, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Tolling Agreements" |
| RC-9019_00061394 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 12, 2012 | "Hamzehpour, Tammy" | | Kathy Patrick |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061396 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 12, 2012 | "Hamzehpour, Tammy" | | RE: Kathy Patrick |
| ALLY_0159927 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 13, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | FW: Ally Materials" |
| RC-9019_00061397 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 13, 2012 | "Hamzehpour, Tammy" | | FW: Ally Materials |
| ALLY_0158163 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 16, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | FW: Tolling Agreements" |
| RC-9019_00061411 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 16, 2012 | "Cancelliere, Jeff - PA;Hamzehpour, Tammy;Hreshko, Michele - PA;Kushman, Todd;Mongelluzzo, John - PA;Ruckdaschel, John;Zellmann, Patty - MN" | "Rosten, Linda" | Amherst |
| RC-9019_00061412 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 16, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Hreshko, Michele - PA;Kushman, Todd;Mongelluzzo, John - PA;Ruckdaschel, John;Zellmann, Patty - MN" | "Rosten, Linda" | RE: Amherst |
| RC-9019_00061413 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 16, 2012 | "Cancelliere, Jeff - PA;Hamzehpour, Tammy;Hreshko, Michele - PA;Kushman, Todd;Mongelluzzo, John - PA;Ruckdaschel, John;Zellmann, Patty - MN" | "Rosten, Linda" | RE: Amherst |
| RC-9019_00061415 | GLee@mofo.com | April 16, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S." | Re: Call re: Kathy Patrick |
| RC-9019_00064889 | GLee@mofo.com | April 16, 2012 | "Hamzehpour, Tammy" | | RE: PLS Claimant -- PRIVILEGED AND CONFIDENTIAL |
| RC-9019_00061419 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 16, 2012 | "Cancelliere, Jeff - PA;Hamzehpour, Tammy;Hreshko, Michele - PA;Kushman, Todd;Mongelluzzo, John - PA;Ruckdaschel, John;Zellmann, Patty - MN" | | FW: RALI 2006 |
| RC-9019_00064892 | GLee@mofo.com | April 16, 2012 | "Hamzehpour, Tammy" | | RE: PLS Claimant |
| ALLY_0158187 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 17, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | FW: Tolling Agreements" |
| RC-9019_00048956 | Timothy.Devine@ally.com | April 17, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: Kathy Patrick follow-up |
| RC-9019_00061424 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 17, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: Kathy Patrick follow-up |
| ALLY_0209860 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | April 18, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Tolling Agreements" |
| RC-9019_00060240 | GLee@mofo.com | April 18, 2012 | "Cancelliere, Jeff - PA;Hamzehpour, Tammy;Rosten, Linda" | "Devine, Timothy" | Re: Prep for Kathy Patrick Meeting |
| RC-9019_00061426 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 18, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Rosten, Linda" | "Devine, Timothy" | RE: Prep for Kathy Patrick Meeting |
| ALLY_0159961 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 19, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | | FW: Confidentiality Agreement" |
| ALLY_0209874 | "Lee, Gary S. (glee@mofo.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | Re: Confidentiality Agreement" |
| ALLY_0209881 | "Lee, Gary S. (glee@mofo.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | RE: Confidentiality Agreement" |
| RC-9019_00058236 | Devine  Timothy | April 19, 2012 | David Sheeren;Hamzehpour  Tammy;Kathy D. Patrick;Rosten  Linda;Ruckdaschel  John;Scott A. Humphries | | RE: Bi-Weekly Call with Gibbs & Bruns (Dial-In:  Dial-In: 1-866-228-9900  Passcode 763234) |
| RC-9019_00058705 | Kathy D. Patrick | April 19, 2012 | David Sheeren;John.Ruckdaschel@ally.com;Kathy D. Patrick;Linda.Rosten@ally.com;Scott A. Humphries;Tammy.Hamzehpour@ally.com;Timothy.Devine@ally.com | | Bi-Weekly Call with Gibbs & Bruns (Dial-In:  Dial-In: 1-866-228-9900  Passcode 763234) |
| RC-9019_00061427 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | KP is ready willing and able for Wed aftn -- are we good? |
| RC-9019_00048958 | Timothy.Devine@ally.com | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: KP is ready willing and able for Wed aftn -- are we good? |
| RC-9019_00061428 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: KP is ready willing and able for Wed aftn -- are we good? |
| RC-9019_00061429 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 19, 2012 | "Hamzehpour, Tammy;Solomon, William Legal" | | Talcott Franklin |
| RC-9019_00048959 | Jeff.Cancelliere@gmacrescap.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;McDonagh, Tim;Nolan, William;Renzi, Mark;Rosten, Linda" | | RE: Prep for Kathy Patrick Meeting ((866) 203-0920; Code 1389301002) Host 5963 |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061430 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;McDonagh, Tim;Nolan, William;Renzi, Mark;Rosten, Linda" | | RE: Prep for Kathy Patrick Meeting ((866) 203-0920; Code 1389301002) Host 5963 |
| RC-9019_00061431 | kpatrick@gibbsbruns.com | April 19, 2012 | "David Sheeren;Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Rosten, Linda;Ruckdaschel, John;Scott A. Humphries" | | Bi-Weekly Call with Gibbs & Bruns (Dial-In: Dial-In: 1-866-228-9900; Passcode 763234) |
| RC-9019_00061432 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 19, 2012 | "David Sheeren;Hamzehpour, Tammy;Kathy D. Patrick;Rosten, Linda;Ruckdaschel, John;Scott A. Humphries" | | RE: Bi-Weekly Call with Gibbs & Bruns (Dial-In: Dial-In: 1-866-228-9900; Passcode 763234) |
| RC-9019_00048960 | Timothy.Devine@ally.com | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | FW: Confidentiality Agreement |
| RC-9019_00061433 | GLee@mofo.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | RE: Confidentiality Agreement |
| RC-9019_00061437 | GLee@mofo.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Re: Confidentiality Agreement |
| ALLY_0209885 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 20, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreements" |
| ALLY_0209895 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 20, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | FW: Tolling Agreements" |
| ALLY_0209923 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 20, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | FW: Tolling Agreements" |
| ALLY_0209932 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 20, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreements" |
| ALLY_0158279 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 23, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Tolling Agreements" |
| RC-9019_00060243 | GLee@mofo.com | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;Levitt, Jamie A.;mark.renzi@fticonsulting.com;william.nolan@fticonsulting.com" | | Re: Prep Call for Meeting with Kathy Patrick |
| RC-9019_00060245 | GLee@mofo.com | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;Levitt, Jamie A.;Marc Puntus;Nolan, William;Renzi, Mark;Sam Greene" | | RE: Updated: Prep Call for Meeting with Kathy Patrick |
| RC-9019_00093328 | "GLee@mofo.com;Lee, Gary S." | April 23, 2012 | "Hamzehpour, Tammy" | | FW: Call at 10 |
| RC-9019_00061301 | GLee@mofo.com | April 23, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | RE: Kathy Patrick - Confidentiality Agreement |
| RC-9019_00061442 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 23, 2012 | "Hamzehpour, Tammy" | | Prep for KP |
| ALLY_0143613 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 24, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: CONFIDENTIAL: Data Template" |
| RC-9019_00061444 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 24, 2012 | "Hamzehpour, Tammy" | | Re: Centerview Slides for KP Meeting |
| RC-9019_00060869 | kpatrick@gibbsbruns.com | April 24, 2012 | "Hamzehpour, Tammy;Kathy D. Patrick;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney)" | "Devine, Timothy;Zellmann, Patty - MN" | Re: CONFIDENTIAL: Data Template |
| RC-9019_00093273 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 24, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | "Park, Liz;Szymik, Filip" | Bounce - RW PLS Recovery Summary |
| RC-9019_00093335 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 24, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | "Park, Liz;Szymik, Filip" | Bounce - RW PLS Recovery Summary |
| ALLY_0158294 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 25, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kraut, Michael S. (mkraut@morganlewis.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Tolling Agreements" |
| RC-9019_00093345 | "JLevitt@mofo.com;Levitt, Jamie A." | April 25, 2012 | "Hamzehpour, Tammy" | "Lee, Gary S." | FW: Bounce - RW PLS Recovery Summary |
| ALLY_0143617 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 26, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | FW: Additional Data and Follow up re GSE Repurchase Rates" |
| RC-9019_00061449 | GLee@mofo.com | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S." | K Patrick Follow up - FRE 408. |
| RC-9019_00048969 | Timothy.Devine@ally.com | April 26, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | Re: K Patrick Follow up - FRE 408. |
| RC-9019_00061452 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 26, 2012 | "Cancelliere, Jeff - PA;Hamzehpour, Tammy;Ruckdaschel, John" | | Re: KP |

Emails_TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061453 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 26, 2012 | "'glee@mofo.com';Hamzehpour, Tammy" | | Re: K Patrick Follow up - FRE 408. |
| RC-9019_00060247 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | | RE: KP |
| RC-9019_00061454 | GLee@mofo.com | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Re: K Patrick Follow up - FRE 408. |
| RC-9019_00061456 | kpatrick@gibbsbruns.com | April 26, 2012 | "Hamzehpour, Tammy;Ruckdaschel, John;Tim.Meehan@Americas.ING.com" | David Sheeren;Kathy D. Patrick;Robert J. Madden;Scott A. Humphries | Additional Data and Follow up re GSE Repurchase Rates |
| RC-9019_00061457 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | FW: Additional Data and Follow up re GSE Repurchase Rates |
| ALLY_0158313 | "Devine, Timothy (timothy.devine@ally.com)" | April 27, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | FW: Tolling Agreements" |
| ALLY_0158396 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | April 27, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | | RE: Tolling Agreements" |
| RC-9019_00093429 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | April 27, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | | RE: GSE_Request_Summary.xlsx |
| RC-9019_00048970 | Timothy.Devine@ally.com | April 27, 2012 | "rschrock@kirkland.com';Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Solomon, William Legal" | | RE: next steps |
| RC-9019_00061461 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 27, 2012 | "'glee@mofo.com';'rschrock@kirkland.com';Cieri, Richard M.;Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal" | | RE: next steps |
| RC-9019_00048972 | William.b.Solomon@ally.com | April 27, 2012 | "'rcieri@kirkland.com';'rschrock@kirkland.com';Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | | Re: next steps |
| RC-9019_00061463 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS | April 27, 2012 | "'glee@mofo.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | | Re: next steps |
| RC-9019_00048974 | Timothy.Devine@ally.com | April 27, 2012 | "'rcieri@kirkland.com';'rschrock@kirkland.com';Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Solomon, William Legal" | | RE: next steps |
| RC-9019_00061465 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 27, 2012 | "'glee@mofo.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal" | | RE: next steps |
| ALLY_0209222 | "Devine, Timothy (timothy.devine@ally.com)" | April 28, 2012 | "Carpenter, Michael (michael.carpenter@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Marano, Tom (tom.marano@ally.com);Proia, Gina (gina.proia@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FHFA/Freddie update" |
| ALLY_0209946 | "Cieri, Richard M. (rcieri@kirkland.com)" | April 28, 2012 | "(glee@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com)" | | RE: next steps" |
| ALLY_0209959 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 28, 2012 | "(glee@mofo.com);(rcieri@kirkland.com);(rschrock@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | RE: next steps" |
| ALLY_0209963 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 28, 2012 | "(glee@mofo.com);(rschrock@kirkland.com);Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | RE: next steps" |
| ALLY_0209966 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 28, 2012 | "Carpenter, Michael (michael.carpenter@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Marano, Tom (tom.marano@ally.com);Proia, Gina (gina.proia@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FHFA/Freddie update" |
| RC-9019_00047807 | mark.renzi@FTIConsulting.com | April 28, 2012 | Tammy.Hamzehpour@ally.com;Timothy.Devine@ally.com | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | Bounce - Monoline |
| RC-9019_00047809 | mark.renzi@FTIConsulting.com | April 28, 2012 | Tammy.Hamzehpour@ally.com;Timothy.Devine@ally.com | "Cancelliere, Jeff - PA;John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;McDonagh, Tim;Nolan, William" | RE: Bounce - Monoline |
| RC-9019_00061472 | rcieri@kirkland.com | April 28, 2012 | "'glee@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | | RE: next steps |
| RC-9019_00061474 | GLee@mofo.com | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | "dbent@orrick.com;Lee, Gary S.;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | Re: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061476 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S." | "dbent@orrick.com;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | RE: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |
| ALLY_0209988 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 1, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "FW: [CONTENT] RE: Tolling Agreements" |
| RC-9019_00061488 | GLee@mofo.com | May 1, 2012 | "Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;jeffrey.powell@kirkland.com;Levitt, Jamie A.;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | kchopra@centerviewpartners.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com | Waterfalls for Mtgs this week with PLS-r/w claimants |
| RC-9019_00048983 | Timothy.Devine@ally.com | May 1, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Meeting with KP Steering Committee |
| RC-9019_00061320 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 1, 2012 | "Cieri, Richard M;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Meeting with KP Steering Committee |
| ALLY_0143639 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | Re: NDA" |
| ALLY_0159988 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com) | NDA" |
| ALLY_0210001 | "Lee, Gary S. (glee@mofo.com)" | May 2, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Fw: Steering Committee" |
| ALLY_0210011 | "Lee, Gary S. (glee@mofo.com)" | May 2, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Fw: Steering Committee" |
| RC-9019_00090093 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=BFRANK;Frank, Brandee" | May 2, 2012 | "Abreu, Steve - PA;Adams, Jill - PA;Belisle, Jeffrey;Bentz, James;Bluhm, Rory;Bowen, Adam;Brown, Michael T.  - Investor Relations;bstevenson@deloitte.com;Cancelliere, Jeff - PA;clarson@deloitte.com;Corrigan, Linda - PA;DeBrunner, David;Demro, John;Dillard, Thalia;Dondzila, Cathy - PA;dreade@deloitte.com;Dugan, Michaeline - PA;Farley, Janel;Grasso-Moon, Lynn - PA;Griffith, Scott - PA;Grzeskiewicz, Terry - PA;Hamzehpour, Tammy;Horner, Jill;Kushman, Todd;Letourneau, Ashley - MN;Marano, Tom;McGarvey, Matthew - PA;Newman, Randall;Nicastro, Lisa - PA;O'Connell, Maureen - PA;Pacitto, Timothy;Pensabene, Joe - PA;Podgayetsky, Elvira - PA;Popov, Atanas;Rock, Nikki - PA;Ruhlin, Joe;Santangelo, John - PA;Scarseth, Michael;Senick, Chuck - PA;Simpson, Julia - PA;spfeffer@deloitte.com;Stacey, Larissa S.;Tarr, Brian - PA;torobinson@deloitte.com;Tschepen, Katie;Westman, Barbara - MN;Whitlinger, Jim - PA" | | Final ResCap 3.31.12 Financial Statements |
| RC-9019_00061489 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | | Fw: Steering Committee |
| RC-9019_00061494 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Steering Committee |
| RC-9019_00061324 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 2, 2012 | "'glee@mofo.com';'mark.renzi@FTIConsulting.com';'rcieri@kirkland.com';Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | Re: Steering Committee |
| RC-9019_00061326 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Steering Committee |
| RC-9019_00061495 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 2, 2012 | "'glee@mofo.com';Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Fw: Meeting Tomorrow? |
| ALLY_0143674 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | Fw: Gmacm" |
| ALLY_0143679 | David Sheeren (dsheeren@gibbsbruns.com) | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A Humphries (shumphries@gibbsbruns.com)" | | RE: " |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143680 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | "(mark.renzi@fticonsulting.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | | "Fw: Meeting Tomorrow?" |
| ALLY_0143696 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | "Nashelsky, Larren M. (lnashelsky@mofo.com)" | "RE: Gmacm" |
| ALLY_0143703 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com)" | "FW: NDAs" |
| ALLY_0160004 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 3, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Delehey, Lauren - PA (lauren.delehy@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Gary Lee (glee@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "FW: " |
| ALLY_0160010 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 3, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | | "FW: " |
| ALLY_0210021 | "Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Delehey, Lauren - PA (lauren.delehy@gmacrescap.com)" | "RE: Meeting Tomorrow?" |
| ALLY_0210023 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "RE: Meeting Tomorrow?" |
| ALLY_0210029 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "Re: Meeting Tomorrow?" |
| ALLY_0210031 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "Fw: Meeting Tomorrow?" |
| ALLY_0210033 | "Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Delehey, Lauren - PA (lauren.delehy@gmacrescap.com)" | "RE: Meeting Tomorrow?" |
| RC-9019_00061497 | GLee@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Re: Meeting Tomorrow? |
| RC-9019_00061503 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 3, 2012 | "David Sheeren;Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Scott A. Humphries" | | FW: |
| RC-9019_00061505 | JLevitt@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;mark.renzi@fticonsulting.com" | | Re: Meeting Tomorrow? |
| RC-9019_00061512 | dsheeren@gibbsbruns.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Ruckdaschel, John;Scott A. Humphries" | | RE: |
| RC-9019_00049034 | John.Ruckdaschel@ally.com | May 3, 2012 | "David Sheeren;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;Scott A. Humphries;Thompson, William - Legal Dept - PA" | | FW: |
| RC-9019_00061327 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 3, 2012 | "David Sheeren;Delehey, Lauren - PA;Devine, Timothy;Gary Lee;Hamzehpour, Tammy;Kathy D. Patrick;Levitt, Jamie A.;Scott A. Humphries;Thompson, William - Legal Dept - PA" | | FW: |
| RC-9019_00061513 | GLee@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S.;Nashelsky, Larren M." | Fw: Gmacm |
| RC-9019_00061515 | GLee@mofo.com | May 3, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;O'Donnell, Deirdre;richard.cieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Fw: Meeting Tomorrow? |
| RC-9019_00049038 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 3, 2012 | "Timothy.Devine@ally.com';Hamzehpour, Tammy" | "Lee, Gary S." | FW: NDAs |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061528 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 4, 2012 | "glee@mofo.com';Hamzehpour, Tammy" | | Fw: Kathy Patrick |
| RC-9019_00061529 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S.;Levitt, Jamie A." | Re: Kathy Patrick |
| RC-9019_00061530 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | FW: |
| RC-9019_00061531 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00061533 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | RE: |
| RC-9019_00061535 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00049081 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 4, 2012 | "Devine, Timothy';Hamzehpour, Tammy" | | Kathy Patrick |
| RC-9019_00061537 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Kathy Patrick |
| RC-9019_00049082 | Timothy.Devine@ally.com | May 4, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | Re: Kathy Patrick |
| RC-9019_00061538 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 4, 2012 | "glee@mofo.com';Hamzehpour, Tammy" | | Re: Kathy Patrick |
| RC-9019_00060255 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00060875 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | RE: |
| RC-9019_00061550 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Fw: |
| ALLY_0142597 | "Proia, Gina (gina.proia@ally.com)" | May 5, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Hall, Lara (lara.hall@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Fitzpatrick, Susan - PA (susan.fitzpatrick@gmacrescap.com)" | NY Post: Ally no pal of buffett" |
| ALLY_0210047 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0210059 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | RE: For Settlement Purposes Only" |
| ALLY_0210064 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0210069 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0210074 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | RE: For Settlement Purposes Only" |
| ALLY_0210079 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | RE: For Settlement Purposes Only" |
| ALLY_0210084 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | RE: For Settlement Purposes Only" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0210089 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Gary S. Lee (glee@mofo.com) (glee@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "RE: For Settlement Purposes Only" |
| ALLY_0210093 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "Fw:" |
| ALLY_0210097 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "Re: For Settlement Purposes Only" |
| ALLY_0210102 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "Re: For Settlement Purposes Only" |
| RC-9019_00061554 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;Levitt, Jamie A.;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061329 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061333 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061558 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061563 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061337 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061568 | GLee@mofo.com | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061575 | GLee@mofo.com | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061580 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00064896 | JLevitt@mofo.com | May 5, 2012 | "Hamzehpour, Tammy" | | Fw: For Settlement Purposes Only |
| RC-9019_00064901 | /O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARY.WOEHR | May 5, 2012 | "Hamzehpour, Tammy" | "Evans, Nilene R.;Levitt, Jamie A." | RE: For Settlement Purposes Only |
| RC-9019_00061585 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Thompson, William - Legal Dept - PA" | | PRIVILEGED:  KP versus Monolines |
| RC-9019_00060877 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Devine, Timothy;Hamzehpour, Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060263 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Cancelliere, Jeff - PA;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: PRIVILEGED:  KP versus Monolines |
| ALLY_0210106 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com)" | "Fw: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0210133 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 6, 2012 | "(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | (glee@mofo.com) | Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0210136 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 6, 2012 | "(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | (glee@mofo.com) | Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| RC-9019_00049105 | Jeff.Cancelliere@gmacrescap.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060264 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061342 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 6, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00060266 | GLee@mofo.com | May 6, 2012 | "battle@CarpenterLipps.com;Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;lipps@carpenterlipps.com;ray.schrock@kirkland.com;richard.cieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Levitt, Jamie A." | FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00061345 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 6, 2012 | "battle@CarpenterLipps.com';'eraymond@mayerbrown.com';'glee@mofo.com';'lipps@carpenterlipps.com';'MWare@mayerbrown.com';'ray.schrock@kirkland.com';'richard.cieri@kirkland.com';'Rspehr@mayerbrown.com';Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "JLevitt@mofo.com';Solomon, William Legal" | Re: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00049143 | Jeff.Cancelliere@gmacrescap.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060301 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061347 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061596 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S." | | RE: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00061598 | JLevitt@mofo.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | | Re: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00090163 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=MZGGZ3;Rosten, Linda" | May 7, 2012 | "lipps@carpenterlipps.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Ware, Michael O.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Raymond, Elizabeth A.;Rosten, Linda;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | KP Settlement Agmt and PSA (Dial-In:  (866) 203-0920; Access Code 1389301002) |
| RC-9019_00049148 | Timothy.Devine@ally.com | May 7, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Lee, Gary S.;Raymond, Elizabeth A.;Ruckdaschel, John;Schrock, Ray C.;Ware, Michael O." | | KP Settlement Agmt and PSA |
| RC-9019_00061600 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 7, 2012 | "glee@mofo.com';Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Raymond, Elizabeth A.;Ruckdaschel, John;Schrock, Ray C.;Ware, Michael O." | | KP Settlement Agmt and PSA |
| RC-9019_00060903 | rcieri@kirkland.com | May 7, 2012 | "eraymond@mayerbrown.com';'glee@mofo.com';'lipps@carpenterlipps.com';Devine, Timothy;Hamzehpour, Tammy;mware@mayerbrown.com;Ruckdaschel, John;Schrock, Ray C." | | Re: KP Settlement Agmt and PSA |
| RC-9019_00061601 | GLee@mofo.com | May 7, 2012 | "Devine, Timothy;eraymond@mayerbrown.com;Hamzehpour, Tammy;lipps@carpenterlipps.com;mware@mayerbrown.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | | Re: KP Settlement Agmt and PSA |
| RC-9019_00061603 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 7, 2012 | "eraymond@mayerbrown.com';'glee@mofo.com';'lipps@carpenterlipps.com';'MWare@mayerbrown.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Delehey, Lauren - PA;Hamzehpour, Tammy;Rosten, Linda;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: KP Settlement Agmt and PSA |
| RC-9019_00061605 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 7, 2012 | "Blaschko, Jeffrey;Boland, Ed - CA;Devine, Timothy;Hamzehpour, Tammy" | "Cancelliere, Jeff - PA" | RE: Mod caps |
| RC-9019_00060340 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M." | KP |
| RC-9019_00061650 | mark.renzi@FTIConsulting.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;glee@mofo.com;Hamzehpour, Tammy;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "LNashelsky@mofo.com;Nolan, William" | Re: KP |
| RC-9019_00060341 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 7, 2012 | "glee@mofo.com';'mark.renzi@FTIConsulting.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "LNashelsky@mofo.com';'william.nolan@fticonsulting.com' | Re: KP |
| RC-9019_00060343 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00060345 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00049157 | Jeff.Cancelliere@gmacrescap.com | May 7, 2012 | "mark.renzi@FTIConsulting.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "william.nolan@fticonsulting.com';Nashelsky, Larren M." | RE: KP |

Emails TO Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061349 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 7, 2012 | "'glee@mofo.com';'mark.renzi@FTIConsulting.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | 'LNashelsky@mofo.com';'william.nolan@fticonsulting.com' | RE: KP |
| RC-9019_00047906 | Timothy.Devine@ally.com | May 8, 2012 | "rcieri@kirkland.com';Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "'rschrock@kirkland.com';Delehey, Lauren - PA;Solomon, William Legal;Thompson, William Legal Dept - PA" | Talcott Franklin |
| RC-9019_00061354 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 8, 2012 | "rcieri@kirkland.com';Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Ruckdaschel, John" | "'rschrock@kirkland.com';Delehey, Lauren - PA;Solomon, William Legal;Thompson, William Legal Dept - PA" | Talcott Franklin |
| RC-9019_00064906 | GLee@mofo.com | May 8, 2012 | "Hamzehpour, Tammy;kchopra@centerviewpartners.com;Marano, Tom;mpuntus@centerviewpartners.com;Nashelsky, Larren M.;Tanenbaum, James R." | | Fw: Are you available |
| RC-9019_00067796 | "GLee@mofo.com;Lee, Gary S." | May 8, 2012 | "Hamzehpour, Tammy;kchopra@centerviewpartners.com;Marano, Tom;mpuntus@centerviewpartners.com;Nashelsky, Larren M.;Tanenbaum, James R." | | Fw: Are you available |
| RC-9019_00064032 | GLee@mofo.com | May 8, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00061902 | Jeff.Cancelliere@gmacrescap.com | May 8, 2012 | "mark.renzi@FTIConsulting.com';Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "'william.nolan@fticonsulting.com';Nashelsky, Larren M." | Re: KP |
| RC-9019_00064036 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 8, 2012 | "'glee@mofo.com';'mark.renzi@FTIConsulting.com';Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | 'LNashelsky@mofo.com';'william.nolan@fticonsulting.com' | Re: KP |
| RC-9019_00047917 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 8, 2012 | "Cancelliere, Jeff - PA';'Delehey, Lauren - PA';'Devine, Timothy';'Ruckdaschel, John';Hamzehpour, Tammy;Levitt, Jamie A.;Thompson, William - Legal Dept - PA" | | FW: BOA Loss Estimate |
| RC-9019_00061355 | GLee@mofo.com | May 8, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | FW: BOA Loss Estimate |
| RC-9019_00064040 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 8, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: BOA Loss Estimate |
| RC-9019_00064909 | GLee@mofo.com | May 8, 2012 | "Hamzehpour, Tammy;Levitt, Jamie A." | | Fw: BOA Loss Estimate |
| RC-9019_00061656 | GLee@mofo.com | May 8, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kohler, Kenneth E.;Nashelsky, Larren M.;rcieri@kirkland.com" | "Lee, Gary S." | Kp |
| ALLY_0141969 | "Proia, Gina (gina.proia@ally.com)" | May 9, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Cummings, Ann (ann.cummings@ally.com);Duffy, James (james.duffy@ally.com);Gunn, Brian (brian.gunn@ally.com);Gupta, Sanjay (sanjay.gupta@ally.com);Hall, Lara (lara.hall@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Muir, William F. (william.muir@ally.com);Russi, Tim (tim.russi@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Comstock, Sarah N. (sarah.n.comstock@ally.com);Fitzpatrick, Susan - PA (susan.fitzpatrick@gmacrescap.com);Mallino, Sue (sue.mallino@ally.com)" | Reuters: Investors Cheer Reports Ally Will Dump Mortgage Unit |
| ALLY_0142620 | "Proia, Gina (gina.proia@ally.com)" | May 9, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Cummings, Ann (ann.cummings@ally.com);Duffy, James (james.duffy@ally.com);Hall, Lara (lara.hall@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Muir, William F. (william.muir@ally.com);Proia, Gina (gina.proia@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Fitzpatrick, Susan - PA (susan.fitzpatrick@gmacrescap.com);Zachary, Ross (ross.zachary@ally.com)" | WSJ: ResCap Nears Bankruptcy Filing" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0142633 | "Proia, Gina (gina.proia@ally.com)" | May 9, 2012 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurion, Jon (jon.centurino@ally.com);Cummings, Ann (ann.cummings@ally.com);Duffy, James (james.duffy@ally.com);Gunn, Brian (brian.gunn@ally.com);Gupta, Sanjay (sanjay.gupta@ally.com);Hall, Lara (lara.hall@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Proia, Gina (gina.proia@ally.com);Russi, Tim (tim.russi@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Coggins, Beth (beth.coggins@ally.com);Comstock, Sarah N. (sarah.n.comstock@ally.com);Fitzpatrick, Susan PA (susan.fitzpatrick@gmacrescap.com);Jain, Varun (varun.jain@ally.com);Johnson, Jacquelyn (jacquelyn.johnson@ally.com);Mallino, Sue (sue.mallino@ally.com);Mcnamee, Christopher (christopher.mcnamee@ally.com);Zachary, Ross (ross.zachary@ally.com)" | "<br>Reuters: Ally nears bankruptcy deal with ResCap creditors" |
| RC-9019_00047942 | Timothy.Devine@ally.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | Talcott Franklin |
| RC-9019_00060361 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M;Delehey, Lauren - PA;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | Talcott Franklin |
| RC-9019_00060362 | GLee@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Talcott Franklin |
| RC-9019_00061657 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00049198 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060364 | JLevitt@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00049209 | Timothy.Devine@ally.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060375 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00049211 | Jeff.Cancelliere@gmacrescap.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060377 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.';jlevitt@mofo.com';Lee, Gary S.';Renzi, Mark';Schrock, Ray C.';Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061357 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060379 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Levitt, Jamie A.';Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061659 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061661 | JLevitt@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00060381 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Levitt, Jamie A.';Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061359 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00064914 | GLee@mofo.com | May 9, 2012 | "Hamzehpour, Tammy;Marano, Tom;Nashelsky, Larren M." | "Lee, Gary S." | Fw: KP |
| RC-9019_00061664 | GLee@mofo.com | May 9, 2012 | "Devine, Timothy;Hamzehpour, Tammy;rcieri@kirkland.com;rschrock@kirkland.com" | "Lee, Gary S." | Re: KP.  Privileged. (Subject to FRE 408) |
| RC-9019_00049598 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "Cieri, Richard M.;'David A. Beck';Ornstein, Noah';Schrock, Ray C.';Timothy.Devine@ally.com';'William.b.Solomon@ally.com';Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061667 | DClark@mofo.com | May 10, 2012 | "Cieri, Richard M.;David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061726 | rcieri@kirkland.com | May 10, 2012 | "Clark, Daniel E.;David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00049668 | beck@CarpenterLipps.com | May 10, 2012 | "Cieri, Richard M.;Clark, Daniel E.;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Timothy.Devine@ally.com;William.b.Solomon@ally.com" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061728 | beck@CarpenterLipps.com | May 10, 2012 | "Cieri, Richard M.;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061731 | GLee@mofo.com | May 10, 2012 | "battle@CarpenterLipps.com;beck@CarpenterLipps.com;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;lipps@carpenterlipps.com;nornstein@kirkland.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Re: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061735 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS | May 10, 2012 | "battle@CarpenterLipps.com;beck@CarpenterLipps.com;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;lipps@carpenterlipps.com;nornstein@kirkland.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | "Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00064048 | JLevitt@mofo.com | May 11, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | FW: RMBS plan support and settlement |
| RC-9019_00090166 | "GLee@mofo.com;Lee, Gary S." | May 12, 2012 | "Hamzehpour, Tammy" | | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00090175 | "GLee@mofo.com;Lee, Gary S." | May 12, 2012 | "Hamzehpour, Tammy" | | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050476 | Timothy.Devine@ally.com | May 12, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps;Lee, Gary S." | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061743 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "glee@mofo.com;Hamzehpour, Tammy;Jeffrey A. Lipps" | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061745 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps" | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050483 | Timothy.Devine@ally.com | May 12, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | FW: RMBS Stipulated Claim |
| RC-9019_00061369 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | FW: RMBS Stipulated Claim |
| RC-9019_00064915 | GLee@mofo.com | May 12, 2012 | "Hamzehpour, Tammy" | | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00045460 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "Cieri, Richard M.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | RE: RMBS Stipulated Claim |
| RC-9019_00061375 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "Cieri, Richard M.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | RE: RMBS Stipulated Claim |
| ALLY_0144336 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | " " | FW: Your Proposal" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0144339 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | " FW: great news and very important note" |
| ALLY_0210724 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jeffrey A. Lipps (lipps@carpenterlipps.com);Jennifer A.L. Battle (battle@carpenterlipps.com);Kushman, Todd (todd.kushman@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " FW: RMBS Stipulated Claim" |
| ALLY_0210730 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jeffrey A. Lipps (lipps@carpenterlipps.com)" | | " FW: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210743 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(glee@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jeffrey A. Lipps (lipps@carpenterlipps.com)" | | " FW: RMBS Trust Settlement - Rule 408 Communication" |
| RC-9019_00050723 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | David A. Beck;Jeffrey A. Lipps | FW: Thrivent term sheet |
| RC-9019_00071466 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | David A. Beck;Jeffrey A. Lipps | FW: Thrivent term sheet |
| RC-9019_00064557 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=HOR1_USERS/cn=William.Thompson | May 13, 2012 | "Hamzehpour, Tammy" | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055281 | beck@CarpenterLipps.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | Jeffrey A. Lipps | RE: Thrivent term sheet |
| RC-9019_00064918 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=HOR1_USERS/cn=William.Thompson | May 13, 2012 | "Hamzehpour, Tammy" | | FW: Thrivent term sheet |
| RC-9019_00050762 | William.Thompson@ally.com | May 13, 2012 | "David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | Jeffrey A. Lipps | RE: Thrivent term sheet |
| RC-9019_00061380 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | FW: great news and very important note |
| RC-9019_00055342 | Timothy.Devine@ally.com | May 13, 2012 | "rcieri@kirkland.com';Hamzehpour, Tammy;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | FW: Your Proposal |
| RC-9019_00061382 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "rcieri@kirkland.com';Hamzehpour, Tammy;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | FW: Your Proposal |
| RC-9019_00061384 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00061386 | APrinci@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: Your Proposal |
| RC-9019_00061388 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00050849 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps;Michael N. Beekhuizen;Thompson, William Legal Dept - PA" | "nornstein@kirkland.com';David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |
| RC-9019_00050868 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps;Michael N. Beekhuizen;Thompson, William Legal Dept - PA" | "nornstein@kirkland.com';David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |
| RC-9019_00050888 | beekhuizen@CarpenterLipps.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Thompson, William - Legal Dept - PA" | "nornstein@kirkland.com';David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |

# EXHIBIT C

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0149281 | "Skover, Katherine M. (katherine.skover@ally.com)" | September 27, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Marano, Tom (tom.marano@ally.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | "David Lerner (dlerner@morrisoncohen.com) (dlerner@morrisoncohen.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Ellenburg, April A. (april.ellenburg@ally.com);Evans, Nilene R. (nevans@mofo.com);Gary Lee (glee@mofo.com) (glee@mofo.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Levy (jlevy@morrisoncohen.com) (jlevy@morrisoncohen.com);James Tanenbaum (jtanenbaum@mofo.com) (jtanenbaum@mofo.com);Joe Moldovan (jmoldovan@morrisoncohen.com) (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA (dottie.klepchick@gmacrescap.com);Kushman, Todd (todd.kushman@ally.com);Larren Nashelsky (lnashelsky@mofo.com) (lnashelsky@mofo.com);Lombardo, Jerry (jerry.lombardo@ally.com);Michael Connolly (mconnolly@morrisoncohen.com) (mconnolly@morrisoncohen.com);Quenneville, Cathy L. (cathy.quenneville@ally.com);Shank, Jennifer - PA (jennifer.shank@ally.com);Skover, Katherine M. (katherine.skover@ally.com);Taylor, Barbara N. (barbara.taylor@ally.com)" | Materials - ResCap Board Meeting, September 28, 2011, 10:00-11:00 am (ET)" |
| ALLY_0150127 | "Skover, Katherine M. (katherine.skover@ally.com)" | October 25, 2011 | Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Applebaum, Candice - PA (candice.applebaum@ally.com);Carmen Falb (cfalb@deloitte.com);Carol Larson (clarson@deloitte.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);David Lerner (dlerner@morrisoncohen.com) (dlerner@morrisoncohen.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Dondzila, Cathy A. (cathy.dondzila@ally.com);Ellenburg, April A. (april.ellenburg@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Levy (jlevy@morrisoncohen.com) (jlevy@morrisoncohen.com);Joe Moldovan (jmoldovan@morrisoncohen.com) (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA (dottie.klepchick@gmacrescap.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Murphy, Linda (linda.murphy@ally.com);Quenneville, Cathy L. (cathy.quenneville@ally.com);Shank, Jennifer - PA (jennifer.shank@gmacrescap.com);Skover, Katherine M. (katherine.skover@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Stevenson, Brad (US - Detroit) (bstevenson@deloitte.com);Taylor, Barbara N. (barbara.taylor@ally.com);Tom Robinson (torobinson@deloitte.com) (torobinson@deloitte.com);Tucci, Dan - PA (dan.tucci@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | Materials - ResCap Audit Committee Meeting, October 27, 2011, 2:00 - 4:00 pm (ET)" |
| RC-9019_00089162 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HBENTON;Benton, Hu" | November 18, 2011 | "Devine, Timothy;Solomon, William Legal" | "Hamzehpour, Tammy" | Fw: RALI Series Trusts |
| ALLY_0141271 | "Benton, Hu (/o=gmac mortgage corp/ou=dallas-it/cn=recipients/cn=hbenton)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Fw: RALI Series Trusts" |
| ALLY_0158584 | "Benton, Hu (hu.benton@ally.com)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Fw: RALI Series Trusts" |
| ALLY_0209108 | "Devine, Timothy (timothy.devine@ally.com)" | November 19, 2011 | "Benton, Hu (hu.benton@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |
| ALLY_0209109 | "Benton, Hu (/o=gmac mortgage corp/ou=dallas-it/cn=recipients/cn=hbenton)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |
| ALLY_0209235 | "Solomon, William Legal (william.b.solomon@ally.com)" | November 19, 2011 | "Benton, Hu (hu.benton@ally.com);Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |
| ALLY_0209237 | "Benton, Hu (hu.benton@ally.com)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209239 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | November 19, 2011 | "Benton, Hu (hu.benton@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |
| ALLY_0209240 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | November 22, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | RE: RALI Series Trusts" |
| ALLY_0209242 | "Young, Paula (paula.young@ally.com)" | November 22, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Young, Paula (paula.young@ally.com)" | RE: RALI Series Trusts" |
| ALLY_0209245 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | November 22, 2011 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | FW: RALI Series Trusts" |
| RC-9019_00089174 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | November 22, 2011 | "Hagens, David;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | "Hamzehpour, Tammy;Solomon, William Legal" | FW: RALI Series Trusts |
| RC-9019_00089186 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=PTREVIS;Young, Paula" | November 22, 2011 | "Devine, Timothy;Hagens, David;Ruckdaschel, John;Zellmann, Patty - MN" | "Hamzehpour, Tammy;Solomon, William Legal;Young, Paula" | RE: RALI Series Trusts |
| RC-9019_00089188 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.ZELLMAN;Zellmann, Patty MN" | November 22, 2011 | "Devine, Timothy;Hagens, David;Ruckdaschel, John;Young, Paula" | "Hamzehpour, Tammy;Solomon, William Legal" | RE: RALI Series Trusts |
| RC-9019_00089208 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | December 2, 2011 | "Marano, Tom;Solomon, William Legal" | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy" | PRIVILEGED:  Response Letters to Various Demands |
| RC-9019_00091798 | "/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | December 2, 2011 | "Marano, Tom;Solomon, William Legal" | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy" | PRIVILEGED:  Response Letters to Various Demands |
| ALLY_0209141 | "Skover, Katherine M. (katherine.skover@ally.com)" | December 13, 2011 | "Durrett, John (john.durrett01@ally.com);Magner, Marjorie (marjorie.magner01@ally.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Stack, John (jack.stack01@ally.com);Ted Smith (efs345@gmail.com) (efs345@gmail.com)" | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Blakely, Robert (robert.blakely01@ally.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Citron, Diane - PA (diane.citron@ally.com);Clark, Mayree (mayree.clark01@ally.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Falzarano, Claudia (claudia.falzarano01@ally.com);Fennebresque, Kim (kim.fennebresque01@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gadigian, Bob (bob.gadigian01@ally.com);Geer, Dennis (dennis.geer@ally.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Hoogkamp, Elaine (elaine.hoogkamp01@ally.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Kapur, Jacqueline (jacqueline.kapur@ally.com);Kim Porreca (kim.porreca@oneequity.com) (kim.porreca@oneequity.com);Klepchick, Dottie - PA" | Materials - Special Combined COCC Meeting, December 16, 2011, 11:30 am - 1:30 pm (ET)  " |
| RC-9019_00089232 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | December 14, 2011 | dsheeren@gibbsbruns.com | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | FW: Confi and Tolling Agreement |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0142688 | David Sheeren (dsheeren@gibbsbruns.com) | December 15, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "RE: Confi and Tolling Agreement" |
| ALLY_0158609 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 15, 2011 | (dsheeren@gibbsbruns.com) | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "FW: Confi and Tolling Agreement" |
| ALLY_0142089 | "Skover, Katherine M. (katherine.skover@ally.com)" | December 16, 2011 | Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);John Durrett (johndurrett@gmail.com) (johndurrett@gmail.com);Marge Magner (marge.magner@brysam.com) (marge.magner@brysam.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Citron, Diane PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer (dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Kapur, Jacqueline (jacqueline.kapur@ally.com);Kim Fennebresque (kim.fennebresque@gmail.com);Kim Porreca (kim.porreca@oneequity.com)" | Additional Materials - COCC Meeting, December 16, 2011" |
| ALLY_0142692 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | December 19, 2011 | "Rosten, Linda (linda.rosten@ally.com)" | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Letter from Tim Devine" |
| ALLY_0158615 | "Rosten, Linda (linda.rosten@ally.com)" | December 19, 2011 | (kpatrick@gibbsbruns.com) | "(dsheeren@gibbsbruns.com);(shumphries@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Letter from Tim Devine" |
| ALLY_0158617 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 19, 2011 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | FW: Letter from Tim Devine" |
| RC-9019_00058226 | Rosten  Linda | December 19, 2011 | Kathy D. Patrick | David Sheeren;Devine  Timothy;Hamzehpour  Tammy;Scott A. Humphries | Letter from Tim Devine |
| ALLY_0157863 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 20, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157865 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 20, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157867 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 21, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0142698 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "(dsheeren@gibbsbruns.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | RE: Letter from Tim Devine" |
| ALLY_0142701 | Talcott J. Franklin (tal@talcottfranklin.com) | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: Tolling agreement" |
| ALLY_0142704 | "Devine, Timothy (devine, timothy)" | December 23, 2011 | Talcott J. Franklin (Tal@talcottfranklin.com) | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | RE: Tolling agreement" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0157896 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157909 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157928 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157945 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0158655 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | Talcott J. Franklin (Tal@talcottfranklin.com) | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Tolling agreement" |
| ALLY_0158690 | Talcott J. Franklin (tal@talcottfranklin.com) | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Re: Tolling agreement" |
| ALLY_0209296 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "FW: Tolling agreement" |
| RC-9019_00089238 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=SZHBQD;Santana, Beth" | January 3, 2012 | "Appleby, Adam;Eckert, Catherine - PA;Glassner, Adam PA;Kushman, Todd;Lawson, Rick;Marano, Tom;Murray, Patrick;Nees, Louis;Parker, Roseanne;Pensabene, Joe - PA;Scott, Christopher;Shevsky, David;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Yastine, Barbara;Young, James" | "Atkinson, Catherine - PA;Benton, Hu;Brock, Ken;Cancelliere, Jeff - PA;Carr, Jeanne - PA;Ceballos, Felecia;Derrick, Karen - PA;Dillard, Thalia;Dondzila, Cathy - PA;Frogge, Tammy;Golden, Karen - PA;Griffith, Scott - PA;Grzeskiewicz, Terry - PA;Gunn, Gretchen;Hamzehpour, Tammy;Harney, Tony;Heitzmann, Bradley;James, Jennifer;Kapur, Jacqueline;Klepchick, Dottie PA;Lauchlan, Cynthia;McCumber, Sonya;Meyer, Darsi (Burbank);Mongelluzzo, John - PA;Petko, Josalynn - NC;Pio, Nora - PA;Reichel, Laura - PA;Rock, Nikki - PA;Sabia, Suzanne - PA;Santanna, Beth;Scott, Debra - PA;Senick, Chuck - PA" | MCORC - 4Q2012 Rep & Warrant |
| ALLY_0142386 | "Skover, Katherine M. (katherine.skover@ally.com)" | January 5, 2012 | Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);John Durrett (johnddurrett@gmail.com) (johnddurrett@gmail.com);Marge Magner (marge.magner@brysam.com) (marge.magner@brysam.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Charlene Sawyer (rs4147@aol.com) (rs4147@aol.com);Citron, Diane - PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer (dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Kapur, Jacqueline (jacqueline.kapur@ally.com);Kim Fennebresque (kim.fennebresque@gmail.com)" | Meeting Notice - Combined Ally-ResCap COCC Meeting, January 25, 2012, 8:30 - 10:30 am (ET) " |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00087617 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=SZHBQD;Santan na, Beth" | January 5, 2012 | "Abreu, Steve - PA;Appleby, Adam;Eckert, Catherine - PA;Glassner, Adam PA;Kushman, Todd;Lawson, Rick;Marano, Tom;Murray, Patrick;Nees, Louis;Parker, Roseanne;Pensabene, Joe - PA;Scott, Christopher;Shevsky, David;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Yastine, Barbara;Young, James" | "Atkinson, Catherine - PA;Benton, Hu;Cancelliere, Jeff - PA;Carr, Jeanne - PA;Ceballos, Felecia;Derrick, Karen - PA;Dillard, Thalia;Dondzila, Cathy - PA;Frogge, Tammy;Golden, Karen - PA;Griffith, Scott - PA;Grzeskiewicz, Terry - PA;Gunn, Gretchen;Hamzehpour, Tammy;Harney, Tony;Heitzmann, Bradley;James, Jennifer;Kapur, Jacqueline;Klepchick, Dottie - PA;Lauchlan, Cynthia;McCumber, Sonya;Meyer, Darsi (Burbank);Petko, Josalynn - NC;Pio, Nora - PA;Reichel, Laura - PA;Rock, Nikki - PA;Sabia, Suzanne - PA;Santanna, Beth;Scott, Debra - PA;Senick, Chuck - PA" | "For your approval: Final R&W, REO, and update Bank ALLL Recommendations" |
| RC-9019_00087674 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=SZHBQD;Santan na, Beth" | January 5, 2012 | "Abreu, Steve - PA;Appleby, Adam;Eckert, Catherine - PA;Glassner, Adam PA;Kushman, Todd;Lawson, Rick;Marano, Tom;Murray, Patrick;Nees, Louis;Parker, Roseanne;Pensabene, Joe - PA;Scott, Christopher;Shevsky, David;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Yastine, Barbara;Young, James" | "Atkinson, Catherine - PA;Benton, Hu;Cancelliere, Jeff - PA;Carr, Jeanne - PA;Ceballos, Felecia;Derrick, Karen - PA;Dillard, Thalia;Dondzila, Cathy - PA;Frogge, Tammy;Golden, Karen - PA;Griffith, Scott - PA;Grzeskiewicz, Terry - PA;Gunn, Gretchen;Hamzehpour, Tammy;Harney, Tony;Heitzmann, Bradley;James, Jennifer;Kapur, Jacqueline;Klepchick, Dottie - PA;Lauchlan, Cynthia;McCumber, Sonya;Meyer, Darsi (Burbank);Petko, Josalynn - NC;Pio, Nora - PA;Reichel, Laura - PA;Rock, Nikki - PA;Sabia, Suzanne - PA;Santanna, Beth;Scott, Debra - PA;Senick, Chuck - PA" | "For your approval: Final R&W, REO, and update Bank ALLL Recommendations" |
| RC-9019_00089321 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=SZHBQD;Santan na, Beth" | January 5, 2012 | "Abreu, Steve - PA;Appleby, Adam;Eckert, Catherine - PA;Glassner, Adam PA;Kushman, Todd;Lawson, Rick;Marano, Tom;Murray, Patrick;Nees, Louis;Parker, Roseanne;Pensabene, Joe - PA;Scott, Christopher;Shevsky, David;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Yastine, Barbara;Young, James" | "Atkinson, Catherine - PA;Benton, Hu;Cancelliere, Jeff - PA;Carr, Jeanne - PA;Ceballos, Felecia;Derrick, Karen - PA;Dillard, Thalia;Dondzila, Cathy - PA;Frogge, Tammy;Golden, Karen - PA;Griffith, Scott - PA;Grzeskiewicz, Terry - PA;Gunn, Gretchen;Hamzehpour, Tammy;Harney, Tony;Heitzmann, Bradley;James, Jennifer;Kapur, Jacqueline;Klepchick, Dottie - PA;Lauchlan, Cynthia;McCumber, Sonya;Meyer, Darsi (Burbank);Petko, Josalynn - NC;Pio, Nora - PA;Reichel, Laura - PA;Rock, Nikki - PA;Sabia, Suzanne - PA;Santanna, Beth;Scott, Debra - PA;Senick, Chuck - PA" | "For your approval: Final R&W, REO, and update Bank ALLL Recommendations" |
| ALLY_0158734 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=txgsd)" | January 9, 2012 | (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "RE: Confi and Tolling Agreement" |
| RC-9019_00058711 | Devine  Timothy | January 9, 2012 | David Sheeren;Kathy D. Patrick | Hagens  David;Hamzehpour  Tammy;Ruckdaschel  John | RE: Confi and Tolling Agreement |
| RC-9019_00089373 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 9, 2012 | 'dsheeren@gibbsbruns.com';Kathy D. Patrick | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Confi and Tolling Agreement |
| ALLY_0158753 | David Sheeren (dsheeren@gibbsbruns.com) | January 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "RE: Confi and Tolling Agreement" |
| RC-9019_00058305 | David Sheeren | January 13, 2012 | Devine  Timothy;Kathy D. Patrick;Scott A. Humphries | Hagens  David;Hamzehpour  Tammy;Ruckdaschel  John | RE: Confi and Tolling Agreement |
| RC-9019_00089381 | David Sheeren;dsheeren@gibbsbruns.com | January 13, 2012 | "Devine, Timothy;Kathy D. Patrick;Scott A. Humphries" | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Confi and Tolling Agreement |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0150250 | "Skover, Katherine M. (katherine.skover@ally.com)" | January 20, 2012 | John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Applebaum, Candice - PA (candice.applebaum@ally.com);Carmen Falb (cfalb@deloitte.com);Carol Larson (clarson@deloitte.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);David Lerner (dlerner@morrisoncohen.com) (dlerner@morrisoncohen.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Dondzila, Cathy - PA (cathy.dondzila@ally.com);Ellenburg, April A. (april.ellenburg@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Levy (jlevy@morrisoncohen.com) (jlevy@morrisoncohen.com);Joe Moldovan (jmoldovan@morrisoncohen.com) (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA (dottie.klepchick@gmacrescap.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Murphy, Linda (linda.murphy@ally.com);Quenneville, Cathy L. (cathy.quenneville@ally.com);Shank, Jennifer - PA (jennifer.shank@gmacrescap.com);Skover, Katherine M. (katherine.skover@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Stevenson, Brad (US - Detroit) (bstevenson@deloitte.com);Taylor, Barbara N. (barbara.taylor@ally.com);Tom Robinson (torobinson@deloitte.com) (torobinson@deloitte.com);Tucci, Dan - PA (dan.tucci@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | Meeting Notice - ResCap Audit Committee Meeting, January 31, 2012, 11:00 am - 1:00 pm (ET)" |
| ALLY_0150251 | "Taylor, Barbara N. (barbara.taylor@ally.com)" | January 26, 2012 | John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Applebaum, Candice - PA (candice.applebaum@ally.com);Carmen Falb (cfalb@deloitte.com);Carol Larson (clarson@deloitte.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);David Lerner (dlerner@morrisoncohen.com) (dlerner@morrisoncohen.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Dondzila, Cathy - PA (cathy.dondzila@ally.com);Ellenburg, April A. (april.ellenburg@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Levy (jlevy@morrisoncohen.com) (jlevy@morrisoncohen.com);Joe Moldovan (jmoldovan@morrisoncohen.com) (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA (dottie.klepchick@gmacrescap.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Murphy, Linda (linda.murphy@ally.com);Quenneville, Cathy L. (cathy.quenneville@ally.com);Shank, Jennifer - PA (jennifer.shank@gmacrescap.com);Solomon, William Legal (william.b.solomon@ally.com);Stevenson, Brad (US - Detroit) (bstevenson@deloitte.com);Tom Robinson (torobinson@deloitte.com) (torobinson@deloitte.com);Tucci, Dan - PA (dan.tucci@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | Meeting Change - ResCap Audit Committee Meeting" |
| ALLY_0209383 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | January 26, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | " RE: Tolling agreement" |
| ALLY_0209390 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | FW: Tolling agreement" |
| ALLY_0142766 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 27, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Tolling Agreement and Confi" |
| ALLY_0226018 | "Devine, Timothy (timothy.devine@ally.com)" | January 27, 2012 | "Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Marano, Tom (tom.marano@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | Confidential: Talcott Franklin and Kathy Patrick |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00089404 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=SZHBQD;Santanna, Beth" | February 2, 2012 | "Abreu, Steve - PA;Appleby, Adam;Eckert, Catherine - PA;Evans, Craig - NC;Glassner, Adam - PA;Kushman, Todd;LaCombe, Lawrence;Lawson, Rick;Marano, Tom;Murray, Patrick;Nees, Louis;Parker, Roseanne;Pensabene, Joe - PA;Scott, Christopher;Shevsky, David;Weiner, Jeff - PA;Whitlinger, Jim - PA;Wilkinson, Winston - PA;Yastine, Barbara;Young, James" | "Atkinson, Catherine - PA;Benton, Hu;Byrne, Tom - PA;Carr, Jeanne - PA;Ceballos, Felecia;Derrick, Karen - PA;Dillard, Thalia;Frogge, Tammy;Golden, Karen - PA;Grammer, Bud;Griffith, Scott - PA;Grzeskiewicz, Terry - PA;Gunn, Gretchen;Hamzehpour, Tammy;Harney, Tony;Heitzmann, Bradley;Hreshko, Michele - PA;James, Jennifer;Kapur, Jacqueline;Klepchick, Dottie - PA;Lauchlan, Cynthia;Mainardi, Marianne - PA;McCumber, Sonya;Meyer, Darsi (Burbank);Petko, Josalynn - NC;Pio, Nora - PA;Reichel, Laura - PA;Sabia, Suzanne - PA;Schubert, Sophie;Scott, Debra - PA;Williams, Cathy - PA" | MCORC Meeting Materials - 2-2-2012 |
| ALLY_0159684 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 6, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "David Sheeren (dsheeren@gibbsbruns.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Tolling/forbearance and Confi" |
| ALLY_0142805 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 17, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "David Sheeren (dsheeren@gibbsbruns.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Ally Materials" |
| ALLY_0142807 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | February 17, 2012 | "Devine, Timothy (timothy.devine@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "David Sheeren (dsheeren@gibbsbruns.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Ally Materials" |
| ALLY_0159701 | David Sheeren (dsheeren@gibbsbruns.com) | February 17, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Ally Materials" |
| RC-9019_00089947 | Kathy D. Patrick;kpatrick@gibbsbruns.com | February 17, 2012 | "Devine, Timothy;Scott A. Humphries" | "David Sheeren;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Ally Materials |
| RC-9019_00089949 | David Sheeren;dsheeren@gibbsbruns.com | February 17, 2012 | "Devine, Timothy;Kathy D. Patrick;Scott A. Humphries" | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Ally Materials |
| ALLY_0142810 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 18, 2012 | David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Ally Materials" |
| ALLY_0159715 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 20, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com)" | FW: Tolling Agreement and Confi" |
| ALLY_0142450 | (efs345@gmail.com) | February 23, 2012 | "Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);John Durrett (johnddurrett@gmail.com) (johnddurrett@gmail.com);Marge Magner (marge.magner@brysam.com) (marge.magner@brysam.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Skover, Katherine M. (katherine.skover@ally.com)" | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Bocresion, Sewit - PA (sewit.bocresion@gmacrescap.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Charlene Sawyer (rs4147@aol.com) (rs4147@aol.com);Citron, Diane - PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer (dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ernst, Janet (janet.ernst@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Kapur, Jacqueline (jacqueline.kapur@ally.com);Kim Fennebresque (kim.fennebresque@gmail.com)" | Re: Meeting Notice:  Combined Ally-ResCap COCC Meeting, March 8, 2012, 9:30 - 11:30 am (ET)" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0142452 | "Skover, Katherine M. (katherine.skover@ally.com)" | February 23, 2012 | Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);John Durrett (johnddurrett@gmail.com) (johnddurrett@gmail.com);Marge Magner (marge.magner@brysam.com) (marge.magner@brysam.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Bocresion, Sewit - PA (sewit.bocresion@gmacrescap.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Charlene Sawyer (rs4147@aol.com) (rs4147@aol.com);Citron, Diane - PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer (dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ernst, Janet (janet.ernst@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Kapur, Jacqueline (jacqueline.kapur@ally.com);Kim Fennebresque (kim.fennebresque@gmail.com) | Meeting Notice:  Combined Ally-ResCap COCC Meeting, March 8, 2012, 9:30 - 11:30 am (ET)  " |
| ALLY_0142816 | "Rosten, Linda (linda.rosten@ally.com)" | February 24, 2012 | (jerry@talcottfranklin.com);Ginger Cavanaugh (ginger@talcottfranklin.com);Talcott J. Franklin (Tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | February 28 Meeting" |
| ALLY_0209567 | "Devine, Timothy (devine, timothy)" | February 28, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | FW: Tolling Agreements #4" |
| ALLY_0209624 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Tolling Agreements #4" |
| RC-9019_00089974 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 28, 2012 | "Smith, Bradley - (Dorsey & Whitney)" | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | FW: Tolling Agreements #4 |
| RC-9019_00090030 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ CN=BRADLEY.SMITH;Smith, Bradley - (Dorsey & Whitney)" | February 28, 2012 | "Devine, Timothy" | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Tolling Agreements #4 |
| RC-9019_00090034 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 29, 2012 | Jerry Phelps | "Hagens, David;Hamzehpour, Tammy;Janet Laughlin;Paul Snyder;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Talcott J. Franklin;Zellmann, Patty - MN" | RE: RFC/RALI/Investor Tolling Agreements |
| RC-9019_00090037 | Tal@talcottfranklin.com;Talcott J. Franklin | February 29, 2012 | "Devine, Timothy;Jerry Phelps" | "Hagens, David;Hamzehpour, Tammy;Janet Laughlin;Paul Snyder;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | Re: RFC/RALI/Investor Tolling Agreements |
| RC-9019_00090040 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 29, 2012 | 'jerry@talcottfranklin.com';'tal@talcottfranklin.com' | "'Janet@talcottfranklin.com';'paul@talcottfranklin.com';Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | Re: RFC/RALI/Investor Tolling Agreements |
| ALLY_0142820 | Talcott J. Franklin (tal@talcottfranklin.com) | March 1, 2012 | "Devine, Timothy (timothy.devine@ally.com);Jerry Phelps (jerry@talcottfranklin.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0142824 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 1, 2012 | (jerry@talcottfranklin.com);(tal@talcottfranklin.com) | "(janet@talcottfranklin.com);(paul@talcottfranklin.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: RFC/RALI/Investor Tolling Agreements" |

3180024_3.XLS

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0142828 | "Devine, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Jerry Phelps (jerry@talcottfranklin.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com) | " RE: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0142832 | Jerry Phelps (jerry@talcottfranklin.com) | March 2, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Talcott J. Franklin (tal@talcottfranklin.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | " Re: RFC/RALI/Investor Tolling Agreements" |
| RC-9019_00090043 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRADLEY.SMITH;Smith, Bradley - (Dorsey & Whitney)" | March 2, 2012 | "Devine, Timothy;Jerry Phelps;Talcott J. Franklin" | "Hagens, David;Hamzehpour, Tammy;Janet Laughlin;Paul Snyder;Ruckdaschel, John;Zellmann, Patty - MN" | RE: RFC/RALI/Investor Tolling Agreements |
| RC-9019_00090046 | Jerry Phelps;Jerry@talcottfranklin.com | March 2, 2012 | "Smith, Bradley - (Dorsey & Whitney)" | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Janet Laughlin;Paul Snyder;Ruckdaschel, John;Talcott J. Franklin;Zellmann, Patty - MN" | Re: RFC/RALI/Investor Tolling Agreements |
| RC-9019_00090057 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, MN" | March 6, 2012 | "Cancelliere, Jeff - PA;Kushman, Todd;Young, Paula;Zellmann, Patty - MN" | "Hagens, David;Hamzehpour, Tammy;Rosten, Linda;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: Tolling Agreements #12 |
| ALLY_0141931 | "Skover, Katherine M. (katherine.skover@ally.com)" | March 7, 2012 | Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);John Durrett (johndurrett@gmail.com) (johndurrett@gmail.com);Marge Magner (marge.magner@brysam.com) (marge.magner@brysam.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Citron, Diane PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer (dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ernst, Janet (janet.ernst@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Kim Fennebresque (kim.fennebresque@gmail.com) (kim.fennebresque@gmail.com);Kim Porreca (kim.porreca@oneequity.com)" | Additional Materials - Combined Ally-ResCap COCC Meeting, March 8, 2012, 9:30 - 11:30 am (ET)  " |
| ALLY_0209700 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | " RE: Tolling Agreements #12  " |
| ALLY_0159861 | "Devine, Timothy (t/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 8, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | " Re: Tolling Agreement #6" |
| ALLY_0143345 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | " RE: RFC Tolling Agreements" |

Emails CC'd to Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143352 | Jerry Phelps (jerry@talcottfranklin.com) | March 9, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | "<br>Re: RFC Tolling Agreements" |
| ALLY_0142462 | Edward Smith (efs345@gmail.com) | March 12, 2012 | "Skover, Katherine M. (katherine.skover@ally.com" | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Bocresion, Sewit - PA (sewit.bocresion@gmacrescap.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Charlene Sawyer (rs4147@aol.com) (rs4147@aol.com);Citron, Diane - PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer (dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ernst, Janet (janet.ernst@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Durrett (johndurrett@gmail.com) (johndurrett@gmail.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany | "<br>RE: Meeting Notice - Combined Ally-ResCap COCC Meeting, April 25, 2012, 2:00-4:00 pm (ET)" |
| ALLY_0142464 | jonathan ilany (jonathan@ilany.net) | March 12, 2012 | "Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);John Durrett (johndurrett@gmail.com) (johndurrett@gmail.com);Marge Magner (marge.magner@brysam.com) (marge.magner@brysam.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Skover, Katherine M. (katherine.skover@ally.com);Ted Smith (efs345@gmail.com) (efs345@gmail.com)" | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Bocresion, Sewit - PA (sewit.bocresion@gmacrescap.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Charlene Sawyer (rs4147@aol.com) (rs4147@aol.com);Citron, Diane - PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer (dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ernst, Janet (janet.ernst@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Kim Fennebresque (kim.fennebresque@gmail.com) (kim.fennebresque@gmail.com);Kim Porreca (kim.porreca@oneequity.com) | "<br>RE: Meeting Notice - Combined Ally-ResCap COCC Meeting, April 25, 2012, 2:00-4:00 pm (ET)  " |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0142466 | Pam (alemapew45@bellsouth.net) | March 12, 2012 | "Skover, Katherine M. (katherine.skover@ally.com)" | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Bocresion, Sewit - PA (sewit.bocresion@gmacrescap.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Charlene Sawyer (rs4147@aol.com) (rs4147@aol.com);Citron, Diane - PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer(dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);ElaineHoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ernst, Janet (janet.ernst@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs(fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Mack(john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan (johndurrett@gmail.com) (johndurrett@gmail.com);Jonathan | Re: Meeting Notice - Combined Ally-ResCap COCC Meeting, April 25, 2012, 2:00-4:00 pm (ET) " |
| ALLY_0142467 | Dennis Geer (dennis.geer@gmail.com) | March 12, 2012 | "Skover, Katherine M. (katherine.skover@ally.com)" | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Bocresion, Sewit - PA (sewit.bocresion@gmacrescap.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Charlene Sawyer (rs4147@aol.com) (rs4147@aol.com);Citron, Diane - PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ernst, Janet (janet.ernst@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Durrett (johndurrett@gmail.com) (johndurrett@gmail.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany | Re: Meeting Notice - Combined Ally-ResCap COCC Meeting, April 25, 2012, 2:00-4:00 pm (ET)" |
| ALLY_0142469 | "Skover, Katherine M. (katherine.skover@ally.com)" | March 12, 2012 | Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);John Durrett (johndurrett@gmail.com) (johndurrett@gmail.com);Marge Magner (marge.magner@brysam.com) (marge.magner@brysam.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Archambault, Jennifer (jennifer.archambault@ally.com);Bhama, Anita (anita.bhama@ally.com);Bob Blakely (robert.t.blakely@gmail.com) (robert.t.blakely@gmail.com);Bob Gadigian (rgadigian@cerberuscapital.com);Bocresion, Sewit - PA (sewit.bocresion@gmacrescap.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Charlene Sawyer (rs4147@aol.com) (rs4147@aol.com);Citron, Diane - PA (diane.citron@ally.com);Claudia Falzarano (cfalzarano@drco.com) (cfalzarano@drco.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);Dennis Geer (dennis.geer@gmail.com) (dennis.geer@gmail.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Elaine Hoogkamp (ehoogkamp@aetoscapital.com);Ellenburg, April A. (april.ellenburg@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Ernst, Janet (janet.ernst@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Fritz Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Gelbaum, Leilani (leilani.gelbaum@ally.com);Glowish, Kim (kim.glowish@ally.com);Green, Faith (faith.green@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jennifer Reilly (jreilly@cerberuscapital.com);John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Kim Fennebresque (kim.fennebresque@gmail.com) | Meeting Notice - Combined Ally-ResCap COCC Meeting, April 25, 2012, 2:00-4:00 pm (ET)  " |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143358 | Jerry Phelps (jerry@talcottfranklin.com) | March 12, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: RFC Tolling Agreements" |
| ALLY_0143382 | Jerry Phelps (jerry@talcottfranklin.com) | March 13, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: RFC Tolling Agreements" |
| ALLY_0209755 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 16, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Tolling Agreements #12  " |
| ALLY_0209763 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 16, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Tolling Agreements #12  " |
| ALLY_0143387 | Janet Laughlin (janet@talcottfranklin.com) | March 19, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Elizabeth McKinney (liz@talcottfranklin.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RFC Tolling Agreements" |
| ALLY_0159886 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 19, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreement #13" |
| ALLY_0209779 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 19, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreement #13" |
| ALLY_0209781 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 19, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | FW: Tolling Agreement #13" |
| ALLY_0143390 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 20, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com)" | Tolling Agreements" |
| ALLY_0150257 | "Quenneville, Cathy L. (cathy.quenneville@ally.com)" | March 21, 2012 | John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Pamela West (alemapew4@bellsouth.net) (alemapew4@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Applebaum, Candice - PA (candice.applebaum@ally.com);Carmen Falb (cfalb@deloitte.com);Carol Larson (clarson@deloitte.com);Ceballos, Felecia (felecia.ceballos@ally.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);David Lerner (dlerner@morrisoncohen.com) (dlerner@morrisoncohen.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Dondzila, Cathy - PA (cathy.dondzila@ally.com);Ellenburg, April A. (april.ellenburg@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Levy (jlevy@morrisoncohen.com) (jlevy@morrisoncohen.com);Joe Moldovan (jmoldovan@morrisoncohen.com) (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA (dottie.klepchick@gmacrescap.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Murphy, Linda (linda.murphy@ally.com);Quenneville, Cathy L. (cathy.quenneville@ally.com);Shank, Jennifer - PA (jennifer.shank@gmacrescap.com);Skover, Katherine M. (katherine.skover@ally.com);Solomon, William Legal (william.h.solomon@ally.com);Stevenson, Brad (US - Detroit) (bstevenson@deloitte.com);Taylor, Barbara N. (barbara.taylor@ally.com);Tom Robinson (torobinson@deloitte.com) (torobinson@deloitte.com);Tucci, Dan - PA (dan.tucci@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | Notice of ResCap Special Audit Committee Meeting, March 21, 2012, 5:00 pm (ET)" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0159890 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 23, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "FW: RFC" |
| RC-9019_00090063 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 23, 2012 | "Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty MN" | "Hamzehpour, Tammy" | FW: RFC |
| RC-9019_00058233 | Rosten  Linda | March 27, 2012 | David Sheeren;Kathy D. Patrick;Scott A. Humphries | Devine  Timothy;Hamzehpour  Tammy;Ruckdaschel  John | RMBS Pool Issues |
| RC-9019_00058234 | Ruckdaschel  John | March 27, 2012 | David Sheeren;Kathy D. Patrick;Rosten  Linda;Scott A. Humphries | Devine  Timothy;Hamzehpour  Tammy | RE: RMBS Pool Issues |
| ALLY_0159941 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 16, 2012 | (kpatrick@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "CONFIDENTIAL:  Data Template" |
| RC-9019_00060789 | "Ruckdaschel, John" | April 16, 2012 | 'kpatrick@gibbsbruns.com' | "Devine, Timothy;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | CONFIDENTIAL:  Data Template |
| RC-9019_00061417 | :O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 16, 2012 | kpatrick@gibbsbruns.com | "Devine, Timothy;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | CONFIDENTIAL:  Data Template |
| ALLY_0150275 | "Ellenburg, April A. (april.ellenburg@ally.com)" | April 17, 2012 | John Mack (john_e_mack@msn.com) (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net) (jonathan@ilany.net);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com) | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Applebaum, Candice - PA (candice.applebaum@ally.com);Carmen Falb (cfalb@deloitte.com);Carol Larson (clarson@deloitte.com);Coffey, Kathy (kathy.coffey@ally.com);Cummings, Ann (ann.cummings@ally.com);David Lerner (dlerner@morrisoncohen.com) (dlerner@morrisoncohen.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Dondzila, Cathy - PA (cathy.dondzila@ally.com);Ellenburg, April A. (april.ellenburg@ally.com);Ferrell, Chris (chris.ferrell@ally.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Levy (jlevy@morrisoncohen.com) (jlevy@morrisoncohen.com);Joe Moldovan (jmoldovan@morrisoncohen.com) (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA (dottie.klepchick@gmacrescap.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Murphy, Linda (linda.murphy@ally.com);Quenneville, Cathy L. (cathy.quenneville@ally.com);Shank, Jennifer - PA (jennifer.shank@gmacrescap.com);Skover, Katherine M. (katherine.skover@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Stevenson, Brad (US - Detroit) (bstevenson@deloitte.com);Taylor, Barbara N. (barbara.taylor@ally.com);Tom Robinson (torobinson@deloitte.com) (torobinson@deloitte.com);Tucci, Dan - PA (dan.tucci@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | "ResCap Audit Committee Mtg., April 24, 2012, 1:30 to 3:00 pm (ET)" |
| ALLY_0158218 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 17, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "FW: Tolling Agreements" |
| ALLY_0158253 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 17, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Re: Tolling Agreements" |
| ALLY_0143615 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 24, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Re: CONFIDENTIAL:  Data Template" |
| ALLY_0159968 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | April 24, 2012 | "(kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: CONFIDENTIAL:  Data Template" |
| RC-9019_00061445 | /O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRADLEY.SMITH | April 24, 2012 | "kpatrick@gibbsbruns.com;Ruckdaschel, John" | "Devine, Timothy;Hamzehpour, Tammy;Zellmann, Patty - MN" | RE: CONFIDENTIAL:  Data Template |
| RC-9019_00061447 | kpatrick@gibbsbruns.com | April 24, 2012 | "Kathy D. Patrick;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney)" | "Devine, Timothy;Hamzehpour, Tammy;Zellmann, Patty - MN" | Re: CONFIDENTIAL:  Data Template |
| RC-9019_00061450 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 26, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Kushman, Todd" | "Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: Discuss GSE Repurchase Shell |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061304 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 26, 2012 | "Devine, Timothy;Kushman, Todd;Ruckdaschel, John" | "Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: Discuss GSE Repurchase Shell |
| ALLY_0158346 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 27, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Hart, Stephen (stephen.hart@fhfa.gov)" | " RE: Tolling Agreements" |
| ALLY_0158363 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | " RE: Tolling Agreements" |
| ALLY_0158379 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | " RE: Tolling Agreements" |
| ALLY_0159982 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 27, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00061458 | kpatrick@gibbsbruns.com | April 27, 2012 | "Ruckdaschel, John" | "Devine, Timothy;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00061459 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 27, 2012 | Kathy D. Patrick | "Devine, Timothy;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00062408 | Jeff.Cancelliere@gmacrescap.com | April 27, 2012 | "Ruckdaschel, John" | "Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00064893 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 27, 2012 | "Ruckdaschel, John" | "Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00064503 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 27, 2012 | "Cancelliere, Jeff - PA" | "Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL: Data Template |
| ALLY_0159984 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 30, 2012 | Scott A. Humphries (shumphries@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | " RE: CONFIDENTIAL: Data Template" |
| RC-9019_00061478 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JBLASCH | April 30, 2012 | "Devine, Timothy" | "Hamzehpour, Tammy;Ruckdaschel, John" | RE: Kathy Patrick -- VISION |
| RC-9019_00047814 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061306 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047815 | "Lee, Gary S.; /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | April 30, 2012 | "Devine, Timothy';Ruckdaschel, John" | "Cancelliere, Jeff - PA';mark.renzi@fticonsulting.com;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00060251 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00060253 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047819 | "Renzi, Mark; mark.renzi@FTIConsulting.com" | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061307 | mark.renzi@FTIConsulting.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00093427 | "Ruckdaschel, John; John.Ruckdaschel@ally.com" | April 30, 2012 | "Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047823 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | April 30, 2012 | "Ruckdaschel, John';Devine, Timothy" | "mark.renzi@fticonsulting.com;Cieri, Richard M.;Hamzehpour, Tammy;Levitt Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061482 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |

Emails CC'd to Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00047825 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061311 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047827 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061485 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061313 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 30, 2012 | "Devine, Timothy" | "Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00048978 | John.Ruckdaschel@ally.com | April 30, 2012 | Scott A. Humphries | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL:  Data Template |
| RC-9019_00060872 | rcieri@kirkland.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061316 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 30, 2012 | Scott A. Humphries | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL:  Data Template |
| RC-9019_00048984 | Timothy.Devine@ally.com | May 1, 2012 | "Cieri, Richard M.;Lee, Gary S.;Rosten, Linda;Schrock, Ray C." | "Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | FW: Meeting with KP Steering Committee |
| RC-9019_00061321 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 1, 2012 | "Cieri, Richard M.;Lee, Gary S.;Rosten, Linda;Schrock, Ray C." | "Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | FW: Meeting with KP Steering Committee |
| ALLY_0143662 | "Martin, D. Ross (ross.martin@ropesgray.com)" | May 3, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "RE: Call" |
| ALLY_0143664 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "Call" |
| ALLY_0143690 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (rkielty@centerviewpartners.com);(ross.martin@ropesgray.com) | "(keith.wofford@ropesgray.com);(kpatrick@gibbsbruns.com);(mark.renzi@fticonsulting.com);(mpuntus@centerviewpartners.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143701 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 3, 2012 | (glee@mofo.com);(rkielty@centerviewpartners.com);(ross.martin@ropesgray.com) | "(keith.wofford@ropesgray.com);(mark.renzi@fticonsulting.com);(mpuntus@centerviewpartners.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143748 | "Martin, D. Ross (ross.martin@ropesgray.com)" | May 3, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "RE: Call" |
| ALLY_0160006 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | May 3, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Meeting Tomorrow?" |
| RC-9019_00061499 | GLee@mofo.com | May 3, 2012 | rkielty@centerviewpartners.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;kpatrick@gibbsbruns.com;Lee, Gary S.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00049019 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;rkielty@centerviewpartners.com;ross.martin@ropesgray.com | Kathy D. Patrick;Keith.Wofford@ropesgray.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;Tammy.Hamzehpour@gmacrescap.com;Timothy.Devine@ally.com | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00061501 | kpatrick@gibbsbruns.com | May 3, 2012 | glee@mofo.com;rkielty@centerviewpartners.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Keith.Wofford@ropesgray.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00049029 | Patty.Zellmann@ally.com | May 3, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Meeting Tomorrow? |
| RC-9019_00061508 | /O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.ZELLMAN | May 3, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Meeting Tomorrow? |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061520 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN-TZXGSD | May 3, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Schrock, Ray C." | """Wrapped"" Deals" |
| RC-9019_00049080 | John.Ruckdaschel@ally.com | May 3, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Schrock, Ray C." | "RE: ""Wrapped"" Deals" |
| RC-9019_00061521 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN-JRUCKDA | May 3, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Schrock, Ray C." | "RE: ""Wrapped"" Deals" |
| RC-9019_00061522 | GLee@mofo.com | May 3, 2012 | kpatrick@gibbsbruns.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | Call |
| RC-9019_00061523 | Ross.Martin@ropesgray.com | May 3, 2012 | "Kathy D. Patrick';Lee, Gary S." | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| RC-9019_00061525 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;ross.martin@ropesgray.com" | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| RC-9019_00061526 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;Martin, D. Ross" | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| ALLY_0143755 | David Sheeren (dsheeren@gibbsbruns.com) | May 4, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | " RE: " |
| ALLY_0160039 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 4, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | " FW: " |
| RC-9019_00049083 | John.Ruckdaschel@ally.com | May 4, 2012 | David Sheeren;Kathy D. Patrick;Scott A. Humphries | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | FW: |
| RC-9019_00061541 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN-JRUCKDA | May 4, 2012 | David Sheeren;Kathy D. Patrick;Scott A. Humphries | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | FW: |
| RC-9019_00049090 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00061544 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00049093 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00061547 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00045515 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 4, 2012 | "David Sheeren';kpatrick@gibbsbruns.com';Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| RC-9019_00049096 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 4, 2012 | "David Sheeren';kpatrick@gibbsbruns.com';Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| RC-9019_00060258 | JLevitt@mofo.com | May 4, 2012 | "David Sheeren;kpatrick@gibbsbruns.com;Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| ALLY_0143777 | David Sheeren (dsheeren@gibbsbruns.com) | May 5, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | " RE: " |
| ALLY_0143780 | David Sheeren (dsheeren@gibbsbruns.com) | May 5, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | " RE: " |
| ALLY_0160042 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 5, 2012 | "(kpatrick@gibbsbruns.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Robert J. Madden (rmadden@gibbsbruns.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " For Settlement Purposes Only" |
| RC-9019_00061586 | JLevitt@mofo.com | May 5, 2012 | Jerry@talcottfranklin.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;paul@talcottfranklin.com;tal@talcottfranklin.com" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC |
| RC-9019_00061591 | Jerry@talcottfranklin.com | May 5, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Paul Snyder;Talcott J. Franklin" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC |
| ALLY_0143788 | Jerry Phelps (jerry@talcottfranklin.com) | May 6, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143793 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 6, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |
| ALLY_0143799 | Jerry Phelps (jerry@talcottfranklin.com) | May 6, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0143826 | David Sheeren (dsheeren@gibbsbruns.com) | May 7, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | RE: " |
| ALLY_0143831 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 7, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | RE: " |
| ALLY_0143840 | Jerry Phelps (jerry@talcottfranklin.com) | May 7, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | FW: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| RC-9019_00061607 | JLevitt@mofo.com | May 7, 2012 | paul@talcottfranklin.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S." | NDA and powerpoint |
| RC-9019_00061635 | "/o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere" | May 7, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00060905 | dsheeren@gibbsbruns.com | May 7, 2012 | "Cancelliere, Jeff - PA;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00061638 | JLevitt@mofo.com | May 7, 2012 | "battle@CarpenterLipps.com;Devine, Timothy;Lee, Gary S.;nornstein@kirkland.com;Ruckdaschel, John" | "Clark, Daniel E.;Hamzehpour, Tammy;Newton, James A." | Privileged and Confidential -- For Settlement Purpose Only -- KP settlement agreement draft |
| RC-9019_00061649 | JLevitt@mofo.com | May 7, 2012 | "battle@CarpenterLipps.com;Devine, Timothy;nornstein@kirkland.com" | "Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Privileged and Confidential -- For Settlement Purpose Only -- KP settlement agreement draft |
| RC-9019_00060304 | GLee@mofo.com | May 7, 2012 | dsheeren@gibbsbruns.com;kpatrick@gibbsbruns.com;ross.martin@ropesgray.com | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | Privileged and Confidential -- For Settlement Purpose Only- Settlement and Plan Support Agreements |
| ALLY_0210149 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "(mark.renzi@fticonsulting.com);Devine, Timothy (timothy.devine@ally.com)" | "(rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: One Other Thing |
| RC-9019_00049183 | Timothy.Devine@ally.com | May 8, 2012 | "Cancelliere, Jeff - PA;mark.renzi@fticonsulting.com" | "Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | FW: One Other Thing |
| RC-9019_00061651 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 8, 2012 | "Cancelliere, Jeff - PA;mark.renzi@fticonsulting.com" | "Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | FW: One Other Thing |
| RC-9019_00049188 | Jeff.Cancelliere@gmacrescap.com | May 8, 2012 | "Devine, Timothy;mark.renzi@fticonsulting.com" | "Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | RE: One Other Thing |
| RC-9019_00093190 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=EXCHANGE MIGRATION/CN=RECIPIENTS/CN=RESIDENTIAL/CN=JIM_WHITLINGER;Whitlinger, Jim - PA" | May 9, 2012 | "'alemapew45@bellsouth.net';'efs345@gmail.com';'john_e_mack@msn.com';'jonathan@ilany.net';Abreu, Steve - PA;Ellenburg, April A." | "'dlerner@morrisoncohen.com';'glee@mofo.com';'jlevy@morrisoncohen.com';'jmoldovan@morrisoncohen.com';'jtanenbaum@mofo.com';'LNashelsky@mofo.com';'mconnolly@morrisoncohen.com';'NEvans@mofo.com';Grzeskiewicz, Terry - PA;Hamzehpour, Tammy;Klepchick, Dottie - PA;Shank, Jennifer - PA" | Re: URGENT - Please Read |
| RC-9019_00093191 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=VZ5VQJ;Ellenburg, April A." | May 9, 2012 | "Abreu, Steve - PA;John Mack (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net);Marano, Tom;Pamela West (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com);Whitlinger, Jim - PA" | "Connolly, Michael;David Lerner (dlerner@morrisoncohen.com);Dicicco, Donna;Dillard, Thalia;Evans, Nilene R.;Gary Lee (glee@mofo.com);Grzeskiewicz, Terry - PA;Hamzehpour, Tammy;Jack Levy (jlevy@morrisoncohen.com);James Tanenbaum (jtanenbaum@mofo.com);Joe Moldovan (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA;Larren Nashelsky (lnashelsky@mofo.com);Quenneville, Cathy L.;Shank, Jennifer - PA;Skover, Katherine M.;Taylor, Barbara N." | "Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET) " |
| RC-9019_00093180 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE;Lee, Gary S." | May 9, 2012 | "Abreu, Steve - PA;John Mack (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net);Marano, Tom;Pamela West (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com);Whitlinger, Jim - PA" | "Connolly, Michael;David Lerner (dlerner@morrisoncohen.com);Evans, Nilene R.;Hamzehpour, Tammy;Jack Levy;Joe Moldovan (jmoldovan@morrisoncohen.com);Nashelsky, Larren M.;Tanenbaum, James R." | " Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET) - privileged and confidential attorney-client communication" |

Emails CCd to Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00050447 | Timothy.Devine@ally.com | May 12, 2012 | "'nornstein@kirkland.com';Levitt, Jamie A." | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | Talcott Franklin on Board |
| RC-9019_00061739 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | 'jlevitt@mofo.com';'nornstein@kirkland.com' | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | Talcott Franklin on Board |
| RC-9019_00050449 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "'nornstein@kirkland.com';Devine, Timothy;Levitt, Jamie A." | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061740 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "'jlevitt@mofo.com';'nornstein@kirkland.com';Devine, Timothy" | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061741 | JLevitt@mofo.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;nornstein@kirkland.com" | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061365 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "Cancelliere, Jeff - PA;Levitt, Jamie A.;nornstein@kirkland.com" | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00050858 | William.Thompson@ally.com | May 13, 2012 | Michael N. Beekhuizen | "David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Lee, Gary S.;nornstein@kirkland.com" | RE: Thrivent term sheet |
| RC-9019_00051232 | Timothy.Devine@ally.com | May 13, 2012 | "Cieri, Richard M.;Lee, Gary S.;Ornstein, Noah" | "Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ruckdaschel, John;Solomon, William Legal;Zellmann, Patty - MN" | FW: Thrivent term sheet |

# EXHIBIT D

Emails FROM Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00089049 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | June 29, 2011 | "Eckert, Catherine - PA" | "Benton, Hu;Cooney, John;Gess, Lisa M - PA;Heitzmann, Bradley;Norton, Amanda;Ruckdaschel, John" | RE: Sample Credit Risk Reports |
| RC-9019_00089141 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | August 10, 2011 | "Benton, Hu;Solomon, William Legal" | | FW: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission |
| RC-9019_00089143 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | August 10, 2011 | "Cooney, John" | | FW: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission |
| ALLY_0212900 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | October 26, 2011 | "Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Devine, Timothy (timothy.devine@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Pinkston Corey (corey.pinkston@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | Re: PLS Claimant --... |
| ALLY_0209233 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | FW: Meeting on Monday |
| RC-9019_00089204 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | November 29, 2011 | "Young, Paula" | "Devine, Timothy;Hagens, David;Ruckdaschel, John;Zellmann, Patty - MN" | RE: Response to Talcott Franklin |
| ALLY_0209273 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 5, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: Kathy Patrick |
| ALLY_0209275 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 5, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: Kathy Patrick |
| ALLY_0158596 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 7, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | FW: Confi and Tolling Agreement |
| RC-9019_00058237 | Hamzehpour  Tammy | December 7, 2011 | David Sheeren | Kathy D. Patrick;Scott A. Humphries | RE: Confi and Tolling Agreement |
| ALLY_0142683 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 9, 2011 | (tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com)" | Re: Call |
| ALLY_0142686 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 13, 2011 | Talcott J. Franklin (Tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com)" | RE: Call |
| ALLY_0142690 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 19, 2011 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Rosten, Linda (linda.rosten@ally.com)" | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Letter from Tim Devine |
| ALLY_0157850 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 19, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | "Devine, Timothy (timothy.devine@ally.com)" | RE: Phone message |
| ALLY_0209280 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 19, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Call |
| ALLY_0209293 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 22, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Tolling Agreement with... |
| ALLY_0158663 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | Re: Tolling agreement |
| ALLY_0209319 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | January 18, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: Confi and Tolling Agreement |
| RC-9019_00089401 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | January 18, 2012 | "Devine, Timothy;Hagens, David;Ruckdaschel, John" | | RE: Confi and Tolling Agreement |
| ALLY_0209400 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com)" | | RE: Tolling Agreement and Confi |
| ALLY_0209404 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 3, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Tolling Agreement and Confi |
| ALLY_0159672 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 4, 2012 | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com)" | | RE: Tolling Agreement and Confi |

3180024_3.XLS

Emails FROM Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209462 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 23, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: RALI--Tentative meeting on... |
| RC-9019_00089972 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | February 27, 2012 | "Devine, Timothy;Hagens, David;Ruckdaschel, John" | "Rosten, Linda" | "RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209487 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | RE: RALI--Tentative meeting on... |
| RC-9019_00090060 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | March 7, 2012 | "Devine, Timothy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | RE: ResCap Discussions |
| ALLY_0143348 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 9, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: RFC Tolling Agreements |
| ALLY_0143368 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 13, 2012 | "Jerry Phelps (jerry@talcottfranklin.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: RFC Tolling Agreements |
| ALLY_0143373 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 13, 2012 | "Jerry Phelps (jerry@talcottfranklin.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: RFC Tolling Agreements |
| ALLY_0209732 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: Tolling Agreement Request |
| ALLY_0209770 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 17, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept PA (william.thompson@ally.com)" | RE: Tolling Agreements #12 |
| ALLY_0209793 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 19, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept PA (william.thompson@ally.com)" | RE: Tolling Agreements #12 |
| RC-9019_00090062 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | March 23, 2012 | "Devine, Timothy;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | "Thompson, William - Legal Dept - PA" | Re: Data Template |
| RC-9019_00090067 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | March 23, 2012 | "Devine, Timothy;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | "Thompson, William - Legal Dept - PA" | Re: Data Template |
| ALLY_0209805 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 26, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Marano, Tom (tom.marano@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RFC |
| RC-9019_00090082 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | March 26, 2012 | "Devine, Timothy;Kushman, Todd;Marano, Tom;Ruckdaschel, John" | "Solomon, William Legal" | RE: RFC |
| RC-9019_00048945 | Tammy.Hamzehpour@ally.com | April 16, 2012 | "Lee, Gary S." | | Fw: CONFIDENTIAL:  Data Template |
| RC-9019_00048947 | Tammy.Hamzehpour@ally.com | April 16, 2012 | "Lee, Gary S." | | FW: PLS Claimant -- PRIVILEGED AND CONFIDENTIAL |
| RC-9019_00048949 | Tammy.Hamzehpour@ally.com | April 16, 2012 | "Lee, Gary S." | | FW: PLS Claimant |
| RC-9019_00061864 | Tammy.Hamzehpour@ally.com | April 16, 2012 | "Lee, Gary S." | | RE: PLS Claimant |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209851 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 17, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Tolling Agreements |
| ALLY_0209869 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | | RE: Confidentiality Agreement |
| ALLY_0209878 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | | RE: Confidentiality Agreement |
| RC-9019_00048967 | Tammy.Hamzehpour@ally.com | April 19, 2012 | "Devine, Timothy;Lee, Gary S." | | RE: Confidentiality Agreement |
| ALLY_0209904 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreements |
| ALLY_0209914 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreements |
| ALLY_0143608 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 24, 2012 | "(kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: CONFIDENTIAL: Data... |
| RC-9019_00061874 | Tammy.Hamzehpour@ally.com | April 24, 2012 | "Lee, Gary S." | | FW: Prep for KP |
| RC-9019_00090086 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | April 27, 2012 | "Levitt, Jamie A." | | RE: NDA |
| ALLY_0143640 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | RE: NDA |
| ALLY_0210006 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 2, 2012 | "(glee@mofo.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: Steering Committee |
| RC-9019_00090155 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 2, 2012 | "glee@mofo.com';'rcieri@kirkland.com';Devine, Timothy;Thompson, William - Legal Dept - PA" | | Re: Steering Committee |
| ALLY_0210053 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | RE: For Settlement Purposes Only |
| RC-9019_00093790 | "Hamzehpour, Tammy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH" | May 5, 2012 | "Evans, Nilene R.;Fahy Woehr, Mary - PA" | | FW: For Settlement Purposes Only |
| ALLY_0143785 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 6, 2012 | "(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com)" | (glee@mofo.com) | Re: Meeting Monday 9 am... |
| RC-9019_00090160 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 6, 2012 | "jlevitt@mofo.com';Devine, Timothy" | 'glee@mofo.com' | Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC |
| RC-9019_00093795 | "Hamzehpour, Tammy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH" | May 7, 2012 | "Levitt, Jamie A." | | RE: Meeting Monday 9 am Eastern at Morison & Foerster NYC |
| RC-9019_00061911 | Tammy.Hamzehpour@ally.com | May 9, 2012 | "Lee, Gary S.;Marano, Tom;Nashelsky, Larren M." | | RE: KP |
| RC-9019_00090164 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 12, 2012 | "Lee, Gary S." | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00090169 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 12, 2012 | "Lee, Gary S." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00090172 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 12, 2012 | "Lee, Gary S." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00090179 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 12, 2012 | "Lee, Gary S." | | RE: RMBS Trust Settlement - Rule 408 Communication |

Emails FROM Hamzehpour

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00090183 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 13, 2012 | "Temp6, NY" | | FW: KP final |
| RC-9019_00050727 | Tammy.Hamzehpour@ally.com | May 13, 2012 | "Devine, Timothy;Thompson, William - Legal Dept - PA" | "beck@CarpenterLipps.com';lipps@carpenterlipps.com';Lee, Gary S." | Re: Thrivent term sheet |
| RC-9019_00055343 | Tammy.Hamzehpour@ally.com | May 13, 2012 | "'nornstein@kirkland.com';'rcieri@kirkland.com';Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |

# EXHIBIT E

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0225085 | "Brown, Michael T (michael.t.brown@ally.com)" | June 29, 2011 | "Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Devine, Timothy (timothy.devine@ally.com);Hall, Lara (lara.hall@ally.com);Hirtler-Garvey, Kar (karin.hirtler-garvey@ally.com);Mackey, James (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Norton, Amanda (amanda.norton@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Proia, Gina (gina.proia@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | | "BAC Settlement Call Transcript and Presentation" |
| ALLY_0226050 | "Carpenter, Michael (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=lzvnkw)" | August 18, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | | "Re: Bloomberg:  BofA Mortgage Risk May Rise $9 Billion If Judge Sides With MBIA" |
| ALLY_0156543 | "Proia, Gina (gina.proia@ally.com)" | September 3, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Bowen, Adam (adam.bowen@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Burgun, Allison (allison.burgun@ally.com);Carpenter, Michael (michael.carpenter@ally.com);DeBrunner, David (david.debrunner@ally.com);Devine, Timothy (timothy.devine@ally.com);Hall, Lara (lara.hall@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Hirtler-Garvey, Karin (karin.hirtler-garvey@ally.com);Hobbib, Pat - PA (pat.hobbib@ally.com);Mackey, James (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Norton, Amanda (amanda.norton@ally.com);Pensabene, Joe - PA (joe.pensabene@gmacrescap.com);Pinkston, Corey (corey.pinkston@ally.com);Proia, Gina (gina.proia@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Zachary, Ross (ross.zachary@ally.com)" | "News coverage: FHFA lawsuit" |
| ALLY_0156551 | "Proia, Gina (gina.proia@ally.com)" | September 6, 2011 | "Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Devine, Timothy (timothy.devine@ally.com);Hall, Lara (lara.hall@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, James (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | | "Bloomberg:  BofA 'Herding Lions' to Push Through $8.5 Billion Mortgage Deal" |
| ALLY_0226202 | "Brown, Michael T (michael.t.brown@ally.com)" | September 13, 2011 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Devine, Timothy (timothy.devine@ally.com)" | "Hall, Lara (lara.hall@ally.com);Mackey, James (james.mackey@ally.com);Proia, Gina (gina.proia@ally.com)" | CreditSights Article |
| ALLY_0141728 | "Kahan, Elliot (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=qzjz0k)" | September 14, 2011 | "Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Coffey, Kathy (kathy.coffey@ally.com);Devine, Timothy (timothy.devine@ally.com);Green, Amanda (amanda.green@ally.com);Green, Faith (faith.green@ally.com);Hall, Lara (lara.hall@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Mackey, James (james.mackey@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Proia, Gina (gina.proia@ally.com)" | | "Discussion: CreditSights Article on ResCap" |
| ALLY_0141737 | "Kahan, Elliot (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=qzjz0k)" | September 14, 2011 | "Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Coffey, Kathy (kathy.coffey@ally.com);Devine, Timothy (timothy.devine@ally.com);Green, Amanda (amanda.green@ally.com);Green, Faith (faith.green@ally.com);Hall, Lara (lara.hall@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Mackey, James (james.mackey@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Proia, Gina (gina.proia@ally.com)" | | "Copy: Discussion: CreditSights Article on ResCap" |
| ALLY_0225135 | "Proia, Gina (gina.proia@ally.com)" | October 18, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Devine, Timothy (timothy.devine@ally.com);Ha Lara (lara.hall@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, James (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Pinkston, Corey (corey.pinkston@ally.com)" | "Zachary, Ross (ross.zachary@ally.com)" | "BRIEF-IKB sues Ally Financial Inc over alleged losses on $10.8 mln RMBS" |
| RC-9019_00076937 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=M ICHELE.HRESHKO;Hreshko, Michele - PA" | October 21, 2011 | "Baird, Cynthia - PA;Cancelliere, Jeff - PA;Devine, Timothy;dmao@orrick.com;Eckert, Catherine - PA;Fleming, Patrick;Heitzmann, Bradley;Hreshko, Michele - PA;McCumber, Sonya;Meyer, Darsi (Burbunk);Mongelluzzo, John - PA;Nees, Louis;RS-US-PA-FTW-Virginia-CR-G-2G05;Ruckdaschel, John;Witten, Tim" | | Updated: Private Label Securities (PLS) Rep & Warrant Working Group |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0212900 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | October 26, 2011 | "Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Devine, Timothy (timothy.devine@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " Re: PLS Claimant -- PRIVILEGED AND CONFIDENTIAL" |
| RC-9019_00084054 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=EXCHANGE MIGRATION/CN=RECIPIENTS/CN=RESIDENTIAL/CN=JIM _WHITLINGER;Whitlinger, Jim - PA" | November 1, 2011 | "Abreu, Steve - PA;Belisle, Jeffrey;Devine, Timothy;Marano, Tom;Pensabene, Joe - PA;Proia, Gina" | | RE: Urgent Review: MAC Talk Points |
| RC-9019_00084069 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=NZ08CD;Belisle, Jeffrey" | November 1, 2011 | "Abreu, Steve - PA;Devine, Timothy;Marano, Tom;Pensabene, Joe - PA;Proia, Gina;Whitlinger, Jim - PA" | | Re: Urgent Review: MAC Talk Points |
| RC-9019_00089162 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HBENTON;Benton, Hu" | November 18, 2011 | "Devine, Timothy;Solomon, William Legal" | "Hamzehpour, Tammy" | Fw: RALI Series Trusts |
| ALLY_0141271 | "Benton, Hu (/o=gmac mortgage corp/ou=dallas-it/cn=recipients/cn=hbenton)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | " Fw: RALI Series Trusts" |
| ALLY_0158584 | "Benton, Hu (hu.benton@ally.com)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | " Fw: RALI Series Trusts" |
| ALLY_0209109 | "Benton, Hu (/o=gmac mortgage corp/ou=dallas-it/cn=recipients/cn=hbenton)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |
| ALLY_0209233 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " FW: Meeting on Monday" |
| ALLY_0209235 | "Solomon, William Legal (william.b.solomon@ally.com)" | November 19, 2011 | "Benton, Hu (hu.benton@ally.com);Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |
| ALLY_0209237 | "Benton, Hu (hu.benton@ally.com)" | November 19, 2011 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |
| RC-9019_00089186 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=PTREVIS;Young, Paula" | November 22, 2011 | "Devine, Timothy;Hagens, David;Ruckdaschel, John;Zellmann, Patty - MN" | "Hamzehpour, Tammy;Solomon, William Legal;Young, Paula" | RE: RALI Series Trusts |
| RC-9019_00089188 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.ZELLMAN;Zellmann, Patty - MN" | November 22, 2011 | "Devine, Timothy;Hagens, David;Ruckdaschel, John;Young, Paula" | "Hamzehpour, Tammy;Solomon, William Legal" | RE: RALI Series Trusts |
| ALLY_0209240 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | November 22, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | RE: RALI Series Trusts" |
| ALLY_0209242 | "Young, Paula (paula.young@ally.com)" | November 22, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Young, Paula (paula.young@ally.com)" | RE: RALI Series Trusts" |
| RC-9019_00089189 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=HBENTON;Benton, Hu" | November 23, 2011 | "Devine, Timothy;Hamzehpour, Tammy;Solomon, William Legal" | | FW: RALI Series Trusts |
| ALLY_0209112 | "Benton, Hu (/o=gmac mortgage corp/ou=dallas-it/cn=recipients/cn=hbenton)" | November 23, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | " FW: RALI Series Trusts" |
| ALLY_0209259 | "Benton, Hu (hu.benton@ally.com)" | November 23, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | " FW: RALI Series Trusts" |
| RC-9019_00093799 | "Ruckdaschel, John;/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JRUCKDA" | December 2, 2011 | "Benton, Hu;Devine, Timothy;Hamzehpour, Tammy;Marano, Tom;Neaton, Robert;Solomon, William Legal" | | RE: GMAC |
| ALLY_0209273 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 5, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " RE: Kathy Patrick" |
| ALLY_0209275 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 5, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: Kathy Patrick" |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00089218 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | December 7, 2011 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Solomon, William Legal" | | |
| ALLY_0158596 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 7, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Confi and Tolling Agreement" |
| RC-9019_00087188 | "/o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere;Cancelliere, Jeff - PA" | December 15, 2011 | "Devine, Timothy;Kushman, Todd" | "Rosten, Linda" | RE: Reserves |
| ALLY_0142688 | David Sheeren (dsheeren@gibbsbruns.com) | December 15, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Confi and Tolling Agreement" |
| ALLY_0182612 | Kathy D. Patrick | December 16, 2011 | Timothy.Devine@ally.com | David Sheeren;Robert J. Madden;Scott A. Humphries | Forbearance Agreement and Confi" |
| RC-9019_00057131 | Kathy D. Patrick | December 19, 2011 | Devine Timothy;Hamzehpour Tammy;Rosten Linda | arthur.rublin@blackrock.com;BBaltich@fhlbatl.com;Bridget.healy@us.ing.com;cnass@KoreCapital.com;CPryor@tiaa-cref.org;c.woods@aegonusa.com;David Sheeren;david.flattum@pimco.com;dlarocca@metlife.com dmineck@aegonusa.com;Francis.Chlapowski@gs.com;frank.damerow@lbbw.de;James.Walters@commerzbank.com;jeffrey.kupor@invesco.com;jmccally@tiaa-cref.org;Jon.Yoder@gs.com;Jonathan.Banks@commerzbank.com;Kathy D. Patrick;kfinnegan@metlife.com;kwellman@ingdirect.com;LaurieS@bgi-group.com;L.Briganti@bayernlbny.com;marcy.cohen@americas.ing.com;Matthew.McCabe@commerzbank.com;maureen_cronin@nylim.com;miker@bgi-group.com;Monica.Sherer@nb.com;Neena.Reddy@gs.com;paul.defrancisci@nb.com;paul.howell@us.ing.com;peter.vaughan@blackrock.com;rick.lebrun@pimco.com;rlaws@ingdirect.com;Robert J. Madden;robert.lawrence@prudential.com;Ron.Raffan@commerzbank.com;Ronald_Brandon@nylim.com;roshields@fhlbatl.com;Scott A. Humphries;Sean.Plater@tcw.com;sheris@bgi-group.com;Simon.Bowmer@commerzbank.com;Steffen.nies@lbbw.de;stephanie.heller@ny.frb.org;stephen.ahrens@blackrock.com;Stephen.Venable@westernasset.com;Tim.Meehan@Americas.ING.com;tina.smith@thrivent.com;tshenkin@metlife.com;VDolan@bayernlbny.com;wding@metlife.com | RE: Letter from Tim Devine |
| ALLY_0157853 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 19, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | FW: Phone message" |
| ALLY_0209280 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 19, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Call" |
| ALLY_0157861 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 20, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157863 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 20, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0158650 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | December 20, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com)" | (arthur.rublin@blackrock.com);(bbaltich@fhlbatl.com);(br dget.healy@us.ing.com);(cnass@korecapital.com);(cpryor @tiaa-cref.org);(cwoods@aegonusa.com);(david.flattum@pimco.com);(dlarocca@metlife.com);(dmineck@aegonusa.com);(f rancis.chlapowski@gs.com);(frank.damerow@lbbw.de);(ja mes.walters@commerzbank.com);(jeffrey.kupor@invesco.com);(jmccally@tiaa-cref.org);(jon.yoder@gs.com);(jonathan.banks@commerzb ank.com);(kfinnegan@metlife.com);(kwellman@ingdirect.c om);(lauries@bgi-group.com);(lbriganti@bayernlbny.com);(marcy.cohen@a mericas.ing.com);(matthew.mccabe@commerzbank.com);( maureen_cronin@nylim.com);(miker@bgi-group.com);(monica.sherer@nb.com);(neena.reddy@gs.co m);(paul.defrancisci@nb.com);(paul.howell@us.ing.com);( peter.vaughan@blackrock.com);(rick.lebrun@pimco.com);( rfaws@ingdirect.com);(robert.lawrence@prudential.com);( ron.raffan@commerzbank.com);(ronald_brandon@nylim.c om);(roshields@fhlbatl.com);(sean.plater@tcw.com);(sher s@bgi-group.com);(simon.bowmer@commerzbank.com);(steffen. nies@lbbw.de);(stephanie.heller@ny.frb.org);(stephen.ahre ns@blackrock.com);(stephen.venable@westernasset.com);( tim.meehan@americas.ing.com);(tina.smith@thrivent.com );(tshenkin@metlife.com);(vdolan@bayernlbny.com);(wdi | RE: Letter from Tim Devine" |
| ALLY_0157867 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 21, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157879 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 22, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0209293 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 22, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0142701 | Talcott J. Franklin (tal@talcottfranklin.com) | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: Tolling agreement" |
| ALLY_0157883 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157896 | "Kraut, Michael S. (mkraut@morganlewis.com)" | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0158663 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | Re: Tolling agreement" |
| ALLY_0158665 | Talcott J. Franklin (tal@talcottfranklin.com) | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | | Fwd: Tolling agreement" |
| ALLY_0158682 | Talcott J. Franklin (tal@talcottfranklin.com) | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | Mike Kraut (mkraut@morganlewis.com) | Tolling agreement" |
| ALLY_0158690 | Talcott J. Franklin (tal@talcottfranklin.com) | December 23, 2011 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: Tolling agreement" |
| ALLY_0142717 | Talcott J. Franklin (tal@talcottfranklin.com) | January 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: Tolling agreement" |
| ALLY_0158724 | Talcott J. Franklin (tal@talcottfranklin.com) | January 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: Tolling agreement" |
| RC-9019_00058305 | David Sheeren | January 13, 2012 | Devine  Timothy;Kathy D. Patrick;Scott A. Humphries | Hagens David;Hamzehpour  Tammy;Ruckdaschel  John | RE: Confi and Tolling Agreement |
| RC-9019_00089381 | David Sheeren (dsheeren@gibbsbruns.com | January 13, 2012 | "Devine, Timothy;Kathy D. Patrick;Scott A. Humphries" | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Confi and Tolling Agreement |
| ALLY_0158753 | David Sheeren (dsheeren@gibbsbruns.com) | January 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Confi and Tolling Agreement" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0158761 | "Devine, Timothy (timothy.devine@ally.com)" | January 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | FW: Confi and Tolling Agreement - Kathy Patrick" |
| RC-9019_00089398 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=DHAGENS;Hagens, David" | January 17, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | | RE: Confi and Tolling Agreement |
| RC-9019_00089401 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | January 18, 2012 | "Devine, Timothy;Hagens, David;Ruckdaschel, John" | | RE: Confi and Tolling Agreement |
| ALLY_0209319 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | January 18, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: Confi and Tolling Agreement" |
| ALLY_0142724 | David Sheeren (dsheeren@gibbsbruns.com) | January 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | | Re: Discussions" |
| RC-9019_00092087 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=DHAGENS;Hagens, David" | January 20, 2012 | "Devine, Timothy;Ruckdaschel, John" | | RE: Confi and Tolling Agreement |
| ALLY_0142727 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com)" | | RE: Discussions" |
| ALLY_0142730 | David Sheeren (dsheeren@gibbsbruns.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | RE: Discussions" |
| ALLY_0142732 | Scott A. Humphries (shumphries@gibbsbruns.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Discussions" |
| ALLY_0142735 | Janet Laughlin (janet@talcottfranklin.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | | RE: Tolling agreement" |
| ALLY_0142739 | Talcott J. Franklin (tal@talcottfranklin.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Janet Laughlin (janet@talcottfranklin.com) | Re: Tolling agreement" |
| ALLY_0158775 | Scott A. Humphries (shumphries@gibbsbruns.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | (shumphries@gibbsbruns.com);David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | RE: Discussions" |
| ALLY_0158781 | Janet Laughlin (janet@talcottfranklin.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Dennis Taylor (dennis@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com) | Tolling Agreements #5" |
| ALLY_0158804 | Janet Laughlin (janet@talcottfranklin.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Dennis Taylor (dennis@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com) | Tolling Agreements #4" |
| ALLY_0158859 | Janet Laughlin (janet@talcottfranklin.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Dennis Taylor (dennis@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com) | Tolling Agreements #2" |
| ALLY_0158913 | Janet Laughlin (janet@talcottfranklin.com) | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Dennis Taylor (dennis@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com) | Tolling Agreements #1" |
| ALLY_0182613 | Scott A. Humphries | January 20, 2012 | Devine Timothy | David Sheeren;Kathy D. Patrick;sah (shumphries@gibbsbruns.com) | RE: Discussions" |
| ALLY_0209324 | "Hagens, David (david.hagens@ally.com)" | January 20, 2012 | "Devine, Timothy (timothy.devine@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: Confi and Tolling Agreement" |
| ALLY_0142750 | Talcott J. Franklin (tal@talcottfranklin.com) | January 24, 2012 | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com)" | | Re: Tolling agreement" |
| ALLY_0209350 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | January 24, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Tolling Agreements #5" |
| ALLY_0209352 | "Rosten, Linda (linda.rosten@ally.com)" | January 24, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Tolling agreement" |
| ALLY_0209357 | "Hagens, David (david.hagens@ally.com)" | January 24, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | RE: Tolling agreement" |
| ALLY_0159229 | David Sheeren (dsheeren@gibbsbruns.com) | January 26, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | Tolling Agreement and Confi" |
| ALLY_0182619 | David Sheeren | January 26, 2012 | Devine  Timothy | Kathy D. Patrick;Scott A. Humphries | Tolling Agreement and Confi" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209383 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | January 26, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Tolling agreement" |
| ALLY_0159490 | Janet Laughlin (janet@talcottfranklin.com) | January 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Talcott J. Franklin (tal@talcottfranklin.com) | "Tolling Agreement #6 " |
| ALLY_0159545 | Janet Laughlin (janet@talcottfranklin.com) | January 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Talcott J. Franklin (tal@talcottfranklin.com) | "Tolling Agreement #7" |
| ALLY_0209396 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | January 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: Tolling Agreement and Confi" |
| ALLY_0142767 | Talcott J. Franklin (tal@talcottfranklin.com) | January 30, 2012 | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | | "Update: Conference call re: tolling agreement" |
| ALLY_0209398 | "Rosten, Linda (linda.rosten@ally.com)" | January 30, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: Tolling Agreement #6 " |
| ALLY_0225195 | "Mertz, Leyla (leyla.mertz@ally.com)" | January 31, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com)" | "Brown, Jeff (jb@ally.com);Mackey, Jim (james.mackey@ally.com)" | "R&W model analysis from Bernstein analyst for CCAR" |
| ALLY_0142768 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | February 1, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "Re: Tolling/forbearance and Confi" |
| ALLY_0142769 | "Rosten, Linda (linda.rosten@ally.com)" | February 1, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "FW: Meeting dates (Talcott Franklin)" |
| ALLY_0142785 | Janet Laughlin (janet@talcottfranklin.com) | February 2, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Talcott J. Franklin (tal@talcottfranklin.com) | "Tolling Agreement #8" |
| ALLY_0159642 | "Rosten, Linda (linda.rosten@ally.com)" | February 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "RE: Tolling Agreement and Confi" |
| ALLY_0209400 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com)" | | "RE: Tolling Agreement and Confi" |
| ALLY_0209404 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 3, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: Tolling Agreement and Confi" |
| ALLY_0159672 | "Rosten, Linda (linda.rosten@ally.com)" | February 4, 2012 | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com)" | | "RE: Tolling Agreement and Confi" |
| RC-9019_00089598 | Scott A. Humphries;SHumphries@gibbsbruns.com | February 6, 2012 | "Devine, Timothy" | David Sheeren;Kathy D. Patrick;Shumphries@gibbsbruns.com | "FW: Ally Materials" |
| ALLY_0159694 | Scott A. Humphries (shumphries@gibbsbruns.com) | February 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | (shumphries@gibbsbruns.com);David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "FW: Ally Materials" |
| ALLY_0210951 | Scott A. Humphries (shumphries@gibbsbruns.com) | February 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | (shumphries@gibbsbruns.com);David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "FW: Ally Materials" |
| ALLY_0210960 | Scott A. Humphries (shumphries@gibbsbruns.com) | February 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | (shumphries@gibbsbruns.com);David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "FW: Ally Materials" |
| ALLY_0226104 | Scott A. Humphries (shumphries@gibbsbruns.com) | February 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | (shumphries@gibbsbruns.com);David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "FW: Ally Materials" |
| ALLY_0225199 | "Proia, Gina (gina.proia@ally.com)" | February 8, 2012 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Devine, Timothy (timothy.devine@ally.com);Duffy, James (james.duffy@ally.com);Gunn, Brian (brian.gunn@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Kushman, Todd (todd.kushman@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Muir, William F. (william.muir@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Fitzpatrick, Susan - PA (susan.fitzpatrick@ally.com);Zachary, Ross (ross.zachary@ally.com)" | "Rescap clips pkg." |
| RC-9019_00089605 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | February 13, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | | "RE: Ally Materials" |
| ALLY_0142801 | Scott A. Humphries (shumphries@gibbsbruns.com) | February 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: Ally Materials" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0142803 | Janet Laughlin (janet@talcottfranklin.com) | February 13, 2012 | "Devine, Timothy (timothy.devine@ally.com) | Dennis Taylor (dennis@talcottfranklin.com);Jerry Phelps (jerry@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com) | "Tolling Agreements, emails ##1-8" |
| ALLY_0209431 | "Kushman, Todd (todd.kushman@ally.com)" | February 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com))" | | RE: Ally Materials" |
| RC-9019_00089607 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | February 14, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | | RE: Ally Materials |
| ALLY_0209435 | "Kushman, Todd (todd.kushman@ally.com)" | February 14, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: Ally Materials" |
| RC-9019_00089947 | Kathy D. Patrick,kpatrick@gibbsbruns.com | February 17, 2012 | "Devine, Timothy;Scott A. Humphries" | "David Sheeren;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Ally Materials |
| RC-9019_00089949 | David Sheeren@dsheeren@gibbsbruns.com | February 17, 2012 | "Devine, Timothy;Kathy D. Patrick;Scott A. Humphries" | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Ally Materials |
| ALLY_0142807 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | February 17, 2012 | "Devine, Timothy (timothy.devine@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "David Sheeren (dsheeren@gibbsbruns.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Ally Materials" |
| ALLY_0142809 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | February 17, 2012 | "Devine, Timothy (timothy.devine@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | David Sheeren (dsheeren@gibbsbruns.com) | RE: Ally Materials" |
| ALLY_0159701 | David Sheeren (dsheeren@gibbsbruns.com) | February 17, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Ally Materials" |
| ALLY_0142813 | Jerry Phelps (jerry@talcottfranklin.com) | February 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Talcott J. Franklin (tal@talcottfranklin.com) | Call with Tal Franklin this past Friday" |
| ALLY_0209456 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | February 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Tolling Agreement and Confi" |
| ALLY_0142814 | Talcott J. Franklin (tal@talcottfranklin.com) | February 21, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | Re: Sorry I am running late; are you still up for a call?" |
| RC-9019_00089968 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | February 23, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy" | | "RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0142815 | Jerry Phelps (jerry@talcottfranklin.com) | February 23, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ginger Cavanaugh (ginger@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Rosten, Linda (linda.rosten@ally.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209458 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | February 23, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209462 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 23, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209469 | "Kushman, Todd (todd.kushman@ally.com)" | February 24, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ceballos, Felecia (felecia.ceballos@ally.com)" | RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209474 | "Kushman, Todd (todd.kushman@ally.com)" | February 24, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ceballos, Felecia (felecia.ceballos@ally.com)" | Re: RALI--Tentative meeting on February 28, Tuesday" |
| RC-9019_00089970 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 27, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | "Rosten, Linda" | "RE: RALI--Tentative meeting on February 28, Tuesday" |
| RC-9019_00089972 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | February 27, 2012 | "Devine, Timothy;Hagens, David;Ruckdaschel, John" | "Rosten, Linda" | "RE: RALI--Tentative meeting on February 28, Tuesday" |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00090030 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B RADLEY.SMITH;Smith, Bradley - (Dorsey & Whitney)" | February 28, 2012 | "Devine, Timothy" | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Tolling Agreements #4 |
| ALLY_0209482 | "Hagens, David (david.hagens@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "" | Fw: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209487 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209492 | "Hagens, David (david.hagens@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209496 | "Devine, Timothy (timothy.devine@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209505 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydiboh/f23spdlt)/cn=recipients/cn=tzxgsd)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209624 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Tolling Agreements #4" |
| ALLY_0210969 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: 2005-QA 13  2006-Q03" |
| RC-9019_00090032 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | February 29, 2012 | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | | RE: Talcott Franklin |
| RC-9019_00090037 | Tal@talcottfranklin.com;Talcott J. Franklin | February 29, 2012 | "Devine, Timothy;Jerry Phelps" | "Hagens, David;Hamzehpour, Tammy;Janet Laughlin;Paul Snyder;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | RE: RFC/RALI/Investor Tolling Agreements |
| ALLY_0209627 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | February 29, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Talcott Franklin" |
| ALLY_0209629 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | February 29, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: CRITICAL PLEASE READ: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0209635 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | February 29, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: CRITICAL PLEASE READ: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0209640 | "Hagens, David (david.hagens@ally.com)" | February 29, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | CRITICAL PLEASE READ: RFC/RALI/Investor Tolling Agreements" |
| RC-9019_00093810 | "Zellmann, Patty - MN;/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=P ATRICIA.ZELLMAN" | February 29, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Kushman, Todd;Ruckdaschel, John" | "Hagens, David" | RE: Talcott Franklin -- 25% |
| ALLY_0142820 | Talcott J. Franklin (tal@talcottfranklin.com) | March 1, 2012 | "Devine, Timothy (timothy.devine@ally.com);Jerry Phelps (jerry@talcottfranklin.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: RFC/RALI/Investor Tolling Agreements" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00090043 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B RADLEY.SMITH;Smith, Bradley - (Dorsey & Whitney)" | March 2, 2012 | "Devine, Timothy;Jerry Phelps;Talcott J. Franklin" | "Hagens, David;Hamzehpour, Tammy;Janet Laughlin;Paul Snyder;Ruckdaschel, John;Zellmann, Patty - MN" | RE: RFC/RALI/Investor Tolling Agreements |
| ALLY_0142828 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Jerry Phelps (jerry@talcottfranklin.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0142839 | Janet Laughlin (janet@talcottfranklin.com) | March 5, 2012 | "(david.hgens@ally.com);Devine, Timothy (timothy.devine@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Dennis Taylor (dennis@talcottfranklin.com);Elizabeth McKinney (liz@talcottfranklin.com);Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Tolling Agreements #5" |
| ALLY_0142894 | Jerry Phelps (jerry@talcottfranklin.com) | March 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Elizabeth McKinney (liz@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Tolling Agreements #1 of 8 (those attached are January 20, 2012 group)" |
| ALLY_0142947 | Jerry Phelps (jerry@talcottfranklin.com) | March 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Elizabeth McKinney (liz@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Tolling Agreements #3 of 8 (those attached are January 20, 2012 group)" |
| ALLY_0142991 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | FW: Tolling Agreements #7c" |
| ALLY_0143005 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | Tolling Agreements #12  " |
| ALLY_0143020 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com) | FW: Tolling Agreements #6" |
| ALLY_0143053 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | Tolling Agreements  #11" |
| ALLY_0143086 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | Tolling Agreements #10" |
| ALLY_0143120 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Dennis Taylor (dennis@talcottfranklin.com);Elizabeth McKinney (liz@talcottfranklin.com);Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com) | Tolling Agreements #8" |
| ALLY_0143143 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | FW: Tolling Agreements #7b" |
| ALLY_0143155 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | FW: Tolling Agreements #7a" |
| ALLY_0143168 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | Tolling Agreement #13" |
| ALLY_0157971 | "Devine, Timothy (timothy.devine@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | | RE: Tolling Agreement Request" |
| ALLY_0157975 | "Kraut, Michael S. (mkraut@morganlewis.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: Tolling Agreement Request" |
| ALLY_0159753 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | RE: Tolling Agreement Request" |
| ALLY_0159757 | Janet Laughlin (janet@talcottfranklin.com) | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | Tolling Agreements #9" |
| ALLY_0209659 | "Kushman, Todd (todd.kushman@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Tolling Agreement Request" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209663 | "Belisle, Jeffrey (jeffrey.belisle@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | " | RE: Tolling Agreement Request" |
| ALLY_0209667 | "Kushman, Todd (todd.kushman@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " | RE: Tolling Agreement Request" |
| ALLY_0209670 | "Kushman, Todd (todd.kushman@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | " RE: Tolling Agreement Request" |
| ALLY_0209685 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | " | RE: Tolling Agreement Request" |
| ALLY_0209696 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com)" | "Hagens, David (david.hagens@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | " FW: Tolling Agreements #12  " |
| RC-9019_00090060 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | March 7, 2012 | "Devine, Timothy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Leg Dept - PA;Zellmann, Patty - MN" | | RE: ResCap Discussions |
| ALLY_0143180 | Talcott J. Franklin (tal@talcottfranklin.com) | March 7, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Call" |
| ALLY_0143182 | Talcott J. Franklin (tal@talcottfranklin.com) | March 7, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Call" |
| ALLY_0143185 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | March 7, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Rosten, Linda (linda.rosten@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: ResCap Discussions |
| ALLY_0209700 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Tolling Agreements #12  " |
| ALLY_0143341 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 8, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Jerry Phelps (jerry@talcottfranklin.com)" | Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com) | RE: RFC Tolling Agreements" |
| ALLY_0143342 | Jerry Phelps (jerry@talcottfranklin.com) | March 8, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com) | Re: RFC Tolling Agreements" |
| ALLY_0143344 | Jerry Phelps (jerry@talcottfranklin.com) | March 8, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcot J. Franklin (tal@talcottfranklin.com) | RFC Tolling Agreements" |
| ALLY_0157981 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 9, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " FW: Tolling Agreement Request" |
| ALLY_0157992 | "Kraut, Michael S. (mkraut@morganlewis.com)" | March 9, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0159863 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 9, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: RFC/RALI/Investor Tolling Agreements" |
| RC-9019_00093807 | "Zellmann, Patty - MN;/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.ZELLMAN" | March 9, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Kushman, Todd;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Young, Paula" | | RE: Talcott Franklin and Kathy Patrick |
| ALLY_0210958 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | March 10, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Young, Paula (paula.young@ally.com)" | | RE: Talcott Franklin and Kathy Patrick" |
| ALLY_0158002 | "Kraut, Michael S. (mkraut@morganlewis.com)" | March 14, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0182620 | David Sheeren | March 14, 2012 | Devine Timothy | Kathy D. Patrick;Scott A. Humphries | " BOA Settlement Excerpts" |
| ALLY_0158013 | "Kraut, Michael S. (mkraut@morganlewis.com)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209722 | "Devine, Timothy (timothy.devine@ally.com)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | " RE: Tolling Agreement Request" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209727 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | " | " RE: Tolling Agreement Request" |
| ALLY_0209732 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Tolling Agreement Request" |
| ALLY_0209738 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 16, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreements #12 " |
| ALLY_0209747 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 16, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreements #12 " |
| ALLY_0209755 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 16, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Tolling Agreements #12 " |
| ALLY_0209763 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 16, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Tolling Agreements #12 " |
| ALLY_0226063 | "Marano, Tom (tom.marano@ally.com)" | March 16, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Carpenter, Michael (michael.carpenter@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | RE: CONFIDENTIAL ATTORNEY CLIENT PRIVILIGED WORK PRODUCT |
| ALLY_0209770 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 17, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | " RE: Tolling Agreements #12 " |
| ALLY_0209779 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 19, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreement #13" |
| ALLY_0209781 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 19, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | FW: Tolling Agreement #13" |
| ALLY_0209793 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 19, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Tolling Agreements #12 " |
| ALLY_0158024 | "Kraut, Michael S. (mkraut@morganlewis.com)" | March 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | " | " FW: Tolling Agreement Request" |
| RC-9019_00092108 | David Sheeren,dsheeren@gibbsbruns.com | March 22, 2012 | "Devine, Timothy" | Kathy D. Patrick;Scott A. Humphries | Data Template |
| RC-9019_00092111 | David Sheeren,dsheeren@gibbsbruns.com | March 22, 2012 | "Devine, Timothy" | Kathy D. Patrick;Scott A. Humphries | Data Template |
| ALLY_0159888 | David Sheeren (dsheeren@gibbsbruns.com) | March 22, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | Data Template" |
| RC-9019_00090062 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | March 23, 2012 | "Devine, Timothy;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | "Thompson, William - Legal Dept - PA" | Re: Data Template |
| RC-9019_00090067 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | March 23, 2012 | "Devine, Timothy;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | "Thompson, William - Legal Dept - PA" | Re: Data Template |
| ALLY_0143502 | Ginger Cavanaugh (ginger@talcottfranklin.com) | March 23, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | " | " RFC" |
| RC-9019_00090082 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | March 26, 2012 | "Devine, Timothy;Kushman, Todd;Marano, Tom;Ruckdaschel, John" | "Solomon, William Legal" | RE: RFC |
| RC-9019_00090084 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | March 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kushman, Todd;Marano, Tom" | "Solomon, William Legal" | RE: RFC |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0142504 | "Proia, Gina (gina.proia@ally.com)" | March 26, 2012 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Belisle, Jeffrey (jeffrey.belisle@ally.com);Benton, Hu (hu.benton@ally.com);Bhama, Anita (anita.bhama@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T. - Investor Relations (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Centurino, Jon (jon.centurino@ally.com);Cummings, Ann (ann.cummings@ally.com);Devine, Timothy (timothy.devine@ally.com);Duffy, James (james.duffy@ally.com);Gunn, Brian (brian.gunn@ally.com);Hall, Lara (lara.hall@ally.com);Halmy, Christopher (christopher.halmy@ally.com);Kahan, Elliot (elliot.kahan@ally.com);Lieber, Michele (michele.lieber@ally.com);Mackey, Jim (james.mackey@ally.com);Marano, Tom (tom.marano@ally.com);Muir, William F. (william.muir@ally.com);Pinkston, Corey (corey.pinkston@ally.com);Proia, Gina (gina.proia@ally.com);Russi, Tim (tim.russi@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Jain, Varun (varun.jain@ally.com);Zachary, Ross (ross.zachary@ally.com)" | " Press Clips" |
| ALLY_0209801 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | March 26, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Marano, Tom (tom.marano@ally.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | " RE: RFC" |
| ALLY_0209805 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 26, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kushman, Todd (todd.kushman@ally.com);Marano, Tom (tom.marano@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | " RE: RFC" |
| RC-9019_00093803 | "Ruckdaschel, John;/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JRUCKDA" | March 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kushman, Todd;Marano, Tom" | "Solomon, William Legal" | RE: RFC |
| RC-9019_00092054 | "/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=16090594-957502BC-85257447-4658EC;Marano, Tom" | March 27, 2012 | "Carpenter, Michael;Devine, Timothy;Hamzehpour, Tammy" | "Brown, Jeff;Solomon, William Legal" | FW: IMPORTANT - Please read - Follow-up - 6 year statute of limitation on contracts |
| RC-9019_00092125 | "ddunne@orrick.com;Dunne, Daniel J." | March 27, 2012 | "Devine, Timothy;Levin, Barry S.;Ruckdaschel, John" | "Echtman, Elyse D.;Smith, Bradley - (Dorsey & Whitney);Young, Paula;Zellmann, Patty - MN" | RE: RFMSII 2007-HI1 |
| ALLY_0143508 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreement #13 " |
| ALLY_0158047 | "Devine, Timothy (timothy.devine@ally.com)" | March 27, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0158052 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 27, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0159917 | David Sheeren (dsheeren@gibbsbruns.com) | March 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | " RE: Data Template" |
| ALLY_0158057 | "Kraut, Michael S. (mkraut@morganlewis.com)" | March 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0158070 | "Kraut, Michael S. (mkraut@morganlewis.com)" | March 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreement Request" |
| RC-9019_00060722 | blevin@orrick.com | April 2, 2012 | "Devine, Timothy;Ruckdaschel, John" | | FW: Letter to Morrison Foerster |
| ALLY_0158098 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 3, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | FW: Tolling Agreement Request" |
| ALLY_0159920 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 3, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: Tolling Agreement Request" |
| RC-9019_00060748 | "Ruckdaschel, John" | April 3, 2012 | "Devine, Timothy" | "Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | KPatrick Template |
| RC-9019_00060750 | "Ruckdaschel, John" | April 3, 2012 | "Devine, Timothy" | | RE: KPatrick Template |
| RC-9019_00060756 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRADLEY.SMITH | April 4, 2012 | "Devine, Timothy;Rosten, Linda;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Underhill, Todd MN;Young, Paula;Zellmann, Patty - MN" | | RE: Weekly PLS Team Meeting (Dial-In: (866) 203-0920; International (206) 445-0056; Code 1389301002) Host 5963 |
| ALLY_0143526 | "Solomon, William Legal (william.b.solomon@ally.com)" | April 5, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Follow-up" |
| ALLY_0143530 | "Solomon, William Legal (william.b.solomon@ally.com)" | April 5, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Follow-up" |
| ALLY_0143533 | "Solomon, William Legal (william.b.solomon@ally.com)" | April 5, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Follow-up" |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143536 | "Solomon, William Legal (william.b.solomon@ally.com)" | April 5, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | " | "
Re: Follow-up" |
| ALLY_0143539 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | Scott A. Humphries (shumphries@gibbsbruns.com) | "
RE: Follow-up" |
| ALLY_0158118 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 5, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "
RE: Tolling Agreement Request" |
| ALLY_0143541 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | April 6, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Talcott Franklin Tolling Agreements" |
| ALLY_0158133 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 12, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "
Tolling Agreements" |
| ALLY_0158148 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 12, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "
RE: Tolling Agreements" |
| RC-9019_00060758 | "Ruckdaschel, John" | April 12, 2012 | "Blaschko, Jeffrey;Devine, Timothy;Witten, Tim" | "Smith, Bradley - (Dorsey & Whitney)" | RE: Data Template - RMBS Pool (Dial-In: (206) 445-0056; Access 1389301002) |
| RC-9019_00060770 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JBLASCH | April 12, 2012 | "Blaschko, Jeffrey;Devine, Timothy;Witten, Tim" | "Reichel, Laura - PA;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney)" | RE: Data Template - RMBS Pool (Dial-In: (206) 445-0056; Access 1389301002) |
| RC-9019_00060777 | "Ruckdaschel, John" | April 12, 2012 | "Blaschko, Jeffrey;Devine, Timothy;Witten, Tim" | "Reichel, Laura - PA;Smith, Bradley - (Dorsey & Whitney)" | RE: Data Template - RMBS Pool (Dial-In: (206) 445-0056; Access 1389301002) |
| RC-9019_00061395 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 12, 2012 | "Devine, Timothy" | | RE: Kathy Patrick |
| RC-9019_00060783 | "Ruckdaschel, John" | April 13, 2012 | "Devine, Timothy" | | FW: Data Template - RMBS Pool (Dial-In: (206) 445-0056; Access 1389301002) |
| ALLY_0143565 | Talcott J. Franklin (tal@talcottfranklin.com) | April 16, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "
Re: RALI 2006" |
| ALLY_0158179 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 16, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "
RE: Tolling Agreements" |
| RC-9019_00061412 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 16, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Hreshko, Michele - PA;Kushman, Todd;Mongelluzzo, John - PA;Ruckdaschel, John;Zellmann, Patty - MN" | "Rosten, Linda" | RE: Amherst |
| RC-9019_00061415 | GLee@mofo.com | April 16, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S." | Re: Call re: Kathy Patrick |
| RC-9019_00060791 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 16, 2012 | "Devine, Timothy" | "Kushman, Todd;Ruckdaschel, John" | RE: KP_Exposure_Analysis_Draft_working_toll.xlsx |
| RC-9019_00060793 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 16, 2012 | "Devine, Timothy" | "Kushman, Todd;Ruckdaschel, John" | RE: KP_Exposure_Analysis_Draft_working_toll.xlsx |
| ALLY_0143568 | Talcott J. Franklin (tal@talcottfranklin.com) | April 17, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "
Re: RALI 2006" |
| ALLY_0158234 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 17, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "
Re: Tolling Agreements" |
| ALLY_0158244 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 17, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "
Re: Tolling Agreements" |
| ALLY_0158253 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 17, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: Tolling Agreements" |
| ALLY_0159949 | David Sheeren (dsheeren@gibbsbruns.com) | April 17, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "
RE: Confidentiality Agreement" |
| ALLY_0209851 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 17, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "
RE: Tolling Agreements" |
| RC-9019_00060797 | "Hamzehpour, Tammy; /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH" | April 17, 2012 | "Devine, Timothy;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Young, Paula;Zellmann, Patty - MN" | | RE: Next Steps: r/w analysis |
| ALLY_0143575 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 18, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "
Re: Confidentiality Agreement" |
| ALLY_0158262 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 18, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "
RE: Tolling Agreements" |
| ALLY_0209860 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | April 18, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Tolling Agreements" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00058705 | Kathy D. Patrick | April 19, 2012 | David Sheeren;John.Ruckdaschel@ally.com;Kathy D. Patrick;Linda.Rosten@ally.com;Scott A. Humphries;Tammy.Hamzehpour@ally.com;Timothy.Devine@ally.com | | Bi-Weekly Call with Gibbs & Bruns (Dial-In: Dial In: 1-866-228-9900  Passcode 763234) |
| ALLY_0143578 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | " Re: Confidentiality Agreement" |
| ALLY_0209869 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | | " RE: Confidentiality Agreement" |
| ALLY_0209874 | "Lee, Gary S. (glee@mofo.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | " Re: Confidentiality Agreement" |
| ALLY_0209878 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | | " RE: Confidentiality Agreement" |
| ALLY_0209881 | "Lee, Gary S. (glee@mofo.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | " RE: Confidentiality Agreement" |
| RC-9019_00048959 | Jeff.Cancelliere@gmacrescap.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;McDonagh, Tim;Nolan, William;Renzi, Mark;Rosten, Linda" | | RE: Prep for Kathy Patrick Meeting ((866) 203-0920; Code  1389301002) Host 5963 |
| RC-9019_00061430 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;McDonagh, Tim;Nolan, William;Renzi, Mark;Rosten, Linda" | | RE: Prep for Kathy Patrick Meeting ((866) 203-0920; Code  1389301002) Host 5963 |
| RC-9019_00061431 | kpatrick@gibbsbruns.com | April 19, 2012 | "David Sheeren;Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Rosten, Linda;Ruckdaschel, John;Scott A. Humphries" | | Bi-Weekly Call with Gibbs & Bruns (Dial-In: Dial In: 1-866-228-9900, Passcode 763234) |
| RC-9019_00061433 | GLee@mofo.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | RE: Confidentiality Agreement |
| RC-9019_00048967 | Tammy.Hamzehpour@ally.com | April 19, 2012 | "Devine, Timothy;Lee, Gary S." | | RE: Confidentiality Agreement |
| RC-9019_00061435 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 19, 2012 | "Devine, Timothy;Lee, Gary S." | | RE: Confidentiality Agreement |
| RC-9019_00061437 | GLee@mofo.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Re: Confidentiality Agreement |
| RC-9019_00060816 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 19, 2012 | "Devine, Timothy;Zellmann, Patty - MN" | "Ruckdaschel, John" | "RE: ""De-Dup""" |
| RC-9019_00060817 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 19, 2012 | "Devine, Timothy;Zellmann, Patty - MN" | "Ruckdaschel, John" | "RE: ""De-Dup""" |
| RC-9019_00060819 | /O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.ZELLMAN | April 19, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Ruckdaschel, John" | "RE: ""De-Dup""" |
| RC-9019_00060820 | /O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.ZELLMAN | April 19, 2012 | "Devine, Timothy;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney)" | | RE: Talcott Franklin |
| RC-9019_00060821 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 19, 2012 | "Devine, Timothy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | | RE: Talcott Franklin |
| ALLY_0209904 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: Tolling Agreements" |
| ALLY_0209914 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 20, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreements" |
| RC-9019_00060823 | /O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRADLEY.SMITH | April 20, 2012 | "Devine, Timothy;Ruckdaschel, John;Zellmann, Patty - MN" | | RE: Talcott Franklin |
| RC-9019_00060826 | "Ruckdaschel, John" | April 20, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | | RE: Talcott Franklin |
| RC-9019_00060832 | "Ruckdaschel, John" | April 20, 2012 | "Devine, Timothy" | | KP Meeting on Monday morning |
| RC-9019_00060837 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 20, 2012 | "Devine, Timothy" | | RE: KP Meeting on Monday morning |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143580 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | April 23, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: Clerical errors and other housekeeping issues re RFC-RALI-Investor Tolling Agreements" |
| ALLY_0158279 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 23, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: Tolling Agreements" |
| RC-9019_00060838 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 23, 2012 | "Devine, Timothy" | | Kp call |
| RC-9019_00060840 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 23, 2012 | "Devine, Timothy" | | RE: Kp call |
| RC-9019_00060842 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 23, 2012 | "Devine, Timothy" | | RE: Kp call |
| RC-9019_00060243 | GLee@mofo.com | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;Levitt, Jamie A.;mark.renzi@fticonsulting.com;william.nolan@fticonsulting.com" | | Re: Prep Call for Meeting with Kathy Patrick |
| RC-9019_00060844 | kpatrick@gibbsbruns.com | April 23, 2012 | "David Sheeren;Devine, Timothy;Kathy D. Patrick;Rosten, Linda;Ruckdaschel, John;Scott A. Humphries" | | Follow-up call on data template |
| RC-9019_00060245 | GLee@mofo.com | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;Levitt, Jamie A.;Marc Puntus;Nolan, William;Renzi, Mark;Sam Greene" | | RE: Updated: Prep Call for Meeting with Kathy Patrick |
| RC-9019_00061439 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 23, 2012 | "Lee, Gary S.;Devine, Timothy;Thompson, William - Legal Dept - PA" | | RE: Kathy Patrick - Confidentiality Agreement |
| RC-9019_00061301 | GLee@mofo.com | April 23, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | RE: Kathy Patrick - Confidentiality Agreement |
| RC-9019_00060847 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 23, 2012 | "Devine, Timothy;Kushman, Todd;Ruckdaschel, John" | | RE: Privielge and Confidential KP_Summary |
| RC-9019_00060849 | "Ruckdaschel, John" | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Kushman, Todd" | | RE: Privielge and Confidential KP_Summary |
| RC-9019_00060853 | "Ruckdaschel, John" | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Kushman, Todd" | | RE: Privielge and Confidential KP_Summary |
| RC-9019_00060855 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 23, 2012 | "Devine, Timothy;Kushman, Todd;Ruckdaschel, John" | | RE: Privielge and Confidential KP_Summary |
| RC-9019_00060858 | "Ruckdaschel, John" | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Kushman, Todd" | | RE: Privielge and Confidential KP_Summary |
| RC-9019_00061443 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 23, 2012 | "Devine, Timothy" | | RE: Prep for KP |
| RC-9019_00060864 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 24, 2012 | "Devine, Timothy" | | Kp chart |
| RC-9019_00093273 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 24, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | "Park, Liz;Szymik, Filip" | Bounce - RW PLS Recovery Summary |
| RC-9019_00093335 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 24, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | "Park, Liz;Szymik, Filip" | Bounce - RW PLS Recovery Summary |
| ALLY_0159970 | David Sheeren (dsheeren@gibbsbruns.com) | April 25, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | | Fw:" |
| ALLY_0159976 | David Sheeren (dsheeren@gibbsbruns.com) | April 25, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "(scott.humphries@gibbs-bruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | Fw:" |
| ALLY_0143617 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 26, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | FW: Additional Data and Follow up re GSE Repurchase Rates" |
| RC-9019_00047802 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | April 26, 2012 | "Hamzehpour, Tammy;Devine, Timothy" | "Lee, Gary S." | K Patrick Follow up - FRE 408. |
| RC-9019_00061449 | GLee@mofo.com | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S." | K Patrick Follow up - FRE 408. |
| RC-9019_00061450 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 26, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Kushman, Todd" | "Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: Discuss GSE Repurchase Shell |
| RC-9019_00061304 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 26, 2012 | "Devine, Timothy;Kushman, Todd;Ruckdaschel, John" | "Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: Discuss GSE Repurchase Shell |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00060247 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | | RE: KP |
| RC-9019_00061454 | GLee@mofo.com | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Re: K Patrick Follow up - FRE 408. |
| RC-9019_00061457 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | FW: Additional Data and Follow up re GSE Repurchase Rates |
| ALLY_0158336 | "Hart, Stephen (stephen.hart@fhfa.gov)" | April 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | [CONTENT] RE: Tolling Agreements" |
| ALLY_0158363 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Tolling Agreements" |
| ALLY_0158379 | "Kraut, Michael S. (mkraut@morganlewis.com)" | April 27, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | RE: Tolling Agreements" |
| ALLY_0158396 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | April 27, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacescap.com)" | | RE: Tolling Agreements" |
| ALLY_0182626 | Kathy D. Patrick | April 27, 2012 | Devine  Timothy | Kathy D. Patrick;Scott A. Humphries | " Re: next steps" |
| RC-9019_00093429 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | April 27, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | | RE: GSE_Request_Summary.xlsx |
| RC-9019_00048972 | William.b.solomon@ally.com | April 27, 2012 | "rcieri@kirkland.com';'rschrock@kirkland.com';Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | | Re: next steps |
| RC-9019_00061463 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS | April 27, 2012 | "'glee@mofo.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | | Re: next steps |
| ALLY_0158424 | "Hart, Stephen (stephen.hart@fhfa.gov)" | April 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | [CONTENT] Re: [CONTENT] RE: Tolling Agreements" |
| ALLY_0209946 | "Cieri, Richard M. (rcieri@kirkland.com)" | April 28, 2012 | "(glee@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com)" | | RE: next steps" |
| ALLY_0209950 | "Lee, Gary S. (glee@mofo.com)" | April 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: next steps" |
| RC-9019_00047807 | mark.renzi@FTIConsulting.com | April 28, 2012 | Tammy.Hamzehpour@ally.com;Timothy.Devine@ally.com | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | Bounce - Monoline |
| RC-9019_00047809 | mark.renzi@FTIConsulting.com | April 28, 2012 | Tammy.Hamzehpour@ally.com;Timothy.Devine@ally.com | "Cancelliere, Jeff - PA;John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;McDonagh, Tim;Nolan, William" | RE: Bounce - Monoline |
| RC-9019_00061472 | rcieri@kirkland.com | April 28, 2012 | "'glee@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | | RE: next steps |
| ALLY_0158458 | "Hart, Stephen (stephen.hart@fhfa.gov)" | April 30, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " [CONTENT] RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0158470 | "Hart, Stephen (stephen.hart@fhfa.gov)" | April 30, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " [CONTENT] RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0158481 | "Hart, Stephen (stephen.hart@fhfa.gov)" | April 30, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " [CONTENT] Re: [CONTENT] RE: [CONTENT] RE: Tolling Agreements" |
| RC-9019_00061474 | GLee@mofo.com | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | "dbent@orrick.com;Lee, Gary S.;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | Re: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |
| RC-9019_00061476 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S." | "dbent@orrick.com;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | RE: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |
| RC-9019_00061478 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JBLASCH | April 30, 2012 | "Devine, Timothy" | "Hamzehpour, Tammy;Ruckdaschel, John" | RE: Kathy Patrick -- VISION |
| RC-9019_00061479 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "dbent@orrick.com;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | RE: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00060251 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00060253 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047819 | "Renzi, Mark; mark.renzi@FTIConsulting.com" | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061307 | mark.renzi@FTIConsulting.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00093427 | "Ruckdaschel, John; John.Ruckdaschel@ally.com" | April 30, 2012 | "Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047823 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | April 30, 2012 | "Ruckdaschel, John';Devine, Timothy" | "mark.renzi@fticonsulting.com';Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061482 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061313 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 30, 2012 | "Devine, Timothy" | "Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00060872 | rcieri@kirkland.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047830 | mark.renzi@FTIConsulting.com | April 30, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | "Nolan, William;Park, Liz;Renzi, Mark;Szymik, Filip" | RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx |
| RC-9019_00093283 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 30, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | "Nolan, William;Park, Liz;Renzi, Mark;Szymik, Filip" | RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx |
| RC-9019_00093371 | "Renzi, Mark: mark.renzi@FTIConsulting.com" | April 30, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | "Nolan, William;Park, Liz;Renzi, Mark;Szymik, Filip" | RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx |
| ALLY_0158518 | "Hart, Stephen (stephen.hart@fhfa.gov)" | May 1, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Millman, Phillip (phillip.millman@fhfa.gov)" | [CONTENT] RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0158531 | "Hart, Stephen (stephen.hart@fhfa.gov)" | May 1, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "[CONTENT] RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0182628 | Kathy D. Patrick | May 1, 2012 | Kathy D. Patrick;Timothy.Devine@ally.com | | Re: Time tomorrow when we could talk?" |
| RC-9019_00061488 | GLee@mofo.com | May 1, 2012 | "Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;jeffrey.powell@kirkland.com;Levitt, Jamie A.;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William Legal Dept - PA;Zellmann, Patty - MN" | kchopra@centerviewpartners.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com | Waterfalls for Mtgs this week with PLS r/w claimants |
| RC-9019_00048985 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 1, 2012 | "Kathy D. Patrick';Devine, Timothy" | "Cieri, Richard M.;Rosten, Linda;Schrock, Ray C." | RE: Steering Committee |
| RC-9019_00090149 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 2, 2012 | "Devine, Timothy;Kathy D. Patrick" | | RE: NDA |
| RC-9019_00090155 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 2, 2012 | "glee@mofo.com';rcieri@kirkland.com';Devine, Timothy;Thompson, William - Legal Dept - PA" | | Re: Steering Committee |
| ALLY_0143618 | Talcott J. Franklin (tal@talcottfranklin.com) | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com)" | | Re: Meeting Tomorrow?" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143620 | "Schrock, Ray C. (rschrock@kirkland.com)" | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Donovan, Daniel T. (ddonovan@kirkland.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com);Powell, Jeff (jpowell@kirkland.com);Wofford, Keith H. (keith.wofford@ropesgray.com)" | "#PROJECTRODEO (projectrodeo@kirkland.com);Cieri, Richard M. (rcieri@kirkland.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143639 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "Re: NDA" |
| ALLY_0143640 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "RE: NDA" |
| ALLY_0143646 | "Schrock, Ray C. (rschrock@kirkland.com)" | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Donovan, Daniel T. (ddonovan@kirkland.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com);Powell, Jeff (jpowell@kirkland.com);Wofford, Keith H. (keith.wofford@ropesgray.com)" | "#PROJECTRODEO (projectrodeo@kirkland.com);Cieri, Richard M. (rcieri@kirkland.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143651 | "Wofford, Keith H. (keith.wofford@ropesgray.com)" | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com)" | "Cieri, Richard M. (rcieri@kirkland.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Schrock, Ray C. (rschrock@kirkland.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Steering Committee" |
| ALLY_0159988 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "NDA" |
| ALLY_0210001 | "Lee, Gary S. (glee@mofo.com)" | May 2, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "Fw: Steering Committee" |
| ALLY_0210006 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 2, 2012 | "(glee@mofo.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "Re: Steering Committee" |
| ALLY_0210011 | "Lee, Gary S. (glee@mofo.com)" | May 2, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "Fw: Steering Committee" |
| RC-9019_00049000 | kpatrick@gibbsbruns.com | May 2, 2012 | "Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;Kathy D. Patrick;Rosten, Linda;Schrock, Ray C." | RE: Steering Committee |
| RC-9019_00049003 | kpatrick@gibbsbruns.com | May 2, 2012 | "Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;David Sheeren;Kathy D. Patrick;Martin D. Ross;Schrock, Ray C.;Scott A. Humphries;Wofford, Keith H." | RE: Steering Committee |
| RC-9019_00049006 | Keith.Wofford@ropesgray.com | May 2, 2012 | "Kathy D. Patrick';Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;David Sheeren;Martin, D. Ross;Schrock, Ray C.;Scott A. Humphries" | RE: Steering Committee |
| RC-9019_00061489 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | | Fw: Steering Committee |
| RC-9019_00061494 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Steering Committee |
| RC-9019_00049010 | rschrock@kirkland.com | May 2, 2012 | "Kathy D. Patrick';Devine, Timothy;Donovan, Daniel T.;Lee, Gary S.;Powell, Jeff;Wofford, Keith H." | "#PROJECTRODEO;Cieri, Richard M.;David Sheeren;Martin, D. Ross;Scott A. Humphries" | RE: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00061326 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Steering Committee |
| ALLY_0143674 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Fw: Gmacm" |
| ALLY_0143676 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Tomorrow?" |
| ALLY_0143679 | David Sheeren (dsheeren@gibbsbruns.com) | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | | "RE: " |
| ALLY_0143680 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | "(mark.renzi@fticonsulting.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | | "Fw: Meeting Tomorrow?" |
| ALLY_0143683 | Jerry Phelps (jerry@talcottfranklin.com) | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Tomorrow?" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143692 | Talcott J. Franklin (tal@talcottfranklin.com) | May 3, 2012 | "(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com)" | | "Re: Meeting Tomorrow?" |
| ALLY_0143703 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com)" | "FW: NDAs" |
| ALLY_0143747 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: Thank You" |
| ALLY_0160004 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 3, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Delehey, Lauren - PA (lauren.delehy@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Gary Lee (glee@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "FW: " |
| ALLY_0160010 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 3, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | | "FW: " |
| ALLY_0210016 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: Meeting Tomorrow?" |
| ALLY_0210019 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Fw: Meeting Tomorrow?" |
| ALLY_0210021 | "Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Delehey, Lauren - PA (lauren.delehy@gmacrescap.com)" | "RE: Meeting Tomorrow?" |
| ALLY_0210023 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "RE: Meeting Tomorrow?" |
| ALLY_0210033 | "Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Delehey, Lauren - PA (lauren.delehy@gmacrescap.com)" | "RE: Meeting Tomorrow?" |
| RC-9019_00061497 | GLee@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Re: Meeting Tomorrow? |
| RC-9019_00061503 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 3, 2012 | "David Sheeren;Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Scott A. Humphries" | | FW: |
| RC-9019_00061505 | JLevitt@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;mark.renzi@fticonsulting.com" | | Fw: Meeting Tomorrow? |
| RC-9019_00061512 | dsheeren@gibbsbruns.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Ruckdaschel, John;Scott A. Humphries" | | RE: |
| RC-9019_00049034 | John.Ruckdaschel@ally.com | May 3, 2012 | "David Sheeren;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;Scott A. Humphries;Thompson, William - Legal Dept - PA" | | FW: |
| RC-9019_00061327 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 3, 2012 | "David Sheeren;Delehey, Lauren - PA;Devine, Timothy;Gary Lee;Hamzehpour, Tammy;Kathy D. Patrick;Levitt, Jamie A.;Scott A. Humphries;Thompson, William - Legal Dept - PA" | | FW: |
| RC-9019_00061513 | GLee@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S.;Nashelsky, Larren M." | Fw: Gmacm |
| RC-9019_00049080 | John.Ruckdaschel@ally.com | May 3, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Schrock, Ray C." | "RE: ""Wrapped"" Deals" |
| RC-9019_00061521 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 3, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Schrock, Ray C." | "RE: ""Wrapped"" Deals" |
| ALLY_0143766 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 4, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "Re: Thank You" |
| ALLY_0210036 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 4, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |
| RC-9019_00061529 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S.;Levitt, Jamie A." | Re: Kathy Patrick |
| RC-9019_00061530 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | FW: |

3180024_3.XLS

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061531 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00061533 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | RE: |
| RC-9019_00061535 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00061537 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Kathy Patrick |
| RC-9019_00060255 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00060875 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | RE: |
| RC-9019_00061550 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Fw: |
| ALLY_0210047 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0210053 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "RE: For Settlement Purposes Only" |
| ALLY_0210059 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "RE: For Settlement Purposes Only" |
| ALLY_0210064 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0210069 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0210074 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "RE: For Settlement Purposes Only" |
| ALLY_0210079 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "RE: For Settlement Purposes Only" |
| ALLY_0210084 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "RE: For Settlement Purposes Only" |
| ALLY_0210089 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Gary S. Lee (glee@mofo.com) (glee@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A (jlevitt@mofo.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "RE: For Settlement Purposes Only" |
| ALLY_0210093 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "Fw:" |
| RC-9019_00061554 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;Levitt, Jamie A.;Thompson, William - Legal Dept - PA" | | RE: For Settlement Purposes Only |
| RC-9019_00061333 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | RE: For Settlement Purposes Only |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061563 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | RE: For Settlement Purposes Only |
| RC-9019_00061337 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | | RE: For Settlement Purposes Only |
| RC-9019_00061568 | GLee@mofo.com | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061575 | GLee@mofo.com | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061580 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Thompson, William - Legal Dept - PA" | | RE: For Settlement Purposes Only |
| RC-9019_00061585 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Thompson, William - Legal Dept - PA" | | PRIVILEGED:  KP versus Monolines |
| RC-9019_00060877 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 5, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: PRIVILEGED:  KP versus Monolines |
| RC-9019_00090160 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 6, 2012 | "jlevitt@mofo.com";Devine, Timothy" | 'glee@mofo.com' | Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC |
| ALLY_0143785 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 6, 2012 | "(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com)" | (glee@mofo.com) | "
Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0210106 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com)" | "
Fw: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| RC-9019_00049105 | Jeff.Cancelliere@gmacrescap.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060264 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061342 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 6, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060266 | GLee@mofo.com | May 6, 2012 | "battle@CarpenterLipps.com;Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;lipps@carpenterlipps.com;ray.schrock@kirkland.com;richard.cieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Levitt, Jamie A." | FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00060878 | mark.renzi@FTIConsulting.com | May 6, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "GLee@mofo.com;Nolan, William;Ruckdaschel, John" | Re: Help with waterfall before 8 pm if possible |
| RC-9019_00049143 | Jeff.Cancelliere@gmacrescap.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060301 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060882 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Renzi, Mark" | "GLee@mofo.com;Nolan, William;Ruckdaschel, John" | RE: Help with waterfall before 8 pm if possible |
| RC-9019_00061347 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061596 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S." | | RE: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00061598 | JLevitt@mofo.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | | Re: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00090163 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=MZGGZ3;Rosten, Linda" | May 7, 2012 | "lipps@carpenterlipps.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Ware, Michael O.';Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Raymond, Elizabeth A.;Rosten, Linda;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | KP Settlement Agmt and PSA (Dial-In:  (866) 203-0920); Access Code 1389301002) |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00060885 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 7, 2012 | "Devine, Timothy;Ruckdaschel, John" | | RE: Settlemt agmt. KP |
| RC-9019_00060901 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 7, 2012 | "Devine, Timothy" | | RE: Bounce - Five New Scenarios (DRAFT) |
| RC-9019_00060903 | rcieri@kirkland.com | May 7, 2012 | "'eraymond@mayerbrown.com';'glee@mofo.com';'lipps@carpenterlipps.com';Devine, Timothy;Hamzehpour, Tammy;mware@mayerbrown.com;Ruckdaschel, John;Schrock, Ray C." | | Re: KP Settlement Agmt and PSA |
| RC-9019_00061601 | GLee@mofo.com | May 7, 2012 | "Devine, Timothy;eraymond@mayerbrown.com;Hamzehpour, Tammy;lipps@carpenterlipps.com;mware@mayerbrown.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | | Re: KP Settlement Agmt and PSA |
| RC-9019_00060904 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 7, 2012 | "Devine, Timothy" | | RE: Settlemt agmt. KP |
| RC-9019_00061605 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 7, 2012 | "Blaschko, Jeffrey;Boland, Ed - CA;Devine, Timothy;Hamzehpour, Tammy" | "Cancelliere, Jeff - PA" | RE: Mod caps |
| RC-9019_00061638 | JLevitt@mofo.com | May 7, 2012 | "battle@CarpenterLipps.com;Devine, Timothy;Lee, Gary S.;nornstein@kirkland.com;Ruckdaschel, John" | "Clark, Daniel E.;Hamzehpour, Tammy;Newton, James A." | Privileged and Confidential -- For Settlement Purpose Only -- KP settlement agreement draft |
| RC-9019_00061649 | JLevitt@mofo.com | May 7, 2012 | "battle@CarpenterLipps.com;Devine, Timothy;nornstein@kirkland.com" | "Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Privileged and Confidential -- For Settlement Purpose Only -- KP settlement agreement draft |
| RC-9019_00060340 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M." | KP |
| RC-9019_00061650 | mark.renzi@FTIConsulting.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;glee@mofo.com;Hamzehpour, Tammy;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "LNashelsky@mofo.com;Nolan, William" | Re: KP |
| RC-9019_00060343 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00060345 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00049157 | Jeff.Cancelliere@gmacrescap.com | May 7, 2012 | "mark.renzi@FTIConsulting.com';'rschrock@kirkland.com';Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "'william.nolan@fticonsulting.com';Nashelsky, Larren M." | RE: KP |
| RC-9019_00061349 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 7, 2012 | "'glee@mofo.com';'mark.renzi@FTIConsulting.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | Nashelsky@mofo.com';'william.nolan@fticonsulting.com" | RE: KP |
| ALLY_0143844 | Talcott J. Franklin (tal@talcottfranklin.com) | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com) | "Re: plan" |
| ALLY_0143845 | Talcott J. Franklin (tal@talcottfranklin.com) | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Re: plan" |
| ALLY_0143850 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "Re: David Sheeren and I are" |
| ALLY_0143851 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "Re: I have clarity and am ready to talk" |
| ALLY_0143852 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "One Other Thing" |
| ALLY_0160052 | David Sheeren (dsheeren@gibbsbruns.com) | May 8, 2012 | "(glee@mofo.com);Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | RE: One Other Thing" |
| ALLY_0160128 | David Sheeren (dsheeren@gibbsbruns.com) | May 8, 2012 | "(glee@mofo.com);Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | RE: One Other Thing" |
| ALLY_0210139 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: plan" |
| ALLY_0210143 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | | "RE: plan" |
| ALLY_0210147 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 8, 2012 | "(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Schrock, Ray C. (rschrock@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com)" | | RE: plan" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0210149 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "(mark.renzi@fticonsulting.com);Devine, Timothy (timothy.devine@ally.com)" | "(rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " RE: One Other Thing" |
| ALLY_0210152 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | "(mark.renzi@fticonsulting.com);(rschrock@kirkland.com );Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | RE: Are you available" |
| ALLY_0210156 | "Lee, Gary S. (glee@mofo.com)" | May 8, 2012 | "(rcieri@kirkland.com);(rscrock@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | | " RE: Are you available" |
| ALLY_0210162 | "Lee, Gary S. (glee@mofo.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Are you available" |
| ALLY_0210166 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Are you available" |
| ALLY_0210168 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Are you available" |
| ALLY_0210197 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Are you available" |
| ALLY_0210200 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Re: Are you available" |
| RC-9019_00093295 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00093383 | "Renzi, Mark: mark.renzi@FTIConsulting.com" | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00093305 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | RE: Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00093393 | "Renzi, Mark: mark.renzi@FTIConsulting.com" | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | RE: Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00049160 | dsheeren@gibbsbruns.com | May 8, 2012 | "John.Ruckdaschel@ally.com;Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | Robert J. Madden;Scott A. Humphries | RE: One Other Thing |
| RC-9019_00060909 | dsheeren@gibbsbruns.com | May 8, 2012 | "Devine, Timothy;glee@mofo.com;Kathy D. Patrick;Ruckdaschel, John" | Robert J. Madden;Scott A. Humphries | RE: One Other Thing |
| RC-9019_00061353 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 8, 2012 | "rcieri@kirkland.com;battle@CarpenterLipps.com;Delehey, Lauren - PA;Devine, Timothy;jlevitt@mofo.com;Lee, Gary S.;mware@mayerbrown.com;Thompson, William Legal Dept - PA" | | RE: Draft Settlement Agreement and PSA |
| RC-9019_00049164 | mark.renzi@FTIConsulting.com | May 8, 2012 | "Lee, Gary S.;rcieri@kirkland.com;Timothy.Devine@ally.com" | "Jeff.Cancelliere@gmacrescap.com;John.Ruckdaschel@ally.com;Levitt, Jamie A.;rschrock@kirkland.com;William.b.Solomon@ally.com" | Re: Are you available |
| RC-9019_00060913 | mark.renzi@FTIConsulting.com | May 8, 2012 | "Devine, Timothy;glee@mofo.com;rcieri@kirkland.com" | "Cancelliere, Jeff - PA;JLevitt@mofo.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | Re: Are you available |
| RC-9019_00060916 | kpatrick@gibbsbruns.com | May 8, 2012 | "David Sheeren;Devine, Timothy;glee@mofo.com;Kathy D. Patrick;Ruckdaschel, John" | Robert J. Madden;Scott A. Humphries | Re: One Other Thing |
| RC-9019_00049167 | dsheeren@gibbsbruns.com | May 8, 2012 | "John.Ruckdaschel@ally.com;Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | Robert J. Madden;Scott A. Humphries | RE: One Other Thing |
| RC-9019_00060917 | dsheeren@gibbsbruns.com | May 8, 2012 | "Devine, Timothy;glee@mofo.com;Kathy D. Patrick;Ruckdaschel, John" | Robert J. Madden;Scott A. Humphries | RE: One Other Thing |
| RC-9019_00061355 | GLee@mofo.com | May 8, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | FW: BOA Loss Estimate |
| RC-9019_00064040 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Ca ncelliere | May 8, 2012 | "glee@mofo.com';jlevitt@mofo.com;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: BOA Loss Estimate |
| RC-9019_00060921 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 8, 2012 | "Lee, Gary S.';rcieri@kirkland.com';Devine, Timothy" | "JLevitt@mofo.com';Renzi, Mark';rschrock@kirkland.com';Cancelliere, Jeff - PA;Ruckdaschel, John;Solomon, William Legal" | RE: Are you available |
| RC-9019_00060924 | GLee@mofo.com | May 8, 2012 | "Devine, Timothy;rcieri@kirkland.com" | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;mark.renzi@fticonsulting.com; Ruckdaschel, John;Solomon, William Legal" | Re: Are you available |
| RC-9019_00060347 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Ca ncelliere | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;rcieri@kirkland.com" | "Levitt, Jamie A.;mark.renzi@fticonsulting.com;rschrock@kirkland.com; Ruckdaschel, John;Solomon, William Legal" | RE: Are you available |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00049188 | Jeff.Cancelliere@gmacrescap.com | May 8, 2012 | "Devine, Timothy;mark.renzi@fticonsulting.com" | "Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | RE: One Other Thing |
| RC-9019_00060932 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 8, 2012 | "Devine, Timothy" | | RE: They're crazy |
| RC-9019_00061656 | GLee@mofo.com | May 8, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kohler, Kenneth E.;Nashelsky, Larren M.;rcieri@kirkland.com" | "Lee, Gary S." | Kp |
| RC-9019_00058674 | Kathy D. Patrick | May 9, 2012 | glee@mofo.com;Kathy D. Patrick;Timothy.Devine@ally.com | Keith.Wofford@ropesgray.com;rcieri@kirkland.com;Ross Martin@ropesgray.com | RE: RMBS Stipulated Claim |
| ALLY_0143857 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 9, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Talcott Franklin group" |
| ALLY_0143871 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Talcott Franklin group" |
| ALLY_0143873 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(kpatrick@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com)" | "(keith.wofford@ropesgray.com);(rcieri@kirkland.com);(ross.martin@ropesgray.com);Lee, Gary S. (glee@mofo.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0143875 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(kpatrick@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com)" | "(keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Lee, Gary S. (glee@mofo.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0143877 | Talcott J. Franklin (tal@talcottfranklin.com) | May 9, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: Talcott Franklin: For settlement purposes only" |
| ALLY_0143879 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 9, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | (keith.wofford@ropesgray.com);(ross.martin@ropesgray.com) | RE: RMBS Stipulated Claim" |
| ALLY_0143881 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 9, 2012 | "(glee@mofo.com);Devine, Timothy (timothy.devine@ally.com)" | (keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | RMBS Stipulated Claim" |
| ALLY_0143926 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 9, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | RE: Talcott Franklin group" |
| ALLY_0143940 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Talcott Franklin group" |
| ALLY_0182633 | Kathy D. Patrick | May 9, 2012 | Devine Timothy | | Re: Settlement" |
| ALLY_0182635 | Kathy D. Patrick | May 9, 2012 | Timothy.Devine@ally.com | | Settlement" |
| ALLY_0182636 | Kathy D. Patrick | May 9, 2012 | Devine Timothy | | Re: Settlement" |
| RC-9019_00060359 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Devine, Timothy" | | Re: Defect rate |
| RC-9019_00060360 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Devine, Timothy" | | Re: Defect rate |
| RC-9019_00060362 | GLee@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Talcott Franklin |
| RC-9019_00061657 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00049198 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060364 | JLevitt@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00049211 | Jeff.Cancelliere@gmacrescap.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060377 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.';jlevitt@mofo.com';Lee, Gary S.';Renzi, Mark';Schrock, Ray C.';Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061357 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060379 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Levitt, Jamie A.;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061659 | | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061661 | JLevitt@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060381 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Levitt, Jamie A.;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061359 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061664 | GLee@mofo.com | May 9, 2012 | "Devine, Timothy;Hamzehpour, Tammy;rcieri@kirkland.com;rschrock@kirkland.com" | "Lee, Gary S." | Re: KP.  Privileged. (Subject to FRE 408) |
| RC-9019_00049221 | kpatrick@gibbsbruns.com | May 9, 2012 | "Lee, Gary S.;Timothy.Devine@ally.com" | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Ross.Martin@ropesgray.com | RMBS Stipulated Claim |
| RC-9019_00049222 | rcieri@kirkland.com | May 9, 2012 | "Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | "Anita Bhama (anita.bhama@ally.com);Keith.Wofford@ropesgray.com;Lee, Gary S.;Ross.Martin@ropesgray.com;Solomon, William Legal" | RE: RMBS Stipulated Claim |
| RC-9019_00049224 | kpatrick@gibbsbruns.com | May 9, 2012 | "Lee, Gary S.;Timothy.Devine@ally.com" | Keith.Wofford@ropesgray.com;Ross.Martin@ropesgray.com | RE: RMBS Stipulated Claim |
| RC-9019_00049260 | kpatrick@gibbsbruns.com | May 9, 2012 | "Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | Keith.Wofford@ropesgray.com;rcieri@kirkland.com;Ross. | RE: RMBS Stipulated Claim |
| RC-9019_00047943 | Jerry@talcottfranklin.com | May 9, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Timothy Devine" | Paul Snyder;Talcott J. Franklin | Talcott Franklin group |
| RC-9019_00049369 | klonergan@mckoolsmith.com | May 9, 2012 | "Cieri, Richard M.;Lee, Gary S.;Paul D. Moak;Schrock, Ray C.;Timothy.Devine@ally.com" | Andrew K. Glenn;Christopher P. Johnson;KLeung@kasowitz.com | RE: Contact Info |
| RC-9019_00049375 | Jeff.Cancelliere@gmacrescap.com | May 9, 2012 | "nornstein@kirkland.com";rcieri@kirkland.com;Devine, Timothy;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: Favor |
| RC-9019_00057154 | David Sheeren | May 10, 2012 | David Sheeren;Devine  Timothy;Lee  Gary S.;Ruckdaschel  John | Kathy D. Patrick;Robert J. Madden;Scott A. Humphries | RE: RMBS Stipulated Claim |
| ALLY_0143942 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "URGENT - READ THIS  FOR YOUR CALL FW: RMBS Stipulated Claim" |
| ALLY_0143945 | "Lee, Gary S. (glee@mofo.com)" | May 10, 2012 | "(kpatrick@gibbsbruns.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(dsheeren@gibbsbruns.com);(keith.wolford@ropesgray.com);(ross.martin@ropesgray.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Re: Securities Claims" |
| ALLY_0143969 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | (glee@mofo.com);(jlevitt@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | RE: I am available to talk when you have time" |
| ALLY_0143975 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Re: Settlement" |
| ALLY_0143977 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Settlement" |
| ALLY_0143978 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 10, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(keith.wolford@ropesgray.com);(ross.martin@ropesgray.com);David Sheeren (dsheeren@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com)" | RE: Securities Claims" |
| ALLY_0143982 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Re: Settlement" |
| ALLY_0143984 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Re: Settlement" |
| ALLY_0143986 | "Ornstein, Noah (nornstein@kirkland.com)" | May 10, 2012 | "(glee@mofo.com);(lnashelsky@mofo.com);Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | | Re: RMBS Stipulated Claim" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0210205 | "Ornstein, Noah (nornstein@kirkland.com)" | May 10, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | | "Re: RMBS Stipulated Claim" |
| ALLY_0210209 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 10, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | "Re: RMBS Stipulated Claim" |
| ALLY_0210221 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "(glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Re: RMBS Stipulated Claim" |
| ALLY_0210232 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 10, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | "Re: RMBS Stipulated Claim" |
| ALLY_0210241 | "Ornstein, Noah (nornstein@kirkland.com)" | May 10, 2012 | "(glee@mofo.com);(lnashelsky@mofo.com);Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | | "Re: RMBS Stipulated Claim" |
| ALLY_0210290 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | "RE: RMBS Stipulated Claim" |
| ALLY_0210327 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | "Re: RMBS Stipulated Claim" |
| ALLY_0210336 | "Lee, Gary S. (glee@mofo.com)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Lee, Gary S. (glee@mofo.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Re: RMBS Stipulated Claim" |
| ALLY_0210346 | "Lee, Gary S. (glee@mofo.com)" | May 10, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | "Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com)" | "RE: RMBS Stipulated Claim" |
| ALLY_0210357 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "(glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Re: RMBS Stipulated Claim" |
| ALLY_0210367 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 10, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | "Re: RMBS Stipulated Claim" |
| ALLY_0210386 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | "RE: RMBS Stipulated Claim" |
| ALLY_0226091 | "Coco, Kevin J. (kevin.coco@davispolk.com)" | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "FW: materials requested" |
| RC-9019_00060943 | nornstein@kirkland.com | May 10, 2012 | "jlevitt@mofo.com';Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John" | "glee@mofo.com';Cieri, Richard M.;Kushman, Todd" | Re: Favor |
| RC-9019_00060946 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 10, 2012 | "jlevitt@mofo.com';Cancelliere, Jeff - PA;Devine, Timothy;nornstein@kirkland.com" | "'glee@mofo.com';'rcieri@kirkland.com';Kushman, Todd" | RE: Favor |
| RC-9019_00060949 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 10, 2012 | "Devine, Timothy" | | RE: Favor |
| RC-9019_00060952 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00060956 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 10, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';nornstein@kirkland.com';Devine, Timothy;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd" | Re: Favor |
| RC-9019_00060960 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00049537 | kpatrick@gibbsbruns.com | May 10, 2012 | "Lee, Gary S.;rcieri@kirkland.com;Timothy.Devine@ally.com;Wishnew, Jordan A." | "David Sheeren;keith.wolford@ropesgray.com;Levitt, Jamie A.;Ross.Martin@ropesgray.com" | RE: Securities Claims |
| RC-9019_00060964 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00047999 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00049593 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 10, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00060970 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 10, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00060979 | "Ruckdaschel, John; /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA" | May 10, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00061667 | DClark@mofo.com | May 10, 2012 | "Cieri, Richard M.;David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061726 | rcieri@kirkland.com | May 10, 2012 | "Clark, Daniel E.;David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00049657 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 10, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00060416 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 10, 2012 | "Lee, Gary S.';Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00049668 | beck@CarpenterLipps.com | May 10, 2012 | "Cieri, Richard M.;Clark, Daniel E.;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Timothy.Devine@ally.com;William.b.Solomon@ally.com" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061728 | beck@CarpenterLipps.com | May 10, 2012 | "Cieri, Richard M.;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061731 | GLee@mofo.com | May 10, 2012 | "battle@CarpenterLipps.com;beck@CarpenterLipps.com;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;lipps@carpenterlipps.com;nornstein@kirkland.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Re: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061735 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS | May 10, 2012 | "battle@CarpenterLipps.com;beck@CarpenterLipps.com;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;lipps@carpenterlipps.com;nornstein@kirkland.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | "Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00049725 | "Zellmann, Patty - MN; Patty.Zellmann@ally.com" | May 10, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd" | RE: Favor -- tolling agreements (1 of 3) |
| RC-9019_00049808 | "Zellmann, Patty - MN; Patty.Zellmann@ally.com" | May 10, 2012 | "nornstein@kirkland.com';Cancelliere - PA;Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd" | RE: Favor -- tolling agreements (2 of 3) |
| RC-9019_00049980 | "Zellmann, Patty - MN; Patty.Zellmann@ally.com" | May 10, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd" | RE: Favor -- tolling agreements (3 of 3) |
| ALLY_0143996 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 11, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com)" | | FW: RMBS Stipulated Claim" |
| ALLY_0144000 | David Sheeren (dsheeren@gibbsbruns.com) | May 11, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | RE: RMBS Stipulated Claim" |
| ALLY_0144007 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 11, 2012 | "(keith.wofford@ropesgray.com);(klonergan@mckoolsmith.com);(ross.martin@ropesgray.com);Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | " Re: Settlement" |
| ALLY_0144010 | "Ornstein, Noah (nornstein@kirkland.com)" | May 11, 2012 | "#PROJECTRODEO (projectrodeo@kirkland.com);(srichard.sandler@davispolk.com)Coco, Kevin J. (kevin.coco@davispolk.com);Devine, Timothy (timothy.devine@ally.com);Huebner, Marshall S. (marshall.huebner@davispolk.com)" | | FW: Revised Plan Support Agreement" |
| ALLY_0144071 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " Fw: Revised Plan Support Agreement" |
| ALLY_0144132 | "Ornstein, Noah (nornstein@kirkland.com)" | May 11, 2012 | "#PROJECTRODEO (projectrodeo@kirkland.com);(kevin.coco@davispolk.com);(richard.sandler@davispolk.com);Devine, Timothy (timothy.devine@ally.com);Huebner, Marshall S. (marshall.huebner@davispolk.com)" | | FW: Revised Plan Support and Settlement Agreements" |
| ALLY_0160173 | "Ornstein, Noah (nornstein@kirkland.com)" | May 11, 2012 | "#PROJECTRODEO (projectrodeo@kirkland.com);(richard.sandler@davispolk.com);Devine, Timothy (timothy.devine@ally.com);Huebner, Marshall S. (marshall.huebner@davispolk.com)" | | FW: Revised Plan Support and Settlement Agreements" |
| ALLY_0160262 | "Ornstein, Noah (nornstein@kirkland.com)" | May 11, 2012 | "#PROJECTRODEO (projectrodeo@kirkland.com);(srichard.sandler@davispolk.com);Coco, Kevin J. (kevin.coco@davispolk.com);Devine, Timothy (timothy.devine@ally.com);Huebner, Marshall S. (marshall.huebner@davispolk.com)" | | FW: Revised Plan Support Agreement" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0160323 | David Sheeren (dsheeren@gibbsbruns.com) | May 11, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | (keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | RE: RMBS Stipulated Claim" |
| ALLY_0210438 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Re: ResCap RMBS Investor Settlement - call on Settlement and Plan Support Agreements rescheduled to 6:50 p.m. Eastern time" |
| ALLY_0210442 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Fw: RMBS plan support and settlement" |
| ALLY_0210470 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Fw: Revised Plan Support Agreement" |
| ALLY_0210531 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210549 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: RMBS Stipulated Claim" |
| ALLY_0210555 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 11, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com)" | | RE: RMBS Stipulated Claim" |
| ALLY_0210560 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | | RE: Settlement" |
| ALLY_0210563 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 11, 2012 | "(glee@mofo.com);Devine, Timothy (timothy.devine@ally.com)" | | RE: Settlement" |
| ALLY_0210565 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | RE: RMBS Stipulated Claim" |
| ALLY_0210569 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 11, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com)" | | FW: RMBS Stipulated Claim" |
| ALLY_0226040 | "Soto, Dan (dan.soto@ally.com)" | May 11, 2012 | "(angela.wu@chi.frb.org);(aseivold@fdic.gov);(brad.curell@chi.frb.org);(chibbitts@fdic.gov);(cmartinez@fdic.gov);(dearly@fdic.gov);(deberley@fdic.gov);(drude@utah.gov);(ebunk@fdic.gov);(gsuslak@fdic.gov);(hiram.goza@chi.frb.org);(jacki.hitchings@chi.frb.org);(james.nelson@chi.frb.org);(jovogel@fdic.gov);(judith.a.cass@chi.frb.org);(kenneth.mcdonnell@chi.frb.org);(kjustice@fdic.gov);(lstillman@utah.gov);(mitchell.h.doepke@chi.frb.org);(owen.d.lennon@frb.gov);(patrick.m.wilder@chi.frb.org);(paul.e.kellogg@chi.frb.org);(sbartholomew@fdic.gov);(sberrett@utah.gov);(sshippie@fdic.gov);(stmorrison@fdic.gov);(tiffany.gates@chi.frb.org);(trokich@fdic.gov);(wmarkee@fdic.gov);Allbee, Jackie (jackie.allbee@ally.com);Andrews, Jon - Legal Depart. - PA (jon.andrews@ally.com);Baresich, Michael (michael.baresich@ally.com);Benton, Hu (hu.benton@ally.com);Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Ceballos, Felecia (felecia.ceballos@ally.com);Centurino, Jon (jon.centurino@ally.com);Coffey, Kathy (kathy.coffey@ally.com);Colohan, Patricia A. (pcolohan@fdic.gov);Devine, Timothy (timothy.devine@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Dunn, Tom (tom.m.dunn@ally.com);Elliott, Kristina (kristina.elliott@ally.com);Evans, Craig (craig.evans@ally.com);Fairey, Wade | | Daily ResCap Meeting with UDFI/FDIC/FED |
| ALLY_0226111 | "Ornstein, Norman (nornstein@kirkland.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | "Levitt, Jamie A. (jlevitt@mofo.com)" | FW: RMBS plan support and settlement |
| RC-9019_00050318 | dsheeren@gibbsbruns.com | May 11, 2012 | "David Sheeren;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Stipulated Claim |
| RC-9019_00060996 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 11, 2012 | "Levitt, Jamie A.';'nornstein@kirkland.com';Devine, Timothy;Ruckdaschel, John" | | RE: pls fwd me latest turn we get from Ropes; also pls fwd me latest btwn us and Talcott |
| RC-9019_00060997 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 11, 2012 | "Levitt, Jamie A.';'nornstein@kirkland.com';Devine, Timothy;Ruckdaschel, John" | | RE: pls fwd me latest turn we get from Ropes; also pls fwd me latest btwn us and Talcott |
| RC-9019_00057137 | Cancelliere  Jeff - PA | May 12, 2012 | David Sheeren;Devine  Timothy;Lee  Gary S.;Ruckdaschel  John | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Stipulated Claim |
| RC-9019_00057145 | David Sheeren | May 12, 2012 | Cancelliere  Jeff - PA;Devine  Timothy;Lee  Gary S.;Ruckdaschel  John | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Stipulated Claim |
| ALLY_0144233 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 12, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | Scott A. Humphries (shumphries@gibbsbruns.com) | Re: time to talk, before meeting at 3 on our side" |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0144234 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 12, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "<br>Re: time to talk, before meeting at 3 on our side" |
| ALLY_0144236 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 12, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "<br>Re: time to talk, before meeting at 3 on our side" |
| ALLY_0144238 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 12, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "<br>Re: time to talk, before meeting at 3 on our side" |
| RC-9019_00050449 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "nornstein@kirkland.com';Devine, Timothy;Levitt, Jamie A." | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061740 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "jlevitt@mofo.com';nornstein@kirkland.com';Devine, Timothy" | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061741 | JLevitt@mofo.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;nornstein@kirkland.com" | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061367 | JLevitt@mofo.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;nornstein@kirkland.com;Ruckdaschel, John" | "Delehey, Lauren - PA;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: FootPrint |
| RC-9019_00054941 | nornstein@kirkland.com | May 12, 2012 | "Cieri, Richard M.;Devine, Timothy" | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | FW: Call now |
| RC-9019_00061031 | GLee@mofo.com | May 12, 2012 | "Devine, Timothy;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00061034 | nornstein@kirkland.com | May 12, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00061036 | GLee@mofo.com | May 12, 2012 | "Devine, Timothy;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00061039 | JLevitt@mofo.com | May 12, 2012 | "Devine, Timothy;Lee, Gary S.;Ornstein, Noah;Ruckdaschel, John" | | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00050461 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "Crost, Katharine I.;Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: outline |
| RC-9019_00060422 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "Crost, Katharine I.';glee@mofo.com';Levitt, Jamie A.;Devine, Timothy;Ruckdaschel, John" | | RE: outline |
| RC-9019_00061045 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "'glee@mofo.com';Crost, Katharine I.;Devine, Timothy;Levitt, Jamie A.;Ruckdaschel, John" | | RE: outline |
| RC-9019_00061054 | JLevitt@mofo.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;kcrost@orrick.com;Lee, Gary S.;Ruckdaschel, John" | | Re: outline |
| RC-9019_00061060 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "'glee@mofo.com';'jlevitt@mofo.com';'kcrost@orrick.com';Devine, Timothy;Ruckdaschel, John" | | Re: outline |
| RC-9019_00050465 | dsheeren@gibbsbruns.com | May 12, 2012 | "David Sheeren;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries" | RE: RMBS Stipulated Claim |
| RC-9019_00061063 | dsheeren@gibbsbruns.com | May 12, 2012 | "David Sheeren;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries" | RE: RMBS Stipulated Claim |
| RC-9019_00050471 | kpatrick@gibbsbruns.com | May 12, 2012 | "Devine, Timothy;Lee, Gary S.;rcieri@kirkland.com" | Kathy D. Patrick;Ross.Martin@ropesgray.com;Scott A. Humphries | RMBS Trust Settlement - Rule 408 Communication |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00055046 | nornstein@kirkland.com | May 12, 2012 | "Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;marshall.huebner@dpw.com;Princi, Anthony;Schrock, Ray C.;Timothy.Devine@ally.com" | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055052 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Ornstein, Noah';Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;marshall.huebner@dpw.com;Princi, Anthony;Schrock, Ray C.;Timothy.Devine@ally.com" | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00045460 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "Cieri, Richard M.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | RE: RMBS Stipulated Claim |
| RC-9019_00061375 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "Cieri, Richard M.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | RE: RMBS Stipulated Claim |
| RC-9019_00050489 | SHumphries@gibbsbruns.com | May 12, 2012 | "Devine, Timothy;Lee, Gary S.;rcieri@kirkland.com" | Kathy D. Patrick;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061069 | dsheeren@gibbsbruns.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Stipulated Claim |
| RC-9019_00060430 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "'glee@mofo.com';Cancelliere, Jeff - PA;Crost, Katharine I.;Devine, Timothy;Levitt, Jamie A.;Ruckdaschel, John" | | RE: outline |
| RC-9019_00060434 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "'Crost, Katharine I.';'glee@mofo.com';'Levitt, Jamie A.';Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John" | | RE: outline |
| RC-9019_00058340 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | Scott A. Humphries | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058396 | Kathy D. Patrick | May 13, 2012 | David Sheeren;glee@mofo.com;Jeff.Cancelliere@gmacrescap.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058404 | Kathy D. Patrick | May 13, 2012 | David Sheeren;glee@mofo.com;Jeff.Cancelliere@gmacrescap.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058753 | Cancelliere Jeff - PA | May 13, 2012 | David Sheeren;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058760 | Cancelliere Jeff - PA | May 13, 2012 | David Sheeren;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058766 | Cancelliere Jeff - PA | May 13, 2012 | David Sheeren;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058776 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058782 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058789 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058796 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| ALLY_0144250 | "Devine, Timothy (timothy.devine@ally.com)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | RE: Time" |
| ALLY_0144252 | Talcott J. Franklin (tal@talcottfranklin.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: great news and very important note" |
| ALLY_0144254 | "Devine, Timothy (timothy.devine@ally.com)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | | RE: great news and very important note" |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0144256 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | (glee@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "RE: Your Proposal" |
| ALLY_0144258 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Fw: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144267 | Talcott J. Franklin (tal@talcottfranklin.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Re: great news and very important note" |
| ALLY_0144292 | David Sheeren (dsheeren@gibbsbruns.com) | May 13, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | (keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "RE: RMBS Stipulated Claim" |
| ALLY_0144298 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 13, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | (keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "RE: RMBS Stipulated Claim" |
| ALLY_0144303 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "(glee@mofo.com);(kevin.coco@davispolk.com);(marshall.huebner@dpw.com);Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com);Schrock, Ray C. (rschrock@kirkland.com)" | | "RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144306 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "(glee@mofo.com);(marshall.huebner@dpw.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com);Schrock, Ray C. (rschrock@kirkland.com)" | | "Fw: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144322 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "RE: Time" |
| ALLY_0144330 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | | "RE: great news and very important note" |
| ALLY_0144357 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: Time" |
| ALLY_0144360 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | Scott A. Humphries (shumphries@gibbsbruns.com) | "Re: Time" |
| ALLY_0144363 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Your Proposal" |
| ALLY_0144364 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "(glee@mofo.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | (ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144367 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "Re: signing final term sheet now for Thrivent litigation" |
| ALLY_0144368 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "Re: signing final term sheet now for Thrivent litigation" |
| ALLY_0144369 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "Re: signing final term sheet now for Thrivent litigation" |
| ALLY_0144370 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "RE: Time" |
| ALLY_0144371 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | (glee@mofo.com);(rcieri@kirkland.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "Re: Your Proposal" |
| ALLY_0144372 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "Fw: Ally Update" |
| ALLY_0144374 | "Devine, Timothy (devine, timothy)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | "RE: Time" |
| ALLY_0160396 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | #PROJECTRODEO (projectrodeo@kirkland.com);(projectrodeo@davispolk.com);Devine, Timothy (timothy.devine@ally.com)" | | "Fw: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0160492 | David Sheeren (dsheeren@gibbsbruns.com) | May 13, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "(keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "RE: RMBS Stipulated Claim" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0160498 | Scott A. Humphries (shumphries@gibbsbruns.com) | May 13, 2012 | "(glee@mofo.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | (ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | " RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0182677 | Kathy D. Patrick | May 13, 2012 | David Sheeren;Kathy D. Patrick;Timothy.Devine@ally.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES" |
| ALLY_0182681 | Kathy D. Patrick | May 13, 2012 | David Sheeren;Devine Timothy | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES" |
| ALLY_0182695 | David Sheeren | May 13, 2012 | Devine Timothy;Kathy D. Patrick | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES" |
| ALLY_0182703 | David Sheeren | May 13, 2012 | Devine Timothy;Kathy D. Patrick | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES" |
| ALLY_0182708 | David Sheeren | May 13, 2012 | David Sheeren;Devine Timothy;Kathy D. Patrick | | " RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES" |
| ALLY_0210608 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210615 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "(aprinci@mofo.com);(glee@mofo.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com)" | (dclark@mofo.com);(jlevitt@mofo.com);(jnewton@mofo.com) | Re: Settlement documents -- confidential |
| ALLY_0210620 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210625 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210629 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210633 | Jeffrey A. Lipps (lipps@carpenterlipps.com) | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Jennifer A.L. Battle (battle@carpenterlipps.com)" | Michael N. Beekhuizen (beekhuizen@carpenterlipps.com) | " RE: Ally Update" |
| ALLY_0210644 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210661 | "Huebner, Marshall S. (marshall.huebner@davispolk.com)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | " RE: RMBS Trust Settlement - Rule 408 Communication" |
| RC-9019_00061077 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "Devine, Timothy;Ruckdaschel, John" | | Re: outline |
| RC-9019_00061080 | JLevitt@mofo.com | May 13, 2012 | "Devine, Timothy;nornstein@kirkland.com;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00060438 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "glee@mofo.com';Cancelliere, Jeff - PA;Crost, Katharine I.;Devine, Timothy;Levitt, Jamie A.;Ruckdaschel, John" | | RE: outline |
| RC-9019_00060442 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "Crost, Katharine I.';glee@mofo.com';Levitt, Jamie A.';Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John" | | RE: outline |
| RC-9019_00055281 | beck@CarpenterLipps.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | Jeffrey A. Lipps | RE: Thrivent term sheet |
| RC-9019_00050727 | Tammy.Hamzehpour@ally.com | May 13, 2012 | "Devine, Timothy;Thompson, William - Legal Dept - PA" | "beck@CarpenterLipps.com';lipps@carpenterlipps.com';Lee, Gary S." | Re: Thrivent term sheet |
| RC-9019_00061103 | nornstein@kirkland.com | May 13, 2012 | "Levitt, Jamie A.;Devine, Timothy;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061119 | JLevitt@mofo.com | May 13, 2012 | "Devine, Timothy;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061137 | JLevitt@mofo.com | May 13, 2012 | "Devine, Timothy;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061147 | nornstein@kirkland.com | May 13, 2012 | "Levitt, Jamie A.';Devine, Timothy;Ruckdaschel, John" | "Lee, Gary S.';Princi, Anthony'" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050762 | William.Thompson@ally.com | May 13, 2012 | "David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | Jeffrey A. Lipps | RE: Thrivent term sheet |
| RC-9019_00055343 | Tammy.Hamzehpour@ally.com | May 13, 2012 | "nornstein@kirkland.com';rcieri@kirkland.com';Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00061383 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | May 13, 2012 | "'APrinci@mofo.com';'glee@mofo.com';'jlevitt@mofo.com';nornstein@kirkland.com';'rcieri@kirkland.com';Devine, Timothy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00061384 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00061386 | APrinci@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William Legal Dept - PA" | | RE: Your Proposal |
| RC-9019_00061388 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00050819 | kpatrick@gibbsbruns.com | May 13, 2012 | Kathy D. Patrick;Timothy.Devine@ally.com | "Lee, Gary S.;rcieri@kirkland.com;Scott A. Humphries" | Re: Your Proposal |
| RC-9019_00050820 | rcieri@kirkland.com | May 13, 2012 | Kathy D. Patrick;Timothy.Devine@ally.com | "Lee, Gary S.;Scott A. Humphries" | RE: Your Proposal |
| RC-9019_00061161 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 13, 2012 | "Devine, Timothy;Levitt, Jamie A.;Ornstein, Noah" | "dbeasley@orrick.com;dmao@orrick.com;Howard, Martin B.;kcrost@orrick.com" | RE: Proposed Language - Subject to FRE 408 |
| RC-9019_00061164 | kcrost@orrick.com | May 13, 2012 | "jlevitt@mofo.com';nornstein@kirkland.com';Devine, Timothy;Ruckdaschel, John" | "Beasley, Duane K.;Howard, Martin B.;Mao, Dora" | Re: Proposed Language - Subject to FRE 408 |
| RC-9019_00061178 | GLee@mofo.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John" | | RE: Time |
| RC-9019_00061181 | dmao@orrick.com | May 13, 2012 | "Devine, Timothy;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Beasley, Duane K.;Crost, Katharine I.;Howard, Martin B." | RE: Proposed Language - Subject to FRE 408 |
| RC-9019_00055425 | nornstein@kirkland.com | May 13, 2012 | "Devine, Timothy" | "Cieri, Richard M.;Proia, Gina" | FW: KP |
| RC-9019_00061187 | nornstein@kirkland.com | May 13, 2012 | "Devine, Timothy" | "Cieri, Richard M.;Proia, Gina" | FW: KP |
| RC-9019_00045465 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061189 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061192 | GLee@mofo.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061194 | shessler@kirkland.com | May 13, 2012 | "'glee@mofo.com';Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John" | "'APrinci@mofo.com';'JLevitt@mofo.com';Cieri, Richard M.;Ornstein, Noah;Proia, Gina" | "Re: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00045468 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Devine, Timothy;Hessler, Stephen E.;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061200 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "glee@mofo.com';Devine, Timothy;Hessler, Stephen E.;Ruckdaschel, John" | "APrinci@mofo.com';'JLevitt@mofo.com';Cieri, Richard M.;Ornstein, Noah;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00045471 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hessler, Stephen E.;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00050888 | beekhuizen@CarpenterLipps.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Thompson, William - Legal Dept - PA" | "nornstein@kirkland.com';David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |
| RC-9019_00055477 | Timothy.Devine@ally.com | May 13, 2012 | "Hessler, Stephen E.;Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.';Ornstein, Noah';Levitt, Jamie A.;Princi, Anthony;Proia, Gina" | "Re: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061203 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "glee@mofo.com';Hessler, Stephen E.;Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John" | "APrinci@mofo.com';Cieri, Richard M.';JLevitt@mofo.com';Ornstein, Noah';Proia, Gina" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061206 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "glee@mofo.com';Cancelliere, Jeff - PA;Devine, Timothy;Hessler, Stephen E.;Ruckdaschel, John" | "APrinci@mofo.com';'JLevitt@mofo.com';Cieri, Richard M.;Ornstein, Noah;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00045475 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Hessler, Stephen E.';Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.';Ornstein, Noah';Levitt, Jamie A.;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061210 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "glee@mofo.com';Hessler, Stephen E.';Devine, Timothy;Ruckdaschel, John" | "APrinci@mofo.com';Cieri, Richard M.';JLevitt@mofo.com';Ornstein, Noah';Proia, Gina" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061214 | GLee@mofo.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John;shessler@kirkland.com" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "Re: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00045479 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John;shessler@kirkland.com" | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061226 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John;shessler@kirkland.com" | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00055586 | John.Ruckdaschel@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;shessler@kirkland.com" | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061231 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;shessler@kirkland.com" | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "RE: Media Statement, Statements in Filings, etc - describing KP Deal" |
| RC-9019_00061238 | JLevitt@mofo.com | May 13, 2012 | "Devine, Timothy;Ornstein, Noah" | "Cieri, Richard M.;Lee, Gary S.;Newton, James A.;Princi, Anthony;Ruckdaschel, John;Schrock, Ray C." | RE: Kathy Patrick Deal |
| RC-9019_00061239 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com" | "Newton, James A.;Princi, Anthony;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | Re: Kathy Patrick Deal |
| RC-9019_00061243 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com" | "Newton, James A.;Princi, Anthony;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | RE: Kathy Patrick Deal |
| RC-9019_00055655 | rcieri@kirkland.com | May 13, 2012 | "Devine, Timothy" | "Jeffrey A. Lipps;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John" | Re: Settlement documents -- confidential |
| RC-9019_00061255 | rcieri@kirkland.com | May 13, 2012 | "Devine, Timothy" | "Jeffrey A. Lipps;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John" | Re: Settlement documents -- confidential |
| RC-9019_00061260 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZ2JRY | May 13, 2012 | "Devine, Timothy;Lee, Gary S." | "Belisle, Jeffrey;Cieri, Richard M.;Coco, Kevin J.;Huebner, Marshall S.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "RE: Media, 8K" |
| RC-9019_00061261 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Proia, Gina" | "Belisle, Jeffrey;kevin.coco@davispolk.com;Levitt, Jamie A.;marshall.huebner@davispolk.com;nornstein@kirkland.com;rcieri@kirkland.com;Ruckdaschel, John" | "Re: Media, 8K" |
| RC-9019_00061263 | kevin.coco@davispolk.com | May 13, 2012 | "glee@mofo.com';Devine, Timothy;Proia, Gina" | "JLevitt@mofo.com';nornstein@kirkland.com';rcieri@kirkland.com';Belisle, Jeffrey;Huebner, Marshall S.;Ruckdaschel, John;Sandler, Richard J." | "Re: Media, 8K" |
| RC-9019_00048798 | beck@CarpenterLipps.com | May 13, 2012 | "aprincipi@mofo.com;Jeffrey A. Lipps;john.ruckdashel@ally.com;kcrost@orrick.com;Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | | Fwd: Settlement documents -- confidential |
| RC-9019_00069174 | David A. Beck: beck@CarpenterLipps.com | May 13, 2012 | "aprincipi@mofo.com;Jeffrey A. Lipps;john.ruckdashel@ally.com;kcrost@orrick.com;Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | | Fwd: Settlement documents -- confidential |
| RC-9019_00048803 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Devine, Timothy;Ruckdaschel, John" | "nornstein@kirkland.com';rcieri@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | Re: Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |
| RC-9019_00061269 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "Devine, Timothy;Ruckdaschel, John" | "APrinci@mofo.com';glee@mofo.com';JLevitt@mofo.com';nornstein@kirkland.com';rcieri@kirkland.com' | Re: Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |
| RC-9019_00048804 | John.Ruckdaschel@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | RE: Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |
| RC-9019_00061270 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | RE: Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |

Emails TO Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00076943 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHELE.HRESHKO;Hreshko, Michele - PA" | | "Baird, Cynthia - PA;Bowser, Diane - PA;Cancelliere, Jeff - PA;Devine, Timothy;dmao@orrick.com;Eckert, Catherine - PA;Fleming, Patrick;Hagens, David;Heitzmann, Bradley;Hreshko, Michele - PA;McCumber, Sonya;Meyer, Darsi (Burbank);Mongelluzzo, John - PA;Nees, Louis;RS-US-PA-FTW-Virginia-CR-G-2G05;Ruckdaschel, John;Witten, Tim" | "Mason, Michael" | |
| RC-9019_00076938 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHELE.HRESHKO;Hreshko, Michele - PA" | | "Baird, Cynthia - PA;Bowser, Diane - PA;Cancelliere, Jeff - PA;Devine, Timothy;dmao@orrick.com;Eckert, Catherine - PA;Fleming, Patrick;Heitzmann, Bradley;Hreshko, Michele - PA;Mason, Michael;McCumber, Sonya;Meyer, Darsi (Burbank);Mongelluzzo, John - PA;Nees, Louis;RS-US-PA-FTW-Virginia-CR-G-2G05;Ruckdaschel, John;Witten, Tim" | | |
| RC-9019_00076946 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHELE.HRESHKO;Hreshko, Michele - PA" | | "Baird, Cynthia - PA;Bowser, Diane - PA;Cancelliere, Jeff - PA;Devine, Timothy;dmao@orrick.com;Eckert, Catherine - PA;Fleming, Patrick;Heitzmann, Bradley;Hreshko, Michele - PA;McCumber, Sonya;Meyer, Darsi (Burbank);Mongelluzzo, John - PA;Nees, Louis;RS-US-PA-FTW-Virginia-CR-G-2G05;Ruckdaschel, John;Witten, Tim" | "Hagens, David;Mason, Michael" | |
| RC-9019_00076952 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHELE.HRESHKO;Hreshko, Michele - PA" | | "Baird, Cynthia - PA;Cancelliere, Jeff - PA;Devine, Timothy;dmao@orrick.com;Eckert, Catherine - PA;Fleming, Patrick;Heitzmann, Bradley;Hreshko, Michele - PA;McCumber, Sonya;Meyer, Darsi (Burbank);Mongelluzzo, John - PA;Nees, Louis;RS-US-PA-FTW-Virginia-CR-G-2G05;Ruckdaschel, John;Witten, Tim" | "Hagens, David;Mason, Michael" | |
| RC-9019_00089047 | | | "Devine, Timothy;Kushman, Todd;Marano, Tom;Ruckdaschel, John" | "Solomon, William Legal" | RE: RFC |
| RC-9019_00093813 | ; | | "Devine, Timothy;Kushman, Todd" | | FW: R&W Request |

# EXHIBIT F

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0225908 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | June 8, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Hall, Lara (lara.hall@ally.com);Mackey, James (james.mackey@ally.com);Pinkston, Corey (corey.pinkston@ally.com)" | "Benton, Hu (hu.benton@ally.com);Cooney, John (john.cooney@ally.com);Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Marano Tom (tom.marano@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | FW: PRIVILEGED:  Demand  from PLS Trustee |
| ALLY_0225923 | "Benton, Hu (hu.benton@ally.com)" | June 28, 2011 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Brown, Jeff (jb@ally.com);Brown, Michael T (michael.t.brown@ally.com);Hall, Lara (lara.hall@ally.com);Pinkston, Corey (corey.pinkston@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | FW: MBIA Correspondence |
| ALLY_0225684 | "Mackey, James (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=gzmbr7)" | June 29, 2011 | Jack Stack (jackstacknyc@gmail.com) (jackstacknyc@gmail.com);John Durrett (johnddurrett@gmail.com) (johnddurrett@gmail.com);Marge Magner (marge.magner@brysam.com) (marge.magner@brysam.com);Mayree Clark (mclark@aetoscapital.com) (mclark@aetoscapital.com);Robert T. Blakely (robert.t.blakely@gmail.com) | "Brian Mashburn (bmashburn@deloitte.com);Brown, Jeff (jb@ally.com);Carol Larson (clarson@deloitte.com);Carpenter, Michael (michael.carpenter@ally.com);Cummings, Ann (ann.cummings@ally.com);DeBrunner, David (david.debrunner@ally.com);Devine, Timothy (timothy.devine@ally.com);Franklin Hobbs (fritz.hobbs@oneequity.com) (fritz.hobbs@oneequity.com);Quenneville, Cathy L. (cathy.quenneville@ally.com);Richard Sandler (richard.sandler@davispolk.com);Solomon, William Legal (william.b.solomon@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Ally Audit Committee" |
| RC-9019_00084877 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS;Solomon, William Legal" | October 19, 2011 | "Hamzehpour, Tammy" | "Benton, Hu;Devine, Timothy;Hagens, David;Marano, Tom;Murphy, Linda;Ruckdaschel, John" | PLS Claimant |
| RC-9019_00089204 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | November 29, 2011 | "Young, Paula" | "Devine, Timothy;Hagens, David;Ruckdaschel, John;Zellmann, Patty - MN" | RE: Response to Talcott Franklin |
| RC-9019_00089208 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | December 2, 2011 | "Marano, Tom;Solomon, William Legal" | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy" | PRIVILEGED:  Response Letters to Various Demands |
| RC-9019_00091798 | "/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | December 2, 2011 | "Marano, Tom;Solomon, William Legal" | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy" | PRIVILEGED:  Response Letters to Various Demands |
| ALLY_0142683 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 9, 2011 | (tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com)" | "Re: Call" |
| ALLY_0142684 | Talcott J. Franklin (tal@talcottfranklin.com) | December 9, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com)" | "Re: Call" |
| ALLY_0142686 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 13, 2011 | Talcott J. Franklin (Tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com)" | "Re: Call" |
| RC-9019_00058226 | Rosten  Linda | December 19, 2011 | Kathy D. Patrick | David Sheeren;Devine  Timothy;Hamzehpour  Tammy;Scott A. Humphries | Letter from Tim Devine |
| RC-9019_00087194 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | December 19, 2011 | "Eller, Daniel;Mackey, Jim;Walsh, Russell" | "Cancelliere, Jeff - PA;Devine, Timothy" | Re: R&W Reserve Forecast |
| RC-9019_00087195 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZMBR7;Mackey, Jim" | December 19, 2011 | "Eller, Daniel;Kushman, Todd;Walsh, Russell" | "Cancelliere, Jeff - PA;Devine, Timothy" | RE: R&W Reserve Forecast |
| RC-9019_00087196 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | December 19, 2011 | "Eller, Daniel;Mackey, Jim;Walsh, Russell" | "Cancelliere, Jeff - PA;Devine, Timothy;Gunn, Brian" | Re: R&W Reserve Forecast |
| RC-9019_00087198 | "/o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere;Cancelliere, Jeff - PA" | December 19, 2011 | "Eller, Daniel;Kushman, Todd;Mackey, Jim;Walsh, Russell" | "Devine, Timothy;Gunn, Brian" | Re: R&W Reserve Forecast |
| RC-9019_00087199 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZMBR7;Mackey, Jim" | December 19, 2011 | "Cancelliere, Jeff - PA;Eller, Daniel;Kushman, Todd;Walsh, Russell" | "Devine, Timothy;Gunn, Brian" | Re: R&W Reserve Forecast |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00087200 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | December 19, 2011 | "Cancelliere, Jeff - PA;Eller, Daniel;Mackey, Jim;Walsh, Russell" | "Devine, Timothy;Gunn, Brian" | Re: R&W Reserve Forecast |
| RC-9019_00087207 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZM53X;Eller, Daniel" | December 19, 2011 | "Cancelliere, Jeff - PA;Griffith, Scott - PA;Rock, Nikki - PA;Walsh, Russell" | "Devine, Timothy;Gunn, Brian;Kushman, Todd" | Rep Warrant 4Q Update - 2011-12-19.ppt |
| ALLY_0142690 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 19, 2011 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Rosten, Linda (linda.rosten@ally.com)" | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Letter from Tim Devine" |
| ALLY_0142692 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | December 19, 2011 | "Rosten, Linda (linda.rosten@ally.com)" | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Letter from Tim Devine" |
| ALLY_0142693 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 19, 2011 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Rosten, Linda (linda.rosten@ally.com)" | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Letter from Tim Devine" |
| ALLY_0142695 | Talcot J. Franklin (tal@talcottfranklin.com) | December 19, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com)" | Re: Call" |
| ALLY_0157850 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | December 19, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | "Devine, Timothy (timothy.devine@ally.com)" | RE: Phone message" |
| ALLY_0158615 | "Rosten, Linda (linda.rosten@ally.com)" | December 19, 2011 | (kpatrick@gibbsbruns.com) | "(dsheeren@gibbsbruns.com);(shumphries@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Letter from Tim Devine" |
| ALLY_0142703 | Talcot J. Franklin (tal@talcottfranklin.com) | December 23, 2011 | Talcot J. Franklin (tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com)" | Re: Tolling agreement" |
| ALLY_0142719 | Talcot J. Franklin (tal@talcottfranklin.com) | January 9, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | "Devine, Timothy (timothy.devine@ally.com)" | Re: February 1 Meeting" |
| ALLY_0142720 | "Rosten, Linda (linda.rosten@ally.com)" | January 9, 2012 | (tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com)" | February 1 Meeting" |
| ALLY_0142721 | "Rosten, Linda (linda.rosten@ally.com)" | January 12, 2012 | Talcot J. Franklin (Tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com)" | RE: February 1 Meeting" |
| ALLY_0142816 | "Rosten, Linda (linda.rosten@ally.com)" | February 24, 2012 | (jerry@talcottfranklin.com);Ginger Cavanaugh (ginger@talcottfranklin.com);Talcot J. Franklin (Tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | February 28 Meeting" |
| ALLY_0142817 | Jerry Phelps (jerry@talcottfranklin.com) | February 29, 2012 | "Hagens, David (david.hagens@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcot J Franklin (tal@talcottfranklin.com)" | RFC/RALI/Investor Tolling Agreements" |
| RC-9019_00090046 | Jerry Phelps;Jerry@talcottfranklin.com | March 2, 2012 | "Smith, Bradley - (Dorsey & Whitney)" | "Devine, Timothy;Hagens, David;Hamzehpour, Tammy;Janet Laughlin;Paul Snyder;Ruckdaschel, John;Talcot J. Franklin;Zellmann, Patty - MN" | Re: RFC/RALI/Investor Tolling Agreements |
| ALLY_0142832 | Jerry Phelps (jerry@talcottfranklin.com) | March 2, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Talcot J. Franklin (tal@talcottfranklin.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0143187 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Talcott Franklin Tolling Agreements #4" |
| ALLY_0143220 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Talcott Franklin Tolling Agreements #7" |
| ALLY_0143273 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Talcott Franklin Tolling Agreements #6" |
| ALLY_0143317 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Talcott Franklin Tolling Agreements #2" |
| ALLY_0159791 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Talcott Franklin Tolling Agreements #1" |

Emails CC'd to Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0159806 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 7, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Talcott Franklin Tolling Agreements #5" |
| ALLY_0143345 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | "RE: RFC Tolling Agreements" |
| ALLY_0143348 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 9, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: RFC Tolling Agreements" |
| ALLY_0143350 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 9, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: RFC Tolling Agreements" |
| ALLY_0143352 | Jerry Phelps (jerry@talcottfranklin.com) | March 9, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | Re: RFC Tolling Agreements" |
| ALLY_0143356 | Jerry Phelps (jerry@talcottfranklin.com) | March 9, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: RFC Tolling Agreements" |
| ALLY_0143358 | Jerry Phelps (jerry@talcottfranklin.com) | March 12, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | Re: RFC Tolling Agreements" |
| ALLY_0143362 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 13, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jerry Phelps (jerry@talcottfranklin.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | RE: RFC Tolling Agreements" |
| ALLY_0143368 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 13, 2012 | "Jerry Phelps (jerry@talcottfranklin.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | RE: RFC Tolling Agreements" |
| ALLY_0143373 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | March 13, 2012 | "Jerry Phelps (jerry@talcottfranklin.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | RE: RFC Tolling Agreements" |
| ALLY_0143377 | Jerry Phelps (jerry@talcottfranklin.com) | March 13, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | RE: RFC Tolling Agreements" |
| ALLY_0143382 | Jerry Phelps (jerry@talcottfranklin.com) | March 13, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | Re: RFC Tolling Agreements" |
| ALLY_0226060 | "Solomon, William Legal (william.b.solomon@ally.com)" | March 15, 2012 | "Carpenter, Michael (michael.carpenter@ally.com)" | "(ltessler@cerberuscapital.com);Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | FW: Project Bounce - Tolling Agreement from AFI and its affiliates |
| ALLY_0143386 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 19, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com)" | RE: Tolling Agreement #13" |
| ALLY_0143387 | Janet Laughlin (janet@talcottfranklin.com) | March 19, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Elizabeth McKinney (liz@talcottfranklin.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RFC Tolling Agreements" |
| ALLY_0143388 | Jerry Phelps (jerry@talcottfranklin.com) | March 19, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com)" | Re: Tolling Agreement #13" |

Emails CC'd to Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143390 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 20, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com)" | " Tolling Agreements" |
| RC-9019_00092107 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | March 26, 2012 | "Blaschko, Jeffrey;Witten, Tim" | "Devine, Timothy;Smith, Bradley - (Dorsey & Whitney)" | FW: Team for issues re Talcott Franklin / Kathy Patrick / FHFA |
| RC-9019_00058233 | Rosten  Linda | March 27, 2012 | David Sheeren;Kathy D. Patrick;Scott A. Humphries | Devine  Timothy;Hamzehpour  Tammy;Ruckdaschel  John | RMBS Pool Issues |
| RC-9019_00058234 | Ruckdaschel  John | March 27, 2012 | David Sheeren;Kathy D. Patrick;Rosten  Linda;Scott A. Humphries | Devine  Timothy;Hamzehpour  Tammy | RE: RMBS Pool Issues |
| RC-9019_00092116 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | March 27, 2012 | "Cancelliere, Jeff - PA" | "Devine, Timothy" | FW: Data Template |
| RC-9019_00092118 | "/o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere;Cancelliere, Jeff - PA" | March 27, 2012 | "Ruckdaschel, John" | "Devine, Timothy" | RE: Data Template |
| RC-9019_00092119 | "/o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere;Cancelliere, Jeff - PA" | March 27, 2012 | "Ruckdaschel, John" | "Devine, Timothy" | RE: Data Template |
| RC-9019_00092121 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA;Ruckdaschel, John" | March 27, 2012 | "Cancelliere, Jeff - PA" | "Devine, Timothy" | RE: Data Template |
| RC-9019_00092123 | "/o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere;Cancelliere, Jeff - PA" | March 27, 2012 | "Ruckdaschel, John" | "Devine, Timothy" | RE: Data Template |
| ALLY_0143506 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | March 27, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Dennis Taylor (dennis@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Elizabeth McKinney (liz@talcottfranklin.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Tolling Agreement #13 " |
| ALLY_0143510 | Jerry Phelps (jerry@talcottfranklin.com) | March 27, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Dennis Taylor (dennis@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Elizabeth McKinney (liz@talcottfranklin.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Tolling Agreement #13 " |
| ALLY_0143513 | Jerry Phelps (jerry@talcottfranklin.com) | March 27, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Dennis Taylor (dennis@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Elizabeth McKinney (liz@talcottfranklin.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | " Re: Tolling Agreement #13 " |
| ALLY_0209813 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | March 27, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com)" | RE: Data Template" |
| ALLY_0209818 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | March 27, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com)" | RE: Data Template" |
| ALLY_0209822 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | March 27, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com)" | " RE: Data Template" |
| ALLY_0209825 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | March 27, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com)" | FW: Data Template" |
| ALLY_0143515 | Janet Laughlin (janet@talcottfranklin.com) | March 28, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Dennis Taylor (dennis@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Elizabeth McKinney (liz@talcottfranklin.com);Jerry Phelps (jerry@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | DNB Tolling Agreement" |
| ALLY_0159941 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 16, 2012 | (kpatrick@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | CONFIDENTIAL:  Data Template" |
| RC-9019_00060789 | "Ruckdaschel, John" | April 16, 2012 | 'kpatrick@gibbsbruns.com' | "Devine, Timothy;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | CONFIDENTIAL:  Data Template |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061417 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 16, 2012 | kpatrick@gibbsbruns.com | "Devine, Timothy;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | CONFIDENTIAL: Data Template |
| RC-9019_00060240 | GLee@mofo.com | April 18, 2012 | "Cancelliere, Jeff - PA;Hamzehpour, Tammy;Rosten, Linda" | "Devine, Timothy" | Re: Prep for Kathy Patrick Meeting |
| RC-9019_00061426 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 18, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Rosten, Linda" | "Devine, Timothy" | RE: Prep for Kathy Patrick Meeting |
| ALLY_0143583 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 23, 2012 | (kpatrick@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com)" | "Data Request - What Vintage" |
| ALLY_0143584 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 23, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com)" | "Re: Data Request - What Vintage" |
| ALLY_0143585 | Jerry Phelps (jerry@talcottfranklin.com) | April 23, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Janet Laughlin (janet@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J Franklin (tal@talcottfranklin.com)" | "Clerical errors and other housekeeping issues re RFC-RALI-Investor Tolling Agreements" |
| ALLY_0143607 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 23, 2012 | (kpatrick@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com)" | "Data Request - What Vintage" |
| RC-9019_00061298 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 23, 2012 | "Thompson, William - Legal Dept - PA" | "Devine, Timothy" | RE: Kathy Patrick - Confidentiality Agreement |
| RC-9019_00060851 | "Ruckdaschel, John" | April 23, 2012 | 'kpatrick@gibbsbruns.com' | "Devine, Timothy" | Data Request - What Vintage |
| RC-9019_00060852 | kpatrick@gibbsbruns.com | April 23, 2012 | "Kathy D. Patrick;Ruckdaschel, John" | "Devine, Timothy" | Re: Data Request - What Vintage |
| ALLY_0143608 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 24, 2012 | "(kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: CONFIDENTIAL: Data Template |
| ALLY_0143613 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 24, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Re: CONFIDENTIAL: Data Template" |
| ALLY_0143615 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 24, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Re: CONFIDENTIAL: Data Template" |
| ALLY_0159968 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | April 24, 2012 | "(kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00061445 | "/O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRADLEY.SMITH | April 24, 2012 | "kpatrick@gibbsbruns.com;Ruckdaschel, John" | "Devine, Timothy;Hamzehpour, Tammy;Zellmann, Patty - MN" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00061447 | kpatrick@gibbsbruns.com | April 24, 2012 | "Kathy D. Patrick;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney)" | "Devine, Timothy;Hamzehpour, Tammy;Zellmann, Patty - MN" | Re: CONFIDENTIAL: Data Template |
| RC-9019_00060867 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 24, 2012 | "kpatrick@gibbsbruns.com';Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney)" | "Devine, Timothy;Zellmann, Patty - MN" | Re: CONFIDENTIAL: Data Template |
| RC-9019_00060869 | kpatrick@gibbsbruns.com | April 24, 2012 | "Hamzehpour, Tammy;Kathy D. Patrick;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney)" | "Devine, Timothy;Zellmann, Patty - MN" | Re: CONFIDENTIAL: Data Template |
| RC-9019_00092065 | "/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=23E6A0CE-682347AD-85257084-4C274A;Weiss, Christopher" | April 27, 2012 | "Abreu, Steve - PA;DeBrunner, David;Mackey, Jim;Marano, Tom;Whitlinger, Jim - PA" | "Devine, Timothy" | RE: Rep and Warranties Range 1Q12.xlsx |
| RC-9019_00092076 | "/O=GLOBALEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=23E6A0CE-682347AD-85257084-4C274A;Weiss, Christopher" | April 27, 2012 | "Abreu, Steve - PA;DeBrunner, David;Mackey, Jim;Marano, Tom;Whitlinger, Jim - PA" | "Devine, Timothy" | RE: Rep and Warranties Range 1Q12.xlsx |
| ALLY_0159982 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | April 27, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: CONFIDENTIAL: Data Template" |
| ALLY_0210987 | "Sitlinger, Mark (mark.sitlinger@ally.com)" | April 27, 2012 | "Larson, Carol (US - Pittsburgh) (clarson@deloitte.com);Mashburn, Brian (US - Detroit) (bmashburn@deloitte.com);Robinson, Tom (US - Detroit) (torobinson@deloitte.com)" | "Anspach, Michael (michael.anspach@ally.com);DeBrunner, David (david.debrunner@ally.com);Devine, Timothy (timothy.devine@ally.com);Harper, James (james.harper@ally.com);Kushman, Todd (todd.kushman@ally.com);Weiss, Christopher (christopher.weiss@ally.com)" | Legal/R&W Range of Loss - Draft Memo" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0226233 | "Mackey, Jim (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=gzmbr7)" | April 27, 2012 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);DeBrunner, David (david.debrunner@ally.com);Marano, Tom (tom.marano@ally.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | "Devine, Timothy (timothy.devine@ally.com);Weiss, Christopher (christopher.weiss@ally.com)" | RE: Rep and Warranties Range 1Q12.xlsx |
| RC-9019_00061458 | kpatrick@gibbsbruns.com | April 27, 2012 | "Ruckdaschel, John" | "Devine, Timothy;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00061459 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 27, 2012 | Kathy D. Patrick | "Devine, Timothy;Hamzehpour, Tammy;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | RE: CONFIDENTIAL: Data Template |
| ALLY_0159984 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 30, 2012 | Scott A. Humphries (shumphries@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: CONFIDENTIAL: Data Template" |
| RC-9019_00048978 | John.Ruckdaschel@ally.com | April 30, 2012 | Scott A. Humphries | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Smith Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00061316 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 30, 2012 | Scott A. Humphries | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Smith Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL: Data Template |
| RC-9019_00067802 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=FZ2177;Kushman, Todd" | May 1, 2012 | "Quenneville, Cathy L." | "Devine, Timothy;Whitlinger, Jim - PA" | Audit Committee Question |
| ALLY_0143629 | David Sheeren (dsheeren@gibbsbruns.com) | May 2, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: GMACM and RFC Deal Lists" |
| ALLY_0143630 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 2, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: GMACM and RFC Deal Lists" |
| RC-9019_00061322 | JLevitt@mofo.com | May 2, 2012 | mark.renzi@fticonsulting.com | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: GMACM and RFC Deal Lists |
| ALLY_0143662 | "Martin, D. Ross (ross.martin@ropesgray.com)" | May 3, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | RE: Call" |
| ALLY_0143664 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Call" |
| ALLY_0143665 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Re: Meeting Tomorrow?" |
| ALLY_0143670 | Jerry Phelps (jerry@talcottfranklin.com) | May 3, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Tomorrow?" |
| ALLY_0143686 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | (jerry@talcottfranklin.com);(paul@talcottfranklin.com);(tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | RE: Meeting Tomorrow?" |
| ALLY_0143688 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | (jerry@talcottfranklin.com);(paul@talcottfranklin.com);(tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com)" | RE: Meeting Tomorrow?" |
| ALLY_0143690 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (rkielty@centerviewpartners.com);(ross.martin@ropesgray.com) | "(keith.wofford@ropesgray.com);(kpatrick@gibbsbruns.com);(mark.renzi@fticonsulting.com);(mpuntus@centerviewpartners.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143701 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 3, 2012 | (glee@mofo.com);(rkielty@centerviewpartners.com);(ross.martin@ropesgray.com) | "(keith.wofford@ropesgray.com);(mark.renzi@fticonsulting.com);(mpuntus@centerviewpartners.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143748 | "Martin, D. Ross (ross.martin@ropesgray.com)" | May 3, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | RE: Call" |
| ALLY_0159994 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | RE: Meeting Tomorrow?" |
| ALLY_0160006 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | May 3, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Meeting Tomorrow?" |

Emails CC'd to Declare

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061499 | GLee@mofo.com | May 3, 2012 | rkielty@centerviewpartners.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;kpatrick@gibbsbruns.com;Lee, Gary S.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00049019 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;rkielty@centerviewpartners.com;ross.martin@ropesgray.com" | Kathy D. Patrick;Keith.Wofford@ropesgray.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;Tammy.Hamzehpour@gmacrescap.com;Timothy.Devine@ally.com | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00061501 | kpatrick@gibbsbruns.com | May 3, 2012 | glee@mofo.com;rkielty@centerviewpartners.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Keith.Wofford@ropesgray.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00049029 | Patty.Zellmann@ally.com | May 3, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Meeting Tomorrow? |
| RC-9019_00061508 | /O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.ZELLMAN | May 3, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Meeting Tomorrow? |
| RC-9019_00061522 | GLee@mofo.com | May 3, 2012 | kpatrick@gibbsbruns.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | Call |
| RC-9019_00061523 | Ross.Martin@ropesgray.com | May 3, 2012 | "'Kathy D. Patrick';Lee, Gary S." | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| RC-9019_00061525 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;ross.martin@ropesgray.com" | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| RC-9019_00061526 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;Martin, D. Ross" | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| ALLY_0143750 | Jerry Phelps (jerry@talcottfranklin.com) | May 4, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Tomorrow?' |
| ALLY_0143755 | David Sheeren (dsheeren@gibbsbruns.com) | May 4, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | RE: '' |
| ALLY_0143757 | Jerry Phelps (jerry@talcottfranklin.com) | May 4, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Tomorrow?' |
| ALLY_0160012 | Jerry Phelps (jerry@talcottfranklin.com) | May 4, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Meeting Monday 9 am Eastern at Morrison & Foerster NYC'' |
| ALLY_0160039 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 4, 2012 | David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | FW: '' |
| RC-9019_00049083 | John.Ruckdaschel@ally.com | May 4, 2012 | David Sheeren;Kathy D. Patrick;Scott A. Humphries | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | FW: |
| RC-9019_00061541 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | David Sheeren;Kathy D. Patrick;Scott A. Humphries | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | FW: |
| RC-9019_00049090 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00061544 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00049093 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00061547 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00045515 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 4, 2012 | "David Sheeren';kpatrick@gibbsbruns.com';Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| RC-9019_00049096 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 4, 2012 | "David Sheeren';kpatrick@gibbsbruns.com';Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| RC-9019_00060258 | JLevitt@mofo.com | May 4, 2012 | "David Sheeren;kpatrick@gibbsbruns.com;Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| ALLY_0143768 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 5, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |
| ALLY_0143773 | Jerry Phelps (jerry@talcottfranklin.com) | May 5, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |

Emails CC'd to Debtor

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143777 | David Sheeren (dsheeren@gibbsbruns.com) | May 5, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | " RE: " |
| ALLY_0143780 | David Sheeren (dsheeren@gibbsbruns.com) | May 5, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | " RE: " |
| ALLY_0160042 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 5, 2012 | "(kpatrick@gibbsbruns.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Robert J. Madden (rmadden@gibbsbruns.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel John (john.ruckdaschel@ally.com)" | For Settlement Purposes Only" |
| RC-9019_00061586 | JLevitt@mofo.com | May 5, 2012 | Jerry@talcottfranklin.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;paul@talcottfranklin.com;tal@talcottfranklin.com" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC |
| RC-9019_00061591 | Jerry@talcottfranklin.com | May 5, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Paul Snyder;Talcott J. Franklin" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC |
| ALLY_0143783 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 6, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | " RE: Modification Caps and Waterfall" |
| ALLY_0143784 | David Sheeren (dsheeren@gibbsbruns.com) | May 6, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | Modification Caps and Waterfall" |
| ALLY_0143788 | Jerry Phelps (jerry@talcottfranklin.com) | May 6, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |
| ALLY_0143793 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 6, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |
| ALLY_0143799 | Jerry Phelps (jerry@talcottfranklin.com) | May 6, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0143825 | "Lee, Gary S. (glee@mofo.com)" | May 7, 2012 | "(kpatrick@gibbsbruns.com);Renzi, Mark (mark.renzi@fticonsulting.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Waterfall" |
| ALLY_0143826 | David Sheeren (dsheeren@gibbsbruns.com) | May 7, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | " RE: " |
| ALLY_0143831 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 7, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | " RE: " |
| ALLY_0143834 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 7, 2012 | (jerry@talcottfranklin.com);(paul@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC |
| ALLY_0143840 | Jerry Phelps (jerry@talcottfranklin.com) | May 7, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | FW: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| RC-9019_00061607 | JLevitt@mofo.com | May 7, 2012 | paul@talcottfranklin.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S." | NDA and powerpoint |
| RC-9019_00061635 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 7, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00060905 | dsheeren@gibbsbruns.com | May 7, 2012 | "Cancelliere, Jeff - PA;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00060304 | GLee@mofo.com | May 7, 2012 | dsheeren@gibbsbruns.com;kpatrick@gibbsbruns.com;ross.martin @ropesgray.com | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | Privileged and Confidential -- For Settlement Purpose Only- Settlement and Plan Support Agreements |
| ALLY_0160047 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "(mark.renzi@fticonsulting.com);Lee, Gary S. (glee@mofo.com)" | "(william.nolan@fticonsulting.com);Devine, Timothy (timothy.devine@ally.com)" | RE: BOA Loss Estimate" |
| ALLY_0209219 | "Yastine, Barbara (barbara.yastine@ally.com)" | May 8, 2012 | "Carpenter, Michael (michael.carpenter@ally.com);Marano, Tom (tom.marano@ally.com)" | "Brown, Jeff (jb@ally.com);Devine, Timothy (timothy.devine@ally.com);Mackey, Jim (james.mackey@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com)" | Kathy Patrick -- Regulator Call" |
| ALLY_0212901 | "Yastine, Barbara (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=lzc4yt)" | May 8, 2012 | "Carpenter, Michael (michael.carpenter@ally.com);Marano, Tom (tom.marano@ally.com)" | "Brown, Jeff (jb@ally.com);Devine, Timothy (timothy.devine@ally.com);Mackey, Jim (james.mackey@ally.com);Solomon, William Legal (william.b.solomon@ally.com);Soto, Dan (dan.soto@ally.com)" | Kathy Patrick -- Regulator Call" |
| RC-9019_00047907 | mark.renzi@FTIConsulting.com | May 8, 2012 | Karn Chopra;mpuntus@centerviewpartners.com | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Nolan, William;Park, Liz;Szymik, Filip;Timothy.Devine@ally.com" | FW: Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00093318 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 8, 2012 | Karn Chopra;mpuntus@centerviewpartners.com | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Nolan, William;Park, Liz;Szymik, Filip;Timothy.Devine@ally.com" | FW: Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00049190 | Jeff.Cancelliere@gmacrescap.com | May 8, 2012 | "Lee, Gary S.;mark.renzi@fticonsulting.com" | "Devine, Timothy;william.nolan@fticonsulting.com" | RE: BOA Loss Estimate |
| RC-9019_00060350 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 8, 2012 | "Lee, Gary S.;mark.renzi@fticonsulting.com" | "Devine, Timothy;william.nolan@fticonsulting.com" | RE: BOA Loss Estimate |
| RC-9019_00060355 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 8, 2012 | "Whitlinger, Jim - PA" | "Devine, Timothy;GLee@mofo.com" | PLS Comparison |
| ALLY_0143853 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group" |
| ALLY_0143859 | Jerry Phelps (jerry@talcottfranklin.com) | May 9, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Talcott Franklin group" |
| ALLY_0143863 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group" |
| ALLY_0143866 | Jerry Phelps (jerry@talcottfranklin.com) | May 9, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Talcott Franklin group" |
| ALLY_0143882 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group" |
| ALLY_0143922 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group" |
| ALLY_0143928 | Jerry Phelps (jerry@talcottfranklin.com) | May 9, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Talcott Franklin group" |
| ALLY_0143932 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group" |
| ALLY_0143935 | Jerry Phelps (jerry@talcottfranklin.com) | May 9, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Talcott Franklin group" |
| ALLY_0160133 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group" |
| RC-9019_00047945 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | 'Jerry Phelps' | "Levitt, Jamie A.;Paul Snyder;Talcott J. Franklin;Timothy.Devine@ally.com" | RE: Talcott Franklin group |
| RC-9019_00047954 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | 'Jerry Phelps' | "Levitt, Jamie A.;Paul Snyder;Talcott J. Franklin;Timothy.Devine@ally.com" | RE: Talcott Franklin group |
| ALLY_0143948 | Jerry Phelps (jerry@talcottfranklin.com) | May 10, 2012 | "Jamie Levitt (jlevitt@mofo.com);Lee, Gary S. (glee@mofo.com)" | "Derek Witte (derek@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Elizabeth McKinney (liz@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | NDA Revised Schedule I (May 9, 2012) and 25% or greater Percentage Interest holders" |

Emails CC'd to Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0210203 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 10, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | RE: Ally Materials" |
| RC-9019_00047975 | Jerry@talcottfranklin.com | May 10, 2012 | "Lee, Gary S.;Levitt, Jamie A." | Derek Witte;Elizabeth McKinney;Paul Snyder;Talcott J. Franklin;Timothy Devine | "NDA Revised Schedule I (May 9, 2012) and 25% or greater Percentage Interest holders" |
| RC-9019_00049671 | Patty.Zellmann@ally.com | May 10, 2012 | "Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Rick Cieri" | "Devine, Timothy;Ruckdaschel, John" | RE: Favor |
| ALLY_0144009 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 11, 2012 | (keith.wofford@ropesgray.com);(klonergan@mckoolsmith.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com)" | Re: Settlement" |
| ALLY_0158543 | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | May 11, 2012 | "Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | RE: RFC/Residential Funding MBS  Issues" |
| ALLY_0158547 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "(jrosenthal@morganlewis.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(mkraut@morganlewis.com);Devine, Timothy (timothy.devine@ally.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | Re: RFC/Residential Funding MBS  Issues" |
| ALLY_0158550 | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | May 11, 2012 | "Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | RE: RFC/Residential Funding MBS  Issues" |
| ALLY_0158553 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "(jrosenthal@morganlewis.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(mkraut@morganlewis.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | Re: RFC/Residential Funding MBS  Issues" |
| ALLY_0158555 | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | May 11, 2012 | "(glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | RE: RFC/Residential Funding MBS  Issues" |
| ALLY_0158567 | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | May 11, 2012 | "(glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | RE: RFC/Residential Funding MBS  Issues" |
| ALLY_0158569 | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | May 11, 2012 | (glee@mofo.com);(john_ruckdaschel@ally.com) | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | RFC/Residential Funding MBS  Issues" |
| ALLY_0210537 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210543 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 11, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com)" | FW: RMBS Stipulated Claim" |
| RC-9019_00050323 | jrosenthal@morganlewis.com | May 11, 2012 | "John.Ruckdaschel@ally.com;Lee, Gary S.;Wishnew, Jordan A." | "Kraut, Michael S.;Rosenbaum, Norman S.;Timothy.Devine@ally.com" | RE: RFC/Residential Funding MBS  Issues |
| RC-9019_00050326 | John.Ruckdaschel@ally.com | May 11, 2012 | "Lee, Gary S." | "Cancelliere, Jeff - PA;Devine, Timothy" | FW: RMBS Stipulated Claim |
| RC-9019_00050332 | jrosenthal@morganlewis.com | May 11, 2012 | "John.Ruckdaschel@ally.com;Lee, Gary S.;Wishnew, Jordan A." | "Kraut, Michael S.;Rosenbaum, Norman S.;Timothy.Devine@ally.com" | RE: RFC/Residential Funding MBS  Issues |
| ALLY_0144220 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 12, 2012 | "Jerry Phelps (jerry@talcottfranklin.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Devine, Timothy (timothy.devine@ally.com)" | RE: NDA Revised Schedule I (May 9, 2012) or greater Percentage Interest holders" |
| ALLY_0144222 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 12, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Jerry Phelps (jerry@talcottfranklin.com)" | "Clark, Daniel E. (dclark@mofo.com);Devine, Timothy (timothy.devine@ally.com)" | RE: NDA Revised Schedule I (May 9, 2012) or greater Percentage Interest holders" |
| RC-9019_00048221 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "Jerry Phelps;Levitt, Jamie A." | "Clark, Daniel E.;Devine, Timothy" | "RE: NDA Revised Schedule I (May 9, 2012) and 25% or greater Percentage Interest holders" |
| RC-9019_00057169 | Levitt Jamie A. | May 13, 2012 | Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com;Scott A. Humphries | Lee  Gary S.;nornstein@kirkland.com;Princi Anthony;rcieri@kirkland.com;Timothy.Devine@ally.com | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00057186 | Princi Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;rcieri@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries | Clark  Daniel E.;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;Timothy.Devine@ally.com | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00057194 | Princi Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;Scott A. Humphries | Clark  Daniel E.;Keith.Wofford@ropesgray.com;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com | RE: Settlement documents -- confidential |
| RC-9019_00057262 | Princi Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;rcieri@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries | Clark  Daniel E.;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;Timothy.Devine@ally.com | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00058094 | Princi  Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries | Clark  Daniel E.;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00058099 | Princi  Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;Scott A. Humphries | Clark  Daniel E.;Keith.Wofford@ropesgray.com;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com | RE: Settlement documents -- confidential |

Emails CC'd to Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0144240 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "Jerry Phelps (jerry@talcottfranklin.com);Levitt, Jamie A. (jlevitt@mofo.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | "(sarbt@millerjohnson.com);(wolfordr@millerjohnson.com);Derek Witte (derek@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Gadsden, James (gadsden@clm.com);Lee, Gary S. (glee@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Paul Snyder (paul@talcottfranklin.com);Princi, Anthony (aprinci@mofo.com)" | RE: Confidential Draft -- For Settlement Purposes Only" |
| ALLY_0144245 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | (aprinci@mofo.com);(jlevitt@mofo.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "(dclark@mofo.com);(jnewton@mofo.com);(keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Devine, Timothy (timothy.devine@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Settlement documents -- confidential" |
| ALLY_0144268 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | (aprinci@mofo.com);(glee @mofo.com);(jlevitt@mofo.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "(dclark@mofo.com);(jnewton@mofo.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com)" | RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144276 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | (aprinci@mofo.com);(jlevitt@mofo.com);(kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com);(shumphries@gibbsbruns.com) | "(dclark@mofo.com);(glee@mofo.com);(jnewton@mofo.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com)" | Re: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144282 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | (aprinci@mofo.com);(jlevitt@mofo.com);(kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com);(shumphries@gibbsbruns.com) | "(dclark@mofo.com);(glee@mofo.com);(jnewton@mofo.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com)" | Re: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144287 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | (aprinci@mofo.com);(jlevitt@mofo.com);(kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com);(shumphries@gibbsbruns.com) | "(dclark@mofo.com);(glee@mofo.com);(jnewton@mofo.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com)" | Re: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0160328 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 13, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | FW: Settlement documents -- confidential" |
| ALLY_0160351 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210587 | Jeffrey A. Lipps (lipps@carpenterlipps.com) | May 13, 2012 | "(jlevitt@mofo.com);(kcrost@orrick.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "(aprinci@mofo.com);(glee@mofo.com);Devine, Timothy (timothy.devine@ally.com)" | Re: Settlement documents -- confidential" |
| ALLY_0210589 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210597 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "Ornstein, Noah (nornstein@kirkland.com)" | "Clark, Daniel E. (dclark@mofo.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Newton, James A. (jnewton@mofo.com);Princi, Anthony (aprinci@mofo.com)" | Re: Settlement documents -- confidential" |
| ALLY_0210604 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 13, 2012 | "(kcrost@orrick.com);(lipps@carpenterlipps.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | FW: Settlement documents -- confidential" |
| ALLY_0210637 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com)" | "(aprinci@mofo.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | FW: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210653 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "(aprinci@mofo.com);(jlevitt@mofo.com);Cieri, Richard M. (rcieri@kirkland.com)" | "(dclark@mofo.com);(jnewton@mofo.com);Devine, Timothy (timothy.devine@ally.com)" | RE: RMBS Trust Settlement - Rule 408 Communication" |
| RC-9019_00055172 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "Lee, Gary S.;nornstein@kirkland.com;Princi, Anthony;ross.martin@ropesgray.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055175 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050684 | kpatrick@gibbsbruns.com | May 13, 2012 | "Cieri, Richard M;Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Kathy D. Patrick;Lee, Gary S.;Newton, James A.;Ornstein, Noah;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071433 | Kathy D. Patrick;kpatrick@gibbsbruns.com | May 13, 2012 | "Cieri, Richard M;Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Kathy D. Patrick;Lee, Gary S.;Newton, James A.;Ornstein, Noah;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055192 | kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055226 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055231 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00055238 | rcieri@kirkland.com | May 13, 2012 | "Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Newton, James A.;Ornstein, Noah;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050709 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071458 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055267 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Scott A. Humphries';Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050717 | SHumphries@gibbsbruns.com | May 13, 2012 | "Scott A. Humphries';Kathy D. Patrick;Levitt, Jamie A.;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050752 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071503 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055325 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Scott A. Humphries';Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055331 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Newton, James A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Lee, Gary S.;nornstein@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055350 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries" | "Princi, Anthony;rcieri@kirkland.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00055353 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055356 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "Talcott J. Franklin';Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | RE: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055359 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Lee, Gary S.;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055367 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "Talcott J. Franklin';Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055380 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Lee, Gary S.;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055394 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A." | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00050830 | kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com;Wofford, Keith H." | RE: Settlement documents -- confidential |
| RC-9019_00071744 | Kathy D. Patrick;kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com;Wofford, Keith H." | RE: Settlement documents -- confidential |
| RC-9019_00050858 | William.Thompson@ally.com | May 13, 2012 | Michael N. Beekhuizen | "David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Lee, Gary S.;nornstein@kirkland.com" | RE: Thrivent term sheet |
| RC-9019_00050865 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick';Levitt, Jamie A." | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com;Wofford, Keith H." | RE: Settlement documents -- confidential |
| RC-9019_00055450 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A." | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com;Wofford, Keith H." | RE: Settlement documents -- confidential |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00050872 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00071783 | Kathy D. Patrick;kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00050880 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00071791 | Kathy D. Patrick;kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00050884 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APR INCI | May 13, 2012 | "Kathy D. Patrick';Levitt, Jamie A." | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055480 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00050897 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00071795 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00050913 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00071803 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00050937 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Lee, Gary S.;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071827 | Tal@talcottfranklin.com;Talcott J. Franklin | May 13, 2012 | "Jerry Phelps;Lee, Gary S.;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055485 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLE VITT | May 13, 2012 | 'Talcott J. Franklin';Jerry Phelps | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | RE: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055495 | Jerry@talcottfranklin.com | May 13, 2012 | "Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;Talcott J. Franklin;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00050947 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APR INCI | May 13, 2012 | "Kathy D. Patrick';Levitt, Jamie A." | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055500 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APR INCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A." | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00064486 | JLevitt@mofo.com | May 13, 2012 | "kcrost@orrick.com;lipps@carpenterlipps.com;Ruckdaschel, John" | "Devine, Timothy;Lee, Gary S.;Princi, Anthony" | FW: Settlement documents -- confidential |
| RC-9019_00055513 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00050956 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00071841 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055553 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Scott A. Humphries';Kathy D. Patrick | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055558 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055565 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055572 | kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00050995 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055579 | kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00071880 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055591 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00055594 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00055595 | rcieri@kirkland.com | May 13, 2012 | "Ornstein, Noah" | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A.;Newton, James A.;Princi, Anthony;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00055605 | rcieri@kirkland.com | May 13, 2012 | "Ornstein, Noah;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A.;Newton, James A.;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00051063 | lipps@CarpenterLipps.com | May 13, 2012 | "Levitt, Jamie A." | "David A. Beck;Jeffrey A. Lipps;Jennifer A.L. Battle;John.Ruckdaschel@ally.com;kcrost@orrick.com;Lee, Gary S.;Princi, Anthony;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00061236 | lipps@CarpenterLipps.com | May 13, 2012 | "Levitt, Jamie A." | "David A. Beck;Devine, Timothy;Jeffrey A. Lipps;Jennifer A.L. Battle;kcrost@orrick.com;Lee, Gary S.;Princi, Anthony;Ruckdaschel, John" | Re: Settlement documents -- confidential |
| RC-9019_00071946 | Jeffrey A. Lipps;lipps@CarpenterLipps.com | May 13, 2012 | "Levitt, Jamie A." | "David A. Beck;Jeffrey A. Lipps;Jennifer A.L. Battle;John.Ruckdaschel@ally.com;kcrost@orrick.com;Lee, Gary S.;Princi, Anthony;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00048613 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071947 | Tal@talcottfranklin.com;Talcott J. Franklin | May 13, 2012 | "Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055619 | rcieri@kirkland.com | May 13, 2012 | "Jerry Phelps;Levitt, Jamie A.;Talcott J. Franklin" | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;Ornstein, Noah;Paul Snyder;Princi, Anthony;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | RE: Confidential Draft -- For Settlement Purposes Only |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00055624 | Tal@talcottfranklin.com | May 13, 2012 | "Cieri, Richard M.;Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;Ornstein, Noah;Paul Snyder;Princi, Anthony;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00061237 | lipps@CarpenterLipps.com | May 13, 2012 | "jlevitt@mofo.com';'kcrost@orrick.com';Ruckdaschel, John" | "APrinci@mofo.com';'glee@mofo.com';Devine, Timothy" | Re: Settlement documents -- confidential |
| RC-9019_00051065 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Jerry Phelps' | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;Talcott J. Franklin;wolfordr@millerjohnson.com" | RE: Confidential -- For Settlement Purposes Only |
| RC-9019_00071955 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | 'Jerry Phelps' | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;Talcott J. Franklin;wolfordr@millerjohnson.com" | RE: Confidential -- For Settlement Purposes Only |
| RC-9019_00051146 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00072036 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00061246 | kcrost@orrick.com | May 13, 2012 | "jlevitt@mofo.com';'lipps@carpenterlipps.com';Ruckdaschel, John" | "APrinci@mofo.com';'glee@mofo.com';Devine, Timothy" | Re: Settlement documents -- confidential |
| RC-9019_00061248 | APrinci@mofo.com | May 13, 2012 | "kcrost@orrick.com;Levitt, Jamie A.;lipps@carpenterlipps.com;Ruckdaschel, John" | "Devine, Timothy;Lee, Gary S." | Re: Settlement documents -- confidential |
| RC-9019_00051168 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com;Scott A. Humphries | "rcieri@kirkland.com;Lee, Gary S.;nornstein@kirkland.com;Princi, Anthony;Timothy.Devine@ally.com" | Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00048620 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com;Scott A. Humphries | "rcieri@kirkland.com;Lee, Gary S.;nornstein@kirkland.com;Princi, Anthony;Timothy.Devine@ally.com" | Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072058 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | 'Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com;Scott A. Humphries | "rcieri@kirkland.com;Lee, Gary S.;nornstein@kirkland.com;Princi, Anthony;Timothy.Devine@ally.com" | Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00055702 | rcieri@kirkland.com | May 13, 2012 | "Levitt, Jamie A." | "Kathy D. Patrick;Keith.Wofford@ropesgray.com;Lee, Gary S.;Ornstein, Noah;Princi, Anthony;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Execution Copies of Settlement Agreement and PSA - CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00048794 | kcrost@orrick.com | May 13, 2012 | "Princi, Anthony" | "John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;lipps@carpenterlipps.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00061264 | kcrost@orrick.com | May 13, 2012 | "Princi, Anthony" | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;lipps@carpenterlipps.com;Ruckdaschel, John" | Re: Settlement documents -- confidential |
| RC-9019_00069148 | "Crost, Katharine I.: kcrost@orrick.com" | May 13, 2012 | "Princi, Anthony" | "John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;lipps@carpenterlipps.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00072206 | "Crost, Katharine I.;kcrost@orrick.com" | May 13, 2012 | "Princi, Anthony" | "John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;lipps@carpenterlipps.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00045670 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com" | "David Sheeren;Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00069152 | Scott A. Humphries: SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com" | "David Sheeren;Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA - CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072255 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com" | "David Sheeren;Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00055705 | Jerry@talcottfranklin.com | May 13, 2012 | "Clark, Daniel E." | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Talcott J. Franklin;Timothy.Devine@ally.com" | Re: Talcott Franklin Settlement and PSA Exhibits |
| RC-9019_00051333 | dsheeren@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072352 | David Sheeren;dsheeren@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00048805 | kcrost@orrick.com | May 13, 2012 | David A. Beck | "aprincipi@mofo.com;Jeffrey A. Lipps;john.ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |

3180024_3.XLS

Emails CCed to Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00045717 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "David Sheeren;Kathy D. Patrick;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00069190 | Scott A. Humphries: SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "David Sheeren;Kathy D. Patrick;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072377 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "David Sheeren;Kathy D. Patrick;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |

# EXHIBIT G

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00089149 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | August 18, 2011 | "Abreu, Steve - PA;Belisle, Jeffrey;Brown, Jeff;Brown, Michael T;Carpenter, Michael;Centurino, Jon;Hall, Lara;Hamzehpour, Tammy;Hirtler-Garvey, Karin;Lieber, Michele;Mackey, James;Marano, Tom;Norton, Amanda;Pinkston, Corey;Proia, Gina;Solomon, William Legal;Soto, Dan;Yastine, Barbara" | "Benton, Hu;Hagens, David" | Re: Bloomberg:  BofA Mortgage Risk May Rise $9 Billion If Judge Sides With MBIA |
| ALLY_0212884 | "Devine, Timothy (timothy.devine@ally.com)" | September 14, 2011 | "Yastine, Barbara (barbara.yastine@ally.com)" | | Fw: CreditSights Article" |
| RC-9019_00084074 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | November 2, 2011 | "Abreu, Steve - PA;Belisle, Jeffrey;Marano, Tom;Pensabene, Joe - PA;Proia, Gina;Whitlinger, Jim - PA" | | Re: Urgent Review: MAC Talk Points |
| RC-9019_00089161 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | November 18, 2011 | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | | Kathy Patrick Meeting |
| ALLY_0209108 | "Devine, Timothy (timothy.devine@ally.com)" | November 19, 2011 | "Benton, Hu (hu.benton@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | Re: RALI Series Trusts" |
| ALLY_0209245 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | November 22, 2011 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | FW: RALI Series Trusts" |
| RC-9019_00089174 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | November 22, 2011 | "Hagens, David;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | "Hamzehpour, Tammy;Solomon, William Legal" | FW: RALI Series Trusts |
| ALLY_0209111 | "Devine, Timothy (timothy.devine@ally.com)" | November 23, 2011 | "Benton, Hu (hu.benton@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | Re: RALI Series Trusts" |
| ALLY_0209271 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 5, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | Re: Kathy Patrick" |
| ALLY_0158602 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 7, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FW: Confi and Tolling Agreement" |
| ALLY_0209276 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 7, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | RE: Confi and Tolling Agreement" |
| RC-9019_00089226 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | December 14, 2011 | "Hamzehpour, Tammy" | "Hagens, David;Ruckdaschel, John;Solomon, William Legal" | FW: Confi and Tolling Agreement |
| RC-9019_00089232 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | December 14, 2011 | dsheeren@gibbsbruns.com | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | FW: Confi and Tolling Agreement |
| ALLY_0157858 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 19, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Phone message" |
| ALLY_0158617 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 19, 2011 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | FW: Letter from Tim Devine" |
| ALLY_0209285 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 19, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | FW: Call" |
| RC-9019_00087197 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | December 19, 2011 | "Eller, Daniel;Kushman, Todd;Mackey, Jim;Walsh, Russell" | "Cancelliere, Jeff - PA;Gunn, Brian" | RE: R&W Reserve Forecast |
| ALLY_0157865 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 20, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0158620 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 20, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: RALI Series Trusts" |
| ALLY_0158636 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 20, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "FW: Letter from Tim Devine" |
| ALLY_0158643 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 20, 2011 | "Solomon, William Legal (william.b.solomon@ally.com)" | | "Fw: Letter from Tim Devine" |
| ALLY_0209288 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 21, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Young, Paula (paula.young@ally.com)" | "RE: RALI Series Trusts" |
| ALLY_0142698 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "(dsheeren@gibbsbruns.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Letter from Tim Devine" |
| ALLY_0142704 | "Devine, Timothy (devine, timothy)" | December 23, 2011 | Talcott J. Franklin (Tal@talcottfranklin.com) | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Tolling agreement" |
| ALLY_0157909 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosenthal, John M. (jrosenthal@morganlewis.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157915 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "FW: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157928 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157940 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157945 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0157958 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | "RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)" |
| ALLY_0158655 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | Talcott J. Franklin (Tal@talcottfranklin.com) | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "RE: Tolling agreement" |
| ALLY_0158699 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | Talcott J. Franklin (Tal@talcottfranklin.com) | Mike Kraut (mkraut@morganlewis.com) | "RE: Tolling agreement" |
| ALLY_0158708 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "FW: Tolling agreement" |
| ALLY_0209296 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "FW: Tolling agreement" |
| ALLY_0209305 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | December 23, 2011 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "RE: Tolling agreement" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00089289 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 3, 2012 | "Hagens, David;Hamzehpour, Tammy;Kushman, Todd;Marano, Tom;Ruckdaschel, John" | "Solomon, William Legal" | Talcott Franklin |
| RC-9019_00089306 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 4, 2012 | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | "Rosten, Linda" | FW: Talcott Franklin |
| ALLY_0142712 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 6, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | "RE: Tolling agreement" |
| ALLY_0142715 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 6, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | "RE: Tolling agreement" |
| ALLY_0158734 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 9, 2012 | (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: Confi and Tolling Agreement" |
| ALLY_0158742 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 9, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | | FW: Tolling agreement" |
| RC-9019_00058711 | Devine  Timothy | January 9, 2012 | David Sheeren;Kathy D. Patrick | Hagens  David;Hamzehpour  Tammy;Ruckdaschel  John | RE: Confi and Tolling Agreement |
| RC-9019_00089373 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 9, 2012 | 'dsheeren@gibbsbruns.com';Kathy D. Patrick | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | RE: Confi and Tolling Agreement |
| ALLY_0158761 | "Devine, Timothy (timothy.devine@ally.com)" | January 13, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | "FW: Confi and Tolling Agreement - Kathy Patrick" |
| ALLY_0209308 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 17, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Confi and Tolling Agreement" |
| RC-9019_00089389 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 17, 2012 | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | | FW: Confi and Tolling Agreement |
| ALLY_0142723 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 19, 2012 | (dsheeren@gibbsbruns.com) | | Discussions" |
| ALLY_0142725 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | RE: Discussions" |
| ALLY_0142727 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com)" | | RE: Discussions" |
| ALLY_0142729 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | | RE: Discussions" |
| ALLY_0142742 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | RE: Tolling agreement" |
| ALLY_0142745 | "Devine, Timothy (devine, timothy)" | January 20, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | | RE: Discussions" |
| ALLY_0142746 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | Janet Laughlin (janet@talcottfranklin.com) | RE: Tolling agreement" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0158769 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | Scott A. Humphries (shumphries@gibbsbruns.com) | David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | " RE: Discussions" |
| ALLY_0182616 | Devine Timothy | January 20, 2012 | Scott A. Humphries | David Sheeren;Kathy D. Patrick | " RE: Discussions" |
| ALLY_0209329 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " RE: Confi and Tolling Agreement" |
| ALLY_0209334 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " FW: Confi and Tolling Agreement" |
| ALLY_0209345 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 20, 2012 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " RE: Confi and Tolling Agreement" |
| RC-9019_00092079 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 20, 2012 | "Hagens, David;Ruckdaschel, John" | | FW: Confi and Tolling Agreement |
| RC-9019_00092090 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 20, 2012 | "Ruckdaschel, John" | "Hagens, David" | Fw: Discussions |
| RC-9019_00092092 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 20, 2012 | "Hagens, David;Ruckdaschel, John" | | RE: Confi and Tolling Agreement |
| RC-9019_00092095 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 20, 2012 | "Hagens, David;Ruckdaschel, John" | | RE: Confi and Tolling Agreement |
| RC-9019_00093785 | "Devine, Timothy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD" | January 20, 2012 | "Hamzehpour, Tammy;Solomon, William Legal" | "Hagens, David;Ruckdaschel, John" | Kathy Patrick |
| RC-9019_00092098 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | January 23, 2012 | "Hagens, David;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | | FW: Tolling agreement |
| ALLY_0142755 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | Janet Laughlin (janet@talcottfranklin.com);Talcott J. Franklin (Tal@talcottfranklin.com) | | " RE: Tolling agreement" |
| ALLY_0158968 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com) | | " FW: Tolling Agreements #4" |
| ALLY_0159023 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com) | | " FW: Tolling Agreements #3" |
| ALLY_0159078 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com) | | " FW: Tolling Agreements #2" |
| ALLY_0159132 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com) | | " FW: Tolling Agreements  #1" |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0159187 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " FW: Tolling Agreements #5" |
| ALLY_0209361 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | " Re: Tolling agreement" |
| ALLY_0209367 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " FW: Tolling agreement" |
| ALLY_0209372 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | | " FW: Tolling agreement" |
| ALLY_0209377 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 24, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " FW: Tolling agreement" |
| ALLY_0142759 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | Janet Laughlin (janet@talcottfranklin.com);Talcott J. Franklin (Tal@talcottfranklin.com) | | " RE: Tolling agreement" |
| ALLY_0159210 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " FW: Tolling Agreement and Confi" |
| ALLY_0159247 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | | " FW: Tolling Agreements #5" |
| ALLY_0159270 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | | " FW: Tolling Agreements #4" |
| ALLY_0159325 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | | " FW: Tolling Agreements #3" |
| ALLY_0159380 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | | " FW: Tolling Agreements #2" |
| ALLY_0159434 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | | " FW: Tolling Agreements  #1" |
| ALLY_0209390 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 26, 2012 | "Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " FW: Tolling agreement" |
| ALLY_0142764 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 27, 2012 | Janet Laughlin (janet@talcottfranklin.com) | Talcott J. Franklin (tal@talcottfranklin.com) | " RE: Tolling Agreement #6  " |
| ALLY_0142766 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 27, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | " RE: Tolling Agreement and Confi" |
| ALLY_0159587 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | January 27, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " FW: Tolling Agreement #6  " |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0226018 | "Devine, Timothy (timothy.devine@ally.com)" | January 27, 2012 | "Brown, Jeff (jb@ally.com);Carpenter, Michael (michael.carpenter@ally.com);Marano, Tom (tom.marano@ally.com);Yastine, Barbara (barbara.yastine@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | Confidential: Talcott Franklin and Kathy Patrick |
| ALLY_0142771 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 2, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | FW: Tolling Agreement #8" |
| ALLY_0159653 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 3, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com)" | | FW: Tolling Agreement and Confi" |
| ALLY_0209407 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 3, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com)" | | " RE: Tolling Agreement and Confi" |
| ALLY_0209411 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 3, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Hagens, David (david.hagens@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " FW: Tolling Agreement and Confi" |
| ALLY_0159684 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 6, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "David Sheeren (dsheeren@gibbsbruns.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Tolling/forbearance and Confi" |
| ALLY_0142799 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 13, 2012 | Scott A. Humphries (shumphries@gibbsbruns.com) | David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com) | " RE: Ally Materials" |
| ALLY_0210947 | "Devine, Timothy (timothy.devine@ally.com)" | February 13, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | FW: Ally Materials" |
| RC-9019_00089596 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 13, 2012 | "Hagens, David;Hamzehpour, Tammy;Kushman, Todd;Ruckdaschel, John" | | FW: Ally Materials |
| ALLY_0142805 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 17, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "David Sheeren (dsheeren@gibbsbruns.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " RE: Ally Materials" |
| ALLY_0209124 | "Devine, Timothy (timothy.devine@ally.com)" | February 17, 2012 | "Benton, Hu (hu.benton@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FW: Ally Materials" |
| ALLY_0209439 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 17, 2012 | "Benton, Hu (hu.benton@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | FW: Ally Materials" |
| ALLY_0142810 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 18, 2012 | David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | " RE: Ally Materials" |
| ALLY_0159715 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 20, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com)" | FW: Tolling Agreement and Confi" |
| RC-9019_00089963 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | February 20, 2012 | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal" | | FW: Gibbs & Bruns - Correspondence |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209466 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 23, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | FW: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209478 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 24, 2012 | "Kushman, Todd (todd.kushman@ally.com)" | "Ceballos, Felecia (felecia.ceballos@ally.com)" | Re: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0149751 | "Devine, Timothy (timothy.devine@ally.com)" | February 27, 2012 | "Hall, Lara (lara.hall@ally.com);Kushman, Todd (todd.kushman@ally.com)" | | FW: Ally Materials" |
| ALLY_0159734 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 27, 2012 | "Hall, Lara (lara.hall@ally.com);Kushman, Todd (todd.kushman@ally.com)" | | FW: Ally Materials" |
| RC-9019_00089970 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD/Devine, Timothy" | February 27, 2012 | "Devine,Timothy;Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | "Rosten, Linda" | "RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209496 | "Devine, Timothy (timothy.devine@ally.com)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209500 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 28, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | Re: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209505 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 28, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | "RE: RALI--Tentative meeting on February 28, Tuesday" |
| ALLY_0209509 | "Devine, Timothy (devine, timothy)" | February 28, 2012 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Rosten, Linda (linda.rosten@ally.com)" | FW: Tolling Agreements #4" |
| ALLY_0209567 | "Devine, Timothy (devine, timothy)" | February 28, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | FW: Tolling Agreements #4" |
| RC-9019_00089974 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD/Devine, Timothy" | February 28, 2012 | "Smith, Bradley - (Dorsey & Whitney)" | "Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John" | FW: Tolling Agreements #4 |
| ALLY_0209643 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 29, 2012 | "Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: CRITICAL PLEASE READ: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0209650 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 29, 2012 | "Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | RE: CRITICAL PLEASE READ: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0209656 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | February 29, 2012 | "Hagens, David (david.hagens@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | FW: CRITICAL PLEASE READ: RFC/RALI/Investor Tolling Agreements" |
| RC-9019_00090034 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD/Devine, Timothy" | February 29, 2012 | Jerry Phelps | "Hagens, David;Hamzehpour, Tammy;Janet Laughlin;Paul Snyder;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Talcott J. Franklin;Zellmann, Patty - MN" | RE: RFC/RALI/Investor Tolling Agreements |
| RC-9019_00090040 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD/Devine, Timothy" | February 29, 2012 | 'jerry@talcottfranklin.com';'tal@talcottfranklin.com' | "'Janet@talcottfranklin.com';'paul@talcottfranklin.com';Hagens, David;Hamzehpour, Tammy;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Zellmann, Patty - MN" | Re: RFC/RALI/Investor Tolling Agreements |
| ALLY_0142824 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 1, 2012 | (jerry@talcottfranklin.com);(tal@talcottfranklin.com) | "(janet@talcottfranklin.com);(paul@talcottfranklin.com);Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | Re: RFC/RALI/Investor Tolling Agreements" |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00090052 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 5, 2012 | "Hagens, David;Hamzehpour, Tammy;Rosten, Linda;Smith, Bradley - (Dorsey & Whitney)" | | Re: Tolling Agreements #11 |
| ALLY_0157971 | "Devine, Timothy (timothy.devine@ally.com)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | | RE: Tolling Agreement Request" |
| ALLY_0157973 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com);Rosten, Linda (linda.rosten@ally.com)" | | RE: Tolling Agreement Request" |
| ALLY_0157977 | "Devine, Timothy (devine, timothy)" | March 6, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | | " Tolling Agreement Request" |
| ALLY_0159748 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | Re: Tolling Agreement Request" |
| ALLY_0159753 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Devine, Timothy (timothy.devine@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209672 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | " FW: Tolling Agreement Request" |
| ALLY_0209676 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209679 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209682 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " Fw: Tolling Agreement Request" |
| ALLY_0209685 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209687 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Kushman, Todd (todd.kushman@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | " FW: Tolling Agreement Request" |
| ALLY_0209689 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " Re: Tolling Agreements #11" |
| ALLY_0209692 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Hagens, David (david.hagens@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | | " Re: Tolling Agreements #11" |
| ALLY_0209695 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 6, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | | Tolling Agreement Request" |
| RC-9019_00090054 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 6, 2012 | "Hamzehpour, Tammy;Rosten, Linda;Smith, Bradley - (Dorsey & Whitney)" | "Hagens, David;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Tolling Agreements #12 |
| RC-9019_00090057 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 6, 2012 | "Cancelliere, Jeff - PA;Kushman, Todd;Young, Paula;Zellmann, Patty - MN" | "Hagens, David;Hamzehpour, Tammy;Rosten, Linda;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: Tolling Agreements #12 |
| RC-9019_00093786 | "Devine, Timothy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD" | March 6, 2012 | "Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | FW: ResCap Discussions |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143183 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 7, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | " RE: Call" |
| ALLY_0143184 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 7, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "Rosten, Linda (linda.rosten@ally.com)" | " ResCap Discussions" |
| ALLY_0157978 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 8, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0159861 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 8, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Rosten, Linda (linda.rosten@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | " Re: Tolling Agreement #6" |
| ALLY_0159871 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 9, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | | " Re: RFC/RALI/Investor Tolling Agreements" |
| ALLY_0159876 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 9, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " Re: Tolling Agreement Request" |
| ALLY_0209706 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 9, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " FW: Tolling Agreement Request" |
| ALLY_0209717 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 14, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209722 | "Devine, Timothy (timothy.devine@ally.com)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0209727 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 15, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0159881 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 16, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | | " RE: Tolling Agreements #12 " |
| ALLY_0159886 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 19, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | " RE: Tolling Agreement #13" |
| ALLY_0225894 | "Devine, Timothy (timothy.devine@ally.com)" | March 20, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | "Bhama, Anita (anita.bhama@ally.com)" | FW: Ally Materials |
| ALLY_0226077 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 20, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | "Bhama, Anita (anita.bhama@ally.com)" | FW: Ally Materials |
| ALLY_0158035 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 22, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | | " RE: Tolling Agreement Request" |
| ALLY_0143499 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 23, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | " RE: Data Template" |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143501 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 23, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | " RE: Data Template" |
| ALLY_0159890 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 23, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | FW: RFC" |
| ALLY_0159895 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 23, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Young, Paula (paula.young@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | FW: Data Template" |
| RC-9019_00090063 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 23, 2012 | "Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty MN" | "Hamzehpour, Tammy" | FW: RFC |
| RC-9019_00093788 | "Devine, Timothy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD" | March 23, 2012 | "Hamzehpour, Tammy;Ruckdaschel, John;Young, Paula;Zellmann, Patty - MN" | "Thompson, William - Legal Dept - PA" | RE: Data Template |
| ALLY_0209809 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 26, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kushman, Todd (todd.kushman@ally.com);Marano, Tom (tom.marano@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | FW: RFC" |
| RC-9019_00090078 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 26, 2012 | "Hamzehpour, Tammy;Kushman, Todd;Marano, Tom;Ruckdaschel, John" | "Solomon, William Legal" | FW: RFC |
| RC-9019_00092110 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 26, 2012 | "Rosten, Linda" | "Blaschko, Jeffrey;Ruckdaschel, John;Smith, Bradley - (Dorsey & Whitney);Witten, Tim" | FW: Team for issues re Talcott Franklin / Kathy Patrick / FHFA |
| ALLY_0158047 | "Devine, Timothy (timothy.devine@ally.com)" | March 27, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com)" | | RE: Tolling Agreement Request" |
| ALLY_0159898 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 27, 2012 | "Blaschko, Jeffrey (jeffrey.blaschko@gmacrescap.com);Witten, Tim (tim.witten@gmacrescap.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | FW: Data Template" |
| ALLY_0159903 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 27, 2012 | "Blaschko, Jeffrey (jeffrey.blaschko@gmacrescap.com);Witten, Tim (tim.witten@gmacrescap.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | FW: Ally Materials" |
| ALLY_0209827 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | March 27, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@ally.com)" | | " RE: Tolling Agreement #13 " |
| RC-9019_00092113 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD;Devine, Timothy" | March 27, 2012 | "Blaschko, Jeffrey;Witten, Tim" | "Ruckdaschel, John" | FW: Data Template |
| RC-9019_00093808 | "Devine, Timothy;/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD" | March 30, 2012 | "Ruckdaschel, John;Young, Paula" | "Zellmann, Patty - MN" | RE: Hot Question |
| ALLY_0158076 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 3, 2012 | (mkraut@morganlewis.com) | | Re: Tolling Agreement Request" |
| ALLY_0158083 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 3, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | | RE: Tolling Agreement Request" |
| ALLY_0143538 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 5, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | " RE: Follow-up" |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0209830 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 5, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | | " RE: Follow-up" |
| ALLY_0209837 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 5, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | | " RE: Follow-up" |
| ALLY_0209843 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 5, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | | " RE: Follow-up" |
| ALLY_0209848 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 5, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | | " FW: Follow-up" |
| ALLY_0158125 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 12, 2012 | "(mkraut@morganlewis.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " Re: Tolling Agreements" |
| ALLY_0159927 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 13, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | " FW: Ally Materials" |
| ALLY_0143566 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 16, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | " RE: RALI 2006" |
| ALLY_0143567 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 16, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | " RALI 2006" |
| ALLY_0158163 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 16, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | " FW: Tolling Agreements" |
| ALLY_0159943 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 16, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | Confidentiality Agreement" |
| ALLY_0158187 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 17, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | " FW: Tolling Agreements" |
| ALLY_0158209 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 17, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | | " RE: Tolling Agreements" |
| ALLY_0158218 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 17, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | " FW: Tolling Agreements" |
| RC-9019_00048956 | Timothy.Devine@ally.com | April 17, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: Kathy Patrick follow-up |
| ALLY_0143570 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 18, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | " RE: Confidentiality Agreement" |
| ALLY_0143572 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 18, 2012 | (kpatrick@gibbsbruns.com) | | " Re: Confidentiality Agreement" |
| ALLY_0143574 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 18, 2012 | (kpatrick@gibbsbruns.com) | | " Re: Confidentiality Agreement" |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0159955 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 18, 2012 | "Rosten, Linda (linda.rosten@ally.com)" | | "Fw: Confidentiality Agreement" |
| ALLY_0143576 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 19, 2012 | (kpatrick@gibbsbruns.com) | | "Re: Confidentiality Agreement" |
| ALLY_0159961 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 19, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | | "FW: Confidentiality Agreement" |
| RC-9019_00058236 | Devine  Timothy | April 19, 2012 | David Sheeren;Hamzehpour  Tammy;Kathy D. Patrick;Rosten  Linda;Ruckdaschel  John;Scott A. Humphries | | RE: Bi-Weekly Call with Gibbs & Bruns (Dial-In: Dial-In:  1-866-228-9900  Passcode 763234) |
| RC-9019_00048958 | Timothy.Devine@ally.com | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: KP is ready willing and able for Wed aftn -- are we good? |
| RC-9019_00048960 | Timothy.Devine@ally.com | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | FW: Confidentiality Agreement |
| ALLY_0209885 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 20, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: Tolling Agreements" |
| ALLY_0209895 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 20, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "FW: Tolling Agreements" |
| ALLY_0209923 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 20, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "FW: Tolling Agreements" |
| ALLY_0209932 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 20, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: Tolling Agreements" |
| ALLY_0209942 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 23, 2012 | "Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | "RE: Clerical errors and other housekeeping issues re RFC-RALI-Investor Tolling Agreements" |
| ALLY_0143611 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 24, 2012 | David Sheeren (dsheeren@gibbsbruns.com) | Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "RE: Confidentiality Agreement" |
| ALLY_0158294 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 25, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kraut, Michael S. (mkraut@morganlewis.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "RE: Tolling Agreements" |
| RC-9019_00048969 | Timothy.Devine@ally.com | April 26, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | Re: K Patrick Follow up - FRE 408. |
| ALLY_0158303 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 27, 2012 | "Hart, Stephen (stephen.hart@fhfa.gov)" | | "RE: Tolling Agreements" |
| ALLY_0158313 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 27, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "FW: Tolling Agreements" |
| ALLY_0158346 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 27, 2012 | "Kraut, Michael S. (mkraut@morganlewis.com)" | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Hart, Stephen (stephen.hart@fhfa.gov)" | "RE: Tolling Agreements" |
| ALLY_0182627 | Devine  Timothy | April 27, 2012 | Kathy D. Patrick | | "next steps" |
| RC-9019_00048970 | Timothy.Devine@ally.com | April 27, 2012 | "rschrock@kirkland.com';Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Solomon, William Legal" | | RE: next steps |
| RC-9019_00048974 | Timothy.Devine@ally.com | April 27, 2012 | "rcieri@kirkland.com';'rschrock@kirkland.com';Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Solomon, William Legal" | | RE: next steps |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0158413 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 28, 2012 | "Hart, Stephen (stephen.hart@fhfa.gov)" | | "RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0209222 | "Devine, Timothy (timothy.devine@ally.com)" | April 28, 2012 | "Carpenter, Michael (michael.carpenter@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Marano, Tom (tom.marano@ally.com);Proia, Gina (gina.proia@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "FHFA/Freddie update" |
| ALLY_0209954 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 28, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | | "FW: next steps" |
| ALLY_0209959 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 28, 2012 | "(glee@mofo.com);(rcieri@kirkland.com);(rschrock@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "RE: next steps" |
| ALLY_0209963 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 28, 2012 | "(glee@mofo.com);(rschrock@kirkland.com);Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "RE: next steps" |
| ALLY_0209966 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 28, 2012 | "Carpenter, Michael (michael.carpenter@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Marano, Tom (tom.marano@ally.com);Proia, Gina (gina.proia@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "FHFA/Freddie update" |
| ALLY_0158435 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 30, 2012 | "Hart, Stephen (stephen.hart@fhfa.gov)" | | "RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0158447 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 30, 2012 | "Hart, Stephen (stephen.hart@fhfa.gov)" | | "RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0209976 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 30, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | | "FW: [CONTENT] RE: Tolling Agreements" |
| RC-9019_00047814 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047825 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047827 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@ficonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| ALLY_0158492 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 1, 2012 | "Hart, Stephen (stephen.hart@fhfa.gov)" | | "RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0158505 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 1, 2012 | "Hart, Stephen (stephen.hart@fhfa.gov)" | | "RE: [CONTENT] RE: Tolling Agreements" |
| ALLY_0182630 | Devine  Timothy | May 1, 2012 | Kathy D. Patrick | | "Re: Time tomorrow when we could talk?" |
| ALLY_0209988 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 1, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "FW: [CONTENT] RE: Tolling Agreements" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00048983 | Timothy.Devine@ally.com | May 1, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Meeting with KP Steering Committee |
| RC-9019_00048984 | Timothy.Devine@ally.com | May 1, 2012 | "Cieri, Richard M.;Lee, Gary S.;Rosten, Linda;Schrock, Ray C." | "Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | FW: Meeting with KP Steering Committee |
| ALLY_0143631 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 2, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | | "Fw: Steering Committee" |
| ALLY_0143638 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 2, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | "Meeting Tomorrow?" |
| ALLY_0143656 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 2, 2012 | "Solomon, William Legal (william.b.solomon@ally.com)" | | "Fw: Steering Committee" |
| ALLY_0143694 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | "Thank You" |
| ALLY_0143695 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | RE: Bi-Weekly Call with Gibbs & Bruns (Dial-In: Dial-In: 1-866-228-9900; Passcode 763234)" |
| ALLY_0143696 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | "Nashelsky, Larren M. (lnashelsky@mofo.com)" | "RE: Gmacm" |
| ALLY_0143699 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | (jerry@talcottfranklin.com);(jlevitt@mofo.com);(paul@talcottfranklin.com); (tal@talcottfranklin.com) | | "Re: Meeting Tomorrow?" |
| ALLY_0210025 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | | "RE: Meeting Tomorrow?" |
| ALLY_0210027 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | | "RE: Meeting Tomorrow?" |
| ALLY_0210029 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "Re: Meeting Tomorrow?" |
| ALLY_0210031 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "Fw: Meeting Tomorrow?" |
| ALLY_0143761 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 4, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | RE: Thank You" |
| ALLY_0143763 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 4, 2012 | (kpatrick@gibbsbruns.com) | | "Re: Thank You" |
| ALLY_0143765 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 4, 2012 | (kpatrick@gibbsbruns.com) | | "Re: Thank You" |
| ALLY_0210042 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 4, 2012 | (glee@mofo.com) | (jlevitt@mofo.com) | "Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00049082 | Timothy.Devine@ally.com | May 4, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | Re: Kathy Patrick |
| ALLY_0210097 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0210102 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 5, 2012 | "(glee@mofo.com);(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0143798 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 6, 2012 | (kpatrick@gibbsbruns.com) | | Re: Talk tonight at 8 pm?" |
| ALLY_0210133 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 6, 2012 | "(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | (glee@mofo.com) | Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0210136 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 6, 2012 | "(jlevitt@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | (glee@mofo.com) | Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0143839 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 7, 2012 | (kpatrick@gibbsbruns.com) | | Re: Pls call" |
| RC-9019_00049148 | Timothy.Devine@ally.com | May 7, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Lee, Gary S.;Raymond, Elizabeth A.;Ruckdaschel, John;Schrock, Ray C.;Ware, Michael O." | | KP Settlement Agmt and PSA |
| RC-9019_00047856 | Timothy.Devine@ally.com | May 7, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark" | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | RE: Bounce - Five New Scenarios (DRAFT) |
| ALLY_0143846 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | (kpatrick@gibbsbruns.com) | | Re: David Sheeren and I are" |
| ALLY_0143847 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | I have clarity and am ready to talk" |
| ALLY_0143848 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | (glee@mofo.com);(rcieri@kirkland.com) | | Fw: plan" |
| ALLY_0143849 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | plan" |
| ALLY_0160054 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | FW: Talcott Franklin: For settlement purposes only" |
| ALLY_0160091 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | "Belisle, Jeffrey (jeffrey.belisle@ally.com);Sandler, Richard J. (richard.sandler@davispolk.com)" | | FW: Privileged and Confidential -- For Settlement Purpose Only- Settlement and Plan Support Agreements" |
| ALLY_0182632 | Devine  Timothy | May 8, 2012 | Kathy D. Patrick | | May have high level 8 and 10 B waterfalls - pls call me when you're free" |
| ALLY_0210170 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | (glee@mofo.com);(jlevitt@mofo.com) | | Re: plan" |
| ALLY_0210174 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(rcieri@kirkland.com);(rschrock@krkland.com) | | Re: plan" |
| ALLY_0210177 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(rcieri@kirkland.com);(rschrock@krkland.com) | | Re: plan" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0210179 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | "(jlevitt@mofo.com);Cieri, Richard M. (rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Schrock, Ray C. (rschrock@kirkland.com)" | | "FW: plan" |
| ALLY_0210180 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | "(mark.renzi@fticonsulting.com);(rschrock@kirkland.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "RE: Are you available" |
| ALLY_0210186 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | "(rcieri@kirkland.com);(rscrock@kirkland.com);Lee, Gary S. (glee@mofo.com)" | | "RE: Are you available" |
| ALLY_0210192 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | (glee@mofo.com);(rcieri@kirkland.com);(rscrock@kirkland.com) | | "Re: Are you available" |
| RC-9019_00049162 | Timothy.Devine@ally.com | May 8, 2012 | "rcieri@kirkland.com';Lee, Gary S." | "rschrock@kirkland.com';Cancelliere, Jeff - PA;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Solomon, William Legal" | FW: Are you available |
| RC-9019_00047906 | Timothy.Devine@ally.com | May 8, 2012 | "rcieri@kirkland.com';Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "rschrock@kirkland.com';Delehey, Lauren - PA;Solomon, William Legal;Thompson, William - Legal Dept - PA" | Talcott Franklin |
| RC-9019_00049175 | Timothy.Devine@ally.com | May 8, 2012 | "Lee, Gary S.;rcieri@kirkland.com;rscrock@kirkland.com" | | RE: Are you available |
| RC-9019_00049179 | Timothy.Devine@ally.com | May 8, 2012 | "Lee, Gary S.;rcieri@kirkland.com" | "Cancelliere, Jeff - PA;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | RE: Are you available |
| RC-9019_00049183 | Timothy.Devine@ally.com | May 8, 2012 | "Cancelliere, Jeff - PA;mark.renzi@fticonsulting.com" | "Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | FW: One Other Thing |
| ALLY_0182638 | Devine  Timothy | May 9, 2012 | Kathy D. Patrick | | "RE: Settlement" |
| ALLY_0182640 | Devine  Timothy | May 9, 2012 | Kathy D. Patrick | | "RE: Settlement" |
| RC-9019_00049196 | Timothy.Devine@ally.com | May 9, 2012 | "Lee, Gary S." | "Cieri, Richard M.;Schrock, Ray C." | KP |
| RC-9019_00047942 | Timothy.Devine@ally.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept PA" | | Talcott Franklin |
| RC-9019_00049209 | Timothy.Devine@ally.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept PA" | | RE: Talcott Franklin |
| RC-9019_00049214 | Timothy.Devine@ally.com | May 9, 2012 | "Lee, Gary S.;rcieri@kirkland.com;rschrock@kirkland.com" | | RE: KP.  Privileged. (Subject to FRE 408) |
| RC-9019_00049254 | Timothy.Devine@ally.com | May 9, 2012 | "rcieri@kirkland.com';rschrock@kirkland.com;Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Zellmann, Patty - MN" | | Re: Talcott |
| RC-9019_00047974 | Timothy.Devine@ally.com | May 9, 2012 | "nornstein@kirkland.com';rcieri@kirkland.com;Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | Re: Favor |
| RC-9019_00049365 | Timothy.Devine@ally.com | May 9, 2012 | "nornstein@kirkland.com';rcieri@kirkland.com;Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | Re: Favor |
| RC-9019_00049367 | Timothy.Devine@ally.com | May 9, 2012 | "nornstein@kirkland.com';rcieri@kirkland.com;Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | Re: Favor |
| RC-9019_00049378 | Timothy.Devine@ally.com | May 9, 2012 | "nornstein@kirkland.com';rcieri@kirkland.com;Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: Favor |
| RC-9019_00049392 | Timothy.Devine@ally.com | May 9, 2012 | "Lee, Gary S.;Nashelsky, Larren M.;nornstein@kirkland.com;rcieri@kirkland.com" | | RE: RMBS Stipulated Claim |
| ALLY_0143969 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "Devine, Timothy (timothy.devine@ally.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | (glee@mofo.com);(jlevitt@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "RE: I am available to talk when you have time" |
| ALLY_0143970 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | "RE: Settlement" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143972 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | RE: Settlement" |
| ALLY_0143974 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | (glee@mofo.com);(rcieri@kirkland.com) | I am available to talk when you have time" |
| ALLY_0143991 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | | RE: RMBS Stipulated Claim" |
| ALLY_0210246 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0210257 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0210269 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0210280 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0210290 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210302 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210313 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210322 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | | RE: RMBS Stipulated Claim" |
| ALLY_0210376 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210386 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210397 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0210408 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0210419 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0210429 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 10, 2012 | (glee@mofo.com);(jlevitt@mofo.com);(lnashelsky@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00049398 | Timothy.Devine@ally.com | May 10, 2012 | "Cieri, Richard M.;Lee, Gary S." | | RE: Tal called - I don't have time to speak to him. Do you? |
| RC-9019_00049406 | Timothy.Devine@ally.com | May 10, 2012 | "Cancelliere, Jeff - PA;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd;Lee, Gary S." | FW: Favor |
| RC-9019_00049492 | "Devine, Timothy; Timothy.Devine@ally.com" | May 10, 2012 | "nornstein@kirkland.com';rcieri@kirkland.com;Lee, Gary S.;Levitt, Jamie A.;Nashelsky, Larren M." | "Solomon, William Legal" | Re: RMBS Stipulated Claim |
| RC-9019_00049533 | Timothy.Devine@ally.com | May 10, 2012 | "Lee, Gary S." | | RE: Tal called - I don't have time to speak to him. Do you? |
| RC-9019_00049555 | Timothy.Devine@ally.com | May 10, 2012 | 'AGlenn@kasowitz.com';klonergan@mckoolsmith.com' | "CJohnson@kasowitz.com';'KLeung@kasowitz.com';'pmoak@MckoolSmith.com';rcieri@kirkland.com';rschrock@kirkland.com';Lee, Gary S." | Re: Contact Info |
| RC-9019_00048006 | "Devine, Timothy; Timothy.Devine@ally.com" | May 10, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Zellmann, Patty - MN" | "rcieri@kirkland.com';Kushman, Todd" | Re: Favor |
| RC-9019_00050226 | Timothy.Devine@ally.com | May 10, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A." | "John Rosenthal, Morgan Lewis, counsel for DB" |
| ALLY_0144004 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 11, 2012 | (keith.wofford@ropesgray.com);(klonergan@mckoolsmith.com);(kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com) | | "Re: Settlement" |
| ALLY_0144006 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 11, 2012 | (keith.wofford@ropesgray.com);(klonergan@mckoolsmith.com);(kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com) | | "Re: Settlement" |
| ALLY_0210572 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 11, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | | RE: ResCap RMBS Investor Settlement - call on Settlement and Plan Support Agreements rescheduled to 6:50 p.m. Eastern time" |
| ALLY_0210575 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 11, 2012 | "(glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | Re: RMBS Stipulated Claim |
| ALLY_0210585 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 11, 2012 | (glee@mofo.com);(rcieri@kirkland.com) | | Fw: Settlement |
| ALLY_0144224 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 12, 2012 | (lipps@carpenterlipps.com) | | "Fw: time to talk, before meeting at 3 on our side" |
| ALLY_0144226 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 12, 2012 | (kpatrick@gibbsbruns.com) | | "Re: time to talk, before meeting at 3 on our side" |
| ALLY_0144228 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 12, 2012 | (kpatrick@gibbsbruns.com) | | "Re: time to talk, before meeting at 3 on our side" |
| ALLY_0144230 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 12, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | | "FW: time to talk, before meeting at 3 on our side" |
| ALLY_0144231 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 12, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | "time to talk, before meeting at 3 on our side" |
| ALLY_0144232 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 12, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | "great news and very important note" |
| RC-9019_00050447 | Timothy.Devine@ally.com | May 12, 2012 | "nornstein@kirkland.com';Levitt, Jamie A." | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | Talcott Franklin on Board |
| RC-9019_00050448 | Timothy.Devine@ally.com | May 12, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "Delehey, Lauren - PA;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | FootPrint |
| RC-9019_00050452 | Timothy.Devine@ally.com | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E.;Newton, James A.;Princi, Anthony" | RE: Talcott Franklin on Board |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00050455 | Timothy.Devine@ally.com | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Cieri, Richard M.;Schrock, Ray C." | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00050473 | Timothy.Devine@ally.com | May 12, 2012 | "kcrost@orrick.com';Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | RE: outline |
| RC-9019_00050476 | Timothy.Devine@ally.com | May 12, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps;Lee, Gary S." | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055050 | Timothy.Devine@ally.com | May 12, 2012 | "marshall.huebner@dpw.com;Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Schrock, Ray C." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050478 | Timothy.Devine@ally.com | May 12, 2012 | "Cieri, Richard M;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;marshall.huebner@dpw.com;Ornstein, Noah;Princi, Anthony;Schrock, Ray C." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071233 | "Devine, Timothy;Timothy.Devine@ally.com" | May 12, 2012 | "Cieri, Richard M;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;marshall.huebner@dpw.com;Ornstein, Noah;Princi, Anthony;Schrock, Ray C." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050483 | Timothy.Devine@ally.com | May 12, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | FW: RMBS Stipulated Claim |
| ALLY_0144250 | "Devine, Timothy (timothy.devine@ally.com)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | " RE: Time" |
| ALLY_0144254 | "Devine, Timothy (timothy.devine@ally.com)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | | " RE: great news and very important note" |
| ALLY_0144308 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);(nornstein@kirkland.com);(ross.martin@ropesgray.com);Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0144310 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com)" | "(nornstein@kirkland.com);Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | " RE: Settlement documents -- confidential" |
| ALLY_0144313 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | | " FW: Time" |
| ALLY_0144316 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | " RE: Time" |
| ALLY_0144318 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(nornstein@kirkland.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com)" | | " FW: Time" |
| ALLY_0144320 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | " FW: Time" |
| ALLY_0144322 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com)" | | " RE: Time" |
| ALLY_0144324 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | " RE: Time" |
| ALLY_0144326 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | (nornstein@kirkland.com) | | " Fw: Time" |
| ALLY_0144327 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | (kpatrick@gibbsbruns.com) | | " Time" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0144328 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(rcieri@kirkland.com);(rschrock@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "<br>FW: great news and very important note" |
| ALLY_0144330 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Devine, Timothy (timothy.devine@ally.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | | "<br>RE: great news and very important note" |
| ALLY_0144332 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | (lipps@carpenterlipps.com);Jennifer A.L. Battle (battle@carpenterlipps.com) | | "<br>FW: Ally Update" |
| ALLY_0144335 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | "<br>RE: Your Proposal" |
| ALLY_0144336 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "<br>FW: Your Proposal" |
| ALLY_0144337 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | "<br>RE: Ally Update" |
| ALLY_0144339 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | FW: great news and very important note" |
| ALLY_0144341 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | Talcott J. Franklin (Tal@talcottfranklin.com) | | "<br>RE: great news and very important note" |
| ALLY_0144343 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144352 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | Jeffrey A. Lipps (lipps@carpenterlipps.com) | | FW: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144366 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | | RE: signing final term sheet now for Thrivent litigation" |
| ALLY_0182686 | Devine  Timothy | May 13, 2012 | David Sheeren;Kathy D. Patrick | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES" |
| ALLY_0182690 | Devine  Timothy | May 13, 2012 | David Sheeren;Kathy D. Patrick | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES" |
| ALLY_0210667 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | | "<br>RE: Settlement documents -- confidential" |
| ALLY_0210670 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | (glee@mofo.com);(jlevitt@mofo.com) | (aprinci@mofo.com);(nornstein@kirkland.com);(rcieri@kirkland.com) | "<br>Re: Confidential Draft -- For Settlement Purposes Only" |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0210674 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(lipps@carpenterlipps.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "RE: Proposed Language - Subject to FRE 408" |
| ALLY_0210677 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Proposed Language - Subject to FRE 408" |
| ALLY_0210680 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | "FW: Your Proposal" |
| ALLY_0210682 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | "RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210696 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | "RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210708 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(rcieri@kirkland.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com)" | "nornstein@kirkland.com);Clark, Daniel E. (dclark@mofo.com);Jeffrey A. Lipps (lipps@carpenterlipps.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | "RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210717 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Huebner, Marshall S. (marshall.huebner@davispolk.com)" | | "RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210724 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jeffrey A. Lipps (lipps@carpenterlipps.com);Jennifer A.L. Battle (battle@carpenterlipps.com);Kushman, Todd (todd.kushman@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann, Patty - MN (patty.zellmann@ally.com)" | | "FW: RMBS Stipulated Claim" |
| ALLY_0210730 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jeffrey A. Lipps (lipps@carpenterlipps.com)" | | "FW: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210734 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(kevin.coco@davispolk.com);(marshall.huebner@dpw.com);Cieri, Richard M. (rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com);Schrock, Ray C. (rschrock@kirkland.com)" | | "RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210740 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(glee@mofo.com);(kevin.coco@davispolk.com);(marshall.huebner@dpw.com);Cieri, Richard M. (rcieri@kirkland.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com);Schrock, Ray C. (rschrock@kirkland.com)" | | "RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210743 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(glee@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jeffrey A. Lipps (lipps@carpenterlipps.com)" | | "FW: RMBS Trust Settlement - Rule 408 Communication" |
| RC-9019_00058228 | Devine  Timothy | May 13, 2012 | glee@mofo.com;Kathy D. Patrick;kchopra@centerviewpartners.com;Scott A. Humphries | David Sheeren;mpuntus@centerviewpartners.com;sgreene@centerviewpartners.com | RE: The call at 11 is just us - not ally - so just send dial in to me. |
| RC-9019_00058706 | Devine  Timothy | May 13, 2012 | Cancelliere  Jeff - PA;David Sheeren;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058720 | Devine  Timothy | May 13, 2012 | Cancelliere  Jeff - PA;David Sheeren;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00058726 | Devine  Timothy | May 13, 2012 | Cancelliere  Jeff - PA;David Sheeren;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00055202 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com" | "Clark, Daniel E.;Jeffrey A. Lipps;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050723 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | David A. Beck;Jeffrey A. Lipps | FW: Thrivent term sheet |
| RC-9019_00071466 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | David A. Beck;Jeffrey A. Lipps | FW: Thrivent term sheet |
| RC-9019_00050728 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071470 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050744 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071486 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055295 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055342 | Timothy.Devine@ally.com | May 13, 2012 | "rcieri@kirkland.com;Hamzehpour, Tammy;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John;Thompson, William - Legal Dept PA" | | FW: Your Proposal |
| RC-9019_00050773 | Timothy.Devine@ally.com | May 13, 2012 | Kathy D. Patrick | "rcieri@kirkland.com;Lee, Gary S." | RE: Your Proposal |
| RC-9019_00055347 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John" | "rcieri@kirkland.com;Lee, Gary S." | RE: Your Proposal |
| RC-9019_00050821 | Timothy.Devine@ally.com | May 13, 2012 | "lipps@carpenterlipps.com;Levitt, Jamie A.;Ornstein, Noah;Thompson, William - Legal Dept - PA" | "Ruckdaschel, John;Solomon, William Legal" | RE: Proposed Language - Subject to FRE 408 |
| RC-9019_00050824 | Timothy.Devine@ally.com | May 13, 2012 | "rcieri@kirkland.com;rschrock@kirkland.com;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | FW: great news and very important note |
| RC-9019_00050826 | Timothy.Devine@ally.com | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com;Princi, Anthony" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071649 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com;Princi, Anthony" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055371 | Timothy.Devine@ally.com | May 13, 2012 | "rcieri@kirkland.com;Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Ruckdaschel, John" | | FW: Time |
| RC-9019_00055373 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony" | | FW: Time |
| RC-9019_00050828 | Timothy.Devine@ally.com | May 13, 2012 | "rcieri@kirkland.com;Lee, Gary S." | | FW: Time |
| RC-9019_00055417 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com" | RE: Settlement documents -- confidential |
| RC-9019_00055420 | Timothy.Devine@ally.com | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "rcieri@kirkland.com;Hessler, Stephen E.;nornstein@kirkland.com" | "Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055423 | Timothy.Devine@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050849 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps;Michael N. Beekhuizen;Thompson, William - Legal Dept - PA" | "nornstein@kirkland.com;David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |
| RC-9019_00050868 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps;Michael N. Beekhuizen;Thompson, William - Legal Dept - PA" | "nornstein@kirkland.com;David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |
| RC-9019_00055474 | Timothy.Devine@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Hessler, Stephen E.;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055477 | Timothy.Devine@ally.com | May 13, 2012 | "Hessler, Stephen E.';Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.';Ornstein, Noah';Levitt, Jamie A.;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050909 | Timothy.Devine@ally.com | May 13, 2012 | "Hessler, Stephen E.;Cancelliere, Jeff - PA;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.';Ornstein, Noah';Levitt, Jamie A.;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055489 | Timothy.Devine@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Hessler, Stephen E.;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055592 | Timothy.Devine@ally.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com" | RE: Settlement documents -- confidential |
| RC-9019_00055640 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | "Cieri, Richard M.;Lee, Gary S.;Ruckdaschel, John;Schrock, Ray C." | Kathy Patrick Deal |
| RC-9019_00055643 | Timothy.Devine@ally.com | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com" | "Newton, James A.;Princi, Anthony;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | RE: Kathy Patrick Deal |
| RC-9019_00055651 | Timothy.Devine@ally.com | May 13, 2012 | "Jeffrey A. Lipps;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John" | | FW: Settlement documents -- confidential |

Emails FROM Devine

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00051232 | Timothy.Devine@ally.com | May 13, 2012 | "Cieri, Richard M.;Lee, Gary S.;Ornstein, Noah" | "Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ruckdaschel, John;Solomon, William Legal;Zellmann, Patty - MN" | FW: Thrivent term sheet |
| RC-9019_00048802 | Timothy.Devine@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |

# EXHIBIT H

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00089773 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=CATHY.DONDZILA;Dondzila, Cathy - PA" | February 16, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Whitlinger, Jim - PA" | | FW: ResCap 12.31.11 Financial Statements *Certification Draft* |
| RC-9019_00093437 | "Nashelsky, Larren M.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=LNASHELSKY" | March 30, 2012 | "Evans, Nilene R.;Goren, Todd M.;Haims, Joel C.;Lee, Gary S.;Levitt, Jamie A.;Tanenbaum, James R." | | "FW: ResidentialFunding Company, LLC and GMAC Mortgage, LLC" |
| RC-9019_00048945 | Tammy.Hamzehpour@ally.com | April 16, 2012 | "Lee, Gary S." | | Fw: CONFIDENTIAL:  Data Template |
| RC-9019_00063034 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | April 16, 2012 | "Lee, Gary S.;Princi, Anthony" | | RE: Patrick |
| RC-9019_00047796 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | April 16, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A.;Princi, Anthony" | | FW: CONFIDENTIAL:  Data Template |
| RC-9019_00054586 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | April 16, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A.;Princi, Anthony" | | FW: CONFIDENTIAL:  Data Template |
| RC-9019_00048947 | Tammy.Hamzehpour@ally.com | April 16, 2012 | "Lee, Gary S." | | FW: PLS Claimant -- PRIVILEGED AND CONFIDENTIAL |
| RC-9019_00048949 | Tammy.Hamzehpour@ally.com | April 16, 2012 | "Lee, Gary S." | | FW: PLS Claimant |
| RC-9019_00061864 | Tammy.Hamzehpour@ally.com | April 16, 2012 | "Lee, Gary S." | | RE: PLS Claimant |
| RC-9019_00048956 | Timothy.Devine@ally.com | April 17, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: Kathy Patrick follow-up |
| RC-9019_00061424 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 17, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: Kathy Patrick follow-up |
| RC-9019_00093438 | "Clark, Daniel E.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK" | April 17, 2012 | "Lee, Gary S." | "Beck, Melissa D.;Levitt, Jamie A.;Newton, James A." | FW: [BULK] GMAC Mortgage |
| RC-9019_00093440 | "Beck, Melissa D.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK" | April 17, 2012 | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A." | "Newton, James A." | RE: [BULK] GMAC Mortgage |
| RC-9019_00093442 | "Clark, Daniel E.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK" | April 17, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Beck, Melissa D.;Newton, James A." | RE: [BULK] GMAC Mortgage |
| RC-9019_00093444 | "Levitt, Jamie A.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT" | April 18, 2012 | "Beck, Melissa D.;Clark, Daniel E.;Lee, Gary S." | "Newton, James A." | RE: [BULK] GMAC Mortgage |
| RC-9019_00061426 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 18, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Rosten, Linda" | "Devine, Timothy" | RE: Prep for Kathy Patrick Meeting |
| ALLY_0159961 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | April 19, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | | FW: Confidentiality Agreement" |
| ALLY_0209869 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | | RE: Confidentiality Agreement" |
| ALLY_0209878 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | | RE: Confidentiality Agreement" |
| RC-9019_00061427 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | KP is ready willing and able for Wed aftn -- are we good? |
| RC-9019_00048958 | Timothy.Devine@ally.com | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: KP is ready willing and able for Wed aftn -- are we good? |
| RC-9019_00061428 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | RE: KP is ready willing and able for Wed aftn -- are we good? |
| RC-9019_00048959 | Jeff.Cancelliere@gmacrescap.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;McDonagh, Tim;Nolan, William;Renzi, Mark;Rosten, Linda" | | RE: Prep for Kathy Patrick Meeting ((866) 203-0920; Code 1389301002) Host 5963 |
| RC-9019_00061430 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;McDonagh, Tim;Nolan, William;Renzi, Mark;Rosten, Linda" | | RE: Prep for Kathy Patrick Meeting ((866) 203-0920; Code 1389301002) Host 5963 |
| RC-9019_00061873 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | April 19, 2012 | "Lee, Gary S." | | RE: Prep for Kathy Patrick Meeting ((866) 203-0920; Code 1389301002) Host 5963 |
| RC-9019_00093447 | "Clark, Daniel E.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK" | April 19, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Beck, Melissa D.;Newton, James A." | RE: [BULK] GMAC Mortgage |
| RC-9019_00093143 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 19, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Hayes, Dana;McDonagh, Tim;Nolan, William" | Bounce - Draft Litigation Claims Overview |
| RC-9019_00093235 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 19, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Hayes, Dana;McDonagh, Tim;Nolan, William" | Bounce - Draft Litigation Claims Overview |
| RC-9019_00048960 | Timothy.Devine@ally.com | April 19, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | FW: Confidentiality Agreement |
| RC-9019_00048967 | Tammy.Hamzehpour@ally.com | April 19, 2012 | "Devine, Timothy;Lee, Gary S." | | RE: Confidentiality Agreement |
| RC-9019_00061435 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 19, 2012 | "Devine, Timothy;Lee, Gary S." | | RE: Confidentiality Agreement |
| RC-9019_00061874 | Tammy.Hamzehpour@ally.com | April 24, 2012 | "Lee, Gary S." | | FW: Prep for KP |
| RC-9019_00062396 | mark.renzi@FTIConsulting.com | April 24, 2012 | "Lee, Gary S.;Nolan, William" | "kchopra@centerviewpartners.com;Levitt, Jamie A.;Nashelsky, Larren M.;Park, Liz;Szymik, Filip" | RE: Prep for KP |
| RC-9019_00093273 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 24, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | "Park, Liz;Szymik, Filip" | Bounce - RW PLS Recovery Summary |

| | | | | |
|---|---|---|---|---|
| RC-9019_00093335 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 24, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | "Park, Liz;Szymik, Filip" | Bounce - RW PLS Recovery Summary |
| RC-9019_00048969 | Timothy.Devine@ally.com | April 26, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | Re: K Patrick Follow up - FRE 408. |
| RC-9019_00047803 | mark.renzi@FTIConsulting.com | April 26, 2012 | "Lee, Gary S.;Levitt, Jamie A." | | FW: Kathy Patrick Estimated Representation |
| RC-9019_00047805 | mark.renzi@FTIConsulting.com | April 26, 2012 | "Lee, Gary S.;Levitt, Jamie A." | | |
| RC-9019_00068839 | "Nashelsky, Lauren M.; /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=LNASHELSKY" | April 26, 2012 | "Evans, Nilene R.;Goren, Todd M.;Lee, Gary S.;Tanenbaum, James R." | "Levitt, Jamie A." | "FW: Residential Funding Company, LLC and GMAC Mortgage, LLC" |
| RC-9019_00048970 | Timothy.Devine@ally.com | April 27, 2012 | "rschrock@kirkland.com';Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Solomon, William Legal" | | RE: next steps |
| RC-9019_00062401 | mark.renzi@FTIConsulting.com | April 27, 2012 | "Lee, Gary S." | "Levitt, Jamie A.;Nolan, William" | RE: next steps |
| RC-9019_00048972 | William.b.Solomon@ally.com | April 27, 2012 | "'rcieri@kirkland.com';'rschrock@kirkland.com';Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | | Re: next steps |
| RC-9019_00048974 | Timothy.Devine@ally.com | April 27, 2012 | "'rcieri@kirkland.com';'rschrock@kirkland.com';Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Solomon, William Legal" | | RE: next steps |
| RC-9019_00062404 | mark.renzi@FTIConsulting.com | April 27, 2012 | "Lee, Gary S." | "Levitt, Jamie A.;Nolan, William" | RE: next steps |
| RC-9019_00061875 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | April 28, 2012 | "Lee, Gary S." | | RE: next steps |
| RC-9019_00061476 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S." | "dbent@orrick.com;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | RE: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |
| RC-9019_00061479 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "dbent@orrick.com;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | RE: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |
| RC-9019_00047814 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061306 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047817 | "Lee, Gary S.; /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | April 30, 2012 | "Devine, Timothy';'Ruckdaschel, John';Lee, Gary S." | "Cancelliere, Jeff - PA';Cieri, Richard M.';Hamzehpour, Tammy';'mark.renzi@fticonsulting.com';Schrock, Ray C.';Thompson, William - Legal Dept - PA';Zellmann, Patty - MN';Levitt, Jamie A." | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00060253 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047819 | "Renzi, Mark; mark.renzi@FTIConsulting.com" | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061307 | mark.renzi@FTIConsulting.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00093427 | "Ruckdaschel, John; John.Ruckdaschel@ally.com" | April 30, 2012 | "Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047825 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061311 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047827 | Timothy.Devine@ally.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061485 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00064224 | mark.renzi@FTIConsulting.com | April 30, 2012 | "Lee, Gary S.;Ruckdaschel, John" | | "RE: Kathy Patrick, FHFA, MBIA, etc" |

| RC-9019_00060872 | rcieri@kirkland.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00093196 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 30, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Nolan, William" | RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx |
| RC-9019_00047830 | mark.renzi@FTIConsulting.com | April 30, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | "Nolan, William;Park, Liz;Renzi, Mark;Szymik, Filip" | RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx |
| RC-9019_00093283 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 30, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | "Nolan, William;Park, Liz;Renzi, Mark;Szymik, Filip" | RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx |
| RC-9019_00093371 | "Renzi, Mark: mark.renzi@FTIConsulting.com" | April 30, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | "Nolan, William;Park, Liz;Renzi, Mark;Szymik, Filip" | RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx |
| ALLY_0209988 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 1, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | FW: [CONTENT] RE: Tolling Agreements" |
| RC-9019_00048983 | Timothy.Devine@ally.com | May 1, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Meeting with KP Steering Committee |
| RC-9019_00061320 | \O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 1, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Meeting with KP Steering Committee |
| RC-9019_00048984 | Timothy.Devine@ally.com | May 1, 2012 | "Cieri, Richard M.;Lee, Gary S.;Rosten, Linda;Schrock, Ray C." | "Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | FW: Meeting with KP Steering Committee |
| RC-9019_00061321 | \O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 1, 2012 | "Cieri, Richard M.;Lee, Gary S.;Rosten, Linda;Schrock, Ray C." | "Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | FW: Meeting with KP Steering Committee |
| ALLY_0143620 | "Schrock, Ray C. (rschrock@kirkland.com)" | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Donovan, Daniel T. (ddonovan@kirkland.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com);Powell, Jeff (jpowell@kirkland.com);Wofford, Keith H. (keith.wofford@ropesgray.com)" | "#PROJECTRODEO (projectrodeo@kirkland.com);Cieri, Richard M. (rcieri@kirkland.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143646 | "Schrock, Ray C. (rschrock@kirkland.com)" | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Donovan, Daniel T. (ddonovan@kirkland.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com);Powell, Jeff (jpowell@kirkland.com);Wofford, Keith H. (keith.wofford@ropesgray.com)" | "#PROJECTRODEO (projectrodeo@kirkland.com);Cieri, Richard M. (rcieri@kirkland.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143651 | "Wofford, Keith H. (keith.wofford@ropesgray.com)" | May 2, 2012 | "Devine, Timothy (timothy.devine@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com)" | "Cieri, Richard M. (rcieri@kirkland.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Schrock, Ray C. (rschrock@kirkland.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | RE: Steering Committee" |
| RC-9019_00093211 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 2, 2012 | "Lee, Gary S." | "Nolan, William" | RE: Can you amend pg 6 and change date on presentation to may 2. I will send to cathy with your caveat and ask for nda. |
| RC-9019_00048987 | \O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 2, 2012 | "Devine, Timothy';Kathy D. Patrick';Lee, Gary S." | "Cieri, Richard M.';Rosten, Linda';Schrock, Ray C.'" | RE: Steering Committee |
| RC-9019_00049000 | kpatrick@gibbsbruns.com | May 2, 2012 | "Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;Kathy D. Patrick;Rosten, Linda;Schrock, Ray C." | RE: Steering Committee |
| KEL_001_1_0000000 2-46448 | Carl E. Black <ceblack@JonesDay.com> | May 2, 2012 | "Lee, Gary S. <GLee@mofo.com>" | "Howard F Sidman <hfsidman@JonesDay.com>;Kegg, Laura (FGIC) </O=FGIC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LAURA.KEGG>;Levitt, Jamie A. <JLevitt@mofo.com>" | Re: NDA |

| | | | | | |
|---|---|---|---|---|---|
| KEL_001_1_0000000 2-46454 | Carl E. Black <ceblack@JonesDay.com> | May 2, 2012 | "Lee, Gary S. <GLee@mofo.com>" | "hfsidman@jonesday.com <hfsidman@jonesday.com>;Kegg, Laura (FGIC) </O=FGIC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LAURA.KEGG>;Lee, Gary S. <GLee@mofo.com>;Levitt, Jamie A. <JLevitt@mofo.com>;O'Donnell, Deirdre <DODonnell@mofo.com>" | Re: NDA |
| RC-9019_00049003 | kpatrick@gibbsbruns.com | May 2, 2012 | "Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;David Sheeren;Kathy D. Patrick;Martin, D. Ross;Schrock, Ray C.;Scott A. Humphries;Wofford, Keith H." | RE: Steering Committee |
| RC-9019_00049006 | Keith.Wofford@ropesgray.com | May 2, 2012 | "'Kathy D. Patrick';Devine, Timothy;Lee, Gary S." | "Cieri, Richard M.;David Sheeren;Martin, D. Ross;Schrock, Ray C.;Scott A. Humphries" | RE: Steering Committee |
| RC-9019_00049010 | rschrock@kirkland.com | May 2, 2012 | "'Kathy D. Patrick';Devine, Timothy;Donovan, Daniel T.;Lee, Gary S.;Powell, Jeff;Wofford, Keith H." | "#PROJECTRODEO;Cieri, Richard M.;David Sheeren;Martin, D. Ross;Scott A. Humphries" | RE: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00061879 | mpuntus@centerviewpartners.com | May 2, 2012 | "Lee, Gary S." | "Karn Chopra;Nashelsky, Larren M." | Re: Steering Committee |
| ALLY_0143662 | "Martin, D. Ross (ross.martin@ropesgray.com)" | May 3, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | " RE: Call" |
| ALLY_0143670 | Jerry Phelps (jerry@talcottfranklin.com) | May 3, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Tomorrow?" |
| ALLY_0143680 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | "(mark.renzi@fticonsulting.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | | Fw: Meeting Tomorrow?" |
| ALLY_0143696 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 3, 2012 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | "Nashelsky, Larren M. (lnashelsky@mofo.com)" | " RE: Gmacm" |
| ALLY_0143748 | "Martin, D. Ross (ross.martin@ropesgray.com)" | May 3, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | " RE: Call" |
| ALLY_0160004 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 3, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Delehey, Lauren - PA (lauren.delehy@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Gary Lee (glee@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | FW: " |
| RC-9019_00049019 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;rkielty@centerviewpartners.com;ross.martin@ropesgray.com" | Kathy D. Patrick;Keith.Wofford@ropesgray.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;Tammy.Hamzehpour@gmacrescap.com;Timothy.Devine@ally.com | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00061501 | kpatrick@gibbsbruns.com | May 3, 2012 | glee@mofo.com;rkielty@centerviewpartners.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Keith.Wofford@ropesgray.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00049022 | Ross.Martin@ropesgray.com | May 3, 2012 | "Lee, Gary S.;rkielty@centerviewpartners.com" | "Azman, Darren;Kathy D. Patrick;Scott A. Humphries;Wofford, Keith H." | ResCap NDA |
| RC-9019_00061505 | JLevitt@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;mark.renzi@fticonsulting.com;" | | Fw: Meeting Tomorrow? |
| RC-9019_00049033 | John.Ruckdaschel@ally.com | May 3, 2012 | "Lee, Gary S.;Levitt, Jamie A." | | FW: |
| RC-9019_00049034 | John.Ruckdaschel@ally.com | May 3, 2012 | "David Sheeren;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;Scott A. Humphries;Thompson, William - Legal Dept - PA" | | FW: |

| RC-9019_00061327 | O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 3, 2012 | "David Sheeren;Delehey, Lauren - PA;Devine, Timothy;Gary Lee;Hamzehpour, Tammy;Kathy D. Patrick;Levitt, Jamie A.;Scott A. Humphries;Thompson, William - Legal Dept - PA" | | FW: |
| RC-9019_00093223 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 3, 2012 | "Lee, Gary S." | "Nolan, William" | Bounce - Discussion Materials - Distribution File v1 May 3.pdf - Adobe Acrobat Standard |
| RC-9019_00049036 | kpatrick@gibbsbruns.com | May 3, 2012 | "Kathy D. Patrick;Lee, Gary S." | | RE: Gmacm |
| RC-9019_00061523 | Ross.Martin@ropesgray.com | May 3, 2012 | "Kathy D. Patrick';Lee, Gary S." | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| RC-9019_00061525 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;ross.martin@ropesgray.com" | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| RC-9019_00061526 | kpatrick@gibbsbruns.com | May 3, 2012 | "Lee, Gary S.;Martin, D. Ross" | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A." | RE: Call |
| ALLY_0143750 | Jerry Phelps (jerry@talcottfranklin.com) | May 4, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Tomorrow?" |
| ALLY_0143757 | Jerry Phelps (jerry@talcottfranklin.com) | May 4, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Tomorrow?" |
| ALLY_0160012 | Jerry Phelps (jerry@talcottfranklin.com) | May 4, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |
| RC-9019_00061530 | O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | FW: |
| RC-9019_00061531 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00061533 | O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | RE: |
| RC-9019_00061535 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00049082 | Timothy.Devine@ally.com | May 4, 2012 | "Hamzehpour, Tammy;Lee, Gary S." | | Re: Kathy Patrick |
| RC-9019_00060255 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: |
| RC-9019_00060875 | O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | | RE: |
| RC-9019_00049088 | Ross.Martin@ropesgray.com | May 4, 2012 | "Lee, Gary S." | "Kathy D. Patrick;Scott A. Humphries;Wofford, Keith H." | Plan Support Agreement |
| ALLY_0143773 | Jerry Phelps (jerry@talcottfranklin.com) | May 5, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |
| ALLY_0210047 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only" |
| ALLY_0210053 | "Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | RE: For Settlement Purposes Only" |
| ALLY_0210059 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | RE: For Settlement Purposes Only" |

| | | | | | |
|---|---|---|---|---|---|
| ALLY_0210089 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Gary S. Lee (glee@mofo.com) (glee@mofo.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | RE: For Settlement Purposes Only" |
| RC-9019_00058390 | Kathy D. Patrick | May 5, 2012 | David Sheeren;Lee  Gary S.;Martin  D. Ross | | Question |
| RC-9019_00058733 | Martin  D. Ross | May 5, 2012 | Lee  Gary S. | Kathy D. Patrick;Lee  Gary S.;Levitt  Jamie A. | Re: GUCs |
| RC-9019_00049101 | kpatrick@gibbsbruns.com | May 5, 2012 | "Kathy D. Patrick;Lee, Gary S.;ross.martin@ropesgray.com" | "Levitt, Jamie A." | Re: GUCs |
| RC-9019_00061554 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;Levitt, Jamie A.;Thompson, William - Legal Dept - PA" | | RE: For Settlement Purposes Only |
| RC-9019_00061580 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Thompson, William - Legal Dept - PA" | | RE: For Settlement Purposes Only |
| RC-9019_00061884 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 5, 2012 | "Lee, Gary S." | | Fw: For Settlement Purposes Only |
| RC-9019_00049104 | kpatrick@gibbsbruns.com | May 5, 2012 | "Lee, Gary S.;Martin, D. Ross" | David Sheeren;Kathy D. Patrick | Voting Rights |
| RC-9019_00061585 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 5, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Thompson, William - Legal Dept - PA" | | PRIVILEGED:  KP versus Monolines |
| RC-9019_00061889 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 5, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E.;Goren, Todd M.;Nashelsky, Larren M." | RE: Plan Support Agreement |
| RC-9019_00058362 | Wishnew  Jordan A. | May 6, 2012 | David Sheeren;Kathy D. Patrick;Lee  Gary S.;ross.martin@ropesgray.com | | RE: Question |
| RC-9019_00049105 | Jeff.Cancelliere@gmacrescap.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060264 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061342 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 6, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061892 | rkielty@centerviewpartners.com | May 6, 2012 | "Lee, Gary S." | Benjamin H. Weingarten;Karn Chopra;Marc Puntus | RE: Rescap RMBS Group |
| RC-9019_00061894 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=LNASHELSKY | May 6, 2012 | "Lee, Gary S." | | RE: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00049143 | Jeff.Cancelliere@gmacrescap.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00060301 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061347 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Gary S. Lee (glee@mofo.com);Hamzehpour, Tammy;jlevitt@mofo.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: PRIVILEGED:  KP versus Monolines |
| RC-9019_00061596 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S." | | RE: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00049146 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 6, 2012 | "John.Ruckdaschel@ally.com';'tammy.hamzehpour@ally com';'Timothy.Devine@ally.com';Lee, Gary S." | | Re: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00061598 | JLevitt@mofo.com | May 6, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | | Re: FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00056744 | "Martin, D. Ross <Ross.Martin@ropesgray.com>" | May 7, 2012 | Gary Lee Esq. <glee@mofo.com>;Ray Schrock <rschrock@kirkland.com> | | RMBS Status |
| RC-9019_00058388 | Kathy D. Patrick | May 7, 2012 | glee@mofo.com;Kathy D. Patrick | | Re: Need to speak to you. You free and on what number. |
| RC-9019_00058735 | Martin  D. Ross | May 7, 2012 | Lee  Gary S. | Kathy D. Patrick;Lee  Gary S.;Levitt  Jamie A.;mpuntus@centerviewpartners.com;rkielty@centervie wpartners.com | Re: Bounce - Gibbs & Brun / Ropes & Gray NDA |

| RC-9019_00090163 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=MZGGZ3;Rosten, Linda" | May 7, 2012 | "lipps@carpenterlipps.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Ware, Michael O.';Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Raymond, Elizabeth A.;Rosten, Linda;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | KP Settlement Agmt and PSA (Dial-In: (866) 203-0920; Access Code 1389301002) |
| RC-9019_00049148 | Timothy.Devine@ally.com | May 7, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Lee, Gary S.;Raymond, Elizabeth A.;Ruckdaschel, John;Schrock, Ray C.;Ware, Michael O." | | KP Settlement Agmt and PSA |
| RC-9019_00047856 | Timothy.Devine@ally.com | May 7, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark" | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | RE: Bounce - Five New Scenarios (DRAFT) |
| RC-9019_00047863 | brownc@blackstone.com | May 7, 2012 | "Coleman, Timothy R.;Lee, Gary S.;mark.renzi@fticonsulting.com" | "gregory.petrick@cwt.com;Jaffe, Benjamin;Levitt, Jamie A.;Mates, Scott;mpuntus@centerviewpartners.com;rkielty@centerviewpartners.com" | Re: Rescap |
| RC-9019_00061638 | JLevitt@mofo.com | May 7, 2012 | "battle@CarpenterLipps.com;Devine, Timothy;Lee, Gary S.;nornstein@kirkland.com;Ruckdaschel, John" | "Clark, Daniel E.;Hamzehpour, Tammy;Newton, James A." | Privileged and Confidential -- For Settlement Purpose Only -- KP settlement agreement draft |
| RC-9019_00049153 | kpatrick@gibbsbruns.com | May 7, 2012 | "Kathy D. Patrick;Lee, Gary S." | | Re: I'm on with client now. Free up at 9. |
| RC-9019_00061650 | mark.renzi@FTIConsulting.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;glee@mofo.com;Hamzehpour, Tammy;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "LNashelsky@mofo.com;Nolan, William" | Re: KP |
| RC-9019_00049157 | Jeff.Cancelliere@gmacrescap.com | May 7, 2012 | "mark.renzi@FTIConsulting.com';'rcieri@kirkland.com';'schrock@kirkland.com';Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "william.nolan@fticonsulting.com';Nashelsky, Larren M." | RE: KP |
| ALLY_0160047 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "(mark.renzi@fticonsulting.com);Lee, Gary S. (glee@mofo.com)" | "(william.nolan@fticonsulting.com);Devine, Timothy (timothy.devine@ally.com)" | "
RE: BOA Loss Estimate" |
| ALLY_0210143 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | | "
RE: plan" |
| ALLY_0210147 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 8, 2012 | "(jlevitt@mofo.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Schrock, Ray C. (rschrock@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com)" | | "
RE: plan" |
| ALLY_0210152 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | "(mark.renzi@fticonsulting.com);(rschrock@kirkland.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "
RE: Are you available" |
| ALLY_0210179 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | "(jlevitt@mofo.com);Cieri, Richard M. (rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Schrock, Ray C. (rschrock@kirkland.com)" | | "
FW: plan" |
| ALLY_0210180 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | "(mark.renzi@fticonsulting.com);(rschrock@kirkland.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "
RE: Are you available" |
| ALLY_0210186 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 8, 2012 | "(rcieri@kirkland.com);(rschrock@kirkland.com);Lee, Gary S. (glee@mofo.com)" | | "
RE: Are you available" |
| RC-9019_00056964 | "Martin, D. Ross <Ross.Martin@ropesgray.com>" | May 8, 2012 | "Lee, Gary S. <GLee@mofo.com>" | | Re: Setoff |
| RC-9019_00058688 | Kathy D. Patrick | May 8, 2012 | glee@mofo.com;Kathy D. Patrick | | Re: One Other Thing |
| RC-9019_00061898 | mark.renzi@FTIConsulting.com | May 8, 2012 | "Lee, Gary S." | | RE: KP |
| RC-9019_00093295 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00093383 | "Renzi, Mark: mark.renzi@FTIConsulting.com" | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00093305 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | RE: Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00093393 | "Renzi, Mark: mark.renzi@FTIConsulting.com" | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA;Nolan, William;Park, Liz;Szymik, Filip" | RE: Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00049160 | dsheeren@gibbsbruns.com | May 8, 2012 | "John.Ruckdaschel@ally.com;Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | Robert J. Madden;Scott A. Humphries | RE: One Other Thing |
| RC-9019_00060909 | dsheeren@gibbsbruns.com | May 8, 2012 | "Devine, Timothy;glee@mofo.com;Kathy D. Patrick;Ruckdaschel, John" | Robert J. Madden;Scott A. Humphries | RE: One Other Thing |
| RC-9019_00049162 | Timothy.Devine@ally.com | May 8, 2012 | "rcieri@kirkland.com';Lee, Gary S." | "rschrock@kirkland.com;Cancelliere, Jeff - PA;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Solomon, William Legal" | FW: Are you available |
| RC-9019_00060911 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 8, 2012 | "rcieri@kirkland.com';Lee, Gary S." | "rschrock@kirkland.com';Cancelliere, Jeff - PA;JLevitt@mofo.com;Renzi, Mark;Ruckdaschel, John;Solomon, William Legal" | FW: Are you available |
| RC-9019_00061352 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 8, 2012 | "rcieri@kirkland.com';battle@CarpenterLipps.com;Delehey, Lauren - PA;jlevitt@mofo.com;Lee, Gary S.;mware@mayerbrown.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Draft Settlement Agreement and PSA |
| RC-9019_00047906 | Timothy.Devine@ally.com | May 8, 2012 | "rcieri@kirkland.com;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "rschrock@kirkland.com';Delehey, Lauren - PA;Solomon, William Legal;Thompson, William - Legal Dept - PA" | Talcott Franklin |
| RC-9019_00061353 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 8, 2012 | "rcieri@kirkland.com';battle@CarpenterLipps.com;Delehey, Lauren - PA;Devine, Timothy;jlevitt@mofo.com;Lee, Gary S;mware@mayerbrown.com;Thompson, William - Legal Dept - PA" | | RE: Draft Settlement Agreement and PSA |
| RC-9019_00061354 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 8, 2012 | "rcieri@kirkland.com';Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Ruckdaschel, John" | "rschrock@kirkland.com';Delehey, Lauren - PA;Solomon, William Legal;Thompson, William - Legal Dept - PA" | Talcott Franklin |
| RC-9019_00049164 | mark.renzi@FTIConsulting.com | May 8, 2012 | "Lee, Gary S.;rcieri@kirkland.com;Timothy.Devine@ally.com" | "Jeff.Cancelliere@gmacrescap.com;John.Ruckdaschel@ally.com;Levitt, Jamie A.;rschrock@kirkland.com;William.b.Solomon@ally.com" | Re: Are you available |
| RC-9019_00060913 | mark.renzi@FTIConsulting.com | May 8, 2012 | "Devine, Timothy;glee@mofo.com;rcieri@kirkland.com" | "Cancelliere, Jeff - PA;JLevitt@mofo.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | Re: Are you available |
| RC-9019_00061902 | Jeff.Cancelliere@gmacrescap.com | May 8, 2012 | "mark.renzi@FTIConsulting.com';Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "william.nolan@fticonsulting.com';Nashelsky, Larren M." | Re: KP |
| RC-9019_00060916 | kpatrick@gibbsbruns.com | May 8, 2012 | "David Sheeren;Devine, Timothy;glee@mofo.com;Kathy D. Patrick;Ruckdaschel, John" | Robert J. Madden;Scott A. Humphries | Re: One Other Thing |
| RC-9019_00049167 | dsheeren@gibbsbruns.com | May 8, 2012 | "John.Ruckdaschel@ally.com;Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | Robert J. Madden;Scott A. Humphries | RE: One Other Thing |
| RC-9019_00060917 | dsheeren@gibbsbruns.com | May 8, 2012 | "Devine, Timothy;glee@mofo.com;Kathy D. Patrick;Ruckdaschel, John" | Robert J. Madden;Scott A. Humphries | RE: One Other Thing |
| RC-9019_00049171 | dsheeren@gibbsbruns.com | May 8, 2012 | "Lee, Gary S." | Kathy D. Patrick;Robert J. Madden;Scott A. Humphries | BOA Loss Estimate |
| RC-9019_00049173 | kpatrick@gibbsbruns.com | May 8, 2012 | "Kathy D. Patrick;Lee, Gary S." | | Re: One Other Thing |
| RC-9019_00049175 | Timothy.Devine@ally.com | May 8, 2012 | "Lee, Gary S.;rcieri@kirkland.com;rscrock@kirkland.com" | | RE: Are you available |
| RC-9019_00060347 | /o=GMAC Mortgage Corp/cn=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 8, 2012 | "Devine, Timothy;Lee, Gary S.;rcieri@kirkland.com" | "Levitt, Jamie A.;mark.renzi@fticonsulting.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | RE: Are you available |
| RC-9019_00049179 | Timothy.Devine@ally.com | May 8, 2012 | "Lee, Gary S.;rcieri@kirkland.com" | "Cancelliere, Jeff - PA;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | RE: Are you available |
| RC-9019_00060927 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 8, 2012 | "Lee, Gary S.;rcieri@kirkland.com" | "Cancelliere, Jeff - PA;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | RE: Are you available |
| RC-9019_00061906 | Jeff.Cancelliere@gmacrescap.com | May 8, 2012 | "Lee, Gary S.;mark.renzi@fticonsulting.com" | william.nolan@fticonsulting.com | RE: BOA Loss Estimate |
| RC-9019_00049190 | Jeff.Cancelliere@gmacrescap.com | May 8, 2012 | "Lee, Gary S.;mark.renzi@fticonsulting.com" | "Devine, Timothy;william.nolan@fticonsulting.com" | RE: BOA Loss Estimate |
| RC-9019_00060350 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 8, 2012 | "Lee, Gary S.;mark.renzi@fticonsulting.com" | "Devine, Timothy;william.nolan@fticonsulting.com" | RE: BOA Loss Estimate |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00047924 | brownc@blackstone.com | May 8, 2012 | "Lee, Gary S.;Levitt, Jamie A.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;rkielty@centerviewpartners.com" | "Coleman, Timothy R.;gregory.petrick@cwt.com;Ingrid.Bagby@cwt.com;Jaffe, Benjamin;Mark.Ellenberg@cwt.com;Mates, Scott" | RE: Rescap |
| RC-9019_00047938 | brownc@blackstone.com | May 8, 2012 | "Lee, Gary S.;Levitt, Jamie A.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;rkielty@centerviewpartners.com" | "Coleman, Timothy R.;gregory.petrick@cwt.com;Ingrid.Bagby@cwt.com;Jaffe, Benjamin;Mark.Ellenberg@cwt.com;Mates, Scott" | Re: Rescap |
| ALLY_0143859 | Jerry Phelps (jerry@talcottfranklin.com) | May 9, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | "Re: Talcott Franklin group" |
| ALLY_0143866 | Jerry Phelps (jerry@talcottfranklin.com) | May 9, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | "Re: Talcott Franklin group" |
| ALLY_0143879 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 9, 2012 | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | (keith.wofford@ropesgray.com);(ross.martin@ropesgray.com) | "RE: RMBS Stipulated Claim" |
| ALLY_0143928 | Jerry Phelps (jerry@talcottfranklin.com) | May 9, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | "Re: Talcott Franklin group" |
| ALLY_0143935 | Jerry Phelps (jerry@talcottfranklin.com) | May 9, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | "Re: Talcott Franklin group" |
| RC-9019_00058674 | Kathy D. Patrick | May 9, 2012 | glee@mofo.com;Kathy D. Patrick;Timothy.Devine@ally.com | Keith.Wofford@ropesgray.com;rcieri@kirkland.com;Ross.Martin@ropesgray.com | Re: RMBS Stipulated Claim |
| RC-9019_00058675 | Kathy D. Patrick | May 9, 2012 | glee@mofo.com;JWishnew@mofo.com;Kathy D. Patrick;ross.martin@ropesgray.com | David Sheeren;JLevitt@mofo.com;Keith.Wofford@ropesgray.com | Re: RMBS Stipulated Claim |
| RC-9019_00058686 | Kathy D. Patrick | May 9, 2012 | glee@mofo.com;Kathy D. Patrick | | Re: Update |
| RC-9019_00058692 | Kathy D. Patrick | May 9, 2012 | glee@mofo.com;Kathy D. Patrick;ross.martin@ropesgray.com | JLevitt@mofo.com;JWishnew@mofo.com;Keith.Wofford@ropesgray.com | Re: RMBS Stipulated Claim |
| RC-9019_00058742 | Martin  D. Ross | May 9, 2012 | Kathy D. Patrick;Lee  Gary S. | Wofford  Keith H. | RE: RMBS Stipulated Claim |
| RC-9019_00049195 | Ross.Martin@ropesgray.com | May 9, 2012 | "Lee, Gary S." | | Re: Settlement agreement and PSA |
| RC-9019_00049196 | Timothy.Devine@ally.com | May 9, 2012 | "Lee, Gary S." | "Cieri, Richard M.;Schrock, Ray C." | KP |
| RC-9019_00047942 | Timothy.Devine@ally.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren PA;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | Talcott Franklin |
| RC-9019_00060361 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren PA;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | Talcott Franklin |
| RC-9019_00061657 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00049198 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060364 | JLevitt@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |

Emails TO I etc

| RC-9019_00049209 | Timothy.Devine@ally.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren PA;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
|---|---|---|---|---|---|
| RC-9019_00060375 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren PA;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00049211 | Jeff.Cancelliere@gmacrescap.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061357 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren PA;Devine, Timothy;Hamzehpour, Tammy;jlevitt@mofo.com;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060379 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Levitt, Jamie A.';Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061659 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061661 | JLevitt@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Delehey, Lauren PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00060381 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Levitt, Jamie A.';Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00061359 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 9, 2012 | "Cieri, Richard M.;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Renzi, Mark;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | RE: Talcott Franklin |
| RC-9019_00049214 | Timothy.Devine@ally.com | May 9, 2012 | "Lee, Gary S.;rcieri@kirkland.com;rschrock@kirkland.com" | | RE: KP.  Privileged. (Subject to FRE 408) |
| RC-9019_00061911 | Tammy.Hamzehpour@ally.com | May 9, 2012 | "Lee, Gary S.;Marano, Tom;Nashelsky, Larren M." | | RE: KP |
| RC-9019_00049218 | kpatrick@gibbsbruns.com | May 9, 2012 | "Lee, Gary S." | | Update |
| RC-9019_00049219 | tom.marano@ally.com | May 9, 2012 | "Richard Cieri';Lee, Gary S." | | gse |
| RC-9019_00049220 | rcieri@kirkland.com | May 9, 2012 | "Lee, Gary S.;Marano, Tom" | | RE: gse |
| RC-9019_00049221 | kpatrick@gibbsbruns.com | May 9, 2012 | "Lee, Gary S.;Timothy.Devine@ally.com" | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Ross.Martin@ropesgray.com | RMBS Stipulated Claim |
| RC-9019_00049222 | rcieri@kirkland.com | May 9, 2012 | "Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | "Anita Bhama (anita.bhama@ally.com);Keith.Wofford@ropesgray.com;Lee, Gary S.;Ross.Martin@ropesgray.com;Solomon, William Legal" | RE: RMBS Stipulated Claim |
| RC-9019_00049224 | kpatrick@gibbsbruns.com | May 9, 2012 | "Lee, Gary S.;Timothy.Devine@ally.com" | Keith.Wofford@ropesgray.com;Ross.Martin@ropesgray.com | RE: RMBS Stipulated Claim |
| RC-9019_00049226 | Ross.Martin@ropesgray.com | May 9, 2012 | "noah.ornstein@kirkland.com';Lee, Gary S." | "Kathy D. Patrick';Wofford, Keith H." | Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00049254 | Timothy.Devine@ally.com | May 9, 2012 | "rcieri@kirkland.com';rschrock@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Zellmann, Patty - MN" | | Re: Talcott |
| RC-9019_00049256 | Gregory.Petrick@cwt.com | May 9, 2012 | "Lee, Gary S." | | Re: Dataroom |
| RC-9019_00049260 | kpatrick@gibbsbruns.com | May 9, 2012 | "Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | Keith.Wofford@ropesgray.com;rcieri@kirkland.com;Ross.Martin@ropesgray.com | Re: RMBS Stipulated Claim |
| RC-9019_00049263 | rcieri@kirkland.com | May 9, 2012 | "Lee, Gary S." | | RE: RMBS Stipulated Claim |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00049266 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 9, 2012 | "'nornstein@kirkland.com';Lee, Gary S." | "Princi, Anthony" | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00070975 | "'/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 9, 2012 | "'nornstein@kirkland.com';Lee, Gary S." | "Princi, Anthony" | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00047943 | Jerry@talcottfranklin.com | May 9, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Timothy Devine" | Paul Snyder;Talcott J. Franklin | Talcott Franklin group |
| RC-9019_00062416 | John.Ruckdaschel@ally.com | May 9, 2012 | "Lee, Gary S.;Levitt, Jamie A." | | "RE: Phoenix Residential Securities, LLC (""PRS"")" |
| RC-9019_00054601 | Ross.Martin@ropesgray.com | May 9, 2012 | "Lee, Gary S.;nornstein@kirkland.com" | "kpatrick@gibbsbruns.com;Levitt, Jamie A.;Princi, Anthony;Wofford, Keith H." | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00049298 | Ross.Martin@ropesgray.com | May 9, 2012 | "Ornstein, Noah';Lee, Gary S." | "kpatrick@gibbsbruns.com';'rcieri@kirkland.com';Levitt, Jamie A.;Princi, Anthony;rschrock@kirkland.com;Wofford, Keith H." | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00071006 | "Martin, D. Ross;Ross.Martin@ropesgray.com" | May 9, 2012 | "'Ornstein, Noah';Lee, Gary S." | "kpatrick@gibbsbruns.com';'rcieri@kirkland.com';Levitt, Jamie A.;Princi, Anthony;rschrock@kirkland.com;Wofford, Keith H." | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00049330 | kpatrick@gibbsbruns.com | May 9, 2012 | "keith.wofford@ropesgray.com;Lee, Gary S.;ross.martin@ropesgray.com" | | Re: RMBS Stipulated Claim |
| RC-9019_00049333 | Ross.Martin@ropesgray.com | May 9, 2012 | "'Ornstein, Noah';Lee, Gary S.;Martin, D. Ross" | "David Sheeren';kpatrick@gibbsbruns.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Levitt, Jamie A.;Princi, Anthony;Wofford, Keith H." | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00071038 | "Martin, D. Ross;Ross.Martin@ropesgray.com" | May 9, 2012 | "'Ornstein, Noah';Lee, Gary S.;Martin, D. Ross" | "David Sheeren';kpatrick@gibbsbruns.com';'rcieri@kirkland.com';rschrock@kirkland.com';Levitt, Jamie A.;Princi, Anthony;Wofford, Keith H." | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00047948 | Ross.Martin@ropesgray.com | May 9, 2012 | "'Ornstein, Noah';Lee, Gary S.;Martin, D. Ross" | "David Sheeren';kpatrick@gibbsbruns.com';'rcieri@kirkland.com';rschrock@kirkland.com';Azman, Darren;Devore, Andrew G.;Levitt, Jamie A.;Princi, Anthony;Wofford, Keith H." | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00071040 | "Martin, D. Ross;Ross.Martin@ropesgray.com" | May 9, 2012 | "'Ornstein, Noah';Lee, Gary S.;Martin, D. Ross" | "David Sheeren';kpatrick@gibbsbruns.com';'rcieri@kirkland.com';rschrock@kirkland.com';Azman, Darren;Devore, Andrew G.;Levitt, Jamie A.;Princi, Anthony;Wofford, Keith H." | RE: Revised Plan Support Agreement (G&B-R&G Comments 5.9.2012).DOCX |
| RC-9019_00049335 | Andrew.Devore@ropesgray.com | May 9, 2012 | "Ornstein, Noah';'rcieri@kirkland.com';'rschrock@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "David Sheeren';kpatrick@gibbsbruns.com';Azman, Darren;Martin, D. Ross;Wofford, Keith H." | ResCap Settlement Agreement |
| RC-9019_00071042 | "Andrew.Devore@ropesgray.com;Devore, Andrew G." | May 9, 2012 | "Ornstein, Noah';'rcieri@kirkland.com';'rschrock@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "David Sheeren';kpatrick@gibbsbruns.com';Azman, Darren;Martin, D. Ross;Wofford, Keith H." | ResCap Settlement Agreement |
| RC-9019_00063065 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 9, 2012 | "Lee, Gary S.;Newton, James A.;Princi, Anthony" | | Re: KP -- Plan Support Agreement -- Do not understand what they are trying to do in the termination events section. In office. Rick |
| RC-9019_00047952 | Ross.Martin@ropesgray.com | May 9, 2012 | "kpatrick@gibbsbruns.com;Lee, Gary S.;Wishnew, Jordan A." | "Levitt, Jamie A.;Wofford, Keith H." | RE: RMBS Stipulated Claim |
| RC-9019_00049361 | mark.renzi@FTIConsulting.com | May 9, 2012 | "Lee, Gary S." | | RE: RMBS Stipulated Claim |
| RC-9019_00062420 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 9, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: KP -- Plan Support Agreement -- Do not understand what they are trying to do in the termination events section. In office. Rick |
| RC-9019_00047974 | Timothy.Devine@ally.com | May 9, 2012 | "'nornstein@kirkland.com';'rcieri@kirkland.com';Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | Re: Favor |
| RC-9019_00049365 | Timothy.Devine@ally.com | May 9, 2012 | "'nornstein@kirkland.com';'rcieri@kirkland.com';Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | Re: Favor |
| RC-9019_00049367 | Timothy.Devine@ally.com | May 9, 2012 | "'nornstein@kirkland.com';'rcieri@kirkland.com';Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | Re: Favor |
| RC-9019_00063067 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 9, 2012 | "Lee, Gary S.;Newton, James A.;Princi, Anthony" | | Re: Rick Cieri's Comments to Plan Support Agreement |
| RC-9019_00049369 | klonergan@mckoolsmith.com | May 9, 2012 | "Cieri, Richard M.;Lee, Gary S.;Paul D. Moak;Schrock, Ray C.;Timothy.Devine@ally.com" | Andrew K. Glenn;Christopher P. Johnson;KLeung@kasowitz.com | RE: Contact Info |
| RC-9019_00049375 | Jeff.Cancelliere@gmacrescap.com | May 9, 2012 | "'nornstein@kirkland.com';'rcieri@kirkland.com';Devine, Timothy;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: Favor |
| RC-9019_00093418 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 9, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Nolan, William;Park, Liz;Szymik, Filip" | Bounce - Discussion Materials (05-09-12)_KP.pptx |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00049378 | Timothy.Devine@ally.com | May 9, 2012 | "nornstein@kirkland.com';'rcieri@kirkland.com';Cancellie re, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: Favor |
| RC-9019_00061915 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 9, 2012 | "Lee, Gary S." | | Re: RMBS Stipulated Claim |
| RC-9019_00049392 | Timothy.Devine@ally.com | May 9, 2012 | "Lee, Gary S.;Nashelsky, Larren M.;nornstein@kirkland.com;rcieri@kirkland.com" | | Re: RMBS Stipulated Claim |
| ALLY_0143948 | Jerry Phelps (jerry@talcottfranklin.com) | May 10, 2012 | "Jamie Levitt (jlevitt@mofo.com);Lee, Gary S. (glee@mofo.com)" | "Derek Witte (derek@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Elizabeth McKinney (liz@talcottfranklin.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | NDA Revised Schedule I (May 9, 2012) and 25% or greater Percentage Interest holders" |
| ALLY_0143978 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | May 10, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(keith.wolford@ropesgray.com);(ross.martin@ropesgray.com);David Sheeren (dsheeren@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com)" | RE: Securities Claims" |
| ALLY_0143991 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=txgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | | RE: RMBS Stipulated Claim" |
| ALLY_0210290 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=txgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine , Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210302 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=txgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210313 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=txgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210322 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=txgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | | RE: RMBS Stipulated Claim" |
| ALLY_0210327 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine , Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0210376 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=txgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| ALLY_0210386 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=txgsd)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine , Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim" |
| RC-9019_00057154 | David Sheeren | May 10, 2012 | David Sheeren;Devine  Timothy;Lee  Gary S.;Ruckdaschel  John | Kathy D. Patrick;Robert J. Madden;Scott A. Humphries | RE: RMBS Stipulated Claim |
| RC-9019_00058437 | Lee, Gary S. | May 10, 2012 | Kathy D. Patrick;Lee  Gary S. | | Trustees - Wells  hsbc etc |
| RC-9019_00058673 | Kathy D. Patrick | May 10, 2012 | Kathy D. Patrick;Lee  Gary S. | | Trustee business contacts |
| RC-9019_00049398 | Timothy.Devine@ally.com | May 10, 2012 | "Cieri, Richard M.;Lee, Gary S." | | RE: Tal called - I don't have time to speak to him. Do you? |
| RC-9019_00049404 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "nornstein@kirkland.com';Lee, Gary S." | | Re: Timing of KP 9019 |
| RC-9019_00047975 | Jerry@talcottfranklin.com | May 10, 2012 | "Lee, Gary S.;Levitt, Jamie A." | Derek Witte;Elizabeth McKinney;Paul Snyder;Talcott J. Franklin;Timothy Devine | "NDA Revised Schedule I (May 9, 2012) and 25% or greater Percentage Interest holders" |
| RC-9019_00049409 | Gregory.Petrick@cwt.com | May 10, 2012 | "Lee, Gary S." | "Bagby, Ingrid;brownc@blackstone.com;coleman@blackstone.com;Ellenberg, Mark" | Re: Bounce |
| RC-9019_00049411 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 10, 2012 | "Ornstein, Noah';'ray.schrock@kirkland.com';'richard.cieri@kirkland.com';Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E." | Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00061919 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "Lee, Gary S." | | Re: RMBS Stipulated Claim |
| RC-9019_00061925 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "Lee, Gary S." | | Fw: Timing of KP 9019 |
| RC-9019_00049486 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Nashelsky, Larren M." | William.b.Solomon@ally.com' | RMBS Stipulated Claim |
| RC-9019_00049492 | "Devine, Timothy; Timothy.Devine@ally.com" | May 10, 2012 | "nornstein@kirkland.com';'rcieri@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Nashelsky, Larren M." | "Solomon, William Legal" | RE: RMBS Stipulated Claim |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00049503 | "O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "Ornstein, Noah';ray.schrock@kirkland.com';richard.cieri@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | | RE: Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00049530 | kpatrick@gibbsbruns.com | May 10, 2012 | "Kathy D. Patrick;Lee, Gary S.;Wishnew, Jordan A." | "David Sheeren;keith.wolford@ropesgray.com;Levitt, Jamie A.;Ross.Martin@ropesgray.com" | RE: RMBS Stipulated Claim |
| RC-9019_00049533 | Timothy.Devine@ally.com | May 10, 2012 | "Lee, Gary S." | | RE: Tal called - I don't have time to speak to him. Do you? |
| RC-9019_00049537 | kpatrick@gibbsbruns.com | May 10, 2012 | "Lee, Gary S.;rcieri@kirkland.com;Timothy.Devine@ally.com;Wishnew, Jordan A." | "David Sheeren;keith.wolford@ropesgray.com;Levitt, Jamie A.;Ross.Martin@ropesgray.com" | RE: Securities Claims |
| RC-9019_00049540 | nornstein@kirkland.com | May 10, 2012 | "Timothy.Devine@ally.com';Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A." | | Re: RMBS Stipulated Claim |
| RC-9019_00049544 | nornstein@kirkland.com | May 10, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E." | RE: RMBS Stipulated Claim |
| RC-9019_00049552 | "O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "Ornstein, Noah';Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | | RE: RMBS Stipulated Claim |
| RC-9019_00061928 | "O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | | RE: RMBS Stipulated Claim |
| RC-9019_00047996 | "O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=NEVANS | May 10, 2012 | "Karn Chopra';Lee, Gary S.;Nashelsky, Larren M." | "Levitt, Jamie A." | RE: Securities claims - Kathy Patrick |
| RC-9019_00049560 | "O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "Ornstein, Noah';ray.schrock@kirkland.com';richard.cieri@kirkland.com';Lee, Gary S.;Levitt, Jamie A." | "Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00064249 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA" | May 10, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Cancelliere, Jeff - PA" | RE: RMBS Stipulated Claim |
| RC-9019_00049593 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 10, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00060970 | "o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 10, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00048006 | "Devine, Timothy; Timothy.Devine@ally.com" | May 10, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John;Zellmann, Patty - MN" | "rcieri@kirkland.com;Kushman, Todd" | Re: Favor |
| RC-9019_00060979 | "Ruckdaschel, John; /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA" | May 10, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00048010 | "O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "nornstein@kirkland.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A." | | "FW: NDA Revised Schedule I (May 9, 2012) and 25% or greater Percentage Interest holders" |
| RC-9019_00049657 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 10, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;rcieri@kirkland.com" | RE: Favor |
| RC-9019_00049671 | Patty.Zellmann@ally.com | May 10, 2012 | "Cancelliere, Jeff - PA;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Rick Cieri" | "Devine, Timothy;Ruckdaschel, John" | RE: Favor |
| RC-9019_00061735 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=GZP4BS" | May 10, 2012 | "battle@CarpenterLipps.com;beck@CarpenterLipps.com;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;lipps@carpenterlipps.com;nornstein@kirkland.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | "Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00049678 | kpatrick@gibbsbruns.com | May 10, 2012 | "Lee, Gary S.;Martin, D. Ross;Wofford, Keith H." | Kathy D. Patrick | "RE: Trustees - Wells, hsbc etc" |
| RC-9019_00061939 | lipps@CarpenterLipps.com | May 10, 2012 | "David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | Jeffrey A. Lipps | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00049680 | kpatrick@gibbsbruns.com | May 10, 2012 | "keith.wofford@ropesgray.com;Lee, Gary S.;ross.martin@ropesgray.com" | "David Sheeren;Marinuzzi, Lorenzo" | "RE: Trustees - Wells, hsbc etc" |
| RC-9019_00064255 | "O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA" | May 10, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Nashelsky, Larren M." | | RE: Attached Files |
| RC-9019_00049715 | Darren.Azman@ropesgray.com | May 10, 2012 | "Lee, Gary S." | "Martin, D. Ross" | "RE: Trustees - Wells, hsbc etc" |
| RC-9019_00049718 | Ross.Martin@ropesgray.com | May 10, 2012 | "Azman, Darren;Lee, Gary S." | | "RE: Trustees - Wells, hsbc etc" |
| RC-9019_00049721 | dsheeren@gibbsbruns.com | May 10, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;ross.martin@ropesgray.com" | "Marinuzzi, Lorenzo;Scott A. Humphries" | "RE: Trustees - Wells, hsbc etc" |
| RC-9019_00049725 | "Zellmann, Patty - MN; Patty.Zellmann@ally.com" | May 10, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd" | RE: Favor -- tolling agreements (1 of 3) |
| RC-9019_00049808 | "Zellmann, Patty - MN; Patty.Zellmann@ally.com" | May 10, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd" | RE: Favor -- tolling agreements (2 of 3) |
| RC-9019_00049980 | "Zellmann, Patty - MN; Patty.Zellmann@ally.com" | May 10, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd" | RE: Favor -- tolling agreements (3 of 3) |
| RC-9019_00050224 | Gregory.Petrick@cwt.com | May 10, 2012 | "Lee, Gary S." | | Re: Bounce |
| RC-9019_00050226 | Timothy.Devine@ally.com | May 10, 2012 | "Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A." | "John Rosenthal, Morgan Lewis, counsel for DB" |

| RC-9019_00050227 | kpatrick@gibbsbruns.com | May 10, 2012 | "keith.wofford@ropesgray.com;Lee, Gary S.;ross.martin@ropesgray.com" | Kathy D. Patrick | RE: Trustee People |
|---|---|---|---|---|---|
| RC-9019_00050229 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "Lee, Gary S." | | FW: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061943 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "Lee, Gary S." | | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050233 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "David A. Beck';Clark, Daniel E.;Jennifer A.L. Battle;Lee, Gary S.;nornstein@kirkland.com" | "Jeffrey A. Lipps;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050235 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "David A. Beck';Jennifer A.L. Battle';nornstein@kirkland.com';Lee, Gary S.;Levitt, Jamie A." | "Jeffrey A. Lipps;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050237 | beck@CarpenterLipps.com | May 10, 2012 | "Clark, Daniel E.;Jennifer A.L. Battle;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com" | "Jeffrey A. Lipps;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050240 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "nornstein@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050243 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "battle@CarpenterLipps.com';beck@CarpenterLipps.com';nornstein@kirkland.com';Clark, Daniel E.;Lee, Gary S." | "lipps@carpenterlipps.com';Newton, James A." | Re: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050246 | nornstein@kirkland.com | May 10, 2012 | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050249 | beck@CarpenterLipps.com | May 10, 2012 | "Clark, Daniel E.;Jennifer A.L. Battle;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com" | "Jeffrey A. Lipps;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050252 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 10, 2012 | "David A. Beck';Jennifer A.L. Battle';nornstein@kirkland.com';Lee, Gary S.;Levitt, Jamie A." | "Jeffrey A. Lipps;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050270 | beck@CarpenterLipps.com | May 10, 2012 | "Clark, Daniel E.;Jennifer A.L. Battle;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com" | "Jeffrey A. Lipps;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061947 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "Lee, Gary S." | | Re: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| ALLY_0144000 | David Sheeren (dsheeren@gibbsbruns.com) | May 11, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | RE: RMBS Stipulated Claim" |
| ALLY_0158543 | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | May 11, 2012 | "Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | RE: RFC/Residential Funding MBS  Issues" |
| ALLY_0158550 | "Rosenthal, John M. (jrosenthal@morganlewis.com)" | May 11, 2012 | "Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Kraut, Michael S. (mkraut@morganlewis.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | RE: RFC/Residential Funding MBS  Issues" |
| ALLY_0160323 | David Sheeren (dsheeren@gibbsbruns.com) | May 11, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | (keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | RE: RMBS Stipulated Claim" |
| ALLY_0210543 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 11, 2012 | "Lee, Gary S. (glee@mofo.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com)" | FW: RMBS Stipulated Claim" |
| RC-9019_00050274 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 11, 2012 | "David A. Beck';Jennifer A.L. Battle';nornstein@kirkland.com';Lee, Gary S.;Levitt, Jamie A." | "Jeffrey A. Lipps;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00050307 | jrosenthal@morganlewis.com | May 11, 2012 | "john_ruckdaschel@ally.com';Lee, Gary S." | "Timothy.Devine@ally.com';Kraut, Michael S." | RFC/Residential Funding MBS  Issues |
| RC-9019_00061982 | John.Ruckdaschel@ally.com | May 11, 2012 | "Lee, Gary S." | | RE: PRIVILEGED:  Modeling Waterfall Cashflows |
| RC-9019_00050318 | dsheeren@gibbsbruns.com | May 11, 2012 | "David Sheeren;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Stipulated Claim" |
| RC-9019_00050323 | jrosenthal@morganlewis.com | May 11, 2012 | "John.Ruckdaschel@ally.com;Lee, Gary S.;Wishnew, Jordan A." | "Kraut, Michael S.;Rosenbaum, Norman S.;Timothy.Devine@ally.com" | RE: RFC/Residential Funding MBS  Issues |
| RC-9019_00050326 | John.Ruckdaschel@ally.com | May 11, 2012 | "Lee, Gary S." | "Cancelliere, Jeff - PA;Devine, Timothy" | FW: RMBS Stipulated Claim |
| RC-9019_00061988 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | "Lee, Gary S." | | Fw: Revised Plan Support Agreement |
| RC-9019_00050332 | jrosenthal@morganlewis.com | May 11, 2012 | "John.Ruckdaschel@ally.com;Lee, Gary S.;Wishnew, Jordan A." | "Kraut, Michael S.;Rosenbaum, Norman S.;Timothy.Devine@ally.com" | RE: RFC/Residential Funding MBS  Issues |
| RC-9019_00050336 | marshall.huebner@davispolk.com | May 11, 2012 | "Linda.Rosten@ally.com';nornstein@kirkland.com';rcien@kirkland.com';rschrock@kirkland.com';Timothy.Devine@ally.com';Coco, Kevin J.;Lee, Gary S.;Resnick, Brian M." | | Re: Binding the KP PSA Claimants |

Emails TO ("...")

| RC-9019_00061989 | !O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | "Ruckdaschel, John';Cancelliere, Jeff - PA;Lee, Gary S." | | RE: RMBS Stipulated Claim |
|---|---|---|---|---|---|
| RC-9019_00064076 | JLevitt@mofo.com | May 11, 2012 | "Cancelliere, Jeff - PA;Lee, Gary S.;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00050338 | nornstein@kirkland.com | May 11, 2012 | "brian.resnick@davispolk.com';'kevin.coco@davispolk.com';'Linda.Rosten@ally.com';marshall.huebner@davispolk.com';'Timothy.Devine@ally.com';Cieri, Richard M.;Lee, Gary S.;Schrock, Ray C." | | Re: Binding the KP PSA Claimants |
| RC-9019_00061995 | Jeff.Cancelliere@gmacrescap.com | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00064313 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00050340 | marshall.huebner@davispolk.com | May 11, 2012 | "Lee, Gary S." | | Re: A mancusian!  Love it. |
| RC-9019_00062000 | Jeff.Cancelliere@gmacrescap.com | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00064323 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00062005 | Jeff.Cancelliere@gmacrescap.com | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00064328 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00062010 | !O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | "Jeff.Cancelliere@gmacrescap.com';John.Ruckdaschel@lly.com';Lee, Gary S." | | Re: RMBS Stipulated Claim |
| RC-9019_00064333 | JLevitt@mofo.com | May 11, 2012 | "Cancelliere, Jeff - PA;Lee, Gary S.;Ruckdaschel, John" | | Re: RMBS Stipulated Claim |
| RC-9019_00062016 | Jeff.Cancelliere@gmacrescap.com | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00093555 | "Ruckdaschel, John; John.Ruckdaschel@ally.com" | May 11, 2012 | "Beck, Melissa D.;Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Stipulated Claim |
| RC-9019_00063071 | !O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 11, 2012 | "Jeff.Cancelliere@gmacrescap.com';John.Ruckdaschel@lly.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Stipulated Claim |
| RC-9019_00064353 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 11, 2012 | "Beck, Melissa D.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00071079 | "Cancelliere, Jeff - PA;Jeff.Cancelliere@gmacrescap.com" | May 11, 2012 | "Beck, Melissa D.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00064361 | !O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 11, 2012 | "Beck, Melissa D.;Cancelliere, Jeff - PA;Howard, Martin B.;kcrost@orrick.com;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Stipulated Claim |
| RC-9019_00062022 | !O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JWISHNEW | May 11, 2012 | "Goren, Todd M.;Lee, Gary S.;Nashelsky, Larren M.;Rosenbaum, Norman S." | "Marinuzzi, Lorenzo" | RE: RFC/Residential Funding MBS  Issues |
| RC-9019_00064366 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 11, 2012 | "Beck, Melissa D.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00071087 | "Cancelliere, Jeff - PA;Jeff.Cancelliere@gmacrescap.com" | May 11, 2012 | "Beck, Melissa D.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00093454 | "Cancelliere, Jeff - PA: Jeff.Cancelliere@gmacrescap.com" | May 11, 2012 | "Beck, Melissa D.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | | RE: RMBS Stipulated Claim |
| RC-9019_00093462 | "Crost, Katharine I.: kcrost@orrick.com" | May 11, 2012 | "Lee, Gary S.;Princi, Anthony" | "Beck, Melissa D.;Howard, Martin B.;Levitt, Jamie A.;Mitchell, Thomas C.;Newton, James A." | RE: RMBS Stipulated Claim |
| RC-9019_00093577 | "Crost, Katharine I.; kcrost@orrick.com" | May 11, 2012 | "Lee, Gary S.;Princi, Anthony" | "Beck, Melissa D.;Howard, Martin B.;Levitt, Jamie A.;Mitchell, Thomas C.;Newton, James A." | RE: RMBS Stipulated Claim |
| RC-9019_00064394 | JLevitt@mofo.com | May 11, 2012 | "Beck, Melissa D.;Cancelliere, Jeff - PA;Lee, Gary S.;Princi, Anthony;Ruckdaschel, John" | | Re: RMBS Stipulated Claim |
| RC-9019_00071114 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 11, 2012 | "Jeff.Cancelliere@gmacrescap.com';John.Ruckdaschel@lly.com';Beck, Melissa D.;Lee, Gary S.;Princi, Anthony" | | Re: RMBS Stipulated Claim |
| RC-9019_00050348 | !O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 11, 2012 | "nornstein@kirkland.com';Lee, Gary S." | "jeff.cancelliere@gmacrescap.com';john.ruckdaschel@ally.com';Levitt, Jamie A.;Princi, Anthony" | RE: 25% Issue Update |
| RC-9019_00061020 | MBeck@mofo.com | May 11, 2012 | "Lee, Gary S.;nornstein@kirkland.com" | "Cancelliere, Jeff - PA;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | RE: 25% Issue Update |
| RC-9019_00061024 | !O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 11, 2012 | "Beck, Melissa D.;Lee, Gary S;nornstein@kirkland.com" | "Cancelliere, Jeff - PA;Levitt, Jamie A.;Princi, Anthony" | RE: 25% Issue Update |
| RC-9019_00050349 | !O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 11, 2012 | "nornstein@kirkland.com';Lee, Gary S." | "jeff.cancelliere@gmacrescap.com';john.ruckdaschel@ally.com';Levitt, Jamie A.;Princi, Anthony" | RE: 25% Issue Update |
| RC-9019_00061026 | MBeck@mofo.com | May 11, 2012 | "Lee, Gary S.;nornstein@kirkland.com" | "Cancelliere, Jeff - PA;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | RE: 25% Issue Update |
| RC-9019_00062023 | !O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 11, 2012 | "Lee, Gary S." | "Levitt, Jamie A." | Re: 25% Issue Update |
| RC-9019_00062024 | !O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Stipulated Claim |
| RC-9019_00071122 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK;Beck, Melissa D." | May 11, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Stipulated Claim |

| RC-9019_00057137 | Cancelliere Jeff - PA | May 12, 2012 | David Sheeren;Devine Timothy;Lee Gary S.;Ruckdaschel John | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Stipulated Claim |
| RC-9019_00057145 | David Sheeren | May 12, 2012 | Cancelliere Jeff - PA;Devine Timothy;Lee Gary S.;Ruckdaschel John | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Stipulated Claim |
| RC-9019_00090164 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 12, 2012 | "Lee, Gary S." | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00090169 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 12, 2012 | "Lee, Gary S." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00090172 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 12, 2012 | "Lee, Gary S." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00090179 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=THAMZEH;Hamzehpour, Tammy" | May 12, 2012 | "Lee, Gary S." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00054730 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "nornstein@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Newton, James A." | KP Settl Agr Open Issues |
| RC-9019_00062034 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S.;Princi, Anthony" | | Fw: KP Settl Agr Open Issues |
| RC-9019_00054741 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S.;Princi, Anthony" | | Re: KP Settl Agr Open Issues |
| RC-9019_00054744 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S.;Princi, Anthony" | "Clark, Daniel E." | Re: KP Settl Agr Open Issues |
| RC-9019_00050353 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "nornstein@kirkland.com';Lee, Gary S.;Princi, Anthony" | "Clark, Daniel E.;Nashelsky, Larren M.;Newton, James A." | Re: KP Settl Agr Open Issues |
| RC-9019_00062035 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=LNASHELSKY | May 12, 2012 | "Goren, Todd M.;Lee, Gary S." | | RE: Psa blackline |
| RC-9019_00050446 | nornstein@kirkland.com | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Cieri, Richard M.;Clark, Daniel E.;Newton, James A.;Schrock, Ray C." | KP Settlement Agreement - Ally Release - Subject to FRE 408 |
| RC-9019_00063127 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S.;Princi, Anthony" | | Re: KP Settlement Agreement - Ally Release - Subject to FRE 408 |
| RC-9019_00054910 | nornstein@kirkland.com | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Cieri, Richard M.;Clark, Daniel E.;Newton, James A.;Schrock, Ray C." | Re: KP Settlement Agreement - Ally Release - Subject to FRE 408 |
| RC-9019_00063128 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S.;Princi, Anthony" | | Re: KP Settlement Agreement - Ally Release - Subject to FRE 408 |
| RC-9019_00063130 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S.;Princi, Anthony" | | RE: KP Settlement Agreement - Ally Release - Subject to FRE 408 |
| RC-9019_00062047 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S." | "Princi, Anthony" | Major open issues: |
| RC-9019_00093583 | "Levitt, Jamie A.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT" | May 12, 2012 | "Lee, Gary S." | "Princi, Anthony" | Major open issues: |
| RC-9019_00063132 | "Levitt, Jamie A.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT" | May 12, 2012 | "Cancelliere, Jeff - PA;Lee, Gary S." | "Clark, Daniel E.;Princi, Anthony" | RE: Favor |
| RC-9019_00063137 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E.;Princi, Anthony" | RE: Favor |
| RC-9019_00062075 | "Beck, Melissa D.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK" | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E.;Princi, Anthony" | RE: Favor |
| RC-9019_00062286 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E.;Princi, Anthony" | RE: Favor |
| RC-9019_00062304 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E.;Princi, Anthony" | RE: Favor |
| RC-9019_00050448 | Timothy.Devine@ally.com | May 12, 2012 | "nornstein@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | "Delehey, Lauren - PA;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | FootPrint |
| RC-9019_00061364 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "jlevitt@mofo.com';'nornstein@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Ruckdaschel, John" | "Delehey, Lauren - PA;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | FootPrint |
| RC-9019_00050450 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Devine, Timothy';'nornstein@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Ruckdaschel, John" | "Delehey, Lauren - PA;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: FootPrint |
| RC-9019_00061367 | JLevitt@mofo.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;nornstein@kirkland.com;Ruckdaschel, John" | "Delehey, Lauren - PA;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: FootPrint |
| RC-9019_00054924 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S.;Princi, Anthony" | | "FW: NDA Revised Schedule I (May 9, 2012) and 25% or greater Percentage Interest holders" |
| RC-9019_00054934 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "nornstein@kirkland.com';Lee, Gary S.;Princi, Anthony" | | RE: Call now |
| RC-9019_00063149 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Stipulated Claim - Settlement Agreement Question |
| RC-9019_00071217 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 12, 2012 | "Beck, Melissa D.;Lee, Gary S.;Princi, Anthony" | | RE: RMBS Stipulated Claim - Settlement Agreement Question |
| RC-9019_00093468 | "Levitt, Jamie A.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT" | May 12, 2012 | "Beck, Melissa D.;Lee, Gary S.;Princi, Anthony" | | RE: RMBS Stipulated Claim - Settlement Agreement Question |
| RC-9019_00063157 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Stipulated Claim - Settlement Agreement Question |
| RC-9019_00071225 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 12, 2012 | "Beck, Melissa D.;Lee, Gary S.;Princi, Anthony" | | RE: RMBS Stipulated Claim - Settlement Agreement Question |
| RC-9019_00054949 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Devine, Timothy';Lee, Gary S." | "Clark, Daniel E.;Newton, James A.;Princi, Anthony" | FW: Talcott Franklin on Board |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00050452 | Timothy.Devine@ally.com | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E.;Newton, James A.;Princi, Anthony" | RE: Talcott Franklin on Board |
| RC-9019_00054951 | O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Timothy.Devine@ally.com;Lee, Gary S." | "Clark, Daniel E.;Newton, James A.;Princi, Anthony" | Re: Talcott Franklin on Board |
| RC-9019_00061030 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | "Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00050455 | Timothy.Devine@ally.com | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Cieri, Richard M.;Schrock, Ray C." | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00061032 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Cieri, Richard M.;Schrock, Ray C." | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00061034 | nornstein@kirkland.com | May 12, 2012 | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00061039 | JLevitt@mofo.com | May 12, 2012 | "Devine, Timothy;Lee, Gary S.;Ornstein, Noah;Ruckdaschel, John" | | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00062049 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S.;Princi, Anthony" | | "FW: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00050457 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Ornstein, Noah;Lee, Gary S.;Princi, Anthony" | "Clark, Daniel E." | FW: Talcott Franklin on Board |
| RC-9019_00055009 | rcieri@kirkland.com | May 12, 2012 | "'marshall.huebner@davispolk.com';'Timothy.Devine@ally.com';Lee, Gary S." | "'kevin.coco@davispolk.com';Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Schrock, Ray C." | Re: Binding the KP PSA Claimants |
| RC-9019_00055012 | kevin.coco@davispolk.com | May 12, 2012 | "'rcieri@kirkland.com';'Timothy.Devine@ally.com';Huebner, Marshall S.;Lee, Gary S." | "nornstein@kirkland.com';'rschrock@kirkland.com';Levitt, Jamie A.;Princi, Anthony;Resnick, Brian M." | Re: Binding the KP PSA Claimants |
| RC-9019_00050461 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "Crost, Katharine I.;Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Ruckdaschel, John" | | RE: outline |
| RC-9019_00064436 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 12, 2012 | "kcrost@orrick.com;Lee, Gary S.;Levitt, Jamie A." | | RE: outline |
| RC-9019_00061054 | JLevitt@mofo.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;kcrost@orrick.com;Lee, Gary S.;Ruckdaschel, John" | | Re: outline |
| RC-9019_00050465 | dsheeren@gibbsbruns.com | May 12, 2012 | "David Sheeren;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries" | RE: RMBS Stipulated Claim |
| RC-9019_00061063 | dsheeren@gibbsbruns.com | May 12, 2012 | "David Sheeren;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries" | RE: RMBS Stipulated Claim |
| RC-9019_00050471 | kpatrick@gibbsbruns.com | May 12, 2012 | "Devine, Timothy;Lee, Gary S.;rcieri@kirkland.com" | Kathy D. Patrick;Ross.Martin@ropesgray.com;Scott A. Humphries | RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050473 | Timothy.Devine@ally.com | May 12, 2012 | "kcrost@orrick.com;Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | RE: outline |
| RC-9019_00050476 | Timothy.Devine@ally.com | May 12, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps;Lee, Gary S." | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055040 | nornstein@kirkland.com | May 12, 2012 | "'marshall.huebner@dpw.com';'Timothy.Devine@ally.com';Cieri, Richard M;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Schrock, Ray C." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055042 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "'marshall.huebner@dpw.com';Ornstein, Noah;'Timothy.Devine@ally.com';Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;Princi, Anthony;Schrock, Ray C." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055044 | kevin.coco@davispolk.com | May 12, 2012 | "nornstein@kirkland.com';'rcieri@kirkland.com';'rschrock@kirkland.com';'Timothy.Devine@ally.com';Huebner, Marshall S.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Resnick, Brian M." | Re: RMBS Trust Settlement - Rule 408 Communication |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00055046 | nornstein@kirkland.com | May 12, 2012 | "Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;marshall.huebner@dpw.com;Princi, Anthony;Schrock, Ray C.;Timothy.Devine@ally.com" | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055050 | Timothy.Devine@ally.com | May 12, 2012 | "'marshall.huebner@dpw.com';Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Schrock, Ray C." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055052 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Ornstein, Noah';Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;marshall.huebner@dpw.com;Princi, Anthony;Schrock, Ray C.;Timothy.Devine@ally.com" | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050478 | Timothy.Devine@ally.com | May 12, 2012 | "Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;marshall.huebner@dpw.com;Ornstein, Noah;Princi, Anthony;Schrock, Ray C." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071233 | "Devine, Timothy;Timothy.Devine@ally.com" | May 12, 2012 | "Cieri, Richard M.;kevin.coco@davispolk.com;Lee, Gary S.;Levitt, Jamie A.;marshall.huebner@dpw.com;Ornstein, Noah;Princi, Anthony;Schrock, Ray C." | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050483 | Timothy.Devine@ally.com | May 12, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | FW: RMBS Stipulated Claim |
| RC-9019_00061369 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | FW: RMBS Stipulated Claim |
| RC-9019_00045460 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "Cieri, Richard M.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | RE: RMBS Stipulated Claim |
| RC-9019_00061375 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "Cieri, Richard M.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Kushman, Todd;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | RE: RMBS Stipulated Claim |
| RC-9019_00062051 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S." | | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00062054 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Lee, Gary S." | | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050489 | SHumphries@gibbsbruns.com | May 12, 2012 | "Devine, Timothy;Lee, Gary S.;rcieri@kirkland.com" | Kathy D. Patrick;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061069 | dsheeren@gibbsbruns.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | Kathy D. Patrick;Keith.Wofford@ropesgray.com;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries | RE: RMBS Stipulated Claim |
| RC-9019_00055065 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 12, 2012 | "Ornstein, Noah';Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055068 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Ornstein, Noah';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Princi, Anthony" | | RE: RMBS Trust Settlement - Rule 408 Communication |
| ALLY_0144292 | David Sheeren (dsheeren@gibbsbruns.com) | May 13, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | (keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "RE: RMBS Stipulated Claim" |

3180024_3.XLS

| | | | | | |
|---|---|---|---|---|---|
| ALLY_0144298 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 13, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "(keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "RE: RMBS Stipulated Claim" |
| ALLY_0144313 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | | "FW: Time" |
| ALLY_0144320 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: Time" |
| ALLY_0144328 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(rcieri@kirkland.com);(rschrock@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | | "FW: great news and very important note" |
| ALLY_0144339 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | "FW: great news and very important note" |
| ALLY_0160492 | David Sheeren (dsheeren@gibbsbruns.com) | May 13, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "(keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "RE: RMBS Stipulated Claim" |
| ALLY_0210608 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Newton, James A. (jnewton@mofo.com)" | "RE: Settlement documents -- confidential" |
| ALLY_0210674 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(lipps@carpenterlipps.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | "Ruckdaschel, John (john.ruckdaschel@ally.com);Solomon, William Legal (william.b.solomon@ally.com)" | "RE: Proposed Language - Subject to FRE 408" |
| ALLY_0210724 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Cieri, Richard M. (rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jeffrey A. Lipps (lipps@carpenterlipps.com);Jennifer A.L. Battle (battle@carpenterlipps.com);Kushman, Todd (todd.kushman@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Schrock, Ray C. (rschrock@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com);Zellmann Patty - MN (patty.zellmann@ally.com)" | | "FW: RMBS Stipulated Claim" |
| ALLY_0210734 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(kevin.coco@davispolk.com);(marshall.huebner@dpw.com);Cieri, Richard M. (rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com);Schrock, Ray C. (rschrock@kirkland.com)" | | "RE: RMBS Trust Settlement - Rule 408 Communication" |

| RC-9019_00058228 | Devine Timothy | May 13, 2012 | glee@mofo.com;Kathy D. Patrick;kchopra@centerviewpartners.com;Scott A. Humphries | David Sheeren;mpuntus@centerviewpartners.com;sgreene@centerviewpartners.com | RE: The call at 11 is just us - not ally - so just send dial in to me. |
| RC-9019_00058340 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | Scott A. Humphries | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058396 | Kathy D. Patrick | May 13, 2012 | David Sheeren;glee@mofo.com;Jeff.Cancelliere@gmacrescap.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058404 | Kathy D. Patrick | May 13, 2012 | David Sheeren;glee@mofo.com;Jeff.Cancelliere@gmacrescap.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058706 | Devine Timothy | May 13, 2012 | Cancelliere Jeff - PA;David Sheeren;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;rcieri@kirkland.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058720 | Devine Timothy | May 13, 2012 | Cancelliere Jeff - PA;David Sheeren;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058726 | Devine Timothy | May 13, 2012 | Cancelliere Jeff - PA;David Sheeren;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058753 | Cancelliere Jeff - PA | May 13, 2012 | David Sheeren;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058760 | Cancelliere Jeff - PA | May 13, 2012 | David Sheeren;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058766 | Cancelliere Jeff - PA | May 13, 2012 | David Sheeren;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058776 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058782 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058789 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00058796 | David Sheeren | May 13, 2012 | Cancelliere Jeff - PA;Devine Timothy;glee@mofo.com;jrosenthal@morganlewis.com;Kathy D. Patrick;nornstein@kirkland.com;rcieri@kirkland.com | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00093476 | "Levitt, Jamie A.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT" | May 13, 2012 | "Beck, Melissa D.;Lee, Gary S." | "Newton, James A.;Princi, Anthony" | RE: Sample Indenture/PSA |

| RC-9019_00055074 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Ornstein, Noah';Lee, Gary S.;Princi, Anthony" | "Newton, James A." | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055077 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Ornstein, Noah;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00063215 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | Re: Sample Indenture/PSA |
| RC-9019_00063243 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | RE: Sample Indenture/PSA |
| RC-9019_00063248 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Newton, James A.;Princi, Anthony" | | FW: Talcott |
| RC-9019_00063249 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Newton, James A.;Princi, Anthony" | | Re: Talcott |
| RC-9019_00055231 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055238 | rcieri@kirkland.com | May 13, 2012 | "Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Newton, James A.;Ornstein, Noah;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00063253 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | RE: Talcott |
| RC-9019_00063257 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | RE: Talcott |
| RC-9019_00063261 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | RE: Talcott |
| RC-9019_00063266 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | RE: Talcott |
| RC-9019_00050723 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | David A. Beck;Jeffrey A. Lipps | FW: Thrivent term sheet |
| RC-9019_00071466 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | David A. Beck;Jeffrey A. Lipps | FW: Thrivent term sheet |
| RC-9019_00055281 | beck@CarpenterLipps.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Thompson, William - Legal Dept - PA" | Jeffrey A. Lipps | RE: Thrivent term sheet |
| RC-9019_00062060 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071494 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050762 | William.Thompson@ally.com | May 13, 2012 | "David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | Jeffrey A. Lipps | RE: Thrivent term sheet |
| RC-9019_00061380 | O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Thompson, William - Legal Dept - PA" | | FW: great news and very important note |
| RC-9019_00055343 | Tammy.Hamzehpour@ally.com | May 13, 2012 | "'nornstein@kirkland.com';rcieri@kirkland.com';Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00050772 | O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "'John.Ruckdaschel@ally.com';'nornstein@kirkland.com';'rcieri@kirkland.com';'tammy.hamzehpour@ally.com';'Timothy.Devine@ally.com';'William.Thompson@ally.com';Lee, Gary S.;Levitt, Jamie A." | | RE: Your Proposal |
| RC-9019_00061386 | APrinci@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | RE: Your Proposal |
| RC-9019_00050821 | Timothy.Devine@ally.com | May 13, 2012 | "'lipps@carpenterlipps.com';Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Thompson, William - Legal Dept - PA" | "Ruckdaschel, John;Solomon, William Legal" | RE: Proposed Language - Subject to FRE 408 |
| RC-9019_00061390 | O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "'lipps@carpenterlipps.com';Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Thompson, William - Legal Dept - PA" | "Ruckdaschel, John;Solomon, William Legal" | RE: Proposed Language - Subject to FRE 408 |
| RC-9019_00050824 | Timothy.Devine@ally.com | May 13, 2012 | "rcieri@kirkland.com';'rschrock@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | FW: great news and very important note |
| RC-9019_00061171 | O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "rcieri@kirkland.com';'rschrock@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | FW: great news and very important note |
| RC-9019_00055350 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries" | "Princi, Anthony;rcieri@kirkland.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00055359 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Lee, Gary S.;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com; wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00050826 | Timothy.Devine@ally.com | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';Princi, Anthony" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071649 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';Princi, Anthony" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055371 | Timothy.Devine@ally.com | May 13, 2012 | "rcieri@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Ruckdaschel, John" | | FW: Time |
| RC-9019_00061176 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "rcieri@kirkland.com';Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Ruckdaschel, John" | | FW: Time |
| RC-9019_00055380 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Lee, Gary S.;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com; wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00063270 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | "Clark, Daniel E." | Fw: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00050828 | Timothy.Devine@ally.com | May 13, 2012 | "rcieri@kirkland.com';Lee, Gary S." | | FW: Time |
| RC-9019_00055420 | Timothy.Devine@ally.com | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "rcieri@kirkland.com';Hessler, Stephen E.;nornstein@kirkland.com" | "Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055421 | rcieri@kirkland.com | May 13, 2012 | "'Timothy.Devine@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Hessler, Stephen E.;Ornstein, Noah" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050852 | Timothy.Devine@ally.com | May 13, 2012 | "'Timothy.Devine@ally.com';Lee, Gary S.;Ornstein, Noah;Princi, Anthony" | "Clark, Daniel E.;Levitt, Jamie A.;Newton, James A." | Re: Settlement documents -- confidential |
| RC-9019_00071756 | "Cieri, Richard M.;rcieri@kirkland.com" | May 13, 2012 | "'Timothy.Devine@ally.com';Lee, Gary S.;Ornstein, Noah;Princi, Anthony" | "Clark, Daniel E.;Levitt, Jamie A.;Newton, James A." | Re: Settlement documents -- confidential |
| RC-9019_00063303 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=LNASHELSKY | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055463 | shessler@kirkland.com | May 13, 2012 | "Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com';'Timothy.Devine@ally.com';Lee, Gary S." | "'gina.proia@ally.com';Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055468 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | "Clark, Daniel E.;Newton, James A." | Re: Settlement documents -- confidential |
| RC-9019_00055474 | Timothy.Devine@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Hessler, Stephen E.;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00045468 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Devine, Timothy;Hessler, Stephen E.;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00045471 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hessler, Stephen E.;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055477 | Timothy.Devine@ally.com | May 13, 2012 | "Hessler, Stephen E.;Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.';Ornstein, Noah';Levitt, Jamie A.;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00045475 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Hessler, Stephen E.';Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.';Ornstein, Noah';Levitt, Jamie A.;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050909 | Timothy.Devine@ally.com | May 13, 2012 | "Hessler, Stephen E.';Cancelliere, Jeff - PA;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.';Ornstein, Noah';Levitt, Jamie A.;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050937 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Lee, Gary S.;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com; wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071827 | Tal@talcottfranklin.com;Talcott J. Franklin | May 13, 2012 | "Jerry Phelps;Lee, Gary S.;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com; wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00050941 | nornstein@kirkland.com | May 13, 2012 | "'Timothy.Devine@ally.com';Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00071831 | "nornstein@kirkland.com;Ornstein, Noah" | May 13, 2012 | "'Timothy.Devine@ally.com';Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00055489 | Timothy.Devine@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Hessler, Stephen E.;Lee, Gary S.;Ruckdaschel, John" | "Cieri, Richard M.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Proia, Gina" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00045479 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John;shessler@kirkland.com" | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061226 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John;shessler@kirkland.com" | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00063317 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Princi, Anthony" | | Fw: Settlement documents -- confidential |
| RC-9019_00055586 | John.Ruckdaschel@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;shessler@kirkland.com" | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061231 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Lee, Gary S.;shessler@kirkland.com" | "Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00055643 | Timothy.Devine@ally.com | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com" | "Newton, James A.;Princi, Anthony;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | RE: Kathy Patrick Deal |
| RC-9019_00061241 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com" | "Newton, James A.;Princi, Anthony;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | RE: Kathy Patrick Deal |
| RC-9019_00062069 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 13, 2012 | "Lee, Gary S." | | FW: Favor |
| RC-9019_00055651 | Timothy.Devine@ally.com | May 13, 2012 | "Jeffrey A. Lipps;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John" | | FW: Settlement documents -- confidential |
| RC-9019_00061251 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Jeffrey A. Lipps;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John" | | FW: Settlement documents -- confidential |
| RC-9019_00051211 | kpatrick@gibbsbruns.com | May 13, 2012 | "Lee, Gary S." | | RE: Press release and signature pages - what's the eta. Want to get this done so we can talk re monday. |
| RC-9019_00048677 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Ornstein, Noah;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | | RE: Please send the allocation language from the exhibit asap |
| RC-9019_00048681 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E." | RE: Settlement documents -- confidential |
| RC-9019_00093479 | "Newton, James A.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON" | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A." | "Clark, Daniel E." | RE: Settlement documents -- confidential |
| RC-9019_00051232 | Timothy.Devine@ally.com | May 13, 2012 | "Cieri, Richard M.;Lee, Gary S.;Ornstein, Noah" | "Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ruckdaschel, John;Solomon, William Legal;Zellmann, Patty - MN" | FW: Thrivent term sheet |
| RC-9019_00061259 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Lee, Gary S.;Proia, Gina" | "Belisle, Jeffrey;Cieri, Richard M.;Coco, Kevin J.;Huebner, Marshall S.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Media, 8K" |
| RC-9019_00061260 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZ2JRY | May 13, 2012 | "Devine, Timothy;Lee, Gary S." | "Belisle, Jeffrey;Cieri, Richard M.;Coco, Kevin J.;Huebner, Marshall S.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "RE: Media, 8K" |
| RC-9019_00045605 | nornstein@kirkland.com | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | | Fw: Kathy Patrick Settlement Agreement Signature Page |
| RC-9019_00069146 | "Ornstein, Noah: nornstein@kirkland.com" | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | | Fw: Kathy Patrick Settlement Agreement Signature Page |
| RC-9019_00045670 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com" | "David Sheeren;Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00069152 | Scott A. Humphries: SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com" | "David Sheeren;Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072255 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com" | "David Sheeren;Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00063335 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S.;Nashelsky, Larren M.;Princi, Anthony" | | Fw: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00048798 | beck@CarpenterLipps.com | May 13, 2012 | "aprincipi@mofo.com;Jeffrey A. Lipps;john.ruckdashel@ally.com;kcrost@orrick.com;Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | | Fwd: Settlement documents -- confidential |

| | | | | |
|---|---|---|---|---|
| RC-9019_00051257 | O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Lee, Gary S." | | FW: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00069174 | David A. Beck: beck@CarpenterLipps.com | May 13, 2012 | "aprincipi@mofo.com;Jeffrey A. Lipps;john.ruckdashel@ally.com;kcrost@orrick.com;Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | | Fwd: Settlement documents -- confidential |
| RC-9019_00051333 | dsheeren@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072352 | David Sheeren;dsheeren@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "Kathy D. Patrick;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00055707 | O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "dsheeren@gibbsbruns.com';'Keith.Wofford@ropesgray.com';kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com';SHumphries@gibbsbruns.com';Lee, Gary S." | "nornstein@kirkland.com';'rcieri@kirkland.com';'rmadden@gibbsbruns.com';'Timothy.Devine@ally.com';Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00045717 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "David Sheeren;Kathy D. Patrick;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00069190 | Scott A. Humphries: SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "David Sheeren;Kathy D. Patrick;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072377 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;keith.wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries" | "David Sheeren;Kathy D. Patrick;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Robert J. Madden;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00062318 | O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Nashelsky, Larren M." | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00069198 | "Princi, Anthony: O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI" | May 13, 2012 | "Lee, Gary S.;Levitt, Jamie A.;Nashelsky, Larren M." | | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |

# EXHIBIT I

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0149281 | "Skover, Katherine M. (katherine.skover@ally.com)" | September 27, 2011 | "Abreu, Steve - PA (steve.abreu@gmacrescap.com);Marano, Tom (tom.marano@ally.com);Pamela West (alemapew45@bellsouth.net) (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com) (efs345@gmail.com);Whitlinger, Jim - PA (jim_whitlinger@gmacm.com)" | "David Lerner (dlerner@morrisoncohen.com) (dlerner@morrisoncohen.com);Dicicco, Donna (donna.dicicco@ally.com);Dillard, Thalia (thalia.dillard@ally.com);Ellenburg, April A. (april.ellenburg@ally.com);Evans, Nilene R. (nevans@mofo.com);Gary Lee (glee@mofo.com) (glee@mofo.com);Grzeskiewicz, Terry - PA (terry.grzeskiewicz@gmacm.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Jack Levy (jlevy@morrisoncohen.com) (jlevy@morrisoncohen.com);James Tanenbaum (jtanenbaum@mofo.com) (jtanenbaum@mofo.com);Joe Moldovan (jmoldovan@morrisoncohen.com) (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA (dottie.klepchick@gmacrescap.com);Kushman, Todd (todd.kushman@ally.com);Larren Nashelsky (lnashelsky@mofo.com) (lnashelsky@mofo.com);Lombardo, Jerry (jerry.lombardo@ally.com);Michael Connolly (mconnolly@morrisoncohen.com) (mconnolly@morrisoncohen.com);Quenneville, Cathy L. (cathy.quenneville@ally.com);Shank, Jennifer - PA (jennifer.shank@ally.com);Skover, Katherine M. (katherine.skover@ally.com);Taylor, Barbara N. (barbara.taylor@ally.com)" | "Materials - ResCap Board Meeting, September 28, 2011, 10:00-11:00 am (ET)" |
| RC-9019_00093357 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | April 5, 2012 | john_e_mack@msn.com | "GLee@mofo.com;Nolan, William;Park, Liz;Szymik, Filip;Whitlinger, Jim - PA" | Bounce - Background Information |
| RC-9019_00061415 | GLee@mofo.com | April 16, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S." | Re: Call re: Kathy Patrick |
| RC-9019_00061866 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | April 18, 2012 | "mark.renzi@FTIConsulting.com';william.nolan@FTIConsulting.com;Nashelsky, Larren M.;Princi, Anthony" | "Lee, Gary S.;Tanenbaum, James R." | Privileged and confidential: Kathy Patrick |
| RC-9019_00062395 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | April 18, 2012 | "mark.renzi@FTIConsulting.com';william.nolan@FTIConsulting.com;Nashelsky, Larren M.;Princi, Anthony" | "Lee, Gary S.;Tanenbaum, James R." | Privileged and confidential: Kathy Patrick |
| RC-9019_00093345 | "JLevitt@mofo.com;Levitt, Jamie A." | April 25, 2012 | "Hamzehpour, Tammy" | "Lee, Gary S." | FW: Bounce - RW PLS Recovery Summary |
| RC-9019_00047802 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | April 26, 2012 | "Hamzehpour, Tammy;Devine, Timothy" | "Lee, Gary S." | K Patrick Follow up - FRE 408. |
| RC-9019_00061449 | GLee@mofo.com | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S." | K Patrick Follow up - FRE 408. |
| RC-9019_00047807 | mark.renzi@FTIConsulting.com | April 28, 2012 | Tammy.Hamzehpour@ally.com;Timothy.Devine@ally.com | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | Bounce - Monoline |
| RC-9019_00047809 | mark.renzi@FTIConsulting.com | April 28, 2012 | Tammy.Hamzehpour@ally.com;Timothy.Devine@ally.com | "Cancelliere, Jeff - PA;John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;McDonagh, Tim;Nolan, William" | RE: Bounce - Monoline |
| ALLY_0159984 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | April 30, 2012 | Scott A. Humphries (shumphries@gibbsbruns.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Lee, Gary S. (glee@mofo.com);Smith, Bradley - (Dorsey & Whitney) (bradley.smith@gmacrescap.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: CONFIDENTIAL:  Data Template" |
| RC-9019_00047812 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | April 30, 2012 | 'dbeasley@orrick.com';'John.Ruckdaschel@ally.com';'tammy.hamzehpour@ally.com';'Timothy.Devine@ally.com' | 'dbent@orrick.com';'mhoward@orrick.com';Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Re: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |
| RC-9019_00061474 | GLee@mofo.com | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | "dbent@orrick.com;Lee, Gary S.;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | Re: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |
| RC-9019_00048978 | John.Ruckdaschel@ally.com | April 30, 2012 | Scott A. Humphries | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL:  Data Template |
| RC-9019_00061316 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | April 30, 2012 | Scott A. Humphries | "Devine, Timothy;Hamzehpour, Tammy;Kathy D. Patrick;Lee, Gary S.;Smith, Bradley - (Dorsey & Whitney);Thompson, William - Legal Dept - PA" | RE: CONFIDENTIAL:  Data Template |
| KEL_001_1_00000002-46452 | "Lee, Gary S. <GLee@mofo.com>" | May 2, 2012 | ceblack@jonesday.com <ceblack@jonesday.com> | "hfsidman@jonesday.com <hfsidman@jonesday.com>;Kegg, Laura (FGIC) </O=FGIC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LAURA.KEGG>;Lee, Gary S. <GLee@mofo.com>;Levitt, Jamie A. <JLevitt@mofo.com>;O'Donnell, Deirdre <DODonnell@mofo.com>" | Re: NDA |
| KEL_001_1_00000002-46454 | Carl E. Black <ceblack@JonesDay.com> | May 2, 2012 | "Lee, Gary S. <GLee@mofo.com>" | "hfsidman@jonesday.com <hfsidman@jonesday.com>;Kegg, Laura (FGIC) </O=FGIC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LAURA.KEGG>;Lee, Gary S. <GLee@mofo.com>;Levitt, Jamie A. <JLevitt@mofo.com>;O'Donnell, Deirdre <DODonnell@mofo.com>" | Re: NDA |
| RC-9019_00061322 | JLevitt@mofo.com | May 2, 2012 | mark.renzi@fticonsulting.com | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: GMACM and RFC Deal Lists |

| RC-9019_00061494 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;cieri@kirkland.com; Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Steering Committee |
| RC-9019_00049015 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 2, 2012 | 'kchopra@centerviewpartners.com';'mark.renzi@FTIConsulting.com';'mpuntus@centerviewpartners.com';'rcieri@kirkland.com';'tammy.hamzehpour@ally.com';'Timothy.Devine@ally.com';'William.Thompson@ally.com' | "Lee, Gary S." | Re: Steering Committee |
| RC-9019_00061326 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Steering Committee |
| ALLY_0143664 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Call" |
| ALLY_0143674 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | Fw: Gmacm" |
| ALLY_0143676 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Tomorrow?" |
| ALLY_0143683 | Jerry Phelps (jerry@talcottfranklin.com) | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Tomorrow?" |
| ALLY_0143686 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | (jerry@talcottfranklin.com);(paul@talcottfranklin.com);(tal@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | RE: Meeting Tomorrow?" |
| ALLY_0143690 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (rkielty@centerviewpartners.com);(ross.martin@ropesgray.com) | "(keith.wofford@ropesgray.com);(kpatrick@gibbsbruns.com);(mark.renzi@fticonsulting.com);(mpuntus@centerviewpartners.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408)" |
| ALLY_0143703 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com)" | FW: NDAs" |
| ALLY_0159994 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 3, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | RE: Meeting Tomorrow?" |
| ALLY_0160006 | "Zellmann, Patty - MN (patty.zellmann@ally.com)" | May 3, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | RE: Meeting Tomorrow?" |
| RC-9019_00049018 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 3, 2012 | 'rkielty@centerviewpartners.com';'Ross.Martin@ropesgray.com' | "Keith.Wofford@ropesgray.com';'kpatrick@gibbsbruns.com';'mark.renzi@fticonsulting.com';'mpuntus@centerviewpartners.com';'Tammy.Hamzehpour@gmacrescap.com';'Timothy.Devine@ally.com';Lee, Gary S." | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00061499 | GLee@mofo.com | May 3, 2012 | rkielty@centerviewpartners.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;kpatrick@gibbsbruns.com;Lee, Gary S.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00049029 | Patty.Zellmann@ally.com | May 3, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Meeting Tomorrow? |
| RC-9019_00061508 | /O=GMAC MORTGAGE CORP/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PATRICIA.ZELLMAN | May 3, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Meeting Tomorrow? |
| RC-9019_00061513 | GLee@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S.;Nashelsky, Larren M." | Fw: Gmacm |
| RC-9019_00061515 | GLee@mofo.com | May 3, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;O'Donnell, Deirdre;richard.cieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Fw: Meeting Tomorrow? |
| RC-9019_00049038 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 3, 2012 | "Timothy.Devine@ally.com';Hamzehpour, Tammy" | "Lee, Gary S." | FW: NDAs |
| RC-9019_00061520 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 3, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Schrock, Ray C." | """Wrapped"" Deals" |
| RC-9019_00049080 | John.Ruckdaschel@ally.com | May 3, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Schrock, Ray C." | "RE: ""Wrapped"" Deals" |
| RC-9019_00061521 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 3, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Hamzehpour, Tammy;Lee, Gary S.;Renzi, Mark;Schrock, Ray C." | "RE: ""Wrapped"" Deals" |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00061522 | GLee@mofo.com | May 3, 2012 | kpatrick@gibbsbruns.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | Call |
| ALLY_0143755 | David Sheeren (dsheeren@gibbsbruns.com) | May 4, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | RE: " |
| ALLY_0160039 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | May 4, 2012 | David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Scott A. Humphries (shumphries@gibbsbruns.com) | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | FW: " |
| RC-9019_00061529 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S.;Levitt, Jamie A." | Re: Kathy Patrick |
| RC-9019_00049083 | John.Ruckdaschel@ally.com | May 4, 2012 | David Sheeren;Kathy D. Patrick;Scott A. Humphries | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | FW: |
| RC-9019_00061541 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 4, 2012 | David Sheeren;Kathy D. Patrick;Scott A. Humphries | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt Jamie A." | FW: |
| RC-9019_00049089 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 4, 2012 | 'Ross.Martin@ropesgray.com' | "Keith.Wofford@ropesgray.com';'kpatrick@gibbsbruns.com';'mpuntus@centerviewpartners.com';'rkielty@centerviewpartners.com';'shumphries@gibbsbruns.com';Goren, Todd M.;Lee, Gary S." | Re: Plan Support Agreement |
| RC-9019_00049090 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00061544 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00049093 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00061547 | dsheeren@gibbsbruns.com | May 4, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00045515 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 4, 2012 | "David Sheeren';'kpatrick@gibbsbruns.com';Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| RC-9019_00049096 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 4, 2012 | "David Sheeren';'kpatrick@gibbsbruns.com';Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| RC-9019_00060258 | JLevitt@mofo.com | May 4, 2012 | "David Sheeren;kpatrick@gibbsbruns.com;Martin, D. Ross;Robert J. Madden" | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John" | For Settlement Purposes Only |
| RC-9019_00049100 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 4, 2012 | 'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com' | "Lee, Gary S.;Levitt, Jamie A." | GUCs |
| RC-9019_00058733 | Martin D. Ross | May 5, 2012 | Lee Gary S. | Kathy D. Patrick;Lee Gary S.;Levitt Jamie A. | Re: GUCs |
| ALLY_0143768 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 5, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC |
| ALLY_0143777 | David Sheeren (dsheeren@gibbsbruns.com) | May 5, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | RE: " |
| ALLY_0143780 | David Sheeren (dsheeren@gibbsbruns.com) | May 5, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | RE: " |
| ALLY_0160042 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 5, 2012 | (kpatrick@gibbsbruns.com);David Sheeren (dsheeren@gibbsbruns.com);Martin, D. Ross (ross.martin@ropesgray.com);Robert J. Madden (rmadden@gibbsbruns.com) | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | For Settlement Purposes Only" |
| ALLY_0226069 | "Schrock, Ray C. (rschrock@kirkland.com)" | May 5, 2012 | "Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Cieri, Richard M. (rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com);Schrock, Ray C. (rschrock@kirkland.com)" | Re: Project Bounce - Potential Settlement. Subject to fre.408. Strictly confidential. |
| RC-9019_00061586 | JLevitt@mofo.com | May 5, 2012 | Jerry@talcottfranklin.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;paul@talcottfranklin.com;tal@talcottfranklin.com" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC |
| RC-9019_00061591 | Jerry@talcottfranklin.com | May 5, 2012 | "Levitt, Jamie A." | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Paul Snyder;Talcott J. Franklin" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC |
| ALLY_0143788 | Jerry Phelps (jerry@talcottfranklin.com) | May 6, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |

| | | | | | |
|---|---|---|---|---|---|
| ALLY_0143793 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 6, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC" |
| ALLY_0143799 | Jerry Phelps (jerry@talcottfranklin.com) | May 6, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0210106 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 6, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com)" | Fw: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| RC-9019_00049107 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 6, 2012 | 'battle@CarpenterLipps.com';'Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com';'Lauren.Delehy@gmacrescap.com';'lipps@carpenterlipps.com';'ray.schrock@kirkland.com';'richard.cieri@kirkland.com';'Tammy.Hamzehpour@gmacrescap.com';'Timothy.Devine@ally.com';'William.Thompson@ally.com' | "Lee, Gary S.;Levitt, Jamie A." | FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00060266 | GLee@mofo.com | May 6, 2012 | "battle@CarpenterLipps.com;Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;lipps@carpenterlipps.com;ray.schrock@kirkland.com;richard.cieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Levitt, Jamie A." | FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00049142 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 6, 2012 | 'Ross.Martin@ropesgray.com';'rschrock@kirkland.com' | "kpatrick@gibbsbruns.com';Lee, Gary S." | Re: Rescap RMBS Group |
| RC-9019_00061343 | GLee@mofo.com | May 6, 2012 | ross.martin@ropesgray.com;rschrock@kirkland.com | "kpatrick@gibbsbruns.com;Lee, Gary S." | Re: Rescap RMBS Group |
| RC-9019_00060878 | mark.renzi@FTIConsulting.com | May 6, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "GLee@mofo.com;Nolan, William;Ruckdaschel, John" | RE: Help with waterfall before 8 pm if possible |
| RC-9019_00060882 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 6, 2012 | "Devine, Timothy;Renzi, Mark" | "GLee@mofo.com;Nolan, William;Ruckdaschel, John" | RE: Help with waterfall before 8 pm if possible |
| RC-9019_00056930 | "Martin, Samantha <smartin@mofo.com>" | May 7, 2012 | "Martin, D. Ross <Ross.Martin@ropesgray.com>" | "Goren, Todd M. <TGoren@mofo.com>;Lee, Gary S. <GLee@mofo.com>" | FW: Bounce - Gibbs & Brun / Ropes & Gray NDA |
| RC-9019_00058611 | Lee  Gary S. | May 7, 2012 | Kathy D. Patrick;ross.martin@ropesgray.com | Lee  Gary S.;Levitt  Jamie A.;mpuntus@centerviewpartners.com;rkielty@centerviewpartners.com | Fw: Bounce - Gibbs & Brun / Ropes & Gray NDA |
| RC-9019_00058735 | Martin  D. Ross | May 7, 2012 | Lee  Gary S. | Kathy D. Patrick;Lee  Gary S.;Levitt  Jamie A.;mpuntus@centerviewpartners.com;rkielty@centerviewpartners.com | Re: Bounce - Gibbs & Brun / Ropes & Gray NDA |
| ALLY_0143826 | David Sheeren (dsheeren@gibbsbruns.com) | May 7, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | RE: " |
| ALLY_0143831 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 7, 2012 | "David Sheeren (dsheeren@gibbsbruns.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Robert J. Madden (rmadden@gibbsbruns.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Martin, D. Ross (ross.martin@ropesgray.com)" | RE: " |
| ALLY_0143834 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 7, 2012 | (jerry@talcottfranklin.com);(paul@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| ALLY_0143840 | Jerry Phelps (jerry@talcottfranklin.com) | May 7, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com)" | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | FW: Meeting Monday 9 am Eastern at Morison & Foerster NYC" |
| RC-9019_00061607 | JLevitt@mofo.com | May 7, 2012 | paul@talcottfranklin.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S." | NDA and powerpoint |
| RC-9019_00061635 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 7, 2012 | "David Sheeren;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00060905 | dsheeren@gibbsbruns.com | May 7, 2012 | "Cancelliere, Jeff - PA;Kathy D. Patrick;Robert J. Madden;Ruckdaschel, John;Scott A. Humphries" | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A.;Martin, D. Ross" | RE: |
| RC-9019_00047858 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 7, 2012 | 'Ross.Martin@ropesgray.com' | "kpatrick@gibbsbruns.com';'rschrock@kirkland.com';Timothy.Devine@ally.com;Lee, Gary S." | Fw: Fortress & AFI Bid Overview |
| RC-9019_00068842 | "Levitt, Jamie A.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT" | May 7, 2012 | 'Ross.Martin@ropesgray.com' | "kpatrick@gibbsbruns.com';'rschrock@kirkland.com';Timothy.Devine@ally.com;Lee, Gary S." | Fw: Fortress & AFI Bid Overview |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00061649 | JLevitt@mofo.com | May 7, 2012 | "battle@CarpenterLipps.com;Devine, Timothy;nornstein@kirkland.com" | "Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | RE: Privileged and Confidential -- For Settlement Purpose Only -- KP settlement agreement draft |
| RC-9019_00047866 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 7, 2012 | "nornstein@kirkland.com';Timothy.Devine@ally.com';Levit, Jamie A.;Newton, James A." | f'battle@carpenterlipps.com';Clark, Daniel E.;Lee, Gary S." | Re: Privileged and Confidential -- For Settlement Purpose Only -- KP Plan Support Agreement draft |
| RC-9019_00047867 | mark.renzi@FTIConsulting.com | May 7, 2012 | "ceblack@jonesday.com;Davis, Matthew;Dermont, Jared;Greenwald, David;Hasan, Syed;hfsidman@jonesday.com;Klein, Barak;Park, Liz;Parsons, Landon;rlwynne@JonesDay.com;Rozov, Yadin;Szymik, Filip" | "Lee, Gary S.;Levitt, Jamie A." | RE: Project Bounce II |
| RC-9019_00047869 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 7, 2012 | "nornstein@kirkland.com';Timothy.Devine@ally.com';Levit, Jamie A.;Newton, James A." | f'battle@carpenterlipps.com';Clark, Daniel E.;Lee, Gary S." | Re: Privileged and Confidential -- For Settlement Purpose Only -- KP Plan Support Agreement draft |
| RC-9019_00068845 | "Lee, Gary S.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | May 7, 2012 | 'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com' | "mpuntus@centerviewpartners.com';rkielty@centerviewpartners.com';Lee, Gary S.;Levitt, Jamie A." | Fw: Bounce - Gibbs & Brun / Ropes & Gray NDA |
| RC-9019_00047870 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 7, 2012 | 'dsheeren@gibbsbruns.com';'kpatrick@gibbsbruns.com';'Ros.Martin@ropesgray.com' | "jeff.cancelliere@gmacrescap.com';john.ruckdaschel@ally.com';lauren.delehey@ally.com';rcieri@kirkland.com';'Tammy.Hamzehpour@gmacrescap.com';Timothy.Devine@ally.com';Lee, Gary S." | Privileged and Confidential -- For Settlement Purpose Only- Settlement and Plan Support Agreements |
| RC-9019_00060304 | GLee@mofo.com | May 7, 2012 | dsheeren@gibbsbruns.com;kpatrick@gibbsbruns.com;ross.martin@ropesgray | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | Privileged and Confidential -- For Settlement Purpose Only- Settlement and Plan Support Agreements |
| RC-9019_00068851 | "Lee, Gary S.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | May 7, 2012 | 'dsheeren@gibbsbruns.com';'kpatrick@gibbsbruns.com';'Ros.Martin@ropesgray.com' | "jeff.cancelliere@gmacrescap.com';john.ruckdaschel@ally.com';lauren.delehey@ally.com';rcieri@kirkland.com';'Tammy.Hamzehpour@gmacrescap.com';Timothy.Devine@ally.com';Lee, Gary S." | Privileged and Confidential -- For Settlement Purpose Only- Settlement and Plan Support Agreements |
| RC-9019_00049149 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 7, 2012 | 'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com' | "Lee, Gary S." | APA |
| RC-9019_00049154 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 7, 2012 | 'Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com';'lauren.delehey@ally.com';'mark.renzi@FTIConsulting.com';'rcieri@kirkland.com';'rschrock@kirkland.com';'Tammy.Hamzehpour@gmacrescap.com';'Timothy.Devine@ally.com';'William.Thompson@ally.com' | "Lee, Gary S.;Nashelsky, Larren M." | KP |
| RC-9019_00060340 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M." | KP |
| RC-9019_00060343 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00049155 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 7, 2012 | 'Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com';'Lauren.Delehey@gmacrescap.com';'mark.renzi@FTIConsulting.com';'rcieri@kirkland.com';'rschrock@kirkland.com';'tammy.hamzehpour@ally.com';'Timothy.Devine@ally.com';'William.Thompson@ally.com' | "william.nolan@fticonsulting.com';Lee, Gary S.;Nashelsky, Larren M." | Re: KP |
| RC-9019_00060345 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| ALLY_0210149 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | May 8, 2012 | "(mark.renzi@fticonsulting.com);Devine, Timothy (timothy.devine@ally.com)" | "(rcieri@kirkland.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | RE: One Other Thing" |
| RC-9019_00064032 | GLee@mofo.com | May 8, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00047907 | mark.renzi@FTIConsulting.com | May 8, 2012 | Karn Chopra;mpuntus@centerviewpartners.com | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Nolan, William;Park, Liz;Szymik, Filip;Timothy.Devine@ally.com" | FW: Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |
| RC-9019_00093318 | "mark.renzi@FTIConsulting.com;Renzi, Mark" | May 8, 2012 | Karn Chopra;mpuntus@centerviewpartners.com | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Nolan, William;Park, Liz;Szymik, Filip;Timothy.Devine@ally.com" | FW: Bounce - Discussion Materials (5-7-12)_Distribution File KP.pdf - Adobe Acrobat Standard |

EmailsCC.doc.1

| RC-9019_00060924 | GLee@mofo.com | May 8, 2012 | "Devine, Timothy;rcieri@kirkland.com" | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | Re: Are you available |
| RC-9019_00047919 | Syed.Hasan@moelis.com | May 8, 2012 | "Carl E. Black;Renzi, Mark" | "Davis, Matthew;Dermont, Jared;Greenwald, David;hfsidman@jonesday.com;Klein, Barak;Lee, Gary S.;Levitt, Jamie A.;Park, Liz;Parsons, Landon;rlwynne@JonesDay.com;Rozov, Yadin;Sutherland, Conor;Szymik, Filip" | RE: Project Bounce II |
| RC-9019_00049183 | Timothy.Devine@ally.com | May 8, 2012 | "Cancelliere, Jeff - PA;mark.renzi@fticonsulting.com" | "Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | FW: One Other Thing |
| RC-9019_00061651 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 8, 2012 | "Cancelliere, Jeff - PA;mark.renzi@fticonsulting.com" | "Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | FW: One Other Thing |
| RC-9019_00049188 | Jeff.Cancelliere@gmacrescap.com | May 8, 2012 | "Devine, Timothy;mark.renzi@fticonsulting.com" | "Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | RE: One Other Thing |
| RC-9019_00061656 | GLee@mofo.com | May 8, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kohler, Kenneth E.;Nashelsky, Larren M.;rcieri@kirkland.com" | "Lee, Gary S." | Kp |
| RC-9019_00060355 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 8, 2012 | "Whitlinger, Jim - PA" | "Devine, Timothy;GLee@mofo.com" | PLS Comparison |
| RC-9019_00047928 | mark.renzi@FTIConsulting.com | May 8, 2012 | "Hasan, Syed;Park, Liz;Szymik, Filip" | "Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | RE: Project Bounce II |
| RC-9019_00047933 | Syed.Hasan@moelis.com | May 8, 2012 | "Park, Liz;Renzi, Mark;Szymik, Filip" | "Lee, Gary S.;Levitt, Jamie A.;Nolan, William" | RE: Project Bounce II |
| RC-9019_00058599 | Wishnew  Jordan A. | May 9, 2012 | Kathy D. Patrick;ross.martin@ropesgray.com | Keith.Wofford@ropesgray.com;Lee  Gary S.;Levitt  Jamie A. | RE: RMBS Stipulated Claim |
| ALLY_0143871 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Talcott Franklin group" |
| ALLY_0143873 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(kpatrick@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com)" | "(keith.wofford@ropesgray.com);rcieri@kirkland.com);(ross.martin@ropesgray.com);Lee, Gary S. (glee@mofo.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0143875 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(kpatrick@gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com)" | "(keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Lee, Gary S. (glee@mofo.com)" | Re: RMBS Stipulated Claim" |
| ALLY_0143882 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group" |
| ALLY_0143940 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Talcott Franklin group" |
| ALLY_0160133 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | Re: Talcott Franklin group" |
| RC-9019_00049197 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | "Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com';'Lauren.Delehy@gmacrescap.com';'mark.renzi@FTIConsulting.com';rcieri@kirkland.com';'rschrock@kirkland.com';'tammy.hamzehpour@ally.com';'Timothy.Devine@ally.com';'William.Thompson@ally.com';Levitt, Jamie A." | "Lee, Gary S." | Re: Talcott Franklin |
| RC-9019_00060362 | GLee@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William Legal Dept - PA" | "Lee, Gary S." | Re: Talcott Franklin |
| RC-9019_00049213 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | 'rschrock@kirkland.com';'Timothy.Devine@ally.com' | "rcieri@kirkland.com';Lee, Gary S." | Re: KP.  Privileged. (Subject to FRE 408) |
| RC-9019_00061910 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | "'Tammy.Hamzehpour@gmacrescap.com';'tom.marano@ally.com';Nashelsky, Larren M." | "Lee, Gary S." | Fw: KP |
| RC-9019_00064914 | GLee@mofo.com | May 9, 2012 | "Hamzehpour, Tammy;Marano, Tom;Nashelsky, Larren M." | "Lee, Gary S." | Fw: KP |
| RC-9019_00049216 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | 'rcieri@kirkland.com';'rschrock@kirkland.com';'Tammy.Hamzehpour@gmacrescap.com';'Timothy.Devine@ally.com' | "Lee, Gary S." | Re: KP.  Privileged. (Subject to FRE 408) |
| RC-9019_00061664 | GLee@mofo.com | May 9, 2012 | "Devine, Timothy;Hamzehpour, Tammy;rcieri@kirkland.com;rschrock@kirkland.com" | "Lee, Gary S." | Re: KP.  Privileged. (Subject to FRE 408) |
| RC-9019_00049222 | rcieri@kirkland.com | May 9, 2012 | "Kathy D. Patrick;Lee, Gary S.;Timothy.Devine@ally.com" | "Anita Bhama (anita.bhama@ally.com);Keith.Wofford@ropesgray.com;Lee, Gary S.;Ross.Martin@ropesgray.com;Solomon, William Legal" | RE: RMBS Stipulated Claim |
| RC-9019_00049223 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | 'kpatrick@gibbsbruns.com';'Timothy.Devine@ally.com' | "Keith.Wofford@ropesgray.com';'ross.martin@ropesgray.com';Lee, Gary S." | Re: RMBS Stipulated Claim |

Emails-CC.do t.11

| RC-9019_00093191 | "/O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=VZ5VQJ;Ellenburg, April A." | May 9, 2012 | "Abreu, Steve - PA;John Mack (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net);Marano, Tom;Pamela West (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com);Whitlinger, Jim - PA" | "Connolly, Michael;David Lerner (dlerner@morrisoncohen.com);Dicicco, Donna;Dillard, Thalia;Evans, Nilene R.;Gary Lee (glee@mofo.com);Grzeskiewicz, Terry - PA;Hamzehpour, Tammy;Jack Levy (jlevy@morrisoncohen.com);James Tanenbaum (jtanenbaum@mofo.com);Joe Moldovan (jmoldovan@morrisoncohen.com);Klepchick, Dottie - PA;Larren Nashelsky (lnashelsky@mofo.com);Quenneville, Cathy L.;Shank, Jennifer - PA;Skover, Katherine N.;Taylor, Barbara N." | "Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET) " |
| RC-9019_00049258 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | 'kpatrick@gibbsbruns.com';'Timothy.Devine@ally.com' | "Keith.Wofford@ropesgray.com';'rcieri@kirkland.com';'ross.martin@ropesgray.com';Lee, Gary S." | Re: RMBS Stipulated Claim |
| RC-9019_00049297 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | 'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com' | "Keith.Wofford@ropesgray.com';Lee, Gary S.;Levitt, Jamie A.;Wishnew, Jordan A." | Re: RMBS Stipulated Claim |
| RC-9019_00047944 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | "jerry@talcottfranklin.com';'Timothy.Devine@ally.com';Levitt, Jamie A." | "paul@talcottfranklin.com';'Tal@talcottfranklin.com';Lee, Gary S." | Re: Talcott Franklin group |
| RC-9019_00047950 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | "kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com';Wishnew, Jordan A." | "Keith.Wofford@ropesgray.com';Lee, Gary S.;Levitt, Jamie A." | Re: RMBS Stipulated Claim |
| RC-9019_00063066 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | "Levitt, Jamie A.;Newton, James A.;Princi, Anthony" | "Lee, Gary S." | Re: Rick Cieri's Comments to Plan Support Agreement |
| RC-9019_00063069 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 9, 2012 | "Levitt, Jamie A.;Newton, James A.;Princi, Anthony" | "Lee, Gary S." | Re: Rick Cieri's Comments to Plan Support Agreement |
| RC-9019_00049373 | kpatrick@gibbsbruns.com | May 9, 2012 | "Kathy D. Patrick;ross.martin@ropesgray.com;Wishnew, Jordan A." | "Keith.Wofford@ropesgray.com;Lee, Gary S.;Levitt, Jamie A." | Re: RMBS Stipulated Claim |
| RC-9019_00057062 | Ruckdaschel John | May 10, 2012 | David Sheeren;Kathy D. Patrick | andrew.devore@ropesgray.com;Cancelliere Jeff - PA;Lee Gary S.;Levitt Jamie A.;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries;Wofford Keith H. | RE: RMBS Stipulated Claim |
| RC-9019_00058627 | Lee  Gary S. | May 10, 2012 | Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com | Lee  Gary S.;Marinuzzi  Lorenzo | Re: Trustees - Wells  hsbc etc |
| RC-9019_00058669 | Levitt  Jamie A. | May 10, 2012 | Martin D. Ross | Azman  Darren;David Sheeren;Devore  Andrew G.;Kathy D. Patrick;Lee  Gary S.;nornstein@kirkland.com;Wofford  Keith H. | RE: RMBS plan support and settlement |
| ALLY_0210336 | "Lee, Gary S. (glee@mofo.com)" | May 10, 2012 | "(nornstein@kirkland.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Lee, Gary S. (glee@mofo.com);Solomon, William Legal (william.b.solomon@ally.com)" | "Re: RMBS Stipulated Claim" |
| RC-9019_00049406 | Timothy.Devine@ally.com | May 10, 2012 | "Cancelliere, Jeff - PA;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "rcieri@kirkland.com';Kushman, Todd;Lee, Gary S." | FW: Favor |
| RC-9019_00060952 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00049499 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 10, 2012 | "Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com';'nornstein@kirkland.com';'Timothy.Devine@ally.com';Levitt, Jamie A." | "rcieri@kirkland.com';'Todd.Kushman@ally.com';Lee, Gary S." | Re: Favor |
| RC-9019_00060960 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00060964 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00049555 | Timothy.Devine@ally.com | May 10, 2012 | 'AGlenn@kasowitz.com';klonergan@mckoolsmith.com' | "CJohnson@kasowitz.com';'KLeung@kasowitz.com';'pmoak@McKoolSmith.com';'rcieri@kirkland.com';'rschrock@kirkland.com';Lee, Gary S." | Re: Contact Info |
| RC-9019_00048003 | John.Ruckdaschel@ally.com | May 10, 2012 | David Sheeren;Kathy D. Patrick | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A." | FW: RMBS Stipulated Claim |
| RC-9019_00048031 | dsheeren@gibbsbruns.com | May 10, 2012 | "Kathy D. Patrick;Ruckdaschel, John" | "andrew.devore@ropesgray.com;Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries;Wofford, Keith H. | RE: RMBS Stipulated Claim |
| RC-9019_00068887 | David Sheeren: dsheeren@gibbsbruns.com | May 10, 2012 | "Kathy D. Patrick;Ruckdaschel, John" | "andrew.devore@ropesgray.com;Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries;Wofford, Keith H. | RE: RMBS Stipulated Claim |
| RC-9019_00060984 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 10, 2012 | David Sheeren;Kathy D. Patrick | "andrew.devore@ropesgray.com;Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Robert J. Madden;Ross.Martin@ropesgray.com;Scott A. Humphries;Wofford, Keith H. | RE: RMBS Stipulated Claim |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00049598 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCL ARK | May 10, 2012 | "Cieri, Richard M.';'David A. Beck';Ornstein, Noah';'Schrock, Ray C.';'Timothy.Devine@ally.com';'William.b.Solomon@ally.com';Hamzehpour, Tammy;'Jeffrey A. Lipps;Jennifer A.L. Battle;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061667 | DClark@mofo.com | May 10, 2012 | "Cieri, Richard M.;David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061726 | rcieri@kirkland.com | May 10, 2012 | "Clark, Daniel E.;David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00048034 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "Ornstein, Noah" | "Lee, Gary S." | RE: RMBS plan support and settlement |
| RC-9019_00049668 | beck@CarpenterLipps.com | May 10, 2012 | "Cieri, Richard M.;Clark, Daniel E.;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Timothy.Devine@ally.com;William.b.Solomon@ally.com" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061728 | beck@CarpenterLipps.com | May 10, 2012 | "Cieri, Richard M.;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Ornstein, Noah;Ruckdaschel, John;Schrock, Ray C.;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | RE: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061731 | GLee@mofo.com | May 10, 2012 | "battle@CarpenterLipps.com;beck@CarpenterLipps.com;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;lipps@carpenterlipps.com;nornstein@kirkland.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Re: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00061936 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 10, 2012 | 'battle@CarpenterLipps.com';'beck@CarpenterLipps.com';'lipps@carpenterlipps.com' | "Lee, Gary S." | Re: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00049682 | rcieri@kirkland.com | May 10, 2012 | "Ornstein, Noah" | "Lee, Gary S." | "Noah, we are withdrawing our request to make the Ally/Rescap settlement concurrent with KP Settlement hearing." |
| RC-9019_00048035 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "Martin, D. Ross" | "Azman, Darren;Devore, Andrew G.;Lee, Gary S.;Noah Ornstein;Wofford, Keith H." | RE: RMBS plan support and settlement |
| RC-9019_00049683 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 10, 2012 | "Martin, D. Ross" | "Azman, Darren;Devore, Andrew G.;Lee, Gary S.;Noah Ornstein;Wofford, Keith H." | RE: RMBS plan support and settlement |
| RC-9019_00056722 | "Princi, Anthony <APrinci@mofo.com>" | May 11, 2012 | "Levitt, Jamie A. <JLevitt@mofo.com>;Martin, D. Ross <Ross.Martin@ropesgray.com>" | "Clark, Daniel E. <DClark@mofo.com>;Lee, Gary S. <GLee@mofo.com>;Newton, James A. <JNewton@mofo.com>;nornstein@kirkland.com" | Re: Revised Plan Support Agreement |
| ALLY_0158553 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "(jrosenthal@morganlewis.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(mkraut@morganlewis.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | Re: RFC/Residential Funding MBS  Issues" |
| RC-9019_00061955 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | "Cancelliere, Jeff - PA';'Delehey, Lauren - PA';'Hamzehpour, Tammy';'Ruckdaschel, John';'Thompson, William - Legal Dept - PA'" | "Lee, Gary S." | FW: RMBS plan support and settlement |
| RC-9019_00064048 | JLevitt@mofo.com | May 11, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | FW: RMBS plan support and settlement |
| RC-9019_00050305 | nornstein@kirkland.com | May 11, 2012 | Kathy D. Patrick | "Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Schrock, Ray C." | Got your voice mail |
| RC-9019_00050306 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | "Devine, Timothy" | "Lee, Gary S.;Ornstein, Noah" | RE: turning drafts |
| RC-9019_00048086 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | 'Jerry Phelps' | "Derek Witte;Gadsden, James;Lee, Gary S.;Paul Snyder;sarbt@millerjohnson.com;Talcott J. Franklin;wolfordr@millerjohnson.com" | RE: ResCap RMBS Investor Settlement - call on Settlement and Plan Support Agreements rescheduled to 6:50 p.m. Eastern time |
| RC-9019_00048112 | John.Ruckdaschel@ally.com | May 11, 2012 | "Cancelliere, Jeff - PA" | "Lee, Gary S.;Levitt, Jamie A." | FW: RMBS Stipulated Claim |
| RC-9019_00071072 | " /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE;Lee, Gary S." | May 11, 2012 | "'Jeff.Cancelliere@gmacrescap.com';John.Ruckdaschel@ally.com';Beck, Melissa D.;Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: RMBS Stipulated Claim |
| RC-9019_00093570 | "Lee, Gary S.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | May 11, 2012 | "Beck, Melissa D.;Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: RMBS Stipulated Claim |
| RC-9019_00063086 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 11, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: RMBS Stipulated Claim |

Email CC'd to list

| RC-9019_00063094 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 11, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: RMBS Stipulated Claim |
|---|---|---|---|---|---|
| RC-9019_00063102 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | "Princi, Anthony" | "Lee, Gary S." | Re: RMBS Stipulated Claim |
| RC-9019_00054640 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | "'nornstein@kirkland.com';Clark, Daniel E.;Newton, James A." | "Lee, Gary S.;Princi, Anthony" | Re: Proposed new allowed claim definition. No separate ratchet mechanism. |
| RC-9019_00054662 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | "Martin, D. Ross'" | "nornstein@kirkland.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Princi, Anthony" | RE: Revised Plan Support Agreement |
| RC-9019_00050341 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 11, 2012 | 'Ross.Martin@ropesgray.com' | "nornstein@kirkland.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Princi, Anthony" | Re: Revised Plan Support Agreement |
| RC-9019_00071107 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 11, 2012 | 'Ross.Martin@ropesgray.com' | "nornstein@kirkland.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Princi, Anthony" | Re: Revised Plan Support Agreement |
| RC-9019_00054670 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 11, 2012 | 'nornstein@kirkland.com' | "jeff.cancelliere@gmacrescap.com';john.ruckdaschel@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | 25% Issue Update |
| RC-9019_00061018 | MBeck@mofo.com | May 11, 2012 | nornstein@kirkland.com | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel John" | 25% Issue Update |
| RC-9019_00061019 | GLee@mofo.com | May 11, 2012 | "Beck, Melissa D.;nornstein@kirkland.com" | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel John" | Re: 25% Issue Update |
| RC-9019_00062032 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 12, 2012 | "Cancelliere, Jeff - PA" | | RE: 25% Issue Update |
| RC-9019_00050351 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 12, 2012 | "'nornstein@kirkland.com';Levitt, Jamie A.;Princi, Anthony | "Clark, Daniel E.;Lee, Gary S.;Nashelsky, Larren M.;Newton, James A." | Re: KP Settl Agr Open Issues |
| RC-9019_00048118 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | 'Jerry Phelps';Talcott J. Franklin | "nornstein@kirkland.com';rcieri@kirkland.com';Derek Witte;Gadsden, James;Lee, Gary S.;Paul Snyder;Princi, Anthony;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00054746 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | 'Jerry Phelps';Talcott J. Franklin | "nornstein@kirkland.com';rcieri@kirkland.com';Derek Witte;Gadsden, James;Lee, Gary S.;Paul Snyder;Princi, Anthony;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00054855 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Ornstein, Noah';Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | Here is the email I'd like to send and the mark-up on the settlement agreement - thoughts? |
| RC-9019_00048133 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 12, 2012 | "'nornstein@kirkland.com';Levitt, Jamie A." | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | Re: Here is the email I'd like to send and the mark-up on the settlement agreement - thoughts? |
| RC-9019_00054872 | nornstein@kirkland.com | May 12, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | Re: Here is the email I'd like to send and the mark-up on the settlement agreement - thoughts? |
| RC-9019_00048134 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Devore, Andrew G.';Azman, Darren;kpatrick@gibbsbruns.com;Martin, D. Ross;Rmadden@gibbsbruns.com;Shumphries@gibbsbruns.com;Wofford, Keith H." | "Ornstein, Noah';Lee, Gary S.;Princi, Anthony" | Revisions to Settlement Agreement |
| RC-9019_00050355 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Devore, Andrew G.';Azman, Darren;kpatrick@gibbsbruns.com;Martin, D. Ross;Rmadden@gibbsbruns.com;Shumphries@gibbsbruns.com;Wofford, Keith H." | "Ornstein, Noah';Lee, Gary S.;Princi, Anthony" | Revisions to Settlement Agreement |
| RC-9019_00071130 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 12, 2012 | "Devore, Andrew G.';Azman, Darren;kpatrick@gibbsbruns.com;Martin, D. Ross;Rmadden@gibbsbruns.com;Shumphries@gibbsbruns.com;Wofford, Keith H." | "Ornstein, Noah';Lee, Gary S.;Princi, Anthony" | Revisions to Settlement Agreement |
| RC-9019_00048166 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "'Azman, Darren';'Devore, Andrew G.';'kpatrick@gibbsbruns.com';'Martin, D. Ross';'Rmadden@gibbsbruns.com';'SHumphries@gibbsbruns.com';'Wofford, Keith H." | "Ornstein, Noah';Lee, Gary S.;Princi, Anthony" | Revisions to Plan Support Agreement |
| RC-9019_00050387 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "'Azman, Darren';'Devore, Andrew G.';'kpatrick@gibbsbruns.com';'Martin, D. Ross';'Rmadden@gibbsbruns.com';'SHumphries@gibbsbruns.com';'Wofford, Keith H." | "Ornstein, Noah';Lee, Gary S.;Princi, Anthony" | Revisions to Plan Support Agreement |
| RC-9019_00071162 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 12, 2012 | "'Azman, Darren';'Devore, Andrew G.';'kpatrick@gibbsbruns.com';'Martin, D. Ross';'Rmadden@gibbsbruns.com';'SHumphries@gibbsbruns.com';'Wofford, Keith H." | "Ornstein, Noah';Lee, Gary S.;Princi, Anthony" | Revisions to Plan Support Agreement |
| RC-9019_00054905 | nornstein@kirkland.com | May 12, 2012 | "'andrew.devore@ropesgray.com';'Darren.Azman@ropesgray.com';'Keith.Wofford@ropesgray.com';'kpatrick@gibbsbruns.com';'Rmadden@gibbsbruns.com';'Ross.Martin@ropesgray.com';SHumphries@gibbsbruns.com';Levitt, Jamie A." | "Lee, Gary S.;Princi, Anthony" | Re: Revisions to Plan Support Agreement |
| RC-9019_00050415 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | 'Ross.Martin@ropesgray.com' | "Lee, Gary S." | Psa blackline |

| RC-9019_00054907 | Tal@talcottfranklin.com | May 12, 2012 | "Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
|---|---|---|---|---|---|
| RC-9019_00048194 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | 'jerry@talcottfranklin.com';'tal@talcottfranklin.com' | "'derek@talcottfranklin.com';'gadsden@clm.com';'nornstein@kirkland.com';'paul@talcottfranklin.com';'rcieri@kirkland.com';'sarbt@millerjohnson.com';'wolfordr@millerjohnson.com';Lee, Gary S.;Princi, Anthony" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071190 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 12, 2012 | 'jerry@talcottfranklin.com';'tal@talcottfranklin.com' | "'derek@talcottfranklin.com';'gadsden@clm.com';'nornstein@kirkland.com';'paul@talcottfranklin.com';'rcieri@kirkland.com';'sarbt@millerjohnson.com';'wolfordr@millerjohnson.com';Lee, Gary S.;Princi, Anthony" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00048196 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | 'Talcott J. Franklin';Jerry Phelps | "Derek Witte;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | RE: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00068890 | "Levitt, Jamie A.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT" | May 12, 2012 | 'Talcott J. Franklin';Jerry Phelps | "Derek Witte;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | RE: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071192 | "/=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 12, 2012 | 'Talcott J. Franklin';Jerry Phelps | "Derek Witte;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | RE: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00062042 | kcrost@orrick.com | May 12, 2012 | 'Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com' | "Howard, Martin B.;Lee, Gary S.;Mitchell, Thomas C." | Re: 25% Issue Update |
| RC-9019_00050447 | Timothy.Devine@ally.com | May 12, 2012 | "'nornstein@kirkland.com';Levitt, Jamie A." | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | Talcott Franklin on Board |
| RC-9019_00061739 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | 'jlevitt@mofo.com';'nornstein@kirkland.com' | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | Talcott Franklin on Board |
| RC-9019_00050449 | Jeff.Cancelliere@gmacrescap.com | May 12, 2012 | "'nornstein@kirkland.com';Devine, Timothy;Levitt, Jamie A." | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061740 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 12, 2012 | "'jlevitt@mofo.com';'nornstein@kirkland.com';Devine, Timothy" | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061741 | JLevitt@mofo.com | May 12, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;nornstein@kirkland.com" | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00061365 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 12, 2012 | "Cancelliere, Jeff - PA;Levitt, Jamie A.;nornstein@kirkland.com" | "Delehey, Lauren - PA;Hamzehpour, Tammy;Lee, Gary S.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | RE: Talcott Franklin on Board |
| RC-9019_00054941 | nornstein@kirkland.com | May 12, 2012 | "Cieri, Richard M.;Devine, Timothy" | "Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | FW: Call now |
| RC-9019_00054954 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | 'Jerry Phelps';'Talcott J. Franklin' | "Derek Witte';Gadsden, James';nornstein@kirkland.com';Paul Snyder';rcieri@kirkland.com';'wolfordr@millerjohnson.com';Lee, Gary S.;Princi, Anthony" | RE: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00054982 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "Martin, D. Ross'" | "nornstein@kirkland.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Princi, Anthony" | RMBS plan support and settlement agreements |
| RC-9019_00054983 | nornstein@kirkland.com | May 12, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S.;Newton, James A." | RE: Call now |
| RC-9019_00054987 | nornstein@kirkland.com | May 12, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S.;Newton, James A." | RE: Call now |
| RC-9019_00054991 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "'nornstein@kirkland.com';Princi, Anthony" | "Lee, Gary S.;Newton, James A." | Re: Call now |
| RC-9019_00054995 | nornstein@kirkland.com | May 12, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S.;Newton, James A." | RE: Call now |
| RC-9019_00055000 | nornstein@kirkland.com | May 12, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S.;Newton, James A." | RE: Call now |
| RC-9019_00055064 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "'Ornstein, Noah';Clark, Daniel E.;Newton, James A.;Princi, Anthony" | "Lee, Gary S." | Call at 11:30 |
| RC-9019_00050583 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 12, 2012 | "'Ornstein, Noah';Clark, Daniel E.;Newton, James A.;Princi, Anthony" | "Lee, Gary S." | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071333 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 12, 2012 | "'Ornstein, Noah';Clark, Daniel E.;Newton, James A.;Princi, Anthony" | "Lee, Gary S." | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055071 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 12, 2012 | "'nornstein@kirkland.com';Levitt, Jamie A.;Newton, James A.;Princi, Anthony" | "Lee, Gary S." | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00057160 | Levitt  Jamie A. | May 13, 2012 | Princi  Anthony;Scott A. Humphries | Clark  Daniel E.;Kathy D. Patrick;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com | RE: Settlement documents -- confidential |
| RC-9019_00057169 | Levitt  Jamie A. | May 13, 2012 | Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com;Scott A. Humphries | Lee  Gary S.;nornstein@kirkland.com;Princi Anthony;rcieri@kirkland.com;Timothy.Devine@ally.com | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00057186 | Princi  Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;rcieri@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries | Clark  Daniel E.;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;Timothy.Devine@ally.com | RE: RMBS Trust Settlement - Rule 408 Communication |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00057194 | Princi  Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;Scott A. Humphries | Clark  Daniel E.;Keith.Wofford@ropesgray.com;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;Ross.Martin@ropesgray;Timothy.Devine@ally.com | RE: Settlement documents -- confidential |
| RC-9019_00057262 | Princi  Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;rcieri@kirkland.com;ross.martin@ropesgray;Scott A. Humphries | Clark  Daniel E.;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;Timothy.Devine@ally.com | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00058094 | Princi  Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;ross.martin@ropesgray;Scott A. Humphries | Clark  Daniel E.;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00058099 | Princi  Anthony | May 13, 2012 | Kathy D. Patrick;Levitt  Jamie A.;Scott A. Humphries | Clark  Daniel E.;Keith.Wofford@ropesgray.com;Lee  Gary S.;Newton  James A.;nornstein@kirkland.com;Ross.Martin@ropesgray;Timothy.Devine@ally.com | RE: Settlement documents -- confidential |
| RC-9019_00058452 | Levitt  Jamie A. | May 13, 2012 | Kathy D. Patrick | Lee  Gary S.;Princi  Anthony | Fw: Settlement documents -- confidential |
| RC-9019_00058621 | Lee  Gary S. | May 13, 2012 | Kathy D. Patrick | Lee  Gary S. | Press release and signature pages - what's the eta. Want to get this done so we can talk re monday. |
| ALLY_0144240 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "Jerry Phelps (jerry@talcottfranklin.com);Levitt, Jamie A. (jlevitt@mofo.com);Talcott J. Franklin (Tal@talcottfranklin.com)" | (sarbt@millerjohnson.com);(wolfordr@millerjohnson.com);Derek Witte (derek@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Gadsden, James (gadsden@clm.com);Lee, Gary S. (glee@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Paul Snyder (paul@talcottfranklin.com);Princi, Anthony (aprinci@mofo.com)" | RE: Confidential Draft -- For Settlement Purposes Only" |
| ALLY_0144308 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);(nornstein@kirkland.com);(ross.martin@ropesgray.com);Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | "RE: Settlement documents -- confidential" |
| ALLY_0144310 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com)" | "(nornstein@kirkland.com);Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | "RE: Settlement documents -- confidential" |
| ALLY_0144335 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | RE: Your Proposal" |
| ALLY_0144343 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0144376 | "Devine, Timothy (devine, timothy)" | May 13, 2012 | "Kathy D. Patrick (kpatrick@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "(keith.wofford@ropesgray.com);(nornstein@kirkland.com);(ross.martin@ropesgray.com);Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | "RE: Settlement documents -- confidential" |
| ALLY_0144378 | "Devine, Timothy (devine, timothy)" | May 13, 2012 | Kathy D. Patrick (kpatrick@gibbsbruns.com) | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | RE: Your Proposal" |
| ALLY_0160328 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 13, 2012 | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com)" | FW: Settlement documents -- confidential" |
| ALLY_0160351 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "(ross.martin@ropesgray.com);Kathy D. Patrick (kpatrick@gibbsbruns.com);Levitt, Jamie A. (jlevitt@mofo.com);Scott A. Humphries (shumphries@gibbsbruns.com)" | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210589 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210597 | "Cieri, Richard M. (rcieri@kirkland.com)" | May 13, 2012 | "Ornstein, Noah (nornstein@kirkland.com)" | "Clark, Daniel E. (dclark@mofo.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com);Newton, James A. (jnewton@mofo.com);Princi, Anthony (aprinci@mofo.com)" | Re: Settlement documents -- confidential" |
| ALLY_0210604 | "Levitt, Jamie A. (jlevitt@mofo.com)" | May 13, 2012 | "(kcrost@orrick.com);(lipps@carpenterlipps.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | FW: Settlement documents -- confidential" |
| ALLY_0210620 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210625 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |

| | | | | | |
|---|---|---|---|---|---|
| ALLY_0210629 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Princi, Anthony (aprinci@mofo.com)" | "Clark, Daniel E. (dclark@mofo.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: Settlement documents -- confidential" |
| ALLY_0210637 | "Ornstein, Noah (nornstein@kirkland.com)" | May 13, 2012 | "Cieri, Richard M. (rcieri@kirkland.com)" | "(aprinci@mofo.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | FW: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210680 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Princi, Anthony (aprinci@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "(rcieri@kirkland.com);Lee, Gary S. (glee@mofo.com)" | FW: Your Proposal" |
| ALLY_0210682 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210696 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "Levitt, Jamie A. (jlevitt@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Lee, Gary S. (glee@mofo.com);Princi, Anthony (aprinci@mofo.com)" | RE: RMBS Trust Settlement - Rule 408 Communication" |
| ALLY_0210708 | "Devine, Timothy (/o=globalexchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=tzxgsd)" | May 13, 2012 | "(rcieri@kirkland.com);Levitt, Jamie A. (jlevitt@mofo.com);Princi, Anthony (aprinci@mofo.com)" | "(nornstein@kirkland.com);Clark, Daniel E. (dclark@mofo.com);Jeffrey A. Lipps (lipps@carpenterlipps.com);Lee, Gary S. (glee@mofo.com);Newton, James A. (jnewton@mofo.com)" | RE: RMBS Trust Settlement - Rule 408 Communication" |
| RC-9019_00062057 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=MBECK | May 13, 2012 | "Levitt, Jamie A." | "Lee, Gary S.;Newton, James A.;Princi, Anthony" | FW: Sample Indenture/PSA |
| RC-9019_00048321 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Kathy D. Patrick';'Ross.Martin@ropesgray.com';'Scott A. Humphries' | "Devine, Timothy';'Ornstein, Noah';'rcieri@kirkland.com';Lee, Gary S.;Princi, Anthony" | RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050586 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Kathy D. Patrick';'Ross.Martin@ropesgray.com';'Scott A. Humphries' | "Devine, Timothy';'Ornstein, Noah';'rcieri@kirkland.com';Lee, Gary S.;Princi, Anthony" | RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071339 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | 'Kathy D. Patrick';'Ross.Martin@ropesgray.com';'Scott A. Humphries' | "Devine, Timothy';'Ornstein, Noah';'rcieri@kirkland.com';Lee, Gary S.;Princi, Anthony" | RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055172 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;ross.martin@ropesgray.com;Scott A. Humphries' | "Lee, Gary S.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00063202 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "Princi, Anthony" | "Lee, Gary S." | Re: Sample Indenture/PSA |
| RC-9019_00055175 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries' | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055179 | rcieri@kirkland.com | May 13, 2012 | "'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com';'SHumphries@gibbsbruns.com';Levitt, Jamie A.;Princi, Anthony" | "'Timothy.Devine@ally.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Ornstein, Noah" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055183 | rcieri@kirkland.com | May 13, 2012 | "'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com';'SHumphries@gibbsbruns.com';Levitt, Jamie A.;Princi, Anthony" | "'Timothy.Devine@ally.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Ornstein, Noah" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00063205 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "Princi, Anthony" | "Hoffinger, Adam S.;Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Re: Sample Indenture/PSA |
| RC-9019_00055187 | nornstein@kirkland.com | May 13, 2012 | "Cieri, Richard M.;Levitt, Jamie A.;Princi, Anthony" | "'Timothy.Devine@ally.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A." | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050680 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com';'SHumphries@gibbsbruns.com';Levitt, Jamie A." | "'nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A." | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050684 | kpatrick@gibbsbruns.com | May 13, 2012 | "Cieri, Richard M.;Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries' | "Clark, Daniel E.;Kathy D. Patrick;Lee, Gary S.;Newton, James A.;Ornstein, Noah;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071433 | Kathy D. Patrick;kpatrick@gibbsbruns.com | May 13, 2012 | "Cieri, Richard M.;Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries' | "Clark, Daniel E.;Kathy D. Patrick;Lee, Gary S.;Newton, James A.;Ornstein, Noah;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055192 | kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony;ross.martin@ropesgray.com;Scott A. Humphries' | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;rcieri@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055197 | nornstein@kirkland.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Talcott |
| RC-9019_00055198 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "'nornstein@kirkland.com';Princi, Anthony" | "Lee, Gary S." | Re: Talcott |
| RC-9019_00055199 | nornstein@kirkland.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: Talcott |
| RC-9019_00063228 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "Princi, Anthony" | "Lee, Gary S." | Re: Sample Indenture/PSA |

Email CC d to Inc

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00055201 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "nornstein@kirkland.com";Princi, Anthony" | "Lee, Gary S." | Re: Talcott |
| RC-9019_00055202 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com" | "Clark, Daniel E.;Jeffrey A. Lipps;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050689 | rcieri@kirkland.com | May 13, 2012 | "kpatrick@gibbsbruns.com';Ross.Martin@ropesgray.com'; SHumphries@gibbsbruns.com';Levitt, Jamie A.;Princi, Anthony;" | "Timothy.Devine@ally.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Ornstein, Noah" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071438 | "Cieri, Richard M.;rcieri@kirkland.com" | May 13, 2012 | "kpatrick@gibbsbruns.com';Ross.Martin@ropesgray.com'; SHumphries@gibbsbruns.com';Levitt, Jamie A.;Princi, Anthony" | "Timothy.Devine@ally.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A.;Ornstein, Noah" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055221 | nornstein@kirkland.com | May 13, 2012 | "Cieri, Richard M." | "Timothy.Devine@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | FW: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055226 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com; Scott A. Humphries" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050694 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Devine, Timothy';John.Ruckdaschel@ally.com';nornstein@kirkland.com" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061080 | JLevitt@mofo.com | May 13, 2012 | "Devine, Timothy;nornstein@kirkland.com;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071443 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | "Devine, Timothy';John.Ruckdaschel@ally.com';nornstein@kirkland.com" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050701 | nornstein@kirkland.com | May 13, 2012 | "Devine, Timothy';John.Ruckdaschel@ally.com';Levitt, Jamie A." | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071450 | "nornstein@kirkland.com;Ornstein, Noah" | May 13, 2012 | "Devine, Timothy';John.Ruckdaschel@ally.com';Levitt, Jamie A." | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055252 | nornstein@kirkland.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S.;Wishnew, Jordan A." | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050709 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071458 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055267 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Scott A. Humphries';Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055275 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Kathy D. Patrick';rcieri@kirkland.com';Ross.Martin@ropesgray.com S.;Scott A. Humphries';Levitt, Jamie A.;Princi, Anthony" | "nornstein@kirkland.com';Timothy.Devine@ally.com';Clark, Daniel E.;Lee, Gary S." | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00063251 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: Talcott |
| RC-9019_00050717 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Scott A. Humphries';Kathy D. Patrick;Levitt, Jamie A.;rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00063259 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: Talcott |
| RC-9019_00063263 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: Talcott |
| RC-9019_00050727 | Tammy.Hamzehpour@ally.com | May 13, 2012 | "Devine, Timothy;Thompson, William - Legal Dept - PA" | "beck@CarpenterLipps.com';lipps@carpenterlipps.com';Lee, Gary S." | Re: Thrivent term sheet |
| RC-9019_00055285 | nornstein@kirkland.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Talcott |
| RC-9019_00050728 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071470 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050736 | nornstein@kirkland.com | May 13, 2012 | "Devine, Timothy';Ruckdaschel, John;Levitt, Jamie A." | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071478 | "nornstein@kirkland.com;Ornstein, Noah" | May 13, 2012 | "Devine, Timothy';Ruckdaschel, John;Levitt, Jamie A." | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050744 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071486 | "Devine, Timothy;Timothy.Devine@ally.com" | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |

Email CC do on

| RC-9019_00055286 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEV ITT | May 13, 2012 | "Devine, Timothy';Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061119 | JLevitt@mofo.com | May 13, 2012 | "Devine, Timothy;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055295 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055305 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEV ITT | May 13, 2012 | "Devine, Timothy';Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061128 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00061137 | JLevitt@mofo.com | May 13, 2012 | "Devine, Timothy;Ornstein, Noah;Ruckdaschel, John" | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055315 | nornstein@kirkland.com | May 13, 2012 | "Devine, Timothy';Ruckdaschel, John';Levitt, Jamie A." | "Lee, Gary S.;Princi, Anthony" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050752 | SHumphries@gibbsbruns.com | May 13, 2012 | 'Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony';rcieri@kirkland.com;ross.martin@ropesgray.com' | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071503 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | 'Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony';rcieri@kirkland.com;ross.martin@ropesgray.com' | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055325 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNE WTON | May 13, 2012 | "Scott A. Humphries;'Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony';rcieri@kirkland.com;ross.martin@ropesgray.com" | "Clark, Daniel E.;Lee, Gary S.;nornstein@kirkland.com;Timothy.Devine@ally.com" | RE: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00055331 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Newton, James A.;Princi, Anthony;rcieri@kirkland.com;ross.martin@ropesgray.com;Scott A. Humphries" | "Clark, Daniel E.;Lee, Gary S.;nornstein@kirkland.com;Timothy.Devine@ally.com" | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00050767 | nornstein@kirkland.com | May 13, 2012 | 'kpatrick@gibbsbruns.com' | "Martin, D. Ross';'shumphries@gibbsbruns.com';Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | Project Bounce - NSM Purchase Price Schedule - Privileged & Confidential - Subject to FRE 408 |
| RC-9019_00048415 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEV ITT | May 13, 2012 | 'Kathy D. Patrick';'Ross.Martin@ropesgray.com';'Scott A. Humphries' | "Devine, Timothy';'Ornstein, Noah';'rcieri@kirkland.com';Lee, Gary S.;Princi, Anthony" | Settlement documents -- confidential |
| RC-9019_00068915 | "Levitt, Jamie A.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEV ITT" | May 13, 2012 | 'Kathy D. Patrick';'Ross.Martin@ropesgray.com';'Scott A. Humphries' | "Devine, Timothy';'Ornstein, Noah';'rcieri@kirkland.com';Lee, Gary S.;Princi, Anthony" | Settlement documents -- confidential |
| RC-9019_00071513 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLE VITT;Levitt, Jamie A." | May 13, 2012 | 'Kathy D. Patrick';'Ross.Martin@ropesgray.com';'Scott A. Humphries' | "Devine, Timothy';'Ornstein, Noah';'rcieri@kirkland.com';Lee, Gary S.;Princi, Anthony" | Settlement documents -- confidential |
| RC-9019_00050773 | Timothy.Devine@ally.com | May 13, 2012 | Kathy D. Patrick | "rcieri@kirkland.com';Lee, Gary S." | RE: Your Proposal |
| RC-9019_00055347 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John" | "rcieri@kirkland.com';Lee, Gary S." | FW: Your Proposal |
| RC-9019_00061157 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John" | "rcieri@kirkland.com';Lee, Gary S." | FW: Your Proposal |
| RC-9019_00050774 | nornstein@kirkland.com | May 13, 2012 | "'Kathy D. Patrick';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "Devine, Timothy';Cieri, Richard M.;Lee, Gary S.;Princi, Anthony" | RE: Settlement documents -- confidential |
| RC-9019_00071604 | "nornstein@kirkland.com;Ornstein, Noah" | May 13, 2012 | "'Kathy D. Patrick';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "Devine, Timothy';Cieri, Richard M.;Lee, Gary S.;Princi, Anthony" | RE: Settlement documents -- confidential |
| RC-9019_00050819 | kpatrick@gibbsbruns.com | May 13, 2012 | Kathy D. Patrick;Timothy.Devine@ally.com | "Lee, Gary S.;rcieri@kirkland.com;Scott A. Humphries" | Re: Your Proposal |
| RC-9019_00050820 | rcieri@kirkland.com | May 13, 2012 | Kathy D. Patrick;Timothy.Devine@ally.com | "Lee, Gary S.;Scott A. Humphries" | RE: Your Proposal |
| RC-9019_00055353 | Tal@talcottfranklin.com | May 13, 2012 | 'Jerry Phelps;Levitt, Jamie A.' | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarht@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00062292 | "Cancelliere, Jeff - PA;Jeff.Cancelliere@gmacrescap.com" | May 13, 2012 | "Newton, James A." | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A." | Re: Favor |
| RC-9019_00048506 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEV ITT | May 13, 2012 | 'kpatrick@gibbsbruns.com' | "Lee, Gary S.;Princi, Anthony" | Fw: Settlement documents -- confidential |
| RC-9019_00069006 | "Levitt, Jamie A.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEV ITT" | May 13, 2012 | 'kpatrick@gibbsbruns.com' | "Lee, Gary S.;Princi, Anthony" | Fw: Settlement documents -- confidential |
| RC-9019_00071653 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLE VITT;Levitt, Jamie A." | May 13, 2012 | 'kpatrick@gibbsbruns.com' | "Lee, Gary S.;Princi, Anthony" | Fw: Settlement documents -- confidential |
| RC-9019_00055392 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A." | "Lee, Gary S.;Princi, Anthony;Scott A. Humphries" | Re: Settlement documents -- confidential |
| RC-9019_00055394 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRI NCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A." | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |

| RC-9019_00062298 | "Cancelliere, Jeff - PA; Jeff.Cancelliere@gmacrescap.com" | May 13, 2012 | "Newton, James A." | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A." | RE: Favor |
|---|---|---|---|---|---|
| RC-9019_00064091 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "Newton, James A." | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A." | RE: Favor |
| RC-9019_00055417 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com" | RE: Settlement documents -- confidential |
| RC-9019_00050830 | kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com;Wofford, Keith H." | RE: Settlement documents -- confidential |
| RC-9019_00071744 | Kathy D. Patrick;kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com;Wofford, Keith H." | RE: Settlement documents -- confidential |
| RC-9019_00055423 | Timothy.Devine@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061185 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050833 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | 'nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com' | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | FW: Settlement documents -- confidential |
| RC-9019_00045465 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061189 | /o=GMAC Mortgage Corp/ou=Dallas-IT/cn=Exchange Migration/cn=Recipients/cn=Residential/cn=Jeff_Cancelliere | May 13, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "RE: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050836 | nornstein@kirkland.com | May 13, 2012 | "'Timothy.Devine@ally.com';Cieri, Richard M.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00055436 | nornstein@kirkland.com | May 13, 2012 | "'Timothy.Devine@ally.com';Cieri, Richard M.;Ornstein, Noah;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00071747 | "nornstein@kirkland.com;Ornstein, Noah" | May 13, 2012 | "'Timothy.Devine@ally.com';Cieri, Richard M.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00050840 | nornstein@kirkland.com | May 13, 2012 | "'Timothy.Devine@ally.com';Cieri, Richard M.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00055440 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Re: Settlement documents -- confidential |
| RC-9019_00071751 | "nornstein@kirkland.com;Ornstein, Noah" | May 13, 2012 | "'Timothy.Devine@ally.com';Cieri, Richard M.;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00050845 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Ornstein, Noah';Timothy.Devine@ally.com';Cieri, Richard M." | "Clark, Daniel E.;Lee, Gary S.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00050849 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;A. Lipps;Michael N. Beekhuizen;Thompson, William - Legal Dept - PA" | "'nornstein@kirkland.com';David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |
| RC-9019_00050858 | William.Thompson@ally.com | May 13, 2012 | Michael N. Beekhuizen | "David A. Beck;Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Jennifer A.L. Battle;Lee, Gary S.;nornstein@kirkland.com" | RE: Thrivent term sheet |
| RC-9019_00048597 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Ornstein, Noah';Timothy.Devine@ally.com" | "Clark, Daniel E.;Lee, Gary S.;Princi, Anthony" | FW: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00069097 | "Levitt, Jamie A.; /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT" | May 13, 2012 | "Ornstein, Noah';Timothy.Devine@ally.com" | "Clark, Daniel E.;Lee, Gary S.;Princi, Anthony" | FW: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071762 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | "Ornstein, Noah';Timothy.Devine@ally.com" | "Clark, Daniel E.;Lee, Gary S.;Princi, Anthony" | FW: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00050865 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A." | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com;Wofford, Keith H." | RE: Settlement documents -- confidential |
| RC-9019_00055450 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A." | "Clark, Daniel E.;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com;Wofford, Keith H." | RE: Settlement documents -- confidential |
| RC-9019_00050868 | Timothy.Devine@ally.com | May 13, 2012 | "Hamzehpour, Tammy;Jeffrey A. Lipps;Michael N. Beekhuizen;Thompson, William - Legal Dept - PA" | "'nornstein@kirkland.com';David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |
| RC-9019_00050872 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00071783 | Kathy D. Patrick;kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00050876 | nornstein@kirkland.com | May 13, 2012 | "Kathy D. Patrick';Levitt, Jamie A.;Princi, Anthony" | "'Keith.Wofford@ropesgray.com';'ross.martin@ropesgray.com';Scott A. Humphries';'Timothy.Devine@ally.com';Clark, Daniel E.;Lee, Gary S.;Newton, James A." | RE: Settlement documents -- confidential |

| | | | | |
|---|---|---|---|---|
| RC-9019_00071787 | "nornstein@kirkland.com;Ornstein, Noah" | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Keith.Wofford@ropesgray.com';ross.martin@ropesgray.com';Scott A. Humphries';Timothy.Devine@ally.com;Clark, Daniel E;Lee, Gary S.;Newton, James A." | RE: Settlement documents -- confidential |
| RC-9019_00050880 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00071791 | Kathy D. Patrick;kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00050884 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick';Levitt, Jamie A." | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055461 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | 'Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com';Timothy.Devine@ally.com' | "nornstein@kirkland.com';rcieri@kirkland.com';shessler@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061192 | GLee@mofo.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050888 | beekhuizen@CarpenterLipps.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Jeffrey A. Lipps;Thompson, William - Legal Dept - PA" | "nornstein@kirkland.com';David A. Beck;Jennifer A.L. Battle;Lee, Gary S." | RE: Thrivent term sheet |
| RC-9019_00055480 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00050897 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00071795 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00050905 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE | May 13, 2012 | 'Jeff.Cancelliere@gmacrescap.com';'John.Ruckdaschel@ally.com';'shessler@kirkland.com';'Timothy.Devine@ally.com' | "gina.proia@ally.com';'nornstein@kirkland.com';'rcieri@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061214 | GLee@mofo.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John;shessler@kirkland.com" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00050913 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00071803 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055485 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Talcott J. Franklin';Jerry Phelps | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | RE: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055495 | Jerry@talcottfranklin.com | May 13, 2012 | "Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;Talcott J. Franklin;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00050947 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick';Levitt, Jamie A." | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055500 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A." | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00050952 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'John.Ruckdaschel@ally.com';'kcrost@orrick.com';lipps@carpenterlipps.com' | 'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | FW: Settlement documents -- confidential |
| RC-9019_00064486 | JLevitt@mofo.com | May 13, 2012 | "kcrost@orrick.com;lipps@carpenterlipps.com;Ruckdaschel, John" | "Devine, Timothy;Lee, Gary S.;Princi, Anthony" | FW: Settlement documents -- confidential |
| RC-9019_00071837 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | 'John.Ruckdaschel@ally.com';'kcrost@orrick.com';'lipps@carpenterlipps.com' | 'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | FW: Settlement documents -- confidential |
| RC-9019_00055513 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00050956 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00071841 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055553 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Scott A. Humphries';Kathy D. Patrick | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055558 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055565 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055572 | kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Princi, Anthony;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00050995 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055579 | kpatrick@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00071880 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055591 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00055592 | Timothy.Devine@ally.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com" | RE: Settlement documents -- confidential |
| RC-9019_00055594 | kpatrick@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00055595 | rcieri@kirkland.com | May 13, 2012 | "Ornstein, Noah" | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A.;Newton, James A.;Princi, Anthony;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00051061 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=APRINCI | May 13, 2012 | "'Devine, Timothy';Kathy D. Patrick;Levitt, Jamie A.;Scott A. Humphries" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com" | RE: Settlement documents -- confidential |
| RC-9019_00055605 | lipps@CarpenterLipps.com | May 13, 2012 | "Ornstein, Noah;Princi, Anthony" | "Clark, Daniel E.;Lee, Gary S.;Levitt, Jamie A.;Newton, James A.;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00051063 | lipps@CarpenterLipps.com | May 13, 2012 | "Levitt, Jamie A." | "David A. Beck;Jeffrey A. Lipps;Jennifer A.L. Battle;John.Ruckdaschel@ally.com;kcrost@orrick.com;Lee, Gary S.;Princi, Anthony;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00055612 | nornstein@kirkland.com | May 13, 2012 | "Princi, Anthony" | "Lee, Gary S.;Levitt, Jamie A." | RE: Settlement documents -- confidential |
| RC-9019_00061236 | lipps@CarpenterLipps.com | May 13, 2012 | "Levitt, Jamie A." | "David A. Beck;Devine, Timothy;Jeffrey A. Lipps;Jennifer A.L. Battle;kcrost@orrick.com;Lee, Gary S.;Princi, Anthony;Ruckdaschel, John" | Re: Settlement documents -- confidential |
| RC-9019_00071946 | Jeffrey A. Lipps;lipps@CarpenterLipps.com | May 13, 2012 | "Levitt, Jamie A." | "David A. Beck;Jeffrey A. Lipps;Jennifer A.L. Battle;John.Ruckdaschel@ally.com;kcrost@orrick.com;Lee, Gary S.;Princi, Anthony;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00055615 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "'nornstein@kirkland.com';Princi, Anthony" | "Lee, Gary S." | Re: Settlement documents -- confidential |
| RC-9019_00048613 | Tal@talcottfranklin.com | May 13, 2012 | "Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00071947 | Tal@talcottfranklin.com;Talcott J. Franklin | May 13, 2012 | "Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00055619 | rcieri@kirkland.com | May 13, 2012 | "Jerry Phelps;Levitt, Jamie A.;Talcott J. Franklin" | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;Ornstein, Noah;Paul Snyder;Princi, Anthony;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |

| RC-9019_00055624 | Tal@talcottfranklin.com | May 13, 2012 | "Cieri, Richard M.;Jerry Phelps;Levitt, Jamie A." | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;Ornstein, Noah;Paul Snyder;Princi, Anthony;sarbt@millerjohnson.com;wolfordr@millerjohnson.com" | Re: Confidential Draft -- For Settlement Purposes Only |
|---|---|---|---|---|---|
| RC-9019_00051064 | lipps@CarpenterLipps.com | May 13, 2012 | "'John.Ruckdaschel@ally.com';'kcrost@orrick.com';Levitt, Jamie A." | "Timothy.Devine@ally.com";"Lee, Gary S.;Princi, Anthony" | Re: Settlement documents -- confidential |
| RC-9019_00071954 | Jeffrey A. Lipps;lipps@CarpenterLipps.com | May 13, 2012 | "'John.Ruckdaschel@ally.com';'kcrost@orrick.com';Levitt, Jamie A." | "Timothy.Devine@ally.com;Lee, Gary S.;Princi, Anthony" | Re: Settlement documents -- confidential |
| RC-9019_00051065 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Jerry Phelps' | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;Talcott J. Franklin;wolfordr@millerjohnson.com" | RE: Confidential -- For Settlement Purposes Only |
| RC-9019_00071955 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | 'Jerry Phelps' | "Derek Witte;Devine, Timothy;Gadsden, James;Lee, Gary S.;nornstein@kirkland.com;Paul Snyder;Princi, Anthony;rcieri@kirkland.com;sarbt@millerjohnson.com;Talcott J. Franklin;wolfordr@millerjohnson.com" | RE: Confidential -- For Settlement Purposes Only |
| RC-9019_00055629 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Jerry Phelps' | "Derek Witte';Gadsden, James';nornstein@kirkland.com';Paul Snyder';sarbt@millerjohnson.com';Talcott J. Franklin';wolfordr@millerjohnson.com';Lee, Gary S.;Princi, Anthony" | RE: Confidential -- For Settlement Purposes Only |
| RC-9019_00051146 | SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00072036 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Kathy D. Patrick;Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Keith.Wofford@ropesgray.com;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | RE: Settlement documents -- confidential |
| RC-9019_00055634 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Scott A. Humphries';Princi, Anthony" | "Clark, Daniel E.;Kathy D. Patrick;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com" | RE: Settlement documents -- confidential |
| RC-9019_00063327 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Princi, Anthony" | "Lee, Gary S." | RE: Confidential -- For Settlement Purposes Only |
| RC-9019_00051154 | SHumphries@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Kathy D. Patrick;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Scott A. Humphries" | RE: Settlement documents -- confidential |
| RC-9019_00072044 | Scott A. Humphries;SHumphries@gibbsbruns.com | May 13, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Clark, Daniel E.;Kathy D. Patrick;Lee, Gary S.;Newton, James A.;nornstein@kirkland.com;Scott A. Humphries" | RE: Settlement documents -- confidential |
| RC-9019_00055640 | Timothy.Devine@ally.com | May 13, 2012 | "Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | "Cieri, Richard M.;Lee, Gary S.;Ruckdaschel, John;Schrock, Ray C." | Kathy Patrick Deal |
| RC-9019_00055641 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Devine, Timothy';Ornstein, Noah" | "Cieri, Richard M.;Lee, Gary S.;Newton, James A.;Princi, Anthony;Ruckdaschel, John;Schrock, Ray C." | RE: Kathy Patrick Deal |
| RC-9019_00061238 | JLevitt@mofo.com | May 13, 2012 | "Devine, Timothy';Ornstein, Noah" | "Cieri, Richard M.;Lee, Gary S.;Newton, James A.;Princi, Anthony;Ruckdaschel, John;Schrock, Ray C." | RE: Kathy Patrick Deal |
| RC-9019_00051166 | kcrost@orrick.com | May 13, 2012 | "'John.Ruckdaschel@ally.com';'lipps@carpenterlipps.com';Levitt, Jamie A." | "Timothy.Devine@ally.com";"Lee, Gary S.;Princi, Anthony" | Re: Settlement documents -- confidential |
| RC-9019_00072056 | "Crost, Katharine I.;kcrost@orrick.com" | May 13, 2012 | "'John.Ruckdaschel@ally.com';'lipps@carpenterlipps.com';Levitt, Jamie A." | "Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | Re: Settlement documents -- confidential |
| RC-9019_00061248 | APrinci@mofo.com | May 13, 2012 | "kcrost@orrick.com;Levitt, Jamie A.;lipps@carpenterlipps.com;Ruckdaschel, John" | "Devine, Timothy;Lee, Gary S." | Re: Settlement documents -- confidential |
| RC-9019_00051168 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Kathy D. Patrick';keith.wofford@ropesgray.com;ross.martin@ropesgray.com;Scott A. Humphries | "'rcieri@kirkland.com';Lee, Gary S.;nornstein@kirkland.com;Princi, Anthony;Timothy.Devine@ally.com" | Execution Copies of Settlement Agreement and PSA - CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00048620 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Kathy D. Patrick';keith.wofford@ropesgray.com;ross.martin@ropesgray.com;Scott A. Humphries | "'rcieri@kirkland.com';Lee, Gary S.;nornstein@kirkland.com;Princi, Anthony;Timothy.Devine@ally.com" | Execution Copies of Settlement Agreement and PSA - CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072058 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | 'Kathy D. Patrick';keith.wofford@ropesgray.com;ross.martin@ropesgray.com;Scott A. Humphries | "'rcieri@kirkland.com';Lee, Gary S.;nornstein@kirkland.com;Princi, Anthony;Timothy.Devine@ally.com" | Execution Copies of Settlement Agreement and PSA - CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00055655 | rcieri@kirkland.com | May 13, 2012 | "Devine, Timothy" | "Jeffrey A. Lipps;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John" | Re: Settlement documents -- confidential |
| RC-9019_00061255 | rcieri@kirkland.com | May 13, 2012 | "Devine, Timothy" | "Jeffrey A. Lipps;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony;Ruckdaschel, John" | Re: Settlement documents -- confidential |
| RC-9019_00045519 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Talcott J. Franklin';Jerry Phelps | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | Execution Copies -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY |
| RC-9019_00055659 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Talcott J. Franklin';Jerry Phelps | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | Execution Copies -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY |
| RC-9019_00051214 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com' | "Clark, Daniel E.;Lee, Gary S.;Nashelsky, Larren M.;Newton, James A.;Princi, Anthony" | KP vs TF |
| RC-9019_00048748 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 13, 2012 | 'Jerry Phelps';'Talcott J. Franklin' | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | RE: Execution Copies -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY |
| RC-9019_00072101 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK;Clark, Daniel E." | May 13, 2012 | 'Jerry Phelps';'Talcott J. Franklin' | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | RE: Execution Copies -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY |
| RC-9019_00048750 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |

| | | | | | |
|---|---|---|---|---|---|
| RC-9019_00069118 | "Newton, James A.:/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON" | May 13, 2012 | "Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072119 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON;Newton, James A." | May 13, 2012 | "Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00061259 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Lee, Gary S.;Proia, Gina" | "Belisle, Jeffrey;Cieri, Richard M.;Coco, Kevin J.;Huebner, Marshall S.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "Media, 8K" |
| RC-9019_00061260 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Devine, Timothy;Lee, Gary S." | "Belisle, Jeffrey;Cieri, Richard M.;Coco, Kevin J.;Huebner, Marshall S.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | "RE: Media, 8K" |
| RC-9019_00045562 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 13, 2012 | "Jerry Phelps';'Talcott J. Franklin';Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY |
| RC-9019_00072147 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK;Clark, Daniel E." | May 13, 2012 | "Jerry Phelps';'Talcott J. Franklin';Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY |
| RC-9019_00051241 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries' | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00045607 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | 'Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries' | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072190 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT;Levitt, Jamie A." | May 13, 2012 | "Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries" | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00055702 | rcieri@kirkland.com | May 13, 2012 | "Levitt, Jamie A." | "Kathy D. Patrick;Keith.Wofford@ropesgray.com;Lee, Gary S.;Ornstein, Noah;Princi, Anthony;Ross.Martin@ropesgray.com;Scott A. Humphries;Timothy.Devine@ally.com" | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00048794 | kcrost@orrick.com | May 13, 2012 | "Princi, Anthony" | "John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;lipps@carpenterlipps.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00061264 | kcrost@orrick.com | May 13, 2012 | "Princi, Anthony" | "Devine, Timothy;Lee, Gary S.;Levitt, Jamie A.;lipps@carpenterlipps.com;Ruckdaschel, John" | Re: Settlement documents -- confidential |
| RC-9019_00069148 | "Crost, Katharine I.: kcrost@orrick.com" | May 13, 2012 | "Princi, Anthony" | "John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;lipps@carpenterlipps.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00072206 | "Crost, Katharine I.;kcrost@orrick.com" | May 13, 2012 | "Princi, Anthony" | "John.Ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;lipps@carpenterlipps.com;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |
| RC-9019_00045623 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 13, 2012 | 'Jerry Phelps';'Talcott J. Franklin' | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | Talcott Franklin Settlement and PSA Exhibits |
| RC-9019_00072210 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK;Clark, Daniel E." | May 13, 2012 | 'Jerry Phelps';'Talcott J. Franklin' | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | Talcott Franklin Settlement and PSA Exhibits |
| RC-9019_00048802 | Timothy.Devine@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |
| RC-9019_00061268 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=TZXGSD | May 13, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |
| RC-9019_00048803 | Jeff.Cancelliere@gmacrescap.com | May 13, 2012 | "Devine, Timothy;Ruckdaschel, John" | "nornstein@kirkland.com';'rcieri@kirkland.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | Re: Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |
| RC-9019_00048804 | John.Ruckdaschel@ally.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | RE: Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |
| RC-9019_00061270 | /O=GMAC MORTGAGE CORP/OU=DALLAS-IT/CN=RECIPIENTS/CN=JRUCKDA | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy" | "Cieri, Richard M.;Lee, Gary S.;Levitt, Jamie A.;Ornstein, Noah;Princi, Anthony" | RE: Prudential can't sign tonight - David Shereen working on his calculation as ot what that does to the numbers |
| RC-9019_00051260 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072279 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON;Newton, James A." | May 13, 2012 | "Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00055705 | Jerry@talcottfranklin.com | May 13, 2012 | "Clark, Daniel E." | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Talcott J. Franklin;Timothy.Devine@ally.com" | Re: Talcott Franklin Settlement and PSA Exhibits |
| RC-9019_00048805 | kcrost@orrick.com | May 13, 2012 | David A. Beck | "aprincipi@mofo.com;Jeffrey A. Lipps;john.ruckdaschel@ally.com;Lee, Gary S.;Levitt, Jamie A.;Timothy.Devine@ally.com" | Re: Settlement documents -- confidential |

| | | | | Emails CC'd to log | |
|---|---|---|---|---|---|
| RC-9019_00045694 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON | May 13, 2012 | "'David Sheeren';'Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "'nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00045706 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK | May 13, 2012 | 'Jerry Phelps';'Talcott J. Franklin' | "'nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | RE: Talcott Franklin Settlement and PSA Exhibits |
| RC-9019_00069178 | "Newton, James A.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON" | May 13, 2012 | "'David Sheeren';'Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "'nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072354 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JNEWTON;Newton, James A." | May 13, 2012 | "'David Sheeren';'Kathy D. Patrick';'Keith.Wofford@ropesgray.com';'Ross.Martin@ropesgray.com';'Scott A. Humphries';Levitt, Jamie A." | "'nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Princi, Anthony" | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |
| RC-9019_00072366 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=DCLARK;Clark, Daniel E." | May 13, 2012 | 'Jerry Phelps';'Talcott J. Franklin' | "'nornstein@kirkland.com';'rcieri@kirkland.com';'Timothy.Devine@ally.com';Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony" | RE: Talcott Franklin Settlement and PSA Exhibits |
| RC-9019_00063337 | /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=JLEVITT | May 13, 2012 | "Princi, Anthony" | "Lee, Gary S.;Marinuzzi, Lorenzo;Nashelsky, Larren M." | Re: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |

# EXHIBIT J

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061415 | GLee@mofo.com | April 16, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S." | Re: Call re: Kathy Patrick |
| RC-9019_00064889 | GLee@mofo.com | April 16, 2012 | "Hamzehpour, Tammy" | | RE: PLS Claimant -- PRIVILEGED AND CONFIDENTIAL |
| RC-9019_00064892 | GLee@mofo.com | April 16, 2012 | "Hamzehpour, Tammy" | | RE: PLS Claimant |
| RC-9019_00060240 | GLee@mofo.com | April 18, 2012 | "Cancelliere, Jeff - PA;Hamzehpour, Tammy;Rosten, Linda" | "Devine, Timothy" | Re: Prep for Kathy Patrick Meeting |
| ALLY_0209874 | "Lee, Gary S. (glee@mofo.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | Re: Confidentiality Agreement |
| ALLY_0209881 | "Lee, Gary S. (glee@mofo.com)" | April 19, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | RE: Confidentiality Agreement |
| RC-9019_00061433 | GLee@mofo.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | RE: Confidentiality Agreement |
| RC-9019_00061437 | GLee@mofo.com | April 19, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Re: Confidentiality Agreement |
| RC-9019_00060243 | GLee@mofo.com | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;Levitt, Jamie A.;mark.renzi@fticonsulting.com;william.nolan@fticonsulting.com" | | Re: Prep Call for Meeting with Kathy Patrick |
| RC-9019_00060245 | GLee@mofo.com | April 23, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;Levitt, Jamie A.;Marc Puntus;Nolan, William;Renzi, Mark;Sam Greene" | | RE: Updated: Prep Call for Meeting with Kathy Patrick |
| RC-9019_00093328 | "GLee@mofo.com;Lee, Gary S." | April 23, 2012 | "Hamzehpour, Tammy" | | FW: Call at 10 |
| RC-9019_00061301 | GLee@mofo.com | April 23, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | RE: Kathy Patrick - Confidentiality Agreement |
| RC-9019_00061449 | GLee@mofo.com | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S." | K Patrick Follow up - FRE 408. |
| RC-9019_00061454 | GLee@mofo.com | April 26, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Re: K Patrick Follow up - FRE 408. |
| ALLY_0209950 | "Lee, Gary S. (glee@mofo.com)" | April 28, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: next steps |
| RC-9019_00061474 | GLee@mofo.com | April 30, 2012 | "dbeasley@orrick.com;Devine, Timothy;Hamzehpour, Tammy;Ruckdaschel, John" | "dbent@orrick.com;Lee, Gary S.;Levitt, Jamie A.;mhoward@orrick.com;Newton, James A." | Re: 04-28-12 Draft - Memo re_ Cash Flow Questions on Insured Securitizations |
| RC-9019_00047815 | "Lee, Gary S.; /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | April 30, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Cancelliere, Jeff - PA';mark.renzi@fticonsulting.com';Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00060251 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00047817 | "Lee, Gary S.; /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | April 30, 2012 | "Devine, Timothy';Ruckdaschel, John';Lee, Gary S." | "Cancelliere, Jeff - PA';Cieri, Richard M.';Hamzehpour, Tammy';mark.renzi@fticonsulting.com';Schrock, Ray C.';Thompson, William - Legal Dept - PA';Zellmann, Patty - MN';Levitt, Jamie A." | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00060253 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Lee, Gary S.;Ruckdaschel, John" | "Cancelliere, Jeff - PA;Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061482 | GLee@mofo.com | April 30, 2012 | "Devine, Timothy;Ruckdaschel, John" | "Cieri, Richard M.;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;Schrock, Ray C.;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | "RE: Kathy Patrick, FHFA, MBIA, etc" |
| RC-9019_00061488 | GLee@mofo.com | May 1, 2012 | "Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;jeffrey.powell@kirkland.com;Levitt, Jamie A.;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | kchopra@centerviewpartners.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com | Waterfalls for Mtgs this week with PLS-r/w claimants |
| ALLY_0210001 | "Lee, Gary S. (glee@mofo.com)" | May 2, 2012 | "(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Fw: Steering Committee |
| KEL_001_1_00000002-4 | "Lee, Gary S. <GLee@mofo.com>" | May 2, 2012 | ceblack@jonesday.com <ceblack@jonesday.com> | "hfsidman@jonesday.com <hfsidman@jonesday.com>;Kegg, Laura (FGIC) </O=FGIC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LAURA.KEGG>;Lee, Gary S. <GLee@mofo.com>;Levitt, Jamie A. <JLevitt@mofo.com>;O'Donnell, Deirdre <DODonnell@mofo.com>" | Re: NDA |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00061489 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | | Fw: Steering Committee |
| RC-9019_00061494 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Steering Committee |
| RC-9019_00061326 | GLee@mofo.com | May 2, 2012 | "Devine, Timothy;Hamzehpour, Tammy;kchopra@centerviewpartners.com;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;rcieri@kirkland.com;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Steering Committee |
| ALLY_0143664 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (kpatrick@gibbsbruns.com);(ross.martin@ropesgray.com) | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Call |
| ALLY_0143665 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (jerry@talcottfranklin.com) | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Re: Meeting Tomorrow? |
| ALLY_0143674 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | "Lee, Gary S. (glee@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | Fw: Gmacm |
| ALLY_0143676 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Meeting Tomorrow? |
| ALLY_0143690 | "Lee, Gary S. (glee@mofo.com)" | May 3, 2012 | (rkielty@centerviewpartners.com);(ross.martin@ropesgray.com) | "(keith.wofford@ropesgray.com);(kpatrick@gibbsbruns.com);(mark.renzi@fticonsulting.com);(mpuntus@centerviewpartners.com);Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Lee, Gary S. (glee@mofo.com)" | Re: Fwd: Steering Committee... |
| RC-9019_00061497 | GLee@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA;Zellmann, Patty - MN" | | Re: Meeting Tomorrow? |
| RC-9019_00061499 | GLee@mofo.com | May 3, 2012 | rkielty@centerviewpartners.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Keith.Wofford@ropesgray.com;kpatrick@gibbsbruns.com;Lee, Gary S.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com" | Re: Fwd: Steering Committee (Confidential/Subject to FRE 408) |
| RC-9019_00061513 | GLee@mofo.com | May 3, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S.;Nashelsky, Larren M." | Fw: Gmacm |
| RC-9019_00061515 | GLee@mofo.com | May 3, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;mpuntus@centerviewpartners.com;O'Donnell, Deirdre;richard.cieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Fw: Meeting Tomorrow? |
| RC-9019_00061522 | GLee@mofo.com | May 3, 2012 | kpatrick@gibbsbruns.com;ross.martin@ropesgray.com | "Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;Levitt, Jamie A." | Call |
| RC-9019_00061529 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | "Lee, Gary S.;Levitt, Jamie A." | Re: Kathy Patrick |
| RC-9019_00061537 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Kathy Patrick |
| RC-9019_00061550 | GLee@mofo.com | May 4, 2012 | "Devine, Timothy;Hamzehpour, Tammy" | | Fw: |
| ALLY_0210064 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only |
| ALLY_0210069 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Thompson, William - Legal Dept - PA (william.thompson@ally.com)" | | Re: For Settlement Purposes Only |
| ALLY_0210093 | "Lee, Gary S. (glee@mofo.com)" | May 5, 2012 | "Devine, Timothy (timothy.devine@ally.com);Hamzehpour, Tammy (tammy.hamzehpour@ally.com)" | | Fw: |
| RC-9019_00058624 | Lee, Gary S. | May 5, 2012 | ross.martin@ropesgray.com | Kathy D. Patrick;Levitt, Jamie A. | Re: GUCs |
| RC-9019_00061568 | GLee@mofo.com | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00061575 | GLee@mofo.com | May 5, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: For Settlement Purposes Only |
| RC-9019_00058364 | Lee, Gary S. | May 6, 2012 | David Sheeren;Kathy D. Patrick;ross.martin@ropesgray.com;Wishnew, Jordan A. | | Re: Question |

Emails FROM List

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00060266 | GLee@mofo.com | May 6, 2012 | "battle@CarpenterLipps.com;Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;lipps@carpenterlipps.com;ray.schrock@kirkland.com;richard.cieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Levitt, Jamie A." | FRE 408 - Kathy Patrick PSA and Settlement Agreement |
| RC-9019_00061343 | GLee@mofo.com | May 6, 2012 | ross.martin@ropesgray.com;rschrock@kirkland.com | "kpatrick@gibbsbruns.com;Lee, Gary S." | Re: Rescap RMBS Group |
| ALLY_0143825 | "Lee, Gary S. (glee@mofo.com)" | May 7, 2012 | "(kpatrick@gibbsbruns.com);Renzi, Mark (mark.renzi@fticonsulting.com)" | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Waterfall |
| RC-9019_00058611 | Lee Gary S. | May 7, 2012 | Kathy D. Patrick;ross.martin@ropesgray.com | Lee  Gary S.;Levitt  Jamie A.;mpuntus@centerviewpartners.com;rkielty@centerviewpartners.com | Fw: Bounce - Gibbs & Brun / Ropes & Gray NDA |
| RC-9019_00061601 | GLee@mofo.com | May 7, 2012 | "Devine, Timothy;eraymond@mayerbrown.com;Hamzehpour, Tammy;lipps@carpenterlipps.com;mware@mayerbrown.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | | Re: KP Settlement Agmt and PSA |
| RC-9019_00068845 | "Lee, Gary S.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | May 7, 2012 | 'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com' | "mpuntus@centerviewpartners.com';rkielty@centerviewpartners.com';Lee, Gary S.;Levitt, Jamie A." | Fw: Bounce - Gibbs & Brun / Ropes & Gray NDA |
| RC-9019_00060304 | GLee@mofo.com | May 7, 2012 | dsheeren@gibbsbruns.com;kpatrick@gibbsbruns.com;ross.martin@ropesgray.com | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Lee, Gary S.;rcieri@kirkland.com;Ruckdaschel, John" | Privileged and Confidential -- For Settlement Purpose Only-Settlement and Plan Support Agreements |
| RC-9019_00068851 | "Lee, Gary S.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | May 7, 2012 | 'dsheeren@gibbsbruns.com';'kpatrick@gibbsbruns.com';'Ross.Martin@ropesgray.com' | "jeff.cancelliere@gmacrescap.com';'john.ruckdaschel@ally.com';'lauren.delehey@ally.com';'rcieri@kirkland.com';'Tammy.Hamzehpour@gmacrescap.com';'Timothy.Devine@ally.com';Lee, Gary S." | Privileged and Confidential -- For Settlement Purpose Only-Settlement and Plan Support Agreements |
| RC-9019_00060340 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M." | KP |
| RC-9019_00060343 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00060345 | GLee@mofo.com | May 7, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| ALLY_0210156 | "Lee, Gary S. (glee@mofo.com)" | May 8, 2012 | "(rcieri@kirkland.com);(rschrock@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | | RE: Are you available |
| ALLY_0210162 | "Lee, Gary S. (glee@mofo.com)" | May 8, 2012 | "Devine, Timothy (timothy.devine@ally.com)" | | Re: Are you available |
| RC-9019_00056927 | "Lee, Gary S. <GLee@mofo.com>" | May 8, 2012 | "Martin, D. Ross <Ross.Martin@ropesgray.com>" | | Re: Setoff |
| RC-9019_00056929 | "Lee, Gary S. <GLee@mofo.com>" | May 8, 2012 | "Martin, D. Ross <Ross.Martin@ropesgray.com>" | | Setoff |
| RC-9019_00058590 | Lee  Gary S. | May 8, 2012 | Cancelliere  Jeff - PA;Kathy D. Patrick | | RE: One Other Thing |
| RC-9019_00058618 | Lee  Gary S. | May 8, 2012 | Kathy D. Patrick | | RE: One Other Thing |
| RC-9019_00064906 | GLee@mofo.com | May 8, 2012 | "Hamzehpour, Tammy;kchopra@centerviewpartners.com;Marano, Tom;mpuntus@centerviewpartners.com;Nashelsky, Larren M.;Tanenbaum, James R." | | Fw: Are you available |
| RC-9019_00067796 | "GLee@mofo.com;Lee, Gary S." | May 8, 2012 | "Hamzehpour, Tammy;kchopra@centerviewpartners.com;Marano, Tom;mpuntus@centerviewpartners.com;Nashelsky, Larren M.;Tanenbaum, James R." | | Fw: Are you available |
| RC-9019_00064032 | GLee@mofo.com | May 8, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Hamzehpour, Tammy;mark.renzi@fticonsulting.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S.;Nashelsky, Larren M.;william.nolan@fticonsulting.com" | Re: KP |
| RC-9019_00061355 | GLee@mofo.com | May 8, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | FW: BOA Loss Estimate |
| RC-9019_00060924 | GLee@mofo.com | May 8, 2012 | "Devine, Timothy;rcieri@kirkland.com" | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | Re: Are you available |
| RC-9019_00064909 | GLee@mofo.com | May 8, 2012 | "Hamzehpour, Tammy;Levitt, Jamie A." | | Fw: BOA Loss Estimate |
| RC-9019_00061656 | GLee@mofo.com | May 8, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Kohler, Kenneth E.;Nashelsky, Larren M.;rcieri@kirkland.com" | "Lee, Gary S." | Kp |

Emails FROM List

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| ALLY_0143853 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group |
| ALLY_0143863 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group |
| ALLY_0143871 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Talcott Franklin group |
| ALLY_0143873 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(kpatrick @ gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com)" | "keith.wofford@ropesgray.com);(rcieri@kirkland.com);(ross.martin@ropesgray.com);Lee, Gary S. (glee@mofo.com)" | Re: RMBS Stipulated Claim |
| ALLY_0143875 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(kpatrick @ gibbsbruns.com);Devine, Timothy (timothy.devine@ally.com)" | "keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Lee, Gary S. (glee@mofo.com)" | Re: RMBS Stipulated Claim |
| ALLY_0143922 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group |
| ALLY_0143932 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | Jerry Phelps (jerry@talcottfranklin.com) | "Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Paul Snyder (paul@talcottfranklin.com);Talcott J. Franklin (tal@talcottfranklin.com)" | RE: Talcott Franklin group |
| ALLY_0143940 | "Lee, Gary S. (glee@mofo.com)" | May 9, 2012 | "(jerry@talcottfranklin.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com)" | "(paul@talcottfranklin.com);(tal@talcottfranklin.com);Lee, Gary S. (glee@mofo.com)" | Re: Talcott Franklin group |
| RC-9019_00058412 | Lee Gary S. | May 9, 2012 | Kathy D. Patrick | | Re: Update |
| RC-9019_00058594 | Lee Gary S. | May 9, 2012 | Kathy D. Patrick;ross.martin@ropesgray.com | Keith.Wofford@ropesgray.com;Levitt  Jamie A. | Re: RMBS Stipulated Claim |
| RC-9019_00058634 | Lee  Gary S. | May 9, 2012 | Kathy D. Patrick | | RE: Update |
| RC-9019_00058636 | Lee  Gary S. | May 9, 2012 | Kathy D. Patrick;keith.wofford@ropesgray.com;Renzi Mark;ross.martin@ropesgray.com | | RE: RMBS Stipulated Claim |
| RC-9019_00060362 | GLee@mofo.com | May 9, 2012 | "Cancelliere, Jeff - PA;Delehey, Lauren - PA;Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;mark.renzi@fticonsulting.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | "Lee, Gary S." | Re: Talcott Franklin |
| RC-9019_00064914 | GLee@mofo.com | May 9, 2012 | "Hamzehpour, Tammy;Marano, Tom;Nashelsky, Larren M." | "Lee, Gary S." | Fw: KP |
| RC-9019_00061664 | GLee@mofo.com | May 9, 2012 | "Devine, Timothy;Hamzehpour, Tammy;rcieri@kirkland.com;rschrock@kirkland.com" | "Lee, Gary S." | Re: KP.  Privileged. (Subject to FRE 408) |
| RC-9019_00093184 | "GLee@mofo.com;Lee, Gary S." | May 9, 2012 | "Cancelliere, Jeff - PA;Renzi, Mark" | | "FW: Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET)" |
| RC-9019_00093180 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE ;Lee, Gary S." | May 9, 2012 | "Abreu, Steve - PA;John Mack (john_e_mack@msn.com);Jonathan Ilany (jonathan@ilany.net);Marano, Tom;Pamela West (alemapew45@bellsouth.net);Ted Smith (efs345@gmail.com);Whitlinger  Jim - PA" | "Connolly, Michael;David Lerner (dlerner@morrisoncohen.com);Evans, Nilene R.;Hamzehpour, Tammy;Jack Levy (jlevy@morrisoncohen.com);Joe Moldovan (jmoldovan@morrisoncohen.com);Nashelsky, Larren M.;Tanenbaum, James R." | " Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET) - privileged and confidential attorney-client communication" |
| RC-9019_00071068 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE ;Lee, Gary S." | May 9, 2012 | 'Kathy D. Patrick' | | RMBS Stipulated Claim |
| ALLY_0143945 | "Lee, Gary S. (glee@mofo.com)" | May 10, 2012 | "(kpatrick @ gibbsbruns.com);(rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(dsheeren@gibbsbruns.com);(keith.wofford@ropesgray.com);(ross.martin@ropesgray.com);Levitt, Jamie A. (jlevitt@mofo.com)" | Re: Securities Claims |
| ALLY_0210336 | "Lee, Gary S. (glee@mofo.com)" | May 10, 2012 | "(nornstein@kirkland.com);rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com);Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com)" | "Lee, Gary S. (glee@mofo.com);Solomon, William Legal (william.b.solomon@ally.com)" | Re: RMBS Stipulated Claim |
| ALLY_0210346 | "Lee, Gary S. (glee@mofo.com)" | May 10, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | "Levitt, Jamie A. (jlevitt@mofo.com);Nashelsky, Larren M. (lnashelsky@mofo.com);Ornstein, Noah (nornstein@kirkland.com);Solomon, William Legal (william.b.solomon@ally.com)" | RE: RMBS Stipulated Claim |
| RC-9019_00056703 | "Lee, Gary S. <GLee@mofo.com>" | May 10, 2012 | "Azman, Darren <Darren.Azman@ropesgray.com>;Martin, D. Ross <Ross.Martin@ropesgray.com>" | | "Re: Trustees - Wells, hsbc etc" |
| RC-9019_00058437 | Lee Gary S. | May 10, 2012 | Kathy D. Patrick;Lee  Gary S. | | Trustees - Wells  hsbc etc |
| RC-9019_00058547 | Lee Gary S. | May 10, 2012 | Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com | | RE: Trustee People |

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00058556 | Lee Gary S. | May 10, 2012 | Kathy D. Patrick;ross.martin@ropesgray.com | | Fw: Current Plan Term Sheet - Subject to FRE 408 |
| RC-9019_00058627 | Lee Gary S. | May 10, 2012 | Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com | Lee  Gary S.;Marinuzzi  Lorenzo | Re: Trustees - Wells  hsbc etc |
| RC-9019_00058630 | Lee Gary S. | May 10, 2012 | Kathy D. Patrick;keith.wofford@ropesgray.com;ross.martin@ropesgray.com | David Sheeren;Marinuzzi  Lorenzo | RE: Trustees - Wells  hsbc etc |
| RC-9019_00060952 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00060960 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00060964 | GLee@mofo.com | May 10, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Ruckdaschel, John" | "Kushman, Todd;Lee, Gary S.;rcieri@kirkland.com" | Re: Favor |
| RC-9019_00061731 | GLee@mofo.com | May 10, 2012 | "battle@CarpenterLipps.com;beck@CarpenterLipps.com;Clark, Daniel E.;Devine, Timothy;Hamzehpour, Tammy;lipps@carpenterlipps.com;nornstein@kirkland.com;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John;Solomon, William Legal" | "Lee, Gary S.;Levitt, Jamie A.;Newton, James A." | Re: Kathy Patrick PSA and Settlement Agreement - Privileged and Confidential |
| RC-9019_00064253 | GLee@mofo.com | May 10, 2012 | "Levitt, Jamie A.;Nashelsky, Larren M.;Ruckdaschel, John" | | Re: Attached Files |
| ALLY_0158547 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "(jrosenthal@morganlewis.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(mkraut@morganlewis.com);Devine, Timothy (timothy.devine@ally.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | Re: RFC/Residential Funding... |
| ALLY_0158553 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "(jrosenthal@morganlewis.com);Ruckdaschel, John (john.ruckdaschel@ally.com);Wishnew, Jordan A. (jwishnew@mofo.com)" | "(mkraut@morganlewis.com);Devine, Timothy (timothy.devine@ally.com);Lee, Gary S. (glee@mofo.com);Rosenbaum, Norman S. (nrosenbaum@mofo.com)" | Re: RFC/Residential Funding... |
| ALLY_0210531 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "Devine, Timothy (timothy.devine@ally.com);Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com)" | RE: RMBS Stipulated Claim |
| ALLY_0210537 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "Ruckdaschel, John (john.ruckdaschel@ally.com)" | "Cancelliere, Jeff - PA (jeff.cancelliere@gmacrescap.com);Devine, Timothy (timothy.devine@ally.com)" | RE: RMBS Stipulated Claim |
| ALLY_0210560 | "Lee, Gary S. (glee@mofo.com)" | May 11, 2012 | "Cieri, Richard M. (rcieri@kirkland.com);Devine, Timothy (timothy.devine@ally.com)" | | RE: Settlement |
| RC-9019_00064310 | Lee Gary S. | May 11, 2012 | "Ruckdaschel, John" | | Re: Psa's and 25pc |
| RC-9019_00071072 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE;Lee, Gary S." | May 11, 2012 | "Jeff.Cancelliere@gmacrescap.com';John.Ruckdaschel@ally.com';Beck, Melissa D.;Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: RMBS Stipulated Claim |
| RC-9019_00064345 | GLee@mofo.com | May 11, 2012 | "Beck, Melissa D.;Cancelliere, Jeff - PA;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | | Re: RMBS Stipulated Claim |
| RC-9019_00093562 | "Lee, Gary S.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | May 11, 2012 | "Jeff.Cancelliere@gmacrescap.com';John.Ruckdaschel@ally.com';Beck, Melissa D.;Levitt, Jamie A.;Princi, Anthony" | | Re: RMBS Stipulated Claim |
| RC-9019_00093570 | "Lee, Gary S.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | May 11, 2012 | "Beck, Melissa D.;Levitt, Jamie A.;Princi, Anthony" | "Lee, Gary S." | Re: RMBS Stipulated Claim |
| RC-9019_00061019 | GLee@mofo.com | May 11, 2012 | "Beck, Melissa D.;nornstein@kirkland.com" | "Cancelliere, Jeff - PA;Lee, Gary S.;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | Re: 25% Issue Update |
| RC-9019_00061022 | GLee@mofo.com | May 11, 2012 | "Beck, Melissa D.;nornstein@kirkland.com" | "Cancelliere, Jeff - PA;Levitt, Jamie A.;Princi, Anthony;Ruckdaschel, John" | RE: 25% Issue Update |
| RC-9019_00058640 | Lee Gary S. | May 12, 2012 | Kathy D. Patrick;ross.martin@ropesgray.com | | Confidential Draft -- For Settlement Purposes Only |
| RC-9019_00090166 | "GLee@mofo.com;Lee, Gary S." | May 12, 2012 | "Hamzehpour, Tammy" | | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00090175 | "GLee@mofo.com;Lee, Gary S." | May 12, 2012 | "Hamzehpour, Tammy" | | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00064403 | GLee@mofo.com | May 12, 2012 | "Cancelliere, Jeff - PA;Ruckdaschel, John" | "Howard, Martin B.;kcrost@orrick.com" | RE: 25% Issue Update |
| RC-9019_00063143 | "Lee, Gary S.;/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE" | May 12, 2012 | "Cancelliere, Jeff - PA;Levitt, Jamie A." | "Clark, Daniel E.;Princi, Anthony" | RE: Favor |
| RC-9019_00061031 | GLee@mofo.com | May 12, 2012 | "Devine, Timothy;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00061036 | GLee@mofo.com | May 12, 2012 | "Devine, Timothy;Levitt, Jamie A.;Ornstein, Noah;Ruckdaschel, John" | | "RE: Has Talcott Franklin signed on without reservation to support the Plan, including broad third party release of all claims against Ally etc including security claims?" |
| RC-9019_00064433 | GLee@mofo.com | May 12, 2012 | "kcrost@orrick.com;Levitt, Jamie A.;Ruckdaschel, John" | | Re: outline |

3180024_3.XLS

Emails FROM Lee

| DOCUMENT # | FROM | DATE | TO | CC | SUBJECT |
|---|---|---|---|---|---|
| RC-9019_00064915 | GLee@mofo.com | May 12, 2012 | "Hamzehpour, Tammy" | | Re: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00071238 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE ;Lee, Gary S." | May 12, 2012 | "Levitt, Jamie A.;Princi, Anthony" | "Newton, James A." | Fw: RMBS Trust Settlement - Rule 408 Communication |
| RC-9019_00058621 | Lee  Gary S. | May 13, 2012 | Kathy D. Patrick | Lee  Gary S. | Press release and signature pages - what's the eta. Want to get this done so we can talk re monday. |
| RC-9019_00061384 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00061388 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Hamzehpour, Tammy;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John;Thompson, William - Legal Dept - PA" | | Re: Your Proposal |
| RC-9019_00061178 | GLee@mofo.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;Ruckdaschel, John" | | RE: Time |
| RC-9019_00061192 | GLee@mofo.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;rcieri@kirkland.com;shessler@kirkland.com" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061214 | GLee@mofo.com | May 13, 2012 | "Cancelliere, Jeff - PA;Devine, Timothy;Ruckdaschel, John;shessler@kirkland.com" | "Lee, Gary S.;Levitt, Jamie A.;nornstein@kirkland.com;Princi, Anthony;Proia, Gina;rcieri@kirkland.com" | "Re: Media Statement, Statements in Filings, etc -- describing KP Deal" |
| RC-9019_00061239 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com" | "Newton, James A.;Princi, Anthony;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | Re: Kathy Patrick Deal |
| RC-9019_00061243 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Levitt, Jamie A.;nornstein@kirkland.com" | "Newton, James A.;Princi, Anthony;rcieri@kirkland.com;rschrock@kirkland.com;Ruckdaschel, John" | RE: Kathy Patrick Deal |
| RC-9019_00061261 | GLee@mofo.com | May 13, 2012 | "Devine, Timothy;Proia, Gina" | "Belisle, Jeffrey;kevin.coco@davispolk.com;Levitt, Jamie A.;marshall.huebner@davispolk.com;nornstein@kirkland.com;rcieri@kirkland.com;Ruckdaschel, John" | "Re: Media, 8K" |
| RC-9019_00072277 | "/O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE ;Lee, Gary S." | May 13, 2012 | "Levitt, Jamie A.;Nashelsky, Larren M.;Princi, Anthony" | | RE: Execution Copies of Settlement Agreement and PSA -- CONFIDENTIAL AND FOR SETTLEMENT PURPOSES |

# EXHIBIT K

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 6/29/2011 7:14:44 PM |
| **To:** | Eckert, Catherine - PA |
| **Cc:** | Heitzmann, Bradley; Gess, Lisa M - PA; Norton, Amanda; Cooney, John; Benton, Hu; Ruckdaschel, John |
| **Subject:** | RE: Sample Credit Risk Reports |
| **Attachments:** | Mortgage Credit Risk Review Final 2011-04.pdf |

# Redacted

**Tammy Hamzehpour**
**Ally | Legal Staff**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
**_tammy.hamzehpour@ally.com_**

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU
MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN
ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**From:** Eckert, Catherine - PA
**Sent:** Wednesday, June 29, 2011 7:07 PM
**To:** Hamzehpour, Tammy
**Cc:** Heitzmann, Bradley; Gess, Lisa M - PA; Norton, Amanda
**Subject:** FW: Sample Credit Risk Reports

# Redacted

**From:** Heitzmann, Bradley
**Sent:** Wednesday, June 29, 2011 5:56 PM
**To:** Eckert, Catherine - PA
**Cc:** Norton, Amanda; Gess, Lisa M - PA
**Subject:** RE: Sample Credit Risk Reports

I've included the MCRR from last month, which is the major credit risk report we produce.

Mandy, I assume you are OK sharing this with Moody's?

Thanks,

**Brad Heitzmann**

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

**Ally** | Risk Director
440 S. Church Street Charlotte, NC 28202
704 444 5048
Bradley.Heitzmann@ally.com

---

**From:** Eckert, Catherine - PA
**Sent:** Wednesday, June 29, 2011 5:52 PM
**To:** Gess, Lisa M - PA; Heitzmann, Bradley
**Subject:** FW: Sample Credit Risk Reports

Can you provide the requested reports this evening?

---

**From:** Rodriguez, Jackie - PA
**Sent:** Wednesday, June 29, 2011 2:25 PM
**To:** Rodriguez, Jackie - PA; Eckert, Catherine - PA
**Cc:** Fleming, Patrick
**Subject:** RE: Sample Credit Risk Reports

Catherine

We have not heard anything regarding these reports. Can you or a member of your team provide them by EOB today?

**Jackie Rodriguez**
Release Coordinator
**GMAC Mortgage** | US Lending & Capital Markets
Technology and Operations
1100 Virginia Drive, Fort Washington, PA 19034
T + 215 734 4154 M + 215 840 6235
Cube : L23B12
jackie.rodriguez@gmacm.com

*************************** Internet E-mail Confidentiality Footer ************************************

The information contained in this message is the property of Ally Financial Inc. and/or its direct and indirect subsidiaries and is intended only for the confidential use of the persons or entities to whom it is addressed.  This message, together with any attachments, is proprietary and confidential, may contain inside information, and may be subject to the attorney-client privilege and/or the attorney work product doctrine.  If the reader of this message is not one of the addressees set forth above: (a) the reader has received this message in error and is directed to destroy this message, together with any attachments, and notify the sender at (215) 734-4154, and (b) any review, dissemination, use or distribution of this message or any attachments is prohibited.

---

**From:** Rodriguez, Jackie - PA
**Sent:** Monday, June 27, 2011 2:11 PM
**To:** Eckert, Catherine - PA
**Cc:** Fleming, Patrick
**Subject:** Sample Credit Risk Reports

Catherine

Moody's has sent us some follow up items that they require we provide prior to their onsite visit. They are requesting we provide samples of Credit Risk Management Reports. Can you or a member of your team provide these documents? We are working to gather all of the additional information they are requesting by  EOB today or early tomorrow morning. I apologize for the short timeline.

**Jackie Rodriguez**
Release Coordinator
**GMAC Mortgage** | US Lending & Capital Markets
Technology and Operations
1100 Virginia Drive, Fort Washington, PA 19034
T + 215 734 4154 M + 215 840 6235
Cube : L23B12

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                    RC-9019_00089050

jackie.rodriguez@gmacm.com

*************************** Internet E-mail Confidentiality Footer ***************************

The information contained in this message is the property of Ally Financial Inc. and/or its direct and indirect subsidiaries and is intended only for the confidential use of the persons or entities to whom it is addressed.  This message, together with any attachments, is proprietary and confidential, may contain inside information, and may be subject to the attorney-client privilege and/or the attorney work product doctrine.  If the reader of this message is not one of the addressees set forth above: (a) the reader has received this message in error and is directed to destroy this message, together with any attachments, and notify the sender at (215) 734-4154, and (b) any review, dissemination, use or distribution of this message or any attachments is prohibited.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

Outlook E-mail

**From:**     Hamzehpour, Tammy
**Sent:**     8/10/2011 10:20:07 AM
**To:**       Cooney, John
**Subject:**  FW: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

---

**Tammy Hamzehpour**
**Ally | Legal Staff**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
*tammy.hamzehpour@ally.com*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, August 10, 2011 10:20 AM
**To:** Solomon, William Legal; Benton, Hu
**Subject:** FW: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

# Redacted

**Tammy Hamzehpour**
**Ally | Legal Staff**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
*tammy.hamzehpour@ally.com*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, July 20, 2011 12:08 PM
**To:** Crowley, George - PA; Pensabene, Joe - PA; Norton, Amanda
**Cc:** Whitlinger, Jim - PA; Janiczek, Anne - PA; Dondzila, Cathy - PA
**Subject:** RE: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

# Redacted

# Redacted

**Tammy Hamzehpour**
**Ally | Legal Staff**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA 19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
*tammy.hamzehpour@ally.com*

*****************************************************************************************************************************************************
*************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR
THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF
YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
*****************************************************************************************************************************************************
*************************************

---

**From:** Crowley, George - PA
**Sent:** Wednesday, July 20, 2011 10:09 AM
**To:** Pensabene, Joe - PA; Hamzehpour, Tammy; Norton, Amanda
**Cc:** Whitlinger, Jim - PA; Janiczek, Anne - PA; Dondzila, Cathy - PA
**Subject:** Risk AIP Scorecard Commentary regarding MI Rescission

Based on our meeting this week, Cathy drafted the following regarding MI Rescission to include in Missed Opportunities for Q1.

**Missed Opportunities:**

Rescinded MI obligations - Closer coordination and collaboration between members of the finance, risk and servicing teams with respect to rep & warrant related activities should be encouraged to ensure a comprehensive understanding of incurred and potential exposure(s).

Please review and let me know if you have any comments or changes.

I will then add to Q1 Scorecards for Servicing and Accounting.

# Redacted

Thanks

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

Outlook E-mail

**From:**    Hamzehpour, Tammy
**Sent:**    8/10/2011 10:19:35 AM
**To:**    Solomon, William Legal; Benton, Hu
**Subject:**    FW: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

# Redacted

**Tammy Hamzehpour**
**Ally | Legal Staff**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
*tammy.hamzehpour@ally.com*

********************************************************************************
***************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
********************************************************************************
***************************************

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, July 20, 2011 12:08 PM
**To:** Crowley, George - PA; Pensabene, Joe - PA; Norton, Amanda
**Cc:** Whitlinger, Jim - PA; Janiczek, Anne - PA; Dondzila, Cathy - PA
**Subject:** RE: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

# Redacted

**Tammy Hamzehpour**
**Ally | Legal Staff**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA 19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
*tammy.hamzehpour@ally.com*

*************************************************************************************************************************************
*********************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED. UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR
THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS. IF
YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
*************************************************************************************************************************************
*********************************************

---

**From:** Crowley, George - PA
**Sent:** Wednesday, July 20, 2011 10:09 AM
**To:** Pensabene, Joe - PA; Hamzehpour, Tammy; Norton, Amanda
**Cc:** Whitlinger, Jim - PA; Janiczek, Anne - PA; Dondzila, Cathy - PA
**Subject:** Risk AIP Scorecard Commentary regarding MI Rescission

Based on our meeting this week, Cathy drafted the following regarding MI Rescission to include in Missed Opportunities for Q1.

**Missed Opportunities:**

Rescinded MI obligations - Closer coordination and collaboration between members of the finance, risk and servicing teams with respect to rep & warrant related activities should be encouraged to ensure a comprehensive understanding of incurred and potential exposure(s).

Please review and let me know if you have any comments or changes.

I will then add to Q1 Scorecards for Servicing and Accounting.

> # Redacted

Thanks

# EXHIBIT L

## Exhibit L

**Hamzehpour "From" Search Terms**
Hamzehpour  Tammy
Hamzehpour, Tammy
Hamzehpour, Tammy (tammy.hamzehpour@ally.com)
Hamzehpour, Tammy; /O=GMAC MORTGAGE CORP/OU=DALLAS-
IT/CN=RECIPIENTS/CN=T...
Hamzehpour, Tammy;/O=GMAC MORTGAGE CORP/OU=DALLAS-
IT/CN=RECIPIENTS/CN=T...
Tammy.Hamzehpour@ally.com

**Devine "From" Search Terms**
Devine  Timothy
Devine, Timothy
Devine, Timothy (/o=globalexchange/ou=exchange administrative group
(fydibohf23spdlt)/cn=re...
Devine, Timothy (devine, timothy)
Devine, Timothy (timothy.devine@ally.com)
Devine, Timothy; Timothy.Devine@ally.com
Devine, Timothy;/O=GMAC MORTGAGE CORP/OU=DALLAS-
IT/CN=RECIPIENTS/CN=TZXG...
Timothy.Devine@ally.com

**Lee "From" Search Terms**
Lee  Gary S.
Lee, Gary S.
Lee, Gary S. (glee@mofo.com)
Lee, Gary S. <GLee@mofo.com>
Lee, Gary S.: /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE
Lee, Gary S.; /O=MOFO/OU=SITE1/CN=RECIPIENTS/CN=GLEE
Lee, Gary S.;GLee@mofo.com
GLee@mofo.com

# EXHIBIT M

## Exhibit M

**Hamzehpour "TO" Search Terms**
Hamzehpour  Tammy
Hamzehpour, Tammy
Hamzehpour, Tammy (tammy.hamzehpour@ally.com)
Tammy.Hamzehpour@ally.com
tammy.hamzehpour@gmacrescap.com


**Devine "TO" Search Terms**
Devine  Timothy
Devine, Timothy
Devine, Timothy (timothy.devine@ally.com)
Timothy Devine
Timothy.Devine@ally.com


**Lee "TO" Search Terms**
glee159@aol.com <glee159@aol.com>
glee@mofo.com
glee@mofo.com <glee@mofo.com>
Gary Lee
Gary Lee (glee@mofo.com)
Gary Lee <glee@mofo.com>
Gary Lee Esq. <glee@mofo.com>
Gary S. Lee
Gary S. Lee (glee@mofo.com)
Gary S. Lee (glee@mofo.com) (glee@mofo.com)
Lee  Gary S.
Lee, Gary S.
Lee, Gary S. (glee@mofo.com)
Lee, Gary S. <GLee@mofo.com>

# EXHIBIT N

## Exhibit N

**Hamzehpour "CC" Search Terms**
Hamzehpour  Tammy
Hamzehpour, Tammy
Hamzehpour, Tammy (tammy.hamzehpour@ally.com)
Tammy.Hamzehpour@gmacrescap.com

**Devine "CC" Search Terms**
Timothy Devine
Timothy.Devine@ally.com
Devine  Timothy
Devine, Timothy
Devine, Timothy (timothy.devine@ally.com)

**Lee "CC" Search Terms**
Lee  Gary S.
Lee, Gary S.
Lee, Gary S. (glee@mofo.com)
Lee, Gary S. <GLee@mofo.com>
GLee@mofo.com
GLee@mofo.com <GLee@mofo.com>
Gary Lee (glee@mofo.com)
Gary Lee (glee@mofo.com) (glee@mofo.com)

# EXHIBIT O

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Friday, December 09, 2011 9:16 PM |
| **To:** | tal@talcottfranklin.com |
| **Cc:** | Devine, Timothy |
| **Subject:** | Re: Call |

Sorry, but I'm on a plane and can't talk now. However, what I need to get from you is the information requested in my letter. To the extent you can email that this afternoon, I can give you a call after I land. Are you in the pacific time zone?

Tammy

**From:** Talcott J. Franklin <Tal@talcottfranklin.com>
**To:** Hamzehpour, Tammy
**Sent:** Fri Dec 09 14:08:40 2011
**Subject:** Call

Tammy:
John Rosenthal at Morgan Lewis said you wanted to speak with me.  My contact information is below.  If you cannot reach me on my direct dial, please call my cell.
Tal


Tal Franklin
Talcott Franklin P.C.
208 North Market Street
Suite 200
Dallas, Texas 75202
214.321.3838 direct
214.736.8730 main
214.642.9191 cell
877.577.1356 fax
tal@talcottfranklin.com
www.talcottfranklin.com

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

Confidential

ALLY_0142683

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Tuesday, December 13, 2011 3:42 PM |
| **To:** | Talcott J. Franklin |
| **Cc:** | Devine, Timothy |
| **Subject:** | RE: Call |

Mr. Franklin,

We did speak to counsel for the trustee, but we were not provided anything in writing indicating the information we requested from you in our letter.  Once you provide that information, either to us directly or to the trustee with instructions to provide it to us, we will be able to continue a discussion with the trustee.

Best regards,

Tammy

---

**From:** Talcott J. Franklin [mailto:Tal@talcottfranklin.com]
**Sent:** Friday, December 09, 2011 5:52 PM
**To:** Hamzehpour, Tammy
**Cc:** Devine, Timothy
**Subject:** Re: Call

Tammy:
I am on Central Time but can talk at your convenience.  I re-read your letter and apologize at being perplexed at what you are requesting.  We already provided certificates of beneficial ownership to the Trustee.  As I understand it, the Trustee's outside counsel has informed you that the Trustee has examined that proof of ownership, that it is adequate, that the certificateholders have the power of direction, and that I represent the certificateholders.  I have never seen a servicer ask for more than that.  I understand you are on a plane right now, but when you land please call and help me understand what it is you need to move forward.  All of my numbers are below.  If you cannot reach me at one, please try the others.  Thanks!
Tal

Talcott J. Franklin
214.312.4440 H
214.642.9191 C
214.321.3838 O

On 12/9/11 3:15 PM, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com> wrote:

Sorry, but I'm on a plane and can't talk now. However, what I need to get from you is the information requested in my letter. To the extent you can email that this afternoon, I can give you a call after I land. Are you in the pacific time zone?

Tammy

---

**From:** Talcott J. Franklin <Tal@talcottfranklin.com>
**To:** Hamzehpour, Tammy
**Sent:** Fri Dec 09 14:08:40 2011

1

**Subject**: Call

Tammy:

John Rosenthal at Morgan Lewis said you wanted to speak with me.  My contact information is below.  If you cannot reach me on my direct dial, please call my cell.

Tal


Tal Franklin
Talcott Franklin P.C.
208 North Market Street
Suite 200
Dallas, Texas 75202
214.321.3838 direct
214.736.8730 main
214.642.9191 cell
877.577.1356 fax
tal@talcottfranklin.com
www.talcottfranklin.com

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

Confidential

ALLY_0142687

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Monday, December 19, 2011 11:16 PM |
| **To:** | Kathy D. Patrick; Rosten, Linda |
| **Cc:** | Devine, Timothy; David Sheeren; Scott A. Humphries |
| **Subject:** | RE: Letter from Tim Devine |

Kathy,

I know Tim is traveling this evening, but I can confirm to you that we will hold your clients' identities in confidence.

Best regards,


**Tammy Hamzehpour**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA 19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
**_tammy.hamzehpour@gmacrfc.com_**

**************************************************************************************************************************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@gmacrfc.com AND DELETE THE MESSAGE.  ***************************************************************************************************************************
***********************************

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Monday, December 19, 2011 5:48 PM
**To:** Rosten, Linda
**Cc:** Devine, Timothy; Hamzehpour, Tammy; David Sheeren; Scott A. Humphries; Kathy D. Patrick
**Subject:** RE: Letter from Tim Devine

Mr. Devine:

Thank you for this letter.  We were awaiting Ally's execution of the confidentiality agreement, so that we could send you a formal list of our clients' names and confirmation of the holdings held by the group.  If you will kindly respond to this email confirming that you _will hold_ our clients' identities in confidence, we will immediately respond with a letter—copied to our clients—confirming we are acting on their behalf.

Best regards,

Kathy

**Kathy Patrick**

1

Gibbs & Bruns LLP | 1100 Louisiana Suite 5300 | Houston TX 77002
713.751.5253 o.| 713.750.0903 f. | www.gibbsbruns.com
**kpatrick@gibbsbruns.com**

---

**From:** Rosten, Linda [mailto:Linda.Rosten@ally.com]
**Sent:** Monday, December 19, 2011 4:09 PM
**To:** Kathy D. Patrick
**Cc:** Devine, Timothy; Hamzehpour, Tammy; David Sheeren; Scott A. Humphries
**Subject:** Letter from Tim Devine

Ms. Patrick,

Attached is a letter from Tim Devine dated December 19, 2011 for your review.  If you have any questions or concerns, please feel free to contact Tim directly.

Thank you.

Best regards,

Linda Rosten
**Ally Financial | Legal Staff**
200 Renaissance Center, MC:  482-B09-B11, Detroit, MI  48265
T +313 656 6146
F +313 656 6124 or 313 566 0930
Linda.Rosten@ally.com

Confidential                                                                                          ALLY_0142691

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Friday, March 09, 2012 7:33 PM |
| **To:** | Smith, Bradley - (Dorsey & Whitney) |
| **Cc:** | Devine, Timothy; Ruckdaschel, John; Zellmann, Patty - MN; Rosten, Linda; Thompson, William - Legal Dept - PA |
| **Subject:** | RE: RFC Tolling Agreements |

They're being printed for me now.

---

**From:** Smith, Bradley - (Dorsey & Whitney)
**Sent:** Friday, March 09, 2012 2:18 PM
**To:** Hamzehpour, Tammy
**Cc:** Devine, Timothy; Ruckdaschel, John; Zellmann, Patty - MN; Rosten, Linda; Thompson, William - Legal Dept - PA
**Subject:** RE: RFC Tolling Agreements

Tammy,

What is the ETA on your signatures?  Would like to get them to Jerry today.

Thanks,
Brad

---

**From:** Hamzehpour, Tammy
**Sent:** Thursday, March 08, 2012 1:31 PM
**To:** Smith, Bradley - (Dorsey & Whitney)
**Cc:** Devine, Timothy; Zellmann, Patty - MN; Rosten, Linda; Thompson, William - Legal Dept - PA
**Subject:** RE: RFC Tolling Agreements

I'm in New York today, but will sign these tomorrow when I'm back at my office.

Best regards,
Tammy

---

**From:** Smith, Bradley - (Dorsey & Whitney)
**Sent:** Thursday, March 08, 2012 2:12 PM
**To:** Hamzehpour, Tammy
**Cc:** Devine, Timothy; Zellmann, Patty - MN; Rosten, Linda
**Subject:** FW: RFC Tolling Agreements

Tammy,

Will you have a chance today or tomorrow to sign the tolling agreements I forwarded yesterday?  You should have received seven e-mails from me with a total of 23 agreements.

Thanks,
Brad

---

1

Confidential

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Thursday, March 08, 2012 12:58 PM
**To:** Smith, Bradley - (Dorsey & Whitney); Hagens, David; Devine, Timothy
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder
**Subject:** RFC Tolling Agreements


Would you please tell us when you will be sending executed Tolling Agreements to us?
Thanks.


F. Jerry Phelps

Of Counsel

Talcott Franklin P.C.

Cell (214) 505-2680

Direct (972) 423-0681

Main (214) 736-8730

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

Confidential

ALLY_0143349

**From:**          Hamzehpour, Tammy
**Sent:**          Tuesday, March 13, 2012 9:24 PM
**To:**            Jerry Phelps; Smith, Bradley - (Dorsey & Whitney)
**Cc:**            Talcott J. Franklin; Janet Laughlin; Paul Snyder; Devine, Timothy
**Subject:**       RE: RFC Tolling Agreements

Works for me.

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Tuesday, March 13, 2012 5:17 PM
**To:** Hamzehpour, Tammy; Smith, Bradley - (Dorsey & Whitney)
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder; Devine, Timothy
**Subject:** Re: RFC Tolling Agreements

Thanks for the explanation.
I propose that we fill in the Tolling Agreement signature blocks where you signed as follows:
RFC=General Counsel, and RALI=Authorized Signatory. Is that ok with you?
Thanks

F. Jerry Phelps
Of Counsel
Talcott Franklin P.C.
Cell (214) 505-2680
Direct (972) 423-0681
Main (214) 736-8730


**From:** "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com>
**Date:** Tue, 13 Mar 2012 16:09:09 -0500
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>, "Smith, Bradley - (Dorsey & Whitney)" <bradley.smith@ally.com>
**Cc:** Tal Franklin <tal@talcottfranklin.com>, Janet Laughlin <Janet@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, Timothy Devine <Timothy.Devine@ally.com>
**Subject:** RE: RFC Tolling Agreements

Jerry,

RALI does not have an official general counsel.  However, it is a wholly owned subsidiary of RFC and my position as General Counsel of both RFC and its parent company, Residential Capital, LLC, authorizes me to execute these types of agreements on behalf of ResCap and its subsidiaries.  I'm not sure how you wish to reflect that on the signature block.

Best regards,
Tammy

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Tuesday, March 13, 2012 5:00 PM

1

Confidential

ALLY_0143368

**To:** Smith, Bradley - (Dorsey & Whitney)
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder; Devine, Timothy; Hamzehpour, Tammy
**Subject:** Re: RFC Tolling Agreements

1-When will you be sending the remainder of the tolling agreements executed by RALI and RFC?

2- Tammy Hamzehpour's signature block only bears her title on behalf of one of the ResCap companies on one tolling agreement. We assume that she is General Counsel of both entities, but would like confirmation. Is Tammy Hamzehpour signing the tolling agreements as General Counsel for both RALI and RFC?

3-If your answer to question #2 is yes, do you agree to our printing her name and writing General Counsel in her signature blocks in the tolling agreements received from you?

Thanks

F. Jerry Phelps
Of Counsel
Talcott Franklin P.C.
Cell (214) 505-2680
Direct (972) 423-0681
Main (214) 736-8730

---

**From:** "F.J. Phelps" <jerry@talcottfranklin.com>
**Date:** Mon, 12 Mar 2012 18:14:30 -0500
**To:** "Smith, Bradley - (Dorsey & Whitney)" <bradley.smith@ally.com>
**Cc:** Tal Franklin <tal@talcottfranklin.com>, Janet Laughlin <Janet@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, Timothy Devine <Timothy.Devine@ally.com>, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com>
**Subject:** Re: RFC Tolling Agreements

When will you sending the remainder of the tolling agreements executed by RALI and RFC?
Thanks

---

**From:** "Smith, Bradley - (Dorsey & Whitney)" <bradley.smith@ally.com>
**Date:** Fri, 9 Mar 2012 15:53:16 -0600
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>
**Cc:** Tal Franklin <tal@talcottfranklin.com>, Janet Laughlin <Janet@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, Timothy Devine <Timothy.Devine@ally.com>, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com>
**Subject:** RE: RFC Tolling Agreements

Confidential                                                                                    ALLY_0143369

Jerry,

The attachment also contains the amendment to the tolling agreement for the RALI 2005-QA13 deal.

Brad

---

**From:** Smith, Bradley - (Dorsey & Whitney)
**Sent:** Friday, March 09, 2012 3:50 PM
**To:** 'Jerry Phelps'
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder; Devine, Timothy; Hamzehpour, Tammy
**Subject:** RE: RFC Tolling Agreements

Jerry,

Attached is a zip file containing revised tolling agreements, executed by RFC's General Counsel Tammy Hamzehpour, for the following investors:

**January 20, 2012**

AnchorBank, fsb
Bank West, Inc.
Citizens Bank & Trust Company
Farallon Capital Management, LLC
Farmers and Merchants Trust Company
First Bank
First Federal Bank of Florida
First National Bank & Trust Co. of Rochelle, IL.
First National Bank of Wynne
First National Banking Company
Heartland Bank
Kerndt Brothers Savings Bank
Lea County State Bank
Mutual Savings Association, FSA
Northwestern Bank, N.A.
Peoples Independent Bank
Perkins State Bank
Randolph Bank and Trust
Royal Park Investments SA/NV
Summit Credit Union
Thomaston Savings Bank
Wells River Savings Bank

**February 2, 2012**

Royal Park Investments SA/NV    *as to (RALI 2007-QH3-A1)

The agreements Janet sent us earlier this week with an effective date of January 27, 2012, we are still reviewing but will respond to shortly.  Please let me know if you have any difficulty opening the attachment.

Confidential

ALLY_0143370

Thanks,
Brad

---

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Friday, March 09, 2012 1:39 PM
**To:** Smith, Bradley - (Dorsey & Whitney)
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder; Hagens, David; Devine, Timothy
**Subject:** Re: RFC Tolling Agreements

With the executed Tolling Agreements that are to be sent today, please include the executed Amendment to Tolling Agreement for the RALI 2005-QA13. Also, would you please tell me if things are on track for us to receive the majority of the agreements today. Thanks.

F. Jerry Phelps
Of Counsel
Talcott Franklin P.C.
Cell (214) 505-2680
Direct (972) 423-0681
Main (214) 736-8730

---

**From:** "Smith, Bradley - (Dorsey & Whitney)" <bradley.smith@ally.com>
**Date:** Thu, 8 Mar 2012 14:47:58 -0600
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>, "Hagens, David" <David.Hagens@ally.com>, Timothy Devine <Timothy.Devine@ally.com>
**Cc:** Tal Franklin <tal@talcottfranklin.com>, Janet Laughlin <Janet@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>
**Subject:** RE: RFC Tolling Agreements

Jerry,

Still working on the necessary approval and signatures, but hope to get you the majority of the agreements by end of day tomorrow.

Brad

---

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Thursday, March 08, 2012 12:58 PM
**To:** Smith, Bradley - (Dorsey & Whitney); Hagens, David; Devine, Timothy
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder
**Subject:** RFC Tolling Agreements

Would you please tell us when you will be sending executed Tolling Agreements to us? Thanks.

Confidential

ALLY_0143371

F. Jerry Phelps

Of Counsel

Talcott Franklin P.C.

Cell (214) 505-2680

Direct (972) 423-0681

Main (214) 736-8730

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

Confidential

ALLY_0143372

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Tuesday, March 13, 2012 9:09 PM |
| **To:** | Jerry Phelps; Smith, Bradley - (Dorsey & Whitney) |
| **Cc:** | Talcott J. Franklin; Janet Laughlin; Paul Snyder; Devine, Timothy |
| **Subject:** | RE: RFC Tolling Agreements |

Jerry,

RALI does not have an official general counsel.  However, it is a wholly owned subsidiary of RFC and my position as General Counsel of both RFC and its parent company, Residential Capital, LLC, authorizes me to execute these types of agreements on behalf of ResCap and its subsidiaries.  I'm not sure how you wish to reflect that on the signature block.

Best regards,
Tammy

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Tuesday, March 13, 2012 5:00 PM
**To:** Smith, Bradley - (Dorsey & Whitney)
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder; Devine, Timothy; Hamzehpour, Tammy
**Subject:** Re: RFC Tolling Agreements

1-When will you be sending the remainder of the tolling agreements executed by RALI and RFC?

2- Tammy Hamzehpour's signature block only bears her title on behalf of one of the ResCap companies on one tolling agreement. We assume that she is General Counsel of both entities, but would like confirmation. Is Tammy Hamzehpour signing the tolling agreements as General Counsel for both RALI and RFC?

3-If your answer to question #2 is yes, do you agree to our printing her name and writing General Counsel in her signature blocks in the tolling agreements received from you?

Thanks

F. Jerry Phelps
Of Counsel
Talcott Franklin P.C.
Cell (214) 505-2680
Direct (972) 423-0681
Main (214) 736-8730

**From:** "F.J. Phelps" <jerry@talcottfranklin.com>
**Date:** Mon, 12 Mar 2012 18:14:30 -0500

Confidential

ALLY_0143373

**To:** "Smith, Bradley - (Dorsey & Whitney)" <bradley.smith@ally.com>
**Cc:** Tal Franklin <tal@talcottfranklin.com>, Janet Laughlin <Janet@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, Timothy Devine <Timothy.Devine@ally.com>, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com>
**Subject:** Re: RFC Tolling Agreements

When will you sending the remainder of the tolling agreements executed by RALI and RFC? Thanks

---

**From:** "Smith, Bradley - (Dorsey & Whitney)" <bradley.smith@ally.com>
**Date:** Fri, 9 Mar 2012 15:53:16 -0600
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>
**Cc:** Tal Franklin <tal@talcottfranklin.com>, Janet Laughlin <Janet@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, Timothy Devine <Timothy.Devine@ally.com>, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com>
**Subject:** RE: RFC Tolling Agreements

Jerry,

The attachment also contains the amendment to the tolling agreement for the RALI 2005-QA13 deal.

Brad

---

**From:** Smith, Bradley - (Dorsey & Whitney)
**Sent:** Friday, March 09, 2012 3:50 PM
**To:** 'Jerry Phelps'
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder; Devine, Timothy; Hamzehpour, Tammy
**Subject:** RE: RFC Tolling Agreements

Jerry,

Attached is a zip file containing revised tolling agreements, executed by RFC's General Counsel Tammy Hamzehpour, for the following investors:

**January 20, 2012**

AnchorBank, fsb
Bank West, Inc.
Citizens Bank & Trust Company
Farallon Capital Management, LLC
Farmers and Merchants Trust Company
First Bank
First Federal Bank of Florida
First National Bank & Trust Co. of Rochelle, IL.
First National Bank of Wynne
First National Banking Company
Heartland Bank

Confidential

ALLY_0143374

Kerndt Brothers Savings Bank
Lea County State Bank
Mutual Savings Association, FSA
Northwestern Bank, N.A.
Peoples Independent Bank
Perkins State Bank
Randolph Bank and Trust
Royal Park Investments SA/NV
Summit Credit Union
Thomaston Savings Bank
Wells River Savings Bank

**February 2, 2012**

Royal Park Investments SA/NV    *as to (RALI 2007-QH3-A1)

The agreements Janet sent us earlier this week with an effective date of January 27, 2012, we are still reviewing but will respond to shortly.  Please let me know if you have any difficulty opening the attachment.

Thanks,
Brad

---

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Friday, March 09, 2012 1:39 PM
**To:** Smith, Bradley - (Dorsey & Whitney)
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder; Hagens, David; Devine, Timothy
**Subject:** Re: RFC Tolling Agreements

With the executed Tolling Agreements that are to be sent today, please include the executed Amendment to Tolling Agreement for the RALI 2005-QA13. Also, would you please tell me if things are on track for us to receive the majority of the agreements today. Thanks.

F. Jerry Phelps

Of Counsel

Talcott Franklin P.C.

Cell (214) 505-2680

Direct (972) 423-0681

Main (214) 736-8730

---

**From:** "Smith, Bradley - (Dorsey & Whitney)" <bradley.smith@ally.com>
**Date:** Thu, 8 Mar 2012 14:47:58 -0600
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>, "Hagens, David" <David.Hagens@ally.com>, Timothy Devine <Timothy.Devine@ally.com>
**Cc:** Tal Franklin <tal@talcottfranklin.com>, Janet Laughlin <Janet@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>
**Subject:** RE: RFC Tolling Agreements

Confidential

ALLY_0143375

Jerry,

Still working on the necessary approval and signatures, but hope to get you the majority of the agreements by end of day tomorrow.

Brad

---

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Thursday, March 08, 2012 12:58 PM
**To:** Smith, Bradley - (Dorsey & Whitney); Hagens, David; Devine, Timothy
**Cc:** Talcott J. Franklin; Janet Laughlin; Paul Snyder
**Subject:** RFC Tolling Agreements

Would you please tell us when you will be sending executed Tolling Agreements to us? Thanks.

F. Jerry Phelps

Of Counsel

Talcott Franklin P.C.

Cell (214) 505-2680

Direct (972) 423-0681

Main (214) 736-8730

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

ALLY_0143376

**To:**    'kpatrick@gibbsbruns.com'[kpatrick@gibbsbruns.com]; Smith, Bradley - (Dorsey & Whitney)[Bradley.Smith@gmacrescap.com]; Ruckdaschel, John[John.Ruckdaschel@ally.com]
**Cc:**    Devine, Timothy[Timothy.Devine@ally.com]; Zellmann, Patty - MN[Patty.Zellmann@ally.com]
**From:**    Hamzehpour, Tammy
**Sent:**    Tue 4/24/2012 9:06:06 PM
**Subject:**    Re: CONFIDENTIAL:  Data Template

We are meeting at 1:30pm at Morrison & Foerster, 1290 Avenue of the Americas (between 51st and 52nd).

Best regards,

Tammy

.

**From**: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent**: Tuesday, April 24, 2012 04:04 PM
**To**: Smith, Bradley - (Dorsey & Whitney); Ruckdaschel, John; Kathy D. Patrick <kpatrick@gibbsbruns.com>
**Cc**: Hamzehpour, Tammy; Devine, Timothy; Zellmann, Patty - MN
**Subject**: Re: CONFIDENTIAL: Data Template


Thanks. Tim, what time and where are we meeting tomorrow?



Kathy D. Patrick
Gibbs & Bruns, L.L.P.


**From**: Smith, Bradley - (Dorsey & Whitney) [mailto:Bradley.Smith@gmacrescap.com]
**Sent**: Tuesday, April 24, 2012 03:24 PM
**To**: Ruckdaschel, John <John.Ruckdaschel@ally.com>; Kathy D. Patrick
**Cc**: Hamzehpour, Tammy <Tammy.Hamzehpour@ally.com>; Devine, Timothy <Timothy.Devine@ally.com>; Zellmann, Patty - MN <Patty.Zellmann@ally.com>
**Subject**: RE: CONFIDENTIAL: Data Template


THIS IS EMAIL IS CONFIDENTIAL, SUBJECT TO THE CONFIDENTIALITY AGREEMENT, AND BEING SENT FOR PURPOSES OF SETTLEMENT DISCUSSIONS ONLY.

Kathy,

ALLY_0143608

John Ruckdaschel asked that I forward you the attached chart, containing data related to GSE repurchase requests.  If you have any difficulty opening the attachment, please let me know.

Thanks,
Brad

---

**From:** Ruckdaschel, John
**Sent:** Monday, April 16, 2012 10:59 AM
**To:** kpatrick@gibbsbruns.com
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Smith, Bradley - (Dorsey & Whitney); Zellmann, Patty - MN
**Subject:** CONFIDENTIAL: Data Template

THIS EMAIL IS CONFIDENTIAL AND SUBJECT TO THE CONFIDENTIALITY AGREEMENT.

Hi, Kathy.  Attached is the template populated with aggregated data we have been able to pull together over the past few weeks.

We have included various footnotes to provide clarification on certain of the columns.  This is a big project for our business folks and some of the concepts or data points may be tracked by our servicing team in a different way than the template would call for.  For example, they have information readily available for historic 90 + delinquencies (columns H, I, J and K), but not 60 + as originally suggested in the template. As a result, we would be happy to put together a meeting or call with the business to walk through all such items to the extent you and your colleagues have questions.

Please let us know your thoughts.  Looking forward to our discussion.

Regards,

**John G. Ruckdaschel**

**Ally** | Legal – Capital Markets and Treasury

8400 Normandale Lake Blvd., Suite 350

Minneapolis, Minnesota 55437

T + 952 857-7251 | F + 952 857-7505

John.Ruckdaschel@ally.com

**CONFIDENTIALITY NOTICE:**  The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only

ALLY_0143609

for the use of the designated recipient(s).  It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail.  If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

Confidential

ALLY_0143610

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Wednesday, May 02, 2012 10:10 PM |
| **To:** | Kathy D. Patrick; Devine, Timothy |
| **Subject:** | RE: NDA |

Sorry, Kathy.  Here's the fully signed copy.

Best regards,
Tammy

---

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Wednesday, May 02, 2012 1:56 PM
**To:** Hamzehpour, Tammy; Devine, Timothy
**Cc:** Kathy D. Patrick
**Subject:** NDA

I apologize, but I'm not able Tammy's signature on the NDA we signed.  Attached is our signed copy; Tammy, could you kindly re-sign it or, alternatively, re-send the earlier signature page you sent??  I'm putting together a complete set of the NDAs to send to Gary and want to be sure we have the full execution copy.

Thanks,

KP

1

Confidential

# Redacted

**From**: Jerry Phelps
**To**: Levitt, Jamie A.
**Cc**: Timothy.Devine@ally.com ; Talcott J. Franklin ; Paul Snyder ; Lee, Gary S.; Tammy.Hamzehpour@ally.com
**Sent**: Sun May 06 11:09:48 2012
**Subject**: Meeting Monday 9 am Eastern at Morison & Foerster NYC

Good morning. We will delete the words on pages 2 and 3 of the NDA indicated in paragraphs #1 and #2 of your below email. As to Deutsche Bank Trust Co. Americas and QO3 Investors LLC, the attached Schedule I is accurate. We have attached the as-changed final NDA and ask that all parties circulate their signatures. Tal Franklin will sign Sunday evening or earlier in NYC. A blacklined NDA is also attached for your convenience, as is a blank signature page in Word format.

We reserve all of our clients' and Talcott Franklin P.C.'s rights that may be applicable under law and equity.

Thanks

F. Jerry Phelps, Of Counsel
Talcott Franklin P.C.
Cell: 214-505-2680
Direct: 972-423-0681
Main: 214-736-8730
Jerry@talcott franklin.com

---

**From:** <Levitt>, Jamie Levitt <jlevitt@mofo.com>
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>
**Cc:** Timothy Devine <Timothy.Devine@ally.com>, Tal Franklin <tal@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, "Lee, Gary S." <GLee@mofo.com>, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com>
**Subject:** Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC

Confidential

ALLY_0143785

We are fine with your changes, except the following two that we cannot accept:

1. On Page 2, please delete the added language regarding Schedule 1: "by written notice to Talcott of the information to be disclosed as far in advance of its disclosure as practicable and, upon request, such Person must use all reasonable commercial efforts to obtain assurances that confidential treatment will be accorded to such information." We think we provided more than adequate protections already for the confidentiality of Ex I and cannot be bound to your additional language.

2. On Page 3, please delete the language you added re use of Eval Material in court: "except to rebut a statement or filing made in a court of law or equity that materially misrepresents or is contrary to Evaluation Material provided to Talcott, and only then not without a court order based on a hearing after notice where such hearing includes an in camera viewing by the court of the disputed statement or filing and related Evaluation Material." This is precisely what you cannot do and we will not be able to share Eval Material with you if you wish to use it in court in any fashion.

Finally, we thought Deutsche Bank Trust Co. Americas? and QO3 Investors LLC? were within your plaintiff group. If so, please add them to Schedule I.
?

Jerry, if agreeable to you, please make the changes above and circulate the NDA for signature.

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

      &lt;Talcott NDA (Confi) - Comparison of Final 5-6-12.docx&gt;

      &lt;mime-attachment&gt;

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

Confidential                                                                                      ALLY_0143786

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.


----------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================


This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.


----------------------------------------------------------------------

Confidential

ALLY_0143787

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Monday, December 19, 2011 11:12 PM |
| **To:** | Kraut, Michael S.; Rosenthal, John M. |
| **Cc:** | Devine, Timothy |
| **Subject:** | RE: Phone message |

Thanks very much.

Tammy

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Monday, December 19, 2011 6:08 PM
**To:** Hamzehpour, Tammy; Rosenthal, John M.
**Subject:** RE: Phone message

Tammy,

I spoke with counsel for the investor, who informed me that the full address is: 2 Hanson Place, 6th Floor, Brooklyn , New York 11217.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From:** Hamzehpour, Tammy [mailto:Tammy.Hamzehpour@ally.com]
**Sent:** Monday, December 19, 2011 5:32 PM
**To:** Rosenthal, John M.
**Cc:** Kraut, Michael S.
**Subject:** RE: Phone message

Can you please provide the full address for the beneficial owner?

Best regards,

Tammy

---

**From:** Rosenthal, John M. [mailto:jrosenthal@morganlewis.com]
**Sent:** Thursday, December 15, 2011 6:45 PM
**To:** Hamzehpour, Tammy
**Cc:** Kraut, Michael S.
**Subject:** RE: Phone message

Tammy:

We today received authority from the relevant bondholder to furnish you with the attached certification of its beneficial holdings in the RALI 2005-QA13 transaction.

1

Confidential

Mike Kraut (my litigation colleague) and I would like to speak to you and/or Tim Devine (don't have Tim's contact info) either tonight or early tomorrow.  DB feels strongly that the parties should enter into a tolling agreement of limited duration to allow a calm discussion of the holder's concerns/allegations.

Please let us know if there is a time that works.

Regards,

John

**John M. Rosenthal**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco CA 94105
Direct: 415.442.1346 | Mobile: 415.994.0348 | Main: 415.442.1000 |Fax: 415.442.1001
jrosenthal@morganlewis.com | www.morganlewis.com
Assistant: Victoria Lee | 415.442.1454 | vlee@morganlewis.com

---

**From:** Hamzehpour, Tammy [mailto:Tammy.Hamzehpour@ally.com]
**Sent:** Thursday, December 08, 2011 3:31 PM
**To:** Rosenthal, John M.
**Subject:** RE: Phone message

John,

Are you available for a call now or in the next 15 minutes?  If so, my litigation colleague, Tim Devine, and I will call you.

Best regards,

**Tammy Hamzehpour**
**Ally** | Legal Staff
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
*tammy.hamzehpour@ally.com*

*************************************************************************************************************************************
*************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE. ********************************************************************************************************************
*********************************

---

**From:** Rosenthal, John M. [mailto:jrosenthal@morganlewis.com]
**Sent:** Thursday, December 08, 2011 12:35 PM
**To:** Hamzehpour, Tammy
**Subject:** Phone message

Ms. Hamzehpour:

Confidential

ALLY_0157851

I just left you a second phone message trying to reach you to discuss your correspondence with Talcott Franklin about his letter of November 18.

It is urgent that we speak immediately if RFC wishes to avoid a situation where my client, Deutsche Bank, as trustee, will be compelled to file suit this month under instruction from certificate holders.  I think that would be unfortunate, since the certificate holders in question really do want to discuss issues with RFC directly and seem level-headed.  Therefore, they would rather "toll and talk" than file suit.

I can be reached at the phone numbers below.

Regards,

John Rosenthal

**John M. Rosenthal**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco CA 94105
Direct: 415.442.1346 | Mobile: 415.994.0348 | Main: 415.442.1000 |Fax: 415.442.1001
jrosenthal@morganlewis.com | www.morganlewis.com
Assistant: Victoria Lee | 415.442.1454 | vlee@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

Confidential

ALLY_0157852

# Redacted

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Wednesday, December 07, 2011 11:24 AM
**To:** Hamzehpour, Tammy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** Confi and Tolling Agreement


Tammy,


Attached for your review, please find a draft Confidentiality Agreement and a draft Tolling Agreement.


Best regards,

David


**David Sheeren**

**Gibbs & Bruns LLP**

1100 Louisiana, Suite 5300

Houston, Texas 77002

713.751.5207 (o)

713.459.6278 (c)

ALLY_0158596

# Redacted

**From:** Talcott J. Franklin [mailto:Tal@talcottfranklin.com]
**Sent:** Friday, December 23, 2011 12:07 PM
**To:** Devine, Timothy
**Cc:** Mike Kraut
**Subject:** Tolling agreement

Confidential

ALLY_0158663

Tim:
Attached is a tolling agreement between the Investor and RFC.  I accepted all changes from the version Mike sent
you and redlined the modifications.  My client is reviewing the agreement now, but I am sending it in the interest
of expediency.  Please let me know if you have changes.

I have a signatory available until 2:30 pm ET today.
Tal


Tal Franklin
Talcott Franklin P.C.
208 North Market Street
Suite 200
Dallas, Texas 75202
214.321.3838 direct
214.736.8730 main
214.642.9191 cell
877.577.1356 fax
tal@talcottfranklin.com
www.talcottfranklin.com

_____

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are
obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent
responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or
copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by
replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or
failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED,
AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1)
AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR
RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

ALLY_0158664

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Saturday, February 04, 2012 12:18 AM |
| **To:** | Rosten, Linda; Devine, Timothy |
| **Subject:** | RE: Tolling Agreement and Confi |

My signatures attached.

---

**From:** Rosten, Linda
**Sent:** Friday, February 03, 2012 4:56 PM
**To:** Devine, Timothy; Hamzehpour, Tammy
**Subject:** RE: Tolling Agreement and Confi

Attached is the document with Bill's signature.

Thanks.

Linda Rosten
Ally Legal Staff

---

**From:** Devine, Timothy
**Sent:** Friday, February 03, 2012 4:37 PM
**To:** Hamzehpour, Tammy; Rosten, Linda
**Subject:** RE: Tolling Agreement and Confi

Yep.  I'll catch up with Gary.  Some of the stuff he mentions is not reduced to memo form so I'll have to piece together a bit.

Also – Bill changed the dates to February 4 by hand on his copy of the Kathy Patrick documents.  I'll pdf those to you so you can both execute the same ones.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Hamzehpour, Tammy
**Sent:** Friday, February 03, 2012 4:25 PM
**To:** Devine, Timothy
**Subject:** RE: Tolling Agreement and Confi

Thanks, I will sign and send to you shortly.

Also, Gary Lee from MoFo is still waiting for some PLS analysis from you, I believe.  As things appear to be firming up with respect to a mid-March filing date, could you please expedite those materials for him?

Thanks,

Tammy

Confidential

ALLY_0159672

**From:** Devine, Timothy
**Sent:** Friday, February 03, 2012 4:12 PM
**To:** Hamzehpour, Tammy; Solomon, William Legal
**Cc:** Hagens, David; Ruckdaschel, John
**Subject:** FW: Tolling Agreement and Confi

PRIVILEGED AND CONFIDENTIAL

As we've discussed, we've gotten as far as we are going to get on all the key issues.

I recommend we sign the Confi and the Tolling/Forbearance Agreements.

To continue the clear message we have sent from the start, I recommend that Bill sign for Ally and Tammy sign for ResCap.

Please let me know if you would like to discuss further. Otherwise, please sign and forward to me your signature pages and I'll coordinate execution with Patrick.

I can't tell yet whether she just needs to "check the box" with us while she turns to bigger game, or whether we can expect a great deal of pressure to negotiate in earnest. I'm going to give them always something small to work on and owe to us, so that there are modest bumps to progress. We'll see.

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Thursday, January 26, 2012 12:37 PM
**To:** Devine, Timothy
**Cc:** Scott A. Humphries; Kathy D. Patrick
**Subject:** Tolling Agreement and Confi

Tim,

Attached are the latest versions of the confi and tolling agreement. We made some minor additional edits to each, shown in track changes.

If these versions are OK with you, please sign and return the PDFs (which reflect the final versions of the Word Documents, i.e. after accepting all tracked changes). We will then promptly send the spreadsheets mentioned in the second-to-last Whereas clause of the tolling agreement.

If you'd like, we are free this afternoon to discuss.

Best regards,
David

**David Sheeren**
**Gibbs & Bruns LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002

Confidential

ALLY_0159673

Confidential

ALLY_0159674

**From:**              Hamzehpour, Tammy
**Sent:**              Saturday, November 19, 2011 10:48 PM
**To:**                Devine, Timothy; Ruckdaschel, John; Hagens, David
**Subject:**         FW: Meeting on Monday

See below.  David, can your admin provide the names to reception first thing on Monday?

Tammy

---

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Saturday, November 19, 2011 5:46 PM
**To:** Hamzehpour, Tammy; Kathy D. Patrick
**Subject:** Re: Meeting on Monday

Yes, we're on. With me will be Scott Humphries and David Sheeren. See you Monday.


Kathy D. Patrick
Gibbs & Bruns, L.L.P.

---

**From:** Hamzehpour, Tammy [mailto:Tammy.Hamzehpour@ally.com]
**Sent:** Saturday, November 19, 2011 04:37 PM
**To:** Kathy D. Patrick
**Subject:** Meeting on Monday

Kathy,

We haven't connected since our phone conversation a couple of weeks ago, but I assume we're still on for Monday morning in Minneapolis.  Let's plan to start at 9:30 am if that works for you.  Please provide the names of individuals in your group, so that we can advise our reception desk (which is on the third floor of the building).

In case you need the address again, it is 8400 Normandale Lake Blvd, Bloomington, MN  55437 (cab drivers will know it as the "8400 Building at 494 and Normandale").

Best regards,

**Tammy Hamzehpour**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
***tammy.hamzehpour@gmacrfc.com***

Confidential

ALLY_0209233

***************************************************************************************************************************************
***********************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE
FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS
ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@gmacrfc.com AND
DELETE THE
MESSAGE.  ***********************************************************************************************************************************
**********************************

Confidential

ALLY_0209234

**From:** Hamzehpour, Tammy
**Sent:** Monday, December 05, 2011 6:38 PM
**To:** Devine, Timothy; Hagens, David; Ruckdaschel, John
**Subject:** RE: Kathy Patrick

I've heard nothing.

**From:** Devine, Timothy
**Sent:** Monday, December 05, 2011 1:38 PM
**To:** Hamzehpour, Tammy; Hagens, David; Ruckdaschel, John
**Subject:** Re: Kathy Patrick

Still silence from Kathy? I had the distinct impression she was going to reach out to us.

**From:** Hamzehpour, Tammy
**To:** Devine, Timothy; Hagens, David; Ruckdaschel, John
**Sent:** Mon Dec 05 13:07:51 2011
**Subject:** RE: Kathy Patrick

Kathy's contact information is:

kpatrick@gibbsbruns.com
713-751-5253

**From:** Devine, Timothy
**Sent:** Thursday, December 01, 2011 7:59 AM
**To:** Hamzehpour, Tammy; Hagens, David; Ruckdaschel, John
**Subject:** RE: Kathy Patrick

Tammy: will you please fwd Kathy's email contact info? I will reach out to her in the next day or so to pick up the dialogue.  Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, November 30, 2011 4:36 PM
**To:** Devine, Timothy; Hagens, David; Ruckdaschel, John
**Subject:** RE: Kathy Patrick

I've not heard anything.

**From:** Devine, Timothy
**Sent:** Wednesday, November 30, 2011 3:29 PM

1

Confidential

ALLY_0209273

**To:** Hamzehpour, Tammy; Hagens, David; Ruckdaschel, John
**Subject:** Kathy Patrick

All: as I understood it, we were going to hear from Kathy Patrick next.  Am I right?  Have we heard anything?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

2

ALLY_0209274

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Monday, December 05, 2011 6:08 PM |
| **To:** | Devine, Timothy; Hagens, David; Ruckdaschel, John |
| **Subject:** | RE: Kathy Patrick |

Kathy's contact information is:

kpatrick@gibbsbruns.com
713-751-5253

---

**From:** Devine, Timothy
**Sent:** Thursday, December 01, 2011 7:59 AM
**To:** Hamzehpour, Tammy; Hagens, David; Ruckdaschel, John
**Subject:** RE: Kathy Patrick

Tammy: will you please fwd Kathy's email contact info? I will reach out to her in the next day or so to pick up the dialogue. Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, November 30, 2011 4:36 PM
**To:** Devine, Timothy; Hagens, David; Ruckdaschel, John
**Subject:** RE: Kathy Patrick

I've not heard anything.

---

**From:** Devine, Timothy
**Sent:** Wednesday, November 30, 2011 3:29 PM
**To:** Hamzehpour, Tammy; Hagens, David; Ruckdaschel, John
**Subject:** Kathy Patrick

All: as I understood it, we were going to hear from Kathy Patrick next. Am I right? Have we heard anything?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

1

Confidential

ALLY_0209275

**To:**      Devine, Timothy[Timothy.Devine@ally.com]
**From:**    Hamzehpour, Tammy
**Sent:**    Mon 12/19/2011 10:20:32 PM
**Subject:** RE: Call

Ok, I thought I saw an appointment go on the calendar to talk with them tomorrow.  I'm available between now and 6 pm if you want to call me.  The office number is 215-682-1307.

# Redacted

**From:** Hamzehpour, Tammy
**Sent:** Monday, December 19, 2011 2:38 PM
**To:** Devine, Timothy
**Subject:** RE: Call

5 pm would be better for me - what about you?

Confidential

**From:** Devine, Timothy
**Sent:** Monday, December 19, 2011 1:47 PM
**To:** Hamzehpour, Tammy
**Subject:** FW: Call


Tammy: If you're free we can call him at 2:30.  Or let me know what works for you. Thanks. Tim


Timothy A. Devine

Chief Counsel - Litigation

Ally Financial Inc. Legal Staff

200 Renaissance Center

M/C: 482-B09-B11

Detroit, MI  48265

(313) 656-3477


———————

**From:** Talcott J. Franklin [mailto:Tal@talcottfranklin.com]
**Sent:** Monday, December 19, 2011 1:28 PM
**To:** Hamzehpour, Tammy
**Cc:** Devine, Timothy
**Subject:** Re: Call


Tammy:
I believe the Trustee has provided you with the information you requested.  Can you please call me today?  If you
cannot reach me at the office, please try my cell.
Tal


Talcott J. Franklin
214.642.9191 C
214.321.3838 O

Confidential

ALLY_0209281

On 12/13/11 9:42 AM, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com> wrote:

Mr. Franklin,

We did speak to counsel for the trustee, but we were not provided anything in writing indicating the information we requested from you in our letter. Once you provide that information, either to us directly or to the trustee with instructions to provide it to us, we will be able to continue a discussion with the trustee.

Best regards,

Tammy

---

**From:** Talcott J. Franklin [mailto:Tal@talcottfranklin.com]
**Sent:** Friday, December 09, 2011 5:52 PM
**To:** Hamzehpour, Tammy
**Cc:** Devine, Timothy
**Subject:** Re: Call

Tammy:
I am on Central Time but can talk at your convenience. I re-read your letter and apologize at being perplexed at what you are requesting. We already provided certificates of beneficial ownership to the Trustee. As I understand it, the Trustee's outside counsel has informed you that the Trustee has examined that proof of ownership, that it is adequate, that the certificateholders have the power of direction, and that I represent the certificateholders. I have never seen a servicer ask for more than that. I understand you are on a plane right now, but when you land please call and help me understand what it is you need to move forward. All of my numbers are below. If you cannot reach me at one, please try the others. Thanks!
Tal

Talcott J. Franklin
214.312.4440 H
214.642.9191 C
214.321.3838 O

On 12/9/11 3:15 PM, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com> wrote:

Sorry, but I'm on a plane and can't talk now. However, what I need to get from you is the information requested in my letter. To the extent you can email that this afternoon, I can give you a call after I land. Are you in the pacific time zone?

Tammy

---

**From:** Talcott J. Franklin <Tal@talcottfranklin.com>
**To:** Hamzehpour, Tammy

**Sent**: Fri Dec 09 14:08:40  2011
**Subject**: Call

Tammy:
John Rosenthal at  Morgan Lewis said you wanted to speak with me.  My contact information is  below.  If you
cannot reach me on my direct dial, please call my  cell.
Tal


Tal Franklin
Talcott Franklin P.C.
208 North  Market Street
Suite 200
Dallas, Texas 75202
214.321.3838  direct
214.736.8730 main
214.642.9191 cell
877.577.1356 fax
tal@talcottfranklin.com
www.talcottfranklin.com


DISCLAIMER:
The information contained in this  message may be privileged, confidential, and protected from disclosure.
You,  the recipient, are obligated to maintain it in a safe, secure and confidential  manner. If you are not
the intended recipient, or an employee, or agent  responsible for delivering this message to the intended
recipient, you are  hereby notified that any dissemination, distribution, or copying of this  communication is
strictly prohibited. If you have received this communication  in error, please notify us immediately by
replying to the message.  Re-disclosure without additional consent or as permitted by law is prohibited.
 Unauthorized re-disclosure or failure to maintain confidentiality could  subject you to penalties described
in federal and state law.

IRS  Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY  THE
WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY
 OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED
 UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO
ANOTHER  PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED  HEREIN.


DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure.
You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the
intended recipient, or an employee, or agent responsible for delivering this message to the intended
recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is
strictly prohibited. If you have received this communication in error, please notify us immediately by

ALLY_0209283

replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

DISCLAIMER:

The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Thursday, December 22, 2011 2:17 PM |
| **To:** | Devine, Timothy |
| **Subject:** | RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122) |

Thanks, Tim.  Another small change, which can be made in the next round, is that RFC's name is now Residential Funding Company, LLC.

Tammy

---

**From:** Devine, Timothy
**Sent:** Thursday, December 22, 2011 9:09 AM
**To:** Kraut, Michael S.; Rosenthal, John M.
**Cc:** Hamzehpour, Tammy
**Subject:** RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)

Mike and John: Please find attached mark-up.  Happy to discuss.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Wednesday, December 21, 2011 11:18 AM
**To:** Devine, Timothy
**Cc:** Rosenthal, John M.; Hamzehpour, Tammy
**Subject:** RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)

Tim,

Attached is a Word version of the draft tolling agreement that Tal Franklin attached to his November 18th letter to Tammy.  Please let me know of any changes that you would like to propose.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Wednesday, December 21, 2011 9:23 AM
**To:** Kraut, Michael S.

1

ALLY_0209293

**Cc:** Rosenthal, John M.; Hamzehpour, Tammy
**Subject:** RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)

Mike: will you pls fwd draft Tolling Agmt in "word" format so we can mark up proposed changes? Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, December 20, 2011 2:19 PM
**To:** Devine, Timothy
**Cc:** Rosenthal, John M.; Hamzehpour, Tammy
**Subject:** RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)

Tim,

I understand from Tal Franklin that he sent to you the letter with the information that you requested.  Please confirm for me that you received the letter and that it satisfied your inquiry.  If so, please let me know when you are available to speak.

Thanks,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, December 20, 2011 11:30 AM
**To:** Kraut, Michael S.
**Cc:** Rosenthal, John M.; Hamzehpour, Tammy
**Subject:** RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)

Thanks Mike.

Will Mr. Franklin send a letter confirming in writing that he represents the identified party in this matter, and provide some manifestation of his engagement – cc'ing, for example, the client on the letter?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, December 20, 2011 10:39 AM

2

ALLY_0209294

**To:** Devine, Timothy; Hamzehpour, Tammy
**Cc:** Rosenthal, John M.
**Subject:** RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)

Thanks, Tim.  Please call me when you are ready to speak (although feel free to try to contact John if for some reason you cannot reach me).  I will be in the office today and look forward to speaking with you.

Regards,
Mike


**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, December 20, 2011 10:32 AM
**To:** Devine, Timothy; Hamzehpour, Tammy; Kraut, Michael S.; Rosenthal, John M.
**Subject:** RE: Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)

Don't think we need this call.

Tammy and I will confer and reach out to ML attorneys as needed.  We understand you all are looking for closure.

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477


-----Original Appointment-----
**From:** Rosten, Linda **On Behalf Of** Devine, Timothy
**Sent:** Monday, December 19, 2011 2:46 PM
**To:** Devine, Timothy; Hamzehpour, Tammy; 'mkraut@morganlewis.com'; 'jrosenthal@morganlewis.com'
**Subject:** Tolling Agreement with Deutsche Bank (Dial-In: 866-297-2024; Access Code: 8304122)
**When:** Tuesday, December 20, 2011 10:30 AM-11:00 AM (GMT-05:00) Eastern Time (US & Canada).
**Where:**


DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

3

ALLY_0209295

# Redacted

Confidential

# Redacted

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Friday, January 13, 2012 4:57 PM
**To:** Devine, Timothy; Kathy D. Patrick; Scott A. Humphries
**Cc:** Hamzehpour, Tammy; Ruckdaschel, John; Hagens, David
**Subject:** RE: Confi and Tolling Agreement

Tim,

Please see attached. We are fine with most of your edits to the draft Confidentiality Agreement and draft Tolling Agreement. We have made some additional changes in these versions.

Thanks,

David

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Monday, January 09, 2012 5:45 PM
**To:** Kathy D. Patrick; David Sheeren
**Cc:** Hamzehpour, Tammy; Ruckdaschel, John; Hagens, David
**Subject:** RE: Confi and Tolling Agreement

ALLY_0209320

CONFIDENTIAL

FOR SETTLEMENT PURPOSES ONLY

Kathy and David:

Please see the attached markups of the draft Confi and Tolling Agreement you had sent over.

The rationale for some of the markups will be self-evident.  There are some I would like to walk through with you at your convenience.

Among the points we're addressing by markups to the Confi are potential that the talks may need to be disclosed in public financial filings, as apparently some banks may have done.  Also that we may contractually be required to disclose them if we are approached by a Trustee or other claimant asserting standing to challenge us on the applicable contract.  Finally, should we all proceed to a production of loan files or similar records containing customer or investor information, we may need to enter additional agreements protecting the PII or other info more expressly.

Biggest point in the markups to the draft Tolling Agreement I think is that we ought to have the particular interests of your clients identified as against particular deals, so that all parties involved have a clear and unambiguous meeting of the minds as to what particular claims are covered by the agreements and the discussions.  Also need to address risk that other parties or counsel may bring claims or inquiries relating to the same investments which are the basis of the interests under discussion here – whether such claims come for example from a monoline, a trustee, a government agent or agency of any sort, etc. – which of course we would need to address and/or defend.

I'm out of town tomorrow, back in the office the rest of the week.  Happy to discuss, to answer questions.

Looking forward to next steps.

Thanks.

Tim

ALLY_0209321

Timothy A. Devine

Chief Counsel - Litigation

Ally Financial Inc. Legal Staff

200 Renaissance Center

M/C: 482-B09-B11

Detroit, MI  48265

(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Wednesday, December 14, 2011 9:46 PM
**To:** dsheeren@gibbsbruns.com
**Cc:** Hamzehpour, Tammy; Ruckdaschel, John; Hagens, David
**Subject:** FW: Confi and Tolling Agreement


David:


Tammy has asked me to follow up on your email.  I will do so shortly.  Will you please send me email contact info for Kathy and Scott?


Thanks.


Tim


Timothy A. Devine

Chief Counsel - Litigation

Ally Financial Inc. Legal Staff

200 Renaissance Center

ALLY_0209322

M/C: 482-B09-B11

Detroit, MI  48265

(313) 656-3477

----------

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Wednesday, December 07, 2011 11:24 AM
**To:** Hamzehpour, Tammy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** Confi and Tolling Agreement

Tammy,


Attached for your review, please find a draft Confidentiality Agreement and a draft Tolling Agreement.


Best regards,

David


**David Sheeren**

Gibbs & Bruns LLP

1100 Louisiana, Suite 5300

Houston, Texas 77002

713.751.5207 (o)

713.459.6278 (c)

ALLY_0209323

# Redacted

Confidential

ALLY_0209400

# Redacted

ALLY_0209401

# Redacted

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Thursday, January 26, 2012 12:37 PM
**To:** Devine, Timothy
**Cc:** Scott A. Humphries; Kathy D. Patrick
**Subject:** Tolling Agreement and Confi

Tim,

Attached are the latest versions of the confi and tolling agreement.  We made some minor additional edits to each, shown in track changes.

Confidential

ALLY_0209402

If these versions are OK with you, please sign and return the PDFs (which reflect the final versions of the Word Documents, i.e. after accepting all tracked changes).  We will then promptly send the spreadsheets mentioned in the second-to-last Whereas clause of the tolling agreement.

If you'd like, we are free this afternoon to discuss.

Best regards,

David

**David Sheeren**

Gibbs & Bruns LLP

1100 Louisiana, Suite 5300

Houston, Texas 77002

713.751.5207 (o)

713.459.6278 (c)

Confidential

ALLY_0209403

# Redacted

Confidential

ALLY_0209404

# Redacted

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Thursday, January 26, 2012 12:37 PM
**To:** Devine, Timothy
**Cc:** Scott A. Humphries; Kathy D. Patrick
**Subject:** Tolling Agreement and Confi

Tim,

Attached are the latest versions of the confi and tolling agreement.  We made some minor additional edits to each, shown in track changes.

If these versions are OK with you, please sign and return the PDFs (which reflect the final versions of the Word Documents, i.e. after accepting all tracked changes).  We will then promptly send the spreadsheets mentioned in the second-to-last Whereas clause of the tolling agreement.

If you'd like, we are free this afternoon to discuss.

ALLY_0209405

Best regards,

David


**David Sheeren**

Gibbs & Bruns LLP

1100 Louisiana, Suite 5300

Houston, Texas 77002

713.751.5207 (o)

713.459.6278 (c)

ALLY_0209406

# Redacted

Confidential

# Redacted

Confidential

ALLY_0209463

# Redacted

---

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Thursday, February 23, 2012 8:51 AM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Paul Snyder; Talcott J. Franklin; Ginger Cavanaugh
**Subject:** RALI--Tentative meeting on February 28, Tuesday

Is the meeting set for February 28 still "on"? We need to make firm our schedule and make travel plans. Thanks.

F. Jerry Phelps

Of Counsel

Talcott Franklin P.C.

Cell (214) 505-2680

Direct (972) 423-0681

Main (214) 736-8730

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

Confidential

ALLY_0209465

**Redacted**

Confidential

ALLY_0209487

# Redacted

Confidential

ALLY_0209488

# Redacted

Confidential

ALLY_0209489

# Redacted

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Thursday, February 23, 2012 8:51 AM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Paul Snyder; Talcott J. Franklin; Ginger Cavanaugh
**Subject:** RALI--Tentative meeting on February 28, Tuesday


Is the meeting set for February 28 still "on"? We need to make firm our schedule and
make travel plans. Thanks.


F. Jerry Phelps

Of Counsel

Talcott Franklin P.C.

Cell (214) 505-2680

Direct (972) 423-0681

Main (214) 736-8730

Confidential

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

ALLY_0209491

# Redacted

Confidential

# Redacted

Confidential

ALLY_0209733

# Redacted

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Thursday, March 08, 2012 7:54 PM
**To:** Devine, Timothy
**Subject:** RE: Tolling Agreement Request

Tim,

Good idea.  Please see attached.

Safe travels.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Thursday, March 08, 2012 12:14 AM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Michael: in anticipation of our discussion, would you consider sending over a draft tolling agreement (perhaps along the lines of the previous one we executed in an unrelated transaction)?  I'll review it and may have some questions, but at least we'll get started.  Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff

3

Confidential

ALLY_0209734

200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 06, 2012 9:27 AM
**To:** Devine, Timothy
**Subject:** Re: Tolling Agreement Request

RALI 2006-QO7.

Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, March 06, 2012 09:25 AM
**To:** Devine, Timothy <Timothy.Devine@ally.com>; Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

In the mean time, Michael, what deal is involved?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Tuesday, March 06, 2012 9:15 AM
**To:** Kraut, Michael S.; Rosten, Linda
**Subject:** RE: Tolling Agreement Request

Thanks for the speedy response Michael.

We can talk early next week.

We have been fairly consistent in requiring the investor information.  I will be happy to discuss with you of course to better understand the dynamic.

Linda: will you please help find a time?

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center

4

ALLY_0209735

M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 06, 2012 9:13 AM
**To:** Devine, Timothy
**Subject:** Re: Tolling Agreement Request

Tim,

Thanks for the reply. No worries about the delay. Believe me I know how busy all of us who work in this space are.

We have confirmed that the investor has sufficient beneficial ownership to direct the trustee, although at present I do not have authority to disclose the identity of the investor. If that is an issue for you, let's discuss. We are interested in moving forward as promptly as possible, but if you are traveling this week, perhaps today we can set a day and time to speak next week when you return. That said, if you prefer to speak this week, I have young kids and therefore am up all hours and would be happy to speak at a time that is convenient for whatever time zone you are in.

Safe travels.

Regards,
Mike

Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent**: Tuesday, March 06, 2012 09:06 AM
**To:** Kraut, Michael S.
**Subject:** Tolling Agreement Request

Michael: I received your voicemail and apologize for tardy response.  I'm in meetings out of the country all week.  Happy to review the request.  Would it be convenient for you to send an email identifying the investor, the deal, and other details?  I assume the investor has certified sufficient ownership in the deal to compel action by the trustee, etc.  Please confirm and provide details.

Thanks again Michael.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.

5

                                                                    ALLY_0209736

If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

Confidential

ALLY_0209737

**Redacted**

Confidential

ALLY_0209770

# Redacted

Confidential

ALLY_0209771

# Redacted

Confidential

ALLY_0209772

# Redacted

Confidential

ALLY_0209773

all

on

**Redacted**

O1,
ALI

Confidential

ALLY_0209774

# Redacted

---

**From:** Janet Laughlin [mailto:Janet@talcottfranklin.com]
**Sent:** Tuesday, March 06, 2012 9:27 AM
**To:** Smith, Bradley - (Dorsey & Whitney)
**Cc:** Jerry Phelps; Paul Snyder
**Subject:** FW: Tolling Agreements #12

Trying again.


**From:** Janet Laughlin
**Sent:** Monday, March 05, 2012 7:01 PM
**To:** bradley.smith@ally.com; David.Hagens@ally.com; Timothy.Devine@ally.com
**Cc:** Jerry Phelps; 'paul@talcottfranklin.com'
**Subject:** Tolling Agreements #12


Attached please find the revised Tolling Agreement listed above for RFC/RALI execution.

(This is the last of the  agreements  listed below.)

The Tolling Agreements were sent in the following numbered emails: 1,3,5,6,7 (7a, 7b, 7c to Tim Devine due to size), 8,9,10, 11, and 12.  A message was received in response to emails #10 and #11, that Brad Smith's mail box was full.  I will re-send the last three emails to him  in the morning, but it appears that David Hagens and Tim Devine have received all of the emails. Please let me or Jerry know if this is not the case.  Thanks, janet


**January 20, 2012**


AnchorBank, fsb

ALLY_0209775

Bank West, Inc.

Citizens Bank & Trust Company

Farallon Capital Management, LLC

Farmers and Merchants Trust Company

First Bank

First Federal Bank of Florida

First National Bank & Trust Co. of Rochelle, IL.

First National Bank of Wynne

First National Banking Company

Heartland Bank

Kerndt Brothers Savings Bank

Lea County State Bank

Mutual Savings Association, FSA

Northwestern Bank, N.A.

Peoples Independent Bank

Perkins State Bank

Randolph Bank and Trust

Royal Park Investments SA/NV

Summit Credit Union

Thomaston Savings Bank

Wells River Savings Bank

Confidential

**January 27, 2012**

Farallon Capital Management, LLC - *as to(RALI 2007-QH3-A1)

First Farmers State Bank

HBK Master Fund L.P.

LL Funds LLC

Pinnacle Bank of South Carolina

QO3 Investors, LLC

Radian Asset Assurance Inc.

Rocky Mountain Bank & Trust

Union Investment Luxembourg, S.A.

**February 2, 2012**

Royal Park Investments SA/NV    *as to (RALI 2007-QH3-A1)

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE

IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

Confidential

ALLY_0209778



Confidential

ALLY_0209793

# Redacted

Confidential

ALLY_0209794

**Redacted**

Confidential

ALLY_0209795

# Redacted

Confidential

ALLY_0209796

# Redacted

Confidential

ALLY_0209797

# Redacted

---

**From:** Janet Laughlin [mailto:Janet@talcottfranklin.com]
**Sent:** Tuesday, March 06, 2012 9:27 AM
**To:** Smith, Bradley - (Dorsey & Whitney)
**Cc:** Jerry Phelps; Paul Snyder
**Subject:** FW: Tolling Agreements #12

Trying again.


**From:** Janet Laughlin
**Sent:** Monday, March 05, 2012 7:01 PM
**To:** bradley.smith@ally.com; David.Hagens@ally.com; Timothy.Devine@ally.com
**Cc:** Jerry Phelps; 'paul@talcottfranklin.com'
**Subject:** Tolling Agreements #12


Attached please find the revised Tolling Agreement listed above for RFC/RALI execution.

(This is the last of the agreements listed below.)

The Tolling Agreements were sent in the following numbered emails: 1,3,5,6,7 (7a, 7b, 7c to Tim Devine due to size), 8,9,10, 11, and 12.  A message was received in response to emails #10 and #11, that Brad Smith's mail box was full.  I will re-send the last three emails to him  in the morning, but it appears that David Hagens and Tim Devine have received all of the emails. Please let me or Jerry know if this is not the case.  Thanks, janet


**January 20, 2012**


AnchorBank, fsb

Bank West, Inc.

Citizens Bank & Trust Company

Confidential

Farallon Capital Management, LLC

Farmers and Merchants Trust Company

First Bank

First Federal Bank of Florida

First National Bank & Trust Co. of Rochelle, IL.

First National Bank of Wynne

First National Banking Company

Heartland Bank

Kerndt Brothers Savings Bank

Lea County State Bank

Mutual Savings Association, FSA

Northwestern Bank, N.A.

Peoples Independent Bank

Perkins State Bank

Randolph Bank and Trust

Royal Park Investments SA/NV

Summit Credit Union

Thomaston Savings Bank

Wells River Savings Bank

**January 27, 2012**

Confidential

Farallon Capital Management, LLC - *as to(RALI 2007-QH3-A1)

First Farmers State Bank

HBK Master Fund L.P.

LL Funds LLC

Pinnacle Bank of South Carolina

QO3 Investors, LLC

Radian Asset Assurance Inc.

Rocky Mountain Bank & Trust

Union Investment Luxembourg, S.A.


**February 2, 2012**


Royal Park Investments SA/NV    *as to (RALI 2007-QH3-A1)

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

ALLY_0209800

# Redacted

Confidential

ALLY_0209805

**Redacted**

Confidential

**From:** Ginger Cavanaugh [mailto:Ginger@talcottfranklin.com]
**Sent:** Friday, March 23, 2012 12:00 AM
**To:** Devine, Timothy
**Subject:** RFC

Mr. Devine:

Attached please find a letter from Talcott Franklin.  Please confirm your receipt of same.
 Thank you.

--

Ginger L. Cavanaugh

Director of Firm Administration
Talcott Franklin P.C.
214.506.1088 direct
214.736.8730 main
214.326.5349 cell
Ginger@talcottfranklin.com
www.talcottfranklin.com

DISCLAIMER:
The information contained in this message may be privileged, confidential, and
protected from disclosure. You, the recipient, are obligated to maintain it in a safe,
secure and confidential manner. If you are not the intended recipient, or an employee,
or agent responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution, or copying of this communication is
strictly prohibited. If you have received this communication in error, please notify us
immediately by replying to the message. Re-disclosure without additional consent or as
permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain
confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT
INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN
CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1)
AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR
(2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY
TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

Confidential

ALLY_0209807

Confidential

ALLY_0209808

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | Tuesday, April 17, 2012 9:39 PM |
| **To:** | Devine, Timothy |
| **Cc:** | Ruckdaschel, John |
| **Subject:** | RE: Tolling Agreements |

Yes, will send in just a minute

---

**From:** Devine, Timothy
**Sent:** Monday, April 16, 2012 4:09 PM
**To:** Hamzehpour, Tammy
**Cc:** Ruckdaschel, John
**Subject:** FW: Tolling Agreements

Tammy: will you be able to execute today?

Will also want to ink in your contact info, or provide update.

Thanks. Tim


Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Monday, April 16, 2012 3:35 PM
**To:** Devine, Timothy
**Subject:** RE: Tolling Agreements

Tim,

I would like to line someone (David Co) up to sign for DBTCA later today. When do you expect to return a signed copy to me so I can let him know when to be available?

Thanks,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Thursday, April 12, 2012 7:43 PM
**To:** 'Devine, Timothy'; Hamzehpour, Tammy; Zellmann, Patty - MN
**Subject:** RE: Tolling Agreements

1

Confidential

ALLY_0209851

Tim,

Attached is an execution copy of the agreement.  If it is possible for someone to sign and return it tomorrow, that would be great.  Otherwise, we can wrap this up when you return to the office on Monday.

Regards,
Mike


**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Thursday, April 12, 2012 8:15 AM
**To:** Kraut, Michael S.; Hamzehpour, Tammy; Zellmann, Patty - MN
**Subject:** Re: Tolling Agreements

Mike: I'm out until Monday. Will you please forward clean final to Tammy, Patty and me for contact info and execution?

We will work with you on new tolling agreements for the other client. We'll manage to get them done before 6 year birthdays.

Tim

---

**From:** Kraut, Michael S. <mkraut@morganlewis.com>
**To**: Devine, Timothy
**Sent**: Thu Apr 12 08:08:22 2012
**Subject**: Tolling Agreements

Tim,

I am writing about two separate tolling agreements.

First, I would like to execute the tolling agreement that we finished negotiating last week, which is the subject of the below e-mail chain.  If possible, let's finalize this today, as I will be out tomorrow and would like to wrap this up as soon as possible.  I don't think there are any more hurdles to clear on this one.

Second, as I mentioned in my voicemail a few days ago, I am reaching out to you about another tolling agreement on behalf of different investors.  I attach a draft for your review.  You will note that it is identical to the draft that we negotiated below, except: (i) I have changed the Effective Date to today, and (ii) I changed the Trusts in Exhibit 1.  Otherwise, no changes.  Please let me know if this is acceptable.  Please be mindful that we are approaching an anniversary date next week, so it is important that I know as soon as possible if we will not be able to reach agreement, so the investor can take whatever steps it deems appropriate.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

2

ALLY_0209852

**From:** Kraut, Michael S.
**Sent:** Thursday, April 05, 2012 7:15 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

These changes are acceptable to us.  Can you please re-send it to me with the appropriate contact information inserted in Exhibit 2, and we will prepare it for execution?

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, April 03, 2012 2:31 PM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

CONFIDENTIAL

Thanks Mike.

Please see the attached for your consideration.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, April 03, 2012 1:42 PM
**To:** Devine, Timothy
**Subject:** FW: Tolling Agreement Request

Tim,

I know that we are trying to set up a call to discuss your separate question, but hopefully we can continue to make progress on this agreement in the interim.  Please let me know if our proposed edits are acceptable.  If so, we can send over an execution copy of the agreement for signature.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600

Confidential

ALLY_0209853

Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 28, 2012 6:33 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

We have had a chance to review your proposed edits to the tolling agreement.  I have accepted all of them and propose a couple additional edits.  Please let us know if they are acceptable to you.  Also, when you have a moment, kindly insert contact information in Exhibit 2.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 28, 2012 9:48 AM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Thanks, Tim.  The ball is in our court on the tolling agreement.  We are considering your proposed edits and may have a couple of our own to propose.  I'll be back to you later today or tomorrow.

In response to your second question, here is the contact information for an Amherst business contact to whom you might want to have your business colleagues direct communications:

DAVID GUSSMANN
SENIOR VP
Amherst Advisory & Management, LLC
1750 TYSONS BLVD., SUITE 1160
MCLEAN, VA 22102
703.873.1320 (O)
571.205.1625(C)

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, March 27, 2012 4:29 PM

4

Confidential

ALLY_0209854

**To:** Devine, Timothy; Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Mike:

Want to make sure the ball wasn't on my side of the net.

Anything further you all need?

Also – do you have a contact name if we were to reach out business to business to Amherst?  Alternatively, do you have inhouse counsel contact info for counsel call?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Thursday, March 22, 2012 12:04 PM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Mike:

Per our discussion, here is marked up version.

Also note that we'll plan to have Tammy Hamzehpour execute for our side.  She is GC to the mortgage business and has been executing these type of agreements.

I'll forward Tammy's best contact address shortly.

Also note I messed up formatting for paragraph 5 when I added the language we discussed.

Thanks again.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 20, 2012 6:33 PM
**To:** Devine, Timothy
**Subject:** FW: Tolling Agreement Request

Tim,

Confidential

ALLY_0209855

I understand things have been busy. When you have a moment please send along your edits to the draft tolling agreement that we discussed last week to keep this process moving.

Thanks,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Thursday, March 15, 2012 9:04 AM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

Apologies for the multiple drafts, but it occurred to me this morning that I had placed the "successors and assigns" language in a location that created unintentional ambiguity. I have changed only the language of the first paragraph to include the "successors and assigns" language within the definitions of RFC Parties and the Trustee. Please use this version.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 14, 2012 2:09 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

As we discussed, please add your comments to this version. The only changes from what I sent last Thursday are to add the phrases "and their successors and assigns" and "and its successors and assigns" as appropriate in the opening paragraph.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Thursday, March 08, 2012 7:54 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Confidential                                                                                              ALLY_0209856

Good idea.  Please see attached.

Safe travels.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Thursday, March 08, 2012 12:14 AM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Michael: in anticipation of our discussion, would you consider sending over a draft tolling agreement (perhaps along the lines of the previous one we executed in an unrelated transaction)?  I'll review it and may have some questions, but at least we'll get started.  Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 06, 2012 9:27 AM
**To:** Devine, Timothy
**Subject:** Re: Tolling Agreement Request

RALI 2006-QO7.

Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent**: Tuesday, March 06, 2012 09:25 AM
**To**: Devine, Timothy <Timothy.Devine@ally.com>; Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

In the mean time, Michael, what deal is involved?

Thanks.

Tim

Confidential                                                                                              ALLY_0209857

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Tuesday, March 06, 2012 9:15 AM
**To:** Kraut, Michael S.; Rosten, Linda
**Subject:** RE: Tolling Agreement Request

Thanks for the speedy response Michael.

We can talk early next week.

We have been fairly consistent in requiring the investor information.  I will be happy to discuss with you of course to better understand the dynamic.

Linda: will you please help find a time?

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 06, 2012 9:13 AM
**To:** Devine, Timothy
**Subject:** Re: Tolling Agreement Request

Tim,

Thanks for the reply. No worries about the delay. Believe me I know how busy all of us who work in this space are.

We have confirmed that the investor has sufficient beneficial ownership to direct the trustee, although at present I do not have authority to disclose the identity of the investor. If that is an issue for you, let's discuss. We are interested in moving forward as promptly as possible, but if you are traveling this week, perhaps today we can set a day and time to speak next week when you return. That said, if you prefer to speak this week, I have young kids and therefore am up all hours and would be happy to speak at a time that is convenient for whatever time zone you are in.

Safe travels.

Regards,
Mike

Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001

8

Confidential

ALLY_0209858

mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From**: Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent**: Tuesday, March 06, 2012 09:06 AM
**To**: Kraut, Michael S.
**Subject**: Tolling Agreement Request

Michael: I received your voicemail and apologize for tardy response.  I'm in meetings out of the country all week.  Happy to review the request.  Would it be convenient for you to send an email identifying the investor, the deal, and other details?  I assume the investor has certified sufficient ownership in the deal to compel action by the trustee, etc.  Please confirm and provide details.

Thanks again Michael.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

Confidential
ALLY_0209859

# Redacted

ALLY_0209869

# Redacted

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Tuesday, April 17, 2012 7:17 PM
**To:** Devine, Timothy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** RE: Confidentiality Agreement

Confidential

ALLY_0209870

Tim:

I have attached a few comments from our clients on the draft confidentiality agreement you sent yesterday.

Best regards,

David

**David Sheeren**

**Gibbs & Bruns LLP**

1100 Louisiana, Suite 5300

Houston, Texas 77002

713.751.5207 (o)

713.459.6278 (c)

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Monday, April 16, 2012 4:56 PM
**To:** Kathy D. Patrick
**Subject:** Confidentiality Agreement

CONFIDENTIAL PER AGREEMENT

Kathy:

I'm hoping to schedule something with you tomorrow or Wednesday on the issues we've

ALLY_0209871

discussed.  Attached is a draft confidentiality agreement I've been asked to forward to you by bankruptcy counsel for ResCap.  I have not gone through it in detail but it was drafted to permit the sort of information exchange you and I discussed.  Counsel's view was that it was necessary in addition to and without limiting the existing confidentiality agreement.


Happy to discuss.


Tim


Timothy A. Devine

Chief Counsel - Litigation

Ally Financial Inc. Legal Staff

200 Renaissance Center

M/C: 482-B09-B11

Detroit, MI  48265

(313) 656-3477


-----------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================
==========

Confidential

ALLY_0209872

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------

Confidential

ALLY_0209873

# Redacted

Confidential

ALLY_0209878

# Redacted

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Tuesday, April 17, 2012 7:17 PM
**To:** Devine, Timothy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** RE: Confidentiality Agreement

Tim:

I have attached a few comments from our clients on the draft confidentiality agreement you sent yesterday.

Best regards,

David

**David Sheeren**

**Gibbs & Bruns LLP**

1100 Louisiana, Suite 5300

Houston, Texas 77002

713.751.5207 (o)

713.459.6278 (c)

                                                                                          ALLY_0209879

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Monday, April 16, 2012 4:56 PM
**To:** Kathy D. Patrick
**Subject:** Confidentiality Agreement


CONFIDENTIAL PER AGREEMENT


Kathy:

I'm hoping to schedule something with you tomorrow or Wednesday on the issues we've discussed.  Attached is a draft confidentiality agreement I've been asked to forward to you by bankruptcy counsel for ResCap.  I have not gone through it in detail but it was drafted to permit the sort of information exchange you and I discussed.  Counsel's view was that it was necessary in addition to and without limiting the existing confidentiality agreement.


Happy to discuss.


Tim


Timothy A. Devine

Chief Counsel - Litigation

Ally Financial Inc. Legal Staff

200 Renaissance Center

M/C: 482-B09-B11

Detroit, MI  48265

(313) 656-3477

ALLY_0209880

# Redacted

Confidential

ALLY_0209904

**Redacted**

Confidential

# Redacted

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Thursday, April 12, 2012 8:08 AM
**To:** Devine, Timothy
**Subject:** Tolling Agreements

Tim,

I am writing about two separate tolling agreements.

First, I would like to execute the tolling agreement that we finished negotiating last week, which is the subject of the below e-mail chain. If possible, let's finalize this today, as I will be out tomorrow and would like to wrap this up as soon as possible. I don't think there are any more hurdles to clear on this one.

Second, as I mentioned in my voicemail a few days ago, I am reaching out to you about another tolling agreement on behalf of different investors. I attach a draft for your review. You will note that it is identical to the draft that we negotiated below, except: (i) I have changed the Effective Date to today, and (ii) I changed the Trusts in Exhibit 1. Otherwise, no changes. Please let me know if this is acceptable. Please be mindful that we are approaching an anniversary date next week, so it is important that I know as soon as possible if we will not be able to reach agreement, so the investor can take whatever steps it deems appropriate.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Thursday, April 05, 2012 7:15 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

Confidential

ALLY_0209906

These changes are acceptable to us. Can you please re-send it to me with the appropriate contact information inserted in Exhibit 2, and we will prepare it for execution?

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, April 03, 2012 2:31 PM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

CONFIDENTIAL

Thanks Mike.

Please see the attached for your consideration.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, April 03, 2012 1:42 PM
**To:** Devine, Timothy
**Subject:** FW: Tolling Agreement Request

Tim,

I know that we are trying to set up a call to discuss your separate question, but hopefully we can continue to make progress on this agreement in the interim.  Please let me know if our proposed edits are acceptable.  If so, we can send over an execution copy of the agreement for signature.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 28, 2012 6:33 PM

4

ALLY_0209907

**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

We have had a chance to review your proposed edits to the tolling agreement.  I have accepted all of them and propose a couple additional edits.  Please let us know if they are acceptable to you.  Also, when you have a moment, kindly insert contact information in Exhibit 2.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 28, 2012 9:48 AM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Thanks, Tim.  The ball is in our court on the tolling agreement.  We are considering your proposed edits and may have a couple of our own to propose.  I'll be back to you later today or tomorrow.

In response to your second question, here is the contact information for an Amherst business contact to whom you might want to have your business colleagues direct communications:

DAVID GUSSMANN
SENIOR VP
Amherst Advisory & Management, LLC
1750 TYSONS BLVD., SUITE 1160
MCLEAN, VA 22102
703.873.1320 (O)
571.205.1625(C)

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, March 27, 2012 4:29 PM
**To:** Devine, Timothy; Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Mike:

Want to make sure the ball wasn't on my side of the net.

Anything further you all need?

5

Also – do you have a contact name if we were to reach out business to business to Amherst?  Alternatively, do you have inhouse counsel contact info for counsel call?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Thursday, March 22, 2012 12:04 PM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Mike:

Per our discussion, here is marked up version.

Also note that we'll plan to have Tammy Hamzehpour execute for our side.  She is GC to the mortgage business and has been executing these type of agreements.

I'll forward Tammy's best contact address shortly.

Also note I messed up formatting for paragraph 5 when I added the language we discussed.

Thanks again.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 20, 2012 6:33 PM
**To:** Devine, Timothy
**Subject:** FW: Tolling Agreement Request

Tim,

I understand things have been busy.  When you have a moment, please send along your edits to the draft tolling agreement that we discussed last week to keep this process moving.

Thanks,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600

6

Confidential

ALLY_0209909

Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From:** Kraut, Michael S.
**Sent:** Thursday, March 15, 2012 9:04 AM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

Apologies for the multiple drafts, but it occurred to me this morning that I had placed the "successors and assigns" language in a location that created unintentional ambiguity.  I have changed only the language of the first paragraph to include the "successors and assigns" language within the definitions of RFC Parties and the Trustee.  Please use this version.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 14, 2012 2:09 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

As we discussed, please add your comments to this version.  The only changes from what I sent last Thursday are to add the phrases "and their successors and assigns" and "and its successors and assigns" as appropriate in the opening paragraph.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

**From:** Kraut, Michael S.
**Sent:** Thursday, March 08, 2012 7:54 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

Good idea.  Please see attached.

Safe travels.

Regards,
Mike

Confidential

ALLY_0209910

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Thursday, March 08, 2012 12:14 AM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Michael: in anticipation of our discussion, would you consider sending over a draft tolling agreement (perhaps along the lines of the previous one we executed in an unrelated transaction)? I'll review it and may have some questions, but at least we'll get started. Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 06, 2012 9:27 AM
**To:** Devine, Timothy
**Subject:** Re: Tolling Agreement Request

RALI 2006-QO7.


Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, March 06, 2012 09:25 AM
**To:** Devine, Timothy <Timothy.Devine@ally.com>; Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

In the mean time, Michael, what deal is involved?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

Confidential

ALLY_0209911

**From:** Devine, Timothy
**Sent:** Tuesday, March 06, 2012 9:15 AM
**To:** Kraut, Michael S.; Rosten, Linda
**Subject:** RE: Tolling Agreement Request

Thanks for the speedy response Michael.

We can talk early next week.

We have been fairly consistent in requiring the investor information.  I will be happy to discuss with you of course to better understand the dynamic.

Linda: will you please help find a time?

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 06, 2012 9:13 AM
**To:** Devine, Timothy
**Subject:** Re: Tolling Agreement Request

Tim,

Thanks for the reply. No worries about the delay. Believe me I know how busy all of us who work in this space are.

We have confirmed that the investor has sufficient beneficial ownership to direct the trustee, although at present I do not have authority to disclose the identity of the investor. If that is an issue for you, let's discuss. We are interested in moving forward as promptly as possible, but if you are traveling this week, perhaps today we can set a day and time to speak next week when you return. That said, if you prefer to speak this week, I have young kids and therefore am up all hours and would be happy to speak at a time that is convenient for whatever time zone you are in.

Safe travels.

Regards,
Mike

Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, March 06, 2012 09:06 AM
**To:** Kraut, Michael S.
**Subject:** Tolling Agreement Request

9

Confidential

ALLY_0209912

Michael: I received your voicemail and apologize for tardy response. I'm in meetings out of the country all week. Happy to review the request. Would it be convenient for you to send an email identifying the investor, the deal, and other details? I assume the investor has certified sufficient ownership in the deal to compel action by the trustee, etc. Please confirm and provide details.

Thanks again Michael.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

Confidential

ALLY_0209913

# Redacted

Confidential

ALLY_0209914

# Redacted

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Thursday, April 12, 2012 8:08 AM
**To:** Devine, Timothy
**Subject:** Tolling Agreements

Tim,

I am writing about two separate tolling agreements.

Confidential

ALLY_0209915

First, I would like to execute the tolling agreement that we finished negotiating last week, which is the subject of the below e-mail chain.  If possible, let's finalize this today, as I will be out tomorrow and would like to wrap this up as soon as possible.  I don't think there are any more hurdles to clear on this one.

Second, as I mentioned in my voicemail a few days ago, I am reaching out to you about another tolling agreement on behalf of different investors.  I attach a draft for your review.  You will note that it is identical to the draft that we negotiated below, except: (i) I have changed the Effective Date to today, and (ii) I changed the Trusts in Exhibit 1.  Otherwise, no changes.  Please let me know if this is acceptable.  Please be mindful that we are approaching an anniversary date next week, so it is important that I know as soon as possible if we will not be able to reach agreement, so the investor can take whatever steps it deems appropriate.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Thursday, April 05, 2012 7:15 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

These changes are acceptable to us.  Can you please re-send it to me with the appropriate contact information inserted in Exhibit 2, and we will prepare it for execution?

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, April 03, 2012 2:31 PM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

CONFIDENTIAL

Thanks Mike.

Please see the attached for your consideration.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265

3

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, April 03, 2012 1:42 PM
**To:** Devine, Timothy
**Subject:** FW: Tolling Agreement Request

Tim,

I know that we are trying to set up a call to discuss your separate question, but hopefully we can continue to make progress on this agreement in the interim.  Please let me know if our proposed edits are acceptable.  If so, we can send over an execution copy of the agreement for signature.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 28, 2012 6:33 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

We have had a chance to review your proposed edits to the tolling agreement.  I have accepted all of them and propose a couple additional edits.  Please let us know if they are acceptable to you.  Also, when you have a moment, kindly insert contact information in Exhibit 2.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 28, 2012 9:48 AM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Thanks, Tim.  The ball is in our court on the tolling agreement.  We are considering your proposed edits and may have a couple of our own to propose.  I'll be back to you later today or tomorrow.

In response to your second question, here is the contact information for an Amherst business contact to whom you might want to have your business colleagues direct communications:

DAVID GUSSMANN
SENIOR VP

4

Confidential

ALLY_0209917

Amherst Advisory & Management, LLC
1750 Tysons Blvd., Suite 1160
McLean, VA 22102
703.873.1320 (O)
571.205.1625(C)


Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, March 27, 2012 4:29 PM
**To:** Devine, Timothy; Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Mike:

Want to make sure the ball wasn't on my side of the net.

Anything further you all need?

Also – do you have a contact name if we were to reach out business to business to Amherst?  Alternatively, do you have inhouse counsel contact info for counsel call?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Thursday, March 22, 2012 12:04 PM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Mike:

Per our discussion, here is marked up version.

Also note that we'll plan to have Tammy Hamzehpour execute for our side.  She is GC to the mortgage business and has been executing these type of agreements.

I'll forward Tammy's best contact address shortly.

Also note I messed up formatting for paragraph 5 when I added the language we discussed.

Thanks again.

5

Confidential

ALLY_0209918

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 20, 2012 6:33 PM
**To:** Devine, Timothy
**Subject:** FW: Tolling Agreement Request

Tim,

I understand things have been busy.  When you have a moment, please send along your edits to the draft tolling agreement that we discussed last week to keep this process moving.

Thanks,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Thursday, March 15, 2012 9:04 AM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

Apologies for the multiple drafts, but it occurred to me this morning that I had placed the "successors and assigns" language in a location that created unintentional ambiguity.  I have changed only the language of the first paragraph to include the "successors and assigns" language within the definitions of RFC Parties and the Trustee.  Please use this version.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Wednesday, March 14, 2012 2:09 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

Confidential

ALLY_0209919

As we discussed, please add your comments to this version. The only changes from what I sent last Thursday are to add the phrases "and their successors and assigns" and "and its successors and assigns" as appropriate in the opening paragraph.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Kraut, Michael S.
**Sent:** Thursday, March 08, 2012 7:54 PM
**To:** 'Devine, Timothy'
**Subject:** RE: Tolling Agreement Request

Tim,

Good idea.  Please see attached.

Safe travels.

Regards,
Mike

**Michael S. Kraut**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Thursday, March 08, 2012 12:14 AM
**To:** Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

Michael: in anticipation of our discussion, would you consider sending over a draft tolling agreement (perhaps along the lines of the previous one we executed in an unrelated transaction)?  I'll review it and may have some questions, but at least we'll get started.  Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 06, 2012 9:27 AM
**To:** Devine, Timothy
**Subject:** Re: Tolling Agreement Request

RALI 2006-QO7.

7

Confidential                                                                          ALLY_0209920

Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, March 06, 2012 09:25 AM
**To:** Devine, Timothy <Timothy.Devine@ally.com>; Kraut, Michael S.
**Subject:** RE: Tolling Agreement Request

In the mean time, Michael, what deal is involved?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Tuesday, March 06, 2012 9:15 AM
**To:** Kraut, Michael S.; Rosten, Linda
**Subject:** RE: Tolling Agreement Request

Thanks for the speedy response Michael.

We can talk early next week.

We have been fairly consistent in requiring the investor information.  I will be happy to discuss with you of course to better understand the dynamic.

Linda: will you please help find a time?

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Kraut, Michael S. [mailto:mkraut@morganlewis.com]
**Sent:** Tuesday, March 06, 2012 9:13 AM
**To:** Devine, Timothy
**Subject:** Re: Tolling Agreement Request

Tim,

Thanks for the reply. No worries about the delay. Believe me I know how busy all of us who work in this space are.

8

We have confirmed that the investor has sufficient beneficial ownership to direct the trustee, although at present I do not have authority to disclose the identity of the investor. If that is an issue for you, let's discuss. We are interested in moving forward as promptly as possible, but if you are traveling this week, perhaps today we can set a day and time to speak next week when you return. That said, if you prefer to speak this week, I have young kids and therefore am up all hours and would be happy to speak at a time that is convenient for whatever time zone you are in.

Safe travels.

Regards,
Mike

Michael S. Kraut
Morgan, Lewis & Bockius LLP
101 Park Avenue | New York, NY 10178-0600
Direct: 212.309.6927 | Main: 212.309.6000 | Fax: 212.309.6001
mkraut@morganlewis.com | www.morganlewis.com
Assistant: Helen A. Daly | 212.309.6102 | hdaly@morganlewis.com

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, March 06, 2012 09:06 AM
**To:** Kraut, Michael S.
**Subject:** Tolling Agreement Request

Michael: I received your voicemail and apologize for tardy response.  I'm in meetings out of the country all week.  Happy to review the request.  Would it be convenient for you to send an email identifying the investor, the deal, and other details?  I assume the investor has certified sufficient ownership in the deal to compel action by the trustee, etc.  Please confirm and provide details.

Thanks again Michael.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

Confidential

ALLY_0209922

**From:**             Hamzehpour, Tammy
**Sent:**             Wednesday, May 02, 2012 11:02 PM
**To:**               glee@mofo.com; Devine, Timothy; rcieri@kirkland.com; Thompson, William - Legal Dept - PA
**Subject:**          Re: Steering Committee

I think the answer is a simple no. Haven't we made a lot of this available to KP in the dataroom?

.

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Wednesday, May 02, 2012 05:41 PM
**To:** Devine, Timothy; rcieri@kirkland.com <rcieri@kirkland.com>; Hamzehpour, Tammy; Thompson, William - Legal Dept - PA
**Subject:** Fw: Steering Committee

Can we discuss this request?


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Wofford, Keith H.
**To:** 'Kathy D. Patrick' ; Lee, Gary S.; Devine, Timothy
**Cc:** Cieri, Richard M. ; Schrock, Ray C. ; Martin, D. Ross ; Scott A. Humphries ; David Sheeren
**Sent:** Wed May 02 18:21:52 2012
**Subject:** RE: Steering Committee
Dear ResCap/Ally Group:

We are digesting the package with Kathy and preparing for some of the expected questions for our group:

In that connection, we would request that you provide us with as many of the following as possible,  as soon as possible (and of course without prejudice to further requests):


1.  A current organizational chart of Ally, ResCap and their respective subsidiaries
2.  All debt and security documents for the money-borrowed debt of ResCap and its subsidiaries, including the junior secured bonds, Ally/intercompany debt,  and the legacy unsecured bonds (reflecting the exit consents done at the time of the exchanges)
3.  De-consolidated financials for year-end 2009, 2010, 2011, and if available, quarter-ends for those years as well.  Audited if available, otherwise unaudited.
4.  Sources and uses (historical) of the outstanding Ally loan amounts and any other intercompany balances
5.  Expected sources and uses of the DIP financing
6.  Any tax sharing or tax allocation agreements between Ally and ResCap/subsidiaries, and any payments under such agreements.

I expect that we will ask for more as the discussions progress, but please let us know on the foregoing items.

1

Confidential

ALLY_0210006

Many thanks.

Regards,
Keith


**Keith H. Wofford**
**ROPES & GRAY LLP**
T +1 212 841 8816 | M +1 917 570 5071 | F +1 646 728 1664
1211 Avenue of the Americas
New York, NY 10036-8704
keith.wofford@ropesgray.com
www.ropesgray.com

Circular 230 Disclosure (R&G): To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Wednesday, May 02, 2012 4:54 PM
**To:** Lee, Gary S.; Devine, Timothy
**Cc:** Cieri, Richard M.; Schrock, Ray C.; Wofford, Keith H.; Martin, D. Ross; Scott A. Humphries; Kathy D. Patrick; David Sheeren
**Subject:** RE: Steering Committee

Gary and All:

The presentation is helpful, but we still cannot see how the collateral packages tie into the lien creditors—and we need to understand that.  Ross and Keith will come back to you with a list of the additional documents we need (i.e. deconsolidated financials and indentures and security agreements for the debt), but please plan to address those issues tomorrow.

Thanks,

KP

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Wednesday, May 02, 2012 11:14 AM
**To:** Lee, Gary S.; Kathy D. Patrick; Devine, Timothy
**Cc:** Rosten, Linda; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Kathy, attached is the deck we are presenting tomorrow at 4. Can you have your SC members sign NDAs before you share the materials and please note the following caveats:


- The presentation has been prepared based upon financial and other data provided to FTI Consulting, Inc. ("FTI") from the management and staff of Residential Capital, LLC. ("ResCap" or the "Company").

- The presentation is preliminary and for illustrative purposes only and is subject to further revision which may result in material changes.

- The presentation contains material nonpublic information regarding the Company and is being provided on a strictly confidential and privileged basis.

Confidential                                                                                              ALLY_0210007

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com


**From:** Lee, Gary S.
**Sent:** Tuesday, May 01, 2012 5:00 PM
**To:** 'Kathy D. Patrick'; Devine, Timothy
**Cc:** Rosten, Linda; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Kathy, 4pm Thurs is going to work - Tim will send you an invite for a webinar.

I will forward a revised presentation deck for circulation to your SC (who need to sign NDAs before its delivered to them by you). We will run through the deck Thurs with the SC (it contains the additional info we discussed yesterday).



Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com



**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Tuesday, May 01, 2012 3:44 PM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

One of our key Steering Cmte members is not available until 4 Eastern.  Could that work?

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, May 01, 2012 2:31 PM
**To:** Kathy D. Patrick
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Yes Eastern. Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

Confidential
                                                                      ALLY_0210008

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Tuesday, May 01, 2012 3:31 PM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Eastern, yes?  Will check and confirm.  KP

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, May 01, 2012 2:28 PM
**To:** Kathy D. Patrick
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** Steering Committee

Kathy:

Please let us know if 3 pm – 4 pm Thursday works for a web meeting with the steering committee.

Thanks again.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

-----------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/


==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------


-----------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such

4

advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-------------------------------------------------------------------

Confidential

ALLY_0210010

**From:**          Hamzehpour, Tammy
**Sent:**          Saturday, May 05, 2012 1:33 PM
**To:**            Ruckdaschel, John; Lee, Gary S.; Devine, Timothy; Levitt, Jamie A.; Thompson, William - Legal Dept - PA
**Subject:**       RE: For Settlement Purposes Only


5 pm is ok with me

**From:** Ruckdaschel, John
**Sent:** Saturday, May 05, 2012 9:21 AM
**To:** Lee, Gary S.; Devine, Timothy; Levitt, Jamie A.; Hamzehpour, Tammy; Thompson, William - Legal Dept - PA
**Subject:** RE: For Settlement Purposes Only

5 is better for me.

Sent from my Windows Phone

**From:** Lee, Gary S.
**Sent:** 5/5/2012 8:17 AM
**To:** Ruckdaschel, John; Devine, Timothy; Levitt, Jamie A.; Hamzehpour, Tammy; Thompson, William - Legal Dept - PA
**Subject:** Re: For Settlement Purposes Only

If not 5, I can do 11 to 1130. We are trying to finish up motions today.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

**From:** Ruckdaschel, John
**To:** Devine, Timothy ; Levitt, Jamie A.; Hamzehpour, Tammy ; Lee, Gary S.; Thompson, William - Legal Dept - PA
**Sent:** Sat May 05 08:48:03 2012
**Subject:** RE: For Settlement Purposes Only
We should probably have a short call to discuss.  I'm freer this afternoon than this morning, but can be flexible.  Will be en route tomorrow.

Sent from my Windows Phone

**From:** Devine, Timothy
**Sent:** 5/5/2012 7:39 AM
**To:** Ruckdaschel, John; 'JLevitt@mofo.com'; Hamzehpour, Tammy; 'glee@mofo.com'; Thompson, William - Legal Dept - PA
**Subject:** Re: For Settlement Purposes Only

Thanks John R for keeping pace and eagle eye on all the requests.

This is one of the servicing issues KP identified in our initial NY face to face - the kind that investors care about which is NOT addressed by DoJ/AG Order or other gold standard servicing requirements. At least I think it is.

In what very approx portion of deals have we now gotten blessing of ratings agencies? For those deals where consents have not been obtained, was there an argument? Was basis of non-consent a business basis or just lost in shuffle? Was action taken

1

Confidential

against the company or threatened in connection with unauthorized exceeding of caps?

My instinct is that she would get all that in some discovery in litigation. And she can't afford to be surprised later. And we rely on trust relationship.

So I favor providing what info we can WITH context.

Happy to hear input of others as it is ultimately a ResCap call.

Tim

---

**From:** Ruckdaschel, John
**To:** Levitt, Jamie A. <JLevitt@mofo.com>; Hamzehpour, Tammy; Devine, Timothy; Gary S. Lee (glee@mofo.com) <glee@mofo.com>; Thompson, William - Legal Dept - PA
**Sent:** Sat May 05 08:30:35 2012
**Subject:** RE: For Settlement Purposes Only

THIS EMAIL IS PRIVILEGED AND CONFIDENTIAL.

Just among the lawyers, David's question below about modification caps raises an issue.  (Cancellieri doesn't have that information and the folks who can track it down will not be able to do it until Monday.)  Because of a business decision back in 2008 (that occurred without legal's input), servicing not only hit the caps in the documents, but significantly exceeded them.  You can't do that without rating agency consent, which, after the fact we lawyers told the business to go get them.  Fortunately, the business has obtained such consents on many (but not all) deals, essentially curing the problem.  However, there still remain a handful of deals out there that exceed their caps but don't have the rating agency no-downgrade letters.

Due to the financial crisis, the deals are taking and have taken significant losses, so exceeding the caps probably has not resulted in much more damage than has otherwise occurred as a result of the housing meltdown and that was our pitch to the rating agencies.  For a variety of nerdy securitization reasons too, the senior bonds probably didn't see anything occur as a result of exceeding the caps, but who knows.

I thought I should raise this for our group to think about how we go back to the other side.  Maybe they won't care or maybe they will just pencil in another chunk of alleged damages and move on.  I could send an email back saying, "We'll check with master servicing on Monday, but our understanding is that you will be safe in assuming that the majority of deals with modification caps have hit or exceeded their caps (in the latter case, with accompanying rating agency no downgrade letters.)"

---

**From:** Levitt, Jamie A. [JLevitt@mofo.com]
**Sent:** Friday, May 04, 2012 9:56 PM
**To:** David Sheeren; kpatrick@gibbsbruns.com; Robert J. Madden; Martin, D. Ross
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Lee, Gary S.; Cancelliere, Jeff - PA; Ruckdaschel, John
**Subject:** For Settlement Purposes Only

David and Kathy,

In response to your question on tonight's call, attached is a list of your clients' wrapped deals by insurer.

Jamie

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Friday, May 04, 2012 10:48 PM
**To:** David Sheeren; Ruckdaschel, John; Kathy D. Patrick; Scott A. Humphries; Robert J. Madden
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Lee, Gary S.; Levitt, Jamie A.; Cancelliere, Jeff - PA; Keith.Wofford@ropesgray.com; Martin, D. Ross
**Subject:** RE:

John:

2

                                                                                                    ALLY_0210054

One more question for you. Could you all please put together a list of trusts which have hit their pool-based cap on modifications?

Many thanks,
David

**David Sheeren**
**Gibbs & Bruns LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

---

**From:** David Sheeren
**Sent:** Friday, May 04, 2012 7:43 PM
**To:** David Sheeren; 'Ruckdaschel, John'; Kathy D. Patrick; Scott A. Humphries
**Cc:** 'Hamzehpour, Tammy'; 'Devine, Timothy'; 'Lee, Gary S.'; 'Levitt, Jamie A.'; 'Cancelliere, Jeff - PA';
'Keith.Wofford@ropesgray.com'; Martin, D. Ross
**Subject:** RE:

John:

Have you all updated the waterfall to reflect a recovery for the 23 GMAC PLS deals in the list you sent earlier today?  If so, could you please share?

Thanks,
David

**David Sheeren**
**Gibbs & Bruns LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

---

**From:** David Sheeren
**Sent:** Friday, May 04, 2012 2:24 PM
**To:** Ruckdaschel, John; Kathy D. Patrick; Scott A. Humphries
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Lee, Gary S.; Levitt, Jamie A.; Cancelliere, Jeff - PA
**Subject:** RE:

Perfect, thanks.

**David Sheeren**
**Gibbs & Bruns LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

---

**From:** Ruckdaschel, John [mailto:John.Ruckdaschel@ally.com]
**Sent:** Friday, May 04, 2012 2:21 PM
**To:** Kathy D. Patrick; Scott A. Humphries; David Sheeren
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Lee, Gary S.; Levitt, Jamie A.; Cancelliere, Jeff - PA
**Subject:** FW:

3

Was in the air for part of the morning and afternoon, sorry for the delay. See attached.

**John G. Ruckdaschel**
Residential Capital, LLC
Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505


**CONFIDENTIALITY NOTICE:**  The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s).  It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail.  If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.


**From:** Cancelliere, Jeff - PA
**Sent:** Friday, May 04, 2012 11:09 AM
**To:** Ruckdaschel, John; Levitt, Jamie A.; Lee, Gary S.; Devine, Timothy; Hamzehpour, Tammy
**Subject:** RE:

John, attached is an updated file with the Intex deal name and Bloomberg name added.  There are 3 deals that are private deals with no results.

**Jeff Cancelliere**
Mortgage Risk
1100 Virginia Drive| Fort Washington, PA| 19034
(215)734-5853 (p) | (215) 749-2975 (Mobile)
Jeff.Cancelliere@gmacrescap.com


**From:** David Sheeren
**Sent:** 5/4/2012 9:41 AM
**To:** Ruckdaschel, John
**Cc:** Scott A. Humphries; Kathy D. Patrick
**Subject:** RE:

John –

Thanks again. This is great. Could you please just have someone send the full Bloomberg Deal names as well? We're updating some data and that would be very helpful.

**David Sheeren**
**Gibbs & Bruns LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

**From:** Ruckdaschel, John [mailto:John.Ruckdaschel@ally.com]
**Sent:** Thursday, May 03, 2012 11:38 AM
**To:** David Sheeren; Kathy D. Patrick; Scott A. Humphries; Gary Lee; Levitt, Jamie A.; Hamzehpour, Tammy; Devine, Timothy; Thompson, William - Legal Dept - PA; Delehey, Lauren - PA
**Subject:** FW:

4

See attached.

Sent from my Windows Phone

**From:** Cancelliere, Jeff - PA
**Sent:** 5/3/2012 12:31 PM
**To:** Cancelliere, Jeff - PA; Ruckdaschel, John; JLevitt@mofo.com
**Cc:** mark.renzi@FTIConsulting.com
**Subject:** RE:

here is the full 04-07 list

**From:** Cancelliere, Jeff - PA
**Sent:** Thursday, May 03, 2012 9:00 AM
**To:** Ruckdaschel, John; JLevitt@mofo.com
**Cc:** mark.renzi@FTIConsulting.com
**Subject:**

This should cover KP's total deal population

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information

Confidential

ALLY_0210057

contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------

Confidential

ALLY_0210058

**From:**          Hamzehpour, Tammy
**Sent:**          Wednesday, October 26, 2011 8:00 PM
**To:**            Solomon, William Legal; Carpenter, Michael; Yastine, Barbara; Marano, Tom; Brown, Jeff;
                   Pinkston, Corey; Mackey, Jim; Devine, Timothy
**Cc:**            Hagens, David; Ruckdaschel, John
**Subject:**       Re: PLS Claimant -- PRIVILEGED AND CONFIDENTIAL

Thanks. I sent Ms Patrick a short letter today, offering to meet with her in Minneapolis during the week of November 21st.

Tammy

---

**From:** Solomon, William Legal
**To:** Carpenter, Michael <Michael.Carpenter@ally.com>; Yastine, Barbara; Marano, Tom; Brown, Jeff; Pinkston, Corey; Mackey, Jim; Devine, Timothy; Hamzehpour, Tammy
**Cc:** Hagens, David; Ruckdaschel, John
**Sent:** Wed Oct 26 14:47:49 2011
**Subject:** PLS Claimant -- PRIVILEGED AND CONFIDENTIAL

Attached please find the response from attorney Kathy Patrick in reply to my reply to her original letter.  The issues are beginning to crystallize.  I do not intend answering.

Confidential                                                                                              ALLY_0212900

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 4/16/2012 12:00:46 PM |
| **To:** | Lee, Gary S. |
| **Subject:** | Fw: CONFIDENTIAL: Data Template |
| **Attachments** | Kathy Patrick Submission Templates 2012_4_16.xls |

.

---

**From:** Ruckdaschel, John
**Sent:** Monday, April 16, 2012 10:59 AM
**To:** kpatrick@gibbsbruns.com <kpatrick@gibbsbruns.com>
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Smith, Bradley - (Dorsey & Whitney); Zellmann, Patty - MN
**Subject:** CONFIDENTIAL: Data Template

THIS EMAIL IS CONFIDENTIAL AND SUBJECT TO THE CONFIDENTIALITY AGREEMENT.

Hi, Kathy.  Attached is the template populated with aggregated data we have been able to pull together over the past few weeks.

We have included various footnotes to provide clarification on certain of the columns.  This is a big project for our business folks and some of the concepts or data points may be tracked by our servicing team in a different way than the template would call for.  For example, they have information readily available for historic 90 + delinquencies (columns H, I, J and K), but not 60 + as originally suggested in the template.  As a result, we would be happy to put together a meeting or call with the business to walk through all such items to the extent you and your colleagues have questions.

Please let us know your thoughts.  Looking forward to our discussion.

Regards,

**John G. Ruckdaschel**
**Ally** | Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505
John.Ruckdaschel@ally.com

**CONFIDENTIALITY NOTICE:**  The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s).  It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail.  If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                        RC-9019_00048945

**From:**      Hamzehpour, Tammy
**Sent:**       4/16/2012 2:13:43 PM
**To:**         Lee, Gary S.
**Subject:**     FW: PLS Claimant -- PRIVILEGED AND CONFIDENTIAL
**Attachments**      Gibbs & Bruns - 10-25-11.pdf

---

**From:** Solomon, William Legal
**Sent:** Wednesday, October 26, 2011 3:48 PM
**To:** Carpenter, Michael; Yastine, Barbara; Marano, Tom; Brown, Jeff; Pinkston, Corey; Mackey, Jim; Devine, Timothy; Hamzehpour, Tammy
**Cc:** Hagens, David; Ruckdaschel, John
**Subject:** PLS Claimant -- PRIVILEGED AND CONFIDENTIAL

Attached please find the response from attorney Kathy Patrick in reply to my reply to her original letter.  The issues are beginning to crystallize.  I do not intend answering.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 4/16/2012 4:20:21 PM |
| **To:** | Lee, Gary S. |
| **Subject:** | FW: PLS Claimant |
| **Attachments** | RMBS Letter - 10-17-11.pdf; Gibbs & Bruns.pdf; Gibbs & Bruns - 10-25-11.pdf |

Gary, here are the other letters.

---

**From:** Solomon, William Legal
**Sent:** Wednesday, October 19, 2011 9:47 AM
**To:** Carpenter, Michael; Yastine, Barbara; Marano, Tom; Hamzehpour, Tammy; Brown, Jeff; Mackey, James; Pinkston, Corey
**Subject:** PLS Claimant

Yesterday, I received the attached letter from Kathy Patrick, a Houston attorney, requesting to meet with Ally representatives next week to "seek a resolution of repurchase and servicing claims with Ally". Ms Patrick represented the claimants in the $8.5 billion settlement with BofA.

I am meeting with Tim Devine and the litigation team later today to develop a recommend approach for dealing with this.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 4/19/2012 5:19:01 PM |
| **To:** | Devine, Timothy; Lee, Gary S. |
| **Subject:** | RE: Confidentiality Agreement |

Gary, are we ok with the last paragraph she added? I thought one of the purposes of this NDA is to lock out any party that receives the information from trading on it...

Tammy

---

**From:** Devine, Timothy
**Sent:** Thursday, April 19, 2012 3:38 PM
**To:** Lee, Gary S.; Hamzehpour, Tammy
**Subject:** FW: Confidentiality Agreement

Gary and Tammy: will you please have a look and provide me your feedback re: markup by KP? Thanks.

Also – are you all ok with plan for noon meeting at MoFo's offices Wednesday for our side, to be joined at 1:30 – 3:30 by KP? She'll be joined by two or three of her partners.

Thanks again.

Tim

Timothy A. Devine
**Chief Counsel - Litigation**
**Ally Financial Inc. Legal Staff**
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Tuesday, April 17, 2012 7:17 PM
**To:** Devine, Timothy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** RE: Confidentiality Agreement

Tim:

I have attached a few comments from our clients on the draft confidentiality agreement you sent yesterday.

Best regards,
David

**David Sheeren**
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Monday, April 16, 2012 4:56 PM
**To:** Kathy D. Patrick
**Subject:** Confidentiality Agreement

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00048967

Kathy:

I'm hoping to schedule something with you tomorrow or Wednesday on the issues we've discussed.  Attached is a draft confidentiality agreement I've been asked to forward to you by bankruptcy counsel for ResCap.  I have not gone through it in detail but it was drafted to permit the sort of information exchange you and I discussed.  Counsel's view was that it was necessary in addition to and without limiting the existing confidentiality agreement.

Happy to discuss.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

**From:**      Hamzehpour, Tammy
**Sent:**      5/13/2012 11:29:41 AM
**To:**        Devine, Timothy; Thompson, William - Legal Dept - PA
**Cc:**        'lipps@CarpenterLipps.com'; 'beck@CarpenterLipps.com'; Lee, Gary S.
**Subject:**   Re: Thrivent term sheet

I'll not be in a position to sign until after 5 pm or so, but Bill has my proxy - I approve.

---

**From**: Devine, Timothy
**Sent**: Sunday, May 13, 2012 10:26 AM
**To**: Hamzehpour, Tammy; Thompson, William - Legal Dept - PA
**Cc**: Jeffrey A. Lipps <lipps@CarpenterLipps.com>; David A. Beck <beck@CarpenterLipps.com>
**Subject**: FW: Thrivent term sheet

Tammy or Bill: will you be available to sign this morning as rep for ResCap defendants?  I will sign as rep for Bank and Ally Securities.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From**: Devine, Timothy
**Sent**: Sunday, May 13, 2012 11:23 AM
**To**: Lee, Gary S.; Levitt, Jamie A.; Princi, Anthony; Hamzehpour, Tammy; Thompson, William - Legal Dept - PA
**Cc**: Jeffrey A. Lipps; David A. Beck
**Subject**: FW: Thrivent term sheet

I believe we will need to have this term sheet signed by both sides as condition of closing the deal with KP.  Unless anyone objects we should have Jeff send final form to opposing counsel right now.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From**: David A. Beck [mailto:beck@CarpenterLipps.com]
**Sent**: Sunday, May 13, 2012 10:39 AM
**To**: rcieri@kirkland.com; nornstein@kirkland.com
**Cc**: Devine, Timothy; Jeffrey A. Lipps; Michael N. Beekhuizen; Jennifer A.L. Battle
**Subject**: Thrivent term sheet

Rick and Noah:

In following up on the communications this morning we are attaching the current draft of the Thrivent settlement term sheet. Paragraphs 1c and 1d deal with the interaction between this term sheet and the Kathy Patrick Settlement and the Plan term sheet. Please review and let us know if we have set up the interaction between these sets of documents correctly.

Please note this term sheet is still being reviewed both by Tim and by folks in our shop, but we are providing a draft now in the interests of time.

If you have any questions I'm available by email and by cell phone (614) 668-1064.

--David

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 5/13/2012 1:59:47 PM |
| **To:** | Devine, Timothy; Levitt, Jamie A.; Princi, Anthony; 'nornstein@kirkland.com'; 'RCieri@kirkland.com'; Ruckdaschel, John; Thompson, William - Legal Dept - PA; Lee, Gary S. |
| **Subject:** | Re: Your Proposal |

Gary?

----- Original Message -----
From: Devine, Timothy
Sent: Sunday, May 13, 2012 12:47 PM
To: Levitt, Jamie A. ; Princi, Anthony ; Ornstein, Noah ; 'RCieri@kirkland.com' ; Ruckdaschel, John; Hamzehpour, Tammy;
Thompson, William - Legal Dept - PA
Subject: FW: Your Proposal

I think we need to be able to say YES to KP on this.  Please confirm we can do so.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Sunday, May 13, 2012 1:47 PM
To: Devine, Timothy
Subject: Your Proposal

Re holdings falling below a specified threshhold will apply to any other group you make a deal with, correct?


Kathy D. Patrick
Gibbs & Bruns, L.L.P.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

| | |
|---|---|
| **From:** | Hamzehpour, Tammy [Tammy.Hamzehpour@ally.com] |
| **Sent:** | Wednesday, December 07, 2011 11:54 AM |
| **To:** | David Sheeren |
| **Cc:** | Kathy D. Patrick; Scott A. Humphries |
| **Subject:** | RE: Confi and Tolling Agreement |

Thanks, David.  We will review these and be back in touch shortly.

Best regards,

Tammy

_____

From: David Sheeren [mailto:dsheeren@gibbsbruns.com]
Sent: Wednesday, December 07, 2011 11:24 AM
To: Hamzehpour, Tammy
Cc: Kathy D. Patrick; Scott A. Humphries
Subject: Confi and Tolling Agreement


Tammy,


Attached for your review, please find a draft Confidentiality Agreement
and a draft Tolling Agreement.


Best regards,

David


David Sheeren

Gibbs & Bruns LLP

1100 Louisiana, Suite 5300

Houston, Texas 77002

713.751.5207 (o)

713.459.6278 (c)


1

RC-9019_00058237

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 4/16/2012 4:35:07 PM |
| **To:** | Lee, Gary S. |
| **Subject:** | RE: PLS Claimant |

---

<center>REDACTED</center>

---

Tammy

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Monday, April 16, 2012 4:34 PM
**To:** Hamzehpour, Tammy
**Subject:** RE: PLS Claimant

<center>REDACTED</center>

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Hamzehpour, Tammy [mailto:Tammy.Hamzehpour@ally.com]
**Sent:** Monday, April 16, 2012 4:20 PM
**To:** Lee, Gary S.
**Subject:** FW: PLS Claimant

<center>REDACTED</center>

---

**From:** Solomon, William Legal
**Sent:** Wednesday, October 19, 2011 9:47 AM
**To:** Carpenter, Michael; Yastine, Barbara; Marano, Tom; Hamzehpour, Tammy; Brown, Jeff; Mackey, James; Pinkston, Corey
**Subject:** PLS Claimant

Yesterday, I received the attached letter from Kathy Patrick, a Houston attorney, requesting to meet with Ally representatives next week to "seek a resolution of repurchase and servicing claims with Ally". Ms Patrick represented the claimants in the $8.5 billion settlement with BofA.

I am meeting with Tim Devine and the litigation team later today to develop a recommend approach for dealing with this.

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY
                                    RC-9019_00061864

For information about this legend, go to
http://www.mofo.com/Circular230/

=========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or
authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information
contained in the message. If you have received the message in error, please advise the sender by reply e-mail
@mofo.com, and delete the message.

----------------------------------------------------------------------

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                    RC-9019_00061865

**From:**     Hamzehpour, Tammy
**Sent:**     4/24/2012 8:55:22 AM
**To:**       Lee, Gary S.
**Subject:**  FW: Prep for KP

Gary,



Tammy

-----Original Message-----
From: Devine, Timothy
Sent: Monday, April 23, 2012 8:38 PM
To: Hamzehpour, Tammy
Subject: Prep for KP

Tammy:

Thinking of waterfall for KP.

Would like to recommend 3, 4, 6 rather than 4, 5, 6 as low medium high.  Thought is that we creat flexibility for discussion re potential losses beyond reserves.  I will provide analytics to demonstrate how one could get to 3, 4 or 6.  Point is not to persuade KP that such range is correct.  She will have strong instinct to dispute it as unrealistically low.  We are ok with her informing us otherwise, so long as she comes away knowing that ratcheting up those ranges leads automatilly to lower percentage recoveries, by simple math in light of afact that there will only be X or Y real dollars available.  What we will sell, though, is basedon strength of Gary's waterfall presentation as btwn GMACM and RFC in the two scenarios. The message to her will be clear - get on board.

Finally, I recommend we use 750 million rather than one billion as potential AFI contribution.  I don't have basis to say it should be a billion, and it would be better to leave some room for negotiation.  If we want to use a billion we will need clearance from AFI and I haven't spoken to Mike.

I recommend we take advantage of tomorrow's meeting of you, me, Kirkland and MoFo to run through the KP draft slides.  Your thoughts?

Thanks.

Tim

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

**From:**     Hamzehpour, Tammy
**Sent:**     5/9/2012 10:14:07 AM
**To:**       Lee, Gary S.; Marano, Tom; Nashelsky, Larren M.
**Subject:**  RE: KP

<div style="border:1px dashed">REDACTED</div>

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Wednesday, May 09, 2012 10:04 AM
**To:** Hamzehpour, Tammy; Marano, Tom; Nashelsky, Larren M.
**Cc:** Lee, Gary S.
**Subject:** Fw: KP


Redacted

**From:** Devine, Timothy
**To:** Lee, Gary S.
**Cc:** Cieri, Richard M. ; Schrock, Ray C.
**Sent:** Wed May 09 09:03:30 2012
**Subject:** KP
Gary: as I told you on the phone, Ally will support the $8.7 billion allowed claim. There is no new Ally money. Hard stop at 750 + 200 + 100. Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                          RC-9019_00061911

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061912

**From:**    Hamzehpour, Tammy
**Sent:**    6/29/2011 7:14:44 PM
**To:**    Eckert, Catherine - PA
**Cc:**    Heitzmann, Bradley; Gess, Lisa M - PA; Norton, Amanda; Cooney, John; Benton, Hu; Ruckdaschel, John
**Subject:**    RE: Sample Credit Risk Reports
**Attachments**    Mortgage Credit Risk Review Final 2011-04.pdf

# Redacted

**Tammy Hamzehpour**
**Ally** | Legal Staff
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA 19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
**tammy.hamzehpour@ally.com**

THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.

---

**From:** Eckert, Catherine - PA
**Sent:** Wednesday, June 29, 2011 7:07 PM
**To:** Hamzehpour, Tammy
**Cc:** Heitzmann, Bradley; Gess, Lisa M - PA; Norton, Amanda
**Subject:** FW: Sample Credit Risk Reports

# Redacted

**From:** Heitzmann, Bradley
**Sent:** Wednesday, June 29, 2011 5:56 PM
**To:** Eckert, Catherine - PA
**Cc:** Norton, Amanda; Gess, Lisa M - PA
**Subject:** RE: Sample Credit Risk Reports

I've included the MCRR from last month, which is the major credit risk report we produce.

Mandy, I assume you are OK sharing this with Moody's?

Thanks,

Brad Heitzmann

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                        RC-9019_00089049

**Ally** | Risk Director
440 S. Church Street Charlotte, NC 28202
704 444 5048
Bradley.Heitzmann@ally.com

---

**From:** Eckert, Catherine - PA
**Sent:** Wednesday, June 29, 2011 5:52 PM
**To:** Gess, Lisa M - PA; Heitzmann, Bradley
**Subject:** FW: Sample Credit Risk Reports

Can you provide the requested reports this evening?

---

**From:** Rodriguez, Jackie - PA
**Sent:** Wednesday, June 29, 2011 2:25 PM
**To:** Rodriguez, Jackie - PA; Eckert, Catherine - PA
**Cc:** Fleming, Patrick
**Subject:** RE: Sample Credit Risk Reports

Catherine

We have not heard anything regarding these reports. Can you or a member of your team provide them by EOB today?

**Jackie Rodriguez**
Release Coordinator
**GMAC Mortgage** | US Lending & Capital Markets
Technology and Operations
1100 Virginia Drive, Fort Washington, PA 19034
T + 215 734 4154 M + 215 840 6235
Cube : L23B12
jackie.rodriguez@gmacm.com


*************************** Internet E-mail Confidentiality Footer ***********************************

The information contained in this message is the property of Ally Financial Inc. and/or its direct and indirect subsidiaries and is intended only for the confidential use of the persons or entities to whom it is addressed.  This message, together with any attachments, is proprietary and confidential, may contain inside information, and may be subject to the attorney-client privilege and/or the attorney work product doctrine.  If the reader of this message is not one of the addressees set forth above: (a) the reader has received this message in error and is directed to destroy this message, together with any attachments, and notify the sender at (215) 734-4154, and (b) any review, dissemination, use or distribution of this message or any attachments is prohibited.

---

**From:** Rodriguez, Jackie - PA
**Sent:** Monday, June 27, 2011 2:11 PM
**To:** Eckert, Catherine - PA
**Cc:** Fleming, Patrick
**Subject:** Sample Credit Risk Reports

Catherine

Moody's has sent us some follow up items that they require we provide prior to their onsite visit. They are requesting we provide samples of Credit Risk Management Reports. Can you or a member of your team provide these documents? We are working to gather all of the additional information they are requesting by  EOB today or early tomorrow morning. I apologize for the short timeline.


**Jackie Rodriguez**
Release Coordinator
**GMAC Mortgage** | US Lending & Capital Markets
Technology and Operations
1100 Virginia Drive, Fort Washington, PA 19034
T + 215 734 4154 M + 215 840 6235
Cube : L23B12

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                    RC-9019_00089050

jackie.rodriguez@gmacm.com

*************************** Internet E-mail Confidentiality Footer ***********************************

The information contained in this message is the property of Ally Financial Inc. and/or its direct and indirect subsidiaries and is intended only for the confidential use of the persons or entities to whom it is addressed.  This message, together with any attachments, is proprietary and confidential, may contain inside information, and may be subject to the attorney-client privilege and/or the attorney work product doctrine.  If the reader of this message is not one of the addressees set forth above: (a) the reader has received this message in error and is directed to destroy this message, together with any attachments, and notify the sender at (215) 734-4154, and (b) any review, dissemination, use or distribution of this message or any attachments is prohibited.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

Outlook E-mail

**From:**    Hamzehpour, Tammy
**Sent:**    8/10/2011 10:19:35 AM
**To:**    Solomon, William Legal; Benton, Hu
**Subject:**    FW: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

---

# Redacted

**Tammy Hamzehpour**
**Ally** | Legal Staff
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524

**tammy.hamzehpour@ally.com**

***********************************************************************************************************************
***************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
***********************************************************************************************************************
***************************************

---

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, July 20, 2011 12:08 PM
**To:** Crowley, George - PA; Pensabene, Joe - PA; Norton, Amanda
**Cc:** Whitlinger, Jim - PA; Janiczek, Anne - PA; Dondzila, Cathy - PA
**Subject:** RE: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

# Redacted

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

**Tammy Hamzehpour**
**Ally | Legal Staff**
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
*tammy.hamzehpour@ally.com*

**************************************************************************************************************************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR
THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF
YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
**************************************************************************************************************************************************

---

**From:** Crowley, George - PA
**Sent:** Wednesday, July 20, 2011 10:09 AM
**To:** Pensabene, Joe - PA; Hamzehpour, Tammy; Norton, Amanda
**Cc:** Whitlinger, Jim - PA; Janiczek, Anne - PA; Dondzila, Cathy - PA
**Subject:** Risk AIP Scorecard Commentary regarding MI Rescission

Based on our meeting this week, Cathy drafted the following regarding MI Rescission to include in Missed Opportunities for Q1.

**Missed Opportunities:**

Rescinded MI obligations - Closer coordination and collaboration between members of the finance, risk and servicing teams with respect to rep & warrant related activities should be encouraged to ensure a comprehensive understanding of incurred and potential exposure(s).

Please review and let me know if you have any comments or changes.

I will then add to Q1 Scorecards for Servicing and Accounting.

> # Redacted

Thanks

Outlook E-mail

**From:**    Hamzehpour, Tammy
**Sent:**    8/10/2011 10:20:07 AM
**To:**    Cooney, John
**Subject:**    FW: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

**Tammy Hamzehpour**
**Ally** | Legal Staff
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
**_tammy.hamzehpour@ally.com_**

***************************************************************************************************************
********************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR
THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF
YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
***************************************************************************************************************
********************************

---

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, August 10, 2011 10:20 AM
**To:** Solomon, William Legal; Benton, Hu
**Subject:** FW: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

# Redacted

**Tammy Hamzehpour**
**Ally** | Legal Staff
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
**_tammy.hamzehpour@ally.com_**

***************************************************************************************************************
********************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR
THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF
YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
***************************************************************************************************************
********************************

---

**From:** Hamzehpour, Tammy
**Sent:** Wednesday, July 20, 2011 12:08 PM
**To:** Crowley, George - PA; Pensabene, Joe - PA; Norton, Amanda
**Cc:** Whitlinger, Jim - PA; Janiczek, Anne - PA; Dondzila, Cathy - PA
**Subject:** RE: Confidential -- Risk AIP Scorecard Commentary regarding MI Rescission

# Redacted

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

# Redacted

**Tammy Hamzehpour**
**Ally** | Legal Staff
*General Counsel, Mortgage Operations*
*1100 Virginia Drive*
*Fort Washington, PA  19034*
T + 215 682 1307| M + 952 270 8470 | F + 866 572 7524
*tammy.hamzehpour@ally.com*

******************************************************************************************************************
**************************************
THIS MESSAGE CONTAINS INFORMATION WHICH MAY BE CONFIDENTIAL AND PRIVILEGED.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN THE MESSAGE OR ITS ATTACHMENTS.  IF YOU HAVE RECEIVED THE MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL AT tammy.hamzehpour@ally.com AND DELETE THE MESSAGE.
******************************************************************************************************************
**************************************

---

**From:** Crowley, George - PA
**Sent:** Wednesday, July 20, 2011 10:09 AM
**To:** Pensabene, Joe - PA; Hamzehpour, Tammy; Norton, Amanda
**Cc:** Whitlinger, Jim - PA; Janiczek, Anne - PA; Dondzila, Cathy - PA
**Subject:** Risk AIP Scorecard Commentary regarding MI Rescission

Based on our meeting this week, Cathy drafted the following regarding MI Rescission to include in Missed Opportunities for Q1.

**Missed Opportunities:**

Rescinded MI obligations - Closer coordination and collaboration between members of the finance, risk and servicing teams with respect to rep & warrant related activities should be encouraged to ensure a comprehensive understanding of incurred and potential exposure(s).

Please review and let me know if you have any comments or changes.

I will then add to Q1 Scorecards for Servicing and Accounting.

# Redacted

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

Thanks

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

RC-9019_00089145

**From:**      Hamzehpour, Tammy
**Sent:**       11/29/2011 2:52:35 PM
**To:**          Young, Paula
**Cc:**          Ruckdaschel, John; Devine, Timothy; Hagens, David; Zellmann, Patty - MN
**Subject:**     RE: Response to Talcott Franklin
**Attachments**      RFC Letter to Talcott Franklin PC_29Nov2011.pdf

---

for the file

---

**From:** Young, Paula
**Sent:** Tuesday, November 29, 2011 12:12 PM
**To:** Hamzehpour, Tammy
**Subject:** RE: Response to Talcott Franklin

Tammy,

If you could please send me a scanned copy of the executed letter (once available) for my files it would be appreciated.

Kind regards,
Paula

---

**From:** Hamzehpour, Tammy
**Sent:** Tuesday, November 29, 2011 10:49 AM
**To:** Ruckdaschel, John; Devine, Timothy; Hagens, David
**Cc:** Young, Paula; Zellmann, Patty - MN
**Subject:** RE: Response to Talcott Franklin

# Redacted

---

**From:** Ruckdaschel, John
**Sent:** Tuesday, November 29, 2011 11:40 AM
**To:** Devine, Timothy; Hamzehpour, Tammy; Hagens, David
**Cc:** Young, Paula; Zellmann, Patty - MN
**Subject:** RE: Response to Talcott Franklin

# Redacted

John G. Ruckdaschel
**Ally** | Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505
John.Ruckdaschel@ally.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

---

**From:** Devine, Timothy

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

**Sent:** Tuesday, November 29, 2011 10:37 AM
**To:** Hamzehpour, Tammy; Ruckdaschel, John; Hagens, David
**Cc:** Young, Paula; Zellmann, Patty - MN
**Subject:** RE: Response to Talcott Franklin

# Redacted

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Hamzehpour, Tammy
**Sent:** Tuesday, November 29, 2011 11:34 AM
**To:** Ruckdaschel, John; Devine, Timothy; Hagens, David
**Cc:** Young, Paula; Zellmann, Patty - MN
**Subject:** RE: Response to Talcott Franklin

# Redacted

---

**From:** Hamzehpour, Tammy
**Sent:** Monday, November 28, 2011 6:09 PM
**To:** Hamzehpour, Tammy; Ruckdaschel, John; Devine, Timothy; Hagens, David
**Cc:** Young, Paula; Zellmann, Patty - MN
**Subject:** RE: Response to Talcott Franklin

# Redacted

---

**From:** Hamzehpour, Tammy
**Sent:** Monday, November 28, 2011 6:08 PM
**To:** Ruckdaschel, John; Devine, Timothy; Hagens, David
**Cc:** Young, Paula; Zellmann, Patty - MN
**Subject:** RE: Response to Talcott Franklin

# Redacted

---

**From:** Ruckdaschel, John
**Sent:** Monday, November 28, 2011 5:36 PM
**To:** Devine, Timothy; Hamzehpour, Tammy; Hagens, David
**Cc:** Young, Paula; Zellmann, Patty - MN
**Subject:** Response to Talcott Franklin

# Redacted

John G. Ruckdaschel
**Ally** | Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505
John.Ruckdaschel@ally.com

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s).  It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail.  If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                                                    RC-9019_00089206

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 1/18/2012 1:03:52 AM |
| **To:** | Devine, Timothy; Ruckdaschel, John; Hagens, David |
| **Subject:** | RE: Confi and Tolling Agreement |



**From:** Devine, Timothy
**Sent:** Tuesday, January 17, 2012 1:26 PM
**To:** Hamzehpour, Tammy; Ruckdaschel, John; Hagens, David
**Subject:** FW: Confi and Tolling Agreement

PRIVILEGED AND CONFIDENTIAL

Tammy, David and John:

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Friday, January 13, 2012 4:57 PM
**To:** Devine, Timothy; Kathy D. Patrick; Scott A. Humphries
**Cc:** Hamzehpour, Tammy; Ruckdaschel, John; Hagens, David
**Subject:** RE: Confi and Tolling Agreement

Tim,

Please see attached. We are fine with most of your edits to the draft Confidentiality Agreement and draft Tolling Agreement. We have made some additional changes in these versions.

Thanks,
David

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Monday, January 09, 2012 5:45 PM
**To:** Kathy D. Patrick; David Sheeren
**Cc:** Hamzehpour, Tammy; Ruckdaschel, John; Hagens, David

CONFIDENTIAL-PROFESSIONALS' EYES ONLY    RC-9019_00089401

CONFIDENTIAL
FOR SETTLEMENT PURPOSES ONLY

Kathy and David:



Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Wednesday, December 14, 2011 9:46 PM
**To:** dsheeren@gibbsbruns.com
**Cc:** Hamzehpour, Tammy; Ruckdaschel, John; Hagens, David
**Subject:** FW: Confi and Tolling Agreement

David:

Tammy has asked me to follow up on your email.  I will do so shortly.  Will you please send me email contact info for Kathy and Scott?

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                    RC-9019_00089402

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Wednesday, December 07, 2011 11:24 AM
**To:** Hamzehpour, Tammy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** Confi and Tolling Agreement

Tammy,

Attached for your review, please find a draft Confidentiality Agreement and a draft Tolling Agreement.

Best regards,
David

**David Sheeren**
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                          RC-9019_00089403

**From:**     Hamzehpour, Tammy
**Sent:**     2/27/2012 10:08:39 PM
**To:**       Devine, Timothy; Hagens, David; Ruckdaschel, John
**Cc:**       Rosten, Linda
**Subject:**  RE: RALI--Tentative meeting on February 28, Tuesday

**From:** Devine, Timothy
**Sent:** Monday, February 27, 2012 6:08 PM
**To:** Devine, Timothy; Hamzehpour, Tammy; Hagens, David; Ruckdaschel, John
**Cc:** Rosten, Linda
**Subject:** RE: RALI--Tentative meeting on February 28, Tuesday

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

**From:** Devine, Timothy
**Sent:** Thursday, February 23, 2012 9:12 AM
**To:** Hamzehpour, Tammy; Hagens, David; Ruckdaschel, John; Kushman, Todd; Cancelliere, Jeff - PA
**Subject:** FW: RALI--Tentative meeting on February 28, Tuesday



Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

**From:** Jerry Phelps [mailto:Jerry@talcottfranklin.com]
**Sent:** Thursday, February 23, 2012 8:51 AM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Paul Snyder; Talcott J. Franklin; Ginger Cavanaugh
**Subject:** RALI--Tentative meeting on February 28, Tuesday

Is the meeting set for February 28 still "on"? We need to make firm our schedule and make travel plans. Thanks.

F. Jerry Phelps
Of Counsel
Talcott Franklin P.C.
Cell (214) 505-2680
Direct (972) 423-0681
Main (214) 736-8730

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 3/7/2012 10:16:04 AM |
| **To:** | Devine, Timothy; Thompson, William - Legal Dept - PA; Ruckdaschel, John; Zellmann, Patty - MN; Solomon, William Legal |
| **Subject:** | RE: ResCap Discussions |

---

# Redacted

-----Original Message-----
From: Devine, Timothy
Sent: Tuesday, March 06, 2012 11:39 PM
To: Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; Ruckdaschel, John; Zellmann, Patty - MN; Solomon, William Legal
Subject: FW: ResCap Discussions

# Redacted

-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Tuesday, March 06, 2012 11:12 PM
To: Devine, Timothy
Cc: Rosten, Linda; Kathy D. Patrick; Scott A. Humphries
Subject: RE: ResCap Discussions

Certainly.  Please look at your schedule and let me know a time that works.  Wednesday and Thursday are generally open for me, but morning is preferable.

---

From: Devine, Timothy [mailto:Timothy.Devine@ally.com]
Sent: Tue 3/6/2012 9:27 PM
To: Kathy D. Patrick
Cc: Rosten, Linda
Subject: ResCap Discussions

CONFIDENTIAL PER AGREEMENT

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

Kathy:


I got your voicemail.  I have been out of the country since Thursday and will conclude meetings this Friday night, landing in Detroit Saturday morning.  Like running a marathon.  Can we schedule a time next week?


Thanks.


Tim


Timothy A. Devine

Chief Counsel - Litigation

Ally Financial Inc. Legal Staff

200 Renaissance Center

M/C: 482-B09-B11

Detroit, MI  48265

(313) 656-3477

CONFIDENTIAL-PROFESSIONALS' EYES ONLY        RC-9019_00090061

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 3/23/2012 12:00:30 PM |
| **To:** | Devine, Timothy; Ruckdaschel, John; Zellmann, Patty - MN; Young, Paula |
| **Cc:** | Thompson, William - Legal Dept - PA |
| **Subject:** | Re: Data Template |



.

---

**From:** Devine, Timothy
**Sent:** Friday, March 23, 2012 10:55 AM
**To:** Ruckdaschel, John; Hamzehpour, Tammy; Zellmann, Patty - MN; Young, Paula
**Cc:** Thompson, William - Legal Dept - PA
**Subject:** FW: Data Template

PRIVILEGED AND CONFIDENTIAL

Tim

Timothy A. Devine
Chief Counsel – Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Thursday, March 22, 2012 10:09 AM
**To:** Devine, Timothy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** Data Template

Tim:

Attached, please find a template for the RMBS pool data and a blank sheet for the most frequent repurchase reps.

Thanks,
David

**David Sheeren**
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

CONFIDENTIAL-PROFESSIONALS' EYES ONLY    RC-9019_00090062

Outlook E-mail

**From:**      Hamzehpour, Tammy
**Sent:**      3/23/2012 1:10:08 PM
**To:**      Devine, Timothy; Ruckdaschel, John; Zellmann, Patty - MN; Young, Paula
**Cc:**      Thompson, William - Legal Dept - PA
**Subject:**      Re: Data Template



.

---

**From:** Devine, Timothy
**Sent:** Friday, March 23, 2012 11:02 AM
**To:** Hamzehpour, Tammy; Ruckdaschel, John; Zellmann, Patty - MN; Young, Paula
**Cc:** Thompson, William - Legal Dept - PA
**Subject:** RE: Data Template

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Hamzehpour, Tammy
**Sent:** Friday, March 23, 2012 12:01 PM
**To:** Devine, Timothy; Ruckdaschel, John; Zellmann, Patty - MN; Young, Paula
**Cc:** Thompson, William - Legal Dept - PA
**Subject:** Re: Data Template

.

---

**From:** Devine, Timothy
**Sent:** Friday, March 23, 2012 10:55 AM
**To:** Ruckdaschel, John; Hamzehpour, Tammy; Zellmann, Patty - MN; Young, Paula
**Cc:** Thompson, William - Legal Dept - PA
**Subject:** FW: Data Template

PRIVILEGED AND CONFIDENTIAL

Thanks.

Tim

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                RC-9019_00090067

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Thursday, March 22, 2012 10:09 AM
**To:** Devine, Timothy
**Cc:** Kathy D. Patrick; Scott A. Humphries
**Subject:** Data Template

Tim:

Attached, please find a template for the RMBS pool data and a blank sheet for the most frequent repurchase reps.

Thanks,
David

**David Sheeren**
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

RC-9019_00090068

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 3/26/2012 2:50:44 PM |
| **To:** | Devine, Timothy; Ruckdaschel, John; Marano, Tom; Kushman, Todd |
| **Cc:** | Solomon, William Legal |
| **Subject:** | RE: RFC |

# Redacted

**From:** Devine, Timothy
**Sent:** Monday, March 26, 2012 2:00 PM
**To:** Hamzehpour, Tammy; Ruckdaschel, John; Marano, Tom; Kushman, Todd
**Cc:** Solomon, William Legal
**Subject:** FW: RFC

# Redacted

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

**From:** Ginger Cavanaugh [mailto:Ginger@talcottfranklin.com]
**Sent:** Friday, March 23, 2012 12:00 AM
**To:** Devine, Timothy
**Subject:** RFC

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

Mr. Devine:

Attached please find a letter from Talcott Franklin. Please confirm your receipt of same. Thank you.

Ginger L. Cavanaugh

**Director of Firm Administration**
**Talcott Franklin P.C.**
**214.506.1088 direct**
**214.736.8730 main**
**214.326.5349 cell**
**Ginger@talcottfranklin.com**
**www.talcottfranklin.com**

DISCLAIMER:

The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                    RC-9019_00090083

Outlook E-mail

**From:**       Hamzehpour, Tammy
**Sent:**       4/27/2012 4:52:26 PM
**To:**         Levitt, Jamie A.
**Subject:**    RE: NDA
**Attachments**         [Untitled].pdf

---

**From:** Levitt, Jamie A. [mailto:JLevitt@mofo.com]
**Sent:** Friday, April 27, 2012 2:13 PM
**To:** Hamzehpour, Tammy
**Subject:** RE: NDA

<div style="border:1px solid #000; text-align:center">**Redacted**</div>

---

**From:** Hamzehpour, Tammy [mailto:Tammy.Hamzehpour@ally.com]
**Sent:** April 27, 2012 3:03 PM
**To:** Levitt, Jamie A.
**Subject:** RE: NDA

<div style="border:1px solid #000; text-align:center">**Redacted**</div>

---

**From:** Levitt, Jamie A. [mailto:JLevitt@mofo.com]
**Sent:** Friday, April 27, 2012 12:11 PM
**To:** Hamzehpour, Tammy
**Subject:** NDA

<div style="border:1px solid #000; text-align:center">**Redacted**</div>

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or
authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information
contained in the message. If you have received the message in error, please advise the sender by reply e-mail
@mofo.com, and delete the message.

---------------------------------------------------------------------

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

RC-9019_00090087

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 5/2/2012 7:01:53 PM |
| **To:** | 'glee@mofo.com'; Devine, Timothy; 'rcieri@kirkland.com'; Thompson, William - Legal Dept - PA |
| **Subject:** | Re: Steering Committee |

---

**Redacted**

.

---

**From**: Lee, Gary S. [mailto:GLee@mofo.com]
**Sent**: Wednesday, May 02, 2012 05:41 PM
**To**: Devine, Timothy; rcieri@kirkland.com <rcieri@kirkland.com>; Hamzehpour, Tammy; Thompson, William - Legal Dept - PA
**Subject**: Fw: Steering Committee

## Redacted

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From**: Wofford, Keith H.
**To**: 'Kathy D. Patrick' ; Lee, Gary S.; Devine, Timothy
**Cc**: Cieri, Richard M. ; Schrock, Ray C. ; Martin, D. Ross ; Scott A. Humphries ; David Sheeren
**Sent**: Wed May 02 18:21:52 2012
**Subject**: RE: Steering Committee

Dear ResCap/Ally Group:

We are digesting the package with Kathy and preparing for some of the expected questions for our group:

In that connection, we would request that you provide us with as many of the following as possible, as soon as possible (and of course without prejudice to further requests):

1. A current organizational chart of Ally, ResCap and their respective subsidiaries

2. All debt and security documents for the money-borrowed debt of ResCap and its subsidiaries, including the junior secured bonds, Ally/intercompany debt, and the legacy unsecured bonds (reflecting the exit consents done at the time of the exchanges)

3. De-consolidated financials for year-end 2009, 2010, 2011, and if available, quarter-ends for those years as well. Audited if available, otherwise unaudited.

4. Sources and uses (historical) of the outstanding Ally loan amounts and any other intercompany balances

5. Expected sources and uses of the DIP financing

6. Any tax sharing or tax allocation agreements between Ally and ResCap/subsidiaries, and any payments under such

agreements.

I expect that we will ask for more as the discussions progress, but please let us know on the foregoing items.

Many thanks.

Regards,
Keith


**Keith H. Wofford**
**ROPES & GRAY LLP**
T +1 212 841 8816 | M +1 917 570 5071 | F +1 646 728 1664
1211 Avenue of the Americas
New York, NY 10036-8704
keith.wofford@ropesgray.com
www.ropesgray.com

Circular 230 Disclosure (R&G): To ensure compliance with Treasury Department regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax-related penalties or promoting, marketing or recommending to another party any tax-related matters addressed herein.

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Wednesday, May 02, 2012 4:54 PM
**To:** Lee, Gary S.; Devine, Timothy
**Cc:** Cieri, Richard M.; Schrock, Ray C.; Wofford, Keith H.; Martin, D. Ross; Scott A. Humphries; Kathy D. Patrick; David Sheeren
**Subject:** RE: Steering Committee

Gary and All:

The presentation is helpful, but we still cannot see how the collateral packages tie into the lien creditors—and we need to understand that. Ross and Keith will come back to you with a list of the additional documents we need (i.e. deconsolidated financials and indentures and security agreements for the debt), but please plan to address those issues tomorrow.

Thanks,

KP


**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Wednesday, May 02, 2012 11:14 AM
**To:** Lee, Gary S.; Kathy D. Patrick; Devine, Timothy
**Cc:** Rosten, Linda; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Kathy, attached is the deck we are presenting tomorrow at 4. Can you have your SC members sign NDAs before you share the materials and please note the following caveats:



The presentation has been prepared based upon financial and other data provided to FTI Consulting, Inc. ("FTI") from the management and staff of Residential Capital, LLC. ("ResCap" or the "Company").

 The presentation is preliminary and for illustrative purposes only and is subject to further revision which may result in material changes.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

RC-9019_00090156

The presentation contains material nonpublic information regarding the Company and is being provided on a strictly confidential and privileged basis.

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Lee, Gary S.
**Sent:** Tuesday, May 01, 2012 5:00 PM
**To:** 'Kathy D. Patrick'; Devine, Timothy
**Cc:** Rosten, Linda; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Kathy, 4pm Thurs is going to work - Tim will send you an invite for a webinar.

I will forward a revised presentation deck for circulation to your SC (who need to sign NDAs before its delivered to them by you). We will run through the deck Thurs with the SC (it contains the additional info we discussed yesterday).

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Tuesday, May 01, 2012 3:44 PM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

One of our key Steering Cmte members is not available until 4 Eastern. Could that work?

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, May 01, 2012 2:31 PM
**To:** Kathy D. Patrick
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Yes Eastern. Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Tuesday, May 01, 2012 3:31 PM
**To:** Devine, Timothy
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** RE: Steering Committee

Eastern, yes?  Will check and confirm.  KP

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, May 01, 2012 2:28 PM
**To:** Kathy D. Patrick
**Cc:** Rosten, Linda; Lee, Gary S.; Cieri, Richard M.; Schrock, Ray C.
**Subject:** Steering Committee

Kathy:

Please let us know if 3 pm – 4 pm Thursday works for a web meeting with the steering committee.

Thanks again.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477


------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------


------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under

the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                                                     RC-9019_00090159

**From:**       Hamzehpour, Tammy
**Sent:**       5/6/2012 1:11:46 PM
**To:**         'JLevitt@mofo.com'; Devine, Timothy
**Cc:**         'glee@mofo.com'
**Subject:**       Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC

---

Redacted

.

---

**From**: Levitt, Jamie A. [mailto:JLevitt@mofo.com]
**Sent**: Sunday, May 06, 2012 12:09 PM
**To**: Devine, Timothy; Hamzehpour, Tammy
**Cc**: Lee, Gary S. <GLee@mofo.com>
**Subject**: Fw: Meeting Monday 9 am Eastern at Morison & Foerster NYC

# Redacted

---

**From**: Jerry Phelps
**To**: Levitt, Jamie A.
**Cc**: Timothy.Devine@ally.com ; Talcott J. Franklin ; Paul Snyder ; Lee, Gary S.; Tammy.Hamzehpour@ally.com
**Sent**: Sun May 06 11:09:48 2012
**Subject**: Meeting Monday 9 am Eastern at Morison & Foerster NYC


Good morning. We will  delete the words on pages 2 and 3 of the NDA indicated in paragraphs #1 and #2 of your below email. As to Deutsche Bank Trust Co. Americas and QO3 Investors LLC, the attached Schedule I is accurate. We have attached the as-changed final NDA and ask that all parties  circulate their signatures. Tal Franklin will sign Sunday evening or earlier in NYC. A blacklined NDA is also attached for your convenience, as is a blank signature page in Word format.

We reserve all of our clients' and Talcott Franklin P.C.'s rights that may be applicable under law and equity.

Thanks

F. Jerry Phelps, Of Counsel
Talcott Franklin P.C.
Cell: 214-505-2680
Direct: 972-423-0681
Main: 214-736-8730
Jerry@talcott franklin.com

---

**From**: <Levitt>, Jamie Levitt <jlevitt@mofo.com>
**To**: "F.J. Phelps" <jerry@talcottfranklin.com>
**Cc**: Timothy Devine <Timothy.Devine@ally.com>, Tal Franklin <tal@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, "Lee, Gary S." <GLee@mofo.com>, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com>
**Subject**: Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC

Jerry,

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                    RC-9019_00090160

We are fine with your changes, except the following two that we cannot accept:

1. On Page 2, please delete the added language regarding Schedule 1: "by written notice to Talcott of the information to be disclosed as far in advance of its disclosure as practicable and, upon request, such Person must use all reasonable commercial efforts to obtain assurances that confidential treatment will be accorded to such information." We think we provided more than adequate protections already for the confidentiality of Ex I and cannot be bound to your additional language.

2. On Page 3, please delete the language you added re use of Eval Material in court: "except to rebut a statement or filing made in a court of law or equity that materially misrepresents or is contrary to Evaluation Material provided to Talcott, and only then not without a court order based on a hearing after notice where such hearing includes an in camera viewing by the court of the disputed statement or filing and related Evaluation Material." This is precisely what you cannot do and we will not be able to share Eval Material with you if you wish to use it in court in any fashion.

Finally, we thought Deutsche Bank Trust Co. Americas? and QO3 Investors LLC? were within your plaintiff group. If so, please add them to Schedule I.
?

Jerry, if agreeable to you, please make the changes above and circulate the NDA for signature.

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

    <Talcott NDA (Confi) - Comparison of Final 5-6-12.docx>

    <mime-attachment>

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby

notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.


------------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                    RC-9019_00090162

Outlook E-mail

| | |
|---|---|
| **From:** | Hamzehpour, Tammy |
| **Sent:** | 5/12/2012 9:16:20 PM |
| **To:** | Lee, Gary S. |
| **Subject:** | FW: RMBS Trust Settlement - Rule 408 Communication |

> **Redacted**

-----Original Message-----
From: Devine, Timothy
Sent: Saturday, May 12, 2012 8:58 PM
To: Hamzehpour, Tammy; 'GLee@mofo.com'; Jeffrey A. Lipps
Subject: FW: RMBS Trust Settlement - Rule 408 Communication

# Redacted

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477


-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Saturday, May 12, 2012 8:49 PM
To: rcieri@kirkland.com; Devine, Timothy; GLee@mofo.com
Cc: Kathy D. Patrick; Scott A. Humphries; Ross.Martin@ropesgray.com
Subject: RMBS Trust Settlement - Rule 408 Communication

Rick, Gary and Tim:

We spent a long time on the phone with our clients this afternoon and evening.  Scott will shortly send you revisions that reflect where our clients landed.  There were many issues of great sensitivity to them, but I believe we have arrived at a resolution that is consistent with what I discussed this afternoon with Rick and Tim. Specifically:

1. Plan Support

Our clients are prepared to sign a plan support agreement that includes the contemplated release of individual investors' securities or fraud claims against Ally, provided that: a) all parties acknowledge the right of individual investment advisers' clients to intervene to contest any such release, and b) all parties acknowledge that the investment advisors do not own those claims and thus are neither compromising nor releasing them in any of the agreements they sign. This will permit all of our clients and the investment advisers to:

  a. Ensure they do not release or purport to release what they do not own;
  b. Express their support for a settlement that they believe is in the best interests of all Certificateholders; and,
  c. Ensure that any release granted to Ally affects all investors equally and, if granted, will be implemented only upon Ally's performance of its commitments under the Plan.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

This is the most we can do given the limitations on our clients' authority, but it was sufficient in Bank of America.  We believe it should be sufficient here.

We also understand, and Thrivent will require, that its separate resolution with you will be accomplished before the Plan Support Agreement is signed.  Please confirm this will happen.

## 2. Maintenance of Holdings

Your lockup proposal is a deal breaking issue for our clients. Our clients have thousands of individual clients; others have portfolios that must be managed to meet stated investment objectives. A prospective lockup of bonds simply will not (and can never) work for them. Though there are many reasons why a sale might be necessary, our clients do not intend to pursue sales for the purpose of defeating or undermining their obligations under these agreements. History has also demonstrated that our clients have been entirely faithful to the obligations they assumed under the Bank of America settlement agreement. They have advocated zealously for the approval of that settlement for over a year. This has been true even of those investors who are advisers for others and who stand to gain nothing for themselves from the exercise. With the exception of the Maiden Lane Portfolios, whose liquidation was contemplated by the Bank of America settlement, we confirmed this afternoon that our clients have not engaged in large scale selling of their portfolios even though their Countrywide securities have gone up in price.

Our clients can and will agree to do what they did in Bank of America: they will maintain holdings in at least one trust so as to ensure they retain standing. Though it should not be necessary, they also can and will agree that they will not sell for the purpose of undermining their obligations under the Plan Support Agreement. Our clients can and will agree to advocate publicly and openly for this settlement in court. Our clients cannot, and will not, do more than that.

## 3. Fortress Sale

The Fortress Sale is a condition to the Ally Settlement. The Ally Settlement is--in turn--a condition to the Plan our clients are agreeing to support. So long as the termination of the Ally Settlement or the Fortress Settlement are events of termination for our clients, and are made express (not inherent) termination events, that should largely suffice to address our earlier concerns. We therefore propose that we: a) make those conditions express, such that their failure permits our clients or the Trustees to terminate; and, b) that we agree on a simple, mechanical process in which we send you our clients' signatures in trust, pending the execution of the Fortress and Ally Agreements. Once the Fortress Agreement is signed, we will authorize you to affix our clients' signatures to it and we can all proceed.

## 4. Rule 2019 Confidentiality

The disclosure of our clients' holdings is a matter of confidential and proprietary information. We had earlier requested that the Debtors undertake to seek an order providing that those holdings would be confidential for all creditors; though this request was refused at the time, we trust this will not be an ongoing problem given the matters discussed above. It would be most unfortunate if obduracy on this essential requirement were to become an impediment to what otherwise appears capable of being accomplished.

Please advise us promptly whether these changes will work. I have one final call with my clients tomorrow at 1:30 Central and we must have final terms before that time.  If you need to reach me this evening, please send me an email and I will call you back.

Thanks,

Kathy

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

Outlook E-mail

**From:**     Hamzehpour, Tammy
**Sent:**     5/12/2012 10:12:56 PM
**To:**       Lee, Gary S.
**Subject:**  RE: RMBS Trust Settlement - Rule 408 Communication

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Saturday, May 12, 2012 9:21 PM
**To:** Hamzehpour, Tammy
**Subject:** Re: RMBS Trust Settlement - Rule 408 Communication

## Redacted

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

----- Original Message -----
From: Hamzehpour, Tammy <Tammy.Hamzehpour@ally.com>
To: Lee, Gary S.
Sent: Sat May 12 21:16:20 2012
Subject: FW: RMBS Trust Settlement - Rule 408 Communication

## Redacted

-----Original Message-----
From: Devine, Timothy
Sent: Saturday, May 12, 2012 8:58 PM
To: Hamzehpour, Tammy; 'GLee@mofo.com'; Jeffrey A. Lipps
Subject: FW: RMBS Trust Settlement - Rule 408 Communication

# Redacted

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                    RC-9019_00090169

-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Saturday, May 12, 2012 8:49 PM
To: rcieri@kirkland.com; Devine, Timothy; GLee@mofo.com
Cc: Kathy D. Patrick; Scott A. Humphries; Ross.Martin@ropesgray.com
Subject: RMBS Trust Settlement - Rule 408 Communication

Rick, Gary and Tim:

We spent a long time on the phone with our clients this afternoon and evening. Scott will shortly send you revisions that reflect where our clients landed. There were many issues of great sensitivity to them, but I believe we have arrived at a resolution that is consistent with what I discussed this afternoon with Rick and Tim. Specifically:

1. Plan Support

Our clients are prepared to sign a plan support agreement that includes the contemplated release of individual investors' securities or fraud claims against Ally, provided that: a) all parties acknowledge the right of individual investment advisers' clients to intervene to contest any such release, and b) all parties acknowledge that the investment advisors do not own those claims and thus are neither compromising nor releasing them in any of the agreements they sign. This will permit all of our clients and the investment advisers to:

    a. Ensure they do not release or purport to release what they do not own;
    b. Express their support for a settlement that they believe is in the best interests of all Certificateholders; and,
    c. Ensure that any release granted to Ally affects all investors equally and, if granted, will be implemented only upon Ally's performance of its commitments under the Plan.

This is the most we can do given the limitations on our clients' authority, but it was sufficient in Bank of America. We believe it should be sufficient here.
We also understand, and Thrivent will require, that its separate resolution with you will be accomplished before the Plan Support Agreement is signed. Please confirm this will happen.

2. Maintenance of Holdings

Your lockup proposal is a deal breaking issue for our clients. Our clients have thousands of individual clients; others have portfolios that must be managed to meet stated investment objectives. A prospective lockup of bonds simply will not (and can never) work for them. Though there are many reasons why a sale might be necessary, our clients do not intend to pursue sales for the purpose of defeating or undermining their obligations under these agreements. History has also demonstrated that our clients have been entirely faithful to the obligations they assumed under the Bank of America settlement agreement. They have advocated zealously for the approval of that settlement for over a year. This has been true even of those investors who are advisers for others and who stand to gain nothing for themselves from the exercise. With the exception of the Maiden Lane Portfolios, whose liquidation was contemplated by the Bank of America settlement, we confirmed this afternoon that our clients have not engaged in large scale selling of their portfolios even though their Countrywide securities have gone up in price.

Our clients can and will agree to do what they did in Bank of America: they will maintain holdings in at least one trust so as to ensure they retain standing. Though it should not be necessary, they also can and will agree that they will not sell for the purpose of undermining their obligations under the Plan Support Agreement. Our clients can and will agree to advocate publicly and openly for this settlement in court. Our clients cannot, and will not, do more than that.

3. Fortress Sale

The Fortress Sale is a condition to the Ally Settlement. The Ally Settlement is--in turn--a condition to the Plan our clients are agreeing to support. So long as the termination of the Ally Settlement or the Fortress Settlement are events of termination for our clients, and are made express (not inherent) termination events, that should largely suffice to address our earlier concerns. We therefore propose that we: a) make those conditions express, such that their failure permits our clients or the Trustees to terminate; and, b) that we agree on a simple, mechanical process in which we send you our clients' signatures in trust, pending the execution of the Fortress and Ally Agreements. Once the Fortress Agreement is signed, we will authorize you to affix our clients' signatures to it and we can all proceed.

4. Rule 2019 Confidentiality

The disclosure of our clients' holdings is a matter of confidential and proprietary information. We had earlier requested that the Debtors undertake to seek an order providing that those holdings would be confidential for all creditors; though this request was refused at the time, we trust this will not be an ongoing problem given the matters discussed above. It would be most unfortunate if obduracy on this essential requirement were to become an impediment to what otherwise appears capable of being accomplished.

Please advise us promptly whether these changes will work. I have one final call with my clients tomorrow at 1:30 Central and we must have final terms before that time. If you need to reach me this evening, please send me an email and I will call you back.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                    RC-9019_00090170

Thanks,

Kathy


--------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/


==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.


--------------------------------------------------------------------


CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                        RC-9019_00090171

Outlook E-mail

**From:** Hamzehpour, Tammy
**Sent:** 5/12/2012 10:13:17 PM
**To:** Lee, Gary S.
**Subject:** RE: RMBS Trust Settlement - Rule 408 Communication

> ## Redacted

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Saturday, May 12, 2012 9:21 PM
**To:** Hamzehpour, Tammy
**Subject:** Re: RMBS Trust Settlement - Rule 408 Communication

> ## Redacted

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

----- Original Message -----
From: Hamzehpour, Tammy <Tammy.Hamzehpour@ally.com>
To: Lee, Gary S.
Sent: Sat May 12 21:16:20 2012
Subject: FW: RMBS Trust Settlement - Rule 408 Communication

> ## Redacted

-----Original Message-----
From: Devine, Timothy
Sent: Saturday, May 12, 2012 8:58 PM
To: Hamzehpour, Tammy; 'GLee@mofo.com'; Jeffrey A. Lipps
Subject: FW: RMBS Trust Settlement - Rule 408 Communication

> # Redacted

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                RC-9019_00090172

-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Saturday, May 12, 2012 8:49 PM
To: rcieri@kirkland.com; Devine, Timothy; GLee@mofo.com
Cc: Kathy D. Patrick; Scott A. Humphries; Ross.Martin@ropesgray.com
Subject: RMBS Trust Settlement - Rule 408 Communication

Rick, Gary and Tim:

We spent a long time on the phone with our clients this afternoon and evening. Scott will shortly send you revisions that reflect where our clients landed. There were many issues of great sensitivity to them, but I believe we have arrived at a resolution that is consistent with what I discussed this afternoon with Rick and Tim. Specifically:

1. Plan Support

Our clients are prepared to sign a plan support agreement that includes the contemplated release of individual investors' securities or fraud claims against Ally, provided that: a) all parties acknowledge the right of individual investment advisers' clients to intervene to contest any such release, and b) all parties acknowledge that the investment advisors do not own those claims and thus are neither compromising nor releasing them in any of the agreements they sign. This will permit all of our clients and the investment advisers to:

  a. Ensure they do not release or purport to release what they do not own;
  b. Express their support for a settlement that they believe is in the best interests of all Certificateholders; and,
  c. Ensure that any release granted to Ally affects all investors equally and, if granted, will be implemented only upon Ally's performance of its commitments under the Plan.

This is the most we can do given the limitations on our clients' authority, but it was sufficient in Bank of America. We believe it should be sufficient here.
We also understand, and Thrivent will require, that its separate resolution with you will be accomplished before the Plan Support Agreement is signed. Please confirm this will happen.

2. Maintenance of Holdings

Your lockup proposal is a deal breaking issue for our clients. Our clients have thousands of individual clients; others have portfolios that must be managed to meet stated investment objectives. A prospective lockup of bonds simply will not (and can never) work for them. Though there are many reasons why a sale might be necessary, our clients do not intend to pursue sales for the purpose of defeating or undermining their obligations under these agreements. History has also demonstrated that our clients have been entirely faithful to the obligations they assumed under the Bank of America settlement agreement. They have advocated zealously for the approval of that settlement for over a year. This has been true even of those investors who are advisers for others and who stand to gain nothing for themselves from the exercise. With the exception of the Maiden Lane Portfolios, whose liquidation was contemplated by the Bank of America settlement, we confirmed this afternoon that our clients have not engaged in large scale selling of their portfolios even though their Countrywide securities have gone up in price.

Our clients can and will agree to do what they did in Bank of America: they will maintain holdings in at least one trust so as to ensure they retain standing. Though it should not be necessary, they also can and will agree that they will not sell for the purpose of undermining their obligations under the Plan Support Agreement. Our clients can and will agree to advocate publicly and openly for this settlement in court. Our clients cannot, and will not, do more than that.

3. Fortress Sale

The Fortress Sale is a condition to the Ally Settlement. The Ally Settlement is--in turn--a condition to the Plan our clients are agreeing to support. So long as the termination of the Ally Settlement or the Fortress Settlement are events of termination for our clients, and are made express (not inherent) termination events, that should largely suffice to address our earlier concerns. We therefore propose that we: a) make those conditions express, such that their failure permits our clients or the Trustees to terminate; and, b) that we agree on a simple, mechanical process in which we send you our clients' signatures in trust, pending the execution of the Fortress and Ally Agreements. Once the Fortress Agreement is signed, we will authorize you to affix our clients' signatures to it and we can all proceed.

4. Rule 2019 Confidentiality

The disclosure of our clients' holdings is a matter of confidential and proprietary information. We had earlier requested that the Debtors undertake to seek an order providing that those holdings would be confidential for all creditors; though this request was refused at the time, we trust this will not be an ongoing problem given the matters discussed above. It would be most unfortunate if obduracy on this essential requirement were to become an impediment to what otherwise appears capable of being accomplished.

Please advise us promptly whether these changes will work. I have one final call with my clients tomorrow at 1:30 Central and we must have final terms before that time. If you need to reach me this evening, please send me an email and I will call you back.

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                                    RC-9019_00090173

Thanks,

Kathy

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

RC-9019_00090174

Outlook E-mail

**From:** Hamzehpour, Tammy
**Sent:** 5/12/2012 10:26:30 PM
**To:** Lee, Gary S.
**Subject:** RE: RMBS Trust Settlement - Rule 408 Communication

## Redacted

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Saturday, May 12, 2012 10:17 PM
**To:** Hamzehpour, Tammy
**Subject:** Re: RMBS Trust Settlement - Rule 408 Communication

## Redacted

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

**From**: Hamzehpour, Tammy <Tammy.Hamzehpour@ally.com>
**To:** Lee, Gary S.
**Sent**: Sat May 12 22:13:17 2012
**Subject**: RE: RMBS Trust Settlement - Rule 408 Communication

## Redacted

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Saturday, May 12, 2012 9:21 PM
**To:** Hamzehpour, Tammy
**Subject:** Re: RMBS Trust Settlement - Rule 408 Communication

# Redacted

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

----- Original Message -----
From: Hamzehpour, Tammy <Tammy.Hamzehpour@ally.com>
To: Lee, Gary S.
Sent: Sat May 12 21:16:20 2012
Subject: FW: RMBS Trust Settlement - Rule 408 Communication

## Redacted

-----Original Message-----
From: Devine, Timothy

Sent: Saturday, May 12, 2012 8:58 PM
To: Hamzehpour, Tammy; 'GLee@mofo.com'; Jeffrey A. Lipps
Subject: FW: RMBS Trust Settlement - Rule 408 Communication

```
+-----------------------------------------------------------------------+
|                                                                       |
|          Redacted                                                     |
|                                                                       |
+-----------------------------------------------------------------------+
```

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477


-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Saturday, May 12, 2012 8:49 PM
To: rcieri@kirkland.com; Devine, Timothy; GLee@mofo.com
Cc: Kathy D. Patrick; Scott A. Humphries; Ross.Martin@ropesgray.com
Subject: RMBS Trust Settlement - Rule 408 Communication

Rick, Gary and Tim:

We spent a long time on the phone with our clients this afternoon and evening.  Scott will shortly send you revisions that reflect where our clients landed.  There were many issues of great sensitivity to them, but I believe we have arrived at a resolution that is consistent with what I discussed this afternoon with Rick and Tim. Specifically:

1. Plan Support

Our clients are prepared to sign a plan support agreement that includes the contemplated release of individual investors' securities or fraud claims against Ally, provided that: a) all parties acknowledge the right of individual investment advisers' clients to intervene to contest any such release, and b) all parties acknowledge that the investment advisors do not own those claims and thus are neither compromising nor releasing them in any of the agreements they sign. This will permit all of our clients and the investment advisers to:

    a. Ensure they do not release or purport to release what they do not own;
    b. Express their support for a settlement that they believe is in the best interests of all Certificateholders; and,
    c. Ensure that any release granted to Ally affects all investors equally and, if granted, will be implemented only upon Ally's performance of its commitments under the Plan.

This is the most we can do given the limitations on our clients' authority, but it was sufficient in Bank of America.  We believe it should be sufficient here.
We also understand, and Thrivent will require, that its separate resolution with you will be accomplished before the Plan Support Agreement is signed.  Please confirm this will happen.

2. Maintenance of Holdings

Your lockup proposal is a deal breaking issue for our clients. Our clients have thousands of individual clients; others have portfolios that must be managed to meet stated investment objectives. A prospective lockup of bonds simply will not (and can never) work for them. Though there are many reasons why a sale might be necessary, our clients do not intend to pursue sales for the purpose of defeating or undermining their obligations under these agreements. History has also demonstrated that our clients have been entirely faithful to the obligations they assumed under the Bank of America settlement agreement. They have advocated zealously for the approval of that settlement for over a year. This has

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

been true even of those investors who are advisers for others and who stand to gain nothing for themselves from the exercise. With the exception of the Maiden Lane Portfolios, whose liquidation was contemplated by the Bank of America settlement, we confirmed this afternoon that our clients have not engaged in large scale selling of their portfolios even though their Countrywide securities have gone up in price.

Our clients can and will agree to do what they did in Bank of America: they will maintain holdings in at least one trust so as to ensure they retain standing. Though it should not be necessary, they also can and will agree that they will not sell for the purpose of undermining their obligations under the Plan Support Agreement. Our clients can and will agree to advocate publicly and openly for this settlement in court. Our clients cannot, and will not, do more than that.

3. Fortress Sale

The Fortress Sale is a condition to the Ally Settlement. The Ally Settlement is--in turn--a condition to the Plan our clients are agreeing to support. So long as the termination of the Ally Settlement or the Fortress Settlement are events of termination for our clients, and are made express (not inherent) termination events, that should largely suffice to address our earlier concerns. We therefore propose that we: a) make those conditions express, such that their failure permits our clients or the Trustees to terminate; and, b) that we agree on a simple, mechanical process in which we send you our clients' signatures in trust, pending the execution of the Fortress and Ally Agreements. Once the Fortress Agreement is signed, we will authorize you to affix our clients' signatures to it and we can all proceed.

4. Rule 2019 Confidentiality

The disclosure of our clients' holdings is a matter of confidential and proprietary information. We had earlier requested that the Debtors undertake to seek an order providing that those holdings would be confidential for all creditors; though this request was refused at the time, we trust this will not be an ongoing problem given the matters discussed above. It would be most unfortunate if obduracy on this essential requirement were to become an impediment to what otherwise appears capable of being accomplished.

Please advise us promptly whether these changes will work. I have one final call with my clients tomorrow at 1:30 Central and we must have final terms before that time. If you need to reach me this evening, please send me an email and I will call you back.

Thanks,

Kathy


--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/


===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.


--------------------------------------------------------------------


--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to

CONFIDENTIAL-PROFESSIONALS' EYES ONLY

http://www.mofo.com/Circular230/

====================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                    RC-9019_00090182

Outlook E-mail

**From:**      Hamzehpour, Tammy
**Sent:**       5/13/2012 8:19:34 PM
**To:**         Temp6, NY
**Subject:**      FW: KP final
**Attachments**       NEW_YORK-#1040888-v5-KP_Settlement_5-13-12.DOC

Please print this for me.  Thanks!

---

**From:** Thompson, William - Legal Dept - PA
**Sent:** Sunday, May 13, 2012 8:18 PM
**To:** Hamzehpour, Tammy
**Subject:** FW: KP final

Tammy—are you signing this one, or do you need me to do so?

**William R. Thompson**
**Ally Financial Inc.** ◊ Legal Counsel
1100 Virginia Drive ◊ 190-FTW-L95
Fort Washington, PA  19034
T 215-734-7543 ◊ F 866-725-2979
william.thompson@ally.com

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Sunday, May 13, 2012 8:14 PM
**To:** Hamzehpour, Tammy; Thompson, William - Legal Dept - PA
**Cc:** Nashelsky, Larren M.; Marc Puntus; Karn Chopra
**Subject:** FW: KP final


Attached is execution copy of settlement agreement with KP. We will send you the Plan Support agreement in a bit.



Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com
<<NEW_YORK-#1040888-v5-KP_Settlement_5-13-12.DOC>>



---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

CONFIDENTIAL-PROFESSIONALS' EYES ONLY                    RC-9019_00090183

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

CONFIDENTIAL-PROFESSIONALS' EYES ONLY    RC-9019_00090184

Outlook E-mail

**From:**    Hamzehpour, Tammy
**Sent:**    5/5/2012 9:32:18 AM
**To:**    Fahy Woehr, Mary - PA; Evans, Nilene R.
**Subject:**    FW: For Settlement Purposes Only

---

Redacted

---

**From:** Ruckdaschel, John
**Sent:** Saturday, May 05, 2012 9:05 AM
**To:** Devine, Timothy; 'JLevitt@mofo.com'; Hamzehpour, Tammy; 'glee@mofo.com'; Thompson, William - Legal Dept - PA
**Subject:** RE: For Settlement Purposes Only

Below is the disclosure from the Ally 10-K for year-end 2010.  It's clearly out there, but not in the detail that KP's group is requesting.

    In connection with its servicing of securitized mortgage loans, ResCap is subject to contractual caps on the percentage of mortgage loans it is permitted to modify in any securitized pool. The financial crisis has resulted in dramatic increases in the volume of delinquent mortgage loans over the past three years. In an effort to achieve the best net present value recovery for the securitization trust, ResCap increased the volume of modifications of distressed mortgage loans to assist homeowners and avoid liquidating properties in a collapsing and opaque housing market. In certain securitization transactions, ResCap has exceeded the applicable contractual modification cap. The securitization documents provide that the contractual caps can be raised or eliminated with the concurrence of each rating agency rating the transaction. For certain transactions with respect to which loan modifications have exceeded the contractual caps, the rating agencies have concurred in raising or eliminating the caps, but they have not consented in connection with other such transactions. ResCap will continue to seek their concurrence in connection with other transactions as it deems appropriate and will suspend modifications in excess of applicable caps pending receipt of such consent or investor approval to amend the servicing contracts. An investor in a specific mortgage security class might claim that modifications in excess of the applicable cap amounted to a material failure of ResCap to perform its servicing obligations and that the investor was damaged as a result. Such claims, if successful, could have a material adverse effect on our financial condition, liquidity, and results of operations.

---

**From:** Devine, Timothy
**Sent:** Saturday, May 05, 2012 7:53 AM
**To:** Ruckdaschel, John; 'JLevitt@mofo.com'; Hamzehpour, Tammy; 'glee@mofo.com'; Thompson, William - Legal Dept - PA
**Subject:** Re: For Settlement Purposes Only

How about 2 pm Eastern?

---

**From**: Ruckdaschel, John
**To:** Devine, Timothy; 'JLevitt@mofo.com' <JLevitt@mofo.com>; Hamzehpour, Tammy; 'glee@mofo.com' <glee@mofo.com>; Thompson, William - Legal Dept - PA
**Sent:** Sat May 05 08:48:03 2012
**Subject:** RE: For Settlement Purposes Only

We should probably have a short call to discuss.  I'm freer this afternoon than this morning, but can be flexible.  Will be en route tomorrow.

Sent from my Windows Phone

---

**From:** Devine, Timothy
**Sent:** 5/5/2012 7:39 AM
**To:** Ruckdaschel, John; 'JLevitt@mofo.com'; Hamzehpour, Tammy; 'glee@mofo.com'; Thompson, William - Legal Dept - PA
**Subject:** Re: For Settlement Purposes Only

Thanks John R for keeping pace and eagle eye on all the requests.

This is one of the servicing issues KP identified in our initial NY face to face - the kind that investors care about which is NOT addressed by DoJ/AG Order or other gold standard servicing requirements. At least I think it is.

CONFIDENTIAL

In what very approx portion of deals have we now gotten blessing of ratings agencies? For those deals where consents have not been obtained, was there an argument? Was basis of non-consent a business basis or just lost in shuffle? Was action taken against the company or threatened in connection with unauthorized exceeding of caps?

My instinct is that she would get all that in some discovery in litigation. And she can't afford to be surprised later. And we rely on trust relationship.

So I favor providing what info we can WITH context.

Happy to hear input of others as it is ultimately a ResCap call.

Tim

---

**From:** Ruckdaschel, John
**To:** Levitt, Jamie A. <JLevitt@mofo.com>; Hamzehpour, Tammy; Devine, Timothy; Gary S. Lee (glee@mofo.com) <glee@mofo.com>; Thompson, William - Legal Dept - PA
**Sent:** Sat May 05 08:30:35 2012
**Subject:** RE: For Settlement Purposes Only

THIS EMAIL IS PRIVILEGED AND CONFIDENTIAL.

Just among the lawyers, David's question below about modification caps raises an issue.  (Cancellieri doesn't have that information and the folks who can track it down will not be able to do it until Monday.)  Because of a business decision back in 2008 (that occurred without legal's input), servicing not only hit the caps in the documents, but significantly exceeded them. You can't do that without rating agency consent, which, after the fact we lawyers told the business to go get them.  Fortunately, the business has obtained such consents on many (but not all) deals, essentially curing the problem.  However, there still remain a handful of deals out there that exceed their caps but don't have the rating agency no-downgrade letters.

Due to the financial crisis, the deals are taking and have taken significant losses, so exceeding the caps probably has not resulted in much more damage than has otherwise occurred as a result of the housing meltdown and that was our pitch to the rating agencies.  For a variety of nerdy securitization reasons too, the senior bonds probably didn't see anything occur as a result of exceeding the caps, but who knows.

I thought I should raise this for our group to think about how we go back to the other side.  Maybe they won't care or maybe they will just pencil in another chunk of alleged damages and move on.  I could send an email back saying, "We'll check with master servicing on Monday, but our understanding is that you will be safe in assuming that the majority of deals with modification caps have hit or exceeded their caps (in the latter case, with accompanying rating agency no downgrade letters.)"

---

**From:** Levitt, Jamie A. [JLevitt@mofo.com]
**Sent:** Friday, May 04, 2012 9:56 PM
**To:** David Sheeren; kpatrick@gibbsbruns.com; Robert J. Madden; Martin, D. Ross
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Lee, Gary S.; Cancelliere, Jeff - PA; Ruckdaschel, John
**Subject:** For Settlement Purposes Only

David and Kathy,

In response to your question on tonight's call, attached is a list of your clients' wrapped deals by insurer.

Jamie

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Friday, May 04, 2012 10:48 PM
**To:** David Sheeren; Ruckdaschel, John; Kathy D. Patrick; Scott A. Humphries; Robert J. Madden
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Lee, Gary S.; Levitt, Jamie A.; Cancelliere, Jeff - PA; Keith.Wofford@ropesgray.com; Martin, D. Ross
**Subject:** RE:

John:

CONFIDENTIAL

One more question for you. Could you all please put together a list of trusts which have hit their pool-based cap on modifications?

Many thanks,
David

**David Sheeren**
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

---

**From:** David Sheeren
**Sent:** Friday, May 04, 2012 7:43 PM
**To:** David Sheeren; 'Ruckdaschel, John'; Kathy D. Patrick; Scott A. Humphries
**Cc:** 'Hamzehpour, Tammy'; 'Devine, Timothy'; 'Lee, Gary S.'; 'Levitt, Jamie A.'; 'Cancelliere, Jeff - PA'; 'Keith.Wofford@ropesgray.com'; Martin, D. Ross
**Subject:** RE:

John:

Have you all updated the waterfall to reflect a recovery for the 23 GMAC PLS deals in the list you sent earlier today?  If so, could you please share?

Thanks,
David

**David Sheeren**
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

---

**From:** David Sheeren
**Sent:** Friday, May 04, 2012 2:24 PM
**To:** Ruckdaschel, John; Kathy D. Patrick; Scott A. Humphries
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Lee, Gary S.; Levitt, Jamie A.; Cancelliere, Jeff - PA
**Subject:** RE:

Perfect, thanks.

**David Sheeren**
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

---

**From:** Ruckdaschel, John [mailto:John.Ruckdaschel@ally.com]
**Sent:** Friday, May 04, 2012 2:21 PM
**To:** Kathy D. Patrick; Scott A. Humphries; David Sheeren
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Lee, Gary S.; Levitt, Jamie A.; Cancelliere, Jeff - PA
**Subject:** FW:

Was in the air for part of the morning and afternoon; sorry for the delay.  See attached.

CONFIDENTIAL                                                                      RC-9019_00093792

**John G. Ruckdaschel**
Residential Capital, LLC
Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505

**CONFIDENTIALITY NOTICE:**  The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s).  It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail.  If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

---

**From:** Cancelliere, Jeff - PA
**Sent:** Friday, May 04, 2012 11:09 AM
**To:** Ruckdaschel, John; Levitt, Jamie A.; Lee, Gary S.; Devine, Timothy; Hamzehpour, Tammy
**Subject:** RE:

John, attached is an updated file with the Intex deal name and Bloomberg name added.  There are 3 deals that are private deals with no results.

**Jeff Cancelliere**
Mortgage Risk
1100 Virginia Drive| Fort Washington, PA| 19034
(215)734-5853 (p) | (215) 749-2975 (Mobile)
Jeff.Cancelliere@gmacrescap.com

---

**From:** David Sheeren
**Sent:** 5/4/2012 9:41 AM
**To:** Ruckdaschel, John
**Cc:** Scott A. Humphries; Kathy D. Patrick
**Subject:** RE:

John –

Thanks again. This is great. Could you please just have someone send the full Bloomberg Deal names as well? We're updating some data and that would be very helpful.

**David Sheeren**
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

**From:** Ruckdaschel, John [mailto:John.Ruckdaschel@ally.com]
**Sent:** Thursday, May 03, 2012 11:38 AM
**To:** David Sheeren; Kathy D. Patrick; Scott A. Humphries; Gary Lee; Levitt, Jamie A.; Hamzehpour, Tammy; Devine, Timothy; Thompson, William - Legal Dept - PA; Delehey, Lauren - PA
**Subject:** FW:

See attached.

                                                                    RC-9019_00093793

Sent from my Windows Phone

---

**From:** Cancelliere, Jeff - PA
**Sent:** 5/3/2012 12:31 PM
**To:** Cancelliere, Jeff - PA; Ruckdaschel, John; JLevitt@mofo.com
**Cc:** mark.renzi@FTIConsulting.com
**Subject:** RE:

here is the full 04-07 list

---

**From:** Cancelliere, Jeff - PA
**Sent:** Thursday, May 03, 2012 9:00 AM
**To:** Ruckdaschel, John; JLevitt@mofo.com
**Cc:** mark.renzi@FTIConsulting.com
**Subject:**

This should cover KP's total deal population

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

CONFIDENTIAL

Outlook E-mail

**From:**      Hamzehpour, Tammy
**Sent:**      5/7/2012 9:48:14 AM
**To:**        Levitt, Jamie A.
**Subject:**   RE: Meeting Monday 9 am Eastern at Morison & Foerster NYC
**Attachments**      1828_001.pdf

---

Redacted

---

**From:** Levitt, Jamie A. [mailto:JLevitt@mofo.com]
**Sent:** Monday, May 07, 2012 9:23 AM
**To:** Hamzehpour, Tammy
**Subject:** Fw: Meeting Monday 9 am Eastern at Morison & Foerster NYC

---

Redacted

---

**From:** Jerry Phelps
**To:** Levitt, Jamie A.
**Cc:** Timothy.Devine@ally.com ; Talcott J. Franklin ; Paul Snyder ; Lee, Gary S.; Tammy.Hamzehpour@ally.com
**Sent:** Mon May 07 04:51:03 2012
**Subject:** FW: Meeting Monday 9 am Eastern at Morison & Foerster NYC
Please find attached Talcott Franklin P.C.'s signature page for the NDA version last sent to you.

F. Jerry Phelps, Of Counsel
Talcott Franklin P.C.
Cell: 214-505-2680
Direct: 972-423-0681
Main: 214-736-8730
Jerry@talcott franklin.com

---

**From:** "Levitt, Jamie A." <JLevitt@mofo.com>
**Date:** May 6, 2012 4:17:43 PM EDT
**To:** Jerry Phelps <Jerry@talcottfranklin.com>
**Subject: Re: Meeting Monday 9 am Eastern at Morison & Foerster NYC**

Thanks.

---

**From:** Jerry Phelps
**To:** Levitt, Jamie A.
**Cc:** Timothy.Devine@ally.com ; Talcott J. Franklin ; Paul Snyder ; Lee, Gary S.; Tammy.Hamzehpour@ally.com
**Sent:** Sun May 06 11:09:48 2012
**Subject:** Meeting Monday 9 am Eastern at Morison & Foerster NYC

Good morning. We will  delete the words on pages 2 and 3 of the NDA indicated in paragraphs #1 and #2 of your below email. As to Deutsche Bank Trust Co. Americas and QO3 Investors LLC, the attached Schedule I is accurate. We have attached the as-changed final NDA and ask that all parties  circulate their signatures. Tal Franklin will sign Sunday evening or earlier in NYC. A blacklined NDA is also attached for

RC-9019_00093795

your convenience, as is a blank signature page in Word format.

We reserve all of our clients' and Talcott Franklin P.C.'s rights that may be applicable under law and equity.

Thanks

F. Jerry Phelps, Of Counsel
Talcott Franklin P.C.
Cell: 214-505-2680
Direct: 972-423-0681
Main: 214-736-8730
Jerry@talcott franklin.com

---

**From:** <Levitt>, Jamie Levitt <jlevitt@mofo.com>
**To:** "F.J. Phelps" <jerry@talcottfranklin.com>
**Cc:** Timothy Devine <Timothy.Devine@ally.com>, Tal Franklin <tal@talcottfranklin.com>, Paul Snyder <paul@talcottfranklin.com>, "Lee, Gary S." <GLee@mofo.com>, "Hamzehpour, Tammy" <Tammy.Hamzehpour@ally.com>
**Subject:** Re: Meeting Monday 9 am Eastern at Morrison & Foerster NYC

Jerry,

We are fine with your changes, except the following two that we cannot accept:

1. On Page 2, please delete the added language regarding Schedule 1: "by written notice to Talcott of the information to be disclosed as far in advance of its disclosure as practicable and, upon request, such Person must use all reasonable commercial efforts to obtain assurances that confidential treatment will be accorded to such information." We think we provided more than adequate protections already for the confidentiality of Ex I and cannot be bound to your additional language.

2. On Page 3, please delete the language you added re use of Eval Material in court: "except to rebut a  statement or filing made in a court of law or equity that materially misrepresents or is contrary to Evaluation Material provided to Talcott, and only then not without a court order based on a hearing after notice where such hearing includes an in camera viewing by the court of the disputed statement or filing and related Evaluation Material." This is precisely what you cannot do and we will not be able to share Eval Material with you if you wish to use it in court in any fashion.

Finally, we thought Deutsche Bank Trust Co. Americas? and QO3 Investors LLC? were within your plaintiff group. If so, please add them to Schedule I.
?

Jerry, if agreeable to you, please make the changes above and circulate the NDA for signature.

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE

WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

&lt;Talcott NDA (Confi) - Comparison of Final 5-6-12.docx&gt;

&lt;mime-attachment&gt;

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------

---

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 DISCLOSURE: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND NOTHING CONTAINED HEREIN
CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSES OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2)
PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

--------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one
or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written
to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing
or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive
for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have
received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------

CONFIDENTIAL                                                                                          RC-9019_00093798