Richard L. Wynne (NY Bar No. 1861426)
Howard F. Sidman (NY Bar No. 3970985)
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

Attorneys for Creditor
Financial Guaranty Insurance Company

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FINANCIAL GUARANTY INSURANCE COMPANY'S FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2) EXPERT DISCLOSURES**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure, Financial Guaranty Insurance Company ("FGIC"), by and through its counsel, hereby makes the following expert disclosures.

FGIC may call the following individual as an expert witness to testify at trial or any hearing concerning the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements (Docket No. 320), the Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements (Docket

No. 1176), and the Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements (Docket No. 1887):

**Clifford Rossi, PhD**

Executive-in-Residence
Tyser Teaching Fellow
Department of Finance
Robert H. Smith School of Business
4465 Van Munching Hall
University of Maryland
College Park, MD 20742-1815
(301) 908-2536

Attached hereto is the Expert Report of Dr. Clifford Rossi, which includes any further disclosures required under Rule 26(a)(2) of the Federal Rules of Civil Procedure.

Dated: December 3, 2012
New York, New York

JONES DAY

By: ______________________________

Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: 212.326.3939
Facsimile: 212.755.7306
E-mail: rlwynne@jonesday.com
E-mail: hfsidman@jonesday.com