WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore (JCS – 6031)
Harrison L. Denman (HD – 1945)

- and -

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Gerard Uzzi (GU – 2297)

Attorneys for the Ad Hoc Group
of Junior Secured Noteholders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF HARRISON DENMAN IN SUPPORT OF AD HOC GROUP'S OBJECTION TO DEBTORS' MOTION FOR APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENTS**

I, HARRISON DENMAN, declare as follows:

1. I am an Associate with the firm of White & Case LLP, counsel for the Ad Hoc Group of Junior Secured Noteholders (the "Ad Hoc Group"). I submit this declaration in support of the Ad Hoc Group's Objection to the Debtors' Motion for approval of the RMBS Trust Settlement Agreements.

2. Annexed hereto as <u>Exhibit 1</u> is a true and correct copy of the relevant pages of the transcript of the deposition of Marc D. Puntus on November 5, 2012.

3. Annexed hereto as <u>Exhibit 2</u> is a true and correct copy of the relevant pages of the transcript of the deposition of Thomas Marano on November 12, 2012.

4. Annexed hereto as <u>Exhibit 3</u> is a true and correct copy of the relevant pages of the transcript of the deposition of Mark Renzi on November 7, 2012.

5. Annexed hereto as <u>Exhibit 4</u> is a true and correct copy of an e-mail chain dated May 4, 2012, bates stamped RC-9019_00049082.

6. Annexed hereto as <u>Exhibit 5</u> is a true and correct copy of the relevant pages of the transcript of the deposition of Timothy Devine on November 19, 2012.

7. Annexed hereto as <u>Exhibit 6</u> is a true and correct copy of an e-mail dated May 9, 2012, bates stamped RC-9019_00049196.

8. Annexed hereto as <u>Exhibit 7</u> is a true and correct copy of the relevant pages of the transcript of the deposition of John Ruckdaschel on November 8, 2012.

9. Annexed hereto as <u>Exhibit 8</u> is a true and correct copy of an e-mail chain dated April 17, 2012, bates stamped RC-9019_00048956 – RC-9019_00048957.

10. Annexed hereto as <u>Exhibit 9</u> is a true and correct copy of the relevant pages of the transcript of the deposition of Tammy Hamzephour on November 13, 2012.

11. Annexed hereto as <u>Exhibit 10</u> is a true and correct copy of an e-mail chain dated April 27, 2012, bates stamped RC-9019_00048974 – RC-9019_00048975.

12. Annexed hereto as <u>Exhibit 11</u> is a true and correct copy of an e-mail chain dated May 2, 2012, bates stamped RC-9019_00049016 – RC-9019_00049017.

13. Annexed hereto as Exhibit 12 is a true and correct copy an e-mail dated May 8, 2012, bates stamped RC-9019_00047906.

14. Annexed hereto as Exhibit 13 is a true and correct copy of an e-mail dated May 9, 2012, bates stamped RC-9019_00047942.

15. Annexed hereto as Exhibit 14 is a true and correct copy of an e-mail chain dated April 23, 2012, bates stamped RC-9019_00061443.

16. Annexed hereto as Exhibit 15 is a true and correct copy of an e-mail chain dated May 6, 2012 bates stamped RC-9019_00060880 – RC-9019_00060881.

17. Annexed hereto as Exhibit 16 is a true and correct copy of a presentation dated May 7, 2102, bates stamped RC-9019_00093296 – RC-9019_00093304.

18. Annexed hereto as Exhibit 17 is a true and correct copy of the relevant pages of the transcript of the deposition of Jeffrey Cancellieri on November 14, 2012.

19. Annexed hereto as Exhibit 18 is a true and correct copy of an e-mail chain dated May 12, 2012, bates stamped RC-9019_00050455 – RC-9019_00050456.

20. Annexed hereto as Exhibit 19 is a true and correct copy of an e-mail chain dated May 8, 2012, bates stamped RC-9019_00060931.

21. Annexed hereto as Exhibit 20 is a true and correct copy of the relevant pages of the transcript of the deposition of John Mack on November 14, 2012.

22. Annexed hereto as Exhibit 21 is a true and correct copy of the relevant pages of the transcript of the deposition of James Whitlinger on November 15, 2012.

23. Annexed hereto as Exhibit 22 is a true and correct copy of a presentation dated May 9, 2012, bates stamped RC-9019_00093180 – RC-9109_00093183.

3

24. Annexed hereto as <u>Exhibit 23</u> is a true and correct copy of minutes dated May 9, 2012, bates stamped RC-9019_00054006 – RC-9019_00054007.

25. Annexed hereto as <u>Exhibit 24</u> is a true and correct copy of minutes dated May 13, 2012, bates stamped RC-9019_00054008 – RC-9019_00054022.

26. Annexed hereto as <u>Exhibit 25</u> is a true and correct copy of an e-mail chain dated August 15, 2012, bates stamped RC-9019_00093188 – RC-9019_00093189.

27. Annexed hereto as <u>Exhibit 26</u> is a true and correct copy of an illustrative comparison of sample RMBS prospectus representations.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 1, 2013
New York, New York

/s/ *Harrison Denman*
Harrison Denman