# Exhibit 1

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In Re:                                    Case No.

RESIDENTIAL CAPITAL, LLC, et. al,         12-12020(MG)

            Debtors.

------------------------------------x

VIDEOTAPE DEPOSITION OF MARC D. PUNTUS

New York, New York

November 5, 2012

10:21 a.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27821-A

2

```
 1
 2
 3
 4              November 5, 2012
 5              10:21 a.m.
 6
 7         Deposition of MARC D. PUNTUS
 8    held at the offices of Kramer, Levin,
 9    Naftalis & Frankel, 1177 Avenue of the
10    Americas, New York, New York, pursuant to
11    Notice, before Erica L. Ruggieri,
12    Registered Professional Reporter and
13    Notary Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

23

1  MARC D. PUNTUS
2  means.
3      A.  The core of the plan support
4  agreement is a settlement of legal claims
5  that the estate has against Ally.  We were
6  not involved in analyzing those legal
7  claims either from a legal perspective or
8  a financial perspective.  We simply -- we
9  didn't simply.  Strike that.  We --
10      THE WITNESS:  Am I allowed to
11  strike it?
12      MS. LEVITT:  You are allowed to.
13  Still there.
14      A.  We were involved -- a settlement
15  with Ally was one of the cornerstones of
16  trying to get an elegant Chapter 11 case
17  file.  Other cornerstones included DIP
18  financing, so the debtor didn't liquidate.
19  Other cornerstones included support of the
20  GSEs, so the debtor didn't liquidate.
21  Another cornerstone included stalking
22  horse agreements, as it turned out with
23  both Nationstar and Ally, and settlements
24  with other parties in the case to the
25  extent we could get them done.

30

1        MARC D. PUNTUS

[lines 2–14 redacted]

15   Q.   I think you referred earlier to
16   the settlement with Ally being one of the
17   cornerstones of the elegant Chapter 11
18   filing?
19   A.   Correct.
20   Q.   How was settlement of debtor
21   claims against Ally necessary to an
22   elegant Chapter 11 filing?
23   A.   As I think I said, but let me
24   try and say it a little more clearly, Ally
25   is our, is the debtor's parent.  We

MARC D. PUNTUS

originate loans through Ally.  They, I think, have a -- they had secured facilities aggregating over a billion dollars outstanding to Ally.

We had various contractual relationships with them.  They provided us a DIP facility.  They were potentially going to be a stalking horse not only for the whole loan portfolio but potentially for the platform.  They were the stalking horse for the whole loan portfolio.

So from our perspective, Centerview's perspective, and the company's perspective as well, having them supportive of the case and supportive of ResCap continuing to do business in the ordinary course was crucial.  In fact, had they not been supportive, and had we not been able to continue to do business in the ordinary course, then we wouldn't have had a stalking horse, and we wouldn't have had a successful auction like we did two weeks ago.  They were preconditions to ultimately selling these assets.