# Exhibit 3

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

In Re: Case No.

RESIDENTIAL CAPITAL, LLC, et. al, 12-12020(MG)

Debtors.

-----------------------------------x

VIDEOTAPE DEPOSITION OF MARK RENZI

New York, New York

November 7, 2012

1:08 p.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27640

November 7, 2012

1:08 p.m.

Deposition of MARK RENZI, held at the offices of Kramer, Levin, Naftalis & Frankel, 1177 Avenue of the Americas, New York, New York, pursuant to Notice, before Erica L. Ruggieri, Registered Professional Reporter and Notary Public of the State of New York.

MARK RENZI

[redacted]

Q. Wasn't this the first meeting with Kathy Patrick as far as you know?

A. Well, this refers to 4/30. So it's post -- this was an e-mail post that discussion. So --

Q. Mr. Renzi, the presentation is dated April 25, 2012.

A. It is.

Q. And so my question is, isn't

that the date of the first meeting with Ms. Patrick as far as you know?

A. As far as I know in the one that I attended. I don't know if there were other meetings prior to that that I did not attend.

[redacted]

MARK RENZI



142

MARK RENZI

MARK RENZI