# Exhibit 5

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In Re: Cae No:

RESIDENTIAL CAPITAL, LLC, et. al,    12-12020(MG)

Debtors.

------------------------------------x


VIDEOTAPE DEPOSITION OF TIMOTHY DEVINE

New York, New York

November 19, 2012

10:17 a.m.


Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27973

2

November 19, 2012

10:17 a.m.


Videotape Deposition of TIMOTHY DEVINE, held at the offices of Kramer, Levin, Naftalis & Frankel, 1177 Avenue of the Americas, New York, New York, pursuant to Notice, before Erica L. Ruggieri, Registered Professional Reporter and Notary Public of the State of New York.

151

1           TIMOTHY DEVINE
2    constitute.  But I don't know that.  It
3    would -- it would be impossible for me to
4    know that this was the exact attachment
5    that was on this e-mail.
6         Q.    You understood that the draft
7    settlement agreement and the draft PSA
8    were drafted together, right?
9              MR. PRINCI:  Objection as to
10        form.
11        A.    I'm not sure I understand what
12   you mean by drafted together.
13        Q.    They were drafted in tandem at
14   or around the same time and they were
15   transmitted together?
16        A.    They were --
17             MR. PRINCI:  Objection as to
18        form.
19        A.    They were drafted at
20   approximately the same time, sure.
21        Q.    Okay.  And in fact Mr. Lee
22   circulated drafts at the same time, right?
23        A.    Correct.
24        Q.    Okay.  Had you asked Mr. Lee to
25   prepare these drafts?

233

1          TIMOTHY DEVINE
2     A.   One of the features of the
3 settlement agreement that ResCap entered
4 with Kathy Patrick and then the settlement
5 agreement or the plan support agreement
6 between AFI, the ResCap entities and Kathy
7 Patrick involved the amount of cash that
8 Ally would put into the estate.  That's
9 certainly correct.  There's no question
10 about that.
11     Q.   And you said there is no new
12 Ally money.  How did you know that?
13     A.   The question arose as to whether
14 or not Ally intended to put any additional
15 money into the Ally/ResCap settlement.
16 And the answer was no.
17     Q.   Who gave you that information?
18     A.   I don't recall who gave me that
19 information.
20     Q.   So somebody at AFI told you by
21 May 9th at 9:03 a.m. that Ally wasn't
22 going to put anything more into the pot?
23     A.   If by the pot you mean the Ally
24 and ResCap settlement agreement --
25     Q.   Yes.

360

1           TIMOTHY DEVINE

2   period from October forward?

3       A.   Well, we should probably be

4   careful with regard to what you mean by

5   representing.  The -- as I recall, the

6   first communication from Kathy Patrick

7   came in to Bill Solomon in his capacity as

8   general counsel of Ally Financial, Inc.

9   He responded by indicating to Ms. Patrick

10  that Ally Financial, Inc. did not have

11  exposure of the variety that she wanted to

12  talk about settling.  And referred her to

13  Tammy Hamzephour, general counsel for

14  ResCap.

15           What -- my participation in

16  connection with meeting with Ms. Patrick,

17  I think Mr. Sheeren was there at the first

18  meeting in Minnesota, I don't recall

19  exactly.  But in any event, I was there in

20  my capacity as chief counsel for

21  litigation for ResCap, given that

22  Ms. Patrick purported to represent clients

23  who purported to have rep and warrant

24  essentially contract claims against the

25  contracting parties, all of whom were