# Exhibit 6

Outlook E-mail

**From:**     Devine, Timothy
**Sent:**     5/9/2012 9:03:30 AM
**To:**     Lee, Gary S.
**Cc:**     Cieri, Richard M.; Schrock, Ray C.
**Subject:**     KP

Gary: as I told you on the phone, Ally will support the $8.7 billion allowed claim.  There is no new Ally money.  Hard stop at 750 + 200 + 100.  Thanks. Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477



EXHIBIT
9019-147
17|19|12

CONFIDENTIAL – PROFESSIONALS' EYES ONLY