# Exhibit 7

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

In Re:                                    Case No.

RESIDENTIAL CAPITAL, LLC, et. al,         12-12020(MG)

       Debtors.

---------------------------------x

VIDEOTAPE DEPOSITION OF JOHN RUCKDASCHEL

New York, New York

November 8, 2012

9:37 a.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27643

2

                    November 8, 2012

                    9:37 a.m.


        Deposition of JOHN RUCKDASCHEL,

held at the offices of Kramer, Levin,

Naftalis & Frankel, 1177 Avenue of the

Americas, New York, New York, pursuant to

Notice, before Erica L. Ruggieri,

Registered Professional Reporter and

Notary Public of the State of New York.

20

JOHN   RUCKDASCHEL

office.

Q. Is Tim Devine in that office also?

A. No.

Q. Is Bill Solomon in that office?

A. No.

Q. Is Tammy Hamzephour in that office?

A. Tammy splits her time between Fort Washington and Minneapolis.

Q. Do you report to Tim Devine?

A. I do not report to Tim Devine.

Q. So is it -- just so I make sure I'm understanding correctly, at all times you have been a ResCap employee as opposed to Ally?

A. You know, the -- we were a global and integrated legal department. I -- I don't know up until, you know, during the time that we were integrated, you know, where HR, you know, which spreadsheet my name sat on. But I do know that in twenty -- I believe it would be 2011 or even 2010 it was made clear to me

21

1        JOHN   RUCKDASCHEL
2   that I was a GMAC Mortgage employee.
3        Q.    How was it made clear to you?
4        A.    Bill Solomon simply told me.
5        Q.    He told you you are a GMAC
6   employee?
7        A.    GMAC Mortgage.
8        Q.    GMAC Mortgage, sorry. A GMAC
9   Mortgage employee and not an Ally
10  employee?
11       A.    That's correct.
12       Q.    Do you remember when that was?
13       A.    I don't remember the date
14  specifically.
15       Q.    Do you know why he told you that
16  at that time?
17       A.    No.
18       Q.    Did you do anything differently
19  after learning of that?
20       A.    No. Because my client primarily
21  and almost exclusively during -- from the
22  day I started was ResCap and its
23  affiliates. I only did very small items
24  for Ally and it was -- it was rare.
25       Q.    And Bill Solomon was the one in

22

JOHN RUCKDASCHEL

charge of deciding which department you would be in?

A. He's the general counsel of Ally.

Q. So is he your boss ultimately?

A. When we were an integrated legal department, we would report up the chain all the way to Bill.

Q. And when did you stop being an integrated legal department?

A. The representation for me was always ResCap. In the first quarter as the bankruptcy planning began to accelerate, the legal departments began to separate. But I think the important thing to remember is that -- who your client was. And the client for me was always ResCap.

Q. Do you remember a date when the integrated legal departments began to separate or was it a process?

A. It was a process because of the nature of preparing for a bankruptcy.

Q. So there wasn't a particular

23

JOHN   RUCKDASCHEL

date on which you could say before this it was integrated and after this it wasn't?

    A.    From my perspective it doesn't matter because my client has always been ResCap and the matters we are discussing here.

    Q.    But my question, again, was there a particular date by which you could have said before this it was -- it was an integrated department and after this it was not an integrated department?

    A.    You know, the corporate guys may have had a date that they made their big announcement but functionally the separation was already under way in the first quarter.

    Q.    Was there any date by which you were told you should no longer report up the chain to Bill Solomon?

    A.    I don't recall what the, like the official date was because to be honest with you, even -- even early on after the beginning of 2012 when it was clear that the bankruptcy was the direction that

24

JOHN RUCKDASCHEL

things were going, my only concern was who is my client. And my client was ResCap.

Q. I'm not sure you answered my question. My question was, was there any date by which you were told you should no longer report up the chain to Bill Solomon?

A. You know, that's a good question. I don't recall the official date on which I began reporting to Tammy Hamzephour. But there was a point where that was clear. And I think it was even before they sort of made some, sent around an e-mail saying, you know, we have these departments, these separate legal departments. I was reporting to her already I think, I think by March but I'm not sure.

Q. So there was at some point an e-mail that was sent around saying we have a different legal department?

A. Yes, I believe that's correct.

Q. And you don't recall the date of that e-mail?

25

JOHN RUCKDASCHEL

A. I think it was. I think it was sometime in April.

Q. Do you recall if it was the beginning of April or end of April?

A. I think it was, you know, towards the end of April. But again, I can't emphasize enough, the client is ResCap.

Q. And you were already reporting to Tammy Hamzephour starting in March?

A. I think that's right, yeah.

Q. So what is the title of your current position at ResCap?

A. Associate general counsel.

Q. Can you describe your responsibilities in your current position?

A. Primarily, you know, it's -- I'll give you the sort of, the textbook answer, right, because the bankruptcy has sort of, you know, moved everything around. It's not like we are doing transactions today. But all things being equal, I would support, if we were actually engaging in, for example, loan

                                                              55
                  JOHN   RUCKDASCHEL

     Q.    And what did she say?

     A.    I don't recall the details.

     Q.    In general?

     A.    You know, I just -- in general
she -- I don't want to speculate, I just
don't recall.

     Q.    Do you recall whether she
indicated that ResCap would be open to a
settlement?

     A.    I don't recall.

     Q.    Bringing you back to the Kathy
Patrick meeting.

     A.    Yes.

     Q.    From November 2011.

     A.    Uh-hum.

     Q.    Who did the speaking on behalf
of ResCap or Ally at that meeting?

     A.    You know, it's -- to be clear,
it was -- it was everybody.  It was -- you
know, there our role is as an integrated
legal department and Tim led the
discussion with -- from our side with
Kathy, although I do recall Tammy also had
some points.  And I recall asking a couple



114

1    JOHN   RUCKDASCHEL

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585