# Exhibit 11

**Outlook E-mail**

**From:** Lee, Gary S.
**Sent:** 5/3/2012 7:44:40 AM
**To:** O'Donnell, Deirdre
**Cc:** Levitt, Jamie A.; 'Marc D. Puntus'; 'Karn Chopra'; 'Mark Renzi'
**Subject:** FW: Meeting Tomorrow?

We need breakfast mon for 830as meetings start at 9. Jamie's can you get list of names of who is attending from talcott and whether they are coming here. Fti and CV - looks like we are saying talcott mon at 9 and Mbia at 11.

Gary Lee

-----Original Message-----
From: Thompson, William - Legal Dept - PA [William.Thompson@ally.com]
Sent: Thursday, May 03, 2012 04:31 AM Pacific Standard Time
To: Ruckdaschel, John; Devine, Timothy; Hamzehpour, Tammy; Lee, Gary S.; Levitt, Jamie A.; Zellmann, Patty - MN
Cc: Delehey, Lauren - PA
Subject: RE: Meeting Tomorrow?

Likewise . Slated to be in NY anyway.

**William R. Thompson**
**Ally Financial Inc.** ♦ Legal Counsel
1100 Virginia Drive ♦ 190-FTW-L95
Fort Washington, PA  19034
T 215-734-7543 ♦ F 866-725-2979
william.thompson@ally.com

*The information contained in this message is the property of Ally Financial Inc. and/or its direct and indirect subsidiaries and is intended only for the confidential use of the persons or entities to whom it is addressed. This message, together with any attachments, is proprietary and confidential, may contain inside information, and may be subject to the attorney-client privilege and/or the attorney work product doctrine. If the reader of this message is not one of the addressees set forth above: (a) the reader has received this message in error and is directed to destroy this message, together with any attachments, and notify the sender at 215.734.7543, and (b) any review, dissemination, use, or distribution of this message or any attachments is prohibited. Thank you.*

**From:** Ruckdaschel, John
**Sent:** Thursday, May 03, 2012 7:30 AM
**To:** Devine, Timothy; Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; 'glee@mofo.com'; 'jlevitt@mofo.com'; Zellmann, Patty - MN
**Subject:** RE: Meeting Tomorrow?

I can be available Monday for Tal meeting.

Sent from my Windows Phone

**From:** Devine, Timothy
**Sent:** 5/2/2012 10:46 PM
**To:** Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; Ruckdaschel, John; 'glee@mofo.com'; 'jlevitt@mofo.com'; Zellmann, Patty - MN
**Subject:** Fw: Meeting Tomorrow?

Jamie: please work with Patty and brad Smith to get good comprehensive list of Franklin's clients for nda. I will let him know he'll hear from you.

All: I would prefer to push Tal off to Monday if that's ok for you all. I know Friday is not workable so if we have to we can squeeze in a phone call tomorrow before KP steering committee.

Thanks again to the team for terrific presentation - again.

Tim



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00049016

**From:** Talcott J. Franklin <Tal@talcottfranklin.com>
**To:** Devine, Timothy; Paul Snyder <paul@talcottfranklin.com>; Jerry Phelps <Jerry@talcottfranklin.com>
**Sent:** Wed May 02 19:58:09 2012
**Subject:** Re: Meeting Tomorrow?

Tim:
Please reply all with the NDA. On meeting, are we talking in person or by phone? In person I can meet on Friday. Tomorrow I am in trial but could talk after 5, if that doesn't work, Paul and/or Jerry can handle it for me. In any event, we do want to meet.
Tal

---

**From:** "Devine, Timothy" <Timothy.Devine@ally.com>
**Date:** Wed, 2 May 2012 12:32:26 -0500
**To:** Talcott Franklin <tal@talcottfranklin.com>
**Subject:** Meeting Tomorrow?

Tal: sorry for quiet period -- we're swamped -- do you have time to meet tomorrow, along the lines you and I previously discussed? We can share current status of the potential filing, various outcomes through the "waterfall" depending on different potential scenarios.

If so, we'll send you an nda. I can talk later this evening.

If tomorrow doesn't work, how does Monday midday look?

Thanks Tal.

Tim
Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                             RC-9019_00049017