# Exhibit 14

Outlook E-mail

**From:** Hamzehpour, Tammy
**Sent:** 4/23/2012 8:54:01 PM
**To:** Devine, Timothy
**Subject:** RE: Prep for KP





CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                    RC-9019_00061443