# Exhibit 15

Pg 2 of 3

Outlook E-mail

**From:** Devine, Timothy
**Sent:** 5/6/2012 6:56:32 PM
**To:** 'mark.renzi@FTIConsulting.com'; Cancelliere, Jeff - PA
**Cc:** 'glee@mofo.com'; 'william.nolan@FTIConsulting.com'; Ruckdaschel, John
**Subject:** Re: Help with waterfall before 8 pm if possible

CONFIDENTIAL – PROFESSIONALS' EYES ONLY RC-9019_00060880

Pg 3 of 3

CONFIDENTIAL – PROFESSIONALS' EYES ONLY RC-9019_00060881