# Exhibit 16

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

GMAC ResCap
Discussion Materials
For Settlement Purposes Only – Subject to FRE 408
May 7, 2012

CENTERVIEW PARTNERS

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

RC-9019_00093296



Pg 3 of 10

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093297



Pg 4 of 10

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093298



Pg 5 of 10

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093299



Pg 6 of 10

CONFIDENTIAL - PROFESSIONAL EYES' ONLY RC-9019_00093300



Pg 7 of 10

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093301



Pg 8 of 10

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093302

Pg 9 of 10

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093303



Pg 10 of 10

CONFIDENTIAL - PROFESSIONAL EYES' ONLY RC-9019_00093304