# Exhibit 17

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

In Re:                                      Case No:

RESIDENTIAL CAPITAL, LLC, et. al,           12-12020(MG)

    Debtors.

-----------------------------------x

VIDEOTAPE DEPOSITION OF JEFFREY CANCELLIERI

New York, New York

November 14, 2012

2:03 p.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27647-B

2

```
 1
 2
 3
 4                      November 14, 2012
 5                      2:03 p.m.
 6
 7
 8              Deposition of JEFFREY
 9       CANCELLIERI, held at the offices of
10       Kramer, Levin, Naftalis & Frankel,
11       1177 Avenue of the Americas, New York,
12       New York, pursuant to Notice, before
13       Erica L. Ruggieri, Registered
14       Professional Reporter and Notary
15       Public of the State of New York.
16
17
18
19
20
21
22
23
24
25
```

196

JEFF CANCELLIERI





197

1                      JEFF CANCELLIERI