# Exhibit 19

| | |
|---|---|
| **From:** | Devine, Timothy |
| **Sent:** | 5/8/2012 4:14:00 PM |
| **To:** | Ruckdaschel, John |
| **Subject:** | RE: They're crazy |

We need a way to require KP to act to max extent of investors' capability. I don't think I understand what it means they "can't" indemnify.

We have to be careful – by current arrangement, KP gets an allowed claim, a fixed number, even if the Plan is not approved. We need to make sure that the trustees end up acting to approve and support the Plan.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Ruckdaschel, John
**Sent:** Tuesday, May 08, 2012 3:58 PM
**To:** Devine, Timothy
**Subject:** They're crazy

We have five trustees who are all equally incompetent and cheap. That's a lot of unpaid cooks in the kitchen.

Confidential

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                    RC-9019_00060931