# Exhibit 22

Outlook E-mail

**From:** Lee, Gary S.
**Sent:** 5/9/2012 2:38:44 PM
**To:** John Mack (john_e_mack@msn.com); Jonathan Ilany (jonathan@ilany.net); Pamela West (alemapew45@bellsouth.net); Abreu, Steve - PA; Ted Smith (efs345@gmail.com); Whitlinger, Jim - PA; Marano, Tom
**Cc:** Hamzehpour, Tammy; Evans, Nilene R.; Tanenbaum, James R.; Nashelsky, Larren M.; Joe Moldovan (jmoldovan@morrisoncohen.com); Jack Levy (jlevy@morrisoncohen.com); David Lerner (dlerner@morrisoncohen.com); Connolly, Michael
**Subject:** Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET) - privileged and confidential attorney-client communication
**Attachments** 0804_001.pdf



---

**From:** Ellenburg, April A. [mailto:april.ellenburg@ally.com]
**Sent:** Wednesday, May 09, 2012 2:08 PM
**To:** John Mack (john_e_mack@msn.com); Jonathan Ilany (jonathan@ilany.net); Pamela West (alemapew45@bellsouth.net); Abreu, Steve - PA; Ted Smith (efs345@gmail.com); Whitlinger, Jim - PA; Marano, Tom
**Cc:** Hamzehpour, Tammy; Evans, Nilene R.; Tanenbaum, James R.; Nashelsky, Larren M.; Lee, Gary S.; Joe Moldovan (jmoldovan@morrisoncohen.com); Jack Levy (jlevy@morrisoncohen.com); David Lerner (dlerner@morrisoncohen.com); Connolly, Michael; Grzeskiewicz, Terry - PA; Klepchick, Dottie - PA; Shank, Jennifer - PA; Dillard, Thalia; Dicicco, Donna; Quenneville, Cathy L.; Skover, Katherine M.; Taylor, Barbara N.
**Subject:** Meeting Notice - ResCap Board Meeting, May 9, 2012, 3:00 pm (ET)
**Importance:** High





CONFIDENTIAL – PROFESSIONALS' EYES ONLY          RC-9019_00093180



CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                RC-9019_00093181



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093182



CONFIDENTIAL – PROFESSIONALS' EYES ONLY