# <u>Exhibit 23</u>



CONFIDENTIAL - PROFESSIONALS' EYES ONLY   Confidential   RC-9019_00054006



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

Confidential

RC-9019_00054007