# Exhibit 24



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054008



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

Confidential

RC-9019_00054009



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054010

Confidential



CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential    RC-9019_00054011

Confidential



CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential    RC-9019_00054012

Confidential



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

Confidential



Confidential

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00054014

Confidential



CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential

Confidential

CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054016

Confidential



CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential    RC-9019_00054017

Confidential



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

Confidential

Confidential



CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential    RC-9019_00054019

Confidential



Confidential

CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054020

Confidential



Confidential

CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054021

Confidential



Confidential

CONFIDENTIAL - PROFESSIONALS' EYES ONLY