# Exhibit 25

Outlook E-mail

**From:** Princi, Anthony
**Sent:** 8/15/2012 9:18:19 PM
**To:** Lee, Gary S.; john_e_mack@msn.com; jonathan@ilany.net; alemapew45@bellsouth.net; efs345@gmail.com; Abreu, Steve - PA; Whitlinger, Jim - PA; Marano, Tom; jmoidovan@morrisoncohen.com; mconnolly@morrisoncohen.com; Hamzehpour, Tammy
**Cc:** Tanenbaum, James R.; Goren, Todd M.
**Subject:** Re: RMBS Settlement Update

----- Original Message -----
From: Lee, Gary S.
Sent: Wednesday, August 15, 2012 07:00 PM
To: 'john_e_mack@msn.com' ; 'jonathan@ilany.net' ; 'alemapew45@bellsouth.net' ; 'efs345@gmail.com' ; 'Steve.abreu@gmacrescap.com' ; 'jim.whitlinger@gmacrescap.com' ; 'tom.marano@ally.com' ; 'jmoldovan@morrisoncohen.com' ; 'mconnolly@morrisoncohen.com' ; 'tammy.hamzehpour@gmacrescap.com'
Cc: Tanenbaum, James R.; Goren, Todd M.
Subject: RMBS Settlement Update



Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com



To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                    RC-9019_00093188

For Information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any Information contained In the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00093189