**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re:                                                        :       Chapter 11
                                                              :
Residential Capital, LLC, <u>et</u> <u>al.</u>,               :       Case No. 12-12020 (MG)
                                                              :
                      Debtors.                                :       Jointly Administered
                                                              :

------------------------------------------------------------ x

**DECLARATION OF KENNETH H. ECKSTEIN IN SUPPORT**
**OF OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**TO THE DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR**
**APPROVAL OF THE RMBS TRUST SETTLEMENT AGREEMENTS**

I, Kenneth H. Eckstein, hereby declare, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge, information and belief:

1.      I am counsel to the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases (the "Chapter 11 Cases") of the above captioned debtors and debtors-in-possession (collectively, the "Debtors"). I make this declaration (the "Declaration") in support of the Committee's Objection dated December 3, 2012 (the "Objection") to the Debtors' motion (as supplemented, the "9019 Motion") [Dkt. Nos. 320, 1176, 1887] for approval of a proposed settlement (the "RMBS Trust Settlement" or the "Settlement").

2.      Attached to my Declaration are the following Exhibits referenced in the Committee's Objection:

| Exhibit A | Excerpts from Transcript of Proceedings, *In re: Residential Capital, LLC, et al.,* Case No. 12-12020 (MG), dated October 10, 2012. |
|---|---|
| Exhibit B | Excerpts from Deposition Transcript of Jeffrey Cancelliere, dated November 14, 2012. |

| Exhibit C | Fortace Analysis: PLS Demand Data Summary [Bates No. RC-9019_00045459] (Expert Exhibit 7, marked during the deposition of Frank Sillman, November 20, 2012). |
|---|---|
| Exhibit D | Excerpts from Deposition Transcript of Frank Sillman, dated November 20, 2012. |
| Exhibit E | Excerpts from Deposition Transcript of Thomas Marano, dated November 12, 2012. |
| Exhibit F | Email from William Solomon dated October 19, 2011 attaching Letter from Kathy Patrick dated October 17, 2011 [Bates Nos. ALLY_0212895 – ALLY_0212899] (Exhibit 48, marked during the deposition of Thomas Marano, November 12, 2012). |
| Exhibit G | Letter from William Solomon to Kathy Patrick dated October 21, 2011 [Bates No. RC-9019_00048954] (Exhibit 121, marked during the deposition of Timothy Devine, November 19, 2012). |
| Exhibit H | Email from William Solomon dated October 26, 2011 attaching Letter from Kathy Patrick dated October 25, 2011 [Bates Nos. ALLY_PEO_0042786- ALLY_PEO_0042787] (Exhibit 51, marked during the deposition of Thomas Marano, November 12, 2012). |
| Exhibit I | Excerpts from Deposition Transcript of Tammy Hamzehpour, dated November 13, 2012. |
| Exhibit J | Excerpts from Deposition Transcript of Timothy Devine, dated November 19, 2012. |
| Exhibit K | Excerpts from Transcript of Proceedings, *In re: Residential Capital, LLC, et al.,* Case No. 12-12020 (MG), dated October 4, 2012. |
| Exhibit L | Email from Timothy Devine to Gary Lee and Tammy Hamzehpour dated April 17, 2012 [Bates No. RC-9019_00048956] (Exhibit 76 marked during the deposition of Tammy Hamzehpour, November 13, 2012). |

| Exhibit M | Email from Tammy Hamzehpour to Timothy Devine, dated April 23, 2012 [Bates No. RC-9019_00061443] (Exhibit 79 marked during the deposition of Tammy Hamzehpour, November 13, 2012). |
|---|---|
| Exhibit N | Excerpts from Deposition of John Ruckdaschel, dated November 8, 2012. |
| Exhibit O | Email chain between Jeff Cancelliere, Timothy Devine, Tammy Hamzehpour, John Ruckdaschel and others, dated May 7, 2012 [Bates Nos. RC-9019_00049157 – RC-9019_00049159]  (Exhibit 41, marked during the deposition of John Ruckdaschel, November 8, 2012). |
| Exhibit P | Email from Timothy Devine to Gary Lee dated May 9, 2012 [Bates No. RC-9019_00049196] (Exhibit 147, marked during the deposition of Timothy Devine, November 19, 2012). |
| Exhibit Q | Email from Noah Ornstein, dated May 12, 2012 [Bates No. RC-9019 00050446]. |
| Exhibit R | Email from Timothy Devine dated May 12, 2012 [Bates No. RC-9019_00050455] (Exhibit 154, marked during the deposition of Timothy Devine, November 19, 2012). |
| Exhibit S | Form 10-Q for Ally Financial Inc., dated March 27, 2012 (Exhibit 93, marked during the deposition of John Mack, November 14, 2012). |
| Exhibit T | Email chain between Jamie Levitt, Timothy Devine, Gary Lee and others dated May 10, 2012 [Bates Nos. RC-9019_00049486 – RC-9019_00049491] (Exhibit 151, marked during the deposition of Timothy Devine, November 19, 2012). |
| Exhibit U | Memo, Agenda and Presentation to the Residential Capital, LLC Audit Committee, dated May 1, 2012 [Bates Nos. RC40022273 – RC40022367] (Exhibit 55, marked during the deposition of Thomas Marano, November 12, 2012). |
| Exhibit V | Excerpts from Deposition of John Mack, dated November 14, 2012. |

| | |
|---|---|
| Exhibit W | Email from Dan Soto to Jeff Brown dated May 8, 2012 [Bates Nos. ALLY_0141967 – ALLY_0141968] (Exhibit 105, marked during the deposition of John Mack, November 14, 2012). |
| Exhibit X | Excerpts from Deposition of James Whitlinger, dated November 15, 2012. |
| Exhibit Y | Email from Gary Lee attaching presentation materials for Residential Capital, LLC Board Meeting, dated May 9, 2012 [Bates Nos. RC-9019_00093180 –  RC-9019_00093183] (Exhibit 60, marked during the deposition of Thomas Marano, November 12, 2012). |
| Exhibit Z | Excerpts from Deposition of Jeffrey A. Lipps, November 19, 2012. |
| Exhibit AA | Prospectus for Residential Funding Company, LLC, dated April 6, 2007. |
| Exhibit BB | Minutes of a Special Meeting of the Board of Directors of Residential Capital, LLC, dated May 9, 2012 [Bates Nos. RC-9019_00054006 – RC-9019_00054007] (Exhibit 61, marked during the deposition of Thomas Marano, November 12, 2012). |

Dated: New York, New York
        December 3, 2012

                                    /s/ Kenneth H. Eckstein
                                   Kenneth H. Eckstein