# EXHIBIT C

**Fortace Analysis**
**PLS Demand Data - Summary**



