# EXHIBIT G



William B. Solomon, Jr.
Group Vice President and General Counsel

October 21, 2011

<u>Via Federal Express</u>

Kathy Patrick, Esq.
Gibbs & Bruns LLP
1100 Louisiana
Suite 5300
Houston, TX 77002

Dear Ms. Patrick:

I am in receipt of your October 17, 2011 letter. None of the transactions that you describe in your letter involved Ally Financial Inc., so it would be inappropriate to engage you on the issues.

For your information, the General Counsel of Residential Funding Corporation and GMAC Mortgage is Tammy Hamzehpour, whose address is 1100 Virginia Drive, Fort Washington, Pennsylvania 19034.

Sincerely,

*[signature]*



200 Renaissance Center   Mail Code: 482-B09-B11   Detroit, MI 48265
Phone: 313-656-6128   Fax: 313-656-6124   E-mail: william.b.solomon@ally.com

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                    RC-9019_00048954