# EXHIBIT H

| | |
|---|---|
| **From:** | Solomon, William Legal |
| **Sent:** | Wednesday, October 26, 2011 7:48 PM |
| **To:** | Carpenter, Michael; Yastine, Barbara; Marano, Tom; Brown, Jeff; Pinkston, Corey; Mackey, Jim; Devine, Timothy; Hamzehpour, Tammy |
| **Cc:** | Hagens, David; Ruckdaschel, John |
| **Subject:** | PLS Claimant -- PRIVILEGED AND CONFIDENTIAL |

Attached please find the response from attorney Kathy Patrick in reply to my reply to her original letter. The issues are beginning to crystallize. I do not intend answering.



Confidential

ALLY_PEO_0042786



Kathy D. Patrick
kpatrick@gibbsbruns.com
713.751.5253

October 25, 2011

<u>Via Federal Express</u>

William B. Solomon, Jr., Esq.
    General Counsel
Ally Financial Inc.
200 Renaissance Center
Detroit, Michigan 48265

Dear Mr. Solomon:

    I am in receipt of your October 21st, 2011 letter. As you know, Ally Financial Inc. ("Ally") is the parent and 100% owner of GMAC Mortgage Group, Inc. ("GMACM"). Residential Capital, LLC ("ResCap"), in turn, is a wholly-owned subsidiary of GMACM. ResCap is the direct or indirect parent of the parties to the pooling and servicing agreements at issue, including GMAC Mortgage and Residential Funding, to which you referred in your letter.

    In response to your suggestion, I will forward my October 17th, 2011 letter to Ms. Hamzehpour, who appears to be the General Counsel of Ally's Mortgage Operations, as well as the General Counsel of ResCap.

    Our clients do not, however, accept your assertion that Ally Financial Inc. does not ultimately bear the liability associated with the repurchase and servicing claims described in my October 17th letter. Ally does.

Very truly yours,

*Kathy Patrick*