# EXHIBIT O

**Outlook E-mail**                                    Confidential

**From:**      Cancelliere, Jeff - PA
**Sent:**      5/7/2012 11:29:28 PM
**To:**        Devine, Timothy; 'mark.renzi@FTIConsulting.com'; Lee, Gary S.; Hamzehpour, Tammy; 'rcieri@kirkland.com';
'rschrock@kirkland.com'; Thompson, William - Legal Dept - PA; Delehey, Lauren - PA; Ruckdaschel, John
**Cc:**        Nashelsky, Larren M.; 'william.nolan@FTIConsulting.com'
**Subject:**   RE: KP

EXHIBIT
9019-41
1/18/12

**From:** Devine, Timothy
**Sent:** Monday, May 07, 2012 10:14 PM
**To:** 'mark.renzi@FTIConsulting.com'; 'glee@mofo.com'; Hamzehpour, Tammy; 'rcieri@kirkland.com'; 'rschrock@kirkland.com';
Cancelliere, Jeff - PA; Thompson, William - Legal Dept - PA; Delehey, Lauren - PA; Ruckdaschel, John

**Cc:** 'LNashelsky@mofo.com'; 'william.nolan@FTIConsulting.com'
**Subject:** Re: KP



**From:** Renzi, Mark <mark.renzi@FTIConsulting.com>
**To:** glee@mofo.com <glee@mofo.com>; Devine, Timothy; Hamzehpour, Tammy; rcieri@kirkland.com <rcieri@kirkland.com>; rschrock@kirkland.com <rschrock@kirkland.com>; Cancelliere, Jeff - PA; Thompson, William - Legal Dept - PA; Delehey, Lauren - PA; Ruckdaschel, John
**Cc:** LNashelsky@mofo.com <LNashelsky@mofo.com>; Nolan, William <william.nolan@FTIConsulting.com>
**Sent:** Mon May 07 21:13:52 2012
**Subject:** Re: KP



**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Monday, May 07, 2012 09:08 PM
**To:** Timothy.Devine@ally.com <Timothy.Devine@ally.com>; Tammy.Hamzehpour@gmacrescap.com <Tammy.Hamzehpour@gmacrescap.com>; rcieri@kirkland.com <rcieri@kirkland.com>; rschrock@kirkland.com <rschrock@kirkland.com>; jeff.cancelliere@gmacrescap.com <jeff.cancelliere@gmacrescap.com>; Renzi, Mark; William.Thompson@ally.com <William.Thompson@ally.com>; lauren.delehey@ally.com <lauren.delehey@ally.com>; john.ruckdaschel@ally.com <john.ruckdaschel@ally.com>
**Cc:** Nashelsky, Larren M. <LNashelsky@mofo.com>; Lee, Gary S. <GLee@mofo.com>
**Subject:** KP

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042

CONFIDENTIAL – PROFESSIONALS' EYES ONLY          RC-9019_00049158

F. 212.468.7900                                  Confidential
glee@mofo.com

--------------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any
advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments),
such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under
the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or
authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information
contained in the message. If you have received the message in error, please advise the sender by reply e-mail
@mofo.com, and delete the message.

--------------------------------------------------------------------------

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and
then delete this copy and the reply from your system. Thank you for your cooperation.