# EXHIBIT Q

Outlook E-mail

**From:** Ornstein, Noah
**Sent:** 5/12/2012 10:46:20 AM
**To:** Levitt, Jamie A.; Princi, Anthony; Lee, Gary S.
**Cc:** Newton, James A.; Clark, Daniel E.; Schrock, Ray C.; Cieri, Richard M.
**Subject:** KP Settlement Agreement - Ally Release - Subject to FRE 408

---

All, two comments, the second more substantive:

1. Please add "arising under law or equity" to the long list of types of claims released.
2. Spoke with T. Devine this morning. He is adamant that Ally get a release from Trusts in the settlement agreement. Notwithstanding that Ally is not a party to that agreement, I think we can get there. Consider a third party beneficiary provision running to Ally that is a full release of Ally upon the Effective Date. I'm in MoFo's offices if you want to discuss or on my cell 646.338.1620.

Regarding the third party release of securities related claims, understand that the signatories will have an issue granting that, but it would, as discussed with Ropes, be required under the Trusts' support obligations.


All parties' rights preserved.

Noah J. Ornstein
Kirkland & Ellis LLP
300 North LaSalle | Chicago, IL 60654
p. (312) 862-2122 | f. (312) 862-2200


***********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00050446