Hearing Date: April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF DEADLINE TO FILE INTERIM APPLICATIONS FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD BETWEEN SEPTEMBER 1, 2012 AND DECEMBER 31, 2012**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 797], the deadline for professionals to file interim applications (together, the "Applications") for allowance of compensation and reimbursement of expenses for the period between September 1, 2012, through and including December 31, 2012, is **March 14, 2013**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Applications will be held on **April 11, 2013 at 10:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

1

ny-1076211

**PLEASE TAKE FURTHER NOTICE** that objections to any Application shall be due no later than **March 25, 2013 at 4:00 p.m. (ET)**.  Any reply by an applicant shall be filed by **April 9, 2013 at 12:00 p.m. (ET)**.

Dated:  February 4, 2013
       New York, New York

    /s/ Lorenzo Marinuzzi
    Gary S. Lee
    Lorenzo Marinuzzi
    Erica J. Richards
    MORRISON & FOERSTER LLP
    1290 Avenue of the Americas
    New York, New York 10104
    Telephone: (212) 468-8000
    Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*