**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]                        :    Case No. 12-12020 (MG)
                                                                 :
                                                                 :
                                                                 :    (Jointly Administered)
              **Debtors.**                                       :
-----------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On January 31, 2013, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the parties on the service list attached hereto as **Exhibit A**:

- **Motion Pursuant to Fed. R. Bankr. P. 9006 and Local Bankruptcy Rules 9006-1 and 9077 for Entry of an Order Shortening the Time for Notice of and Scheduling a Hearing to Consider the Debtors' Motions for Orders Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts** [Docket No. 2685]

- **Order Pursuant to Fed. R. Bankr. P. 90006 and Local Bankruptcy Rules 9006-1 and 9007 Shortening the Time for Notice of and Scheduling a Hearing to Consider the Debtors' Motions for Orders Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts** [Docket No. 2989]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **[Customized] Debtors' First Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts In Connection with the Sale of the Debtors' Platform Assets; Hearing to be Held on January 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)** [Docket No. 2686]

B. On January 31, 2013, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the parties on the service list attached hereto as **Exhibit B**:

- **Motion Pursuant to Fed. R. Bankr. P. 9006 and Local Bankruptcy Rules 9006-1 and 9077 for Entry of an Order Shortening the Time for Notice of and Scheduling a Hearing to Consider the Debtors' Motions for Orders Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts** [Docket No. 2685]

- **Order Pursuant to Fed. R. Bankr. P. 90006 and Local Bankruptcy Rules 9006-1 and 9007 Shortening the Time for Notice of and Scheduling a Hearing to Consider the Debtors' Motions for Orders Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts** [Docket No. 2989]

- **[Customized] Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts In Connection with the Sale of the Debtors' Platform Assets or the Sale of the Debtors' Whole Loan Assets; Hearing to be Held on January 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)** [Docket No. 2688]

Dated: February 5, 2013

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th of February, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

2

# EXHIBIT A

Exhibit A
Served via Overnight Mail

| Counterparty | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|
| CIFG Assurance North America | 850 Third Ave, 10th Floor | | New York | NY | 10022 |
| Dialogue Marketing | 300 E Big Beaver Rd #400 | | Troy | MI | 48083 |
| Dow Jones | 1155 Avenue Of The Americas | | New York | NY | 10036 |
| Family Life Insurance Company | 10777 Northwest Freeway | | Houston | TX | 77092 |
| First UNUM LIFE INSURANCE CO | 2211 Congress St | | Portland | OR | 04122- |
| MERS | 1818 Library St Ste 300 | | Reston | VA | 20190 |
| Trilegiant Corporation | 6 High Ridge Park | | Stamford | CT | 06905- |

# EXHIBIT B

Exhibit B
Served via Overnight Mail

| Counterparty | Address1 | City | State | Zip Code |
|---|---|---|---|---|
| Thomson Reuters | 3 Times Square | New York | NY | 10036 |