**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER APPROVING AMENDMENT TO ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a), 327, AND 330 AND BANKRUPTCY RULE 2014 AUTHORIZING EMPLOYMENT AND PAYMENT OF PROFESSIONALS UTILIZED IN ORDINARY COURSE OF BUSINESS *NUNC PRO TUNC* TO THE PETITION DATE**

The Court having previously entered the *Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business Nunc Pro Tunc to the Petition Date* [Docket No. 799] (the "**OCP Order**"); and upon consideration of the amended OCP Payment Limit[1] (the "**Amendment**"); and the Office of the United States Trustee having no objection to the Amendment; and due and proper notice of the Amendment having been provided, and no other or further notice need be provided, notwithstanding that the Amendment was made by notice of presentment rather than by motion; and after due deliberation and sufficient cause appearing therefor;

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Amendment is APPROVED, as set forth herein.

2. Paragraph 3(c) of the OCP Order, which specifies the OCP Payment Limit, is amended and replaced with the following provision:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

      (c) After the retention of an OCP has been approved in accordance with paragraph (b), the Debtors shall be permitted to pay the OCP, without a prior application to the Court, 100% of the fees and disbursements incurred, upon the submission to, and approval by, the Debtors of an appropriate invoice setting forth in reasonable detail the nature of the services rendered and disbursements actually incurred, up to the lesser of (i)(A) $50,000 per month per OCP for the period between the Petition Date and August 31, 2012, or (B) $75,000 per month per OCP for the period commencing on September 1, 2012, up to and including the effective date of a confirmed plan in the Debtors' bankruptcy cases (an "**OCP Monthly Limit**") or (ii) $1,000,000 per OCP during the pendency of these Chapter 11 cases (up to and including the effective date of a confirmed plan) (an "**OCP Case Limit**" and, together with an OCP Monthly Limit, an "**OCP Payment Limit**").  In the event that, for a given month, an OCP seeks an amount greater than its OCP Monthly Limit, then such OCP shall be required to file a fee application with respect to such month for the full amount of its fees and expenses in accordance with sections 330 and 331 of the Bankruptcy Code, as well as the applicable provisions of the Bankruptcy Rules and the Local Rules; provided, however, that the Debtors may pay such professional up to the amount of the applicable OCP Monthly Limit as provided hereunder while such application is pending with the Court.  In the event an OCP reaches the OCP Case Limit, the OCP will file a retention application pursuant to section 327 of the Bankruptcy Code.

3.     This Order shall supplement and amend the OCP Order, and the OCP Order, as so supplemented and amended, shall continue in full force and effect.

4.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

NO OBJECTION:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Brian S. Masumoto
    Brian S. Masumoto
    Michael Driscoll
    Trial Attorneys
    33 Whitehall Street, 21st Floor
    New York, New York 10004
    Tel. No. (212) 510-0500

Dated: February 7, 2013
       New York, New York

                                                              /s/Martin Glenn
                                                              MARTIN GLENN
                                                United States Bankruptcy Judge