**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

**ORDER UNDER 11 U.S.C. §§ 105(a) AND 365(a) AND (f), FED. R. BANKR. P. 6006 AND 9014 AND LOCAL BANKRUPTCY RULE 6006-1 AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

Upon the motion (the "Motion") of the Debtors[1] for entry of an order (the "Order"), pursuant to sections 105(a) and 365(a) and (f), of title 11 of the United States Code, as amended (the "Bankruptcy Code") and rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the assumption and assignment of the contracts identified on Exhibit 1 annexed hereto (the "Executory Contracts") as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Declarations of David Haggert, Erik Ferguson, and Matthew Detwiler in support of the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

necessary; and the legal and factual bases set forth in the Motion establish just and sufficient cause to grant the requested relief herein; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND, DETERMINED, AND ORDERED THAT:

1.  The Motion is GRANTED.

2.  Pursuant to Sections 365(a) and (f) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the Debtors' assumption and assignment of the Executory Contracts identified on Exhibit 1 annexed hereto is approved.

3.  The assumption and assignment of any Executory Contracts is subject to the Debtors' right to remove any Executory Contract from Exhibit 1, no later than two business days prior to the Closing Date (the "Contract Designation Deadline"), in which case the Executory Contract shall cease to be an Executory Contract,. The counterparty to such removed Executory Contract shall be promptly furnished with notice of such removal.

4.  Removal of any Executory Contract on or before the Contract Designation Deadline will not constitute a rejection of such Executory Contract and neither the Debtors nor Ocwen will be liable for rejection damages.

5.  The assumption and assignment of any Executory Contract not removed by the Debtors as of the Contract Designation Deadline shall be effective as of the Closing Date of the Platform Sale.

6.  The assumption and assignment of any Executory Contract on the Closing Date shall be subject to and governed by the terms of the *Order Under 11 U.S.C. §§ 105, 363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of*

*Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief* [Docket No. 2246].

7. The Debtors are hereby authorized to execute and deliver all instruments and documents, and take all other actions, as may be necessary or appropriate to implement and effectuate the relief granted in this Order.

8. California Housing Financing Authority ("CalHFA") shall consider the completed Application to Service Existing CalHFA Loans submitted by Ocwen Loan Servicing, LLC ("Ocwen") and the CalHFA Contract may be assumed and assigned to Ocwen only after CalHFA approves Ocwen as a servicer.

9. The RMBS Trustees[2] shall retain their rights to file a cure claim as set forth in paragraph 22 of the Sale Order and this Order shall not affect or fix the amount of any cure claims with respect to the agreements listed on Exhibit 1 to this Order to which any RMBS Trustee is a party.

10. Entry of this Order is without prejudice to the rights of the Debtors, including, but not limited to, the right to seek further, other, or different relief regarding the Debtors' executory contracts and unexpired leases pursuant to, among other things, section 365 of the Bankruptcy Code. Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall constitute, nor is it

---

[2] For purposes of this Order, "RMBS Trustees" shall include The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., Deutsche Bank Trust Company Americas, Deutsche Bank National Trust Company, U.S. Bank National Association and Wells Fargo Bank, N.A., solely in their respective capacities as trustees or indenture trustees for certain mortgage backed securities trusts.

intended to constitute: (i) an admission as to the validity or priority of any claim against the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim; or (iii) an assumption or adoption of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code.

11.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: February 7, 2013
       New York, New York

                                             /s/Martin Glenn
                                          MARTIN GLENN
                                    United States Bankruptcy Judge

