**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER UNDER 11 U.S.C. §§ 105(a) AND 365(a) AND (f), FED. R. BANKR. P. 6006 AND 9014 AND LOCAL BANKRUPTCY RULE 6006-1 AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

Upon the motion (the "<u>Motion</u>") of the Debtors[1] for entry of an order (the "<u>Order</u>"), pursuant to sections 105(a) and 365(a) and (f), of title 11 of the United States Code, as amended (the "<u>Bankruptcy Code</u>") and rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), authorizing the assumption and assignment of the contracts identified on <u>Exhibit 1</u> annexed hereto (the "<u>Executory Contracts</u>") as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Declaration of Matthew Detwiler in support of the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and it appearing that proper and adequate notice of the Motion

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

has been given and that no other or further notice is necessary; and the legal and factual bases set forth in the Motion establish just and sufficient cause to grant the requested relief herein; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND, DETERMINED, AND ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Sections 365(a) and (f) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the Debtors' assumption and assignment of the Executory Contracts identified on Exhibit 1 annexed hereto is approved.

3. The assumption and assignment of any Executory Contracts is subject to the Debtors' right to remove any Executory Contract from Exhibit 1, no later than two business days prior to the Closing Date (the "Contract Designation Deadline"), in which case the Executory Contract shall cease to be an Executory Contract,. The counterparty to such removed Executory Contract shall be promptly furnished with notice of such removal.

4. Removal of any Executory Contract on or before the Contract Designation Deadline will not constitute a rejection of such Executory Contract and neither the Debtors nor Ocwen will be liable for rejection damages.

5. The assumption and assignment of any Executory Contract not removed by the Debtors as of the Contract Designation Deadline shall be effective as of the Closing Date of the Platform Sale.

6. The assumption and assignment of any Executory Contract on the Closing Date shall be subject to and governed by the terms of the *Order Under 11 U.S.C. §§ 105,*

*363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief* [Docket No. 2246].

7. The Debtors are hereby authorized to execute and deliver all instruments and documents, and take all other actions, as may be necessary or appropriate to implement and effectuate the relief granted in this Order.

8. Entry of this Order is without prejudice to the rights of the Debtors, including, but not limited to, the right to seek further, other, or different relief regarding the Debtors' executory contracts and unexpired leases pursuant to, among other things, section 365 of the Bankruptcy Code.  Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall constitute, nor is it intended to constitute: (i) an admission as to the validity or priority of any claim against the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim; or (iii) an assumption or adoption of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: February 7, 2013
New York, New York

                                            **/s/Martin Glenn**
                                            MARTIN GLENN
                                 United States Bankruptcy Judge

