**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION AND CONSENT ORDER RESOLVING THE MOTION OF J.P.**
**MORGAN MORTGAGE ACQUISITION CORPORATION FOR RELIEF FROM STAY**

WHEREAS, J.P. Morgan Mortgage Acquisition Corporation ("**J.P. Morgan**") and

GMAC Mortgage, LLC ("**GMAC Mortgage**") are defendants in a civil action brought by

Stephen J. Canterbury ("**Canterbury**") in the United States District Court for the Western

District of Virginia, Civil Action No. 3:11-cv-59 (the "**Third Lawsuit**"). GMAC Mortgage is a

debtor in the above-captioned cases (GMAC Mortgage and its affiliated debtors in the above-

captioned case collectively are the "**Debtors**"[1]).

WHEREAS, on May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a

voluntary petition in this Court for relief under Chapter 11 of title 11 of the United States Code,

11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**");

WHEREAS, the Debtors are managing and operating their businesses as debtors in

possession pursuant to Bankruptcy Code sections 1107(a) and 1108;

WHEREAS, the Third Lawsuit was pending as of the Petition Date;

WHEREAS, on May 31, 2012, the United States District Court for the Western District

of Virginia entered an order staying all proceedings in the Third Lawsuit;

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions and First Day Pleadings* [Docket No. 6].

WHEREAS, on January 16, 2013, J.P. Morgan filed the *Motion of J.P. Morgan Acquisition Corporation for Relief From Stay* [Docket No. 2646] (the "**Motion**") seeking an order determining that (a) (i) the automatic stay does not stay the Third Lawsuit from proceeding between Stephen Canterbury and J.P. Morgan or (ii) alternatively, terminating the automatic stay to permit the Third Lawsuit to proceed to judgment; and (b) waiving the provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure so that J.P. Morgan may have immediate relief from the automatic stay;

WHEREAS, in consenting to limited relief from the automatic stay, the Debtors have considered all of the particular facts and circumstances of the Third Lawsuit.

WHEREAS, J.P. Morgan and the Debtors (collectively, the "**Parties**") have conferred and the Debtors have consented to a limited modification of the automatic stay of Bankruptcy Code section 362(a) pursuant to the terms of, and subject to the conditions set forth in, this stipulation and consent order (the "**Stipulation and Consent Order**").

NOW THEREFORE, it is hereby stipulated and agreed as between the Parties to this Stipulation and Consent Order, through their undersigned counsel, that:

1.      The automatic stay of Bankruptcy Code section 362(a) shall be modified solely to the extent set forth herein.

2.      The Third Lawsuit may proceed solely as between J.P. Morgan and Canterbury, but in all other respects remains stayed against GMAC Mortgage.

3.      Notwithstanding anything in this Stipulation and Consent Order or the Motion to the contrary, absent further order of this Court, Canterbury and J.P. Morgan shall not enforce as against the Debtors, their assets, or their estates, any judgment obtained in the Third Lawsuit or take any other action against GMAC Mortgage with respect to the Third Lawsuit.

4.      Nothing contained in this Stipulation and Consent Order shall be construed to permit J.P. Morgan or Canterbury, absent further order of the Court, to seek discovery from any of the Debtors or to waive the Debtors' rights to object to any requests for discovery.

5.      Nothing herein shall be deemed to affect any proof of claim already filed by J.P. Morgan against the estate of GMAC Mortgage or any of the Debtors; provided, however, that J.P. Morgan shall not file any further proofs of claim against GMAC Mortgage or any of the Debtors to assert any additional claims arising out of the Third Lawsuit not already asserted in any proof of claim heretofore filed by J.P. Morgan.

6.      This Stipulation and Consent Order shall not be modified, altered, amended, or vacated without the prior written consent of all Parties hereto.  Any such modification, alteration, amendment, or vacation in whole or part shall be subject to the approval of this Court.  No statement made or action taken in the negotiation of this Stipulation and Order, or set forth herein, may be used by any party in the Third Lawsuit.

7.      This Stipulation and Consent Order is the entire agreement between the Parties in respect of the subject matter hereof.

8.      Each person who executes this Stipulation and Consent Order on behalf of a party hereto represents that he or she is duly authorized to execute this Stipulation and Consent Order on behalf of such party.

9.      This Stipulation and Consent Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

10.      The 14-day stay period under Rule 4001(a)(3) of the Federal Rules of

3

Bankruptcy Procedure is hereby waived and this Stipulation and Consent Order shall be immediately effective upon its entry.

11.     This Stipulation and Consent Order shall be of no force or effect unless and until it is approved by the Court.

12.     This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation and Consent Order.

| GMAC MORTGAGE, LLC | J.P. MORGAN MORTGAGE ACQUISITION CORPORATION |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By: /s/ Thomas M. Horan<br>Thomas M. Horan<br>Jeffrey L. Tarkenton<br>**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE  19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br><br>*Counsel for J.P. Morgan Acquisition*<br>*Corporation* |

SO ORDERED

Dated: February 7, 2013
        New York, New York

                                        /s/Martin Glenn
                                        MARTIN GLENN
                                United States Bankruptcy Judge