Basic Life Resources, a Washington non-profit corporation
And
Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 360-466-8977
    Pamela@WhidbeyViewHomes.com
    360-678-2095/360-320-2411
Mailing Addresses:
P.O. Box 665
Coupeville, WA 98239

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) NOTICE OF EXCEPTIONS AND |
| | RESERVATION OF RIGHT TO |
| | APPEAL |

To:    Clerk of the Court
And to:  The Chambers of Hon. Martin Glenn
       (Duplicate conformed copies)

COME NOW Basic Life Resources (BLR), by and through its Managing Director, Michael M. Moore, and Pamela Z. Hill(Hill), Joint Petitioners, both parties *pro se*, And

HEREBY GIVE NOTICE of Joint Petitioners exceptions to the Orders of this Court by Hon. Martin Glenn dated January 16, 2013, and January 25, 2013, being Court Clerk's Document Numbers 2645 and 2714 respectively. These will be specifically noted in the Appeal.

Joint Petitioners hereby reserve their rights to appeal said Orders until the Clerk of the Court and/or such other federal government agency and/or body investigates and satisfactorily reports to the Petitioners and this Court the reasons for the "lost" Petition of Joint Petitioners eventually "found" and then assigned Clerk's Document Number 2590.

Dated: This 6th day of February, 2013.

_____
Michael M. Moore, for Basic Life Resources, *pro se*

_____
Pamela Z. Hill, *pro se*

**Basic Life Resources/Pamela Z. Hill**
Post Office Box 665
Coupeville, WA 98239
360-466-8977/360-678-2095
Cribstone@aol.com
Pamela@WhidbeyViewHomes.com

February 6, 2013

Clerk of the Court
United States Bankruptcy Court of the Southern District of New York
One Bowling Green, Room 534
New York, New York 10004

Re:  In re: RESIDENTIAL CAPITAL, LLC, *et al.*
Case No. 12-12020, Chapter 11

Pedro Garcia, Clerk of the Court:

Enclosed you will find the original Notice of Exceptions and Reservation of Right to Appeal.

Please file this in the Court's file, docket as necessary and acknowledge receipt and filing by file-stamping the copy of this letter enclosed; returning that copy to the undersigned in the self-addressed, stamped envelope provided herein for your use and convenience.

Thank you very much.

Sincerely,

Michael M. Moore, Managing Director
for Basic Life Resources, *pro se*



Pamela Z. Hill, *pro se*

cc: w/ encls.
Chambers of Judge Martin Glenn (2 copies)
Office of the United States Attorney General
U.S. Attorney's Office for S.D. N.Y. (civil division)