**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :    Case No. 12-12020 (MG)
                                                             :
           Debtors.                                      :    Jointly Administered
------------------------------------------------------------ x

## THIRD SUPPLEMENT TO WORK PLAN OF
## ARTHUR J. GONZALEZ, EXAMINER

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

        Arthur J. Gonzalez, the Court-appointed Examiner (the "Examiner") in the above-captioned cases, by his undersigned counsel, hereby submits this Third Supplement to his Work Plan filed with this Court on August 6, 2012 [Docket No. 1010] (as amended by Supplement to Work Plan of Arthur J. Gonzalez, Examiner, filed with this Court on August 23, 2012 [Docket No. 1240] and Second Supplement to Work Plan of Arthur J. Gonzalez, Examiner, filed with this Court on November 26, 2012 [Docket No. 2263]) (as so amended, the "Work Plan").[1]

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Work Plan.

CPAM: 5281090.2

For the reasons stated on the record of the hearing held in this case on February 7, 2013 (a copy of the relevant portion of the transcript of that hearing is annexed hereto as Exhibit A; see pp. 11-16), the projected delivery date for the Examiner's report must be extended for an additional month, from the previously-projected period of early April, 2013 to early May, 2013. The extension will have a correlative effect on the estimated budget for fees and expenses to be incurred by the Examiner as provided in the Work Plan.

Dated: New York, New York
      February 8, 2013

                            **CHADBOURNE & PARKE LLP**

                          By: */s/ Howard Seife*
                               Howard Seife
                               David M. LeMay
                               30 Rockefeller Plaza
                               New York, New York 10112
                               Telephone: (212) 408-5100
                               Facsimile: (212) 541-5369

                            *Counsel to the Examiner*