**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| Debtors. | : | Jointly Administered |

**NOTICE OF FILING OF THIRD SUPPLEMENT TO EXAMINER'S WORK PLAN**

**PLEASE TAKE NOTICE THAT** on August 6, 2012, Arthur J. Gonzalez, the Court-appointed Examiner (the "Examiner") of Residential Capital, LLC and its affiliated debtors, filed the Examiner's Work Plan [Docket 1010].

**PLEASE TAKE FURTHER NOTICE THAT** on August 23, 2012, the Examiner filed a Supplement to the Examiner's Work Plan [Docket 1240].

**PLEASE TAKE FURTHER NOTICE THAT** on November 26, 2012, the Examiner filed a Second Supplement to the Examiner's Work Plan [Docket 2263].

**PLEASE TAKE FURTHER NOTICE THAT** on February 8, 2013, the Examiner filed a Third Supplement to the Examiner's Work Plan [Docket 2868].

Dated:  New York, New York
        February 8, 2013

                                                    **CHADBOURNE & PARKE LLP**

                                                    By:  */s/ Howard Seife*
                                                         Howard Seife
                                                         David M. LeMay
                                                         30 Rockefeller Plaza
                                                         New York, New York 10112
                                                         Telephone:  (212) 408-5100
                                                         Facsimile:  (212) 541-5369
                                                         *Counsel to the Examiner*

CPAM: 5281090.2