## **<u>EXHIBIT A</u>**

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone:    (212) 408-5100
Facsimile:    (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| -------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| -------------------------------------------------------- x | | |

## THIRD SUPPLEMENT TO WORK PLAN OF
## ARTHUR J. GONZALEZ, EXAMINER

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

      Arthur J. Gonzalez, the Court-appointed Examiner (the "Examiner") in the above-captioned cases, by his undersigned counsel, hereby submits this Third Supplement to his Work Plan filed with this Court on August 6, 2012 [Docket No. 1010] (as amended by Supplement to Work Plan of Arthur J. Gonzalez, Examiner, filed with this Court on August 23, 2012 [Docket No. 1240] and Second Supplement to Work Plan of Arthur J. Gonzalez, Examiner, filed with this Court on November 26, 2012 [Docket No. 2263]) (as so amended, the "Work Plan").[1]

--------------------------------------------------

[1]    Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Work Plan.

For the reasons stated on the record of the hearing held in this case on February 7, 2013 (a copy of the relevant portion of the transcript of that hearing is annexed hereto as Exhibit A; see pp. 11-16), the projected delivery date for the Examiner's report must be extended for an additional month, from the previously-projected period of early April, 2013 to early May, 2013. The extension will have a correlative effect on the estimated budget for fees and expenses to be incurred by the Examiner as provided in the Work Plan.

Dated: New York, New York
       February 8, 2013

CHADBOURNE & PARKE LLP

By: /s/ Howard Seife
     Howard Seife
     David M. LeMay
     30 Rockefeller Plaza
     New York, New York 10112
     Telephone: (212) 408-5100
     Facsimile: (212) 541-5369

     *Counsel to the Examiner*

CPAM: 5281090.2

# EXHIBIT A

### In Re:

*RESIDENTIAL CAPITAL, LLC, et al.*

*Case No. 12-12020-mg; 12-12019-mg; Adv. Proc. 12-01935-mg*

---

*February 7, 2013*

---

*eScribers, LLC*

*(973) 406-2250*

*operations@escribers.net*

*www.escribers.net*

*To purchase copies of this transcript, please contact us.*



Min-U-Script® with Word Index

1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  - - - - - - - - - - - - - - - - - - -x

4  In the Matter of:                    Case No. 12-12020-mg

5  RESIDENTIAL CAPITAL, LLC, et al.,

6              Debtors.

7  - - - - - - - - - - - - - - - - - - -x

8  In the Matter of:                    Case No. 12-12019-mg

9  RESIDENTIAL CAPITAL FUNDING COMPANY, LLC, et al.,

10             Debtors.

11 - - - - - - - - - - - - - - - - - - -x

12 JENKINS, ET AL.,

13              Plaintiffs,

14       -against-              Adv. Proc. No. 12-01935-mg

15 RESIDENTIAL FUNDING COMPANY, LLC, ET, AL.,

16              Defendants.

17 - - - - - - - - - - - - - - - - - - -x

18              United States Bankruptcy Court

19              One Bowling Green

20              New York, New York

21              February 7, 2013

22              10:14 AM

23 B E F O R E :

24 HON. MARTIN GLENN

25 U.S. BANKRUPTCY JUDGE

2

1  12-12019-mg    Residential Funding Company, LLC    Ch. 11

2  Adversary proceeding: 12-01935-mg    Jenkins et al v.

3  Residential Funding Company, LLC et al

4  (CC: Doc no. 1)  Adjourned Pre-trial Conference

5

6  12-12020-mg    Residential Capital, LLC    Ch. 11

7  (CC: Doc# 2648)  Debtors Motion for Order Under 11 U.S.C.

8  105(a) and 365(a), Fed.  R. Bankr.  P. 6006 and 9014 and Local

9  Bankruptcy Rule 6006-1 Authorizing Assumption of Unexpired

10  Lease Between DeVry Inc. and GMAC Mortgage, LLC.

11

12  Adj. Hearing Re: Cure Objections.  (Related Document no. 61)

13

14  (Doc no. 1649)  Status Update on Hearing Re: Cure Objection of

15  Digital Lewisville LLC to: (I) Debtors'  Motion for Orders:

16

17  (A)(I) Authorizing and Approving Sale Procedures, Including

Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid

18  Deadline and Sale Hearing; etc.

19

20  (CC: Doc no. 1979)  Adjourned Hearing RE: Objection of Wells

21  Fargo Bank, N.A. to Debtors' Sale Motion [Docket No. 1979]

22

23

24

25

1  (CC: Doc no. 2069)   Adjourned Hearing RE: Limited Objection of

2  Ally Financial Inc. and Ally Bank to the Debtors' Proposed

3  Platform Sale Motion [Docket No. 2069]

4

5  (CC: Doc# 2251)   Motion for Relief from Stay filed by Michael

6  Wheeler.

7

8  (CC: Doc# 2646)   Motion for Relief from Stay

9  Moot Motion has been resolved by stipulation.   The Debtors will

10  present the stipulation at the hearing.

