**STATE BAR OF WIS.** ... **ASSIGNMENT OF MORTGAGE**

DOCUMENT NO.

4509316

Mortgage Electronic Registration Systems, Inc., as mortgagee of record, for good & valuable consideration, assigns to Residential Funding Company, LLC fka Residential Funding Corporation the mortgage executed by Wendy Alison Nora to Mortgage Electronic Registration Systems, Inc. as nominee for AEGIS Mortgage Corporation on the 5th day of June, 2002, together with the previously transferred note secured thereby; the aforementioned mortgage being assigned was recorded in the office of the Register of Deeds of Dane County, Wisconsin, on the 27th day of June, 2002 as Document Number 3506711 in Reel 1 (Volume) of Records on Image(s) Page(s) together with the note and indebtedness it secures. The property encumbered by said mortgage is described as follows:

THIS SPACE RESERVED FOR RECORDING DATA

NAME AND RETURN ADDRESS
Gray & Associates, L.L.P.
900 N. Broadway, Suite 305
Milwaukee, WI 53202

PARCEL IDENTIFICATION NUMBER

Unit 143, Wyndemere Condominium, in the City of Madison, Dane County, Wisconsin

Street address: 6818 Old Sauk Road, Madison, WI 53717

Dated this _6_ day of _January_, 2009

_[signatures]_
BETHANY GRANT
(SEAL)

THIS INSTRUMENT WAS DRAFTED BY
ATTORNEY GRAY & ASSOCIATES, L.L.P.
Wendy Alison Nora NO. 1041295

Mortgage Electronic Registration Systems, Inc.
Jeffrey Stephan
Vice President
(SEAL)
Kenneth Hansen
Assistant Secretary
(SEAL)

Personally came before me this _6_ day of _Feb_, 2009, the above named Jeffrey Stephan & Kenneth Hansen to me known to be the persons who executed the foregoing instrument and acknowledged the same.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Mary Lynn, Notary Public
My Commission Expires Sept. 3, 2010
Notary Public
Permanent, if not, state expiration date 11-3-2010 Mary Lynch

* Names of persons signing in any capacity should be typed or printed below their signatures.
ASSIGNMENT OF REAL ESTATE MORTGAGE                                STATE BAR OF WISCONSIN

Exhibit B