**Consor & Associates**
Reporting and Transcription, Inc.

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. 50 2008 CA 040805XXXX MB

GMAC MORTGAGE, LLC,

    Plaintiff,

-vs-

ANN M NEU A/K/A ANN MICHELLE
PEREZ; DOUGLAS WILLIAM NEU;
UNKNOWN TENANT(S) IN
POSSESSION OF THE SUBJECT
PROPERTY,
    Defendants.

---

DEPOSITION OF JEFFREY STEPHAN

Thursday, December 10, 2009
1:00 p.m. - 2:30 p.m.

Consor & Associates
1655 Palm Beach Lakes Blvd., Ste. 500
West Palm Beach, Florida 33401

Reported By:
Jamie Reynolds Bentley, Court Reporter
Notary Public, State of Florida
Consor & Associates
1655 Palm Beach Lakes Blvd., Suite 500
West Palm Beach, Florida 33401
(561) 682-0905

Exhibit C-2

C-2-1

onsor & Associates
Reporting and Transcription, Inc.

Page 2

1  APPEARANCES:
2  On behalf of the Plaintiff:
3      ALEJANDRA ARROYAVE, ESQ.
       Lapin & Leichtling
4      225 Alahamra Circle
       Suite 800
5      Coral Gables, Florida 33134
       (305) 569-4100
6
7
8  On behalf of the Defendant:
9      CHRISTOPHER IMMEL, ESQ.
       Ice Legal, P.A.
10     1975 Sansbury's Way
       Suite 104
11     West Palm Beach, Florida 33411
       (561) 798-5658
12
13
14
15
16
17
18
19
20
21
22
23
24
25

onsor & Associates
Reporting and Transcription, Inc.

Page 8

1  ultimately sign and execute?
2      A.  They would review the document that is given
3  to them through our computer systems.
4      Q.  Okay.
5      A.  So they don't actually prepare it per se.
6  They review it for the accuracy of what type of entity
7  I'm signing as.
8      Q.  Okay.  How many different entities do you sign
9  as?
10         MS. ARROYAVE:  Objection:  Form.
11  BY MR. IMMEL:
12      Q.  Can you name what entities you sign --
13      A.  I sign presently as MERS.
14      Q.  Okay.
15      A.  And under MERS as vice president or an
16  assistant secretary.  Also, I sign for GMAC Mortgage.
17  And to be honest with you, it's too many entities for me
18  to actually quote under GMAC.  But it is as a limited
19  signing officer.
20      Q.  Okay.  And earlier you stated that right now
21  it's GMAC, LLC.
22      A.  Uh-huh.
23      Q.  You do still currently sign documents as GMAC
24  Mortgage, LLC?
25      A.  Yes, I do.

Ph. 561.682.0905 - Fax. 561.682.1771
1655 Palm Beach Lakes Blvd., Suite 500 - West Palm Beach, FL 33401

C-2-4

onsor & Associates
Reporting and Transcription, Inc.

Page 13

1  information.
2      Q.  So the attorney creates these documents and
3  you are relying that the attorney is correct?
4      A.  Yes.
5          MS. ARROYAVE:  Objection:  Form.
6  BY MR. IMMEL:
7      Q.  Okay.  And then they are required to be
8  notarized.  Are they notarized in your office?
9      A.  Yes.
10     Q.  Is the notary present with you or is it down
11 the hall?
12     A.  The notary is in the same department.
13     Q.  Same department.  Okay.  Are they physically
14 present when you (sic) notarize this -- or when they
15 notarize and then you execute it?
16     A.  No, they are not physically present.  But I
17 will -- I do deliver them to the notary.
18     Q.  All right.
19     A.  And I wait for them to notarize it to hand
20 them back to my team.
21     Q.  Okay.  All right.  What department then?  You
22 said your department?
23     A.  Right.
24     Q.  And as part of their job responsibilities,
25 would notarizing be their sole responsibility, or do

Ph. 561.682.0905 - Fax. 561.682.1771
1655 Palm Beach Lakes Blvd., Suite 500 - West Palm Beach, FL 33401

