12-12020-mg   Doc 2871-7   Filed 02/08/13   Entered 02/08/13 15:14:18   Exhibit F: MERS MIN Summary Used Concealing Identity of Real Party in Interest   Pg 1 of 2

Page 1 of 1

# MIN SUMMARY



**Summary**

| | | | |
|---|---|---|---|
| 1000147-0461106582-1 | | Reinstated or modified (option 1), Not assigned back to MERS | |
| 6931 OLD SAUK RD | | MOM | |
| MADISON, WI 53717 | | First Lien | |
| Reg Date | 06/12/2002 | | |
| County | Dane | QR | N |
| Primary Borrower | NORA, WENDY | | |
| Pool Number | RASC2002KS5CONF | Investor Loan Number | 7762925 |
| Note Amount | $135,900.00 | Note Date | 06/05/2002 |
| Servicer | 1000440 - Residential Funding Company, LLC | | |
| Custodian | 1000573 - Wells Fargo Mortgage Document Custody | | |
| Investor | 1000545 - RFC Trustee 03 | | |
| Subservicer | 1000474 - HomeComings Financial, LLC | | |
| Interim Funder | N/A | | |
| Originating Organization | N/A | | |
| Property Preservation Co. | N/A | | |

**Pending Batches**

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|
| No Pending Batches! | | | | |

Exhibit F    F-1

Page 1 of 1

# MILESTONES for 1000147-0461106582-1



| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| Reinstated/Mod (opt 1), not assigned back to MERS | 08/21/2006 | 1000474 HomeComings Financial, LLC<br>David Hansen | MIN Status: Reinstated or modified (option 1), not assigned back to MERS<br>Quality Review: N |
| Foreclosure Status Update | 08/21/2006 | 1000474 HomeComings Financial, LLC<br>David Hansen | MIN Status: Active (Registered)<br>Foreclosure Status: Foreclosure Pending (option 1), assigned to servicer<br>Quality Review: N |
| Foreclosure Status Update | 10/10/2005 | 1000474 HomeComings Financial, LLC<br>Elizabeth Hinton | MIN Status: Active (Registered)<br>Foreclosure Status: Reinstated or modified (option 2)<br>Quality Review: N |
| Foreclosure Status Update | 08/23/2004 | 1000474 HomeComings Financial, LLC<br>Batch | MIN Status: Active (Registered)<br>Foreclosure Status: Foreclosure Pending (option 2), retained on MERS |
| Transfer Beneficial Rights - Option 1 | 09/10/2002 | 1000545 RFC Trustee 03<br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000545 RFC Trustee 03<br>Old Investor: 1000440 Residential Funding Company, LLC<br>Batch Number: 414035<br>Transfer Date: 08/29/2002 |
| Transfer of Flow Servicing Rights | 07/05/2002 | 1000147 Aegis Funding Corporation<br>Batch | MIN Status: Active (Registered)<br>New Servicer: 1000440 Residential Funding Company, LLC<br>Old Servicer: 1000147 Aegis Funding Corporation<br>New Subservicer: 1000474 HomeComings Financial, LLC<br>Old Subservicer: None<br>Batch Number: 352146<br>Sale Date: 06/28/2002<br>Transfer Date: 06/28/2002 |
| Transfer Beneficial Rights - Option 2 | 07/03/2002 | 1000147 Aegis Funding Corporation<br>Batch | MIN Status: Active (Registered)<br>New Investor: 1000440 Residential Funding Company, LLC<br>Old Investor: 1000147 Aegis Funding Corporation<br>Batch Number: 351984<br>Transfer Date: 06/28/2002 |
| Release Interim Funder Interests | 07/01/2002 | 1000108 GMAC Bank (1)<br>Batch | MIN Status: Active (Registered)<br>Old Interim Funder: 1000108 GMAC Bank (1) |
| Registration | 06/12/2002 | 1000147 Aegis Funding Corporation<br>Batch | MIN Status: Active (Registered)<br>Servicer: 1000147 Aegis Funding Corporation |

F-2