MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Todd M. Goren
Samantha Martin

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF ADDITIONAL DISCLOSURES

PLEASE TAKE NOTICE THAT on September 24, 2012, the Debtors filed a consolidated collateral report reflecting the book value of the Debtors' collateral by funding facility as of May 31, 2012 [Docket No. 1542];

PLEASE TAKE FURTHER NOTICE THAT the Debtors hereby submit as Exhibit 1 consolidated collateral reports reflecting the book value of the Debtors' collateral by funding facility as of May 13, 2012 and December 31, 2012 (the "Collateral Reports");

PLEASE TAKE FURTHER NOTICE THAT the Debtors caution parties in interest not to place undue reliance upon the information contained in the Collateral Reports, which were not prepared for the purpose of providing the basis for an investment decision relating to any of the securities of the Debtors. The Collateral Reports are not audited, do not purport to represent the

ny-1077155

financial information of the Debtors in accordance with generally accepted accounting principles, and do not purport to present the market value of the Debtors' assets and liabilities or the recoverability of the Debtors' assets.  The values indicated in the Collateral Reports are book values as of the date of the reports (not reflecting bid results) and are subject to future adjustment and reconciliation.   There can be no assurance that, from the perspective of a creditor or investor of any of the Debtors, the Collateral Reports are complete.  The Debtors reserve all rights to amend the values represented in the Collateral Reports.  The values set forth in the Collateral Reports should not be viewed as indicative of future values.  This disclaimer applies to all information contained therein.

Dated:  February 8, 2013
        New York, New York

/s/ Gary S. Lee
Gary S. Lee
Todd M. Goren
Samantha Martin
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1077155                              2

**Exhibit 1**

ny-1077155

($ in millions)

| | Book Value of Assets as of 5/13/12[1] | | | | | | |
|---|---|---|---|---|---|---|---|
| | Ally Revolver/ Blanket | Ally LOC/Ally DIP[2] | Citi MSR | Barclay's DIP (GSAP/ BMMZ) | Fannie EA | Unpledged | Total |
| **Assets** | | | | | | | |
| Cash | $ 241 | $ 1 | $ - | $ - | $ - | $ 252 | $ 494 |
| Restricted Cash | 135 | - | - | 198 | - | - | 333 |
| HFS[3] | 498 | 657 | - | 371 | - | - | 1,526 |
| HFS - FHA/VA | 165 | 141 | - | - | - | - | 306 |
| Servicer Advance | 723 | 79 | - | 826 | 158 | 128 | 1,914 |
| MSR | - | 189 | 582 | - | - | 361 | 1,132 |
| Trading Securities | 35 | 44 | - | - | - | (0) | 79 |
| GNMA AR | 464 | 441 | - | - | - | - | 905 |
| Other AR[4] | 152 | 21 | 45 | 21 | - | 24 | 262 |
| REO | 14 | 7 | - | 1 | - | 0 | 22 |
| Other[5][6][7][8] | 52 | 3 | - | - | - | 23 | 78 |
| **Total Assets** | $ 2,480 | $ 1,582 | $ 627 | $ 1,415 | $ 158 | $ 787 | $ 7,050 |
| Legal Equity[9][10] | 3 | - | - | - | - | - | 3 |
| International Equity[10] | 11 | - | - | - | - | 44 | 55 |
| **Total Assets and Equity** | $ 2,494 | $ 1,582 | $ 627 | $ 1,415 | $ 158 | $ 831 | $ 7,107 |
| First Lien Debt[11] | (747) | (380) | (152) | (912) | (40) | n/a | (2,232) |
| **Net Assets[12]** | $ 1,747 | $ 1,202 | $ 475 | $ 503 | $ 118 | $ 831 | $ 4,875 |

[1] This analysis excludes non-economic/securitized items. The information contained herein is preliminary and unaudited. Unless otherwise indicated, the values for assets contained in this report are book values as of the date of this report, not reflecting the bid results. Amounts ultimately realized from the disposition of the Debtors' assets may vary materially from their book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

[2] There are no assets on the Ally DIP silo as of 5/13/2012.

[3] Includes $18M of the International HFS loans, comprised of Canadian loans owned by a Non Debtor entity. The Debtor owns the rights to the cash flows on those loans. The $18M of HFS International assets are allocated to the Revolver/Blanket Lien silo.

[4] For illustrative purposes, the asset schedule reflects additional $104M in hedge unwind proceeds collected post 5/13/2012. These proceeds were originally allocated to Other AR on the Revolver/Blanket Lien silo, as reflected in this asset schedule. The proceeds were subsequently moved to the Revolver/Blanket Cash during May and June of 2012.

[5] Includes Other Assets ($41M), Derivative Assets & Collateral ($23M), Mortgage Loans HFI ($9M) and intercompany balance from Ally ($5M). The intercompany balance from Ally was transferred to Other AR in later periods.

[6] Includes 49% of a data center, reflecting the portion owned by the Company. The remaining 51% is currently owned by Ally and the Company is obligated to purchase this portion before the sale pursuant to the APA.

[7] Certain prepaid software costs or other prepaids are not included in this asset schedule.

