# Exhibit 2

# Settlement Statement
**Optional Form for Transactions without Sellers**

U.S. Department of Housing and Urban Development

OMB Approval No: 2502-0491

**Name & Address of Borrower:**
ROWENA L. DRENNEN
2703 N BELLEFONTAINE AVE
KANSAS CITY, MO 64117

**Name & Address of Lender:**
Guaranty National Bank of Tallahassee
4501 Singer Court, Third Floor
CHANTILLY, VIRGINIA 20151

**Property Location:** (if different from above)
2703 N BELLEFONTAINE AVE
KANSAS CITY, MISSOURI 64117

**Settlement Agent:** USA Title, L.L.C.

**Place of Settlement:**
4501 Singer Court Suite 100
CHANTILLY, VA 20151

**Loan Number:** LAS-01-0000129376

**Settlement Date:** July 28, 2001

**Disbursement Date:** 8/2/2001

## L. Settlement Charges

### 800. Items Payable in Connection with Loan
| Line | Description | Amount |
|---|---|---|
| 801 | Loan origination fee 9.0000 % to Guaranty National Bank | 4,239.00 |
| 802 | Loan discount 2.0000 % to Guaranty National Bank | 942.00 |
| 803 | Appraisal fee to | |
| 804 | Credit report to Guaranty National Bank of Tallahassee | 50.00 |
| 805 | Inspection fee to | |
| 806 | Mortgage insurance application fee to | |
| 807 | Mortgage broker fee to | |
| 808 | | |
| 809 | | |
| 810 | | |
| 811 | Underwriting Fee To: Guaranty National Bank of Tallahassee | 200.00 |
| 812 | Flood Certification Fee To: Guaranty National Bank of Tallahass | 20.00 |
| 813 | E Appraisal To: Guaranty National Bank of Tallahassee | 32.00 |
| 814 | | |
| 815 | | |

### 900. Items Required by Lender to be Paid in Advance
| Line | Description | Amount |
|---|---|---|
| 901 | Interest from to @ $ /day | |
| 902 | Mortgage insurance premium for months to | |
| 903 | Hazard insurance premium for year(s) to | |
| 904 | | |
| 905 | | |

### 1000. Reserves Deposited with Lender
| Line | Description | Amount |
|---|---|---|
| 1001 | Hazard insurance months @ $ /month | |
| 1002 | Mortgage insurance months @ $ /month | |
| 1003 | City property taxes months @ $ /month | |
| 1004 | County property taxes months @ $ /month | |
| 1005 | Annual assessments months @ $ /month | |
| 1006 | months @ $ /month | |
| 1007 | months @ $ /month | |
| 1008 | months @ $ /month | |

### 1100. Title Charges
| Line | Description | Amount |
|---|---|---|
| 1101 | Settlement or closing fee to USA Title, L.L.C. | 150.00 |
| 1102 | Abstract or title search to USA Title, L.L.C. | 134.00 |
| 1103 | Title examination to USA Title, L.L.C. | 450.00 |
| 1104 | Title insurance binder to | |
| 1105 | Document preparation to | |
| 1106 | Notary fees to | |
| 1107 | Attorney's fees to (includes above item numbers ) | |
| 1108 | Title insurance to (includes above item numbers ) | |
| 1109 | Lender's coverage $ | |
| 1110 | Owner's coverage $ | |
| 1111 | Overnight Fee To: USA Title, L.L.C. | 25.00 |
| 1112 | Document Review Fee To: USA Title, L.L.C. | 250.00 |
| 1113 | Processing Fee To: USA Title, L.L.C. | 260.00 |

### 1200. Government Recording and Transfer Charges
| Line | Description | Amount |
|---|---|---|
| 1201 | Recording fees: CLAY COUNTY RECORDER OF DEEDS | 41.00 |
| 1202 | City / county tax / stamps: | |
| 1203 | State tax / stamps: | |
| 1204 | | |
| 1205 | | |

### 1300. Additional Settlement Charges
| Line | Description | Amount |
|---|---|---|
| 1301 | Survey to | |
| 1302 | Pest inspection to | |
| 1303 | Architectural / engineering services to | |
| 1304 | Building permit to | |
| 1305 | | |
| 1306 | | |
| 1307 | | |
| **1400** | **Total Settlement Charges (enter on line 1602)** | **6,793.00** |

## M. Disbursement to Others

| Line | Payee | Amount |
|---|---|---|
| 1501 | AMER STER BK | 8,692.00 |
| 1502 | PROVIDIAN FINANCIAL | 7,917.00 |
| 1503 | BENEFICIAL- HFC | 7,435.00 |
| 1504 | DIRECT MERCHANTS BANK | 4,123.00 |
| 1505 | FCNB/SPIEGEL | 2,340.00 |
| 1506 | FIRST CONSUMERS NATL B | 1,789.00 |
| 1507 | NEW HORIZONS | 1,495.00 |
| 1508 | MERRICK BANK CORP | 1,318.00 |
| 1509 | CAPITAL ONE BANK | 1,272.00 |
| 1510 | BANK FIRST | 969.00 |
| 1511 | PROVIDIAN FINANCIAL | 808.00 |
| 1512 | BANK FIRST | 597.00 |
| 1513 | CAPITAL ONE BANK | 568.00 |
| 1514 | HOUSEHLD BNK | 557.00 |
| 1515 | RNB - TARGET | 317.00 |
| 1520 | **TOTAL DISBURSED** (enter on line 1603) | **40,197.00** |

## N. Net Settlement

| Line | Description | Amount |
|---|---|---|
| 1600 | Loan Amount | $ 47,100.00 |
| 1601 | Plus Cash / Check from Borrower | $ 0.00 |
| 1602 | Minus Total Settlement Charges (line 1400) | $ 6,793.00 |
| 1603 | Minus Total Disbursements to Others (line 1520) | $ 40,197.00 |
| 1604 | Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | $ 110.00 |

X [signature]
Borrower's Signature ROWENA L. DRENNEN

X
Borrower's Signature

X
Borrower's Signature

X
Borrower's Signature

form HUD-1A (2/94) ref RESPA
ITEM 8438L1 (9511)
GREATLAND
To Order Call: 1-800-530-9393 □ Fax 616-791-1131

RFC-PA-WB 00012166