# Exhibit 3

## Settlement Statement
Transactions without Sellers

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0491

**Name & Address of Borrower:**
FLORA GASKIN
3408 22ND STREET, NORTHPORT, AL 35476-3743

**Name & Address of Lender:**
COMMUNITY BANK OF NORTHERN VIRGINIA
11000 Broken Land Pkwy. 3rd Floor
Columbia, MD 21044

**Property Location:** (If different from address)
3408 22ND STREET
NORTHPORT, AL 35476-3743

**Settlement Agent:**
PARAMOUNT TITLE

**Place of Settlement:**
1534 14TH STREET NW, WASHINGTON, DC 20009

**Loan Number:** ESKP25838

**Settlement Date:** August 8, 2001

**Disbursement Date:** August 14, 2001

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| 800 Items Payable in Connection with Loan | | 1501. AMEX | 11,064.00 |
| 801. Loan origination fee to COMMUNITY BANK OF NORTHERN VIRGINIA | 3,129.00 | 1502. MBNA AMERICA | 3,770.00 |
| 802. Loan discount to | | | |
| 803. Appraisal fee to NATIONWIDE APPRAISALS (POC/BORR $240.00) | | 1503. LOWES/MCCBG | 773.00 |
| 804. Credit report to | | | |
| 805. Application Fee CBNV to COMMUNITY BANK OF NORTHERN VIRG | 275.00 | 1504. AMERICAN GENERAL FINAN | 593.00 |
| 806. Mortgage insurance application fee to | | | |
| 807. | | 1505. LERNERS | 214.00 |
| 808. | | | |
| 809. | | | |
| 810. Underwriting Fee CBNV to COMMUNITY BANK OF NORTHERN VIRGINIA | 295.00 | 1506. PARISIAN | 293.00 |
| 811. Lender\Document Review Fee Community Bank of Northern Virginia to CO | 150.00 | | |
| 900. Items Required by Lender to be Paid in Advance | | 1507. | |
| 901. | | 1508. | |
| 902. Mortgage insurance premium for months to | | 1509. | |
| 903. | | | |
| 904. | | 1510. | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Hazard insurance  mos. @ $  per mo. | | 1511. | |
| 1002. Mortgage insurance  mos. @ $  per mo. | | | |
| 1003. City property taxes  mos. @ $  per mo. | | 1512. | |
| 1004. Cnty. property taxes  mos. @ $  per mo. | | | |
| 1005. Annual assessments  mos. @ $  per mo. | | 1513. | |
| 1006.  mos. @ $  per mo. | | | |
| 1007.  mos. @ $  per mo. | | 1514. | |
| 1008.  mos. @ $  per mo. | | | |
| 1099. | | 1515. | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to PARAMOUNT TITLE | 50.00 | 1520 TOTAL DISBURSED (Enter on line 1603) | 16,707.00 |
| 1102. Abstract or title search to PARAMOUNT TITLE | 260.00 | | |
| 1103. Title examination to PARAMOUNT TITLE | 675.00 | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to PARAMOUNT TITLE | 175.00 | | |
| 1106. Notary fees to | | | |
| 1107. Attorneys' fees to (includes above item numbers         ) | | | |
| 1108. Title insurance to (includes above item numbers         ) | | | |
| 1109. Lender's coverage $ | | **N. NET SETTLEMENT** | |
| 1110. Owners Coverage $ | | 1600. Loan Amount | 30,000.00 |
| 1111. | | | |
| 1112. | | 1601. Plus Cash/Check from Borrower | |
| 1113. | | | |
| 1200 Government Recording and Transfer Charges | | 1602. Minus Total Settlement Charges (line 1400) | 5,112.00 |
| 1201. Recording Fees to CLERK OF THE COURT | 58.00 | | |
| 1202. MORTGAGE TAX to CLERK OF THE COURT | 45.00 | 1603. Minus Total Disbursements to Others (line 1520) | 16,707.00 |
| 1203. | | | |
| 1204. | | 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | 8,181.00 |
| 1205. | | | |
| 1300 Additional Settlement Charges | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | Borrower(s) Signature(s) | |
| 1303. | | x /s/ Flora Gaskin | |
| 1304. | | FLORA GASKIN | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | x | |
| 1400 Total Settlement Charges (enter on line 1602) | 5,112.00 | | |

*LaserDoc (TM) by Delphi Information Sciences Corp. FD027.0101*

form HUD-1A (2/94)
ref. RESPA

FDIC-GNBT03354
(FROM RFC)

CONFIDENTIAL