# Exhibit 4

## Settlement Statement
Transactions without Sellers

| Name & Address of Borrower: | Name & Address of Lender: |
|---|---|
| REBECCA J. PICARD and JOHN J. PICARD<br><br>5214 BECKY DR, PITTSBURG, PA 15236 | COMMUNITY BANK OF NORTHERN VIRGINIA<br>11417 SUNSET HILLS RD. STE#228<br>RESTON, VA 20190 |
| Property Location: (If different from address)<br>5214 BECKY DR<br>PITTSBURG, PA 15236 | Settlement Agent:<br>TITLE AMERICA<br>Place of Settlement:<br>11417 SUNSET HILLS RD STE#105, Reston, VA 20190 |
| Loan Number: BCJCH-147392 | Settlement Date: November 30, 1999    Disbursement Date: December 6, 1999 |

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| 800 Items Payable in Connection with Loan | | 1501. CONSECO FINANCE SERVICING CORP. | 21,218.45 |
| 801. Loan origination fee to COMMUNITY BANK OF NORTHERN VIRGINIA | 3,832.00 | | |
| 802. Loan discount to COMMUNITY BANK OF NORTHERN VIRGINIA | 2,155.50 | 1502. CITIBANK VISA | 5,938.00 |
| 803. Appraisal fee to (PAID $175.00) | 175.00 | | |
| 804. Credit report to | | 1503. | |
| 805. Inspection fee to | | | |
| 806. Mortgage insurance application fee to | | 1504. | |
| 807. Application Fee to COMMUNITY BANK OF NORTHERN VIRGINIA | 95.00 | | |
| 808. | | 1505. | |
| 809. | | | |
| 810. | | 1506. | |
| 811. Underwriting Fee to COMMUNITY BANK OF NORTHERN VIRGINIA | 185.00 | | |
| 900. Items Required by Lender to be Paid in Advance | | 1507. | |
| 901. | | | |
| | | 1508. | |
| 902. Mortgage insurance premium for months to | | | |
| | | 1509. | |
| 903. | | | |
| 904. | | 1510. | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Hazard insurance mos. @ $ per mo. | | 1511. | |
| 1002. Mortgage insurance mos. @ $ per mo. | | | |
| 1003. City property taxes mos. @ $ per mo. | | 1512. | |
| 1004. Cnty. property taxes mos. @ $ per mo. | | | |
| 1005. Annual assessments mos. @ $ per mo. | | 1513. | |
| 1006. mos. @ $ per mo. | | | |
| 1007. mos. @ $ per mo. | | 1514. | |
| 1008. mos. @ $ per mo. | | | |
| 1099. | | 1515. | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to TITLE AMERICA, LLC | 250.00 | 1520 TOTAL DISBURSED (Enter on line 1603) | 27,156.45 |
| 1102. Abstract or title search to TITLE AMERICA, LLC | 50.00 | | |
| 1103. Title examination to TITLE AMERICA, LLC | 300.00 | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorneys' fees to (includes above item numbers ) | | | |
| 1108. Title insurance to (includes above item numbers ) | | | |
| 1109. Lender's coverage $ | | N. NET SETTLEMENT | |
| 1110. Owners Coverage $ | | 1600. Loan Amount | 47,900.00 |
| 1111. Overnight Fee to TITLE AMERICA, LLC | 25.00 | | |
| 1112. Document Review to TITLE AMERICA, LLC | 260.00 | 1601. Plus Cash/Check from Borrower | 175.00 |
| 1113. Processing Fee to TITLE AMERICA, LLC | 250.00 | | |
| 1200 Government Recording and Transfer Charges | | 1602. Minus Total Settlement Charges (line 1400) | 7,619.00 |
| 1201. Recording Fees to ALLEGHENY COUNTY RECORDER OF DEEDS | 41.50 | | |
| 1202. | | 1603. Minus Total Disbursements to Others (line 1520) | 27,156.45 |
| 1203. | | | |
| 1204. | | 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | 13,299.55 |
| 1205. | | | |
| 1400. Total Settlement Charges (enter on line 1602) | 7,619.00 | | |

Borrower's Signature
REBECCA J. PICARD

Borrower's Signature
JOHN J. PICARD

Borrower's Signature

Borrower's Signature

LaserDoc (TM) by Delphi Information Sciences Corp. EP005.0199

HUD-1A