# Exhibit 5





The following is an analysis of the change in allowance for loan losses:

|  | 1998 | 1997 |
|---|---|---|
| Balance at beginning of period | $ 972,593 | $ 673,444 |
| Provision charged against income | 940,000 | 290,000 |
| Losses charged off | (352,566) | (22,351) |
| Recoveries of loans previously charged off | 5,160 | 31,500 |
|  | $ 1,565,187 | $ 972,593 |

The following is a summary of information pertaining to impaired loans:

|  | 1998 | 1997 |
|---|---|---|
| Impaired loans without a valuation allowance | $ - | $ - |
| Impaired loans with a valuation allowance | 763,410 | 82,046 |
| Total impaired loans | $ 763,410 | $ 82,046 |

|  | 1998 | 1997 |
|---|---|---|
| Valuation allowance related to impaired loans | $ 107,045 | $ 8,205 |
| Average investment in impaired loans | $ 576,913 | $ 80,196 |
| Interest income recognized on a cash basis on impaired loans | $ 29,534 | $ - |

No additional funds were committed to be advanced in connection with impaired loans.

## NOTE D—LOANS HELD FOR SALE

The Bank has established agreements with several mortgage brokers whereby the Bank will fund first and second trust loans approved by the broker which meet the Bank's specified lending criteria. The Bank then sells the loans to outside investors at agreed-upon prices. The Bank retains a mortgage origination fee of 1 to 2 percent on each transaction. Any remaining fees generated from the origination of the loan and subsequent sale in excess of costs incurred are paid to the mortgage broker. Losses incurred as a result of selling loans at a discount are charged back to the mortgage broker. The Bank does not retain servicing rights on any loans sold to outside investors.

## NOTE E—BANK PREMISES AND EQUIPMENT

Bank premises and equipment are as follows at December 31:

|  | 1998 | 1997 |
|---|---|---|
| Cost |  |  |
| Land | $ 677,627 | $ 677,627 |
| Buildings | 1,665,658 | 1,665,658 |
| Furniture, fixtures and equipment | 3,967,098 | 3,265,508 |
|  | 6,310,383 | 5,608,793 |
| Less accumulated depreciation |  |  |
| Building | (240,709) | (199,067) |
| Furniture, fixtures and equipment | (1,486,973) | (1,004,352) |
|  | $ 4,582,701 | $ 4,405,374 |

Depreciation expense totaled $544,517 and $410,482 in 1998 and 1997, respectively.