# Exhibit 6

# BUSINESS RESULTS

## Mortgage Lending

Once again, the Mortgage Lending Department had a stellar performance. The volume of closed mortgage loans rose dramatically from $220 million in 1998 to more than $514 million in 1999. With numbers like these, it's easy to see why the Mortgage Department accounted for 22% of the Bank's earnings. The success of the central mortgage loan office can be directly attributed to the efforts of the efficient, professional staff responsible for overseeing the Bank's five loan production offices (LPOs). The establishment of these LPOs in Maryland and Virginia has helped to increase mortgage loan volume by offering a diverse product mix including first and second trust mortgage loans.

Late in 1999, the Mortgage Department was restructured, which increased the interest income to the Bank for the fourth quarter of the year. The restructuring related to the loan production offices of the Bank. Previously, the Bank had consulting arrangements with various limited liability companies (LLCs). In late 1999, the contracts with the LLCs were canceled and the primary owner in each LLC became an employee of the Bank. Because of the restructuring, the staff in each office also became employees of the Bank. All revenue and expenses of the mortgage loan production offices was combined with the Bank operations, including incentive bonuses paid to each mortgage office branch manager based upon the profitability of their office. These changes have significantly impacted several of the income items as well as the operating expenses noted in the highlights section of the report.

The Mortgage Department's marketing efforts were a key factor in the department's continuing success last year. A comprehensive direct mail advertising campaign significantly increased the Bank's exposure to targeted prospects in many states. The marketing initiatives for 2000 include the possibility of advertising through the Internet as an additional method of reaching its target markets for 2000 and beyond.

Technology continues to be a driving force behind the success of Community Bank and we are continuing our efforts to revolutionize the mortgage lending process through our award-winning paperless mortgage origination and processing system.

The outlook for 2000 is bright and Community Bank anticipates another successful year with even greater loan volume. To that end, the Mortgage Lending team will continue to enhance and diversify its loan origination with agency and home equity products to achieve maximum results for both customers and shareholders alike.

## Sales Finance

The Sales Finance Department also set a new standard for success by more than doubling its volume from the previous year. In 1999, the department's portfolio rose to over $55 million compared to $25



Richard S. Johnson, Sales Finance Officer; James W. Benecivenga, General Manager of Heritage Auto Plaza, Alexandria, Virginia.