# Exhibit 13

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br> COMMUNITY BANK OF NORTHERN ) <br> VIRGINIA AND GUARANTY BANK ) <br> SECOND MORTGAGE LITIGATION ) <br> vs. ) <br> _____ ) <br> _____ ) <br> _____ ) <br> Defendant ) | C.A. 03-425, 02-1201, 05-688 & 05-1386 |

**HEARING ON**   STATUS CONFERENCE

Before   CHIEF JUDGE GARY L. LANCASTER

| SEE BELOW | SEE BELOW |
|---|---|
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun   2/23/11 @ 2:10 PM | Hrg Adjourned to |
| Hrg concluded C.A.V.   2/23/11 @ 2:56 PM | Stenographer   VIRGINIA PEASE |

**WITNESS**

| For Plaintiff | For Defendant |
|---|---|
| DANIEL MYERS, ESQ. | THOMAS ALLEN, ESQ. |
| BRUCE CARLSON, ESQ. | DARRELL MAY, ESQ. |
| FREDERICK WALTERS, ESQ. | ROY ARNOLD, ESQ. |
| SCOTT BORISON, ESQ. | VIRGINIA BARNHART, ESQ. |
| DAVID SKEENS, ESQ. | HENRY SNEATH, ESQ. |
| FRANKLIN NIX, ESQ. | |
| GARY LYNCH, ESQ. | |
| JEROME HARTZELL, ESQ. | |

Defendants given 30 days (3-25-2011) to respond to plaintiffs' Motions for Multi-District Case Management Orders (docs. #206 @ CA 02-1201, #471 & #472 @ CA 03-425, #204 @ CA 05-688 & #56 & CA 03-1386) & mediation provision of Modification Agreement