# Exhibit 14

# ReedSmith

737

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
+1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

Roy W. Arnold
Direct Phone: +1 412 288 3916
Email: rarnold@reedsmith.com

FILED ON WORLDOX

March 18, 2011

**Via E-mail and Certified Mail**

R. Bruce Carslon, Esquire
Carlson Lynch, Ltd.
P.O. Box 367
231 Melville Lane
Sewickley, PA 15143

A. Hoyt Rowell, III, Esquire
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd.
Building A
Mt. Pleasant, SC 29464

Re: **In re: Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Second Mortgage Litigation, Civil Action No. 03-425; MDL No. 1674**

**Modification No. 1 Dated As Of July 28, 2006 to Settlement Agreement and Release Dated As Of July 11, 2003**

Dear Mr. Carlson and Mr. Rowell:

Please be advised that Defendants have elected to require Plaintiffs' Counsel to enter into non-binding mediation pursuant to Paragraph 7 of Modification No. 1 to the Settlement Agreement and Release.

Counsel for the Defendants propose that the parties have a telephone conference as soon as possible to discuss, among other things, the arrangements for the mediation, including but not limited to the selection of a mediator, participants and timing. Counsel for Defendants are available for a conference call on Monday, March 21, 2011 or Tuesday, March 22, 2011. Please let us know as soon as possible your availability for such a call.

Very truly yours,

REED SMITH LLP

By: *[signature]*
Roy W. Arnold

RWA:pm

cc: Thomas L. Allen, Esquire
Darryl May, Esquire
Virginia Barnhart, Esquire

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-105792554.1-RWARNOLD 3/18/11 12:05 PM