# Exhibit 17

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1674 |
| | Case No. 03-0425 |
| | Case No. 02-1201<br>Case No. 05-0688<br>Case No. 05-1386 |
| | Hon. Gary L. Lancaster |
| THIS MOTION RELATES TO ALL ACTIONS | |

## ALL PLAINTIFFS' JOINT MOTION FOR MULTIDISTRICT CASE MANAGEMENT ORDER NUMBER ONE

All Plaintiffs in the multidistrict proceeding *"In re Community Bank of Northern Virginia Mortgage Lending Practices Litigation,"* MDL Case No. 1674, consolidated under W.D. Pa. Case No. 02-1201 respectfully request the Court to enter a *Multidistrict Case Management Order* governing all pretrial proceedings in this multidistrict litigation, as is anticipated by 28 U.S.C. § 1407 and the *Manual for Complex Litigation, Fourth*, at, *e.g.*, §§ 20.13, 21.1, 21.63, 22.36, 22.6 (4th ed. 2004), a copy of which proposed Order is attached. In support of this request the Plaintiffs state as follows:

1. Counsel for plaintiffs in *Kessler v. Residential Funding Corporation*, Case No. 03-0425, have filed a separate Motion for Multidistrict Case Management Order [ECF No. 471] which is hereby withdrawn.

2. The Plaintiffs in *Hobson v. Irwin Union Bank and Trust*, Case No. 05-0688, and *Drennen v. Community Bank of Northern Virginia*, Case No. 05-1386 have filed their own separate Motion for Multidistrict Case Management Order No. 1 [ECF No. 472] which is also withdrawn.

3.   Per the *Order of Court Regarding Amended Stipulation of Counsel Regarding Matters Addressed at Status Conference February 23, 2011* [Doc. 481], all Plaintiffs notify the Court that their mediation conducted on June 9, 2011 was unsuccessful.

4.   All Plaintiffs now agree upon the Proposed Case Management Order No. 1 attached hereto as **Exhibit 1**. The jointly Proposed Case Management Order No. 1 attached as **Exhibit 1** consolidates in one document the provisions from the prior separately proposed Case Management Orders, Doc. 471 and 472, that all Plaintiffs now agree upon. The provisions in **Exhibit 1** were previously proposed in either or both of the separate proposed Case Management Orders, Doc. 471, 472, submitted by Plaintiffs.

WHEREFORE, all Plaintiffs jointly request the Court to enter the attached proposed Case Management Order No. 1.

By /s/ R. Bruce Carlson
R. Bruce Carlson (PA ID #56657)
Gary Lynch (PA ID # 56887)
Stephanie K. Goldin (PA ID # 202865)
CARLSON LYNCH LTD.
– *Proposed Co-Lead Counsel*
P.O. Box 367
231 Melville Lane
Sewickley, PA 15143
(412) 749-1677
(412) 749-1686 (Facsimile)

Daniel O. Myers
LAW OFFFICES OF DANIEL O. MYERS
1127 Queensborough Blvd., Suite 105
Mt. Pleasant, SC 29464
(843) 654-7440
(843) 654-7441

By   /s/ R. Frederick Walters
R. Frederick Walters
J. Michael Vaughan
David M. Skeens
Garrett M. Hodes
WALTERS BENDER STROHBEHN &
  VAUGHAN, P.C.
– *Proposed Co-Lead Counsel*
2500 City Center Square
12th & Baltimore
P.O. Box 26188
Kansas City, MO 64196
(816) 421-6620
(816) 421-4747 (Facsimile)

Scott C. Borison, Esq.
LEGG LAW FIRM, LLC
5500 Buckeystown Pike
Frederick, MD 21703
(301) 620-1016
(301) 620-1018 (Facsimile)

A. Hoyt Rowell, III
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
(843) 727-6550

Franklin R. Nix, Esq.
LAW OFFICES OF FRANKLIN NIX
1020 Foxcroft Road, N.W.
Atlanta, GA 30327-2624
(404) 261-9759
(404) 261-1458 (Facsimile)

Knox McLaney, Esq.
MCLANEY & ASSOCIATES, P.C.
P. O. Box 4276
Montgomery, AL 36104
(334) 265-1282
(334) 265-2319 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the United States District Court for the Western District of Pennsylvania with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 21st day of June 2011.

/s/ R. Frederick Walters