# Exhibit B

DEC, RND, CLOSED

# U.S. Bankruptcy Court
## Western District of Missouri (Kansas City)
## Bankruptcy Petition #: 05-45391-jwv7

| | |
|---|---|
| | *Date filed:* 08/04/2005 |
| *Assigned to:* Jerry W. Venters | *Date reopened:* 01/13/2012 |
| Chapter 7 | *Date terminated:* 05/30/2012 |
| Voluntary | *Debtor discharged:* 11/10/2005 |
| No asset | |

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor** | represented by **Mark Allen Roy** |
| **Rowena Louise Drennen** | Holcomb & Roy, L.L.C. |
| 834 Walker Court | 8600 NW 64th Street |
| Kansas City, MO 64068 | Ste 205 |
| CLAY-MO | Parkville, MO 64152 |
| SSN / ITIN: xxx-xx-6212 | 816-741-0006 |
| *aka* **Rowena Louise Powers** | Fax : 816-741-0065 |
| | Email: cdmr@hrkclaw.com |
| | |
| | **Susan K. Montee** |
| | 520 Francis Street |
| | St. Joseph, MO 64501 |
| | 816-364-1650 |
| | Fax : 816-364-1509 |
| | |
| **Trustee** | represented by **Maureen Scully** |
| **Maureen Scully** | P.O. Box 30233 |
| P.O. Box 414707 | Kansas City, MO 64112 |
| Kansas City, MO 64141 | 816-868-3039 |
| 816-868-3039 | Fax : 913-384-0939 |
| | Email: maureensc@swbell.net |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/04/2005 | 1 | Chapter 7 Voluntary Petition, At Time of Filing - Fee Due of 209.00 dollars,. (Montee, Susan) (Entered: 08/04/2005) |
| 08/04/2005 | 2 | Receipt of Voluntary Petition (Chapter 7)(05-45391) [other,volp7a] ( 209.00) Filing Fee. Receipt Number 2662691, Filing Fee Amount 209.00 dollars (U.S. Treasury) (Entered: 08/04/2005) |

| 08/05/2005 | 3 | First Meeting of Creditors with 341 meeting to be held on 09/09/2005 at 03:00 PM at US Crthouse,Rm 2110B, 400 E. 9th St., Kansas City, MO. Objections for Discharge due by 11/08/2005. Transmitted to the BNC for Service. ( adkt, ) (Entered: 08/05/2005) |
| --- | --- | --- |
| 08/05/2005 | 4 | Meeting of Creditors AMENDED for noticing purposes only to reflect the Debtor's ALIAS. The 341 meeting date and time remain the same. (Wheeler, Valerie) (Entered: 08/05/2005) |
| 08/07/2005 | 5 | BNC Certificate of Mailing Service Date 08/07/2005. (Related Doc # 4 ) (Admin.) (Entered: 08/08/2005) |
| 08/09/2005 | 6 | Debtor's Declaration Re: Electronic Filing. (Shannon, Kirsten) (Entered: 08/09/2005) |
| 09/11/2005 | 7 | CONTINUED Meeting of Creditors to be held on 10/14/2005 at 03:00 PM at US Crthouse,Rm 2110B, 400 E. 9th St., Kansas City, MO (Scully, Maureen) (Entered: 09/11/2005) |
| 10/13/2005 | 8 | Amended Petition to show *prior bankruptcy filing* filed by Rowena Louise Drennen. (Montee, Susan) (Entered: 10/13/2005) |
| 10/15/2005 | 9 | Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer. First Meeting of Creditors Held and Adjourned. (Scully, Maureen) (Entered: 10/15/2005) |
| 11/10/2005 | 10 | Order Discharging Debtor(s). (Admin.) (Entered: 11/10/2005) |
| 11/16/2005 | 11 | BNC Certificate of Mailing Service Date 11/16/2005. (Related Doc # 10 ) (Admin.) (Entered: 11/17/2005) |
| 11/22/2005 | 12 | Final Decree and Closing Case - The estate of the above named debtor(s) has been fully administered. The Trustee is discharged as trustee of the estate, the bond is cancelled, and this Chapter 7 Bankruptcy Case is Closed. (This is a text entry, no document is attached.) (Admin.) (Entered: 11/22/2005) |
| 01/10/2012 | 13 | Trustee's Application to Employ Maureen Scully as Attorney filed by Maureen Scully. (Scully, Maureen) (Entered: 01/10/2012) |
| 01/10/2012 | 14 | Trustee's Motion to Reopen this Chapter 7 Case *to administer an* |

