ALCANTAR LAW PLLC
22 Cortlandt Street, 16th Floor
New York, New York 10007
Telephone: (212) 658-0222
Fax: (646) 568-5843
raul.alcantar@alcantarlaw.com

*Attorneys for Neighborhood Assistance Corporation of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC**, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Neighborhood Assistance Corporation of America hereby withdraws its Notice of Appearance in the above-referenced cases.

| | |
|---|---|
| Dated: New York, New York<br>　　　　February 11, 2013 | Respectfully submitted,<br><br>ALCANTAR LAW PLLC<br><br>/s/ Jose Raul Alcantar Villagran<br>By: Jose Raul Alcantar Villagran<br><br>22 Cortlandt Street, 16th Floor<br>New York, New York 10007<br>Telephone: (212) 658-0222<br>Fax: (646) 568-5843<br>raul.alcantar@alcantarlaw.com<br><br>*Attorneys for Neighborhood Assistance Corporation of America* |