RECEIVED
FEB - 8 2013
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

CASE No. 12-12020 (MG) 2-5-13

HONORABLE BANKRUPTCY Judge, AND VITO GENNA CLERK OF THE COURT. UNITED STATES BANKRUPTCY COURT, FOR THE So. DISTRICT OF NEW YORK ONE BOWLING GREEN NEW YORK, NEW YORK, 10004.

LETTER OF INQUIRY

1. YOUR HONOR I WANTED TO KNOW IF THE BANKRUPTCY CASE FOR RESIDENTIAL CAPITAL, LLC, ET, AL, DEBTORS. HAD TERMINATED?

THE REASON I ASK THAT QUESTION IS BECAUSE I ASKED G.MAC WHO IS SERVICER OF RESIDENTIAL CAPITAL TO TO REFINANCE MY MORTAGE, GMAC SEND A LETTER THAT THEY GMAC WOULD NOT SERVICE MY MORT.gage ANY LONGER. MY MORTGAGE WAS TRANSFERED TO GREEN TREE. "THANK YOU"

ATTACHED
GMAC LETTER
MARKED EXHIBIT
"A"

Joe R. Vargas
213 U, STREET
BAKERSFIELD, CA. –
93304, TELE: 661-326-8896

# GMAC Mortgage

First Mortgage Loan Servicing
3451 Hammond Avenue
PO Box 780
Waterloo, IA 50704-0780

www.gmacmortgage.com

January 30, 2013

JOE R VARGAS
213 U STREET
BAKERSFIELD, CA 93304

RE: Account Number 0655389567
Property Address 213 U STREET
BAKERSFIELD, CA 93304

Dear Customer:

You were recently notified the servicing of your mortgage loan transferred from GMAC Mortgage to GreenTree, effective 2/1/2013.

Our records reflect you enrolled in the ASSURANT GROUP (AMERICAN BANKERS) DMP program with a monthly premium of $ 11.80. If GreenTree is able to continue the administration of this program, they will be in touch before your next billing cycle. If not, GreenTree will adjust your monthly payment accordingly and you will hear directly from ASSURANT GROUP (AMERICAN BANKERS) about direct billing options.

If you have questions, please contact ASSURANT GROUP (AMERICAN BANKERS) at 1-800-852-2244.

HOMESOLUTIONS SERVICING DEPARTMENT
MORTGAGE LOAN SERVICING
GMAC MORTGAGE CORPORATION