Katharine I. Crost (NY Bar No. 1391523)
Lorraine S. McGowen (NY Bar No. 2137727)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:  (212) 506-5000
Facsimile:   (212) 506-5151

*Special Securitization Transactional*
*and Litigation Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**THIRD SUPPLEMENTAL DECLARATION OF KATHARINE I. CROST IN SUPPORT OF THE DEBTORS' APPLICATION UNDER SECTION 327(e) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014(a) AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO MAY 14, 2012**

Pursuant to sections 327 and 329 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and 28 U.S.C. § 1746, Katharine I. Crost declares:

1. I am a partner of the firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), which maintains offices for the practice of law at 51 West 52nd Street, New York, New York 10019-6142 and in other cities in the United States and around the world.  I am admitted to practice law before the Courts of the State of New York, the Southern District of New York, and the Eastern District of New York.

2. I am authorized to submit this third supplemental declaration (the "**Third Supplemental Declaration**") on behalf of Orrick.

3. On June 26, 2012, I submitted a declaration pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure in support of the application filed by Residential Capital, LLC, *et al.* (each, a "Debtor," collectively, the "Debtors") seeking authorization to employ Orrick as Special Securitization Transactional and Litigation Counsel to the Debtors (Dkt. No. 510) (the "Application"). I submitted a supplemental declaration in support of the Application on July 11, 2012 (Dkt. No. 745) and a second supplemental declaration on August 16, 2012 (Dkt. No. 1178).

4. On July 27, 2012, this Court entered an Order approving the Application (Dkt. No. 930).

5. The facts set forth in this Third Supplemental Declaration are based upon my personal knowledge, upon records maintained by Orrick in the ordinary course of its business and which have been reviewed by me and/or by other partners or employees of Orrick at my direction, or upon information known by other partners or employees of Orrick and conveyed to me.

6. I make this Third Supplemental Declaration out of an abundance of caution, and not because I believe the matters set forth herein are within the scope of Rules 2014 or 5002.

7. On February 15, 2013, Ocwen Loan Servicing, LLC, the mortgage servicing arm of Ocwen Financial Corporation (collectively, "**Ocwen**"), and its joint bidding partner Walter Investment Management Corp. are scheduled to close on their purchase of the mortgage servicing and origination businesses from the Debtors.

8. Following the closing, Ocwen intends to retain Orrick to assist it with certain matters relating to post-closing financing amendments to various servicing agreements under which Ocwen is assuming the servicing obligations of the Debtors as of the closing. Ocwen does not anticipate that the Debtors will be involved in any of these matters. In addition, the post-closing financing amendments will not require notice to, or the consent of, the Debtors. The post-closing financing amendments will also not impose any liabilities or obligations on the Debtors. Ocwen will be responsible for paying all of the fees and expenses incurred by Orrick in connection with these matters.

9. I understand that the Debtors have consented to Orrick's retention by Ocwen in connection with these matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 11, 2013         */s/ Katharine I. Crost*
       New York, New York         Katharine I. Crost
                                  Orrick, Herrington & Sutcliffe LLP
                                  51 West 52nd Street
                                  New York, New York 10019-6142
                                  Telephone:  (212) 506-5000
                                  Facsimile:  (212) 506-5151