UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
In re:                                          :  Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,               :  Case No. 12-12020 (MG)
                                                :
                                 Debtors.       :  Jointly Administered
                                                :
------------------------------------------------------------- x  Ref. Docket No. 2851
```

### AFFIDAVIT OF SERVICE

```
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )
```

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 6, 2013, I caused to be served the "Notice of Filing of Corrected Exhibit D to Declaration of Kenneth H. Eckstein in Support of Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements," dated February 6, 2013 [Docket No. 2851], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
7th day of February, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\Rescap\Affidavits\Corrected Exhibit D re Eckstein Declaration_DI 2851_AFF_2-6-13.doc

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC ET AL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | ATTN: TRACY HOPE DAVIS, LINDA A RIFKIN & BRIAN S. MASUMOTO 271 CADMAN PLAZA EAST SUITE 4529 BROOKLYN NY 11201 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

| **Claim Name** | **Address Information** |
| --- | --- |

**Total Creditor count  37**

| **Claim Name** | **Address Information** |
| --- | --- |

**EXHIBIT B**

askdoj@usdoj.gov
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
dmannal@kramerlevin.com
george.rayzis@usbank.com
glee@mofo.com
irina.palchuk@usbank.com
jboelter@sidley.com
jhofer@skadden.com
john.bellaver@ally.com
john_s_forlines@fanniemae.com
joseph.cordaro@usdoj.gov
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
kelvin.vargas@db.com
ken.ziman@skadden.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
marie.l.cerchero@irs.gov
nancy.lord@oag.state.ny.us
neal.mann@oag.state.ny.us
newyork@sec.gov
nikolay.kodes@skadden.com
projectrodeo@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
sarah.ward@skadden.com
secbankruptcy@sec.gov
stephen.hessler@kirkland.com
suzanne.lovett@skadden.com
tammy.hamzehpour@ally.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tracy.davis2@usdoj.gov
william.b.solomon@ally.com

abehlmann@lowenstein.com

accesslegalservices@gmail.com

accesslegalservices@gmail.com

adam.harris@srz.com

adam.lesman@cliffordchance.com

adam.parkin@tdsecurities.com

adoshi@magnozzikye.com

aglenn@kasowitz.com

ajowers@kslaw.com

alicia.borys@barclays.com

almoskowitz@winston.com

alves@sewkis.com

andrea.hartley@akerman.com

arosen@jacobslawpc.com

ayala.hassell@hp.com

balaji.v@indecomm.net

bankruptcy@clm.com

bankruptcy@morrisoncohen.com

bankruptcy2@ironmountain.com

bateman@sewkis.com

bbressler@schnader.com

bdeutsch@schnader.com

bdk@schlamstone.com

bguiney@pbwt.com

bill.macurda@alston.com

binder@sewkis.com

bnkatty@aldine.k12.tx.us

brandon.johnson@pillsburylaw.com

brian.greer@dechert.com

catherine_lasher@fanniemae.com

cball@jonesday.com

ccarty@akingump.com

ceblack@jonesday.com

choward@lockelord.com

chris@myfaircredit.com

christensen@sewkis.com

christopher.stevens@tdsecurities.com

clometti@cohenmilstein.com

cmomjian@attorneygeneral.gov

courtney.lowman@ally.com

cschreiber@winston.com

cwood@rgrdlaw.com

danbrockett@quinnemanuel.com

das@sewkis.com

david.jason@usbank.com

david.powlen@btlaw.com

david.tillem@wilsonelser.com

davids@blbglaw.com

jwilliams@wilmingtontrust.com

jzajac@proskauer.com

kapil.chopra@aegisglobal.com

kathryn.thorpe@tdsecurities.com

kay.brock@co.travis.tx.us

keith.wofford@ropesgray.com

kelly.j.rentz@wellsfargo.com

ken.coleman@allenovery.com

kenton_hambrick@freddiemac.com

kgiannelli@gibbonslaw.com

kit.weitnauer@alston.com

kmarino@khmarino.com

kotwick@sewkis.com

kpatrick@gibbsbruns.com

krehns@cohenmilstein.com

kristi.garcia@wellsfargo.com

ksheehan@flwlaw.com

laura.moran@usbank.com

lberkoff@moritthock.com

lee.gordon@mvbalaw.com

lemiller@jonesday.com

lneish@zuckerman.com

lpulford@corelogic.com

mabrams@wilkie.com

macohen@curtis.com

mageshwaran.ramasamy@bnymellon.com

malbaiady@corelogic.com

mamta.scott@usbank.com

maofiling@cgsh.com

marguerite.gardiner@srz.com

