Presentment Date and Time: **February 13, 2013 at 12:00 p.m. (ET)**
Objection Deadline: **February 12, 2013 at 4:00 p.m. (ET)**

CLIFFORD CHANCE US LLP
31 West 52 Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Adam Lesman

*Counsel for Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**OCWEN LOAN SERVICING, LLC'S RESERVATION OF RIGHTS
WITH RESPECT TO DEBTORS' PROPOSED STIPULATION
AND ORDER RELATING TO THE ASSUMPTION AND ASSIGNMENT
OF CERTAIN AGREEMENTS OF FREDDIE MAC PURSUANT
TO SECTION 365 OF THE BANKRUPTCY CODE AND RELATED RELIEF**

Ocwen Loan Servicing, LLC ("Ocwen"), by its undersigned counsel, hereby submits this reservation of rights in connection with the Debtors' proposed *Stipulation And Order Relating To The Assumption And Assignment Of Certain Agreements Of Freddie Mac Pursuant To Section 365 Of The Bankruptcy Code And Related Relief* [Docket No. 2856] (the "Stipulation and Order").[1]

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation and Order.

1. By Notice of Presentment, the Debtors seek approval of the Stipulation and Order that purports to liquidate certain Freddie Mac cure claims and to resolve Freddie Mac's objections to the Sale Motion (the "Freddie Mac Sale Objections") [*See* Docket Nos. 1690, 2101 and 2196]. The Stipulation and Order also provides for a conditional consent to the transfer of the Freddie Mac Agreements and related servicing rights to Ocwen.

2. However, the Freddie Mac consent to the transfer of the Freddie Mac Agreements and related servicing rights to Ocwen and the resolution of the Freddie Mac Sale Objections are predicated upon the execution of a "Servicing Transfer Agreement", the form of which has not been attached to the Stipulation and Order. The currently proposed form of the Servicing Transfer Agreement contains provisions that, at this time, Ocwen is not prepared to agree to without a clarifying amendment to the Asset Purchase Agreement (the "APA") regarding protections against certain unassumed obligations and liabilities related to Freddie Mac loans. The form of Servicing Transfer Agreement upon which the Stipulation and Order is based seeks, among other things, to have Ocwen affirmatively agree to the assumption of certain obligations and liabilities including those that arise as the result of pre-closing acts or omissions of the Debtors and provides for other enhanced rights for Freddie Mac in connection with determinations under the Freddie Mac Agreements.

3. As set forth at numerous provisions of the Ocwen Sale Approval Order, including, without limitation, Paragraphs O, P, T, 5, 7, 9, and 16, the sale and assignment of servicing rights to Ocwen is based upon a so-called bifurcation of the liabilities and obligations under the servicing agreements such that Ocwen would not succeed to liabilities and obligations that stem from or relate to pre-closing acts or omissions of the Debtors. Similarly, the APA provides for the assumption by Ocwen of only "Assumed Liabilities" as defined and enumerated

therein. Any requirement by Freddie Mac for Ocwen to agree to terms that deviate from the Ocwen Sale Approval Order as a condition to Freddie Mac's consent is not contemplated by the Sale Approval Order and subject to the agreement of Ocwen.

4. While Ocwen has been engaged in discussions with Freddie Mac and the Debtors regarding the terms of the Servicing Transfer Agreement and circumstances under which Ocwen may entertain the execution of the proposed form of Servicing Transfer Agreement, Ocwen reserves all rights under the Ocwen Sale Approval Order, the APA or otherwise to decline to agree to the proposed terms of the Servicing Transfer Agreement.

5. Ocwen hereby reserves all of its rights with respect to the Stipulation and Order, proposed form of Servicing Transfer Agreement and any and all proposed actions by the Debtors with respect to the Freddie Mac Agreements.

Dated: New York, New York
       February 12, 2013

Respectfully submitted,

CLIFFORD CHANCE US LLP

By: /s/ Jennifer C. DeMarco
    Jennifer C. DeMarco
    Adam Lesman
    31 West 52 Street
    New York, New York 10019
    Telephone: (212) 878-8000
    Facsimile: (212) 878-8375

*Counsel for Ocwen Loan Servicing, LLC*

3