Adjourned Hearing Date and Time: April 30, 2013 at 10:00 a.m. (Eastern Time)
Adjourned Objection Deadline: April 2, 2013 at 4:00 p.m. (Eastern Time)
Reply Deadline: April 23, 2013 at 4:00 p.m. (Eastern Time)

Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Jeffrey S. Powell
Daniel T. Donovan
Judson D. Brown
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al. | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT
OF HEARING AND EXTENSION OF
OBJECTION DEADLINE WITH RESPECT TO
MOTION BY ALLY FINANCIAL INC. AND ALLY
BANK FOR AN ORDER ENFORCING THE AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(a)(3) BY (1) ENJOINING
PROSECUTION OF ALTER EGO AND VEIL PIERCING CLAIMS
IN THE CLASS ACTION ENTITLED LANDON *ROTHSTEIN , ET AL. V. GMAC
MORGAGE, LLC, ET AL.*, AND (2) DECLARING SUCH CLAIMS VOID *AB INITIO***

**PLEASE TAKE NOTICE** that on December 21, 2012, Ally Financial Inc. and Ally Bank (collectively, "**Ally**") filed the *Motion by Ally Financial Inc. and Ally Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. § 362(A)(3) by (1) Enjoining Prosecution of Alter Ego and Veil Piercing Claims in the Class Action Entitled Landon Rothstein, et al. v. GMAC Mortgage, LLC, et al., and (2) Declaring Such Claims Void Ab Initio* [Docket No. 2511] (the "**Motion**"), previously scheduled to be heard on February 28, 2013 at 2:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Motion has been adjourned to the hearing scheduled for **April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for the Motion has been extended to **April 2, 2013 at 4:00 p.m. (Prevailing Eastern Time)**. All replies shall be filed by **April 23, 2013 at 4:00 p.m. (Prevailing Eastern Time).**

Dated:    February 13, 2013
        New York, New York

                                */s/ Ray C. Schrock*
                                Richard M. Cieri
                                Ray C. Schrock
                                Stephen E. Hessler
                                KIRKLAND & ELLIS LLP
                                601 Lexington Avenue
                                New York, New York 10022
                                Telephone: (212) 446-4800
                                Facsimile: (212) 446-4900

                                -and-

                                Jeffrey S. Powell
                                Daniel T. Donovan
                                Judson D. Brown
                                KIRKLAND & ELLIS LLP
                                655 15th Street, N.W., Ste. 1200
                                Washington, D.C. 20005
                                Telephone: (202) 879-5000
                                Facsimile: (202) 879-5200

                                *Counsel for Ally Financial Inc. and Ally Bank*