**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                                    )
In re:                                              )        Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, et al.,                   )        Chapter 11
                                                    )
                                    Debtors.        )        Jointly Administered
                                                    )
---------------------------------------------------------------

### ORDER GRANTING LIMITED RELIEF
### FROM THE AUTOMATIC STAY

Upon the *Motion of Michael Wheeler for Relief from Automatic Stay* [Docket No. 2251],

dated November 14, 2012 (the "**Motion**") for entry of an order granting relief from the automatic

stay; and the Court having jurisdiction to consider the Motion in accordance with 28 U.S.C.

§§ 157 and 1334; and the Court having reviewed the Motion and *Debtors' Response to Motion of*

*Michael Wheeler for Relief from Automatic Stay*, dated January 31, 2013 [Docket No. 2777];[1]

and it appearing that proper and adequate notice of the Motion has been given and that no other

or further notice is necessary; and upon the record herein; and after due deliberation thereon; and

good and sufficient cause appearing therefor,

1.    The automatic stay shall be modified solely to the extent set forth herein.

2.    The Movant may proceed with the trial against the Debtors in the Action,

and the parties may pursue any appeal therefrom, solely for the purpose of determining the

extent, if any, of the Debtors' liability to Movant in connection with the Action.

3.    Notwithstanding anything in this Order or the Motion to the contrary,

absent further order of this Court, the Movant shall not enforce as against the Debtors, their

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such
terms in the Response.

assets, or their estates, any judgment obtained in the Action or take any other action against the Debtors with respect to the Action.

4.     The Action shall be the sole proceeding in which to resolve any and all claims the Movant may have arising in connection with the Action, and the proofs of claim filed by the Movant in the Debtors' Chapter 11 cases arising from the facts and circumstances relating to the Action shall (x) be amended to reflect the amount of the final judgment, if any, obtained in the Action within 10 business days following the entry thereof, and (y) be deemed disallowed and expunged, without further order of the Court, to the extent the Debtors are found to have no liability to the Movant by a final order or judgment entered in the Action.

5.     Nothing in this Order or the Motion shall impact the ability of (i) the Debtors (or the Debtors' successors in interest) to foreclose on the Properties, and (ii) the Movant to defend against any such foreclosure pursuant to the *Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses* [Docket No. 774].

6.     The Debtors are hereby authorized to execute and deliver all instruments and documents, and take all other actions, as may be necessary or appropriate to implement and effectuate the relief granted in this Order.

2

7.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation or interpretation of this Order.


Dated: February 13, 2013
        New York, New York

                                    _____**/s/Martin Glenn**_____
                                        MARTIN GLENN
                                    United States Bankruptcy Judge