**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

-----------------------------------------------------------------------

### ORDER UNDER 11 U.S.C. §§ 105(a) AND 365(a) AND (f), FED. R. BANKR. P. 6006 AND 9014 AND LOCAL BANKRUPTCY RULE 6006-1 AUTHORIZING <u>ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS</u>

Upon the motion (the "<u>Motion</u>") of the Debtors[1] for entry of an order (the

"<u>Order</u>"), pursuant to sections 105(a) and 365(a) and (f), of title 11 of the United States

Code, as amended (the "<u>Bankruptcy Code</u>") and rules 6006 and 9014 of the Federal

Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), authorizing the assumption

and assignment of the contracts identified on <u>Exhibit 1</u> annexed hereto (the "<u>Executory</u>

<u>Contracts</u>") as more fully described in the Motion; and the Court having jurisdiction to

consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157

and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and the Court having determined that the relief requested in the Motion is in the

best interests of the Debtors, their estates, their creditors, and all parties in interest; and it

appearing that proper and adequate notice of the Motion has been given and that no other

or further notice is necessary; and the legal and factual bases set forth in the Motion

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

establish just and sufficient cause to grant the requested relief herein; and upon the record

herein; and after due deliberation thereon; and good and sufficient cause appearing

therefor,

IT IS HEREBY FOUND, DETERMINED, AND ORDERED THAT:

1.      The Motion is GRANTED.

2.      Pursuant to Sections 365(a) and (f) of the Bankruptcy Code and

Bankruptcy Rules 6006 and 9014, the Debtors' assumption and assignment of the

Executory Contracts identified on Exhibit 1 annexed hereto is approved.

3.      The assumption and assignment of any Executory Contracts is subject to

the Debtors' right to remove any Executory Contract from Exhibit 1, no later than two

business days prior to the Closing Date (the "Contract Designation Deadline"), in which

case the Executory Contract shall cease to be an Executory Contract,.  The counterparty

to such removed Executory Contract shall be promptly furnished with notice of such

removal.

4.      Removal of any Executory Contract on or before the Contract Designation

Deadline will not constitute a rejection of such Executory Contract and neither the

Debtors nor Ocwen will be liable for rejection damages.

5.      The assumption and assignment of any Executory Contract not removed

by the Debtors as of the Contract Designation Deadline shall be effective as of the

Closing Date of the Platform Sale.

6.      The assumption and assignment of any Executory Contract on the Closing

Date shall be subject to and governed by the terms of the *Order Under 11 U.S.C. §§ 105,*

*363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of*

*Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief* [Docket No. 2246].

7.    The Debtors are hereby authorized to execute and deliver all instruments and documents, and take all other actions, as may be necessary or appropriate to implement and effectuate the relief granted in this Order.

8.    Entry of this Order is without prejudice to the rights of the Debtors, including, but not limited to, the right to seek further, other, or different relief regarding the Debtors' executory contracts and unexpired leases pursuant to, among other things, section 365 of the Bankruptcy Code.  Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall constitute, nor is it intended to constitute: (i) an admission as to the validity or priority of any claim against the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim; or (iii) an assumption or adoption of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code.

9.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.


Dated: February 13, 2013
        New York, New York

                                    _____/s/Martin Glenn_____
                                           MARTIN GLENN
                                    United States Bankruptcy Judge

**<u>Exhibit 1 to Order</u>**

Schedule of Executory Contracts

| Debtor Entity | Contract Description | Counterparty | Cure Amount | Address 1 |
|---|---|---|---|---|
| GMAC Mortgage, LLC | UBS Real Estate Securities, Inc. Assignment, Assumption and Recognition Agreement - January 30, 2006 | Everbank | $0.00 | 8100 Nations Way, Jacksonville, FL 32256 |
| GMAC Mortgage, LLC | DLJ Mortgage Capital, Inc. Assignment, Assumption and Recognition Agreement - January 2, 2008 | Everbank | $0.00 | 8100 Nations Way, Jacksonville, FL 32256 |
| GMAC Mortgage Corp. | Hazard/REO Policy 6043-0002 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | Hazard/REO Policy 6043-0004 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | Hazard/REO Policy 6043-0005 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | REO Policy 6043-0006 (Underwriter: Balboa Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | Hazard/REO Policy 6043-0008 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | Hazard/REO Policy 6043-0012 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | Hazard/REO Policy 6043-0013 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | Hazard/REO Policy 6043-0014 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | Hazard/REO Policy 6043-0015 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | Hazard/REO Policy 6043-0016 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | REO Policy 6043-0018 (Underwriter: Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | Hazard/REO Policy 6043-0020 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | Hazard/REO Policy 6043-0021 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | Hazard/REO Policy 6043-0022 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | Hazard/REO Policy 6043-0023 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | Hazard/REO Policy 6043-0024 (Underwriter: Balboa Insurance Co./Meritplan Insurance Co.) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | Wind Only Policy 13987103 (Underwriter: Various Underwriters at Lloyd's) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage, LLC | Wind Only Policy 12986103 (Underwriter: Various Underwriters at Lloyd's) | QBE First Insurance Agency, Inc. | $0.00 | 210 Interstate North Parkway Atlanta, GA 30339 |
| GMAC Mortgage Corp. | Software License Agreement, dated September 27, 2001, between Wall Street Analytics, Inc. (now MA) and GMAC Mortgage Corporation | Moody's Analytics, Inc. | $0.00* | Po Box 102597, Atlanta, GA 30368-0597 |
| GMAC Mortgage Corp. | Appendix A-1 to Software License Agreement, executed by GMAC Mortgage Corporation on May 4, 2005, and executed by Wall Street Analytics, Inc. on April 25, 2005 | Moody's Analytics, Inc. | $0.00* | Po Box 102597, Atlanta, GA 30368-0597 |
| GMAC Mortgage Corp. | Appendix A-2 to Software License Agreement, executed by GMAC Mortgage Corporation on October 16, 2006 and executed by Wall Street Analytics, Inc. on October 17, 2006 | Moody's Analytics, Inc. | $0.00* | Po Box 102597, Atlanta, GA 30368-0597 |
| Residential Funding Company, LLC | Appendix A-3 to Software License Agreement | Moody's Analytics, Inc. | $0.00* | Po Box 102597, Atlanta, GA 30368-0597 |
| GMAC Mortgage, LLC | Amendment 1 to Software License Agreement | Moody's Analytics, Inc. | $0.00* | Po Box 102597, Atlanta, GA 30368-0597 |
| Residential Funding Company, LLC | Amendment 2 to Software License Agreement, February 2010 | Moody's Analytics, Inc. | $0.00* | Po Box 102597, Atlanta, GA 30368-0597 |
| Residential Capital, LLC | Moody's Application & Fee Schedule for Financial Institution Issuers | Moody's Investors Service, Inc. | $0.00* | Po Box 102597, Atlanta, GA 30368-0597 |
| GMAC Mortgage Corp. | Sub-agreement to Software License Agreement, March 26, 2002 | Moody's Analytics, Inc. | $0.00* | Po Box 102597, Atlanta, GA 30368-0597 |

\* Neither the Debtors nor Moody's Analytics, Inc. believe that a cure amount is due and owing under the Moody's Analytics Inc. agreements.  However, if it is determined that a cure amount is due and owing under these agreements, the Debtors will promptly cure such default.