

PLEASE REPLY TO:
BANKRUPTCY DEPARTMENT
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100
FAX: (631) 969-3101

February 14, 2013

Honorable Martin Glenn
US Bankruptcy Court
Southern District of New York
One Bowling Green, 6th Floor
New York, New York 10004

Clerk of the Court
US Bankruptcy Court
Southern District of New York
One Bowling Green, 6th Floor
New York, New York 10004

      Re:    Residential Capital, LLC
                Chapter 11 Case No. 12-12020

Dear Judge Glenn and Dear Clerk:

Please allow this letter to confirm that our Notice of Appearance on behalf of Wells Fargo Bank, N.A., as Trustee on behalf of certificate holders of the HSI Asset Loan Obligation Trust 2007-ARI, Mortgage Pass Through Certificates, Series 2007-AR, filed on October 9, 2012, docket # 1758, is hereby withdrawn.

As our Notice of Appearance is withdrawn, please remove our office from the ECF notice list for this matter.

Please feel free to contact our office if you have any questions regarding the above referenced matter.

Very truly yours,

Karen M. Sheehan, Esq.

NYC OFFICE:
61 BROADWAY, SUITE 2020
NEW YORK, NY 10006-2700
TEL: (212) 344-3100
FAX: (212) 422-4047

WWW.FLWLAW.COM

NJ OFFICE:
80 MAIN STREET
WEST ORANGE, NJ 07052
TEL: (973) 325-8800
FAX: (973) 325-2264