| | |
|---|---|
| **POLSINELLI SHUGHART**<br>Daniel J. Flanigan, Esq.<br>805 Third Avenue, Suite 2020<br>New York, New York 10022<br>(212) 684-0199 (Telephone)<br>(212) 759-8290 (Facsimile)<br>*Bankruptcy Counsel for Lead*<br>*Plaintiffs and the Putative Class* | **WALTERS, BENDER,**<br>**STROHBEHN & VAUGHAN**<br>David M. Skeens, Esq.<br>2500 City Center Square<br>1100 Main<br>Kansas City, Missouri  64105<br>(816) 421-6620 (Telephone)<br>(816) 421-4747 (Facsimile)<br>*Co-Lead Counsel for Lead Plaintiffs and*<br>*the Putative Class* |
| **CARLSON LYNCH LTD.**<br>R. Bruce Carlson, Esq.<br>115 Federal Street, Suite 210<br>Pittsburgh, Pennsylvania 15212<br>(412) 322-9243 (Telephone)<br>(412) 231-0246 (Facsimile)<br>*Co-Lead Counsel for Lead Plaintiffs and*<br>*the Putative Class* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.***,** | **Case No. 12-12020 (MG)** |
| Debtors. | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

**STATE OF MISSOURI** )
                                   ) ss.
**COUNTY OF JACKSON** )

     Trista J. Backus, being duly sworn, hereby certifies and states:

     1.     I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Polsinelli Shughart PC, having offices at 805 Third Avenue, Suite 2020, New York, New York 10022, and at 700 W. 47th Street, Suite 1000, Kansas City, Missouri 64112.

2343990.1

2. On February 8, 2013, I caused to be served by electronic mail to the parties on the on the General Service List dated February 1, 2013, to the e-mail addresses provided, the following documents:

- Reply to Debtors' Objection to Class Certification Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims (Doc #2874);

- Supplemental Declaration of R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims (Doc #2875);

- Declaration of David M. Skeens and R. Keith Johnston in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claim Against Residential Funding Company, LLC (Doc #2876);

- Declaration of Roy Fredrick Walters (Doc #2877); and

- Second Supplemental Declaration of R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claim Against Residential Funding Company, LLC—Notice Issue (Doc #2880).

3. On the 11th day of February, 2013, I caused to be served by First-Class United States Mail, postage prepaid, true and correct copies of the above-listed documents to the parties listed on the Special Service List dated February 1, 2013, to the addresses provided and as they appear on the attached **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct.

_____
Trista J. Backus

On this 13th day of February, 2013, before me personally appeared **Trista J. Backus,** to me known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public

SHERI A. HARRISON
Notary Public - Notary Seal
State of Missouri, Cass County
Commission # 10398203
My Commission Expires Feb 28, 2014

2343990.1

# EXHIBIT A

| | | |
|---|---|---|
| Wells Fargo Bank NA<br>Attn: Corporate Trust Services –<br>GMACM Home Equity Notes<br>2004 Variable Funding Trust<br>P.O. Box 98<br>Columbia, MD 21046 | U.S. Trustee for the Southern District of NY<br>Tracy Hope Davis, Linda A. Riffkin and<br>Brian S. Masumoto<br>33 Whitehall St., 21st Fl, Region 2<br>New York, NY 10004 | United States Attorney's Office for the<br>Southern District of New York, Civil Division<br>Attn: Joseph Cordaro<br>86 Chambers St., 3rd Fl<br>New York, NY 10007 |
| U.S. Department of Justice<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Clifford Chance US LLP<br>Jennifer C. DeMarco & Adam Lesman<br>31 West 52nd Street<br>New York, NY 10019 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay St. 4W<br>New York, NY 10286 |
| Chadbourne & Parke LLP<br>Attn: Howard Seife & David M. LeMay &<br>Robert J, Gayda & Marc B, Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 | Citibank NA<br>Attn: Bobbie Theivakumaran<br>390 Greenwich St., 6th Fl<br>New York, NY 10013 | Deutsche Bank Trust Company Americas<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 |
| Fannie Mae<br>Attn: Peter McGonigle<br>1835 Market St., Ste 2300<br>Philadelphia, PA 19103 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz., Rm 1150<br>Baltimore, MD 21201 | Kelley Drye & Warren LLP<br>James S. Carr & Eric R. Wilson<br>101 Park Ave<br>New York, NY 10178 | Kirkland & Ellis<br>Richard M. Cieri<br>601 Lexington Ave<br>New York, NY 10022 |
| Kirkland & Ellis LLP<br>Attn: Ray C. Schrock & Stephen E. Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 | Kramer Levin Naftallis & Frankel LLP<br>Kenneth H. Eckstein, Thomas Moers Mayer<br>& Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | Kurtzman Carson Consultants<br>Alison M. Tearnen Schepper<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | | Morrison & Foerster LLP<br>Attn: Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Morrison & Foerster LLP<br>Larren M Nashelsky, Gary S Lee &<br>Lorenzo Marimizzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, D.C. 20549 | Office of the NY State Attorney General<br>Nancy Lord & Enid M. Stuart<br>The Capitol<br>Albany, NY 12224-0341 |
| Office of the U.S. Attorney for the Southern<br>District of NY<br>United States Attorney Preet Bharara<br>One St. Andrews Plaza<br>New York, NY 10007 | Skadden Arps Slate Meagher & Flom LLP<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | Securities & Exchange Commission NY<br>Regional Office<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 |
| Skadden Arps Slate Meagher & Flom LLP<br>Suzanne D.T. Lovett<br>Four Times Square<br>New York, NY 10036 | Skadden Arps Slate Meagher & Flom LLP<br>Sarah M. Ward<br>Four Times Square<br>New York, NY 10036 | Skadden Arps Slate Meagher & Flom LLP<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 |

2303575.2