PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777

*Co-Counsel for the*
*Official Committee of Unsecured Creditors*
*of Residential Capital, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |
|---|---|

**DECLARATION OF ROBERT J. FEINSTEIN PURSUANT TO ORDER APPROVING RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
***NUNC PRO TUNC* TO SEPTEMBER 19, 2012**

ROBERT J. FEINSTEIN, ESQ. makes this declaration under 28 U.S.C. § 1746, and states the following:

1.      I am a member of the firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), and maintain an office at 780 Third Avenue, 36th Floor, New York, New York 10017-2024.  I am duly admitted to practice law in the State of New York, the United States District Courts for the Southern, Eastern, Northern, and Western Districts of New York, and the United States Court of Appeals for the Second, Fourth and Sixth Circuits.  Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

2. I make this supplemental declaration pursuant to the *Order Approving Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to September 19, 2012* [Docket No. 2587] entered by the Court on January 9, 2013 (the "Retention Order"). The Retention Order requires PSZJ to file a supplemental declaration providing notice of any increases in rates.

3. PSZJ hereby discloses that, effective January 1, 2013, PSZJ's hourly rates for services to be performed on behalf of the Official Committee of Unsecured Creditors (the "Committee") will range as follows:

(a) the hourly rates for partners will range from $575 per hour to $995 per hour;

(b) the hourly rates for "of counsel" will range from $475 per hour to $875 per hour;

(c) the hourly rates for associates will range from $425 per hour to $555 per hour; and

(e) the hourly rates for paraprofessionals will range from $195 per hour to $295 per hour.

4. Listed below are PSZJ's rates for attorneys and paraprofessionals who have provided and may continue to provide services to the Committee on and after January 1, 2013:

| Name | Title | 2012 Hourly Rate | 2013 Hourly Rate |
|---|---|---|---|
| Robert J. Feinstein | Partner | $955.00 | $975.00 |
| Dean A. Ziehl | Partner | $955.00 | $975.00 |
| Jeremy V. Richards | Partner | $875.00 | $915.00 |
| Robert B. Orgel | Partner | $875.00 | $915.00 |
| Alan J. Kornfeld | Partner | $860.00 | $895.00 |
| Henry C. Kevane | Partner | $815.00 | $850.00 |
| John A. Morris | Partner | $815.00 | $835.00 |
| David J. Barton | Partner | $795.00 | $825.00 |
| Stanley E. Goldich | Partner | $795.00 | $825.00 |
| Ilan D. Scharf | Partner | $575.00 | $595.00 |
| Steven J. Kahn | Of Counsel | $745.00 | $775.00 |
| Maria A. Bove | Of Counsel | $645.00 | $675.00 |
| Scotta E. McFarland | Of Counsel | $615.00 | $645.00 |
| Gina F. Brandt | Of Counsel | $615.00 | $645.00 |
| Jeffrey Kandel | Of Counsel | $615.00 | $645.00 |
| Gabrielle A. Rohwer | Of Counsel | $595.00 | $625.00 |

| Cia H. Mackle | Of Counsel | $450.00 | $475.00 |
| Leslie A. Forrester | Paraprofessional | $295.00 | $295.00 |
| Denise A. Harris | Paraprofessional | $265.00 | $285.00 |
| Thomas J. Brown | Paraprofessional | $220.00 | $245.00 |

5.	The rates set forth herein are annual adjustments that reflect, among other things, the individual's capabilities and years of experience and other internal and external economic conditions.  The hourly rates set forth above are PSZJ's standard hourly rates for work of this nature, and are set at a level designed to fairly compensate PSZJ for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  PSZJ submits that its rates are consistent with market rates and reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.  The Committee has received notice of and approved the rate increases set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2013

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robert J. Feinstein
　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Feinstein