**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ):ss:
COUNTY OF NEW YORK   )

      Richard Felix, being duly sworn, affirms, deposes and says: I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein. On February 15, 2013, I caused to be served the *Declaration of Robert J. Feinstein Pursuant to Order Approving Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to September 19, 2012* via Federal Express, an overnight courier, upon those parties as listed on the attached service list.

                                                                                               /s/ Richard Felix
                                                                                             Richard Felix

SWORN TO AND SUBSCRIBED before me this
 15th day of February, 2013

 /s/ Thomas J. Brown
Thomas J. Brown
Notary Public, State of New York
Registration No. 01BR6160813
Qualified in Rockland County
Commission Expires February 12, 2015

DOCS_NY:29100.1 73839/001

# Service List

Counsel to the Debtors
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn:   Larren M. Nashelsky
        Gary S. Lee
        Lorenzo Marinuzzi

Counsel to the Official Committee of
Unsecured Creditors
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Kenneth H. Eckstein
        Douglas H. Mannal

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis
        Linda A. Riffkin
        Brian S. Masumoto

Residential Capital, LLC
1100 Virginia Drive
Ft. Washington, Pennsylvania 19034
Attn:   Tammy Hamzehpour