Judith P. Kenney
Judith P. Kenney & Associates, P.C.
16475 Dallas Parkway
Suite 330
Addison, Texas 75001-6863
Phone: (972) 713-6133
Fax: (972) 818-0388
judith@judithkenneylaw.com

FEB 14 2013

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HACE VICE*

Judith P. Kenney, a member in good standing of the bar in the State of Texas (No. 11311600) and the bar of the U.S. District Court for the Eastern District of Texas, hereby requests admission to appear *pro hace vice* before the Honorable Martin Glenn to represent Philip Roger Flinn, as a party-in-interest in the above-referenced cases (as well as in any adversary proceeding to which Philip Roger Flinn may be a party or contested matter in which Philip Roger Flinn may have an interest).

Contact information:	Judith P. Kenney
JUDITH P. KENNEY & ASSOCIATES, P.C.
16475 Dallas Parkway
Suite 330
Addison, Texas 75001-6863
Phone: (972) 713-6133
Fax: (972) 818-0388
judith@judithkenneylaw.com

The filing fee of $200.00 has been submitted with this motion for *pro hace vice* admission.

January 28, 2013
New York, New York

By: _____
Judith P. Kenney
Judith P. Kenney & Associates, P.C.
16475 Dallas Parkway
Suite 330
Addison, Texas 75001-6863
Phone: (972) 713-6133
Fax: (972) 818-0388
judith@judithkenneylaw.com

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 5, 2013

Re:   Judith P. Kenney, State Bar Number 11311600

To Whom It May Concern:

This is to certify that Ms. Judith P. Kenney was licensed to practice law in Texas on November 4, 1983, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Kenney's law license.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa



Judith P. Kenney
Judith P. Kenney & Associates, P.C.
16475 Dallas Parkway
Suite 330
Addison, Texas 75001-6863
Phone: (972) 713-6133
Fax: (972) 818-0388
judith@judithkenneylaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE
### *PRO HACE VICE*

IT IS ORDERED,

that Judith P. Kenney is admitted, *pro hace vice* in the above-referenced cases and in any adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: New York, New York.
_____, 2013.

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY COURT

Order Granting Motion for Admission to Practice
*Pro Hace Vice*, Page Solo
Z:\12-1302\Pleadings\Bankruptcy\Order for Pro Hace Vice.wpd