UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE**
*PRO HACE VICE*

    IT IS ORDERED,

    that Judith P. Kenney is admitted, *pro hace vice* in the above-referenced cases and in any adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: New York, New York.
    **February 15, 2013**

                                                        /s/Martin Glenn
                                                HONORABLE MARTIN GLENN
                                                UNITED STATES BANKRUPTCY COURT