**Proposed Hearing Date and Time: February 27, 2013 at 2:00 p.m. (prevailing Eastern Time)**
**Proposed Objection Deadline: February 20, 2013 at 4:00 p.m. (prevailing Eastern Time)**

Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Jason Jurgens
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | : | **Case No. 12-12020 (MG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
-------------------------------------------------------------x

**JOINDER OF MBIA INSURANCE CORPORATION TO THE MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO PRECLUDE THE DEBTORS FROM OFFERING
ANY EVIDENCE OF THEIR RELIANCE ON COUNSEL FOR ADVICE
CONCERNING THE EVALUATION, NEGOTIATION OR
APPROVAL OF THE RMBS SETTLEMENT**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

MBIA Insurance Corporation ("**MBIA**"), an unsecured creditor of the debtors in the
above-captioned chapter 11 cases (the "**Debtors**") and a member of the Official Committee of
Unsecured Creditors (*the* "**Committee**")[1] respectfully submits this joinder to the *Motion Of The
Official Committee Of Unsecured Creditors To Preclude The Debtors From Offering Any
Evidence Of Their Reliance On Counsel For Advice Concerning The Evaluation, Negotiation Or
Approval Of The RMBS Settlement*(the "Motion") [Docket No. 2906].

1.       MBIA reserves its right to supplement, amend, alter or modify this joinder.
MBIA further reserves all rights to be heard before the United States Bankruptcy Court,
Southern District of New York with respect to the Motion.

WHEREFORE, MBIA joins in the Committee's Motion and respectfully requests
that the Court enter an Order granting the Motion for the reasons stated by the Committee, and
that any relief granted be applicable to MBIA.

Dated:    New York, New York
          February 15, 2013

CADWALADER, WICKERSHAM & TAFT LLP

By   /s/ Jonathan M. Hoff
Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Jason Jurgens
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

---

[1] MBIA files this joinder only on its own behalf, and not on behalf of the Committee or any of its other
members.

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*