JONES DAY
222 East 41st Street
New York, New York  10017
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE
COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                       )
In re:                                     )    Case No. 12-12020 (MG)
                                                       )
RESIDENTIAL CAPITAL, LLC, et al.,    )    Chapter 11
                                                       )
      Debtors.                              )    Jointly Administered
                                                       )
                                                       )
------------------------------------------------------- x

**CERTIFICATE OF SERVICE OF
JOINDER OF FINANCIAL GUARANTY INSURANCE COMPANY IN SUPPORT OF THE
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
PRECLUDE THE DEBTORS FROM OFFERING ANY EVIDENCE OF THEIR RELIANCE
ON COUNSEL FOR ADVICE CONCERNING THE EVALUATION, NEGOTIATION OR
APPROVAL OF THE RMBS SETTLEMENT**

       The undersigned attorney hereby certifies that on February 15, 2013, a true and correct copy

of the *Joinder Of Financial Guaranty Insurance Company In Support Of The Motion Of The Official

Committee Of Unsecured Creditors To Preclude The Debtors From Offering Any Evidence Of Their

Reliance On Counsel For Advice Concerning The Evaluation, Negotiation Or Approval Of The*

LAI-3185918v1

*RMBS Settlement* (docket no. 2932) was served on all parties on the Monthly Service List, as attached on the annexed Exhibit A.

Dated: February 15, 2013                    */s/ Richard L. Wynne*
                                                                          Richard L. Wynne

LAI-3185918v1

# EXHIBIT A
## IN RE RESIDENTIAL CAPITAL LLC
## MONTHLY SERVICE LIST – FEBRUARY 2013

**SPECIAL NOTICE LIST VIA EMAIL:**

| | | |
|---|---|---|
| hseife@chadbourne.com | john.bellaver@ally.com | joseph.cordaro@usdoj.gov |
| dlemay@chadbourne.com | keckstein@kramerlevin.com | secbankruptcy@sec.gov |
| rgayda@chadbourne.com | tmayer@kramerlevin.com | secbankruptcy@sec.gov |
| mroitman@chadbourne.com | dmannal@kramerlevin.com | newyork@sec.gov |
| bobbie.theivakumaran@citi.com | jtrachtman@kramerlevin.com | bankruptcynoticeschr@sec.gov |
| jennifer.demarco@cliffordchance.com | pbentley@kramerlevin.com | jhofer@skadden.com |
| adam.lesman@cliffordchance.com | dmannal@kramerlevin.com | nikolay.kodes@skadden.com |
| kelvin.vargas@db.com | szide@kramerlevin.com | ken.ziman@skadden.com |
| peter_mcgonigle@fanniemae.com | rescapinfo@kccllc.com | sarah.ward@skadden.com |
| kdwbankruptcydepartment@kelleydrye.com | guzzi@milbank.com | suzanne.lovett@skadden.com |
| richard.cieri@kirkland.com | Tammy.Hamzehpour@gmacrescap.com | george.rayzis@usbank.com |
| ray.schrock@kirkland.com | diane.citron@ally.com | AskDOJ@usdoj.gov |
| richard.cieri@kirkland.com | lnashelsky@mofo.com | joseph.cordaro@usdoj.gov |
| stephen.hessler@kirkland.com | glee@mofo.com | Tracy.Davis2@usdoj.gov |
| projectrodeo@kirkland.com | lmarinuzzi@mofo.com | Linda.Riffkin@usdoj.gov |
| William.b.Solomon@ally.com | Nancy.Lord@OAG.State.NY.US | Brian.Masumoto@usdoj.gov |
| Timothy.Devine@ally.com | enid.stuart@OAG.State.NY.US | |

