Richard Sax (SBN 80632) *richard@rsaxlaw.com*
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile:   (707) 525-8119

Hearing Date: March 5, 2013
Objection Deadline: February 26, 2013

Attorney for Movant/Creditor Julio Solano

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re RESIDENTIAL CAPITAL, LLC, | CASE NO.: 12-12020-MG |
|---|---|
| Debtor. | Chapter 11 |
|  | Jointly Administered |

**NOTICE OF HEARING ON MOTION FOR PERMISSION TO EXTEND DEADLINE FOR JULIO SOLANO TO FILE PROOF OF CLAIM**

PLEASE TAKE NOTICE that a hearing to consider Julio Solano's Motion for Permission to Extend Deadline to File Proof of Claim will be heard before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on March 5, 2013, 2013 at 10:00 a.m. (ET) or as soon thereafter as counsel can be heard.

PLEASE TAKE FURTHER NOTICE that the scheduled hearing may be adjourned or continued from time to time without further notice other than by announcement in Court at the scheduled hearing.

The relief requested in the Motion may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

Dated: February 13, 2013

_____
Richard Sax
Attorney for movant/creditor Julio Solano

1