UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                          Chapter 11
                                                                                     Case No. 12-12020 (MG)
**RESIDENTIAL CAPITAL, LLC *et al.*,**
                                                                                     Jointly Administered
Debtors.


-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I declare that: I am employed in the County of Sonoma, California. I am over the age of eighteen (18) years and not a party to the within case; my business address is 448 Sebastopol Ave, Santa Rosa, CA 95401. On February 15, 2013 I served the following:

1. Notice Of Hearing On Motion For Permission To Extend Deadline For Julio Solano To File Proof Of Claim
2. Motion For Permission To Extend Deadline For Julio Solano To File Proof Of Claim
3. Declaration Of Richard Sax In Support Of Motion For Permission To Extend Deadline For Julio Solano To File Proof Of Claim

On the following:

James A. Newton, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

(XX) BY MAIL: I placed said document in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of The Law Offices of Richard Sax for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

February 15, 2013

Joanne Miller