SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman

*Special Counsel for the*
*Official Committee of Unsecured Creditors*
*of Residential Capital, LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                      Chapter 11
                                                                            Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC a/k/a
RESIDENTIAL CAPITAL CORPORATION, et al.       (Jointly Administered)

                                Debtors.
-------------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF RONALD J. FRIEDMAN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING AND APPROVING THE RETENTION OF SILVERMANACAMPORA LLP AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Ronald J. Friedman, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1.  I am a member of the firm SilvermanAcampora LLP ("SilvermanAcampora"), with offices located at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753. I am duly admitted to practice law before this Court and the courts of the State of New York.

2.  I submit this supplemental declaration (the "Supplemental Declaration") pursuant to this Court's Order Authorizing and Approving the Retention of SilvermanAcampora LLP as Special Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 25, 2012 [Docket No. 2315] (the "Retention Order"), entered November 30, 2012, which requires SilvermanAcampora, prior to any increase in its hourly rates, to file a supplemental declaration explaining the basis for the requested rate increase.

3.     Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts hereinafter set forth and, if called as a witness, I could and would testify competently thereto.

4.     Effective January 1, 2013, SilvermanAcampora's hourly rates for services to be performed on behalf of the Official Committee of Unsecured Creditors (the "Committee") will range as follows: paraprofessionals $110.00 to $195.00 per hour and attorneys $200.00 to $650.00 per hour. These hourly rates are SilvermanAcampora's standard hourly rates for work of this nature.

5.     Listed below are SilvermanAcampora's professionals and paraprofessionals (along with their position with the firm and their hourly rates) that are expected to have primary responsibility for providing services to the Committee subsequent to January 1, 2013.

| Name | Title | 2012 Standard Rate | 2013 Standard Rate |
|---|---|---|---|
| Anthony C. Acampora | Partner | $595 | $595 |
| Ronald J. Friedman | Partner | $525 | $550 |
| Justin S. Krell | Associate | $310 | $340 |
| Brian Powers | Associate (Admission Pending) | $150 | $200 |
| Jessi L. Kleinman | Associate (Admission Pending) | $150 | $200 |
| Christopher J. Rubino | Associate (Admission Pending) | $150 | $200 |
| Berlinda Pierre-Louis | Paralegal | $195 | $195 |
| Sara Greenberg | Paralegal | $150 | $175 |

6.     As set forth in SilvermanAcampora's retention application [Docket No. 2216], and in accordance with section 330(a)(3)(F) of the Bankruptcy Code, SilvermanAcampora submits that its new hourly rates, as set forth in the preceding two paragraphs, (i) reflect

economic and other conditions, (ii) are consistent with rates charged by SilvermanAcampora in non-bankruptcy matters, and (iii) are reasonable based on the customary compensation charged by comparably skilled practitioners in other cases under the Bankruptcy Code.

7. The Committee has received notice of and approved SilvermanAcampora's hourly rate increases as set forth herein.

I declare under penalty of perjury that the foregoing is true and correct.
Executed in Jericho, New York on February 15, 2013

*s/ Ronald J. Friedman*
Ronald J. Friedman