**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

------------------------------------------------------------ x

**SUPPLEMENTAL DECLARATION OF TODD W. WUERTZ PURSUANT TO ORDER APPROVING RETENTION OF EPIQ BANKRUPTCY SOLUTIONS, LLC AS INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO MAY 22, 2012**

Todd W. Wuertz makes this declaration under 28 U.S.C. § 1746, and states the following:

1. I am a Director of Consulting for Epiq Bankruptcy Solutions ("**Epiq**"). Epiq maintains offices, among other locations in the United States and worldwide, at 757 Third Avenue, New York, New York 10017. Except as otherwise indicated, the facts set forth in supplemental declaration are personally known to me, and if called upon as a witness I could and would testify thereto.

2. Pursuant to this Court's *Order Approving Retention of Epiq Bankruptcy Solutions, LLC as Information Agent for the Official Committee of Unsecured Creditors of the Debtors, Nunc Pro Tunc, to May 22, 2012* [Docket No. 1722], entered October 4, 2012, if Epiq's applicable billing rates increase during these chapter 11 cases, Epiq is required to file, and provide notice to the Debtors and the United States Trustee for the Southern District of New York ("**U.S. Trustee**"), a supplemental declaration explaining the basis for the requested rate increase and indicate whether the Official Committee of Unsecured Creditors (the "**Committee**") has received notice of and approved the proposed rate increase.

3. As set forth in Epiq's retention application [Docket No. 1407], and in accordance with section 330(a)(3)(F) of the Bankruptcy Code, Epiq submits that its new hourly rates, as set forth on <u>Exhibit A</u> attached hereto, (i) reflect economic and other conditions and (ii) continue to reflect a discount from the rates Epiq customarily charges. Epiq periodically adjusts its standard rates, generally on January 2 of each year. For these chapter 11 cases, Epiq has revised its hourly rates effective February 1, 2013.

4. The Committee has received notice of and approved Epiq's new hourly rates as set forth herein.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

6. In accordance with the retention order, Epiq will serve this notice on the Debtors, the U.S. Trustee, and the Committee.

Dated: New York, New York /s/ Todd W. Wuertz
      February 15, 2013 Todd W. Wuertz

# EXHIBIT A

**RESIDENTIAL CAPITAL CORPORATION, LLC**
Fee Rate Summary
Rates Effective February 1, 2013

| Title | Hourly Rate |
|---|---|
| Practice Director | $242.00 |
| Senior Consultant IV | $242.00 |
| Senior Consultant III | $242.00 |
| Senior Consultant II | $242.00 |
| Senior Consultant I | $198.00 |
| Programmer III | $167.00 |
| Programmer II | $145.00 |
| Programmer I | $123.00 |
| Associate II | $193.00 |
| Associate I | $145.00 |
| Case Manager II | $127.00 |
| Case Manager I | $83.00 |
| Admin. Support III | $52.00 |
| Admin. Support II | $44.00 |
| Admin. Support I | $35.00 |