## **EXHIBIT 1**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |
| KENNETH J. TAGGART and others similarly situated, | ) | |
| Plaintiffs, | ) | Adv. No. 12-01945 (MG) |
| v. | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) IMPOSING SANCTIONS AGAINST KENNETH J. TAGGART FOR
VIOLATIONS OF BANKRUPTCY RULE 9011 AND
(II) IMPLEMENTING INJUNCTIVE PROCEDURES BARRING ADDITIONAL
FILINGS WITHOUT PRIOR LEAVE OF THE COURT**

Upon consideration of the *Debtors' Motion for Entry of an Order (i) Imposing Sanctions Against Kenneth J. Taggart for Violations of Bankruptcy Rule 9011 and (ii) Implementing Injunctive Procedures Barring Additional Filings Without Prior Leave of the Court* (the "**Motion**"),[1] dated January 11, 2012; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ny-1066786

parties in interest; and the Debtors having provided adequate and appropriate notice of the Motion under the circumstances and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is

### HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is **GRANTED** to the extent provided herein.

2. Taggart is directed to withdraw the Complaint or otherwise seek dismissal of the Adversary Proceeding with prejudice on or before _____, 2013.

3. Taggart is hereby enjoined from making any future filings or initiating any adversary proceeding in these chapter 11 cases without prior leave of the Court. Any such filings may result in the imposition of additional sanctions.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
       March __, 2013            _____
                                 The Honorable Martin Glenn
                                 United States Bankruptcy Judge

ny-1066786