# **EXHIBIT 4**

**Taggart Letter Requesting Summons**

December 10, 2012

Kenneth Taggart
45 Heron Rd
Holland, Pa 18966

United States Bankruptcy Court
Southern District of New York
Vito Geena/Clerk of the Court; Room 534
One Boling Green
New York, NY 1004-1408

Re: **Issue of Summons** in Adversary **Case #12-01945** (MG)

    Regarding ( Residential Capital 12-cv-12020)

To the Clerk of the Court, Vito Geena,

    Please be advised that an Adversary complaint was filed in this court by Kenneth Taggart, Pro Se. The case was filed in person as Kenneth Taggart does not have the ability to file electronically. There has been no Summons Issued by the Clerk to Kenneth Taggart for him to serve his compliant. Please send Summons to Kenneth Taggart as soon as possible so that it will no delay the case.

    Thank you for your patience and understanding with Pro Se litigants. If there is anything that needs to be conveyed to me regarding this matter or any other, please do not hesitate to contact me. Please docket this letter in both cases listed for the record.

Yours Truly,

Kenneth Taggart

Cc: Counsel for Debtors, James A. Newton | Morrison & Foerster LLP