David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-300-3435
Facsimile: 302-300-3456
Email: *david.powlen@btlaw.com*

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) Jointly Administered |

**WITHDRAWAL OF OBJECTION FILED ON SEPTEMBER 27, 2012 [DOCKET NO. 1611] AND SUPPLEMENTAL LIMITED OBJECTION FILED ON NOVEMBER 7, 2012 [DOCKET NO. 2097] BY USAA FEDERAL SAVINGS BANK TO DEBTORS' (I) MOTION TO SELL SERVICING PLATFORM AND TO ASSUME AND ASSIGN SERVICING AGREEMENT, AND (II) PROPOSED CURE AMOUNT**

In accordance with a *Cure Amount Stipulation and Agreement* entered into as of January 30, 2013, by and among Residential Capital, LLC, and certain of its direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), and USAA Federal Savings Bank ("USAA"), which was authorized by paragraph 20 of the *Order Under 11 U.S.C. §§ 105, 363, and 365 and Fed Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements;and (II) Granting Related Relief* entered on November 21, 2012 [Docket No.

2246], USAA hereby withdraws the following two objections previously filed by it in the above-captioned Chapter 11 cases:

(1) *USAA Federal Savings Bank's Limited Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For an Order (A) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving Asset Purchase Agreements Thereto, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (IV) Granting Related Relief; and (II) Notice of Intent to (A) Assume and Assign Certain Executory Contracts and (B) Cure Amounts* filed on September 27, 2012 [Docket No. 1611]; and

(2) *Supplemental Limited Objection of USAA Federal Savings Bank to (I) the Debtors' Sale Motion, (II) Notice of Intent to (A) Assume and Assign Certain Executory Contracts and (B) Cure Amounts, and (III) Notice of Successful Bidder for Servicing Platform* filed on November 7, 2012 [Docket No. 2097].

Respectfully submitted,

Dated: February 18, 2013

*/s/ David M. Powlen*
David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-300-3435
Facsimile: 302-300-3456
Email: *david.powlen@btlaw.com*

*Attorneys for USAA Federal Savings Bank*

2