UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



Chrystal A. Puleo
Reed Smith LLP
599 Lexington Avenue, 30th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
cpuleo@reedsmith.com
*Attorneys for Defendant GMAC*

1:12-cv-04640-KAM-LB

12-12020 (MG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CATHRYN LAFAYETTE, ET ALL
Plaintiffs,
vs.
ALLY, GMAC, ET ALL

## RESPONSE TO GMAC BANKRUPTCY

I, Cathryn Lafayette, Filed Pro Se a Chapter 7 in 2012 in the United States Bankruptcy Court Northern District of Georgia and Debtor received Discharge of all debts to Creditors in September, 2012; Case No. 12-64045-.

GMAC, a debt collector and not my Original Lien Holder nor the Owner of my Property, continues to harass me for a debt that has been discharged within my Chapter 7.

I also want to reference Irene Watkins, 83 year old woman, married for 53 years when her husband died and who has proof that she and her husband <u>never missed a Mortgage Payment.  Yet Bank of America is foreclosing on her because they got their papers wrong when they bought out Countrywide.</u> Your Honor, This is the kind of thievery from these Lenders that we are facing.

*Cathryn Lafayette*
Cathryn Lafayette
440 Milton Dr.
Covington, GA 30016
770-572-7368
**Pro Se**

## SERVICE

**Service has been sent electronically by this Honorable Court.**

Chrystal A. Puleo
Reed Smith LLP
599 Lexington Avenue, 30th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
cpuleo@reedsmith.com
*Attorneys for Defendant GMAC*

**1:12-cv-04640-KAM-LB**

*12-12020 (MG)* (handwritten)

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**ProSe Office:**
Judge Matsumoto and Magistrate Judge Bloom

*US Bankruptcy Court Southern District of New York* (handwritten)

*Mailed 2/13/2013 via US Mail.* (handwritten)

CATHRYN LAFAYETTE, ET ALL
vs.
ALLY, GMAC, ET ALL

*(signature)*
**Cathryn Lafayette**