1/23/13

## Notice of Change of Address

This notice is to advise that the claim filed with Residential Capital, LLC case no 12-12020 and assigned number 4586 has a new address for correspondence:

Previous Address:
Ryan Ramey
P.O. Box 1587
Bowie, MD 20717

New Address:
Ryan Ramey - 50521037
P.O. Box 1000
Otisville, NY 10963

Copy sent to:

Rescap / GMAC Return Mail Center
c/o KCC
P.O. Box 8013
Redondo Beach, CA 90277

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 534
New York, New York 10004

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Gary S. Lee
    Lorenzo Marinuzzi

Rescap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245



RECEIVED FEB 19 2013 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK