UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                        :   Chapter 11
                                              :
RESIDENTIAL CAPITAL, LLC, et al.,             :   Case No. 12-12020 (MG)
                                              :
                      Debtors.                :   (Jointly Administered)
                                              :
------------------------------------------------------------- x   Ref. Docket No. 2941

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action

2. On February 15, 2013, I caused to be served the "Supplemental Declaration of Todd W. Wuertz Pursuant to Order Approving Retention of Epiq Bankruptcy Solutions, LLC as Information Agent for the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to May 22, 2012," dated February 15, 2013 [Docket No. 2941], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Pete Caris
                                                            _____
                                                            Pete Caris

Sworn to before me this
18th day of February, 2013

/s/ Notary
_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\Rescap\Affidavits\Wuertz Supp Declaration_DI 2941_AFF_2-15-13_SS.doc

# EXHIBIT A

RES FEE APP

Morrison & Foerster LLP
Attn:  Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY  10104

RES FEE APP

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein & Douglas H. Mannal
1177 Avenue of the Americas
New York, NY  10036

RES FEE APP

Office of the United States Trustee
Attn: Tracy Hope Davis, Linda Rifkin &
Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY  10004

RES FEE APP

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

RES FEE APP

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ken Ziman and Jonathan H. Hofer
4 Times Square
New York, NY  10036