GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (*pro hac vice*)
Robert J. Madden, Esq. (*pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
D. Ross Martin, Esq. (DM-2947)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Steering Committee
Group of RMBS Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

**JOINDER OF THE STEERING COMMITTEE GROUP OF RMBS HOLDERS TO RMBS TRUSTEES' OBJECTION TO MOTION OF AIG ASSET MANAGEMENT (U.S.), LLC, THE ALLSTATE ENTITIES, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, AND THE PRUDENTIAL ENTITIES FOR AN ORDER UNDER BANKRUPTCY RULE 3013 (I) CLASSIFYING RMBS FRAUD CLAIMS IN THE SAME CLASS AS THE SECURITIZATION TRUSTS' CLAIMS FOR PURPOSES OF ANY CHAPTER 11 PLAN FOR THE DEBTORS AND (II) DIRECTING THAT MISREPRESENTATION CLAIMS CANNOT BE PLACED IN A PLAN CLASS THAT WILL BE SUBORDINATED UNDER BANKRUPTCY CODE SECTION 510(b)**

33365337_1

The Steering Committee Group of RMBS Holders (the "Steering Committee Group"),[1] by and through its undersigned counsel, respectfully submits this joinder to the objection of the RMBS Trustees (the "RMBS Trustee Objection") filed February 19, 2013, to the *Motion Of AIG Asset Management (U.S.), LLC, The Allstate Entities, Massachusetts Mutual Life Insurance Company, And The Prudential Entities For An Order Under Bankruptcy Rule 3013 (I) Classifying RMBS Fraud Claims In The Same Class As The Securitization Trusts' Claims For Purposes Of Any Chapter 11 Plan For The Debtors And (II) Directing That Misrepresentation Claims Cannot Be Placed In A Plan Class That Will Be Subordinated Under Bankruptcy Code Section 510(b)* [Docket No. 2284] (the "Anti-Subordination Motion"). For the reasons set forth in the RMBS Trustee Objection, which the Steering Committee Group concurs with and joins, the Steering Committee Group requests that this Court deny the Anti-Subordination Motion.

The Steering Committee Group reserves the right to supplement, amend, alter or modify this joinder. The Steering Committee Group further reserves all rights to be heard before the Court with respect to the Motion.

**WHEREFORE**, the Steering Committee Group joins in the RMBS Trustee Objection and respectfully requests that the Court deny the Anti-Subordination Motion and grant such other and further relief as the Court may deem proper.

---

[1] The Steering Committee Group consists of AEGON USA Investment Management, LLC; Angelo, Gordon & Co., L.P.; Cascade Investment, LLC; Federal Home Loan Bank of Atlanta; Goldman Sachs Asset Management, L.P.; ING Investment Management Co. LLC; ING Investment Management, LLC; Bayerische Landesbank; BlackRock Financial Management Inc.; Kore Advisors, L.P.; Pacific Investment Management Company LLC; Metropolitan Life Insurance Company; Neuberger Berman Europe Limited; SNB StabFund; The TCW Group, Inc.; Teachers Insurance and Annuity Association of America; Thrivent Financial for Lutherans; Western Asset Management Company; and certain of their affiliates, either in their own capacities or as advisors or investment managers.

33365337_1

Dated: February 19, 2012
      New York, New York

/s/ Keith H. Wofford

GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (*pro hac vice*)
Robert J. Madden, Esq. (*pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
D. Ross Martin, Esq. (DM-2947)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Steering Committee Group of RMBS Holders*