UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x
:
In re:                                                                      :
                                                                            :   Chapter 11
                                                                            :
RESIDENTIAL CAPITAL, LLC, *et al.*,                                         :   Case No. 12-12020 (MG)
                                                                            :
                                                                            :   (Jointly Administered)
                     **Debtors.**                                           :
                                                                            :
------------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                              : SS
COUNTY OF NEW YORK:

      WENDY H. KANE, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

      2. On the 19th day of February 2013, I caused a true and correct copy of the:

- Objection of MBIA Insurance Corporation to Motion of AIG Asset Management (U.S.), L.L.C., The Allstate Entities, Massachusetts Mutual Life Insurance Company, and the Prudential Entities for an Order Under Bankruptcy Rule 3013(i) Classifying RMBS Fraud Claims in the Same Class as the Securitization Trusts' Claims for Purposes of any Chapter 11 Plan for the Debtors and (ii) Directing that Misrepresentation Claims Cannot be Placed in a Plan Class That Will be Subordinated Under Bankruptcy Code Section 510(b) [Docket No. 2955]

to be served upon the parties listed on the Special Service List dated as of February 1, 2013 by first class mail service and electronic mail service and upon the parties listed on the General Service List dated as of February 1, 2013 by electronic mail service.

                                                        /s/ Wendy H. Kane
                                                         Wendy H. Kane

Sworn to before me this
19th day of February, 2013

/s/ Anthony Moore
Notary Public

Anthony Guy Moore
Notary Public, State of New York

USActive 27457723.1

No. 01MO6231555
Qualified in New York County
Commission Expires Nov. 29, 2014C

USActive 27457723.1