**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin (ME 0570)
Ira M. Levee (IL 9958)
Andrew Behlmann (AB 1174)
    and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff
  and the Certified Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 2284 |

**JOINDER OF LEAD PLAINTIFF NEW JERSEY CARPENTERS HEALTH FUND ON BEHALF OF ITSELF AND THE CERTIFIED CLASS IT REPRESENTS TO MOTION OF AIG ASSET MANAGEMENT (U.S.), LLC, THE ALLSTATE ENTITIES, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, AND THE PRUDENTIAL ENTITIES FOR AN ORDER UNDER BANKRUPTCY RULE 3013 (i) CLASSIFYING RMBS FRAUD CLAIMS IN THE SAME CLASS AS THE SECURITIZATION TRUSTS' CLAIMS FOR PURPOSES OF ANY CHAPTER 11 PLAN FOR THE DEBTORS AND (ii) DIRECTING THAT MISREPRESENTATION CLAIMS CANNOT BE PLACED IN A PLAN CLASS THAT WILL BE SUBORDINATED UNDER BANKRUPTCY CODE SECTION 510(b)**

1.  New Jersey Carpenters Health Fund, the court-appointed lead plaintiff (the "Lead Plaintiff") in the consolidated securities class action styled as *New Jersey Carpenters Health Fund, et als., on Behalf of Themselves and All Others Similarly Situated v. Residential Capital,*

*LLC, et als.*, filed in the United States District Court for the Southern District of New York (the "District Court"), Case No. 08-CV-8781 (HB) (the "MBS Litigation"), for itself and on behalf of the class of purchasers defined and certified in the MBS Litigation (the "Certified Class"), along with plaintiffs New Jersey Carpenters Vacation Fund and Boilermaker Blacksmith National Pension Trust, hereby (a) join in the *Motion of AIG Asset Management (U.S.), LLC, the Allstate Entities, Massachusetts Mutual Life Insurance Company, and the Prudential Entities for an Order Under Bankruptcy Rule 3013 (i) Classifying RMBS Fraud Claims in the Same Class as the Securitization Trusts' Claims for Purposes of any Chapter 11 Plan for the Debtors and (ii) Directing That Misrepresentation Claims Cannot Be Placed in a Plan Class That Will Be Subordinated Under Bankruptcy Code Section 510(b)* (the "Motion") [Docket No. 2284][1] and (b) assert that their claims against the above-captioned debtors constitute Misrepresentation Claims for purposes of the Motion.[2]

    2.    Lead Plaintiff, on behalf of itself and the Certified Class, reserves all rights with respect to the claims of Lead Plaintiff and the Certified Class, including but not limited to the rights to object to (a) any motion seeking disallowance or subordination of such claims under section 510(b) of the Bankruptcy Code and (b) confirmation of any chapter 11 plan filed in these cases that proposes to disallow or subordinate such claims under section 510(b) of the Bankruptcy Code.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.
[2] Identifying the claims asserted in the MBS Litigation as Misrepresentation Claims is solely for the purposes of the Motion and this Joinder, and is not to be otherwise construed as constituting a full description or definition of the claims that have been or may be asserted in the MBS Litigation.

Dated: February 19, 2012
New York, New York

                    Respectfully submitted,

                    */s/ Michael S. Etkin*
                    **LOWENSTEIN SANDLER LLP**
                    Michael S. Etkin (ME 0570)
                    Ira M. Levee (IL 9958)
                    Andrew Behlmann (AB 1174)
                    1251 Avenue of the Americas, 17th Floor
                    New York, New York 10020
                    (212) 262-6700 (Telephone)
                    (212) 262-7402 (Facsimile)

                    and

                    65 Livingston Avenue
                    Roseland, New Jersey 07068
                    (973) 597-2500 (Telephone)
                    (973) 597-2481 (Facsimile)

                    *Bankruptcy Counsel for Lead Plaintiff and the Certified Class*