UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

## ORDER RESCHEDULING HEARING ON CREDITORS COMMITTEE MOTION TO PRECLUDE EVIDENCE AT TRIAL

The hearing on the *Motion of the Official Committee of Unsecured Creditors to Preclude the Debtors from Offering Any Evidence of Their Reliance on Counsel for Advice Concerning the Evaluation, Negotiation or Approval of the RMBS Settlement*, filed on February 13, 2013 [ECF Doc. # 2906], currently scheduled to be heard by the Court on February 27, 2013, will, instead, be heard on March 1, 2013, at 10:00 a.m.  The briefing schedule currently applicable to the motion shall remain unchanged.

**IT IS SO ORDERED.**

Dated:    February 20, 2013
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge