UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    )   Case No. 12-12020 (MG)
                                          )
RESIDENTIAL CAPITAL, LLC, *et al*,        )   Chapter 11
                                          )
                    Debtor.               )   Jointly Administered
                                          )

## MOTION TO REASSIGN STEPHANIE HARRIS AS A CREDITOR IN POSSESION AND FOR EVIDENTIARY HEARING

**COME NOW**, the STEPHANIE HARRIS, *Pro Se*, (hereinafter "Creditor"), and moves this Honorbale Court to rassign Creditor as a Creditor in Possesion as against the Debtor(s), RESIDENTIAL CAPITAL, LLC, *et al*, (hereinafter "Debtor"), as grounds therefore and in support thereof, Defendant states as follows:

1. On or about November 5, 2012, Creditor filed a proof of claim as against the Debtor in the amounts of:
   a. Secured amount: $450,000.00
   b. Unsecured amount: $4,550,000.00. See attached Exhibit "A".
2. Creditor has filed sixty-eight (68) pages of documentation in support of her claim. Accordingly, Creditor asks that this Honorable Court take Judicial Notice of the aforementioned documentation.
3. On or about July 15, 2008, GMAC by and through its agents filed a foreclosure action against the Creditor naming DEUTSCHE BANK TRUST COMPANY AMERICAS as Trustee, ("Deutsche"), See attached Exhibit "B".
4. In a letter dated September 27, 2010, The Federal Reserve Bank Of New York ("FTC Letter"), states that Deutsche was not the owner of the Note, was not the holder of the Note, and NEVER had any interest in the subject property at any time. In fact in the same letter Deutsche admits that they never had any interest in the loan and that further Deutsche has no knowledge of why they were put as Plaintiff in the action. See attached Exhibit "C".
5. In fact the FTC Letter relates that the servicer of the loan was Residential Funding Company, LLC, ("Residential"), as the servicer of the loan.
6. On information and belief it was Residential who was the party responsible for the wrongful filing of the foreclosure against the instant Creditor.
7. On January 27, 2010, the instant Creditor was forced to file a *Pro Se* voluntary Chapter 7 Bankruptcy in the United States District Court for the Southern District of Florida, Case No. 10-11746-AJC. ("Florida Bankruptcy"). Creditor asks that this Honorable Court take Judicial Notice of the same.
8. Residential, by and through its' agents or employee's, filed a Motion to Lift Stay in the Florida Bankruptcy case in a effort to continue the foreclosure process and *illegally* take the Creditors house.
9. Residential ultimately failed to show the Bankruptcy court <u>any</u> evidence that they had *any* interest in the instant Creditors property. In fact on December 8, 2010, Residential filed a Notice of

1

Voluntary Dismissal and Discharge of Lis Pendens.

10.    Creditor believes that the Voluntary Dismissal was an effort of Residential and the instant Debtors to avoid the Creditor form ultimately prevailing in the foreclosure action and thus negating any interest Residential the Creditor or any other claiming entity had in the Creditors property.

11.    On information and belief the Creditor alleges that any transfers or recorded assignments are the result of fraud.

**WHEREFORE** Creditor now seeks an Order from this Honorable Court granting the instant Creditor the right to file a Proof of Claim as a *creditor* in possession rather then a *Debtor* in Possession as she is now labeled. The Creditor further asks this Honorable Court for a evidentiary hearing on all the issues raised above.

Dated this: January 29, 2013.

By:_____
Stephanie Harris, *Pro Se*
PO Box 190504
Miami Beach FL 33119

B 10 Modified (Official Form 10) (12/11)

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM

**Name of Debtor and Case Number:**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Stephanie Harris

**Name and address where notices should be sent:**
Stephanie Harris
PO BOX 190504
Miami Beach FL 33119

Telephone number: 786 709-7855     email: stephanieharris70@Hotmai

**Name and address where payment should be sent (if different from above):**
Same as above.

Telephone number:     email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 5,000,000.00

   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Wrongful foreclosure, tortious interference in E
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 3823

