# Exhibit 5

12-12020-mg    Doc 2982-5    Filed 02/20/13    Entered 02/20/13 15:51:00    Exhibit 5
Pg 1 of 7

Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Jeffrey S. Powell
Daniel T. Donovan
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel to Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF FILING OF ALLY FINANCIAL INC.'S LETTER**
**REGARDING THE RESOLUTION OF THE CLAW-BACK REQUEST**

PLEASE TAKE NOTICE that Ally Financial Inc. and its non-debtor subsidiaries and affiliates (collectively, "Ally") hereby files the letter dated November 7, 2012 to the Honorable Martin Glenn, Judge for the United States Bankruptcy Court for the Southern District of New York, attached hereto as **Exhibit A**.

K&E 24371315

Dated: November 7, 2012  
      New York, New York

Respectfully Submitted,

 /s/ Patrick M. Bryan  
Richard M. Cieri  
Ray C. Schrock  
Stephen E. Hessler  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York 10022-4611  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900

- and -

Jeffrey S. Powell  
Daniel T. Donovan  
Patrick M. Bryan  
KIRKLAND & ELLIS LLP  
655 15th Street, N.W., Ste. 1200  
Washington, D.C. 20005  
Telephone: (202) 879-5000  
Facsimile: (202) 879-5200

*Counsel to Ally Financial Inc. and Ally Bank*

# EXHIBIT A

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Patrick Bryan
To Call Writer Directly:
(202) 879-5285
patrick.bryan@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

November 7, 2012

**Via Email**

The Honorable Martin Glenn
United States Bankruptcy Court
Alexander Hamilton Custom House
New York, NY 10004

Re: *In re Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn:

I write on behalf of Ally Financial Inc. ("Ally") in the above-referenced matter. Following the parties' telephonic discovery conference with the Court on Monday, November 5, 2012, the parties met and conferred in person yesterday for a number of hours with regard to the documents that were subject to the claw-back request made by the Debtors and Ally. The parties are pleased to advise the Court that they have reached a compromise that resolves all issues with regard to the claw-back request. Ally has agreed to modify its request with regard to certain documents in its original and amended demand; other documents shall remain subject to Ally's amended demand or will be produced on a redacted basis as agreed upon by the parties. Documents that remain subject to the claw-back request will be destroyed or returned to the Debtors pursuant to the terms of the Uniform Protective Order.

Respectfully submitted,

Patrick Bryan /mb
Patrick M. Bryan

# KIRKLAND & ELLIS LLP

Judge Glenn
Page 2

Acknowledged by:

/s/ *Philip S. Kaufman*
_____
Philip S. Kaufman
Arielle Katz
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to the Official Committee of Unsecured Creditors*

/s/ *Darryl P. Rains*
_____
Darryl P. Rains
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and Debtors in Possession*

/s/ *Ingrid Bagby*
_____
Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Counsel to MBIA Insurance Corporation*

/s/ *Howard F. Sidman*
_____
Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, New York 10017.6702
Telephone: (212) 326-3418
Facsimile: (212) 755-7306

*Counsel to Financial Guaranty Insurance Company*

## KIRKLAND & ELLIS LLP

Judge Glenn
Page 3

/s/ Matthew J. Dolan
_____
Thomas J. Moloney
Matthew J. Dolan
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association*