HEARING DATE: MARCH 1, 2013 AT 10:00 A.M. EST
OBJECTION DEADLINE: FEBRUARY 20, 2013 AT 4:00 P.M. EST

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------X
:
**In re**    :    **Chapter 11 Case No.**
:
**RESIDENTIAL CAPITAL, LLC, et al.,**    :    **12-12020 (MG)**
:
    **Debtors.**    :    **(Jointly Administered)**
:
---------------------------------X

**JOINDER OF WILMINGTON TRUST, N.A. IN SUPPORT OF THE
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO PRECLUDE THE DEBTORS FROM OFFERING ANY EVIDENCE OF
THEIR RELIANCE ON COUNSEL FOR ADVICE CONCERNING
THE EVALUATION, NEGOTIATION OR APPROVAL OF THE RMBS SETTLEMENT**

**TO THE HONORABLE JUDGE GLENN,
UNITED STATES BANKRUPTCY JUDGE:**

Wilmington Trust, National Association (the "Trustee"), solely in its capacity as indenture trustee for various series of senior unsecured notes in the outstanding aggregate principal amount of approximately $1 billion (the "Notes") issued by Residential Capital, LLC ("Residential Capital," and with its debtor-affiliates, the "Debtors"), under that certain indenture dated as of June 24, 2005, respectfully submits this joinder to the *Motion of the Official Committee of Unsecured Creditors to Preclude The Debtors From Offering Any Evidence of*

*Their Reliance on Counsel For Advice Concerning The Evaluation, Negotiation or Approval of the RMBS Settlement* (the "Motion") [Docket No. 2906]. The Trustee represents as follows:

1.   The Trustee hereby joins in and supports the Motion. The Trustee reserves the right to amend, supplement, alter, or modify this joinder, and reserves all rights to be heard before the United States Bankruptcy Court, Southern District of New York with respect to the Motion.

2.   For the reasons set forth in the Motion, the Trustee supports the entry of an order as requested in the Motion.

Dated: New York, New York
       February 20, 2013

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Thomas J. Moloney
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
A Member of the Firm
One Liberty Plaza
New York, NY 10006
*(212) 225-2000*

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*