# **Exhibit C**

## ALLONGE TO NOTE
### 4500003424

| | |
|---|---|
| Allonge to note dated: | 9/7/2005 |
| In Favor of : | Wilmington Finance, a division of AIG Federal Savings Bank |
| And executed by: | ANTONETTE ARIBAL |
| Property Address: | 2000 NEWTON AVE<br>PARK RIDGE, IL  60068, |
| Loan Amount: | $ 79,400.00 |
| Pay to the order of : | **SOVEREIGN BANK** |
| without recourse: | Wilmington Finance, a division of AIG Federal Savings Bank |
| By: | *[signature]*<br>Don Malabuyo |
| Title: | Designated Signer |

1st Loan#: 0067460704                                                                ILLINOIS

# ALLONGE

This Allonge is attached to and made a part of the certain Note or Bond, or Lost Note Affidavit in lieu of that certain Note or Bond,

Dated:    10/01/05

Made By:    ANTONETTE ARIBAL, Mortgagor(s)

In the amount of:    $79400.00

Pay to the order of:

GMAC Mortgage, LLC f/k/a
GMAC Mortgage Corporation

without recourse.

Pay to the order of
Partners for Payment Relief DE III, LLC
Without recourse
GMAC Mortgage LLC f/k/a
GMAC Mortgage Corporation
*Alison Cameron*
Alison Cameron, Authorized Officer

SOVEREIGN BANK

By: Paula Ward, Vice President

Prepared by: Peelle Management Corp., P.O. Box 1710, Campbell, Ca 95009    Sort: 13061
FINAL allongeH 90895 sover895 1 0067460704 04/30/07 12-031 IL Cook 28881

Collateral ID: 9000116592

## Allonge COT Research Tool

Document Preparer: Alison          Date Prepared: 7/26/12
Borrower Name: Aribal              GMAC Loan #: 0359457523

Chain of Title, if applicable:
- Original Lender: Wilmington Finance a division of AIG Fed savings bank to Sovereign bank
- From: Sovereign bank to gmac
- From: gmac to partners for payment relief
- From: _____ to _____
- From: _____ to _____
- From: _____ to _____