**Hearing Date: March 1, 2013 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Darryl Rains
Anthony Princi
Jamie Levitt

*Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF STATUS**
**CONFERENCE ON DEBTORS' SECOND SUPPLEMENTAL**
**MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR**
**APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENTS**

**PLEASE TAKE NOTICE** that the status conference on the *Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* (the "Motion") [Docket No. 1887], as provided for in the *Fourth Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for approval of RMBS Trust Settlement Agreements* (the "Scheduling Order") [Docket No. 2528] to be heard on February 28, 2013 at 2:00 p.m. (Prevailing Eastern Time), has been adjourned to **March 1, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States

1

ny-1078926

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: February 21, 2013
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Darryl Rains
Anthony Princi
Jamie Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and Debtors in Possession*