DOUGLAS EMMETT
808 Wilshire Boulevard, Suite 200
Santa Monica, CA 90401
(310) 255-7895
Leland P. Smith
Counsel for Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------X
In Re:                                        :      Case No. 12-12020 (MG)
**RESIDENTIAL CAPITAL, LLC, et al.,**         :      Chapter 11
                    Debtors                   :      Jointly Administered
----------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL

LELAND P. SMITH hereby acknowledges that it shall represent Creditor, DOUGLAS EMMETT 1997, LLC, in the aforementioned bankruptcy matter. DON C. SHERWOOD hereby withdraws as counsel for Creditor, DOUGLAS EMMETT 1997, LLC, and shall have no further responsibility in this case and requests that its name be removed from the certificate of service on all future pleadings and orders; and that the name of LELAND P. SMITH appear as attorney for the Creditor on all future pleadings and orders. Both individuals have confirmed with the Creditor that this substitution is proper and authorized by the Creditor.

Dated: 1/22/2013                              Dated: January 13, 2013

LELAND P. SMITH                               SHERWOOD AND HARDGROVE

_/s/ MP_                                      _/s/_

LELAND P. SMITH, (CBN: 143941)                DON C. SHERWOOD (CBN: 52798)
DOUGLAS EMMETT 1997, LLC                      SHERWOOD AND HARDGROVE
808 Wilshire Blvd., Suite 200                 12400 Wilshire Boulevard, Suite 290
Santa Monica, CA 90401                        Los Angeles, CA 90025-1055
Telephone No. (310) 255-7895                  Telephone No. (310) 825-2825
Attorney for Creditor

## CREDITOR'S CONSENT TO SUBSTITUTION OF COUNSEL

The undersigned, on behalf of Creditor, DOUGLAS EMMETT 1997, LLC, represents that the legal services of DON C. SHERWOOD have been terminated and that LELAND P. SMITH ("SMITH") has been retained to represent Creditor in this case. Moreover, the Creditor consents to the appearance of SMITH as counsel for Creditor in this action and to the substitution of SMITH as counsel for Creditor and to the discharge or withdrawal of DON C. SHERWOOD. The Creditor requests that all future notice, correspondence and pleadings be forwarded to LELAND P. SMITH.

DOUGLAS EMMETT 1997, LLC

_____
Print Name: ALLAN GOLAD
Title: Officer
For Creditor, Douglas Emmett 1997, LLC

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Substitution and Creditor's Consent has been furnished by U.S. Mail or CM/ECF on this 22nd day of January, 2013 to the parties on the attached Service List.

ANNIE KRIKORIAN

_____
ANNIE KRIKORIAN, Esq. (CBN 234381)
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Telephone No.: (310) 255-7895
Attorney for Creditor

Services List for Bankruptcy Case: 12-12020 (MG)

**2255 Partners, L.P.**
c/o Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street, P.O. Box 7880
San Francisco, CA 94120-7880
Attn: Ana N. Damonte, Esq.

**Adam C. Harris**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**Alan M. Rosen, Esquire**
The Jacobs Law Group, PC
2005 Market Street, Suite 1120
One Commerce Square
Philadelphia, PA 19103

**Alan Moss**
PO Box 721
Moss Beach, CA 94038

**Aldine Independent School District**
14910 Aldine-Westfield Road
Houston, TX 77032
Email: bnkatty@aldine.k12.tx.us

**American Residential Equities LLC**
c/o Saul Ewing LLP
Attn: Stephen B. Ravin, Esq.
555 Fifth Avenue, Suite 1700
New York, NY 10017

**AMI B. ESKANOS**
3122 PINE TREE DRIVE
MIAMI BEACH, FL 33140

**ANN MARIE V. GRAYBASH; MARYANN A. GRAYBASH**
ENGLERT,COFFEY,MCHUGH & FANTAUZZI, LLP
C/O DENNIS M. ENGLERT, ESQ.
224 STATE STREET,PO BOX 1092
SCHENECTADY, NY 12301-1092

**Aurelius Capital Management, LP**
535 Madison Ave., 22nd Floor
New York, NY 10022

**Aurora Loan Services, Inc.**
c/o Fein Such & Crane, LLP.
28 E. Main Street
Suite 1800
Rochester, NY 14614

**Aurora Loan Servicing, Inc.**
c/o Fein Such & Crane, LLP.
28 E. Main Street
Suite 1800
Rochester, NY 14614

**Bank of America, N.A.**
c/o Fein Such & Crane, LLP.
28 E. Main Street
Suite 1800
Rochester, NY 14614

**Bank of the West**
c/o Andrew W. Muller
Stinson Morrison Hecker LLP
1201 Walnut, Ste. 2900
Kansas City, MO 64106

**BARRY B. ESKANOS, JD MPA**
3122 PINE TREE DRIVE
MIAMI BEACH, FL 33140

**c/o FEIN, SUCH & CRANE, LLP**
28 EAST MAIN STREET
SUITE 1800
ROCHESTER, NY 14614

**c/o Kriss & Feuerstein LLP**
360 Lexington Avenue, Suite 1200
New York, NY 10017

**Cal-Western Reconveyance Corp.**
c/o Moritt Hock & Hamroff LLP
Attn. Leslie A. Berkoff
400 Garden City Plaza
Garden City, NY 11530

