David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, Delaware 19801
Telephone:  302-300-3434
Facsimile:  302-300-3456
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) ) ) | **Case No. 12-12020 (MG)** |
| **Debtors.** | ) ) | **Jointly Administered** |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the *Withdrawal of Objection Filed on September 27, 2012 [Docket No. 1611] and Supplemental Limited Objection filed on November 7, 2012 [Docket No. 2097] by USAA Federal Savings Bank to Debtors' (I) Motion to Sell Servicing Platform and to Assume and Assign Serving Agreement, and (II) Proposed Cure Amount* filed on February 18, 2013 [D.I. 2944] (the "Withdrawal") was served by both (1) transmitting same via electronic mail on February 18, 2013, to each of the parties listed on the attached Exhibit A, and (2) placing same in the United States mail, postage prepaid, on February 20, 2013, addressed to each of the parties listed on the attached Exhibit A.

Dated: February 22, 2013 /s/ *David M. Powlen*
David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: 302-300-3434
Facsimile: 302-300-3456
Email: david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

# **EXHIBIT A**

## Exhibit A

Morrison & Foerster LLP
Attn: Larren Nashelskyly/Gary S. Lee
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com

Clifford Chance US LLP
Attn: Jennifer C. DeMarco
31 West 52nd Street
New York, New York 10019
jennifer.demarco@cliffordchance.com

Kramer Levin Naftallis & Frankel LLP
Attn: Kenneth H. Eckstein/Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com

US Trustee for the Southern District of NY
Attn: Brian S. Masumoto
33 Whitehall St., 21st Floor
New York, NY 10004
brian.masumoto@usdoj.gov