Hearing Date: February 21, 2013 at 10:00 A.M.
Objection Date:  February 20, 2013

DIANA LEE TORREJON  Pro se
1566 S. Brown Ave.
Tucson, Arizona 85710
Telephone:  (702) 498-0648
dltorrejon@gmail.com

Pro se (non-represented litigant)

**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK**

In re:                                                    **Chapter 11**

**RESIDENTIAL CAPTIAL, LLC et
al.**                                                     **Case No. : 12-12020 (MG)**

Debtors.                                             **(Jointly Administered)**

---

### NOTICE OF MOTION OF DIANA LEE TORREJON ("BENEFICIARY") FOR THE ENTRY OF AN ORDER GRANTING RELIEF A WRIT OF MANDAMUS

**PLEASE TAKE NOTICE** that DIANA LEE TORREJON (Pro se) Petitioner,

Claimant, In Rem, In Personam, and Quasi In Rem in the above captioned case will move

before the Honorable Martin Glenn, United States Bankruptcy Judge at the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"),

Courtroom 501, One Bowling Green, New York, New York 10004, on February 21,

2013, at 10:00 a.m., or as soon thereafter as Intervenor may be heard, for an entry of an

Order granting relief, a Writ of Mandamus:

Insofar as, Beneficiary has suffered an "injury in fact," she is an aggrieved party who has been denied a legally protected right, that (collectively the "Debtors"), Residential Capital LLC ("ResCap"), the "51 Debtors," Berkshire-Hathaway, Johns-Manville, Ocwen, Ally, Cerberus et al., including all of their Subsidiaries, predecessors and successors, have an absolute "duty to perform" one that is imperative not discretionary.

Further, Claimant wishes to be heard on charges of "Fraud Against the Court by Officers of the Court" directed at the judicial machinery itself and a war against the Constitution.

**PLEASE TAKE FURTHER NOTICE** that Petitioner is "Pro se" a non-represented litigant, she is not an Attorney, nor does she have any legal background. Therefore, she should be given leeway. Petitioner claims her "due process rights" are being violated and she should not be penalized because she does not know or understand the complex Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court.

Claimant is attempting in good faith to state a claim in writing to which relief can be granted, state with particularity the grounds for relief, and serve upon counsel of Residential Capital LLC, et al., or any other person, whose interest would be affected by claimants motion for relief by Writ of Mandamus, no later than seven (3) days prior to the return date.

Dated: February 13, 2013                          **DIANA LEE TORREJON  Pro se**


                                              **/s/ Diana Lee Torrejon**
                                              DIANA L. TORREJON
                                              1566 S. Brown Ave
                                              Tucson, Arizona 85710
                                              Telephone:  (702) 498-0648
                                              dltorrejon@gmail.com

**Hearing Date: February 21, 2013, at 10:00 A.M.**
**Objection Due Date: February 20, 2013**

DIANA LEE TORREJON
1566 S. Brown Ave.
Tucson, Arizona 85710
Telephone: (702) 498-0648
dltorrejon@gmail.com

Pro se (non-represented litigant)

**UNITED STATES BANKRUPTCY COURT**          Chapter 11
**SOUTHERN DISTRICT OF NEW YORK**

                                                                Case No. : 12-12020 (MG)

In re:

**RESIDENTIAL CAPTIAL, LLC, et al.,**          **(Jointly Administered)**

                    Debtors.

---

<u>**MOTION OF DIANA LEE TORREJON FOR A WRIT OF MANDAMUS**</u>
<u>**COMMANDING RESPONDENTS TO "PERFORM A SPECIFIC ACT"**</u>
<u>**PAY THE CONTRACT**</u>

Diana Lee Torrejon Pro se ("Petitioner"), hereby submits this motion (the "Motion"),

to set a date and time for Beneficiary to be heard in the above captioned case for an entry

of an order granting relief, authorizing warrants, compelling Debtors to show cause, or

command the Debtors and Lloyd's of London to "perform a specific act" one that is

legally protected by law, pay the contract.

An entry of an Order granting a Writ of Mandamus, with related relief's, from the

above captioned Debtors (collectively, the "<u>Debtors.</u>") or, "Respondents."

In support thereof, Petitioner respectfully submits as follows:

## JURISDICTION AND VENUE

Claimant wishes to "Petition The Government On A Redress Of The Grievances," for wartime injuries received, followed by further injuries.

Petitioner claims her "Due Process Rights" are being violated and she has been "Denied Access to the Court(s)," a Court of proper venue. In violation of the Fifth (5th) Amendment to the Constitution.

Petitioner claims before the merits of a case can be heard "proper venue" must be established. Are the United States Bankruptcy Courts, Article III Courts? Raising a constitutional question of "Jurisdiction to determine Jurisdiction?" and calling into question, the legality of numerous "Acts of Congress" including, but not limited to the Channeling Injunction or 524 (g) of the U.S. Bankruptcy code.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a Party, the Supreme Court shall have original Jurisdiction.

Petitioner claims a Quasi-In-Rem jurisdiction due to the complex multi-faceted nature of the "cases or controversies," in two or more states, and the multiple fraudulent filings in multiple United States Bankruptcy Courts, intent on hiding the assets of the "Debtors," (Respondents), various other third parties, Foreign Entities and or Multi-National Corporations.

Beneficiary is the Personal Representative to her beloved father (deceased) who was an "injured seaman" or "ward in Admiralty" with "Diversity of Jurisdiction" and "Diversity of Citizenship." In accordance with Admiralty Maritime Jurisdiction the "Doctrine of Un-Seaworthiness" or "Death on the High Seas," he became a Naturalized Citizen of the United States in 1951.

All parties contracted in Admiralty are bound in Admiralty. All parties to the Global
Settlement Agreement(s), (Global I, Global II & Global III), are bound in Admiralty.

Neither parties contracted in Admiralty can contract out of Admiralty.

An injured "seaman" may also proceed in both "In rem" against the Shipwrights like
(Kaiser, W. R. Grace) the Vessels and Oil Tankers, or "In personam" against the owners
and operators of the vessels and or product manufacturers.

Therefore, the United States Federal and Territorial Bankruptcy Courts like the
Northern Mariana Islands are "In rem" thus, an Equitable Remedy for Relief and the
enforcement of Maritime Liens. As a Court in Equity, this Court may exercise its
equitable powers, to ensure that substantial justice is achieved, binding the world.

Beneficiary comes to equity with clean hands and claims that the attachment of
Maritime Liens starts when the cause of action arose in 1992, and the Global Settlement
Agreement was entered into and will not be eliminated even by change of ownership in
"good faith purchase."

