GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (admitted *pro hac vice*)
Robert J. Madden, Esq. (admitted *pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile:  (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
D. Ross Martin, Esq. (DM-2947)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Attorneys for the Steering Committee Group of RMBS Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

<u>**AFFIDAVIT OF SERVICE**</u>

COMMONWEALTH OF MASSACHUSETTS        )
                                                                              :ss.:
COUNTY OF SUFFOLK                                       )

          MEIR WEINBERG, being duly sworn, deposes and says:

          1.        I am employed by the law firm of Ropes & Gray LLP.  I am over 18 years

of age and I reside in Massachusetts.  I am not a party to this action.

2.     On Friday, February 22, 2013, I caused true and correct copies of *The Steering Committee Investors' Reply to the Objections of Assured Guaranty and the Junior Secured Noteholders to the RMBS Trust Settlement Agreement* [Docket No. 3011], which was filed by Ropes & Gray LLP on Friday, February 22, 2013, to be served upon the parties on the service list attached hereto as Exhibit A via the methods specified therein.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated:  February 25, 2013

Meir Weinberg

## EXHIBIT A

**Via US Mail:**

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Philadelphia, PA 19104

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

Wells Fargo Bank NA
Attn: Corporate Trust Services
GMACM Home Equity Notes 2004
Variable Funding Trust
P.O. Box 98
Columbia, MD 21046

Allstate Life Insurance Company
Attn: Peter A. McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Attorney General of the State of New York, Eric T. Schneiderman
Attn: Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

David P. Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10017

Financial Guaranty Insurance Company
Attn: John Dubel
125 Park Ave
New York, NY 10017

IBM Corporation
Attn: Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6
Canada

Law Offices of Christopher Green
Attn: Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

M&TCC
1 M&T Plaza, 7th Floor
Buffalo, NY 14203

MBIA Insurance Corporation
Attn: Mitchell Sonkin
113 King St.
Armonk, NY 10504

Rowen L. Drenne
3725 N Indiana
Kansas City, MO 64117

Secretary of State
123 William St.
New York, NY 10038

Secretary of State, Division of Corporations
99 Washington Ave. Ste 600
One Commerce Plz
Albany, NY 12231

Wilmington Trust NA
Attn: Julie J. Becker
50 South Sixth St Ste 1290
Minneapolis, MN 55402

AIG Asset Management US LLC
Attn: Russell Lipman
80 Pine St.
New York, NY 10038

**<u>Via US Mail and Electronic Mail:</u>**

Chadbourne & Parke LLP
Attn: Howard Seife
Attn: David M. LeMay
30 Rockefeller Plaza
New York, NY 10112
E-mail: hseife@chadbourne.com
E-mail: dlemay@chadbourne.com

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich St. 6th Fl
New York, NY 10013
E-mail: bobbie.theivakumaran@citi.com

Deutsche Bank Trust Company Americas
c/o Kelvin Vargas
25 De Forest Ave.
Summit, NJ 07901
E-mail: kelvin.vargas@db.com

Fannie Mae
Attn: Peter McGonigle
1835 Market St., Ste 2300
Philadelphia, PA 19103
E-mail: peter_mcgonigle@fanniemae.com

Kelley Drye & Warren LLP
Attn: James S. Carr
Attn: Eric R. Wilson
101 Park Ave.
New York, NY 10178
E-mail: kdwbankruptcydepartment@kelleydrye.com

Kirkland & Ellis LLP
Attn: Ray C. Schrock
Attn: Stephen E. Hessler
Attn: Richard M. Cieri
601 Lexington Ave
New York, NY 10022-4611
E-mail: ray.schrock@kirkland.com
E-mail: richard.cieri@kirkland.com
E-mail: stephen.hessler@kirkland.com

Kramer Levin Naftallis & Frankel LLP
Attn: Kenneth H. Eckstein
Attn: Thomas Moers Mayer
Attn: Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
E-mail: keckstein@kramerlevin.com
E-mail: tmayer@kramerlevin.com
E-mail: dmannal@kramerlevin.com

Kurtzman Carson Consultants
Alison M. Tearnen Schepper
2335 Alaska Ave
El Segundo, CA 90245
E-mail: rescapinfo@kccllc.com

Miller & Wrubel P.C.
Attn: John G. Moon
Attn: Claire L. Huene
570 Lexington Avenue
New York, New York 10022
E-mail: jmoon@mw-law.com
E-mail: chuene@mw-law.com

Morrison & Foerster LLP
Attn: Tammy Hamzehpour
Attn: Larren M. Nashelsky
Attn: Gary S. Lee
Attn: Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
E-mail: Tammy.Hamzehpour@gmacrescap.com
E-mail: diane.citron@ally.com
E-mail: lnashelsky@mofo.com
E-mail: glee@mofo.com
E-mail: lmarinuzzi@mofo.com

