RE: RESIDENTIAL CAPITAL, LLC
Case No. 12-12020, Chapter 11

**AFFIDAVIT OF SERVICE**
**BY ECF AND FIRST CLASS MAIL**

STATE OF NEW YORK       )
                        : ss.:
COUNTY OF NASSAU        )

SHERONDA TOPPIN, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age, and reside in Westbury, New York.

On February 22, 2013, I served the within **NOTICE OF HEARING ON MOTION OF MICHAEL F. SHEEHAN, II, KOREN M. SHEEHAN AND WELLS FARGO BANK, N.A. FOR AN ORDER PURSUANT TO 11 U.S.C. § 362(d) AND BANKRUPTCY RULE 4001 AND LOCAL BANKRUPTCY RULE 4001-1 MODIFYING THE AUTOMATIC STAY TO ALLOW COMMENCEMENT OF STATE-COURT LITIGATION INVOLVING REAL PROPERTY LOCATED AT 46 FAWN LANE, QUEENSBURY, NEW YORK** by transmitting the papers by electronic means through the Southern District of New York Bankruptcy e-filing court document system. I received an email confirmation of the attorneys served indicating that the transmission was successful.

On February 25, 2013, I deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorneys at the addresses set below:

TO:   **Morrison & Foerster LLP**
      *Attorneys for Residential Capital, LLC*
      1290 Avenue of the Americas
      New York, NY 10104

      **Lorraine S. McGowen, Esq.**
      **Orrick, Herrington & Sutcliffe LLP**
      *Attorneys for Debtors*
      51 West 52nd Street
      New York, NY 10019
      (212) 506-5000

      **Steven J. Reisman, Esq.**
      **Curtis, Mallet-Prevost, Colt & Mosle LLP**
      *Attorneys for Debtors*
      101 Park Avenue
      New York, NY 10178
      212-696-6065

**Yvette R Freedman, Esq.**
**John Peter Lee**
*Attorneys for Debtors*
830 Las Vegas Boulevard South
Las Vegas, NV 89101
702-382-4044

**Walter H. Curchack, Esq.**
**Debra Weinstein Minoff, Esq.**
**Loeb & Loeb LLP**
*Attorneys for Wilmington, National Association*
345 Park Avenue
New York, NY 10154
(212) 407-4000

**Sean A. O'Neal, Esq.**
**Thomas J. Moloney, Esq.**
**Cleary, Gottlieb, Steen & Hamilton LLP**
*Attorneys for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*
One Liberty Plaza
New York, NY 10006

**John Kibler, Esq.**
**Allen & Overy**
*Attorneys for HSBC Bank USA, National Association*
1221 Avenue of the Americas
New York, NY 10178

**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

**Douglas Mannal, Esq.**
**Kenneth H. Eckstein, Esq.**
**Kramer Levin Naftalis & Frankel LLP**
*Attorneys for Official Committee of Unsecured Creditors*
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

**Robert J. Feinstein, Esq.**
**Pachulski Stang Ziehl & Jones LLP**
*Attorneys for Official Committee of Unsecured Creditors*
780 Third Avenue
36th Floor
New York, NY 10017
(212) 561-7700

SHERONDA TOPPIN

Sworn to before me on this
25th day of February, 2013

NOTARY PUBLIC

ANDREW C. SWART
Notary Public - State of New York
No. 01SW6266566
Qualified in Suffolk County
Commission Expires August 06, 2016