```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                    Chapter 11
                                          Case No. 12-12020
        Residential Capital, LLC,
                                          NOTICE OF APPEARANCE
                                          AND DEMAND FOR SERVICE
                                          OF PAPERS
                        Debtor(s).
--------------------------------x
```

**PLEASE TAKE NOTICE**, that DEUTSCHE BANK TRUST COMPANY AMERICAS as Indenture Trustee for the registered holders of SAXON ASSET SECURITIES TRUST 2004-3 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2004-3 ("DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE"), appears herein by their counsel, LEOPOLD & ASSOCIATES, PLLC and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

```
              LEOPOLD & ASSOCIATES, PLLC
Attorneys for DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE
                        TRUSTEE
          80 Business Park Drive, Suite 110
                 Armonk, New York 10504
                      914-219-5787
```

**PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint

or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE with respect to the Debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:   Armonk, New York
         February 26, 2013

                                    LEOPOLD & ASSOCIATES, PLLC


                                    /S/SAUL LEOPOLD
                                    By:  SAUL LEOPOLD
                                    Attorneys for DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE
                                    80 Business Park Drive, Suite 110
                                    Armonk, New York 10504
                                    (914)219-5787

To:

   **Residential Capital, LLC**
   Debtor
   1177 Avenue of the Americas
   New York, NY 10036

   **Anthony Princi**
   Attorney for Debtor
   Morrison & Foerster
   1290 Avenue of the Americas
   New York, NY 10104

   **SEE ECF DOCKET QUERY**
   Standing Chapter 11 Trustee

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                    Chapter 11
                                          Case No. 12-12020
      Residential Capital, LLC,
                                          AFFIRMATION OF SERVICE


                  Debtor(s).
--------------------------------x

STATE OF NEW YORK       )
                        ss.:
COUNTY OF WESTCHESTER   )
```

**Phillip Mahony**, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully affirms the following under penalties of perjury:

Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

That on February 26, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to the following:

**Anthony Princi**
Attorney for Debtor
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

**SEE ECF DOCKET QUERY**

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


[CONTINUED ON NEXT PAGE]

And, I hereby certify that on February 26, 2013, I have mailed by the United States Postal Service the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to the following non CM/ECF participants:

**Residential Capital, LLC**
Debtor
1177 Avenue of the Americas
New York, NY 10036

                                                      */S/Phillip Mahony*
                                                      Phillip Mahony