Hearing Date:    March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
In re:                                                                              )    Case No. 12-12020 (MG)
                                                                                         )
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,              )    Chapter 11
                                                                                         )
                                                              Debtors.         )    Jointly Administered
                                                                                         )
---------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON
MOTION OF MASAYO RICHARDSON SEEKING LIMITED
DISCOVERY FROM THE DEBTORS AND RELIEF FROM STAY
IMPOSED BY THE FHFA ORDER TO MARCH 21, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Masayo Richardson Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order* [Docket No. 2849], previously scheduled to be heard on March 5, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1079516

Dated: February 26, 2013
   New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1079516    2