PROSKAUER ROSE, LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036
(212) 969-3000
Irena Goldstein, Esq.
Jeffrey Chubak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :
                                                            :   Chapter 11 Case No.
RESIDENTIAL CAPITAL, LLC, et al.,                           :   12-12020 (MG)
                                                            :
                        Debtor.                             :
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

        SOWON YOON, being duly sworn, deposes and says:

1. I am not a party to this action and I am over the age of 18 years and reside in New York, New York.

2. On the 19th of February, 2013, I electronically filed the following documents: OBJECTION OF ASSURED GUARANTY MUNICIPAL CORP. AND CERTAIN AFFILIATES TO INVESTORS' MOTION FOR ORDER CLASSIFYIN INVESTORS' SECURITIES CLAIMS IN SAME CLASS AS SECURITIZATION TRUSTS' CONTRACT CLAIMS AND DIRECTING THAT SUCH SECURIES CLAIMS CANNOT BE SUBORDINATED PURSUANT TO BANKRUPTCY CODE SECTION 510(B) and caused the true and correct copies of same to be served:

(1) by electronic mail upon all parties listed on the annexed <u>Exhibit A</u>; and

(2) by First Class U.S. Mail upon all parties listed on the annexed <u>Exhibit B</u>.

Dated: New York, New York,

February 25, 2013

_____
Sowon Yoon

Sworn to before me this 25th day
of February, 2013

_____
NOTARY PUBLIC, State of New York
Qualified in the County of New York
My Commission Expires January 22, 2014

Magali Lespinasse Lee
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 201_

**EXHIBIT A**

Tammy.Hamzehpou@gmacrescap.com
lnashelskly@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
keckstein@kramerlevin.com
dmannal@kramerlevin.com
irina.palchuk@usbank.com
kdwbankruptcydepartment@kelleydrye.com
johfer@skadden.com
kziman@skadden.com
john_s_forlines@fanniemae.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
william.b.solomon@ally.com
timothy.devine@ally.com
george.rayzis@usbank.com
lnyhan@sidley.com
jboelter@sidley.com
bmyrick@sidley.com
newyork@sec.gov
tracy.davis2@usdoj.gov
brian.masumoto@usdoj.gov
linda.riffkin@usdoj.gov
nancy.lord@oag.state.ny.us
newl.mann@oag.state.ny.us

**EXHIBIT B**

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 204 Viable Funding Trust

Nationsatr Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas

The Bank of New York Mellon
Asset Banked Securities Group
101 Barclay Street 4W
New York, NY 10286

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Citibank, N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Attn: U.S. Attorney General, Eric H. Holder, Jr.

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.