UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

And

UNITED STATES BANKRUPTCY COURT
SOUTHREN DISTRICOF NEW YORK

Chrystal A. Puleo
Reed Smith LLP
599 Lexington Avenue, 30th Floor     Case Numbers: 12-cv-4640 and 12-cv-4646
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
cpuleo@reedsmith.com
*Attorneys for Defendant GMAC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES BANKRUPTCY COURT**     Case No. 12-12020
**SOUTHREN DISTRICT OF NEW YORK**

CATHRYN LAFAYETTE,
Plaintiffs,
vs.

ALLY, GMAC,



## GMAC VIOLATION OF US BANKRUPTCY LAW AND CONSPIRACY WITH OCWAN SERVICING TO DEFRAUD THE FEDERAL GOVERNMEN AND CATHRYN LAFAYETTE

Here comes Cathryn Lafayette, Legal Owner of Property located at 440 Milton Dr., Covington, GA 30016. On September, 2012, Plaintiff, Cathryn Lafayette received a discharge from Chapter 7 that included debt on her property where GMAC, the Servicer, falsely indicated to the US Bankruptcy Courts of the Northern District of Georgia, Case No. 12-64045; that they were the Original Lien Holder of said Property. EXHIBIT A

By it's own admission, GMAC filed Chapter 11, and included Plaintiff, Cathryn Lafayette inside their Chapter 11. Exhibit B

GMAC conspired with OCWAN Servicing, and intentionally located a Servicer not listed in the Law suit filed in this Honorable Court, case No. 12-cv-4640 and 12-cv-4646; to Deceive, Defraud, among other criminal ACTIVITY; to commit Grand Theft of the property and Life savings and Inheritance of Plaintiff, Cathryn Lafayette. There is a Federal Common Law Lien on Plaintiff's said Property and GMAC conspired to collect and pursue and harass Plaintiff with Tactics to ignore the US Bankruptcy Law, the Federal Common Law Lien and collect from Plaintiff, a debt that has been discharged by the US Bankruptcy Courts.
EXHIBIT C

I am asking that GMAC, ALLEY and OCWEN SERVICENG AND THEIR SUBSIDARIES are criminally prosecuted to the highest degree allowed by the US BANKRUPRCY COURTS for violating the US Bankruptcy Law, premeditated Criminal Intent to Deceive and Defraud the US Bankruptcy Courts and Cathryn Lafayette and monetary Damages of 41, 900,900.00 to Plaintiff, Cathryn Lafayette, and release of Lien on the Property at 440 Milton, Dr. Covington, GA 30016. I am asking also that the Taxes on the said property be paid by GMAC, ALLEY AND OCWEN And any other company that may in the future be attached in anyway to the said property for the next 100 years. These Tax funds are to be placed in Escrow. All Heirs of Plaintiff or assignees are protected by this decision.

*Cathryn Lafayette*
Cathryn Lafayette

Date: 02/ 15/ 2013

Cathryn Lafayette
440 Milton Dr.
Covington, GA 30016
770-572-7368
lafayettemedicao@yahoo.com
ProSe