# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Cathryn Lafayette**
440 Milton Dr.
Covington, GA 30016

xxx-xx-7493

Case No.: **12-64045-jrs**
Chapter: **7**
Judge: **James R. Sacca**

*Exhibit A*

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** that the debtor is granted a discharge under § 727 of title 11, United States Code, (the Bankruptcy Code).

_____
James R. Sacca
United States Bankruptcy Judge

Dated:  September 19, 2012

Form 7do

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

District/off: 113E-9          User: pricev               Page 3 of 3                 Date Rcvd: Sep 19, 2012
                              Form ID: 7do               Total Noticed: 58

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2012 at the address(es) listed below:
      M. Denise Dotson    dotsontrustee@me.com,    mdd@trustesolutions.com;MD@trustesolutions.net
      Mark A Thompson    on behalf of Creditor   Tax Commissioner Of Dekalb County, Georgia
       mathompson@dekalbcountyga.gov
      Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
      Sidney A. Gelernter    on behalf of Creditor   GMAC Mortgage, LLC (successor by merger to GMAC
      Mortgage Corp.), bknotices@mccurdycandler.com
                                                                                                                                         TOTAL: 4