Howard O. Godnick
Marguerite E. Gardiner
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Attorneys for Cerberus Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :    Case No. 12-12020 (MG)
                                                             :
                            Debtors.                         :    Jointly Administered
                                                             :
------------------------------------------------------------ X

**NOTICE OF STIPULATION ADOPTING UNIFORM PROTECTIVE ORDER FOR
EXAMINER DISCOVERY FOR PURPOSES OF DISCOVERY OF
CERBERUS CAPITAL MANAGEMENT, L.P. BY
PAULSON & CO., INC.**

PLEASE TAKE NOTICE that non-Debtors Cerberus Capital Management, L.P. ("Cerberus") and Paulson & Co., Inc. ("Paulson") hereby file the *Stipulation Adopting Uniform Protective Order for Examiner Discovery for Purposes of Discovery of Cerberus Capital Management, L.P. by Paulson & Co., Inc.*, attached hereto as Exhibit A, in connection with the *Order (I) Granting Examiner Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to Those Subpoenas, (III) Approving Establishment of a Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order,* dated August 20, 2012 [ECF No. 1223].

DOC ID - 19652644.1

Respectfully Submitted,

Dated: February 26, 2013  
     New York, New York

SCHULTE ROTH & ZABEL LLP

By: /s/ Howard O. Godnick  
    Howard O. Godnick  
    Marguerite E. Gardiner  
    Schulte Roth & Zabel LLP  
    919 Third Avenue  
    New York, New York  10022  
    Tel: (212) 756-2000  
    Fax: (212) 593-5955

*Attorneys for Cerberus Capital Management, L.P.*