LAW OFFICES OF LAWRENCE KATZ
445 Central Avenue, Suite 201
Cedarhurst, New York 11516
Telephone: (516) 374-2118
E-mail: lkatz@lawkatz.com
Lawrence Katz

*Counsel for Antoinette Aribal*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF MOTION FOR CLARIFICATION OF ORDER
MODIFYING AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362**

**PLEASE TAKE NOTICE** that on January 10, 2013, Antoinette Aribal ("Movant") filed the *Motion for Clarification of Order Modifying Automatic Stay Provisions of 11 U.S.C. § 362* [Docket No. 2596] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on February 21, 2013, the above captioned debtors and debtors in possession (collectively, the "Debtors" and, together with Movant, the "Parties") filed the *Debtors' Objection to Motion for Clarification of Order Modifying Automatic Stay Provisions of 11 U.S.C. § 362* [Docket No. 2996].[1]

**PLEASE TAKE FURTHER NOTICE** that, upon mutual agreement between Movant and the Debtors, Movant hereby withdraws the Motion, and shall voluntarily dismiss without

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ny-1079575

prejudice the claims brought against GMAC Mortgage, LLC, in *Aribal v. GMAC Mortgage LLC et al.*, No. 1:12-CV-9725 (N.D. Ill.), with the Parties to bear their respective costs.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on February 28, 2013, at 2:00 p.m. (ET), has been canceled.

Dated: February __, 2013
       New York, New York

Respectfully submitted,

/s/ *Lawrence Katz*
Lawrence Katz

LAW OFFICES OF LAWRENCE KATZ
445 Central Avenue, Suite 201
Cedarhurst, New York 11516
Telephone:  (516) 374-2118
E-mail: lkatz@lawkatz.com

*Counsel for Antoinette Aribal*

2

ny-1079575