| | |
|---|---|
| **QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP**<br>Daniel L. Brockett<br>Susheel Kirpalani<br>Jennifer Barrett<br>Maria Ginzburg<br>Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile:  (212) 849-7100 | **QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP**<br>Eric D. Winston (admitted *pro hac vice*)<br>Jeremy D. Andersen (admitted *pro hac vice*)<br>865 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

*Counsel for*

*AIG Asset Management (U.S.), LLC. et al.,*
*Allstate Insurance Company, et al.,*
*Massachusetts Mutual Life Insurance Company, and*
*Prudential Insurance Company of America, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                        Debtors. | ) Case No. 12-12020 (MG)<br>)<br>) Chapter 11<br>)<br>) Jointly Administered<br>) |

## NOTICE OF ADJOURNMENT OF HEARING WITH
## RESPECT TO MOTION UNDER BANKRUPTCY RULE 3013

**PLEASE TAKE NOTICE** that the following matter previously scheduled to be heard at the hearing on **March 5, 2013 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004, **has been adjourned**:

        Motion of AIG Asset Management (U.S.), LLC, the Allstate
        Entities, Massachusetts Mutual Life Insurance Company, and the
        Prudential Entities for an Order Under Bankruptcy Rule 3013 (i)
        Classifying RMBS Fraud Claims in the Same Class as the
        Securitization Trusts' Claims for Purposes of any Chapter 11 Plan
        for the Debtors and (ii) Directing that Misrepresentation Claims

Cannot Be Placed in a Plan Class that Will Be Subordinated Under Bankruptcy Code Section 510(b) (the "3013 Motion").

**PLEASE TAKE FURTHER NOTICE** that no new hearing date has been set for the 3013 Motion.

Dated: February 28, 2013
New York, New York

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

  /s/  Susheel Kirpalani
Susheel Kirpalani
Daniel L. Brockett
Jennifer Barrett
Maria Ginzburg
Scott C. Shelley

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

Eric D. Winston (admitted *pro hac vice*)
Jeremy D. Andersen (admitted *pro hac vice*)
865 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for AIG Asset Management (U.S.), LLC, et al., Allstate Insurance Company, et al., Massachusetts Mutual Life Insurance Company, and Prudential Insurance Company of America, et al.*