**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al.</u>, [1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*, GREGORY L. SKIDMORE**

**IT IS HEREBY ORDERED,**

that Gregory L. Skidmore, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  **February 28, 2013**
   New York, New York                              **/s/Martin Glenn**
                                           United States Bankruptcy Judge