**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., [1] | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*, **JONATHAN D. JANOW**

**IT IS ORDERED,**

that Jonathan D. Janow, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: **February 28, 2013**
New York, New York              /s/Martin Glenn
United States Bankruptcy Judge