MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Anthony Princi
Darryl P. Rains

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MARCH 1, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     ADJOURNED MATTERS**

**1.**     Motion of the Official Committee of Unsecured Creditors to Preclude the Debtors from Offering Any Evidence of Their Reliance on Counsel for Advice Concerning the Evaluation, Negotiation or Approval of the RMBS Settlement [Docket No. 2906]

**Related Documents**:

   **a.**     Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to File Motion of the Official Committee of Unsecured Creditors to Preclude the Debtors from Offering Any Evidence of Their Reliance on

---

[1] Amended items appear in **bold**.

ny-1078931

|     |     |
| --- | --- |
|     | Counsel for Advice Concerning the Evaluation, Negotiation or Approval of the RMBS Settlement Under Seal [Docket No. 2905] |
| b.  | Notice of Motion of the Official Committee of Unsecured Creditors to Preclude the Debtors from Offering Any Evidence of Their Reliance on Counsel for Advice Concerning the Evaluation, Negotiation or Approval of the RMBS Settlement [Docket No. 2910] |

**Responses**:

|     |     |
| --- | --- |
| a.  | Joinder of MBIA Insurance Corporation to the Motion of the Official Committee of Unsecured Creditors to Preclude the Debtors from Offering Any Evidence of Their Reliance on Counsel for Advice Concerning the Evaluation, Negotiation or Approval of the RMBS Settlement [Docket No. 2931] |
| b.  | Joinder Of Financial Guaranty Insurance Company In Support Of The Motion Of The Official Committee Of Unsecured Creditors To Preclude The Debtors From Offering Any Evidence Of Their Reliance On Counsel For Advice Concerning The Evaluation, Negotiation Or Approval Of The RMBS Settlement [Docket No. 2932] |
| c.  | Order Rescheduling Hearing on Creditors Committee Motion to Preclude Evidence at Trial [Docket No. 2973] |
| d.  | Debtors' Opposition to Creditors' Committee's Motion to Preclude Evidence of Reliance on Counsel Regarding the RMBS Settlement [Docket No. 2984] |
| e.  | Declaration of LaShann M. DeArcy in Further Support of Debtors' Opposition to Creditors' Committee's Motion to Preclude Evidence of Reliance on Counsel Regarding the RMBS Settlement [Docket No. 2982] |
| f.  | Joinder of Wilmington Trust, N.A. in Support of the Motion of The Official Committee of Unsecured Creditors to Preclude the Debtors from Offering Any Evidence of Their Reliance on Counsel for Advice Concerning the Evaluation, Negotiation or Approval of the RMBS Settlement [Docket No. 2983] |

**Replies**:

|     |     |
| --- | --- |
| a.  | Reply of the Official Committee of Unsecured Creditors in Further Support of Its Motion to Preclude Evidence of the Debtors' Reliance on Advice of Counsel in Connection with the RMBS Settlement [Docket No. 3025] |

**Status**: **The hearing on this matter has been adjourned to a date to be determined.**

ny-1078931                                                                2

## II. STATUS CONFERENCES

**1.** Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 1887]

**Related Documents**:

**a.** Fourth Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Granting Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 2528]

**b.** Notice of Adjournment of Status Conference on Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 3002]

**Status**: **A conference will be held regarding the status of the upcoming trial on this matter.**

Dated: February 28, 2013
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Anthony Princi
Darryl P. Rains
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*