# EXHIBIT B



ANY QUESTIONS, CONTACT:

CLAIM SERVICES
25510 W.11 MILE RD
SOUTHFIELD MI 48034
(877) 851-5721

30709708
DATE: 08-24-2009
AMOUNT: $****108,910.52
NON-NEGOTIABLE

CLAIM NO: 004010763
CLAIMANT: JORGE ESCOBAR
PAYEE: JORGE ESCOBAR
IN PAY OF: FOR FIRE LOSS. 45669-ESCOBAR-CODE

DATE OF LOSS: 05-10-2009

COVERAGE
DWELLING

PAY TYPE
REPLACEMENT COSTS

$108,910.52

LOAN # 060/300779

RETAIN STUB FOR RECORDS

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    ■    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.    ■

CLAIM SERVICES
25510 W.10 MILE RD
SOUTHFIELD MI 48034

AUTO CLUB INSURANCE ASSOCIATION
MEMBERSELECT INSURANCE COMPANY

74-478
724

PAY TO THE ORDER OF

DATE: 08-24-2009

NO. 30709708

AMOUNT

$ ****108,910.52

JORGE ESCOBAR
& SINDY ESCOBAR
& GMAC MORTGAGE CORP, ISAOA
& UNIVERSAL RESTORATION SERVICES
390 HOLBROOK DRIVE
WHEELING IL 60090

VOID AFTER 180 DAYS

CLAIM NO: 004010763
DATE OF LOSS: 05-10-2009

COMERICA BANK & TRUST, NA

⑈003070970⑈ ⑆072404786⑆ 2176980395⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK - HOLD AT AN ANGLE TO SEE THE MARK WA