# **EXHIBIT C**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

1 of 2

GMAC Mortgage LLC

v.

Escobar, et al.

No. 09 CH 7418

## ORDER

This cause coming to be heard on Universal Restoration contractor's motion to Intervene, due notice having been given & the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT: Universal Restoration Services' Motion to Intervene is withdrawn as (1) Universal Restoration Services has received checks from AAA Insurance for $12,417.49 and $39,270.01 for water damage repairs, and (2) all parties agree to endorse $2,746.82 check and if for water damage repairs when check is issued, which shall then be turned over to Universal Restoration Services; and (3) GMAC is receiving fully negotiable check for $108,910.52 for portion of prospective fire repair, to be held in escrow by GMAC & paid to Universal Restoration Services with customary draws as work proceeds.

Atty. No.: 41750

Names: Katz Law Office, LH (SB)

Atty. for: ∆ Escobar

Address: 3157 N California

City/State/Zip: Chicago IL 60618

Telephone: (773) 539-8700

Dated:

ENTERED:
Assoc. Judge Franklin Ulyses Valderrama-1968
SEP 22 2009
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Judge _____ Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

2 of 2

GMAC Mortgage LLC

v.

Escobar, et al.

No. 09 CH 7418

### ORDER

IT IS FURTHER ORDERED THAT: All payouts by GMAC to Universal Restoration Services shall be payable to Universal Restoration Services, only.

IT IS FURTHER ORDERED THAT: JORGE ESCOBAR IS AUTHORIZED TO ENDORSE HIS WIFE'S NAME ON ANY SETTLEMENT DOCUMENTS, including but not limited to check from AAA Insurance for $39,272.01.

Atty. No.: 41250

Name: Katz Law Office, Ltd (513)

Atty. for: D Escobar

Address: 3157 N. California

City/State/Zip: Chicago, IL 60618

Telephone: (773) 539-8700

ENTERED:

ENTERED
Assoc. Judge Franklin Ulysses Valderrama-1968
SEP 22 2009
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Dated: _____

_____ Judge    Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS