# **EXHIBIT D**



# UNIVERSAL
## Restoration Services
Chicago • Atlanta • Indiana • Wisconsin

## AGREEMENT BETWEEN OWNER AND CONTRACTOR

This Agreement made on: **10-22-09**     Job # **46288**

Between the Owner:

Name: **JORGE ESCOBAR**     Project Address: **9640 LARAMIE ST**
Address: **9640 LARAMIE ST**     (if different)
**SKOKIE, IL 60077**

and the Contractor:    Universal Restoration Services, Inc.
390 Holbrook Drive
Wheeling, IL 60090

### SCOPE OF WORK
The Contractor agrees to complete the following work, repair or improvement at the above mentioned project address according to the specifications set forth in the Estimate and Scope of Work or as indicated below.

See Attached Estimate # **46288-Escobar**

Scope of Work
**Repair fire damage**

### THE CONTRACT PRICE
The cost for the project as specified in the Estimate documents or Scope of Work above shall be set at the sum of $ **151,691.04**, subject to additions and deductions pursuant to authorized change orders and allowances.

### PAYMENTS
The Owner will make payments to the Contractor pursuant the payment schedule below as work required by the Contractor is satisfactorily completed. If payment is not received by the Contractor, Contractor shall have the right to stop work or terminate the contract at his option. Termination by Contractor under the provisions of this paragraph shall not relieve the Owner of the obligations of payments to Contractor for that part of the work performed prior to such termination. Termination by Owner under the provisions of this paragraph shall not relieve the Owner of the obligations of payments to Contractor for that part of the work performed prior to such termination.

Down Payment    $ _____
Progress Payment at ____%    $ _____
Final Balance Due Upon Completion    $ _____

### WARRANTY
At the completion of this project, and payment of the contract in full, Contractor shall execute an instrument to Owner warranting the project for one year against defects in workmanship or materials utilized.

_____
OWNER (Signature)

**Paula Crespo**
Universal Restoration Services (Signature)

_____
(Printed name)