MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ ) | |
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ------------------------------------------------------------ ) | |
| ) | |
| KENNETH J. TAGGART and others similarly ) | |
| situated, ) | |
| ) | |
| Plaintiffs, ) | Adv. No. 12-01945 (MG) |
| ) | |
| v. ) | |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ------------------------------------------------------------ | |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR
ENTRY OF AN ORDER (I) IMPOSING SANCTIONS AGAINST
KENNETH J. TAGGART FOR VIOLATIONS OF BANKRUPTCY
RULE 9011 AND (II) IMPLEMENTING INJUNCTIVE PROCEDURES
BARRING ADDITIONAL FILINGS WITHOUT PRIOR LEAVE OF THE COURT**

**PLEASE TAKE NOTICE** that on February 16, 2013, the above captioned debtors and

debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an*

*Order (I) Imposing Sanctions Against Kenneth J. Taggart for Violations of Bankruptcy Rule 9011 and (II) Implementing Injunctive Procedures Barring Additional Filings Without Prior Leave of The Court* [Docket No. 2942] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Motion, without prejudice and with full reservation of rights.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on March 5, 2013, at 10:00 a.m. (ET), has been canceled.

Dated:  March 1, 2013
        New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*