| UNITED STATES BANKRUPTCY COURT |  |
|---|---|
| DISTRICT OF <u>NEW YORK</u> |  |
| DIVISION  <u>SOUTHERN</u> |  |
| In re:  RESIDENTIAL CAPITAL LLC | Case No. 12-12020-MG |
| I.D. NO. <u>18213150800001750</u> | Year <u>2012</u> |

## WITHDRAWAL OF CLAIM

1. The undersigned, Ray Valdes, the Seminole County Tax Collector, who is the claimant herein, conducts business pursuing collection at 1101 East First Street, Post Office Box 630, Sanford, Florida 32772.

2. That said Claim is hereby withdrawn due to payment in full made by:

    <u>LAWYERS ADVANTAGE TITLE GROUP INC</u>
    <u>225 S WESTMONTE DR STE 1100</u>

    <u>ALTAMONTE SPRINGS FL 32714</u>

3. Total payment made may reflect discount given at time of payment. Our records show payment received with receipt number D12/04/12P008116 paid on <u>December 4, 2012</u> in the amount of <u>1,912.30</u>.

4. The Estimated Claim was filed on <u>June 20, 2012</u> in the amount of <u>2,249.38</u>.

Dated <u>February 25, 2013</u>.

RAY VALDES
S~~EMINOLE~~ COUNTY TAX COLLECTOR

By: *Dona Spaulding*

Name: <u>Dona Spaulding, Bankruptcy Representative</u>
Phone: <u>(407) 665-7646</u>

RECEIVED MAR 1 2013

```
                                                                           151816
                            2012 REAL ESTATE    TAX CERTIFICATE SALE 05/31/2013
            ** DUPLICATE **

18-21-31-508-0000-1750                          NO                    01

Paid By:
    LAWYERS ADVANTAGE TITLE GROUP INC       LEG LOT 175 SUNRISE ESTATES UNIT 6
    225 S WESTMONTE DR STE 1100             PB 40 PG 57
    ALTAMONTE SPRINGS FL 32714              PAD: 1221 GEMA PL


AFTER MAY 15, CERTIFIED FUNDS ONLY

              NOV 30        DEC 31         JAN 31        FEB 28         MAR 31

            1,892.58      1,912.30       1,932.01      1,951.73       1,971.44

Assessed to:              RAY VALDES   D-12/04/12-P-008116  PAID $1912.30 CHECK
  FREEMAN BRIAN
  932 WINDTREE CT                          << DUPLICATE RECEIPT >>    (LH)   1 of 1
  SANFORD FL 32777
```