UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Case No. 12-12020

In Re:

                                                      Chapter 11

Residential Capital, LLC,

                                            **NOTICE OF APPEARANCE**

        Debtor.

-----------------------------------------------------------------------X

**DEAR SIR OR MADAM:**

      **PLEASE TAKE NOTICE,** that the Secured Creditor, Select Portfolio Servicing, Inc. as servicer for Wells Fargo Bank, N.A., as Trustee, in Trust for SASCO 2007-MLN1 Trust Fund, hereby appears in this action through the undersigned, retained as counsel for said Creditor, and demands the service of all papers in this action at the address stated below.

Dated:  March 4, 2013
           Melville, New York

                                               Kozeny, McCubbin & Katz, LLP

                                               /s/ Jordan S Katz, Esq.
                                               By: Jordan S Katz, Esq.
                                               Attorneys for Movant
                                               395 N Service Rd, Suite 401
                                               Melville, New York 11747
                                               (631) 454-8059