# Kozeny, McCubbin, & Katz, LLP

395 North Service Road, Suite 401
Melville, New York 11747
Tel: 631-454-8059 - Fax: 631-454-8169

March 4, 2013

Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

| | |
|---|---|
| **Re:** | **Residential Capital, LLC; Yalin Bilgin,** |
| **Creditor:** | **Select Portfolio Servicing, Inc., as servicer for Wells Fargo Bank, N.A., as Trustee, in Trust for SASCO 2007-MLN1 Trust Fund** |
| **Case:** | **12-12020** |

Dear Judge Martin Glenn,

     We respectfully request on behalf of Select Portfolio Servicing, Inc., as servicer for Wells Fargo Bank, N.A., as Trustee, in Trust for SASCO 2007-MLN1 Trust Fund for an order pursuant to 362(d)(1) & (2) of the Bankruptcy Code modifying the automatic stay so that Wells Fargo Bank, N.A., as Trustee, in Trust for SASCO 2007-MLN1 Trust Fund, as secured creditor, can recover possession of the premises known as 6100 NW 2 Avenue 229, Boca Raton, FL 33487, ("the Property"), for cause. Attached to this request are Exhibit 1 (the "Questionnaire") and Exhibit 2 (the "Stipulation"). Please review the Questionnaire and advise if you are willing to consent to the Request. If you have any questions or need any additional information please contact our office.

     Thank you for your time and consideration.

                                                               Respectfully,

                                                               /s/ Jordan S Katz
                                                               Jordan S Katz, Esq.