**EXHIBIT 1**

**SENIOR LIEN STAY RELIEF QUESTIONNAIRE**

This questionnaire is to be completed by any party (the "Requesting Party") requesting stay relief (each, a "Request") to foreclose on a mortgage or security interest (the "Senior Mortgage") on property (the "Property") in which Residential Capital, LLC, *et al.* (the "Debtors") hold a subordinate interest, and served on the parties listed below.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Address of the Property that is subject of the Request:

    6100 NW 1 Avenue 229, Boca Raton, FL 33487

2. Name of the borrower under the Senior Mortgage:

    Yalin Bilgin

3. Nature of the Debtors' interest in the Property (to be supported by a title or foreclosure report reflecting such liens or interests and attached to this Questionnaire):

    Lien Holder/Mortgagee

4. Name and contact information of party that owns the Senior Mortgage (the "Senior Holder"):

    Wells Fargo Bank, N.A., as Trustee, in Trust for SASCO 2007-MLN1 Trust Fund

5. If the Requesting Party is different from the Senior Holder:

    (a) Name and Contact information of Requesting Party:

    Select Portfolio Servicing, Inc., 3815 SW Temple, Salt Lake City, UT 84115

    (b) Nature of Requesting Party's interest in the Property:

    Mortgage Servicer

    ( c) Capacity in which the Request is made (i.e., servicer, etc.):

    Mortgage Servicer

6. Description of any other known liens on the Property (including the holder of such liens):

    N/A

7. Value of the Property on which the foreclosure bid is based (to be supported

by an appraisal or broker price opinion (in each case conducted within the (90) days preceding the date of the Questionnaire), or other documentation of value reasonably acceptable to the Debtors or other documentation of value reasonably acceptable to the Debtors and attached to this Questionnaire):

$120,000.00 per Broker's Price Opinion dated February 22, 2013

8. Total indebtedness attributable to the Senior Lien, including unpaid principal balance, outstanding corporate advances and legal fees (to be supported by documentation attached to this Questionnaire):

$265,948.42

9. Description of the default under the Senior Lien (i.e., timing and nature of default, including date and amount of last payment, contractual payment amount outstanding, and length and amount of arrearage):

Foreclosure Fees: $975.00
Foreclosure Costs: 1,030.60
Property Inspection Fees: $135.00
Property Preservation Fees: $43.50
BBIS: $285.00
TXCT: $325.00

10. Court in which the foreclosure action with respect to the Senior Mortgage is pending or in which the Requesting Party proposes to bring the action (and, if applicable, the case name and number, together with copies of any relevant documents filed in the First Lien Foreclosure Action):

N/A

11. Description of any loss mitigation efforts undertaken by or on behalf of the Senior Holder with respect to the Senior Mortgage within the previous twelve (12) months:

N/A

**I hereby certify that (a) I am authorized to submit this Request on behalf of the Requesting Party, and (b) the foregoing is true and correct to the best on my knowledge and belief**

Date:   March 4, 2013

Name:   Jordan S. Katz, Esq.

Title:   Attorney for Movant

**UPON COMPLETION, PLEASE REMIT THIS QUESTIONNAIRE, TOGETHER WITH COPIES OF AN SUPPORTING DOCUMENTS, TO THE FOLLOWING PARTIES:**

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. And
      Michael Driscoll, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn:   Norman S. Rosenbaum
      James Newton, and
      Erica J. Richards

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
New York, New York 10036
Attn: Elise Frejka and Douglas Mannal

Any other party of which the Requesting Party is aware that hold or claims to hold an interest in the Property.