```
CFN 20090309949
OR BK 23432 PG 0010
RECORDED 09/08/2009 08:32:47
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0010; (1pg)
```

## ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F S 669.16

FOR VALUE RECEIVED, on or before July 24, 2009, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC, ("Assignor") whose address is _____ assigned, transferred and conveyed to: WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF SASCO 2007-MLN1, ("Assignee") whose address is 7105 Corporate Drive PTX-C-35, , Plano, TX 75024, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated August 11, 2006 and recorded August 18, 2006 in Official Records Book 20750 at Page 1899 of the public records of PALM BEACH County, Florida, encumbering the following-described real property:

CONDOMINIUM PARCEL KNOWN AS UNIT 229, BOCA TEECA CONDOMINIUM NO. 8, BUILDING NO. 3, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORD BOOK 2600, PAGE(S) 692 THROUGH 758, INCLUSIVE, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, AS AMENDED.

TOGETHER WITH ANY AND ALL AMENDMENTS TO THE DECLARATION AND ANY UNDIVIDED INTEREST IN THE COMMON ELEMENTS OR APPURTENANCES THERETO

as the same may have been amended from time to time; together with the Note and indebtedness secured thereby.

MORTGAGOR(S): YALIN BILGIN

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on ___AUG 17 2009___, 2009.

Witness: _Norman Polly_
Typed Name: NAMAN POLLY

Witness: _Gwendylon Spencer_
Typed Name: Gwendylon SPencer

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC
By: _____
Typed Name: Lancia Herzog
Title: Lancia Herzog, Vice President

Attest: _____
Typed Name: Taquanda Turner
Title: Taquanda Turner, Assistant Secretary
(Affix Corporate Seal)

STATE OF TEXAS
COUNTY OF COLLIN

BEFORE ME, the undersigned, personally appeared __Lancia Herzog__ and __Taquanda Turner__ as __Vice President__ and __Assistant Secretary__ respectively, and known to me to be the persons that executed the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC this ___ day of __AUG 17 2009__, 2009.

Notary Public: _____
My commission expires: NOV 16 2010

Azfar Siddiqui
Notary Public
STATE OF TEXAS
My Comm Exp Nov. 16, 2010

Recording requested by, prepared by and return to:
Maria Zaniga
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
F09079859-BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P.-