

www.RRReview.com
866-876-5095

| Account | | Order # | 2165320 |
|---|---|---|---|
| Client | Select Portfolio Servicing, Inc. | Group ID | AY7 |
| Inspection | Exterior | Occupancy | Unknown |
| Date | 10/01/2012 | County | palm beach |
| Owner | YALIN BILGIN | | |
| Address | 6100 NW 2 AVE #229 BOCA RATON FL 33487 | | |
| Correction | | | |

### General Information

| Property Type | Single Family | Employment Conditions | Decreasing | Vacancy Rate | 1.00 % | Neighborhood Low | $29,900 |
|---|---|---|---|---|---|---|---|
| Location | Suburban | Housing Inventory | Stable | Land Value | $0 | Neighborhood High | $179,999 |
| Ownership Type | Fee-simple | Pride of Ownership | Average | Tax Assessed Value | $75,000 | Comparable listings | 37 |
| Property Values | Stable | Predominant Occupancy | Owner | Annual Property Tax | $1,678 | Avg. Marketing Time | 160 days |

### Listing and Sale Information

| Currently Listed | No | Current List Price | - | Last Sale Price | $215,000 |
|---|---|---|---|---|---|
| Listing Date | - | Original List Price | - | Last Sale Date | 06/01/2006 |
| Listing Broker | - | Agent Phone Number | - | Prev. List (12 Mos.) | No |
| Subject Comments | | The subject is a second floor, mid row, 2 bed 2 bath condo, with screened patio balcony and golf cou (See Addendum) | | | |

### Comparable Information

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 6100 NW 2 AVE #229, 33487 | 6400 NW 2ND ST #522, 33487 | 6000 NW 2 AVE 137, 33487 | 6400 NW 2ND AVE 2180, 33487 | 6300 NW 2ND AVE 103, 33487 | 6300 NW 2ND AVE 102, 33487 | 6000 NW 2ND AVE 4320, 33487 |
| Proximity | - | 0.29 Miles | 3.77 Miles | 3.77 Miles | 3.77 Miles | 3.77 Miles | 3.77 Miles |
| HOA | $323 | $323 | $280 | $323 | $300 | $277 | $280 |
| Fair Market Rent | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 | $1,300 |
| Sale Type | Fair Market | Fair Market | Fair Market | Fair Market | REO | Fair Market | Fair Market |
| Org. List Price | - | $99,900 | $89,000 | $88,500 | $78,000 | $119,900 | $85,000 |
| Current List Price | - | - | - | - | $78,000 | $119,900 | $85,000 |
| Sale Price | $215,000 | $97,500 | $85,000 | $86,000 | - | - | - |
| Concessions | $0 | $0 | $0 | $0 | - | - | - |
| Sale Date | 06/01/2006 | 09/07/2012 | 06/08/2012 | 06/27/2012 | - | - | - |
| Financing | Unknown | Cash | Conventional | Cash | - | - | - |
| DOM | - | 132 | 186 | 104 | 6 | 7 | 217 |
| # of Units | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Style | Condo Low-rise | Condo Low-rise | Condo Low-rise | Condo Low-rise | Condo Low-rise | Condo Low-rise | Condo Low-rise |
| Lot Size | 0 acres | 0 acres | 0 acres | 0 acres | 0 acres | 0 acres | 0 acres |
| View | Golf Course | Golf Course | Golf Course | Golf Course | Golf Course | Golf Course | Golf Course |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Year Built | 1976 | 1980 | 1978 | 1979 | 1979 | 1979 | 1978 |
| Total Room Count | Rms/Bds/Full/Half 5/2/2/0 | Rms/Bds/Full/Half 5/2/2/0 | Rms/Bds/Full/Half 5/2/2/0 | Rms/Bds/Full/Half 5/2/2/0 | Rms/Bds/Full/Half 5/2/2/0 | Rms/Bds/Full/Half 6/3/2/0 | Rms/Bds/Full/Half 5/2/2/0 |
| Above Grade Sq Ft | 1300 | 1300 | 1300 | 1315 | 1300 | 1300 | 1300 |
| Basement SF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Basement Finish | - | - | - | - | - | - | - |
| Garage/Carport | 0 None | 0 None | 0 None | 0 None | 0 None | 0 None | 0 None |
| Amenities | Pat, A/C | Pat, A/C | Pat, A/C | Pat, A/C | Pat, A/C | Pat, A/C | Pat, A/C |
| Best "As Is" | | | X | | | | |
| Best "Repaired" | | | | | | | X |
| SP / GLA Per SF | $73.08 | $75.00 | $65.38 | $65.35 | $60.00 | $92.23 | $65.38 |

### Comparable Comments

Comments on Sales

1: Similar: EXPANSIVE GOLF course views from lg Balcony! Spacious 2 BR 2 BA PLUS DEN ! APX. 1,300 s/f (See Addendum)
2: Similar: Completely remodeled unit. New A/C unit. New kitchen with oak cabinets, freshly painted, o (See Addendum)
3: Similar: Most popular 2 bedroom den, 2 ba. floorplan in all age building in East Boca. Excellent c (See Addendum)

Comments on Listings

1: Similar: WOW, WHAT A GREAT DEAL FOR A 2/2 IN EAST BOCA RATON ON THE 1ST FLOOR. THIS PROPERTY ALSO H (See Addendum)
2: Similar: Well kept apartment with some upgrades in the only ALL AGES building. All appliances conve (See Addendum)
3: Similar: 2Bed, 2 Bath with a den in East Boca. Prime location close to beaches, entertainment. Te (See Addendum)

### Value Conclusion

| Quick Sale "As Is" | $80,000 | Quick Sale "Repaired" | $80,000 |
|---|---|---|---|
| 90 - 120 Days "As Is" | $85,000 | 90 - 120 Days "Repaired" | $85,000 |
| Estimated Repairs | $0 | | (See following page for repair details) |

## Site Improvements

| | |
|---|---|
| Neighborhood Comment | Of the 37 active, pending and contingent comparables in the neighborhood, 6 of them are listed as short sales with a further 5 properties listed as REO's. The subject is located just north of Yamato Road, a major east/west transportation thoroughfare, in the Boca Teeca condominium sub-division located in a relatively low risk suburban area, close to shops, local amenities, businesses and major transportation routes. Neighborhood is predominantly residential with single family homes and condos representing the majority of residential property types. Estimated % of REO Homes: 1%-10%. Estimated % of Boarded Homes: 1%-10%. Vandalism Risk: Low Risk. |
| Environmental Issues | Subject overlooks Boca Teeca golf course. The golf course has been in the news in recent years for high arsenic levels discovered. |
| Functional or Economic Obsolescence | No functional or economical obsolescence observed. |
| Positive / Negative Features | low rise condo unit overlooking golf course. secure lobby entry. assigned parking for residents and guests. |
| Sewer | Public |
| Water | Public |

## Off Site Improvements

| | |
|---|---|
| Street Access | - |
| Side Walk | - |
| Curb/Gutter | - |
| Street Lights | - |

## Repairs – Exterior

| Item | Description | Estimated Cost |
|---|---|---|
| 1. Exterior Finish | - | $0 |
| 2. Painting | - | $0 |
| 3. Windows | - | $0 |
| 4. Roof | - | $0 |
| 5. Structural | - | $0 |
| 6. Landscaping | - | $0 |
| 7. Outbuildings | - | $0 |
| 8. Debris Removal | - | $0 |
| 9. Utility | - | $0 |
| 10. Other | - | $0 |
| Grand Total for Cost of Repairs | | $0 |

## Quality Control Review

| Item | Quick Sale | 90 - 120 Day |
|---|---|---|
| Field "As Is" Value | $90,000 | $95,000 |
| "As Is" Value Adjusted by Quality Control | - | - |
| Field "Repaired" Value | $90,000 | $95,000 |
| "Repaired" Value Adjusted by Quality Control | - | - |

**Quality Control Comment**
This report has passed automated quality control criteria and photo qc review.

**Map Comments**
This report has passed automated quality control criteria and map qc review.

## Addendum

1. **Subject Comments** - The subject is a second floor, mid row, 2 bed 2 bath condo, with screened patio balcony and golf course view. The subject property appears to be in average condition based upon exterior inspection, with no visible or necessary repair items observed. Curb appeal and landscaping are both average, and the property conforms with the surrounding neighborhood. The subject property is not presently listed on the MLS, however, it is ideally suited to end users and investors. By submitting this document, I attest to the foregoing and that I have no current or future contemplated interests in the subject property. DataSource: Tax Records. Zoning: Condo.

2. **Sale 1 Comments** - Similar: EXPANSIVE GOLF course views from lg Balcony! Spacious 2 BR 2 BA PLUS DEN ! APX. 1,300 sff Pergo floors/2007 Recently Painted Eat-in Kitchen w/sep. entr. Util. Rm w/full size Washer/Dryer Offered Furnished Mirrors in Dining area DataSource: MLS. Zoning: Condo.

3. **Sale 2 Comments** - Similar: Completely remodeled unit. New A/C unit. New kitchen with oak cabinets, freshly painted, on golf course. Large 2/2 with den, walk in closet. Nice environment, club house and pool. All ages, Showing Monday – Thursday. 24 hour notice. No pets– no lease 1 DataSource: MLS. Zoning: Condo.

4. **Sale 3 Comments** - Similar: Most popular 2 bedroom den, 2 ba. floorplan in all age building in East Boca. Excellent condition, private washer and dryer, elevator, screened patio with golf course views. Hurricane shutters, furniture not incl. but neg. Cannot close before 6/30/12 DataSource: MLS. Zoning: Condo.

5. **Listing 1 Comments** - Similar: WOW, WHAT A GREAT DEAL FOR A 2/2 IN EAST BOCA RATON ON THE 1ST FLOOR. THIS PROPERTY ALSO HAS A DEN THAT CAN BE USED AS AN OFFICE, PLAY ROOM, OR WHATEVE. TONS, TONS OF EXTRA SPACE. PROPERTY IS VERY SPACIOUS, TONS OF STORAGE AND A PRIVATE PATIO GREAT DataSource: MLS. Zoning: Condo.

6. **Listing 2 Comments** - Similar: Well kept apartment with some upgrades in the only ALL AGES building. All appliances convey with very little improvement needed. This is a basic turn key property, price to sell now. DataSource: MLS. Zoning: Condo.

7. **Listing 3 Comments** - Similar: 2Bed, 2 Bath with a den in East Boca. Prime location close to beaches, entertainment. Tenant occupied. Purchase subject to the lease Effective 3/12 DataSource: MLS. Zoning: Condo.

---

This document was created by an independent agent for RRReview. The following valuation methodology was used with consideration for RRReview policies and any specific client requirements.

**Data Collection:** Public and/or private data was collected and analyzed to determine neighborhood characteristics, local market conditions, use, zoning, tax assessments, physical characteristics, transaction history and past or current listing information. Information was then gathered on six other properties that are comparable to the subject property in location, use and dominant features: three that have been recently sold and three that are currently listed for sale.

**Site Inspection:** Per the client instructions, the subject property and surrounding neighborhood were inspected and photographed. This inspection may have been of the interior and/or exterior based on the inspection type. The inspection included a review for the condition of the dwelling, improvements, and any other positive or negative features. Any known environmental issues or functional or economic obsolescence are also taken into consideration.

**Reconciliation:** The collected data was then compiled with information collected from the site inspection and compared to the information from the selected comparables. The properties were compared to the subject using the sales comparison approach, which is primarily based upon the principle of substitution. The property condition, market conditions and any other noted positive or negative influences were also considered. The analysis resulted in the production of an estimate of value, which was recorded either as a single figure or a range of values, as ordered by the client.

**Reporting:** The summary of the results and the data collection, site inspection and reconciliation were provided on the appropriate BPO or CMA form as ordered by the client.











Order #: 2165320 — Page: 6

## Comparable Data Map



| Legend | Property | Distance | Street |
|---|---|---|---|
| X | Subject | 0 Miles | 6100 NW 2 AVE #229, 33487 |
| 1 | Sale 1 | 0.29 Miles | 6400 NW 2nd St #522, 33487 |
| 2 | Sale 2 | 3.77 Miles | 6000 Nw 2 Ave 137, 33487 |
| 3 | Sale 3 | 3.77 Miles | 6400 Nw 2nd Ave 2180, 33487 |
| 4 | Listing 1 | 3.77 Miles | 6300 Nw 2nd Ave 103, 33487 |
| 5 | Listing 2 | 3.77 Miles | 6300 Nw 2nd Ave 102, 33487 |
| 6 | Listing 3 | 3.77 Miles | 6000 Nw 2nd Ave 4320, 33487 |

### Contact Information

| | |
|---|---|
| RRReview Contact Email: RRRClientServices@RRReview.com | RRReview Phone Number: 866-876-5095 |
| Agent Name: Gia Martinez | License Number: BK589601 |
| Agency: GoListing.com, Inc. | Electronically Signed: 10/2/2012 2:38:00 PM |
| Distance to Subject: 0.70 miles | |

### Purpose

The purpose of this analysis is to provide a market value of the subject property. This analysis is not to be used in lieu of an appraisal for the purpose of determining whether to approve a mortgage loan. Nothing in this report should be construed as a guarantee of value or condition of the subject property. This analysis is not an appraisal and has not been performed in accordance with the Uniform Standards of Professional Appraisal Practices.

### Legal Disclaimer

Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of market value of the subject property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

© 2010 Residential RealEstate Review, Inc., all rights reserved.