Hearing Date: March 15, 2013 at 10:00 a.m. (ET)<br>
Objection Deadline: March 13, 2013 at 4:00 p.m. (ET)

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
Thomas J. McCormack
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369

*Counsel for the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

**NOTICE OF HEARING TO CONSIDER THE MOTION
OF THE EXAMINER FOR ENTRY OF AN ORDER MODIFYING
THE UNIFORM PROTECTIVE ORDER FOR EXAMINER DISCOVERY**

PLEASE TAKE NOTICE that a hearing on the attached Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery (the "Motion") will be held on **March 15, 2013 at 10:00 a.m. (ET)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c),

2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on May 23, 2012 [Doc. No. 141] (the "Case Management Order"), and served on the undersigned counsel and on the Special Service List, as the term is defined in the Case Management Order, so as to be received no later than **March 13, 2013 at 4:00 p.m. (ET)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is received by the Objection Deadline, the relief requested in the Motion shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: March 4, 2013
New York, New York

**CHADBOURNE & PARKE LLP**

By:    /s/ Howard Seife
Howard Seife
David M. LeMay
Thomas J. McCormack
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369

*Counsel for the Examiner*