UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re                                                        :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1]                         :    Case No. 12-12020 (MG)
:
:
:    (Jointly Administered)
Debtors.                                                     :
-------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

On February 26, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic mail upon the parties on the attached hereto as **Exhibit A**, and via First Class mail upon the parties attached hereto as **Exhibit B**:

- **Notice of Debtors' Motion Pursuant to U.S.C. §§105(a) and (d), Bankruptcy Rules 1015(c), 2002(m), 7016, and 9007 and Local Bankruptcy Rule 2002-2 for Entry of an Order Approving (A) Supplement to Case Management Order Establishing Mandatory Procedures for Management of Adversary Proceedings Commenced by Borrowers and Former Borrowers and (B) Related Relief** [Docket No. 2994]

Dated: March 4, 2013

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th of March, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

# EXHIBIT A

Exhibit A

Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Bruce Mustchine | c/o Law Office of Thomas Mason | attytmason@gmail.com |
| Duane Thompson, Assistant Secretary of MERS | c/o TROUTMAN SANDERS LLP | matthew.brooks@troutmansanders.com |
| Duane Thompson, Assistant Secretary of MERS | c/o TROUTMAN SANDERS LLP | brett.goodman@troutmansanders.com |
| Gwendolyn B. Hawthorne | | gwenhawthorne@yahoo.com |
| Jennifer L. Wilson | | jlw_rivera@yahoo.com |
| Judy Faber | c/o TROUTMAN SANDERS LLP | brett.goodman@troutmansanders.com |
| Judy Faber, Vice President U.S. Bank National Association | c/o Christopher L. Hawkins | chawkins@bradleyarant.com |
| Katrina Jordan | c/o Christopher L. Hawkins | chawkins@bradleyarant.com |
| Law Offices of Richard Sax | Attn: Richard Sax, Esq | richard@rsaxlaw.com |
| Michael A. Farr | Rodd C. Walton | rwalton@legacy-groups.com |
| US Bank National Association | c/o TROUTMAN SANDERS LLP | matthew.brooks@troutmansanders.com |
| US Bank National Association | c/o TROUTMAN SANDERS LLP | brett.goodman@troutmansanders.com |
| Wendy Alison Nora | c/o ACCESS LEGAL SERVICES | accesslegalservices.bkyny@gmail.com |

# EXHIBIT B

Exhibit B
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| Aegis Mortgage Corporation | | PO Box 422039 | | | Houston | TX | 77242 |
| Alarcon Law Group P.C. | d/b/a National Legal Associates Law Firm | 4250 Vets Memorial Highway, Ste 228E | d/b/a R.M.A. Legal Network | d/b/a MCA Legal Group of America | West Holbrook | NY | 11741 |
| Allison Domowich, Esq. | | Plaza 1000 at Main St | Suite #208 | | Voorhees | NJ | 08043- |
| Ally Financial, Inc. f/k/a GMAC-FS | | 200 Renaissance Center | | | Detroit | MI | 48625 |
| Americas Servicing Company | Attn Brian Grieco | Hogan Lovells US LLP | 875 Third Avenue | | New York | NY | 10022 |
| Amerigroup Mortgage Corporation | A Division of Mortgage Investor Corporation | 6090 Central Avenue | | | St. Petersburg | FL | 33707 |
| Angela McFadden, Notary Public | | 1617 JFK Blvd, Suite #1400 | One Penn Center Plaza | | Philadelphia | PA | 19103 |
| Arthur M. Moglowsky | | 501 W. Northshore Drive | Suite 300 | | Milwaukee | WI | 53217 |
| Balboa Insurance Services Inc. & Balboa Insurance Group | | 349 Michelson Dr | Suite #300 | | Irvine | CA | 92612-8885 |
| BASS & MOGLOWSKY, S.C. | | 501 W. Northshore Drive | Suite 300 | | Milwaukee | WI | 53217 |
| Birmingham Bancorp Mortgage | | 6230 Orchard Lake Road Ste 208 | | | West Bloomfield | MI | 48322 |
| Brian Finell Kimber | Malinda Denise Kimber | 6109 Bridgewood Drive | | | Killeen | TX | 76549 |
| Brian Fleisher, Esq. | | Plaza 1000 at Main St | Suite #208 | | Voorhees | NJ | 08043- |
| Bruce DeMustchine | | 6 Vernon Street | | | Newburyport | MA | 01950- |
| Bruce Mustchine | c/o Law Office of Thomas Mason | 15 New England Executive Park | | | Burlington | MA | 01803- |
| Cerberus Capital Management, L.P. | | 299 Park Ave. | | | New York | NY | 10171 |
| Cerberus Capital Management, L.P. | Stephen A. Feinberg | 299 Park Ave. | | | New York | NY | 10171 |
| Daniel G. Schmieg, Esquire | | 1617 JFK Blvd, Suite #1400 | One Penn Center Plaza | | Philadelphia | PA | 19103 |
| David M. Potteiger | | 16345 W. Glendale Drive | | | New Berlin | NY | 10171 |
| Derrick Lytle | | 5082 Luna Negra Drive | | | Orlando | FL | 32911 |
| Diane Bettina, Esq. | | 2500 One Liberty Place | 1650 Market St | | Philadelphia | PA | 19103 |
| Duane Thompson, Assistant Secretary of MERS | c/o TROUTMAN SANDERS LLP | Attn Brett D. Goodman, Esq. | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 |
| Duane Thompson, Assistant Secretary of MERS | c/o TROUTMAN SANDERS LLP | Attn Matthew Ray Brooks, Esq. | 600 Peachtree Street, NE | | Atlanta | GA | 30308-2216 |
| Duncan C. Delhey | | 16345 W. Glendale Drive | | | New Berlin | NY | 10171 |
| Executive Trustee Services LLC | | 2255 North Ontario Street | S-400 | | Burbank | CA | 95104-3120 |
| Francis Hallinan, Esq. | | 1617 JFK Blvd, Suite #1400 | One Penn Center Plaza | | Philadelphia | PA | 19103 |
| Gabriel Ozel | | 4375 Jutland Drive, Suite 200 | P.O. Box 17935 | | San Diego | CA | 92177 |
| GMFS LLC | | 7389 Florida Blvd Suite 200A | | | Baton Rouge | LA | 70806 |
| GMFS LLC | Attn Brenda Guidry | 7389 Florida Blvd Suite 200A | | | Baton Rouge | LA | 70806 |
| GRAY & ASSOCIATES, LLP | | 16345 W. Glendale Drive | | | New Berlin | NY | 10171 |
| Gwendolyn B. Hawthorne | | 2377 Scott Oaks Trail SW | | | Marietta | GA | 30008 |
| Homecoming Financial, LLC as Servicing Agent for JP Morgan Chase Bank, NA | | 1270 Northland Drive, Suite 200 | | | Mendota Heights | MN | 55120 |
| Jamie McGuinnis, Esquire | | 1617 JFK Blvd, Suite #1400 | One Penn Center Plaza | | Philadelphia | PA | 19103 |
| JAM Transfers, Inc. | | 1 08 S. Cedar Hollow Rd | | | Paoli | PA | 19301 |
| Jay J. Pitner | | 16345 W. Glendale Drive | | | New Berlin | NY | 10171 |
| Jeffrey Stephan | GMAC Mortgage, LLC | 1100 Virgina Drive | | | Fort Washington | PA | 19034 |
| Jennie Davey, Esquire | | 1617 JFK Blvd, Suite #1400 | One Penn Center Plaza | | Philadelphia | PA | 19103 |
| Jennifer L. Wilson | | 4365 School House Commons | 500-251 | | Harrisburg | NC | 28075 |
| Judy Faber | c/o TROUTMAN SANDERS LLP | Attn Brett D. Goodman, Esq. | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 |
| Judy Faber, Vice President U.S. Bank National Association | c/o Christopher L. Hawkins | Bradley Arant Rose & White LLP | 1819 Fifth Avenue North | | Birmingham | AL | 35203 |
| Katrina Jordan | c/o Christopher L. Hawkins | Bradley Arant Rose & White LLP | 1819 Fifth Avenue North | | Birmingham | AL | 35203 |
| Kenneth J. Taggart | | 45 Heron Road | | | Holland | PA | 18966 |
| Kenneth Urgwaudu | | 1730 Ferndale Ave. | Fl.-1 | | Abington | PA | 19001 |
| Law Offices of Richard Sax | Attn Richard Sax, Esq | 448 Sebastopol Ave | | | Santa Rosa | CA | 95401 |
| Lawrence Phelan, Esq. | | 1617 JFK Blvd, Suite #1400 | One Penn Center Plaza | | Philadelphia | PA | 19103 |
| Manish Verma | GMAC Mortgage, LLC | 1100 Virgina Drive | | | Fort Washington | PA | 19034 |
| Maria T Guerin, Esq. | | 2500 One Liberty Place | 1650 Market St | | Philadelphia | PA | 19103 |
| Marion L. and Sharon Jenkins | | 405 Grant Park Place | | | Atlanta | GA | 30315 |
| Mccalla, Raymer LLC | | 1544 Old Alabama Road | | | Roswell | GA | 30076 |
| Michael A. Carpenter | Ally Financial, Inc. | 200 Renaissance Center | | | Detroit | MI | 48625 |
| Michael A. Farr | Rodd C. Walton | Legacy Law Group | Post Office Box 7367 | | Atlanta | GA | 30357 |
| Michael M. Riley | | 16345 W. Glendale Drive | | | New Berlin | NY | 10171 |
| Michelle Bradford, Esq. | Michelle Bradford, Assistant Secretary and Vice President of Mortgage Electronic Registration Systems, Inc. | 1617 JFK Blvd, Suite #1400 | One Penn Center Plaza | | Philadelphia | PA | 19103 |
| Mortgage Electronic Registration Systems Incorporated | a/k/a MERS & MERSCorp | 1818 Library St | | | Reston | VA | 20190 |
| Mortgage Electronic Registration Systems, Inc | | P.O. Box 2026 | | | Flint | MI | 48501-2016 |
| Mortgage Lenders Network, USA Inc. | | Middlesex Corporate Center | 213 Court Street 11th Floor | | Middletown | CT | 06457- |
| Nicola Suglia, Esq. | | Plaza 1000 at Main St | Suite #208 | | Voorhees | NJ | 08043- |
| Penny G. Gentges | | 501 W. Northshore Drive | Suite 300 | | Milwaukee | WI | 53217 |
| Pite Duncan, LLP | | 4375 Jutland Drive, Suite 200 | P.O. Box 17935 | | San Diego | CA | 92177-0935 |
| Princess Dixon | | 1299 Knotts St | | | Eastpoint | GA | 30344 |
| Raye Mayhorn | | 104 Majestic View Ct. | | | Harker Heights | TX | 76548 |
| Realty Executives of Killeen, Inc. | d/b/a Realty Executives International | 2710 S. Fort Hood Street | | | Killeen | TX | 76542 |
| Reed Smith , LLP | | 2500 One Liberty Place | 1650 Market St | | Philadelphia | PA | 19103 |
| Shapiro & Swertfeger, LLP | Attn Jack L. Swertfeger, Jr. & Gerald M. Shapiro | Buke Building Suite 100 | 2872 Woodcook Boulevard | | Atlanta | GA | 30341 |
| Sol Jessy Lockhart | | 2710 S. Fort Hood Street | | | Killeen | TX | 76542 |
| Susan Turner and Anh P. Nguyen | | 5050 Westcott, Suite 560 | | | Houston | TX | 77007 |
| The Law Firm of Fleischer, Fleischer & Suglia | | Plaza 1000 at Main St | Suite #208 | | Voorhees | NJ | 08043- |
| The Law firm of Phelan, Hallinan & Schmieg, LLP | | 1617 JFK Blvd, Suite #1400 | One Penn Center Plaza | | Philadelphia | PA | 19103 |
| Todd A. Williams | | 2563 Alexander Farms Drive | | | Marietta | GA | 30064 |
| US Bank National Association | c/o TROUTMAN SANDERS LLP | Attn Brett D. Goodman, Esq. | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 |
| US Bank National Association | c/o TROUTMAN SANDERS LLP | Attn Matthew Ray Brooks, Esq. | 600 Peachtree Street, NE | | Atlanta | GA | 30308-2216 |
| Wendy Alison Nora | | 210 Second Street NE | | | Minneapolis | MN | 55413 |
| Wendy Alison Nora | c/o ACCESS LEGAL SERVICES | 210 Second Street NE | | | Minneapolis | MN | 55413 |
| William N. Foshag | | 16345 W. Glendale Drive | | | New Berlin | NY | 10171 |