**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

**ORDER EXTENDING APPOINTMENT OF HON. JAMES M. PECK AS MEDIATOR**

On December 26, 2012, the Court entered an Order appointing Judge James M. Peck as Mediator for an initial period through February 28, 2013. *See Order Appointment Mediator* [ECF Doc. # 2519]. In that Order the Court retained jurisdiction with respect to all matters arising from or relating to the enforcement of the Order. *Id.* ¶ 8. The Court now determines *sua sponte* that the term of the appointment of Judge Peck should be extended on the same the terms otherwise provided in the December 26, 2012 Order.

Therefore, Judge Peck's term as Mediator is extended to and including May 31, 2013, or such earlier date as Judge Peck declares in a written order that the mediation is at an impasse and should be terminated forthwith.

**IT IS SO ORDERED.**

Dated:   March 5, 2013
         New York, New York

                                        ___*Martin Glenn*_____
                                            MARTIN GLENN
                                        United States Bankruptcy Judge