**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------- x
In re:                                                     :  Chapter 11
                                                           :
RESIDENTIAL CAPITAL, LLC, et al.,                          :  Case No. 12-12020 (MG)
                                                           :
                  Debtors.                                 :  Jointly Administered
                                                           :
---------------------------------------------------------- x
OFFICIAL COMMITTEE OF UNSECURED                            :
CREDITORS, on behalf of the estates of the Debtors,        :
                                                           :
                  Plaintiff,                               :
                                                           :
              v.                                           :  Adversary Proceeding
                                                           :  No. 13-01277-mg
UMB BANK, N.A., as successor indenture trustee under that  :
certain Indenture, dated as of June 6, 2008; and WELLS     :
FARGO BANK, N.A., third priority collateral agent and      :
collateral control agent under that certain Amended and    :
Restated Third Priority Pledge and Security Agreement and  :
Irrevocable Proxy, dated as of December 30, 2009,          :
                                                           :
                  Defendants.                              :
                                                           :
---------------------------------------------------------- x  Ref. Docket No. 3
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2013, I caused to be served the "Summons and Notice of Pretrial Conference in an Adversary Proceeding," dated March 1, 2013 [Docket No. 3 in Case No.13-01277], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
8 day of March, 2013

Notary Public

**ELLI KREMPA**
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

COMPLAINT/MOTION 2-28-13

**Counsel for Wells Fargo Bank and Wells Fargo, N.A.**

Seward & Kissell LLP
Greg S Bateman & Dale C Christensen Jr & Sagar Patel
One Battery Park Plaza
New York, NY  10004

COMPLAINT/MOTION 2-28-13

**Counsel for UMB Bank**

Kelley Drye & Warren LLP
James S. Carr, Esq.
Eric R. Wilson, Esq.
101 Park Avenue
New York, New York 10178