**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
Thomas J. McCormack
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x
In re:                                                      :   Chapter 11
                                                            :
Residential Capital, LLC, <u>et al.</u>,                    :   Case No. 12-12020 (MG)
                                                            :
                 Debtors.      :   Jointly Administered
----------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

    David M. Bava, being duly sworn, deposes and says:

    1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

    2. On March 4, 2013, I caused to be served a true and correct copy of the *Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery* [Docket No.: 3092] upon the parties listed on the annexed Schedule "A" by overnight expedited delivery, Schedule "B" by electronic mail, and Schedule "C" by first class mail, postage pre-paid thereon.

CPAM: 5350269.1

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                            */s/ David M. Bava*
                                            David M. Bava

Sworn to before me this
5th day of March 2013

*/s/ Francisco Vazquez*
      Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

2

CPAM: 5350269.1

## SCHEDULE "A"
### (By Overnight Expedited Delivery)

| | |
|---|---|
| Deloitte LLP<br>Deloitte & Touche LLP<br>Attn: David L. Sorgen, Esq.<br>Associate General Counsel<br>1633 Broadway<br>New York, New York 10019 | General Motors LLC<br>Attn: Lawrence S. Buonomo, Esq.<br>GM Legal Staff<br>400 Renaissance Center<br>Detroit, MI 48265 |
| Houlihan Lokey Howard & Zukin<br>Attn.: Christopher Crain, Esq.<br>  General Counsel<br>Attn.: Jenna Radomile,<br>  Manager Legal Projects<br>10250 Constellation Blvd.<br>Los Angeles, CA 90067 | Sherelle Jackson-Williams<br>241 Afton Sq, Unit 201<br>Altamonte Springs, FL 32714-3852 |
| PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>24th Floor<br>New York, New York 10017<br>Attn.: Office of the General Counsel | PricewaterhouseCoopers LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Attn.: Ted Senger, Esq.<br>Office of the General Counsel |
| Morrison & Foerster LLP<br>Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kramer Levin Naftallis & Frankel LLP<br>Kenneth H. Eckstein<br>Thomas Moers Mayer<br>Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Office of the US Trustee<br>Tracy Hope Davis<br>Linda A. Riffkin<br>Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | |

3

CPAM: 5350269.1

**SCHEDULE "B"**
**(By Electronic Mail)**

judson.brown@kirkland.com
howard.godnick@srz.com
sbuergel@paulweiss.com
rothenberg@blankrome.com
eillovsky@mofo.com
levine@whafh.com
tepper@whafh.com
luskin@lsellp.com
stephanie.goldstein@friedfrank.com
dpiedra@morrisoncohen.com
lapalans@bryancave.com
amacgregor@kelleydrye.com
arthur.ruegger@snrdenton.com
andrew.rhys.davies@allenovery.com
yoderj@whiteandwilliams.com
egroothuis@schlamstone.com
jwidman@shawfishman.com
rebert@sandleroneill.com
awu@gibsondunn.com
bobbie.theivakumaran@citi.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
kelvin.vargas@db.com
peter_mcgonigle@fanniemae.com
kdwbankruptcydepartment@kelleydrye.com
richard.cieri@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
william.b.solomon@ally.com
timothy.devine@ally.com
john.bellaver@ally.com
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com
rescapinfo@kccllc.com
guzzi@milbank.com
tammy.hamzehpour@gmacrescap.com
diane.citron@ally.com
jill.horner@gmacrescap.com
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com

4

eileen.oles@gmacrescap.com
lauren.delehey@gmacrescap.com
julie.busch@gmacrescap.com
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
nancy.lord@oag.state.ny.us
enid.stuart@oag.state.ny.us
joseph.cordaro@usdoj.gov
secbankruptcy@sec.gov
secbankruptcy@sec.gov
newyork@sec.gov
bankruptcynoticeschr@sec.gov
jhofer@skadden.com
nikolay.kodes@skadden.com
ken.ziman@skadden.com
sarah.ward@skadden.com
suzanne.lovett@skadden.com
askdoj@usdoj.gov
joseph.cordaro@usdoj.gov
tracy.davis2@usdoj.gov
linda.riffkin@usdoj.gov
brian.masumoto@usdoj.gov
william.b.solomon@ally.com
andrea.hartley@akerman.com
susan.balaschak@akerman.com
hadi.khatib@akerman.com
rajohnson@akingump.com
ccarty@akingump.com
fhodara@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
jeff.brown@gmacfs.com
kit.weitnauer@alston.com
marty.bunin@alston.com
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
harrisj12@michigan.gov
schindlerwilliamss@ballardspahr.com
sarah.stout@bnymellon.com
jennifer.provenzano@bnymellon.com
mageshwaran.ramasamy@bnymellon.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com

5

tarr@blankrome.com
root@blankrome.com
courtney.lowman@ally.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com
bankruptcy@clm.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com
mwarner@coleschotz.com
echou@coleschotz.com
ra-li-ucts-bankrupt@state.pa.us
hhawn@broward.org
ckitchner@broward.org
swulfekuhle@broward.org
will.hoch@crowedunlevy.com
mgallagher@curtis.com
macohen@curtis.com
sreisman@curtis.com
hryder@daypitney.com
jjtancredi@daypitney.com
jwcohen@daypitney.com
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com
craig.druehl@dechert.com
rosa.mendez@db.com
brendan.meyer@db.com
diem.home@gmail.com
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com
catherine_lasher@fanniemae.com
jsherer@feinsuch.com
jsherer@feinsuch.com
tterrell@feinsuch.com
broylesmk@rgcattys.com
ppascuzzi@ffwplaw.com
dearly@fdic.gov
floressaucedopllc@gmail.com
tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com

6

jberkowitz@gibbonslaw.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com
kpatrick@gibbsbruns.com
theodore.w.tozer@hud.gov
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com
brian@gmcnjlaw.com
ggraber@hodgsonruss.com
ayala.hassell@hp.com
rnorton@hunton.com
rrich2@hunton.com
floraoropeza@co.imperial.ca.us
bankruptcy2@ironmountain.com
ceblack@jonesday.com
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com
ceblack@jonesday.com
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
eciolko@ktmc.com
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com
mstrauss@kmllp.com
bwalker@kmllp.com
tklestadt@klestadt.com
jcorneau@klestadt.com
jleibowitz@kandfllp.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
richard@rsaxlaw.com
sheehan@txschoollaw.com
dcaponnetto@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com

7

ilevee@lowenstein.com
adoshi@magnozzikye.com
susanp@taxcollector.com
kmarino@khmarino.com
jboyle@khmarino.com
lgordon@mvbalaw.com
pmoak@mckoolsmith.com
mcarney@mckoolsmith.com
pmoak@mckoolsmith.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
mmorganroth@morganrothlaw.com
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com
seth.goldman@mto.com
thomas.walper@mto.com
cmomjian@attorneygeneral.gov
almeyers@sjgov.org
dwdykhouse@pbwt.com
bguiney@pbwt.com
paul_papas@mylegalhelpusa.com
ebcalvo@pbfcm.com
brandon.johnson@pillsburylaw.com
jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com
jnagi@polsinelli.com
igoldstein@proskauer.com
srutsky@proskauer.com
jzajac@proskauer.com
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
jeremyandersen@quinnemanuel.com
ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com
mrollin@rplaw.com
cwood@rgrdlaw.com
stevep@rgrdlaw.com
rbrown@robertbrownlaw.com
romero@mromerolawfirm.com
ross.martin@ropesgray.com
keith.wofford@ropesgray.com
ross.martin@ropesgray.com
dsasser@siwpc.com
dhall@siwpc.com
mminuti@saul.com
nnastasi@saul.com

8

sravin@saul.com
dpatel@saul.com
jglucksman@scarincihollenbeck.com
bdk@schlamstone.com
bbressler@schnader.com
rbarkasy@schnader.com
eboden@schnader.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
bateman@sewkis.com
christensen@sewkis.com
patel@sewkis.com
hooper@sewkis.com
josselson@sewkis.com
cohen@sewkis.com
das@sewkis.com
binder@sewkis.com
kotwick@sewkis.com
alves@sewkis.com
joel@shafeldlaw.com
taconrad@sbwlawfirm.com
fsosnick@shearman.com
sfennessey@shearman.com
pdatta@hhstein.com
amuller@stinson.com
whazeltine@sha-llc.com
tal@talcottfranklin.com
derek@talcottfranklin.com
jmiller@tcfbank.com
jteitelbaum@tblawllp.com
agbanknewyork@ag.tn.gov
robert.major@bnymellon.com
adam.parkin@tdsecurities.com
christopher.stevens@tdsecurities.com
kay.brock@co.travis.tx.us
mamta.scott@usbank.com
michelle.moeller@usbank.com
tanveer.ashraf@usbank.com
glenn.gillett@usdoj.gov
mark.flannagan@umb.com
james.byrnes@usbank.com
laura.moran@usbank.com
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com
gary.holtzer@weil.com
kelly.j.rentz@wellsfargo.com
sharon.squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com
kristi.garcia@wellsfargo.com
accesslegalservices@gmail.com
cshore@whitecase.com

isilverbrand@whitecase.com
dthatch@whitecase.com
mabrams@willkie.com
rchoi1@willkie.com
jhardy2@willkie.com
rmaney@wilmingtontrust.com
david.tillem@wilsonelser.com
dneier@winston.com
dneier@winston.com
cschreiber@winston.com
jlawlor@wmd-law.com
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com

10

## SCHEDULE "C"
### (By First Class Mail)

| | | |
|---|---|---|
| Blackstone Group Holdings LLC<br>Blackstone Group Holdings LP<br>Blackstone Group Limited Partner LLC<br>Blackstone Group Management LLC<br>c/o Judson Brown, Esq.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005 | JPMorgan Chase & Co.<br>J.P. Morgan Securities LLC,<br>  as successor to Bear Stearns & Co. Inc.<br>JPMorgan Chase Bank, N.A.<br>c/o Alison L. MacGregor, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Karin Hirtler-Garvey<br>c/o David A. Piedra, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 1002 |
| Cerberus Capital Management, L.P.<br>c/o Howard O. Godnick, Esq.<br>Schutle Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Lazard Ltd.<br>c/o Arthur H. Ruegger, Esq.<br>SNR Denton US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Houlihan Lokey Howard & Zukin<br>Attn: Christopher Crain, Esq.<br>  General Counsel<br>Attn: Jenna Radomile,<br>  Manager Legal Projects<br>10250 Constellation Blvd.<br>Los Angeles, CA 90067 |
| Citigroup Global Banking<br>Citigroup Global Markets, Inc.<br>Citibank Private Equity<br>Citigroup Inc.<br>c/o Susanna M. Buergel, Esq.<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Thomas Melzer<br>c/o Lloyd A. Palans, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, New York 10104 | Jonathan Ilany<br>c/o David A. Piedra, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 1002 |
| Clayton Holdings, LLC<br>c/o Marc Rothenberg, Esq.<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-0208 | John E. Mack<br>c/o David A. Piedra, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 1002 | Sherelle Jackson-Williams<br>241 Afton Sq, Unit 201<br>Altamonte Springs, FL 32714-3852 |
| Deloitte LLP<br>Deloitte & Touche LLP<br>Attn: David L. Sorgen, Esq.<br>Associate General Counsel<br>1633 Broadway<br>New York, New York 10019 | Morgan Stanley & Co. LLC<br>c/o Andrew Rhys Davies, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Thomas Jacob<br>c/o Lloyd A. Palans, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, New York 10104 |
| Eric Scholtz<br>c/o Eugene Illovsky, Esq.<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, California 94304 | Oliver Wyman, Inc.<br>c/o James S. Yoder, Esq.<br>White and Williams LLP<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899 | Sandler O'Neill & Partners L.P.<br>Attn: Rebecca Ebert, Esq.<br>1251 Avenue of the Americas, 6th Floor<br>New York, NY 10020 |
| Examiner's Conflicts Counsel<br>Eric B. Levine, Esq.<br>Daniel Tepper, Esq.<br>Wolf Haldenstein Adler Freeman & Herz<br>270 Madison Avenue<br>New York, NY 10016 | Pentalpha Capital Group LLC<br>Pentalpha Capital, LLC<br>Pentalpha Group, LLC<br>c/o Erik S. Groothuis, Esq.<br>Schlam Stone & Dolan LLP<br>26 Broadway<br>New York, NY 10004 | Edward F. Smith III<br>c/o David A. Piedra, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 1002 |

CPAM: 5350269.1

| | | |
|---|---|---|
| General Motors LLC<br>Attn: Lawrence S. Buonomo, Esq.<br>GM Legal Staff<br>400 Renaissance Center<br>Detroit, MI 48265 | PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>24th Floor<br>New York, New York 10017 | UBS Securities LLC<br>c/o Aric H. Wu, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 |
| Goldin Associates, LLC<br>c/o Michael Luskin, Esq.<br>Luskin, Stern & Eisler LLP<br>Eleven Times Square<br>New York, NY 10036 | PricewaterhouseCoopers LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Ted Senger, Esq.<br>Office of the General Counsel | Pamela E. West<br>c/o David A. Piedra, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |
| The Goldman Sachs Group Inc.<br>c/o Stephanie Goldstein, Esq.<br>Fried, Frank, Harris, Shriver<br>  & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004 | R. R. Donnelley and Sons Company<br>c/o Jeffrey L. Widman, Esq.<br>Shaw Fishman<br>321 N. Clark St., Suite 800<br>Chicago, Illinois 60654 | |
| Citibank NA<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | Deutsche Bank Trust Company Americas<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 | Fannie Mae<br>Attn Peter McGonigle<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| Kelley Drye & Warren LLP<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | Kirkland & Ellis<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 | Kirkland & Ellis LLP<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 |
| Kramer Levin Naftallis & Frankel LLP<br>Kenneth H Eckstein, Thomas Moers<br>Mayer & Douglas H Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | Morrison & Foerster LLP<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | Morrison & Foerster LLP<br>Larren M Nashelsky, Gary S Lee &<br>Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Nationstar Mortgage LLC<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 | Office of the NY State Attorney General<br>Nancy Lord & Neal Mann<br>The Capitol<br>Albany, NY 12224-0341 | Office of the US Attorney for the<br>Southern District of NY<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities & Exchange Commission NY<br>Regional Office<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | Sidley Austin LLP<br>Larry J Nyhan & Jessica CK Boelter<br>One Dearborn<br>Chicago, IL 60603 |
| Skadden Arps Slate Meagher & Flom LLP<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | Skadden Arps Slate Meagher & Flom LLP<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 | Skadden Arps Slate Meagher & Flom LLP<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 |

CPAM: 5350269.1

| | | |
|---|---|---|
| Skadden Arps Slate Meagher<br> & Flom LLP<br>Suzanne D T Lovett<br>Four Times Square<br>New York, NY 10036 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | U.S. Bank National Association<br>Attn: George Rayzis<br>50 South 16 th Street<br>Suite 2000<br>Philadelphia, PA 19102 |
| U.S. Bank National Association<br>Attn: Irina Palchuk<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107 | U.S. Department of Justice<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | United States Attorney's Office for the<br>Southern District of New York civil<br>Division<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |
| US Trustee for the<br>Southern District of New York<br>Tracy Hope Davis, Linda A. Riffkin and<br>Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | Wells Fargo Bank NA<br>Attn Corporate Trust Services -<br>GMACM Home Equity Notes 2004<br>Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 | |