UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X   Case No. 12-12020

In Re:

                                                   Chapter 11

RESIDENTIAL CAPITAL, LLC,

                                                   **NOTICE OF APPEARANCE**

                         Debtor.

-----------------------------------------------------------------------X

**DEAR SIR OR MADAM:**

       **PLEASE TAKE NOTICE,** that the Secured Creditor, Select Portfolio Servicing, Inc. as

servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the

Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6, hereby

appears in this action through the undersigned, retained as counsel for said Creditor, and

demands the service of all papers in this action at the address stated below.

Dated:  March 6, 2013
       Melville, New York

                                   Kozeny, McCubbin & Katz, LLP

                                   /s/ Jordan S Katz, Esq.
                                   By: Jordan S Katz, Esq.
                                   Attorneys for Movant
                                   395 N Service Rd, Suite 401
                                   Melville, New York 11747
                                   (631) 454-8059