## AFFIDAVIT OF SERVICE BY MAIL

STATE OF MISSOURI      )
                       ) ss.:
COUNTY OF ST. LOUIS    )

Jeremy Wulf, being duly sworn, deposes and says:

That I am not a party to this action and maintain an office at 395 N Service Rd, Suite 401, Melville, New York 11747 and 12400 Olive Blvd, Suite 555, St. Louis, MO 63141.

On March 6, 2013 I served a true copy of the **NOTICE OF APPEARANCE** by regular mail, mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of Missouri, addressed to the last known address of the addressee(s) as indicated below:

TO:

Anthony Princi
Attorney for Debtor
1290 Avenue of the Americas
New York, NY 10104

Gary S. Lee
Attorney for Debtor
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Joel C Haims
Attorney for Debtor
1290 Avenue of the Americas
New York, NY 10104

Larren M. Nashelsky
Attorney for Debtor
1290 Avenue of the Americas
New York, NY 10104

Lorenzo Marinuzzi
Attorney for Debtor
1290 Avenue of the Americas
New York, NY 10104

Lorraine S. McGowen
Attorney for Debtor
51 West 52nd Street
New York, NY 10019

Norman Scott Rosenbaum
Attorney for Debtor
1290 Avenue of the Americas
New York, NY 10104

Stefan W. Engelhardt
Attorney for Debtor
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Attorney for Debtor
101 Park Avenue
New York, NY 10178

Todd M. Goren
Attorney for Debtor
1290 Avenue of the Americas
New York, NY 10104

Yvette R Freedman
Attorney for Debtor
830 Las Vegas Boulevard South
Las Vegas, NV 89101

Residential Capital, LLC,
Debtor
1177 Avenue of the Americas
New York, NY 10036

Maria Gargano
Borrower
23 Hickory Hill Road
Branford, CT 06405

Wilmington Trust, National Association,
Trustee
C/O Debra Weinstein Minoff
345 Park Avenue

New York, NY 10154

Wilmington Trust, National Association,
Trustee
C/O Walter H Curchack
345 Park Avenue
New York, NY 10154

Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC
Trustee
C/O Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC
Trustee
C/O Thomas J. Moloney
One Liberty Plaza
New York, NY 10006

HSBC Bank USA, National Association
Trustee
C/O John Kibler
1221 Avenue of Americas
New York, NY 10178

U.S. Trustee
United States Trustee, Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

/s/ Jeremy Wulf

Sworn to before me on
March 4, 2013
/s/ Susan Strube
Susan D. Strube
Notary Public, State of Missouri,
No. 09508624
Qualified in St. Louis County
Commission Expires December 28, 2013

SUSAN D. STRUBE
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: December 28, 2013
Commission Number: 09508624