# Kozeny, McCubbin, & Katz, LLP

395 North Service Road, Suite 401
Melville, New York 11747
Tel: 631-454-8059 - Fax: 631-454-8169

March 6, 2013

Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

| | |
|---|---|
| **Re:** | **Residential Capital, LLC; Maria Gargano,** |
| **Creditor:** | **Select Portfolio Servicing, Inc., as servicer for U.S. Bank, National Association, as Trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6** |
| **Case:** | **12-12020** |

Dear Judge Martin Glenn,

     We respectfully request on behalf of Select Portfolio Servicing, Inc., as servicer for U.S. Bank, National Association, as Trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6 for an order pursuant to 362(d)(1) & (2) of the Bankruptcy Code modifying the automatic stay so that U.S. Bank, National Association, as Trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6, as secured creditor, can recover possession of the premises known as 23 Hickory Hill Road, Branford, CT 06405, ("the Property"), for cause. Attached to this request are Exhibit 1 (the "Questionnaire") and Exhibit 2 (the "Stipulation"). Please review the Questionnaire and advise if you are willing to consent to the Request. If you have any questions or need any additional information please contact our office.

     Thank you for your time and consideration.

                                                                             Respectfully,

                                                              /s/ Jordan S Katz
                                                              Jordan S Katz, Esq.