Doc ID: 001205680001 Type: LAN
Book 1016 Page 566
File# 2006-00003492

Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.

When Recorded Return To:

BILL KOCH
SELECT PORTFOLIO SERVICING, INC.
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

## CORPORATE ASSIGNMENT OF MORTGAGE

New Haven City, Connecticut                               "GARGANO"
INVESTOR #:

Date of Assignment: June 27th, 2008
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ENCORE CREDIT CORP. at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2006-6 HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2006-6 at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115

Executed By: MARIA GARGANO AND DONALD GARGANO To: MERS AS NOMINEE FOR ENCORE CREDIT CORP.
Date of Mortgage: 03/07/2006 Recorded: 03/15/2006 In Book/Reel/Liber: 944 Page/Folio: 617 In New Haven City, Connecticut

Property Address: 23 HICKORY HILL ROAD, BRANFORD, CT 06405

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $522,750.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR ENCORE CREDIT CORP.
On _7/2/08_
By: _[signature]_
Bill Koch, Assistant Secretary

WITNESS _[signature]_                              WITNESS _[signature]_
Ana Novakovic                                      Marco Villegran

STATE OF Utah
COUNTY OF Salt Lake

On _7/2/08_, before me, CHENILLE ENDERS, a Notary Public in and for Salt Lake in the State of Utah, personally appeared Bill Koch, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_[signature]_
CHENILLE ENDERS
Notary Expires: 02/09/2010

NOTARY PUBLIC
CHENILLE ENDERS
351 West 1775 North
Layton, Utah 84041
My Commission Expires
February 9, 2010
STATE OF UTAH

(This area for notarial seal)

*TKMMRC*06/27/2008 11:45:58 AM* AMRC63AMRC0000000000000000014* CT_SHAW* 0000020917 CTSTATE_MORT_ASSIGN_ASSN *ACK*ACKAMRC*

Received for Record at Branford, CT
On 07/10/2008 At 9:33:39 am