UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Case No. 12-12020

In Re:

                                                                                                 Chapter 11

Residential Capital, LLC,

                                                                                                 **NOTICE OF APPEARANCE**

               Debtor.

------------------------------------------------------------------------X

**DEAR SIR OR MADAM:**

     **PLEASE TAKE NOTICE,** that the Secured Creditor, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-FF9, hereby appears in this action through the undersigned, retained as counsel for said Creditor, and demands the service of all papers in this action at the address stated below.

Dated: March 6, 2013
       Melville, New York

                                              Kozeny, McCubbin & Katz, LLP

                                              /s/ Jordan S Katz, Esq.
                                              By: Jordan S Katz, Esq.
                                              Attorneys for Movant
                                              395 N Service Rd, Suite 401
                                              Melville, New York 11747
                                              (631) 454-8059