HOME LOAN SERVICES, INC.
P.O. BOX 1838
LOCATOR #23-531
PITTSBURGH, PA 15230-9500



Prepared By/Record & Return To:
Karen Duddy
Home Loan Services, Inc.
P. O. Box 1838 – Locator #23-531
Pittsburgh, PA 15230-9500

## Assignment of Deed of Trust

Date of Assignment:   April 1, 2008

County of King, State of Washington

Assignor:   First Franklin Financial Corporation
2150 North First Street
San Jose, California 95131

Assignee:   U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-FF9
150 Allegheny Center Mall
Pittsburgh, Pennsylvania 15212

Executed by:   Steven A Bush and Cheryl A Bush

Original Lender:   First Franklin, a division of Nat. City Bank of IN

Deed dated June 28, 2005 in the amount of $548,000.00 and recorded on July 1, 2005 as doc book 20050701000996

Property Address:   4546 193rd Place Southeast Issaquah Washington 98027

Know All Men By These Presents that in consideration of the sum of Ten and No/100ths Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee, the said Deed Having an original principal sum of $548,000.00 interest thereby, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys Unto the said Assignee, the Assignor's beneficial interest under the Deed

To Have and to Hold the said Deed and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Deed and Note.

Signed on this day: April 1, 2008

Witness _____
Matthew Coffman

Witness _____
Jamar Martin

First Franklin Financial Corporation

By _____
Eileen J Gonzales
Assistant Vice President

State of: Pennsylvania
County of: Allegheny

On April 1, 2008 before the undersigned, Karen Duddy a Notary Public in and for said County and State, on this day personally appeared, Eileen J Gonzales, Assistant Vice President of First Franklin Financial Corporation, known to be the person and officer whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Karen Duddy, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Aug. 21, 2011
Member, Pennsylvania Association of Notaries