**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
In re:                                                                       :
                                                                             :   Chapter 11
RESIDENTIAL CAPITAL, LLC, et al.,                                            :   Case No. 12-12020 (MG)
                                                                             :   Jointly Administered
                                    Debtors.                                 :
---------------------------------------------------------------------------- x
OFFICIAL COMMITTEE OF UNSECURED                                              :
CREDITORS, on behalf of the estates of the Debtors,                          :
                                                                             :
                                    Plaintiff,                               :
                                                                             :
                    v.                                                       :   Adversary Proceeding
                                                                             :   No. 13-01277-mg
UMB BANK, N.A., as successor indenture trustee under that                    :
certain Indenture, dated as of June 6, 2008; and WELLS                       :
FARGO BANK, N.A., third priority collateral agent and                        :
collateral control agent under that certain Amended and                      :
Restated Third Priority Pledge and Security Agreement and                    :
Irrevocable Proxy, dated as of December 30, 2009,                            :
                                                                             :
                                    Defendants.                              :
---------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ):ss:
COUNTY OF NEW YORK       )

      Ilia Soto-Salgado, being duly sworn, affirms, deposes and says: I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein. On March 5, 2013, I caused to be served the (i) *Adversary Complaint for Declaratory Judgment, Avoidance of Liens and Disallowance of Claims* and (ii) *Summons with Notice of Pre-Trial Conference* via Hand Delivery upon the following party:

DOCS_NY:29200.1 73839/001

Eric R. Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

                                                         */s/ Ilia Soto-Salgado*
                                                         Ilia Soto-Salgado

SWORN TO AND SUBSCRIBED before me this
 7th day of March, 2013

*/s/ Thomas J. Brown*
Thomas J. Brown
Notary Public State of New York
Registration No. 01BR6160813
Qualified in Rockland County
Commission Expires February 15, 2015

DOCS_NY:29200.1 73839/001