UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
In re:                                          : Chapter 11
                                                :
Residential Capital, LLC, et al.,               : Case No. 12-12020 (MG)
                                                :
             Debtors.                           : Jointly Administered
                                                :
---------------------------------------------------------------- :
                                                x Ref. Docket No. 3099

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2013, I caused to be served the "Joinder of the Official Committee of Unsecured Creditors to the Debtors' Reply to Objection and Reservations of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation to the Proposed Assumption and Assignment of Certain Executory Contracts," dated March 4, 2013 [Docket No. 3099], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
6th day of March, 2013

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\Rescap\Affidavits\Ambac Joinder_DI 3099_AFF_3-5-13.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, ESQ. & DAVID M. LEMAY, ESQ. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |

RESIDENTIAL CAPITAL, LLC ET AL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  38**

**EXHIBIT B**

| | |
|---|---|
| askdoj@usdoj.gov | kdwbankruptcydepartment@kelleydrye.com |
| adam.lesman@cliffordchance.com | keckstein@kramerlevin.com |
| bankruptcynoticeschr@sec.gov | kelvin.vargas@db.com |
| jtrachtman@kramerlevin.com | ken.ziman@skadden.com |
| mroitman@chadbourne.com | linda.riffkin@usdoj.gov |
| pbentley@kramerlevin.com | lmarinuzzi@mofo.com |
| rgayda@chadbourne.com | lnashelsky@mofo.com |
| szide@kramerlevin.com | lnyhan@sidley.com |
| bmyrick@sidley.com | marie.l.cerchero@irs.gov |
| bobbie.theivakumaran@citi.com | nancy.lord@oag.state.ny.us |
| brian.masumoto@usdoj.gov | neal.mann@oag.state.ny.us |
| diane.citron@ally.com | newyork@sec.gov |
| dlemay@chadbourne.com | nikolay.kodes@skadden.com |
| dmannal@kramerlevin.com | peter_mcgonigle@fanniemae.com |
| enid.stuart@oag.state.ny.us | projectrodeo@kirkland.com |
| george.rayzis@usbank.com | ray.schrock@kirkland.com |
| glee@mofo.com | richard.cieri@kirkland.com |
| guzzi@milbank.com | sarah.ward@skadden.com |
| hseife@chadbourne.com | secbankruptcy@sec.gov |
| irina.palchuk@usbank.com | stephen.hessler@kirkland.com |
| jboelter@sidley.com | suzanne.lovett@skadden.com |
| jennifer.demarco@cliffordchance.com | tammy.hamzehpour@gmacrescap.com |
| jhofer@skadden.com | timothy.devine@ally.com |
| john.bellaver@ally.com | tmayer@kramerlevin.com |
| john_s_forlines@fanniemae.com | tracy.davis2@usdoj.gov |
| joseph.cordaro@usdoj.gov | william.b.solomon@ally.com |

abehlmann@lowenstein.com
accesslegalservices@gmail.com
accesslegalservices@gmail.com
adam.harris@srz.com
adam.parkin@tdsecurities.com
adoshi@magnozzikye.com
aglenn@kasowitz.com
ajowers@kslaw.com
alicia.borys@barclays.com
almoskowitz@winston.com
alves@sewkis.com
andrea.hartley@akerman.com
arosen@jacobslawpc.com
ayala.hassell@hp.com
balaji.v@indecomm.net
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bateman@sewkis.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bnkatty@aldine.k12.tx.us
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ccarty@akingump.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
cmomjian@attorneygeneral.gov
courtney.lowman@ally.com
cschreiber@winston.com
cwood@rgrdlaw.com
danbrockett@quinnemanuel.com
das@sewkis.com
david.jason@usbank.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
dcaley@wongfleming.com

kapil.chopra@aegisglobal.com
kathryn.thorpe@tdsecurities.com
kay.brock@co.travis.tx.us
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
ken.coleman@allenovery.com
kenton_hambrick@freddiemac.com
kgiannelli@gibbonslaw.com
kit.weitnauer@alston.com
kmarino@khmarino.com
kotwick@sewkis.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
kristi.garcia@wellsfargo.com
ksheehan@flwlaw.com
laura.moran@usbank.com
lberkoff@moritthock.com
lee.gordon@mvbalaw.com
lemiller@jonesday.com
lneish@zuckerman.com
lpulford@corelogic.com
mabrams@wilkie.com
macohen@curtis.com
mageshwaran.ramasamy@bnymellon.com
malbaiady@corelogic.com
mamta.scott@usbank.com
maofiling@cgsh.com
marguerite.gardiner@srz.com
mark.ellenberg@cwt.com
mark.flannagan@umb.com
marty.bunin@alston.com
matthewj@blbglaw.com
mauricio.espana@dechert.com
mcarney@mckoolsmith.com
mdyer@aclawllp.com
mdyer@aclawllp.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
metkin@lowenstein.com
mgallagher@curtis.com
michael.cutini@srz.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkbroyles@feinsuchcrane.com
mknitter@co.monroe.pa.us
mkraut@morganlewis.com
mminuti@saul.com
mrollin@rplaw.com

| | |
|---|---|
| deborah@ladyesq.net | mschaedle@blankrome.com |
| deggert@freebornpeters.com | msd@dcglaw.com |
| derek@talcottfranklin.com | mseltzer@susmangodfrey.com |
| dflanigan@polsinelli.com | mstein@kasowitz.com |
| dfliman@kasowitz.com | mvaughan@wbsvlaw.com |
| diane.sanders@lgbs.com | mwarner@coleschotz.com |
| dloeser@kellerrohrback.com | myanney@assuredguaranty.com |
| dminoff@loeb.com | namamoo@kasowitz.com |
| dmoffa@ktmc.com | ncohen@zuckerman.com |
| dneier@winston.com | nichlaus.m.ross@wellsfargo.com |
| drehns@cohenmilstein.com | njacobs@jacobslawpc.com |
| dskeens@wbsvlaw.com | nnastasi@saul.com |
| dstichesq@gmail.com | patel@sewkis.com |
| dwdykhouse@pbwt.com | patrick.kerner@barclays.com |
| dwollmuth@wmd-law.com | paul_mullings@freddiemac.com |
| ebcalvo@pbfcm.com | pdatta@hhstein.com |
| eboden@schnader.com | pdefilippo@wmd-law.com |
| ecf@kaalaw.com | pferdinands@kslaw.com |
| echou@coleschotz.com | pfleming@morganlewis.com |
| eciolko@ktmc.com | pmoak@mckoolsmith.com |
| eciolko@ktmc.com | ppascuzzi@ffwplaw.com |
| frank@loanvaluegroup.com | prforlenza@pbwt.com |
| fsosnick@shearman.com | rajan@indecomm.net |
| gary.holtzer@weil.com | rajohnson@akingump.com |
| gbush@zuckerman.com | rbarkasy@schnader.com |
| generalcounsel@fhfa.org | rbrown@robertbrownlaw.com |
| ggraber@hodgsonruss.com | rchoi1@wilkie.com |
| gjarvis@gelaw.com | rescapinfo@kccllc.com |
| glenn.gillett@usdoj.gov | richard@rsaxlaw.com |
| glenn.siegel@dechert.com | rlwynne@jonesday.com |
| gregory.petrick@cwt.com | rmaney@wilmingtontrust.com |
| guzzi@whitecase.com | rnorton@hunton.com |
| hadi.khatib@akerman.com | roblin@williamslaw.com |
| harrisj12@michigan.gov | romero@mromerolawfirm.com |
| hector.gonzalez@dechert.com | ronald.rowland@rms-iqor.com |
| hector.gonzalez@dechert.com | root@blankrome.com |
| heidifurlong@siegelbrill.com | rosa.mendez@db.com |
| hkryder@daypitney.com | ross.martin@ropesgray.com |
| hooper@sewkis.com | rrich2@hunton.com |
| houston_bankruptcy@lgbs.com | rschug@nka.com |
| howard.godnick@srz.com | rzwerling@zsz.com |
| ilevee@lowenstein.com | sarah.stout@bnymellon.com |
| ilevee@lowenstein.com | schindlerwilliamss@ballardspahr.com |
| info@emortgagelogic.com | scott.slifer@isgn.com |
| info@sgb-law.com | scottshelley@quinnemanuel.com |
| ingrid.bagby@cwt.com | sdnyecf@dor.mo.gov |
| jai@blbglaw.com | seth.goldman@mto.com |
| james.byrnes@usbank.com | sfennessey@shearman.com |

james.heaney@lawdeb.com
jberkowitz@gibbonslaw.com
jbernstein@labaton.com
jboyle@khmarino.com
jcoffey@brownrudnick.com
jcorneau@klestadt.com
jdmarshall@brownrudnick.com
jeff.brown@gmacfs.com
jennifer.provenzano@bnymellon.com
jgarrity@morganlewis.com
jgelman@jacobslawpc.com
jglucksman@scarincihollenbeck.com
jglucksman@scarincihollenbeck.com
jhaake@wbsvlaw.com
jhardy2@wilkie.com
jjonas@brownrudnick.com
jjtancredi@daypitney.com
jlaitman@cohenmilstein.com
jlawlor@wmd-law.com
jleibowitz@kandfllp.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jnagi@polsinelli.com
joe.salama@db.com
joel@shafeldlaw.com
john.kibler@allenovery.com
john.stern@texasattorneygeneral.gov
jonathanu@blbglaw.com
josselson@sewkis.com
jpaget@hunton.com
jteitelbaum@tblawllp.com
jwcohen@daypitney.com
jwilliams@wilmingtontrust.com
jzajac@proskauer.com

sfitzgerald@wmd-law.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
sleopold@leopoldassociates.com
sravin@saul.com
sreisman@curtis.com
srutsky@proskauer.com
stevep@rgrdlaw.com
stevep@rgrdlaw.com
susan.balaschak@akerman.com
susan.khokher@tdsecurities.com
susheelkirpalani@quinnemanuel.com
swissnergross@brownrudnick.com
taconrad@sbwlawfirm.com
tal@talcottfranklin.com
tanveer.ashraf@usbank.com
tarr@blankrome.com
tfawkes@freebornpeters.com
thadwilson@kslaw.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
vrubinstein@loeb.com
wcurchack@loeb.com
westchesterlegal@aol.com
will.hoch@crowedunlevy.com
william.hao@alston.com
xrausloanops5@barclays.com