# SHAGHZO & SHAGHZO
## LAW FIRM

100 W. BROADWAY, SUITE 540
GLENDALE, CALIFORNIA 91210

ARMEN SHAGHZO
ALENOUSH SARKISSIAN-SHAGHZO

TELEPHONE
(818) 241-8887

FACSIMILE
(818) 241-0035

February 28, 2013

Via US Mail and Facsimile
United States Bankruptcy Court
New York Division
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Fax.: (212) 668-2878

RECEIVED
MAR - 5 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Re: Residential Capital, LLC
Case #: 12-12020-MG

To whom it may concern:

Please allow this letter to serve as my request to be removed from the mailing list in the case of Residential Capital, LLC, 12-12020-MG. Thank you.

Sincerely,

Armen Shaghzo, Esq.