UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **RESIDENTIAL CAPITAL, LLC, et al.,** [1] | : | **Case No. 12-12020 (MG)** |
| | : | |
| | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

--------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Reyanna Burbank, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

On March 5, 2013, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class mail upon the service list attached hereto as **Exhibit A**:

- Letter re: Ordinary Course Professionals, attached hereto as **Exhibit B**

- Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Docket No. 797]**

- Order Under Bankruptcy Code Sections 105(a), 327, and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date **[Docket No. 799]**

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- Order Approving Amendment to Order Under Bankruptcy Code Sections 105(a), 327, and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date **[Docket No. 2857]**

Dated:  March 8, 2013

_Reyanna B._
Reyanna Burbank

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th of March, 2013, by Reyanna Burbank, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Aimee Parel_

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Donohue, McGahan, Catalano & Belitsis | Thomas C. Catalano, Jr. | 380 N Broadway Ste 306 | Jericho | NY | 11753-2109 |

# <u>EXHIBIT B</u>

# RESCAP

Dear Counsel:

You are receiving this letter because your firm has been designated as an ordinary course professional, or "OCP", under the order entered by the Bankruptcy Court in the chapter 11 cases of Residential Capital, LLC and certain of its direct and indirect subsidiaries (collectively, the "Debtors") on July 17, 2012 (the "OCP Order") authorizing the Debtors to employ and pay law firms used in the ordinary course of their business, subject to certain terms and conditions.  A copy of the OCP Order is attached for your reference.

Also attached is a copy of an order entered last week by the Bankruptcy Court raising the monthly and case payment caps for OCPs under the OCP Order.  Effective as of September 1, 2012, the caps are now $75,000 per month (the "OCP Monthly Limit") and $1 million for the duration of the Debtors' bankruptcy cases (the "OCP Case Limit").

As was the case prior to the amendment, in the event that, for a given month, your firm seeks an amount greater than the OCP Monthly Limit, then pursuant to the interim compensation procedures order entered in the Debtors' cases (also attached for your reference), you will be required to submit monthly invoices to the "Notice Parties" designated under the interim compensation procedures order and  file a fee application with the Bankruptcy Court with respect to such month for the full amount of your firm's fees and expenses in accordance with sections 330 and 331 of the Bankruptcy Code.

In the event your firm reaches the OCP Case Limit, you will be required to file a retention application with the Bankruptcy Court pursuant to section 327 of the Bankruptcy Code.

To the extent your firm has submitted a monthly invoice for payment of amounts in excess of $50,000 but less than $75,000 for September 2012 or any months thereafter, those excess amounts have been retroactively approved and you do not need to file an interim fee application.

Please do not hesitate to contact us with any questions or concerns.

Regards,

Lauren Graham Delehey
Litigation Counsel