**EXHIBIT A**

5883338v.10

| Policy | Name | Trigger Tripped | Current Rolling Six-Month Delinquency Rate | | Three-Month Rolling Six-Month Delinquency Rate | | Twelve-Month Loss Amount | | Cumulative Losses | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Threshold | Trigger Value (as of 02/13) | Threshold | Trigger Value (as of 02/13) | Threshold | Trigger Value (as of 02/13) | Threshold | Trigger Value (as of 02/13) |
| AB0562BE | **Residential Funding Corp 2002-KS4** | **Yes** | **19.00%** | **11.48%** | **NAP** | **NAP** | **3.00%** | **5.54%** | **6.00%** | **5.66%** |
| AB0593BE | **Residential Funding Corp 2002-KS6** | **Yes** | **19.00%** | **9.25%** | **NAP** | **NAP** | **3.00%** | **6.01%** | **6.00%** | **6.04%** |
| AB0636BE | **Residential Funding Corp. 2002-KS8** | **Yes** | **19.00%** | **10.44%** | **NAP** | **NAP** | **3.00%** | **3.61%** | **6.00%** | **5.61%** |
| AB0670BE | **Residential Asset Securities Corp. 2003-KS4** | **Yes** | **19.00%** | **10.10%** | **NAP** | **NAP** | **3.00%** | **3.44%** | **6.00%** | **3.91%** |
| AB0678BE | Residential Asset Securities Corp. 2003-KS5 | No | 19.00% | 11.86% | NAP | NAP | 3.00% | 2.31% | 4.50% | 3.30% |
| AB0704BE | Residential Asset Securities Corp. 2003-KS9 | No | 19.00% | 10.99% | NAP | NAP | 3.00% | 2.81% | 4.50% | 3.41% |
| | | | | | | | | | | |
| AB0610BE | Residential Asset Mtge Products 2002-RZ4 | No | 13.75% | 10.05% | NAP | NAP | NAP | NAP | 9.00% | 3.47% |
| AB0646BE | Residential Asset Mtge Products 2003-RZ1 | No | 13.75% | 7.15% | NAP | NAP | NAP | NAP | 9.00% | 3.35% |
| AB0655BE | Residential Asset Mtge Products 2003-RZ2 | No | 13.75% | 6.59% | NAP | NAP | NAP | NAP | 9.00% | 3.00% |
| | | | | | | | | | | |
| AB0248BE | Residential Funding Corporation 1999-RS1 | No | 15.00% | 9.93% | 13.00% | 9.60% | 2.75% | 0.00% | 8.00% | 2.09% |
| AB0581BE | **Residential Asset Mtge Products 2002-RS4** | **Yes** | **12.00%** | **9.23%** | **10.00%** | **8.81%** | **2.75%** | **5.60%** | **8.00%** | **3.76%** |
| AB0597BE | **Residential Asset Mtge Products 2002-RS5** | **Yes** | **12.00%** | **12.07%** | **10.00%** | **11.56%** | **2.75%** | **2.88%** | **8.00%** | **2.92%** |
| AB0688BE | **Residential Asset Mtge Products 2003-RS6** | **Yes** | **12.00%** | **8.65%** | **10.00%** | **8.57%** | **2.75%** | **3.22%** | **8.00%** | **4.09%** |
| AB0763BE | Residential Asset Mtge Products 2004-RS5 Trust | No | 12.00% | 8.28% | 10.00% | 8.43% | 2.75% | 2.58% | 8.00% | 5.84% |
| | | | | | | | | | | |
| AB0538BE | Residential Asset Mtge Products 2002-RP1 | No | NAP | NAP | NAP | NAP | 5.50% | 2.17% | 16.00% | 15.64% |
| AB0693BE | Residential Asset Mtge Products 2003-RP2 | No | NAP | NAP | NAP | NAP | 4.00% | 2.29% | 14.00% | 7.55% |
| | | | | | | | | | | |
| AB0696BE | Residential Funding Corporation 2003-HI3 | No | NAP | NAP | NAP | NAP | NAP | NAP | 26.00% | 9.99% |

**Note**: RMBS Transactions with Servicing Triggers that currently exceed the contractually-established threshold appear in bold. Each specific Servicing Trigger that has been exceeded is shaded.

5883338v.10