David W. Dykhouse
Brian P. Guiney
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Ambac Assurance Corporation and the
Segregated Account of Ambac Assurance Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            :ss.:
COUNTY OF NEW YORK  )

MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On March 11, 2013, I served the **Sur-Reply of Ambac Assurance Corporation and The Segregated Account of Ambac Assurance Corporation in Further Support of Its Objection to Proposed Assumption and Assignment of Executory Contracts**, and the **Declaration of Iain H. Bruce** upon the following attorneys for the parties herein, directed to them at the addresses below:

6006820v.1

**VIA FEDEX**

Norman S. Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104

Stephen Zide
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jennifer C. DeMarco
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019

**VIA HAND**

Office of U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

MATTHEW M. FINNEGAN

Sworn to before me this 11th
day of March, 2013

_____
Notary Public

NICHOLAS J. LaFORGE
Notary Public, State of New York
No. 01LA6249453
Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 11, 2015

6006820v.1