CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

| | |
|---|---|
| In re | CERTIFICATE OF SERVICE |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 Case No. |
| Debtors. | 12-12020 (MG) |
| | (Jointly Administered) |

------------------------------------------------X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 11th day of March 2013, the Statement in Support of and Limited Objection to Debtors' Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(A) for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation, was served by email and First Class Mail, as indicated, upon:

**BY EMAIL**

hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com;
mroitman@chadbourne.com, bobbie.theivakumaran@citi.com,
jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com,

kelvin.vargas@db.com, peter_mcgonigle@fanniemae.com,
kdwbankruptcydepartment@kelleydrye.com, richard.cieri@kirkland.com,
ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com;
projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com;
john.bellaver@ally.com, keckstein@kramerlevin.com; tmayer@kramerlevin.com;
dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com;
dmannal@kramerlevin.com; szide@kramerlevin.com, rescapinfo@kccllc.com,
guzzi@milbank.com, Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com;
Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com;
William.thompson@gmacrescap.com; William.tyson@gmacrescap.com;
Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com;
Julie.busch@gmacrescap.com; lnashelsky@mofo.com; glee@mofo.com;lmarinuzzi@mofo.com,
Nancy.Lord@OAG.State.NY.US; enid.stuart@OAG.State.NY.US, joseph.cordaro@usdoj.gov,
secbankruptcy@sec.gov, secbankruptcy@sec.gov; newyork@sec.gov;
bankruptcynoticeschr@sec.gov, jhofer@skadden.com; nikolay.kodes@skadden.com,
ken.ziman@skadden.com, sarah.ward@skadden.com, suzanne.lovett@skadden.com,
AskDOJ@usdoj.gov, joseph.cordaro@usdoj.gov, Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov, andrea.hartley@akerman.com,
susan.balaschak@akerman.com; hadi.khatib@akerman.com, rajohnson@akingump.com;
ccarty@akingump.com; fhodara@akingump.com, bnkatty@aldine.k12.tx.us,
ecfmail@aclawllp.com, ken.coleman@allenovery.com; john.kibler@allenovery.com,
jeff.brown@gmacfs.com; william.b.solomon@ally.com, kit.weitnauer@alston.com,
marty.bunin@alston.com; william.hao@alston.com, bill.macurda@alston.com,
john.stern@texasattorneygeneral.gov, harrisj12@michigan.gov,
Schindlerwilliamss@ballardspahr.com, Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com,
xrausloanops5@barclays.com, david.powlen@btlaw.com, bbeskanos@aol.com,
davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com, jai@blbglaw.com,
schaedle@blankrome.com, tarr@blankrome.com; root@blankrome.com,
courtney.lowman@ally.com, jhaake@wbsvlaw.com, swissnergross@brownrudnick.com,
gregory.petrick@cwt.com;ingrid.bagby@cwt.com, mark.ellenberg@cwt.com,
dcaley@wongfleming.com, bankruptcy@clm.com, maofiling@cgsh.com; tmoloney@cgsh.com;
soneal@cgsh.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com,
mwarner@coleschotz.com; echou@coleschotz.com, ra-li-ucts-bankrupt@state.pa.us,
Hhawn@broward.org; Ckitchner@broward.org; swulfekuhle@broward.org,
will.hoch@crowedunlevy.com, mgallagher@curtis.com, macohen@curtis.com,
sreisman@curtis.com, hryder@daypitney.com, jjtancredi@daypitney.com,
jwcohen@daypitney.com, glenn.siegel@dechert.com; hector.gonzalez@dechert.com;
brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com,
rosa.mendez@db.com, Brendan.meyer@db.com, diem.home@gmail.com,
gcatalanello@duanemorris.com; jvincequerra@duanemorris.com,
catherine_lasher@fanniemae.com, jsherer@feinsuch.com, jsherer@feinsuch.com;
tterrell@feinsuch.com, broylesmk@rgcattys.com, ppascuzzi@ffwplaw.com, dearly@fdic.gov,
floressaucedopllc@gmail.com, tlallier@foleymansfield.com,
kenton_hambrick@freddiemac.com, deggert@freebornpeters.com,

tfawkes@freebornpeters.com, jberkowitz@gibbonslaw.com, kgiannelli@gibbonslaw.com, kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com, kpatrick@gibbsbruns.com, theodore.w.tozer@hud.gov, gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com, brian@gmcnjlaw.com, ggraber@hodgsonruss.com, ayala.hassell@hp.com, rnorton@hunton.com; rrich2@hunton.com, floraoropeza@co.imperial.ca.us, bankruptcy2@ironmountain.com, ceblack@jonesday.com, cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com, aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com, eciolko@ktmc.com; dmoffa@ktmc.com, ecf@kaalaw.com, thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com, mstrauss@kmllp.com; bwalker@kmllp.com, tklestadt@klestadt.com; jcorneau@klestadt.com, jkatz@katz-law.com, jleibowitz@kandfllp.com, dlibra@lapplibra.com, james.heaney@lawdeb.com, richard@rsaxlaw.com, sheehan@txschoollaw.com, Dcaponnetto@leopoldassociates.com, austin.bankruptcy@publicans.com, dallas.bankruptcy@publicans.com, houston_bankruptcy@lgbs.com, choward@lockelord.com, wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com, abehlmann@lowenstein.com, abehlmann@lowenstein.com, metkin@lowenstein.com; ilevee@lowenstein.com, metkin@lowenstein.com; ilevee@lowenstein.com, adoshi@magnozzikye.com, susanp@taxcollector.com, kmarino@khmarino.com; jboyle@khmarino.com, lgordon@mvbalaw.com, pmoak@McKoolSmith.com, mcarney@mckoolsmith.com, pmoak@McKoolSmith.com, sdnyecf@dor.mo.gov, jgarrity@morganlewis.com, mkraut@morganlewis.com, pfleming@morganlewis.com, mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com, lberkoff@moritthock.com, jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com, seth.goldman@mto.com, Thomas.walper@mto.com, cmomjian@attorneygeneral.gov, almeyers@sjgov.org, dwdykhouse@pbwt.com; bguiney@pbwt.com, Paul_Papas@mylegalhelpusa.com, ebcalvo@pbfcm.com, brandon.johnson@pillsburylaw.com, jmcmurtr@placer.ca.gov, dflanigan@polsinelli.com; jnagi@polsinelli.com, igoldstein@proskauer.com, srutsky@proskauer.com; jzajac@proskauer.com, danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com, jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com, susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com, mrollin@rplaw.com, cwood@rgrdlaw.com, stevep@rgrdlaw.com, rbrown@robertbrownlaw.com, romero@mromerolawfirm.com, Ross.martin@ropesgray.com;keith.wofford@ropesgray.com, Ross.martin@ropesgray.com, dsasser@siwpc.com, dhall@siwpc.com, mminuti@saul.com, nnastasi@saul.com, sravin@saul.com; dpatel@saul.com, jglucksman@scarincihollenbeck.com, bdk@schlamstone.com, bbressler@schnader.com; rbarkasy@schnader.com, eboden@schnader.com, adam.harris@srz.com, howard.godnick@srz.com, marguerite.gardiner@srz.com, michael.cutini@srz.com, bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com, cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com, joel@shafeldlaw.com, taconrad@sbwlawfirm.com, fsosnick@shearman.com; sfennessey@shearman.com, pdatta@hhstein.com amuller@stinson.com, whazeltine@sha-llc.com, tal@talcottfranklin.com, derek@talcottfranklin.com, jmiller@tcfbank.com, jteitelbaum@tblawllp.com, AGBankNewYork@ag.tn.gov, robert.major@bnymellon.com, Adam.Parkin@tdsecurities.com;

Christopher.stevens@tdsecurities.com; kay.brock@co.travis.tx.us, mamta.scott@usbank.com; michelle.moeller@usbank.com, tanveer.ashraf@usbank.com, Glenn.Gillett@usdoj.gov, Mark.Flannagan@umb.com, james.byrnes@usbank.com, laura.moran@usbank.com, mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com, gary.holtzer@weil.com, kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com, mary.l.sohlberg@wellsfargo.com, kristi.garcia@wellsfargo.com, accesslegalservices@gmail.com, cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com,mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com, rmaney@wilmingtontrust.com, david.tillem@wilsonelser.com, dneier@winston.com, dneier@winston.com; cschreiber@winston.com, jlawlor@wmd-law.com, pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com, gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com, gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com, mlightner@cgsh.com, jopolsky@cgsh.com, rconza@cgsh.com, bcyr@cgsh.com, cscott@cgsh.com

## BY FIRST CLASS MAIL

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay
& Robert J Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Clifford Chance**
Jennifer DeMarco
Adam Lesman
31 West 52nd Street
New York, NY  10019

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
P Joe Morrow IV
2335 Alaska Ave
El Segunda, CA 90245

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**Skadden Arps Slate Meagher & Flom LLP**
Jonathan H. Hofer
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Ken Ziman
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Sarah M Ward
Four Times Square
New York, NY 10036

**Skadden Arps Slate Meagher & Flom LLP**
Suzanne D T Lovett
Four Times Square
New York, NY 10036

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**United States Attorney's Office for the
Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

6

                **Wells Fargo Bank NA**
                Attn Corporate Trust Services - GMACM
                Home Equity Notes 2004 Variable Funding Trust
                PO Box 98
                Columbia, MD 21046

Dated:   New York, New York
            March 12, 2013

                                                    Richard V. Conza

7