| | |
|---|---|
| **Hearing Date:** | **April 11th, 2013** |
| **Objection Deadline:** | **March 25th, 2013 at 4:00 p.m. (ET)** |
| | **or as otherwise determined** |

Towers Watson
28411 Northwestern Highway
Suite 500
Southfield, MI 48034
Phone: 248.936.7318
Fax:    248.936.7716
Michael Agrusa

*Human Resources Consultant to the Debtors and
Debtors in Possession*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ )
                                                                   )
In re:                                                             )   Case No. 12-12020 (MG)
                                                                   )
RESIDENTIAL CAPITAL, LLC, et al.,                                  )   Chapter 11
                                                                   )
                                              Debtors.             )   Jointly Administered
------------------------------------------------------------------ )


**SUMMARY OF SECOND INTERIM APPLICATION OF TOWERS WATSON
DELAWARE INC. AS HUMAN RESOURCES CONSULTANT FOR THE DEBTORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD AUGUST 30, 2012[1] THROUGH DECEMBER 31, 2012**

---

[1] A portion of work performed on August 30, 2012 was charged on the September Fee Statement instead of the August fee statement. The fees reflected in this application do not overlap with the fees approved on Towers Watson's First Interim Fee Application.

This is a(n):        ___  monthly         _X_  interim  ___  final application.


Name of Applicant:                                      Towers Watson Delaware Inc. ("**Applicant**")

Authorized to Provide Professional            Residential Capital, LLC, *et al.* (collectively,
Services to:                                                 the "**Debtors**")


Date of Retention:                                      Order entered on July 25, 2012 retaining
                                                                Applicant *nunc pro tunc* to June 25, 2012

Period for which Compensation               August 30, 2012 through December 31, 2012
and Reimbursement is sought:                 (the "**Application Period**")


Amount of Compensation Sought as         $138,966.79
Actual, Reasonable and Necessary:

Amount of Expense Reimbursement          $9550.01
Sought as Actual, Reasonable and
Necessary:

## Summary of Monthly Applications for Application Period:

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 11/13/12 | 8/30/12 – 9/30/12 | $101,083.97 | $7,158.48 | $80,867.18 | $7,158.48 | $20,216.79 |
| 12/4/12 | 10/1/12 – 10/31/12 | $37,882.82 | $2,391.53 | $30,422.24 | $2,391.53 | $7,576.56 |
| **TOTAL** | 8/31/12 – 10/31/12 | $138,966.79 | $9,550.01 | $111,289.42 | $9,550.01 | $27,677.37[1] |

---

[1] A reconciliation of Towers Watson's fees resulted in a reduction of fees from 10/1/2012 to 10/31/2012 in the amount of 144.98. Towers Watson received payment for that time period which slightly exceeds 80% of the revised fees by $115.98. This overpayment has been credited toward the Aggregate 20% holdback amount.

Michael Agrusa
Towers Watson
28411 Northwestern Highway
Suite 500
Southfield, MI 48034

*Human Resources Consultant to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------
|                                   )
In re:                             )    Case No. 12-12020 (MG)
                                   )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, )    Chapter 11
                                   )
                   Debtors.        )    Jointly Administered
                                   )
------------------------------------------------------------

**SECOND INTERIM APPLICATION OF TOWERS WATSON DELAWARE INC. AS
HUMAN RESOURCES CONSULTANT FOR THE DEBTORS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES
<u>INCURRED FOR THE PERIOD AUGUST 30, 2012 THROUGH DECEMBER 31, 2012</u>**

For its first interim application for compensation and reimbursement of expenses

(the "**Application**") for the period August 30, 2012 through December 31, 2012 (the

"**Application Period**"), Towers Watson Delaware Inc. ("**Applicant**"), Human Resources

Consultant to Residential Capital, LLC., *et al.*, as debtors and debtors in possession (collectively,

the "**Debtors**"), respectfully represents as follows:

**<u>JURISDICTION, VENUE AND STATUTORY PREDICATES</u>**

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157

and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue

of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408

and 1409.

2.      The statutory bases for the relief requested herein are sections 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"). This Application has been prepared in accordance with General Order M-447, *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, entered January 29, 2013(the "**Local Guidelines**"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996  (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Guidelines**").  Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as Exhibit A.

## BACKGROUND

A.      **The Chapter 11 Cases**

3.      On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

4.      On May 16, 2012, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed a nine member official committee of unsecured creditors (the "**Creditors' Committee**").

5.      On June 20, 2012, the Court directed that an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

2

B.    <u>Applicant's Retention and Interim Compensation</u>

6.    On July 25, 2012, the Court entered the *Order Authorizing Employment And Retention of Towers Watson Delaware Inc. as Human Resources Consultant to the Debtors Nunc Pro Tunc to June 25, 2012* [Docket No. 901], approving Applicant's retention.

7.    On July 17, 2012, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Docket No. 797].  Pursuant to the terms of the Interim Compensation Order, Applicant, among others, is authorized to file and submit monthly fee applications to the Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally Financial Inc., counsel for Barclays Bank PLC, and the United States Trustee (collectively, the "**Notice Parties**").

8.    On November 13, 2012, Applicant served its third monthly fee application covering the period from August 30, 2012 through September 30, 2012 (the "**Third Monthly Fee Application**") on the Notice Parties.  On December 4, 2012, Applicant served its fourth monthly fee application covering the period from October 1, 2012 through October 31, 2012 (the "**Fourth Monthly Fee Application**") and together with the Third Monthly Fee Application, the "**Monthly Fee Applications**") on the Notice Parties. Applicant did not receive any objections to the Monthly Fee Applications.

9.    For the convenience of this Court and all parties in interest, attached hereto as <u>Exhibit B</u> is a schedule of the total amount of fees incurred under each of Applicant's internal task codes during the Application Period.

10.    The total payments received by Applicant as of the date hereof are equal to: (i) approximately 80% of requested compensation from the Monthly Fee Applications and (ii) 100% of requested expenses from the Monthly Fee Applications.  Specifically, to date, the

3

Applicant has received payments totaling $120,839.43, representing $111,289.42 in fees and

$9,550.01 in expenses.

11.    Applicant maintains computerized records of the time expended in the rendering

of the professional services required by the Committee.  These records are maintained in the

ordinary course of Applicant's practice.  For the convenience of this Court and all parties in

interest, attached hereto as Exhibit C is a billing summary for the Application Period, setting

forth the name of each consultant who rendered services during the Application Period, each

Consultant's concentration, the aggregate time expended by each consultant, the hourly billing

rate for each consultant at Applicant's current billing rates, and the individual amounts requested

for each professional.  The compensation requested by Applicant is based on the customary

compensation charged by comparably skilled practitioners in other similar cases under the

Bankruptcy Code.

12.    Copies of Applicant's computerized records of fees and expenses in the format

specified by the Guidelines have been served on the Notice Parties with each of the Monthly Fee

Applications and are attached hereto as Exhibit E.

13.    There is no agreement or understanding between Applicant and any other person

for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

14.    The Monthly Fee Applications submitted by Applicant are subject to a 20%

holdback (as is customary in this District) imposed by the Court on the allowance of fees.  The

aggregate amount of Applicant's holdback during the Application Period is $27,677.37[1].

---

[1] A reconciliation of Towers Watson's fees resulted in a reduction of fees from 10/1/2012 to 10/31/2012 in the amount of 144.98. Towers Watson received payment for that time period which slightly exceeds 80% of the revised fees by $115.98. This overpayment has been credited toward the Aggregate 20% holdback amount.

ny-1056533

15.     Applicant respectfully requests, in connection with the relief requested herein,

that the Court allow this holdback amount on an interim basis pursuant to sections 330 and 331

of the Bankruptcy Code and authorize the Debtors to satisfy such amounts.

### DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED

16.     In general, Applicant has represented the Debtors in connection with the

following aspects of the Chapter 11 Cases:

(a)     Consulting expertise of health benefits, retirement and technology solutions for the company ResCap as a potential stand-alone business entity

(b)     Transition consulting for integration of benefits to a company that could potentially integrate them to their programs.

(c)     Additional services as required including, but not limited to, Data Collection, Project Management, Benefit analysis, Retirement plan analysis, Benefit design presentations, Retirement design presentations

17.     To provide an orderly and meaningful summary of the services rendered by

Applicant on behalf of the Debtors during the Application Period, Applicant established, in

accordance with the Guidelines and its internal billing procedures, separate task codes in

connection with the Chapter 11 Cases.  The following is a summary of the most significant

professional services rendered by Applicant during the Application Period organized in

accordance with Applicant's internal system of task codes:

18.     Meet to discuss alternatives for benefit designs, gap analysis and implementation

(a)     Task Code: Retirement

Fees:  $2,621.50; Total Hours:  5

19.     2013 Plan Design and Report Preparation

      (b)      Task Code: Health and Group Benefits

      Fees:  $1,832.38; Total Hours:  2.5

20.      Drafting of RFP

      (c)      Task Code: Data, Surveys & Technology

      Fees:  $19,842.08; Total Hours:  30.4

21.      Communications and timeline update

      (d)      Talent, rewards & Communication

      Fees:  $1,369.60; Total Hours:  2

22.      The foregoing descriptions of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 Cases.  The time records attached hereto as <u>Exhibit D</u> present more completely the work performed by Applicant in each billing category during the Application Period.

<u>**CONCLUSION**</u>

23.      Applicant believes that the services rendered during the Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses requested were actual and necessary to the performance of Applicant's services.

6

24.    Applicant therefore requests an order (i) approving interim compensation in the amount of $138,966.79[1] and interim reimbursement of expenses in the amount of $9550.01 (ii) directing payment of all compensation held back in connection with the Monthly Fee Applications, and (iii) granting such other and further relief as may be just and proper.

Dated: March 11, 2013

Michael Agrusa
Senior Consultant
Towers Watson
28411 Northwestern Highway
Suite 500
Southfield, MI 48034

*Human Resources Consultant for Residential Capital, LLC, et al.*

---

[1]    The rates charged for such expenses are (i) equivalent to what Applicant normally bills to its non-bankruptcy clients and (ii) calculated to compensate Applicant for only the actual costs of the expenses.

ny-1056533

# EXHIBIT A

*Human Resources Consultant to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- )
                                                                           )
In re:                                                                     )    Case No. 12-12020 (MG)
                                                                           )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                                   )    Chapter 11
                                                                           )
                                          Debtors.                         )    Jointly Administered
------------------------------------------------------------------------- )

**CERTIFICATION UNDER GUIDELINES FOR FEES AND**
**DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SECOND**
**INTERIM APPLICATION OF TOWERS WATSON DELAWARE INC. AS HUMAN**
**RESOURCES CONSULTANT FOR THE DEBTORS FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**
**<u>INCURRED FOR THE PERIOD AUGUST 30, 2012 THROUGH DECEMBER 31, 2012</u>**

I, Michael Agrusa, hereby certify that:

      1.      I am a Senior Consultant with the applicant firm, Towers Watson Delaware Inc.

(the "**Firm**"), which serves as Human Resources Consultant to Residential Capital, LLC., *et al.*,

as debtors and debtors in possession (collectively, the "**Debtors**").

      2.      This certification is made in respect of the Firm's compliance with the *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, Administrative Order M-447, adopted by the Court on January 29, 2013 (the

"**Local Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on*

*January 30, 1996* (the "**UST Guidelines**") and the *Order to Establish Procedures for Interim*

*Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Interim**

**Compensation Order**") [Docket No. 172], and collectively with the Local Guidelines and UST

ny-1056533

Guidelines, the "**Guidelines**"), in connection with the Firm's application, dated March 11, 2013

(the "**Application**"), for interim compensation and reimbursement of expenses for the period

commencing August 30, 2012 through and including December 31, 2012, in accordance with the

Guidelines.

3.    In respect of Section B.1 of the Local Guidelines, I certify that:

(a)    I have read the Application;

(b)    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines, except as specifically noted in the certification and described in the fee application;

(c)    except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and

(d)    in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

4.    All airfare for which reimbursement is being sought is for a coach class fare.

5.    In respect of Section A.2 of the Local Guidelines and as required by the Interim

Compensation Order, I certify that the Firm has complied with the provisions requiring it to

provide the United States Trustee for the Southern District of New York and the Debtors and

their attorneys with a statement of the Firm's fees and expenses accrued during the previous

month.

6.      In respect of Section A.3 of the Local Guidelines, I certify that each of the

Debtors, their attorneys, and the United States Trustee for the Southern District of New York is

being provided with a copy of the Application.


Dated: March 11, 2013

*Michael Agrusa*
Michael Agrusa
Senior Consultant
Towers Watson
28411 Northwestern Highway
Suite 500
Southfield, MI 48034

*Human Resources Consultant for Residential Capital,*
*LLC, et al.*

<u>**EXHIBIT B**</u>

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY TOWERS WATSON DELAWARE INC. ON BEHALF OF THE DEBTORS FOR
THE PERIOD AUGUST 30, 2012 THROUGH DECEMBER 31, 2012**

<u>**Compensation by Matter**</u>

| Task Code/Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|
| Health and Group Benefits | 97.00 | $52,650.96 |
| Rewards Talent & Communication | 17.50 | $11,791.40 |
| Data Surveys & Technology | 35.20 | $22,975.04 |
| Contract Administration | 37.70 | $24,290.07 |
| Retirement | 27.90 | $14,355.12 |
| **Total Fees Incurred** | | **$138,966.79** |

**EXHIBIT C**

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY TOWERS WATSON DELAWARE INC. ON BEHALF OF THE DEBTORS FOR THE PERIOD AUGUST 30, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional Individual | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Senior Consultants** | | | | |
| Jan Vermeulen | Health and Group Benefits | 577.80 | 36.4 | $21,031.92 |
| Nicole Melton | Rewards, Talent & Communication | $684.80 | 17 | $11,641.60 |
| Michelle Acciavatti | Contract Administration | $674.10 | 27.7 | $18,672.57 |
| Teresa Schepp | Retirement | $524.30 | 26.4 | $13,841.52 |
| Rick Adams | Health and Group Benefits | $732.95 | 17.1 | $12,533.45 |
| Brian Morris | Health and Group Benefits | $684.80 | 2.7 | $1,848.96 |
| Mary A St Cyr | HR Service Delivery | $631.30 | 4 | $2,525.20 |
| Michael Agrusa | Contract Administration | $561.75 | 10 | $5,617.50 |
| **Consultants** | | | | |
| Ann Byman | Health and Group Benefits | $342.40 | 2.2 | $753.28 |
| David Zinn | HR Service Delivery | $652.70 | 35.2 | $22,975.04 |
| Karla Ward | HR Service Delivery | $454.75 | 22.5 | $10,231.88 |
| **Senior Analysts** | | | | |
| Adam Dee | Health and Group Benefits | $428.00 | 38.1 | $16,306.80 |
| **Analysts** | | | | |
| Lisa Trzop | Retirement | $342.40 | 1.5 | $513.60 |
| Paul Abdelnour | Health and Group Benefits | $353.10 | .5 | $176.55 |
| **Administrators** | | | | |
| Bethany McCune | Rewards, Talent & Communication | $299.60 | .5 | $149.80 |
| Marlene Patricia Van | HR Service Delivery | $294.25 | .5 | $147.13 |
| **Professionals Totals** | | **$514.94** | **242.3** | |
| **Total Fees Incurred** | | | | **$138,966.79** |

## EXHIBIT D

**SUMMARY OF EXPENSES INCURRED BY TOWERS WATSON
ON BEHALF OF THE DEBTORS FOR THE PERIOD
AUGUST 30, 2012 THROUGH DECEMBER 31, 2012**

| Expense Category | Amount |
|---|---|
| Airfare | 8513.37 |
| Ground | 518.43 |
| Lodging | 305.75 |
| Meals | 6.54 |
| Other | 205.92 |
| **Total** | **$9,550.01** |

**<u>EXHIBIT E</u>**

Towers Watson Second Interim Fee Application
Exhibit E

| Associate Name | Associate Comment | Task Code | Time Sheet Date | Hours |
|---|---|---|---|---|
| Michelle Acciavatti | preparing DC design materials for meeting | Contract Administration | 09/04/2012 | 1.4 |
| Michelle Acciavatti | preparing DC and health care design materials for meeting | Contract Administration | 09/05/2012 | 2.3 |
| Michelle Acciavatti | meeting with ResCap to go over payroll, DC, health care and communications | Contract Administration | 09/06/2012 | 5.5 |
| Michelle Acciavatti | discussion with team - follow up from meeting - write off | Contract Administration | 09/10/2012 | 0.7 |
| Michelle Acciavatti | Payroll meeting prep and discussions | Contract Administration | 09/14/2012 | 1.5 |
| Michelle Acciavatti | HR systems discussion and follow up | Contract Administration | 09/17/2012 | 0.5 |
| Michelle Acciavatti | DC plan design and nationstar comparison summary | Contract Administration | 09/18/2012 | 2 |
| Michelle Acciavatti | DC and HGB materials | Contract Administration | 09/19/2012 | 0.9 |
| Michelle Acciavatti | Materials for Monday - overall review, benefit summary and messaging | Contract Administration | 09/20/2012 | 1.2 |
| Michelle Acciavatti | materials for Monday - discussion with ResCap team to prepare for Monday | Contract Administration | 09/21/2012 | 0.5 |
| Michelle Acciavatti | design meeting #2 | Contract Administration | 09/24/2012 | 4.5 |
| Michelle Acciavatti | project update meeting and design recommendations | Contract Administration | 09/27/2012 | 0.8 |
| Michelle Acciavatti Total | | | | 21.8 |
| | | | | |
| Michael Agrusa | Design meeting 1 | Contract Administration | 09/06/2012 | 5 |
| Michael Agrusa Total | | | | 5 |
| | | | | |
| Janet Vermeulen | Draft meeting materials - benchmarking report, analysis of potential options, research on options for the Estate future planning, identify potential outcomes and preparation for those options. Review census data for completeness. | Health and Group Benefits | 08/31/2012 | 3.2 |
| Janet Vermeulen | Review and revise meeting materials; review relative value calculations and check benchmarking data. | Health and Group Benefits | 09/04/2012 | 2.2 |
| Janet Vermeulen | Meet to discuss requests from last meeting and review progress to date | Health and Group Benefits | 09/10/2012 | 1 |
| Janet Vermeulen | Plan design discussion - design revised plans | Health and Group Benefits | 09/12/2012 | 1 |
| Janet Vermeulen | Review Adam's preliminary financial illustrations. Discuss changes and additional information to be provided. Follow up on missing data | Health and Group Benefits | 09/14/2012 | 2 |
| Janet Vermeulen | Draft materials for Sept 24 meeting - health care reform and additional benchmarking requested | Health and Group Benefits | 09/17/2012 | 4 |
| Janet Vermeulen | Review financial illustrations - edit and check | Health and Group Benefits | 09/18/2012 | 2 |
| Janet Vermeulen | Process Rick Adams various edits | Health and Group Benefits | 09/19/2012 | 3 |
| Janet Vermeulen | Meeting with ResCap transition team to review plan design scenarios, review cost impact, confirm decisions. | Health and Group Benefits | 09/24/2012 | 5 |
| Janet Vermeulen | Review revised pricing illustrations based on Monday's decisions and updated information | Health and Group Benefits | 09/27/2012 | 1 |
| Janet Vermeulen | Prepare revised cost report for HGB benefit designs | Health and Group Benefits | 09/28/2012 | 1 |
| Janet Vermeulen | Group meeting in Philadelphia to review analysis, develop project plan, confirm additional data requirements. | Health and Group Benefits | 09/06/2012 | 5 |
| Janet Vermeulen | Additional data follow up with Ally | Health and Group Benefits | 09/10/2012 | 1 |
| Janet Vermeulen | Documentation of additional data requirements | Health and Group Benefits | 09/13/2012 | 2 |
| Janet Vermeulen Total | | | | 33.4 |
| | | | | |
| Ann Byman | Res Cap Healthmaps modeling and census compilation | Health and Group Benefits | 09/05/2012 | 2.2 |
| Ann Byman Total | | | | 2.2 |
| | | | | |
| Rick Adams | Analysis of current ResCap and Nationstar plans, benchmarking, and prep of report for September 6, 2012 meeting. | Health and Group Benefits | 09/04/2012 | 2.4 |
| Rick Adams | Final prep of report of plan comparisons and benchmarking | Health and Group Benefits | 09/05/2012 | 0.5 |
| Rick Adams | Meeting at ResCap to discuss plan comparisons and benchmarking | Health and Group Benefits | 09/06/2012 | 5 |
| Rick Adams | Meeting with Janet and Adam to discuss 2013 and 2014 plan design structure and empler cost sharing | Health and Group Benefits | 09/12/2012 | 1 |
| Rick Adams | Plan design discussion - internal | Health and Group Benefits | 09/17/2012 | 0.5 |
| Rick Adams | 2013 plan design and report preparation | Health and Group Benefits | 09/19/2012 | 2.5 |
| Rick Adams | Plan design and preparation of report for 9/24 meeting | Health and Group Benefits | 09/20/2012 | 1.2 |
| Rick Adams | final review of 9/24 plan design and cost document | Health and Group Benefits | 09/21/2012 | 0.5 |
| Rick Adams | Design meeting with ResCap. | Health and Group Benefits | 09/24/2012 | 3 |
| Rick Adams Total | | | | 16.6 |

Towers Watson Second Interim Fee Application
Exhibit E

| Name | Description | Category | Date | Hours |
|---|---|---|---|---|
| Adam Dee | Provide data points for initial meeting | Health and Group Benefits | 09/05/2012 | 2.2 |
| Adam Dee | Review ResCap data, calculate plan values | Health and Group Benefits | 09/07/2012 | 1.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/12/2012 | 1.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/13/2012 | 0.2 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/14/2012 | 2.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/17/2012 | 2.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/18/2012 | 7.2 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/20/2012 | 4.5 |
| Adam Dee | Plan design modeling for 9/24 meeting | Health and Group Benefits | 09/21/2012 | 3 |
| Adam Dee | Call-in to ResCap benefit meeting (health care portion) | Health and Group Benefits | 09/24/2012 | 1.5 |
| Adam Dee | ResCap scenario updates | Health and Group Benefits | 09/26/2012 | 1.5 |
| Adam Dee Total | | | | 27.6 |
| Paul Abdelnour | ResCap: check Adam's formulas | Health and Group Benefits | 09/18/2012 | 0.5 |
| Paul Abdelnour Total | | | | 0.5 |
| Brian Morris | ResCap call and time line update/preparation | Health and Group Benefits | 09/25/2012 | 1.5 |
| Brian Morris | ResCap call and time line update/preparation | Health and Group Benefits | 09/28/2012 | 0.5 |
| Brian Morris Total | | | | 2 |
| Nicole Melton | ResCap call and time line update/preparation | Rewards, Talent and Communication | 09/04/2012 | 2 |
| Nicole Melton | Meeting at ResCap in PA with HR and Benefit teams | Rewards, Talent and Communication | 09/06/2012 | 7 |
| Nicole Melton | Meeting at ResCap in PA with HR and Benefit teams | Rewards, Talent and Communication | 09/24/2012 | 5 |
| Nicole Melton | Update working draft communication plan for weekly comm workstream call; facilitate weekly (half-hour) workstream call with Michelle T, Al S, Leon, Susan (ResCap participants) | Rewards, Talent and Communication | 09/18/2012 | 3 |
| Nicole Melton Total | | | | 17 |
| Bethany McCune | QA Comm Strategy deck | Rewards, Talent and Communication | 09/18/2012 | 0.5 |
| Bethany McCune Total | | | | 0.5 |
| Teresa Schepp | prepare retirement plan meeting materials (2 hours), call with TW team to prep for 9/6 meeting (.25) | Retirement | 08/30/2012 | 2.3 |
| Teresa Schepp | prepare presentation for retirement plans - market data, gap analysis and benefit costs | Retirement | 09/04/2012 | 3 |
| Teresa Schepp | finalize presentation for retirement plans | Retirement | 09/05/2012 | 1 |
| Teresa Schepp | meet with ResCap team to discuss alternatives for benefit designs, gap analysis and implementation | Retirement | 09/06/2012 | 5 |
| Teresa Schepp | market data for retirement plan design | Retirement | 09/13/2012 | 0.2 |
| Teresa Schepp | DC plan pricing and preparing meeting #2 presentation (2.5 hours); team project update (.5) | Retirement | 09/17/2012 | 3 |
| Teresa Schepp | Meeting 2 presentation | Retirement | 09/18/2012 | 3.5 |
| Teresa Schepp | review meeting 2 presentation, updating participant examples, and confirming company costs | Retirement | 09/19/2012 | 1.5 |
| Teresa Schepp | review meeting presentation | Retirement | 09/20/2012 | 0.5 |
| Teresa Schepp | Meeting to discuss plan design alternatives | Retirement | 09/24/2012 | 4 |
| Teresa Schepp | calculate cost of proposed matching formula | Retirement | 09/26/2012 | 0.2 |
| Teresa Schepp | update cost worksheet after 9/26 meeting | Retirement | 09/28/2012 | 0.2 |
| Teresa Schepp Total | | | | 24.4 |
| Lisa Marie Trzpp | Check presentation calculation for teresa | Retirement | 09/05/2012 | 1.5 |
| Lisa Marie Trzpp Total | | | | 1.5 |
| Mary St Cyr | Market scan - determine viable vendor pool for Newco and Estate | HR Service Delivery | 09/13/2012 | 1.5 |
| Mary St Cyr | Finalize market scan and provide input to summary presentation | HR Service Delivery | 09/14/2012 | 1 |
| Mary St Cyr | Review deliverable - presentation to client | HR Service Delivery | 09/16/2012 | 0.5 |
| Mary St Cyr | Call with client to review Newco options | HR Service Delivery | 09/17/2012 | 1 |
| Mary St Cyr Total | | | | 4 |

Towers Watson Second Interim Fee Application
Exhibit E

| Karla Ward | ResCap call and time line update/preparation | HR Service Delivery | 09/28/2012 | 0.5 |
|---|---|---|---|---|
| Karla Ward | Developing RFP requirements | HR Service Delivery | 09/17/2012 | 2 |
| Karla Ward | Developing RFP requirements | HR Service Delivery | 09/18/2012 | 4 |
| Karla Ward | Developing RFP requirements | HR Service Delivery | 09/21/2012 | 1 |
| Karla Ward | Developing RFP requirements | HR Service Delivery | 09/25/2012 | 2 |
| Karla Ward | Drafting RFP and outreach to vendors | HR Service Delivery | 09/26/2012 | 2 |
| Karla Ward | Meeting with Eileen and Mike Agrusa to discuss approach for Estate (.5 hour) and meeting with procurement and IT to discuss their needs during RFP process (1 hour). | HR Service Delivery | 09/27/2012 | 1.5 |
| Karla Ward | Drafting cover email for NDA and vendor outreach. | HR Service Delivery | 09/28/2012 | 0.5 |
| Karla Ward | Participating in kick-off meeting between ResCap and TW. Attended via conference call. | HR Service Delivery | 09/06/2012 | 1.5 |
| Karla Ward | Working on materials for 9/17 HR system marketplace meeting. | HR Service Delivery | 09/16/2012 | 2 |
| Karla Ward | Meeting with ResCap Newco team to discuss HR system marketplace and overall process and timeline for RFP. | HR Service Delivery | 09/17/2012 | 1 |
| Karla Ward | Attendance at Design Meeting #2 in Fort Washington, PA | HR Service Delivery | 09/24/2012 | 4.5 |
| Karla Ward Total | | | | 22.5 |
| Marlene Patricia Van | Developed draft requirement template for full HRMS RFP | HR Service Delivery | 09/17/2012 | 0.5 |
| Marlene Patricia Van Total | | | | 0.5 |

Total 179.5

Towers Watson Second Interim Fee Application
Exhibit E

| Associate Name | Associate Comment | Task Code | Time Sheet Date | Hours |
|---|---|---|---|---|
| Michelle Acciavatti | exec summary materials and final designs | Contract Administration | 10/02/2012 | 1 |
| Michelle Acciavatti | exec summary materials, final designs and project plan update | Contract Administration | 10/03/2012 | 0.2 |
| Michelle Acciavatti | project plan update | Contract Administration | 10/04/2012 | 0.7 |
| Michelle Acciavatti | exec summary final draft materials, call to discuss with George and Michelle and follow up | Contract Administration | 10/05/2012 | 2 |
| Michelle Acciavatti | exec summary presentation on new benefit programs | Contract Administration | 10/08/2012 | 0.5 |
| Michelle Acciavatti | exec summary presentation on new benefit programs | Contract Administration | 10/10/2012 | 1 |
| Michelle Acciavatti | project update, next steps | Contract Administration | 10/11/2012 | 0.5 |
| Michelle Acciavatti Total | | | | 5.9 |
| Michael Agrusa | ResCap call and time line update/preparation | Contract Administration | 09/25/2012 | 1.2 |
| Michael Agrusa | ResCap call and time line update/preparation | Contract Administration | 10/01/2012 | 4 |
| Michael Agrusa Total | | | | 5.2 |
| Janet Vermeulen | Meeting follow up - vendor selections | Health and Group Benefits | 10/01/2012 | 1 |
| Janet Vermeulen | Begin drafting RFPs for medical and dental | Health and Group Benefits | 10/02/2012 | 1 |
| Janet Vermeulen | Continue drafting of RFPs for existing ResCap vendors | Health and Group Benefits | 10/04/2012 | 1 |
| Janet Vermeulen Total | | | | 3 |
| Rick Adams | Internal call with Jan and Adam re follow up and next steps from design meeting. | Health and Group Benefits | 10/03/2012 | 0.5 |
| Rick Adams Total | | | | 0.5 |
| Adam Dee | prep for Friday call | Health and Group Benefits | 10/03/2012 | 3 |
| Adam Dee | prep for Friday call | Health and Group Benefits | 10/04/2012 | 1.5 |
| Adam Dee | prep for Friday call, call with ResCap | Health and Group Benefits | 10/05/2012 | 2.7 |
| Adam Dee | EE scenarios for PPT | Health and Group Benefits | 10/08/2012 | 2.2 |
| Adam Dee | per capita and contribution checks | Health and Group Benefits | 10/10/2012 | 1 |
| Adam Dee Total | | | | 10.4 |
| Brian Morris | ResCap call and time line update/preparation | Health and Group Benefits | 10/04/2012 | 0.7 |
| Brian Morris Total | | | | 0.7 |
| Teresa Schepp | ResCap call and time line update/preparation | Retirement | 10/11/2012 | 0.2 |
| Teresa Schepp | reviewing project plan | Retirement | 10/03/2012 | 0.3 |
| Teresa Schepp | prepare retirement timeline for executive summary, edits to executive summary, changes to Newco timeline. | Retirement | 10/04/2012 | 1 |
| Teresa Schepp | changes to executive summary powerpoint | Retirement | 10/05/2012 | 0.5 |
| Teresa Schepp Total | | | | 2 |

Towers Watson Second Interim Fee Application
Exhibit E

| David Zinn | ResCap call and time line update/preparation | Data, Surveys & Technology | 10/03/2012 | 1.2 |
| David Zinn | Drafting RFP | Data, Surveys & Technology | 10/04/2012 | 6.5 |
| David Zinn | Drafting RFP | Data, Surveys & Technology | 10/05/2012 | 5.2 |
| David Zinn | Drafting RFP and NDA discussion with Ceridian, Ultimate | Data, Surveys & Technology | 10/08/2012 | 9 |
| David Zinn | ResCap call, NDA and RFP discussion | Data, Surveys & Technology | 10/06/2012 | 1 |
| David Zinn | Drafting RFP and NDA discussion with Ceridian, Ultimate | Data, Surveys & Technology | 10/07/2012 | 9.7 |
| David Zinn | ResCap and Internal calls discussing RFP | Data, Surveys & Technology | 10/09/2012 | 2 |
| David Zinn | Call to ResCap for NDA confirmation | Data, Surveys & Technology | 10/11/2012 | 0.5 |

| David Zinn Total | | | | 35.1 |

| Grand Total | 62.8 |

Towers Watson Second Interim Fee Application
Exhibit E

| Towers Watson Associate | Expense Description | Total |
|---|---|---|
| Janet Mary Vermeulen | Airfare for PA ResCap meeting | 1894.78 |
| Janet Mary Vermeulen | Hotel room for ResCap meeting | 144.83 |
| Karl Ward | Meal | 6.54 |
| Karla Ward | Airfare ResCap meeting | 1163.6 |
| Karla Ward | AmEx airfare fee | 15 |
| Karla Ward | Mileage to/from home and airport | 18.87 |
| Karla Ward | Airport Parking | 25 |
| Michael David Agrusa | Airfare for 9/24 ResCap PA meeting | 1256.59 |
| Michael David Agrusa | Airfare for ResCap PA meeting  on 9/6. | 1149.6 |
| Michael David Agrusa | Airport Shuttle 9/6 meeting. TW: Mike Agrusa, Rick Adams, Jan Vermeulen, Teresa Schepp | 169.88 |
| Michael David Agrusa | Taxi fare for 9/6 PA meeting | 89.99 |
| Michelle Marie Acciavatti | Airfare for PA meetings | 1070.6 |
| Michelle Marie Acciavatti | Rental car for PA Design meeting #2 | 116.92 |
| Rick Adams | ResCap meeting airport parking | 20 |
| Rick Adams | Airfare ResCap meeting | 981.6 |
| Rick Adams | Hotel Rescap meeting | 160.92 |
| Rick Adams | Cab fare to hotel 9/6 PA meeting | 17 |
| Rick Adams | Cab fare PA airport to hotel meeting on 9/6. | 105.77 |
| Rick Adams | Airfare 9/24 meeting design #2 | 981.6 |
| Rick Adams | ResCap meeting on 9/6/12. | 160.92 |

| | Expenses Grand Total | $9,550.01 |
|---|---|---|