Zeichner Ellman & Krause LLP
575 Lexington Avenue – 10th Floor
New York, New York  10022
Telephone:  (212) 223-0400
Facsimile:  (212) 753-0396
Jantra Van Roy, Esq.

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**FIRST QUARTERLY APPLICATION OF ZEICHNER ELLMAN & KRAUSE LLP FOR
AN AWARD  OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL
FOR THE DEBTORS FOR THE PERIOD OF
MAY 14, 2012 THROUGH NOVEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | Zeichner Ellman & Krause LLP  ("ZEK") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession, as ordinary course professional |
| Date of Retention: | September 4, 2012 *Nunc Pro Tunc* to May 14, 2012 (the "**Petition Date**") |
| Application Period: | May 14, 2012 through November 30, 2012 (the "**Fee Period**") |
| Amount of Compensation Sought: | $213,616.20 (a total of $638,616.20 is sought for the Fee Period but as set forth below, $50,000, per month to and including August 31, 2012, and $75,000 per month beginning September 1, 2012, is payable upon approval of the Debtors under the OCP Order, as defined below) |

.

| | |
|---|---|
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $3,884.79 |
| Total Amount of Compensation and Expense Sought: | $217,500.99 ($642,500.99 less $50,000 approved per month to and including August 31, 2012, and $75,000 per month beginning September 1, 2012, payable by the Debtors pursuant to the OCP Order as defined below |
| This is a: | __Monthly  X  Interim __ Final Application |

This is the first fee application filed by ZEK in these cases. A Summary of the Monthly

Fee Statements submitted by ZEK during the Compensation Period is as follows:

### Summary of Zeichner Ellman & Krause LLP's
### May 19-November 30, 2012 Fees and Expenses

| Date Submitted | Period | Requested Fees[1] | Approved Fees (80% of Requested Fees)[2] | Requested Expenses | Approved Expenses |
|---|---|---|---|---|---|
| 12/19/2012 | 5/14 – 5/31/2013 | $850.80 | $680.64 | $212.49 | $212.49 |
| 12/19/2012 | 6/1 - 6/30/2012 | 36,858.30 | 29,486.64 | 253.47 | 253.47 |
| 12/19/2012 | 7/1 – 7/31/2012 | 53,378.90 | 42,703.12 | 437.99 | 437.99 |
| 12/19/2012 | 8/1 – 8/31/2012 | 61,244.85 | 48,995.88 | 257.00 | 257.00 |
| 1/14/2013 | 9/1 – 9/30/2012 | 35,267.05 | 28,213.64 | 1,334.82 | 1,334.82 |
| 1/14/2013 | 10/1 – 10/31/2012 | 19,706.50 | 15,765.20 | 1,204.02 | 1,204.02 |
| 1/14/2013 | 11/1 – 11/30/2013 | 6,309.80 | 5,047.84 | 185.00 | 185.00 |
| | TOTAL - May 1-Nov. 30, 2012 | $213,616.20 | $170,892.96 | $3,884.79 | 3,884.79 |

---

[1] Pursuant to the July 17, 2012 Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 799], $50,000 of ZEK's May, June, July and August, 2012 Invoices are payable by the Debtors without Court approval and $75,000 for Sept., October and November, 2012. ZEK is therefore seeking approval of amounts billed in excess of the $50,000/$75,000 OCP Monthly Limit.

[2] Pursuant to the OCP Order, if no Objection to a Monthly Fee Statement is submitted prior to the Objection Deadline, the Debtors must pay 80% of the fees and 100% of the expenses requested therein. The Objection Deadline has passed and no objection has been lodged.

**MAY 14, 2012-JUNE 30, 2012**
**TIMEKEEPER SUMMARY**

| Timekeeper | Position | Department | Year of NY Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Steve Rand | Partner | Litigation | 1979 | 477.00 | 21.50 | 10,255.50 |
| Jantra Van Roy | Partner | Litigation | 1996 | 525.00 | 63.20 | 31,815.00 |
| Bruce Goodman | Of Counsel | Litigation | 1995 | 295.00 | 35.30 | 10,413.50 |
| Michael Antonivich | Clerk | Litigation | | 185.00 | 3.70 | 684.50 |
| Marion Millnamow | Paralegal | Litigation | | 140.00 | 2.10 | 294.00 |
| Martha Fletcher | Paralegal | Litigation | | 145.00 | .20 | 29.00 |
| Anthony Rosario | Paralegal | Litigation | | 135.00 | 5.70 | 769.50 |
| Greg M. Bernhard | Associate | Litigation | 1988 | 225.00 | 13.90 | 3,127.50 |
| Robert Guttmann | Associate | Litigation | 2002 | 269.00 | 76.50 | 20,578.50 |
| Anna S. Park | Associate | Litigation | 2004 | 242.00 | 7.30 | 1,825.00 |
| BJ Finneran | Of Counsel | Litigation | 1988 | 414.00 | 81.40 | 33,699.60 |
| Michael E. Sims | Associate | Litigation | 2004 | 242.00 | 6.90 | 1,669.80 |
| Siddartha Rao | Associate | Litigation | 2008 | 228.00 | 6.70 | 1,595.60 |
| Judy Gruver | Associate | Litigation | 2003 | 273.00 | 1.10 | 328.90 |
| Daniel P. Rubel | Associate | Litigation | 2003 | 250.00 | 1.20 | 327.60 |
| Paul Monsanto | Associate | Litigation | 2010 | 180.00 | 5.20 | 936.00 |
| David S. Hamilton | Associate | Litigation | 2008 | 248.00 | 27.20 | 6,732.00 |
| Theodora D. Vasilatos | Associate | Litigation | 2008 | 242.00 | 48.30 | 12,171.60 |
| David Matusiak | Paralegal | Litigation | | 95.00 | 4.80 | 456.00 |
| **Total** | | | | | **412.20** | **137,709.10** |

**JULY 2012**
**TIMEKEEPER SUMMARY**

| Timekeeper | Position | Department | Year of NY Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Steve Rand | Partner | Litigation | 1979 | 477.00 | 13.90 | 6,630.30 |
| Jantra Van Roy | Partner | Litigation | 1996 | 525.00 | 37.50 | 17,220.00 |
| Bruce Goodman | Of Counsel | Litigation | 1995 | 295.00 | 29.00 | 8,555.00 |
| Michael Antonivich | Clerk | Litigation | | 185.00 | 6.90 | 1,276.50 |
| Rhonda Perretto | Paralegal | Litigation | | 171.00 | .20 | 42.00 |
| Anthony Rosario | Paralegal | Litigation | | 135.00 | 4.40 | 594.00 |
| Greg M. Bernhard | Associate | Litigation | 1988 | 225.00 | 9.70 | 2,182.50 |
| Robert Guttmann | Associate | Litigation | 2002 | 269.00 | 51.00 | 13,719.00 |
| Anna S. Park | Associate | Litigation | 2004 | 242.00 | .90 | 225.00 |
| BJ Finneran | Of Counsel | Litigation | 1988 | 414.00 | 53.80 | 22,273.20 |
| Michael E. Sims | Associate | Litigation | 2004 | 242.00 | .10 | 24.20 |
| Siddartha Rao | Associate | Litigation | 2008 | 228.00 | 29.80 | 7,807.60 |
| Daniel P. Rubel | Associate | Litigation | 2003 | 250.00 | 5.50 | 1,501.50 |
| Paul Monsanto | Associate | Litigation | 2010 | 180.00 | 3.40 | 612.00 |
| Theodora D. Vasilatos | Associate | Litigation | 2008 | 242.00 | 80.80 | 20,361.60 |
| David Matusiak | Paralegal | Litigation | | 95.00 | 3.50 | 354.50 |
| **Total** | | | | | **330.40** | **103,378.90** |

## AUGUST 2012
## TIMEKEEPER SUMMARY

| Timekeeper | Position | Department | Year of NY Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Steve Rand | Partner | Litigation | 1979 | 477.00 | 24.90 | 11,877.30 |
| Jantra Van Roy | Partner | Litigation | 1996 | 525.00 | 59.80 | 30,555.00 |
| Bruce Goodman | Of Counsel | Litigation | 1995 | 295.00 | 21.60 | 6,372.00 |
| Greg Bernhard | Associate | Litigation | 1988 | 225.00 | 7.30 | 1,642.50 |
| Michael Antonivich | Clerk | Litigation | | 185.00 | 3.90 | 721.50 |
| Marion Millnamow | Paralegal | Litigation | | 140.00 | 5.50 | 770.00 |
| Anthony Rosario | Paralegal | Litigation | | 135.00 | 2.80 | 378.00 |
| Robert Guttmann | Associate | Litigation | 2002 | 269.00 | 54.20 | 14,579.80 |
| Anna S. Park | Associate | Litigation | 2004 | 242.00 | 1.60 | 400.00 |
| BJ Finneran | Of Counsel | Litigation | 1988 | 414.00 | 57.10 | 23,639.40 |
| Michael E. Sims | Associate | Litigation | 2004 | 242.00 | 10.30 | 2,492.60 |
| Siddartha Rao | Associate | Litigation | 2008 | 228.00 | .60 | 136.80 |
| Paul Monsanto | Associate | Litigation | 2010 | 180.00 | 38.40 | 6,912.00 |
| David S. Hamilton | Associate | Litigation | 2008 | 248.00 | .70 | 173.25 |
| Theodora D. Vasilatos | Associate | Litigation | 2008 | 242.00 | 40.10 | 10,105.20 |
| David Matusiak | Paralegal | Litigation | | 95.00 | 4.50 | 489.50 |
| **Total** | | | | | **333.30** | **111,244.85** |

## SEPTEMBER 2012
## TIMEKEEPER SUMMARY

| Timekeeper | Position | Department | Year of NY Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Steve Rand | Partner | Litigation | 1979 | 477.00 | 9.20 | 4,388.40 |
| Jantra Van Roy | Partner | Litigation | 1996 | 525.00 | 52.30 | 26,932.50 |
| Bruce Goodman | Of Counsel | Litigation | 1995 | 295.00 | 9.60 | 2,832.00 |
| Greg Bernhard | Associate | Litigation | 1988 | 225.00 | 9.00 | 2,025.00 |
| Frederic M. Umane | Partner | Litigation | 1970 | 550.00 | .40 | 220.00 |
| Michael Antonivich | Clerk | Litigation | | 185.00 | 4.90 | 906.50 |
| Marion Millnamow | Paralegal | Litigation | | 140.00 | 1.70 | 238.00 |
| Anthony Rosario | Paralegal | Litigation | | 135.00 | 8.10 | 1,093.50 |
| Robert Guttmann | Associate | Litigation | 2002 | 269.00 | 74.40 | 20,013.60 |
| Stephen F. Ellman | Partner | Litigation | 1974 | 525.00 | 1.00 | 525.00 |
| BJ Finneran | Of Counsel | Litigation | 1988 | 414.00 | 52.50 | 21,735.00 |
| Michael E. Sims | Associate | Litigation | 2004 | 242.00 | 11.50 | 2,783.00 |
| Siddartha Rao | Associate | Litigation | 2008 | 228.00 | 12.10 | 2,758.80 |
| Paul Monsanto | Associate | Litigation | 2010 | 180.00 | 59.40 | 10,692.00 |
| David S. Hamilton | Associate | Litigation | 2008 | 248.00 | 5.30 | 1,311.75 |
| Theodora D. Vasilatos | Associate | Litigation | 2008 | 242.00 | 36.50 | 9,198.00 |
| Martha Fletcher | Paralegal | Litigation | | 145.00 | .60 | 87.00 |
| Rhonda Perretto | Paralegal | Litigation | | 220.00 | .30 | 63.00 |
| Tarique N. Collins | Associate | Litigation | 2009 | 320.00 | 7.70 | 2,464.00 |
| **Total** | | | | | **356.50** | **110,267.05** |

## OCTOBER 2012
## TIMEKEEPER SUMMARY

| Timekeeper | Position | Department | Year of NY Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Steve Rand | Partner | Litigation | 1979 | 477.00 | 11.60 | 5,533.20 |
| Jantra Van Roy | Partner | Litigation | 1996 | 525.00 | 32.70 | 17,167.50 |
| Bruce Goodman | Of Counsel | Litigation | 1995 | 295.00 | 5.30 | 1,563.50 |
| Greg Bernhard | Associate | Litigation | 1988 | 225.00 | 2.60 | 585.00 |
| Michael Antonivich | Clerk | Litigation | | 185.00 | 4.4 | 814.00 |
| Marion Millnamow | Paralegal | Litigation | | 140.00 | 1.10 | 154.00 |
| Anthony Rosario | Paralegal | Litigation | | 135.00 | 10.90 | 1,471.50 |
| Robert Guttmann | Associate | Litigation | 2002 | 269.00 | 72.10 | 19,394.90 |
| Anna Park | Associate | Litigation | 2004 | 250.00 | .50 | 125.00 |
| BJ Finneran | Of Counsel | Litigation | 1988 | 414.00 | 51.50 | 21,321.00 |
| Michael E. Sims | Associate | Litigation | 2004 | 242.00 | 1.00 | 242.00 |
| Siddartha Rao | Associate | Litigation | 2008 | 228.00 | 3.40 | 775.20 |
| Paul Monsanto | Associate | Litigation | 2010 | 180.00 | 41.60 | 7,488.00 |
| David S. Hamilton | Associate | Litigation | 2008 | 248.00 | 10.80 | 2,673.00 |
| Theodora D. Vasilatos | Associate | Litigation | 2008 | 242.00 | 48.60 | 12,247.20 |
| Martha Fletcher | Paralegal | Litigation | | 145.00 | .50 | 72.50 |
| Rhonda Perretto | Paralegal | Litigation | | 210.00 | 1.10 | 231.00 |
| Tarique N. Collins | Associate | Litigation | 2009 | 320.00 | 8.90 | 2,848.00 |
| **Total** | | | | | **308.60** | **94,706.50** |

## NOVEMBER 2012
## TIMEKEEPER SUMMARY

| Timekeeper | Position | Department | Year of NY Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Steve Rand | Partner | Litigation | 1979 | 477.00 | 16.40 | 7,822.80 |
| Jantra Van Roy | Partner | Litigation | 1996 | 525.00 | 57.70 | 20,895.00 |
| Bruce Goodman | Of Counsel | Litigation | 1995 | 295.00 | 3.40 | 1,003.00 |
| Greg Bernhard | Associate | Litigation | 1988 | 225.00 | .6 | 135.00 |
| Michael Antonivich | Clerk | Litigation | | 185.00 | 1.80 | 333.00 |
| Marion Millnamow | Paralegal | Litigation | | 140.00 | 3.00 | 420.00 |
| Rhonda Perretto | Paralegal | Litigation | | 210.00 | .50 | 105.00 |
| Anthony Rosario | Paralegal | Litigation | | 135.00 | 1.80 | 243.00 |
| Maria Talmadge | Paralegal | Litigation | | 194.00 | .20 | 38.80 |
| Robert Guttmann | Associate | Litigation | 2002 | 269.00 | 52.50 | 14,068.70 |
| Anna Park | Associate | Litigation | 2004 | 250.00 | 5.70 | 1,425.00 |
| BJ Finneran | Of Counsel | Litigation | 1988 | 414.00 | 47.60 | 19,706.40 |
| Michael E. Sims | Associate | Litigation | 2004 | 242.00 | 8.90 | 2,153.80 |
| Siddartha Rao | Associate | Litigation | 2008 | 228.00 | 1.30 | 296.40 |
| Paul Monsanto | Associate | Litigation | 2010 | 180.00 | 13.10 | 2,358.00 |
| David S. Hamilton | Associate | Litigation | 2008 | 248.00 | 8.40 | 2,029.50 |
| Theodora D. Vasilatos | Associate | Litigation | 2008 | 242.00 | 31.70 | 7,988.40 |
| Tarique N. Collins | Associate | Litigation | 2009 | 320.00 | .90 | 288.00 |
| **Total** | | | | | **255.50** | **81,309.80** |

| | Summary of Requested Compensation by Case | | | | |
|---|---|---|---|---|---|
| **Case Number** | **Case Name** | **Total Hours** | **Month** | **Total Fees** | **Total Costs** |
| 10029.013 | GMAC-RFC-MERS v. Walter Guldi | 7.3 | May-12 | 2,414.90 | |
| 10029.015 | Hennessy v. Homecomings | 4.8 | May-12 | 1,447.50 | |
| 10029.019 | Frawley | 2.2 | May-12 | 715.00 | 20.00 |
| 10029.040 | Quiroz v. U.S Nat'l Assn., et al | 3.4 | May-12 | 1,051.40 | |
| 10029.043 | GMAC-ResCap - Hunter | 1.9 | May-12 | 736.20 | |
| 10029.044 | Ally Hoecomings: Deutsche Bank v. Thanhauser, et al | 1.3 | May-12 | 627.90 | |
| 10029.046 | BNY/HFN: Aurora v. Noormohammed, et al. | 1 | May-12 | 447.30 | |
| 10029.048 | GMAC Mtg LLC, v. Joseph and Lillian Arakanchi, et al | 0.4 | May-12 | 210.00 | |
| 10029.049 | U.S. Bank v. Jeffrey Alperin & Jo-Ann Alperin | 0.6 | May-12 | 238.20 | 117.00 |
| 10029.050 | GMAC Mortgage, LLC v. Judeline LeConte, et al | 2.9 | May-12 | 933.70 | |
| 10029.051 | Barbara Campbell v. The Bank of New York, et al | 6.1 | May-12 | 2,324.40 | |
| 10029.052 | GMAC Mortgage, LLC v. Natalie Francois, et al | 2.6 | May-12 | 724.00 | |
| 10029.053 | Margaret & Willie L. Sanders v. US Bank National T | 0.2 | May-12 | 53.80 | |
| 10029.054 | D & R Scholtz v. Experian, Equifax, Aurora & GMAC | 2.4 | May-12 | 864.40 | |
| 10029.055 | MERS - Deutsche Bank, as Trustee for RALI v. Dawn, | 1 | May-12 | 415.80 | |
| 10029.056 | Ally: US Bank v Yoo In Kim, Myoung Sook Kim, et al | 1.5 | May-12 | 687.60 | |
| 10029.057 | GMAC Mortgage LLC v. Winfred Schneider, et al | 0.6 | May-12 | 315.00 | |
| 10029.058 | GMAC v. Margaret Igho, et al | 2.6 | May-12 | 909.00 | |
| 10029.060 | GMAC Mortgage LLC v. Jean Francois Camille, et al | 4.5 | May-12 | 1,896.30 | |
| 10029.061 | MERS-Toussaint v. Greenpoint Mtge | 19.7 | May-12 | 5,708.90 | |
| 10029.062 | GMAC Mortgage LLC v. David Blanco & Maria Canales | 2 | May-12 | 598.00 | |
| 10029.063 | Bank of NY Mellon Trust v. Brown, Villaverde et al | 4.5 | May-12 | 1,929.60 | |
| 10029.065 | Acocella, et al | 17 | May-12 | 4,766.80 | 45.00 |
| 10029.066 | Tissera, et al | 1.7 | May-12 | 587.25 | |
| 10029.067 | Edwards, et al | 0.5 | May-12 | 240.30 | |
| 10029.068 | Cary, et al | 3.4 | May-12 | 1,474.20 | |
| 10029.069 | Damak, et al | 6.2 | May-12 | 1,655.60 | |
| 10029.070 | Aponte, et al | 7.9 | May-12 | 3,337.20 | |
| 10029.071 | Mohammed, et al | 0.6 | May-12 | 135.00 | |
| 10029.072 | Paez, et al | 8.6 | May-12 | 3,500.50 | |
| 10029.074 | Trippi, et al. | 4.2 | May-12 | 1,178.25 | |
| 10029.075 | Marotta, et al | 0.3 | May-12 | 157.50 | |
| 10029.076 | Jordan, et al | 1.4 | May-12 | 552.90 | |
| 10029.077 | Stevenson/Mason Tenders, et al | 1.5 | May-12 | 729.90 | |
| 10029.078 | Sukhu, et al | 0.9 | May-12 | 395.70 | |
| 10029.079 | Zevallos, et al | 2.6 | May-12 | 810.00 | |
| 10029.080 | Minor, et al | 6.9 | May-12 | 2,261.60 | |
| 10029.085 | Hauszpigel, et al. | 0.3 | May-12 | 157.50 | |
| 10029.087 | Schwartz/Star Olsen, | 4.4 | May-12 | 1,586.40 | |
| 10029.088 | Hong et al | 0.6 | May-12 | 238.20 | |
| 10029.091 | Bautista, et al | 1.9 | May-12 | 749.70 | |
| 10029.095 | GMAC-MERS et al v. Ellen Gettinger Grubbs | 2.9 | May-12 | 776.00 | 30.49 |
| 10029.096 | Rene Caraballo and Carmen Torres v. Homecomings | 1.1 | May-12 | 311.40 | |
| | | **148.4** | | **50,850.80** | **212.49** |
| | | | Less $50,000 OCP Monthly Limit | **(50,000.00)** | |
| | | | Total Requested | **850.80** | **212.49** |
| | | | | | |
| | | | | | |
| 10029.013 | GMAC-RFC-MERS v. Walter Guldi | 4.5 | Jun-12 | 1,693.70 | 25.00 |
| 10029.015 | Hennessy v. Homecomings | 1 | Jun-12 | 415.00 | |
| 10029.019 | Frawley | 2.2 | Jun-12 | 770.00 | |
| 10029.039 | Wells Fargo v. Rindenow/Bergel & JP Morgan Chase | 0.8 | Jun-12 | 251.80 | |
| 10029.044 | Ally Hoecomings: Deutsche Bank v. Thanhauser, et al | 2.3 | Jun-12 | 879.90 | |
| 10029.045 | HFN v. Gauther Montgomery, et al | 1.9 | Jun-12 | 853.20 | |
| 10029.046 | BNY/HFN: Aurora v. Noormohammed, et al. | 0.4 | Jun-12 | 198.90 | |
| 10029.048 | GMAC Mtg LLC, v. Joseph and Lillian Arakanchi, et al | 4.9 | Jun-12 | 2,020.90 | |
| 10029.049 | U.S. Bank v. Jeffrey Alperin & Jo-Ann Alperin | 2.8 | Jun-12 | 873.20 | 30.49 |
| 10029.050 | GMAC Mortgage, LLC v. Judeline LeConte, et al | 7.7 | Jun-12 | 2,224.90 | |

## Summary of Requested Compensation by Case

| Case Number | Case Name | Total Hours | Month | Total Fees | Total Costs |
|---|---|---|---|---|---|
| 10029.051 | Barbara Campbell v. The Bank of New York, et al | 13.3 | Jun-12 | 3,954.90 | |
| 10029.052 | GMAC Mortgage, LLC v. Natalie Francois, et al | 2.3 | Jun-12 | 670.30 | 125.49 |
| 10029.053 | Margaret & Willie L. Sanders v. US Bank National T | 2.1 | Jun-12 | 641.70 | |
| 10029.054 | D & R Scholtz v. Experian, Equifax, Aurora & GMAC | 4 | Jun-12 | 1,184.40 | |
| 10029.055 | MERS - Deutsche Bank, as Trustee for RALI v. Dawn, | 8.5 | Jun-12 | 2,305.80 | |
| 10029.056 | Ally: US Bank v Yoo In Kim, Myoung Sook Kim, et al | 1.8 | Jun-12 | 811.80 | |
| 10029.057 | GMAC Mortgage LLC v. Winfred Schneider, et al | 1.2 | Jun-12 | 563.40 | |
| 10029.058 | GMAC v. Margaret Igho, et al | 7.6 | Jun-12 | 3,224.10 | |
| 10029.059 | HSBC Bank, USA v Armando Berrios, et al | 2.4 | Jun-12 | 768.60 | |
| 10029.060 | GMAC Mortgage LLC v. Jean Francois Camille, et al | 1.1 | Jun-12 | 510.90 | |
| 10029.061 | MERS-Toussaint v. Greenpoint Mtge | 5.3 | Jun-12 | 1,565.90 | |
| 10029.062 | GMAC Mortgage LLC v. David Blanco & Maria Canales | 1.6 | Jun-12 | 584.00 | |
| 10029.063 | Bank of NY Mellon Trust v. Brown, Villaverde et al | 12.2 | Jun-12 | 4,523.60 | 20.00 |
| 10029.064 | RFC - Julia Chacon v. WMC Mtge Corp | 0.7 | Jun-12 | 231.00 | |
| 10029.065 | Acocella, et al | 5.4 | Jun-12 | 1,767.40 | 22.00 |
| 10029.066 | Tissera, et al | 8.2 | Jun-12 | 2,196.00 | |
| 10029.067 | Edwards, et al | 6.3 | Jun-12 | 2,985.60 | |
| 10029.068 | Cary, et al | 17 | Jun-12 | 7,112.60 | |
| 10029.070 | Aponte, et al | 4.4 | Jun-12 | 1,854.90 | |
| 10029.071 | Mohammed, et al | 15.2 | Jun-12 | 3,691.00 | |
| 10029.072 | Paez, et al | 4.3 | Jun-12 | 1,677.60 | |
| 10029.073 | Ledan, et al | 7 | Jun-12 | 2,725.20 | |
| 10029.075 | Marotta, et al | 10.8 | Jun-12 | 2,931.30 | |
| 10029.076 | Jordan, et al | 7.7 | Jun-12 | 2,331.80 | |
| 10029.077 | Stevenson/Mason Tenders, et al | 2.8 | Jun-12 | 952.40 | |
| 10029.079 | Zevallos, et al | 1 | Jun-12 | 99.00 | |
| 10029.080 | Minor, et al | 14.4 | Jun-12 | 3,959.00 | |
| 10029.085 | Hauszpigel, et al. | 14.7 | Jun-12 | 3,774.60 | |
| 10029.087 | Schwartz/Star Olsen, | 1.2 | Jun-12 | 466.20 | |
| 10029.088 | Hong et al | 0.7 | Jun-12 | 341.90 | |
| 10029.089 | Wolanski, et al | 1.8 | Jun-12 | 811.80 | |
| 10029.094 | JP Morgan Chase Bank, et al v. Indhira Ramirez, et al | 10.8 | Jun-12 | 3,151.60 | 30.49 |
| 10029.095 | GMAC-MERS et al v. Ellen Gettinger Grubbs | 0.4 | Jun-12 | 99.00 | |
| 10029.097 | Raphael Davron v. Deutsche Bank, et al | 16.5 | Jun-12 | 5,082.10 | |
| 10029.098 | Phillip Scott v. The Bank of New York Trust Company | 20.6 | Jun-12 | 7,125.40 | |
| | | 263.8 | | 86,858.30 | 253.47 |
| | Less $50,000 OCP Monthly Limit | | | (50,000.00) | |
| | | | Total Requested | 36,858.30 | 253.47 |
| | | | | | |
| 10029.013 | GMAC-RFC-MERS v. Walter Guldi | 14.8 | Jul-12 | 4,510.00 | 66.50 |
| 10029.015 | Hennessy v. Homecomings | 1.2 | Jul-12 | 465.00 | |
| 10029.019 | Frawley | 1.4 | Jul-12 | 652.50 | |
| 10029.031 | WMC Mortgage Co. v. Hendrika Vandermulen, et al | 2.2 | Jul-12 | 1,129.40 | |
| 10029.040 | Quiroz v. U.S Nat'l Assn., et al | 2.4 | Jul-12 | 709.20 | |
| 10029.043 | GMAC-ResCap - Hunter | 0.6 | Jul-12 | - | |
| 10029.044 | Ally Hoecomings: Deutsche Bank v. Thanhauser, et al | 1.3 | Jul-12 | 409.50 | |
| 10029.048 | GMAC Mtg LLC, v. Joseph and Lillian Arakanchi, et al | 9.8 | Jul-12 | 3,496.40 | |
| 10029.049 | U.S. Bank v. Jeffrey Alperin & Jo-Ann Alperin | 2.6 | Jul-12 | 853.00 | 20.00 |
| 10029.050 | GMAC Mortgage, LLC v. Judeline LeConte, et al | 3.9 | Jul-12 | 1,177.10 | |
| 10029.051 | Barbara Campbell v. The Bank of New York, et al | 2.6 | Jul-12 | 986.10 | |
| 10029.053 | Margaret & Willie L. Sanders v. US Bank National T | 1.6 | Jul-12 | 584.00 | |
| 10029.054 | D & R Scholtz v. Experian, Equifax, Aurora & GMAC | 0.6 | Jul-12 | 157.50 | |
| 10029.055 | MERS - Deutsche Bank, as Trustee for RALI v. Dawn, | 8.9 | Jul-12 | 2,406.60 | |
| 10029.056 | Ally: US Bank v Yoo In Kim, Myoung Sook Kim, et al | 7.6 | Jul-12 | 3,213.00 | |
| 10029.057 | GMAC Mortgage LLC v. Winfred Schneider, et al | 0.8 | Jul-12 | 386.70 | |
| 10029.059 | HSBC Bank, USA v Armando Berrios, et al | 1.6 | Jul-12 | 485.10 | |
| 10029.060 | GMAC Mortgage LLC v. Jean Francois Camille, et al | 6.6 | Jul-12 | 2,910.00 | |

## Summary of Requested Compensation by Case

| Case Number | Case Name | Total Hours | Month | Total Fees | Total Costs |
|---|---|---|---|---|---|
| 10029.061 | MERS-Toussaint v. Greenpoint Mtge | 3.8 | Jul-12 | 997.00 | |
| 10029.062 | GMAC Mortgage LLC v. David Blanco & Maria Canales | 1.2 | Jul-12 | 476.40 | |
| 10029.063 | Bank of NY Mellon Trust v. Brown, Villaverde et al | 45.1 | Jul-12 | 13,891.30 | 45.00 |
| 10029.065 | Acocella, et al | 3.7 | Jul-12 | 1,057.90 | |
| 10029.066 | Tissera, et al | 0.4 | Jul-12 | - | |
| 10029.068 | Cary, et al | 5.8 | Jul-12 | 2,745.30 | |
| 10029.071 | Mohammed, et al | 20.5 | Jul-12 | 5,531.50 | |
| 10029.072 | Paez, et al | 7.8 | Jul-12 | 2,520.30 | |
| 10029.073 | Ledan, et al | 13.6 | Jul-12 | 5,919.00 | |
| 10029.075 | Marotta, et al | 0.3 | Jul-12 | 157.50 | |
| 10029.076 | Jordan, et al | 6.4 | Jul-12 | 1,550.20 | 45.00 |
| 10029.077 | Stevenson/Mason Tenders, et al | 1.7 | Jul-12 | 534.10 | |
| 10029.080 | Minor, et al | 20.5 | Jul-12 | 5,970.90 | 45.00 |
| 10029.081 | Samuel, et al | 9.6 | Jul-12 | 3,995.20 | |
| 10029.085 | Hauszpigel, et al. | 22.2 | Jul-12 | 5,873.40 | 45.00 |
| 10029.087 | Schwartz/Star Olsen, | 29.8 | Jul-12 | 7,571.70 | |
| 10029.088 | Hong et al | 2.6 | Jul-12 | 760.60 | 96.00 |
| 10029.089 | Wolanski, et al | 23.6 | Jul-12 | 6,240.60 | |
| 10029.097 | Raphael Davron v. Deutsche Bank, et al | 11.4 | Jul-12 | 3,656.80 | 75.49 |
| 10029.098 | Phillip Scott v. The Bank of New York Trust Company | 29.9 | Jul-12 | 9,398.10 | |
| | | 330.4 | | 103,378.90 | 437.99 |
| | | | Less $50,000 OCP Monthly Limit | (50,000.00) | |
| | | | Total Requested | $  53,378.90 | 437.99 |
| | | | | | |
| | | | | | |
| 10029.013 | GMAC-RFC-MERS v. Walter Guldi | 29.3 | Aug-12 | 9,042.10 | 20.00 |
| 10029.015 | Hennessy v. Homecomings | 2 | Aug-12 | 830.00 | |
| 10029.019 | Frawley | 2 | Aug-12 | 830.00 | |
| 10029.031 | WMC Mortgage Co. v. Hendrika Vandermulen, et al | 4.2 | Aug-12 | 1,334.60 | |
| 10029.040 | Quiroz v. U.S Nat'l Assn., et al | 2 | Aug-12 | 777.20 | |
| 10029.042 | GMAC Mortgage LLC v. Joseph & Mary Sapio | 1.6 | Aug-12 | - | |
| 10029.044 | Ally Hoecomings: Deutsche Bank v. Thanhauser, et al | 2.7 | Aug-12 | 950.40 | |
| 10029.045 | HFN v. Gauther Montgomery, et al | 1.2 | Aug-12 | 240.00 | |
| 10029.048 | GMAC Mtg LLC, v. Joseph and Lillian Arakanchi, et al | 19.6 | Aug-12 | 5,746.10 | 45.00 |
| 10029.049 | U.S. Bank v. Jeffrey Alperin & Jo-Ann Alperin | 8.2 | Aug-12 | 2,513.00 | |
| 10029.050 | GMAC Mortgage, LLC v. Judeline LeConte, et al | 1.6 | Aug-12 | 686.40 | |
| 10029.051 | Barbara Campbell v. The Bank of New York, et al | 28.4 | Aug-12 | 9,182.90 | |
| 10029.052 | GMAC Mortgage, LLC v. Natalie Francois, et al | 5.2 | Aug-12 | 1,654.80 | |
| 10029.053 | Margaret & Willie L. Sanders v. US Bank National T | 1.1 | Aug-12 | 500.70 | |
| 10029.054 | D & R Scholtz v. Experian, Equifax, Aurora & GMAC | 2.5 | Aug-12 | 903.00 | |
| 10029.055 | MERS - Deutsche Bank, as Trustee for RALI v. Dawn, | 12 | Aug-12 | 3,297.00 | |
| 10029.056 | Ally: US Bank v Yoo In Kim, Myoung Sook Kim, et al | 2.9 | Aug-12 | 1,245.00 | |
| 10029.057 | GMAC Mortgage LLC v. Winfred Schneider, et al | 10.2 | Aug-12 | 4,051.80 | |
| 10029.058 | GMAC v. Margaret Igho, et al | 4.5 | Aug-12 | 1,974.00 | |
| 10029.060 | GMAC Mortgage LLC v. Jean Francois Camille, et al | 1.7 | Aug-12 | 814.80 | |
| 10029.061 | MERS-Toussaint v. Greenpoint Mtge | 1.5 | Aug-12 | 608.30 | |
| 10029.063 | Bank of NY Mellon Trust v. Brown, Villaverde et al | 7.2 | Aug-12 | 3,135.60 | |
| 10029.065 | Acocella, et al | 45.9 | Aug-12 | 10,576.40 | |
| 10029.067 | Edwards, et al | 8.8 | Aug-12 | 4,142.70 | |
| 10029.068 | Cary, et al | 10.5 | Aug-12 | 4,393.40 | 65.00 |
| 10029.069 | Damak, et al | 6.1 | Aug-12 | 2,070.00 | |
| 10029.070 | Aponte, et al | 1.5 | Aug-12 | 732.00 | |
| 10029.071 | Mohammed, et al | 11.1 | Aug-12 | 3,020.00 | 45.00 |
| 10029.072 | Paez, et al | 6.5 | Aug-12 | 2,846.40 | |
| 10029.073 | Ledan, et al | 7.7 | Aug-12 | 3,543.00 | |
| 10029.074 | Marotta, et al | 2.5 | Aug-12 | 1,044.40 | |
| 10029.076 | Jordan, et al | 3.2 | Aug-12 | 1,069.50 | |
| 10029.077 | Stevenson/Mason Tenders, et al | 10.8 | Aug-12 | 3,235.60 | |

## Summary of Requested Compensation by Case

| Case Number | Case Name | Total Hours | Month | Total Fees | Total Costs |
|---|---|---|---|---|---|
| 10029.080 | Minor, et al | 9.8 | Aug-12 | 3,052.00 | |
| 10029.081 | Samuel, et al | 5.5 | Aug-12 | 2,343.60 | |
| 10029.082 | Batista, et al | 3.2 | Aug-12 | 1,409.90 | |
| 10029.085 | Hauszpigel, et al. | 6.1 | Aug-12 | 2,173.70 | |
| 10029.087 | Schwartz/Star Olsen, | 3.1 | Aug-12 | 1,153.80 | |
| 10029.088 | Hong et al | 4.5 | Aug-12 | 1,432.90 | 37.00 |
| 10029.089 | Wolanski, et al | 2.7 | Aug-12 | 1,116.30 | |
| 10029.091 | Bautista, et al | 15.9 | Aug-12 | 4,953.30 | 45.00 |
| 10029.094 | JP Morgan Chase Bank, et al v. Indhira Ramirez, et al | 3.8 | Aug-12 | 1,191.20 | |
| 10029.095 | GMAC-MERS et al v. Ellen Gettinger Grubbs | 0.4 | Aug-12 | 182.25 | |
| 10029.098 | Phillip Scott v. The Bank of New York Trust Company | 12.1 | Aug-12 | 5,244.80 | |
| | | 333.3 | | 111,244.85 | 257.00 |
| | Less $50,000 OCP Monthly Limit | | | (50,000.00) | |
| | Total Requested | | | $  61,244.85 | 257.00 |
| | | | | | |
| 10029.013 | GMAC-RFC-MERS v. Walter Guldi | 64.2 | Sep-12 | 18,937.60 | 839.68 |
| 10029.018 | Deutsche Bank v. Reina Baruch | 1 | Sep-12 | - | - |
| 10029.040 | Quiroz v. U.S Nat'l Assn., et al | 0.7 | Sep-12 | 273.90 | |
| 10029.044 | Ally Hoecomings: Deutsche Bank v. Thanhauser, et al | 2.1 | Sep-12 | 802.20 | |
| 10029.048 | GMAC Mtg LLC, v. Joseph and Lillian Arakanchi, et al | 5.7 | Sep-12 | 2,470.80 | |
| 10029.049 | U.S. Bank v. Jeffrey Alperin & Jo-Ann Alperin | 1.7 | Sep-12 | 713.30 | |
| 10029.050 | GMAC Mortgage, LLC v. Judeline LeConte, et al | 4.2 | Sep-12 | 1,437.00 | |
| 10029.051 | Barbara Campbell v. The Bank of New York, et al | 14 | Sep-12 | 4,670.40 | 43.74 |
| 10029.052 | GMAC Mortgage, LLC v. Natalie Francois, et al | 0.9 | Sep-12 | 395.70 | |
| 10029.054 | D & R Scholtz v. Experian, Equifax, Aurora & GMAC | 0.9 | Sep-12 | 445.20 | |
| 10029.055 | MERS - Deutsche Bank, as Trustee for RALI v. Dawn, | 5.8 | Sep-12 | 1,721.20 | |
| 10029.056 | Ally: US Bank v Yoo In Kim, Myoung Sook Kim, et al | 3.3 | Sep-12 | 1,203.20 | |
| 10029.057 | GMAC Mortgage LLC v. Winfred Schneider, et al | 2.3 | Sep-12 | 1,118.70 | |
| 10029.058 | GMAC v. Margaret Igho, et al | 1.7 | Sep-12 | 792.60 | |
| 10029.059 | HSBC Bank, USA v Armando Berrios, et al | 22 | Sep-12 | 6,090.00 | |
| 10029.060 | GMAC Mortgage LLC v. Jean Francois Camille, et al | 2.9 | Sep-12 | 1,356.00 | |
| 10029.063 | Bank of NY Mellon Trust v. Brown, Villaverde et al | 19.1 | Sep-12 | 5,843.40 | |
| 10029.065 | Acocella, et al | 4 | Sep-12 | 1,349.20 | 43.50 |
| 10029.066 | Tissera, et al | 10.7 | Sep-12 | 3,580.90 | 66.00 |
| 10029.067 | Edwards, et al | 2.2 | Sep-12 | 1,021.80 | |
| 10029.068 | Cary, et al | 31.1 | Sep-12 | 11,229.10 | |
| 10029.069 | Damak, et al | 0.7 | Sep-12 | 282.60 | |
| 10029.070 | Aponte, et al | 4.5 | Sep-12 | 1,928.20 | |
| 10029.071 | Mohammed, et al | 11.8 | Sep-12 | 3,070.20 | 20.00 |
| 10029.072 | Paez, et al | 5.3 | Sep-12 | 2,316.30 | |
| 10029.073 | Ledan, et al | 5.5 | Sep-12 | 2,576.70 | |
| 10029.075 | Marotta, et al | 6.8 | Sep-12 | 2,212.95 | |
| 10029.076 | Jordan, et al | 31.1 | Sep-12 | 6,512.90 | 96.00 |
| 10029.077 | Stevenson/Mason Tenders, et al | 1.2 | Sep-12 | 620.40 | |
| 10029.080 | Minor, et al | 23.2 | Sep-12 | 4,713.20 | |
| 10029.081 | Samuel, et al | 1.8 | Sep-12 | 466.20 | 35.00 |
| 10029.082 | Batista, et al | 17 | Sep-12 | 4,432.50 | 45.00 |
| 10029.085 | Hauszpigel, et al. | 23.8 | Sep-12 | 7,725.80 | |
| 10029.087 | Schwartz/Star Olsen, | 1.2 | Sep-12 | 556.20 | |
| 10029.088 | Hong et al | 1.1 | Sep-12 | 449.50 | |
| 10029.089 | Wolanski, et al | 5.7 | Sep-12 | 1,767.40 | |
| 10029.091 | Bautista, et al | 8.7 | Sep-12 | 2,355.60 | 145.90 |
| 10029.094 | JP Morgan Chase Bank, et al v. Indhira Ramirez, et al | 1.3 | Sep-12 | 625.90 | |
| 10029.099 | GMAC Mortgage, LLC v. Latisha Yorke, et al. | 5.3 | Sep-12 | 2,202.30 | |
| | | 356.5 | | 110,267.05 | 1,334.82 |
| | Less $75,000 OCP Monthly Limit | | | (75,000.00) | |
| | Total Requested | | | $  35,267.05 | 1,334.82 |

## Summary of Requested Compensation by Case

| Case Number | Case Name | Total Hours | Month | Total Fees | Total Costs |
|---|---|---|---|---|---|
| 10029.013 | GMAC-RFC-MERS v. Walter Guldi | 28.9 | Oct-12 | 7,842.90 | 500.00 |
| 10029.015 | Hennessy v. Homecomings | 1.5 | Oct-12 | 650.00 | |
| 10029.019 | Frawley | 0.4 | Oct-12 | 210.00 | |
| 10029.040 | Quiroz v. U.S Nat'l Assn., et al | 0.6 | Oct-12 | 247.00 | |
| 10029.044 | Ally Hoecomings: Deutsche Bank v. Thanhauser, et al | 1.2 | Oct-12 | 520.80 | |
| 10029.048 | GMAC Mtg LLC, v. Joseph and Lillian Arakanchi, et al | 4 | Oct-12 | 1,767.00 | |
| 10029.049 | U.S. Bank v. Jeffrey Alperin & Jo-Ann Alperin | 13.9 | Oct-12 | 4,086.70 | |
| 10029.050 | GMAC Mortgage, LLC v. Judeline LeConte, et al | 3.5 | Oct-12 | 1,043.90 | |
| 10029.051 | Barbara Campbell v. The Bank of New York, et al | 26 | Oct-12 | 7,837.00 | 22.90 |
| 10029.052 | GMAC Mortgage, LLC v. Natalie Francois, et al | 5.5 | Oct-12 | 1,581.90 | |
| 10029.053 | Margaret & Willie L. Sanders v. US Bank National T | 5 | Oct-12 | 1,246.40 | |
| 10029.054 | D & R Scholtz v. Experian, Equifax, Aurora & GMAC | 1.4 | Oct-12 | 462.00 | |
| 10029.055 | MERS - Deutsche Bank, as Trustee for RALI v. Dawn, | 13.4 | Oct-12 | 3,731.70 | |
| 10029.056 | Ally: US Bank v Yoo In Kim, Myoung Sook Kim, et al | 2.3 | Oct-12 | 621.00 | 150.00 |
| 10029.057 | GMAC Mortgage LLC v. Winfred Schneider, et al | 10.9 | Oct-12 | 4,634.70 | |
| 10029.058 | GMAC v. Margaret Igho, et al | 2.8 | Oct-12 | 1,303.50 | |
| 10029.059 | HSBC Bank, USA v Armando Berrios, et al | 2.3 | Oct-12 | 852.60 | |
| 10029.060 | GMAC Mortgage LLC v. Jean Francois Camille, et al | 6.9 | Oct-12 | 3,233.10 | |
| 10029.061 | MERS-Toussaint v. Greenpoint Mtge | 0.5 | Oct-12 | 94.30 | |
| 10029.063 | Bank of NY Mellon Trust v. Brown, Villaverde et al | 3.6 | Oct-12 | 1,347.40 | 35.00 |
| 10029.065 | Acocella, et al | 2.3 | Oct-12 | 657.50 | |
| 10029.066 | Tissera, et al | 10 | Oct-12 | 3,391.90 | 21.00 |
| 10029.067 | Edwards, et al | 4.2 | Oct-12 | 1,932.60 | |
| 10029.069 | Damak, et al | 0.2 | Oct-12 | 48.40 | |
| 10029.070 | Aponte, et al | 11.7 | Oct-12 | 4,769.50 | 35.00 |
| 10029.071 | Mohammed, et al | 3.9 | Oct-12 | 1,243.50 | 21.00 |
| 10029.072 | Paez, et al | 2.4 | Oct-12 | 1,104.60 | |
| 10029.073 | Ledan, et al | 11.6 | Oct-12 | 4,893.20 | 72.00 |
| 10029.075 | Marotta, et al | 11.2 | Oct-12 | 3,200.55 | |
| 10029.076 | Jordan, et al | 12.9 | Oct-12 | 2,818.10 | |
| 10029.077 | Stevenson/Mason Tenders, et al | 25.6 | Oct-12 | 6,752.80 | 90.00 |
| 10029.079 | Zevallos, et al | 3.7 | Oct-12 | 1,504.95 | |
| 10029.080 | Minor, et al | 24.4 | Oct-12 | 4,983.10 | 40.00 |
| 10029.082 | Batista, et al | 4 | Oct-12 | 1,232.00 | |
| 10029.087 | Schwartz/Star Olsen, | 9.8 | Oct-12 | 2,921.20 | 172.12 |
| 10029.088 | Hong et al | 10.7 | Oct-12 | 3,058.70 | |
| 10029.089 | Wolanski, et al | 11.2 | Oct-12 | 2,432.10 | 45.00 |
| 10029.091 | Bautista, et al | 3.6 | Oct-12 | 1,532.40 | |
| 10029.094 | JP Morgan Chase Bank, et al v. Indhira Ramirez, et al | 1.6 | Oct-12 | 613.60 | |
| 10029.099 | GMAC Mortgage, LLC v. Latisha Yorke, et al. | 9 | Oct-12 | 2,301.90 | |
| | | **308.6** | | **94,706.50** | **1,204.02** |
| | | | **Less $75,000 OCP Monthly Limit** | **(75,000.00)** | |
| | | | **Total Requested** | **$ 19,706.50** | **1,204.02** |
| | | | | | |
| 10029.013 | GMAC-RFC-MERS v. Walter Guldi | 11.9 | Nov-12 | 3,438.90 | 35.00 |
| 10029.015 | Hennessy v. Homecomings | 1.5 | Nov-12 | 540.00 | |
| 10029.019 | Frawley | 6 | Nov-12 | 1,830.00 | |
| 10029.031 | WMC Mortgage Co. v. Hendrika Vandermulen, et al | 10.8 | Nov-12 | 3,110.00 | |
| 10029.039 | Wells Fargo v. Rindenow/Bergel & JP Morgan Chase | 3.6 | Nov-12 | - | |
| 10029.040 | Quiroz v. U.S Nat'l Assn., et al | 1.3 | Nov-12 | 486.50 | |
| 10029.043 | Hunter | 0.4 | Nov-12 | - | |
| 10029.044 | Ally Hoecomings: Deutsche Bank v. Thanhauser, et al | 2.4 | Nov-12 | 795.90 | |
| 10029.045 | HFN v. Gauther Montgomery, et al | 2.8 | Nov-12 | - | |
| 10029.046 | Aurora v. Noormohammed, et al. | 3.7 | Nov-12 | - | |
| 10029.048 | GMAC Mtg LLC, v. Joseph and Lillian Arakanchi, et al | 8.9 | Nov-12 | 3,851.10 | |

| | Summary of Requested Compensation by Case | | | | |
|---|---|---|---|---|---|
| **Case Number** | **Case Name** | **Total Hours** | **Month** | **Total Fees** | **Total Costs** |
| 10029.049 | U.S. Bank v. Jeffrey Alperin & Jo-Ann Alperin | 6.1 | Nov-12 | 1,896.90 | |
| 10029.050 | GMAC Mortgage, LLC v. Judeline LeConte, et al | 16 | Nov-12 | 4,918.40 | |
| 10029.051 | Barbara Campbell v. The Bank of New York, et al | 24.3 | Nov-12 | 8,196.60 | |
| 10029.052 | GMAC Mortgage, LLC v. Natalie Francois, et al | 4.6 | Nov-12 | 1,391.00 | |
| 10029.053 | Margaret & Willie L. Sanders v. US Bank National T | 2.1 | Nov-12 | 718.50 | |
| 10029.054 | D & R Scholtz v. Experian, Equifax, Aurora & GMAC | 3.7 | Nov-12 | 1,560.30 | |
| 10029.055 | MERS - Deutsche Bank, as Trustee for RALI v. Dawn, | 4.8 | Nov-12 | 1,619.10 | |
| 10029.056 | Ally: US Bank v Yoo In Kim, Myoung Sook Kim, et al | 1.5 | Nov-12 | 709.80 | |
| 10029.057 | GMAC Mortgage LLC v. Winfred Schneider, et al | 1.7 | Nov-12 | 803.70 | |
| 10029.058 | GMAC v. Margaret Igho, et al | 2.4 | Nov-12 | 1,126.80 | |
| 10029.060 | GMAC Mortgage LLC v. Jean Francois Camille, et al | 14.9 | Nov-12 | 6,523.80 | |
| 10029.061 | MERS-Toussaint v. Greenpoint Mtge | 0.3 | Nov-12 | 80.70 | |
| 10029.063 | Bank of NY Mellon Trust v. Brown, Villaverde et al | 3.6 | Nov-12 | 1,129.90 | |
| 10029.065 | Acocella, et al | 1.8 | Nov-12 | 581.40 | 20.00 |
| 10029.066 | Tissera, et al | 1.8 | Nov-12 | 746.10 | |
| 10029.067 | Edwards, et al | 4.6 | Nov-12 | 2,015.40 | |
| 10029.068 | Cary, et al | 0.4 | Nov-12 | 187.80 | |
| 10029.069 | Damak, et al | 9 | Nov-12 | 2,252.40 | 45.00 |
| 10029.070 | Aponte, et al | 0.9 | Nov-12 | 372.60 | |
| 10029.071 | Mohammed, et al | 1.1 | Nov-12 | 392.70 | 20.00 |
| 10029.072 | Paez, et al | 19.3 | Nov-12 | 8,378.70 | |
| 10029.073 | Ledan, et al | 2.6 | Nov-12 | 1,143.00 | |
| 10029.074 | Trippi, et al. | 4 | Nov-12 | - | |
| 10029.075 | Marotta, et al | 6.6 | Nov-12 | 2,117.55 | |
| 10029.076 | Jordan, et al | 0.7 | Nov-12 | 362.70 | |
| 10029.077 | Stevenson/Mason Tenders, et al | 10.9 | Nov-12 | 3,569.50 | |
| 10029.078 | Sukhu, et al. | 1 | Nov-12 | - | |
| 10029.079 | Zevallos, et al | 0.1 | Nov-12 | 47.70 | |
| 10029.080 | Minor, et al | 14.3 | Nov-12 | 3,983.50 | |
| 10029.082 | Batista, et al | 10.6 | Nov-12 | 2,739.60 | 65.00 |
| 10029.085 | Hauszpigel, et al. | 1.8 | Nov-12 | - | |
| 10029.087 | Schwartz/Star Olsen, | 11.6 | Nov-12 | 3,377.70 | |
| 10029.088 | Hong et al | 1.6 | Nov-12 | 737.60 | |
| 10029.089 | Wolanski, et al | 2 | Nov-12 | 573.80 | |
| 10029.091 | Bautista, et al | 6 | Nov-12 | 2,012.25 | |
| 10029.094 | JP Morgan Chase Bank et al. v. Indhira Ramirez | 1 | Nov-12 | - | |
| 10029.097 | Raphael Davron v. Deutsche Bank, et al | 1.4 | Nov-12 | 479.00 | |
| 10029.099 | GMAC Mortgage, LLC v. Latisha Yorke, et al. | 1.1 | Nov-12 | 510.90 | |
| | | **255.5** | | 81,309.80 | **185.00** |
| | Less $75,000 OCP Monthly Limit | | | (75,000.00) | |
| | Total Requested | | | $ 6,309.80 | 185.00 |
| | | | | | |
| | | | | | |
| | | | | 638,616.20 | 3,884.79 |

## Expense Category Summary

| Expense Category | Amount |
|---|---|
| Lawyers Service | $640.64 |
| RJI Fee | 285.00 |
| Motion Filing Fee | 675.00 |
| Court Service Fee | 184.57 |
| Filing Fee | 370.00 |
| Notice of Pendency | 110.00 |
| Process Service | 151.00 |
| Hearing Transcript Fee | 45.90 |
| Advertising Fee | 812.68 |
| Foreclosure Sale | 500.00 |
| Discontinuance Fee | 70.00 |
| **Total:** | $3,884.79 |

| Matter Number | Bill Number | Lawyer's Service | RJI Fee | Motion Filing Fee | Court Service Fee | Filing Fee | Notice of Pendency | Process Service | Hearing Transcript Fee | Advertising Fee | Foreclosure Sale | Discontinuance Fee | Documents Fee | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 197175 | 22.00 | 95.00 | | | | | | | | | | | 117.00 |
| 19 | 197157 | 20.00 | | | | | | | | | | | | 20.00 |
| 65 | 197258 | | | 45.00 | | | | | | | | | | 45.00 |
| 95 | 197294 | | | | 30.49 | | | | | | | | | 30.49 |
| | | | | | | | | | | | | | | |
| 65 | 194933 | 22.00 | | | | | | | | | | | | 22.00 |
| 63 | 194937 | 20.00 | | | | | | | | | | | | 20.00 |
| 13 | 194938 | 25.00 | | | | | | | | | | | | 25.00 |
| 94 | 194940 | | | | 30.49 | | | | | | | | | 30.49 |
| 49 | 197300 | | | | 30.49 | | | | | | | | | 30.49 |
| 52 | 197494 | | 95.00 | | 30.49 | | | | | | | | | 125.49 |
| | | | | | | | | | | | | | | |
| 76 | 195573 | | | 45.00 | | | | | | | | | | 45.00 |
| 13 | 195593 | 66.50 | | | | | | | | | | | | 66.50 |
| 97 | 195604 | | | | 30.49 | 45.00 | | | | | | | | 75.49 |
| 63 | 195618 | | | 45.00 | | | | | | | | | | 45.00 |
| 88 | 195725 | 21.00 | | | | | 75.00 | | | | | | | 96.00 |
| 49 | 195729 | 20.00 | | | | | | | | | | | | 20.00 |
| 85 | 195732 | | | 45.00 | | | | | | | | | | 45.00 |
| 80 | 196236 | | | 45.00 | | | | | | | | | | 45.00 |
| | | | | | | | | | | | | | | |
| 48 | 196221 | | | 45.00 | | | | | | | | | | 45.00 |
| 13 | 196229 | 20.00 | | | | | | | | | | | | 20.00 |
| 68 | 196243 | 20.00 | | | | 45.00 | | | | | | | | 65.00 |
| 91 | 196245 | | | 45.00 | | | | | | | | | | 45.00 |
| 88 | 197432 | 37.00 | | | | | | | | | | | | 37.00 |
| 71 | 197568 | | | 45.00 | | | | | | | | | | 45.00 |
| | | | | | | | | | | | | | | |
| 81 | 197438 | | | | | 35.00 | | | | | | | | 35.00 |
| 82 | 197440 | | | 45.00 | | | | | | | | | | 45.00 |
| 91 | 197481 | | | | | | | 100.00 | 45.90 | | | | | 145.90 |
| 13 | 197484 | 27.00 | | | | | | | | 812.68 | | | | 839.68 |
| 71 | 197577 | 20.00 | | | | | | | | | | | | 20.00 |
| 51 | 198237 | 43.74 | | | | | | | | | | | | 43.74 |
| 76 | 198378 | | | | | 45.00 | | 51.00 | | | | | | 96.00 |
| 66 | 198402 | 21.00 | | 45.00 | | | | | | | | | | 66.00 |
| 65 | 198694 | 43.50 | | | | | | | | | | | | 43.50 |
| | | | | | | | | | | | | | | |
| 13 | 198236 | | | | | | | | | | 500.00 | | | 500.00 |
| 70 | 198239 | | | | | 35.00 | | | | | | | | 35.00 |
| 89 | 198241 | | | | | 45.00 | | | | | | | | 45.00 |
| 73 | 198260 | 27.00 | | 45.00 | | | | | | | | | | 72.00 |
| 71 | 198262 | 21.00 | | | | | | | | | | | | 21.00 |
| 63 | 198377 | | | | | 35.00 | | | | | | | | 35.00 |

| Matter Number | Bill Number | Lawyer's Service | RJI Fee | Motion Filing Fee | Court Service Fee | Filing Fee | Pendency | Process Service | Hearing Transcript Fee | Advertising Fee | Foreclosure Sale | Discontinuance Fee | Documents Fee | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 198390 | 22.90 | | | | | | | | | | | | 22.90 |
| 66 | 198500 | 21.00 | | | | | | | | | | | | 21.00 |
| 56 | 198502 | 40.00 | | | | 75.00 | | | | | | 35.00 | | 150.00 |
| 80 | 198537 | | | | | | | | | | | | 40.00 | 40.00 |
| 77 | 198538 | | | 45.00 | | 45.00 | | | | | | | | 90.00 |
| 87 | 198637 | | 95.00 | 45.00 | 32.12 | | | | | | | | | 172.12 |
| | | | | | | | | | | | | | | |
| 71 | 198380 | 20.00 | | | | | | | | | | | | 20.00 |
| 82 | 198383 | 20.00 | | 45.00 | | | | | | | | | | 65.00 |
| 13 | 198384 | | | | | | | | | | | 35.00 | | 35.00 |
| 69 | 198398 | | | 45.00 | | | | | | | | | | 45.00 |
| 65 | 198696 | 20.00 | | | | | | | | | | | | 20.00 |
| | | | | | | | | | | | | | | |
| | | 640.64 | 285.00 | 675.00 | 184.57 | 370.00 | 110.00 | 151.00 | 45.90 | 812.68 | 500.00 | 70.00 | 40.00 | 3,884.79 |