**Exhibit 1**

Zeichner Ellman & Krause LLP
575 Lexington Avenue – 10th Floor
New York, New York 10022
Telephone: (212) 223-0400
Facsimile: (212) 753-0396
Jantra Van Roy, Esq.

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATION OF JANTRA VAN ROY IN SUPPORT OF ZEK'S FIRST QUARTERLY APPLICATION FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH NOVEMBER 30, 2012**

I, Jantra Van Roy, hereby certify that:

1. I am a member of the applicant firm, Zeichner Ellman & Krause LLP ("ZEK"), with responsibility for compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (General Order M-447, effective February 5, 2013) (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 799], dated July 17, 2012 (the "**OCP Order**"), and

ny-1054398 v3

collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**") in the jointly administered Chapter 11 cases of Residential Capital, LLC, *et al.* (collectively, the "**Debtors**"), pursuant to Sections 327, 330 and 331 of the Bankruptcy Code, Fed. R. Bank P. 2016, and Local Bankruptcy Rule 2016-1.

2. This certification is made in respect of ZEK's application, dated March 12, 2013 (the "Application"), for interim compensation and reimbursement of expenses for the period commencing May 14, 2012 through and including November 30, 2012.

3. I certify that:

   a. I have read the Application;

   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

   c. the fees and disbursements sought are billed at rates in accordance with those customarily charged by ZEK and generally accepted by ZEK's clients; and

   d. in providing a reimbursable service, ZEK does not make a profit on that service, whether the service is performed by ZEK in-house or through a third party.

4. I certify that the Debtors, the Creditors Committee and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application, along with the parties entitled to receive the Application.

ny-1054398 v3

Respectfully Submitted,

By:/s/ _____
Jantra Van Roy
Zeichner Ellman & Krause LLP
575 Lexington Avenue – 10th Floor
New York, New York 10022
Telephone: (212) 223-0400
Facsimile: (212) 753-0396 / 0646
Email: jvanroy@zeklaw.com

Dated: New York, NY
       March 12, 2013

ny-1054398 v3