Zeichner Ellman & Krause LLP
575 Lexington Avenue – 10th Floor
New York, New York 10022
Telephone: (212) 223-0400
Facsimile: (212) 753-0396
Jantra Van Roy, Esq.

*Ordinary Course Professional for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | CERTIFICATE OF SERVICE |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

      Angela Fitzpatrick, pursuant to 28 U.S.C. 1746 and under the penalty of perjury, says: that I am over the age of eighteen years, and am not a party herein, and that on the 12th day of March, 2013, I caused to be served the Fee Application of Zeichner Ellman & Krause LLP and the exhibits thereto. upon the parties hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a representative of UNITED PARCEL SERVICE for delivery by overnight mail to said parties at their last known addresses given below:

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Tammy Hamzehpour

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
      and Brian S. Masumoto

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Larren M. Nashelsky, Gary S. Lee<br>   and Lorenzo Marinuzzi | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Richard M. Cieri and<br>   Ray C. Schrock |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Kenneth H. Eckstein and<br>   Douglas H. Mannal | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, New York 10036<br>Attn: Kenneth S. Ziman and<br>   Jonathan H. Hofer |

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Flour
Poughkeepsie, NY 12601

In addition, a copy of these same documents has been emailed to the following:

| | |
|---|---|
| Tammy. Hamzehpour | Tammy.Hamzehpour@ally.com |
| Larren M. Nashelsky | LNashelsky@mofo.com |
| Gary S. Lee | GLee@mofo.com |
| Lorenzo Marinuzzi | LMarinuzzi@mofo.com |
| Eric Richards | ERichards@mofo.com |
| Laura Guido | LGuido@mofo.com |
| Anne Suffern | ASuffern@mofo.com |
| John Kline | JKline@mofo.com |
| Ryan Nielsen | ryan.nielsen@gmacrescap.com |
| Kenneth H. Eckstein | KEckstein@kramerlevin.com |
| Douglas H. Mannal | DMannal@kramerlevin.com |
| Richard M. Cieri | Richard.Cieri@Kirkland.com |
| Ray C. Schrock | Ray.Schrock@Kirkland.com |
| Kenneth S. Ziman | Kenneth.Ziman@Skadden.com |
| Jonathan H. Hofer | Jonathan.Hofer@Skadden.com |
| Tracy Hope Davis | Tracy.Davis2@usdoj.gov |
| Linda A. Riffkin | Linda.Riffkin@usdoj.gov |
| Brian S. Masumoto | Brian.Masumoto@usdoj.gov |
| Eric J. Small, Esq. | eric.j.small@usdoj.gov |

Dated: March 12, 2013

_____
ANGELA FITPZATRICK