**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) Case No. 12-12020 (MG) |
| | ) Honorable Martin Glenn |
| Debtors. | ) |
| | ) Jointly Administered |

------------------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard M. Ashton, a member in good standing of the bar of the state of Maryland, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Board of Governors of the Federal Reserve System (the "**Board of Governors**") in the above-referenced bankruptcy cases.

The Board of Governors is an agency of the U.S. Government. I therefore request the waiver of any fees associated with this motion for *pro hac vice* admission.

Dated:   March 12, 2013         Respectfully submitted,
         Washington, D.C.

                                */s/* Richard M. Ashton
                                BOARD OF GOVERNORS OF THE
                                FEDERAL RESERVE SYSTEM
                                20th and C Streets, N.W.
                                Washington, D.C. 20551
                                Telephone: 202-452-3750
                                Facsimile: 202-736-5615
                                E-mail: rich.ashton@frb.gov

                                *Attorney for Board of Governors*