**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

| | )  | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Honorable Martin Glenn |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------------------

## ORDER

**ORDERED,**

that Richard M. Ashton is admitted to practice, *pro hac vice*, in the above-referenced cases, in the

United States Bankruptcy Court, Southern District of New York.  Mr. Ashton represents the Board

of Governors of the Federal Reserve System, an agency of the U.S. Government, and is therefore

exempt from filing fees.

Dated:    _____          _____
          New York, New York                          United States Bankruptcy Judge