**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ )
In re:                                                                   )   Chapter 11
                                                                         )
RESIDENTIAL CAPITAL, LLC, *et al.*,                                      )   Case No. 12-12020 (MG)
                                                                         )   Honorable Martin Glenn
                                                                         )
                                              Debtors.                   )   Jointly Administered
------------------------------------------------------------------------ )

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jennifer L. Sutton, a member in good standing of the bar of the state of California and the bar of the District of Columbia, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Board of Governors of the Federal Reserve System (the "**Board of Governors**") in the above-referenced bankruptcy cases.

The Board of Governors is an agency of the U.S. Government. I therefore request the waiver of any fees associated with this motion for *pro hac vice* admission.

Dated:   March 12, 2013
         Washington, D.C.

Respectfully submitted,

*/s/* Jennifer L. Sutton
BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM
20th and C Streets, N.W.
Washington, D.C.  20551
Telephone:  202-452-3564
Facsimile:  202-736-5615
E-mail:  jennifer.l.sutton@frb.gov

*Attorney for Board of Governors*