**Exhibit C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Business Operations | 0R0802-107722 | Ramos, Maria Lilia - 696810 | 0.70 | $ 124.00 |
| Business Operations | 0R0802-301007 | ETS Operations Assessment - 711036 | 81.70 | $ 20,855.50 |
| Business Operations | 0R0802-301019 | Default Counsel Oversight Framework - 712999 | 1.10 | $ 378.00 |
| Business Operations | 0R0802-301055 | Code Violations LOS ANGELES, CITY OF - 698487 | 5.90 | $ 1,227.00 |
| Business Operations | 0R0802-301068 | ECB Citations New York | 1.10 | $ 355.30 |
| Business Operations | 0R0802-301074 | Frasure, David | 0.20 | $ 37.00 |
| Business Operations | 0R0802-301081 | Consent Order - Mortgage Operations Compliance Review - | 89.50 | $ 27,537.40 |
| Business Operations | 0R0802-301082 | Kentucky Mortgage Dispute - 721351 | 0.90 | $ 218.20 |
| Business Operations | 0R0802-301096 | Kentucky Mortgage Dispute - 704821 | 0.60 | $ 149.00 |
| Business Operations | 0R0802-301098 | Florida Damaged Property Dispute - 724564 | 0.20 | $ 30.00 |
| Business Operations | 0R0802-301104 | ROBINSON, Carl | 0.40 | $ 60.00 |
| Business Operations | 0R0802-301110 | REO Document Execution - 725704 | 67.60 | $ 14,493.00 |
| Business Operations | 0R0802-301113 | ACS Document Review - 725849 | 150.20 | $ 52,939.50 |
| Business Operations | 0R0802-301115 | Arizona Foreclosure Dispute - 726128 | 2.10 | $ 453.00 |
| Business Operations | 0R0802-301117 | Meza, Gilbert | 0.70 | $ 160.90 |
| Business Operations | 0R0802-301118 | Cedillo, Darla | 0.50 | $ 82.30 |
| Business Operations | 0R0802-301120 | Arizona Foreclosure Dispute - 726816 | 0.30 | $ 76.20 |
| Business Operations | 0R0802-301123 | Washington Title Issue - 727006 | 2.10 | $ 550.50 |
| Business Operations | 0R0802-301129 | Auto Dialer Assesment - 727459 | 66.50 | $ 20,183.90 |
| Business Operations | 0R0802-301131 | Sawyer, Candy | 0.50 | $ 89.60 |
| Business Operations | 0R0802-301133 | AG Standing Metrics Review - 727571 | 102.00 | $ 29,294.40 |
| Business Operations | 0R0802-301134 | On-Site Litigation Review - 728178 | 125.30 | $ 41,113.40 |
| Business Operations | 0R0802-301138 | ETS TRO Advice-728471 | 9.90 | $ 1,899.00 |
| Business Operations | 0R0802-301142 | Giallombardo, Charles | 0.90 | $ 158.50 |
| Business Operations | 0R0802-301144 | Bankruptcy Stay Implementation Review - 733771 | 86.10 | $ 18,248.00 |
| Business Operations | 0R0802-301145 | Kentucky Mortgage Dispute - 726413 | 1.10 | $ 282.00 |
| Business Operations | 0R0802-301146 | KY Unreleased Mortgage Issue - 726395 | 0.90 | $ 228.80 |
| Business Operations | 0R0802-301147 | Kentucky Pre-Litigation - 729157 | 0.60 | $ 159.60 |
| Business Operations | 0R0802-301148 | Mississippi Pre-Litigation - 729191 | 0.60 | $ 138.40 |
| Business Operations | 0R0802-301151 | SCRA review - 729275 | 138.90 | $ 44,307.60 |
| Business Operations | 0R0802-301152 | Attorney General Settlement Letters Post Bankruptcy - 729745 | 3.80 | $ 1,478.20 |
| Business Operations | 0R0802-301153 | Florida Advice Matter - 730465 | 22.70 | $ 5,339.10 |

**Exhibit C**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Business Operations | 0R0802-301154 | Texas Advice Matter - 730698 | 3.00 | $ 692.60 |
| Business Operations | 0R0802-301155 | Shively, Robert & Treva | 3.10 | $ 517.20 |
| Business Operations | 0R0802-301156 | Pasco County Registry Issues - 730775 | 19.70 | $ 4,436.10 |
| Business Operations | 0R0802-301158 | Wappel, Gregory | 0.30 | $ 68.40 |
| Business Operations | 0R0802-301160 | GMAC Affidavit Project - 702040 | 1,850.10 | $ 509,395.50 |
| Business Operations | 0R0802-301161 | Discrimination Allegation - 731465 | 3.10 | $ 986.80 |
| Business Operations | 0R0802-301162 | Hart, Carl | 0.80 | $ 276.00 |
| Business Operations | 0R0802-301163 | Texas State Complaince Training - 731729 | 166.00 | $ 36,434.10 |
| Business Operations | 0R0802-301164 | George, Christopher | 0.30 | $ 43.50 |
| Business Operations | 0R0802-301165 | Lallemand, Gloria | 0.60 | $ 90.00 |
| Business Operations | 0R0802-301166 | Kazork.com | 0.60 | $ 161.80 |
| Business Operations | 0R0802-301168 | Fresco, Juan | 0.30 | $ 90.00 |
| Business Operations | 0R0802-301169 | Oklahoma Assignment Issue - 732228 | 0.50 | $ 99.00 |
| Business Operations | 0R0802-301171 | West Virginia Senate Bill 551 - 732163 | 7.70 | $ 1,977.90 |
| Business Operations | 0R0802-301172 | Texas HAMP Issue - 729185 | 0.30 | $ 49.50 |
| Business Operations | 0R0802-301176 | SCRA Inquiry - 719827 | 45.60 | $ 14,189.40 |
| Business Operations | 0R0802-301177 | Record Services Review - 733483 | 102.50 | $ 31,865.00 |
| Business Operations | 0R0802-301178 | REO on-site review - 733668 | 259.10 | $ 54,223.90 |
| Business Operations | 0R0802-301179 | California Subpoena - 733733 | 4.80 | $ 696.00 |
| Business Operations | 0R0802-301180 | Florida Compliance review - 733956 | 51.50 | $ 17,767.50 |
| Business Operations | 0R0802-301181 | Arizona File Review | 18.40 | $ 5,778.90 |
| Business Operations | 0R0802-301182 | Litton Loan Review - 734208 | 1,209.80 | $ 335,102.00 |
| Business Operations | 0R0802-301183 | Greenspan, Marcus | 33.90 | $ 7,103.20 |
| Business Operations | 0R0802-301184 | Redemption Period - 50 States | 0.80 | $ 269.60 |
| Business Operations | 0R0802-301188 | Advice for Home Equity Loans | 0.50 | $ 111.50 |
| Business Operations | 0R0802-301189 | Foreclosure Remediation - 734882 | 11.10 | $ 3,621.00 |
| Business Operations | 0R0802-301193 | Notary Review - 735440 | 38.00 | $ 12,316.00 |
| Business Operations | 0R0802-301194 | WA-Successor Trustee Issue - 735354 | 2.30 | $ 759.00 |
| Business Operations | 0R0802-301220 | AG Settlement & Implementation 705025 | 1,868.90 | $ 523,844.70 |
| Business Operations | 0R0802-301572 | KY-Assignment and Release of Mortgage Issue, 704822 | 2.20 | $ 564.00 |
| Business Operations | 0R0803-105781 | REO - Property in Dahlonega, GA | 2.00 | $ 440.00 |
| Business Operations | 0R0803-106017 | Blue Spruce | 1.10 | $ 192.50 |
| Business Operations | 0R0803-106533 | Perlleshi, Shpresa | 0.40 | $ 70.00 |
| Business Operations | 0r0803-106891 | CITY OF LOS ANGELES PROPERTY MAINTENANCE AND FORECLOSURE | 3.80 | $ 1,007.00 |
| Business Operations | 0R0803-107382 | REO Property- in Tampa, FL | 3.10 | $ 565.00 |
| Business Operations | 0R0803-108891 | REO Property -in Ridgedale, MO | 6.70 | $ 1,976.50 |
| Business Operations | 0R0803-109172 | REO Property - Winter Garden, FL | 1.00 | $ 175.00 |

**Exhibit C**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Business Operations | 0R0803-109264 | REO Property - in Squaw Valley, CA | 1.90 | $ 779.00 |
| Business Operations | 0R0803-109849 | Administrative Judgement Review | 2.50 | $ 637.50 |
| Business Operations | 0R0803-109911 | REO-Property in Dallas, TX | 2.40 | $ 684.00 |
| Business Operations | 0R0803-301046 | REO-Property in Newbury, OH | 2.70 | $ 594.00 |
| Business Operations | 0R0803-301064 | McDowell, Kevin | 2.10 | $ 511.50 |
| Business Operations | 0R0803-301078 | REO-Property in Saint Albans, WV | 0.80 | $ 176.00 |
| Business Operations | 0R0803-301083 | Allen, Nicholas B. | 0.70 | $ 128.50 |
| Business Operations | 0R0803-301092 | REO Property in Dadeville, AL | 0.10 | $ 22.00 |
| Business Operations | 0R0803-301098 | REO-Property in Bessemer, AL | 24.10 | $ 5,302.00 |
| Business Operations | 0R0803-301140 | REO-Properties in California | 1.30 | $ 443.00 |
| Business Operations | 0R0803-301142 | REO-Property in Dallas, GA | 2.50 | $ 737.50 |
| Business Operations | 0R0803-301144 | REO-Property in Houston, TX | 2.60 | $ 724.00 |
| Business Operations | 0R0803-301145 | REO Property in Washington, D.C. | 0.50 | $ 140.00 |
| Business Operations | 0R0803-301146 | REO Property | 0.60 | $ 168.00 |
| Business Operations | 0R0803-301166 | REO Property - Rio Grande City, TX | 7.40 | $ 1,907.00 |
| Business Operations | 0R0803-301169 | REO-Property in Eads, TN | 1.90 | $ 418.00 |
| Business Operations | 0R0803-301170 | REO-Property in Brooklyn, NY | 1.20 | $ 264.00 |
| Business Operations | 0R0803-301172 | REO-Property in Bunkerhill, WV | 0.20 | $ 82.00 |
| Business Operations | 0R0803-301173 | REO-Property in Tarpon, FL | 6.50 | $ 1,394.00 |
| Business Operations | 0R0803-301175 | REO Property - Longmont | 0.90 | $ 157.50 |
| Business Operations | 0R0803-301178 | REO-Property in Gradbury, TX | 5.90 | $ 1,563.50 |
| Business Operations | 0R0803-301179 | REO-Property in Richmond, VA | 1.20 | $ 387.00 |
| Business Operations | 0R0803-301180 | REO-Property in Lake Worth, FL | 0.20 | $ 82.00 |
| Business Operations | 0R0803-301181 | REO-Property in Atlanta, GA | 20.00 | $ 5,541.50 |
| Business Operations | 0R0807-301001 | Foreclosure Title Claims Issues | 262.80 | $ 60,553.00 |
| **Total for Business Operations:** | | | **7,042.50** | **$ 1,933,999.90** |
| Fee/Employment Applications | 0R0802-301143 | Employment and Fee Applications | 298.50 | $ 102,837.80 |
| **Total for Fee/Employment Applications:** | | | **298.50** | **$ 102,837.80** |
| Litigation | 0G2012-301001 | De Franceschi, Robert - 702113 | 0.50 | $ 111.50 |
| Litigation | 0G2012-301002 | Mack, Barry Fritz - 715129 | 54.30 | $ 17,493.50 |
| Litigation | 0G2012-301003 | Contreras, Christopher - 706627 | 0.40 | $ 58.00 |
| Litigation | 0G2012-301008 | Haffey, Heather Boone McKeever - 689042 | 57.50 | $ 15,356.90 |
| Litigation | 0G2012-301009 | McDonald, Anthony D. and Mary B. - 696479 | 3.00 | $ 799.60 |
| Litigation | 0G2012-301010 | Sexton, Rhonda and Scott Scher - 714753 | 29.50 | $ 6,621.90 |
| Litigation | 0G2012-301012 | Adorno, Amarilis E. - 704174 | 57.40 | $ 13,873.60 |
| Litigation | 0G2012-301014 | Clawson, Mary Beth and Riddle, John (Clawson V. GMAC) | 2.80 | $ 420.00 |

**Exhibit C**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---:|---:|
| Litigation | 0G2012-301015 | Haggerty, Kevin D. (Flat) - 710417 | 19.70 | $ 4,493.50 |
| Litigation | 0G2012-301020 | Cross, Janice - 709049 | 4.50 | $ 893.40 |
| Litigation | 0G2012-301021 | Montgomery, David - 727120 | 1.10 | $ 342.80 |
| Litigation | 0G2012-301023 | Lamont, Steven (Flat) - 709039 | 1.30 | $ 419.90 |
| Litigation | 0G2012-301024 | Badillo, Marc Antonio (GMAC v. Badillo) - 696712 | 2.60 | $ 550.00 |
| Litigation | 0G2012-301026 | Dunavant, Andrew - 713334 | 60.00 | $ 17,710.00 |
| Litigation | 0G2012-301027 | Hopper, Patrick J. - 712180 | 62.40 | $ 15,181.00 |
| Litigation | 0G2012-301028 | Alsobrook, Courtney D. (Flat) - 711093 | 25.70 | $ 8,977.60 |
| Litigation | 0G2012-301030 | Donaldson, Anthony and Carrie - 695185 | 5.60 | $ 1,932.00 |
| Litigation | 0G2012-301031 | Mahlin, Robert G. - 702685 | 1.00 | $ 239.60 |
| Litigation | 0G2012-301033 | Colvin, Amelia (Colvin v. HFN) - 686851 | 104.00 | $ 22,517.00 |
| Litigation | 0G2012-301035 | Farkas, Janos | 16.40 | $ 3,297.30 |
| Litigation | 0G2012-301036 | Miesmer, Dean Thomas and Saraley Inez - 687152 | 14.50 | $ 3,057.90 |
| Litigation | 0G2012-301037 | Defreze, Steven M. - 713376 | 16.10 | $ 3,252.70 |
| Litigation | 0G2012-301038 | Lafitte, Robert M. - 703187 | 1.50 | $ 252.30 |
| Litigation | 0G2012-301039 | Wane, Amadou (US Bank v. Wane) - 702516 | 39.10 | $ 7,992.60 |
| Litigation | 0G2012-301041 | Thigpen, Melissa (Estate of Ethel Malone) - 706770 | 9.60 | $ 2,400.00 |
| Litigation | 0G2012-301042 | Ruiz, Juan - 699974 | 1.10 | $ 220.00 |
| Litigation | 0G2012-301043 | Orwick, David - 718267 | 7.70 | $ 1,773.90 |
| Litigation | 0G2012-301044 | Melinder, Christina (Flat) - 690220 | 11.10 | $ 2,286.20 |
| Litigation | 0G2012-301045 | Moulds, Dan D. and Crystle M. - 715979 | 0.60 | $ 150.00 |
| Litigation | 0G2012-301047 | Hooker, Ashley (Hooker v. GMAC) - 713410 | 0.60 | $ 111.00 |
| Litigation | 0G2012-301049 | Prappas, George (American National Title v. GMAC) - 714803 | 37.50 | $ 7,218.70 |
| Litigation | 0G2012-301050 | Parker, Michael & Nancy - 707812 | 38.10 | $ 9,059.70 |
| Litigation | 0G2012-301051 | Efrain Galvez v. Deutsche Bank National Trust Company - | 3.60 | $ 642.30 |
| Litigation | 0G2012-301054 | Smith, Mark A. - 712653 | 0.50 | $ 125.00 |
| Litigation | 0G2012-301055 | Ezell, Joann - 712411 | 3.40 | $ 840.20 |
| Litigation | 0G2012-301058 | Stallings, Thomas S. and Stephanie D. - 714133 | 3.30 | $ 715.30 |
| Litigation | 0G2012-301059 | Dillard, Leonidas L. - 707801 | 2.10 | $ 593.80 |
| Litigation | 0G2012-301061 | Poswalk, Robert (Flat) - 709618 | 81.20 | $ 23,473.30 |
| Litigation | 0G2012-301062 | English, Michelle (Flat) - 709816 | 9.30 | $ 2,042.60 |
| Litigation | 0G2012-301063 | Gardner, Mary - 711738 | 37.60 | $ 8,587.00 |
| Litigation | 0G2012-301065 | Fowler, Raymond - 715285 | 11.00 | $ 2,423.40 |
| Litigation | 0G2012-301066 | Liber, Kristi | 15.20 | $ 3,021.00 |

**Exhibit C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0G2012-301070 | Housewright, Rick (Lori) | 15.20 | $ 3,153.40 |
| Litigation | 0G2012-301073 | Clancy, Gurney C. and Dorothy | 3.20 | $ 903.20 |
| Litigation | 0G2012-301074 | Mitchell, Laurie Foster - 719598 | 104.00 | $ 22,779.00 |
| Litigation | 0G2012-301075 | Lafitte, Elizabeth Bowen - 703911 | 4.70 | $ 1,514.10 |
| Litigation | 0G2012-301076 | Lipinski, Margaret A. - 720586 | 0.40 | $ 58.00 |
| Litigation | 0G2012-301077 | Cottell, Fiona | 12.30 | $ 3,165.20 |
| Litigation | 0G2012-301078 | Farrell, Patrick (Farrell v. GMAC) - 692660 | 53.00 | $ 12,059.20 |
| Litigation | 0G2012-301080 | Hinson, Robert A. (Bankruptcy) - 700284 | 1.70 | $ 549.50 |
| Litigation | 0G2012-301081 | Luria, Neil F. as Trustee to the Taylor, Bean & Whitaker | 1.60 | $ 362.00 |
| Litigation | 0G2012-301082 | Harris, Beverley | 0.70 | $ 150.20 |
| Litigation | 0G2012-301083 | Davis, James and Jarvill, Patricia (Flat) - 709242 | 0.60 | $ 157.80 |
| Litigation | 0G2012-301084 | McClanahan, Michael - 717294 | 45.20 | $ 10,207.80 |
| Litigation | 0G2012-301085 | Hanna, Ben and Donna (Flat) - 709246 | 2.90 | $ 701.90 |
| Litigation | 0G2012-301086 | Evans, Anderson - 700546 | 6.90 | $ 1,785.20 |
| Litigation | 0G2012-301087 | Stabins, Crissy (Denby Trustee v. GMACM) | 1.00 | $ 345.00 |
| Litigation | 0G2012-301089 | Reed, Clarence and Frances Hollis - 706870 | 4.60 | $ 994.00 |
| Litigation | 0G2012-301090 | Flannigan, Ryan - 688129 | 27.40 | $ 6,566.30 |
| Litigation | 0G2012-301091 | Kaur, Jasbir - 702513 | 1.40 | $ 257.50 |
| Litigation | 0G2012-301092 | Fernandez, Luis R. | 2.10 | $ 354.00 |
| Litigation | 0G2012-301093 | Moore, Michael W. - 700772 | 46.40 | $ 12,984.40 |
| Litigation | 0G2012-301094 | Sands, Sharon - 707254 | 1.50 | $ 324.00 |
| Litigation | 0G2012-301095 | Brackney, Charles - 704177 | 13.90 | $ 2,801.50 |
| Litigation | 0G2012-301096 | Meguid, Hassan (Meguid v. Mortgage Elec. Regis Sys) - 697887 | 5.20 | $ 1,256.90 |
| Litigation | 0G2012-301097 | Valdes, Noella E. | 19.30 | $ 4,656.50 |
| Litigation | 0G2012-301099 | Gasque, Carrie - 700507 | 5.00 | $ 1,352.50 |
| Litigation | 0G2012-301100 | Odongo, Maurice - 714375 | 28.60 | $ 5,815.20 |
| Litigation | 0G2012-301101 | Grisham, James - 719346 | 0.70 | $ 103.00 |
| Litigation | 0G2012-301102 | Rode, Richard D. | 0.70 | $ 184.10 |
| Litigation | 0G2012-301103 | Valeeva, Galina and Evalina Okouneva - 706906 | 6.00 | $ 1,375.30 |
| Litigation | 0G2012-301104 | Stanley, John | 0.50 | $ 100.00 |
| Litigation | 0G2012-301105 | Millar, Linda - 701016 | 38.20 | $ 8,412.60 |
| Litigation | 0G2012-301106 | Coe, Derrick - 704160 | 4.50 | $ 1,272.30 |
| Litigation | 0G2012-301107 | Williams, Robert D. & Suzanne M. - 717397 | 1.50 | $ 360.00 |
| Litigation | 0G2012-301108 | Harris, Anthony L. (Flat) - 686391 | 38.80 | $ 8,015.10 |
| Litigation | 0G2012-301109 | Anderson, David and Lynne - 711608 | 2.30 | $ 451.90 |
| Litigation | 0G2012-301110 | Lemons, Angela - 702559 | 13.10 | $ 2,376.00 |

**Exhibit C**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---:|---:|
| Litigation | 0G2012-301111 | Guzik, Frank S., Jr. (Bank of New York v. Almond) | 4.40 | $ 934.00 |
| Litigation | 0G2012-301112 | Martin, Mary Collette (Martin v. HFN) - 693729 | 0.90 | $ 237.20 |
| Litigation | 0G2012-301113 | Patterson, Reginal and Diana (GMAC v. Patterson) | 4.90 | $ 1,021.00 |
| Litigation | 0G2012-301115 | Savitz, Jason (Deutsche Bank v. Savitz) - 686549 | 17.90 | $ 4,485.70 |
| Litigation | 0G2012-301116 | Williams, Samuel and Carolyn - 693701 | 2.20 | $ 553.50 |
| Litigation | 0G2012-301117 | Mills, Joseph and Kathy - 713657 | 4.00 | $ 841.20 |
| Litigation | 0G2012-301118 | Cutler, Edith, Estate of - 720423 | 0.40 | $ 87.60 |
| Litigation | 0G2012-301120 | Lewis, Joyce L. (MERS v. Lewis) - 693575 | 42.40 | $ 7,818.90 |
| Litigation | 0G2012-301121 | Paksima, Zaytoon | 0.30 | $ 53.00 |
| Litigation | 0G2012-301122 | Porter, Lolina - 705274 | 0.70 | $ 145.80 |
| Litigation | 0G2012-301123 | Pata, Michael - 717577 | 7.80 | $ 1,529.70 |
| Litigation | 0G2012-301124 | Reynolds, Mable (Reynolds v. Brian Sheldon and GMAC) | 172.80 | $ 37,496.30 |
| Litigation | 0G2012-301125 | Eaton, Donald and Kellly - 699859 | 8.80 | $ 2,008.00 |
| Litigation | 0G2012-301126 | Shaw, Linda and James (Shaw v. Bank of New York Mellon) | 0.50 | $ 125.00 |
| Litigation | 0G2012-301127 | Giampietro, Francis (Ali v. Giampietro) - 697162 | 14.80 | $ 3,869.80 |
| Litigation | 0G2012-301129 | Law, Theodore W., III - 713325 | 1.40 | $ 261.10 |
| Litigation | 0G2012-301130 | Freedlund, Michael J. and Teresa A. | 2.90 | $ 464.20 |
| Litigation | 0G2012-301131 | Spencer, Billy and Janet R. - 720738 | 2.00 | $ 394.60 |
| Litigation | 0G2012-301132 | Anderson, Cedric P. - 694866 | 45.90 | $ 9,346.56 |
| Litigation | 0G2012-301133 | Nichols, Carl G. and Liese M. (Nichols v. GMAC) - 696374 | 118.30 | $ 32,302.84 |
| Litigation | 0G2012-301134 | Silmon, Derrious (GMAC v. Silmon) - 695405 | 128.70 | $ 20,576.86 |
| Litigation | 0G2012-301135 | Davidson, Dorothy (GMAC v. Davidson) - 696111 | 21.00 | $ 4,593.82 |
| Litigation | 0G2012-301136 | Clement, Lawrence E. & Sherry (GMAC v. Clement) - 689356 | 45.60 | $ 2,276.29 |
| Litigation | 0G2012-301137 | Del Rio, Miguel and Xiomara (U S. Bank v. Del Rio) | 45.10 | $ 7,422.66 |
| Litigation | 0G2012-301138 | Pearlman, Louis J. (Kapila v. Frischetti) - 691865 | 29.30 | $ 6,593.08 |
| Litigation | 0G2012-301139 | Lowe, Charles R. - 700282 | 37.10 | $ 5,035.70 |
| Litigation | 0G2012-301140 | Bradford, Ruth | 36.20 | $ 4,065.06 |
| Litigation | 0G2012-301141 | Lawson, Harper - 700500 | 78.50 | $ 4,550.31 |
| Litigation | 0G2012-301142 | Ballou, Richard and Erin - 690586 | 84.80 | $ 8,815.82 |
| Litigation | 0G2012-301143 | Andrews, Kenneth L. and Lora P. | 25.50 | $ 2,093.45 |
| Litigation | 0G2012-301144 | Hunter, Heather W. - 714414 | 42.10 | $ 3,017.23 |

**Exhibit C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0G2012-301145 | Wasserman, Michael - 711942 | 88.30 | $ 13,428.00 |
| Litigation | 0G2012-301146 | Harris, Hanalei & Quannah - 712541 | 59.40 | $ 10,332.07 |
| Litigation | 0G2012-301147 | Gutierrez, Armando - 712846 | 53.40 | $ 15,025.93 |
| Litigation | 0G2012-301148 | Forte, Michael - 713294 | 28.40 | $ 3,660.87 |
| Litigation | 0G2012-301149 | Lang, Byron - 710702 | 22.50 | $ 3,483.37 |
| Litigation | 0G2012-301150 | Telluride, LLC v. GMAC Mortgage, et. al.- 713377 | 46.10 | $ 3,414.93 |
| Litigation | 0G2012-301151 | Nelson, Sean M. - 708187 | 59.90 | $ 6,371.51 |
| Litigation | 0G2012-301152 | Todd, Richard and Debra - 703817 | 46.80 | $ 7,631.57 |
| Litigation | 0G2012-301153 | Landry, Joyce M. | 12.60 | $ 210.99 |
| Litigation | 0G2012-301154 | Sifuentes, Manuel and Theresa | 3.60 | $ 8,887.64 |
| Litigation | 0G2012-301155 | Bates, Mary T. - 716293 | 18.00 | $ 2,312.67 |
| Litigation | 0G2012-301156 | Hodges, Charles R. - 716313 | 48.50 | $ 3,277.22 |
| Litigation | 0G2012-301157 | Grier, Chartreas | 100.70 | $ 11,781.11 |
| Litigation | 0G2012-301158 | Singleton, Jerry R. and Kimberly K. | 157.90 | $ 22,029.50 |
| Litigation | 0G2012-301159 | Howard, Jr., Francis F. | 31.80 | $ 2,732.24 |
| Litigation | 0G2012-301160 | Robertson, Darren - 717802 | 45.40 | $ 5,720.66 |
| Litigation | 0G2012-301161 | Clem, James Randy and Cheryl | 27.40 | $ 307.22 |
| Litigation | 0G2012-301162 | Brett, John E. and Janice F. | 29.80 | $ 2,782.96 |
| Litigation | 0G2012-301163 | ROUX, Denise | 29.40 | $ 7,028.68 |
| Litigation | 0G2012-301164 | Diggs, Varnell Lee - 720310 | 122.80 | $ 16,765.86 |
| Litigation | 0G2012-301165 | Pham, Dung | 15.40 | $ 3,762.66 |
| Litigation | 0G2012-301166 | Cunningham, Norvell - 714114 | 6.30 | $ 2,187.81 |
| Litigation | 0G2012-301167 | Coleman, Glen M. - 720809 | 34.60 | $ 3,930.65 |
| Litigation | 0G2012-301168 | KENNEDY, JR., M. Lewis | 187.20 | $ 32,487.76 |
| Litigation | 0G2012-301169 | Fasig, Jennifer & John Thomas | 276.10 | $ 46,096.49 |
| Litigation | 0G2012-301170 | Hay, Ambie | 68.90 | $ 3,096.79 |
| Litigation | 0G2012-301171 | Wells, Mark - 720703 | 98.80 | $ 16,793.71 |
| Litigation | 0G2012-301172 | KOLOPANAS, Charles & Diane | 18.40 | $ 4,133.57 |
| Litigation | 0G2012-301173 | Barnet, Rosa | 63.70 | $ 2,427.00 |
| Litigation | 0G2012-301174 | PERRY, Frank & Alesheia | 124.40 | $ 40,465.00 |
| Litigation | 0G2012-301175 | Lewis, SR., Alcide A. & Lillie A. | 25.10 | $ 4,097.50 |
| Litigation | 0G2012-301176 | Krantz, Robert | 103.10 | $ 8,993.10 |
| Litigation | 0G2012-301177 | WILLIAMSON, George | 8.50 | $ 3,063.20 |
| Litigation | 0G2012-301178 | Salmeron, Vicki R. | 79.70 | $ 4,015.40 |
| Litigation | 0G2012-301179 | GORMAN, Terrance and Karen | 46.80 | $ 5,276.30 |
| Litigation | 0G2012-301180 | Lamour, Paula | 92.40 | $ 4,417.80 |
| Litigation | 0G2012-301181 | Kittler, Janice | 55.30 | $ 7,485.20 |
| Litigation | 0G2012-301182 | Davalos, Ilian | 30.90 | $ 11,246.40 |
| Litigation | 0G2012-301183 | Payne, Christopher A. | 44.00 | $ 2,383.20 |
| Litigation | 0G2012-301184 | Toranzo, Joaquin A. | 67.30 | $ 6,311.40 |
| Litigation | 0G2012-301185 | Zhu, Mingfeng | 73.80 | $ 4,596.00 |
| Litigation | 0G2012-301186 | Lutze, Walter | 44.00 | $ 3,846.70 |
| Litigation | 0G2012-301187 | Lynch, Christine & Ethna as Trustees | 124.30 | $ 17,009.20 |
| Litigation | 0G2012-301188 | Dupont, Aida | 96.90 | $ 10,833.50 |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0G2012-301189 | Armstrong, Danny and Patricia | 141.30 | $ 16,985.80 |
| Litigation | 0G2012-301190 | Villegas, Jose Dejesus | 100.20 | $ 8,330.70 |
| Litigation | 0G2012-301191 | Tamposi, Candace Ann - 706845 | 112.00 | $ 18,800.33 |
| Litigation | 0G2012-301192 | Godfrey, Richard B. - 707666 | 61.70 | $ 8,722.13 |
| Litigation | 0G2012-301193 | Dowdy, Bridgette (HFN v. Tax Rescue, L.P.) - 696331 | 7.40 | $ 5.58 |
| Litigation | 0G2012-301194 | Frazier, Debra (Frazier v. MERS) - 693991 | 31.00 | $ 1,359.61 |
| Litigation | 0G2012-301195 | Brandon Mills v. GMAC Mortgage, LLC - 708797 | 27.20 | $ 717.34 |
| Litigation | 0G2012-301196 | Styren, Orli G. | 43.10 | $ 552.32 |
| Litigation | 0G2012-301197 | Allison, Henry Pete and Shirley A. (Bony v. Alllison)-690134 | 48.00 | $ 9,331.25 |
| Litigation | 0G2012-301198 | MILLER, Joan & David | 63.30 | $ 4,518.79 |
| Litigation | 0G2012-301199 | Raphael, Jacques | 17.70 | $ 1,428.14 |
| Litigation | 0G2012-301200 | Real, Thomas W. & Elaine | 48.90 | $ 157.12 |
| Litigation | 0G2012-301201 | Cain, III, Odes and Thea L. | 29.80 | $ 4,756.16 |
| Litigation | 0G2012-301202 | Turner, Travis (Rady v. MERS) - 718857 | 77.40 | $ 1,186.87 |
| Litigation | 0G2012-301203 | Brown, Gary | 68.80 | $ 804.00 |
| Litigation | 0G2012-301204 | MUSCARI, Janet and Louis | 52.40 | $ 1,406.08 |
| Litigation | 0G2012-301205 | Gerstein, Margaret | 76.30 | $ 4,253.50 |
| Litigation | 0G2012-301206 | Scott, Vallarie | 133.70 | $ 14,331.80 |
| Litigation | 0G2012-301207 | Habib, Husein | 80.30 | $ 268.00 |
| Litigation | 0R0802-102836 | Pierre, Pearl (The Bank of New York v. Pierre) - 707079 | 29.80 | $ 7,933.20 |
| Litigation | 0R0802-107194 | Herskovic, Veronica (GMAC v. Herskovic) - 698444 | 0.20 | $ 42.00 |
| Litigation | 0R0802-108374 | Kentucky Assignment Dispute - 704824 | 0.60 | $ 149.00 |
| Litigation | 0R0802-108547 | Kovalchick, Peter C. and Donna Lyn - 698566 | 0.50 | $ 97.10 |
| Litigation | 0R0802-301047 | State of Nevada vs. LPS | 19.20 | $ 2,491.60 |
| Litigation | 0R0802-301073 | Noriega, Henry & Carmen | 4.70 | $ 792.50 |
| Litigation | 0R0802-301116 | Smith, Pierre | 0.90 | $ 152.20 |
| Litigation | 0R0802-301159 | Florida Code Violations Issue - 731420 | 3.90 | $ 807.00 |
| Litigation | 0R0802-301191 | Texas Foreclosure Dispute - 735113 | 1.20 | $ 294.00 |
| Litigation | 0R0802-301202 | Gooding, Wendy M. - 703916 | 0.80 | $ 276.00 |
| Litigation | 0R0802-305006 | Vega, Pedro - 708556 | 11.20 | $ 2,479.60 |
| Litigation | 0R0802-305015 | Butterfield, Lisa - 713817 | 6.10 | $ 1,369.90 |
| Litigation | 0R0805-108578 | MAC Issues | 1.80 | $ 370.80 |
| Litigation | 0R0806-105015 | Hagar, Daniel and Beverly A. (Donnelly Concrete v. Hagar) | 0.20 | $ 58.00 |
| Litigation | 0R0806-106888 | Sardegna, Robert L. and Vivian J. (Florida Gas v. Sardegna) | 26.80 | $ 9,205.00 |
| Litigation | 0R0806-301001 | Wingo, Robbie & Cherie | 4.80 | $ 915.50 |
| Litigation | 0R0806-301005 | Dufour, Judy | 12.00 | $ 3,203.50 |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0R0806-301006 | Rogers, Larry | 4.30 | $ 988.50 |
| Litigation | 0R0806-301010 | Hurley, Victoria (Truly Noble Service v. Hurley) | 5.00 | $ 1,132.50 |
| Litigation | 0R0806-301011 | Bishop, Sr., Dale F. | 0.60 | $ 168.00 |
| Litigation | 0R0806-301012 | Potter, Kathy M. | 1.20 | $ 344.00 |
| Litigation | 0R0806-301013 | Caraballo, Mariano and Debra | 1.40 | $ 400.00 |
| Litigation | 0R0806-301014 | COLE, GREGORY & Gaynell | 0.20 | $ 30.00 |
| Litigation | 0R0806-301015 | LETBETTER, Inez and Frank | 4.40 | $ 790.50 |
| Litigation | 0R0806-301016 | Willaman, James N. | 0.60 | $ 120.00 |
| Litigation | 0R0806-301017 | Haney, Janet | 15.50 | $ 3,109.50 |
| Litigation | 0R0806-301018 | Beach, Michael | 3.70 | $ 971.50 |
| Litigation | 0R0806-301019 | Huff, Louis E. | 3.20 | $ 594.00 |
| Litigation | 0R0806-301020 | Chatani, Navin | 7.40 | $ 2,080.00 |
| Litigation | 0R0806-301021 | Mapp, Cicily P. | 0.30 | $ 70.50 |
| Litigation | 0R0806-301022 | Holloway, Anthony | 11.90 | $ 2,335.00 |
| Litigation | 0R0806-301023 | Vanderburg, Wesley (Senn, Shelly aka Vanderburg) | 0.30 | $ 45.00 |
| Litigation | 0R0806-301024 | Lucero, Lynda J. | 0.70 | $ 213.50 |
| Litigation | 0R0806-301025 | Rice, Robert A. | 4.50 | $ 1,235.50 |
| Litigation | 0R0806-301026 | Dodd, Jacquetta S. | 1.20 | $ 273.00 |
| Litigation | 0R0806-301027 | Thorne, Hal T. | 11.90 | $ 2,601.50 |
| Litigation | 0R0806-301028 | Chin, Richard A. | 10.10 | $ 2,113.50 |
| Litigation | 0R0806-301030 | Heard, Venessia | 1.10 | $ 220.50 |
| Litigation | 0R0806-301031 | Town of Pima v. GMAC Mortgage | 0.60 | $ 168.50 |
| Litigation | 0R0806-301032 | Atkinson, Scott; Tipton, Darrin; Hughes, Greg | 0.10 | $ 22.50 |
| Litigation | 0R0806-301033 | Rodgers, Ella L. | 9.30 | $ 1,830.00 |
| Litigation | 0R0806-301035 | Reynolds, Homer E. | 3.50 | $ 650.00 |
| Litigation | 0R0806-301036 | Dotson, Karla | 11.80 | $ 2,465.00 |
| Litigation | 0R0806-301037 | Trimdorival, Kerlyn L. | 3.90 | $ 855.00 |
| Litigation | 0R0806-301038 | Belew, Barney J. | 24.60 | $ 6,018.00 |
| Litigation | 0R0806-301039 | Sunser, Charles & Colleen | 4.10 | $ 925.50 |
| Litigation | 0R0806-301040 | Boyer, Joseph & Catherine | 1.70 | $ 493.00 |
| Litigation | 0R0806-301041 | Holt, James & Pamela | 11.80 | $ 2,412.00 |
| Litigation | 0R0806-301042 | Marion County v. BP Realty, LLC; Sallee Horse Vans, Inc.; | 19.10 | $ 4,311.00 |
| Litigation | 0R0806-301043 | Paul, Rita and Benjamin | 7.70 | $ 2,148.00 |
| Litigation | 0R0806-301044 | Cawthorne, Robert | 5.30 | $ 1,107.50 |
| Litigation | 0R0808-097885 | Agnew - United Leasing v. Agnew, Residential Funding, et al. | 0.80 | $ 241.80 |
| Litigation | 0R0808-104171 | Scott, Jack (Scott v. GMAC) - 691867 | 16.10 | $ 4,202.20 |
| Litigation | 0R0808-104980 | Longoni, Pam - 698077 | 7.40 | $ 1,861.30 |
| Litigation | 0R0808-105109 | Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863 | 7.80 | $ 2,539.30 |

**Exhibit C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0R0808-105192 | Brown, Sonseeahry (Brown v. Home Source Lending) - 694816 | 0.30 | $ 53.00 |
| Litigation | 0R0808-108064 | Mitchell, Jimmie D. (Mitchell v. GMAC) - 696974 | 1.20 | $ 334.80 |
| Litigation | 0R0808-108317 | Walls, Mari - 696873 | 1.40 | $ 306.70 |
| Litigation | 0R0808-109205 | Ritchie, Timothy L. - 705942 | 4.00 | $ 1,329.00 |
| Litigation | 0R0808-301001 | Ochoa, Louis J. (Hourly) - 710503 | 30.60 | $ 5,047.20 |
| Litigation | 0R0808-301002 | Siverand, Diane (Hourly) - 711629 | 0.20 | $ 29.00 |
| Litigation | 0R0808-301003 | David Stern Enterprises, Inc. - 713139 | 0.60 | $ 101.80 |
| Litigation | 0R0808-301004 | Christian County Clerk (Michael Kem) - 713214 | 0.20 | $ 29.00 |
| Litigation | 0R0808-301005 | Oden, Travis and Tina - 713701 | 4.70 | $ 814.50 |
| Litigation | 0R0808-301006 | Trevino, Gilbert & Myrna - 713693 | 0.20 | $ 69.00 |
| Litigation | 0R0808-301008 | Robertson, Dale | 1.80 | $ 474.00 |
| Litigation | 0R0808-301009 | Murray, Jerome | 0.30 | $ 43.50 |
| Litigation | 0R0808-301011 | Motto, Nicole | 62.10 | $ 12,255.80 |
| Litigation | 0R0808-301014 | PRENTICE, Clarence C. | 32.70 | $ 7,295.70 |
| Litigation | 0R0808-301015 | Emiabata, Phillip & Sylvia | 1.60 | $ 347.50 |
| Litigation | 0R0808-301016 | Goodwin, Sue | 4.70 | $ 1,621.50 |
| Litigation | 0R0808-301020 | Cupp, Elizabeth (Langley v. Cupp, et al.) | 6.10 | $ 1,242.60 |
| Litigation | 0R0808-301021 | ESKANOS, Barry and Ami (BANKRUPTCY) | 1.50 | $ 418.20 |
| Litigation | 0R0808-301024 | COUNSIL, Sr., Christopher Douglas and Joann Irene | 8.90 | $ 2,394.40 |
| Litigation | 0R0808-301026 | Thornburg, Donald & Arlene | 3.60 | $ 666.00 |
| Litigation | 0R0808-301027 | Mattox, Cashes - 713554 | 13.70 | $ 4,032.60 |
| Litigation | 0R0808-301028 | Walters, Selena Shannon - 705298 | 1.70 | $ 128.10 |
| Litigation | 0R0808-301029 | Iglesias, Fanny T. - 705963 | 10.30 | $ 2,525.60 |
| Litigation | 0R0808-301030 | Proof of Claim Representation - 710312 | 0.20 | $ 67.00 |
| Litigation | 0R0808-301032 | Romero, Jose (Hourly) - 708760 | 0.70 | $ 226.10 |
| Litigation | 0R0808-301034 | Goldstein, Gary | 10.50 | $ 2,081.40 |
| Litigation | 0R0808-301035 | Bryson, Christopher L. and Kimmosha Johnson - 712454 | 0.20 | $ 69.00 |
| Litigation | 0R0808-301036 | Gallow, Robert Lee and Michelle Williams - 712651 | 0.20 | $ 69.00 |
| Litigation | 0R0808-301037 | Gilbert, Rex T. and Daniela L. (Gilbert v. Deutsche Bank) | 8.30 | $ 2,341.10 |
| Litigation | 0R0808-301038 | American Residential Equities - 699506 | 3.40 | $ 969.00 |
| Litigation | 0R0808-301039 | Dixon (Wachovia Bank of Delaware v. Michelle Dixon, | 30.60 | $ 8,572.90 |
| Litigation | 0R0808-301040 | Petra Finance, LLC (Petra v. GMAC) - 690409 | 1.90 | $ 123.50 |
| Litigation | 0R0808-301041 | Ostolski, Brad & Paula | 44.90 | $ 8,193.00 |

**Exhibit C**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0R0808-301042 | Del Valle, Luis G. | 2.90 | $ 635.90 |
| Litigation | 0R0808-301044 | Herrera, Daniel & Teresa Marina (City of Corpus Christi v. | 1.40 | $ 255.00 |
| Litigation | 0R0808-301045 | Studivant, Charles and Juanita (Studivant v. MERS) | 1.30 | $ 448.50 |
| Litigation | 0R0808-301047 | McGinnis, Cornelius and Teresa - 696927 | 3.80 | $ 1,000.20 |
| Litigation | 0R0808-301049 | Figueroa, Ignacio | 1.00 | $ 181.40 |
| Litigation | 0R0808-301051 | Wood, David - 709635 | 0.90 | $ 171.00 |
| Litigation | 0R0808-301053 | Yates, Laytoa Shantell - 710301 | 0.70 | $ 212.70 |
| Litigation | 0R0808-301054 | Nashman, James A. - 711432 | 0.60 | $ 186.50 |
| Litigation | 0R0808-301055 | Bates, Barrett R. (St of TN Ex Rel v. MERS, et al.) - 711791 | 0.20 | $ 76.00 |
| Litigation | 0R0808-301057 | Peake, David & Sandra - 713877 | 2.30 | $ 793.50 |
| Litigation | 0R0808-301058 | SIMPSON, David D. | 0.30 | $ 103.50 |
| Litigation | 0R0808-301059 | Ackerson, Teresa L. and Michael A. - 714656 | 22.90 | $ 6,075.40 |
| Litigation | 0R0808-301060 | Michael Aguayo v. U.S. Bancorp d/b/a and a/k/a U.S National | 37.70 | $ 9,438.40 |
| Litigation | 0R0808-301061 | Shipley, Charles and Patricia (First Bank of TN v. Johnston) | 1.80 | $ 722.00 |
| Litigation | 0R0808-301063 | Edquid, Frederic and Leslie | 0.10 | $ 22.30 |
| Litigation | 0R0808-301064 | Morton, E. D. | 1.60 | $ 262.40 |
| Litigation | 0R0808-301067 | Hall, John & Robin | 2.30 | $ 732.00 |
| Litigation | 0R0808-301070 | Tutler, Stephen William | 0.70 | $ 101.50 |
| Litigation | 0R0808-301071 | MCINTYRE, Shannon | 11.70 | $ 2,097.40 |
| Litigation | 0R0808-301072 | Meachum, H. Wayne (Meachum v. JP Morgan Chase Bank) | 0.70 | $ 129.50 |
| Litigation | 0R0808-301073 | Cranwill, Patrick and Glenda | 1.60 | $ 284.70 |
| Litigation | 0R0808-301074 | Rodriguez, Robert & Victoria | 0.90 | $ 193.50 |
| Litigation | 0R0808-301075 | Wernisch, James | 1.20 | $ 78.00 |
| Litigation | 0R0808-301076 | Delisle, James | 0.80 | $ 190.50 |
| Litigation | 0R0808-301086 | Caliendo, Anthony J. & April | 4.00 | $ 888.90 |
| Litigation | 0R0808-301088 | Tankersley, William & Margaret | 7.40 | $ 1,567.10 |
| Litigation | 0R0808-301093 | Mulcahy, Daniel | 18.20 | $ 5,505.40 |
| Litigation | 0R0808-301102 | Matthews, Kevin | 85.00 | $ 29,964.90 |
| Litigation | 0R0808-301111 | Dixon, Anthony - 720553 | 0.10 | $ 21.90 |
| Litigation | 0R0808-301120 | Horbaczuk, Bohdan | 0.70 | $ 172.00 |
| Litigation | 0R0808-301124 | Brown, Kevin | 9.30 | $ 2,907.60 |
| Litigation | 0R0808-301125 | Hopper, Gary (O'Carolan v. GMAC) | 1.50 | $ 355.00 |
| Litigation | 0R0808-301126 | Josef Arnon v. GMAC Mortgage, LLC - 727040 | 1.40 | $ 389.80 |
| Litigation | 0R0808-301129 | Dali-Bey, Nassim | 12.90 | $ 2,673.00 |
| Litigation | 0R0808-301130 | Fischer, Philip W. | 86.40 | $ 25,312.60 |
| Litigation | 0R0808-301133 | Morrison, Dianne | 11.40 | $ 2,141.50 |
| Litigation | 0R0808-301135 | Hardy, Kerry | 8.60 | $ 1,681.80 |
| Litigation | 0R0808-301142 | Hoyos, Carlos | 0.20 | $ 32.00 |

## Exhibit C
**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0R0808-301144 | Indymac Federal Bank v. Ronnette Elaine Brown, et. al. - | 8.80 | $ 2,849.50 |
| Litigation | 0R0808-301149 | Lakhani, Mitesh P. | 0.70 | $ 141.50 |
| Litigation | 0R0808-301151 | Alonso, Amparo | 17.00 | $ 4,018.30 |
| Litigation | 0R0808-301152 | Olmos, Jose & Alejandrina | 8.60 | $ 1,747.90 |
| Litigation | 0R0808-301154 | Tapia, Jorge | 0.20 | $ 32.00 |
| Litigation | 0R0808-301155 | Noonan, Robert & Dana | 0.50 | $ 172.50 |
| Litigation | 0R0808-301157 | LeBlanc, Carl (Noriko Ishkawa aka Noriko LeBlanc) | 0.60 | $ 110.80 |
| Litigation | 0R0808-301158 | Choudhary, Azra | 19.50 | $ 3,618.70 |
| Litigation | 0R0808-301163 | Ortiz, Rubin | 2.20 | $ 452.60 |
| Litigation | 0R0808-301164 | Villalon, Carlos | 29.90 | $ 5,907.70 |
| Litigation | 0R0808-301165 | Williams, Linda & Kelvin | 64.00 | $ 19,813.00 |
| Litigation | 0R0808-301166 | Poulos, Steven (4535 West Powell, Phoenix, AZ) | 0.70 | $ 210.00 |
| Litigation | 0R0808-301167 | Poulos, Steven (8866 East Shangri La Road, Scottsdale, AZ) | 1.00 | $ 107.00 |
| Litigation | 0R0808-301168 | Sumpter, Winnie Marie Vincent | 7.90 | $ 1,459.00 |
| Litigation | 0R0808-301169 | Lawson, Ronald | 0.40 | $ 58.00 |
| Litigation | 0R0808-301170 | Morse, Gregory C. | 61.40 | $ 12,713.00 |
| Litigation | 0R0808-301171 | Flury, Rosaura N. | 1.90 | $ 220.50 |
| Litigation | 0R0808-301172 | Hickey, Patrick and Cecilia | 9.80 | $ 1,825.70 |
| Litigation | 0R0808-301174 | Campero, Hernan | 7.20 | $ 1,512.20 |
| Litigation | 0R0808-301175 | Rosenberger, Marcus | 6.00 | $ 1,273.50 |
| Litigation | 0R0808-301176 | Story, Lloyd A. | 1.20 | $ 270.00 |
| Litigation | 0R0808-301177 | Evans, Clarke | 1.90 | $ 356.20 |
| Litigation | 0R0808-301178 | Aleman, Alberto | 4.60 | $ 925.40 |
| Litigation | 0R0808-301179 | Ready, Michelle L. | 27.90 | $ 5,043.00 |
| Litigation | 0R0808-301181 | Zhu, Xiao Ling | 39.30 | $ 7,594.10 |
| Litigation | 0R0808-301182 | Palmer, Allison N. | 10.40 | $ 2,599.10 |
| Litigation | 0R0808-301185 | Seaton, Thomas & Melissa | 9.70 | $ 2,168.80 |
| Litigation | 0R0808-301186 | Shepheard, Nigel & Heather | 109.50 | $ 34,922.50 |
| Litigation | 0R0808-301187 | Baker, Naser (Egret's Landing) | 3.20 | $ 644.10 |
| Litigation | 0R0808-301189 | Mirville, Jean Jacques | 16.60 | $ 3,222.70 |
| Litigation | 0R0808-301191 | Gorra, Egbert | 121.20 | $ 23,683.90 |
| Litigation | 0R0808-301192 | Gailiunas, Bruno and Gungor, Anuchka | 60.00 | $ 12,383.60 |
| Litigation | 0R0808-301193 | Galano, Lisa | 0.30 | $ 94.00 |
| Litigation | 0R0808-301194 | Beshara, Theresa M. | 10.80 | $ 2,043.20 |
| Litigation | 0R0808-301195 | Lampel, Arnold | 9.20 | $ 2,284.60 |
| Litigation | 0R0808-301196 | Depriest, Norma | 36.70 | $ 13,331.00 |
| Litigation | 0R0808-301197 | Sanchez, David | 10.70 | $ 1,948.10 |
| Litigation | 0R0808-301198 | Fikhman, George | 0.80 | $ 234.00 |
| Litigation | 0R0808-301199 | Hamilton, Clarence R. | 32.00 | $ 11,535.60 |
| Litigation | 0R0808-301200 | Jolly, Laurant | 20.20 | $ 4,759.10 |
| Litigation | 0R0808-301201 | Beard, Pamela | 1.50 | $ 517.50 |
| Litigation | 0R0808-301202 | Bassoli, Zirlei | 10.20 | $ 2,456.00 |
| Litigation | 0R0808-301203 | Franklin, Tom | 0.30 | $ 43.50 |
| Litigation | 0R0808-301204 | Seeberger, Kenneth | 16.00 | $ 3,662.50 |

**Exhibit C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0R0808-301205 | Tautiva, Eduardo | 98.20 | $ 22,108.60 |
| Litigation | 0R0808-301206 | Morley, Joseph K. | 8.60 | $ 2,837.50 |
| Litigation | 0R0808-301207 | Salzgeber, Robert L & Susan G. | 26.80 | $ 5,686.20 |
| Litigation | 0R0808-301208 | Lane, Lia & Russell | 4.70 | $ 1,204.20 |
| Litigation | 0R0808-301209 | Lombardi, Lauren | 11.30 | $ 2,227.50 |
| Litigation | 0R0808-301210 | Savvidis, Eva | 41.20 | $ 14,189.30 |
| Litigation | 0R0808-301211 | Kim, Hee Ok & Kim, Chong E. | 1.10 | $ 168.50 |
| Litigation | 0R0808-301212 | Ward, Shenette | 0.90 | $ 233.00 |
| Litigation | 0R0808-301213 | Lopez, Noa | 7.70 | $ 1,440.00 |
| Litigation | 0R0808-301214 | Garcia, Chrystian | 4.50 | $ 1,239.00 |
| Litigation | 0R0808-301215 | Beachy, Stephen | 81.60 | $ 15,935.10 |
| Litigation | 0R0808-301216 | Brown, Rodney & Melanie | 36.70 | $ 7,645.20 |
| Litigation | 0R0808-301217 | Hudson, Richard | 9.70 | $ 2,328.00 |
| Litigation | 0R0808-301218 | Friedle, Justin | 66.70 | $ 14,288.00 |
| Litigation | 0R0808-301219 | Emerick, William Todd | 1.70 | $ 406.50 |
| Litigation | 0R0808-301220 | Bruce Hancock | 9.70 | $ 2,128.90 |
| Litigation | 0R0808-301221 | Velde, Jennifer | 13.30 | $ 2,586.70 |
| Litigation | 0R0808-301222 | Rzezutko, Rodney T. | 4.50 | $ 1,710.00 |
| Litigation | 0R0808-301223 | Wigod, Lee | 8.90 | $ 2,420.80 |
| Litigation | 0R0808-301224 | Brown-Bayliss, Loretta | 12.30 | $ 2,407.40 |
| Litigation | 0R0808-301225 | Pierre, Narnike | 4.50 | $ 1,081.20 |
| Litigation | 0R0808-301226 | Dumas, Walter | 95.40 | $ 18,996.90 |
| Litigation | 0R0808-301227 | Colmenares, Fernando | 10.90 | $ 1,951.20 |
| Litigation | 0R0808-301228 | Peterson, Steven | 6.50 | $ 1,413.00 |
| Litigation | 0R0808-301229 | Francis, Charles & Rhonda | 3.30 | $ 877.80 |
| Litigation | 0R0808-301230 | Bolden, Sylvia E. | 40.70 | $ 13,403.60 |
| Litigation | 0R0808-301231 | Benitez, Felicia and Tamayo, Victor | 8.90 | $ 1,634.10 |
| Litigation | 0R0808-301232 | Sheridan, Jonathan L. | 26.30 | $ 6,447.10 |
| Litigation | 0R0808-301233 | Vance, Lawrence & Denise | 18.90 | $ 4,063.10 |
| Litigation | 0R0808-301234 | Goldston, April | 52.10 | $ 10,762.90 |
| Litigation | 0R0808-301235 | Dozier, Victor | 10.20 | $ 2,477.00 |
| Litigation | 0R0808-301236 | Cha, Yong Ho | 4.60 | $ 831.80 |
| Litigation | 0R0808-301237 | Jeffers, Jefry | 20.00 | $ 4,463.20 |
| Litigation | 0R0808-301238 | Gonzalez, Rosita | 0.30 | $ 65.00 |
| Litigation | 0R0808-301239 | Zamora, Ernesto | 6.50 | $ 1,557.10 |
| Litigation | 0R0808-301240 | Cohen, Adam E. | 3.30 | $ 606.60 |
| Litigation | 0R0808-301241 | Rojo, Isabel | 7.20 | $ 1,997.00 |
| Litigation | 0R0808-301242 | Wolfe, Charles | 35.20 | $ 6,771.90 |
| Litigation | 0R0808-301243 | Burgess, Terry | 28.50 | $ 5,462.90 |
| Litigation | 0R0808-301244 | Congress, Erica Sumpter | 4.70 | $ 1,161.00 |
| Litigation | 0R0808-301245 | Scott, Jack | 28.60 | $ 7,392.80 |
| Litigation | 0R0808-301246 | Luker, Daniel C. | 13.60 | $ 2,531.70 |
| Litigation | 0R0808-301248 | The Forest Condominium, Inc. No. 1, a Florida Not For Profit | 51.20 | $ 11,449.10 |
| Litigation | 0R0808-301249 | Close, William | 14.20 | $ 4,598.50 |
| Litigation | 0R0808-301250 | City of Port St. Lucie v. 2198 SW Monterrey Ln - 732294 | 0.50 | $ 157.50 |
| Litigation | 0R0808-301251 | Lalande, Forest | 19.00 | $ 4,184.00 |

**Exhibit C**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0R0808-301252 | Haas, Robert & Linda | 11.90 | $ 2,248.30 |
| Litigation | 0R0808-301253 | McCoy, Derek | 8.30 | $ 3,111.60 |
| Litigation | 0R0808-301254 | Commonwealth of Massachusetts v. GMAC, et al. | 2.20 | $ 644.60 |
| Litigation | 0R0808-301255 | Temple, Linda & Ricky | 7.80 | $ 1,937.00 |
| Litigation | 0R0808-301256 | Menendez, Javier | 1.10 | $ 195.00 |
| Litigation | 0R0808-301257 | Huntley, Lee | 78.60 | $ 14,969.70 |
| Litigation | 0R0808-301258 | Hannemann, Steven J. | 9.10 | $ 2,750.00 |
| Litigation | 0R0808-301259 | Fall Creek Homeowners Association, Inc. v. GMAC | 42.70 | $ 8,666.90 |
| Litigation | 0R0808-301260 | Aberman, Jack (GEA Seaside v. Deutsche Bank) | 130.70 | $ 28,786.00 |
| Litigation | 0R0808-301261 | Barrera, Irma (Texas Constitution Dispute) | 12.80 | $ 2,703.20 |
| Litigation | 0R0808-301262 | Henderson, John & Tracey | 10.80 | $ 772.50 |
| Litigation | 0R0808-301263 | Hartlein, Sara & Donald | 34.20 | $ 7,142.30 |
| Litigation | 0R0808-301264 | Kuehl, John | 30.00 | $ 6,447.50 |
| Litigation | 0R0808-301265 | McVay, Steven & Rhonda | 19.80 | $ 3,703.50 |
| Litigation | 0R0808-301266 | Brownell, James | 6.30 | $ 1,392.00 |
| Litigation | 0R0808-301267 | Matthiesen, Brian & Zania | 9.40 | $ 1,839.20 |
| Litigation | 0R0808-301268 | Madden, Diana | 23.00 | $ 5,420.30 |
| Litigation | 0R0808-301269 | Cota, Donald | 6.20 | $ 1,379.30 |
| Litigation | 0R0808-301270 | Lewis, Kathleen | 2.70 | $ 604.30 |
| Litigation | 0R0808-301271 | Garbutt, Lee A. | 5.90 | $ 1,145.50 |
| Litigation | 0R0808-301272 | Lee, Theresa Wai Kwan (Bibb v. Lee) | 16.90 | $ 4,139.90 |
| Litigation | 0R0808-301273 | Rivers, Gail | 7.50 | $ 1,628.60 |
| Litigation | 0R0808-301274 | Franco, Alejandro & Oneida Bastardo | 1.10 | $ 71.50 |
| Litigation | 0R0808-301275 | Kimber, Brian (Resap BK-NY) | 27.00 | $ 6,581.00 |
| Litigation | 0R0808-301276 | Parker, Scott | 4.60 | $ 1,008.20 |
| Litigation | 0R0808-301277 | Agromayor, Teresa (Mortgageit, Inc. v. Agromayor, et al.) | 6.40 | $ 1,606.20 |
| Litigation | 0R0808-301278 | Gogerty, James & Anna | 1.40 | $ 343.00 |
| Litigation | 0R0808-301373 | BROWN, Mayme | 1.00 | $ 396.10 |
| Litigation | 0R0808-301374 | Robinson, Ruby v. Homecomings (Class Action) - 687409 | 4.70 | $ 1,525.60 |
| Litigation | 0R0808-301375 | Chatman v. GMAC (Class Action) - 687626 | 6.70 | $ 1,882.40 |
| Litigation | 0R0808-301753 | Neaton, Richard | 2.60 | $ 559.20 |
| Litigation | 0r0808-301763 | Allen, Ronald Keith (22400 Front Beach Rd. | 6.40 | $ 1,642.20 |
| Litigation | 0R0808-301786 | Hicks, Richard | 4.80 | $ 1,008.00 |
| Litigation | 0R0808-301787 | Simmons, Kenneth T. and Bessie B. | 1.40 | $ 227.50 |
| Litigation | 0R0808-301831 | Yigebru, Tsilalot | 15.40 | $ 3,158.80 |
| Litigation | 0R0808-301903 | Caudill, Teddy & Wanda | 19.30 | $ 4,906.40 |
| Litigation | 0R0808-301934 | Hollowell, Ray & Donna | 13.80 | $ 2,001.00 |

**Exhibit C**
**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

**Compensation by Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---:|---:|
| Litigation | 0R0809-301001 | Ralston, Charles | 2.40 | $ 392.80 |
| Litigation | 0R0809-301002 | Germinaro, Frank | 0.20 | $ 60.00 |
| Litigation | 0R0809-301003 | Sumter, Melvina Yvette (Ornelas v. Sumter) | 1.20 | $ 259.70 |
| Litigation | 0R0809-301004 | Stein, Lee | 1.80 | $ 287.10 |
| Litigation | 0R0809-301006 | Oxford Place at Tampa Palms Condominium Association, Inc. v. | 5.00 | $ 1,489.70 |
| Litigation | 0R0809-301007 | Woods, Angela | 1.50 | $ 282.50 |
| Litigation | 0R0809-301008 | Ambrezewicz, Peter | 0.60 | $ 169.70 |
| Litigation | 0R0809-301009 | Dabbelt, John Walter | 5.90 | $ 1,484.40 |
| Litigation | 0R0809-301010 | Hicks, Dorothy | 17.50 | $ 4,519.40 |
| **Total for Litigation:** | | | **9,823.70** | **$ 1,793,490.44** |
| **Totals:** | | | **17,164.70** | **3,830,328.14** |
| **Less Additional Reconciliation Agreed to with Debtors** | | | | **$ (25,113.14)** |
| **Adjusted Total:** | | | | **$ 3,805,215.00** |