**Exhibit D**

**SUMMARY OF PROFESSIONAL SERVICE RENDERED BY PROFESSIONAL BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Name of Professional Individual | Department and Licensure | | | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| Allen, Wendell | 00202 | LITIGATION-GENERAL | 1998 | 185.10 | $ 65,446.50 |
| Ayers, Marc J. | 00250 | LITIGATION-GENERAL | 1998 | 60.90 | $ 13,522.58 |
| Bender, Jay R. | 00157 | BANKRUPTCY | 1993 | 155.60 | $ 57,883.20 |
| Blackwood, Jeffrey | 00185 | LITIGATION-GENERAL | 1997 | 1.60 | $ 674.22 |
| Blossom, Rashad L. | 00783 | BANKRUPTCY | 2005 | 361.30 | $ 89,898.25 |
| Boshell, Paige M. | 00139 | BANKING AND FINANCIAL SERVICES | 1992 | 38.20 | $ 13,662.00 |
| Brown, T. Michael | 00115 | ENVIRONMENTAL | 1989 | 27.30 | $ 10,642.20 |
| Campbell, Robert | 00229 | LITIGATION-GENERAL | 1998 | 4.40 | $ 1,289.20 |
| Cannon, Hope | 00230 | LITIGATION-GENERAL | 1999 | 303.80 | $ 81,937.41 |
| Cargile, Ann | 00282 | REAL ESTATE | 1986 | 88.60 | $ 33,668.00 |
| Compton, Jr., J. Paul | 00116 | BANKING AND FINANCIAL SERVICES | 1989 | 16.10 | $ 6,513.00 |
| Cox, Robert A. | 00399 | BANKRUPTCY | 1995 | 18.10 | $ 6,787.50 |
| Cox, Stewart M. | 00103 | LITIGATION-GENERAL | 1987 | 3.60 | $ 1,162.92 |
| Darby, J. Patrick | 00125 | BANKRUPTCY | 1989 | 1.80 | $ 756.00 |
| Dresher, J. David | 00083 | BANKING AND FINANCIAL SERVICES | 1983 | 14.50 | $ 5,873.90 |
| Eady, Hall | 00715 | LITIGATION-GENERAL | 2004 | 190.20 | $ 51,075.60 |
| Frechtel, Eric A. | 00232 | CONSTRUCTION/PROCUREMENT | 1996 | 70.40 | $ 25,382.20 |
| Frentz, Stuart J. | 00098 | TAX, TRUSTS & ESTATES | 1986 | 56.90 | $ 22,361.70 |
| Gerhardt, Graham W. | 00829 | LITIGATION-GENERAL | 2004 | 515.70 | $ 102,308.65 |
| Glover, Glenn E. | 00261 | BANKRUPTCY | 2000 | 26.20 | $ 8,777.00 |
| Goodman, John E. | 00113 | LITIGATION-GENERAL | 1988 | 3.60 | $ 1,306.80 |
| Griffin, Michael C. | 00759 | LITIGATION-GENERAL | 2000 | 427.40 | $ 124,930.83 |
| Hampton, Amy D. | 00794 | LITIGATION-GENERAL | 2000 | 1.70 | $ 520.20 |
| Hancock, Christian W. | 00255 | LITIGATION-GENERAL | 2001 | 457.60 | $ 146,328.13 |
| Hawkins, Christopher L. | 00249 | BANKRUPTCY | 1999 | 379.40 | $ 129,470.89 |
| Henderson, Jennifer H. | 00771 | BANKRUPTCY | 2004 | 0.30 | $ 74.70 |
| Hirsch, Emil | 00264 | LITIGATION-GENERAL | 1976 | 5.90 | $ 2,835.00 |
| Howard, Gary L. | 00256 | LITIGATION-GENERAL | 2003 | 0.10 | $ 33.30 |
| Howard, Ty | 00395 | White Collar Practice Group | 2000 | 4.60 | $ 1,564.00 |
| Humbracht, Rick | 00304 | LITIGATION-GENERAL | 1971 | 7.90 | $ 3,040.00 |
| Knapp, Michael W. | 00192 | CONSTRUCTION/PROCUREMENT | 1995 | 46.70 | $ 16,852.00 |
| Levine, Jay L. | 00373 | COMPETITIVE PRACTICES/IP | 1990 | 34.20 | $ 19,494.00 |
| Lumsden, Dana C. | 00365 | LITIGATION-GENERAL | 1995 | 147.70 | $ 55,535.20 |
| Maddox, Robert R. | 00257 | LITIGATION-GENERAL | 2000 | 758.40 | $ 264,442.50 |
| Marshall, Greg | 00394 | White Collar Practice Group | 1993 | 14.20 | $ 6,745.00 |
| Minor, J. Douglas | 00227 | LITIGATION-GENERAL | 1995 | 102.60 | $ 25,084.11 |
| Monk III, Richard H. | 00140 | LITIGATION-GENERAL | 1992 | 1.20 | $ 440.40 |
| Moore, Jamie L. | 00258 | LITIGATION-GENERAL | 1998 | 36.20 | $ 13,213.00 |
| Norton, William L. | 00322 | BANKRUPTCY | 1982 | 11.10 | $ 4,662.00 |
| O'Dell, D. Brian | 00259 | LITIGATION-GENERAL | 1998 | 300.00 | $ 103,514.73 |
| Pennington, Michael R. | 00092 | LITIGATION-GENERAL | 1985 | 11.40 | $ 4,833.60 |
| Roberts, Jr., Thomas A. | 00247 | BANKING AND FINANCIAL SERVICES | 1998 | 1.60 | $ 489.60 |
| Rose, Jonathan | 00328 | LITIGATION-GENERAL | 2000 | 43.20 | $ 9,778.49 |
| Roth, David E. | 00177 | ENVIRONMENTAL | 1995 | 8.60 | $ 3,241.00 |
| Smith T, John | 00149 | LITIGATION-GENERAL | 1992 | 29.20 | $ 10,044.07 |
| Smith, Eric | 00336 | LITIGATION-GENERAL | 2001 | 12.10 | $ 3,910.20 |

**Exhibit D**

**SUMMARY OF PROFESSIONAL SERVICE RENDERED BY PROFESSIONAL BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Name of Professional Individual | | Department and Licensure | | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Smith, Rusha | 00181 | LITIGATION-GENERAL | 1994 | 137.40 | $ 46,166.40 |
| Thomas, Stephen L. | 00172 | LITIGATION-GENERAL | 1973 | 0.30 | $ 158.21 |
| Thorsen, Christopher E. | 00341 | LITIGATION-GENERAL | 2000 | 209.20 | $ 52,725.56 |
| Vinson, Jr., Laurence D. | 00041 | BANKING AND FINANCIAL SERVICES | 1973 | 10.60 | $ 4,303.60 |
| Wahl, Brian | 00248 | LITIGATION-GENERAL | 2000 | 339.40 | $ 88,590.86 |
| Washburn, Laura P. | 00190 | CORPORATE & SECURITIES | 1994 | 0.20 | $ 31.23 |
| Watson, John D. | 00085 | LITIGATION-GENERAL | 1983 | 7.80 | $ 2,659.80 |
| Windle, Keith | 00180 | REAL ESTATE | 1995 | 0.30 | $ 109.50 |
| Wyatt, Kenneth T. | 00111 | BANKING AND FINANCIAL SERVICES | 1988 | 49.80 | $ 18,924.00 |
| **Counsel** | | | | | |
| Anderson, Jeff | 00401 | LITIGATION-GENERAL | 2000 | 91.60 | $ 27,930.00 |
| DeRamus, Lesley Smith | 00178 | BANKING AND FINANCIAL SERVICES | 1989 | 259.80 | $ 90,930.00 |
| **Senior Attorney** | | | | | |
| Lovoy, Elena | 00901 | BANKING AND FINANCIAL SERVICES | 1987 | 113.90 | $ 38,384.30 |
| **Associate** | | | | | |
| Anderson, Keith S. | 00752 | LITIGATION-GENERAL | 2004 | 400.50 | $ 66,607.71 |
| Averitt, Anne | 00878 | LITIGATION-GENERAL | 2011 | 44.10 | $ 3,025.95 |
| Avery, C. Jason | 00760 | REAL ESTATE | 2006 | 455.90 | $ 96,800.50 |
| Bailey, James | 00838 | BANKRUPTCY | 2010 | 60.40 | $ 10,517.84 |
| Burton, Melissa | 00907 | LITIGATION-GENERAL | 2007 | 29.90 | $ 5,083.75 |
| Bushby, Jason R. | 00770 | LITIGATION-GENERAL | 2006 | 131.70 | $ 30,027.60 |
| Chastain, Aaron | 00880 | LITIGATION-GENERAL | 2010 | 29.00 | $ 5,597.00 |
| Cobb, Jonathan | 00817 | CONSTRUCTION/PROCUREMENT | 2009 | 74.50 | $ 14,545.00 |
| Combest, Chandler | 00840 | BANKING AND FINANCIAL SERVICES | 2010 | 42.40 | $ 8,056.00 |
| Couch, Mary Ann | 00926 | LITIGATION-GENERAL | 2011 | 30.90 | $ 6,012.00 |
| Craft, Anna | 00920 | LITIGATION-GENERAL | 2011 | 148.10 | $ 24,420.91 |
| Eason, Joycelyn J. | 00791 | LITIGATION-GENERAL | 2008 | 298.40 | $ 59,282.30 |
| Gilley, Lee | 00882 | LITIGATION-GENERAL | 2011 | 404.30 | $ 76,371.50 |
| Goodsell, Blake | 00900 | LITIGATION-GENERAL | 2010 | 431.80 | $ 60,195.20 |
| Griffin, Jr., T. Parker | 00831 | BANKRUPTCY | 2008 | 2.30 | $ 415.47 |
| Hartzog, Denetra | 00923 | REAL ESTATE | 2011 | 40.70 | $ 7,936.50 |
| Hendrix, W. Justin | 00819 | CORPORATE & SECURITIES | 2009 | 96.40 | $ 20,726.00 |
| Hightower, Ashlee | 00903 | LITIGATION-GENERAL | 2011 | 14.00 | $ 2,590.00 |
| Hill, Rudy | 00892 | LITIGATION-GENERAL | 2011 | 77.80 | $ 4,393.95 |
| Hooks, Jonathan M. | 00857 | LITIGATION-GENERAL | 2003 | 365.30 | $ 56,857.19 |
| Johnson, Josh | 00776 | BANKRUPTCY | 2008 | 44.30 | $ 9,450.66 |
| Jones, Jessica L. | 00821 | LITIGATION-GENERAL | 2009 | 215.40 | $ 41,061.21 |
| Kahlon, Aman S. | 00827 | CONSTRUCTION/PROCUREMENT | 2009 | 0.90 | $ 175.50 |
| Key, Riley | 00884 | LITIGATION-GENERAL | 2011 | 423.00 | $ 60,290.16 |
| Kolodziej, Jonathan | 00924 | LITIGATION-GENERAL | 2012 | 203.50 | $ 38,842.00 |
| Laser, Rob | 00938 | LITIGATION-GENERAL | 2012 | 31.70 | $ 1,962.04 |
| Lynch, Thomas Ryan | 00745 | CONSTRUCTION/PROCUREMENT | 2006 | 28.20 | $ 8,256.90 |
| Menees, Cory S. | 00912 | LITIGATION-GENERAL | 2007 | 346.50 | $ 104,084.00 |
| Miller, Cam | 00886 | LITIGATION-GENERAL | | 89.50 | $ 16,081.54 |
| Mobley, Spencer | 00928 | LITIGATION-GENERAL | 2012 | 130.90 | $ 20,565.36 |
| Neel, Preston H. | 00865 | LITIGATION-GENERAL | 2008 | 331.80 | $ 41,329.99 |
| Patterson, Jon H. | 00834 | LITIGATION-GENERAL | 2003 | 404.00 | $ 81,421.37 |

**Exhibit D**

**SUMMARY OF PROFESSIONAL SERVICE RENDERED BY PROFESSIONAL BY
BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD
SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Name of Professional Individual | | Department and Licensure | | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Petrov, Vesco | 00843 | CONSTRUCTION/PROCUREMENT | 2010 | 0.50 | $ 115.00 |
| Phillips, Joshua J. | 00862 | LITIGATION-GENERAL | 2006 | 90.40 | $ 18,415.68 |
| Pozefsky, Steven A. | 00758 | CONSTRUCTION/PROCUREMENT | 1999 | 98.60 | $ 31,847.80 |
| Premo, Grant | 00888 | LITIGATION-GENERAL | 2011 | 372.90 | $ 43,617.28 |
| Puckett, Amy | 00933 | LITIGATION-GENERAL | 2011 | 69.00 | $ 16,670.33 |
| Raja, Nader | 00911 | LITIGATION-GENERAL | 2010 | 344.30 | $ 79,281.79 |
| Rhodes, Lewis | 00833 | CONSTRUCTION/PROCUREMENT | 2005 | 0.70 | $ 213.50 |
| Robichaux, Ryan | 00905 | GOVERNMENTAL AFFAIRS | 2009 | 212.50 | $ 32,062.34 |
| Saltaformaggio, Erin | 00891 | LITIGATION-GENERAL | 2011 | 81.60 | $ 7,778.88 |
| Sauer, Edmund | 00899 | LITIGATION-GENERAL | 2004 | 36.40 | $ 2,706.03 |
| Segall, Quindal C. | 00754 | CORPORATE & SECURITIES | 2006 | 4.60 | $ 966.00 |
| Selman, Chris | 00930 | CONSTRUCTION/PROCUREMENT | 2012 | 7.20 | $ 1,404.00 |
| Shields O'Beirne, Kathleen R. | 00767 | LITIGATION-GENERAL | 2007 | 5.00 | $ 1,050.00 |
| Sibley, Jessica | 00871 | LITIGATION-GENERAL | 2007 | 22.60 | $ 5,920.40 |
| Simmons, Avery | 00824 | LITIGATION-GENERAL | 2009 | 395.70 | $ 98,529.30 |
| Smith, Alison | 00922 | LITIGATION-GENERAL | 2012 | 41.40 | $ 8,073.00 |
| Smith, P. Max | 00805 | LITIGATION-GENERAL | 2007 | 2.50 | $ 515.00 |
| Solomon, Sean | 00931 | BANKRUPTCY | 2012 | 9.10 | $ 1,737.50 |
| Spero, Frankie | 00853 | LITIGATION-GENERAL | 2010 | 90.10 | $ 15,274.85 |
| Sullivan, Erin | 00855 | White Collar Practice Group | 2000 | 20.60 | $ 4,944.00 |
| Suttle Weinert, Katherine M. | 00724 | LITIGATION-GENERAL | 2005 | 104.00 | $ 24,544.00 |
| Taylor, Ann T. | 00763 | LITIGATION-GENERAL | 2006 | 0.80 | $ 184.80 |
| Thomas, D. Bryan | 00778 | CONSTRUCTION/PROCUREMENT | 2008 | 5.20 | $ 1,237.80 |
| Todd, C. Samuel | 00780 | CORPORATE & SECURITIES | 2008 | 7.00 | $ 1,400.00 |
| Tucker, Darrell Clay | 00730 | LITIGATION-GENERAL | 2005 | 99.50 | $ 20,678.00 |
| Vann, Richard | 00863 | LITIGATION-GENERAL | 2011 | 149.50 | $ 26,940.05 |
| Vega, Jose D. | 00864 | LITIGATION-GENERAL | 2007 | 431.80 | $ 73,111.39 |
| Voelker, Nicholas J. | 00751 | LITIGATION-GENERAL | 2006 | 10.40 | $ 839.64 |
| Walker, Michael | 00731 | LITIGATION-GENERAL | 2004 | 0.40 | $ 94.40 |
| Warmoth, James | 00850 | CONSTRUCTION/PROCUREMENT | 2010 | 90.60 | $ 18,003.89 |
| Watkins, Jay | 00932 | BANKRUPTCY | 2012 | 40.90 | $ 8,014.50 |
| Whitworth, Lindsay | 00845 | REAL ESTATE | 2010 | 25.80 | $ 4,747.20 |
| Wierman, Mark S. | 00869 | LITIGATION-GENERAL | 2007 | 187.50 | $ 40,761.55 |
| Wilcox, Kristi | 00898 | LITIGATION-GENERAL | 2011 | 49.90 | $ 6,961.19 |
| Wilson, Monica | 00902 | CONSTRUCTION/PROCUREMENT | 2010 | 158.50 | $ 38,280.26 |
| Wright, Heather H. | 00873 | LITIGATION-GENERAL | 2002 | 3.70 | $ 973.10 |
| Wright, Jay | 00849 | LITIGATION-GENERAL | 2010 | 212.00 | $ 40,925.00 |
| **Paralegal** | | | | | |
| Benson, Robert B. | 00453 | LITIGATION-GENERAL | | 73.20 | $ 11,545.71 |
| Burke, Allison B. | 00462 | LITIGATION-GENERAL | | 232.00 | $ 25,596.24 |
| Cather, Elizabeth A. | 00403 | LITIGATION-GENERAL | | 10.80 | $ 1,569.00 |
| Cockrell, Alecia H. | 00446 | LITIGATION-GENERAL | | 225.30 | $ 28,034.20 |
| Eaton, Elizabeth B. | 00406 | LITIGATION-GENERAL | | 10.10 | $ 1,337.22 |
| Ezell, Karalia | 00460 | LITIGATION-GENERAL | | 45.40 | $ 3,654.25 |
| Keane, Kerry | 91958 | Administration | | 138.00 | $ 20,518.19 |
| Kimmins, Barbara | 00416 | REAL ESTATE | | 0.20 | $ 27.03 |
| Kirsch, Kimberly A. | 00417 | BANKRUPTCY | | 4.20 | $ 625.80 |

**Exhibit D**

**SUMMARY OF PROFESSIONAL SERVICE RENDERED BY PROFESSIONAL BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Name of Professional Individual | Department and Licensure | Total Hours Billed | Total Compensation |
|---|---|---:|---:|
| Kish, Lucinda | 70004 Administration | 174.20 | $ 10,480.18 |
| Mathews, Jamie | 00449 LITIGATION-GENERAL | 258.70 | $ 30,568.22 |
| Nix, Niki | 00423 LITIGATION-GENERAL | 16.50 | $ 1,410.61 |
| Palmer, Melisa P. | 70201 LITIGATION-GENERAL | 294.60 | $ 40,810.67 |
| Palmer, Molly M. | 00425 LITIGATION-GENERAL | 165.10 | $ 24,599.90 |
| Powell, Emily | 00456 LITIGATION-GENERAL | 80.20 | $ 11,185.35 |
| Reisch, Beth | 00428 LITIGATION-GENERAL | 1.00 | $ 105.38 |
| Stewart, Christy M. | 00445 LITIGATION-GENERAL | 0.20 | $ 0.54 |
| Thompson, Melanie | 00461 LITIGATION-GENERAL | 255.00 | $ 28,154.78 |
| **Research** | | | |
| Hudson, Robert | 70041 Administration | 2.40 | $ 150.68 |
| Ivie, Julie | 00443 Administration | 0.70 | $ 122.50 |
| Martin, Lori D. | 70040 Administration | 1.10 | $ 231.00 |
| **Legal Assistant** | | | |
| Nicholson, Yvonne | 70006 Administration | 3.50 | $ 74.39 |
| Robey, Jade | 94148 Administration | 24.10 | $ 1,687.00 |
| **Law Clerk** | | | |
| Clodfelter, Catherine | 80140 OTHER/LAW CLERKS, ETC. | - | $ - |
| McFall, Alex | 80164 OTHER/LAW CLERKS, ETC. | 7.80 | $ 892.75 |
| Robinson, Hunter | 80175 OTHER/LAW CLERKS, ETC. | - | $ 146.55 |
| Strother, Stephen | 80184 OTHER/LAW CLERKS, ETC. | 5.20 | $ 848.21 |
| Waddell, Spencer | 80094 OTHER/LAW CLERKS, ETC. | - | $ - |
| **Project Asst.** | | | |
| Clyde, Erin | 90044 Administration | 16.40 | $ 1,230.00 |
| **Total:** | | **17,164.70** | **$ 3,830,328.14** |
| **Less Additional Reconciliation Agreed to with Debtors** | | | **$ (25,113.14)** |
| **Adjusted Total:** | | | **$ 3,805,215.00** |