## EXHIBIT E

**SUMMARY OF EXPENSES INCURRED BY BRADLEY ARANT BOULT CUMMINGS LLP**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**SEPTEMEBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Expense Category | Amount |
|---|---|
| Copy Charges - OUTSIDE SOURCES | $558.62 |
| Filing Fees | $9,473.26 |
| Recording Fees | $66.48 |
| Publication Costs | $348.54 |
| Legal Notices | $618.86 |
| Court Costs - Pleadings | $19,716.93 |
| Court Reporter Charges | $8,178.85 |
| Messenger/Delivery Charges | $720.42 |
| Airline Tickets | $77,700.67 |
| Travel Expense | $55,360.38 |
| Meal Expense | $13,399.48 |
| Professional Consultant Services | $14,595.73 |
| Corporate Agent Services | $500.00 |
| Settlement | $4,500.00 |
| Miscellaneous Expense | $71.31 |
| Subpoenas | $10.00 |
| Express Mail/Fedex | $196.72 |
| UPS | $1,581.25 |
| Research Fee | $615.81 |
| Copies of Medical Records | $21.00 |
| Mediation Fee | $4,784.98 |
| FED DOCKET SERV-PACER | $1,362.80 |
| Local Counsel Fees | $7,506.51 |
| Title Search Fee | $5,247.40 |
| **Total** | **$227,136.00** |