

### BRADLEY ARANT
### BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-102836

INVOICE #  813516

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-102836
     Pierre, Pearl (The Bank of New York v. Pierre) - 707079
     TC # 707079

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/18/12 | HEA | Telephone call with coverage counsel for Fidelity regarding possible resolution | L160 | .50 hrs |
| 09/20/12 | HEA | Emails with coverage counsel regarding settlement payment from Fidelity | L160 | .50 hrs |
| 09/20/12 | HEA | Draft and send email to client regarding settlement offer from Fidelity | L160 | .50 hrs |
| 09/24/12 | HEA | Review and consider best response to settlement offer | L160 | .40 hrs |
| 09/24/12 | HEA | Emails with P.Cannon regarding response to settlement demand | L160 | .20 hrs |
| 09/24/12 | HEA | Draft and send email to outside coverage counsel at Fidelity regarding settlement terms | L160 | .50 hrs |
| 09/26/12 | HEA | Correspondence with Fidelity's outside coverage counsel regarding terms of settlement agreement | L160 | .50 hrs |
| 09/28/12 | HEA | Review email from retained counsel and correspondence regarding recent motion filed by COA | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                    $957.60



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

0R0802-102836

ResCap

FED ID NO. 63-0243316

BILLING SUMMARY

   Hall Eady                    3.60 hrs    266.00 /hr          957.60

TOTAL FEES                     3.60 hrs                    $957.60

**TOTAL CHARGES FOR THIS INVOICE**                     **$957.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 17, 2012
1100 Virginia Drive                                         0R0802-102836
Fort Washington, PA 19034

                                                            INVOICE #  818573

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

     Re:  0R0802-102836
          Pierre, Pearl (The Bank of New York v. Pierre) - 707079
          TC # 707079

PROFESSIONAL SERVICES

| 10/02/12 | HEA | Review email from retained counsel regarding subordination to BONY items | L190 | .30 hrs |
| 10/03/12 | HEA | Review emails from coverage counsel for Fidelity and foreclosure counsel regarding settlement and exit strategy | L160 | 1.50 hrs |
| 10/03/12 | HEA | Telephone call with Fidelity's coverage counsel regarding first and second mortgages and resolution of title claims for both | L160 | .50 hrs |
| 10/03/12 | HEA | Telephone call with P.Cannon at GMAC regarding settlement of both loans and title claims | L160 | .50 hrs |
| 10/03/12 | HEA | Review file documents regarding first and second mortgages | L160 | 1.00 hrs |
| 10/04/12 | HEA | Revise assignment to reflect without recourse | L190 | .40 hrs |
| 10/04/12 | HEA | Draft and send email to P.Cannon regarding settlement issues | L160 | .30 hrs |
| 10/08/12 | HEA | Review prior coverage correspondence regarding application of second lien to title claim | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0802-102836

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 10/08/12 | HEA | Emails with P.Cannon regarding no release of second lien | L190 | .50 hrs |
| 10/08/12 | HEA | Draft and send email to A.Frazer regarding second lien inclusion in release | L190 | .50 hrs |
| 10/11/12 | HEA | Emails with outside counsel regarding status of settlement negotiations | L160 | .50 hrs |
| 10/17/12 | HEA | Emails with coverage counsel for Fidelity regarding status of settlement | L160 | .30 hrs |
| 10/18/12 | HEA | Review draft settlement agreement provided by Fidelity's coverage counsel and provide edits to same | L160 | 2.00 hrs |
| 10/19/12 | HEA | Emails with Fidelity's coverage counsel regarding edits to release including hold harmless for efforts to be made by Fidelity to recover from third parties | L190 | 2.00 hrs |
| 10/22/12 | HEA | Emails with client regarding execution of settlement agreement | L160 | .40 hrs |
| 10/22/12 | HEA | Review bankruptcy filed by borrower and inform title insurance company by email with summary | L190 | 1.50 hrs |
| 10/23/12 | HEA | Draft and send email to client regarding execution of settlement documents and any comments regarding same | L160 | .40 hrs |
| 10/23/12 | HEA | Review emails and voicemails from Fidelity and retained counsel regarding newly filed bankruptcy by borrower | L190 | .70 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0802-102836

FED ID NO. 63-0243316

---

| | | | | |
|---|---|---|---|---|
| 10/24/12 | HEA | Review settlement agreement and assignment for language regarding loan being held in trust and emails with P.Cannon regarding same | L160 | .60 hrs |
| 10/26/12 | HEA | Analyze issues surrounding assignment of note | L190 | .50 hrs |
| 10/29/12 | HEA | Phone call for Fidelity's coverage counsel regarding issues with current draft of assignment | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER    $4,149.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hall Eady | 15.60 hrs | 266.00 /hr | 4,149.60 |

TOTAL FEES    15.60 hrs    $4,149.60

**TOTAL CHARGES FOR THIS INVOICE**    $4,149.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-102836

INVOICE #  821050

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-102836
     Pierre, Pearl (The Bank of New York v. Pierre) - 707079
     TC # 707079

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/09/12 | HEA | Emails with coverage counsel for Fidelity and client regarding status of settlement and assignment issues | L160 | .40 hrs |
| 11/19/12 | HEA | Prepare for and participate in conference call with client regarding settlement check issues | L160 | .50 hrs |
| 11/19/12 | HEA | Telephone call with coverage counsel for Fidelity regarding finalizing the settlement | L160 | .40 hrs |
| 11/19/12 | HEA | Review and revise assignment of note and mortgage | L190 | 1.00 hrs |
| 11/27/12 | CWH | Review and analyze status of the suit and efforts to settle same | L160 | .10 hrs |
| 11/29/12 | HEA | Emails with client regarding ability to deposit Impac check | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $724.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Hall Eady | 2.60 hrs | 266.00 /hr | 691.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

0R0802-102836

FED ID NO. 63-0243316

ResCap

TOTAL FEES                    2.70 hrs                    $724.60

**TOTAL CHARGES FOR THIS INVOICE**                       $724.60

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-102836

INVOICE #  830009

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-102836
    Pierre, Pearl (The Bank of New York v. Pierre) - 707079
    TC # 707079

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/04/12 | HEA | Emails with claims counsel for Fidelity and GMACM regarding settlement issues | L160 | .50 hrs |
| 12/06/12 | HEA | Review PSA and consider inclusion of Trustee on settlement agreement with Fidelity | L160 | .40 hrs |
| 12/06/12 | HEA | Emails with P.Cannon regarding assignment language and additional language in settlement agreement | L160 | .50 hrs |
| 12/07/12 | HEA | Prepare for call with master servicer regarding settlement documents | L160 | 1.00 hrs |
| 12/07/12 | HEA | Telephone call and email with master servicer and emails with Fidelity regarding settlement | L160 | 1.00 hrs |
| 12/11/12 | HEA | Review prior assignment to Impac and draft revised assignment from Impac to Wells | L190 | .80 hrs |
| 12/11/12 | HEA | Review and revise assignment from Wells to Fidelity | L190 | .70 hrs |
| 12/11/12 | HEA | Review and revise draft settlement agreement | L160 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0802-102836

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/12 | HEA | Review and revise settlement documents per comments received directly from the Impac | L160 | 1.00 hrs |
| 12/20/12 | HEA | Emails with Impac, telephone call with coverage counsel for Fidelity and finalize settlement documents for final resolution of matter | L160 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                    $2,101.40

BILLING SUMMARY

| Hall Eady | 7.90 hrs | 266.00 /hr | 2,101.40 |
|---|---|---|---|
| TOTAL FEES | 7.90 hrs | | $2,101.40 |

**TOTAL CHARGES FOR THIS INVOICE**              **$2,101.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-107194

INVOICE #  813517

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-107194
     Herskovic, Veronica (GMAC v. Herskovic) - 698444
     TC # 698444

PROFESSIONAL SERVICES

09/04/12  KRS  Draft status report                    L120     .10 hrs

         TOTAL FEES FOR THIS MATTER                            $21.00


BILLING SUMMARY

   Kathleen R. Shields O'B     .10 hrs   210.00 /hr      21.00


TOTAL FEES                 0.10 hrs               $21.00

**TOTAL CHARGES FOR THIS INVOICE**               **$21.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-107194

INVOICE #  830010

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-107194
     Herskovic, Veronica (GMAC v. Herskovic) - 698444
     TC # 698444

PROFESSIONAL SERVICES

| 10/08/12 | KRS | Email correspondence regarding status of summary judgment motion | L240 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                $21.00

BILLING SUMMARY

| Kathleen R. Shields O'B | .10 hrs | 210.00 /hr | 21.00 |
|---|---|---|---|

TOTAL FEES                0.10 hrs                $21.00

**TOTAL CHARGES FOR THIS INVOICE**                **$21.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              NOVEMBER 28, 2012
1100 Virginia Drive                                 0R0802-107497
Fort Washington, PA 19034

                                                    INVOICE #  819893

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:   0R0802-107497
          LAUHARN, DAVID
          0306824350
          TC # 696650                                              28.00
    01          Copy Charges                                      (28.00)
    08          Recording Fees


    TOTAL FEES              0.00 hrs                    $.00

    **TOTAL CHARGES FOR THIS INVOICE**                  $.00

              ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-107722

INVOICE #  813519

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-107722
     Ramos, Maria Lilia - 696810
     0713302605
     TC # 696810

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/03/12 | JHP | Provided monthly status update to client. | L120 | .10 hrs |
| 09/04/12 | JHP | Email from client contact P.Stokes authorizing us to close file | L120 | .10 hrs |
| 09/05/12 | ABB | Preparation of memo regarding case disposal | L110 | .30 hrs |
| 09/10/12 | ABB | Finalize closing memo and e-mail communications with attachments to and from client | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $124.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .50 hrs | 150.00 /hr | 75.00 |
| Jon H. Patterson | .20 hrs | 245.00 /hr | 49.00 |
| TOTAL FEES | 0.70 hrs | | $124.00 |

**TOTAL CHARGES FOR THIS INVOICE**                 **$124.00**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-108374

INVOICE #   813520

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-108374
     Kentucky Assignment Dispute - 704824
     TC # 704824

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | RLB | E-mail to client regarding letter sent to borrower regarding efforts to release mortgage | L190 | .10 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding status of mortgage release | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                          $53.20

BILLING SUMMARY

  Rashad L. Blossom          .20 hrs    266.00 /hr        53.20

TOTAL FEES                   0.20 hrs                    $53.20

**TOTAL CHARGES FOR THIS INVOICE**                       **$53.20**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-108374

INVOICE #  821051

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-108374
     Kentucky Assignment Dispute - 704824
     TC # 704824

## PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/21/12 | RLB | Review status of matter and develop case strategy | L190 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $69.20 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
| Kerry Keane | .10 hrs | 160.00 /hr | 16.00 |
| TOTAL FEES | 0.30 hrs | | $69.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$69.20** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-108374

INVOICE #  830011

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-108374
     Kentucky Assignment Dispute - 704824
     TC # 704824

PROFESSIONAL SERVICES

10/01/12  RLB   Draft monthly status report regarding        L190     .10 hrs
                contact with borrower about mortgage
                release

                TOTAL FEES FOR THIS MATTER                             $26.60

BILLING SUMMARY

     Rashad L. Blossom          .10 hrs   266.00 /hr       26.60

TOTAL FEES                      0.10 hrs                  $26.60

**TOTAL CHARGES FOR THIS INVOICE**                       **$26.60**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                            0R0802-108547
Fort Washington, PA 19034

                                                               INVOICE #  818574

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:   0R0802-108547
          Kovalchick, Peter C. and Donna Lyn - 698566
          19047968
          TC # 698566

PROFESSIONAL SERVICES

10/02/12  TMB   Finalize updated status report          L120      .10 hrs

10/02/12  ERP   Review file and draft status update     L120      .20 hrs

          TOTAL FEES FOR THIS MATTER                              $67.10


BILLING SUMMARY

    T. Michael Brown          .10 hrs    371.00 /hr         37.10
    Emily R. Powell           .20 hrs    150.00 /hr         30.00


TOTAL FEES               0.30 hrs                       $67.10

**TOTAL CHARGES FOR THIS INVOICE**                      **$67.10**

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-108547

INVOICE #  821052

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-108547
     Kovalchick, Peter C. and Donna Lyn - 698566
     19047968
     TC # 698566

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/05/12 | ERP | Draft monthly status report for client | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $30.00

BILLING SUMMARY

| Emily R. Powell | .20 hrs | 150.00 /hr | 30.00 |
|---|---|---|---|
| TOTAL FEES | 0.20 hrs | | $30.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | $30.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301007

INVOICE #  818575

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301007
     ETS Operations Assessment - 711036
     TC # 711036

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/07/12 | FWA | Review comments related to assessment memo and make revisions to the same | L190 | 1.40 hrs |
| 10/29/12 | KW | Reviewed and analyzed client research needs | C300 | .10 hrs |
| 10/29/12 | CS | Research Massachusetts law on redemption periods and complete required spreadsheet | L120 | .50 hrs |
| 10/29/12 | JJPH | Email correspondence regarding foreclosure restart and redemption periods | C300 | .20 hrs |
| 10/29/12 | EL | Review of and revise prior 51 jurisdiction survey chart regarding foreclosure restarts; review of e-mail correspondence from W.Allen and S. Shah-Jani regarding foreclosure project; draft restart project summary and forward copy of same to state attorneys | L120 | 1.00 hrs |
| 10/29/12 | EL | Review of and revise prior 51 jurisdiction survey chart regarding post-judgment/sale redemption rights; review or prior projects regarding redemption issues; review of e-mail correspondence from W.Allen and S. Shah-Jani regarding foreclosure project; draft restart project summary and forward copy of same to state attorneys | L120 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 17, 2012

0R0802-301007

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 10/29/12 | PMD | Analysis regarding redemption state update | L120 | .30 hrs |
| 10/29/12 | PMD | Analysis regarding restart state update | L120 | .30 hrs |
| 10/29/12 | ACU | Research redemption periods in Montana for state survey project | C200 | 1.20 hrs |
| 10/29/12 | ACU | Research foreclosure restart procedures when bankruptcy filed | C200 | .90 hrs |
| 10/29/12 | ACRA | Analyze whether Arkansas is a restart state | L120 | .50 hrs |
| 10/30/12 | phn | Research and analysis of AZ restart and redemption law | L120 | 1.90 hrs |
| 10/30/12 | ASI | Research and analyze Nevada law relating to redemption periods and restart requirements in non-judicial foreclosure process | C200 | 1.90 hrs |
| 10/30/12 | ACU | Research New Jersey foreclosure law to find New Jersey redemption period and whether New Jersey is a restart state for state survey projects. | C200 | 2.10 hrs |
| 10/30/12 | PMD | Review and analyze restart chart | L120 | .30 hrs |
| 10/30/12 | PMD | Analysis regarding form and purpose of restart chart | L120 | .40 hrs |
| 10/30/12 | PMD | Review and analyze redemption chart | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
NOVEMBER 17, 2012

ResCap

0R0802-301007

FED ID NO. 63-0243316

| 10/30/12 | AH | Review jurisdictional assignment regarding restart of foreclosure proceedings after loss mitigation or a bankruptcy filing | L629 | .30 hrs |
|---|---|---|---|---|
| 10/30/12 | AH | Review jurisdictional assignment regarding redemption periods and review North Dakota statutory law regarding redemption periods after foreclosure sale | L629 | .70 hrs |
| 10/30/12 | CS | Research Massachusetts law on redemption periods and whether a foreclosing party must restart the foreclosure procedure upon a bankruptcy hold or loss mitigation hold | L120 | 2.80 hrs |
| 10/31/12 | ES | Research Mississippi and Utah law re: redemption right post-sale afforded to residential mortgage loan borrowers and update spreadsheet re: the same | L240B | 1.40 hrs |
| 10/31/12 | ES | Research Mississippi and Utah law re: whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed and update spreadsheet re: the same | L240B | .70 hrs |
| 10/31/12 | AH | Review North Dakota statutory law to determine the effective dates of implementation of different redemption periods and update comprehensive redemption chart with findings | L629 | 1.20 hrs |
| 10/31/12 | AH | Review North Dakota statutory law to determine if a new complaint must be filed in a foreclosure action if the borrower enters loss mitigation or if a bankruptcy is filed | L629 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE   4
NOVEMBER 17, 2012

ResCap

0R0802-301007

FED ID NO. 63-0243316

| 10/31/12 | BG | Research redemption periods in California and update reference chart | L120 | .40 hrs |
| 10/31/12 | BG | Research whether California is a "restart state" and update reference chart | L120 | .40 hrs |
| 10/31/12 | MSW | Research state law regarding redemption rights and necessity to restart foreclosure after loss mitigation delay | L120 | 1.50 hrs |
| 10/31/12 | EL | Legal research regarding redemption periods afforded to residential mortgage loan borrowers in Louisiana and update chart as needed | L120 | .80 hrs |
| 10/31/12 | EL | Legal research regarding redemption periods afforded to residential mortgage loan borrowers in Illinois and update chart as needed | L120 | .80 hrs |
| 10/31/12 | JBU | Researched Washington case law regarding foreclosure redemption periods and whether Washington is considered a restart foreclosure state | C200 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                $6,816.70

EXPENSES

| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 58 | FED DOCKET SERV-PACER | 7.10 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
NOVEMBER 17, 2012

ResCap

0R0802-301007

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER                          $7.10

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Joshua J. Phillips | .20 hrs | 250.00 /hr | 50.00 |
| Paige M. Boshell | 1.60 hrs | 345.00 /hr | 552.00 |
| Wendell Allen | 1.40 hrs | 345.00 /hr | 483.00 |
| Jason R. Bushby | 1.30 hrs | 228.00 /hr | 296.40 |
| Avery Simmons | 1.90 hrs | 249.00 /hr | 473.10 |
| Preston H. Neel | 1.90 hrs | 200.00 /hr | 380.00 |
| Mark S. Wierman | 1.50 hrs | 254.00 /hr | 381.00 |
| Erin Saltaformaggio | 2.10 hrs | 185.00 /hr | 388.50 |
| Kristi Wilcox | .10 hrs | 185.00 /hr | 18.50 |
| Blake Goodsell | .80 hrs | 190.00 /hr | 152.00 |
| Elena Lovoy | 4.10 hrs | 337.00 /hr | 1,381.70 |
| Ashlee Hightower | 3.80 hrs | 185.00 /hr | 703.00 |
| Ann Craft | .50 hrs | 190.00 /hr | 95.00 |
| Alison Smith | 4.20 hrs | 195.00 /hr | 819.00 |
| Chris Selman | 3.30 hrs | 195.00 /hr | 643.50 |

TOTAL FEES                28.70 hrs                    $6,816.70

TOTAL EXPENSES                                        $7.10

**TOTAL CHARGES FOR THIS INVOICE**                   **$6,823.80**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301007

INVOICE #  820839

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301007
     ETS Operations Assessment - 711036
     TC # 711036
                                                                    0.00
01        Copy Charges
41        Computerized Legal Research-Westlaw                       0.00


TOTAL FEES                 0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                    $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301007

INVOICE #  821053

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301007
     ETS Operations Assessment - 711036
     TC # 711036

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/01/12 | CJA | Research regarding applicable state law regarding restarting foreclosure process following a loan modification or bankruptcy | B250 | 1.00 hrs |
| 11/01/12 | CJA | Researched applicable state law regarding redemption periods in primary method of foreclosure | B250 | 1.00 hrs |
| 11/01/12 | JBU | Researched Washington case law regarding foreclosure redemption periods and whether Washington is considered a restart foreclosure state | C200 | 1.70 hrs |
| 11/01/12 | CST | Review Connecticut law regarding redemption periods and restart issues | P210 | 1.70 hrs |
| 11/02/12 | CSM | Research regarding whether first legal must be refiled after loss mitigation or bankrupcy hold in New Hampshire and Hawaii foreclosures | P280 | 1.20 hrs |
| 11/02/12 | MW | Review and analyze right of redemption periods for post-judgment or sale in foreclosure in Nebraska | C300 | .90 hrs |
| 11/02/12 | MW | Review and analyze effect of bankruptcy filing or loss mitigation hold in foreclosure actions in Nebraska | C300 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0802-301007

FED ID NO. 63-0243316

| 11/02/12 | AH | Incorporate findings regarding the redemption period in North Dakota into a master spreadsheet | L629 | .60 hrs |
|---|---|---|---|---|
| 11/02/12 | AH | Review and analyze North Dakota law regarding the requirements after loss mitigation or a bankruptcy filing | L629 | .60 hrs |
| 11/02/12 | JDV | Analysis of state law regarding post-judgment redemption periods | L120 | .50 hrs |
| 11/02/12 | JDV | Analysis of state law regarding restarting foreclosures | L120 | 1.30 hrs |
| 11/02/12 | KMS | Update District of Columbia entry regarding lack of redemption | L190 | .40 hrs |
| 11/02/12 | KMS | Confirm circumstances under which restart of foreclosure process is required in the District of Columbia | L190 | .90 hrs |
| 11/02/12 | AH | Incorporate findings regarding North Dakota requirements after loss mitigation or a bankruptcy filing into a master spreadsheet | L629 | .50 hrs |
| 11/02/12 | GP | Research Oklahoma law regarding restarting foreclosure after loss mitigation or bankruptcy interruption | L120 | 1.00 hrs |
| 11/02/12 | GP | Research Oklahoma law regarding post-judgment redemption periods | L120 | 1.00 hrs |
| 11/02/12 | BG | Research redemption periods in California and update reference chart | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0802-301007

FED ID NO. 63-0243316

| 11/02/12 | BG | Research California foreclosure restart law and update reference chart | L120 | .60 hrs |
|---|---|---|---|---|
| 11/02/12 | KSA | Research Ohio statutes and case law regarding redemption and restart requirement for 51-state survey | L120 | 1.30 hrs |
| 11/02/12 | NSR | Analyze Idaho law regarding redemption period following non-judicial foreclosure | L120 | .80 hrs |
| 11/02/12 | CSM | Research regardingright of redemption under New Hampshire and Hawaii law | P280 | .60 hrs |
| 11/02/12 | JJE | Research and analyze Alaska statutory law regarding post-judgment/sale redemption periods and laws regarding foreclosure restart | C300 | 1.40 hrs |
| 11/03/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in Illinois and update chart as needed | L120 | .80 hrs |
| 11/03/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in Louisiana and update chart as needed | L120 | .80 hrs |
| 11/04/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in Oregon and update chart as needed | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
NOVEMBER 30, 2012

ResCap

OR0802-301007

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 11/04/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in Delaware and update chart as needed | L120 | .80 hrs |
| 11/04/12 | AH | Summarize findings regarding the restart requirements in North Dakota for foreclosure proceedings after loss mitigation or a bankruptcy filing into a master spreadsheet | L629 | .40 hrs |
| 11/04/12 | CC | Research Delaware law regarding redemption periods for purposes of 50-state survey | L120 | .50 hrs |
| 11/04/12 | CC | Research Oregon law regarding redemption periods for purposes of 50-state survey | L120 | .60 hrs |
| 11/05/12 | EAF | Research Maryland law regarding right of redemption | C200 | .70 hrs |
| 11/05/12 | EAF | Research South Dakota law regarding right of redemption | C200 | .80 hrs |
| 11/05/12 | EAF | Research Maryland law regarding any obligation to restart foreclosure process after post-first legal delay | C200 | 1.00 hrs |
| 11/05/12 | EAF | Research South Dakota law regarding any obligation to restart foreclosure process after post-first legal delay | C200 | 1.00 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    5
NOVEMBER 30, 2012

ResCap

0R0802-301007

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/05/12 | NSR | Analyze Michigan law regarding impact of bankruptcy filing or loss mitigation review on pending foreclosures | L120 | .70 hrs |
| 11/05/12 | NSR | Analyze Michigan law regarding redemption period following foreclosure sale | L120 | .80 hrs |
| 11/05/12 | NSR | Analyze Idaho law regarding impact of bankruptcy filing or loss mitigation review on pending foreclosures | L120 | .90 hrs |
| 11/05/12 | JJPH | Research Tennessee law regarding redemption period | C300 | .70 hrs |
| 11/05/12 | JJPH | Research Tennessee law regarding foreclosure notices upon adjournment | C300 | .50 hrs |
| 11/05/12 | RK | Review Wyoming and Texas law on redemption periods and the foreclosure restart process | L120 | 1.70 hrs |
| 11/05/12 | TRL | Complete redemption period research for Virginia and West Virginia | B110 | 1.20 hrs |
| 11/05/12 | TRL | Complete research regarding whether restarting foreclosure is required following loss mitigation or bankruptcy hold for Virginia and West Virginia | B110 | 1.30 hrs |
| 11/05/12 | ACRA | Analyze whether Arkansas is a restart state | L120 | .20 hrs |
| 11/05/12 | ACRA | Analyze Arkansas redemption statute | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
NOVEMBER 30, 2012

0R0802-301007

FED ID NO. 63-0243316

---

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/05/12 | JCCO | Research Alabama law to determine if a foreclosure must be restarted in the event a foreclosure sale is postponed | C200 | .90 hrs |
| 11/05/12 | JCCO | Research Alabama law to determine the length of a right of redemption and any exceptions thereto | C200 | .70 hrs |
| 11/05/12 | PMD | Revised 50-state chart regarding foreclosure restart | L120 | .10 hrs |
| 11/05/12 | PMD | Researched PA foreclosure restart | L120 | 1.30 hrs |
| 11/05/12 | PMD | Researched PA redemption (post-judgment on sale) | L120 | 1.20 hrs |
| 11/05/12 | PMD | Revised 50-state chart regarding redemption | L120 | .10 hrs |
| 11/06/12 | JDR | Research issue of right of redemption and attendant circumstances under Kentucky law and complete Kentucky portion of 51-state spreadsheet | C300 | .50 hrs |
| 11/06/12 | LG | Analyze Wisconsin law in order to determine whether Wisconsin a restart state and to determine whether Wisconsin allows post sale redemption | L120 | .40 hrs |
| 11/12/12 | EL | Redemption Project - Legal research regarding redemption periods (post-judgment or sale only) afforded to residential mortgage loan borrowers in Missouri and update multi-state survey chart as needed | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
NOVEMBER 30, 2012

ResCap

0R0802-301007

FED ID NO. 63-0243316

| 11/12/12 | EL | Redemption Project - Legal research regarding redemption periods (post-judgment or sale only) afforded to residential mortgage loan borrowers in Vermont and update multi-state survey chart as needed | L120 | .80 hrs |
|---|---|---|---|---|
| 11/12/12 | EL | Redemption Project - Legal research regarding redemption periods (post-judgment or sale only) afforded to residential mortgage loan borrowers in South Carolina and update multi-state survey chart as needed | L120 | .80 hrs |
| 11/12/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in Missouri and update multi-state survey chart as needed | L120 | .80 hrs |
| 11/12/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in Vermont and update multi-state survey chart as needed | L120 | .80 hrs |
| 11/12/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in South Carolina and update multi-state survey chart as needed | L120 | .80 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       8
NOVEMBER 30, 2012

0R0802-301007

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/12/12 | EL | Redemption and Restart Projects - Review of redemption and restart survey charts and follow-up with certain state attorneys on various issues regarding survey responses | L120 | 1.00 hrs |
| 11/15/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in Rhode Island and update multi-state survey chart as needed | L120 | .80 hrs |
| 11/15/12 | EL | Restart Project - Legal research regarding foreclosure restart issues (i.e., whether a foreclosure must be restarted when a loss mitigation or bankruptcy foreclosure hold is removed) in Kentucky and update multi-state survey chart as needed | L120 | .80 hrs |
| 11/26/12 | CWH | Discussion with client about documents needed from LSI in a Washington state case involving ETS | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $13,316.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | 1.20 hrs | 250.00 /hr | 300.00 |
| Paige M. Boshell | 2.70 hrs | 345.00 /hr | 931.50 |
| Eric A. Frechtel | 3.50 hrs | 358.00 /hr | 1,253.00 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     9
NOVEMBER 30, 2012

ResCap

0R0802-301007

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| Jonathan Rose | .50 hrs | 293.00 /hr | 146.50 |
| Katherine M. Suttle Wei | 1.30 hrs | 236.00 /hr | 306.80 |
| Thomas Ryan Lynch | 2.50 hrs | 293.00 /hr | 732.50 |
| Keith S. Anderson | 1.30 hrs | 223.00 /hr | 289.90 |
| C. Jason Avery | 2.00 hrs | 210.00 /hr | 420.00 |
| Jason R. Bushby | 1.70 hrs | 228.00 /hr | 387.60 |
| C. Samuel Todd | 1.70 hrs | 200.00 /hr | 340.00 |
| Joycelyn J. Eason | 1.40 hrs | 197.00 /hr | 275.80 |
| Jonathan Cobb | 1.60 hrs | 195.00 /hr | 312.00 |
| Chandler Combest | 1.10 hrs | 190.00 /hr | 209.00 |
| Jose D. Vega | 1.80 hrs | 219.00 /hr | 394.20 |
| Lee Gilley | .40 hrs | 185.00 /hr | 74.00 |
| Riley Key | 1.70 hrs | 185.00 /hr | 314.50 |
| Grant Premo | 2.00 hrs | 185.00 /hr | 370.00 |
| Blake Goodsell | 1.00 hrs | 190.00 /hr | 190.00 |
| Elena Lovoy | 10.60 hrs | 337.00 /hr | 3,572.20 |
| Monica Wilson | 1.80 hrs | 263.00 /hr | 473.40 |
| Ashlee Hightower | 2.10 hrs | 185.00 /hr | 388.50 |
| Nader Raja | 3.20 hrs | 280.00 /hr | 896.00 |
| Cory S. Menees | 1.80 hrs | 300.00 /hr | 540.00 |
| Ann Craft | .70 hrs | 190.00 /hr | 133.00 |

TOTAL FEES            49.80 hrs                $13,316.40

**TOTAL CHARGES FOR THIS INVOICE**              $13,316.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301007

INVOICE #  830012

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301007
ETS Operations Assessment - 711036
TC # 711036

## PROFESSIONAL SERVICES

| 12/04/12 | CJA | Receipt and review of TX TRO and confer with L.Brittain regarding third party buyer claims | B250 | .40 hrs |
|---|---|---|---|---|
| 12/06/12 | JBU | Reviewed and analyzed WA and OR non-judicial documents and files in preparation for response to LPS Consent Order | C300 | 2.80 hrs |

TOTAL FEES FOR THIS MATTER                     $722.40

## BILLING SUMMARY

| C. Jason Avery | .40 hrs | 210.00 /hr | 84.00 |
| Jason R. Bushby | 2.80 hrs | 228.00 /hr | 638.40 |

| TOTAL FEES | 3.20 hrs | | $722.40 |

**TOTAL CHARGES FOR THIS INVOICE**                     **$722.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301018

INVOICE #  813521

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301018
     Foreclosure Look Back Review - Preparation - 713002
     TC # 713002


TOTAL FEES                  0.00 hrs                $.00

**TOTAL CHARGES FOR THIS INVOICE**                  $.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301019

INVOICE #  813522

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301019
     Default Counsel Oversight Framework - 712999
     TC # 712999

PROFESSIONAL SERVICES

| 09/01/12 | DERO Review and correspondence regarding new Florida foreclosure opinion regarding service of process | L120 | .10 hrs |
|---|---|---|---|

TOTAL FEES FOR THIS MATTER                             $36.00

BILLING SUMMARY

| David E. Roth | .10 hrs | 360.00 /hr | 36.00 |
|---|---|---|---|

TOTAL FEES                    0.10 hrs                    $36.00

**TOTAL CHARGES FOR THIS INVOICE**                      $36.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                            0R0802-301019
Fort Washington, PA 19034

                                                              INVOICE #  818576

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0802-301019
         Default Counsel Oversight Framework - 712999
         TC # 712999

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/07/12 | DERO | Review new legal supplier opinions and related news stories | L120 | .20 hrs |
| 10/08/12 | DERO | Review and correspondence regarding new Fein Such opinion | L120 | .10 hrs |
| 10/12/12 | DERO | Phone conferences with FNMA and Brian O'Dell regarding Florida Foreclosure counsel | L120 | .10 hrs |
| 10/24/12 | CWH | Exchange e-mails with foreclosure firm regarding new trial procedures in Miami-Dade | L110 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                    $210.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| David E. Roth | .40 hrs | 360.00 /hr | 144.00 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.60 hrs | | $210.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$210.00** |

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                        0R0802-301019
Fort Washington, PA 19034

                                                           INVOICE #  821054

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0802-301019
         Default Counsel Oversight Framework - 712999
         TC # 712999

    PROFESSIONAL SERVICES

11/26/12  CWH   Review and analyze status of foreclosure    L210      .40 hrs
                suit and related class action involving
                one of GMAC's default firms


                TOTAL FEES FOR THIS MATTER                            $132.00


    BILLING SUMMARY

      Christian W. Hancock       .40 hrs   330.00 /hr        132.00


    TOTAL FEES                   0.40 hrs                    $132.00

    **TOTAL CHARGES FOR THIS INVOICE**                      **$132.00**

              ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301047

INVOICE #  818577

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301047
     State of Nevada vs. LPS
     Matter No. 716030
     TC # 716030

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/12/12 | KK | Research and review of docket to determine activity in case | L110 | .20 hrs |
| 10/17/12 | KK | Review of docket to determine status of case and recent activity | L110 | .20 hrs |
| 10/23/12 | KK | Research and review of docket to determine activity in case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $96.00

BILLING SUMMARY

  Kerry Keane              .60 hrs   160.00 /hr      96.00

TOTAL FEES                 0.60 hrs               $96.00

**TOTAL CHARGES FOR THIS INVOICE**              $96.00

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301047

INVOICE #  820840

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301047
     State of Nevada vs. LPS
     Matter No. 716030
     TC # 716030
  01        Copy Charges                                           0.00

TOTAL FEES              0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**          $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301047

INVOICE # 821055

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301047
     State of Nevada vs. LPS
     Matter No. 716030
     TC # 716030

PROFESSIONAL SERVICES

| 11/12/12 | LADA | Review of file regarding documents responsive to subpoena | L140 | .80 hrs |
|----------|------|-----------------------------------------------------------|------|---------|
| 11/16/12 | CWH | Review and analyze status of pleadings in the Nevada matter | L210 | .20 hrs |
| 11/19/12 | LADA | Research regarding relation of named parties in light of the State's intent to produce responsive documents | L190 | .90 hrs |
| 11/19/12 | KK | Review produced documents 1-265 in conjunction with re-production of documents in response to investigative subpoena | L110 | .60 hrs |
| 11/19/12 | KK | Research and review docket and email Westlaw courier regarding obtaining eleven pleadings from the court in Clark County, Nevada | L110 | .20 hrs |
| 11/20/12 | LADA | Begin research regarding relation of named parties in light of the State's intent to produce responsive documents | L190 | 2.40 hrs |
| 11/20/12 | KK | Receive and review eleven pleadings and attachments as requested from the court in Clark County, Nevada to analyze and continue to monitor case | L110 | .30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 30, 2012

ResCap

0R0802-301047

FED ID NO. 63-0243316

| Date | Atty | Description | Task | Hours |
|---|---|---|---|---|
| 11/21/12 | LADA | Continue research regarding relation of named parties in light of the State's intent to produce responsive documents | L190 | 4.90 hrs |
| 11/26/12 | KK | Research and review docket and status of case | L110 | .20 hrs |
| 11/27/12 | KK | Receive and review over 500 pages of pleadings requested from the court to analyze case and determine next steps | L110 | .60 hrs |
| 11/27/12 | LADA | Draft letter to defendants' counsel regarding State's intent to produce responsive documents | L190 | .50 hrs |
| 11/28/12 | RLB | Review and analyze pleadings | L210 | .50 hrs |
| 11/29/12 | RLB | Continue to review and analyze pleadings | L210 | .80 hrs |
| 11/30/12 | RLB | Continue review and analysis of pleadings | L210 | 2.50 hrs |
| 11/30/12 | RLB | E-mail memo to client regarding analysis and posture of matter | L210 | .80 hrs |

TOTAL FEES FOR THIS MATTER                           $2,211.10

01      Copy Charges                                                0.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Rashad L. Blossom | 4.60 hrs | 266.00 /hr | 1,223.60 |
| Lucinda Kish | 9.50 hrs | 65.00 /hr | 617.50 |
| Kerry Keane | 1.90 hrs | 160.00 /hr | 304.00 |

TOTAL FEES                16.20 hrs                  $2,211.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
NOVEMBER 30, 2012

ResCap

0R0802-301047

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $2,211.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    JANUARY 23, 2013
1100 Virginia Drive                                                       0R0802-301047
Fort Washington, PA 19034

                                                                          INVOICE #  830013

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0802-301047
         State of Nevada vs. LPS
         Matter No. 716030
         TC # 716030

PROFESSIONAL SERVICES

12/06/12   KK    Review upcoming response deadline and      L110      .20 hrs
                 confirm verbal extension

12/20/12   KK    Research and review docket to determine    L110      .10 hrs
                 status of case

12/21/12   LADA  Review and identification of documents     L140     1.60 hrs
                 to be produced by State

12/28/12   LADA  Preparation of document production in      L390      .50 hrs
                 connection with State action regarding
                 servicer


                 TOTAL FEES FOR THIS MATTER                         $184.50


EXPENSES


    12       Court Costs - Pleadings                               1,062.69

             TOTAL COSTS FOR THIS MATTER                        $1,062.69


BILLING SUMMARY

    Lucinda Kish              2.10 hrs   65.00 /hr      136.50
    Kerry Keane                .30 hrs  160.00 /hr       48.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0802-301047

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 2.40 hrs | $184.50 |
| TOTAL EXPENSES | | $1,062.69 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,247.19** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301051

INVOICE #  820841

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301051
      SCRA
      Loan Nos. 0602004595; 7424378206; 0702148688; 0475859864;
      0601602484; 0702153854; 0602097153; 0602097159; Mat. 716768
      TC # 716768

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

TOTAL FEES            0.00 hrs            $.00

**TOTAL CHARGES FOR THIS INVOICE**            $.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301055

INVOICE #  813525

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301055
     Code Violations LOS ANGELES, CITY OF - 698487
     TC # 698487

PROFESSIONAL SERVICES

09/20/12  CJA  Review of revised property protocol and          B250      5.70 hrs
               funding implementation agreements in
               order to facilitate approval for
               submission pursuant to agreement among
               affected servicers in LACA suit

                TOTAL FEES FOR THIS MATTER                              $1,197.00

BILLING SUMMARY

    C. Jason Avery         5.70 hrs   210.00 /hr     1,197.00

TOTAL FEES               5.70 hrs                    $1,197.00

TOTAL CHARGES FOR THIS INVOICE                       $1,197.00

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301055

INVOICE #  821056

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301055
     Code Violations LOS ANGELES, CITY OF - 698487
     TC # 698487

PROFESSIONAL SERVICES

11/14/12  ERP  Draft status update for attorney review    L120    .20 hrs

                TOTAL FEES FOR THIS MATTER                         $30.00


BILLING SUMMARY

   Emily R. Powell           .20 hrs   150.00 /hr        30.00


TOTAL FEES                  0.20 hrs                    $30.00

**TOTAL CHARGES FOR THIS INVOICE**                     $30.00


***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0802-301068

INVOICE #  813526

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301068
     ECB Citations New York
     Loan Nos. 359041291; 3592788495; 359321981; 359371420;
     810022044; Ally Matter No. 719362
     TC # 719362

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/12/12 | SAP | Correspond with client re obtaining 2006 power of attorney and filing appeal to violations | B190 | .20 hrs |
| 09/17/12 | SAP | Finalize appeal to Environmental Control Board and submit | B190 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $226.10

01        Copy Charges                                        0.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Steven A. Pozefsky | .70 hrs | 323.00 /hr | 226.10 |

TOTAL FEES              0.70 hrs              $226.10

**TOTAL CHARGES FOR THIS INVOICE**              **$226.10**

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301068

INVOICE #  818578

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301068
     ECB Citations New York
     Loan Nos. 359041291; 3592788495; 359321981; 359371420;
     810022044; Ally Matter No. 719362
     TC # 719362

PROFESSIONAL SERVICES

10/08/12  SAP  Correspond with client re denial of       B190      .20 hrs
               appeal of violations


          TOTAL FEES FOR THIS MATTER                               $64.60


BILLING SUMMARY

   Steven A. Pozefsky        .20 hrs    323.00 /hr        64.60


TOTAL FEES                   0.20 hrs                    $64.60

**TOTAL CHARGES FOR THIS INVOICE**                      **$64.60**


***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301068

INVOICE #  830014

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301068
     ECB Citations New York
     Loan Nos. 359041291; 3592788495; 359321981; 359371420;
     810022044; Ally Matter No. 719362
     TC # 719362

PROFESSIONAL SERVICES

| 12/13/12 | SAP | Review and analyze correspondence re paying violations | B110 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $64.60

BILLING SUMMARY

| Steven A. Pozefsky | .20 hrs | 323.00 /hr | 64.60 |
|---|---|---|---|

TOTAL FEES                    0.20 hrs              $64.60

**TOTAL CHARGES FOR THIS INVOICE**              **$64.60**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301073

INVOICE #  813527

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301073
     Noriega, Henry & Carmen
     Loan No. 0402513418; Matter No. 720443
     TC # 720443

PROFESSIONAL SERVICES

| 09/03/12 | JDV | Draft status update for client | L190 | .10 hrs |
|----------|-----|-------------------------------|------|---------|

TOTAL FEES FOR THIS MATTER                                      $21.90

BILLING SUMMARY

| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |
|--------------|---------|------------|-------|

TOTAL FEES                 0.10 hrs                  $21.90

**TOTAL CHARGES FOR THIS INVOICE**                    $21.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                            0R0802-301073
Fort Washington, PA 19034

                                                               INVOICE #  818579

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301073
     Noriega, Henry & Carmen
     Loan No. 0402513418; Matter No. 720443
     TC # 720443

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/09/12 | JAM | Telephone conference with C.Neustein's office regarding stipulated dismissal | L210 | .20 hrs |
| 10/10/12 | JAM | Review online Access online docket and review for recent case activity, research regarding Judge Thornton, multiple telephone calls and emails regarding J.Vega's meeting with Judge Thornton's Judicial Assistant, and review Agreed Order | L250 | .80 hrs |
| 10/10/12 | JDV | Prepare Agreed Order for service | L210 | .50 hrs |
| 10/10/12 | JDV | Meeting with T.Smith, judicial assistant to Judge Thornton, regarding Agreed Order | L210 | .30 hrs |
| 10/11/12 | JAM | Review Judge Thornton's form proposed order | L210 | .10 hrs |
| 10/11/12 | JAM | Revise proposed/agreed order on attorney fees to confirm to Judge Thornton's format | L210 | .30 hrs |
| 10/11/12 | JAM | Email correspondence with C.Neustein regarding revised agreed order | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

OR0802-301073

FED ID NO. 63-0243316

| 10/16/12 | JAM | Email correspondence to C.Neustein to follow up on proposed order | L210 | .20 hrs |
| 10/30/12 | JAM | Multiple telephone calls and email correspondence to B.Neustin regarding proposed order on attorneys' fees | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                               $487.10

<u>BILLING SUMMARY</u>

| Jamie Mathews | 2.00 hrs | 145.00 /hr | 290.00 |
| Jose D. Vega | .90 hrs | 219.00 /hr | 197.10 |

TOTAL FEES                2.90 hrs                    $487.10

**TOTAL CHARGES FOR THIS INVOICE**                 **$487.10**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301073

INVOICE #  821057

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301073
     Noriega, Henry & Carmen
     Loan No. 0402513418; Matter No. 720443
     TC # 720443

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
| 11/01/12 | JAM | Revise proposed order to conform to 11th Circuit requirements and forward to Judge Thornton for consideration | L210 | .40 hrs |
| 11/06/12 | JAM | Analyze proposed agreed order on Motion for Attorney's Fees | L210 | .10 hrs |
| 11/06/12 | JAM | Revised proposed order and file/submit order to Judge via e-courtesy | L210 | .30 hrs |
| 11/06/12 | JDV | Review signed copy of Order regarding motion for attorney's fees | L210 | .10 hrs |
| 11/06/12 | JDV | Communications with client regarding receipt of signed Order regarding defendant's motion for attorney's fees | L190 | .20 hrs |
| 11/08/12 | JAM | Review final order signed by Judge and draft Closing File Memo | L190 | .30 hrs |
| 11/11/12 | JAM | Finalize closing file memorandum and forward to client | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $261.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301073

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | 1.20 hrs | 145.00 /hr | 174.00 |
| Jose D. Vega | .40 hrs | 219.00 /hr | 87.60 |

| TOTAL FEES | 1.60 hrs | | $261.60 |

**TOTAL CHARGES FOR THIS INVOICE**                                  $261.60

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301073

INVOICE #  830015

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301073
     Noriega, Henry & Carmen
     Loan No. 0402513418; Matter No. 720443
     TC # 720443

PROFESSIONAL SERVICES

| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .10 hrs |
|---|---|---|---|---|

| | TOTAL FEES FOR THIS MATTER | $21.90 |
|---|---|---|

BILLING SUMMARY

| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | | $21.90 |
|---|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** | **$21.90** |
|---|---|

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0802-301074

INVOICE #  813528

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0802-301074
     Frasure, David
     Loan# 601955652, 0601955658 Matter no. 719952
     TC # 719952

PROFESSIONAL SERVICES

09/04/12  ES   Monthly status update for client review    L240B    .10 hrs


                  TOTAL FEES FOR THIS MATTER                      $18.50


BILLING SUMMARY

    Erin Saltaformaggio        .10 hrs   185.00 /hr        18.50


TOTAL FEES              0.10 hrs                  $18.50

**TOTAL CHARGES FOR THIS INVOICE**              **$18.50**


            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 28, 2012
0R0802-301074

INVOICE #  819797

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301074
     Frasure, David
     Loan# 601955652, 0601955658 Matter no. 719952
     TC # 719952

PROFESSIONAL SERVICES
10/01/12  ES   Prepare monthly status update for client   L240B   .10 hrs
               review

               TOTAL FEES FOR THIS MATTER                  $18.50
               LESS DISCOUNT                                (18.50)

     01        Copy Charges                                          0.00

BILLING SUMMARY

     Erin Saltaformaggio       .10 hrs   185.00 /hr        18.50

TOTAL FEES                     0.10 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301074

INVOICE #  830016

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301074
     Frasure, David
     Loan# 601955652, 0601955658 Matter no. 719952
     TC # 719952

PROFESSIONAL SERVICES

11/01/12  ES   Draft monthly status report for client      L240B    .10 hrs


              TOTAL FEES FOR THIS MATTER                    $18.50


EXPENSES

  20       Airline Tickets                                          150.00
  21       Travel Expense                                            81.71

              TOTAL COSTS FOR THIS MATTER                   $231.71


BILLING SUMMARY

  Erin Saltaformaggio        .10 hrs   185.00 /hr        18.50


TOTAL FEES              0.10 hrs                   $18.50

TOTAL EXPENSES                                     $231.71

**TOTAL CHARGES FOR THIS INVOICE**                $250.21


***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301081

INVOICE #  813529

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0802-301081
      Consent Order - Mortgage Operations Compliance Review -
      719626
      TC # 719626

PROFESSIONAL SERVICES

| 09/10/12 | CSM | Draft complaint verification for affirmation of counsel newly required in certain foreclosure actions | P280 | 2.70 hrs |
|---|---|---|---|---|
| 09/11/12 | CSM | Continue drafting of complaint verification for affirmation of counsel newly required in certain foreclosure actions | P280 | 1.30 hrs |
| 09/11/12 | CSM | Telephone conference with client and others regarding default firms and affidavit documentation procedures | P280 | .30 hrs |
| 09/11/12 | CSM | Review national servicing standards and testing metric provisions relating to affidavits | P280 | .40 hrs |
| 09/11/12 | CSM | Review script provisions relating to uploading of affidavits | P280 | .40 hrs |
| 09/11/12 | CSM | Draft form of attorney affirmation newly required in certain foreclosure actions | P280 | 1.60 hrs |
| 09/11/12 | CSM | Review comments provided by client to draft templates created to comply with state laws | P280 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0802-301081

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/11/12 | CSM | Draft form affidavit for affirmation of counsel newly required in certain foreclosure actions | P280 | 3.40 hrs |
| 09/12/12 | CSM | Research regarding sufficiency of upload timing requirements for purposes of ensuring compliance with consent order requirements | P280 | 1.70 hrs |
| 09/12/12 | CSM | E-mail correspondence with client regarding form of trustee substitutions to be used in North Carolina | P280 | .20 hrs |
| 09/13/12 | CSM | Telephone conference with client regarding affidavit upload compliance | P280 | .40 hrs |
| 09/13/12 | CSM | Revise forms created to comply with attorney affirmation requirement newly imposed by state laws | P280 | 1.10 hrs |
| 09/13/12 | CSM | Telephone conferences with default counsel regarding propriety of form of trustee substitution currently in use | P280 | .60 hrs |
| 09/14/12 | CSM | Research regarding loan modifications in consumer bankruptcy cases | P280 | 3.30 hrs |
| 09/14/12 | RLB | Research regarding loan modifications under the Bankruptcy Code | L120 | 6.60 hrs |
| 09/16/12 | RLB | Continue research regarding loan modifications under the Bankruptcy Code | L120 | 4.00 hrs |
| 09/16/12 | RLB | Draft and revise memorandum regarding loan modifications under the Bankruptcy Code | L120 | 5.20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0802-301081

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/17/12 | CSM | Telephone conference with clients regarding form of trustee substitution used in foreclosure actions | P280 | .40 hrs |
| 09/17/12 | RLB | Review final draft of memorandum regarding loan modifications | L120 | .30 hrs |
| 09/17/12 | CSM | Telephone conference with client and others regarding development of processes to ensure compliance with affidavit upload requirement | P280 | .70 hrs |
| 09/17/12 | MPE | Research state e-filing procedures in order to assist with default firm living file compliance. | L110 | .60 hrs |
| 09/17/12 | CSM | Email correspondence with default firms regarding trustee substitutions | P280 | .20 hrs |
| 09/20/12 | JDD | Researching issues regarding enforcement of consent order | B120 | 2.10 hrs |
| 09/20/12 | JDD | Reviewed consent order requirements for GMACM on foreclosure review | B120 | 2.10 hrs |
| 09/20/12 | JDD | Meeting to discuss response for GMACM regarding debtors' obligations under Consent Order | B120 | .30 hrs |
| 09/20/12 | JDD | Drafting and revising response regarding Consent Order and potential issues for debtor | B120 | 1.30 hrs |
| 09/20/12 | JDD | Reviewed creditor committee objections to payment of fees to PWC and others for foreclosure review | B120 | .70 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 30, 2012

ResCap

0R0802-301081

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/20/12 | JDD | Emails from debtors' counsel regarding debtors' obligations under Consent Order | B120 | .40 hrs |
| 09/21/12 | PMD | Update research of various local Pennsylvania mediation requirements | L190 | 4.50 hrs |
| 09/21/12 | JDD | Reviewing and researching case law and legislation regarding jurisdiction regarding Consent Order and compliance obligations thereunder | B120 | 1.70 hrs |
| 09/21/12 | JDD | Analyze issues regarding compliance obligations under consent order | B120 | .60 hrs |
| 09/21/12 | JDD | Preparing materials regarding compliance obligations under Consent Order | B120 | .50 hrs |
| 09/21/12 | JDD | Reviewing bankruptcy case on consent order jurisdiction | B120 | .40 hrs |
| 09/24/12 | JDD | Further analysis regarding compliance obligations under Consent Order | B120 | .20 hrs |
| 09/24/12 | CSM | Email correspondence with default counsel regarding finalization of forms newly required by state law | P280 | .30 hrs |
| 09/25/12 | CSM | Email correspondence with default counsel regarding draft forms to be used in satisfaction of state law counsel affirmation requirement | P280 | .20 hrs |
| 09/26/12 | CSM | Review script in advance of teleconferences with default firms | P280 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
OCTOBER 30, 2012

0R0802-301081

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/26/12 | CSM | Email correspondence with default counsel and client regarding finalization of forms newly required by state law | P280 | .30 hrs |
| 09/27/12 | CSM | Communicate with default firms regarding implementation of compliance project | P280 | 1.70 hrs |
| 09/27/12 | CSM | Review and revise memorandum regarding standing requirements for circulation to servicer group | P280 | 4.90 hrs |
| 09/28/12 | CSM | Rewrite sections of memorandum regarding standing for circulation to servicer group | P280 | 2.10 hrs |
| 09/30/12 | CSM | Rewrite sections of memorandum regarding standing for circulation to servicer group | P280 | 3.30 hrs |

TOTAL FEES FOR THIS MATTER                    $19,764.60

EXPENSES

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 70S | Ready Conference | 16.03 |

TOTAL COSTS FOR THIS MATTER              $16.03



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     6
OCTOBER 30, 2012

ResCap

0R0802-301081

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| J. David Dresher | 10.30 hrs | 389.00 /hr | 4,006.70 |
| Paige M. Boshell | 4.50 hrs | 345.00 /hr | 1,552.50 |
| Rashad L. Blossom | 16.10 hrs | 266.00 /hr | 4,282.60 |
| Cory S. Menees | 32.00 hrs | 300.00 /hr | 9,600.00 |
| Melisa P. Palmer | .60 hrs | 149.00 /hr | 89.40 |

TOTAL FEES                    63.50 hrs                    $19,764.60

TOTAL EXPENSES                                             $16.03

**TOTAL CHARGES FOR THIS INVOICE**                        **$19,780.63**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301081

INVOICE #  818580

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301081
     Consent Order - Mortgage Operations Compliance Review -
     719626
     TC # 719626

## PROFESSIONAL SERVICES

10/05/12  RLB  Research regarding HAMP 10-02 directive     B410     .80 hrs

                TOTAL FEES FOR THIS MATTER              $212.80

## EXPENSES

01       Copy Charges                                        0.00
41       Computerized Legal Research-Westlaw                 0.00
70S      Ready Conference                                    6.79

                TOTAL COSTS FOR THIS MATTER          $6.79

## BILLING SUMMARY

   Rashad L. Blossom        .80 hrs   266.00 /hr       212.80

TOTAL FEES              0.80 hrs                   $212.80

TOTAL EXPENSES                                      $6.79

**TOTAL CHARGES FOR THIS INVOICE**                 $219.59

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301081

INVOICE #  820842

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301081
      Consent Order - Mortgage Operations Compliance Review -
      719626
       TC # 719626
   01       Copy Charges                                        0.00

TOTAL FEES           0.00 hrs                      $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301081

INVOICE #  821058

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301081
     Consent Order - Mortgage Operations Compliance Review -
     719626
     TC # 719626

PROFESSIONAL SERVICES

| 11/01/12 | CSM | Prepare for and participate in cross servicer legal workgroup conference call | P280 | 1.30 hrs |
| 11/05/12 | CSM | Participate in cross servicer legal workgroup call regarding servicing standards applicable to force place insurance | P280 | .50 hrs |
| 11/06/12 | CSM | Participate in cross servicer legal workgroup call regarding metric testing procedures | P280 | .60 hrs |
| 11/08/12 | CSM | Prepare for and participate in cross servicer legal workgroup conference call | P280 | 1.30 hrs |
| 11/09/12 | CSM | Emails with client regarding issues raised in weekly cross servicer legal workgroup call | C400 | .70 hrs |
| 11/09/12 | CSM | Review issues raised in weekly cross servicer legal workgroup call | P280 | 1.10 hrs |
| 11/13/12 | CSM | Prepare for and participate in cross servicer call and conference call with OMSO | P280 | 1.60 hrs |
| 11/15/12 | CSM | Conference with client regarding proposed change to metric testing population definition | P280 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0802-301081

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 11/15/12 | CSM | Prepare for and participate in cross servicer legal workgroup conference call | P280 | 1.10 hrs |
| 11/28/12 | CSM | Review proposed changes to Metric testing population definition | P280 | .20 hrs |
| 11/28/12 | CSM | Review call materials | C300 | .10 hrs |
| 11/29/12 | CSM | Participate in cross servicer group call | P280 | 1.00 hrs |
| 11/29/12 | CSM | Review draft memorandum to be submitted to monitor regarding post-foreclosure issues | P280 | .50 hrs |
| 11/29/12 | CSM | Emails with client recapping cross servicer group call and requesting information sought by cross servicer group | C400 | .70 hrs |
| 11/29/12 | CSM | Review metric issues to be discussed on cross servicer group call | L120 | .90 hrs |
| 11/30/12 | CSM | Prepare for and participate in cross servicer legal workgroup call and weekly servicing standards update call with client | P280 | 2.40 hrs |

TOTAL FEES FOR THIS MATTER                               $4,320.00

BILLING SUMMARY

   Cory S. Menees          14.40 hrs    300.00 /hr       4,320.00

TOTAL FEES               14.40 hrs                $4,320.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
NOVEMBER 30, 2012

0R0802-301081

ResCap

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $4,320.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301081

INVOICE #  830017

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301081
     Consent Order - Mortgage Operations Compliance Review -
     719626
     TC # 719626

PROFESSIONAL SERVICES

| 12/03/12 | CSM | Review and analyze memorandum drafted by counsel for Bank of America regarding recoverability of post foreclosure deficiencies | P280 | .50 hrs |
| 12/05/12 | CSM | Review and analyze memorandum drafted by counsel for Bank of America regarding recoverability of post foreclosure deficiencies | P280 | 2.80 hrs |
| 12/07/12 | CSM | Prepare for and participate in weekly servicing standards update call with client | P280 | 1.10 hrs |
| 12/10/12 | CSM | Emails with servicer group regarding addition of items to agenda for weekly calls | P280 | .10 hrs |
| 12/11/12 | CSM | Prepare for and participate in weekly cross servicer metrics and testing workgroup call | P280 | 1.10 hrs |
| 12/14/12 | CSM | Participate in cross-servicer call regarding conflicts list and client call regarding servicing standards | P280 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0802-301081

FED ID NO. 63-0243316

| 12/19/12 | CSM | Emails with counsel for Bank of America regarding revised memorandum regarding recoverability of post foreclosure deficiencies | C400 | .20 hrs |
| 12/19/12 | CSM | Review and analyze revised memorandum drafted by counsel for Bank of America regarding recoverability of post foreclosure deficiencies | P280 | 2.30 hrs |
| 12/20/12 | CSM | Participate in weekly cross-servicer legal workgroup call | P280 | 1.00 hrs |
| 12/20/12 | CSM | Emails with client regarding deficiency waiver legal opinion | P280 | .20 hrs |
| 12/21/12 | CSM | Participate in weekly servicing standards update call with client | P280 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,240.00

BILLING SUMMARY

    Cory S. Menees          10.80 hrs   300.00 /hr      3,240.00

TOTAL FEES                  10.80 hrs                   $3,240.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$3,240.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301082

INVOICE #  813530

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301082
     Kentucky Mortgage Dispute - 721351
     TC # 721351

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | RLB | E-mail to client regarding letter sent to borrower regarding efforts to release mortgage | L190 | .10 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding status of mortgage release | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                      $53.20

BILLING SUMMARY

| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
|---|---|---|---|

TOTAL FEES                 0.20 hrs              $53.20

**TOTAL CHARGES FOR THIS INVOICE**              **$53.20**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301082

INVOICE #  821059

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301082
     Kentucky Mortgage Dispute - 721351
     TC # 721351

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/27/12 | RLB | Research regarding equitable assignment of mortgage under Kentucky law | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                $106.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .40 hrs | 266.00 /hr | 106.40 |

TOTAL FEES                    0.40 hrs              $106.40

**TOTAL CHARGES FOR THIS INVOICE**            $106.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          JANUARY 23, 2013
1100 Virginia Drive                             0R0802-301082
Fort Washington, PA 19034

                                                INVOICE #  830018

                                                FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301082
     Kentucky Mortgage Dispute - 721351
     TC # 721351

PROFESSIONAL SERVICES

10/01/12  RLB   Draft monthly report regarding contact      L190      .10 hrs
                with borrower about mortgage release

12/03/12  KK    Research and review status of case          L110      .20 hrs
                pertaining to letter sent to borrower


          TOTAL FEES FOR THIS MATTER                                 $58.60


BILLING SUMMARY

     Rashad L. Blossom          .10 hrs    266.00 /hr        26.60
     Kerry Keane                .20 hrs    160.00 /hr        32.00


TOTAL FEES               0.30 hrs                          $58.60

**TOTAL CHARGES FOR THIS INVOICE**                        **$58.60**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301096

INVOICE #  813531

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301096
     Kentucky Mortgage Dispute - 704821
     TC # 704821

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | RLB | E-mail to client regarding letter sent to borrower regarding efforts to release mortgage | L190 | .10 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding status of mortgage release | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                               $53.20

BILLING SUMMARY

Rashad L. Blossom          .20 hrs   266.00 /hr        53.20

TOTAL FEES                 0.20 hrs                   $53.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$53.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301096

INVOICE #  821060

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301096
     Kentucky Mortgage Dispute - 704821
     TC # 704821

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/21/12 | RLB | Review status of matter | L190 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $69.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
| Kerry Keane | .10 hrs | 160.00 /hr | 16.00 |

TOTAL FEES                 0.30 hrs                    $69.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$69.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          JANUARY 23, 2013
1100 Virginia Drive                             0R0802-301096
Fort Washington, PA 19034

                                                INVOICE #  830019

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:   0R0802-301096
          Kentucky Mortgage Dispute - 704821
          TC # 704821

    PROFESSIONAL SERVICES

    10/01/12   RLB   Draft monthly status report regarding      L190      .10 hrs
                     contact with borrower about mortgage
                     release

               TOTAL FEES FOR THIS MATTER                                $26.60


    BILLING SUMMARY

        Rashad L. Blossom          .10 hrs   266.00 /hr        26.60


    TOTAL FEES                   0.10 hrs               $26.60

    **TOTAL CHARGES FOR THIS INVOICE**                 **$26.60**

                  ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301098

INVOICE #  813532

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301098
     Florida Damaged Property Dispute - 724564
     TC # 724564

PROFESSIONAL SERVICES

09/27/12  ERP  Communication with title insurer in       L120      .20 hrs
               attempt to get status of claim

               TOTAL FEES FOR THIS MATTER                          $30.00

BILLING SUMMARY

   Emily R. Powell            .20 hrs    150.00 /hr        30.00

TOTAL FEES                    0.20 hrs                     $30.00

**TOTAL CHARGES FOR THIS INVOICE**                        $30.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 17, 2012
1100 Virginia Drive                                        0R0802-301104
Fort Washington, PA 19034

                                                           INVOICE #  818581
                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0802-301104
         ROBINSON, Carl
         No. 725319
         TC # 725319

PROFESSIONAL SERVICES

10/10/12  MST   Review status and prepare closing       L120      .40 hrs
                memorandum

                TOTAL FEES FOR THIS MATTER                       $60.00

BILLING SUMMARY

    Melanie Thompson        .40 hrs   150.00 /hr         60.00

TOTAL FEES                  0.40 hrs                    $60.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$60.00**

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301110

INVOICE # 813533

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301110
     REO Document Execution - 725704
     TC # 725704

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | CJA | Conference call with clients regarding comments to draft compliance report | B250 | 1.60 hrs |
| 09/04/12 | CJA | Conference call with clients regarding revisions to policies and procedures pertaining to abandoned property and alternate resolution | B250 | 1.40 hrs |
| 09/04/12 | CJA | Receipt and review of matrix summarizing evictions schemes in multiple jurisdictions from client and analyze compliance to address applicable policies and procedures | B250 | 4.70 hrs |
| 09/06/12 | CJA | Telephone call with client regarding revisions to REO compliance report | B250 | .30 hrs |
| 09/07/12 | CJA | Telephone call with client regarding his comments and suggested revisions to compliance report | B250 | .10 hrs |
| 09/10/12 | CJA | Revised REO compliance report based on email and comments detailing REO response | B250 | 2.30 hrs |
| 09/11/12 | CJA | Revised cover letter regarding compliance report for REO | B250 | .50 hrs |
| 09/11/12 | CJA | Review and revise REO compliance report | B250 | .70 hrs |
| 09/12/12 | CJA | Review of final compliance report | B250 | 1.10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0802-301110

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/12 | CJA | Telephone call with client regarding REO compliance report | B250 | .40 hrs |
| 09/19/12 | CJA | Receipt and review of additional documents from client regarding compliance issues and procedure for implementing legislative changes | B250 | .60 hrs |
| 09/19/12 | CJA | Review and revise of draft training materials in preparation for conference call with GMAC and to ensure compliance with document execution policies and procedures | B250 | 8.90 hrs |
| 09/20/12 | CJA | Conference call with clients regarding training materials related to document executon policies and procedures | B250 | 2.00 hrs |
| 09/27/12 | CJA | Review of revised training materials and conference call with client regarding same | B250 | 1.80 hrs |
| 09/28/12 | CJA | Conference call with client regarding personal property eviction project and jurisdictional survey related thereto | B250 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $5,649.00

BILLING SUMMARY

| C. Jason Avery | 26.90 hrs | 210.00 /hr | 5,649.00 |
|---|---|---|---|

| TOTAL FEES | 26.90 hrs | | $5,649.00 |
|---|---|---|---|



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0802-301110

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**           $5,649.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301110

INVOICE # 818582

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301110
      REO Document Execution - 725704
      TC # 725704

PROFESSIONAL SERVICES

| 10/01/12 | CJA | Review of REO Document Execution training materials and published policies and procedures and conferred and commented on same with clients | B250 | 3.90 hrs |
|----------|-----|---|------|----------|
| 10/04/12 | CJA | Receipt and review of revised document execution REO training materials and commented on same | B250 | 1.20 hrs |
| 10/08/12 | FWA | Review draft assessment of REO issues and revise the same | L190 | 2.20 hrs |
| 10/08/12 | CJA | Edit and revise REO report upon review of client's additional comments | B250 | 1.20 hrs |
| 10/09/12 | CJA | Review and revised REO policies and procedures related to tenant eviction exception to standard practices | B250 | 1.20 hrs |
| 10/09/12 | CJA | Review and revised REO policies and procedures related to tenant exception to standard eviction practices | B250 | 1.40 hrs |
| 10/09/12 | CJA | Review and revised REO policies and procedures related to Ally bank owned assets | B250 | 1.10 hrs |
| 10/10/12 | CJA | Conference calls with clients regarding revisions to seller's affidavit training module and revised same | B250 | 2.40 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
NOVEMBER 17, 2012

0R0802-301110

FED ID NO. 63-0243316

| 10/11/12 | CJA | Conferred with clients regarding final approval of REO document execution training materials | B250 | .30 hrs |
|---|---|---|---|---|
| 10/23/12 | CJA | Receipt and review of final complied and global REO document execution procedures and conferred with clients regarding same | B250 | 5.60 hrs |

TOTAL FEES FOR THIS MATTER                 $4,602.00

BILLING SUMMARY

| Wendell Allen | 2.20 hrs | 345.00 /hr | 759.00 |
|---|---|---|---|
| C. Jason Avery | 18.30 hrs | 210.00 /hr | 3,843.00 |

TOTAL FEES          20.50 hrs                 $4,602.00

**TOTAL CHARGES FOR THIS INVOICE**          $4,602.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301110

INVOICE #  821061

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301110
     REO Document Execution - 725704
     TC # 725704

PROFESSIONAL SERVICES

| 11/05/12 | CJA | Review of REO policies and procedures related to REO homepage and provided comments to same | B250 | .70 hrs |
|----------|-----|---------|------|---------|

                     TOTAL FEES FOR THIS MATTER                        $147.00

BILLING SUMMARY

| C. Jason Avery | .70 hrs | 210.00 /hr | 147.00 |
|----------------|---------|------------|--------|

| TOTAL FEES | 0.70 hrs | $147.00 |
|------------|----------|---------|

**TOTAL CHARGES FOR THIS INVOICE**                       **$147.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301110

INVOICE #  830020

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301110
     REO Document Execution - 725704
     TC # 725704

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/04/12 | CJA | Review and analyze the following REO procedures to ensure compliance with applicable law and provided comments to same:  Eviction Overview , Occupants Covered by SCRA, REO Cumulative Expense and Split Invoice Review , Check Scanning, Eviction Attorney Scorecards Overview, Executing Eviction Documents, Manual Check Request 6 Month Look Back, Manual Check Request Processing, Manual Check Requests Guidelines Update Outlines situations where the GMACM REO Department would allow manual check requests in limited situations, Seller's Affidavit Process | B250 | 6.20 hrs |
| 12/10/12 | CJA | Review of procedures related to vendor selection pertaining to title ordering matrix and provided comments to same | B250 | 2.90 hrs |
| 12/17/12 | CJA | Review of updated policies and procedures regarding selection of agent and provided comments to same | B250 | 1.20 hrs |
| 12/19/12 | CJA | Review and revise the following REO document execution and eviction procedures: Eviction Attorney Scorecards Overview, Eviction Overview , Occupancy Check, Tenant Occupied Eviction, Executing Eviction Documents, Occupants Covered by SCRA | B250 | 6.20 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0802-301110

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|------|------|------|
| 12/20/12 | CJA | Review and confer with client regarding title approval matrix for use in REO policies and procedures | B250 | .80 hrs |
| 12/21/12 | CJA | Review and confer with client regarding expense reimbursement for third party vendors for use in REO policies and procedures | B250 | 1.10 hrs |
| 12/27/12 | CJA | Revise REO document execution procedures related to agent selection and tenant eviction procedure | B250 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                                    $4,095.00

BILLING SUMMARY

| | | | |
|------|------|------|------|
| C. Jason Avery | 19.50 hrs | 210.00 /hr | 4,095.00 |
| TOTAL FEES | 19.50 hrs | | $4,095.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$4,095.00** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301113

INVOICE #  813534

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301113
     ACS Document Review - 725849
     TC # 725849

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | CLHA | Confer with client and co-counsel regarding continued compliance efforts with respect to third party vendors pursuant to consent order | L120 | .50 hrs |
| 09/05/12 | FWA | Confer with legal team re: next steps on vendor compliance project | L190 | 1.00 hrs |
| 09/06/12 | CLHA | Confer with client regarding steps to correct potential third party vendor errors | L120 | .40 hrs |
| 09/07/12 | CLHA | Continued work on compliance issues related to third party vendor compliance issues in connection with consent order | L120 | .90 hrs |
| 09/07/12 | FWA | Prepare for and attend weekly meeting regarding compliance project | L190 | .60 hrs |
| 09/12/12 | CLHA | Confer with client and co-counsel regarding retrieval of client documents to be used in compliance review of third party vendors | L120 | .40 hrs |
| 09/13/12 | FWA | Prepare for and attend meeting with foreclosure counsel re: remediation | L190 | .70 hrs |
| 09/14/12 | FWA | Confer with client re: remediation status | L190 | .60 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/14/12 | FWA | Prepare for and attend weekly update meeting regarding compliance project | L190 | .60 hrs |
| 09/14/12 | CLHA | Work through analysis of certain cases to evaluate compliance regarding third party vendors pursuant to AG/DOJ consent order | L120 | 2.90 hrs |
| 09/18/12 | CLHA | Analyze bankruptcy filings to evaluate third party vendor compliance with standards under consent order | L120 | 3.20 hrs |
| 09/19/12 | CLHA | Continued analysis of third party vendor filings in connection with evaluation of compliance with consent order | L120 | 2.60 hrs |
| 09/20/12 | CLHA | Confer with client regarding potential remediation approval under consent order | L120 | .40 hrs |
| 09/21/12 | CLHA | Continued work on remediation planning related to third party vendors | L120 | .80 hrs |
| 09/21/12 | FWA | Prepare for and attend meeting regarding compliance project | L190 | .60 hrs |
| 09/23/12 | CLHA | Prepare third party vendor spreadsheets and exhibits related to possible remediation plans | L120 | .40 hrs |
| 09/24/12 | CLHA | Continued work on third party remediation issues | L120 | .70 hrs |
| 09/24/12 | FWA | Review status of loan review and provide update to client of same | L190 | .60 hrs |
| 09/26/12 | CLHA | Work on remediation plan related to third party vendors | L120 | 3.80 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

---

| 09/27/12 | FWA | Review notes and confer with client re: status | L190 | .60 hrs |
|---|---|---|---|---|
| 09/27/12 | JPD | Conference with counsel regarding vendor compliance project | L120 | .20 hrs |
| 09/27/12 | CLHA | Continued work on analysis of third party vendor remediation strategies | L120 | 5.70 hrs |
| 09/28/12 | FWA | Prepare for and attend weekly status meeting with client | L190 | .60 hrs |
| 09/28/12 | CLHA | Confer with third party vendors regarding remediation issues under consent order and logistics within GMAC for facilitating remediation | L120 | .70 hrs |

TOTAL FEES FOR THIS MATTER                    $10,192.50

BILLING SUMMARY

| J. Patrick Darby | .20 hrs | 420.00 /hr | 84.00 |
|---|---|---|---|
| Wendell Allen | 5.90 hrs | 345.00 /hr | 2,035.50 |
| Christopher L. Hawkins | 23.40 hrs | 345.00 /hr | 8,073.00 |

TOTAL FEES            29.50 hrs                $10,192.50

**TOTAL CHARGES FOR THIS INVOICE**            **$10,192.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301113

INVOICE #  818583

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301113
     ACS Document Review - 725849
     TC # 725849

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/03/12 | CLHA | Continued work on issues related to third party vendor remediation issues under consent order | L120 | .90 hrs |
| 10/03/12 | FWA | Review summary information from outside counsel and confer with client re: same | L190 | 2.50 hrs |
| 10/04/12 | FWA | Additional review of summary information from outside counsel and confer with client re: same | L190 | 1.60 hrs |
| 10/05/12 | FWA | Confer with outside counsel re: remedial steps | L190 | .80 hrs |
| 10/05/12 | FWA | Prepare for and attend weekly status call | L190 | .80 hrs |
| 10/05/12 | CLHA | Calls and emails with client and legal bankruptcy counsel regarding status of potential third party remediation programs | L120 | .60 hrs |
| 10/08/12 | CLHA | Conduct research and advise client and outside counsel regarding legal requirements for amendments to proofs of claim to the extent required by AG/DOJ consent order | L120 | .80 hrs |
| 10/08/12 | FWA | Confer with client re: forms for use in remediation and consider issues related to same | L190 | .60 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 10/09/12 | FWA | Review outstanding FCL files and confer with outside counsel re: remedial steps | L190 | 1.30 hrs |
| 10/09/12 | CLHA | Continued work on third party remediation issues related to consent order | L120 | 1.70 hrs |
| 10/10/12 | FWA | Review original promissory note copies from client and confer with outside counsel re: same | L190 | .60 hrs |
| 10/11/12 | CLHA | Continued work through logistical issues related to third party remediation vendor consent order | L120 | 3.10 hrs |
| 10/12/12 | CLHA | Call with client regarding status of remediation and continued work on related remediation issues under consent order | L120 | 1.90 hrs |
| 10/15/12 | CLHA | Continued work on remediation issues pursuant to consent order | L120 | 2.90 hrs |
| 10/15/12 | FWA | Confer with client re: next steps in remediation and contact outside firms re: same | L190 | 1.10 hrs |
| 10/16/12 | FWA | Confer with outside counsel re: status of loan review | L190 | .40 hrs |
| 10/16/12 | AH | Review loan numbers and corresponding copies of notes to determine if a specific set of notes has been reviewed and create a spreadsheet encompassing the findings of the previous review for that specific set of loan numbers | L629 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
NOVEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/16/12 | CLHA | Continued work on remediation issues under consent order | L120 | .70 hrs |
| 10/17/12 | CLHA | Continued work on remediation issues under consent order | L120 | 1.30 hrs |
| 10/18/12 | CLHA | Continued work on remediation related to third party vendor issues | L120 | 1.90 hrs |
| 10/18/12 | FWA | Confer with client re: remedial pleadings | L190 | .50 hrs |
| 10/18/12 | FWA | Confer with outside counsel re remedial pleadings | L190 | .60 hrs |
| 10/19/12 | FWA | Confer with client re: third party vendor review and status | L190 | .70 hrs |
| 10/19/12 | FWA | Confer with outside counsel re: status of note review | L190 | 1.40 hrs |
| 10/19/12 | CLHA | Continued work on remediation issues related to third party vendors | L120 | 3.80 hrs |
| 10/22/12 | FWA | Confer with outside counsel re: review of notes and next steps in remediation | L190 | .70 hrs |
| 10/23/12 | FWA | Confer with client re: note review project | L190 | .60 hrs |
| 10/24/12 | FWA | Prepare for and attend conference call re: note sale issues | L190 | .80 hrs |
| 10/24/12 | FWA | Review updates on POC process and confer with client re: same | L190 | .70 hrs |
| 10/25/12 | FWA | Confer with outside counsel re: remediation protocols | L190 | .70 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/25/12 | FWA | Review and revise proposed pleading re: same | L190 | .50 hrs |
| 10/25/12 | CLHA | Continued work on third party remediation issues related to consent order | L120 | .90 hrs |
| 10/26/12 | CLHA | Continued work on third party vendor remediation issues related to consent order | L120 | 1.20 hrs |
| 10/26/12 | FWA | Prepare for and attend weekly meeting regarding third party vendors | L190 | .60 hrs |
| 10/29/12 | CLHA | Continued work on issues related to third party vendor remediation under consent order | L120 | .80 hrs |
| 10/30/12 | FWA | Coordinate contacts with counsel re: note issues | L190 | .70 hrs |
| 10/30/12 | CLHA | Continued work on third party vendor remediation issues | L120 | .80 hrs |
| 10/31/12 | FWA | Contact firms re: status of note reviews | L190 | 1.20 hrs |
| 10/31/12 | CLHA | Continued work on third party remediation issues | L120 | .70 hrs |

TOTAL FEES FOR THIS MATTER                    $16,485.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
NOVEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | 19.40 hrs | 345.00 /hr | 6,693.00 |
| Christopher L. Hawkins | 24.00 hrs | 345.00 /hr | 8,280.00 |
| Ashlee Hightower | .90 hrs | 185.00 /hr | 166.50 |

TOTAL FEES                    44.30 hrs                    $16,485.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$16,485.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301113

INVOICE #  830021

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301113
     ACS Document Review - 725849
     TC # 725849

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 12/03/12 | CLHA | Continued work on third party remediation project | L120 | .80 hrs |
| 12/04/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 1.30 hrs |
| 12/05/12 | CLHA | Continued work on third party remediation project | L120 | 1.20 hrs |
| 12/06/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 1.40 hrs |
| 12/07/12 | CLHA | Call with client regarding status and remaining action items; continued work on third party vendor remediation issues | L120 | 1.30 hrs |
| 12/07/12 | FWA | Prepare for and attend weekly status meeting | L190 | .50 hrs |
| 12/10/12 | FWA | Confer with Fisher and Shapiro re: single endorsement issue | L190 | .40 hrs |
| 12/11/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 2.10 hrs |
| 12/12/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 1.20 hrs |
| 12/13/12 | FWA | Confer with M. Potter at CS-Legal re: status of remediation | L190 | .60 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0802-301113

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/13/12 | FWA | Confer with client re: status | L190 | .40 hrs |
| 12/13/12 | CLHA | Analyze comments from local bankruptcy counsel regarding procedures for third party vendor remediation and provide detailed guidance regarding same | L120 | .90 hrs |
| 12/14/12 | CLHA | Call with client regarding status of third party vendor remediation | L120 | .50 hrs |
| 12/14/12 | FWA | Prepare for and attend weekly status meeting with client and provide status report | L190 | .50 hrs |
| 12/17/12 | CLHA | Follow up with local bankruptcy counsel regarding third party vendor remediation | L120 | .30 hrs |
| 12/17/12 | FWA | Confer with Codilis re: status of remediation of certain files and consider appropriate response to same | L190 | .60 hrs |
| 12/18/12 | AH | Review comprehensive possible errors spreadsheet and create a spreadsheet identifying a specifically requested foreclosure firm | L629 | .60 hrs |
| 12/18/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 1.30 hrs |
| 12/20/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 2.80 hrs |
| 12/21/12 | CLHA | Conference call with client and continued work on remaining third party vendor remediation issues | L120 | 1.20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
JANUARY 23, 2013

0R0802-301113

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 12/21/12 | FWA | Prepare for and attend weekly status meeting | L190 | .50 hrs |
| 12/26/12 | CLHA | Follow up with client regarding assignments of mortgages needed in third party vendor remediation project | L120 | .40 hrs |
| 12/28/12 | CLHA | Continued work on third party vendor remediation issues | L120 | .80 hrs |
| 12/31/12 | CLHA | Continued work on remediation project related to third party vendor uploads | B110 | .90 hrs |

TOTAL FEES FOR THIS MATTER                    $7,666.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | 3.50 hrs | 345.00 /hr | 1,207.50 |
| Christopher L. Hawkins | 18.40 hrs | 345.00 /hr | 6,348.00 |
| Ashlee Hightower | .60 hrs | 185.00 /hr | 111.00 |

TOTAL FEES                22.50 hrs                    $7,666.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$7,666.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0802-301113

INVOICE #  832552

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0802-301113
     ACS Document Review - 725849
     TC # 725849

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | FWA | Confer with Feiwell and Hannoy re: same | L190 | .60 hrs |
| 11/01/12 | FWA | Confer with MDK re: status of remediation | L190 | .50 hrs |
| 11/01/12 | CLHA | Follow up analysis of outside counsel review of third party vendor issues | L120 | 1.50 hrs |
| 11/02/12 | FWA | Prepare for and attend weekly touch-point with client to discuss status | L190 | .60 hrs |
| 11/02/12 | FWA | Confer with FCL counsel re: status of remediation | L190 | 1.20 hrs |
| 11/02/12 | CLHA | Call with client to discuss status and strategy | L120 | .50 hrs |
| 11/02/12 | CLHA | Continued analysis of files and correspondence with third party vendors regarding remediation under consent order | L120 | 2.60 hrs |
| 11/04/12 | FWA | Review status reports and provide same to client | L190 | .70 hrs |
| 11/05/12 | CLHA | Continued work on third party vendor remediation issues pursuant to consent order | L120 | 2.60 hrs |
| 11/06/12 | CLHA | Continued follow-up analysis of third party vendor files and work on remediation issues under consent order | L120 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301113

FED ID NO. 63-0243316

| 11/06/12 | FWA | Conference with CS-Legal re: status of remediation | L190 | .50 hrs |
|---|---|---|---|---|
| 11/07/12 | FWA | Attend conference calls with FCL counsel to discuss next steps | L190 | 1.70 hrs |
| 11/07/12 | FWA | Report project status to client | L190 | .80 hrs |
| 11/07/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 3.80 hrs |
| 11/08/12 | CLHA | Continued work on remediation related to third party vendors, including analysis of files and conference calls with outside counsel | L120 | 5.00 hrs |
| 11/08/12 | FWA | Conference with Marshall Watson re: status | L190 | .90 hrs |
| 11/08/12 | FWA | Conference with CS-Legal re: status of remediation | L190 | .80 hrs |
| 11/09/12 | FWA | Prepare for and attend conference call with client re: status of remediation | L190 | .50 hrs |
| 11/09/12 | FWA | Conference with FCL counsel re: status of remediation | L190 | .60 hrs |
| 11/09/12 | CLHA | Call with client to discuss status and action items | L120 | .50 hrs |
| 11/09/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 2.60 hrs |
| 11/12/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 3.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 30, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/12/12 | FWA | Conference with FCL counsel and client re: remediation status and protocols | L190 | .90 hrs |
| 11/12/12 | FWA | Review status update from client | L190 | .40 hrs |
| 11/13/12 | FWA | Review documents related to protocol for service transfer files | L190 | .20 hrs |
| 11/13/12 | FWA | Conference with client re: protocol for service transfer files | L190 | .70 hrs |
| 11/13/12 | FWA | Confer with FCL counsel re: remediation issues | L190 | .70 hrs |
| 11/13/12 | CLHA | Continued work on third party vendor remediation issues related to consent order | L120 | .60 hrs |
| 11/14/12 | CLHA | Continued work on third party remediation issues | L120 | .80 hrs |
| 11/14/12 | FWA | Correspond with client re: conclusions arising from loan histories review | L190 | .60 hrs |
| 11/14/12 | FWA | Review client loan histories and consider implications of same | L190 | .70 hrs |
| 11/15/12 | FWA | Review results of remediation and confer with client re: same | L190 | .60 hrs |
| 11/15/12 | CLHA | Continued work on third party vendor remediation issues | L120 | .60 hrs |
| 11/16/12 | CLHA | Email to client advising of status of third party vendor remediation projects | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0802-301113

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/16/12 | FWA | Prepare for and attend weekly status meeting and provide update on remediation | L190 | .80 hrs |
| 11/19/12 | FWA | Confer with client re: remediation project | L190 | .40 hrs |
| 11/19/12 | CLHA | Continued work on third party vendor remediation issues in Ohio and Illinois | L120 | .40 hrs |
| 11/20/12 | FWA | Confer with firms re: status of remediation | L190 | .70 hrs |
| 11/21/12 | FWA | Confer with FCL counsel re: status of remediation | L190 | .30 hrs |
| 11/21/12 | FWA | Review update from client re: status of remediation project | L190 | .30 hrs |
| 11/21/12 | CLHA | Analyze updated spreadsheets regarding progress on third party vendor remediation | L120 | .30 hrs |
| 11/25/12 | FWA | Correspond with client and FCL counsel re: status of  Illinois remediation | L190 | .50 hrs |
| 11/26/12 | CLHA | Continued work on third party vendor remediation projects in Ohio, Illinois, and Kentucky | L120 | 2.00 hrs |
| 11/27/12 | CLHA | Continued work on third party remediation issues | L120 | 1.40 hrs |
| 11/28/12 | CLHA | Continued work on third party vendor remediation issues | L120 | 2.60 hrs |
| 11/29/12 | CLHA | Work on third party vendor remediation issues | L120 | 2.60 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
NOVEMBER 30, 2012

0R0802-301113

FED ID NO. 63-0243316

11/30/12   CLHA Conference call with client regarding        L120      .50 hrs
                status of third party vendor remediation

           TOTAL FEES FOR THIS MATTER                              $18,595.50


BILLING SUMMARY

    Wendell Allen              17.20 hrs    345.00 /hr      5,934.00
    Christopher L. Hawkins     36.70 hrs    345.00 /hr     12,661.50


TOTAL FEES                     53.90 hrs                  $18,595.50

**TOTAL CHARGES FOR THIS INVOICE**                       **$18,595.50**

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                         OCTOBER 30, 2012
1100 Virginia Drive                                                            0R0802-301115
Fort Washington, PA 19034

                                                                               INVOICE #  813535

                                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0802-301115
         Arizona Foreclosure Dispute - 726128
         TC # 726128

PROFESSIONAL SERVICES

    09/06/12   CJA   Conferred with city officials regarding     B250      .20 hrs
                     potential mitigation of fines

    09/07/12   CJA   Receipt and review of final permit          B250      .40 hrs
                     approving demolition and closing of
                     demolition file

    09/10/12   CJA   Telephone call with G.Olivera and other     B250      .30 hrs
                     city officials regarding fine mitigation
                     process

    09/28/12   CJA   Telephone call with D.Paris regarding       B250      .80 hrs
                     application for fine mitigation,
                     potential fine abatement process and
                     legislative changes to code enforcement
                     in municipality


              TOTAL FEES FOR THIS MATTER                                   $357.00


BILLING SUMMARY

    C. Jason Avery          1.70 hrs   210.00 /hr        357.00


TOTAL FEES                  1.70 hrs              $357.00



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0802-301115

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**            $357.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301115

INVOICE # 818584

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301115
     Arizona Foreclosure Dispute - 726128
     TC # 726128

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/05/12 | CWH | Review and analyze proposed fine on REO property | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $66.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $66.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$66.00** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301115

INVOICE #  821063

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301115
     Arizona Foreclosure Dispute - 726128
     TC # 726128

PROFESSIONAL SERVICES

11/14/12  ERP  Draft status update for attorney review    L120    .20 hrs

          TOTAL FEES FOR THIS MATTER                              $30.00

BILLING SUMMARY

   Emily R. Powell          .20 hrs   150.00 /hr        30.00

TOTAL FEES               0.20 hrs                     $30.00

**TOTAL CHARGES FOR THIS INVOICE**                   $30.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301116

INVOICE #  813536

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301116
     Smith, Pierre
     Loan No. 602561545; Ally No. 726978
     TC # 726978

PROFESSIONAL SERVICES

09/08/12  MPE  Draft monthly status update.          L110     .20 hrs

          TOTAL FEES FOR THIS MATTER                         $29.80

BILLING SUMMARY

   Melisa P. Palmer        .20 hrs   149.00 /hr      29.80

TOTAL FEES               0.20 hrs                  $29.80

**TOTAL CHARGES FOR THIS INVOICE**                 **$29.80**

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301116

INVOICE #  818585

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301116
     Smith, Pierre
     Loan No. 602561545; Ally No. 726978
     TC # 726978

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | CWH | Exchange e-mails with client about matter status | L110 | .10 hrs |
| 10/02/12 | MPE | Research bankruptcy claims to determine if borrower has filed proof of claim | L110 | .20 hrs |
| 10/02/12 | MPE | Draft and finalize closing file memorandum and send to client for review | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $122.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Melisa P. Palmer | .60 hrs | 149.00 /hr | 89.40 |

TOTAL FEES                    0.70 hrs                    $122.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$122.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301117

INVOICE #  813537

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301117
     Meza, Gilbert
     Loan No. 0602139086; Ally No. 726190
     TC # 726190

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/25/12 | KK | Draft a closing memorandum to send to client regarding resolution of matter | L110 | .40 hrs |
| 09/25/12 | MCG | Prepare monthly case status report | C300 | .10 hrs |
| 09/25/12 | MCG | Review and revise closing memorandum | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $160.90

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .30 hrs | 323.00 /hr | 96.90 |
| Kerry Keane | .40 hrs | 160.00 /hr | 64.00 |

TOTAL FEES            0.70 hrs            $160.90

**TOTAL CHARGES FOR THIS INVOICE            $160.90**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301118

INVOICE #  813538

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301118
     Cedillo, Darla
     Loan no. 602526035; Ally No. 726618
     TC # 726618

PROFESSIONAL SERVICES

| 09/03/12 | KSA | Status report regarding letters sent to borrower regarding no rescission | L120 | .10 hrs |
|----------|-----|---------------------------------------------------------------------------|------|---------|
| 09/21/12 | MST | Analysis of settlement documents and prepare closing memo | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $82.30

BILLING SUMMARY

| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
|------------------|---------|------------|-------|
| Keith S. Anderson | .10 hrs | 223.00 /hr | 22.30 |

TOTAL FEES              0.50 hrs                    $82.30

**TOTAL CHARGES FOR THIS INVOICE**                 **$82.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0R0802-301118

INVOICE #  829961

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301118
     Cedillo, Darla
     Loan no. 602526035; Ally No. 726618
     TC # 726618

TOTAL FEES              0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**              $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301120

INVOICE #  813539

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301120
     Arizona Foreclosure Dispute - 726816
     TC # 726816

PROFESSIONAL SERVICES

09/27/12  MSW  Draft status report for client.          L120      .10 hrs


          TOTAL FEES FOR THIS MATTER                        $25.40

09/30/12 Computerized Legal Research-Westlaw Westlaw          0.00
         User: GILLEY,LEE

BILLING SUMMARY

   Mark S. Wierman         .10 hrs   254.00 /hr      25.40


TOTAL FEES               0.10 hrs                 $25.40

**TOTAL CHARGES FOR THIS INVOICE**               **$25.40**


           ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301120

INVOICE #  821064

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301120
     Arizona Foreclosure Dispute - 726816
     TC # 726816

PROFESSIONAL SERVICES

11/27/12  MSW  Draft monthly status report for client      L120      .10 hrs

              TOTAL FEES FOR THIS MATTER                         $25.40

BILLING SUMMARY

   Mark S. Wierman          .10 hrs   254.00 /hr         25.40

TOTAL FEES                 0.10 hrs                     $25.40

**TOTAL CHARGES FOR THIS INVOICE**                      **$25.40**

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           JANUARY 23, 2013
1100 Virginia Drive                                             0R0802-301120
Fort Washington, PA 19034

                                                               INVOICE #  830022

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301120
     Arizona Foreclosure Dispute - 726816
     TC # 726816

PROFESSIONAL SERVICES

10/23/12  MSW  Draft monthly status report for client      L120      .10 hrs
               review

          TOTAL FEES FOR THIS MATTER                               $25.40

BILLING SUMMARY

   Mark S. Wierman            .10 hrs   254.00 /hr           25.40

TOTAL FEES                    0.10 hrs                      $25.40

**TOTAL CHARGES FOR THIS INVOICE**                         **$25.40**

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               NOVEMBER 17, 2012
1100 Virginia Drive                                  0R0802-301123
Fort Washington, PA 19034

                                                     INVOICE #  818586

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0802-301123
         Washington Title Issue - 727006
         TC # 727006

PROFESSIONAL SERVICES

    10/03/12  HEA  Emails with P.Cannon regarding curative   L190    .50 hrs
                   action to be taken by Stewart Title

    10/15/12  HEA  Review and consider issues surrounding    L190    .50 hrs
                   filing of curative action


              TOTAL FEES FOR THIS MATTER                      $266.00


BILLING SUMMARY

    Hall Eady             1.00 hrs   266.00 /hr        266.00


TOTAL FEES                1.00 hrs                    $266.00

**TOTAL CHARGES FOR THIS INVOICE**                   **$266.00**


              ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301123

INVOICE # 830023

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301123
     Washington Title Issue - 727006
     TC # 727006

PROFESSIONAL SERVICES

| 12/06/12 | HEA | Review deed documents provided by client | L190 | .50 hrs |
| 12/06/12 | HEA | Draft and send email to coverage counsel at Stewart regarding proper party to curative litigation | L190 | .50 hrs |
| 12/07/12 | LG | Update client as to case status | B120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $284.50

BILLING SUMMARY

| Hall Eady | 1.00 hrs | 266.00 /hr | 266.00 |
| Lee Gilley | .10 hrs | 185.00 /hr | 18.50 |

| TOTAL FEES | 1.10 hrs | | $284.50 |

**TOTAL CHARGES FOR THIS INVOICE**          **$284.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0802-301129
Fort Washington, PA 19034

                                                              INVOICE #  813541

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301129
     Auto Dialer Assesment - 727459
     TC # 727459

### PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 09/05/12 | LSDR | Review and analyze follow up questions regarding state permits for auto dialers | L120 | 1.60 hrs |
| 09/06/12 | LSDR | Continue to review and analyze possible state exceptions from auto dialer restrictions | L120 | 2.60 hrs |
| 09/06/12 | KMS | Identify exceptions to state auto dialing regulations and laws | L190 | 4.50 hrs |
| 09/07/12 | LSDR | Review and analyze applicable state law permit requirements for auto dialers | L120 | 1.10 hrs |
| 09/10/12 | KMS | Advise client regarding customer contact policies and procedures | L190 | 1.40 hrs |
| 09/10/12 | LSDR | Continue to review and analyze follow up questions regarding state law restrictions on auto dialed calls | L120 | 1.70 hrs |
| 09/11/12 | LSDR | Continue to follow up on state law and contract restrictions on autodialed calls during late charge grace period | L120 | 1.20 hrs |
| 09/12/12 | LSDR | Continue to analyze issue regarding auto dialed calls during late charge grace period | L120 | .60 hrs |
| 09/30/12 | LSDR | Review and analyze follow up question regarding customer contact policies | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0802-301129

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $4,682.40

09/06/12 Computerized Legal Research-Westlaw Westlaw                0.00
         User: SUTTLE,KATIE

BILLING SUMMARY

   Lesley Smith DeRamus          9.40 hrs    350.00 /hr      3,290.00
   Katherine M. Suttle Wei       5.90 hrs    236.00 /hr      1,392.40


TOTAL FEES                      15.30 hrs               $4,682.40

**TOTAL CHARGES FOR THIS INVOICE**                      **$4,682.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                            0R0802-301129
Fort Washington, PA 19034

                                                               INVOICE #  818587

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301129
      Auto Dialer Assesment - 727459
      TC # 727459

<u>PROFESSIONAL SERVICES</u>

| Date | | | L Code | Hours |
|---|---|---|---|---|
| 10/01/12 | KMS | Examine customer telephone contact policies | L190 | 3.30 hrs |
| 10/01/12 | LSDR | Review and follow up on local caller identification change restrictions under FDCPA | L120 | .80 hrs |
| 10/03/12 | LSDR | Review and analyze message scripts for customer telephone contact | L120 | .80 hrs |
| 10/03/12 | LSDR | Continue to review follow up issues under federal law regarding local caller identification manipulation | L120 | 1.90 hrs |
| 10/03/12 | KMS | Examine legal implications of collection tool | L190 | 4.60 hrs |
| 10/03/12 | KMS | Conference with S.Ritcher regarding evaluation of approaches to customer contact under the FDPCA and state law | L190 | 1.00 hrs |
| 10/15/12 | KMS | Examine guidance for compliance with state customer contact rules | L190 | 1.10 hrs |
| 10/18/12 | KMS | Examine guidance regarding customer contact procedures | L190 | 3.10 hrs |
| 10/18/12 | KMS | Provide client guidance regarding state-specific regulations | L190 | .20 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0802-301129

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/12 | KMS | Update memorandum regarding state debt collection laws | L190 | .20 hrs |
| 10/18/12 | LSDR | Review and follow up on outstanding questions regarding state law phone limitations | L120 | 2.10 hrs |

TOTAL FEES FOR THIS MATTER                 $5,146.00

| | | |
|---|---|---|
| 10/03/12 | Copy Charges | 0.00 |
| 10/01/12 | Computerized Legal Research-Westlaw Westlaw User: SUTTLE,KATIE | 0.00 |
| 10/03/12 | Computerized Legal Research-Westlaw Westlaw User: SUTTLE,KATIE | 0.00 |
| 10/15/12 | Computerized Legal Research-Westlaw Westlaw User: SUTTLE,KATIE | 0.00 |
| 10/18/12 | Computerized Legal Research-Westlaw Westlaw User: SUTTLE,KATIE | 0.00 |

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Lesley Smith DeRamus | 5.60 hrs | 350.00 /hr | 1,960.00 |
| Katherine M. Suttle Wei | 13.50 hrs | 236.00 /hr | 3,186.00 |

| | | |
|---|---|---|
| TOTAL FEES | 19.10 hrs | $5,146.00 |

**TOTAL CHARGES FOR THIS INVOICE**              **$5,146.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301129

INVOICE #  820844

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

```
Re:  0R0802-301129
     Auto Dialer Assesment - 727459
     TC # 727459
11/26/12 Copy Charges                                    0.00
11/26/12 Copy Charges                                    0.00
11/26/12 Copy Charges                                    0.00
```

TOTAL FEES                   0.00 hrs               $.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301129

INVOICE #  821065

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301129
     Auto Dialer Assesment - 727459
     TC # 727459

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/12 | KMS | Examine document from client regarding application of guidance | L190 | .50 hrs |
| 11/05/12 | LSDR | Review and analyze follow up questions regarding state restrictions on auto dialed calls | L120 | .90 hrs |
| 11/06/12 | KMS | Consult regarding FCC regulation | L190 | .70 hrs |
| 11/07/12 | KMS | Communicate regarding FCC regulations | L190 | .20 hrs |
| 11/13/12 | KMS | Confirm calling decisions prepared by client | L190 | 2.40 hrs |
| 11/16/12 | KMS | Confirm client statements regarding calling guidelines and limitations | L190 | 2.80 hrs |
| 11/26/12 | PMD | Reviewed final draft chart regarding state restrictions | L120 | .20 hrs |
| 11/27/12 | PMD | Reviewed final draft chart regarding state restrictions | L120 | 1.30 hrs |
| 11/28/12 | LSDR | Review and analyze final action chart for set up of auto dial restrictions | L120 | .60 hrs |
| 11/28/12 | PMD | Further analysis regarding state debt collection laws | L120 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301129

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 11/28/12 | PMD | Reviewed debt collector provisions of state law chart | L120 | 1.40 hrs |
| 11/28/12 | PMD | Reviewed FDCPA for state chart | L120 | .90 hrs |
| 11/29/12 | PMD | Drafted comment regarding NC caller identity disclosure | L120 | .30 hrs |
| 11/29/12 | PMD | Further analysis regarding debt collection summaries in state chart | L120 | .80 hrs |
| 11/29/12 | PMD | Reviewed autodialer terms of chart | L120 | .90 hrs |
| 11/29/12 | PMD | Drafted comments regarding MA disclosure requirement | L120 | .20 hrs |
| 11/29/12 | PMD | Reviewed prerecorded messages terms of chart | L120 | .50 hrs |
| 11/29/12 | PMD | Drafted comments regarding dialing under state and federal law | L120 | .70 hrs |
| 11/29/12 | PMD | Drafted comment regarding "unsuccessful" calls to residence | L120 | .40 hrs |
| 11/30/12 | PMD | Drafted clarifying text regarding state law for chart | L120 | .40 hrs |
| 11/30/12 | PMD | Further analysis regarding scope of chart | L120 | .30 hrs |
| 11/30/12 | PMD | Drafted memorandum regarding interplay between FCC and state law calling requirements | L120 | 1.10 hrs |
| 11/30/12 | LSDR | Review and analyze final chart of state auto dialing restrictions | L120 | 1.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 30, 2012

ResCap

0R0802-301129

FED ID NO. 63-0243316

---

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 11/30/12 | PMD | Drafted memorandum regarding interplay between state and federal law debt collection laws | L120 | 1.00 hrs |
| 11/30/12 | PMD | Researched FCC regulation revisions regarding predictive dialers | L120 | .60 hrs |
| 11/30/12 | PMD | Researched FCC regulation regarding prerecorded messages | L120 | .90 hrs |
| 11/30/12 | PMD | Drafted comments regarding autodialed calls to certain public and health safety numbers | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $7,473.10

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Paige M. Boshell | 13.90 hrs | 345.00 /hr | 4,795.50 |
| Lesley Smith DeRamus | 3.20 hrs | 350.00 /hr | 1,120.00 |
| Katherine M. Suttle Wei | 6.60 hrs | 236.00 /hr | 1,557.60 |

TOTAL FEES                    23.70 hrs                    $7,473.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$7,473.10**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301129

INVOICE #  830025

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301129
     Auto Dialer Assesment - 727459
     TC # 727459

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 12/02/12 | PMD | Further analysis regarding FCC issues | L120 | .40 hrs |
| 12/03/12 | PMD | Further analysis regarding MA disclosure | L120 | .30 hrs |
| 12/03/12 | PMD | Drafted email regarding pending chart issues | L120 | .90 hrs |
| 12/03/12 | PMD | Further analysis regarding calls to emergency numbers | L120 | .30 hrs |
| 12/03/12 | PMD | Further analysis regarding FCC order for P.Cannon | L120 | .20 hrs |
| 12/03/12 | LSDR | Draft and revise response to questions regarding state law chart | L120 | 2.90 hrs |
| 12/04/12 | LSDR | Review and follow up on questions regarding applicability of FCC order | L120 | 1.30 hrs |
| 12/04/12 | PMD | Further analysis regarding federal-state overlay | L120 | .30 hrs |
| 12/10/12 | LSDR | Review and analyze holiday calling restriction question | L120 | .80 hrs |
| 12/20/12 | KMS | Prepare for conference with client regarding policies and procedures for dialing | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0802-301129

FED ID NO. 63-0243316

---

12/21/12   LSDR Review state law chart and related          L120      .60 hrs
           concerns for conference call regarding
           same


           TOTAL FEES FOR THIS MATTER                              $2,882.40


BILLING SUMMARY

    Paige M. Boshell            2.40 hrs    345.00 /hr        828.00
    Lesley Smith DeRamus         5.60 hrs    350.00 /hr      1,960.00
    Katherine M. Suttle Wei      .40 hrs    236.00 /hr         94.40


TOTAL FEES                       8.40 hrs                  $2,882.40

**TOTAL CHARGES FOR THIS INVOICE**                        $2,882.40

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301131

INVOICE #  813543

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301131
     Sawyer, Candy
     Loan no. 0601381920; Ally No. 727450
     TC # 727450

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/08/12 | MPE | Draft and finalize closing memo for client review. | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $89.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |
| Melisa P. Palmer | .40 hrs | 149.00 /hr | 59.60 |

TOTAL FEES              0.50 hrs                 $89.60

**TOTAL CHARGES FOR THIS INVOICE**                 **$89.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301133

INVOICE #  813544

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301133
     AG Standing Metrics Review - 727571
     TC # 727571

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/06/12 | ASI | Review and analyze standing analysis in preparation for call with other servicers regarding same | C300 | .70 hrs |
| 09/13/12 | ASI | Research and analyze law relating to assignments of mortgage in response to comments from other servicers and implementation of metrics testing same as part of compliance with National Servicing Standards | L120 | 3.50 hrs |
| 09/13/12 | CSM | Research regarding requirements for standing to foreclose under state law | P280 | 1.60 hrs |
| 09/13/12 | CSM | Draft memorandum section outlining requirements for standing to foreclose under state law | P280 | .40 hrs |
| 09/14/12 | ASI | Continue to research and analyze standing issues relating to assignments of mortgage consistent with comments raised by other servicers for the National Servicing Standards | C200 | 2.60 hrs |
| 09/17/12 | ASI | Research, analyze and review state issues relating to standing analysis for purposes of compliance with AG/DOJ consent order | C200 | 2.90 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0802-301133

FED ID NO. 63-0243316

---

| | | | | |
|---|---|---|---|---|
| 09/27/12 | ASI | Research, analyze, and draft applicable portions of legal standing memorandum as part of compliance with AG/DOJ consent order | C300 | 3.10 hrs |
| 09/27/12 | ASI | Prepare for and attend call with cross-servicer group relating to presentation of standing test for testing of National Servicing Standards | C300 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                              $4,110.90

09/13/12 Computerized Legal Research-Westlaw Westlaw                0.00
         User: MENEES,CORY

BILLING SUMMARY

   Avery Simmons          14.10 hrs    249.00 /hr      3,510.90
   Cory S. Menees          2.00 hrs    300.00 /hr        600.00

TOTAL FEES                16.10 hrs                  $4,110.90

**TOTAL CHARGES FOR THIS INVOICE**                  **$4,110.90**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301133

INVOICE #  818588

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301133
     AG Standing Metrics Review - 727571
     TC # 727571

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | ASI | Continue to research relevant case law and revise memorandum on legal standing for testing on metric 1 of the National Servicing Standards | L110 | .90 hrs |
| 10/02/12 | CSM | Research regarding impact on standing to foreclose of possession of note by document custodian | P280 | 2.50 hrs |
| 10/03/12 | CSM | Emails with servicer group regarding impact on standing to foreclose of possession of note by document custodian | P280 | .40 hrs |
| 10/03/12 | CSM | Further research regarding impact on standing to foreclose of possession of note by document custodian | P280 | 1.40 hrs |
| 10/04/12 | CSM | Telephone conference with client regarding standing testing training | P280 | .20 hrs |
| 10/05/12 | CSM | Telephone conference with servicer group regarding standing memorandum and operationalizing testing | P280 | .80 hrs |
| 10/09/12 | CSM | Review servicer group mark-up of standing memorandum | P280 | .80 hrs |
| 10/12/12 | CSM | Telephone conference with servicer group regarding standing memorandum | P280 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 17, 2012

ResCap

0R0802-301133

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/12/12 | CSM | Review and revise standing memorandum | L210 | .80 hrs |
| 10/12/12 | CSM | Review additional case law proposed by other servicers for inclusion in standing memorandum | C200 | 1.20 hrs |
| 10/15/12 | ASI | Continue to research, analyze and revise legal standing memo with cross-servicer outside counsel | C300 | 3.70 hrs |
| 10/15/12 | CSM | Participate in telephone conference with servicer group regarding standing memorandum | P280 | .80 hrs |
| 10/15/12 | CSM | Review servicer group comments to draft standing memorandum | L120 | 1.80 hrs |
| 10/15/12 | CSM | Revise standing memorandum to reflect servicer group comments | L210 | 5.40 hrs |
| 10/16/12 | CSM | Participate in telephone conference with servicer group regarding standing memorandum | P280 | .80 hrs |
| 10/16/12 | CSM | Review and revise standing memorandum consistent with servicer group input | L210 | 7.30 hrs |
| 10/18/12 | ASI | Communicate with cross-servicer outside counsel regarding legal standing memorandum and approach in same | C300 | 2.70 hrs |
| 10/18/12 | CSM | Telephone conference with servicer group regarding revision and finalization of standing memorandum to be submitted to monitor to guide testing under Metric 1.A. | P280 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
NOVEMBER 17, 2012

ResCap

0R0802-301133

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/12 | CSM | Revise standing memorandum to be submitted to monitor to guide testing under Metric 1.A. | P280 | 2.70 hrs |
| 10/19/12 | CSM | Further revise standing memorandum to be submitted to monitor to guide testing under Metric 1.A. | P280 | 1.70 hrs |
| 10/19/12 | CSM | Communicate with servicer group regarding structure of test proposed in standing memorandum to be submitted to monitor to guide testing under Metric 1.A. | P280 | .70 hrs |
| 10/19/12 | ASI | Review and analyze legal standing memorandum in light of comments received from cross-servicer group | C300 | 1.40 hrs |
| 10/21/12 | CSM | Further revise standing memorandum to be submitted to monitor to guide testing under Metric 1.A. consistent with additional input from servicer group | P280 | 3.20 hrs |
| 10/22/12 | CSM | Emails with cross servicer group regarding substance of memorandum regarding standing | P280 | .40 hrs |
| 10/22/12 | CSM | Revise and finalize memorandum regarding standing | L210 | .70 hrs |
| 10/23/12 | CSM | Review and analyze issues relating to operationalizing testing of standing under Metric 1.A. | P280 | .40 hrs |
| 10/31/12 | CSM | Review and analyze state court decision regarding requirements for standing to foreclose under state law | P280 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
NOVEMBER 17, 2012

ResCap

0R0802-301133

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $13,176.30

EXPENSES

| | |
|---|---|
| 10/09/12 Copy Charges Standing memo mark up | 0.00 |
| 10/09/12 Copy Charges revised memo | 0.00 |
| 10/22/12 Copy Charges Draft standing memo | 0.00 |
| 10/22/12 Ready Conference CMENEES 10/18/2012 | 14.12 |

TOTAL COSTS FOR THIS MATTER                    $14.12

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Avery Simmons | 8.70 hrs | 249.00 /hr | 2,166.30 |
| Cory S. Menees | 36.70 hrs | 300.00 /hr | 11,010.00 |

TOTAL FEES              45.40 hrs              $13,176.30

TOTAL EXPENSES                                $14.12

**TOTAL CHARGES FOR THIS INVOICE**            **$13,190.42**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0802-301133
Fort Washington, PA 19034

                                                               INVOICE #  820845

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0802-301133
         AG Standing Metrics Review - 727571
         TC # 727571

<u>EXPENSES</u>

11/20/12 Airline Tickets - CORY MENEES FLIGHT TO TEXAS                1,337.10
         FOR AFFIDAVIT REVIEW 11/8/12
         Bank ID: GENR Check Number: 102607
11/20/12 Travel Expense - CORY MENEES ATTEND GMAC                       234.01
         MEETING IN DALLAS, TX 11/14/12 - 11/16/12
         RENTAL CAR
         Bank ID: GENR Check Number: 102607
11/20/12 Travel Expense - CORY MENEES ATTEND GMAC HOTEL                 215.97
         MEETING IN DALLAS, TX 11/14/12 - 11/16/12 HOTEL
         Bank ID: GENR Check Number: 102607
11/20/12 Travel Expense - CORY MENEES ATTEND GMAC                       205.23
         MEETING IN DALLAS, TX 11/14/12 - 11/16/12 HOTEL
         Bank ID: GENR Check Number: 102607
11/20/12 Travel Expense - CORY MENEES ATTEND GMAC                        28.42
         MEETING IN DALLAS, TX 11/14/12 - 11/16/12 FUEL,
         PARKING
         Bank ID: GENR Check Number: 102607
11/20/12 Meal Expense - CORY MENEES ATTEND GMAC MEETING                  52.95
         IN DALLAS, TX 11/14/12 - 11/16/12
         Bank ID: GENR Check Number: 102607

         TOTAL COSTS FOR THIS MATTER                             $2,073.68


TOTAL FEES            0.00 hrs                    $.00

TOTAL EXPENSES                             $2,073.68



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0802-301133

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $2,073.68

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301133

INVOICE #  821066

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0802-301133
      AG Standing Metrics Review - 727571
      TC # 727571

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/12/12 | CSM | Review draft memorandum providing instructions for operationalizing testing of standing | P280 | .20 hrs |
| 11/13/12 | CSM | Revise memorandum providing instructions for operationalizing testing of standing | P280 | 1.30 hrs |
| 11/14/12 | CSM | Conference with client regarding operationalizing standing testing under Metric | P280 | 2.70 hrs |
| 11/14/12 | CSM | Review standing-related materials and testing metrics in preparation for conference with client regarding testing standing under Metric | P280 | 1.40 hrs |
| 11/14/12 | ASI | Prepare for and attend call with client team to develop testing metric for standing issues under metric of GMAC Work Plan | C300 | 2.80 hrs |
| 11/15/12 | CSM | Further conferences with client regarding operationalizing standing testing under Metric | P280 | 3.30 hrs |
| 11/16/12 | CSM | Draft test script for testing standing under Metric | P280 | 1.10 hrs |
| 11/20/12 | CSM | Draft test script for testing standing under Metric | P280 | 4.40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301133

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $5,017.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Avery Simmons | 2.80 hrs | 249.00 /hr | 697.20 |
| Cory S. Menees | 14.40 hrs | 300.00 /hr | 4,320.00 |

TOTAL FEES              17.20 hrs                    $5,017.20

**TOTAL CHARGES FOR THIS INVOICE**              **$5,017.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301133

INVOICE #  830028

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301133
     AG Standing Metrics Review - 727571
     TC # 727571

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/02/12 | CSM | Prepare presentation to client regarding testing standing to foreclose under Metric 1.A. | P280 | 4.00 hrs |
| 12/03/12 | CSM | Prepare presentation to client regarding testing standing to foreclose under Metric 1.A. | P280 | 7.20 hrs |
| 12/04/12 | CSM | Conference with client regarding testing of standing to foreclose under Metric 1.A. | P280 | 2.10 hrs |
| 12/04/12 | CSM | Prepare presentation to client regarding testing of standing to foreclose under Metric 1.A. | P280 | 3.50 hrs |
| 12/05/12 | CSM | Deliver presentation to client regarding testing of standing to foreclose under Metric 1.A. | P280 | 3.00 hrs |
| 12/05/12 | CSM | Revise and finalize presentation to client regarding testing of standing to foreclose under Metric 1.A. | P280 | 2.70 hrs |
| 12/12/12 | CSM | Emails with client regarding testing of standing to foreclose under Metric 1.A. | P280 | .20 hrs |
| 12/13/12 | CSM | Conference with client regarding development of Metric 1.A. testing protocol | P280 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0802-301133

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $6,990.00

EXPENSES

| | | |
|---|---|---|
| 12/05/12 | Airline Tickets - CORY MENEES TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/2/12<br>Bank ID: GENR Check Number: 103304 | 1,482.10 |
| 12/07/12 | Airline Tickets - ROBERT A. COX, JR. ATTEND DOCUMENT REVIEW IN DALLAS, TX  12/3/12<br>Bank ID: GENR Check Number: 103584 | 814.60 |
| 12/12/12 | Travel Expense - CORY MENEES ATTEND DOCUMENT REVIEW IN DALLAS, TX 12/4/12 - 12/6/12 RENTAL CAR<br>Bank ID: GENR Check Number: 103617 | 158.65 |
| 12/12/12 | Travel Expense - CORY MENEES ATTEND DOCUMENT REVIEW IN DALLAS, TX 12/4/12 - 12/6/12 FUEL, BAGGAGE FEE, TIPS<br>Bank ID: GENR Check Number: 103617 | 47.60 |
| 12/12/12 | Meal Expense - CORY MENEES ATTEND DOCUMENT REVIEW IN DALLAS, TX 12/4/12 - 12/6/12<br>Bank ID: GENR Check Number: 103617 | 85.57 |

TOTAL COSTS FOR THIS MATTER              $2,588.52

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | 23.30 hrs | 300.00 /hr | 6,990.00 |
| TOTAL FEES | 23.30 hrs | | $6,990.00 |
| TOTAL EXPENSES | | | $2,588.52 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
JANUARY 23, 2013

0R0802-301133

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                 $9,578.52

***** TOTAL DUE UPON RECEIPT *****