BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0802-301134

INVOICE #  813545

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0802-301134
     On-Site Litigation Review - 728178
     TC # 728178

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 09/04/12 | MSW | Exchange emails from foreclosure counsel and GMAC staff | L120 | .90 hrs |
| 09/05/12 | MSW | Review and analyze email messages from foreclosure counsel and GMAC personnel for numerous cases | L120 | .70 hrs |
| 09/06/12 | MSW | Review and analyze messages from case managers and foreclosure counsel | L120 | .60 hrs |
| 09/07/12 | MSW | Review and analyze messages sent by case managers and foreclosure counsel | L120 | .90 hrs |
| 09/10/12 | CWH | Work onsite at GMAC Legal Department; attend internal monthly Legal meeting; exchange e-mails with outside counsel regarding witness/affidavit for Bahadori matter; exchange e-mails with outside counsel regarding asset plan in Jeffreys matter; review new matters assigned to case manager; assist case manager in identifying and addressing cases stayed by the bankruptcy; exchange several emails with mediation team and counsel regarding possible loan modification terms for Yee loan; internal meeting with attorneys at GMAC to discuss strategy and litigation issues; exchange e-mails with ETS regarding subpoena they received in California matter; exchange e-mails with counsel in Sweeting case | L120 | 10.40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

regarding status and strategy; review
and approve notice of bankruptcy in
Bolden matter; review and analyze
caseload to determine certain
categories/identifiers of files that may
move to bankruptcy estate and provide
same to in-house counsel; discussions
with outside counsel regarding several
cases and strategy for same; review and
analyze update from counsel on Tornberg
matter; review counsel's emails
regarding new discovery requests in
Williams case and whether to produce
under confidentiality agreement first;
review and analyze investor's demands
for indemnification in case and discuss
same with other in-house counsel;
follow-up with counsel in Alton on
status of various issues; follow-up with
counsel in Ivory case on draft of
settlement documents; exchange e-mails
with mediation team regarding Rozen's
interest in both deed in lieu of
foreclosure and possible loan
modification; exchange e-mails with
counsel in Negrete construction case;
exchange e-mails with REO department
regarding Mangan matter; exchange
e-mails with counsel regarding Mangan
discovery responses; follow-up with
counsel on need to draft notice of
bankruptcy for Munguia matter; draft new
status report for Jones matter;
follow-up with counsel in Perez case on
the drafting of motion for summary
judgment; review foreclosure docket in
Masterson case and exchange e-mails with
default counsel regarding history of



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

case; follow-up with title counsel on
several cases he is handling; exchange
e-mails with counsel on whether appeal
time expired in Manuel matter

09/11/12   CWH   Work onsite in GMAC Legal Suite; various          L120       7.50 hrs
discussions with case managers and other
in-house counsel about litigation files;
exchange e-mails with counsel in Mills
regarding borrower's request for loan
modification; attend internal Legal Loss
Mitigation meeting; review check from
trustee and borrower's account in
Regner; exchange e-mails with REO
department about Yee matter / loan;
exchange e-mails with customer service
department about final payment in
Williams matter; close out Williams case
internally; close out Eastbay case
internally and exchange several emails
regarding the loan to do same; review
and revise settlement agreement and
internal forms for a matter; exchange
e-mails with customer service department
about Lennon matter; review status of
Smith loan modification efforts;
discussion with case manager about CA
suit case going to trial next week and
witness preparation for same; exchange
e-mails with counsel in Morgan matter
and send additional documents for
discovery; review and analyze Morgan's
Reply to Fannie Mae and MERS' New
Matter; review and revise/approve
various bankruptcy notices for case
managers; review new cases assigned to
various case managers; case managers
counsel in Rodriguez matter regarding



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

motion they are filing and October
hearing; case managers counsel regarding
S.Jones matter and pending motion for
costs/fees; case managers counsel
regarding Garavito matter and motion to
sever; case managers on Garavito's
performance on trial case managers plan;
case managers counsel about continued
search for possible employee of US Bank;
case managers counsel regarding Evans
matter and strategy in same; exchange
internal emails about litigation in
Evans; case managers counsel regarding
Thaqi matter and strategy in same;
exchange internal emails about
litigation in Thaqi matter;

09/12/12   CWH   Work onsite in GMAC Legal Suite;          L190      8.70 hrs
exchange internal emails regarding
settlement; training/mentoring time with
case manager, discussing Florida law;
exchange e-mails with loss mitigation
regarding Thaqi loan modification
possibility; exchange internal emails
with Legal regarding Thaqi loan
modification; discussions with other
in-house counsel about parameters of
bankruptcy orders on certain litigation
files; attend in-house Legal meeting;
exchange e-mails with counsel in King
matter regarding bankruptcy impact;
exchange several emails with internally
regarding Wohl matter, which involves
contested foreclosure and a quiet title
suit; exchange e-mails with outside
counsel regarding status/directives in
Wohl matter; draft monthly status report
for Wohl matter; attend trial



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OR0802-301134

FED ID NO. 63-0243316

preparation conference call in CA suit;
exchange e-mails with counsel in
Garavito matter discussing status and
strategy; exchange e-mails with investor
in Yee matter about business issues;
review and analyze issues with
completion of steps for one settlement;

| | | | | |
|---|---|---|---|---|
| 09/13/12 | CWH | Review and analyze counsel's emails in Walker matter about investor; review pleadings sent by MERS in Flinchum matter; email counsel in Flinchum matter about new pleading; phone calls with case manager and litigation counsel regarding trial and settlement issues in CA suit; exchange e-mails with other in-house counsel regarding issues/strategy in CA suit; discuss Sweeting subpoena and response internally; exchange e-mails with foreclosure department regarding a Notice of Intent to Foreclose and letter from borrower's counsel; exchange e-mails with counsel regarding a Notice of Intent to Foreclose and letter from borrower's counsel; exchange e-mails with internal emails about Evans foreclosure sale date; follow-up with counsel on hearing dates in Rodriguez; review and analyze case manager's email about Coleff notice of appeal; review payoff information for Williams' loan and update internal reporting information on same; exchange e-mails with counsel regarding Martin and eviction issues; exchange e-mails with counsel regarding status of settlement agreement; exchange e-mails with trustee | L190 | 4.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
OCTOBER 30, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

---

regarding foreclosure sales date in
McClaine; exchange e-mails with counsel
regarding status of McClaine; update
status report for McClaine matter;

| 09/14/12 | CWH | Exchange e-mails with counsel in McClaine regarding borrower's renewed interest in loan modification and remaining claims in case; discussion of case strategy with other in-house counsel; direct case manager on trial strategy for upcoming trial; | L190 | 1.00 hrs |

| 09/17/12 | CWH | Exchange e-mails with other in-house counsel about proof of claim forms in GMAC's bankruptcy; exchange e-mails with outside counsel about general issues with proof of claim forms, distribution of same, and which persons/entities received them; follow-up on Fernandez/Rojas file to determine if it can be closed; exchange e-mails with other in-house counsel about witness preparation issues; exchange e-mails with email in CA suit about ability to offer time to refinance loan; review and analyze ongoing issues with Canyon View Estates matter and settlement negotiations between the parties to date; review new files assigned to case managers; analyze borrower's counterclaims for review and approval of draft notice of bankruptcy in Krein matter; analyze borrower's counterclaims for review and approval of draft notice of bankruptcy in Foster matter; exchange emails with counsel regarding Evans matter and upcoming foreclosure sale; | L190 | 4.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
OCTOBER 30, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

review detailed updates from counsel in
Labostrie matter and follow-up with
additional questions about suit and
multi-unit eviction; follow-up with case
manager on whether Paglio trial is
proceeding; review new scheduling order
and Rule 30(b)(6) deposition notice in
Anderson-Bruch matter and exchange
e-mails with counsel regarding scope of
same; work on obtaining witness for
deposition in Anderson-Bruch matter;
draft monthly status report in
Anderson-Bruch case; exchange e-mails
with counsel and loss mitigation group
about items needed for loan modification
review in Anderson/Bratcher case;
exchange e-mails with counsel regarding
Villanueva case resolution; draft final
status report for Villanueva matter,
which is now closed; exchange e-mails
with counsel and loss mitigation group
about Rozen loan and borrower's interest
in a variety of loss mitigation options;
draft status report for Rozen matter;
exchange e-mails with loss mitigation
department about Garavito's performance
on trial modification plan; exchange
e-mails with case manager regarding new
May case

| 09/18/12 | CWH | Exchange e-mails with case manager regarding efforts to resolve Paglio matter and/or trial setting; discussion with case manager on bankruptcy impact on several cases pending motion to dismiss; review and analyze litigation history and history of the multiple Alam loans and determine proper allocation of | L190 | 5.70 hrs |
|----------|-----|----|------|---------|



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      8
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

payoff funds; exchange e-mails with
counsel in Thaqi regarding settlement
agreement; exchange e-mails with counsel
and loss mitigation department regarding
Rozen's preferences for type of loss
mitigation review; exchange e-mails with
counsel and eviction department
regarding status of eviction in
multi-unit Labostrie/Arnold property;
review and revise settlement memo in a
matter for case manager; review and
revise settlement memo in second matter
for case manager; review update from
Evans counsel; administratively close
several matters; follow-up with counsel
in Martin on case resolution; review and
analyze remaining issues regarding lien
release and exchange e-mails with
servicing risk area regarding Kirklewski
matter; exchange e-mails with counsel
and corporate witness group regarding
scheduling for Rule 30(b)(6) deposition;
follow-up with counsel in Villicana
matter on declaration; review and
analyze new issues in Turzynski matter
and borrower's latest complaints;
exchange e-mails with investor regarding
Yee matter and status of same; draft
monthly status report in Yee matter;
review counsel's claims analysis in
Alton; email investor operations to
request power of attorney for an
investor;draft monthly status report in
Alton matter; review and revise the
Becerra notice of bankruptcy and
exchange e-mails with case manager
regarding same; follow-up with counsel
on status of Simms matter; review FiServ



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301134

FED ID NO. 63-0243316

---

for status of loss mitigation efforts in Simms; exchange e-mails with loss mitigation department and counsel regarding items missing from financial package in Mills case; exchange several emails with counsel in Morgan matter regarding various discovery issues; exchange e-mails with Servicing Risk area regarding QWR received in Morgan matter and review QWR; draft monthly status update for Morgan matter; exchange e-mails with with New Jersey counsel regarding Notice of Intent to Foreclose issues;

| Date | Initials | Description | Code | Time |
|------|----------|-------------|------|------|
| 09/19/12 | CWH | Exchange e-mails with counsel regarding Cunningham/Walker case regarding analysis and strategy in case; exchange e-mails with counsel and loss mitigation team regarding Mills case, status of the pleadings, and loan modification review; draft monthly status report on Mills matter; complete necessary internal tasks to close files; discussion with document review team regarding certain discovery review and verification; review and analyze the power of attorney given to GMAC by US Bank in Alton matter and then exchange e-mails with counsel regarding same and continuing title demands; exchange e-mails with counsel regarding change of borrower's counsel in Morgan; conference call with case manager regarding witness preparation; review and analyze case history and settlement efforts in Turzynski matter and prepare for conference call with same and case manager; conference call | L190 | 2.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    10
OCTOBER 30, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

with Turzynski counsel regarding status
and strategy; exchange e-mails with
counsel regarding McLaine matter and
upcoming foreclosure sales date; draft
monthly status report on McLaine matter;
exchange e-mails with counsel in
Lourente matter regarding discovery
questions;

09/20/12    CWH    Exchange e-mails with case manager            L190       5.40 hrs
regarding West matter and title coverage
issues; exchange e-mails with counsel in
Patrick matter about permitted and
stayed claims and approval of notice of
bankruptcy; draft monthly status report
for Patrick matter; exchange various
internal strategy and administrative
related emails with other persons in
Legal Department; exchange e-mails with
counsel in Walker/Flinchum case
regarding strategy issues and work
internally to obtain the documentation
counsel requested; draft monthly status
report for Walker/Flinchum matter;
exchange several emails with counsel
about Turnbull matter and likely
resolution of suit; draft monthly status
update in Turnbull matter; work
internally to get an incorrectly
released loan reestablished on GMAC's
system; exchange e-mails with counsel on
status in Perez matter; draft monthly
status update in Perez matter; exchange
e-mails with counsel in Masterson suit
about dismissal of case; draft final
status report in Masterson suit; review
and analyze the recorded judgment
reinstating lien in Flores matter and



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    11
OCTOBER 30, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

work on internal issues necessitated by
resolution of suit; exchange e-mails
with counsel in Bene/Lourente matter
regarding status of gathering
information for them; review counsel's
Amended Notice of Bankruptcy Stay in
Munguia and exchange e-mails with
counsel regarding same; review draft
pleadings submitted by counsel in
Munguia matter and exchange e-mails with
counsel regarding same; draft status
report for Munguia matter; exchange
e-mails with counsel regarding the
status of the Manuel appeal; draft
status report for Manuel matter; review
subordination agreement in Thomas matter
and follow internal procedures for
resolution; review and analyze amended
complaint in Neal and then review and
revise notice of bankruptcy for same;
exchange e-mails with case manager
regarding strategy and status of Neal
suit; exchange e-mails with counsel and
corporate witness group regarding the
efforts to set prove up hearing in
Rodriguez; draft status report for
Rodriguez matter; work with counsel and
loss mitigation department on one
borrower's request for deed in lieu of
foreclosure; draft new status report for
Rozen matter; exchange e-mails with
counsel regarding resolution of Martin
case; draft new status report for Martin
matter; review and analyze counsel's
update in Chavers matter, which included
court's new deadlines for suit; draft
status update for Chavers matter;
exchange e-mails with servicing risk



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

---

area regarding Kirklewski matter;

| | | | | |
|---|---|---|---|---|
| 09/21/12 | CWH | Exchange e-mails with case manager regarding resolution of case on eve of trial; follow internal protocols on settling subordination issue for one matter; internal discussions about administrative and management issues in Legal Department; confirm subpoena objection letters were sent in certain matters; exchange e-mails with case manager regarding advice and strategy in case where attorney-client privileged information is sought from GMAC's foreclosure counsel; review and analyze borrower's claims in Baird and review and revise notice of bankruptcy regarding same; exchange several emails with case manager regarding general strategy on their files | L190 | 1.70 hrs |
| 09/23/12 | CWH | Follow-up with corporate witness group on setting up witness for December deposition; follow administrative steps needed for particular settlement; prepare spreadsheet for use in identifying cases to remain with the bankruptcy estate | L190 | 1.30 hrs |
| 09/24/12 | CWH | Strategy discussion with case manager regarding borrower's settlement proposal; exchange e-mails with counsel in Yee regarding status of internal issues; confirm change in foreclosure sale date for McLaine matter and advise counsel of same; confirm administrative steps were taken to close certain files and return them to normal servicing; | L190 | 1.80 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     13
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

exchange e-mails with default counsel
regarding Flores matter and send copy of
recorded judgment; complete internal
tasks to close various files; exchange
e-mails with investor regarding a
certain loan modification effort;
exchange internal emails regarding
business approval for a subordination of
lien; review and revise settlement
proposal for case manager and discuss
strategy with case manager; review new
cases assigned to case manager;

09/25/12  CWH  Review and analyze counsel's handling of      L190     1.40 hrs
contested foreclosure in particular
matter; exchange e-mails with internal
emails about litigation hold on a file
in REO; email counsel in Yee to request
copies of filed documents; review and
analyze counsel's summary/advisory memo
and their draft pleadings in Williams
matter;

09/26/12  CWH  Exchange e-mails with business               L190     5.30 hrs
operations area regarding new
developments in Florida and fast-tracked
trials; exchange e-mails with investor
regarding loan modification terms for
one borrower's loan and their request
for pleadings from underlying suit;
exchange e-mails with mediation team and
counsel in Jeffreys matter about loss
mitigation efforts; reach out to firm to
determine who new counsel is for certain
matters; review and approve a settlement
proposal and discuss same with case
manager; attend internal Legal
Department meeting; exchange e-mails



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OR0802-301134

FED ID NO. 63-0243316

with counsel and loss mitigation
department regarding completion of a
settlement and loan modification;
exchange e-mails with counsel and loss
mitigation department regarding issues
with borrower's request for a deed in
lieu of foreclosure review; exchange
e-mails with counsel in Morgan on
whether they need information to
complete their file and on status of
suit; exchange several internal emails
about new counsel for Morgans and issues
related to the QWR response; review
update email from counsel in McLaine;
exchange several emails with counsel and
ETS regarding the sale date in Evans and
recent Chapter 13 bankruptcy filing by
the executor of the Estate; review and
analyze Chapter 13 bankruptcy petition
and schedules from executor of the Evans
Estate; draft status report for Evans
matter; draft status report for Wohl
matter; exchange emails with other
in-house attorneys regarding case where
defendant was mis-named; exchange
e-mails with counsel in Munguia
regarding draft demurrer; exchange
e-mails with case manager regarding
settlement strategy in one of his cases;
follow-up with counsel in Anderson /
Bratcher matter on status of discussions
with borrower; exchange e-mails with
counsel and loss mitigation regarding
Simms progress on trial loan
modification; email counsel in
Kirklewski to request documentation
needed to close file; draft new status
report for Kirklewski matter;



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     15
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/28/12 | CWH | Exchange e-mails with counsel and other case manager regarding Poole matter; review and analyze new files assigned case manager; exchange e-mails with counsel in Flinchum matter about documentation they have requested and follow-up internally on same; one on one meetings with case manager to discuss status and strategy of her cases; exchange e-mails with counsel in Jeffreys and mediation team about the loan modification offer out to borrower; draft monthly status report in Jeffreys | L190 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER                    $21,478.40

**EXPENSES**

| | | |
|---|---|---|
| 09/18/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 9/10/12 - 9/12/12 Bank ID: GENR Check Number: 99458 | 320.70 |
| 09/18/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 9/10/12 - 9/12/12 HOTEL Bank ID: GENR Check Number: 99458 | 517.24 |
| 09/18/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 9/10/12 - 9/12/12 RENTAL CAR Bank ID: GENR Check Number: 99458 | 389.89 |
| 09/18/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 9/10/12 - 9/12/12 PARKING Bank ID: GENR Check Number: 99458 | 50.00 |
| 09/18/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 9/10/12 - 9/12/12 Bank ID: GENR Check Number: 99458 | 73.41 |



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
OCTOBER 30, 2012

0R0802-301134

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER                    $1,351.24

<u>BILLING SUMMARY</u>

    Christian W. Hancock        62.70 hrs    330.00 /hr      20,691.00
    Mark S. Wierman              3.10 hrs    254.00 /hr         787.40

TOTAL FEES              65.80 hrs                        $21,478.40

TOTAL EXPENSES                                          $1,351.24

**TOTAL CHARGES FOR THIS INVOICE**                      **$22,829.64**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0802-301134

INVOICE #  817891

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301134
     On-Site Litigation Review - 728178
     TC # 728178

<u>EXPENSES</u>

| | | |
|---|---|---:|
| 10/11/12 | Copy Charges | 0.00 |
| 10/11/12 | Copy Charges | 0.00 |
| 10/11/12 | Copy Charges | 0.00 |
| 10/10/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO & WORK FROM FORT WASHINGTON OFFICE 10/3/12 - 10/4/12 Bank ID: GENR Check Number: 100566 | 632.10 |
| 10/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO & WORK FROM FORT WASHINGTON OFFICE 10/3/12 - 10/4/12 RENTAL CAR Bank ID: GENR Check Number: 100566 | 240.17 |
| 10/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO & WORK FROM FORT WASHINGTON OFFICE 10/3/12 - 10/4/12 PARKING Bank ID: GENR Check Number: 100566 | 64.00 |
| 10/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO & WORK FROM FORT WASHINGTON OFFICE 10/3/12 - 10/4/12 HOTEL Bank ID: GENR Check Number: 100566 | 225.72 |
| 10/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO & WORK FROM FORT WASHINGTON OFFICE 7/30/12 - 9/12/12 ROAD TOLLS Bank ID: GENR Check Number: 100566 | 68.71 |
| 10/10/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO & WORK FROM FORT WASHINGTON OFFICE 10/3/12 - 10/4/12 Bank ID: GENR Check Number: 100566 | 32.15 |

TOTAL COSTS FOR THIS MATTER                    $1,262.85



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 15, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $1,262.85 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,262.85** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301134

INVOICE # 818589

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301134
     On-Site Litigation Review - 728178
     TC # 728178

PROFESSIONAL SERVICES

10/01/12  CWH  Discussions with case manager regarding          L190      4.30 hrs
               Osgood matter; exchange e-mails with
               mediation team regarding the final loan
               modification documents in Thaqi matter;
               exchange several emails with counsel and
               corporate witness group regarding
               hearing scheduled for November 8th and
               setting up preparation for same;
               exchange e-mails with counsel in
               Rodriguez regarding status of case;
               update status report for Rodriguez
               matter; review counsel's updates in
               Munguia matter and calendar same; update
               status report for Munguia matter;
               continue to work with servicing risk
               area and counsel on Kirklewski
               accounting issues; review and revise
               various notices of bankruptcy for case
               manager; attend conference call with
               case manager and servicing risk
               specialist regarding issues in Osgood
               matter; review and analyze case
               manager's portfolio of files and update
               information in GMAC's tracking system;
               follow-up with counsel in St. John on
               outcome of motion to dismiss hearing;
               follow-up with counsel in Mechenstock on
               current status of suit; send supporting
               documents to counsel in Wohl and ask
               them to complete advisory memo; exchange
               e-mails with investor regarding the



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 17, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

status of Morgan case; review and
approve draft QWR response in Morgan
case; draft new status report for Morgan
matter; exchange e-mails with mediation
team regarding deed in lieu of
foreclosure review in Rozen matter;
review and revise counsel's draft
declaration in support of the motion to
dissolve preliminary injunction in
Villicana matter and review opposing
party's discovery requests; draft new
status report for Villicana matter;
exchange e-mails with counsel regarding
updates in Patrick matter on the
counterclaims; draft new status report
for Patrick matter

| 10/02/12 | CWH | Exchange e-mails with case manager and servicing risk analyst regarding options in Osgood matter; work on internal steps to close Villanueva matter and return same to normal servicing; exchange e-mails with counsel regarding new issues with a settled suit and loan modification; attend conference call with case manager and counsel in Walter matter; review investor information for Walker/Flinchum matter and exchange internal emails regarding same; draft email to counsel regarding investor information in Walker/Flinchum matter; draft new status reports for Mangan, Walker/Flinchum, Yee, and Perez matters; email counsel in Williams matter about draft motion for summary judgment and asking questions about outstanding discovery issues; exchange e-mails with counsel and MERS regarding discovery in | L190 | 3.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE       3
NOVEMBER 17, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

Mangan matter; exchange e-mails with
case manager regarding CPN Pipeline
matter and settlement negotiations;
exchange e-mails with case manager on
Canyon View Estates matter; exchange
e-mails with counsel about possible need
for live testimony in Rodriguez matter
and her intention to serve all parties
via publication; exchange several emails
with mediation team regarding the
proposed loan modification terms for one
borrower and exchange e-mails with
counsel regarding same; review counsel's
draft motion for summary judgment in
Perez and escalate their request for
supporting documents internally; review
and revise Beccara notice of bankruptcy
for case manager; follow-up with case
manager on cases set for trial in next
45 days

10/03/12    CWH    Review and analyze issues in California        L190        5.50 hrs
matter regarding which units borrower
owns/rents, status of prior unlawful
detainer actions, and determine ability
to evict; exchange e-mails with REO
department regarding direction to evict
in California matter; draft status
reports in Labostrie, Anderson-Brusch,
Bene, other  matters; exchange several
emails with counsel and corporate
witness group to arrange for corporate
representative deposition in
Anderson-Brusch matter;  review and
revise draft affidavit supporting motion
for summary judgment in Bene matter and
exchange e-mails with counsel regarding
same; follow-up with REO department on



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
NOVEMBER 17, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

efforts to obtain information from US
Bank in a litigated matter; discussions
with case manager regarding Osgood and
Bonner cases and strategy of same;
follow-up with counsel in Neyer on
status of the appeal; check status of
loan and foreclosure before litigation
in Neyer case and reach out to ETS with
questions; discussions with case manager
regarding settlement/strategy in one of
her files; continue to review and
analyze case manager's cases to
determine which should be moved to
bankruptcy estate;

10/04/12    CWH    Follow-up with counsel on Hale matter    L190    5.40 hrs
and need for status report; review ETS's
response about Neyer foreclosure status;
exchange several emails with title
counsel for Flinchum/Walker case about
the loan investor; continue to exchange
e-mails with counsel and MERS regarding
discovery responses in Mangan case and
submit same for verification; exchange
e-mails with counsel and REO department
about status of property in Labostrie;
exchange e-mails with loss mitigation
team and counsel on status and strategy
in Simms matter; exchange e-mails with
Chavers counsel about status of
suit/discovery and settlement authority;
exchange e-mails with counsel about
status of eviction case and review
docket for same matter; exchange e-mails
with case manager regarding settlement
authority in one of her files; review
and analyze all files with one
particular law firm, per manager's



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    5
NOVEMBER 17, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

directive and draft summaries of cases;
discuss Osgood case with case manager
and resolution of same; discussion with
case manager regarding note endorsement
issues in one of her cases; exchange
e-mails with counsel and loss mitigation
team about status of Garavito's
permanent loan modification review;
review last letters from counsel to
Flores in closed matter and send same to
file; work on settlement of an Illinois
matter and confirm borrower's
performance on modified loan; exchange
e-mails with counsel regarding
discovery/declaration in Villicana
matter; close settled files internally;
review and revise notice of bankruptcy
in Crosser matter; exchange e-mails with
counsel regarding Martin settlement;
follow-up with counsel on Jones case and
inquire how same can be brought to
complete resolution; follow-up with
counsel in Alton matter on status of
claims, upcoming case management
conference, and title demand efforts;
review opposing party's motion for
summary judgment in Flinchum matter and
continue to research issues about our
loan's investor; identify cases that
need case assessment memos and follow-up
with counsel on same; review and analyze
bankruptcy related issues in Bonner,
including his proof of claim; draft
status reports for Chavers, Gutierrez,
Sweetwyne, Kirklewski, and Alton matters



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
NOVEMBER 17, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/05/12 | CWH | Exchange e-mails with counsel regarding his efforts to contact the Polks; review and analyze counsel's update in Hale matter; review counsel's emails in Evans case regarding the claims made in the bankruptcy case; review bankruptcy related issues in Crosser case | L190 | .60 hrs |
| 10/07/12 | CWH | Review and analyze case manager's case load in preparation for her return and transitioning files back to her, including drafting detailed notes on files; follow-up with counsel on Arevalo-Amaya and borrower's counsel's comments on the new Notice of Intent to Foreclose, confirm status of Sweetwyne loan; follow-up with counsel on McLaine case and whether borrower submitted a financial package and exchange e-mails with ETS about the 10-12-12 sale date; exchange e-mails with Rodriguez counsel about property values and request latest value from internal sources; exchange e-mails with ETS regarding resolution of a closed Arizona case; exchange e-mails with mediation team and counsel regarding set up of interior BPO in Rozen matter; draft numerous status reports on litigation files; follow-up on the outstanding issues with the Thaqi loan modification; complete internal forms for case settlement; exchange e-mails with counsel in Escalera regarding latest correspondence from One West and advise manager of same; request payoff statement in Escalera matter; forward additional paperwork for the loan modification review; exchange | L190 | 4.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE        7
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

ResCap

e-mails with REO, counsel, and US Bank
about getting a supporting affidavit in
Lourente/Bene matter; review counsel's
email in Neyer matter; exchange e-mails
with counsel in St. John about the new
motion to dismiss date and borrower's
lingering concerns; exchange internal
emails about conveyance of St. John
property to HUD; exchange e-mails with
counsel and REO department about status
of the appeal and claims in Manuel;
follow-up with counsel in Anderson case
on status/strategy of suit; exchange
e-mails with other in-house counsel
about resolution of Bonner case; approve
settlement proposal from case manager;
email counsel regarding verification in
support of his motion for Villicana
matter; exchange e-mails with counsel
regarding the bankruptcy in Evans and
the related litigation;

| | | | |
|---|---|---|---|
| 10/08/12 | CWH | Exchange e-mails with counsel in Lourente regarding plan for two supporting affidavits for motion for summary judgment; review and analyze the 1099 forms St. John borrower received after foreclosure; review and analyze BPO for Rodriguez property; attend trial preparation call with case manager and outside counsel in Walter case; review counsel's update in Simms matter; review and analyze new matters assigned to five case managers; review billing's information on the legal spend on one case up for settlement review; review and revise several draft settlement agreements sent by counsel; review and | L190 | 4.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      8
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

revise issues with payoff funds and
various loans on Alam property; review
and analyze counsel's update in Jones
matter; exchange e-mails with counsel in
Hale regarding status and strategy;
draft several status updates; exchange
e-mails with counsel in Walker/Flinchum
case regarding proper ownership of the
loan by GMACM; exchange e-mails with REO
department with status/strategy in
Manuel case; draft status updates on
numerous cases for REO Department, per
their request; exchange e-mails with
counsel in Mclain regarding strategy;
follow-up with counsel in Regner on
notice of bankruptcy that was filed;
follow-up with counsel in Gobis to
confirm status of case;

| 10/09/12 | CWH | Exchange e-mails with counsel in West regarding recent deposition; continue to draft detailed notes on all of case manager's cases in anticipation of her return; continue to review and analyze issues in Alam matter, draft timeline/notes for same, determine proper allocation of insurance proceeds and determine how both loans should be handled; draft updates on five case managers cases of interest/concern; phone call with new in-house counsel to update her on five case managers' cases of note and generally transition work/knowledge; | L190 | 5.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      9
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/10/12 | CWH | Exchange internal emails about posting of funds to borrower's account following payment by title insurer; exchange e-mails with counsel in Martin about revisions to settlement agreement; work on resolving a subordination agreement in old case; exchange e-mails with case manager about resolution of Alam loans; discuss allocation of insurance proceeds to a loan with servicing area; exchange several emails with new in-house attorney and case managers as we transition management of cases; review and analyze counsel's questions on a loan modification offered to borrower in a litigated file | L190 | 1.50 hrs |
| 10/11/12 | CWH | Exchange several emails with counsel regarding status and strategy in Jeffreys case; draft several new status reports; update case tracking chart with details on individual cases in order to transition files back to case manager; conference call with case manager and other in-house counsel to discuss status and strategy in files in order to transition same; exchange e-mails with counsel regarding status of loan -----8986; review two affidavits drafted by counsel in Lourente matter and exchange e-mails with counsel regarding strategy in case; email investor to obtain signature on affidavit for a contested matter; exchange e-mails with counsel regarding Sandoval matter; exchange e-mails with counsel in Rodriguez regarding documentation they requested; exchange e-mails with legal | L190 | 6.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    10
NOVEMBER 17, 2012

ResCap

OR0802-301134

FED ID NO. 63-0243316

manager regarding lien release issues;
exchange e-mails with mediation team
regarding permanent loan modification
review for one borrower; send update to
counsel in Garavito; review counsel's
update in Williams matter; exchange
e-mails with counsel about court's
latest orders in Gobis; exchange e-mails
with counsel and accounting department
about status and next steps for
Kirklewski account; exchange e-mails
with counsel regarding next steps with
Canyon View Estates matter; exchange
several internal emails working on
questions and details for a loan
modification; review and analyze
counsel's strategy proposal in a case
and discuss same internally; exchange
e-mails with counsel in St. John about
tax issues in case; exchange e-mails
with counsel about final steps in Thaqi
case; follow-up with counsel on status
of Kim matter; follow-up with counsel on
status of Dominy matter; work on
internal steps for subordinating Thomas
loan; continue to work on steps
necessary for a deed in lieu of
foreclosure review on one file

10/12/12  CWH  Exchange e-mails with case manager          L190    2.70 hrs
regarding Canyon View Estates issues;
exchange e-mails with case manager and
in-house counsel regarding Rodriguez
matter and next steps in same; review
and approve settlement forms for case
manager; continue to work with case
manager and new in-house counsel to
transition files back for their



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301134

FED ID NO. 63-0243316

---

management; follow-up with counsel in
Patrick to obtain court's order of
dismissal; exchange e-mails with case
manager and in-house attorney regarding
Patrick order and bankruptcy impact, if
any; exchange several emails with
counsel and with in-house counsel
regarding Flinchum/Walker case regarding
strategy and facts of case; review and
analyze issues with a lis pendens raised
by case manager; give direction to
counsel in Paterakis matter; exchange
e-mails with counsel in St. John
regarding borrower's remaining
questions/concerns

| | | | | |
|---|---|---|---|---|
| 10/14/12 | CWH | Exchange e-mails with counsel in Paterakis matter regarding ongoing issues with E*Trade's loan; confirm status of Paterakis loan; exchange e-mails with counsel in Bratcher/Anderson about status of file; provide status updates for several cases held by one investor, per investor request; exchange e-mails with counsel in Manuel regarding the scope of plaintiff's claims and bankruptcy impact on same; internal emails regarding Mills case; exchange e-mails with counsel regarding questions raised by Chavers regarding her account and research answers to same; exchange e-mails with counsel in Solano about analysis of claims; review and analyze caseload to determine whether any merit inclusion in bankruptcy estate | L190 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/16/12 | CWH | Review and analyze settlement issues with case manager; | L190 | .10 hrs |
| 10/17/12 | CWH | Exchange e-mails with counsel regarding status and strategy in Yee case; draft new status reports for Yee; exchange e-mails with REO regarding status of several files, per their request; exchange e-mails with other in-house counsel regarding settlement details in one case; exchange e-mails with case manager regarding status and strategy in Chavers matter; review letters sent to borrower in Jeffreys matter; exchange e-mails with counsel in Escalera regarding payoff statement; exchange e-mails with other in-house counsel regarding open issues in Escalera/One West matter; review escrow breakdown for Yee loan; review order in Patrick case dismissing counterclaims; draft settlement advisory form for one case and exchange e-mails with counsel regarding opposing party's proposed edits to settlement agreement | L190 | 1.80 hrs |
| 10/19/12 | CWH | Exchange e-mails with ETS regarding whether a certain foreclosure should take place today; follow-up with counsel in Mechenstock regarding notice of bankruptcy and the injunction; exchange e-mails with other in-house counsel regarding Escalera loan and whether to start an action; exchange several emails with counsel in Thomas matter regarding steps to resolve the suit; exchange e-mails with Servicing Risk area regarding Garavito matter; review | L190 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    13
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

updates from mediation team on one
matter; review and analyze final loan
modification documents in one case and
exchange e-mails with counsel regarding
settlement of case; exchange several
emails with counsel and mediation team
about post-settlement questions on one
borrower's modified account; exchange
e-mails with counsel in St. John about
movement of the motion to dismiss
hearing date; draft status report on St.
John file; review bankruptcy issues in
Walker case; exchange internal emails
about Attorney General Solicitation
Communications;

| 10/22/12 | CWH | Exchange e-mails with case manager regarding business approval for a subordination agreement; exchange e-mails with case manager and loss mitigation team regarding specifics of a loan modification; review and analyze several notices of bankruptcy for case manager, including Wysocki, Luft, George, Dodds, and Violet Rivers Estate cases review Wysocki loan status on internal systems to determine lien priority | L190 | 1.10 hrs |

| 10/25/12 | CWH | Exchange e-mails with counsel in Mills to confirm they can close their file and borrower is in normal servicing; follow-up with corporate witness group on status of discovery responses; exchange e-mails with REO regarding status of various cases, per their request | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
NOVEMBER 17, 2012

OR0802-301134

FED ID NO. 63-0243316

| 10/26/12 | CWH | Exchange e-mails with case manager regarding George matter and strategy for same; review and revise settlement memo and discuss same with case manager; exchange e-mails with case manager and counsel regarding the claims in Negrete; review and analyze counsel's updated notice of bankruptcy, case assessment memo, and draft motion for summary judgment in Alton case; exchange e-mails with REO Department regarding status of files, per their request; exchange e-mails with counsel regarding changes to settlement agreement and update settlement memo regarding same; exchange e-mails with counsel in Yee regarding their thoughts on the updated notice of bankruptcy; exchange internal emails to confirm a witness's availability for deposition; review and analyze counsel's emails/questions about document production in Anderson-Bruch case; exchange e-mails with counsel in Villicana regarding claims and the bankruptcy stay; follow-up with counsel on status in Kim matter; review counsel's updates in Flinchum/Walker case; exchange e-mails with counsel and internal witness in order to get an affidavit reviewed and executed; exchange e-mails with counsel regarding Munguia matter's status; exchange several emails with case manager who returned from leave regarding transition of her cases | L190 | 3.40 hrs |



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
NOVEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | CWH | Respond to loss mitigations questions about a loan modification being executed; exchange e-mails with counsel about settlement terms in one case; exchange e-mails with human resources employee regarding an affidavit; final review and approval of Villicana notice of bankruptcy; exchange e-mails with counsel about dismissal of Kingston matter; | L190 | .80 hrs |
| 10/31/12 | CWH | Review and analyze pleadings and default counsel's handling of Weber matter and draft analysis of same; exchange e-mails with corporate witness about Rodriguez matter not reset yet for hearing; exchange e-mails with counsel in Polk regarding resolution of the case and final steps; exchange e-mails with counsel in Neyer regarding notice of bankruptcy; exchange e-mails with U.S. Bank regarding their supporting affidavit for a file; strategy discussion on Masterson with case manager; exchange e-mails with counsel regarding the dismissal in St. John but borrower's intention to file a proof of claim in the bankruptcy; exchange e-mails with regarding Simms contested foreclosure and request for fee approval; exchange e-mails with counsel for MERS regarding status of Mangan suit; exchange e-mails with counsel and case manager regarding Evans file and status of same | L120 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER                                    $19,437.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    16
NOVEMBER 17, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

BILLING SUMMARY

Christian W. Hancock          58.90 hrs    330.00 /hr      19,437.00

TOTAL FEES                    58.90 hrs                   $19,437.00

**TOTAL CHARGES FOR THIS INVOICE**                        $19,437.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301134

INVOICE #  821067

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301134
     On-Site Litigation Review - 728178
     TC # 728178

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/27/12 | CWH | Discussion with case manager about whether file can be closed out | L210 | .20 hrs |
| 11/27/12 | CWH | Email default counsel regarding status of matter | L210 | .20 hrs |
| 11/27/12 | CWH | Exchange e-mails with client regarding the resolution of the case, per their request | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $198.00

BILLING SUMMARY

   Christian W. Hancock        .60 hrs   330.00 /hr        198.00

TOTAL FEES                     0.60 hrs              $198.00

**TOTAL CHARGES FOR THIS INVOICE**              **$198.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301138

INVOICE #  813546

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301138
     ETS TRO Advice-728471
     TC # 728471

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/05/12 | ERP | Review and update tracking report regarding new TRO matter sent for review | L120 | .30 hrs |
| 09/06/12 | CJA | Receipt and review of Texas TRO and advised L.Brittain to retain litigation counsel | B250 | .30 hrs |
| 09/07/12 | JCCO | Emails with third party's lawyer and GMAC personnel regarding status of FNMA approval of probate sale offer and telephone call with J.Pritchett regarding the same | L220 | 1.20 hrs |
| 09/13/12 | JCCO | Calls with J.Pritchett and third party's counsel regarding probate sale and FNMA's rejection of offer | L160 | 1.00 hrs |
| 09/20/12 | JCCO | Review trial modification documents received in TRO matter and call K.Eldridge's plaintiff's lawyer to discuss | L140 | .40 hrs |
| 09/28/12 | JCCO | View and respond to emails from third party's awyers regarding postponement of foreclosure sale and obtain loan modification package from L.Brittain and send to third party's counsel | C400 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0802-301138

FED ID NO. 63-0243316

09/28/12   JCCO  Emails and calls re postponement of        C400        .80 hrs
                 sale, GMAC's internal valuation of
                 property and requesting information
                 regarding same

           TOTAL FEES FOR THIS MATTER                                $927.00

BILLING SUMMARY

       Emily R. Powell          .30 hrs    150.00 /hr        45.00
       C. Jason Avery           .30 hrs    210.00 /hr        63.00
       Jonathan Cobb           4.20 hrs    195.00 /hr       819.00

TOTAL FEES                     4.80 hrs                    $927.00

TOTAL CHARGES FOR THIS INVOICE                            $927.00

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                            0R0802-301138
Fort Washington, PA 19034

                                                              INVOICE #  818590
                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301138
     ETS TRO Advice-728471
     TC # 728471

PROFESSIONAL SERVICES

| 10/01/12 | ERP | Review and update comprehensive tracking chart regarding TRO matters | L120 | .30 hrs |
|----------|-----|---------------------------------------------------------------------|------|---------|
| 10/01/12 | JCCO | Send email to counsel for borrower to determine if she will be able to make trial modification payment on time | L160 | .50 hrs |
| 10/02/12 | JCCO | Receive telephone call from borrower's lawyer and send email to client regarding the same | L160 | .10 hrs |
| 10/08/12 | ERP | Update comprehensive tracking chart with requests received on 10/5 | L120 | .20 hrs |
| 10/15/12 | JCCO | Receive telephone call from counsel for borrower regarding payment issues | L160 | .30 hrs |
| 10/16/12 | JCCO | Receive call from borrower's lawyer regarding proper method of payment; view and respond to email from client regarding the same and return borrower's counsel's call to discuss proper method of payment | C400 | .40 hrs |
| 10/19/12 | JCCO | Email with J.Gottes, lawyer for borrower's estate, regarding postponement of sale and communicate to L.Brittain | C400 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0802-301138

FED ID NO. 63-0243316

---

10/25/12   JCCO  Research status of TRO matter and send       C300       .70 hrs
                 email to L.Brittain with suggestion for
                 proceeding

            TOTAL FEES FOR THIS MATTER                                 $562.50


BILLING SUMMARY

    Emily R. Powell            .50 hrs   150.00 /hr        75.00
    Jonathan Cobb             2.50 hrs   195.00 /hr       487.50


TOTAL FEES                    3.00 hrs                  $562.50

**TOTAL CHARGES FOR THIS INVOICE**                     $562.50

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301138

INVOICE #  821068

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301138
     ETS TRO Advice-728471
     TC # 728471

PROFESSIONAL SERVICES

11/05/12  JCCO Receive call from opposing counsel        C400     .30 hrs
          regarding postponement of foreclosure
          sale and send email to client regarding
          same


          TOTAL FEES FOR THIS MATTER                          $58.50


BILLING SUMMARY

   Jonathan Cobb          .30 hrs   195.00 /hr        58.50


TOTAL FEES              0.30 hrs                    $58.50

TOTAL CHARGES FOR THIS INVOICE                     $58.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        JANUARY 23, 2013
1100 Virginia Drive                                          0R0802-301138
Fort Washington, PA 19034

                                                             INVOICE #  830031

                                                             FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0802-301138
         ETS TRO Advice-728471
         TC # 728471

PROFESSIONAL SERVICES

    11/30/12  JCCO  Email correspondence with borrower's       L240A    .80 hrs
                    counsel regarding submission of loan
                    modification package and telephone call
                    with client discussing hearing

    12/03/12  JCCO  Email correspondence with client           L120     .90 hrs
                    regarding hearing and postponement of
                    sale date

    12/07/12  JCCO  Email Jeffersons' lawyer to request        L220     .10 hrs
                    supplementation of financial package


              TOTAL FEES FOR THIS MATTER                              $351.00


BILLING SUMMARY

    Jonathan Cobb           1.80 hrs    195.00 /hr        351.00


TOTAL FEES                  1.80 hrs                     $351.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$351.00**


              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301142

INVOICE #  818591

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301142
     Giallombardo, Charles
     Loan no. 0359340558; Ally No. 728360
     TC # 728360

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/24/12 | CSM | Emails with client and realtor for short sale purchaser regarding status of short sale closing | L190 | .10 hrs |
| 10/24/12 | CWH | Follow-up on outstanding issues in case | L120 | .20 hrs |
| 10/31/12 | LADA | Draft and finalize memorandum regarding resolution of matter | L190 | .50 hrs |
| 10/31/12 | CSM | Revise closing memo | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $158.50

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Cory S. Menees | .20 hrs | 300.00 /hr | 60.00 |
| Lucinda Kish | .50 hrs | 65.00 /hr | 32.50 |

TOTAL FEES              0.90 hrs              $158.50

**TOTAL CHARGES FOR THIS INVOICE**              **$158.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301143

INVOICE #  814309

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301143
     Employment and Fee Applications
     TC # 734354

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/01/12 | JRB | Prepare interim compensation request for June and July and work on fee application for same | B410 | 4.10 hrs |
| 09/02/12 | RLB | Review and analyze June and July pre-bills for purposes of fee application | B190 | 1.10 hrs |
| 09/03/12 | RLB | Continue review and analysis of June and July pre-bills for purposes of fee application | B190 | 9.30 hrs |
| 09/03/12 | JRB | Prepare interim compensation request for June and July and work on fee application for same | B410 | 5.00 hrs |
| 09/04/12 | JRB | Prepare interim compensation requests for June and July and work on fee application for same | B410 | 4.10 hrs |
| 09/04/12 | RLB | Further review and analysis of June and July pre-bills for purposes of fee application | B190 | 4.90 hrs |
| 09/05/12 | JRB | Prepare interim compensation request for June and July and work on fee application for same | B410 | 3.10 hrs |
| 09/06/12 | JRB | Prepare interim compensation request for June and July and work on fee application for same | B420 | 3.40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/07/12 | JRB | Prepare interim compensation request for June and July and work on fee application for same | B410 | 5.60 hrs |
| 09/10/12 | JRB | Review draft letter to client regarding interim compensation request and corresponding practices | B410 | .30 hrs |
| 09/10/12 | JRB | Review and revise June and July interim compensation request and work on preparation of quarterly interim fee application | B410 | .30 hrs |
| 09/11/12 | CLHA | Begin work on August monthly fee requests | L120 | .60 hrs |
| 09/11/12 | JRB | Work on preparation of interim compensation requests and interim fee application and review correspondence from client regarding same | B420 | .50 hrs |
| 09/12/12 | CLHA | Work on monthly interim fee requests for August | L120 | .80 hrs |
| 09/12/12 | JPC | Coordinate submission to Rescap | B410 | .30 hrs |
| 09/12/12 | JPC | Correspondence regarding retainer reconciliation | B410 | .20 hrs |
| 09/12/12 | JRB | Work on preparation of interim compensation requests and interim fee application | B420 | .20 hrs |
| 09/12/12 | RLB | Review and respond to e-mails regarding billing practices for purposes of fee application | B190 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/13/12 | CWH | Prepare materials for fee-application submission | L110 | .80 hrs |
| 09/13/12 | CLHA | Work on interim fee requests for August | L120 | 2.10 hrs |
| 09/13/12 | JPC | Work on June prebills | B410 | .20 hrs |
| 09/14/12 | JPC | Coordinate prebill review | B410 | .30 hrs |
| 09/14/12 | JRB | Review U.S. Trustee billing guidelines with respect to fee applications and application to interim compensation requests | B410 | .20 hrs |
| 09/14/12 | JPC | Conference regarding GMAC file opening protocol | B410 | .30 hrs |
| 09/15/12 | JPC | Update file | B410 | .40 hrs |
| 09/17/12 | CWH | Review and revise bills and prepare materials for fee-application submission | L110 | 1.00 hrs |
| 09/18/12 | JPC | Correspondence regarding withdrawal from Ally | B410 | .40 hrs |
| 09/19/12 | JPC | Correspondence regarding TC numbers | B410 | .30 hrs |
| 09/19/12 | JRB | Work on interim compensation request and fee application preparations | B410 | .30 hrs |
| 09/19/12 | CWH | Review and revise prebills for submission with fee application | L110 | 2.00 hrs |
| 09/20/12 | JPC | Correspondence regarding adjustments for 2013 | B410 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
OCTOBER 30, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/20/12 | JPC | Correspondence regarding Boshell revisions | B410 | .20 hrs |
| 09/20/12 | JPC | Correspondence regarding fee billing | B410 | .30 hrs |
| 09/21/12 | JPC | Correspondence regarding time entry | B410 | .30 hrs |
| 09/24/12 | JRB | Work on preparation of fee application and confer with billing department regarding same | B420 | .60 hrs |
| 09/25/12 | RLB | Review and analyze August pre-bills for purposes of fee application | B190 | 2.00 hrs |
| 09/26/12 | RLB | Review and analyze August pre-bills for purposes for fee application | B190 | 4.60 hrs |
| 09/26/12 | JRB | Analyze issues regarding fee applications and preparation of same | B410 | 1.00 hrs |
| 09/26/12 | JRB | Review motion to reconsider order approving employment, debtor's response to same, and prepare for hearing tomorrow on same | B410 | .60 hrs |
| 09/26/12 | JPC | Conference regarding bill submissions to GMAC | B410 | .20 hrs |
| 09/26/12 | JPC | Conference regarding application issues | B410 | .40 hrs |
| 09/27/12 | JPC | Prepare monthly summary | B410 | .40 hrs |
| 09/27/12 | JPC | Conference regarding submission | B410 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
OCTOBER 30, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 09/27/12 | JRB | Prepare for and participate telephonically in hearing on motion to reconsider BABC employment order and review court order denying same | B420 | .50 hrs |
| 09/27/12 | RLB | Continue review and analysis of August pre-bills for purposes of fee application | B190 | 2.60 hrs |

TOTAL FEES FOR THIS MATTER          $22,058.50

<u>EXPENSES</u>

    35A      UPS                                          1,229.84

         TOTAL COSTS FOR THIS MATTER          $1,229.84

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| J. Paul Compton, Jr. | 4.50 hrs | 390.00 /hr | 1,755.00 |
| Jay R. Bender | 29.80 hrs | 372.00 /hr | 11,085.60 |
| Christopher L. Hawkins | 3.50 hrs | 345.00 /hr | 1,207.50 |
| Christian W. Hancock | 3.80 hrs | 330.00 /hr | 1,254.00 |
| Rashad L. Blossom | 25.40 hrs | 266.00 /hr | 6,756.40 |

TOTAL FEES          67.00 hrs          $22,058.50

TOTAL EXPENSES                              $1,229.84

**TOTAL CHARGES FOR THIS INVOICE          $23,288.34**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0802-301143

INVOICE #  817892

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301143
     Employment and Fee Applications
     TC # 734354

<u>EXPENSES</u>

| | | |
|---|---|---|
| 01 | Copy Charges | 29.40 |
| 35 | Express Mail/Fedex | 25.50 |
| 35A | UPS | 320.46 |
| | TOTAL COSTS FOR THIS MATTER | $375.36 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $375.36 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$375.36** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301143

INVOICE #  818592

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301143
     Employment and Fee Applications
     TC # 734354

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | CLHA | Work on interim fee application | L120 | .60 hrs |
| 10/02/12 | CLHA | Work on interim fee application | L120 | 2.20 hrs |
| 10/03/12 | CLHA | Continued work on fee application | L120 | .80 hrs |
| 10/05/12 | CLHA | Work on interim fee application | L120 | 1.80 hrs |
| 10/08/12 | JPC | Retainer reconciliation | B410 | 1.00 hrs |
| 10/08/12 | JRB | Draft and revise interim compensation request and exhibits to same | B160 | 3.90 hrs |
| 10/08/12 | CLHA | Continued work on interim fee application | L120 | 7.30 hrs |
| 10/09/12 | JRB | Draft and revise interim compensation request and exhibits to same | B160 | 2.50 hrs |
| 10/09/12 | CLHA | Work on interim fee application | L120 | 4.90 hrs |
| 10/10/12 | CWH | Review and revise materials for submission with fee application | L250 | 1.40 hrs |
| 10/11/12 | JPC | Review retainer reconciliation | B410 | .60 hrs |
| 10/12/12 | JPC | Conference regarding interim fee request | B410 | .50 hrs |
| 10/12/12 | JPC | Correspondence with D.McFadden regarding retainer reconciliation | B410 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0802-301143

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 10/12/12 | JPC | Finalize retainer reconciliation | B410 | .70 hrs |
| 10/12/12 | JRB | Draft and revise first interim fee application and exhibits to same | B410 | 2.90 hrs |
| 10/13/12 | JRB | Draft and revise first interim fee application and exhibits to same | B410 | 1.50 hrs |
| 10/15/12 | JRB | Draft and revise first interim fee application and exhibits to same | B410 | 3.00 hrs |
| 10/15/12 | JPC | Review and revise fee application | B410 | .80 hrs |
| 10/16/12 | JPC | Correspondence with R.Maddox regarding fee application | B410 | .30 hrs |
| 10/16/12 | JPC | Conference with J.Bender regarding fee application | B410 | .30 hrs |
| 10/16/12 | JPC | Review reconciliation | B410 | 1.00 hrs |
| 10/16/12 | CLHA | Work on interim fee application | L120 | .90 hrs |
| 10/16/12 | JPC | Review and revise fee application | B410 | .90 hrs |
| 10/16/12 | JRB | E-mails and letter to debtors' counsel regarding preparation and filing of first interim fee application and compliance with filing requirements | B410 | .60 hrs |
| 10/16/12 | JRB | Draft and revise first interim fee application and exhibits to same | B410 | 4.20 hrs |
| 10/17/12 | JRB | Review US Trustee Guidelines to confirm that first application conforms to filing requirements | B410 | .60 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0802-301143

FED ID NO. 63-0243316

| 10/17/12 | JRB | E-mails with debtors' counsel regarding filing and service of first interim fee application and requesting comments to same | B410 | .30 hrs |
|---|---|---|---|---|
| 10/17/12 | JRB | Draft and revise first interim fee application and exhibits to same | B410 | 3.00 hrs |
| 10/17/12 | JPC | Work on fee matter | B410 | .30 hrs |
| 10/17/12 | JPC | Conference with J.Bender regarding fee application | B410 | .50 hrs |
| 10/17/12 | JPC | Conference with D.Partain regarding summaries for fee application preparation | B410 | .30 hrs |
| 10/18/12 | JPC | Correspondence with T.Hamzehpour regarding fee application | B410 | .50 hrs |
| 10/18/12 | JPC | Conference with J.Bender regarding U.S. Trustee guidelines | B410 | .60 hrs |
| 10/18/12 | JPC | Conference with D.Partain regarding monthly summary | B410 | .30 hrs |
| 10/18/12 | JRB | Draft and revise first interim fee application and exhibits to same | B410 | 2.00 hrs |
| 10/19/12 | KAK | Prepare fee application for electronic filing | B110 | 1.70 hrs |
| 10/19/12 | JRB | Finalize first interim fee application and work on filing of same | B410 | 3.00 hrs |
| 10/19/12 | JPC | Correspondence regarding filing fee application | B410 | .70 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
NOVEMBER 17, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/19/12 | JPC | Conference with P.McCain regarding reconciliation | B410 | .40 hrs |
| 10/22/12 | CLHA | Work on interim fee request | L120 | 8.90 hrs |
| 10/22/12 | JRB | Work on preparation of interim compensation requests and interim fee application | B410 | 5.80 hrs |
| 10/22/12 | JPC | Revise retainer reconciliation | B410 | .80 hrs |
| 10/23/12 | JRB | Work on preparation of interim compensation requests and interim fee application | B410 | 2.00 hrs |
| 10/23/12 | CWH | Review and revise portions of interim fee application | L140 | .40 hrs |
| 10/23/12 | RLB | Review and analyze September pre-bills for purposes of fee application | B190 | 1.20 hrs |
| 10/23/12 | CLHA | Continued work on interim fee application | L120 | 7.80 hrs |
| 10/24/12 | RLB | Continue review and analysis of September pre-bills for purposes of fee application | B190 | 2.70 hrs |
| 10/24/12 | JRB | Review and analyze client questions about fee application and follow up on same | B160 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                    $31,855.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
NOVEMBER 17, 2012

ResCap

OR0802-301143

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| J. Paul Compton, Jr. | 10.80 hrs | 390.00 /hr | 4,212.00 |
| Jay R. Bender | 36.60 hrs | 372.00 /hr | 13,615.20 |
| Christopher L. Hawkins | 35.20 hrs | 345.00 /hr | 12,144.00 |
| Christian W. Hancock | 1.80 hrs | 330.00 /hr | 594.00 |
| Kimberly A. Kirsch | 1.70 hrs | 149.00 /hr | 253.30 |
| Rashad L. Blossom | 3.90 hrs | 266.00 /hr | 1,037.40 |

TOTAL FEES              90.00 hrs                    $31,855.90

**TOTAL CHARGES FOR THIS INVOICE**              **$31,855.90**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301143

INVOICE #  820846

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301143
     Employment and Fee Applications
     TC # 734354

TOTAL FEES                   0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                NOVEMBER 30, 2012
1100 Virginia Drive                                   0R0802-301143
Fort Washington, PA 19034

                                                      INVOICE #  821069
                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

     Re:  0R0802-301143
          Employment and Fee Applications
          TC # 734354

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/05/12 | JRB | Prepare, finalize and send out interim compensation request and attachments to same | B410 | 1.40 hrs |
| 11/07/12 | JRB | Analyze court and U.S. Trustee materials regarding compensation procedures and assemble firm's compensation materials | B410 | 1.50 hrs |
| 11/12/12 | JRB | Work on preparation of interim compensation request and exhibits to same | B410 | .90 hrs |
| 11/13/12 | CLHA | Work on interim fee application | L120 | 7.90 hrs |
| 11/13/12 | RLB | Review and prepare documents for interim compensation request | B190 | .10 hrs |
| 11/14/12 | JRB | Work on preparation of interim compensation request and exhibits to same | B410 | 1.40 hrs |
| 11/14/12 | CLHA | Work on interim fee application | L120 | 8.90 hrs |
| 11/15/12 | RLB | Review and prepare documents for interim compensation request | B190 | 5.50 hrs |
| 11/15/12 | JRB | Work on preparation of interim compensation fee application and exhibits to same | B160 | 4.00 hrs |
| 11/15/12 | CLHA | Work on interim fee application | L120 | 8.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 30, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| 11/16/12 | RLB | Review and prepare documents for interim compensation request | B190 | 1.50 hrs |
|---|---|---|---|---|
| 11/16/12 | JRB | Work on preparation of interim compensation request and exhibits to same | B160 | 2.10 hrs |
| 11/16/12 | JRB | Review and analyze treatment of alternative fee matters under order approving firm employment and interim compensation procedures order | B160 | 1.00 hrs |
| 11/16/12 | CWH | Review and revise bills submitted with fee application | L120 | .30 hrs |
| 11/16/12 | CLHA | Work through issues related to interim fee applications for stop-loss files | L120 | .30 hrs |
| 11/17/12 | RLB | Continue review and preparation of documents for interim compensation request | B190 | 3.50 hrs |
| 11/17/12 | JRB | Work on preparation of interim compensation request and exhibits to same | B160 | 4.40 hrs |
| 11/18/12 | RLB | Continue review and preparation of documents for interim compensation request | B190 | 2.80 hrs |
| 11/18/12 | JRB | Work on preparation of interim compensation requests and exhibits to same | B160 | 2.10 hrs |
| 11/19/12 | RLB | Continue review and preparation of documents for interim compensation request | B190 | 1.20 hrs |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/19/12 | JRB | Work on preparation of interim compensation requests and exhibits to same | B410 | 2.00 hrs |
| 11/20/12 | JRB | Work on preparation of interim compensation requests and exhibits to same | B410 | .50 hrs |
| 11/20/12 | RLB | Continue review and preparation of documents for interim compensation request | B190 | 8.60 hrs |
| 11/20/12 | CLHA | Work through interim fee application issues related to November bills | L120 | .20 hrs |
| 11/20/12 | JRB | Correspondence with U.S. Trustee's office regarding mailing issues with interim compensation request and follow up on same | B410 | .50 hrs |
| 11/21/12 | JRB | Work on preparation of interim compensation requests and exhibits to same | B410 | .30 hrs |
| 11/26/12 | RLB | Teleconference regarding review and analysis of November pre-bills | B190 | .20 hrs |
| 11/26/12 | CLHA | Continued work on fee application | L120 | .60 hrs |
| 11/26/12 | JRB | Work on preparation of interim compensation request and exhibits to same | B410 | 1.50 hrs |
| 11/27/12 | JRB | Work on preparation of interim compensation request and exhibits to same | B410 | 1.00 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0802-301143

FED ID NO. 63-0243316

---

| 11/27/12 | JRB | Phone calls and e-mails to U.S. Trustee's office and to Morrison Foerster about interim compensation requests and questions about procedures relating to same | B410 | .80 hrs |

TOTAL FEES FOR THIS MATTER                    $24,811.20

BILLING SUMMARY

| Jay R. Bender | 25.40 hrs | 372.00 /hr | 9,448.80 |
| Christopher L. Hawkins | 26.20 hrs | 345.00 /hr | 9,039.00 |
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Rashad L. Blossom | 23.40 hrs | 266.00 /hr | 6,224.40 |

TOTAL FEES            75.30 hrs                  $24,811.20

**TOTAL CHARGES FOR THIS INVOICE**            $24,811.20

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301143

INVOICE #  830034

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   0R0802-301143
      Employment and Fee Applications
      TC # 734354

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/01/12 | RLB | Review and analyze November pre-bills for purposes of fee application | B190 | 1.70 hrs |
| 12/01/12 | CLHA | Prepare interim fee application | L120 | 3.60 hrs |
| 12/01/12 | JRB | Review docket to look for objections to fee application and confirm with bankruptcy counsel that no objections were timely filed | B160 | .50 hrs |
| 12/01/12 | JRB | Work on preparation of November interim compensation request including summaries of billings to be attached to compensation request | B160 | 4.40 hrs |
| 12/02/12 | JRB | Work on preparation of monthly interim compensation request for November, including preparation of summary sheets appended to request | L190 | 2.00 hrs |
| 12/02/12 | CLHA | Continued work on interim fee application | L120 | 3.50 hrs |
| 12/02/12 | RLB | Continue review and analysis of November pre-bills for purposes of fee application | B190 | .40 hrs |
| 12/03/12 | JRB | Draft interim compensation request for month of November including description of alternative billing compensation requests, including summary charts attached thereto, and circulate same internally for review and comment | B160 | 4.10 hrs |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/04/12 | JRB | Draft, review, revise, finalize and send out the November interim compensation request to U.S. Trustee, Committee, Debtors, and other parties in compliance with court order | B160 | 1.90 hrs |
| 12/10/12 | JRB | Receive and review U.S. Trustee's objection to firm's first interim fee application and circulate summary of objection to R. Maddox and others | B170 | 1.10 hrs |
| 12/10/12 | JRB | Compile and analyze information regarding "transitory timekeeper" fees and other information needed to respond to U.S. Trustee objections | B170 | 1.10 hrs |
| 12/11/12 | JRB | Research and review cases cited by U.S. Trustee in objection to fee application | B170 | 1.00 hrs |
| 12/11/12 | JRB | Confer with E. Richards of Morrison Foerster regarding U.S. Trustee objections to fee application and general process for responding and pursuing resolution | B170 | .40 hrs |
| 12/12/12 | JRB | Phone calls and e-mails with U.S. Trustee's office regarding Trustee's objections to fee application and informal response in anticipation of upcoming conference call | B170 | 2.00 hrs |
| 12/12/12 | JRB | Research and analyze U.S. Trustee's objections to first interim fee application to assist with informal response to same | B160 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
JANUARY 23, 2013

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/13/12 | JRB | Analyze and research objections raised by U.S. Trustee to first interim fee application | B170 | 1.30 hrs |
| 12/13/12 | JRB | Prepare for and participate in call with U.S. Trustee's office regarding objection to first interim fee application and potential resolution of same | B170 | 1.20 hrs |
| 12/13/12 | JRB | Confer with client regarding questions about fee application process | B170 | .20 hrs |
| 12/14/12 | JRB | E-mails with U.S. Trustee regarding response to fee application objection and settlement proposal | B170 | 1.00 hrs |
| 12/14/12 | JRB | Confer with E. Richards of Morrison Foerster regarding fee application hearing and extension of deadline for filing formal responses to U.S. Trustee's objections | B170 | .30 hrs |
| 12/17/12 | JRB | Work on outline of response to U.S. Trustee's objection to firm's first fee application | B170 | .70 hrs |
| 12/17/12 | JRB | Confer with U.S. Trustee's office and E. Richards of Morrison Foerster regarding extension of deadline to respond to U.S. Trustee's objection to first interim fee application | B160 | .40 hrs |
| 12/17/12 | JRB | Confer with B. Masumoto of U.S. Trustee's office regarding proposed resolution to Trustee's objection to fee application and follow up on same | B170 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
JANUARY 23, 2013

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/12 | JRB | Confer with billing personnel regarding objections raised by U.S. Trustee relating to "transitory timekeepers" and fees attributable to preparation of fee applications and other issues relating to pending first interim fee application | B160 | 2.00 hrs |
| 12/18/12 | JRB | Correspondence with client regarding fee application process and status | B160 | .90 hrs |
| 12/18/12 | JRB | Research regarding objections and draft response to U.S. Trustee's objection to fee application | B170 | 3.50 hrs |
| 12/18/12 | CLHA | Work on resolution of objection to fee application and prepare and file response to objection | L120 | 1.40 hrs |
| 12/18/12 | JRB | Revise response to U.S. Trustee's objection once settlement of objection resolved and file same response with bankruptcy court | B170 | 1.00 hrs |
| 12/18/12 | JRB | Phone calls and e-mails with U.S. Trustee's office concerning objection to fee application and proposed resolution of same | B170 | 1.00 hrs |
| 12/19/12 | JRB | Travel to NYC for fee application hearings | B160 | 5.00 hrs |
| 12/19/12 | JRB | Review fee application, objection, and response in preparation for tomorrow's hearing | B160 | 1.00 hrs |
| 12/20/12 | JRB | Return travel to Birmingham from New York regarding fee application hearing | B160 | 4.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
JANUARY 23, 2013

0R0802-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/20/12 | JRB | Prepare for and attend hearings on fee applications | B160 | 6.50 hrs |
| 12/20/12 | CLHA | Work on interim fee application issues | L120 | .30 hrs |
| 12/20/12 | FWA | Attend hearing by telephone concerning fee application to respond to question presented by Court | L190 | 2.00 hrs |
| 12/21/12 | JRB | Review proposed order on fee applications and send e-mail to bankruptcy counsel regarding same | B160 | .20 hrs |
| 12/21/12 | JRB | Phone call with E. Richards of Morrison Foerster regarding fee application process and report results of same to co-counsel | B160 | .60 hrs |
| 12/21/12 | JRB | Follow up on comments and requests made by bankruptcy judge at yesterday's hearing regarding steps to be taken with respect to firm's next interim fee application | B160 | .70 hrs |
| 12/26/12 | JRB | E-mails with U.S. Trustee regarding scheduling of conference call to discuss preparation and submission of second interim fee application and follow up on same | B160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $24,112.20

EXPENSES

20        Airline Tickets                                967.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    6
JANUARY 23, 2013

ResCap

0R0802-301143

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| 21 | Travel Expense | | 548.44 |
| 23 | Meal Expense | | 140.02 |
| 35A | UPS | | 208.39 |
| | TOTAL COSTS FOR THIS MATTER | $1,864.45 | |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jay R. Bender | 53.30 hrs | 372.00 /hr | 19,827.60 |
| Wendell Allen | 2.00 hrs | 345.00 /hr | 690.00 |
| Christopher L. Hawkins | 8.80 hrs | 345.00 /hr | 3,036.00 |
| Rashad L. Blossom | 2.10 hrs | 266.00 /hr | 558.60 |

| | | |
|---|---|---|
| TOTAL FEES | 66.20 hrs | $24,112.20 |
| TOTAL EXPENSES | | $1,864.45 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$25,976.65** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301144

INVOICE #  813547

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301144
     Bankruptcy Stay Implementation Review - 733771
     TC # 733771

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | MSW | Conversation with client regarding classifications of numerous litigation matters and follow up on requests to reclassify and review numerous matters | L120 | 2.60 hrs |
| 09/05/12 | JHP | Reviewed list of cases handled for K.Dutill and provided client with list of stayed cases and cases not involved in bankruptcy | L120 | .40 hrs |
| 09/10/12 | MPE | Review cases assigned to case manager for status changes. | L110 | .30 hrs |
| 09/18/12 | SAP | Correspond with title insurance attorney in litigation matter re automatic stay | C300 | .30 hrs |

                   TOTAL FEES FOR THIS MATTER              $1,134.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Steven A. Pozefsky | .30 hrs | 323.00 /hr | 96.90 |
| Jon H. Patterson | .40 hrs | 245.00 /hr | 98.00 |
| Mark S. Wierman | 2.60 hrs | 254.00 /hr | 660.40 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

TOTAL FEES            3.60 hrs         $1,134.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0802-301144

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**              $1,134.00

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301144

INVOICE #  818593

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301144
     Bankruptcy Stay Implementation Review - 733771
     TC # 733771

PROFESSIONAL SERVICES

| 10/04/12 | MCG | Review cases for instances where court entered order of dismissal after filing of bankruptcy petition | L110 | .90 hrs |
|----------|-----|---|------|---------|
| 10/04/12 | MPE | Review of pending cases to determine status of pre and post petition motions ruled on by the court. | L110 | 1.30 hrs |
| 10/09/12 | MPE | Review information sent to local counsel regarding payment requirements per the bankruptcy court.  confirm receipt and review to determine if additional information is needed. | L110 | 1.80 hrs |
| 10/12/12 | MSW | Review and analyze numerous cases and discussion with client | L120 | .40 hrs |
| 10/18/12 | MPE | Review and analysis of all cases to confirm status and whether bankruptcy notice should be filed for Rescap entity. | L110 | 7.90 hrs |
| 10/18/12 | MSW | Review and analyze all open matters in preparation for transfer to estate | L120 | 1.40 hrs |
| 10/18/12 | MCG | Review pending actions regarding whether notice of filing final supplemental order in bankruptcy is required | C300 | 1.10 hrs |
| 10/18/12 | MST | Update bankruptcy review sheet regarding pending cases at the request of C.Hancock | L140 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0802-301144

FED ID NO. 63-0243316

| 10/19/12 | MPE | Further review of all matters not stayed by the bankruptcy to confirm status and determine if stay now applies. | L110 | 8.10 hrs |
|---|---|---|---|---|
| 10/19/12 | CWH | Review and analyze firm's portfolio of cases to determine which files did and did not have notices of bankruptcy filed and prepare lists of same for client review, per their request | L120 | 1.50 hrs |
| 10/20/12 | CWH | Continue to review and analyze firm's portfolio of cases to determine which files did and did not have notices of bankruptcy filed and prepare lists of same for client review, per their request | L120 | 3.30 hrs |
| 10/20/12 | MPE | Review all matters to determine if notices need to be filed. | L110 | 8.50 hrs |
| 10/22/12 | KK | Review and analyze bankruptcy chart to determine consistency among matter captions, summary, and reason for no bankruptcy filing | L110 | 3.40 hrs |
| 10/22/12 | MSW | Final review of all matters to analyze necessity for filing notice of stay | L120 | 1.70 hrs |
| 10/22/12 | MPE | Finalize list of all BABC matters without a Notice of Bankruptcy for J.Scolliard. | L110 | 11.60 hrs |
| 10/22/12 | CWH | Exchange several emails with client regarding bankruptcy issues | L110 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
NOVEMBER 17, 2012

ResCap

0R0802-301144

**FED ID NO. 63-0243316**

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/22/12 | CWH | Complete review and analysis of portfolio of cases to determine which files did and did not have notices of bankruptcy filed and prepare lists of same for client review | L120 | 1.30 hrs |
| 10/22/12 | JPC | Review correspondence regarding estate | B410 | .20 hrs |
| 10/23/12 | DH | Research whether a GMAC case can be partially assigned under Texas law | L120 | 1.60 hrs |
| 10/23/12 | DH | Review lease and assignment to determine whether Attorney is an affiliate for trial issues regarding possible cas assignment | L120 | 1.40 hrs |
| 10/23/12 | DH | Research and analyze | L120 | 1.50 hrs |
| 10/23/12 | TMB | Review documents; discussion with W.Allen; meeting with D.Hartzog re research issues | L120 | .80 hrs |
| 10/23/12 | MPE | Finalize all information regarding notices of bankruptcies filed. | L110 | 1.30 hrs |
| 10/23/12 | KK | Email with local firms to follow up regarding assignment of bid question | L110 | .40 hrs |
| 10/24/12 | JPC | Review servicing bid reports | B410 | .60 hrs |
| 10/24/12 | DH | Research cases stating whether GMAC lease is a sub-lease or assignment and lease agreements review | L120 | 1.50 hrs |
| 10/24/12 | TMB | Review research results regarding effect of assignment | L120 | .40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0802-301144

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/25/12 | TMB | Review memo from D.Hartzog and review cases; draft memo to W.Allen with thoughts on strategy | L120 | 1.30 hrs |
| 10/28/12 | TMB | Review memo from W.Allen regarding asignment analysis | L120 | .30 hrs |
| 10/31/12 | DH | Draft memorandum on GMAC/TX Lease | L120 | 3.10 hrs |
| 10/31/12 | MPE | Assist N.Campbell with all BABC cases with Employees Named Party as of 10/19/2012 | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $13,582.30

01        Copy Charges                                              0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| T. Michael Brown | 2.80 hrs | 371.00 /hr | 1,038.80 |
| J. Paul Compton, Jr. | .80 hrs | 390.00 /hr | 312.00 |
| Christian W. Hancock | 6.50 hrs | 330.00 /hr | 2,145.00 |
| Michael C. Griffin | 2.00 hrs | 323.00 /hr | 646.00 |
| Mark S. Wierman | 3.50 hrs | 254.00 /hr | 889.00 |
| Denetra Hartzog | 9.10 hrs | 195.00 /hr | 1,774.50 |
| Melisa P. Palmer | 41.00 hrs | 149.00 /hr | 6,109.00 |
| Kerry Keane | 3.80 hrs | 160.00 /hr | 608.00 |

TOTAL FEES          69.90 hrs              $13,582.30

**TOTAL CHARGES FOR THIS INVOICE**          **$13,582.30**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301144

INVOICE #  820847

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301144
     Bankruptcy Stay Implementation Review - 733771
     TC # 733771
  01       Copy Charges                                     0.00
  41       Computerized Legal Research-Westlaw              0.00


TOTAL FEES              0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**          $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301144

INVOICE #  821070

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301144
     Bankruptcy Stay Implementation Review - 733771
     TC # 733771

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JHP | Reviewed various litigation files to determine employee status of substitute trustees for bankruptcy related proof of claim issues | L120 | 1.60 hrs |
| 11/01/12 | JRB | Analyze issues regarding interests of co-defendants to litigation in bankruptcy proceedings | B410 | .60 hrs |
| 11/05/12 | TMB | Review memo from W.Allen re questions about research memorandum | L120 | .20 hrs |
| 11/06/12 | JRB | Analyze issues regarding interests of co-defendants to litigation in bankruptcy proceedings | B410 | 1.00 hrs |
| 11/06/12 | CWH | Discussion with client about filing proofs of claim for individual employees | L120 | .20 hrs |
| 11/06/12 | CWH | Discussion with client employees about filing proofs of claim | L120 | .30 hrs |
| 11/06/12 | MPE | Review all cases naming GMAC employees as parties and assist with strategy moving forward. | L110 | .60 hrs |
| 11/08/12 | MPE | Gonzalez:  telephone call and email correspondence with A. Hall regarding signed settlement agreement, deadline for submitting proof of claim, and stipulation of dismissal needed for | L110 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301144

FED ID NO. 63-0243316

---

their records.

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/09/12 | MPE | 702115777; email correspondence with HOA counsel regarding assessment payments pursuant to our settlement agreement. | L110 | .30 hrs |
| 11/09/12 | FWA | Review lease issues and revise opposition to motion related to the same | L190 | .60 hrs |
| 11/10/12 | TMB | Review brief prior to filing | L210 | .50 hrs |
| 11/11/12 | TMB | Draft memo to S.Martin | L120 | .30 hrs |
| 11/11/12 | TMB | Review updated research request | L120 | .30 hrs |
| 11/12/12 | TMB | Research lease/license issues; draft research memo and comments on revised brief to S.Martin | L120 | 1.00 hrs |
| 11/12/12 | JRB | Analyze issues concerning effect of bankruptcy on non-debtor defendants to litigation | B410 | .40 hrs |
| 11/13/12 | JRB | Analyze issues concerning effect of bankruptcy on non-debtor defendants to litigation | B410 | .20 hrs |
| 11/15/12 | CLHA | Work through issues related to applicability of stay to offensive litigation | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $2,871.70



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0802-301144

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| T. Michael Brown | 2.30 hrs | 371.00 /hr | 853.30 |
| Jay R. Bender | 2.20 hrs | 372.00 /hr | 818.40 |
| Wendell Allen | .60 hrs | 345.00 /hr | 207.00 |
| Christopher L. Hawkins | .40 hrs | 345.00 /hr | 138.00 |
| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |
| Jon H. Patterson | 1.60 hrs | 245.00 /hr | 392.00 |
| Melisa P. Palmer | 2.00 hrs | 149.00 /hr | 298.00 |

TOTAL FEES                9.60 hrs                        $2,871.70

**TOTAL CHARGES FOR THIS INVOICE**                       $2,871.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JANUARY 23, 2013
1100 Virginia Drive                                      0R0802-301144
Fort Washington, PA 19034

                                                          INVOICE #  830037

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301144
     Bankruptcy Stay Implementation Review - 733771
     TC # 733771

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/05/12 | ACRA | Research state law for client contact client regarding ally matter 734103 | L120 | 1.50 hrs |
| 12/05/12 | JHP | Email to client summarizing case law in Georgia on "split the note" theory in response to request for case law | L120 | .50 hrs |
| 12/05/12 | JHP | Case law research on issues of "split the note" as requested by client | L120 | 1.00 hrs |

                TOTAL FEES FOR THIS MATTER                        $660.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 1.50 hrs | 245.00 /hr | 367.50 |
| Ann Craft | 1.50 hrs | 195.00 /hr | 292.50 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 3.00 hrs | | $660.00 |

**TOTAL CHARGES FOR THIS INVOICE**                         **$660.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                           OCTOBER 30, 2012
1100 Virginia Drive                                             0R0802-301145
Fort Washington, PA 19034

                                                               INVOICE #  813548

                                                               FED JD NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0802-301145
         Kentucky Mortgage Dispute - 726413
         TC # 726413

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/06/12 | RLB | Review and respond to e-mail from local counsel regarding letters to borrower regarding release | L190 | .10 hrs |
| 09/06/12 | RLB | E-mail to client regarding release letter to borrower | L190 | .10 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding status of mortgage release | L190 | .10 hrs |
| 09/13/12 | RLB | E-mail to client regarding local counsel's contact with borrower | L190 | .10 hrs |

                TOTAL FEES FOR THIS MATTER                      $106.40

BILLING SUMMARY

    Rashad L. Blossom          .40 hrs    266.00 /hr       106.40

TOTAL FEES                   0.40 hrs                      $106.40

**TOTAL CHARGES FOR THIS INVOICE**                        **$106.40**

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301145

INVOICE #  818594

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301145
    Kentucky Mortgage Dispute - 726413
    TC # 726413

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | RLB | Draft monthly report regarding contact with borrower about mortgage release and borrower's response | L190 | .30 hrs |
| 10/23/12 | RLB | E-mail to client regarding case status | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER     $106.40

BILLING SUMMARY

Rashad L. Blossom      .40 hrs    266.00 /hr     106.40

TOTAL FEES      0.40 hrs      $106.40

**TOTAL CHARGES FOR THIS INVOICE**      **$106.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301145

INVOICE #  821071

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301145
     Kentucky Mortgage Dispute - 726413
     TC # 726413

PROFESSIONAL SERVICES

| Date | | Description | | Hrs |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/21/12 | RLB | Review status of matter and develop case strategy | L190 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $69.20 |

BILLING SUMMARY

| | Hrs | Rate | Amount |
|---|---|---|---|
| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
| Kerry Keane | .10 hrs | 160.00 /hr | 16.00 |
| TOTAL FEES | 0.30 hrs | | $69.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$69.20** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0802-301146

INVOICE #  813549

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   OR0802-301146
      KY Unreleased Mortgage Issue - 726395
      TC # 726394

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | RLB | Review and respond to e-mail from local counsel regarding letter to borrower regarding release of mortgage | L190 | .10 hrs |
| 09/06/12 | RLB | E-mail to client regarding release letter to borrower | L190 | .10 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding status of mortgage release | L190 | .10 hrs |
| 09/13/12 | RLB | E-mail to client regarding local counsel's contact with borrower | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $106.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .40 hrs | 266.00 /hr | 106.40 |

| | | |
|---|---|---|
| TOTAL FEES | 0.40 hrs | $106.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$106.40** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301146

INVOICE #  818595

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301146
     KY Unreleased Mortgage Issue - 726395
     TC # 726394

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | RLB | Draft monthly report regarding contact with borrower about mortgage release | L190 | .10 hrs |
| 10/23/12 | RLB | E-mail to client regarding case status | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $53.20

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
| TOTAL FEES | 0.20 hrs | | $53.20 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$53.20**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301146

INVOICE #  821072

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301146
     KY Unreleased Mortgage Issue - 726395
     TC # 726394

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/21/12 | RLB | Review status of matter and develop case strategy | L190 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                               $69.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
| Kerry Keane | .10 hrs | 160.00 /hr | 16.00 |

TOTAL FEES              0.30 hrs                 $69.20

**TOTAL CHARGES FOR THIS INVOICE**              **$69.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0802-301147

INVOICE # 813550

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re: OR0802-301147
    Kentucky Pre-Litigation - 729157
    TC # 729157

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | RLB | Review and respond to e-mail from local counsel regarding letter to borrower regarding release | L190 | .10 hrs |
| 09/06/12 | RLB | E-mail to client regarding release letter to borrower | L190 | .10 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding status of mortgage release | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                               $79.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .30 hrs | 266.00 /hr | 79.80 |

TOTAL FEES                    0.30 hrs                    $79.80

**TOTAL CHARGES FOR THIS INVOICE**                        **$79.80**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301147

INVOICE # 818596

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301147
     Kentucky Pre-Litigation - 729157
     TC # 729157

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | RLB | Draft monthly report regarding contact with borrower about mortgage release | L190 | .10 hrs |
| 10/23/12 | RLB | E-mail to client regarding case status | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                  $53.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |

TOTAL FEES               0.20 hrs               $53.20

**TOTAL CHARGES FOR THIS INVOICE**          **$53.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                      0R0802-301147
Fort Washington, PA 19034

                                                         INVOICE #  821073

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0802-301147
         Kentucky Pre-Litigation - 729157
         TC # 729157

PROFESSIONAL SERVICES

11/01/12  RLB  Draft monthly status report for client    L190      .10 hrs


         TOTAL FEES FOR THIS MATTER                              $26.60


BILLING SUMMARY

    Rashad L. Blossom        .10 hrs   266.00 /hr         26.60


TOTAL FEES              0.10 hrs                    $26.60

**TOTAL CHARGES FOR THIS INVOICE**                 **$26.60**

         ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301148

INVOICE #  813551

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301148
     Mississippi Pre-Litigation - 729191
     TC # 729191

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | RLB | Draft monthly status report regarding status of mortgage release | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                   $26.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .10 hrs | 266.00 /hr | 26.60 |

TOTAL FEES                        0.10 hrs                $26.60

**TOTAL CHARGES FOR THIS INVOICE**              **$26.60**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0802-301148

INVOICE #  821074

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301148
     Mississippi Pre-Litigation - 729191
     TC # 729191

PROFESSIONAL SERVICES

| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/21/12 | RLB | Review status of matter and develop case strategy | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                   $53.20

BILLING SUMMARY

| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |

| TOTAL FEES | 0.20 hrs | | $53.20 |

**TOTAL CHARGES FOR THIS INVOICE**                          **$53.20**

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301148

INVOICE #  830038

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301148
     Mississippi Pre-Litigation - 729191
     TC # 729191

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | RLB | Draft monthly report regarding available options for mortgage release | L190 | .10 hrs |
| 12/03/12 | KK | Review case as it pertains to release of borrower's mortgage | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $58.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .10 hrs | 266.00 /hr | 26.60 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES               0.30 hrs                    $58.60

**TOTAL CHARGES FOR THIS INVOICE**              **$58.60**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0802-301151

INVOICE #  817728

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301151
    SCRA review - 729275
    TC # 729275

<u>PROFESSIONAL SERVICES</u>

| | | | | | |
|---|---|---|---|---|---|
| 09/05/12 | KSA | Analyze and respond to SCRA question from P.Cannon | L120 | .40 | hrs |
| 09/06/12 | KSA | Analyze SCRA procedure and advise client on additional considerations | L120 | 1.10 | hrs |
| 09/06/12 | KSA | Review consent decree and telephone discussion with borrower regarding SCRA and foreclosure | L120 | .50 | hrs |
| 09/10/12 | KSA | Review consent decree and send press release to borrower | L120 | .40 | hrs |
| 09/10/12 | KSA | Conference call with client regarding SCRA interest rate procedures | L110 | .30 | hrs |
| 09/19/12 | KSA | Review loan potentially protectrd under SCRA and send analysis to client | L120 | .80 | hrs |
| 09/25/12 | KSA | Research and respond to client regarding SCRA application to tenant situation | L120 | .30 | hrs |
| 09/26/12 | MST | Analysis of correspondence to and from client prior to bankruptcy and prepare closing memo and forward to client | L110 | .40 | hrs |

    TOTAL FEES FOR THIS MATTER        $907.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 15, 2012

0R0802-301151

ResCap

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| Keith S. Anderson | 3.80 hrs | 223.00 /hr | 847.40 |

TOTAL FEES              4.20 hrs                         $907.40

**TOTAL CHARGES FOR THIS INVOICE**                 **$907.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 15, 2012
1100 Virginia Drive                                      0R0802-301151
Fort Washington, PA 19034

                                                         INVOICE #  817893

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0802-301151
         SCRA review - 729275
         TC # 729275

EXPENSES

09/13/12 Copy Charges                                              0.00
10/26/12 Filing Fees - TREASURER, OF THE UNITED STATES M           5.20
         GRIFFIN
         Bank ID: CHAR Check Number: 1694
         VOID - Bank ID: CHAR Check Number: 1694
         Bank ID: APPL Check Number: 10371
10/26/12 Filing Fees - TREASURER, OF THE UNITED STATES M           5.20
         GRIFFIN- 10/24/2012
         Bank ID: CHAR Check Number: 1695
         VOID - Bank ID: CHAR Check Number: 1695
         Bank ID: APPL Check Number: 10390
10/26/12 Filing Fees - TREASURER, OF THE UNITED STATES M           5.20
         GRIFFIN- 10/24/2012
         Bank ID: CHAR Check Number: 1696
10/26/12 Filing Fees - TREASURER, OF THE UNITED STATES M           5.20
         GRIFFIN- 10/24/2012
         Bank ID: CHAR Check Number: 1697
10/03/12 Airline Tickets - MICHAEL C.GRIFFIN TRAVEL TO         1,336.10
         WASHINGTON, DC 9/24/12
         Bank ID: GENR Check Number: 100245
10/03/12 Airline Tickets - MICHAEL C.GRIFFIN TRAVEL TO           150.00
         WASHINGTON, DC 9/24/12 CHANGE FEE
         Bank ID: GENR Check Number: 100245
10/03/12 Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO             29.00
         WASHINGTON, DC 9/24/12 METRORAIL, PARKING
         Bank ID: GENR Check Number: 100245

         TOTAL COSTS FOR THIS MATTER                         $1,535.90



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 15, 2012

0R0802-301151

FED ID NO. 63-0243316

---

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $1,535.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $1,535.90 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              NOVEMBER 17, 2012
1100 Virginia Drive                                 0R0802-301151
Fort Washington, PA 19034

                                                    INVOICE #  818597

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0802-301151
         SCRA review - 729275
         TC # 729275

PROFESSIONAL SERVICES

10/01/12   MCG   Review foreclosure pleadings and PACER      C300      .20 hrs
                 regarding post foreclosure SCRA

10/01/12   MCG   Prepare summary of independent              C300      .90 hrs
                 consultant training and status update
                 for compliance with Exhibit H to Consent
                 Order related to engagement letter to
                 independent consultant, training,
                 policies and procedures and compliance
                 reporting

10/03/12   MCG   Review and analyze of SCRA remediation      C300      .70 hrs
                 memorandum

10/04/12   MCG   Review and revise memorandum regarding      C300      .60 hrs
                 completion of IFR and DOJ SCRA reviews
                 and procedure for completion

10/04/12   KSA   Analyze military orders and respond to      L120      .60 hrs
                 client regarding SCRA question

10/05/12   MCG   Correspondence with clients regarding       C300      .30 hrs
                 DOJ request for data set for completed
                 foreclosure review

10/05/12   MCG   Correspondence with A.Standridge            C400      .10 hrs
                 regarding DOJ request for data set for
                 completed foreclosure review



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0802-301151

FED ID NO. 63-0243316

| 10/05/12 | MCG | Conference call with clients regarding compliance with consent order | C300 | .40 hrs |
| 10/05/12 | MCG | Conference call with clients regarding IFR and DOJ/SCRA review | C300 | .80 hrs |
| 10/05/12 | MCG | Correspondence with client regarding data set requirements for DOJ/SCRA review | C300 | .30 hrs |
| 10/05/12 | MCG | Review correspondence between independent consultant and FRB regarding engagement letter for independent consultant | C300 | .10 hrs |
| 10/06/12 | MCG | Correspondence with client regarding data set requirements for DOJ/SCRA review | C300 | .10 hrs |
| 10/09/12 | MCG | Correspondence with clients regarding data set for DOJ/SCRA review | C300 | .10 hrs |
| 10/09/12 | MCG | Correspondence with A.Standridge regarding data set for DOJ/SCRA review | C400 | .10 hrs |
| 10/12/12 | MCG | Correspondence with client regarding submission of data set to DOJ | C300 | .10 hrs |
| 10/12/12 | MCG | Correspondence with A.Standridge regarding submission of data set to DOJ | C300 | .10 hrs |
| 10/15/12 | MCG | Review completed foreclosures identified by independent consultant for compliance with SCRA | C300 | 5.30 hrs |
| 10/16/12 | MCG | Review completed foreclosures identified by independent consultant for compliance with SCRA | C300 | 2.10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 17, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/17/12 | MCG | Review completed foreclosures identified by independent consultant for compliance with SCRA | C300 | 3.20 hrs |
| 10/17/12 | MCG | Correspondence to A.Standridge with SCRA data | C400 | .20 hrs |
| 10/17/12 | MCG | Review data regarding completed SCRA foreclosures to be sent to DOJ for review | C300 | .50 hrs |
| 10/18/12 | MCG | Review completed foreclosure files identified by independent consultant for compliance with SCRA | C300 | 2.30 hrs |
| 10/18/12 | MCG | Telephone conference with clients regarding completed foreclosure files identified by independent consultant for compliance with SCRA | C300 | 1.60 hrs |
| 10/18/12 | MCG | Prepare synopsis of foreclosures potentially involving SCRA | C300 | .80 hrs |
| 10/19/12 | MCG | Prepare spreadsheet with analysis of review of completed foreclosures for compliance with SCRA with documents related to active duty service and bankruptcy pleadings | C300 | 4.30 hrs |
| 10/19/12 | MCG | Review state court and bankruptcy court records for divorce proceedings or surrender of property in bankruptcy | C100 | .80 hrs |
| 10/22/12 | MCG | Review completed foreclosure for compliance with SCRA | C300 | 1.70 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
NOVEMBER 17, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/23/12 | MCG | Review and analyze analysis of review of service member loan accounts for compliance with SCRA, search for periods of active service and bankruptcy filing | C300 | 1.10 hrs |
| 10/23/12 | MCG | Review loan application and underwriting information regarding borrower's status of military service and conduct review of DMDC website for periods of service | C100 | 1.10 hrs |
| 10/23/12 | MCG | Prepare request for records from Department of Defense related to several borrowers' periods of military service | C100 | .50 hrs |
| 10/23/12 | MCG | Review bankruptcy court decisions regarding applicability of SCRA and requirement for filing affidavit of military service | C200 | .90 hrs |
| 10/23/12 | MCG | Review completed foreclosure sale for potential rescission | C300 | .40 hrs |
| 10/24/12 | MCG | Telephone conference with client, independent consultant and independent legal counsel regarding SCRA compliance | C300 | 1.10 hrs |
| 10/24/12 | MCG | Review case law and guidance from DOJ regarding orders in bankruptcy and SCRA compliance decision trees in preparation for telephone conference with client, independent consultant and independent legal counsel regarding SCRA compliance | C300 | 1.10 hrs |
| 10/24/12 | MCG | Telephone conference with clients regarding conference independent consultant and independent legal counsel | C300 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
NOVEMBER 17, 2012

0R0802-301151

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/25/12 | MCG | Review and analyze collateral files, servicing files and looking glass files for completed foreclosures and revise spreadsheet of analysis of completed foreclosures for compliance with SCRA | C300 | 4.20 hrs |
| 10/25/12 | MCG | Review and analyze amendments to SCRA and provide analysis to client | C300 | .50 hrs |
| 10/26/12 | MCG | Review and analyze case law interpreting SCRA and affidavit of military service as jurisdiction requirement for entry of default | C400 | 2.80 hrs |
| 10/30/12 | MCG | Search for potential bankruptcy filing or divorce filing for borrower's in completed foreclosure sales | C100 | 1.90 hrs |
| 10/31/12 | MCG | Telephone conference with client regarding SCRA compliance | C300 | .30 hrs |
| 10/31/12 | MCG | Telephone conference with A.Standridge regarding engagement letter, training required pursuant to consent order and data set provided to DOJ | C400 | .40 hrs |
| 10/31/12 | MCG | Correspondence with client regarding engagement letter and data set provided to DOJ | C300 | .10 hrs |
| 10/31/12 | MCG | Review completed foreclosures for compliance with the SCRA | C300 | 5.30 hrs |

TOTAL FEES FOR THIS MATTER                    $16,283.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    6
NOVEMBER 17, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .60 hrs | 223.00 /hr | 133.80 |
| Michael C. Griffin | 50.00 hrs | 323.00 /hr | 16,150.00 |

TOTAL FEES           50.60 hrs               $16,283.80

**TOTAL CHARGES FOR THIS INVOICE**               **$16,283.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301151

INVOICE #  820848

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301151
      SCRA review - 729275
      TC # 729275
11/30/12 Copy Charges                                         5.20
10/26/12 Reversal from Void Check Number: 1694               (5.20)
         Bank ID: CHAR Voucher ID: 520097
         Vendor: TREASURER, OF THE UNITED STATES


TOTAL FEES              0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**          $.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301151

INVOICE #  821075

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301151
     SCRA review - 729275
     TC # 729275

PROFESSIONAL SERVICES

| 11/01/12 | MCG | Telephone conference with A.Standridge regarding status of deliverables for Exhibit H | C400 | .50 hrs |
|----------|-----|------|------|---------|
| 11/01/12 | MCG | Prepare status update for deliverables for Exhibit H to G.Shannon | C300 | .20 hrs |
| 11/01/12 | MCG | Review Looking Glass, FiServ, and collateral files for completed foreclosures related to SCRA compliance | C300 | 4.30 hrs |
| 11/02/12 | MCG | Review bankruptcy pleadings, family court docket, Looking Glass, FiServ, and collateral files for completed foreclosures related to SCRA compliance | C300 | 4.80 hrs |
| 11/05/12 | MCG | Review bankruptcy pleadings, family court docket, Looking Glass, FiServ, and collateral files for completed foreclosures related to SCRA compliance and update spreadsheet for P.Hobib and E.DeSilva | C300 | 5.90 hrs |
| 11/05/12 | MCG | Review memorandum from OCC and FRB call with Foreclosure Review Independent Consultants | C300 | .50 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 30, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 11/05/12 | MCG | Review e-mail and voice mail from borrower's counsel and correspondence from servicer regarding borrower's claim for identity theft and investigation | C100 | .50 hrs |
| 11/06/12 | MCG | Review document from borrower's attorney related to identity theft claim | C100 | .10 hrs |
| 11/06/12 | MCG | Telephone conference with E.DeSilva regarding completed foreclosures and SCRA compliance | C300 | .20 hrs |
| 11/06/12 | MCG | Correspondence with P.Hoibib regarding completed foreclosure files related to SCRA compliance | C300 | .60 hrs |
| 11/08/12 | MCG | Prepare synopsis of requirements under Exhibit H to the Consent Order | C300 | .50 hrs |
| 11/09/12 | MCG | Correspondence from borrower alleging identity theft regarding status of inquiry | C400 | .10 hrs |
| 11/09/12 | MCG | Correspondence with A.Fleitas regarding identity theft regarding status of inquiry | C300 | .10 hrs |
| 11/13/12 | MCG | Review origination file for completed foreclosure related to whether property was intended to be primary address | C100 | 2.10 hrs |
| 11/13/12 | MCG | Correspondence with counsel for borrower and A.Fleitas regarding completion of inquiry into identity theft claim | L160 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 30, 2012

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/13/12 | MCG | Compare national mortgage servicing standards Protections to Servicemembers related to receipt of hostile fire pay and statute | C300 | .50 hrs |
| 11/14/12 | MCG | Correspondence with counsel for borrower alleging identity theft regarding request for original affidavit | C400 | .10 hrs |
| 11/19/12 | MCG | Conference call with G.Shannon, Wells Fargo and Bank of America regarding compliance with Exhibit H to Consent Decree | C300 | .70 hrs |
| 11/19/12 | MCG | Review confirmation of service of borrower received from the Department of the Air Force and update spreadsheet of completed foreclosures for SCRA compliance | C300 | .50 hrs |
| 11/19/12 | MCG | Correspondence with counsel for borrower alleging identity theft regarding receipt of investigation and request for original complaint | C400 | .10 hrs |
| 11/19/12 | MCG | Correspondence with A.Flietas regarding receipt by borrower of investigation and request for original complaint alleging identity theft | C400 | .20 hrs |
| 11/20/12 | MCG | Correspondence with A.Fleitas regarding documents and correspondence from borrower alleging identity theft and outcome of investigation | C300 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
NOVEMBER 30, 2012

0R0802-301151

FED ID NO. 63-0243316

| 11/20/12 | MCG | Review compliance and quality assurance plan for compliance with Exhibit H and SCRA and forward to DOJ | C300 | 3.60 hrs |
|---|---|---|---|---|
| 11/21/12 | MCG | Review and analyze pleadings, client documents, and proof of service and revise spreadsheet of foreclosures for compliance with SCRA and forward to P.Hobib and E.DeSilva with supporting documents | C300 | 4.70 hrs |
| 11/26/12 | MCG | Review affidavit of military service and motion for default and provide updated analysis of completed foreclosure for compliance with the SCRA | C300 | .60 hrs |
| 11/27/12 | MCG | Review list of loans identified by independent consultant and comments by independent legal counsel in preparation for conference call | C100 | 1.10 hrs |
| 11/28/12 | MCG | Conference call with P.Hobib, independent consultant and independent legal counsel regarding compliance review | C300 | 1.10 hrs |
| 11/28/12 | MCG | Review loans, supporting documents and bankruptcy pleadings for loans identified by independent consultant and independent legal counsel in preparation for conference call | C100 | 7.90 hrs |
| 11/29/12 | MCG | Review loans, supporting documents and bankruptcy pleadings for loans identified by independent consultant and independent legal counsel | C300 | 4.80 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
NOVEMBER 30, 2012

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | MCG | Conference call with P.Hobib regarding standard of review for loans identified by independent consultant and independent legal counsel | C300 | 1.10 hrs |
| 11/30/12 | MCG | Review and analyze remediation documents | C300 | 3.30 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $16,569.90 |

BILLING SUMMARY

| Michael C. Griffin | 51.30 hrs | 323.00 /hr | 16,569.90 |
|---|---|---|---|
| TOTAL FEES | 51.30 hrs | | $16,569.90 |

**TOTAL CHARGES FOR THIS INVOICE**     **$16,569.90**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301151

INVOICE #  830040

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301151
     SCRA review - 729275
     TC # 729275

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 12/03/12 | MCG | Review and analyze foreclosure files identified by independent consultant and independent legal counsel | C300 | 3.20 hrs |
| 12/04/12 | MCG | Conference call with independent legal counsel and independent consultant, E.DeSilva and P.Cannon regarding completed foreclosure files and review | C300 | .60 hrs |
| 12/04/12 | MCG | Review analysis of completed foreclosure files by independent legal counsel and independent consultant and identify potential objections | C300 | 3.60 hrs |
| 12/05/12 | MCG | Provide supporting documents for opinions in memo regarding completed foreclosure files reviewed by independent consultant | C100 | .80 hrs |
| 12/05/12 | MCG | Conference call with independent consultant, E.DeSilva and B.Northrup-Day regarding completed foreclosure files and review | C400 | .60 hrs |
| 12/05/12 | MCG | Review and revise list of completed foreclosure files identified by independent consultant | C300 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/05/12 | MCG | Review and revise comments and objections to observation report number 3 from independent consultant | C300 | 1.10 hrs |
| 12/06/12 | MCG | Review and revise objections to independent consultant observation report | C300 | .50 hrs |
| 12/06/12 | MCG | Review and analyze correspondence from DOJ regarding policies and procedures related to SCRA and proposed revisions | C400 | .40 hrs |
| 12/06/12 | MCG | Prepare correspondence to J.Marsden and G.Shannon regarding required revisions to SCRA compliance policies | C300 | .70 hrs |
| 12/06/12 | MCG | Review and analyze policies and procedures related to SCRA compliance and provided to DOJ | C100 | .80 hrs |
| 12/06/12 | MCG | Conference call with P.Hobib, E.DeSilva and G.Allgood regarding IFR lookback | C300 | .40 hrs |
| 12/06/12 | MCG | Correspondence with P.Cannon regarding changes to SCRA protection period and effective date | C300 | .10 hrs |
| 12/06/12 | MCG | Correspondence with G.Shannon regarding DOJ checklist for policies and procedures review and revisions to policies and procedures | C300 | .10 hrs |
| 12/06/12 | MCG | Correspondence with A.Standridge regarding revisions to policies and procedures and submission of additional information | C400 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
JANUARY 23, 2013

0R0802-301151

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/09/12 | MCG | Review additional policies to provide to DOJ and compare to initial review by DOJ | C300 | .90 hrs |
| 12/11/12 | MCG | Correspondence with A.Standridge at DOJ regarding independent counsel engagement letter and policies and procedures revisions | C400 | .20 hrs |
| 12/11/12 | MCG | Correspondence with J.Madsen regarding review of policies and procedures by DOJ for compliance with the consent order | C300 | .30 hrs |
| 12/12/12 | MCG | Conference call with J.Madsen, J.Beranek, P.Cannon and A.Fleitas regarding revisions to policies and procedures | C300 | .40 hrs |
| 12/13/12 | KSA | Review and analyze question from P.Cannon regarding SCRA eligibility and respond to email after review of Colorado statutes | L120 | .50 hrs |
| 12/17/12 | MCG | Review and analyze revised policies and procedures for submission to DOJ | C300 | 1.10 hrs |
| 12/18/12 | MCG | Correspondence with A.Standridge regarding SCRA declaration | C400 | .10 hrs |
| 12/18/12 | MCG | Telephone conference with P.Cannon regarding SCRA declaration | C300 | .10 hrs |
| 12/26/12 | MCG | Review and revise response to independent consultant's review of completed foreclosures | C300 | 1.20 hrs |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
JANUARY 23, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/27/12 | CWH | Review and analyze issues regarding particular SCRA file and whether the motion for summary judgment affidavit was improper | L120 | .30 hrs |
| 12/27/12 | MCG | Review completed foreclosures for compliance with the SCRA | C300 | 5.70 hrs |
| 12/28/12 | MCG | Review completed foreclosures for compliance with the SCRA | C300 | 5.20 hrs |
| 12/31/12 | MCG | Review and analyze completed foreclosures for compliance with the SCRA | C300 | 2.90 hrs |

TOTAL FEES FOR THIS MATTER                 $10,546.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Keith S. Anderson | .50 hrs | 223.00 /hr | 111.50 |
| Michael C. Griffin | 32.00 hrs | 323.00 /hr | 10,336.00 |

TOTAL FEES            32.80 hrs                $10,546.50

**TOTAL CHARGES FOR THIS INVOICE**            **$10,546.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301152

INVOICE #  813553

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301152
     Attorney General Settlement Letters Post Bankruptcy - 729745
     TC # 729745
09/14/12 Computerized Legal Research-Westlaw Westlaw          0.00
         User: BLOSSOM,RASHAD L


TOTAL FEES                 0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**              $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301152

INVOICE #  830045

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301152
     Attorney General Settlement Letters Post Bankruptcy - 729745
     TC # 729745

PROFESSIONAL SERVICES

| 12/06/12 | JDD | (HELOC) Review e-mail with documents from Liz DeSilva with updated changes requested | L120 | .30 hrs |
| 12/06/12 | JDD | Start on update of HELOC modification documents | L120 | .10 hrs |
| 12/10/12 | JDD | (HELOC) Review e-mail instructions from client regarding revisions to Modification documents | L120 | .10 hrs |
| 12/10/12 | JDD | (HELOC) Begin revisions to Modification documents | L120 | .20 hrs |
| 12/15/12 | JDD | (HELOC) Reviewed emails and client forms to evaluate edits and revisions needed for contract | L120 | .40 hrs |
| 12/15/12 | JDD | (HELOC) Draft modifications to HELOC modification document to conform to client requests | L120 | 1.40 hrs |
| 12/15/12 | JDD | (HELOC) Comments to clients on revisions | L120 | .30 hrs |
| 12/17/12 | JDD | Reviewing client response on interest accrual and capitalization and start on response | L120 | .20 hrs |
| 12/19/12 | JDD | Work on revisions to contract to address interest issue/accrual | L120 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0802-301152

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/19/12 | JDD | Call to J.Riche to discuss revisions to contract to address interest issue/accrual | L120 | .10 hrs |
| 12/26/12 | JDD | Reviewed Note draft and emails to respond to questions on interest accrued for HELOC modifications, and to consider possible document revisions | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                     $1,478.20

BILLING SUMMARY

J. David Dresher        3.80 hrs      389.00 /hr        1,478.20

TOTAL FEES              3.80 hrs                        $1,478.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,478.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 30, 2012
1100 Virginia Drive                                         0R0802-301153
Fort Washington, PA 19034

                                                           INVOICE #  813554

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301153
     Florida Advice Matter - 730465
     TC # 730465

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/10/12 | MPE | Research dockets and public records to determine if property has been deeded back to borrower. | L110 | .30 hrs |
| 09/10/12 | MW | Review and analyze dockets of multiple foreclosure actions against property by other entities, in preparation for assessment of strategy moving forward | L120 | 1.60 hrs |
| 09/12/12 | MW | Review and analyze procedural posture of prior foreclosures and joined parties, including account history, in preparation for assessment of needed action moving forward with borrower and/or third party purchaser | L120 | 2.10 hrs |
| 09/12/12 | MPE | Receive and review foreclosure pleadings and add to timeline of relevant case events and litigation analysis. | L110 | .90 hrs |
| 09/12/12 | MPE | Receive and review pleadings from the HOA foreclosure to determine outcome and relevant case events for timeline and litigation analysis. | L110 | .60 hrs |
| 09/18/12 | MCG | Strategy and analysis regarding response to HOA action to enforce lien | L120 | .40 hrs |
| 09/19/12 | MCG | Review and analyze Title documents and liens | L110 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0802-301153

FED ID NO. 63-0243316

| 09/19/12 | MW | Review and analyze call notes and borrower correspondence in light of foreclosure sale by homeowners' association, in preparation for recommendation of action | L120 | .90 hrs |
| 09/19/12 | MW | Review and analyze judgments, liens, and mortgages recorded against subject property, in preparation for developing strategy moving forward | L120 | 1.30 hrs |
| 09/20/12 | MW | Correspondence with B.Northrop-Day regarding updated status of action | L120 | .20 hrs |
| 09/20/12 | MW | Review and analyze effect of foreclosure judgment and sale by homeowners association in preparation for assessment of potential options moving forward with either borrower, homeowners association, or third party purchaser | L120 | 1.30 hrs |
| 09/20/12 | MW | Correspondence with B.Northrop-Day regarding attempts to contact borrower, status of judgments recorded against property, and strategy options moving forward | L120 | .30 hrs |
| 09/20/12 | MPE | Research additional lien foreclosures and update timeline of case events. | L110 | .70 hrs |
| 09/20/12 | MPE | Research payment history and loan modification/repayment plan to determine status of borrower's loan. | L110 | 1.60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0802-301153

FED ID NO. 63-0243316

---

| | | | |
|---|---|---|---|
| 09/25/12  MW | Review and analysis of litigation strategy in light of borrower's non-responsiveness, including development of potential options moving forward | C300 | .30 hrs |

TOTAL FEES FOR THIS MATTER                         $3,587.00

### EXPENSES

09/13/12 Court Costs - Pleadings - WEST GROUP RB COURT                444.67
COST
      Bank ID: GENR Check Number: 99158

TOTAL COSTS FOR THIS MATTER          $444.67

### BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Michael C. Griffin | 2.70 hrs | 323.00 /hr | 872.10 |
| Monica Wilson | 8.00 hrs | 263.00 /hr | 2,104.00 |
| Melisa P. Palmer | 4.10 hrs | 149.00 /hr | 610.90 |

TOTAL FEES               14.80 hrs                    $3,587.00

TOTAL EXPENSES                                         $444.67

**TOTAL CHARGES FOR THIS INVOICE**               **$4,031.67**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0802-301153

INVOICE #  817894

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301153
     Florida Advice Matter - 730465
     TC # 730465

<u>EXPENSES</u>

10/26/12 Court Costs - Pleadings - WEST GROUP COURT          280.31
         EXPRESS DOCUMENTS
         Bank ID: GENR Check Number: 101256

             TOTAL COSTS FOR THIS MATTER          $280.31


TOTAL FEES            0.00 hrs              $.00

TOTAL EXPENSES                          $280.31

**TOTAL CHARGES FOR THIS INVOICE**          $280.31

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0802-301153
Fort Washington, PA 19034

                                                               INVOICE #  821076

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301153
     Florida Advice Matter - 730465
     TC # 730465

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | MW | Draft status report for client regarding litigation strategy | L120 | .10 hrs |
| 11/08/12 | MPE | Research public records to determine if property has been deeded back to borrower. | L110 | .30 hrs |
| 11/08/12 | MW | Review and analyze procedural posture of homeowners' association foreclosure action and title search for deed from third party purchaser recorded, in preparation for developing revised litigation strategy | L120 | .80 hrs |
| 11/14/12 | MCG | Strategy regarding homeowners association dues liens and effect of foreclosure sale | L120 | .50 hrs |
| 11/26/12 | KSA | Review loan origination file for Home Equity requirements and draft analyst memo to client | L120 | 4.20 hrs |
| 11/27/12 | KSA | Edit and add to memo analyzing home equity loan and send memo to client | L120 | .70 hrs |

                    TOTAL FEES FOR THIS MATTER                  $1,535.60



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301153

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 4.90 hrs | 223.00 /hr | 1,092.70 |
| Michael C. Griffin | .50 hrs | 323.00 /hr | 161.50 |
| Monica Wilson | .90 hrs | 263.00 /hr | 236.70 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 6.60 hrs | | $1,535.60 |

**TOTAL CHARGES FOR THIS INVOICE**                  $1,535.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JANUARY 23, 2013
1100 Virginia Drive                                            0R0802-301153
Fort Washington, PA 19034

                                                              INVOICE #  830047

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0802-301153
         Florida Advice Matter - 730465
         TC # 730465

PROFESSIONAL SERVICES

10/01/12  MW   Draft status update regarding litigation      L320      .10 hrs
               strategy

12/03/12  MPE  Research docket to determine status.          L110      .20 hrs

12/03/12  MPE  Research docket to confirm status.            L110      .20 hrs

12/03/12  MPE  Research public records to determine          L110      .20 hrs
               status of property.

12/03/12  MPE  Research for borrower's latest address        L110      .50 hrs
               and phone number.

12/03/12  MW   Draft status update for client regarding      L320      .10 hrs
               continued litigation strategy


               TOTAL FEES FOR THIS MATTER                    $216.50


BILLING SUMMARY

    Monica Wilson            .20 hrs   263.00 /hr        52.60
    Melisa P. Palmer        1.10 hrs   149.00 /hr       163.90


TOTAL FEES                  1.30 hrs                  $216.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0802-301153

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $216.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0802-301154

INVOICE #  813555

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0802-301154
     Texas Advice Matter - 730698
     TC # 730698

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/10/12 | KSA | Phone discussion with Texas Dept of Savings and Loan regarding response to complaint filed | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $96.90

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Keith S. Anderson | .30 hrs | 223.00 /hr | 66.90 |
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |

TOTAL FEES              0.40 hrs              $96.90

**TOTAL CHARGES FOR THIS INVOICE**          **$96.90**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301154

INVOICE #  818598

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301154
     Texas Advice Matter - 730698
     TC # 730698

PROFESSIONAL SERVICES

| 10/02/12 | CSM | Drafted monthly status report | B110 | .10 hrs |
| 10/29/12 | CSM | Draft letter to Texas Department of Savings and Mortgage Banking requesting that administrative complaint file be closed | L250 | .80 hrs |

TOTAL FEES FOR THIS MATTER                          $270.00

BILLING SUMMARY

| Cory S. Menees | .90 hrs | 300.00 /hr | 270.00 |

TOTAL FEES          0.90 hrs                  $270.00

**TOTAL CHARGES FOR THIS INVOICE**              **$270.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301154

INVOICE #  821077

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301154
     Texas Advice Matter - 730698
     TC # 730698

### PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/12 | MST | Receipt and review of state court pleadings | L110 | .40 hrs |
| 11/06/12 | CSM | Draft case status report | B110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $90.00

### BILLING SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |

TOTAL FEES              0.50 hrs                    $90.00

**TOTAL CHARGES FOR THIS INVOICE**                    $90.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301154

INVOICE # 830050

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301154
     Texas Advice Matter - 730698
     TC # 730698

PROFESSIONAL SERVICES

| 10/31/12 | MST | Analysis of new case documents in preparation of ordering title report and state court pleadings | L110 | .30 hrs |
|---|---|---|---|---|
| 11/06/12 | JJE | Draft case status report | B110 | .10 hrs |
| 12/05/12 | CSM | Drafted case status report | B110 | .10 hrs |
| 12/06/12 | MST | Receive, review and assimilation of order on bankruptcy stay and update pleadings file regarding same | L110 | .30 hrs |
| 12/20/12 | MST | Receive confirmation of certified mail delivery of pleadings to opposing counsel and update service copies file regarding same | L110 | .20 hrs |
| 12/21/12 | CWH | Review and revise reply brief regarding notice of bankruptcy issues | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $235.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .80 hrs | 150.00 /hr | 120.00 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Joycelyn J. Eason | .10 hrs | 197.00 /hr | 19.70 |
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
JANUARY 23, 2013

ResCap

0R0802-301154

FED ID NO. 63-0243316

TOTAL FEES                    1.20 hrs                    $235.70

**TOTAL CHARGES FOR THIS INVOICE**                    $235.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301155

INVOICE #  813556

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301155
     Shively, Robert & Treva
     Loan no. 7440717098; Ally No. 730611
     TC # 730611

PROFESSIONAL SERVICES

| 09/04/12 | RK | Draft status report | L120 | .10 hrs |
| 09/11/12 | MST | Analysis of Notice of Rescission of Substitute Trustee's Deed and prepare for recording | L110 | .40 hrs |
| 09/12/12 | GWG | Review and work on recording of rescission documents | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $131.10

BILLING SUMMARY

| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| Graham W. Gerhardt | .20 hrs | 263.00 /hr | 52.60 |
| Riley Key | .10 hrs | 185.00 /hr | 18.50 |

TOTAL FEES              0.70 hrs                 $131.10

**TOTAL CHARGES FOR THIS INVOICE**                  $131.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301155

INVOICE #  818599

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301155
     Shively, Robert & Treva
     Loan no. 7440717098; Ally No. 730611
     TC # 730611

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | RK | Draft status report for client | L120 | .10 hrs |
| 10/04/12 | MST | Process payment for the recording of deed and forward with cover letter to court clerk | L140 | .40 hrs |
| 10/05/12 | MST | Telephone call with probate court clerk regarding recording of documents | L110 | .20 hrs |
| 10/05/12 | MST | Telephone call with land records clerk, draft letter, prepare payment and forward request for recording of deed | L110 | .90 hrs |
| 10/15/12 | MST | Review stamped recorded Notice of Rescission; telephone call to land records clerk regarding recording | L120 | .30 hrs |
| 10/16/12 | GWG | Correspondence with client regarding recorded rescission and closing of the file | L120 | .20 hrs |
| 10/17/12 | MST | Analysis of pleadings to determine outcome of motions filed and update database | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $386.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 17, 2012

ResCap

0R0802-301155

FED ID NO. 63-0243316

---

EXPENSES

| | | |
|---|---|---|
| 10/05/12 | Recording Fees - HARRIS COUNTY CLERK MT | 20.00 |
| | RECORDING NOTICE OF RESCISSION OF SUBSTITUTE | |
| | TRUSTEE'S DEED | |
| | Bank ID: GENR Check Number: 100319 | |
| 10/05/12 | Express Mail/Fedex | 0.00 |
| 10/12/12 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER                $20.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 2.10 hrs | 150.00 /hr | 315.00 |
| Graham W. Gerhardt | .20 hrs | 263.00 /hr | 52.60 |
| Riley Key | .10 hrs | 185.00 /hr | 18.50 |

TOTAL FEES                2.40 hrs                    $386.10

TOTAL EXPENSES                                        $20.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$406.10**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301156

INVOICE #  813557

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301156
     Pasco County Registry Issues - 730775
     TC # 730775

PROFESSIONAL SERVICES

| 09/02/12 | FWA | Review citation list and confirm completeness of settlement | L190 | .80 hrs |
|---|---|---|---|---|
| 09/10/12 | FWA | Attend weekly beneficiary status call | L190 | .80 hrs |
| 09/13/12 | CJA | Telephone call with F.Robinson and C.Adams regarding payment of settlement amount and logistics thereof | B250 | .30 hrs |
| 09/18/12 | FWA | Coordinate payment of citation fee with County | L190 | .50 hrs |
| 09/18/12 | JRB | Analyze issues regarding settlement closing logistics | B410 | .10 hrs |
| 09/19/12 | FWA | Confer with PASCO county officials re: dismissal of citation and review document related to same | L190 | .50 hrs |
| 09/25/12 | FWA | Receive and review dismissal motion for citation and confer with client re: same | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $1,135.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0802-301156

FED ID NO. 63-0243316

---

EXPENSES

09/13/12 Court Costs - Pleadings - WEST GROUP MP COURT        187.52
         COST
         Bank ID: GENR Check Number: 99158

         TOTAL COSTS FOR THIS MATTER                        $187.52

BILLING SUMMARY

    Jay R. Bender            .10 hrs    372.00 /hr         37.20
    Wendell Allen           3.00 hrs    345.00 /hr      1,035.00
    C. Jason Avery           .30 hrs    210.00 /hr         63.00

TOTAL FEES                  3.40 hrs                   $1,135.20

TOTAL EXPENSES                                          $187.52

**TOTAL CHARGES FOR THIS INVOICE**                    $1,322.72

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301156

INVOICE #  818600

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301156
     Pasco County Registry Issues - 730775
     TC # 730775

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/12 | CJA | Receipt and review from client regarding properties not registered in Pasco Co., Florida | B250 | .30 hrs |
| 10/04/12 | MPE | Research Pasco County Property to determine if it is active or dismissed. Research public records to determine filing attorney and current attorney. Further research in registry to determine registry status. | L110 | 1.30 hrs |
| 10/04/12 | MPE | Further research into Pasco County matter to determine status | L110 | 1.60 hrs |
| 10/04/12 | FWA | Review settlement chart and consider issues related to remaining citations | L190 | .60 hrs |
| 10/04/12 | FWA | Confer with client re: outstanding issues | L190 | .80 hrs |
| 10/05/12 | MPE | Research Pasco County Property to determine if it is active or dismissed. Sort through over 12 liens and foreclosures in borrower's name, and several on property in question to determine status.  Further research in registry to determine registry status. | L110 | 1.60 hrs |
| 10/05/12 | CJA | Conferred with involved parties regarding strategy and next steps for unregistered properties | B250 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0802-301156

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/10/12 | CWH | Review and analyze issues with properties in Pasco County and need to release lis pendens | L120 | .20 hrs |
| 10/10/12 | FWA | Review additional citation arising form Pasco County | L190 | .50 hrs |
| 10/11/12 | MPE | Research public records for status of property | L110 | .20 hrs |
| 10/11/12 | CJA | Review of documentation regarding properties not registered under applicable Pasco Co. ordinance | B250 | 1.30 hrs |
| 10/11/12 | CJA | Drafted summary and strategy regarding actions required for each unregistered property in order to ensure compliance with registration ordinance | B250 | .50 hrs |

TOTAL FEES FOR THIS MATTER                           $2,051.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | 1.90 hrs | 345.00 /hr | 655.50 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| C. Jason Avery | 3.00 hrs | 210.00 /hr | 630.00 |
| Melisa P. Palmer | 4.70 hrs | 149.00 /hr | 700.30 |

TOTAL FEES                  9.80 hrs              $2,051.80

**TOTAL CHARGES FOR THIS INVOICE**                 **$2,051.80**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301156

INVOICE #  821078

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301156
     Pasco County Registry Issues - 730775
     TC # 730775

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/08/12 | QCE | Researching online search capabilities for various jurisdictions | C100 | 1.00 hrs |
| 11/09/12 | QCE | Continue researching online search capabilities for various jurisdictions | C100 | .50 hrs |
| 11/12/12 | MPE | Research six counties, including phone calls and emails to city and county governments, for online registration procedures in order to begin review of compliance. | L110 | 1.50 hrs |
| 11/13/12 | MPE | Research Aurora, Colorado's procedures for searching registered properties and update GMAC's index accordingly. | L110 | .40 hrs |
| 11/27/12 | QCE | Continue researching online search capabilities for various jurisdictions | C100 | 1.30 hrs |
| 11/28/12 | QCE | Continue researching online search capabilities for various jurisdictions | C100 | 1.80 hrs |

TOTAL FEES FOR THIS MATTER                $1,249.10

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Quindal C. Segall | 4.60 hrs | 210.00 /hr | 966.00 |
| Melisa P. Palmer | 1.90 hrs | 149.00 /hr | 283.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 30, 2012

ResCap

0R0802-301156

FED ID NO. 63-0243316

TOTAL FEES               6.50 hrs                 $1,249.10

**TOTAL CHARGES FOR THIS INVOICE**              $1,249.10

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301158

INVOICE #  813558

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301158
     Wappel, Gregory
     Loan No.0602332895; Ally No. 731403
     TC # 731403

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | JBU | E-mail correspondence with borrower regarding need for executed settlement agreement | L160 | .10 hrs |
| 09/07/12 | JBU | E-mail correspondence with borrower regarding need for executed settlement agreement | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $68.40

09/07/12 Copy Charges                                        0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jason R. Bushby | .30 hrs | 228.00 /hr | 68.40 |

TOTAL FEES                    0.30 hrs              $68.40

**TOTAL CHARGES FOR THIS INVOICE**              **$68.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301159

INVOICE #  813559

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301159
Florida Code Violations Issue - 731420
TC # 731420

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/25/12 | CJA | Telephone call with M.Jureidini regarding fine mitigation and collection by City of Pompano Beach | B250 | .60 hrs |
| 09/27/12 | CJA | Conferred with N.Bier and other involved parties regarding potential settlement of alleged code violations | B250 | .50 hrs |

TOTAL FEES FOR THIS MATTER                          $231.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| C. Jason Avery | 1.10 hrs | 210.00 /hr | 231.00 |
| TOTAL FEES | 1.10 hrs | | $231.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$231.00** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301159

INVOICE #  818601

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301159
     Florida Code Violations Issue - 731420
     TC # 731420

PROFESSIONAL SERVICES

| 10/02/12 | CJA | Conferred with M.Joenski and city officials regarding fine mitigation | B250 | .30 hrs |
| 10/08/12 | CJA | Conferred with city officials regarding fine mitigation | B250 | .30 hrs |

|  | TOTAL FEES FOR THIS MATTER | $126.00 |

BILLING SUMMARY

| C. Jason Avery | .60 hrs | 210.00 /hr | 126.00 |

| TOTAL FEES | 0.60 hrs | | $126.00 |

**TOTAL CHARGES FOR THIS INVOICE** — $126.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301159

INVOICE #  821079

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301159
     Florida Code Violations Issue - 731420
     TC # 731420

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/14/12 | ERP | Draft monthly status update for client | L120 | .20 hrs |
| 11/15/12 | CJA | Conference call with city attorney regarding fine mitigation hearing and negotiations for fine reduction related to code lien | B250 | .70 hrs |
| 11/19/12 | CJA | Negotiate code violation fine and confer with client regarding acceptance of settlement | B250 | 1.30 hrs |

                TOTAL FEES FOR THIS MATTER                     $450.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .20 hrs | 150.00 /hr | 30.00 |
| C. Jason Avery | 2.00 hrs | 210.00 /hr | 420.00 |

| | | |
|---|---|---|
| TOTAL FEES | 2.20 hrs | $450.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$450.00** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301160

INVOICE #  813560

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301160
     GMAC Affidavit Project - 702040
     TC # 702040

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/12 | FWA | Address document execution query from foreclosure counsel and correspond with client re: same | L190 | .80 hrs |
| 09/04/12 | FWA | Review standing issues related to naming of foreclosing party | L190 | .60 hrs |
| 09/04/12 | FWA | Update memo re: MERS issues | L190 | .80 hrs |
| 09/04/12 | FWA | Confer with client re: document execution issues | L190 | .60 hrs |
| 09/04/12 | KTW | Review correspondence re: letter re quote for reinstatement amount | C300 | .20 hrs |
| 09/04/12 | KTW | Draft and send recommendation re: letter regarding quote for reinstatement amount | C300 | .30 hrs |
| 09/04/12 | LSDR | Review and analyze REO department policies and procedures for online manual | L120 | 1.70 hrs |
| 09/04/12 | LSDR | Review and analyze foreclosure department policies and procedures for online manual | L120 | 1.20 hrs |
| 09/04/12 | LSDR | Review and analyze ETS policies and procedures and not foreclosure department | L120 | 1.10 hrs |
| 09/04/12 | WLN | Reviewed consortium affidavit for MFR and emailed comments to client | B410 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/04/12 | ASI | Research, analyze and respond to issues raised by document execution team regarding Florida loan files | C300 | .30 hrs |
| 09/04/12 | ASI | Research, analyze and respond to issues raised by Record Services department regarding execution of records documents on loan files | C300 | .30 hrs |
| 09/04/12 | DCL | Analyze bailee letter and noteholder affidavits for GMACM Records Department | L120 | .50 hrs |
| 09/04/12 | CC | Continue to review and analyze issues regarding Assignment of Mortgage to US Bank | L120 | .50 hrs |
| 09/04/12 | CC | Conference with beneficiary matrix group regarding beneficiary matrix data and instructions to foreclosure counsel on legal actions | L120 | 1.70 hrs |
| 09/04/12 | JW | Review request from E.Dufner regarding execution of new Certification of Proof in contested action | L120 | .10 hrs |
| 09/04/12 | JW | Respond to E.Dufner's request regarding execution of new Certification of Proof in contested action | L120 | .20 hrs |
| 09/04/12 | JW | Review New Jersey Office of Foreclosure post-judgment guidelines | L110 | 1.30 hrs |
| 09/04/12 | JW | Revise Certification of Proof to reflect New Jersey Office of Foreclosure post-judgment guidelines | L210 | .70 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0802-301160

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JW | Review New Jersey order to show cause loan-level status reports from local counsel | L250 | .30 hrs |
| 09/04/12 | MSW | Exchange messages and conversations with foreclosure counsel regarding discovery responses, review fact package to identify loss mitigation and other responsive documents; | L120 | 1.10 hrs |
| 09/04/12 | AHC | Correspondence to client regarding notification from Ron Wolfe and Associates of hearing | L110 | .20 hrs |
| 09/04/12 | SAP | Correspond with client and foreclosure counsel re ensuring representative is available for mediation in connection with matter | B190 | .50 hrs |
| 09/04/12 | SAP | Research issues re drafting and serving a Notice of Intent to Foreclose | C200 | .40 hrs |
| 09/04/12 | DBO | Teleconference regarding NJ correspondence to foreclosure firms related to post-judgment process as well as review consent order to produce enhanced and modified policies and procedures | L120 | .60 hrs |
| 09/04/12 | DBO | Attended teleconference with N.Kolev regarding transfer of files and further teleconference with client regarding same | L120 | .80 hrs |
| 09/04/12 | DBO | Correspondence with client regarding upcoming visits to Tampa foreclosure firms | L120 | .20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 30, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/05/12 | DBO | Assisted with issues related to transfer files and numerous discussions with foreclosure firm and client regarding same | L120 | 1.10 hrs |
| 09/05/12 | DBO | Review of correspondence to foreclosure firms on post-judgment process as well as review consent orders related to ongoing review of processes and procedures by  judiciary | L120 | .90 hrs |
| 09/05/12 | DBO | On-site foreclosure firm with GMACM document execution team and assisted in verified complaint, AOM, and completion of sale by year end invoices | L120 | 4.30 hrs |
| 09/05/12 | JDM | Conference with D.Schneid re: GMAC referrals and LPS ratings | L120 | 1.40 hrs |
| 09/05/12 | SAP | Continue to research issues re drafting and serving a Notice of Intent to Foreclose | C200 | .90 hrs |
| 09/05/12 | MMP | Reviewed and analyzed Florida firms' monthly reporting | L120 | 4.60 hrs |
| 09/05/12 | MSW | Conversation with external counsel regarding discovery responses and review all discovery requests and responses | L310 | 1.60 hrs |
| 09/05/12 | JMH | Evaluate whether Special Master requires submission of supplemental procedures by servicers | L120 | .70 hrs |
| 09/05/12 | JW | Teleconference with Record Services department regarding Lost Note Affidavit issues | L210 | .50 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
OCTOBER 30, 2012

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/05/12 | JW | Review consent order to determine continuing obligations to provide policies and procedures to judiciary | L250 | 1.80 hrs |
| 09/05/12 | JW | Draft policies to be distributed to firms regarding New Jersey post-judgment population | L120 | 1.60 hrs |
| 09/05/12 | JW | Review proposed changes to sub-servicer bailee letter for Record Services department | L120 | .70 hrs |
| 09/05/12 | JW | Review correspondence from firms regarding loan-level status of Corrected Notice of Intention to Foreclose List | L120 | .80 hrs |
| 09/05/12 | JW | Teleconference regarding state Office of Foreclosure procedural options and corresponding interest rate calculations | L110 | .40 hrs |
| 09/05/12 | RV | Revise amended Certification of Proof of Amount Due checklist | L120 | .70 hrs |
| 09/05/12 | CC | Participate in weekly beneficiary matrix call to discuss open issues | L120 | .50 hrs |
| 09/05/12 | CC | Review and analyze issues regarding status of Ginnie Mae as investor or secured party under foreclosure statutes | L120 | 1.30 hrs |
| 09/05/12 | CC | Review and analyze Freddie Mac servicer guide regarding provisions on limited powers of attorney | L120 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
OCTOBER 30, 2012

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/05/12 | ASI | Research, analyze and respond to issues raised by document execution team regarding loan files and execution of documents in support of foreclosure of same | C300 | 2.70 hrs |
| 09/05/12 | ASI | Research, analyze, and attend call with Record Services department related to questions surrounding execution of lost note affidavits | C300 | 1.20 hrs |
| 09/05/12 | LSDR | Review and analyze issue regarding disclosure of secured party on GNMA loans | L120 | 1.40 hrs |
| 09/05/12 | LSDR | Review and analyze question regarding state debt collection rules | L120 | .90 hrs |
| 09/05/12 | PMD | Analysis regarding debt collection grace period question for client | L120 | .50 hrs |
| 09/05/12 | NWN | Receive and review email from foreclosure firm regarding attached August Action Reporting spreadsheets | L120 | .20 hrs |
| 09/05/12 | NWN | Review foreclosure firm's August Action Reporting Spreadsheets and prepare activity memorandum regarding same | L110 | .80 hrs |
| 09/05/12 | LSDR | Revise foreclosure department policies and procedures | L120 | 1.10 hrs |
| 09/05/12 | KTW | Draft and send memo re: revised draft of letter to borrower and draft of Acknowledgment of Payment and Release Agreement | C300 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
OCTOBER 30, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| 09/05/12 | KTW | Revise draft of memo re: procedures for custodian to indorse promissory notes | C300 | .40 hrs |
|----------|-----|-----|------|---------|
| 09/05/12 | KTW | Draft and send memo re: final review of recommended note indorsement procedures | C300 | .20 hrs |
| 09/05/12 | KTW | Revise draft of letter to borrower and draft of Acknowledgment of Payment and Release Agreement | C300 | 1.40 hrs |
| 09/05/12 | FWA | Confer with client re: state foreclosure process | L190 | .70 hrs |
| 09/05/12 | FWA | Review documents and cases related to the same | L190 | 1.60 hrs |
| 09/06/12 | FWA | Address custodial issues raised by client | L190 | 1.20 hrs |
| 09/06/12 | FWA | Confer with client re: Texas foreclosure process | L190 | .90 hrs |
| 09/06/12 | KTW | Correspondence with L.Steils and L.Wilson re: joint payee check issues | C300 | .50 hrs |
| 09/06/12 | KTW | Review documents received from L.Steils regarding joint check issue | C300 | .40 hrs |
| 09/06/12 | KTW | Research re: damages and related risks relating to joint-payee checks | C300 | .40 hrs |
| 09/06/12 | LSDR | Review and analyze follow up issues regarding unauthorized practice of law restrictions in connection with assignment vendor | L120 | 1.20 hrs |