## **Exhibit 1 to the Order**

Schedule of Executory Contracts

| Debtor Entity | Supplier/Counterparty | Contract Description | Cure Amount | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage Group, LLC | Aegon | Mortgage Insurance Agreement 12/15/97 and all amendments thereto | $0.00 | 2700 West Plano Parkway | Plano | TX | 75075-8200 |
| GMAC Mortgage Group, LLC | Aegon | Confidentiality Agreement 11/3/97 | $0.00 | 2700 West Plano Parkway | Plano | TX | 75075-8200 |
| GMAC Mortgage Group, LLC | American Home Shield | Third-Party Marketing Agreement 11/12/01 and all adenda thereto | $0.00 | 889 Ridge Lake Boulevard | Memphis | TN | 38120 |
| GMAC Mortgage Group, LLC | American Home Shield | Confidentiality Agreement 6/29/01 | $0.00 | 889 Ridge Lake Boulevard | Memphis | TN | 38120 |
| GMAC Mortgage Group, LLC | Assurant Specialty Property | Confidentiality and Non-Disclosure and Joint Marketing Agreement 6/1/06 | $0.00 | 11222 Quail Roost Dr | Miami | FL | 33157 |
| GMAC Mortgage Group, LLC | Assurant Specialty Property | Confidentiality Agreement 2/9/05 | $0.00 | 11222 Quail Roost Dr | Miami | FL | 33157 |
| GMAC Mortgage Group, LLC | Assurant Specialty Property | Program Services Agreement 6/1/06 and amendments and addenda thereto | $0.00 | 11222 Quail Roost Dr | Miami | FL | 33157 |
| Residential Funding Corporation | Bayview Financial, L.P. | Marketing Agreement 5/9/98 and Addendum One 8/14/98 | $0.00 | 4425 Ponce De Leon Blvd | Coral Gables | FL | 33146 |
| Residential Funding Corporation | Bayview Financial, L.P. | Consent to Assignment of Affinity Marketing Agreement | $0.00 | 4425 Ponce De Leon Blvd | Coral Gables | FL | 33146 |
| Homecomings Financial Network, I | Chartered Benefit Services Inc | Agreement for Administrative Services | $0.00 | 315 W University Drive | Arlington Heights | IL | 6004 |
| Homecomings Financial Network, I | Chartered Benefit Services Inc | Marketing Agreement and amendments thereto | $0.00 | 315 W University Drive | Arlington Heights | IL | 6004 |
| Homecomings Financial Network, I | Chartered Benefit Services Inc | Amendments to Service Fee Agreement | $0.00 | 315 W University Drive | Arlington Heights | IL | 6004 |
| GMAC Mortgage, LLC | Econocheck Corporation | Administrative Agreement to make insurance available 5/30/99, and addenda thereto | $0.00 | 3 Gresham Landing | Stockbridge | GA | 30281 |
| GMAC Mortgage, LLC | Econocheck Corporation | Letter re marketing to GM customers | $0.00 | 3 Gresham Landing | Stockbridge | GA | 30281 |
| Homecomings Financial Network, I | Family Life Insurance Company | Collection Agreement | $0.00 | 2101 4th Ave Suite 700 | Seattle | WA | 98121 |
| Homecomings Financial Network, I | Family Life Insurance Company | Confidentiality Agreement | $0.00 | 2101 4th Ave Suite 700 | Seattle | WA | 98121 |
| Homecomings Financial Network, I | Family Life Insurance Company | Third Party Marketing Agreement | $0.00 | 2101 4th Ave Suite 700 | Seattle | WA | 98121 |
| GMAC Insurance Mgmt Co | First UNUM LIFE INSURANCE CO | Disability Benefits Insurance Policy and amendments thereto | $0.00 | 2101 4th Ave Suite 700 | Seattle | WA | 98121 |
| GMAC Mortgage Corp | HOMESITEs Group Inc | Agency Agreement and amendments thereto | $0.00 | 99 Bedford Street | Boston | MA | 02111-2217 |
| GMAC Mortgage Corp | HOMESITEs Group Inc | Marketing Agreement and amendments thereto | $0.00 | 99 Bedford Street | Boston | MA | 02111-2217 |
| GMAC Mortgage, LLC | Liberty Life Insurance Company | Specialized Marketing Optional Insurance Agreement and amendments thereto | $0.00 | 2000 Wade Hampton Blvd | Greenville | SC | 29615-1064 |
| Homecomings Financial Network, I | Liberty Life Insurance Company | GLBA Agreement | $0.00 | 2000 Wade Hampton Blvd | Greenville | SC | 29615-1064 |
| GMAC Mortgage Corp | Minnesota Life | Administrative Agreement for insurance plans | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| GMAC Mortgage Corp | Minnesota Life | Customer Lead Agreement | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| GMAC Mortgage Group, LLC | Mutual of Omaha | Confidentiality Agreement | $0.00 | Mutual of Omaha Plaza | Omaha | NE | 68175 |
| GMAC Mortgage Group, LLC | Mutual of Omaha | Retail Insurance Marketing Agreement | $0.00 | Mutual of Omaha Plaza | Omaha | NE | 68175 |
| GMAC Mortgage Group, LLC | National Union Fire Insurance Company | Agreement for marketing activities and amendment thereto | $0.00 | 70 Pine Street, Lbby 5 | New York | NY | 10270-0006 |
| GMAC Mortgage Corp | SECURIAN FINANCIAL NETWORK, INC. | Consumer Lead Agreement 7/22/96 | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| GMAC Mortgage Corp | SECURIAN Life Insurance Co | Amend to Marketing and/or Administration Agreement 7/1/07 | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |

Exhibit 1(a) -
Insurance Agreements

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage Corp | SECURIAN Life Insurance Co | Letter re Transfer Group Insurance Contracts 4/27/07 | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| GMAC Mortgage Corp | SECURIAN Life Insurance Co | Letter re termination and waiver agreement 4/5/05 | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| Homecomings Financial Network, In | The Douglas-Michaels Company, L.P. | Amend to Agreement (new entities) 3/8/07 and Amend 8 (marketing) 8/1/03 | $0.00 | 6564 Loisdale Court, Suit | Springfield | VA | 22150-1813 |
| GMAC Mortgage Group, LLC | Trilegiant Corporation | Agreement (Solicitation and Enrollment, Confidentiality, etc.) 7/01, and amendments thereto | $0.00 | 100 Connecticut Avenue | Norwalk | CT | 06850 |
| GMAC Mortgage Group, LLC | Trilegiant Corporation | Mutual Non-Disclosure Agreement TRI-14320 | $0.00 | 100 Connecticut Avenue | Norwalk | CT | 06850 |
| GMAC Mortgage Group, LLC | Trilegiant Corporation | Confidentiality Agreement | $0.00 | 100 Connecticut Avenue | Norwalk | CT | 06850 |
| GMAC Mortgage Group, LLC | WNC First Insurance Service | Marketing and Services Agreement 12/1/03 and amendments thereto | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| GMAC Mortgage Group, LLC | WNC First Insurance Service | Confidentiality, Non-Disclosure and Security Agreement 12/1/03 | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| Homecomings Financial Network, In | WNC First Insurance Service | Marketing and Services Agreement 4/1/03 | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| Homecomings Financial Network, In | WNC First Insurance Service | GLBA Agreement | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| Homecomings Financial Network, In | WNC First Insurance Service | Mutual Non-Disclosure Agreement WNC-13793 7/30/09 | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| GMAC Mortgage Group, LLC | WNC Insurance Service | Referral Services Agreement | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| Homecomings Financial Network, In | Liberty Life Insurance Company | Specialized Marketing Optional Insurance Agreement 3/1/97 and all amendments thereto | $0.00 | 2000 Wade Hampton Blv | Greenville | SC | 29615-1064 |
| Homecomings Financial Network, In | Liberty Life Insurance Company | Agreement to Comply with Gramm-Leach-Bliley Act Safeguards Rule 7/16/04 | $0.00 | 2000 Wade Hampton Blv | Greenville | SC | 29615-1064 |

| Debtor Entity | Supplier/Counterparty | Contract Description | Cure Amount | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Hope Loan Port | Participation Agreement and SoW | $0.00 | 1001 Pennsylvania Ave NW, Suite 500 | Washington | D.C. | 20004 |
| GMAC Mortgage, LLC | LoanServ (Fiserv) | Master Agreement and amendments thereto | $0.00 | 255 Fiserv Drive | Broofiled | WI | 53045 |
| GMAC Mortgage, LLC | MERS | MERS System Membership Agreement | $785.19 | Suite 350 | Mclean | VA | 22102 |
| GMAC Mortgage, LLC | Dialogue Marketing | project services agreement | $0.00 | 165 | Auburn Mills | MI | 48326 |
| GMAC Mortgage, LLC | Dialogue Marketing | telemarketing statement of work | $0.00 | 165 | Auburn Mills | MI | 48326 |
| GMAC Mortgage, LLC | HPF (Homeownership Preservation Foundation) | mortgage service network agreement and amendment | $0.00 | 530 East | Washington | DC | 20005 |
| GMAC Mortgage Corp | Paymap Inc. | Equity Accelerator Service Agreement and amendments thereto | $0.00 | 100 N Point St | San Francisco | CA | 94133-1545 |
| GMAC Mortgage Corp | Paymap Inc. | Confidentiality Agreement | $0.00 | 100 N Point St | San Francisco | CA | 94133-1545 |
| GMAC Mortgage, LLC | SUTHERLAND GLOBAL SERVICES, INC | Business Process Outsourcing Agreement | $0.00 | 1160 Pittsford-Victor Road | Pittsford | NY | 14534 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Confidentiality Agreement 1996 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | BiSaver Agreement 5/9/1997 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | BiSaver Software Agreement and all amendments and addenda thereto | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Equity Rewards Transfer Campaign Pricing Agreement Amend | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Assignment and Assumption, Consent and Amendment | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Confidentiality Agreement 7/26/02 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | Cross Country Motor Club | Marketing and Collections Agreement and Amendments thereto | $0.00 | 4040 Mystic Valley Parkway | Boston | MA | 02155 |
| GMAC Mortgage Corp | Dow Jones | Service Subscription Agreement | $0.00 | 200 Liberty Street | New York | NY | 10281 |
| GMAC Mortgage, LLC | National Default Servicing, LLC | SoW for Loss Mitigation Referrals | $0.00 | 500 South Broad Street | Meriden | CT | 06492 |
| GMAC Mortgage, LLC | Federal Bond Collection Services, Inc. | SoW 2008 | $0.00 | 2200 Byberry Road, Suite 12 | Hatboro | PA | 19040 |
| GMAC Mortgage, LLC | Venture Encoding Services, LLC | Amendment to Escrow Analysis Agreement | $0.00 | 4401 Cambridge Road | Fort Worth | TX | 76155 |
| GMAC Mortgage, LLC | QBE First Insurance Agency, Inc. | Master Services Agreement dated as of August 1, 2012, and all exhibits and amendments thereto[1] | $0.00 | 210 Interstate North Parkway | Atlanta | GA | 30339 |

Exhibit 1(c)
Servicing Agreements

| Debtor Entity | Contract Name | Contract Number | Shelf Short Name | Series ID | Account Name: Account Name | Cure Amount | Account Name: Billing Address | Trustee: Billing Address | Master Servicer: Account Name | |
|---|---|---|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | CIFG Recovery Agreement for AHM 2006-2 April 30, 2009 | 409 | | | CIFG Assurance North America | $0.00 | 825 3rd Avenue, New York NY 11022 | | | |
| GMAC Mortgage, LLC | Goldman Sachs Mortgage Co Master Repurchase Agreement May 14, 2010 | 1309 | | | Goldman Sachs Mortgage Company | $0.00 | 85 Broad Street, New York, NY 10080- | | | |
| GMAC Mortgage, LLC | Citibank, N.A. Master Repurchase Agreement May 14, 2010 | 1312 | | | Citibank, N.A. | $0.00 | 390 Greenwich Street,, New York, NY 10013 | | | |
| GMAC Mortgage, LLC | Citibank, N.A. Master Repurchase Agreement May 14, 2010 | 1414 | | | PIA Citi Repo | $0.00 | 9275 Sky Park Court, San Diego, CA 93275 | | | |
| GMAC Mortgage, LLC | Goldman Sachs Mortgage Master Repurchase Agreement May 14, 2010 | 1415 | | | PIA Goldman Repo | $0.00 | 9275 Sky Park Court, San Diego, CA 93275 | | | |
| GMAC Mortgage, LLC | California Housing Finance Agency Purchase & Servicing February 12, 2007 | 3512 | | | California Housing Finance Agency | $0.00 | P.O BOX 4034, Sacramento, CA 95812-4034 | | | |
| GMAC Mortgage, LLC | Century Bank Sale Servicing Agreement November 26, 2003 | 3531 | | 2003-PTWH29 | IBERIABANK | $0.00 | 1101 E Admiral Doyle Drive, New Iberia, LA 70563 | | Residential Funding Company, LLC | |
| GMAC Mortgage, Corp. | Celink Subservicing Agreement, September 15, 2005 | | | | Celink | $0.00 | 3900 Capital Building Boulevard Lansing, Michigan 48906 | | | |
| Residential Funding Company | NCMC Newco Inc Client Contract 2002* *The Debtors reserve their right to argue that this agreement was superseded in its entirety by "NCMC Newco Inc Client Contract 12-21-04" | | | | PNC Bank N.A. | $0.00 | 3232 Newmark Drive Mail Stop B6-YM14-01-7, Miamisburg, OH, 45342 | | | |