## Exhibit 1 to the Order

Schedule of Executory Contracts

Servicing Agreements

| Debtor Entity | Contract Name | Series | Shelf | Counterparty | Cure Amount | Counterparty / Investor Address |
|---|---|---|---|---|---|---|
| Residential Funding Company | RAMP 2006-RS1 Pooling & Servicing Agreement (01-01-2006) | 2006-RS1 | RAMP | BNY Mellon | $0.00 | 525 William Penn Place, Pittsburgh, PA 15259-0001 |
| Residential Funding Company | RALI Standard Terms of Pooling and Servicing Agreement dated as of June 1, 2007 | RALI | RALI | Deutsche Bank | $0.00 | 1761 E. St. Andrew Place, Santa Ana, CA 92705-4934 |
| Residential Funding Company | Metlife Bank, DLJ Assignment and Assumption Agreement | 2004-WH22 | Private | DLJ Mortgage Capital Inc | $0.00 | 11 Madison Avenue, New York, NY 10010-3643 |
| Residential Funding Company | Dyck-O'Neal Deficiency Pursuit Agreement 6/1/1996 as addended 9/13/2004 | Sub Servicer | N/A | Dyck and O'Neal | $0.00 | 15301 Spectrum Drive, Suite #450, Addison, TX 75001 |
| GMAC Mortgage, LLC | GMACM 2006-HE2 Insurance and IndemnityFGIC | 2006-HE2 | HE GMACM | FGIC | $0.00 | 125 Park Avenue, New York, NY 10017 |
| GMAC Mortgage, LLC | HE GMACM 2006-HE1 Insurance AgreementFGIC | 2006-HE1 | HE GMACM | FGIC | $0.00 | 125 Park Avenue, New York, NY 10017 |
| Residential Funding Company | RFMSI 2005-S7 Indemnition Agreement FGIC | 2005-S2 | RFMSI | FGIC | $0.00 | 125 Park Avenue, New York, NY 10017 |
| Residential Funding Company | RFMSI 2005-S7 Indemnition Agreement FGIC dated as of November 21, 2005 | 2005-S7 | RFMSI | FGIC | $0.00 | 125 Park Avenue, New York, NY 10017 |
| Residential Funding Company | Fidelity Information Services, Inc. Interchange Services Agreement SK7-08IN 2/7/2007 | N/A | N/A | Fidelity Information Services, Inc. | $0.00 | 601 Riverside Avenue, Jacksonville, FL 32204 |
| Residential Funding Company | Genworth 2001-PTW19 Detail Policy 11/28/2001 | 2001-PTWH19 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-PTWH12 Detail Policy 07/25/2001 (GEMICO Mortgage Portfolio Insurance Policy) | 2001-PTWH12 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-PTWH12 Master Policy #6191 07/25/2001 | 2001-PTWH12 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-PTWH14 Master Policy #6191 07/16/2001 | 2001-PTWH14 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-PTWH16 Detail Policy 37161 | 2001-PTWH16 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-PTWH16 Master Policy #6191 09/27/2001 | 2001-PTWH16 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-PTWH17 Detail Policy 37106 | 2001-PTWH17 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-PTWH17 Master Policy #6191 08/03/2001 | 2001-PTWH17 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-PTWH19 Master Policy #6191 11/28/2001 | 2001-PTWH19 | Private | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-RM2 Master Policy #6191 12/27/2001 | 2001-RM2 | RAMP | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2001-RM2 Detail Policy 12/27/2001 (#6191) | 2001-RM2 | RAMP | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |

**Servicing Agreements**

| Debtor Entity | Contract Name | Series | Shelf | Counterparty | Cure Amount | Counterparty / Investor Address |
|---|---|---|---|---|---|---|
| Residential Funding Company | Genworth 2001-RS1  Policy #6223 03/28/2001 | 2001-RS1 | RAMP | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | Genworth 2006-SP4 Master Policy #6191 12/08/2006 | 2006-SP4 | RAMP | Genworth | $0.00 | Genworth Mortgage Insurance 8325 Six Forks Road, Raleigh NC 27615 |
| Residential Funding Company | First Amendment to GMAC Servicing Contract 08-28-09 | Sub Servicer | N/A | GMAC Mortgage, LLC | $0.00 | 1100 Virginia Drive, Fort Washington, PA 19034 |
| Residential Funding Company | GMACM Recovery Servicing Agreement First Amendment 02-01-09 | Sub Servicer | N/A | GMAC Mortgage, LLC | $0.00 | 1100 Virginia Drive, Fort Washington, PA 19034 |
| Residential Funding Company | GMACM Recovery Servicing Agreement Second Amendment 12-20-2011 | Sub Servicer | N/A | GMAC Mortgage, LLC | $0.00 | 1100 Virginia Drive, Fort Washington, PA 19034 |
| Residential Funding Company | GMACM Seller-Servicer Contract 11-24-92 | Sub Servicer | N/A | GMAC Mortgage, LLC | $0.00 | 1100 Virginia Drive, Fort Washington, PA 19034 |
| Residential Funding Company | RFC GMAC Recovery Agreement 011008X | Sub Servicer | N/A | GMAC Mortgage, LLC | $0.00 | 1100 Virginia Drive, Fort Washington, PA 19034 |
| Residential Funding Company | Goldman REMIC Residual Purchase and Sale Agreement Residential Funding Company 10/18/2007 | Various | Various | Goldman | $0.00 | Goldman, Sachs & Co., Attn. Donald M. Arndt, 85 Broad Street, New York, NY  10004 |
| Residential Funding Company | Goldman REMIC Residual Purchase and Sale Agreement Residential Funding Securities 10/31/2007 | Various | Various | Goldman | $0.00 | Goldman, Sachs & Co., Attn. Donald M. Arndt, 85 Broad Street, New York, NY  10004 |
| Residential Funding Company | Goldman REMIC Residual Purchase and Sale Amendment No. 1 RFC 10/19/2007 | Various | Various | Goldman | $0.00 | Goldman, Sachs & Co., Attn. Donald M. Arndt, 85 Broad Street, New York, NY  10004 |
| Residential Funding Company | RFMSII 2003-HS3 Indemnification Agreement (IA) MBIA 9-23-2003 | 2003-HS3 | RFMSII | MBIA | $0.00 | 650 Fifth Avenue, 7th Floor (52nd St.),New York, NY 10019 |
| Residential Funding Company | MGIC 2001-PTWH14  MGIC Policy #22-4004-1209 07/16/2001 | 2001-PTWH14 | Private | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2001-PTWH14  MGIC Policy #22-4004-1209 detail 07/16/2001 | 2001-PTWH14 | Private | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2001-PTWH14  MGIC Policy #22-4004-1209 Termletter 07/16/2001 | 2001-PTWH14 | Private | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2001-PTWH14 Detail Policy 7/16/2001 | 2001-PTWH14 | Private | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS2  PolGar(MGIC Master Policy) 2002-KS2 04/02/2002 | 2002-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS2 MGIC Term Letter 4/2/2002 | 2002-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS2 PolGar(MGIC Master Policy) 2/9/2007 | 2007-RP1 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS2 PolGar(MGIC Master Policy) 3/9/2007 | 2007-RP2 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS3 PolGar(MGIC Master Policy) 2/9/2007 | 2007-RP1 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS3 PolGar(MGIC Master Policy) 3/9/2007 | 2007-RP2 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |

**Servicing Agreements**

| Debtor Entity | Contract Name | Series | Shelf | Counterparty | Cure Amount | Counterparty / Investor Address |
|---|---|---|---|---|---|---|
| Residential Funding Company | MGIC 2002-KS3 Term Letter MGIC 2/9/2007 | 2007-RP1 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS3 Term Letter MGIC 3/9/2007 | 2007-RP2 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS4 MGIC Term Letter 7/2/2002 | 2002-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS4 PolGar(MGIC Master Policy) 2002-KS4 07/02/2002 | 2002-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS5 PolGar(MGIC Master Policy) 2/9/2007 | 2007-RP1 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS5 PolGar(MGIC Master Policy) 3/9/2007 | 2007-RP2 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS6 MGIC Term Letter 10/1/2002 | 2002-KS6 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS6 PolGar(MGIC Master Policy) 2002-KS6 10/01/2002 | 2002-KS6 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS7 PolGar(MGIC Master Policy) 3/9/2007 | 2007-RP2 | RAMP | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS8 commitment Certificate 12/23/2002 | 2002-KS8 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS8 MGIC Term Letter 12/23/2002 | 2002-KS8 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2002-KS8 PolGar(MGIC Master Policy) 2002-KS8 12/23/2002 | 2002-KS8 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS2 commitment Certificates I 4/2/2003 | 2003-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS2 commitment Certificates II 4/2/2003 | 2003-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS2 commitment Certificates III 4/2/2003 | 2003-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS2 commitment Certificates IV 4/2/2003 | 2003-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS2 PolGar(MGIC Master Policy) 2003-KS2 04/02/2003 | 2003-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS3 commitment Certificates 4/29/2003 | 2003-KS3 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS3 PolGar(MGIC Master Policy) 2003-KS3 04/29/2003 | 2003-KS3 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS4 Insurance Agreement (MGIC) 5/29/2003 | 2003-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS4 PolGar Commitment Certicate (MGIC) 5/29/2003 | 2003-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS4 PolGar Letter agreement(MGIC) 5/29/2003 | 2003-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |

**Servicing Agreements**

| Debtor Entity | Contract Name | Series | Shelf | Counterparty | Cure Amount | Counterparty / Investor Address |
|---|---|---|---|---|---|---|
| Residential Funding Company | MGIC 2003-KS4 PolGar(MGIC Master Policy) 2003-KS4 05/29/2003 | 2003-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS5 PolGar Commitment Certicate (MGIC) 6/27/2003 | 2003-KS5 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS5 PolGar Letter agreement(MGIC) 6/27/2003 | 2003-KS5 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS5 PolGar(MGIC Master Policy) 2003-KS5 06/27/2003 | 2003-KS5 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS6 PolGar Commitment Certicate (MGIC) 7/30/2003 | 2003-KS6 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS6 PolGar Letter agreement(MGIC) 7/30/2003 | 2003-KS6 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS6 PolGar(MGIC Master Policy) 2003-KS6 07/30/2003 | 2003-KS6 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS7 PolGar Commitment Certicate (MGIC) 8/28/2003 | 2003-KS7 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS7 PolGar Letter agreement(MGIC) 8/28/2003 | 2003-KS7 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS7 PolGar(MGIC Master Policy) 2003-KS7 08/28/2003 | 2003-KS7 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS8 PolGar Commitment Certicate (MGIC) 9/29/2003 | 2003-KS8 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS8 PolGar Letter agreement(MGIC) 9/29/2003 | 2003-KS8 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS8 PolGar(MGIC Master Policy) 2003-KS8 09/29/2003 | 2003-KS8 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS9 PolGar Commitment Certicate (MGIC) 10/30/2003 | 2003-KS9 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS9 PolGar Letter agreement(MGIC) 10/30/2003 | 2003-KS9 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2003-KS9 PolGar(MGIC Master Policy) 2003-KS9 10/30/2003 | 2003-KS9 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS1 Insurance Agreement (MGIC) 1/29/2004 | 2004-KS1 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS1 PolGar Commitment Certicate (MGIC) 1/29/2004 | 2004-KS1 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS1 PolGar Letter agreement(MGIC) 1/29/2004 | 2004-KS1 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS1 PolGar(MGIC Master Policy) 2004-KS1 01/29/2004 | 2004-KS1 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS2 Insurance Agreement (MGIC) 2/26/2004 | 2004-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS2 PolGar Commitment Certicate (MGIC) 2/26/2004 | 2004-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |

**Servicing Agreements**

| Debtor Entity | Contract Name | Series | Shelf | Counterparty | Cure Amount | Counterparty / Investor Address |
|---|---|---|---|---|---|---|
| Residential Funding Company | MGIC 2004-KS2 PolGar Letter agreement(MGIC) 2/26/2004 | 2004-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS2 PolGar(MGIC Master Policy) 2004-KS2 02/26/2004 | 2004-KS2 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS3 PolGar Commitment Certicate (MGIC) 3/30/2004 | 2004-KS3 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS3 PolGar Letter agreement(MGIC) 3/30/2004 | 2004-KS3 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS3 PolGar(MGIC Master Policy) 2004-KS3 03/30/2004 | 2004-KS3 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS4 PolGar Commitment Certicate (MGIC) 4/29/2004 | 2004-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS4 PolGar Letter agreement(MGIC) 4/29/2004 | 2004-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS4 PolGar(MGIC Master Policy) 2004-KS4 04/29/2004 | 2004-KS4 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS5 PolGar Commitment Certicate (MGIC) 5/27/2004 | 2004-KS5 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS5 PolGar Letter agreement(MGIC) 5/27/2004 | 2004-KS5 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS5 PolGar(MGIC Master Policy) 2004-KS5 05/27/2004 | 2004-KS5 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS6 PolGar Commitment Certicate (MGIC) 6/29/2004 | 2004-KS6 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS6 PolGar Letter agreement(MGIC) 6/29/2004 | 2004-KS6 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |
| Residential Funding Company | MGIC 2004-KS6 PolGar(MGIC Master Policy) 2004-KS6 06/29/2004 | 2004-KS6 | RASC | MGIC | $0.00 | 270 E. Kilbourn Ave., Milwaukee, WI 53202 |