11

12

13

14

15

16

17

18

19  Transcribed by:   Sharona Shapiro

20  eScribers, LLC

21  700 West 192nd Street, Suite #607

22  New York, NY 10040

23  (973)406-2250

24  operations@escribers.net

25

4

```
 1   A P P E A R A N C E S :
 2   MORRISON & FOERSTER LLP
 3        Attorneys for Debtors
 4        1290 Avenue of the Americas
 5        New York, NY 10104
 6
 7   BY:   TODD M. GOREN, ESQ.
 8         STEFAN W. ENGELHARDT, ESQ.
 9         NORMAN S. ROSENBAUM, ESQ.
10         JAMES A. NEWTON, ESQ.
11         JAMIE A. LEVITT, ESQ.
12         SAMANTHA MARTIN, ESQ.
13
14
15   CHADBOURNE & PARKE LLP
16          Attorneys for the Examiner
17          30 Rockefeller Plaza
18          New York, NY 10112
19
20   BY:    HOWARD SEIFE, ESQ.
21
22
23
24
25
```

5

```
 1    CLIFFORD CHANCE US LLP

 2            Attorneys for Ocwen Loan Servicing, LLC

 3            31 West 52nd Street

 4            New York, NY 10019

 5

 6    BY:    JENNIFER C. DEMARCO, ESQ.

 7

 8

 9    HOGAN LOVELLS US LLP

10            Attorneys for U.S. Bank as trustee and

11             America's Servicing Company

12            875 Third Avenue

13            New York, NY 10022

14

15    BY:    BRIAN J. GRIECO, ESQ.

16

17

18    KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP

19            Attorneys for Official Creditors' Committee

20            1177 Avenue of the Americas

21            New York, NY 10036

22

23    BY:    STEPHEN D. ZIDE, ESQ.

24            ELISE S. FREJKA, ESQ.

25
```

6

```
 1   WEIL, GOTSHAL & MANGES LLP

 2          Attorneys for Syncora Guarantee, Inc.

 3          767 Fifth Avenue

 4          New York, NY 10153

 5

 6   BY:    SARA COELHO, ESQ.

 7

 8

 9   CLEARY GOTTLIEB STEEN & HAMILTON LLP

10          Attorneys for Wilmington Trust

11          One Liberty Plaza

12          New York, NY 10006

13

14   BY:    JEREMY R. OPOLSKY, ESQ.

15

16

17   SILVERMANACAMPORA LLP

18          Special Counsel to the Committee

19          100 Jericho Quadrangle

20          Suite 300

21          Jericho, NY 11753

22

23   BY:    JUSTIN S. KRELL, ESQ.

24

25
```

7

1   WHITE & CASE LLP

2         Attorneys for Ad Hoc Group Of Junior Secured Noteholders

3         1155 Avenue of the Americas

4         New York, NY 10036

5

6   BY:   HARRISON DENMAN, ESQ.

7

8

9   GIBBONS P.C.

10        Attorneys for Wells Fargo as Servicer/Subservicer

11        One Pennsylvania Plaza, 37th Floor

12        New York, NY 10119

13

14  BY:   CHRISTOPHER A. ALBANESE, ESQ.

15

16

17  KELLEY DRYE & WARREN LLP

18        Attorneys for UMB Bank

19        101 Park Avenue

20        New York, NY 10178

21

22  BY:   CATHERINE L. THOMPSON, ESQ.

23

24

25

8

```
 1   PATTERSON BELKNAP WEBB & TYLER LLP

 2        Attorneys for Ambac Assurance Corporation

 3        1133 Avenue of the Americas

 4        New York, NY 10036

 5

 6   BY:   DAVID W. DYKHOUSE, ESQ.

 7

 8

 9   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

10        Attorneys for Barclays Bank PLC

11        Four Times Square

12        New York, NY 10036

13

14   BY:      JONATHAN H. HOFER, ESQ.

15

16

17   ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

18        Attorneys for Digital Lewisville

19        1900 Main Street

20        5th Floor

21        Irvine, CA 92614

22

23   BY:   IVAN GOLD, ESQ.

24

25
```

1   KIRKLAND & ELLIS LLP

2          Attorneys for Ally Financial Inc. and Ally Bank

3          601 Lexington Avenue

4          New York, NY 10022

5

6   BY:    ANTHONY GROSSI, ESQ.

7

8

9

10   FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP

11          Attorneys for Creditor, CHFA

12          The Wells Fargo Center

13          400 Capitol Mall,  Suite 1450

14          Sacramento, CA 95814

15

16   BY:    PAUL PASCUZZI, ESQ. (TELEPHONICALLY)

17

18

19   MUNGER, TOLLES & OLSON LLP

20          Attorneys for Berkshire Hathaway Inc.

21          355 South Grand Avenue, 35th Floor

22          Los Angeles, CA 90071

23

24   BY:    THOMAS B. WALPER, ESQ. (TELEPHONICALLY)

25

```
 1   BRADLEY, ARANT, BOULT & CUMMINGS, LLP

 2        Attorneys for Defendant Judy Faber

 3        One Federal Place

 4        1819 Fifth Avenue North

 5        Birmingham, AL 35203

 6

 7   BY:  CHRISTOPHER L. HAWKINS, ESQ. (TELEPHONICALLY)

 8

 9   TROUTMAN SANDERS LLP

10        Attorneys for Troutman Sanders LLP

11        222 Central Park Avenue

12        Suite 2000

13        Virginia Beach, VA 23462

14

15   BY:  JASON E. MANNING, ESQ.  (TELEPHONICALLY)

16

17   WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

18        Attorneys for JPMorgan Mortgage Acquisition

19        222 Delaware Avenue

20        Wilmington, DE 19801

21

22   BY:  THOMAS HORAN, ESQ. (TELEPHONICALLY)

23

24   ALSO PRESENT:  (TELEPHONICALLY)

25        MICHAEL WHEELER, Pro Se
```

11

1          P R O C E E D I N G S

2          THE COURT:  Please be seated.  We're here on

3    Residential Capital, number 12-12020.  We're going to begin

4    with a report from the examiner's counsel.

5          Mr. Seife?

6          MR. SEIFE:  Thank you, Your Honor.  Howard Seife,

7    Chadbourne & Parke, counsel for the examiner.

8          We'd like to give the Court an update, a status report

9    on our activities.  To date, we've received, through

10   production, approximately 1.1 million documents, which amount

11   to more than seven and a half million pages, and they come from

12   twenty producing parties.

13         We have, to date, completed fifty interviews, and we

14   have seventeen additional scheduled, and perhaps an additional

15   twenty-five or so that remain to be scheduled.

16         When we were last here in court to give you a status

17   report, we at that time anticipated delivery of the report by

18   early April.  And as we discussed on the record, that date,

19   however, was contingent upon the production of documents from

20   parties on a timely basis and on a rolling basis, such that we

21   could review them in a timely fashion and use them, as

22   appropriate, for interviews and for incorporation in the

23   report.

24         As we reported to Your Honor in chambers,

25   unfortunately, there's been an enormous delivery of documents

12

1  at the end of January and early February, far in excess of what

2  we anticipated and what would have complied with a rolling

3  production.  Faced with this additional two million-plus pages

4  of recently produced documents from the debtors, it will

5  require reassessment of the ability to complete the report as

6  we had previously hoped.

7        So given all of the elements which would be required

8  to review this new and very substantial document production, to

9  incorporate it into interviews, to perhaps recall some of the

10 parties already interviewed for additional questioning, we now

11 anticipate a delay and rescheduling for an anticipated time of

12 filing the report to early May, so that would be an additional

13 month.

14       The examiner certainly regrets the inability to

15 produce a report, as anticipated, in early April, but this

16 unanticipated production no longer makes that a feasible date.

17 So with Your Honor's permission, we're suggesting a later

18 delivery of the report.

19       THE COURT:  Just if you could, tell me what, if any,

20 additional document requests are outstanding, not the specific

21 request, but what additional production are you anticipating?

22 Is there a schedule for that to occur?

23       MR. SEIFE:  We have requested that all parties finish

24 their production of documents, substantial finish them, by the

25 end of January.  Most parties have complied with that.  Of

13

1  course there are always additional follow-ups and

2  clarifications and issues that are dealt with.  However, there

3  are some parties that have not finished production.  You may

4  recall we have conflicts counsel that came into the case; they

5  are seeking production from four financial institutions.  Those

6  four have not finished their production.  We feel at least

7  three of them are substantially advanced; a fourth has produced

8  a voluminous amount of documents, but there remains more that

9  we anticipate we should have by the middle of February.

10       As to other third parties -- and my colleagues can

11  correct me if I'm wrong -- I believe we have substantially all

12  productions, but let me just verify that.

13       THE COURT:  Okay.

14       MR. SEIFE:  Ally has produced substantial amounts of

15  documents.  There remain some issues in dispute that we are

16  working through with Ally.  Without getting into the details,

17  because the parties are trying to resolve it, there are some

18  what we refer to as clawback requests.  Parties have produced

19  documents, reserving their right on privilege issues to

20  clawback some documents that were either inadvertently produced

21  or improperly produced, and we're trying to work through those,

22  particularly on some regulatory privileges.  And if we cannot

23  resolve that, we may be before Your Honor on an expedited basis

24  to resolve those.

25       So that's a long way of saying we have substantially

14

1  received documents that we've requested, but there remain some

2  open issues with some of the parties.

3          THE COURT:  Have you had to issue subpoenas for

4  documents, or has it all been through informal requests?

5          MR. SEIFE:  We've been issuing subpoenas.

6          THE COURT:  And you talked about interviews; have they

7  been under oath or not?

8          MR. SEIFE:  The interviews are recorded and

9  transcribed; they're not under oath.

10          THE COURT:  Have any of the people that you want to

11  interview declined to be interviewed?

12          MR. SEIFE:  No.  Everyone we've requested, to date,

13  has appeared.  There are still some remaining, as I said, a

14  substantial number of interviews, but to date, everyone has

15  appeared and spoken on our recorded interviews.

16          THE COURT:  Okay.  I have no doubt that you and your

17  colleagues and the examiner are working diligently to complete

18  a very large task.  I certainly believe that the completion of

19  the examiner report is very important to progress in this case

20  with respect to development of a plan, negotiating a consensual

21  plan, hopefully.  So getting a report completed as soon as

22  possible, I think, is important.  I have no doubt that the

23  examiner and his professionals want to assure that the report

24  is of the highest quality, and I really don't have any question

25  about that.  If you and your colleagues are meeting with any

15

1  resistance with respect to parties producing documents in a

2  timely fashion, I want to hear about it sooner rather than

3  later.

4        It's important, and I'm committed to do everything I

5  can -- and the power of the pen on orders sometimes has that

6  effect -- to enable you and your colleagues and the examiner to

7  get everything you need so that you can complete the report as

8  quickly as possible. So I can't emphasize enough that yes, I

9  hope you will be able to consensually resolve issues, things --

10  you know, you raised the issue about clawback and privileges,

11  and in any substantial production those issues always arise,

12  and virtually always they get worked out, where the lawyers are

13  capable lawyers. And I'm not trying to get into the middle of

14  that process at all, but it has to happen quickly, so that if

15  you need a hearing with respect to a discovery dispute, you

16  call chambers, and you'll -- in virtually all instances, you'll

17  have a hearing that day or the next day, usually, in the first

18  instance, by telephone. I don't want letter briefs or anything

19  unless and until I've heard the parties out; I'm usually able

20  to resolve it. But just in all matters, any kinds of discovery

21  disputes, they get heard very, very promptly. So I just

22  encourage you, if you need to -- I mean, in the first instance,

23  I hope you'll resolve things as they're usually done,

24  consensually.

25        It's very important, in my view, to the progress in

16

1   this case, that the report be done in early May.  And if things

2   occur that you think raise questions about it, I want to hear

3   about it immediately and not in April.  Okay.  And we have to

4   see if there's anything that can be done to keep the process

5   moving to make sure it's done.  But I appreciate your report,

6   Mr. Seife, and I certainly appreciate the work of you and your

7   colleagues and of the examiner.

8        MR. SEIFE:  I would just add, Your Honor, the examiner

9   is fully cognizant of the importance of the report to this case

10  and progress in the case, and he and his professionals are

11  fully committed to working as hard as we can and in an

12  expedited fashion as possible to get it done, and --

13       THE COURT:  Thank you very much.

14       MR. SEIFE:  -- we appreciate your offer of assistance.

15       THE COURT:  All right, thank you.

16       MR. SEIFE:  Thank you, Your Honor.

17       THE COURT:  Does anybody else want to be heard on the

18  subject of the examiner report?

19       All right.  Let's go on to the agenda, Mr. Rosenbaum.

20  And anyone who was for this is certainly excused.

21       MR. ROSENBAUM:  Good morning, Your Honor.  Norm

22  Rosenbaum, Morrison & Foerster for the debtors.

23       Your Honor, it's a relatively short calendar this

24  morning.  We've noted all the adjourned matters, and the first

25  matters on for today are on page 5 under resolved matters.