C-2-5

onsor & Associates
Reporting and Transcription, Inc

Page 14

```
1    they have other responsibilities?
2         A.    They have other responsibilities.
3         Q.    Are any of the members of your team, people
4    that also notarize documents that you execute?
5         A.    Yes.
6         Q.    Yes.  Okay.  Is there a job requirement that
7    certain employees become notaries?
8         A.    I don't know.
9         Q.    Okay.  And what type of -- what level of a
10   type of employee would it typically be that is a notary?
11        A.    I don't know that either.
12        Q.    All right.  Does the company pay for the
13   process of becoming a notary or the renewal fees?
14        A.    Yes.
15        Q.    Okay.  If a notary feels that they are being
16   asked to notarize something that's done improperly, is
17   there a process which they can, you know, raise that to
18   anybody's attention?
19        A.    I honestly don't know.
20        Q.    You are not sure.  Do you notarize any
21   assignments of mortgage or other documents yourself?
22        A.    No.
23        Q.    Are you a notary?
24        A.    No.
25        Q.    How are witnesses ordinarily chosen?
```

onsor & Associates
Reporting and Transcription, Inc

Page 15

```
1           MS. ARROYAVE:  Object:  Form.
2           Chosen for what?
3   BY MR. IMMEL:
4      Q.   The witnesses to, say, the assignments of the
5   mortgage, and the witnesses of things that you execute.
6      A.   They are just chosen randomly.
7      Q.   Chosen randomly.  Okay.  Approximately how
8   many days a week do you spend executing assignments,
9   affidavits, and the various documents that you execute?
10     A.   Five.
11     Q.   Five.  Okay.  Are there any specific days
12  where it's one day these types of documents, this type
13  of documents, or can it be just a mix?
14     A.   It's a mix.
15     Q.   Okay.  Approximately how many documents would
16  you say are presented to you by your team at a given
17  time?  Is it one at a time, or ten at a time?
18     A.   It is done in bulk.
19     Q.   Done in bulk.
20     A.   I could not quote you the exact number.
21     Q.   Okay.  Going back to the signing officer as
22  Mortgage Electronic Registration Systems, you said that
23  you are -- you sign as both vice president and as an
24  assistant secretary?
25     A.   That is correct.
```

C-2-7

Ph. 561.682.0905 - Fax. 561.682.1771
1655 Palm Beach Lakes Blvd., Suite 500 - West Palm Beach, FL 33401

onsor & Associates
Reporting and Transcription, Inc

Page 16

1    Q.    Is there any basis for one -- you sign as one
2    versus the other?
3    A.    The majority of the time I sign as a vice
4    president.  Most times we do not need an assistant
5    secretary, unless they are asking for a second signature
6    on any type of an affidavit or assignment.
7    Q.    Okay.  And, again, you are not paid by MERS.
8    Do you hold any other responsibilities with MERS that
9    would be consistent with having the title of a vice
10   president?
11   A.    No.
12   Q.    No.  Okay.  So you don't attend any board
13   meetings for MERS?
14   A.    No.
15   Q.    You don't report to the secretary of MERS or
16   any other people at MERS?
17   A.    No.
18   Q.    How did you become a MERS representative?  Did
19   you request to be a vice president of MERS?
20   A.    I received the responsibility as being the
21   team lead for document executing.  It was assigned to me
22   by our legal area.
23   Q.    Okay.  All right.  So your responsibilities as
24   a vice president of MERS to execute the assignments is
25   really your job perspective, or an aspect of your job at

onsor & Associates
Reporting and Transcription, Inc

Page 17

1  GMAC Mortgage, LLC or GMAC, LLC?
2      A.  That is correct.
3      Q.  Okay.  And you've never been to any MERS
4  offices or their headquarters?
5      A.  No.
6      Q.  Are you aware of why you were given the title
7  of vice president versus assistant secretary or...
8      A.  No, I'm not aware of that.
9      Q.  Okay.  All right.  I have here the assignment
10 of mortgage which you executed in this case.
11     A.  Okay.
12         MR. IMMEL:  I'll enter that as Exhibit A.
13         (Defendant's Exhibit Letter A was marked for
14     identification.)
15         MR. IMMEL:  I have a copy for you, as well.
16         THE WITNESS:  Thank you.
17 BY MR. IMMEL:
18     Q.  In the top left-hand corner it says, Record
19 and return to offices of Marshall C. Watson.
20         Based on your earlier statements, it's
21 accurate to say that attorneys at Marshall C. Watson
22 created the information on this document?
23         MS. ARROYAVE:  Objection:  Form.
24         THE WITNESS:  That would be correct.
25

Ph. 561.682.0905 - Fax. 561.682.1771
1655 Palm Beach Lakes Blvd., Suite 500 - West Palm Beach, FL 33401

C-2-9