[8] Ally Revolver/Blanket Lien and Ally LOC silos include approximately $5M of notes receivable from International Special Purpose Entities ("SPEs"). The SPEs hold approximately $3.3M in assets and $3.7M in liabilities. Assets remaining after liquidation of these entities may be available to repay the Revolver/Junior Secured Bonds.

[9] Represents book equity value of certain BCG Debtor and Non Debtor entities. Approximately $3M is related to the Non Debtor CMH entity. The Debtor owns the "B" shares in the entity. However, the entity is controlled by an outside party. The outside party's approval is required to liquidate this entity. Approximately $1M is related to equity in another Debtor entity. Entities with negative book equity values are presented as $0.

[10] Reflects book value of equity and excludes potential contingent liabilities, adverse tax consequences in the event of cash distribution and other costs associated with the wind down of the entities.

[11] Reflects funded debt amounts as of 5/13/2012.

[12] Net Assets reflect the difference between book value of Total Assets and Equity minus First Lien Debt. The Net Asset balance does not reflect recoveries on asset sales to Ocwen, Walter and Berkshire. The final recovery amounts may be materially different.

| ($ in millions) | Book Value of Assets as of 12/31/12[1] | | | | | | |
|---|---|---|---|---|---|---|---|
| | Ally Revolver/ Blanket | Ally LOC/Ally DIP[2] | Citi MSR | Barclay's DIP | Fannie EA | Unpledged | Total |
| **Assets** | | | | | | | |
| Cash | $ 562 | $ 305 | $ 68 | $ 341 | $ - | $ 305 | $ 1,582 |
| Restricted Cash | 126 | - | - | - | - | - | 126 |
| HFS[3] | 422 | 573 | 2 | 332 | - | 2 | 1,331 |
| HFS - FHA/VA | 87 | 153 | 1 | - | - | 47 | 288 |
| Servicer Advance | 840 | 85 | - | 876 | 172 | 92 | 2,066 |
| MSR | - | 150 | 404 | - | - | 257 | 811 |
| Trading Securities | 36 | 30 | - | - | - | - | 66 |
| GNMA AR | 313 | 472 | 0 | - | - | 15 | 801 |
| Other AR[4] | 59 | 38 | 27 | 4 | - | 20 | 147 |
| REO | 9 | 5 | 0 | 1 | - | 1 | 16 |
| Other[5][6][7][8] | 33 | 2 | - | - | - | 11 | 46 |
| **Total Assets** | **$ 2,487** | **$ 1,814** | **$ 503** | **$ 1,554** | **$ 172** | **$ 749** | **$ 7,279** |
| Legal Equity[9][10] | 3 | - | - | - | - | - | 3 |
| International Equity[10] | 12 | - | - | - | - | 42 | 54 |
| **Total Assets and Equity** | **$ 2,502** | **$ 1,814** | **$ 503** | **$ 1,554** | **$ 172** | **$ 791** | **$ 7,335** |
| First Lien Debt[11] | (747) | (569) | (152) | (1,260) | (28) | n/a | (2,757) |
| **Net Assets[12]** | **$ 1,755** | **$ 1,244** | **$ 351** | **$ 294** | **$ 144** | **$ 791** | **$ 4,579** |

[1] This analysis excludes non-economic/securitized items. The information contained herein is preliminary and unaudited. Unless otherwise indicated, the values for assets contained in this report are book values as of the date of this report, not reflecting the bid results. Amounts ultimately realized from the disposition of the Debtors' assets may vary materially from their book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.
[2] Includes approximately $149M of assets allocated to the Ally DIP silo.
[3] Includes $6M of the International HFS loans, comprised of Canadian loans owned by a Non Debtor entity. The Debtor owns the rights to the cash flows on those loans. The $6M of HFS International assets are allocated to the Revolver/Blanket Lien silo.
[4] Includes approximately $35M in intercompany receivables from Ally allocated to the Revolver/Blanket Lien silo.
[5] Includes Other Assets of $35M and Derivative Assets & Collateral of $11M.
[6] Includes 49% of a data center, reflecting the portion owned by the Company. The remaining 51% is currently owned by Ally and the Company is obligated to purchase this portion before the sale pursuant to the APA.
[7] Certain prepaid software costs or other prepaids are not included in this asset schedule.
[8] Ally Revolver/Blanket Lien and Ally LOC silos include approximately $2M of notes receivable from International Special Purpose Entities ("SPEs"). The SPEs hold approximately $2.7M in assets and $2.8M in liabilities. Assets remaining after liquidation of these entities may be available to repay the Revolver/Junior Secured Bonds.
[9] Represents book equity value of certain BCG Debtor and Non Debtor entities. Approximately $3M is related to the Non Debtor CMH entity. The Debtor owns the "B" shares in the entity. However, the entity is controlled by an outside party. The outside party's approval is required to liquidate this entity. Approximately $0.5M is related to equity in another Debtor entity. Entities with negative book equity values are presented as $0.
[10] Reflects book value of equity and excludes potential contingent liabilities, adverse tax consequences in the event of cash distribution and other costs associated with the wind down of the entities.
[11] Reflects funded debt amounts as of 12/31/2012.
[12] Net Assets reflect the difference between book value of Total Assets and Equity minus First Lien Debt. The Net Asset balance does not reflect recoveries on asset sales to Ocwen, Walter and Berkshire. The final recovery amounts may be materially different.