| | | |
|---|---|---|
| | | *asset*, filing fee to be paid in the amount of 0.00 dollars filed by Maureen Scully. (Scully, Maureen) (Entered: 01/10/2012) |
| 01/10/2012 | <u>15</u> | Trustee's Application to Defer the Filing Fee *of $260.00 to reopen case.* filed by Maureen Scully. (Scully, Maureen) (Entered: 01/10/2012) |
| 01/13/2012 | 16 | Order of the Court granting the Motion to Reopen Case for the Trustee to Administer Assets. This case is therefore reopened and reinstated. The filing fee for reopening is deferred in the amount of $260.00 dollars. It is so ORDERED by /s/ *Jerry W. Venters*<br><br>(related document(s)<u>15</u>, <u>14</u>) Deferred Reopening Fee due by 6/13/2012. (Hinkle, Jamie)<br><br>**THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE.**<br><br>File the Certificate of Service and relate it to the **epo** category.<br><br>*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*<br><br>(Entered: 01/13/2012) |
| 01/13/2012 | 17 | Ex parte Order of the Court Granting the Trustee's Motion to Employ Maureen Scully as attorney for the trustee. So ORDERED by /s/ *Jerry W. Venters*<br><br>(related document(s)<u>13</u>) (Hinkle, Jamie)<br><br>**THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE.**<br><br>File the Certificate of Service and relate it to the **epo** category.<br><br>*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*<br><br>(Entered: 01/13/2012) |
| 01/19/2012 | 18 | Trustee Withdraws the Report of No Distribution entered in this |

|  |  |  |
|---|---|---|
|  |  | case on 10-15-2005. Filed by Maureen Scully.(related document(s) 9 ) (Scully, Maureen) (Entered: 01/19/2012) |
| 01/26/2012 | 19 | Trustee anticipates receiving or has collected funds for the estate and Requests the Clerk of Court to set a bar date for filing a Proof of Claim and send notice of the date to all creditors. Filed by Maureen Scully. (Scully, Maureen) (Entered: 01/26/2012) |
| 01/27/2012 | 20 | Notice to Creditors to File Claims. (The Bankruptcy Noticing Center will serve this notice on all creditors and parties.*There is no document attached to this entry. It will be attached to the BNC Certificate of Mailing.)* Proof of Claims due by 4/30/2012. (Shannon, Kirsten) (Entered: 01/27/2012) |
| 01/29/2012 | 21 | BNC Certificate of Mailing Notice Date 01/29/2012. (Related Doc # 20 ) (Admin.) (Entered: 01/29/2012) |
| 04/19/2012 | 22 | First Entry of Appearance of Mark A. Roy on behalf of Rowena Louise Drennen (Roy, Mark) (Entered: 04/19/2012) |
| 04/19/2012 | 23 | First Amended Schedule(s) B was modified to show To schedule a contingent, unliquidated, class action claim filed by Rowena Louise Drennen (Roy, Mark) (Entered: 04/19/2012) |
| 04/19/2012 | 24 | First Amended Schedule(s) C was modified to show exempt contingent, unliquidated class action claim as scheduled in debtors first amended schedule B filed by Rowena Louise Drennen (Roy, Mark) (Entered: 04/19/2012) |
| 04/19/2012 | 25 | --PLEASE SEE DOC #26 FOR CORRECTED ENTRY-- Verification by Debtor to *first amended schedules B and C* filed by Rowena Louise Drennen (related document(s)23 Amended Schedules filed by Rowena Louise Drennen, 24 Amended Schedules filed by Rowena Louise Drennen) (Roy, Mark) Modified on 4/20/2012 (Shannon, Kirsten). (Entered: 04/19/2012) |
| 04/19/2012 | 26 | Verification by Debtor to *Amended schedules B and C* filed by Rowena Louise Drennen (Roy, Mark) (Entered: 04/19/2012) |
| 05/29/2012 | 27 | Chapter 7 Trustee's Report of No Distribution: having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and |

| | | |
|---|---|---|
| | | above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 5 months. Assets Abandoned (without deducting any secured claims): Not Available, Claims Scheduled: $ 0.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 0.00. Filed by Maureen Scully. (Scully, Maureen) (Entered: 05/29/2012) |
| 05/30/2012 | | Bankruptcy Case Re-Closed. (Shannon, Kirsten) (Entered: 05/30/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/21/2013 15:12:56 | | | |
| PACER Login: | wb0148 | Client Code: | 1011.030138 |
| Description: | Docket Report | Search Criteria: | 05-45391-jwv7 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 3 | Cost: | 0.30 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:                              )
                                    )
    ROWENA LOUISE DRENNEN           )    Case No: 05-45391 JWV
                                    )    Chapter 7
                                    )
                                    )
            Debtor(s)               )

## MOTION TO REOPEN THIS CHAPTER 7 CASE TO ADMINISTER AN ASSET AND
## REQUEST TO REAPPOINT MAUREEN SCULLY AS TRUSTEE

*Comes now* Maureen Scully, by and through Counsel, pursuant to 11 USC §350 and Rule 5010 Fed. R. Bankr. P. and moves this Court reopen this Chapter 7 case and that she be reappointed as Trustee.  In support of said Motion she states:

1.  On August 4, 2005 Debtor(s) voluntarily filed a petition for relief under Chapter 7 of Title 11 of the United States Code and Maureen Scully was appointed the Trustee in this case.

2.  The Debtor(s)' meeting of creditors was held September 9, 2005.  On October 15, 2005 a report of no distribution was filed and on November 22, 2005 this case was closed and the trustee discharged.

3.  Trustee has received information that Debtor(s) are members of a class of borrowers in a class action lawsuit styled *In re Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation*, MDL No. 1674, that is currently pending in the United States District Court for the Western District of Pennsylvania.  This claim is an asset of the estate.

4.  Trustee requests in a separate pleading that the reopen fee be deferred to be paid with the distribution of the estate funds.

5.  The Trustee asserts that the proposed reopening of the case to administer this asset is in the best interests of this bankruptcy estate and the unsecured creditors.

**WHEREFORE,** Maureen Scully, Trustee, moves this Court to enter an Order reopening this Chapter 7 case, that she be reappointed as trustee and for such other and further relief as is proper.

/s/Maureen Scully
Maureen Scully, #26605
P.O. Box 30233
Kansas City, MO 64112
maureensc@swbell.net
(816) 868-3039
Fax (913) 384-0939

### Certificate of Service

I hereby certify that a copy of the foregoing was either mailed, postage prepaid, or served electronically January 10, 2012 to:  United States Trustee and Susan K. Montee, Attorney for Debtor(s).

/s/Maureen Scully
Maureen Scully, #26605

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI (Kansas City)
WESTERN DIVISION


ROWENA LOUISE DRENNEN                CASE NO. 05-45391

Debtor.

### FIRST AMENDMENT TO SCHEDULE B

COMES NOW Debtor, by and through her attorney of record, Mark Allen Roy,


and hereby **MAKES A FIRST AMENDMENT TO SCHEDULE B** to reflect the following:


SEE PAGE 2

| Type of Property | Description of Property | Market Value of Debtor(s)' Interest |
| --- | --- | --- |
|  |  |  |

1

Case 05-45391-jwv7   Doc 23   Filed 04/19/12   Entered 04/19/12 10:25:59   Desc Main
Document    Page 2 of 2

| | | | |
|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature including tax refunds, counterclaims of the debtor(s), and rights to setoff claims.  Give estimated value of each. | Contingent, Unliquidated, Class Action Claim arising out of  IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA AND GUARANTY NATIONAL BANK OF TALLAHASSEE SECOND MORTGAGE LOAN LITIGATION | J | ESTIMATED $0-$50,000.00 |

Respectfully submitted,

/s/ Mark Allen Roy
MARK ALLEN ROY MO BAR# 38299
8600 NW 64TH Street, Ste 205
Parkville, MO 64152
TEL: 816/741-0006
FAX: 816/741-0065
E-mail: mark@hrkclaw.com

ATTORNEY FOR DEBTOR/CLAIMANT

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI (Kansas City)
### WESTERN DIVISION

**ROWENA LOUISE DRENNEN**                **CASE NO. 05-45391**

**Debtor.**

### FIRST AMENDMENT TO SCHEDULE C

**COMES NOW** Debtor, by and through her attorney of record, Mark Allen Roy,

and hereby **MAKES A FIRST AMENDMENT TO SCHEDULE C** to reflect the following:

1

# AMENDED SCHEDULE C

| Description of Property | Specific Law Providing Exemption | H W J | Value of Claimed Exemption |
|---|---|---|---|
| Contingent, Unliquidated, Class Action Claim arising out of  IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA AND GUARANTY NATIONAL BANK OF TALLAHASSEE SECOND MORTGAGE LOAN LITIGATION | RSMo 513.427 | J | 100% exempt |

Respectfully submitted,

/s/ Mark Allen Roy
MARK ALLEN ROY MO BAR# 38299
8600 NW 64TH Street, Ste 205
Parkville, MO 64152
TEL: 816/741-0006
FAX: 816/741-0065
E-mail: mark@hrkclaw.com

ATTORNEY FOR DEBTOR/CLAIMANT

2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI (KANSAS CITY)
WESTERN DIVISION

IN RE:                                     )
                                           )
Rowena Drennen                             )        Case No. 05-45391
                        Debtor(s)          )
                                           )

VERIFICATION BY DEBTOR(S)

I, Rowena Drennen, named as the debtor above in this case, declare under the penalty of perjury that I have read the

First Amended Schedule(s) B and C

and that they are true and correct to the best of my knowledge, information, and belief.

Date: 4/19/12

Rowena Drennen

DEBTOR/CLAIMANT