mark.ellenberg@cwt.com

mark.flannagan@umb.com

marty.bunin@alston.com

matthewj@blbglaw.com

mauricio.espana@dechert.com

mcarney@mckoolsmith.com

mdyer@aclawllp.com

mdyer@aclawllp.com

meisenkraft@cohenmilstein.com

metkin@lowenstein.com

metkin@lowenstein.com

mgallagher@curtis.com

michael.cutini@srz.com

michael.spataro@bnymellon.com

michelle.moeller@usbank.com

mkbroyles@feinsuchcrane.com

mknitter@co.monroe.pa.us

mkraut@morganlewis.com

dcaley@wongfleming.com

deborah@ladyesq.net

deggert@freebornpeters.com

derek@talcottfranklin.com

dflanigan@polsinelli.com

dfliman@kasowitz.com

diane.sanders@lgbs.com

dlemay@chadbourne.com

dloeser@kellerrohrback.com

dminoff@loeb.com

dmoffa@ktmc.com

dneier@winston.com

drehns@cohenmilstein.com

dskeens@wbsvlaw.com

dstichesq@gmail.com

dwdykhouse@pbwt.com

dwollmuth@wmd-law.com

ebcalvo@pbfcm.com

eboden@schnader.com

ecf@kaalaw.com

echou@coleschotz.com

eciolko@ktmc.com

eciolko@ktmc.com

frank@loanvaluegroup.com

fsosnick@shearman.com

gary.holtzer@weil.com

gbush@zuckerman.com

generalcounsel@fhfa.org

ggraber@hodgsonruss.com

gjarvis@gelaw.com

glenn.gillett@usdoj.gov

glenn.siegel@dechert.com

gregory.petrick@cwt.com

guzzi@whitecase.com

hadi.khatib@akerman.com

harrisj12@michigan.gov

hector.gonzalez@dechert.com

hector.gonzalez@dechert.com

heidifurlong@siegelbrill.com

hkryder@daypitney.com

hooper@sewkis.com

houston_bankruptcy@lgbs.com

howard.godnick@srz.com

hseife@chadbourne.com

ilevee@lowenstein.com

ilevee@lowenstein.com

info@emortgagelogic.com

info@sgb-law.com

mminuti@saul.com

mrollin@rplaw.com

mschaedle@blankrome.com

msd@dcglaw.com

mseltzer@susmangodfrey.com

mstein@kasowitz.com

mvaughan@wbsvlaw.com

mwarner@coleschotz.com

myanney@assuredguaranty.com

namamoo@kasowitz.com

ncohen@zuckerman.com

nichlaus.m.ross@wellsfargo.com

njacobs@jacobslawpc.com

nnastasi@saul.com

patel@sewkis.com

patrick.kerner@barclays.com

paul_mullings@freddiemac.com

pdatta@hhstein.com

pdefilippo@wmd-law.com

pferdinands@kslaw.com

pfleming@morganlewis.com

pmoak@mckoolsmith.com

ppascuzzi@ffwplaw.com

prforlenza@pbwt.com

rajan@indecomm.net

rajohnson@akingump.com

raul.alcantar@alcantarlaw.com

rbarkasy@schnader.com

rbrown@robertbrownlaw.com

rchoi1@wilkie.com

rescapinfo@kccllc.com

richard@rsaxlaw.com

rlwynne@jonesday.com

rmaney@wilmingtontrust.com

rnorton@hunton.com

roblin@williamslaw.com

romero@mromerolawfirm.com

ronald.rowland@rms-iqor.com

root@blankrome.com

rosa.mendez@db.com

ross.martin@ropesgray.com

rrich2@hunton.com

rschug@nka.com

rzwerling@zsz.com

sarah.stout@bnymellon.com

schindlerwilliamss@ballardspahr.com

scott.slifer@isgn.com

scottshelley@quinnemanuel.com

ingrid.bagby@cwt.com
jai@blbglaw.com
james.byrnes@usbank.com
james.heaney@lawdeb.com
jberkowitz@gibbonslaw.com
jbernstein@labaton.com
jboyle@khmarino.com
jcoffey@brownrudnick.com
jcorneau@klestadt.com
jdmarshall@brownrudnick.com
jeff.brown@gmacfs.com
jennifer.demarco@cliffordchance.com
jennifer.provenzano@bnymellon.com
jgarrity@morganlewis.com
jgelman@jacobslawpc.com
jglucksman@scarincihollenbeck.com
jglucksman@scarincihollenbeck.com
jhaake@wbsvlaw.com
jhardy2@wilkie.com
jjonas@brownrudnick.com
jjtancredi@daypitney.com
jlaitman@cohenmilstein.com
jlawlor@wmd-law.com
jleibowitz@kandfllp.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jnagi@polsinelli.com
joe.salama@db.com
joel@shafeldlaw.com
john.kibler@allenovery.com
john.stern@texasattorneygeneral.gov
jonathanu@blbglaw.com
josselson@sewkis.com
jpaget@hunton.com
jteitelbaum@tblawllp.com
jwcohen@daypitney.com

sdnyecf@dor.mo.gov
seth.goldman@mto.com
sfennessey@shearman.com
sfitzgerald@wmd-law.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
sleopold@leopoldassociates.com
sravin@saul.com
sreisman@curtis.com
srutsky@proskauer.com
stevep@rgrdlaw.com
stevep@rgrdlaw.com
susan.balaschak@akerman.com
susan.khokher@tdsecurities.com
susheelkirpalani@quinnemanuel.com
swissnergross@brownrudnick.com
taconrad@sbwlawfirm.com
tal@talcottfranklin.com
tanveer.ashraf@usbank.com
tarr@blankrome.com
tfawkes@freebornpeters.com
thadwilson@kslaw.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
vrubinstein@loeb.com
wcurchack@loeb.com
westchesterlegal@aol.com
will.hoch@crowedunlevy.com
william.hao@alston.com
xrausloanops5@barclays.com