**SPECIAL SERVICE LIST VIA U.S. MAIL:**

| | | |
|---|---|---|
| **Chadbourne & Parke LLP** | **Citibank NA** | **Deutsche Bank Trust Company Americas** |
| Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | Attn Bobbie Theivakumaran | c/o Kelvin Vargas |
| 30 Rockefeller Plaza | 390 Greenwich St 6th Fl | 25 De Forest Ave |
| New York, NY 10112 | New York, NY 10013 | Summit, NJ 07901 |
| | | |
| **Clifford Chance US LLP** | **Fannie Mae** | **Internal Revenue Service** |
| Jennifer C DeMarco & Adam Lesman | Attn Peter McGonigle | Centralized Insolvency Operation |
| 31 West 52nd St | 1835 Market St Ste 2300 | PO Box 7346 |
| New York, NY 10019 | Philadelphia, PA 19103 | Philadelphia, PA 19101-7346 |
| | | |
| **Internal Revenue Service** | **Internal Revenue Service** | **Kelley Drye & Warren LLP** |
| Centralized Insolvency Operation | Insolvency Section | James S Carr & Eric R Wilson |
| 2970 Market St | 31 Hopkins Plz Rm 1150 | 101 Park Ave |
| Philadelphia, PA 19104 | Baltimore, MD 21201 | New York, NY 10178 |
| | | |
| **Kirkland & Ellis** | **Kirkland & Ellis LLP** | **Kramer Levin Naftallis & Frankel LLP** |
| Richard M Cieri | Attn Ray C Schrock & Stephen E Hessler | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal |
| 601 Lexington Ave | 601 Lexington Ave | 1177 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10022-4611 | New York, NY 10036 |

LAI-3185918v1

| | | |
|---|---|---|
| **Kurtzman Carson Consultants**<br>Alison M. Tearnen Schepper<br>2335 Alaska Ave<br>El Segundo, CA 90245 | **Milbank, Tweed, Hadley & McCloy LLP**<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | **Morrison & Foerster LLP**<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| **Morrison & Foerster LLP**<br>Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Office of the NY State Attorney General**<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>Albany, NY 12224-0341 | **Office of the US Attorney for the Southern District of NY**<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 |
| **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | **Skadden Arps Slate Meagher & Flom LLP**<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Suzanne D T Lovett<br>Four Times Square<br>New York, NY 10036 |
| **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | **U.S. Bank National Association**<br>Attn: George Rayzis<br>50 South 16 th Street<br>12:00:00 AM<br>Philadelphia, PA 19102 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| **United States Attorney's Office for the Southern District of New York Civil Division**<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 | **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | **Wells Fargo Bank NA**<br>Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |

LAI-3185918v1

**GENERAL SERVICE LIST VIA EMAIL:**

| | | |
|---|---|---|
| abehlmann@lowenstein.com | jnagi@polsinelli.com | jlawlor@wmd-law.com |
| abehlmann@lowenstein.com | dhall@siwpc.com | jleibowitz@kandfllp.com |
| accesslegalservices@gmail.com | diem.home@gmail.com | jmcmurtr@placer.ca.gov |
| adam.harris@srz.com | dlibra@lapplibra.com | jmiller@tcfbank.com |
| Adam.Parkin@tdsecurities.com | dneier@winston.com | jmoldovan@morrisoncohen.com |
| Christopher.stevens@tdsecurities.com | dneier@winston.com | bankruptcy@morrisoncohen.com |
| adoshi@magnozzikye.com | cschreiber@winston.com | rdakis@morrisoncohen.com |
| AGBankNewYork@ag.tn.gov | dprather@iglou.com | joel@shafeldlaw.com |
| aglenn@kasowitz.com | dsasser@siwpc.com | john.stern@texasattorneygeneral.gov |
| mstein@kasowitz.com | Dutchess388883@gmail.com | jsherer@feinsuch.com |
| dfliman@kasowitz.com | dwdykhouse@pbwt.com | jsherer@feinsuch.com |
| namamoo@kasowitz.com | bguiney@pbwt.com | jteitelbaum@tblawllp.com |
| alicia.borys@barclays.com | ebcalvo@pbfcm.com | jwcohen@daypitney.com |
| patrick.kerner@barclays.com | eboden@schnader.com | kay.brock@co.travis.tx.us |
| almeyers@sjgov.org | ecf@kaalaw.com | kelly.j.rentz@wellsfargo.com |
| amuller@stinson.com | ecfmail@aclawllp.com | Sharon.Squillario@wellsfargo.com |
| andrea.hartley@akerman.com | eciolko@ktmc.com | mary.l.sohlberg@wellsfargo.com |
| austin.bankruptcy@publicans.com | dmoffa@ktmc.com | ken.coleman@allenovery.com |
| ayala.hassell@hp.com | floraoropeza@co.imperial.ca.us | john.kibler@allenovery.com |
| bankruptcy@clm.com | fsosnick@shearman.com | kenton_hambrick@freddiemac.com |
| bankruptcy2@ironmountain.com | sfennessey@shearman.com | kgiannelli@gibbonslaw.com |
| bateman@sewkis.com | gary.holtzer@weil.com | kit.weitnauer@alston.com |
| christensen@sewkis.com | gbush@zuckerman.com | kmarino@khmarino.com |
| patel@sewkis.com | ncohen@zuckerman.com | jboyle@khmarino.com |
| bbeskanos@aol.com | lneish@zuckerman.com | kpatrick@gibbsbruns.com |
| bbressler@schnader.com | gbush@zuckerman.com | kpatrick@gibbsbruns.com |
| rbarkasy@schnader.com | ncohen@zuckerman.com | shumphries@gibbsbruns.com |
| bdk@schlamstone.com | lneish@zuckerman.com | kristi.garcia@wellsfargo.com |
| bill.macurda@alston.com | gcatalanello@duanemorris.com | ksheehan@flwlaw.com |
| bnkatty@aldine.k12.tx.us | jvincequerra@duanemorris.com | laura.moran@usbank.com |
| brandon.johnson@pillsburylaw.com | ggraber@hodgsonruss.com | lberkoff@moritthock.com |
| Brendan.meyer@db.com | gjarvis@gelaw.com | lgordon@mvbalaw.com |
| broylesmk@rgcattys.com | mpmorris@gelaw.com | mabrams@willkie.com |
| catherine_lasher@fanniemae.com | delman@gelaw.com | rchoi1@willkie.com |
| cball@jonesday.com | Glenn.Gillett@usdoj.gov | jhardy2@willkie.com |
| rlwynne@jonesday.com | glenn.siegel@dechert.com | macohen@curtis.com |
| lemiller@jonesday.com | hector.gonzalez@dechert.com | mamta.scott@usbank.com |
| ceblack@jonesday.com | brian.greer@dechert.com | david.jason@usbank.com |
| ceblack@jonesday.com | mauricio.espana@dechert.com | maofiling@cgsh.com |
| choward@lockelord.com | craig.druehl@dechert.com | tmoloney@cgsh.com |
| cmomjian@attorneygeneral.gov | gregory.petrick@cwt.com | soneal@cgsh.com |
| cohen@sewkis.com | ingrid.bagby@cwt.com | marguerite.gardiner@srz.com |
| das@sewkis.com | harrisj12@michigan.gov | mark.ellenberg@cwt.com |
| binder@sewkis.com | Hhawn@broward.org | Mark.Flannagan@umb.com |
| kotwick@sewkis.com | Ckitchner@broward.org | marty.bunin@alston.com |
| alves@sewkis.com | swulfekuhle@broward.org | william.hao@alston.com |
| courtney.lowman@ally.com | houston_bankruptcy@lgbs.com | mcarney@mckoolsmith.com |
| cshore@whitecase.com | howard.godnick@srz.com | metkin@lowenstein.com |
| isilverbrand@whitecase.com | hryder@daypitney.com | ilevee@lowenstein.com |
| dthatch@whitecase.com | igoldstein@proskauer.com | metkin@lowenstein.com |
| cwood@rgrdlaw.com | jai@blbglaw.com | ilevee@lowenstein.com |
| dallas.bankruptcy@publicans.com | james.byrnes@usbank.com | mgallagher@curtis.com |
| danbrockett@quinnemanuel.com | james.heaney@lawdeb.com | michael.cutini@srz.com |
| daveburnett@quinnemanuel.com | jberkowitz@gibbonslaw.com | michelle.moeller@usbank.com |
| jeremyandersen@quinnemanuel.com | jeff.brown@gmacfs.com | mkraut@morganlewis.com |
| david.powlen@btlaw.com | william.b.solomon@ally.com | mminuti@saul.com |
| david.tillem@wilsonelser.com | jeremyandersen@quinnemanuel.com | mmorganroth@morganrothlaw.com |
| davids@blbglaw.com | ericwinston@quinnemanuel.com | jmorganroth@morganrothlaw.com |
| jonathanu@blbglaw.com | jgarrity@morganlewis.com | mrollin@rplaw.com |
| matthewj@blbglaw.com | jglucksman@scarincihollenbeck.com | mvaughan@wbsvlaw.com |
| dcaley@wongfleming.com | jhaake@wbsvlaw.com | dskeens@wbsvlaw.com |
| Dcaponnetto@leopoldassociates.com | jjtancredi@daypitney.com | mwarner@coleschotz.com |
| dearly@fdic.gov | jlaitman@cohenmilstein.com | echou@coleschotz.com |
| deborah@ladyesq.net | clometti@cohenmilstein.com | nnastasi@saul.com |
| deggert@freebornpeters.com | meisenkraft@cohenmilstein.com | Paul_Papas@mylegalhelpusa.com |
| derek@talcottfranklin.com | drehns@cohenmilstein.com | pdatta@hhstein.com |
| dflanigan@polsinelli.com | krehns@cohenmilstein.com | pdefilippo@wmd-law.com |

LAI-3185918v1

| | | |
|---|---|---|
| sfitzgerald@wmd-law.com | Jennifer.Provenzano@BNYMellon.com | tanveer.ashraf@usbank.com |
| pfleming@morganlewis.com | Mageshwaran.Ramasamy@BNYMellon.com | tarr@blankrome.com |
| pmoak@McKoolSmith.com | schaedle@blankrome.com | root@blankrome.com |
| pmoak@McKoolSmith.com | Schindlerwilliamss@ballardspahr.com | tcate@sbcglobal.net |
| ppascuzzi@ffwplaw.com | sdnyecf@dor.mo.gov | bgarrison.lawofc@sbcglobal.net |
| rajohnson@akingump.com | seth.goldman@mto.com | tfawkes@freebornpeters.com |
| ccarty@akingump.com | sheehan@txschoollaw.com | thadwilson@kslaw.com |
| fhodara@akingump.com | sravin@saul.com | ajowers@kslaw.com |
| ra-li-ucts-bankrupt@state.pa.us | dpatel@saul.com | pferdinands@kslaw.com |
| raul.alcantar@alcantarlaw.com | sreisman@curtis.com | theodore.w.tozer@hud.gov |
| rbrown@robertbrownlaw.com | srutsky@proskauer.com | Thomas.walper@mto.com |
| rmaney@wilmingtontrust.com | jzajac@proskauer.com | tklestadt@klestadt.com |
| rnorton@hunton.com | stevep@rgrdlaw.com | jcorneau@klestadt.com |
| rrich2@hunton.com | susan.balaschak@akerman.com | tlallier@foleymansfield.com |
| robert.major@bnymellon.com | hadi.khatib@akerman.com | tom.houghton@ally.com |
| romero@mromerolawfirm.com | susanp@taxcollector.com | wcurchack@loeb.com |
| rosa.mendez@db.com | susheelkirpalani@quinnemanuel.com | vrubinstein@loeb.com |
| Ross.martin@ropesgray.com | scottshelley@quinnemanuel.com | dminoff@loeb.com |
| Ross.martin@ropesgray.com | taconrad@sbwlawfirm.com | whazeltine@sha-llc.com |
| keith.wofford@ropesgray.com | tal@talcottfranklin.com | will.hoch@crowedunlevy.com |
| Sarah.Stout@BNYMellon.com | | xrausloanops5@barclays.com |

**GENERAL SERVICE LIST – VIA U.S. MAIL (NOT SERVED BY EMAIL):**

| | | |
|---|---|---|
| AIG Asset Management US LLC<br>Attn Russell Lipman<br>80 Pine St, New York<br>NY 10038 | Allstate Life Insurance Company<br>Attn Peter A McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook, IL 60062 | Attorney General of the State of New York,<br>Eric T Schneiderman<br>Victoria L Safran<br>Nassau Regional Office<br>200 Old Country Rd Ste 240<br>Mineol, NY 11501 |
| David P Stich Esq<br>521 Fifth Ave 17th Fl<br>New York, NY 10175 | Financial Guaranty Insurance Company<br>Attn John Dubel<br>125 Park Ave<br>New York, NY 10017 | IBM Corporation<br>Attn Shawn Konig<br>1360 Rene Levesque W Ste 400<br>Montreal, QC H3G 2W6<br>CANADA |
| Law Offices of Christopher Green<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street,<br>Seattle WA 98101 | MBIA Insurance Corporation<br>Attn Mitchell Sonkin<br>113 King St,<br>Armonk, NY 10504 | M&TCC<br>1 M&T Plaza, 7th Floor<br>Buffalo, NY 14203 |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al<br>3725 N Indiana<br>Kansas City, MO 64117 | Secretary of State<br>123 William St<br>New York, NY 10038-3804 | Secretary of State, Division of Corporations<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 |
| Wilmington Trust NA<br>Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis, MN 55402-1544 | | |