   **3a. Debtor may have scheduled account as:** Stephanie Harris
   (See instruction #3a)

   **3b. Uniform Claim Identifier (optional):**
   (See instruction #3b)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

   **Nature of property or right of setoff:** ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:
   **Value of Property:** $ 450,000.00   **Annual Interest Rate** 9 %  ☐ Fixed  ☐ Variable
   (when case was filed)
   **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ 0
   **Basis for perfection:** See attached docume
   **Amount of Secured Claim:** $ 450,000.00    **Amount Unsecured:** $ 4,550,000.00

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $ _____ (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

   If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or   ☐ I am a guarantor, surety, indorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
   Print Name: Stephanie Harris
   Title:
   Company:
   (Signature) [signed] Stephanie Harris   November 5 2012 (Date)
   Address and telephone number (if different from notice address above):
   PO Box 190504
   Miami Beach FL 33119
   Telephone number: 786 709-7855   Email: stephanieharris70@hotmail.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

COURT USE ONLY

EXHIBIT A

🛒 0 Item(s) in Basket                                    Home    Online Services    About us    Contact us

# Harvey Ruvin
## CLERK of the COURTS
### MIAMI-DADE COUNTY, FLORIDA

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS                    **ALL PARTIES**                    START A NEW SEARCH
                    **DEUTSCHE BANK TR CO AMERICAS vs HARRIS, STEPHANIE**
                    * Click on BOOK/PAGE of a particular docket to see the image if it is available *

Case Number (LOCAL): 2008-40534-CA-01           Dockets Retrieved: 50           Filing Date: 07/15/2008
Case Number (STATE): 13-2008-CA-040534-0000-01                                  Judicial Section: 58

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 07/27/2011 | | REASSNGMT PURSUANT TO ADMINISTRATIVE ORD: | 58 FM:50 |
| 07/27/2011 | | TEXT | REASGND FROM SEC 50 PER ADMINISTRATIVE MEMO CIV 11-A |
| 12/13/2010 | 27519 / 1227 Pages: 3 | DISCHARGE/RELEASE OF LIS PENDENS | BK:27519 PG:1227 |
| 12/13/2010 | | NO FURTHER JUDICIAL ACTION | |
| 12/13/2010 | 27519 / 1227 Pages: 3 | ORDER OF DISMISSAL | BK:27519 PG:1227 DN01 DN02 |
| 12/06/2010 | | FINAL DISPOSITION DOCUMENT | |
| 12/06/2010 | | MOTION TO DISMISS | |
| 09/10/2010 | | NOTICE: | PURSUANT TO RULE 4-3.3, RULE OF PROFESSIONAL CONDUCT,ETC |
| 06/19/2010 | | TEXT | REASGND FROM SEC 10 PER A.O. |
| 01/22/2010 | | CANCELLATION NOTICE | 02/03/2010 09:30 AM |
| 01/05/2010 | | ORDER: | GRANTING MTN TO WITHDRAW |
| 12/22/2009 | | NOTICE HEARING- | MOTIONS 02/03/2010 09:30 AM |
| 12/10/2009 | | AFFIDAVIT OF: | AS TO AMOUNTS DUE AND OWING |
| 11/17/2009 | | NOTICE OF HEARING- | MOTIONS 01/05/2010 09:30 AM |
| 11/10/2009 | | NOTICE HEARING- | MOTIONS 01/05/2010 09:30 AM |
| 10/13/2009 | | MOTION TO WITHDRAW | |
| 10/06/2009 | | MOTION FOR DEFAULT | |
| 08/10/2009 | | NOTICE OF FILING: | AFFIDAVIT OF REASONABLE ATTY FEES |
| 08/10/2009 | | AFFIDAVIT AS TO ATTORNEY FEES | |
| 05/21/2009 | | MOTION FOR DEFAULT | |
| 02/27/2009 | | RESPONSE: | TO DEF MTN TO DISMISS |
| 02/09/2009 | | SERVICE RETURNED | BADGE # 888888 P 12/18/2008 DN01 |
| 01/23/2009 | 26728 / 1843 Pages: 1 | BOND | $ 100.00 BK:26728 PG:1843 PN01 NON RESIDENT COST BOND |
| 01/23/2009 | | COURT REGISTRY DEPOSIT | $ 100.00 FLA DEFAULT LAW GROUP, P.L. |
| 01/08/2009 | | DEFAULT | DN02 |
| 01/08/2009 | | MOTION TO DISMISS | |
| 11/17/2008 | | CANCELLATION NOTICE | 11/20/2008 09:30 AM |
| | | ORDER: | GRANTING MTN TO QUASH SERVICE |

http://www2.miami-dadeclerk.com/civil/Search.aspx?type=premier


EXHIBIT B

Page 1 of 2

| | | | |
|---|---|---|---|
| 11/06/2008 | | | |
| 10/24/2008 | | NOTICE HEARING- | MOTIONS 11/06/2008 09:30 AM |
| 10/21/2008 | | AFFIDAVIT OF: | AMOUNTS DUE AND OWING |
| 10/20/2008 | | NOTICE HEARING- | MOTIONS 11/20/2008 09:30 AM |
| 10/16/2008 | | MOTION FOR DEFAULT | |
| 10/06/2008 | | MOTION TO QUASH | |
| 09/25/2008 | | PROOF OF PUBLICATION | PUB DATE :09/18/2008 |
| 09/09/2008 | | TEXT | NOAP ON ANY & ALL UNKNOWN PARTIES, PUB DATE 10-21-2008 |
| 09/09/2008 | | NOTICE OF ACTION - PUBLICATION | PUB DATE :10/21/2008 DN01 1 COPY OF NOTICE & COMPLAINT MAILED |
| 09/02/2008 | | AFFIDAVIT OF DILIGENT SEARCH | |
| 09/02/2008 | | NON-MILITARY AFFIDAVIT | |
| 09/02/2008 | | AFFIDAVIT OF DILIGENT SEARCH | |
| 09/02/2008 | | AFFIDAVIT OF DILIGENT SEARCH | |
| 08/27/2008 | | TEXT | INSTRUCTION TO CLERK OF COURT |
| 08/20/2008 | | TEXT | SUMMONS RTD. NOT SERVED ON TENANT NO.2 |
| 08/20/2008 | | SUMMONS RETURNED - NO SERVICE | DN01 |
| 08/20/2008 | | TEXT | SUMMONS RT.D NOT SERVED ON TENANT NO.1 |
| 08/20/2008 | | TEXT | SUMMONS RTD. NOT SERVED ON UNK SPOUSE STEPHANIE HARRIS |
| 08/20/2008 | | SERVICE RETURNED | BADGE # 55555 S 07/26/2008 DN02 |
| 07/17/2008 | 26484 / 1914 Pages: 1 | LIS PENDENS | BK:26484 PG:1914 |
| 07/15/2008 | | CIVIL COVER | |
| 07/15/2008 | | SUMMONS ISSUED | DN01 DN02 |
| 07/15/2008 | | COMPLAINT | |

BACK TO SEARCH RESULTS          ALL PARTIES          START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Logout
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0141755

3

ODIS
1-2

Del p
NFJA

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY AMERICAS
AS TRUSTEE,

    Plaintiff,

                CASE NO.    08-40534 CA10
vs.               DIVISION     10



NO FURTHER JUDICIAL ACTION IS REQUIRED
THIS CASE IS CLOSED

SPACE FOR RECORDING ONLY F.S.§695.26

STEPHANIE HARRIS; ANY AND ALL UNKNOWN PARTIES CLAIMING
BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED
INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD
OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSE, HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS; LINCOLN MEWS CONDOMINIUM, INC.

FINAL ORDER AS TO ALL PARTIES
SRS DISPOSITION
NUMBER 12

    Defendant(s).
_____/

## ORDER DISMISSING CASE AND
## CANCELLING NOTICE OF LIS PENDENS

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion For Entry of Order Dismissing Case and Cancelling Notice of Lis Pendens filed by the Plaintiff, pursuant to Fla. R. Civ. P. 1.420(a)(2) and Fla. Stat. §§ 702.07 and 702.08, and the Court being fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.    Pursuant to Fla. R .Civ. P. 1.420(a)(2) the case be and the same hereby is dismissed without prejudice to the future right of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant case.

2.    All Counts of the Complaint against Defendants: STEPHANIE HARRIS; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID

FILE_NUMBER: F08056655



Serial: 16317896
DOC_ID: M010402



EXHIBIT C

Bk 27519 Pg 1227 CFN 20100832695 12/13/2010 15:54:16 Pg 1 of 3 Mia-Dade Cty, FL

UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSE, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; LINCOLN MEWS CONDOMINIUM, INC.;    are hereby dismissed.

3. The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE County, Florida, regarding the below-described property:

> CONDOMINIUM UNIT NO. 2, OF LINCOLN MEWS CONDOMINIUM, ACCORDING TO THE DECLARATIONS OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 21772 AT PAGE 2818, OF THE PUBLIC RECORDS OF MIAMI- DADE COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION

be and same hereby is cancelled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby directed to record this Order to reflect same.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida this ___8___ day of ___December___, 2010.

PETER R. LOPEZ
Circuit Court Judge

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
(Robert Schneider 1-813-251-1541)

PETER R. LOPEZ
CIRCUIT CO!'~~ ''IDGE

All parties on the attached service list
F08056655-GMAC-CONV---Team 2

Service List

STEPHANIE HARRIS
1525 Lenox Avenue, Unit 2
Miami Beach, FL   33139

LINCOLN MEWS CONDOMINIUM, INC.
C/O Nikolay Tzolov, R.A.
17800 NW 18th Ave
Miami Gardens, FL   33056

## FEDERAL RESERVE BANK *of* NEW YORK

33 LIBERTY STREET, NEW YORK, NY 10045-0001

September 27, 2010

Ms. Stephanie Harris
P.O. Box 190540
Miami Beach, Florida 33119

Dear Ms. Harris:

    This letter is in response to your complaint against Deutsche Bank Trust Company Americas (Deutsche). As we understand your complaint, you state that your home has been erroneously foreclosed on and request a loan modification. We contacted Deutsche on your behalf and would like to report our findings.

    In connection with our inquiry, Deutsche informs us that the mortgage loan for the property referenced in your complaint at 1525 Lenox Ave., Miami Beach, FL 33139 is being serviced by Residential Funding Company, LLC (Residential). LaSalle Bank National Association (LaSalle) is the Trustee pursuant to a Pooling and Servicing Agreement, for the RAAC Series 2007-SP3 Trust, a securitization trust which includes the mortgage loan in question.

    Deutsche indicates that it has been incorrectly identified as the Trustee in this case and has since notified Residential of this issue so that it may correct this error as soon as possible. As further background, Deutsche states that it has no involvement with the RAAC Series 2007-SP3 Trust and therefore the aforementioned mortgage loan. Furthermore, LaSalle's parent company was acquired by Bank of America in 2008.

    Please note that since LaSalle Bank National Association is subject to the supervisory jurisdiction of the Office of the Comptroller of the Currency, we are unable to investigate the issues you raise. Therefore, you should contact the agency at:

> Office of the Comptroller of the Currency
> Customer Assistance Group
> 1301 McKinney Street, Suite 3450
> Houston, TX 77010
> Tel: 1-800-613-6743
> Fax: 713-336-4301
> HelpWithMyBank.gov


EXHIBIT D

Service List:

Note to all servicors ;

Evidentuary Package will be filled en camera as only service list will access at this time

Council for Debtors
Morrision and Forester LLp
1290 Avenue of the Americas
NewYork, N.Y.

Council to the unofficial Committee o fUnsecured Creditors
Thomas Eckstein
Kramer Levin Nattailis and Frankel LLp
1177Avenue of the Americas
NewYork N.Y. 10036

Office of The U.S. Trustee
Tracey Hope Davis
33Whitehall St 31 st Floor. Region 2
N.Y. N.Y. 10004

Council to the Examiner
Howard Seife ect all
Chadbourne & Parke LLP
30 A Rockafeller Plaza
N.Y. N.Y. 10112