**Caley Dehkhoda & Qadri**
2340 130th Ave NE, Suite D-150
Bellevue, WA 98005

**Chadbourne & Parke LLP**
30 Rockefeller Plaza

New York, New York 10112

**City of Union City, New Jersey**
c/o Joel R. Glucksman, Esq.
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, NJ 07071

**Dallas CPT Fee Owner, L.P.**
c/o Proskauer Rose LLP
Attn: Scott K. Rutsky, Esq. & Jared D. Z
Eleven Times Square
New York, NY 10036-8299

**DANIEL T. POWERS**
CHATHAM COUNTY TAX COMMISSIONER
PO BOX 8324
SAVANNAH, GA 31412

**Deborah M. Gross- Quatrone, Esq.**
70 Market Street
Saddle Brook, New Jersey 07663

**DEBORAH M. GROSS-QUATRONE, ESQ.**
70 MARKET STREET
SADDLE BROOK, NEW JERSEY 07663

**FEDELINA ROYBAL-DEAGUERO 2008 TRUST**
42265 LITTLE LAKE ROAD
MEDOCINO, CA 94560

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**
C/O WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
David Neier (dneier@winston.com)

**Frenkel Lambert Weiss**
53 Gibson Street
Bay Shore, New York 11706

**Green Planet Servicing, LLC**
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036
Attn: Gerard S. Catalanello, Esq.

**GREGORY M. PETRICK, ESQ.**
CADWALADER, WICKERSHAM & TAFT LLP

ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

**Howard O. Godnick**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**INGRID BAGBY, ESQ.**
CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

**Ira M. Levee, Esq.**
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020

**Ira M. Levee, Esq.**
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020

**Iron Mountain Information Management, Inc.**
Attn: Joseph Corrigan
745 Atlantic Avenue
Boston, MA 02111-2735

**James R. Martin**
Madeline Martin
14587 Berklee Drive
Addison, TX 75001-3533

**Jennifer L. Wilson, Sui Juris**
4365 School House Commons, 500-251
Harrisburg, NC 28075

**John Mark Stern**
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, Texas 78711 2548

**Joshua A. Gelman, Esquire**
The Jacobs Law Group, PC
2005 Market Street, Suite 1120
One Commerce Square
Philadelphia, PA 19103

Pg 7 of 12

**Lead Plaintiff and the Putative Class**
C/O Ira M. Levee, Esquire
Michael S. Etkin, Esquire
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068

**Lead Plantiffs and Putative Class**
c/o Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Attn: Ira M. Levee, Esq.

**LEOPOLD & ASSOCIATES, PLLC**
ATTORNEYS FOR BANK OF AMERICA, n.a
80 BUSINESS PARK DRIVE, SUITE 110
ARMONK, NEW YORK 10504

**Liberty Property Limited Partnership**
c/o Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia. PA 19103-7286
Attn: Barry Bressler

**Liberty Property Limited Partnership**
Eric A. Boden, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005

**Locke Lord LLP**
3 World Financial Center
New York, New York 10281

**Manufacturers and Traders Trust Company**
c/o Hodgson Russ LLP-Attn: Garry M. Grab
140 Pearl Street, Suite 100
Buffalo, New York 14202

**Marguerite E. Gardiner**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, N.Y. 10022

**MARK B. FLANNAGAN**
UMB BANK, N.A.
1010 GRAND BLVD. 4TH FLOOR
KANSAS CITY, MO 64106

**MARK C. ELLENBERG, ESQ.**
CADWALADER, WICKERSHAM & TAFT LLP
700 SIXTH STREET, N.W.
WASHINGTON, DE 20001

**Martin G. Bunin, Esq.**
William Hao, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

**Mary Perkins White**
C/O Christopher Green
Law Offices of Christopher Green PS
601 Union Street Suite 4200
Seattle WA 98101

**MERSCORP, Inc.**
c/o William A. Hazetline, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

**Michael G. Cutini**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, N.Y. 10022

**Missouri Department of Revenue**
P.O. Box 670
Jefferson City, MO 65105

**Neal Jacobs, Esquire**
The Jacobs Law Group, PC
2005 Market Street, Suite 1120
One Commerce Square
Philadelphia, PA 19103

**Newport Management Corporation**
c/o Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, NY 10166
Attn: Richard P. Norton, Esq. and Rober

**Office of the Town Attorney**
c/o Leonard Genova
Town of Oyster Bay
Town Hall
Oyster Bay, NY 11771

**OneWest Bank, FSB**
c/o Stein,Wiener & Roth, LLP
One Old Country Road, Suite 113
Carle Place, NY 11514

**Oracle America, Inc.**
c/o Amish R. Doshi, Esq.
MAgnozzi 7 Kye, LLP
23 Green Street, Suite 302
Huntington, New York 11743

**PATTERSON BELKNAP WEBB & TYLER, LLP**
DAVID W. DYKHOUSE
BRIAN P. GUINEY
1133 AVENUE OF AMERICAS
NEW YORK, NY 10036-6710

**PAUL N. PAPAS II**
MyLegalHelpUSA.com
4727 E.BELL RD., STE. 45-350
PHOENIX, AZ 85032

**PennyMac Loan Services, LLC**
c/o Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
50 FREMONT STREET
POST OFFICE BOX 7880
SAN FRANCISCO, CA 94120
ATTN: ANA N. DAMONTE, ESQ.

**Representative Plaintiffs, Putative Class, et al.**
c/o Daniel J. Flanigan
Polsinelli Shughart PC
805 Third Avenue, Suite 2020
New York, New York 10022

**Residential Credit Solutions**
c/o Fein, Such & Crane, LLP
28 East Main St
Suite 1800
Rochester, NY 14614

**Richardo I. Kilpatrick**
Kilpatrick & Associates, P.C.
903 N. Opdyke Road, Suite C

Auburn Hills, Michigan 48326

**RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for**
Fein, Such & Crane, LLP
7 Century Drive, Suite 201
Parsippany, NJ 07054

**SAMUEL I. WHITE, P.C.**
D. CAROL SASSER, ESQ.
5040 CORPORATE WOODS DRIVE, SUITE 120
VIRGINIA BEACH, VIRGINIA 23462

**SAMUEL I. WHITE, P.C.**
DONNA J. HALL, ESQ.
5040 CORPORATE WOODS DRIVE, SUITE 120
VIRGINIA BEACH, VIRGINIA 23462

**San Bernardino County Tax Collector**
c/o Romero Law Firm
BMR Professional Building
6516 Bright Ave.
Whittier, CA 90601

**SHERMAN & STERLING LLP**
FREDRIC SOSNICK, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**SHERMAN & STERLING LLP**
SUSAN A. FENNESSEY
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan, Esq.
Jessica C.K. Boelter, Esq.

**State of Michigan, Department of Treasury**
3030 West Grand Boulevard, Suite 10-450
Detroit, MI 48202

**Steven J. Reisman, Esq.**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

**SunTrust Mortgage Inc**

c/o Stein, Wiener & Roth, LLP
One Old Country Road, Suite 113
Carle Place, NY 11514

**TCF National Bank**
200 Lake Street
Wayzata, MN 55391

**TCF National Bank**
c/o Foley & Mansfield PLLP
250 Marquette Avenue, Ste. 1200
Minneapolis, MN 55401

**Texas Ad Valorem Taxing Jurisdictions**
c/o Lee Gordon
P.O. Box 1269
Round Rock, Texas 78680

**The Bank of New York Mellon Trust Company, N.A.**
c/o Dechert LLP
Attn: Glenn E. Siegel
1095 Avenue of the Americas
New York, NY 10036-6797

**The Bank of New York Mellon Trust Company, N.A.**
c/o Dechert LLP
Attn: Brian E. Greer
1095 Avenue of the Americas
New York, NY 10036-6797

**The Bank of New York Mellon Trust Company, N.A.**
c/o Dechert LLP
Attn: Hector Gonzalez
1095 Avenue of the Americas
New York, NY 10036-6797

**The Bank of New York Mellon Trust Company, N.A.**
c/o Dechert LLP
Attn: Mauricio A. Espana
1095 Avenue of the Americas
New York, NY 10036-6797

**TW Telecom Inc.**
c/o Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

**U.S. Bank National Association**
c/o James Carr

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**US BAnk National Association, as Trustee for Credi**
c/o Stein, Wiener & Roth, LLP
One Old Country Road, Suite 113
Carle Place, NY 11514

**VICTORIA L. SAFRAN**
ASSISTANT ATTORNEY GENERAL
NASSAU REGIONAL OFFICE
200 OLD COUNTRY ROAD, SUITE 240
MINEOLA, NY 11501

**Wells Fargo Bank, N.A.**
c/o Gibbons P.C.
Attn: Jeffrey S. Berkowitz, Esq.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

**WENDY ALISON NORA**
210 SECOND STREET NE
MINNEAPOLIS, MINNESOTA 55413

**WOLLMUTH MAHER & DEUTSCH LLP**
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ 07102
ATTN: JAMES N. LAWLOR

**WOLLMUTH MAHER & DEUTSCH LLP**
500 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NY 10110
ATTN: PAUL R. DEFILIPPO
ATTN: STEVEN S. FITZGERALD