The Court has jurisdiction over this Motion as a core proceeding, and under 1104 (c)
of the bankruptcy code, related to charges of fraudulent conveyances, hiding debtors
assets, and aiding and abetting a breach of fiduciary claims, also within the "scope of the
investigation" of the Examiner your Honorable Judge Arthur Gonzalez.

## PRELIMINARY STATEMENT

The world looks to America for Hope and "We the people of the United States" have a
"right to know" the true nature of the "toxic debt" and who the Real Parties of Interest
are, information that is privy to some high-ranking Officials in the United States, the
United Kingdom, and insiders in Lloyd's of London. (BUT) Not, the general public.

Claimants Attorneys Ron Motley, Joseph F. Rice, Richard "Dickie" Scruggs and various other Officers of the Court for the past (20) twenty years are crooks, their mendacity is easily proven, and they have knowingly and willingly corrupted this Court and numerous other United States Bankruptcy Courts (Federal and Territorial), working in concert and conspiring with one or more entities, in two or more states or territories, "Fraud against the Court by Officers of the Court," directed at the judicial machinery itself and a usurpation of the Constitution.

Additionally, these Attorneys have knowingly corrupted numerous United States Federal District Courts, "Frauds against the Government," withholding material fact, "conflicts of interests," working in concert and conspiring with one or more entities, in two or more states or territories. Including, but not limited to the Eastern District of New York before your Honorable Judge Jack B. Weinstein (Finley v. Blinken), and the Pennsylvania Eastern District Court and your Honorable Judge Eduardo C. Robreno.

Former United States Secretary of Defense, Chairman CEO of Halliburton (Kellogg Brown and Root) and Vice President of the United States Richard Bruce Cheney, in both his Official and Individual capacities, knowingly executed a scheme or artifice with the intent to defraud the United States; or to obtain money and property by means of false or fraudulent pretenses, representation, or promises. "Major Frauds Against the United States," by high-ranking Officials in the Executive Branches of Government in both Administrations President George H. W. Bush and President George W. Bush.

In re: Case # 2:2011cv33177 "G.W. Bush et al., vs. Foster-Wheeler Company et al.," or Case # 2:2009cv80236 "G.W. Bush et al., vs. M. H. Detrick et al." (Dresser World Industries, Harbinson Walker, Indresco).

Give the Devil its dues, but Warren Buffet of Berkshire Hathaway (Johns-Manville) and Geico Insurance underwritten by Lloyd's of London is no Oracle. Warren Buffet is a "War Profiteer," guilty of war crimes, along with his cohorts, Sir Winfred Bischoff (currently chairman of Lloyds Banking Group), Jack Welch of General Electric, the Koch Brothers of "Big Oil" (Georgia Pacific), and George Soros of Halliburton.

What started out as a simple conspiracy in late 1991, with the Salomon Brothers scandal for illegal trading or rigging of United States Treasury Bonds has now reached a fever pitch in the greatest criminal conspiracy in U. S. history, an Insurance Indemnity Fraud, U. S. Treasury Bonds Fraud, Securities Fraud, Derivatives Fraud and a Tax Fraud unparalleled in the financial world, and a Global Economic Coup D' Etat.

## BACKGROUND

On or about January 1992, (Petitioner)/(Claimant)/(Beneficiary) and the Personal Representative to her father JOSEPH TOWERS TORREJON (deceased), the Estate, became signatories to a contract entering into a "Mass Toxic Tort Action," which is continuous and ongoing, against a Multi-National Military Industrial Complex during WWII, to which the United States War Department (U. S. Department of Defense) and the United Kingdom (HMS) is a party.

Simultaneously, we entered into the Global Settlement Agreement for Asbestos. Secured by Trust Funds, Maritime Liens on Wartime Vessels and Wartime Oil Tankers during WWII, owned and operated by "Big Oil," the United States and the United Kingdom, insured by Lloyd's of London. Backed by United States Treasury Bonds and Double Dated Gilts, issued by the government of the United Kingdom, with a range of maturity dates, to Lloyds of London.

Stipulated to causation of "service connected injuries" or Mesothelioma, due to his severe and extraordinary occupational exposure over an extended period of time to asbestos fibers found in the boilers aboard the various ships he was employed on from 1938 to 1956 as a Chief Engineer.

Additionally, we stipulated to the fact that his injuries were exacerbated one hundred 100(X) times by smoking cigarettes which "Big Tobacco" and various Pharmaceutical Companies knew, but failed to warn.

Further, we stipulated to causation of "second-hand Mesothelioma," for "Future Claimants," the Representative to other family members living and dependent on him at the time of his illness and ultimate death due to a latency period of 15 to 20 years.

On or about May 3, 2004, Claimant attempted to Intervene in the United States Bankruptcy Court Southern District Of New York before the Honorable Judge Burton Lifland. In re: JOHNS-MANVILLE CORPORATION et al., Debtors. Case Nos. 82 B 11656, 82 B 11657, 82 B 11660, 82 B 11611, 82 B 11665 through 82 B 11673 inclusive, 82 B 11575, 82 B 11676 (BRL), due to "Fraud Upon The Court By Officers Of The Court," Objecting to Confirmation of Amended Plan, Statutory Settlement Motion or Entry of Clarifying Order based on corruption by my Attorneys Joseph F. Rice, Richard "Dickie" Scruggs, Ron Motley, along with various other Officers, David Austern, the (Claims Resolution Management Corporation), and members of the Settlement Counsel working in concert or conspiring with one or more entities, including Traveler's Insurance Company, an aiding and abetting a breach of fiduciary duties, responsibilities and claims. Judge Lifland said, that "…the United States Bankruptcy Court is not the proper tribunal or **venue** to hear those charges."

Additionally, Claimant was "Denied Access to the Courts" in the United States

Bankruptcy Court for the District of Delaware and the United States Bankruptcy Court

for the Western District of Pennsylvania, by your Honorable Judge Judith K. Fitzgerald.

## RELIEF REQUESTED

By this Motion, (Petitioner)/(Claimant)/(Beneficiary) seeks the entry of an order,

granting relief from the automatic stay, respectfully submits to the Court that she has

upheld her portion of the contract a "specific performance." Claimant has waited the

necessary time periods (no less than 10 years) for "Trust Fund(s)" to mature or the

automatic stay on all settlement payments or claims to be lifted. (Finley v. Blinken)

1992, or (Carlough v. Amchem) January 24, 1994.

Beneficiary, respectfully requests this Court issue a Writ of Mandamus Commanding

the "Respondents" (incorporated in this motion the "Respondent List") or collectively

the "Debtors" (1-100) to pay the contract or show cause why the Settlement Agreement

should not be paid in full.

## ARGUMENT

1.    The purpose of mandamus is to REMEDY defects of justice. Petitioner has a legal

right and the "Debtors," "Respondents" Berkshire Hathaway, Geico Insurance, Travelers

Insurance, Lloyds of London, Ocwen, Ally, Wells Fargo Bank, Residential Capital LLC,

the "51 Debtors," Cerberus et al., have a duty to perform, a "specific act" that is not

discretionary.

2.    Attachment of Maritime Liens starts when the cause of action arose in 1992 and

will not be eliminated even by change of ownership or "good faith purchase."

3.    The Supreme Court has ruled "Justice must look like justice" to an impartial

bystander. If you are a non-represented litigant, and should the court not follow the law

as to non-represented litigants, then the judge has expressed an "appearance of partiality"

and under the law has disqualified him/herself. Judges do not have discretion not to

disqualify themselves. By law, they are bound to follow the law. Additionally, a biased

judge robs a party of due process law. Should a judge not disqualify himself as required

by law, then the judge is in violation of the Due Process Clause of the United States

Constitution. None of the orders issued by any judge who has been disqualified by law

are valid. They are void as a matter of law, and are of no legal force or effect.

Should a judge issue any order after he has been disqualified by law, and if the party

has been denied any of her property, then the judge may have been engaged in criminal

"interference with interstate commerce," treason against the Constitution. Should another

judge not accept the disqualification of the judge(s), then the second judge has evidenced

an "appearance of partiality."

## CONCLUSION

**WHEREFORE**, for the reasons set forth herein and based upon the facts or

merits of the case, Petitioner respectfully requests that this Court enter an Order:

Granting a Writ of Mandamus, or expedited interim relief at this time, and in

the alternative to stay any further bankruptcy proceedings in the above captioned

matter related to Residential Capital LLC, the Debtors, Ally, Ocwen, Berkshire

Hathaway et al., until a full investigation is completed.

Granting such other or further relief as this Court deems just and proper.

Dated:  February 13, 2013                **DIANA LEE TORREJON**


/s/ *Diana Lee Torrejon*
DIANA LEE TORREJON
1566 S. Brown Ave
Tucson, Arizona 85710
Telephone:  (702) 498-0648

**Hearing Date: February 21, 2013 at 10:00 A.M.**
**Objection Date:  February 20, 2013**

DIANA LEE TORREJON  Pro se
1566 S. Brown Ave.
Tucson, Arizona 85710
Telephone:  (702) 498-0648
dltorrejon@gmail.com

Pro se (non-represented litigant)

**UNITED STATES BANKRUPTCY**
**COURT SOUTHERN DISTRICT OF**
**NEW YORK**

In re:                                                    **Chapter 11**

**RESIDENTIAL CAPTIAL, LLC et**
**al.**                                                   **Case No. : 12-12020 (MG)**

Debtors.                                             **(Jointly Administered)**

---

### ORDER GRANTING DIANA LEE TORREJON ("DLT") RELIEF FROM THE AUTOMATIC STAY, FOR CAUSE, AND A WRIT OF MANDAMUS

Upon the motion dated February   , 2013 (the "Motion") of Diana Lee

Torrejon ("DLT") for the entry of an order granting Claimant relief from the

automatic stay, for cause, as more fully set forth in the Motion; and this Court

having jurisdiction to consider the Motion and the requested relief therein; and

consideration of the Motion and the requested relief being a core proceeding,

and due and proper of the Motion having been given; and the Court having

reviewed the Motion, the objections there, if any, and having heard the

arguments; and after due deliberation and sufficient cause appearing therefore;

it is hereby:

**ORDERED** that the Motion is granted, and it is further

**ORDERED** that the Debtors in the above captioned-matter, the "Respondents," through their Subsidiaries, predecessors and successors are directed to immediately sequester all funds, portfolios, documents, data and rights related to "Beneficiary" and to provide an appropriate accounting of same, to Diana Lee Torrejon; and it is further

**ORDERED** that the Debtors, the "Respondents List," are directed to turn over all portfolios and related rights of Diana Lee Torrejon; and it is further

**ORDERED** that the Debtors, through their Subsidiaries, predecessors and successors, or Attorneys, are directed to segregate the documents, data and funds associated with the DLT's portfolios, and to Diana Lee Torrejon with final accounting the same or hereby commanded to come to Court and show cause why they should refrain from doing so.

**FURTHER ORDERED** that

Dated: February _____, 2013

_____
The Honorable Martin Glenn.
United States Bankruptcy Judge

**Hearing Date: February 21, 2013, at 10:00 A.M.**
**Objection Date: February 20, 2013, at 9:00 A.M.**

DIANA LEE TORREJON
1566 S. Brown Ave.
Tucson, Arizona 85710
Telephone: (702) 498-0648
dltorrejon@gmail.com

Pro se (non-represented litigant)

**UNITED STATES BANKRUPTCY COURT**          **Chapter 11**
**SOUTHERN DISTRICT OF NEW YORK**

                                                                             **Case No. : 12-12020 (MG)**

In re:
**EX PARTE DIANA LEE TORREJON**
            vs.
**RESIDENTIAL CAPTIAL, LLC, et al.,**                      **(Jointly Administered)**
    1-100        Respondents   Debtors.

---

**NOTICE OF MOTION AND MOTION FOR AN ORDER SHORTENING TIME**
**FOR HEARING AND AN EXTRAORDINARY WRIT OF MANDAMUS**

**TO ALL PARTIES AND COUNSEL: PLEASE TAKE NOTICE** that Petitioner,

Claimant, Beneficiary, DIANA LEE TORREJON hereby moves this Court for an Order

Shortening Time For Hearing and a Motion for an Extraordinary Writ of Mandamus

### **PROPOSED ORDER**

YOU ARE HEREBY COMMANDED AND AUTHORIZED by personally serving a

copy of this warrant In Rem, upon the "Respondents List" (1–100 ) and upon any person,

corporation or entity presently in possession of such property, to seize the property on

deposit and all funds traceable thereto:

YOU ARE FURTHER COMMANDED AND AUTHORIZED to prepare a written

inventory of the property seized and promptly, return this warrant and inventory before

this Court as required by law, issued to any U.S. Marshall, or any designated officer of

the F.B.I., and/or any law enforcement officer authorized by law.

Dated: February_____, 2013
      New York, New York

                                                 _____

                                               The Honorable Martin Glenn.
                                     United States Bankruptcy Judge

**Hearing Date: February 21, 2013, at 10:00 A.M.**
**Objection Date:  February 20, 2013**

DIANA LEE TORREJON
1566 S. Brown Ave.
Tucson, Arizona 85710
Telephone:  (702) 498-0648
dltorrejon@gmail.com

Pro se (non-represented litigant)

**UNITED STATES BANKRUPTCY**
**COURT SOUTHERN DISTRICT OF**
**NEW YORK**

In re:

**RESIDENTIAL CAPTIAL, LLC, et al.,**
                    Debtors.

**Chapter 11**

**Case No. : 12-12020 (MG)**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

Diana Lee Torrejon, (DLT) "Beneficiary," hereby certifies as follows:

1.    I am the Pro se Petitioner in above captioned case I reside at 1566 S. Brown Ave,

    Tucson, Arizona 85710.

2.    On February 13, 2013, the following was electronically filed with this Court:

        i) a Motion on behalf of Diana Lee Torrejon ("Beneficiary") for an entry of

an Order Granting Relief, A Writ of Mandamus.

3.      ii) a Notice Of Motion Of  ("Beneficiary") For The Entry Of An Order

    Granting Writ of Mandamus

        iii) a Proposed Order Granting ("Beneficiary") Relief.

4.   Accordingly, This is to certify that on the 13th day of February, 2013, copies of

the Motion for Relief were transmitted to the parties and in the manners set forth

in the following Service List, or Debtors, or Respondents List:

### <u>SERVICE DEBTORS OR RESPONDENTS LIST</u>

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013
bobbie.theivakumaran@citi.com

Deutsche Bank Trust Company Americas
c/o Kevin Vargas 25 De Forest Ave
Summit, New Jersey 07901
kelvin.vargas@db.com

Fannie Mae
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103
peter_mcgonigle@fanniemae.com

Kelley Drye & Warren LLP
James S. Carr I Eric R Wilson
101 Park Ave
New York, NY 10178
kdwbankruptcydepartment@kelleydrye.com

Kirkland & Ellis
Attn Richard M Cieri
601 Lexington Ave
New York, NY 10022
richard.cieri@kirkland.com

Kirkland & Ellis LLP
Attn Ray C Schrock & Stephen E. Hessler
601 Lexington Ave
New York, NY 10022-4611
ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;pr
ojectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;joh
n.bellaver@ally.com

Kramer Levin Naftallis & Frankel LLP
Kenneth H. Eckstein, Thomas Moers Mayer &
Douglas H.Mannal
1177 Avenue of the Americas
New York, New York 10036
keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com

Morris & Foerster LLP
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104
Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com

Morrison & Foerster LLP
Larren M. Nashelsky, Gary S. Lee &
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com

Office of the NY State Attorney General
Nancy Lord & Neal Mann
The Capital
Albany, New York 12224-0341
Nancy.Lord@OAG.State.NY.US;Neal.Mann@OAG.State.NY.US

Securities & Exchange Commission NY
Regional Office
George S. Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022
secbankruptcy@sec.gov;newyork@sec.gov

Sidley Austin LLP
Larry J Nyhan & Jessica CK Boelter
One Dearborn
Chicago, IL 60603
lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com

Skadden Arps Slate Meagher & Flom LLP
Jonathan H. Hofer
Four Times Square
New York, NY 100036
jhofer@skadden.com;nikolay.kodes@skadden.com

Skadden Arps Slate Meagher & Flom LLP
Sarah M. Ward
Four Times Square
New York, NY 100036
sarah.ward@skadden.com

Skadden Arps Slate Meagher & Flom LLP
Ken Ziman
Four Times Square
New York, NY 100036
ken.ziman@skadden.com

Skadden Arps Slate Meagher & Flom LLP
Suzanne D T Lovett
Four Times Square
New York, NY 100036
suzanne.lovett@skadden.com

U.S. Bank National Association
Attn: George Rayzis
50 South 16th Street
Philadelphia, PA 19120
george.rayzis@usbank.com

U. S. Bank National Association
Attn: Irina Palchuk
60 Livingston Avenue
St. Paul, MN 55107
irina.palchuk@usbank.com

U.S. Department of Justice US Trustee for the Southern District of NY
Tracy Hope Davis, Linda Riffkin and
Brian S. Masumoto
33 Whitehall St
21st Fl, Region 2
New York, NY 10004
Tracy.Davis2@usdoj.gov

US Attorney General
Eric Holder Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001
AskDOJ@usdoj.gov

United States Attorney's Office for the
Southern District of New York Civil Division
Attn: Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007
joseph.cordano@usdoj.com

**SERVICE LIST**

**FIRST CLASS MAIL, POSTAGE PREPAID**

**DEBTOR**
Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

**U.S. TRUSTEE**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**NOTICE PARTIES**

Edward Haywood Payne
214 North 52nd Street
222 East 41st Street
Philadelphia, PA 19139

Corinne Ball
Jones Day
222 East 41st Street
New York, NY 10017

Willie L. Boykin
250 Sterling Ridge Dr
Atoka, TN 38004

Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Hugo Brandsetter
2944 Glacier Trail
Porter, IN 46304

Judson Brown
Kirkland & Ellis LLP
665 15th Street, N.W. Ste. 1200
Washington, DC 20005

Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215

Centerview Partners LLC
31 West 52nd Street
22nd Floor
New York, NY 10019

Kurtzman Carson Consultants LLC,
Claims Agent
Attn: James Le
2335 Alaska Avenue
El Segundo, CA 90245

Richard W. Clary
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Jeffrey L. Cohen
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

Nelson C. Cohen
Zuckerman, Spaeder, Goldstien Taylor
& Kolker, LLP
1201 Connecticut Avenue, NW
Washington, DC 20036

Joseph A Connor III
PO Box 1474
Cobb, CA 95426

County of San Benito
440 Fifth Street
Courthouse, Room 107
Hollister, CA 95023-3894

DB Structured Products, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Deloitte & Touche LLP
200 Renaissance Center, Suite 3900
Detroit, MI 48243

Franklin D. Easterday
Phyllis J. Eastday
83 West Liberty Street
Quincy, MI 49082

Bernadette Fantone
1870 San Benito Way
Coalinga, CA 90266

Bill A. Fuchs
7101 Plank Avenue
El Cerrito, CA 94530

Deborah M. Gross-Quatrone
70 Market Street
Saddle Brook, NJ 07663

Rhodrick Harden
1568 Loretta Ave
Columbus, OH 43211

Pamela Z. Hill
6675 Wahl Road
Freeland, WA 98249

Patrick J. Hopper
220 McCartney Dr.
Mon Twp, PA 15108

Kristin L. Crone
UFAN Legal Group PC
1490 Stone Point Drive, Suite 100
Roseville, CA 95661

David Cruz
4672 NW 57th Avenue
Coral Springs, FL 33067

Debt Acquisition Co of America V, LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Jason Emert
882 Castleman Branch Road
Shepherdsville, KY 40165

Nestor Fantone
1870 San Benito Way
Coalinga, CA 93210

Talcott Franklin
Talcott Franklin, P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

D.W. Grimsley D.W. Grimsley, Jr., P.C.
21 South Section St.
Fairhope, AL 36532

Courteney F. Harris
14910 Aldine-Westfield Road
Houston, TX 77032

John G. Hutchinson
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Oskar A. Johanson
105 Rivergate Pl
Lodi, CA 95240-0557

Ken Burton, Jr.
Manatee County Tax Collector
Attn: Susan D. Profant
4333 US 301 North
Ellenton, FL 34222

Susheel Kirpalani
Quinn Emmanuel Urquhart & Sullivan
LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Judith Kopen
Gebhardt & Kiefer
1318 Route 31
P.O. Box 4001
Clifton, NJ 08809-4001

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Muop T. Lam
1214 W. 6th Street
Irvington, TX 75060

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219

James J. Lotz
Foley & Mansfield, P.L.L.P.
545 Madison Avenue
15th Floor
New York, NY 10022

James R. Martin
14587 Berklee Drive
Addison, TX 75001-3533

Jump Trading, LLC
600 W. Chicago Avenue
Suite 825
Chicago, IL 60654

Taggart Kenneth
45 Heron Rd
Holland, PA 18966

Michael Klien
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-2714

Kevin C. Kovacs
1876 Highpoint Road
Coopersburg, PA 18036

Long T. Lam
1214 W. 6th St.
Irvington, TX 75060

Revamae Lannaman
125 Evergreen Drive
Lake Park, FL 33403

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Rafael Malave
1060 Post Avenue
Staten Island, NY 10302

Madeline Martin
14587 Berklee Drive
Addison, TX 75001-3533

Russell D. Mays
250 West Depot Street
Greenville, TN 37743

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroundsburg, PA 18360

Morrison & Foerster LLP
Attn:  Larren M Nasbelky
1290 Avenue of the Americas
New York, NY 10104

Mortage IT Holdings, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Sophia Mullen
Sidney Austin LLP
787 Seventh Avenue
New York, NY 10019

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436

Office of Unemployment Compensation
Tax Services (UCTS)
Dept. of Labor and Industry
Commonwealth of Pennsylvania
625 Cherry Street, Room 203
Reading, PA 19602-1152

Julio Pichardo
1201 E. Sudene Avenue
Fullerton, CA 92831

Brett A. Mearkle
The Law Office of Brett A. Mearkle,
P.A.
8777 San Jose Boulevard
Churchill Park, Suite 801
Jacksonville, FL 32217

Jean Millance
7 Lucille Court
Edison, NJ 08820

Janice Marie Montgomery
2607 N. Shartel Avenue
Oklahoma City, OK 73103

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Alan Moss
P.O. Box 721
Moss Beach, CA 94038

Diem T. Nguyen
16478 Beach Boulevard #331
Westminster, CA 92683

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436

Paul Papas
4727 E. Bell Road
345 PMB 350
Phoenix, AZ 85032

Donald T. Prather
Mathis, Riggs & Prather, P.S.C.
500 Main Street, Suite 5
Shelbyville, KY 40065

Prince Lobel Tye LLP
Attn:  Richard Briansky
100 Cambridge Street
Suite 2200
Boston, MA 02114

Arlene M. Richardson
Richardson Legal Center, LLC
PO Box 6
Highland Home, AL 36041

Fedelina Roybal-Deaguero 2008 Trust
42265 Little Lake Road
Medocino, CA 94560

Jordan Segal
Morris, Hardwickm Schneider
6 Nashua Court
Suite D
Baltimore, MD 21221

Siupo Chan & Associates, PC
3635 Peachtree Industrial Blvd
Suite 100
Duluth, GA 30096

Barbara L. Stephens
514 204th Ave.
Ct-KPS
Lakebay, WA 98349

Diana Lee Torrejon
1566 S. Brown Ave
Tucson, AZ 85710

Joe R. Vargas
213 U. St.
Bakersfield, CA 93304

Pamela H. Walters
14910 Aldine-Westfield Road
Houston, TX 18493

Patricia S. Pringle
104 Freestone Street
Greenville, SC 29605

Richard D. Rode
2301 West Lawther Drive
Deer Park, TX 77536

Marie A. Runnalls
2750 S. Durango Drive, #1007
Las Vegas, NV 89117

Glenn E. Siegel
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Fredic Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Richard N. Valencia
9255 West Taylor Street
Tolleston, AZ 85353

Larry D. Walls
3831 W. 60th St.
Los Angeles, CA 90043

Emily K. Wilkin
701 South Delaware St.
Irving, TX 75060

Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Fortace LLC
1601 N. Sepulveda Blvd # 146
Manhattan Beach, CA 90266

Bernice Jandrasi
24607 Mount Auburn Dr.
Katy, TX 77494

Christopher W. Hobbs
Zimmerman, Lieberman, Tamulonis &
Hobbs
P.O. Box 238
Pottsville, PA 17901

Kathryn Schepp
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020
Re: Rapid American MRID # 052854

Melissa Matzfield
Claims Resolution Management
Corporation
3110 Fairview Park Drive, Suite 200
P. O. Box 12003
Falls Church, VA 22042
Re:  Johns-Manville MRID #052854

Mark Eveland
Verus Claims Services, LLC
200 Lenox Drive, Suite 206
Lawrenceville, NJ 08648
Re:  AC&S, HK Porter MRID #052854

Professor Lester Brickman
BENJAMIN CARDOZO SCHOOLOF
LAW
Brookedale Center
55 Fifth Avenue
New York, NY 10003

Paul M. Matheny, Esq.
Bruce McElbone, Esq
LAW OFFICES OF PETER ANGELOS
One Charles Center
100 N. Charles St.
Baltimore, MD 21201-3812

Stephen J. Carroll
RAND Institute
1776 Main St.
P.O. Box 2138
Santa Monica, CA 90437-2138

Francis Lawall, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Claims Processing Facility, Inc.
East-West Tech Center
1771 W. Diehl
Suite 220
Naperville, IL 60563 MRID #052854
Re:  Eagle-Picher, UNARCO

Celotex Asbestos Trust Settlement
P. O. Box 1036
Wilmington, DE 19899
Re: The Celotex Corp. MRID #052854

Mary Ellen Nickel
Delaware Claims Processing Facility,
LLC
1007 North Orange Street, Suite 120
Wilmington, DE 19801
Re: Babcock & Wilcox, Fibreboard

Joseph F. Rice, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464

Matthew P. Bergman, Esq.
BERGMAN, SENN, PAGELER &
FROCKT
17526 Vashon Highway, SW
Vashon, WA 98070

Barbara J. Stutz, Esq.
BUNDA STUTZ & DEWITT
3295 Levis Commons Blvd.
Perrysburg, OH 43551

Francine R. Rabinovitz
HAMILTON, RABINOVITZ &
ALSCHULER, INC.
36656 Highway 1, Coast Route
Monterey, CA 93940

Raji Bhagavatula
MILLIMAN USA
One Penn Plaza, 38th Fl.
New York, NY 10119

Robert Steinberg, Esq.
ROSE, KLEIN & MARIAS
801 So. Grand Avenue, 18th Fl
Los Angeles, CA 90017

Leslie G. Fagen, Esq.
PAUL, WEISS, RIFKIND, WHARTON
1285 Avenue of the Americas
New York, NY 10019

Maria Keane, Esq.
PAUL, WEISS, RIFKIND, WHARTON
1285 Avenue of the Americas
New York, NY 10019

Elihu Inselbuch, Esq.
CAPLIN & DRYSDALE
375 Park Avenue, 35th Fl
New York, NY 10152-3500

Ann C. McMillan, Esq.
CAPLIN & DRYSDALE
One Thomas Circle, NW
Suite 1100
Washington, DC 20005

## ECF NOTIFICATION

David A. Abrams    dabrams@sralawfirm.com
Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
Jose Raul Alcantar Villagran    raul.alcantar@alcantarlaw.com
Kevin S. Allred    kevin.allred@mto.com
Paul Nii-Amamoo    namamoo@kasowitz.com, courtnotices@kasowitz.com
Bijan Amini    bamini@samlegal.com, jhoyte@samlegal.com
Walter J. Ashbrook    walter.ashbrook@quarles.com, Sybil.aytch@quarles.com
 Ingrid Bagby    Ingrid.bagby@cwt.com,
betty.comerro@cwt.com;michele.maman@cwt.com;david.kroneberg@cwt.com;
benjamin.riskin@cwt.com; jeffrey.taub@cwt.com;wendy.kane@cwt.com;
stephen.johnson@cwt.com; casey.servais@cwt.com
Susan F. Balaschak    susan.balashchak@akerman.com
Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com
Shari Barak    LIBKCourt@logs.com
Andrew Behlmann    abehlmann@lowenstein.com
Leslie Ann Berkoff    lberkowitz@gibbonslaw.com,
Jeffrey S. Berkowitz    jberkowitz@gibbonslaw.com, cgugg@gibbonslaw.com
Laurie R. Binder    binder@sewkis.com
James B. Blackburn    jbbjratty@aol.com, wisemanblackburn@aol.com
Rebecca E. Boon    Rebecca.boon@blbglaw.com
Kay Diebel Brock    bkecf@co.travis.tx.us
David J. Brown    djbrown2008@gmail.com
Robert Edward Brown    rbrown@robertbrownlaw.com
Mark K. Broyles    broylesmk@rgcattys.com, ramoffatt@rgcattys.com
Martin G. Bunin    marty.bunun@alston.com
Aaron R. Cahn    cahn@clm.com
Michael Robert Carney    mcarney@mckoolsmith.com
James S. Carr    KDWBankruptcyDepartment@kellydrye.com
Gerarld Sylvester Catalanello    gcatalanello@duanemorris.com
Dale C. Christensen    christensen@sewkis.com
Darrell W. Clark    dclark@stinson.com, cscott@stinson.com
Marvin E. Clements    agbanknewyork@ag.tn.gov
Joshua W. Cohen    jwcohen@daypitney.com, arametta@daypitney.com
Ronald L. Cohen    cohenr@sewkis.com
Thomas A. Conrad    taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com
Joseph N. Cordaro    joseph.cordaro@usdoj.gov
Joseph Corneau    jcorneau@klestadt.com
Joseph Corrigan    bankruptcy2@ironmountain.com
Christopher C. Costello    cccostello@winston.com, docketny@winston.com
Donald H. Cram    dcram@severson.com, lkh@severson.com
Jonathan D. Crowley    jcrowley-esq@hotmail.com
Thomas J. Cunningham    tcunningham@lockelord.com,
kmorehouse@lockelord.com, ttill@lockelord.com
Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
Louis A. Curcio    Louis.curcio@snredenton.com

Michael G. Cutini   michael.cutini@srz.com, evan.melluzzo@srz.com;
courtfilings@srz.com
Pranali Datta   pdatta@hhstein.com, carnold@hhstein.com;
sramkhelawan@hhstein.com; jbrocks@HHStein.com
Jennifer C. DeMarco   Jennifer.demarco@cliffordchance.com
Benjamin P. Deutsch   bdeutsch@schnader.com
John P. Dillman   houston_bankruptcy@publicans.com
J. Ted Donovan   TDonovan@GWFGlaw.com, CPresswood@GWFGlaw.com;
SShavelson@GWFGlaw.com; GJohnson@GWFGlaw.com
Amish R. Doshi   adoshi@magnozzikye.com
Bryan F. Duggan   bduggan@kellemandkellem.com
Matthew J. Dyer   ecfmail@aclawllp.com
David W. Dykhouse   dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
Kenneth H. Eckstein   keckstein@kramerlevin.com
Devon Eggert   deffert@freebornpeters.com, bkdocketing@freebornpeters.com
Mark C. Ellenberg   mark.elleberg@cwt.com, betty.comerro@cwt.com;
wendy.kane@cwt.com
Michael S. Etkin   metkin@lowestein.com, mseymour@lowestein.com;
tdwatson@lowestein.com
Thomas E. Fawkes   tfawkes@freebornpeters.com, bkdocketing@freebornpeteres.com
Robert J. Feinstein   refeinstein@pszyj.com, dharris@pszyjw.com
Steven S. Fitzgerald   sfitzgerald@wmd-law.com
Daniel J. Flanigan   dflanigan@polsinelli.com, tbackus@polsinelli.com;
docket@polsinelli.com
Patrick D. Fleming   pfleming@morganlewis.com
Yvette R. Freedman   yvetterfreedman@gmail.com, info@johnpeterlee.com
MARGUERITE ELLSWORTH GARDINER   marguerite.gardiner@srz.com,
evan.melluzzo@srz.com; courtfilings@srz.com
Len M. Garza   lgarza@sterneisenberg.com
Duane M. Geck   dmg@severson.com, lkh@severson.com, pag@sevenson.com,
jc@severson.com
Ehud Gersten   egersten@gerstenlaw.com
Steven A. Ginther   sdnyecf@dor.mo.gov
Andrew K. Glenn   aglenn@kasowitz.com, courtnotices@kasowitz.com
Joel R. Glucksman   jglucksman@scarincihollenbeck.com
Brian D. Glueckstein   gluecksb@sullcrom.com
Howard O. Godnick   howard.godnick@srz.com, evan.melluzzo@srz.com
Seth Goldman   seth.goldman@mto.com
Irena M. Goldstein   igoldstein@proskauer.com
Leon B. Gordon   nycourts@mvbalaw.com
Todd M. Goren   tgoren@mofo.com, lmarinuzzi@mofo.com
Garry M. Graber   ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com;
rleek@hodgsonruss.com; swells@hodgsonruss.com; clutterbein@hodgsonruss.com
Christopher E. Green   chris@myfaircredit.com, Margaret@myfaircredit.com
Joel C. Haims   JHaims@mofo.com, docketny@mofo.com

Alan D. Halperin   ahalperin@halperinlaw.net, lgu@halperinlaw.net;
cmitchell@halperinlaw.net; cbattaglia@halperinlaw.net
Kimberly Ann Hamm   khamm@stblaw.com
Adam Craig Harris   adam.harris@srz.com
Juandisha Harris   harrisj12@michigan.gov
William A. Hazeltine   whazeltine@sha-llc.com
Matthew C. Helland   helland@nka.com
Ileana M. Hernandez   ihernandez@manatt.com, astaltari@manatt.com
Stephen Hessler   shessler@kirkland.com, beth.friedman@kirkland.com;
jacob.goldfinger@kirkland.com; richard.cieri@kirkland.com;
victoria.cole@kirkland.com; michael.meltzer@kirkland.com;
anthony.grossi@kirkland.com; shavone.green@kirkland.com;
caroline.nguyen@kirkland.com; victor.noskov@kirkland.com
Charles A. Higgs   chiggs@mwc-law.com
William H. Hoch   will.hoch@crowedunlevy.com, donna.hinkle@crowedunlevy.com;
ecf@crowedunlevy.com; christopher.staine@crowedunlevy.com;
lysbeth.george@crowedunlevy.com; kerryann.wagoner@crowedunlevy.com
Jonathan M. Hoff   jonathan.hoff@cwt.com
Michael E. Holt   mholt@formanlaw.com
Casey B. Howard   choward@lockelord.com
Claire L. Huene   chuene@mw-law.com, jmoon@mw-law.com
Ron Jacobs   rjacobs@ecf.epiqsystems.com
Michael Jankowski   mjankows@reinhartlaw.com
Brandon Johnson   brandon.johnson@pillsburylaw.com
David Thomas Johnson   djohnson@olsendaines.com, aclark@olsendaines.com;
rdorman@olsendaines.com
Robert Alan Johnson   rajohnson@akingump.com, nymco@akingump.com
Jordan S. Katz   cgaliano@katz-law.com, nicolek@katz-law.com
John Kibler   john.kibler@allenovery.com
Ricardo I. Kilpatrick   efc@kaalaw.com
Tracy L. Klestadt   tklestadt@klestadt.com, tklestadt@gmail.com
Mark D. Kotwick   kotwick@sewkis.com
Bennette D. Kramer   bdk@schlamstone.com
James N. Lawlor   jlawlor@wmd-law.com, jgiampolo@wmd-law.com
 David M. LeMay   dlemay@chadbourne.com
Gary S. Lee   glee@mofo.com, jpintarelli@mofo.com
Jason Leibowitz   jleibowitz@kandfllp.com
Saul Oscar Leopold   sleopold@leopoldassociates.com,
mporch@leopoldassociates.com
Ira M. Levee   ilevee@lowenstein.com, mseymour@lowenstein.com
Melissa N. Licker   bankruptcy@feinsuch.com, tterrell@feinsuch.com
James M. Lloyd   jlloyd@greenhall.com
Eric Lopez Schnabel   mikhailevich.jessica@dorsey.com; de.ecf@dorsey.com
Phillip Mahony   pmahony@mwc-law.com

Douglas Mannal    dmannal@kramerlevin.com, docketing@kramerlevin.com; rringer@kramerlevin.com; edaniels@kramerlevin.com; ashain@kramerlevin.com; nallard@kramerlevin.com

Jason E. Manning    jason.manning@troutmansanders.com, bernard.young@troutmansander.com; erin.derby@troutmansanders.com; karen.russell@troutmansanders.com; danyel.patrick@troutmansanders.com

Alan E. Marder    lgomez@msek.com

Lorenzo Marinuzzi    lmarinuzzi@mofo.com

D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

Lorraine S. McGowen    lmcgowen@orrick.com

Heather Boone McKeever    foreclosurefraud@insightbb.com

Debra Weinstein Minoff    dminoff@loeb.com, tcummins@loebs.com

Jeffrey Mispagel    jeffrey.mispagel@dechert.com, jason.smith@dechert.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com

Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com; dlivishiz@cgsh.com

Carol E. Momjian    cmomjian@attorneygeneral.gov

Thomas M. Monahan    tmonahan@samlegal.com

Mayer Morganroth    mmorganroth@morganrothlaw.com, dantovski@morganrothlaw.com; shall@morganrothlaw.com

Matthew P. Morris    mpmorris@gelaw.com, delman@gelaw.com; cnevers@gelaw.com; caldinger@gelaw.com; mleyh@gelaw.com; ayususpova@gelaw.com

Andrew W. Muller    amuller@stinson.com

Vicente Matias Murrell    murrell.vicente@pbgc.gov, efile@pbg.gov

Jason A. Nagi    jnagi@polsinelli.com, tbackus@polsinelli.com; kvervoot@polsinelli.com; docketing@polsinelli.com

David Neier    denier@winston.com, dcunsolo@winston.com

Laura E. Neish    lneish@zuckerman.com

Wendy Alison Nora    accesslegalservices.bkyny@gmail.com

Richard P. Norton    rnorton@hunton.com

Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com; jcroft@cgsh.com

Katherine S. Parker-Lowe    Katherine@ocracokelaw.com

Amanda F. Parsels    aparsels@mw-law.com

Paul J. Pascuzzi    ppascuzzi@ffwplaw.com

Geoffrey J. Peters    colnyecf@weltman.com

Gregory M. Petrick    gregory.petrick@cwt.com

Andrew J. Petrie    apetrie@featherstonelaw.com, randerson@featherstonelaw.com

Kiyam J. Poulson    kpoulson@dlgnylaw.com

David M. Powlen    david.powlen@btlaw.com, pgroff@btlaw.com

Alexander Prieto    alexander_prieto@dot.ca.gov

Anthony Princi    aprinci@mofo.com, nmoss@mofo.com; mcrespo@mofo.com

Steven J. Reisman    sreisman@curtis.com, cgiglio@curtis.com; jdrew@curtis.com; mgallagher@curtis.com; dching@curtis.com; jzimmer@curtis.com; macohen@curtis.com; tsmith@curtis.com; hhiznay@curtis.com; bkotliar@curtis.com;

Isaac M. Rethy    irethy@stblaw.com
Thomas C. Rice    trice@stblaw.com, managingclerk@stblaw.com
Robert A. Rich    rrich2@hunton.com
Kai H. Richter    krichter@nka.com, assistant@nka.com
Joseph Arthur Roberts    joe@jarlegal.com
Phillip R. Robinson    probinson@legglaw.com, usdc@legglaw.com;
phillipreaserobinson@gmail.com
Michael P. Roland    mprolandpa@gmail.com
Michael A. Rollin    mrollin@rplaw.com, scoggins@rplaw.com;
aromanelli@rplaw.com
Martha E. Romero    romero@mromerolawfirm.com
Norman Scoot Rosenbaum    nrosenbaum@mofo.com
Paul Rubin    prubin@herrick.com
Scott K. Rutsky    srutsky@proskauer.com
Herbert K. Ryder    hryder@daypitney.com
Teresa Sadutto-Carley    tsadutto@platzerlaw.com, mkaplan@platzerlaw.com
Jeffrey L. Saltiel    jsaltiel@aol.com
Diane W. Sanders    austin.bankruptcy@lgbs.com
Bradford J. Sandler    bsandler@pszjlaw.com
Thomas P. Sarb    ecfsarbt@millerjohnson.com
Sarah Schindler-Williams    schindlerwilliamss@ballardspahr.com
Bradley Schneider    bradly.schneirder@mto.com
Ray C. Schrock    ray.schrock@kirkland.com, beth.friedman@kirkland.com
Robert L. Schug    rschug@nka.com
Brendan M. Scott    bscott@klestadt.com
Howard Seife    arosenblatt@chadbourne.com
Erin P. Severini    es@dgandl.com
Joel M. Shafferman    joel@shafeldlaw.com
Armen Shaghzo    as@shaghzolaw.com
Andrea Sheehan    sheehan@txtschoollaw.com, coston@txtschoollaw.com;
asheel@yahoo.com; garza@txschoollaw.com
Karen Sheehan    ksheehan@txtschoollaw.com, jspiegelman@flwlaw.com;
caltenburg@flwlaw.com
Scott C. Shelley    scottshelley@quinnemanuel.com
Joshua Sherer    jsherer@feinsuch.com, bankruptcy@feinsuch.com
J. Christopher Shore    cschore@whitecase.com, jdisanti@whitecase.com;
mcosbny@whitecase.com; jwinters@whitecase.com;
Lindsay.Leonard@ny.whitecase.com
Jeremy Edward Shulman    jshulman@afrct.com, mbetti@afrct.com;
mpero@afrct.com; bcruz@afrct.com
Abigail Snow    asnow@ssbb.com
Sean C. Southard    ssouthard@klestadt.com
Steven S. Sparling    ssparling@kramerlevin.com, docketing@kramerlevin.com
John Wesley Spears    john.spears@alston.com
John Mark    john.stern@texasattorneygeneral.gov,
sherri.simpson@texasattorneygeneral.gov

Stanley D. Tarr    tarr@blankrome.com
Jay Teitelbaum    jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
David L. Tillem    tillemd@wemed.com
Patricia Tomasco    ptomasco@jw.com, kgradney@jw.com; ccthomas@jw.com
Diana L. Torrejon    dltorrejon@gmail.com
James J. Vincequerra    jvincequerra@duanemorris.com
David L. Wales    dwales@blbglaw.com, errol.hall@blbglaw.com
Sarah B. Wallace    swallace@featherstonelaw.com, randerson@featherstonelaw.com
Rodd C. Walton    rwalton@legacy-groups.com
Michael D. Warner    mwarner@coleschotz.com, klabrada@coleschotz.com
Scott A. Weiss    scott@weissnweiss.com
Elizabeth Weller    dallas.bankruptcy@publicans.com
Douglas C. Wigley    dwigley@dessauleslaw.com, hpeters@dessauleslaw.com
Amy Williams-Derry    awilliams-derry@kellerrohrback.com,
kmak@kellerrohrback.com; dwilcher@kellerrohroback.com
Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
Ellen K. Wolf    ewolf@wolfgroupla.com, kmanning@wolfgropla.com
Robert D. Wolford    ecfwolfordr@millerjohnson.com
David J. Woll    dwoll@stblaw.com, managingclerk@stblaw.com
Adam D. Wolper    awolper@herrick.com
Richard L. Wynne    rlwynne@jonesday.com
Hale Yazicioglu    hy@bostonbusinesslaw.com
George A. Zelcs    gzelcs@korenintillery.com, dhutton@koreintillery.com

I certify under penalty of perjury that the foregoing statements made by me are true and
correct.

_/s/ Diana L. Torrejon_____
DIANA L. TORREJON

February    13, 2013

STATE OF ARIZONA, )

                        AFFIDAVIT OF DIANA LEE TORREJON

COUNTY OF PIMA     )

       NOW COMES Diana Lee Torrejon, who deposes and says under penalty of perjury that the following statements are true and correct in support of her Motion for a Writ of Mandamus and states as follow:

1. My name is Diana Lee Torrejon

2. My address is 1566 S. Brown Ave, Tucson, Arizona 85710

3. My social security number is 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

4. I am the Real Party of Interest and Personal Representative to my father Joseph Towers Torrejon SSN 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, MRID 052854 Claims: Johns-Manville, Claims Resolution Management Corporation; AC & S, H. K. Porter, Verus Claims Services, LLC; UNARCO, Eagle-Picher, Claims Processing Facility, Inc.;  The Celotex Corporation, Celotex Asbestos Truest Settlement; Babcock & Wilcox, Fibreboard, Delaware Claims Processing Facility, LLC; Rapid American, Sonnenschein Nath & Rosenthal; and so on.

5. I am the Beneficiary to numerous other Trust funds including, but not limited to all "524 (g) Trust Funds" such as Halliburton (KBR), DII, ABB, PI, and so on and so on.

6. I claim a breach of trust, a breach of contract, "conflict of interests," breach of fiduciary duties and responsibilities, judicial misconduct, and additional charges of war crimes and other misdemeanors.

-1-

FURTHER AFFIDAVIT SAYETH NOT.


Dated: February 13, 2013


/s/ *Diana Lee Torrejon*
DIANA LEE TORREJON
1566 S. Brown Ave
Tucson, Arizona 85710
Telephone: (702) 498-0648
dltorrejon@gmail.com