Office of the NY State Attorney General
Attn: Nancy Lord
Attn: Enid M. Stuart
The Capitol
Albany, NY 12224-0341
Nancy.Lord@OAG.State.NY.US
enid.stuart@OAG.State.NY.US

Securities & Exchange Commission
NY Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Ste 400
New York, NY 10281-1022
E-mail: newyork@sec.gov

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549
E-mail: secbankruptcy@sec.gov

Sidley Austin LLP
Attn: Larry J. Nyhan
Attn: Jessica CK Boelter
One Dearborn
Chicago, IL 60603
E-mail: lnyhan@sidley.com
E-mail: jboelter@sidley.com

Skadden Arps Slate Meagher & Flom LLP
Attn: Jonathan H. Hofer
Attn: Sarah M. Ward
Attn: Ken Ziman
Attn: Suzanne D.T. Lovett
Four Times Square
New York, NY 10036
E-mail: jhofer@skadden.com
E-mail: nikolay.kodes@skadden.com
E-mail: ken.ziman@skadden.com
E-mail: sarah.ward@skadden.com
E-mail: suzanne.lovett@skadden.com

U.S. Bank National Association
Attn: George Rayzis
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
E-mail: george.rayzis@usbank.com

U.S. Department of Justice
Attn: US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave. NW
Washington, DC 20530-0001
E-mail: AskDOJ@usdoj.gov

United States Attorney's Office for the Southern District
of New York Civil Division
Attn: Joseph Cordaro
86 Chambers St., 3rd Fl
New York, NY 10007
E-mail: joseph.cordaro@usdoj.com

United States Attorney's Office for the Southern District
of New York Civil Division
Attn: Preet Bharara
One St. Andrews Plaza
New York, NY 10007
E-mail: joseph.cordaro@usdoj.com

US Trustee for the Southern District of NY
Attn: Tracy Hope Davis
Attn: Linda A. Riffkin
Attn: Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004
E-mail: Tracy.Davis2@usdoj.gov
E-mail: Linda.Riffkin@usdoj.gov
E-mail: Brian.Masumoto@usdoj.gov

**Via Electronic Mail:**

abehlmann@lowenstein.com; abehlmann@lowenstein.com; accesslegalservices@gmail.com; adam.harris@srz.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; adoshi@magnozzikye.com; AGBankNewYork@ag.tn.gov; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; alicia.borys@barclays.com; patrick.kerner@barclays.com; almeyers@sjgov.org; amuller@stinson.com; andrea.hartley@akerman.com; austin.bankruptcy@publicans.com; ayala.hassell@hp.com; bankruptcy@clm.com; bankruptcy2@ironmountain.com; bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; bbeskanos@aol.com; bbressler@schnader.com; rbarkasy@schnader.com; bdk@schlamstone.com; bill.macurda@alston.com; bnkatty@aldine.k12.tx.us; brandon.johnson@pillsburylaw.com; Brendan.meyer@db.com; broylesmk@rgcattys.com; catherine_lasher@fanniemae.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; ceblack@jonesday.com; choward@lockelord.com; cmomjian@attorneygeneral.gov; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com; courtney.lowman@ally.com; cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com; cwood@rgrdlaw.com; dallas.bankruptcy@publicans.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com; david.powlen@btlaw.com; david.tillem@wilsonelser.com; davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; dcaley@wongfleming.com; Dcaponnetto@leopoldassociates.com; dearly@fdic.gov; deborah@ladyesq.net; deggert@freebornpeters.com; derek@talcottfranklin.com; dflanigan@polsinelli.com; jnagi@polsinelli.com; dhall@siwpc.com; diem.home@gmail.com; dlibra@lapplibra.com; dneier@winston.com; dneier@winston.com; cschreiber@winston.com; dprather@iglou.com; dsasser@siwpc.com; Dutchess388883@gmail.com; dwdykhouse@pbwt.com; bguiney@pbwt.com; ebcalvo@pbfcm.com; eboden@schnader.com; ecf@kaalaw.com; ecfmail@aclawllp.com; eciolko@ktmc.com; dmoffa@ktmc.com; floraoropeza@co.imperial.ca.us; fsosnick@shearman.com; sfennessey@shearman.com; gary.holtzer@weil.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; ggraber@hodgsonruss.com; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; Glenn.Gillett@usdoj.gov; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; harrisj12@michigan.gov; Hhawn@broward.org; Ckitchner@broward.org; swulfekuhle@broward.org; houston_bankruptcy@lgbs.com; howard.godnick@srz.com; hryder@daypitney.com; igoldstein@proskauer.com; jai@blbglaw.com; james.byrnes@usbank.com; james.heaney@lawdeb.com; jberkowitz@gibbonslaw.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com; jgarrity@morganlewis.com; jglucksman@scarincihollenbeck.com; jhaake@wbsvlaw.com; jjtancredi@daypitney.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; jlawlor@wmd-law.com; jleibowitz@kandfllp.com; jmcmurtr@placer.ca.gov; jmiller@tcfbank.com;

jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com; joel@shafeldlaw.com; john.stern@texasattorneygeneral.gov;
jsherer@feinsuch.com; jsherer@feinsuch.com; jteitelbaum@tblawllp.com;
jwcohen@daypitney.com; kay.brock@co.travis.tx.us; kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com;
ken.coleman@allenovery.com; john.kibler@allenovery.com;
kenton_hambrick@freddiemac.com; kgiannelli@gibbonslaw.com; kit.weitnauer@alston.com;
kmarino@khmarino.com; jboyle@khmarino.com; Kathy D. Patrick (kpatrick@gibbsbruns.com);
Kathy D. Patrick (kpatrick@gibbsbruns.com); Shumphries@gibbsbruns.com;
kristi.garcia@wellsfargo.com; laura.moran@usbank.com; lberkoff@moritthock.com;
lgordon@mvbalaw.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com;
macohen@curtis.com; mamta.scott@usbank.com; david.jason@usbank.com;
maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; marguerite.gardiner@srz.com;
mark.ellenberg@cwt.com; Mark.Flannagan@umb.com; marty.bunin@alston.com;
william.hao@alston.com; mcarney@mckoolsmith.com; metkin@lowenstein.com;
ilevee@lowenstein.com; mgallagher@curtis.com; michael.cutini@srz.com;
michelle.moeller@usbank.com; mkraut@morganlewis.com; mminuti@saul.com;
mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com; mrollin@rplaw.com;
mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; mwarner@coleschotz.com;
echou@coleschotz.com; nnastasi@saul.com; Paul_Papas@mylegalhelpusa.com;
pdatta@hhstein.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com;
pfleming@morganlewis.com; pmoak@McKoolSmith.com; pmoak@McKoolSmith.com;
ppascuzzi@ffwplaw.com; rajohnson@akingump.com; ccarty@akingump.com;
fhodara@akingump.com; ra-li-ucts-bankrupt@state.pa.us; rbrown@robertbrownlaw.com;
rmaney@wilmingtontrust.com; rnorton@hunton.com; rrich2@hunton.com;
robert.major@bnymellon.com; romero@mromerolawfirm.com; rosa.mendez@db.com; Martin,
D. Ross <ross.martin@ropesgray.com>; Martin, D. Ross <ross.martin@ropesgray.com>;
Wofford, Keith H. <keith.wofford@ropesgray.com>; Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com;
schaedle@blankrome.com; Schindlerwilliamss@ballardspahr.com; sdnyecf@dor.mo.gov;
seth.goldman@mto.com; sheehan@txschoollaw.com; sravin@saul.com; dpatel@saul.com;
sreisman@curtis.com; srutsky@proskauer.com; jzajac@proskauer.com; stevep@rgrdlaw.com;
susan.balaschak@akerman.com; hadi.khatib@akerman.com; susanp@taxcollector.com;
susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com;
taconrad@sbwlawfirm.com; tal@talcottfranklin.com; tanveer.ashraf@usbank.com;
tarr@blankrome.com; root@blankrome.com; tcate@sbcglobal.net;
bgarrison.lawofc@sbcglobal.net; tfawkes@freebornpeters.com; thadwilson@kslaw.com;
ajowers@kslaw.com; pferdinands@kslaw.com; theodore.w.tozer@hud.gov;
Thomas.walper@mto.com; tklestadt@klestadt.com; jcorneau@klestadt.com;
tlallier@foleymansfield.com; tom.houghton@ally.com; wcurchack@loeb.com;
vrubinstein@loeb.com; dminoff@loeb.com; whazeltine@sha-llc.com;
will.hoch@crowedunlevy.com; xrausloanops5@barclays.com; hseife@chadbourne.com;
dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com;
bobbie.theivakumaran@citi.com; jennifer.demarco@cliffordchance.com;
adam.lesman@cliffordchance.com; kelvin.vargas@db.com; peter_mcgonigle@fanniemae.com;
kdwbankruptcydepartment@kelleydrye.com; richard.cieri@kirkland.com;

ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com;
projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com;
john.bellaver@ally.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com;
jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; szide@kramerlevin.com;
rescapinfo@kccllc.com; guzzi@milbank.com; Tammy.Hamzehpour@gmacrescap.com;
diane.citron@ally.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com;
Nancy.Lord@OAG.State.NY.US; enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov;
secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov;
bankruptcynoticeschr@sec.gov; jhofer@skadden.com; nikolay.kodes@skadden.com;
ken.ziman@skadden.com; sarah.ward@skadden.com; suzanne.lovett@skadden.com;
george.rayzis@usbank.com; AskDOJ@usdoj.gov; joseph.cordaro@usdoj.gov;
Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov