

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/26/12 | DBO | Correspondence with M.Wright regarding upcoming trip to foreclosure firm and CA Homeowners Rights Bill | L120 | .30 hrs |
| 11/26/12 | DBO | Attended NJ weekly meeting with M.Wright and follow-up correspondence with E.Dauber regarding order to show cause | L120 | .60 hrs |
| 11/26/12 | DBO | Correspondence with I.Marx regarding order to show cause template, request from Judge Innes on modification of same, and correspondence with client and red-line review of two templates | L120 | 2.20 hrs |
| 11/26/12 | DBO | Correspondence with K.Peters regarding RFA answers related to retroactive effective dates of AOMs | L120 | .60 hrs |
| 11/26/12 | DCL | Advise GMACM Document Execution Team regarding New York OCA Statement Compliance | L120 | .50 hrs |
| 11/27/12 | JW | Review and revise Judge Innes's proposed Order to Show Cause and cover letter filing the same | B110 | 1.00 hrs |
| 11/27/12 | MPE | Loan xxxxxx3807; research docket to determine status of file per email from M.Karol. | L110 | .30 hrs |
| 11/27/12 | DCL | Advise GMACM Document Execution Team regarding compliance with Vermont foreclosure laws and edit affidavits submitted by Vermont foreclosure counsel | L120 | .80 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
NOVEMBER 30, 2012

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/27/12 | DBO | Correspondence with S.Shah-Jani regarding remediation of verified complaint | L120 | .40 hrs |
| 11/27/12 | DBO | Correspondence with foreclosure firms regarding rejected NOIs, teleconference with the Office of Foreclosure regarding same, and review red-line of order to show cause template | L120 | 1.60 hrs |
| 11/27/12 | JK | Review Notice of Sale and Notice of Foreclosure sent by L.Yeranosian to ensure compliance with Washington statutes | L120 | 1.80 hrs |
| 11/27/12 | CWH | Review and analyze affidavit and answer client's inquiries about same | L120 | .20 hrs |
| 11/27/12 | FWA | Prepare for and attend meeting with FNMA re: custodial issues | L190 | .70 hrs |
| 11/27/12 | FWA | Confer with client re: affidavit remediation issue in Illinois | L190 | .50 hrs |
| 11/27/12 | LSDR | Review and analyze record services security instrument training materials | L120 | .90 hrs |
| 11/27/12 | LSDR | Revise record services tools training materials | L120 | .60 hrs |
| 11/27/12 | LSDR | Review and analyze record services tools training materials | L120 | 3.20 hrs |
| 11/27/12 | LSDR | Revise record services security instrument training materials | L120 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    26
NOVEMBER 30, 2012

ResCap

0R0802-301160

<u>FED ID NO. 63-0243316</u>

| | | | | |
|---|---|---|---|---|
| 11/28/12 | LSDR | Review and analyze record services assignment exceptions training materials | L120 | 3.30 hrs |
| 11/28/12 | LSDR | Review and analyze records services title exceptions training materials | L120 | 1.40 hrs |
| 11/28/12 | LSDR | Draft and revise record services assignment exceptions training materials | L120 | 2.80 hrs |
| 11/28/12 | LSDR | Review and analyze records services loan documents training materials | L120 | .80 hrs |
| 11/28/12 | LSDR | Review and analyze records services training workbook materials | L120 | 1.20 hrs |
| 11/28/12 | FWA | Receive correspondence from FCL counsel re: remediation related deposition request and confer with  client re: same | L190 | .40 hrs |
| 11/28/12 | FWA | Review Ohio case and consider possible changes to template affidavit for state | L190 | .50 hrs |
| 11/28/12 | FWA | Consider remediation issue in Kentucky related to affidavit of indebtedness | L190 | .40 hrs |
| 11/28/12 | FWA | Confer with client re: FHA issues | L190 | .30 hrs |
| 11/28/12 | CWH | Review and analyze deposition request related to note endorser | L310 | .20 hrs |
| 11/28/12 | DBO | Correspondence with M.Wright regarding CA trip and CA Homeowner's Bill of Rights | L120 | .50 hrs |
| 11/28/12 | DBO | Review of NJ submission and order to show cause and review and revise same and send same for comment to S.Shah-Jani | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    27
NOVEMBER 30, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/29/12 | DBO | Resolved issues regarding litigation reviews, affidavits in issue, and occupancy statuses in FL | L120 | 1.20 hrs |
| 11/29/12 | JK | Review Assembly Bill 2314 and draft a form letter to be sent to appropriate enforcement agencies when liens are released | L120 | 1.90 hrs |
| 11/29/12 | JK | Revise form notice to reflect all requirements of statute | L120 | .20 hrs |
| 11/29/12 | DBO | Correspondence with client regarding loan modification in NJ and correspond with T.Curtin as well | L120 | .30 hrs |
| 11/29/12 | DBO | Review and revise NJ order to show cause and teleconference with judge's chambers regarding same as well as Office of Foreclosure related to rejections of certifications of proof | L120 | 1.90 hrs |
| 11/29/12 | DBO | Review of requests for admission related to AOM retroactive date and revise same and send same to client for review as well | L120 | 1.10 hrs |
| 11/29/12 | DBO | Follow-up with P.Mulcahy regarding NY off-boarding | L120 | .20 hrs |
| 11/29/12 | DBO | Review and resolve AOI exception sheets relating to issues in FL | L120 | 1.10 hrs |
| 11/29/12 | DBO | Teleconference and correspondence with R.Diaz regarding bulk trial in Brevard County FL and follow-up with client regarding same | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    28
NOVEMBER 30, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | FWA | Prepare for and attend conference call with foreclosure counsel re: remediation status related to note issues | L190 | .40 hrs |
| 11/29/12 | LSDR | Review and analyze record services assignments training materials | L110 | 1.60 hrs |
| 11/29/12 | LSDR | Review and analyze record services title exceptions training materials | L110 | 3.20 hrs |
| 11/29/12 | LSDR | Review and analyze new foreclosure deed execution procedures | L110 | .70 hrs |
| 11/29/12 | JBU | Reviewed and analyzed California's recently enacted Homeowner's rights bill in preparation for meeting with counsel in California | C300 | 2.60 hrs |
| 11/29/12 | JBU | E-mail correspondence with client in preparation for trip to California to meet with foreclosure counsel | C300 | .40 hrs |
| 11/30/12 | LSDR | Review and analyze revised record services loan document training materials for approval | L110 | 1.40 hrs |
| 11/30/12 | LSDR | Review and analyze foreclosure department revised P&P for online manual | L110 | 1.20 hrs |
| 11/30/12 | LSDR | Review and analyze TILA policies and procedures for mapping project | L110 | 3.80 hrs |
| 11/30/12 | LSDR | Review and analyze 1098 reporting policies and procedures for mapping project | L110 | 1.60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    29
NOVEMBER 30, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| 11/30/12 | LSDR | Review and analyze revised record services tools training materials for approval | L110 | 2.90 hrs |
|---|---|---|---|---|
| 11/30/12 | FWA | Review documents related to FHA notice issues and confer with client re: same | L190 | 1.00 hrs |
| 11/30/12 | DBO | Correspondence related to CA Homeowner's Bill and upcoming on-site at foreclosure firm | L120 | .70 hrs |
| 11/30/12 | DBO | Attended teleconference regarding weekly NJ meeting and revised order to show cause regarding same and teleconference with judge's chambers related to moratorium due to disaster relief | L120 | 1.10 hrs |
| 11/30/12 | DBO | Correspondence regarding resolution of affidavit exception sheets in FL | L120 | .80 hrs |
| 11/30/12 | DBO | Correspondence to foreclosure counsel regarding upcoming bulk trial related to co-counsel program | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                $95,658.50

BILLING SUMMARY

| Laurence D. Vinson, Jr. | .30 hrs | 406.00 /hr | 121.80 |
|---|---|---|---|
| Kenneth T. Wyatt | 15.10 hrs | 380.00 /hr | 5,738.00 |
| Paige M. Boshell | .50 hrs | 345.00 /hr | 172.50 |
| Jay R. Bender | .80 hrs | 372.00 /hr | 297.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| Lesley Smith DeRamus | 107.30 hrs | 350.00 /hr | 37,555.00 |
| Wendell Allen | 32.30 hrs | 345.00 /hr | 11,143.50 |
| Hope Cannon | 26.90 hrs | 315.00 /hr | 8,473.50 |
| Christian W. Hancock | 1.10 hrs | 330.00 /hr | 363.00 |
| D. Brian O'Dell | 45.50 hrs | 345.00 /hr | 15,697.50 |
| Dana C. Lumsden | 8.10 hrs | 376.00 /hr | 3,045.60 |
| Steven A. Pozefsky | .50 hrs | 323.00 /hr | 161.50 |
| C. Jason Avery | 4.60 hrs | 210.00 /hr | 966.00 |
| Jason R. Bushby | 3.00 hrs | 228.00 /hr | 684.00 |
| Avery Simmons | 17.00 hrs | 249.00 /hr | 4,233.00 |
| Chandler Combest | 2.30 hrs | 190.00 /hr | 437.00 |
| Jay Wright | 7.00 hrs | 190.00 /hr | 1,330.00 |
| Jonathan Hooks | .30 hrs | 241.00 /hr | 72.30 |
| Mark S. Wierman | 1.30 hrs | 254.00 /hr | 330.20 |
| Riley Key | 2.30 hrs | 185.00 /hr | 425.50 |
| Kristi Wilcox | 4.90 hrs | 185.00 /hr | 906.50 |
| Denetra Hartzog | 4.70 hrs | 195.00 /hr | 916.50 |
| Jonathan Kloldzieg | 12.50 hrs | 190.00 /hr | 2,375.00 |
| Melisa P. Palmer | 1.00 hrs | 149.00 /hr | 149.00 |
| Kerry Keane | .40 hrs | 160.00 /hr | 64.00 |

TOTAL FEES               299.70 hrs                    $95,658.50

**TOTAL CHARGES FOR THIS INVOICE**                    $95,658.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 19, 2012
0R0802-301160

INVOICE #  826173

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/05/12

Re:  0R0802-301160
     GMAC Affidavit Project - 702040
     TC # 702040

EXPENSES

| | | |
|---|---|--:|
| 11/15/12 | Airline Tickets - D. BRIAN O'DELL MEETING W/ GMAC FL FIRMS IN FT LAUDERDALE, FL 10/1/12 - 10/4/12<br>Bank ID: GENR Check Number: 102312 | 340.00 |
| 11/15/12 | Airline Tickets - D. BRIAN O'DELL MEETING W/ GMAC FL FIRMS IN FT LAUDERDALE, FL 10/1/12 - 10/4/12 CHANGE FEE<br>Bank ID: GENR Check Number: 102312 | 155.00 |
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING W/ GMAC FL FIRMS IN FT LAUDERDALE, FL 10/1/12 - 10/4/12 HOTEL<br>Bank ID: GENR Check Number: 102312 | 402.81 |
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING W/ GMAC FL FIRMS IN FT LAUDERDALE, FL 10/1/12 - 10/4/12 RENTAL CAR<br>Bank ID: GENR Check Number: 102312 | 260.92 |
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING W/ GMAC FL FIRMS IN FT LAUDERDALE, FL 10/1/12 - 10/4/12 TIPS, PARKING<br>Bank ID: GENR Check Number: 102312 | 60.00 |
| 11/15/12 | Meal Expense - D. BRIAN O'DELL MEETING W/ GMAC FL FIRMS IN FT LAUDERDALE, FL 10/1/12 - 10/4/12<br>Bank ID: GENR Check Number: 102312 | 46.28 |
| 11/15/12 | Meal Expense - D. BRIAN O'DELL MEETING W/ GMAC FL FIRMS IN FT LAUDERDALE, FL 10/1/12 - 10/4/12<br>Bank ID: GENR Check Number: 102312 | 86.57 |

TOTAL COSTS FOR THIS MATTER          $1,351.58



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
DECEMBER 19, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

TOTAL FEES                0.00 hrs                $.00

TOTAL EXPENSES                              $1,351.58

**TOTAL CHARGES FOR THIS INVOICE**          $1,351.58

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0802-301160

INVOICE #  827784

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0802-301160
     GMAC Affidavit Project - 702040
     TC # 702040

<u>EXPENSES</u>

| Date | Description | Amount |
|---|---|---|
| 11/21/12 | Filing Fees - COUNTY OF COLLIER, CLERK OF THE CIRCIT COURT ACCESS TO SHOWCASE TO OBTAIN PLEADINGS / FILED DOCUMENTS - E CLYDE- 11/07/2012 Bank ID: CHAR Check Number: 1707 | 25.00 |
| 11/15/12 | Airline Tickets - D. BRIAN O'DELL MEETING IN PERSON W/ GMAC TAMPA FIRMS W/ J EVANS IN FT. LAUDERDALE, FL 9/23/12 - 9/25/12 Bank ID: GENR Check Number: 102312 | 422.30 |
| 11/15/12 | Airline Tickets - D. BRIAN O'DELL Airline Tickets - D. BRIAN O'DELL MEETING IN FT WASHINGTON, PA 10/9/12 - 10/10/12 CHANGE FEE Bank ID: GENR Check Number: 102312 | 150.00 |
| 11/15/12 | Airline Tickets - D. BRIAN O'DELL Airline Tickets - D. BRIAN O'DELL MEETING IN FT WASHINGTON, PA 10/9/12 - 10/10/12 CHANGE FEE Bank ID: GENR Check Number: 102312 | 74.30 |
| 11/30/12 | Airline Tickets - JASON R. BUSHBY AIRFARE FROM SAN DIEGO TO ST LOUIS 12/7/12 Bank ID: GENR Check Number: 103068 | 61.21 |
| 11/30/12 | Airline Tickets - JASON R. BUSHBY AIRFARE FROM BIRMINGHAM, TO BURBANK, CA 11/29/12 Bank ID: GENR Check Number: 103068 | 573.39 |
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING IN PERSON W/ GMAC TAMPA FIRMS W/ J EVANS IN FT. LAUDERDALE, FL 9/23/12 - 9/25/12 HOTEL Bank ID: GENR Check Number: 102312 | 167.99 |
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING IN PERSON W/ GMAC TAMPA FIRMS W/ J EVANS IN FT. LAUDERDALE, FL 9/23/12 - 9/25/12 RENTAL CAR Bank ID: GENR Check Number: 102312 | 141.45 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 30, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING IN PERSON W/ GMAC TAMPA FIRMS W/ J EVANS IN FT. LAUDERDALE, FL 9/23/12 - 9/25/12 TIPS, PARKING Bank ID: GENR Check Number: 102312 | 46.00 |
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING IN FT WASHINGTON, PA 10/9/12 - 10/10/12 RENTAL CAR Bank ID: GENR Check Number: 102312 | 107.08 |
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING IN FT WASHINGTON, PA 10/9/12 - 10/10/12 HOTEL Bank ID: GENR Check Number: 102312 | 225.72 |
| 11/15/12 | Travel Expense - D. BRIAN O'DELL MEETING IN FT WASHINGTON, PA 10/9/12 - 10/10/12 TIPS Bank ID: GENR Check Number: 102312 | 35.00 |
| 11/15/12 | Meal Expense - D. BRIAN O'DELL MEETING W/ GMACM'S TAMPA, FL FIRMS W/ J EVANS 9/24/12 Bank ID: GENR Check Number: 102312 | 6.80 |
| 11/15/12 | Meal Expense - D. BRIAN O'DELL DINNER W/ E DESILA, J AGUIRE, J EVANS 10/3/12 Bank ID: GENR Check Number: 102312 | 259.20 |
| 11/15/12 | Meal Expense - D. BRIAN O'DELL MEETING IN PERSON W/ GMAC TAMPA FIRMS W/ J EVANS IN FT. LAUDERDALE, FL 9/23/12 - 9/25/12 Bank ID: GENR Check Number: 102312 | 68.12 |
| 11/15/12 | Meal Expense - D. BRIAN O'DELL MEETING IN FT WASHINGTON, PA 10/9/12 - 10/10/12 Bank ID: GENR Check Number: 102312 | 54.78 |
| 11/14/12 | Miscellaneous Expense - JAMES W. WRIGHT CHARGE FOR COURTCALL TELEPHONE HEARING RE: COURT CALL ID 5275032 11/13/12 Bank ID: GENR Check Number: 102327 | 40.00 |

TOTAL COSTS FOR THIS MATTER          $2,458.34


TOTAL FEES              0.00 hrs                    $.00

TOTAL EXPENSES                        $2,458.34



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
NOVEMBER 30, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $2,458.34

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301160

INVOICE #  830052

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301160
     GMAC Affidavit Project - 702040
     TC # 702040

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/05/12 | MMP | Reviewed and analyzed Florida foreclosure and default firm's reporting | L120 | 1.80 hrs |
| 11/07/12 | MMP | Review and analyze Florida foreclosure and default firm's reporting | L120 | 4.90 hrs |
| 11/08/12 | MMP | Review and analyze Florida foreclosure and default firm's reporting | L120 | 2.80 hrs |
| 11/09/12 | MMP | Review and analyze Florida foreclosure and default firm's reporting | L120 | 4.40 hrs |
| 11/13/12 | MMP | Review and analyze Florida foreclosure and default firm's reporting | L120 | 6.90 hrs |
| 11/14/12 | MMP | Review and analyze Florida foreclosure and default firm's reporting | L120 | 7.90 hrs |
| 11/15/12 | MMP | Review and analyze Florida foreclosure and default firm's reporting | L120 | 6.10 hrs |
| 11/16/12 | MMP | Review and analyze Florida foreclosure and default firm's reporting | L120 | 1.90 hrs |
| 11/19/12 | ACA | Reviewed and sent comments on Record Services policy and procedure. | C300 | 3.00 hrs |
| 11/19/12 | SJF | Work on flow chart for tax reporting obligations | B240 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| 11/20/12 | SJF | Work on tax reporting flowchart | B240 | .50 hrs |
| 11/20/12 | ACA | Conference call on Record Services policy and procedure | C300 | 2.50 hrs |
| 11/20/12 | ACA | Reviewed and sent out comments on revised Record Services policy and procedure. | C300 | 2.00 hrs |
| 11/21/12 | ACA | Conference call on Record Services policy and procedure | C300 | 3.00 hrs |
| 11/21/12 | ACA | Reviewed Record Service policy and procedure and sent out comments. | C300 | 2.00 hrs |
| 11/26/12 | ACA | Reviewed Record Services policy and procedure on Security Interest Exceptions and prepared comments for submittal to client. | C300 | 3.00 hrs |
| 11/26/12 | ACA | Reviewed Record Services policy and procedure on title exception and sent out comments. | C300 | 3.80 hrs |
| 11/26/12 | SJF | Work on flowchart for tax reporting analysis and send messages to P.Peka and P.Cannon regarding same | B240 | 2.80 hrs |
| 11/27/12 | SJF | Work on tax property flowchart | B240 | .50 hrs |
| 11/27/12 | ACA | Reviewed and had conference call on Record Services policy and procedure. | C300 | 3.80 hrs |
| 11/28/12 | ACA | Reviewed and sent out comments on Record Services policy and procedure. | C300 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 11/28/12 | SJF | Telephone conference with P.Pexa and P.Cannon about tax reporting flowchart discussed during telephone conference and work on revisions to flowchart | B240 | 2.30 hrs |
| 11/29/12 | KK | (Foster) Research and review docket to determine status of case and request affidavits from court runner | L110 | .20 hrs |
| 11/30/12 | SJF | Resume work on revising tax-reporting flowchart | B240 | .50 hrs |
| 12/03/12 | JBU | Reviewed and analyzed recently enacted California Homeowner's Rights Bill in preparation for trip with document execution team | C300 | 6.40 hrs |
| 12/03/12 | JW | Research state deficiency judgment laws | L120 | 1.00 hrs |
| 12/03/12 | DBO | Correspondence with Office of Foreclosure regarding certifications being rejected for lack of breakdown of advanced costs | L120 | .50 hrs |
| 12/03/12 | DBO | Correspondence and teleconference regarding OTSC in NJ drafting of disaster moratorium and revise OTSC and letter to judge regarding same | L120 | .80 hrs |
| 12/03/12 | JMH | Receive and review e-mail from client regarding strategy relating borrower's flipping-fraud allegations in Mississippi | L120 | .10 hrs |
| 12/03/12 | PMD | Analysis regarding mortgage servicer settlement agreement | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/03/12 | LSDR | Review and analyze record services security instrument training materials | L120 | 3.10 hrs |
| 12/03/12 | LSDR | Review and analyze new REO department policies and procedures for online manual | L120 | 1.20 hrs |
| 12/03/12 | FWA | Confer with client re: AOM issue and review draft corrective AOM in response to same | L190 | .90 hrs |
| 12/03/12 | FWA | Confer with client re: foreclosure counsel request related to standing issues and draft response to same | L190 | .50 hrs |
| 12/03/12 | FWA | Review audit testing templates and confer with client re: same | L190 | .70 hrs |
| 12/03/12 | JDM | Study and review correspondence from J.Kohl and attorney notes from meeting with Phelan re: status of motion to vacate and request to submit remedial affidavit | L120 | 1.90 hrs |
| 12/03/12 | JBU | Assisted document execution team in Burbank, CA with legal issues related to same | C300 | 4.30 hrs |
| 12/03/12 | ACA | Reviewed foreclosure policy and procedure and sent out comments. | C300 | 1.00 hrs |
| 12/04/12 | ACA | Worked on per diem policy and procedure revisions for foreclosure. | C300 | .50 hrs |
| 12/04/12 | ACA | Reviewed Record Services training materials. | C300 | 1.50 hrs |
| 12/04/12 | SJF | Work on flowcharts | B240 | 2.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/04/12 | LSDR | Review and analyze record services security instrument exceptions procedures | L120 | .90 hrs |
| 12/04/12 | LSDR | Review and analyze new REO department policies and procedures | L120 | .40 hrs |
| 12/04/12 | phn | Communications with ETS regarding Texas probate procedures and foreclosure | L120 | .90 hrs |
| 12/04/12 | CJA | Drafted corrective assignment of mortgage related to documentation error and incorrect name of assignor related to cook county, illinois asset | B250 | .70 hrs |
| 12/04/12 | CJA | Confer with client regarding review of Florida loan | B250 | .20 hrs |
| 12/04/12 | JBU | Prepared for and assisted document execution team in Burbank, CA with legal issues related to same | C300 | 9.20 hrs |
| 12/04/12 | DBO | Teleconference and correspondence regarding OTSC in NJ and revising same pursuant to court instructions | L120 | .60 hrs |
| 12/04/12 | DBO | Correspondence with T.Curtin regarding J.Graham and confirm loan modification | L120 | .20 hrs |
| 12/04/12 | MSW | Review and analyze transferred foreclosure files | L120 | 10.10 hrs |
| 12/04/12 | JBU | Prepared for and attended conference call with GMAC management and NY counsel regarding affidavit remediation | C300 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    6
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/04/12 | JK | Draft and revise California Notice of Default and Notice of Sale to reflect recent changes in state foreclosure law | L120 | 3.60 hrs |
| 12/05/12 | JBU | Researched Kansas case law regarding whether MERS, as prior nominee, should be added as party to foreclosure proceeding | C200 | 2.60 hrs |
| 12/05/12 | DBO | Teleconference with I.Marx regarding final OTSC and letter to Judge Innes in NJ and approving and filing of same | L120 | .70 hrs |
| 12/05/12 | JBU | Prepared for and assisted GMAC affidavit execution management and team with file review and discussion at offices of Pite Duncan | C300 | 10.00 hrs |
| 12/05/12 | ACA | Reviewed revised per diem and title exceptions policy and procedures and sent out comments. | C300 | 2.30 hrs |
| 12/06/12 | ACA | Reviewed and had conference call on Record Services Assignment Exceptions policy and procedure. | C300 | 2.00 hrs |
| 12/06/12 | DBO | Correspondence and teleconference with client regarding off-boarding certain NY loans and files with certain firms relating to failure to remediate transfer loans | L120 | .60 hrs |
| 12/06/12 | JW | Correspondence with New Jersey Office of Foreclosure regarding Certification of Proof specificity issues | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     7
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/06/12 | JW | Review sample Massachusetts 35B Notice from A.Fleitas | L210 | .50 hrs |
| 12/06/12 | JW | Revise sample Massachusetts 35B Notice from A.Fleitas | L210 | .20 hrs |
| 12/06/12 | JW | Review request from E.Yerosinian regarding new Washington state laws | L110 | .20 hrs |
| 12/06/12 | LSDR | Review and analyze more new REO department policies and procedures for online manual | L120 | 3.50 hrs |
| 12/06/12 | FWA | Address issues of standing with regard to affidavit per request of client | L190 | .60 hrs |
| 12/06/12 | CC | Review and analyze issue regarding naming series of trust in complaint | L120 | 1.00 hrs |
| 12/06/12 | ACRA | Research state law regarding issues of proper joinder of parties in a foreclosure petition | L120 | 2.10 hrs |
| 12/06/12 | DBO | Correspondence with E.Dauber regarding attorney fees and OTSC in NJ | L120 | .20 hrs |
| 12/06/12 | DBO | Correspondence with T.Curtin regarding J.Graham and confirming loan modification | L120 | .20 hrs |
| 12/06/12 | DBO | Correspondence with K.Robinson at NJ Office of Foreclosure regarding rejections of certifications without advanced costs broken down. | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    8
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 12/06/12 | JBU | Drafted e-mail memorandum of law to client regarding need to include MERS as necessary party defendant in Kansas foreclosures | C300 | .90 hrs |
| 12/06/12 | CWH | Exchange e-mails with document execution team regarding revisions to a lost note affidavit | L120 | .20 hrs |
| 12/06/12 | JK | Research AB 2499 regarding a new requirement for a CA sale postponement letter | L120 | 2.40 hrs |
| 12/06/12 | DCL | Advise GMACM Document Execution Team regarding Vermont affidavit issues | L120 | .70 hrs |
| 12/07/12 | JK | Draft CA sale postponement letter for C.Inouye | L120 | 2.40 hrs |
| 12/07/12 | DBO | Correspondence related to call with Legal Aid regarding questions related to NJ OTSC with regard to bankruptcy and sale | L120 | .50 hrs |
| 12/07/12 | DBO | Prepared for and attended weekly NJ meeting on order to show cause set by M.Wright | L120 | .50 hrs |
| 12/07/12 | DBO | Prepared for and attended teleconference with K.Robinson of NJ Office of Foreclosure related to NJ certificates of proof of amount due and forwarded detailed correspondence to client regarding substance of conversation | L120 | 1.10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    9
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| 12/07/12 | JW | Teleconference with Office of Foreclosure regarding fee breakdowns in Certification of Proofs | L210 | .50 hrs |
|---|---|---|---|---|
| 12/10/12 | JW | Review K.Dutill payoff quote | L110 | .10 hrs |
| 12/10/12 | JW | Strategize deposition notice as next step in case | L330 | .10 hrs |
| 12/10/12 | SJF | Revise flowchart and send to P.Pexa and P.Cannon for review | B240 | .30 hrs |
| 12/11/12 | FWA | Confer with Ohio counsel re: legal development in state and impact on existing template affidavits | L190 | .50 hrs |
| 12/11/12 | DBO | Attended teleconference with Margaret Jurow of NJ Legal Aid regarding OTSC filing and follow-up with client regarding bankruptcy orders and send same to M.Jurow | L120 | 1.30 hrs |
| 12/11/12 | JW | Telephone conference with New Jersey Legal Services regarding Order to Show Cause application | L210 | .50 hrs |
| 12/11/12 | JW | Respond to C.Inouye question regarding California notice changes under state law change | L110 | .30 hrs |
| 12/11/12 | DCL | Prepare e-mail to GMACM regarding compliance with CEMA statute | L120 | .30 hrs |
| 12/11/12 | DCL | Research and analyze GMACM's compliance with New York's CEMA statute | L120 | .80 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/12/12 | DCL | Analyze comments of the foreclosure firm to remediated affidavits | L120 | .30 hrs |
| 12/12/12 | DCL | Review affidavits submitted by Lindsay Taylor of GMACM's Record Services Department for review and advise GMACM regarding lost note affidavit issues | L120 | .80 hrs |
| 12/12/12 | DCL | Telephone conference with Jonathan Pincus of the Pincus Law Firm regarding management of Baum transfer files for GMACM | L120 | .50 hrs |
| 12/12/12 | LSDR | Review foreclosure procedures | L120 | 1.50 hrs |
| 12/12/12 | LSDR | Review SCRA policies and procedures | L120 | 1.10 hrs |
| 12/12/12 | JW | Review unlicensed practice of law memorandum | L110 | .50 hrs |
| 12/12/12 | JW | Revise unlicensed practice of law memorandum | L110 | .40 hrs |
| 12/12/12 | JW | Teleconference with E.Yerosinian regarding Washington emergency regulations | L110 | .50 hrs |
| 12/13/12 | JW | Draft memorandum to Executive Trustee Services regarding applicability of new Washington regulations | L120 | .50 hrs |
| 12/13/12 | DBO | Correspondence with client regarding status of order to show cause in NJ | L120 | .30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    11
JANUARY 23, 2013

ResCap

OR0802-301160

FED ID NO. 63-0243316

| 12/13/12 | DCL | Advise GMACM Records Management employee, Lindsay Taylor, regarding preparation of Lost Note Affidavit for Florida foreclosure proceeding | L120 | .80 hrs |
|---|---|---|---|---|
| 12/13/12 | DCL | Analyze correspondence from Sheetal Shah-Jani of the GMACM Legal Department regarding lost note affidavit templates | L120 | .20 hrs |
| 12/14/12 | DCL | Teleconference with Sheetal Shah-Jani and GMAC Records Manager regarding changes to Lost Assignment Affidavits | L120 | .60 hrs |
| 12/14/12 | SJF | Review changes/questions from P.Pexa regarding tax flow chart | B240 | .20 hrs |
| 12/14/12 | JW | Review signed Order to Show Cause | L210 | .30 hrs |
| 12/14/12 | MPE | Palm Beach County Case 2008-CA-031530; telephone call with Palm Beach County Clerk of Court regarding the former D.Stern case set for sale to assist with determining current default counsel and information needed to move forward. Research docket and public records to confirm status and email default counsel to confirm information. | L110 | 1.20 hrs |
| 12/14/12 | MPE | Receive and review email correspondence from D.Stern's office regarding case in which they are still counsel.  Research docket and public records to determine current opposing counsel and assist with determining how to move forward. | L110 | .80 hrs |
| 12/15/12 | SJF | Work on flowchart; revisions discussed with P.Pexa and P.Cannon | B240 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     12
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

| 12/17/12 | MSW | Review and analyze transferred foreclosure files | L120 | 10.10 hrs |
|---|---|---|---|---|
| 12/17/12 | DCL | Review lost Assignment Affidavits at the request of GMAC Records Managtement Department | L120 | 1.00 hrs |
| 12/17/12 | DBO | Correspondence with client regarding executed OTSC by court in NJ | L120 | .30 hrs |
| 12/17/12 | JK | Prepare for teleconference by reviewing Washington fee notification requirements and new statutory amendments | L120 | .30 hrs |
| 12/17/12 | JW | Review executed Order to Show Cause and analyze impacts to Notice of Intention to Foreclose mailing | L210 | 1.80 hrs |
| 12/17/12 | JW | Teleconference regarding applicability of new Washington regulations to Executive Trustee Services | L110 | .50 hrs |
| 12/17/12 | JK | Teleconference with C.Inouye regarding Washington fee notification requirements | L120 | .50 hrs |
| 12/17/12 | DCL | Review and edit Vermont affidavits of possession | L120 | .40 hrs |
| 12/17/12 | FWA | Review request from Default servicing department re: Kentucky affidavit issue and provide response to same | L190 | .70 hrs |
| 12/17/12 | FWA | Confer with client re: request to amend Ohio Template affidavit and review sugestions related to same | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/12 | CC | Review and analyze issues regarding questions on power of attorney and ability to execute documents as "attorney-in-fact" | L120 | .70 hrs |
| 12/18/12 | JW | Teleconference on New Jersey executed Order to Show Cause | L210 | .50 hrs |
| 12/18/12 | JK | Research Washington fee requirements effective January 1 to answer C.Inouye's questions and concerns | L120 | 1.60 hrs |
| 12/18/12 | EBE | Multiple phone calls to The Press and South Jersey Times regarding placement of legal notice and proofs of publication | L190 | .60 hrs |
| 12/18/12 | JDM | Study and review revised response to motion to vacate in Abraham matter and analysis of dismissal of spouse | L120 | 2.60 hrs |
| 12/18/12 | DCL | Research and analyze Massachusetts case law regarding new foreclosure affidavits | L120 | 1.10 hrs |
| 12/18/12 | DBO | Review granted OTSC by Judge Innes and prepare communication to client regarding deadlines of same and attend teleconference set by M.Wright regarding same | L120 | 1.10 hrs |
| 12/18/12 | DBO | Prepare for and attend teleconference set by J.Burkhardt regarding quarterly outlook | L120 | .50 hrs |
| 12/18/12 | CWH | Review and analyze default counsel's emails regarding need for certain foreclosure documents to move files forward and call them regarding same | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/19/12 | DBO | Teleconference with D.Bettino regarding service of NOIs, proof of service, and OTSC in NJ | L120 | .50 hrs |
| 12/19/12 | CWH | Exchange several emails with foreclosure department and default counsel regarding various affidavits that need review and possible changes (including Loans ------3331, -----6429, -----8265, -----8873, and ----1146) | L120 | 1.30 hrs |
| 12/19/12 | KK | Receive and review motion for appointment of guardian, administrator, and attorney ad litem and accompanying reports and orders | L110 | .30 hrs |
| 12/19/12 | JDM | Legal research re: Phelan request to vacate judgment and client recommendation to oppose motion to vacate | L120 | 2.70 hrs |
| 12/19/12 | EBE | Multiple of phone calls to The Star Ledger and The Record regarding placement of legal notice and proofs of publication | L190 | .60 hrs |
| 12/19/12 | ACA | Reviewed and sent out comments on foreclosure policy and procedure relating to bids. | C300 | 1.00 hrs |
| 12/19/12 | JK | Research Section 208-620-900 of the Washington Administrative Code to determine who should notify borrower of assessed fees | L120 | 2.20 hrs |
| 12/19/12 | JK | Create form letter to send to borrowers that would satisfy Section 208-620-900 of the Washington Administrative Code | L120 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    15
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/20/12 | KK | Review and analyze fiserv and LPS call notes to determine history and timeline of loan | L110 | 1.10 hrs |
| 12/20/12 | KK | Research and review Orange County clerk of court docket (borrower is Ontiveros) to determine status of case and confirm whether original note has been filed | L110 | .20 hrs |
| 12/20/12 | KK | Research and review Hillsborough County docket to determine status of case (borrower is Hartman) | L110 | .20 hrs |
| 12/20/12 | KK | Review and analyze docket and official recorded documents to determine timeline of events in case | L110 | .50 hrs |
| 12/20/12 | EBE | Follow-up telephone calls to The Press and The Star Ledger regarding placement of legal notices in their publications | L190 | .30 hrs |
| 12/20/12 | DBO | Correspondence with A.Fleitas regarding substance and timing of mailing of NOIs in NJ pursuant to OTSC | L120 | .40 hrs |
| 12/20/12 | DBO | Correspondence with E.Dauber and T.Slocum regarding granting of NJ OTSC and forward same with explanation | L120 | .40 hrs |
| 12/20/12 | DBO | Correspondence with D.Bettino regarding NJ OTSC and NOI with legal aid language and service proof | L120 | .30 hrs |
| 12/20/12 | FWA | Confer with MDK counsel  re: development in Ohio law and consider revisions to state affidavit template in light of the same | L190 | .90 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    16
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/21/12 | JDM | Multiple telephone communications with J.Kohl re: Abraham matter and response to motion to vacate | L120 | 2.70 hrs |
| 12/21/12 | JDM | Study and review legal research and correspondence to client re: recommendation for response to motion to vacate in Abraham matter | L120 | 3.30 hrs |
| 12/21/12 | EBE | Follow-up telephone calls to South Jersey Times and The Press regarding placement of legal notices in their publications | L190 | .40 hrs |
| 12/24/12 | ACA | Reviewed and approved Record Services training materials. | C300 | .50 hrs |
| 12/24/12 | ACA | Reviewed and sent out comments on revised foreclosure bidding policy and procedure | C300 | .80 hrs |
| 12/26/12 | LSDR | Review and analyze foreclosure bid panel procedures for online policy and procedure manual | L120 | 1.60 hrs |
| 12/26/12 | LSDR | Review and analyze record services assignment assessment key | L120 | .60 hrs |
| 12/26/12 | LSDR | Review and analyze REO agent procedures | L120 | .90 hrs |
| 12/26/12 | EBE | Follow up telephone call to The Press regarding placement of legal notice in their publication | L190 | .20 hrs |
| 12/27/12 | CWH | Review and analyze remaining issues with the settlement and release of lien (Affidavit Matter) | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    17
JANUARY 23, 2013

OR0802-301160

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/27/12 | CWH | Exchange e-mails with client and default counsel regarding request for loan modification (Affidavit Matter) | L110 | .10 hrs |
| 12/27/12 | DBO | Teleconference with newspapers regarding publishing of OTSC | L120 | .20 hrs |
| 12/27/12 | LSDR | Review and follow up on bid procedure questions | L120 | .20 hrs |
| 12/27/12 | LSDR | Continue to review and analyze regulatory procedures regarding flood insurance for mapping project | L120 | 3.80 hrs |
| 12/27/12 | CJA | Confer with involved parties regarding state law regarding to recordation of lost mortgage after death of one of mortgagors | B250 | .30 hrs |
| 12/27/12 | DCL | Research and analyze Massachusetts foreclosure laws and advise GMACM regarding compliance of form affidavits | L120 | 1.20 hrs |
| 12/28/12 | LSDR | Review of revised foreclosure bid policies and procedures | L120 | .90 hrs |
| 12/29/12 | DBO | Correspondence to client confirm NJ publication of OTSC | L120 | .20 hrs |
| 12/29/12 | DBO | Correspondence with B.Williams regarding NY off-boarding and upcoming schedule regarding same | L120 | .20 hrs |
| 12/29/12 | ACA | Reviewed revised bid procedures and sent approval. | C300 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

| Date | Description | Code | Hours |
|---|---|---|---|
| 12/29/12 | LSDR Review and analyze HOEPA procedures for regulatory mapping analysis | L120 | 1.80 hrs |
| 12/30/12 | LSDR Continue to review and analyze SCRA procedures for regulatory mapping analysis | L120 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER                    $65,529.20

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/28/12 | Publication Costs - ELIZABETH EATON PUBLICATION OF LEGAL NOTICE - SOUTH JERSEY TIMES 12/24/12 Bank ID: GENR Check Number: 104253 | 200.56 |
| 12/28/12 | Publication Costs - ELIZABETH EATON PUBLICATION OF LEGAL NOTICE - THE PRESS OF ATLANTIC CITY 12/26/12 Bank ID: GENR Check Number: 104253 | 147.98 |
| 12/27/12 | Legal Notices - BRADLEY ARANT BOULT CUMMINGS LLP NORTH JERSEY PUBLICATION Bank ID: PCARD Check Number: P75 | 199.42 |
| 12/27/12 | Legal Notices - BRADLEY ARANT BOULT CUMMINGS LLP STAR LEDGER PUBLICATION Bank ID: PCARD Check Number: P75 | 419.44 |
| 12/11/12 | Court Costs - Pleadings - WEST GROUP KK COURT DOCUMENTS Bank ID: GENR Check Number: 103441 | 143.04 |
| 12/27/12 | Court Costs - Pleadings - WEST GROUP KK COURT DOCUMENTS Bank ID: GENR Check Number: 104198 | 136.02 |
| 11/30/12 | Airline Tickets - JASON R. BUSHBY AIRFARE FROM SAN DIEGO TO ST LOUIS 12/7/12 Bank ID: GENR Check Number: 103068 | 69.39 |
| 12/04/12 | Airline Tickets - D. BRIAN O'DELL MEETING IN ATLANTA, GA 10/10/12 EXCHANGE FEE Bank ID: GENR Check Number: 103308 | 150.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    19
JANUARY 23, 2013

ResCap

0R0802-301160

FED ID NO. 63-0243316

12/18/12 Travel Expense - JAMES W. WRIGHT TRAVEL TO          11.06
        PHILADELPHIA & FORT WASHINGTON, PA 10/9/12 -
        10/10/12 ROAD TOLLS
        Bank ID: GENR Check Number: 104009

        TOTAL COSTS FOR THIS MATTER          $1,477.51

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|------|-------:|
| Stuart J. Frentz | 12.60 hrs | 393.00 /hr | 4,951.80 |
| Paige M. Boshell | .20 hrs | 345.00 /hr | 69.00 |
| Lesley Smith DeRamus | 23.80 hrs | 350.00 /hr | 8,330.00 |
| Wendell Allen | 5.30 hrs | 345.00 /hr | 1,828.50 |
| J. Douglas Minor | 13.20 hrs | 336.00 /hr | 4,435.20 |
| Christian W. Hancock | 2.30 hrs | 330.00 /hr | 759.00 |
| D. Brian O'Dell | 11.90 hrs | 345.00 /hr | 4,105.50 |
| Ann Cargile | 33.50 hrs | 380.00 /hr | 12,730.00 |
| Dana C. Lumsden | 8.70 hrs | 376.00 /hr | 3,271.20 |
| Elizabeth B. Eaton | 2.10 hrs | 145.00 /hr | 304.50 |
| Molly M. Palmer | 36.70 hrs | 149.00 /hr | 5,468.30 |
| C. Jason Avery | 1.20 hrs | 210.00 /hr | 252.00 |
| Jason R. Bushby | 34.10 hrs | 228.00 /hr | 7,774.80 |
| Chandler Combest | 1.70 hrs | 190.00 /hr | 323.00 |
| Jay Wright | 8.70 hrs | 190.00 /hr | 1,653.00 |
| Jonathan Hooks | .10 hrs | 241.00 /hr | 24.10 |
| Preston H. Neel | .90 hrs | 200.00 /hr | 180.00 |
| Mark S. Wierman | 20.20 hrs | 254.00 /hr | 5,130.80 |
| Ann Craft | 2.10 hrs | 195.00 /hr | 409.50 |
| Jonathan Kloldzieg | 14.90 hrs | 190.00 /hr | 2,831.00 |
| Melisa P. Palmer | 2.00 hrs | 149.00 /hr | 298.00 |
| Kerry Keane | 2.50 hrs | 160.00 /hr | 400.00 |

TOTAL FEES          238.70 hrs          $65,529.20

TOTAL EXPENSES          $1,477.51



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
JANUARY 23, 2013

0R0802-301160

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**              $67,006.71

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0802-301161
Fort Washington, PA 19034

                                                              INVOICE #  813561

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301161
     Discrimination Allegation - 731465
     TC # 731465

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/11/12 | CWH | Emails and discussions with client regarding collection and production of HMDA data | L320 | .40 hrs |
| 09/24/12 | CWH | Exchange e-mails with borrower claiming discrimination in refinance application regarding request for HMDA documentation from GMAC | L320 | .20 hrs |
| 09/24/12 | CWH | Review and analyze HMDA documentation from GMAC | L320 | .20 hrs |
| 09/24/12 | CWH | Exchange e-mails with client regarding HMDA documentation | L320 | .10 hrs |
| 09/28/12 | MPE | Assist with initial draft of letter in response to borrower's letter. | L110 | .20 hrs |
| 09/30/12 | CWH | Review and analyze borrower's latest demands for information from GMAC and prepare response letter to same | L110 | .40 hrs |

                TOTAL FEES FOR THIS MATTER                      $458.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.30 hrs | 330.00 /hr | 429.00 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 30, 2012

0R0802-301161

FED ID NO. 63-0243316

ResCap

TOTAL FEES                    1.50 hrs                    $458.80

**TOTAL CHARGES FOR THIS INVOICE**                    $458.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301161

INVOICE #  818602

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301161
      Discrimination Allegation - 731465
      TC # 731465

PROFESSIONAL SERVICES

| 10/01/12 | CWH | Exchange e-mails with borrower regarding production of HMDA materials, per his request | L320 | .20 hrs |
| 10/05/12 | CWH | Review and analyze borrower's latest email about FOIA and draft proposed response to same | L120 | .20 hrs |
| 10/05/12 | CWH | Exchange e-mails with client regarding borrower's latest correspondence and proposed response to same | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $165.00

| 10/01/12 Copy Charges GMAC Parms | 0.00 |
| 10/01/12 Copy Charges CWH parms | 0.00 |
| 10/01/12 Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |

| TOTAL FEES | 0.50 hrs | | $165.00 |

**TOTAL CHARGES FOR THIS INVOICE**                    $165.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301161

INVOICE #  821081

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301161
     Discrimination Allegation - 731465
     TC # 731465

PROFESSIONAL SERVICES

| 11/06/12 | CWH | Exchange e-mails with client regarding status of communications with complainant | L120 | .20 hrs |
| 11/07/12 | CWH | Exchange e-mails with client regarding complainant's continued requests for HMDA data | L110 | .20 hrs |
| 11/08/12 | CWH | Review voicemail from client regarding Federal Reserve Board call | L120 | .10 hrs |
| 11/12/12 | CWH | Phone call with client regarding complainant's newest attempts to get information (which was already provided to him) | L110 | .10 hrs |
| 11/14/12 | CWH | Email client regarding complainant's recent contact to our office | L110 | .10 hrs |
| 11/19/12 | CWH | Phone call with client regarding complainant's latest communications and response to same | L120 | .20 hrs |
| 11/19/12 | CWH | Exchange e-mails with complainant regarding fact that we do not have any further information for him | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $363.00



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0802-301161

FED ID NO. 63-0243316

BILLING SUMMARY

    Christian W. Hancock    1.10 hrs   330.00 /hr    363.00

TOTAL FEES    1.10 hrs    $363.00

**TOTAL CHARGES FOR THIS INVOICE**    **$363.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301162

INVOICE #  813562

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301162
     Hart, Carl
     No. 729018
     TC # 732163

PROFESSIONAL SERVICES

| 09/04/12 | DBO | Prepared for and attended teleconference with client regarding interpretation of new state statute and move forward with setting meeting with AG | L120 | .60 hrs |
| 09/05/12 | DBO | Correspondence related to upcoming call with AG | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $276.00

BILLING SUMMARY

   D. Brian O'Dell          .80 hrs    345.00 /hr        276.00

TOTAL FEES                  0.80 hrs              $276.00

**TOTAL CHARGES FOR THIS INVOICE**             $276.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                             0R0802-301163
Fort Washington, PA 19034

                                                               INVOICE #  813563
                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0802-301163
         Texas State Complaince Training -731729
         TC # 731729

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/04/12 | JBU | Prepared for and attended conference call with business to discuss Texas foreclosure process | C300 | .40 hrs |
| 09/04/12 | JBU | Researched Texas foreclosure process to ensure compliance with state law | C200 | .80 hrs |
| 09/05/12 | JDWA | E-mails with W.Allen regarding Texas compliance issue | L190 | .30 hrs |
| 09/05/12 | JDWA | Research Texas compliance issue | L190 | .40 hrs |
| 09/05/12 | JDWA | Review memo from foreclosure counsel regarding Texas compliance issue | L190 | .30 hrs |
| 09/05/12 | JK | Conference call with GMAC regarding issues with assignment process | L120 | .80 hrs |
| 09/05/12 | JBU | Prepared for and attended conference call with business to discuss Texas foreclosure process | C300 | 1.70 hrs |
| 09/05/12 | GWG | Research regarding issues with Texas substitute trustees | L120 | 1.50 hrs |
| 09/06/12 | JDWA | Meeting with co-cousel regarding Texas compliance issues | L190 | .50 hrs |
| 09/06/12 | JDWA | E-mails with co-counsel regarding Texas compliance issues | L190 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0802-301163

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/06/12 | JDWA | Research regarding Texas compliance issue | L190 | 2.20 hrs |
| 09/06/12 | JBU | Reviewed and analyzed ETS contract with outside counsel | C300 | .30 hrs |
| 09/06/12 | JBU | Prepared for and attended numerous conference calls with client and foreclosure firm regarding Texas foreclosure process | C300 | 3.60 hrs |
| 09/06/12 | JW | Review memorandum regarding outside foreclosure counsel | L110 | 1.50 hrs |
| 09/06/12 | JW | Teleconference with J.Evans regarding Fair Debt Collection Practices Act language in Texas Notices of Acceleration | L210 | .50 hrs |
| 09/06/12 | JW | Teleconferences regarding Texas foreclosure process and Fair Debt Collection Practices Act | L120 | 1.40 hrs |
| 09/06/12 | JW | Conference regarding Texas foreclosure process and Fair Debt Collection Practices Act | L120 | 1.00 hrs |
| 09/06/12 | JK | Research mortgage modification standards under state law | L120 | .40 hrs |
| 09/06/12 | JK | Research accord and satisfaction under state law | L120 | .60 hrs |
| 09/07/12 | KTW | Review correspondence and review and edit draft of letter to attorney rejecting offer for accord and satisfaction | C300 | .60 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 30, 2012

0R0802-301163

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/07/12 | KTW | Review UCC provisions re: Accord and Satisfaction | C300 | .30 hrs |
| 09/07/12 | JW | Review and analyze Executive Trustee Services process flow | L120 | .50 hrs |
| 09/07/12 | JBU | Prepared letter to borrower rejecting attempted reinstatement funds | C300 | 2.60 hrs |
| 09/07/12 | JBU | Continued to review and analyze notice of acceleration issues in Texas | C300 | 1.20 hrs |
| 09/07/12 | JDWA | E-mails regarding compliance issues in southern states chart | L190 | .20 hrs |
| 09/10/12 | JBU | Reviewed and analyzed Texas case law regarding assignments of mortgage | C300 | .70 hrs |
| 09/10/12 | JK | Research initial communication to borrower under Texas law | L120 | 2.20 hrs |
| 09/10/12 | JK | Conference call regarding third party vendor | L120 | .50 hrs |
| 09/10/12 | JK | Research regarding foreclosure and default | L120 | .50 hrs |
| 09/10/12 | JW | Review various state statutes regarding compliance issues | L110 | .90 hrs |
| 09/10/12 | JW | Teleconference regarding third party vendor statement of work | L120 | .30 hrs |
| 09/10/12 | JW | Teleconference regarding Texas foreclosure timeline | L110 | .30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
OCTOBER 30, 2012

ResCap

0R0802-301163

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/10/12 | JW | Draft memorandum outlining Texas foreclosure timelines and Federal National Mortgage Association metrics | L110 | 1.40 hrs |
| 09/10/12 | JW | Teleconference regarding expedited Texas Notice of Acceleration production | L320 | .70 hrs |
| 09/10/12 | ACRA | Analyze DC and NY case law regarding preparation of assignments | L120 | 3.20 hrs |
| 09/10/12 | JDWA | E-mail regarding "other state" issues | L190 | .20 hrs |
| 09/10/12 | JDWA | E-mail with A.Fleitas regarding compliance issues | L190 | .10 hrs |
| 09/11/12 | JK | Research third party vendor's processes relating to mortgage assignments | L120 | 1.00 hrs |
| 09/11/12 | JK | Research Texas compliance law | L120 | 3.00 hrs |
| 09/11/12 | JK | Draft memo regarding foreclosure and default compliance | L120 | 2.50 hrs |
| 09/11/12 | JK | Research regarding foreclosure and default compliance | L120 | .50 hrs |
| 09/11/12 | JW | Review memorandum regarding Texas compliance statute | L110 | .40 hrs |
| 09/11/12 | JW | Teleconference regarding vendor transfer for Texas files | L120 | .40 hrs |
| 09/11/12 | JBU | E-mail correspondence with client regarding draft letter to borrower returning reinstatement funds | C300 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
OCTOBER 30, 2012

0R0802-301163

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/11/12 | JDWA | E-mails regarding review of compliance statute | L190 | .30 hrs |
| 09/12/12 | JDWA | Review and analyze 50 states' summary regarding foreclosure and default compliance | L190 | 2.50 hrs |
| 09/12/12 | JK | Research Texas statute regarding foreclosure and default compliance | L120 | 6.20 hrs |
| 09/12/12 | JK | Draft updated memo on Texas foreclosure and default compliance | L120 | 3.10 hrs |
| 09/12/12 | JW | Teleconference regarding Notice of Acceleration revisions | L210 | .20 hrs |
| 09/12/12 | JW | Review DC Committee on opinion regarding legal services vendors | L110 | 1.30 hrs |
| 09/12/12 | ACRA | Analyze statutes in D.C. and New York regarding foreclosure and default compliance | L120 | 2.10 hrs |
| 09/12/12 | ACRA | Compose memo regarding statutes in New York and D.C. regarding foreclosure and default compliance | L120 | 2.00 hrs |
| 09/13/12 | JW | Review and revise memorandum regarding foreclosure and default compliance | L120 | 3.20 hrs |
| 09/13/12 | JW | Teleconference regarding ETS relationship with third party vendor and foreclosure process | L110 | .50 hrs |
| 09/13/12 | JW | Teleconference with outside foreclosure firm regarding Executive Trustee Services process flow | L110 | 1.80 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
OCTOBER 30, 2012

0R0802-301163

FED ID NO. 63-0243316

| 09/13/12 | JW | Review and send memorandum regarding foreclosure and default compliance | L120 | .30 hrs |
|---|---|---|---|---|
| 09/13/12 | ACRA | Analyze D.C. and New York statutes regarding foreclosure and default compliance | L120 | 1.90 hrs |
| 09/13/12 | JDWA | Review proposed memo and e-mails regarding memo | L190 | .50 hrs |
| 09/13/12 | JBU | Prepared for and attended conference call with client regarding Texas foreclosure process and execution of Notices of Acceleration | C300 | .80 hrs |
| 09/13/12 | JBU | Reviewed, revised, and finalized memorandum to client regarding Texas' statute regarding foreclosure and default compliance | C300 | 1.70 hrs |
| 09/14/12 | JW | Prepare for on-site interview of Texas default firm | L120 | .60 hrs |
| 09/19/12 | JK | Research Texas foreclosure laws and procedures to compare to ETS process flow | L120 | 2.10 hrs |
| 09/20/12 | JBU | Conference call with client regarding various issues related to Texas foreclosure process | C300 | .60 hrs |
| 09/20/12 | JK | Combine the New York and Washington D.C. memos into the Texas memo | L120 | 1.80 hrs |
| 09/20/12 | JK | Conference call with GMAC regarding Texas statute regarding foreclosure and default compliance | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
OCTOBER 30, 2012

0R0802-301163

FED ID NO. 63-0243316

| 09/21/12 | JK | Revise the D.C. and New York memos on the unauthorized practice of law | L120 | 2.20 hrs |
|---|---|---|---|---|
| 09/21/12 | JK | Research ETS process flow and Texas foreclosure laws | L120 | 2.90 hrs |
| 09/21/12 | JK | Compose memo regarding ETS process flow and Texas foreclosure laws | L120 | .60 hrs |
| 09/24/12 | JW | Draft memorandum outlining Executive Trustee Services procedures for 11/6 Texas foreclosure sale | L120 | 1.30 hrs |
| 09/24/12 | JK | Research FDCPA and notice requirements to multiple parties | L120 | 3.40 hrs |
| 09/25/12 | JK | Write email to L.DeRamus regarding FDCPA notice requirements | L120 | .30 hrs |
| 09/25/12 | JK | Draft memo to J.Wright regarding FDCPA and notice requirements to multiple parties | L120 | 2.70 hrs |
| 09/26/12 | JW | Review Executive Trustee Services process folio memorandum to prepare for on-site meetings | L110 | 3.80 hrs |
| 09/26/12 | JW | Review memorandum regarding foreclosure and default compliance | L120 | 1.90 hrs |
| 09/27/12 | JW | Teleconference and correspondence regarding response to legal vendor regarding 11/6 sale timeline | L110 | 1.30 hrs |
| 09/27/12 | JW | On-site meeting between Executive Trustee Services and litigation vendor | L390 | 3.00 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     8
OCTOBER 30, 2012

0R0802-301163

FED ID NO. 63-0243316

| 09/27/12 | JW | On-site meeting with applicant for Texas non-judicial foreclosure engagement | L390 | 5.00 hrs |
|---|---|---|---|---|
| 09/27/12 | GWG | Research and conferences regarding ETS issues in Texas | L120 | 1.20 hrs |
| 09/28/12 | GWG | Work on issues related to ETS sales in Texas | L120 | 1.70 hrs |
| 09/28/12 | JW | On-site meeting with applicant for non-judicial Texas foreclosure engagement | L390 | 4.00 hrs |
| 09/28/12 | JW | Review and analyze notes and written materials from on-site meetings with potential non-judicial Texas vendors | L390 | 6.00 hrs |

TOTAL FEES FOR THIS MATTER                    $25,347.80

| 09/06/12 | Copy Charges | 0.00 |
|---|---|---|
| 09/06/12 | Copy Charges | 0.00 |
| 09/06/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/11/12 | Copy Charges Indecomm SOW | 0.00 |
| 09/12/12 | Copy Charges | 0.00 |
| 09/21/12 | Copy Charges | 0.00 |
| 09/24/12 | Copy Charges | 0.00 |
| 09/24/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/26/12 | Copy Charges | 0.00 |
| 09/06/12 | Computerized Legal Research-Westlaw Westlaw User: WATSON,JOHN D | 0.00 |
| 09/07/12 | Computerized Legal Research-Westlaw Westlaw User: KOLODZIEJ,JONATHAN | 0.00 |
| 09/10/12 | Computerized Legal Research-Westlaw Westlaw User: KOLODZIEJ,JONATHAN | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     9
OCTOBER 30, 2012

0R0802-301163

FED ID NO. 63-0243316

09/11/12 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: KOLODZIEJ,JONATHAN
09/19/12 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: KOLODZIEJ,JONATHAN
09/20/12 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: KOLODZIEJ,JONATHAN
09/24/12 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: KOLODZIEJ,JONATHAN
09/25/12 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: KOLODZIEJ,JONATHAN

BILLING SUMMARY

    John D. Watson            7.80 hrs    341.00 /hr      2,659.80
    Kenneth T. Wyatt           .90 hrs    380.00 /hr        342.00
    Jason R. Bushby          14.60 hrs    228.00 /hr      3,328.80
    Graham W. Gerhardt        4.40 hrs    263.00 /hr      1,157.20
    Jay Wright               43.50 hrs    190.00 /hr      8,265.00
    Ann Craft                 9.20 hrs    190.00 /hr      1,748.00
    Jonathan Kloldzieg       37.80 hrs    190.00 /hr      7,182.00


TOTAL FEES                  118.20 hrs               $25,347.80

TOTAL CHARGES FOR THIS INVOICE                       $25,347.80

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 15, 2012
1100 Virginia Drive                                            0R0802-301163
Fort Washington, PA 19034

                                                               INVOICE #  817896

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0802-301163
         Texas State Complaince Training -731729
         TC # 731729

EXPENSES

10/02/12 Copy Charges                                              0.00
10/03/12 Copy Charges                                              0.00
10/10/12 Copy Charges                                              0.00
10/12/12 Copy Charges                                              0.00
10/03/12 Airline Tickets - JAMES W. WRIGHT ATTEND               535.60
         ON-SITE MEETINGS 9/26/12 - 9/28/12
         Bank ID: GENR Check Number: 100226
10/03/12 Airline Tickets - JAMES W. WRIGHT ATTEND               310.60
         ON-SITE MEETINGS 9/26/12 - 9/28/12 RETURN
         FLIGHT
         Bank ID: GENR Check Number: 100226
10/03/12 Travel Expense - JAMES W. WRIGHT ATTEND ON-SITE        314.08
         MEETINGS 9/26/12 - 9/28/12 RENTAL CAR
         Bank ID: GENR Check Number: 100226
10/03/12 Travel Expense - JAMES W. WRIGHT ATTEND ON-SITE        459.86
         MEETINGS 9/26/12 - 9/28/12 HOTEL
         Bank ID: GENR Check Number: 100226
10/03/12 Travel Expense - JAMES W. WRIGHT ATTEND ON-SITE         98.00
         MEETINGS 9/26/12 - 9/28/12 PARKING, WIFI
         Bank ID: GENR Check Number: 100226
10/03/12 Meal Expense - JAMES W. WRIGHT ATTEND ON-SITE           52.09
         MEETINGS 9/26/12 - 9/28/12
         Bank ID: GENR Check Number: 100226
10/03/12 Meal Expense - JAMES W. WRIGHT ATTEND ON-SITE          216.02
         MEETINGS 9/26/12 - 9/28/12
         Bank ID: GENR Check Number: 100226
10/03/12 Meal Expense - JAMES W. WRIGHT ATTEND ON-SITE           53.08
         MEETINGS 9/26/12 - 9/28/12
         Bank ID: GENR Check Number: 100226

         TOTAL COSTS FOR THIS MATTER                        $2,039.33



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 15, 2012

0R0802-301163

FED ID NO. 63-0243316

TOTAL FEES                    0.00 hrs                      $.00

TOTAL EXPENSES                                       $2,039.33

**TOTAL CHARGES FOR THIS INVOICE**                   $2,039.33

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301163

INVOICE #  818603

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301163
     Texas State Complaince Training -731729
     TC # 731729

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | JBU | Conference call with client regarding Texas foreclosure process | C300 | .50 hrs |
| 10/01/12 | GWG | Legal research and memo regarding ETS issues | L120 | 5.10 hrs |
| 10/02/12 | GWG | Legal research regarding substitute trustees in various jurisdictions | L120 | 3.50 hrs |
| 10/09/12 | GWG | Calls and research regarding substitute trustee issues | L120 | 2.00 hrs |
| 10/10/12 | GWG | Work on memos regarding substitute trustee issues in various jurisdictions | L120 | 2.50 hrs |
| 10/10/12 | JW | Review memorandum to J.Evans regarding issues in assignment preparation | L120 | .70 hrs |
| 10/10/12 | JW | Revise memorandum to J.Evans regarding issues in assignment preparation | L120 | .80 hrs |
| 10/11/12 | JW | Teleconference regarding proposals for non-judicial foreclosures | L120 | .50 hrs |
| 10/11/12 | GWG | Call with client regarding substitute trustee issues | L120 | .50 hrs |
| 10/12/12 | JK | Revise memo regarding assignment preparation issues | L120 | 1.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 17, 2012

ResCap

0R0802-301163

FED ID NO. 63-0243316

---

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/15/12 | GWG | Work on memos to client regarding substitute trustee issues | L120 | .90 hrs |
| 10/16/12 | GWG | Conference calls with client regarding substitute trustee issues | L120 | .70 hrs |
| 10/16/12 | JBU | Reviewed and revised memorandum to GMAC regarding preparation of assignments | C300 | 1.20 hrs |
| 10/17/12 | JK | Revise and edit the memo regarding assignment and preparation in order to send to GMAC | L120 | .60 hrs |
| 10/18/12 | JW | Teleconference regarding firm proposals | L120 | .30 hrs |
| 10/18/12 | JK | Make final revisions to memo reagarding assignment and preparation | L120 | .50 hrs |
| 10/18/12 | CWH | Review and analyze outstanding issues with the continued operation of trustee in various states in light of upcoming sale of parent company | L120 | 1.00 hrs |
| 10/18/12 | CWH | Attend conference call with client regarding operation of trustee in various states in light of upcoming sale of parent company | L120 | .50 hrs |
| 10/18/12 | GWG | Legal research into issues involving substitute trustees | L120 | 1.30 hrs |
| 10/19/12 | GWG | Conference call regarding substitute trustee issues | L120 | .60 hrs |
| 10/22/12 | JBU | Reviewed and revised memorandum of law related to assignment preparation process | C300 | .80 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 17, 2012

ResCap

0R0802-301163

FED ID NO. 63-0243316

| 10/25/12 | GWG | Research issues related to substitute trustee status in various states | L120 | 1.00 hrs |
|---|---|---|---|---|
| 10/25/12 | JW | Teleconferences with E.DeSilva regarding Executive Trustee Services law firm proposals | L120 | 1.00 hrs |
| 10/25/12 | CWH | Review and analyze issues with transfer of ETS files to a new firm | L120 | .60 hrs |
| 10/25/12 | JBU | Conference call with client regarding Texas foreclosure process | C300 | .70 hrs |
| 10/26/12 | JW | Draft memorandum to E.DeSilva regarding law firm's Executive Trustee Services proposal | L120 | .70 hrs |
| 10/29/12 | CWH | Review and revise analysis of two proposed default firms in Texas before submission to client | L120 | .20 hrs |
| 10/30/12 | JK | Strategy conference with W.Allen and J.Bushby to analyze best practices for assignment process risk | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $7,502.90

BILLING SUMMARY

| Christian W. Hancock | 2.30 hrs | 330.00 /hr | 759.00 |
|---|---|---|---|
| Jason R. Bushby | 3.20 hrs | 228.00 /hr | 729.60 |
| Graham W. Gerhardt | 18.10 hrs | 263.00 /hr | 4,760.30 |
| Jay Wright | 4.00 hrs | 190.00 /hr | 760.00 |
| Jonathan Kloldzieg | 2.60 hrs | 190.00 /hr | 494.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
NOVEMBER 17, 2012

0R0802-301163

FED ID NO. 63-0243316

TOTAL FEES                30.20 hrs              $7,502.90

**TOTAL CHARGES FOR THIS INVOICE**              $7,502.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301163

INVOICE #  820850

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301163
     Texas State Complaince Training -731729
     TC # 731729

| | | |
|---|---|---|
| 11/14/12 Copy Charges | | 0.00 |
| 11/14/12 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: KOLODZIEJ,JONATHAN | | |
| 11/19/12 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: KOLODZIEJ,JONATHAN | | |

TOTAL FEES              0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**              $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                                       0R0802-301163
Fort Washington, PA 19034

                                                                          INVOICE #  821082

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

       Re:   0R0802-301163
             Texas State Complaince Training -731729
             TC # 731729

PROFESSIONAL SERVICES

| 11/01/12 | JBU | Conference call with client regarding Texas foreclosure process | C300 | .20 hrs |
|---|---|---|---|---|
| 11/01/12 | JK | Revise and review unauthorized practice of law memo to reflect edits and suggestions discussed by W.Allen | L120 | .70 hrs |
| 11/01/12 | JW | Teleconference regarding foreclosure firm proposals | L120 | .50 hrs |
| 11/08/12 | JBU | Conference call with client regarding Texas foreclosure process | B120 | .20 hrs |
| 11/08/12 | JW | Teleconference regarding new firm approval | L110 | .20 hrs |
| 11/14/12 | JK | Research New York and Washington DC unauthorized practice of law statutes | L120 | 1.70 hrs |
| 11/16/12 | JK | Research New York and Washington D.C. caselaw regarding unauthorized practice of law | L120 | 2.20 hrs |
| 11/19/12 | JK | Research ethics opinions in NY and DC to determine whether there is a secretarial exception to the unauthorized practice of law statute regarding unauthorized practice of law | L120 | 4.60 hrs |

             TOTAL FEES FOR THIS MATTER                                   $1,972.20



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0802-301163

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jason R. Bushby | .40 hrs | 228.00 /hr | 91.20 |
| Jay Wright | .70 hrs | 190.00 /hr | 133.00 |
| Jonathan Kloldzieg | 9.20 hrs | 190.00 /hr | 1,748.00 |

TOTAL FEES                10.30 hrs                    $1,972.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,972.20**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301163

INVOICE #  830072

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301163
     Texas State Complaince Training -731729
     TC # 731729

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/07/12 | JBU | Reviewed, analyzed, and revised memorandum of law regarding UPL assignment issues | C300 | 2.40 hrs |
| 12/11/12 | JBU | Revised and finalized memorandum of law regarding assignment preparation | C300 | .50 hrs |
| 12/11/12 | JBU | Continued to review and revise memorandum of law regarding assignment preparation | C300 | .90 hrs |
| 12/12/12 | JBU | Revised and finalized memorandum of law related to assignment preparation and unauthorized practice of law | C300 | 1.40 hrs |
| 12/18/12 | JBU | Finalized memorandum of law regarding preparation of assignments and unauthorized practice of law | C300 | .70 hrs |
| 12/18/12 | JK | Revise memo on unauthorized practice of law and send final version to J.Evans | L120 | 1.40 hrs |

                 TOTAL FEES FOR THIS MATTER                    $1,611.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jason R. Bushby | 5.90 hrs | 228.00 /hr | 1,345.20 |
| Jonathan Kloldzieg | 1.40 hrs | 190.00 /hr | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE        2
JANUARY 23, 2013

ResCap

0R0802-301163

FED ID NO. 63-0243316

TOTAL FEES                    7.30 hrs                    $1,611.20

**TOTAL CHARGES FOR THIS INVOICE**                    $1,611.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301164

INVOICE #  821083

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301164
     George, Christopher
     No. 732152
     TC # 732152

PROFESSIONAL SERVICES

11/05/12  AHC   Draft memorandum regarding final          L190      .30 hrs
                disposition of file and correspondence
                to client regarding same


          TOTAL FEES FOR THIS MATTER                                $43.50


BILLING SUMMARY

   Alecia H. Cockrell        .30 hrs   145.00 /hr        43.50


TOTAL FEES                  0.30 hrs                     $43.50

**TOTAL CHARGES FOR THIS INVOICE**                       $43.50


            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301165

INVOICE #  821084

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301165
     Lallemand, Gloria
     No. 732147
     TC # 732147

PROFESSIONAL SERVICES

11/14/12   ERP   Draft status update for attorney review   L120   .20 hrs

11/14/12   ERP   Initial draft of closing memorandum for   L120   .40 hrs
                 attorney review

              TOTAL FEES FOR THIS MATTER                      $90.00

BILLING SUMMARY

    Emily R. Powell          .60 hrs   150.00 /hr      90.00

TOTAL FEES              0.60 hrs              $90.00

**TOTAL CHARGES FOR THIS INVOICE**            **$90.00**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 30, 2012
1100 Virginia Drive                                      0R0802-301166
Fort Washington, PA 19034

INVOICE #  813564

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0802-301166
      Kazork.com
      No. 732144
      TC # 732144

PROFESSIONAL SERVICES

09/08/12  MPE  Draft status update                 L110    .20 hrs

09/11/12  CWH  Attend conference call with vendor and   L110    .40 hrs
               persons from GMAC regarding ongoing
               short sale review and payment issues

          TOTAL FEES FOR THIS MATTER              $161.80

BILLING SUMMARY

   Christian W. Hancock      .40 hrs   330.00 /hr      132.00
   Melisa P. Palmer          .20 hrs   149.00 /hr       29.80

TOTAL FEES                 0.60 hrs              $161.80

**TOTAL CHARGES FOR THIS INVOICE**              $161.80

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0R0802-301166

INVOICE #  829962

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301166
     Kazork.com
     No. 732144
     TC # 732144

PROFESSIONAL SERVICES

10/02/12  CWH  Follow-up with client on file status of        L110       .10 hrs
               issues with vendor

               TOTAL FEES FOR THIS MATTER                                 $33.00
               LESS DISCOUNT                                             (33.00)

BILLING SUMMARY

    Christian W. Hancock          .10 hrs   330.00 /hr         33.00

TOTAL FEES                        0.10 hrs                   $.00

**TOTAL CHARGES FOR THIS INVOICE**                          $.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301168

INVOICE #  813565

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301168
     Fresco, Juan
     No. 732132
     TC # 732132

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/01/12 | CSM | Review correspondence relating to request by foreclosing second priority lien holder to satisfy first priority lien | L110 | .20 hrs |
| 09/01/12 | CSM | Emails with C.Adams regarding request by foreclosing second priority lien holder to satisfy first priority lien | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $90.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .30 hrs | 300.00 /hr | 90.00 |

TOTAL FEES                    0.30 hrs                    $90.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$90.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301169

INVOICE #  818604

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301169
     Oklahoma Assignment Issue - 732228
     TC # 732228

### PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/01/12 | RLB | Draft monthly status report regarding contact with borrower about mortgage release | L190 | .10 hrs |
| 10/02/12 | RBB | Review case in order to prepare monthly status update | L140 | .10 hrs |
| 10/02/12 | RBB | Prepare monthly status update | L140 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $56.40

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Robert B. Benson | .20 hrs | 149.00 /hr | 29.80 |
| Rashad L. Blossom | .10 hrs | 266.00 /hr | 26.60 |

TOTAL FEES            0.30 hrs            $56.40

**TOTAL CHARGES FOR THIS INVOICE**            **$56.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301169

INVOICE #  821085

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301169
     Oklahoma Assignment Issue - 732228
     TC # 732228

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $42.60 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .10 hrs | 266.00 /hr | 26.60 |
| Kerry Keane | .10 hrs | 160.00 /hr | 16.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $42.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$42.60** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301171

INVOICE #  818605

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301171
     West Virginia Senate Bill 551 - 732163
     TC # 732163

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/21/12 | DBO | Review and revise draft legislation memorandum pursuant to teleconference | L120 | .50 hrs |
| 10/02/12 | DBO | Correspondence related to state AG response to draft legislation | L120 | .30 hrs |
| 10/15/12 | JBU | Prepared letter to AG addressing position regarding statute and refuting suggestions made by AG | C300 | 5.80 hrs |
| 10/15/12 | DBO | Prepared and finalized letter to AG regarding draft legislation and forwarded to client for review and sending | L120 | .70 hrs |
| 10/16/12 | DBO | Correspondence with B.Martin regarding final letter to AG | L120 | .10 hrs |
| 10/18/12 | DBO | Finalized response letter to AG relating to draft legislation | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $1,977.90

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Brian O'Dell | 1.90 hrs | 345.00 /hr | 655.50 |
| Jason R. Bushby | 5.80 hrs | 228.00 /hr | 1,322.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0802-301171

FED ID NO. 63-0243316

TOTAL FEES                    7.70 hrs              $1,977.90

**TOTAL CHARGES FOR THIS INVOICE**              $1,977.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301172

INVOICE #  821086

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301172
     Texas HAMP Issue - 729185
     TC # 729185

PROFESSIONAL SERVICES

11/06/12   ERP  Draft status report for attorney review   L120   .20 hrs

11/06/12   JCCO Draft status report for client            L140   .10 hrs


          TOTAL FEES FOR THIS MATTER                           $49.50



BILLING SUMMARY

   Emily R. Powell           .20 hrs   150.00 /hr        30.00
   Jonathan Cobb             .10 hrs   195.00 /hr        19.50


TOTAL FEES                 0.30 hrs                     $49.50

**TOTAL CHARGES FOR THIS INVOICE**                     $49.50


          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 15, 2012
1100 Virginia Drive                                            0R0802-301176
Fort Washington, PA 19034

                                                               INVOICE #  817729

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0802-301176
      SCRA Inquiry - 719827
      TC # 719827

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | | |
|---|---|---|---|---|
| 08/13/12 | RBB | Document production: copies of documents prepared for the DOJ for attorney review | L140 | .30 hrs |
| 08/16/12 | MCG | Review completed foreclosure pleadings files for compliance with the SCRA | C300 | 6.30 hrs |
| 09/04/12 | MCG | Correspondence with client regarding independent consultant engagement letter | C300 | .40 hrs |
| 09/05/12 | MCG | Correspondence with client regarding engagement letter for independent consultant | C300 | .40 hrs |
| 09/05/12 | MCG | Correspondence with A.Standridge regarding Federal Reserve Board request to review engagement letter with independent consultant | C400 | .30 hrs |
| 09/05/12 | MCG | Review and revise memorandum to client regarding engagement letter with independent counsel | C300 | .50 hrs |
| 09/06/12 | MCG | Review foreclosure procedures for compliance with the SCRA | C300 | .70 hrs |
| 09/07/12 | MCG | Conference call regarding compliance with Exhibit H to Consent Order | C300 | .50 hrs |
| 09/11/12 | MCG | Prepare CD with revised policies and procedures for production to DOJ | C400 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 15, 2012

0R0802-301176

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 09/11/12 | MCG | Review and analyze completed foreclosure pleadings files and servicing file for floans to assess SCRA compliance | C100 | 4.60 hrs |
| 09/11/12 | MCG | Telephone conference with A.Standridge regarding engagement letter for Independent Consultant and policies and procedures for foreclosure | C400 | .50 hrs |
| 09/11/12 | MCG | Review Exhibit H to consent order regarding compliance testing and reporting and compare to existing compliance report | C300 | .80 hrs |
| 09/11/12 | RBB | Document production to DOJ | L140 | .70 hrs |
| 09/12/12 | RBB | Document production to DOJ | L140 | .70 hrs |
| 09/13/12 | MCG | Correspondence to DOJ with revised policies and procedures | C400 | .20 hrs |
| 09/13/12 | MCG | Correspondence with DOJ regarding training for independent consultants | C400 | .20 hrs |
| 09/14/12 | MCG | Attend conference call regarding compliance with Exhibit H to Consent Order | C300 | .60 hrs |
| 09/17/12 | MCG | Correspondence with A.Standridge regarding training for the independent consultants | C400 | .10 hrs |
| 09/17/12 | MCG | Correspondence with client regarding training for independent consultants | C300 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 15, 2012

0R0802-301176

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/17/12 | MCG | Review SCRA policies and procedures for reference to additional protections provided by state law | L120 | .20 hrs |
| 09/18/12 | MCG | Correspondence with client and client regarding independent consultant training | C300 | .20 hrs |
| 09/18/12 | MCG | Review, revise and submit questions regarding independent consultant training and decision trees to A.Standridge | C400 | .50 hrs |
| 09/20/12 | MCG | Review policies and procedures reconciliation spreadsheet for compliance with Exhibit H | C300 | 1.30 hrs |
| 09/20/12 | MCG | Correspondence to J.Beranek regarding revisions to policies and procedures related to SCRA | C300 | .20 hrs |
| 09/20/12 | MCG | Review e-mail from Federal Reserve Board regarding training for independent consultants | C400 | .10 hrs |
| 09/20/12 | MCG | Review correspondence from client regarding Federal Reserve Board objections to selected independent consultant | C300 | .20 hrs |
| 09/21/12 | MCG | Review and analyze letter sent to borrower related to SCRA | C300 | .60 hrs |
| 09/21/12 | MCG | Review and analyze revised policies related to verification of eligibility for SCRA protection | C300 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
NOVEMBER 15, 2012

ResCap

0R0802-301176

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 09/21/12 | MCG | Review and analyze quality assurance report for compliance with Exhibit H and SCRA | C300 | .80 hrs |
| 09/24/12 | MCG | Conference with the DOJ, servicers, independent consultants, FRB and OCC related to SCRA foreclosure review | C400 | 6.00 hrs |
| 09/25/12 | MCG | Review database for active service dates for completed foreclosures to confirm SCRA compliance | L110 | 2.30 hrs |
| 09/26/12 | MCG | Review and revise policies and procedures compliance checklist | L190 | 1.40 hrs |
| 09/26/12 | MCG | Correspondence with A.Standridge regarding policies and procedures compliance checklist | C400 | .20 hrs |
| 09/26/12 | MCG | Review database and bankruptcy pleadings for completed foreclosures to confirm SCRA compliance | L110 | 5.30 hrs |
| 09/26/12 | MCG | Prepare spreadsheet of completed foreclosures to confirm SCRA compliance | L110 | 1.10 hrs |
| 09/26/12 | MCG | Review case law regarding SCRA compliance in chapter 7 cases | C200 | .60 hrs |
| 09/27/12 | MCG | Review correspondence from DOJ to Ally for failing to sign engagement letter with independent consultant | C400 | .20 hrs |
| 09/27/12 | MCG | Review and analyze case law regarding SCRA application in bankruptcy proceeding and compliance with the SCRA sections related to default judgments | C200 | 3.60 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
NOVEMBER 15, 2012

0R0802-301176

FED ID NO. 63-0243316

09/27/12  MCG   Review and analyze database and
                bankruptcy pleadings for completed
                foreclosure to assess SCRA compliance          L110      .60 hrs

                TOTAL FEES FOR THIS MATTER                              $13,980.80

BILLING SUMMARY

   Robert B. Benson          1.70 hrs    149.00 /hr        253.30
   Michael C. Griffin       42.50 hrs    323.00 /hr     13,727.50

TOTAL FEES                   44.20 hrs                  $13,980.80

**TOTAL CHARGES FOR THIS INVOICE**                     **$13,980.80**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301176

INVOICE #  818606

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301176
      SCRA Inquiry - 719827
      TC # 719827

PROFESSIONAL SERVICES

10/17/12   RBB   Document production to DOJ          L140     1.40 hrs

          TOTAL FEES FOR THIS MATTER                        $208.60

BILLING SUMMARY

   Robert B. Benson        1.40 hrs   149.00 /hr      208.60

TOTAL FEES                 1.40 hrs                   $208.60

**TOTAL CHARGES FOR THIS INVOICE**                   **$208.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0802-301177

INVOICE #  817897

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301177
     Record Services Review - 733483
     TC # 733483

EXPENSES

| | | |
|---|---|---|
| 10/23/12 | Airline Tickets - MICHAEL C.GRIFFIN TRAVEL TO WATERLOO, IA FOR AFFIDAVIT REVIEW 10/12/12 - 10/14/12<br>Bank ID: GENR Check Number: 101163 | 727.70 |
| 10/24/12 | Airline Tickets - CHRISTIAN HANCOCK RECORD SERVICES REVIEW IN WATERLOO, IA 10/17/12 - 10/19/12<br>Bank ID: GENR Check Number: 101166 | 770.70 |
| 10/23/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO WATERLOO, IA FOR AFFIDAVIT REVIEW 10/12/12 - 10/14/12 HOTEL<br>Bank ID: GENR Check Number: 101163 | 223.98 |
| 10/23/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO WATERLOO, IA FOR AFFIDAVIT REVIEW 10/12/12 - 10/14/12 RENTAL CAR<br>Bank ID: GENR Check Number: 101163 | 68.71 |
| 10/23/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO WATERLOO, IA FOR AFFIDAVIT REVIEW 10/12/12 - 10/14/12 PARKING<br>Bank ID: GENR Check Number: 101163 | 51.00 |
| 10/24/12 | Travel Expense - CHRISTIAN HANCOCK RECORD SERVICES REVIEW IN WATERLOO, IA 10/17/12 - 10/19/12 HOTEL<br>Bank ID: GENR Check Number: 101166 | 316.96 |
| 10/24/12 | Travel Expense - CHRISTIAN HANCOCK RECORD SERVICES REVIEW IN WATERLOO, IA 10/17/12 - 10/19/12 PARKING<br>Bank ID: GENR Check Number: 101166 | 35.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 15, 2012

ResCap

0R0802-301177

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 10/23/12 Meal Expense - MICHAEL C.GRIFFIN TRAVEL TO WATERLOO, IA FOR AFFIDAVIT REVIEW 10/12/12 - 10/14/12 | | 35.15 |
| Bank ID: GENR Check Number: 101163 | | |
| 10/23/12 Meal Expense - MICHAEL C.GRIFFIN TRAVEL TO WATERLOO, IA FOR AFFIDAVIT REVIEW 10/12/12 - 10/14/12 | | 24.84 |
| Bank ID: GENR Check Number: 101163 | | |
| 10/23/12 Meal Expense - MICHAEL C.GRIFFIN TRAVEL TO WATERLOO, IA FOR AFFIDAVIT REVIEW 10/12/12 - 10/14/12 | | 34.68 |
| Bank ID: GENR Check Number: 101163 | | |
| 10/23/12 Meal Expense - MICHAEL C.GRIFFIN TRAVEL TO WATERLOO, IA FOR AFFIDAVIT REVIEW 10/12/12 - 10/14/12 | | 17.02 |
| Bank ID: GENR Check Number: 101163 | | |
| 10/24/12 Meal Expense - CHRISTIAN HANCOCK RECORD SERVICES REVIEW IN WATERLOO, IA 10/17/12 - 10/19/12 | | 32.79 |
| Bank ID: GENR Check Number: 101166 | | |

TOTAL COSTS FOR THIS MATTER          $2,338.53


TOTAL FEES             0.00 hrs                    $.00

TOTAL EXPENSES                              $2,338.53

**TOTAL CHARGES FOR THIS INVOICE**          **$2,338.53**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301177

INVOICE #  818607

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301177
     Record Services Review - 733483
     TC # 733483

<u>PROFESSIONAL SERVICES</u>

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/11/12 | MCG | Review lost note affidavits for compliance with policies and procedures for document execution | L110 | .60 hrs |
| 10/11/12 | NSR | Prepare for review of completed affidavits related to foreclosure actions for quality control | L120 | 1.30 hrs |
| 10/11/12 | CWH | Review and analyze issues regarding document creation/execution issues and planned audit of same | L120 | 1.20 hrs |
| 10/12/12 | NSR | Onsite review of completed affidavits related to foreclosure actions for quality control onsite with client | L120 | 8.10 hrs |
| 10/12/12 | MCG | Review completed affidavits in support of foreclosure actions for quality control and compliance with policies and procedures | L110 | 8.10 hrs |
| 10/12/12 | MCG | Review policies and procedures related to execution of affidavits, notary logs, and policies and procedures training slides for records services in preparation for compliance review | L110 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 17, 2012

ResCap

0R0802-301177

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/13/12 | MCG | Onsite review of completed affidavits in support of foreclosure actions for quality control and compliance with policies and procedures | L110 | 12.80 hrs |
| 10/13/12 | NSR | Review completed affidavits related to foreclosure actions for quality control | L120 | 12.80 hrs |
| 10/14/12 | CWH | Continue to analyze issues regarding affidavit signing issues and discuss next steps with client | L120 | .30 hrs |
| 10/15/12 | CWH | Exchange several emails with client regarding second visit to record services to review/remediate issues | L120 | .40 hrs |
| 10/15/12 | MCG | Review and revise spreadsheet of review of documents prepared by records services | C300 | 1.10 hrs |
| 10/15/12 | MCG | Prepare synopsis of review of documents prepared by records services | C300 | .90 hrs |
| 10/15/12 | MCG | Telephone conference with E.DeSilva regarding review of documents prepared by records services | C300 | .50 hrs |
| 10/16/12 | MCG | Strategy regarding recommendations for new training and revision to policies and procedures for records services | L120 | .70 hrs |
| 10/16/12 | CWH | Review materials from first visit to record services and develop action plan for follow up visit | L110 | .60 hrs |
| 10/17/12 | CWH | Prepare for and conduct interviews and training with document services team members in Waterloo, IA | L120 | 7.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 17, 2012

ResCap

0R0802-301177

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/18/12 | CWH | Onsite work at GMACM in Waterloo, IA to conduct interviews and training with document services team members | L120 | 7.90 hrs |
| 10/19/12 | CWH | Final day onsite at GMACM in Waterloo, IA to complete interviews and training with document services team members | L120 | 7.20 hrs |
| 10/22/12 | CWH | Review and analyze issues identified on last week's visit to Record Services Department | L120 | .30 hrs |
| 10/24/12 | CWH | Exchange several emails with Record Services team regarding specific inquiries on affidavits | L110 | .40 hrs |
| 10/26/12 | CWH | Review document execution issues relating to Record Services team | L110 | .90 hrs |
| 10/29/12 | CWH | Exchange e-mails with client regarding assignments of mortgages | L120 | .20 hrs |
| 10/30/12 | CWH | Review and analyze emails and documents from Record Services about assignment of mortgage | L120 | .80 hrs |
| 10/30/12 | CWH | E-mails and several phone call with client regarding approval for assignment of mortgage | L120 | .90 hrs |
| 10/30/12 | CWH | Draft email to client setting out proposed standard practices for executing assignment of mortgage and mark up an example document as well | L120 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0802-301177

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/30/12 | CWH | Review deed of trust rejected by recording office and exchange e-mails with client regarding how to handle same | L120 | .20 hrs |
| 10/30/12 | ASI | Review and analyze factual timelines of affected loan files regarding assignment of mortgage date issues | C300 | 2.10 hrs |

TOTAL FEES FOR THIS MATTER                                $24,708.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 29.20 hrs | 330.00 /hr | 9,636.00 |
| Michael C. Griffin | 25.80 hrs | 323.00 /hr | 8,333.40 |
| Avery Simmons | 2.10 hrs | 249.00 /hr | 522.90 |
| Nader Raja | 22.20 hrs | 280.00 /hr | 6,216.00 |

TOTAL FEES                   79.30 hrs                   $24,708.30

**TOTAL CHARGES FOR THIS INVOICE**                   **$24,708.30**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301177

INVOICE # 821087

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re: 0R0802-301177
    Record Services Review - 733483
    TC # 733483

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CWH | Review and analyze issues with identification of investors in various foreclosure documents and exchange several emails with client regarding same | L120 | .40 hrs |
| 11/01/12 | CWH | Exchange e-mails with Record Services employee and client about a default counsel's failure to respond timely to an issue | L120 | .20 hrs |
| 11/01/12 | CWH | Continue to exchange e-mails with client and default counsel regarding assignment of mortgage issues and chain of endorsements on note | L120 | .20 hrs |
| 11/01/12 | ASI | Research, review and analyze Florida loan files and issues associated with foreclosure of same | L120 | .70 hrs |
| 11/02/12 | ASI | Research, review and analyze issues related to Florida loan files and assignments of mortgage on same | L120 | .60 hrs |
| 11/02/12 | CWH | Review and analyze issues raised with six assignments of mortgage for serviced loans and exchange e-mails with client on same | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301177

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/12 | CWH | Follow-up with client on issues with original documents held by default counsel | L120 | .10 hrs |
| 11/06/12 | CWH | Exchange e-mails with Record Services regarding individual notes in Florida that need location or creation of lost note affidavits | L120 | .30 hrs |
| 11/06/12 | CWH | Continue to review and analyze Pooling & Servicing Agreement and other documents for a particular ownership affidavit question raised by Record Services | L120 | .40 hrs |
| 11/06/12 | CWH | Continue to review and analyze an Investor's request to create assignments of mortgage and advise client on same | L120 | .20 hrs |
| 11/06/12 | KK | Research docket to determine status of filing of original note per Record Services' request | L110 | .20 hrs |
| 11/07/12 | CWH | Review and analyze Maryland Notice of Intent to Foreclose and ownership affidavit question raised by Record Services | L120 | .20 hrs |
| 11/08/12 | CWH | Exchange e-mails with employees from Record Services regarding a Maryland loan | L120 | .20 hrs |
| 11/08/12 | CWH | Review and analyze issues regarding a CEMA loan and exchange e-mails with client regarding same | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 30, 2012

ResCap

0R0802-301177

FED ID NO. 63-0243316

| 11/08/12 | CWH | Review and revise notes from onsite Record Services visit  and email client with thoughts on improvement for the department | L120 | .40 hrs |
| 11/08/12 | CWH | Review and analyze Florida firm's response about location and endorsement of several notes | L120 | .20 hrs |
| 11/12/12 | CWH | Continue to review and analyze issues with the updated beneficiary matrix and how ownership affidavits should be completed | L120 | .40 hrs |
| 11/12/12 | CWH | Exchange e-mails with client regarding removal of extraneous pages from a custodial file | L120 | .10 hrs |
| 11/12/12 | CWH | Review and respond to employee's question regarding a New York Affidavit of Possession | L120 | .30 hrs |
| 11/13/12 | CWH | Exchange several emails with client regarding several different requests for lost note affidavits and review/analyze documents for same | L120 | 1.70 hrs |
| 11/14/12 | CWH | Exchange e-mails with Record Services regarding a particular Florida loan and location of the note | L110 | .20 hrs |
| 11/14/12 | CWH | Exchange e-mails with client regarding several lost note affidavit questions | L120 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0802-301177

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/14/12 | KK | Telephone call with court regarding status of original loan documents in case in Osceola County, Florida and emails with client regarding same | L110 | .30 hrs |
| 11/15/12 | CWH | Exchange several emails with client regarding how to handle investor requests for creation of chain of assignments of mortgage | L110 | .20 hrs |
| 11/16/12 | CWH | Review and analyze issues with lost assignment of mortgage affidavits for Record Services team | L120 | .20 hrs |
| 11/16/12 | CWH | Exchange e-mails with Record Services regarding issues with a loan's documentation and final payment date | L120 | .20 hrs |
| 11/19/12 | CWH | Exchange e-mails with client regarding questions on a missing assignment of mortgage | L120 | .20 hrs |
| 11/19/12 | CWH | Review documents regarding loan with two notes and advise client regarding same | L120 | .40 hrs |
| 11/20/12 | CWH | Review and respond to several emails and documents from record services employees regarding assignments and affidavits | L120 | .80 hrs |
| 11/26/12 | CWH | Exchange several emails with Record Services and review and analyze documents which they have concerns about | L120 | .20 hrs |
| 11/27/12 | CWH | Exchange emails with Record Services and review and analyze several documents which they have questions about | L120 | 1.20 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
NOVEMBER 30, 2012

0R0802-301177

FED ID NO. 63-0243316

---

| 11/27/12 | NSR | Analyze Washington law regarding scope of powers of attorney and ability to delegate authority granted | L120 | 2.40 hrs |
| 11/27/12 | NSR | Draft e-mail regarding interpretation of powers of attorney under Washington law | L120 | .40 hrs |
| 11/29/12 | NSR | Review and analyze power of attorney regarding enumerated powers | L120 | .30 hrs |
| 11/29/12 | CWH | Exchange e-mails with Record Services department about questions regarding affidavits and powers of attorney | L120 | .70 hrs |

TOTAL FEES FOR THIS MATTER                    $4,868.70

BILLING SUMMARY

| Christian W. Hancock | 10.90 hrs | 330.00 /hr | 3,597.00 |
| Avery Simmons | 1.30 hrs | 249.00 /hr | 323.70 |
| Nader Raja | 3.10 hrs | 280.00 /hr | 868.00 |
| Kerry Keane | .50 hrs | 160.00 /hr | 80.00 |

TOTAL FEES              15.80 hrs                    $4,868.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$4,868.70**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      JANUARY 23, 2013
1100 Virginia Drive                                        0R0802-301177
Fort Washington, PA 19034

INVOICE #  830074

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301177
     Record Services Review - 733483
     TC # 733483

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/30/12 | CWH | Review and analyze issues with power of attorney to execute certain documents | L120 | .30 hrs |
| 12/02/12 | CWH | Review and analyze Notice of Intent to Foreclose and affidavit of ownership for Record Services and respond to their inquiry with advice on same | L120 | .20 hrs |
| 12/03/12 | CWH | Review and analyze documents for Record Services and draft advisory email to client regarding investor's request for execution of assignment of certain rights under two loans | L120 | .30 hrs |
| 12/04/12 | CWH | Review and analyze several issues for Record Services, including a mortgage that needs to be re-recorded but one borrower is now deceased and investor requests for assignment of deficiency rights, among others | L120 | .70 hrs |
| 12/05/12 | CWH | Review, analyze, and respond to numerous questions raised by Record Services about documents they are being asked to execute | L120 | .50 hrs |
| 12/07/12 | CWH | Review and analyze a lost note issue with a CEMA loan and exchange e-mails with client on same | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE        2
JANUARY 23, 2013

ResCap

0R0802-301177

FED ID NO. 63-0243316

---

| 12/10/12 | CWH | Review and analyze various issues with CEMA loans and lost note affidavits for same | L120 | .20 hrs |
| 12/10/12 | CWH | Exchange e-mails with Record Services area regarding a questioned affidavit | L120 | .10 hrs |
| 12/11/12 | CWH | Exchange several emails with Record Services regarding documents for execution, including lost note affidavits regarding CEMA in New York | L120 | .50 hrs |
| 12/12/12 | CWH | Continue to exchange e-mails with Record Services regarding a CEMA loan in New York | L120 | .20 hrs |
| 12/12/12 | CWH | Review and analyze issues with a lost note affidavit request from short sale buyer and respond to client emails about same | L120 | .30 hrs |
| 12/17/12 | CWH | Exchange e-mails with client regarding several questions raised from Record Services area regard lost instrument affidavits | L120 | .30 hrs |
| 12/18/12 | CWH | Exchange e-mails with employees in Record Services department regarding assignments | L120 | .20 hrs |
| 12/20/12 | CWH | Review and analyze issues related to use of lost note affidavits in Arizona | L120 | .20 hrs |
| 12/27/12 | CWH | Exchange e-mails with client and record services employee about a mortgage which was never recorded and borrowers are now divorced | L120 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0802-301177

**FED ID NO. 63-0243316**

| | | | | | |
|---|---|---|---|---|---|
| 12/27/12 | CWH | Review and analyze whether a lost mortgage affidavit can be used in Arizona | L120 | .20 hrs |
| 12/27/12 | CWH | Review and analyze issues with joint tenancy for Loan #-----0102, where one borrower has died | L120 | .20 hrs |
| 12/27/12 | CWH | Email client regarding need to review deed for Loan #-----0102 | L120 | .10 hrs |
| 12/27/12 | APUC | Review and analyze case law and statutes addressing whether deeds of trusts and mortgages are secured instruments | L660 | .90 hrs |
| 12/28/12 | APUC | Review and analyze remedy for lost or destroyed mortgages or deeds of trusts | L660 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,288.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 5.20 hrs | 330.00 /hr | 1,716.00 |
| Amy Puckett | 2.20 hrs | 260.00 /hr | 572.00 |

TOTAL FEES                    7.40 hrs                    $2,288.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,288.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301178

INVOICE #  818608

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301178
     REO on-site review - 733668
     TC # 733668

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/15/12 | KSA | Review email communications regarding SCRA and rent control areas | L120 | .50 hrs |
| 10/15/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 11.20 hrs |
| 10/16/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 10.40 hrs |
| 10/16/12 | KSA | Conference call with REO representative regarding SCRA requirements | L120 | .80 hrs |
| 10/17/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 10.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 17, 2012

0R0802-301178

FED ID NO. 63-0243316

ResCap

| 10/19/12 | CJA | Drafted and revised form donation agreement | B250 | 4.10 hrs |
|---|---|---|---|---|
| 10/24/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 11.20 hrs |
| 10/25/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 10.10 hrs |
| 10/26/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 10.50 hrs |
| 10/29/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls related to aged and litigated assets, resolving title disputes with title insurance providers and revising/editing closing and transactional documents | B250 | 11.70 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0802-301178

FED ID NO. 63-0243316

10/30/12   CJA   Served as a on-site, dedicated legal
                 resource for GMAC REO, including
                 telephone calls related to aged and
                 litigated assets, resolving title
                 disputes with title insurance providers
                 and revising/editing closing and
                 transactional documents                    B250    10.20 hrs


              TOTAL FEES FOR THIS MATTER                          $19,252.90


BILLING SUMMARY

    Keith S. Anderson        1.30 hrs    223.00 /hr        289.90
    C. Jason Avery          90.30 hrs    210.00 /hr     18,963.00


TOTAL FEES                  91.60 hrs                 $19,252.90

**TOTAL CHARGES FOR THIS INVOICE**                    **$19,252.90**

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              NOVEMBER 30, 2012
1100 Virginia Drive                                 0R0802-301178
Fort Washington, PA 19034

                                                    INVOICE #  820851

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301178
     REO on-site review - 733668
     TC # 733668

EXPENSES

| | | |
|---|---|---:|
| 11/05/12 | Airline Tickets - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/24/12 - 10/26/12 Bank ID: GENR Check Number: 101946 | 649.60 |
| 11/05/12 | Airline Tickets - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ONSITE SUPPORT 10/29/12 - 10/30/12 Bank ID: GENR Check Number: 101946 | 649.60 |
| 11/05/12 | Airline Tickets - C. JASON AVERY TRIP TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/15/12 - 10/17/12 Bank ID: GENR Check Number: 101946 | 643.60 |
| 11/13/12 | Airline Tickets - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO FOR ON-SITE SUPPORT 11/7/12 - 11/8/12 Bank ID: GENR Check Number: 102298 | 642.90 |
| 11/19/12 | Airline Tickets - C. JASON AVERY TRIP TO DALLAS, TX GMAC REO FOR ONSITE SUPPORT 11/13/12 - 11/14/12 Bank ID: GENR Check Number: 102571 | 649.60 |
| 11/05/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/24/12 - 10/26/12 HOTEL Bank ID: GENR Check Number: 101946 | 487.64 |
| 11/05/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/24/12 - 10/26/12  RENTAL CAR Bank ID: GENR Check Number: 101946 | 234.63 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0802-301178

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 11/05/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/24/12 - 10/26/12 CAB FARE<br>Bank ID: GENR Check Number: 101946 | 36.25 |
| 11/05/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ONSITE SUPPORT 10/29/12 - 10/30/12 HOTEL<br>Bank ID: GENR Check Number: 101946 | 243.82 |
| 11/05/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ONSITE SUPPORT 10/29/12 - 10/30/12 RENTAL CAR<br>Bank ID: GENR Check Number: 101946 | 183.56 |
| 11/05/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ONSITE SUPPORT 10/29/12 - 10/30/12 CAB FARE<br>Bank ID: GENR Check Number: 101946 | 30.00 |
| 11/05/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/15/12 - 10/17/12 HOTEL<br>Bank ID: GENR Check Number: 101946 | 487.64 |
| 11/05/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/15/12 - 10/17/12 RENTAL CAR<br>Bank ID: GENR Check Number: 101946 | 234.63 |
| 11/05/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/15/12 - 10/17/12 CAB FARE<br>Bank ID: GENR Check Number: 101946 | 33.50 |
| 11/13/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO FOR ON-SITE SUPPORT 11/7/12 - 11/8/12 HOTEL<br>Bank ID: GENR Check Number: 102298 | 243.81 |
| 11/13/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO FOR ON-SITE SUPPORT 11/7/12 - 11/8/12 CAR RENTAL<br>Bank ID: GENR Check Number: 102298 | 183.56 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 30, 2012

ResCap

0R0802-301178

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 11/13/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO FOR ON-SITE SUPPORT 11/7/12 - 11/8/12 PARKING<br>Bank ID: GENR Check Number: 102298 | 24.00 |
| 11/19/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX GMAC REO FOR ONSITE SUPPORT 11/13/12 - 11/14/12 RENTAL CAR<br>Bank ID: GENR Check Number: 102571 | 347.30 |
| 11/19/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX GMAC REO FOR ONSITE SUPPORT 11/13/12 - 11/14/12 HOTEL<br>Bank ID: GENR Check Number: 102571 | 230.77 |
| 11/19/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX GMAC REO FOR ONSITE SUPPORT 11/13/12 - 11/14/12 PARKING<br>Bank ID: GENR Check Number: 102571 | 24.00 |
| 11/05/12 | Meal Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/24/12 - 10/26/12<br>Bank ID: GENR Check Number: 101946 | 49.09 |
| 11/05/12 | Meal Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/24/12 - 10/26/12<br>Bank ID: GENR Check Number: 101946 | 70.24 |
| 11/05/12 | Meal Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ONSITE SUPPORT 10/29/12 - 10/30/12<br>Bank ID: GENR Check Number: 101946 | 77.54 |
| 11/05/12 | Meal Expense - C. JASON AVERY TRIP TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/15/12 - 10/17/12<br>Bank ID: GENR Check Number: 101946 | 66.78 |
| 11/05/12 | Meal Expense - C. JASON AVERY TRIP TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 10/15/12 - 10/17/12<br>Bank ID: GENR Check Number: 101946 | 72.07 |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
NOVEMBER 30, 2012

0R0802-301178

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 11/13/12 Meal Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO FOR ON-SITE SUPPORT 11/7/12 - 11/8/12 Bank ID: GENR Check Number: 102298 | | 66.40 |
| 11/19/12 Meal Expense - C. JASON AVERY TRIP TO DALLAS, TX GMAC REO FOR ONSITE SUPPORT 11/13/12 - 11/14/12 Bank ID: GENR Check Number: 102571 | | 8.39 |
| 11/19/12 Meal Expense - C. JASON AVERY TRIP TO DALLAS, TX GMAC REO FOR ONSITE SUPPORT 11/13/12 - 11/14/12 Bank ID: GENR Check Number: 102571 | | 50.00 |
| 11/19/12 Meal Expense - C. JASON AVERY TRIP TO DALLAS, TX GMAC REO FOR ONSITE SUPPORT 11/13/12 - 11/14/12 Bank ID: GENR Check Number: 102571 | | 46.39 |

TOTAL COSTS FOR THIS MATTER                $6,767.31

TOTAL FEES            0.00 hrs                $.00

TOTAL EXPENSES                          $6,767.31

**TOTAL CHARGES FOR THIS INVOICE**          $6,767.31

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301178

INVOICE #  821088

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301178
     REO on-site review - 733668
     TC # 733668

<u>PROFESSIONAL SERVICES</u>

| 11/01/12 | CJA | Confer with client regarding revisions to listing agreement and changes to procedure related to commission payment | B250 | .50 hrs |
| 11/01/12 | CJA | Confer with client regarding revisions to seller's affidavit | B250 | .40 hrs |
| 11/06/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.30 hrs |
| 11/07/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.80 hrs |
| 11/08/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 12.30 hrs |
| 11/12/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301178

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|---|-------------|---|-------|
| 11/13/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.20 hrs |
| 11/14/12 | CJA | Served as a on-site, dedicated legal resource for GMAC REO, including telephone calls with local litigation counsel and revising/editing closing and transactional documents | B250 | 10.50 hrs |
| 11/15/12 | CJA | Review and revise hold harmless agreement and conferred with client regarding necessary changes | B250 | 1.20 hrs |
| 11/16/12 | CJA | Confer with client regarding HOA dispute as part of REO resource duties and research state law pertaining to superpriority of HOA lien after foreclosure or deed in lieu transaction | B250 | 3.30 hrs |
| 11/19/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, title curative matters, eviction related documents and potential HOA litigation issues | B250 | 11.40 hrs |
| 11/20/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, title curative matters, eviction related documents and potential HOA litigation issues | B250 | 11.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
NOVEMBER 30, 2012

ResCap

0R0802-301178

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/21/12 | CJA | Receipt and review of loan origination file and pleadings regarding pending action in Texas related to asserted claims and confer with client regarding impact on REO | B250 | 3.40 hrs |
| 11/21/12 | CJA | Receipt and review of documents related to potential title claim regarding HOA lien on REO asset | B250 | 1.80 hrs |
| 11/22/12 | ABB | Detailed research regarding eviction by GMAC and further research online, with the SOS department, the IRS and run accurint reports on all possible persons involved | L110 | 2.90 hrs |
| 11/22/12 | ABB | Further inquiries to determine current status of non-profit organization | L110 | .50 hrs |
| 11/26/12 | LDM | Researched Dun & Bradstreet to locate information regarding non-profit | C200 | .20 hrs |
| 11/26/12 | CJA | Researched state law pertaining to revisions of exemptions to applicable withholding statute and confer with client regarding same | B250 | 1.60 hrs |
| 11/27/12 | CJA | Review of loan origination and foreclosure files in order to advise client pertaining to HOA lien and payment to HOA related to potential release of lien | B250 | 3.40 hrs |
| 11/27/12 | CJA | Revise settlement agreement pertaining to payment and release of HOA lien and indemnity obligations related to subsequent transfer of REO asset | B250 | 1.20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      4
NOVEMBER 30, 2012

ResCap

0R0802-301178

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/27/12 | CJA | Confer with client regarding revisions to charitable donation contract | B250 | .40 hrs |
| 11/27/12 | CJA | Receipt and review of organizational, tax exempt and other background search documents pertaining to potential donee of REO asset in order to gauge risk associated with contemplated donation | B250 | 1.30 hrs |
| 11/28/12 | CJA | Review of contract signed by asset manager and researched compliance with established policy and procedures in order to gauge | B250 | 2.30 hrs |
| 11/28/12 | CJA | Review of loan documents, foreclosure pleadings and documents and applicable state and local law to determine priority of code violation lien | B250 | 3.20 hrs |

TOTAL FEES FOR THIS MATTER                    $23,925.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 3.40 hrs | 150.00 /hr | 510.00 |
| C. Jason Avery | 111.30 hrs | 210.00 /hr | 23,373.00 |
| Lori D. Martin | .20 hrs | 210.00 /hr | 42.00 |

TOTAL FEES                    114.90 hrs                    $23,925.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$23,925.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301178

INVOICE #  830079

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301178
     REO on-site review - 733668
     TC # 733668

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/04/12 | CJA | Confer with client regarding revisions to occupied asset rider and edited same | B250 | .60 hrs |
| 12/05/12 | CJA | Conferred with client regarding necessary revisions to listing agreement and edited same | B250 | 1.10 hrs |
| 12/11/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, title curative matters, eviction related documents and potential HOA litigation issues | B250 | 10.50 hrs |
| 12/12/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, power of attorney authorization issues, title curative steps, eviction related documents and pleadings issues | B250 | 10.40 hrs |
| 12/13/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary changes to closing documents, title curative matters, eviction related documents and potential HOA litigation issues | B250 | 10.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0802-301178

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/14/12 | CJA | Served as dedicated on-site REO legal resource, advising client regarding various REO related issues, including necessary revisions to closing documents, potential recovery related to title claims and other litigated matters, review and revise eviction related pleading issues | B250 | 10.20 hrs |
| 12/17/12 | CJA | Receipt and review of loan origination file and foreclosure documents in order to develop title curative strategy for incorrect legal description contained in origination and foreclosure documents so that GMACM REO can acquire title to correct property and market asset | B250 | 5.70 hrs |
| 12/19/12 | CJA | Confer with client regarding necessary POA revision in order to consummate REO transaction | B250 | .80 hrs |
| 12/21/12 | CJA | Researched state law pertaining to collectability of rent by homeowner's association following foreclosure and issued but not executed writ of eviction | B250 | 2.20 hrs |
| 12/27/12 | CJA | Draft and revise hold harmless agreement related to mobile home located upon REO asset | B250 | .80 hrs |

TOTAL FEES FOR THIS MATTER                    $11,046.00

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
JANUARY 23, 2013

ResCap

0R0802-301178

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---:|
| 11/28/12 | Airline Tickets - C. JASON AVERY TRIP TO DALLAS, TX - GMAC REO FOR ONSITE SUPPORT 11/19/12 - 11/20/12<br>Bank ID: GENR Check Number: 102904 | 689.60 |
| 11/28/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX - GMAC REO FOR ONSITE SUPPORT 11/19/12 - 11/20/12 HOTEL<br>Bank ID: GENR Check Number: 102904 | 220.77 |
| 11/28/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX - GMAC REO FOR ONSITE SUPPORT 11/19/12 - 11/20/12 RENTAL CAR<br>Bank ID: GENR Check Number: 102904 | 168.17 |
| 11/28/12 | Travel Expense - C. JASON AVERY TRIP TO DALLAS, TX - GMAC REO FOR ONSITE SUPPORT 11/19/12 - 11/20/12 PARKING<br>Bank ID: GENR Check Number: 102904 | 24.00 |
| 12/19/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 12/12/12 - 12/13/12 HOTEL<br>Bank ID: GENR Check Number: 103903 | 194.79 |
| 12/19/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 12/12/12 - 12/13/12 RENTAL CAR<br>Bank ID: GENR Check Number: 103903 | 213.77 |
| 12/19/12 | Travel Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 12/12/12 - 12/13/12 PARKING<br>Bank ID: GENR Check Number: 103903 | 48.98 |
| 11/28/12 | Meal Expense - C. JASON AVERY TRIP TO DALLAS, TX - GMAC REO FOR ONSITE SUPPORT 11/19/12 - 11/20/12<br>Bank ID: GENR Check Number: 102904 | 84.07 |
| 12/19/12 | Meal Expense - C. JASON AVERY TRAVEL TO DALLAS, TX FOR GMAC REO ON-SITE SUPPORT 12/12/12 - 12/13/12<br>Bank ID: GENR Check Number: 103903 | 64.35 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE   4
JANUARY 23, 2013

ResCap

0R0802-301178

FED ID NO. 63-0243316

12/19/12  Meal Expense - C. JASON AVERY TRAVEL TO DALLAS,              109.51
          TX FOR GMAC REO ON-SITE SUPPORT 12/12/12 -
          12/13/12
          Bank ID: GENR Check Number: 103903
12/27/12  Research Fee - LEXIS-NEXIS                                   211.60
          Bank ID: GENR Check Number: 104179
12/27/12  Research Fee - LEXIS-NEXIS                                   204.01
          Bank ID: GENR Check Number: 104179

          TOTAL COSTS FOR THIS MATTER                               $2,233.62


BILLING SUMMARY

   C. Jason Avery          52.60 hrs   210.00 /hr      11,046.00


TOTAL FEES                 52.60 hrs                  $11,046.00

TOTAL EXPENSES                                         $2,233.62

**TOTAL CHARGES FOR THIS INVOICE**                   **$13,279.62**

         ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 17, 2012
1100 Virginia Drive                                      0R0802-301179
Fort Washington, PA 19034

                                                         INVOICE #  818609

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0802-301179
         California Subpoena - 733733
         TC # 733733

PROFESSIONAL SERVICES

    10/02/12   EBE   Work on document production with regard    L190    1.00 hrs
                     to personnel files and loan documentation

    10/04/12   EBE   Work on document production with regard    L190     .80 hrs
                     to personnel files and loan documentation

    10/16/12   EBE   Create spreadsheet regarding loan          L190     .60 hrs
                     documentation in connection document
                     production

    10/24/12   EBE   Final organization of documents to be      L320    1.40 hrs
                     produced which includes deletion and/or
                     redaction of information not requested
                     and final electronic form of all
                     documents

    10/24/12   EBE   Bates numbering of 3,000 plus pages of     L320    1.00 hrs
                     documents to be produced in response to
                     subpoena


          TOTAL FEES FOR THIS MATTER                                   $696.00

    10/26/12 Express Mail/Fedex                                          0.00

BILLING SUMMARY

       Elizabeth B. Eaton        4.80 hrs    145.00 /hr      696.00


    TOTAL FEES              4.80 hrs              $696.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301179

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $696.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0802-301180
Fort Washington, PA 19034

                                                               INVOICE #  821089
                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301180
     Florida Compliance review - 733956
     TC # 733956

PROFESSIONAL SERVICES

| 11/01/12 | DBO | Teleconference and correspondence with R.Diaz at Smith Hiatt regarding co-counsel program | L120 | .50 hrs |
|---|---|---|---|---|
| 11/01/12 | DBO | Teleconference with FL Phelan firm and E.DeSilva regarding co-counsel program | L120 | .50 hrs |
| 11/01/12 | DBO | Teleconference with J.Pendergast and S.Schefstad at Pendergast regarding co-counsel program of all non-GSE loans and follow-up correspondence with E.DeSilva and J.Aguirre regarding same | L120 | .70 hrs |
| 11/02/12 | DBO | Teleconference with Weltman FL firm regarding co-counsel program in FL and follow-up correspondence regarding affected loans for Brevard County bulk trial | L120 | .50 hrs |
| 11/05/12 | DBO | Correspondence with client regarding original document requests at Greenspoon and request spreadsheet to discuss same while on-site | L120 | .40 hrs |
| 11/06/12 | DBO | Correspondence and teleconference with Marshall Watson and client regarding co-counsel program and discussions with FNMA regarding same | L120 | 1.70 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-301180

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/08/12 | DBO | Numerous teleconferences with A.Miller and E.DeSilva regarding co-counsel program, FNMA approval, and discussions with other FL foreclosure firms regarding same | L120 | 1.30 hrs |
| 11/09/12 | DBO | Prepared for and attended teleconference to discuss co-counsel program with client and discuss GSE solutions and moving forward | L120 | .80 hrs |
| 11/09/12 | DBO | Correspondence with Marshall Watson and teleconference with B.Northrop-Day regarding Brevard County trials, exhibits, witnesses, and GSE issues | L120 | 1.10 hrs |
| 11/12/12 | DBO | Managed the upcoming bulk trial set in Brevard County FL pursuant to co-counsel program and teleconference and correspondence with FL foreclosure firms and client regarding same | L120 | 2.40 hrs |
| 11/13/12 | DBO | Correspondence with FL foreclosure firms requesting additional information on co-counsel files set for Brevard County and follow-up correspondence and teleconferences with client regarding same | L120 | 2.20 hrs |
| 11/13/12 | DBO | Teleconference with R.Diaz regarding concerns with co-counsel program and loan from Smith Hiatt | L120 | .40 hrs |
| 11/14/12 | DBO | Teleconference with J.Pendergast regarding non-GSE co-counsel program and follow-up correspondence with client regarding same | L120 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0802-301180

FED ID NO. 63-0243316

| 11/14/12 | DBO | Numerous detailed conversations with E.Wellborn regarding GSE co-counsel issues as well as co-counsel program moving forward on GSE and non-GSE loans | L120 | 2.10 hrs |
|---|---|---|---|---|
| 11/14/12 | DBO | Assisted in providing information to Brevard County FL clerk regarding issuance of trial notices and coordinate with firms the trial schedule, dates, exhibits and witness preps | L120 | 1.50 hrs |
| 11/14/12 | DBO | Correspondence to client related to FNMA co-counsel program and resolving issues raised by some of the firms regarding same | L120 | .60 hrs |
| 11/15/12 | DBO | Correspondence with foreclosure counsel confirming court signing the trial orders and that all orders were timely sent to borrowers, reviewing all individual loans included in the trial orders, and confirming same with each firm that is participating in the co-counsel program | L120 | 2.60 hrs |
| 11/16/12 | DBO | Teleconference with J.Pendergast and client regarding non-GSE co-counsel program | L120 | .50 hrs |
| 11/20/12 | DBO | Assisted Marshall Watson with upcoming Brevard County trials regarding title reports, original documentation, witness requests, and filing of notice of trial papers | L120 | 1.50 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
NOVEMBER 30, 2012

ResCap

0R0802-301180

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/20/12 | DBO | Teleconference with J.Pendergast and correspondence with same regarding monthly reporting as well as non-GSE co-counsel program | L120 | .70 hrs |
| 11/28/12 | DBO | Correspondence with A.Miller regarding Brevard County trials on Dec. 20 pursuant to bulk trial program | L120 | .50 hrs |
| 11/29/12 | DBO | Teleconference with A.Miller at Marshall Watson regarding Brevard County bulk trial, co-counsel program, and documents needed for upcoming bulk trials and follow-up teleconference and correspondence with client | L120 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                $8,418.00

BILLING SUMMARY

    D. Brian O'Dell        24.40 hrs    345.00 /hr      8,418.00

TOTAL FEES                24.40 hrs            $8,418.00

**TOTAL CHARGES FOR THIS INVOICE**                **$8,418.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301180

INVOICE #  830084

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301180
     Florida Compliance review - 733956
     TC # 733956

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | DBO | Correspondence and teleconference with E.DeSilva regarding upcoming Brevard County FL trials and access to LPS regarding same as well as follow-up correspondence and teleconference with A.Miller at Marshall Watson regarding same | L120 | .50 hrs |
| 12/03/12 | DBO | Teleconference with R.Diaz regarding issues surrounding the one file from Florida firm that is planning on being tried on December 20 and contemplating transfer of file and follow-up teleconference with E.DeSilva regarding same | L120 | .40 hrs |
| 12/04/12 | DBO | Teleconference with E.DeSilva regarding upcoming co-counsel trials | L120 | .50 hrs |
| 12/04/12 | DBO | Correspondence with R.Diaz and A.Miller regarding trying case pursuant to co-counsel program | L120 | .30 hrs |
| 12/05/12 | DBO | Correspondence with E.DeSilva regarding R.Diaz correspondence and teleconference with A.Miller regarding exhibits and trial witnesses for upcoming Brevard County trials | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0802-301180

FED ID NO. 63-0243316

| 12/06/12 | DBO | Correspondence with each of the foreclosure firms relating to upcoming Brevard County FL bulk trials relating to exhibits, witness preparation, and LPS witness confirmation | L120 | 2.10 hrs |
|---|---|---|---|---|
| 12/07/12 | DBO | Correspondence with client regarding upcoming FL trials | L120 | .50 hrs |
| 12/11/12 | DBO | Teleconference with A.Miller regarding upcoming FL trials and correspondence with all firms regarding exhibits and witness preparation | L120 | .90 hrs |
| 12/12/12 | DBO | Correspondence with J.Pendergast regarding bulk trial program and co-counsel program | L120 | .20 hrs |
| 12/13/12 | DBO | Correspondence with client and foreclosure counsel regarding exhibits and upcoming testimony of corporate witnesses for upcoming Brevard County FL files | L120 | .70 hrs |
| 12/17/12 | DBO | Teleconference with S.Schefstad regarding co-counsel program in FL | L120 | .40 hrs |
| 12/17/12 | DBO | Correspondence with A.Miller regarding witness requests as well as exhibits and corporate representative preparation for upcoming trials and correspondence with all firms regarding same | L120 | 1.40 hrs |
| 12/18/12 | DBO | Correspondence and teleconference with foreclosure counsel confirming meeting with corporate witnesses tomorrow, review of exhibits, and preparation for bulk trials | L120 | 3.70 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
JANUARY 23, 2013

ResCap

0R0802-301180

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/19/12 | DBO | Prepared corporate witnesses for upcoming bulk trials (50) on December 20 in Brevard County FL and meet with foreclosure counsel and E.DeSilva on-site in Ft. Lauderdale, FL regarding same | L120 | 7.10 hrs |
| 12/20/12 | DBO | Attended bulk trials (50) in Brevard County, FL before Judge Maxwell with four foreclosure firms, three corporate witnesses, and E.DeSilva and received judgments on same | L120 | 7.40 hrs |
| 12/29/12 | DBO | Correspondence with Pendergast regarding co-counsel program in FL | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $9,349.50

BILLING SUMMARY

D. Brian O'Dell          27.10 hrs    345.00 /hr        9,349.50

TOTAL FEES                27.10 hrs                    $9,349.50

**TOTAL CHARGES FOR THIS INVOICE**                    $9,349.50

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301181

INVOICE #  820852

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0802-301181
      Arizona File Review
      No. 733993
      TC # 733993

| | | |
|---|---|---|
| 11/13/12 | Copy Charges | 0.00 |
| 11/13/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: EASON,JO | |
| 11/14/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: EASON,JO | |
| 11/20/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: HUDSON,ROBERT | |
| 11/21/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: PUCKETT,AMY | |

TOTAL FEES                0.00 hrs                $.00

**TOTAL CHARGES FOR THIS INVOICE**              $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301181

INVOICE #  821090

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301181
     Arizona File Review
     No. 733993
     TC # 733993

PROFESSIONAL SERVICES

| 11/01/12 | CWH | Initial phone call with client about new matter in Arizona | L110 | .20 hrs |
| 11/01/12 | CWH | Begin to review and analyze client documents and timeline of events for new matter | L110 | 1.00 hrs |
| 11/01/12 | CWH | Email client with various requests for documents and information in Arizona matter | L110 | .20 hrs |
| 11/01/12 | CWH | Research state law on ability to reinstate deed of trust if necessary | L110 | .40 hrs |
| 11/01/12 | CWH | Develop strategy for resolution of issues based on the various parties' demands | L110 | .20 hrs |
| 11/01/12 | MCG | Review completed foreclosure sale for compliance with the SCRA and analysis of whether sale is void | C300 | .90 hrs |
| 11/01/12 | MCG | Review bankruptcy filings for completed foreclosure sale | C300 | .20 hrs |
| 11/02/12 | MCG | Contact borrowers regarding completed foreclosure sale | C400 | .30 hrs |
| 11/02/12 | MCG | Review foreclosure pleadings and file | C300 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

OR0802-301181

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/02/12 | CWH | Exchange e-mails with ETS regarding status of their discussions with third party purchaser | L110 | .20 hrs |
| 11/06/12 | MCG | Correspondence to attorney for third party purchase regarding foreclosure sale | C400 | .20 hrs |
| 11/15/12 | LSDR | Review and analyze file documents regarding high cost loan flipping allegations by defendant | L120 | 1.10 hrs |
| 11/16/12 | CWH | Exchange e-mails with ETS regarding status of the file | L120 | .20 hrs |
| 11/19/12 | CWH | Continue efforts to locate and contact borrowers | L110 | .20 hrs |
| 11/19/12 | LSDR | Review and analyze loan file documents information for high cost loan analysis | L120 | .30 hrs |
| 11/19/12 | MCG | Review and analyze documents related to non-judicial foreclosure and sale to third party | C300 | .60 hrs |
| 11/19/12 | MCG | Correspondence to third party purchaser's counsel regarding potential void sale and efforts to contact borrower | C400 | .30 hrs |
| 11/20/12 | MCG | Review peoplefinder report for borrower to contact regarding foreclosure sale to third party | C400 | .40 hrs |
| 11/21/12 | APUC | Review and analyze statutes and case law regarding the judicial foreclosure process and service by publication | L660 | 1.80 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 30, 2012

0R0802-301181

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/21/12 | LSDR | Review and analyze loan documents for applicability of high cost loan restrictions on flipping | L120 | 2.60 hrs |
| 11/26/12 | MCG | Prepare waiver for non-judicial foreclosure | L160 | .60 hrs |
| 11/26/12 | CWH | Review and analyze status of contested foreclosure and borrower's apparent willingness to allow the sale | L120 | .20 hrs |
| 11/26/12 | APUC | Draft and analyze memo regarding judicial foreclosure procedures and service by publication | L660 | 2.30 hrs |
| 11/26/12 | APUC | Revise memo regarding judicial foreclosure procedures and service by publication | L650 | .60 hrs |
| 11/27/12 | CWH | Review and revise SCRA release document | L120 | .20 hrs |
| 11/27/12 | MCG | Revise waiver for non-judicial foreclosure sale | L160 | .50 hrs |
| 11/27/12 | MCG | Prepare limited release for non-judicial foreclosure sale | L160 | .90 hrs |
| 11/27/12 | MCG | Correspondence with counsel for third party purchaser regarding waiver for borrower | C400 | .10 hrs |
| 11/28/12 | CWH | Review and revise general release and separate SCRA waiver form | L160 | .20 hrs |
| 11/28/12 | MCG | Correspondence with P.Cannon regarding settlement and waiver | C300 | .10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
NOVEMBER 30, 2012

0R0802-301181

FED ID NO. 63-0243316

---

| 11/28/12 | MCG | Correspondence with counsel for third party purchaser regarding settlement and waiver | C400 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $5,648.30

BILLING SUMMARY

| Lesley Smith DeRamus | 4.00 hrs | 350.00 /hr | 1,400.00 |
|---|---|---|---|
| Christian W. Hancock | 3.20 hrs | 330.00 /hr | 1,056.00 |
| Michael C. Griffin | 6.10 hrs | 323.00 /hr | 1,970.30 |
| Amy Puckett | 4.70 hrs | 260.00 /hr | 1,222.00 |

| TOTAL FEES | 18.00 hrs | | $5,648.30 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                          **$5,648.30**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301181

INVOICE #  830086

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301181
     Arizona File Review
     No. 733993
     TC # 733993

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/10/12 | MCG | Correspondence with counsel for third party purchaser regarding release | C400 | .10 hrs |
| 12/11/12 | CWH | Exchange e-mails with ETS regarding ability to release funds to investor | L120 | .20 hrs |
| 12/17/12 | MCG | Correspondence with counsel for third party purchaser regarding release | C400 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $130.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Michael C. Griffin | .20 hrs | 323.00 /hr | 64.60 |

TOTAL FEES                    0.40 hrs                     $130.60

TOTAL CHARGES FOR THIS INVOICE                        $130.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301182

INVOICE #  820853

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301182
     Litton Loan Review - 734208
     TC # 734208

| | |
|---|---|
| 11/13/12 Copy Charges | 0.00 |
| 11/12/12 Computerized Legal Research-Westlaw Westlaw | 0.00 |
|       User: LOVOY,ELENA | |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301182

INVOICE #  821091

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301182
     Litton Loan Review - 734208
     TC # 734208

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/07/12 | CWH | Review and analyze scope of project, deadline to complete same, and develop common template to be used to gather data | L120 | .40 hrs |
| 11/08/12 | CWH | Discussion with client regarding scope and process for transferred file review | L110 | .20 hrs |
| 11/08/12 | EL | Consideration of issues regarding new project to review 426 files and internal file notes to determine whether prior subservicer was working with borrower on any loss mitigation options | L120 | .30 hrs |
| 11/08/12 | CWH | Develop template for the global review and begin file review | L120 | 2.20 hrs |
| 11/09/12 | CWH | Phone call and follow up email with client regarding scope and organization for file review project | L120 | .60 hrs |
| 11/09/12 | CWH | Exchange e-mails with client regarding mock review template | L110 | .20 hrs |
| 11/12/12 | RLB | Review and analyze bankruptcy pleadings | B410 | .30 hrs |
| 11/12/12 | MPE | Research bankruptcy dockets to determine status of files. | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0802-301182

FED ID NO. 63-0243316

| 11/12/12 | CWH | Several phone calls with client regarding transferred loan Transferred Loan File review | L120 | 1.90 hrs |
|---|---|---|---|---|
| 11/12/12 | CWH | Review client files and identify any issues with the loan transfer, exchange e-mails with client on same, and document findings | L120 | 3.80 hrs |
| 11/12/12 | EL | Conference call with C.Hancock with firm and J.Bartlett and C.Adams with GMACM regarding new project regarding review of loan files | L120 | 1.00 hrs |
| 11/12/12 | EL | Conference call with C.Hancock with firm and C.LaRoche and C.Adams with GMACM regarding new project regarding review of transferred loan files | L120 | .30 hrs |
| 11/12/12 | CWH | Develop tracking spreadsheet for file review | L120 | .50 hrs |
| 11/12/12 | MPE | Initial review and analysis of files received from GMAC for review and update GMAC's index accordingly | L110 | 2.40 hrs |
| 11/13/12 | EL | Review of escalated loan file to determine whether there are any issues of concern to continue hold and e-mail correspondence with J.Bartlett regarding same | L120 | .50 hrs |
| 11/13/12 | EL | Review of sample files and consideration of questions to include in spreadsheet for review of loan files to determine whether file should remain on hold or be released | L120 | 1.00 hrs |



| | BRADLEY ARANT |
| --- | --- |
| | BOULT CUMMINGS |
| | LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
NOVEMBER 30, 2012

ResCap

0R0802-301182

FED ID NO. 63-0243316

---

| 11/13/12 | CWH | Exchange several emails with client regarding findings and questions on the transferred loan file review, particularly regarding bankruptcy issues | L120 | 1.00 hrs |
| 11/13/12 | MPE | Research bankruptcy status of borrowers to determine appropriate hold status. | L110 | 3.20 hrs |
| 11/13/12 | CWH | Review and analyze escalated transferred files and determine whether same can proceed in normal servicing | L120 | 2.70 hrs |
| 11/13/12 | EC | Research bankruptcy information for borrowers to assist with determining whether file should be on hold. | B110 | 1.00 hrs |
| 11/13/12 | RLB | Review and respond to e-mail regarding bankruptcy process | B410 | .20 hrs |
| 11/14/12 | RLB | Review and respond to e-mail from C.Hancock regarding discharge notations on accounts | B410 | .40 hrs |
| 11/14/12 | CWH | Exchange e-mails with client regarding where to find information on prior loan modification in transferred loan notes/history | L110 | .20 hrs |
| 11/14/12 | CWH | Several phone calls and e-mails with client regarding scope and details of transferred loan file file review | L110 | 1.20 hrs |
| 11/14/12 | CWH | Continue to review and analyze files transferred from transferred loan , identify any issues, and discuss same with client | L120 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0802-301182

FED ID NO. 63-0243316

| Date | Init | Description | Task | Hours |
|------|------|-------------|------|-------|
| 11/14/12 | MPE | Research bankruptcy status for loans to assist with determining case status. | L110 | 6.30 hrs |
| 11/14/12 | EC | Research bankruptcy information for borrowers to assist with determining whether file should be on hold. | B110 | 1.50 hrs |
| 11/14/12 | EC | Receive and review updated loan information for transferred files from J.Bartlett and update database accordingly. | B110 | 1.50 hrs |
| 11/14/12 | KK | Research bankruptcy information for borrowers to assist with determining whether file should be on hold | L110 | 2.70 hrs |
| 11/15/12 | EC | Review and analyze 2011 foreclosure firm files to determine consistency with current transferred Review | B110 | 1.00 hrs |
| 11/15/12 | MPE | Research bankruptcy status for loans to assist with determining case status. | L110 | 4.90 hrs |
| 11/15/12 | EC | Research bankruptcy information for borrowers to assist with determining whether file should be on hold | B110 | 1.50 hrs |
| 11/15/12 | EC | Receive and review updated loan information for transferred files from J.Bartlett and update database accordingly | B110 | 2.20 hrs |
| 11/15/12 | CWH | Review and revise tracking spreadsheet for the file review and send same to client for review and comments | L120 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
NOVEMBER 30, 2012

ResCap

0R0802-301182

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 11/15/12 | CWH | Continue to review and analyze transferred loan files, particularly for open bankruptcy issues | L120 | .70 hrs |
| 11/15/12 | CWH | Discussions with client regarding new scope and process for file review | L120 | .70 hrs |
| 11/15/12 | EL | Review of transferred loan files to troubleshoot for issues and prepare questions for review of files | L120 | 1.50 hrs |
| 11/16/12 | EL | Review of proposed questions for review of transferred loan file loan files and suggest changes regarding same | L120 | .50 hrs |
| 11/16/12 | CWH | Communicate with client regarding scope of transferred loan file review and plan for onsite work | L120 | .50 hrs |
| 11/19/12 | CWH | Develop scope of transferred  review and plan for onsite work in December, including calls and emails with client and setting up database | L120 | 2.90 hrs |
| 11/19/12 | RLB | Review and respond to e-mail from C.Hancock regarding chapter 13 issues | B410 | .30 hrs |
| 11/19/12 | JRO | Research bankruptcy information for borrowers to assist with determining whether file should be on hold | L120 | 4.40 hrs |
| 11/19/12 | CWH | Review and analyze transferred loan file files, checking information from both transferred loan and GMAC against GMAC's Fiserv | L120 | 1.50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
NOVEMBER 30, 2012

0R0802-301182

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/19/12 | EC | research bankruptcy information for borrowers to assist with determining whether file should be on hold. | B110 | 1.20 hrs |
| 11/20/12 | CWH | Continue to review and analyze  transfer files, compare same to GMAC's system, exchange e-mails with client regarding review, and update information in tracking system | L120 | 4.00 hrs |
| 11/20/12 | JRO | Research bankruptcy information for borrowers to assist with determining whether file should be on hold | L120 | 1.30 hrs |
| 11/20/12 | EC | Research bankruptcy information for borrowers to assist with determining whether file should be on hold. | B110 | 5.00 hrs |
| 11/20/12 | CWH | Exchange several emails with client regarding whether to check REO and open/closed bankruptcy issues, and how to implement the review of same | L120 | .70 hrs |
| 11/20/12 | RLB | Review and analyze files regarding bankruptcy issues | B410 | 1.00 hrs |
| 11/21/12 | MSW | Review and analyze 3 foreclosure files and summary chart | L120 | 4.10 hrs |
| 11/21/12 | CWH | Exchange several emails with client regarding process for running PACER checks and comparing results to files | L120 | .20 hrs |
| 11/21/12 | CWH | Continue to review  files and update/refine the scope of the review and database for gathering final determinations | L120 | 3.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
NOVEMBER 30, 2012

0R0802-301182

**FED ID NO. 63-0243316**

| 11/21/12 | CWH | Exchange e-mails with client regarding Chapter 13 bankruptcy issues and concerns | L120 | .20 hrs |
| 11/21/12 | EC | Research bankruptcy information for borrowers to assist with determining whether file should be on hold. | B110 | 1.00 hrs |
| 11/21/12 | JRO | Research bankruptcy information for borrowers to assist with determining whether file should be on hold | L120 | 5.30 hrs |
| 11/25/12 | CWH | Confirm status of information we have available to date and email client regarding same, what is needed, and discussing set up for onsite review week of December 3rd | L120 | .40 hrs |
| 11/26/12 | MPE | Review and compare available transferred loan files and their bankruptcy status to determine additional information needed and finalize index for doing file review. | L110 | 5.10 hrs |
| 11/26/12 | CWH | Exchange several emails with client about whether to expand scope of the review to include foreclosure holds and, if settlement offer, how to go about same | L120 | .40 hrs |
| 11/26/12 | CWH | Review and analyze transferred loan files in anticipation of next week's onsite project | L120 | 1.00 hrs |
| 11/26/12 | EL | E-mail correspondence with review team regarding first 2 weeks of project and other issues | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    8
NOVEMBER 30, 2012

0R0802-301182

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/26/12 | EL | Telephone conference with C.Hancock and M.Wierman regarding various issues regarding file review project | L120 | .50 hrs |
| 11/26/12 | CWH | Continue to develop and refine  file review database and communicate with client on scope of review and details for onsite work next week | L120 | .60 hrs |
| 11/27/12 | EL | Selection of review team and e-mail correspondence with review team regarding first 2 weeks of project | L120 | .50 hrs |
| 11/27/12 | MPE | Research bankruptcy information for borrowers to assist with determining whether file should be on hold. | L110 | 2.10 hrs |
| 11/27/12 | RLB | Review and analyze files regarding bankruptcy matters for purposes of script | B410 | 1.00 hrs |
| 11/27/12 | CWH | Begin drafting script/instructions for reviewers for the onsite review | L110 | .20 hrs |
| 11/27/12 | MPE | Initial review of all transferred  files received for review and update index with information in preparation for file review. | L110 | 6.50 hrs |
| 11/27/12 | CWH | Review and analyze materials received from client regarding transferred loan file review and compare the various excel charts to same in anticipation of next week's onsite project | L120 | .60 hrs |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
NOVEMBER 30, 2012

0R0802-301182

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/27/12 | CWH | Exchange several emails with client regarding the various transferred loan lists, confirm correct list for the project's scope, and priority of the entire population of transferred loans | L120 | .80 hrs |
| 11/28/12 | RLB | Continue review and analysis of bankruptcy matters relating to script | B410 | 3.10 hrs |
| 11/28/12 | CWH | Continue drafting memo/guidelines for all reviewers for the onsite file review | L120 | .80 hrs |
| 11/28/12 | MPE | Research bankruptcy information for borrowers to assist with determining whether file should be on hold. | L110 | 3.10 hrs |
| 11/28/12 | JRO | Research bankruptcy information for borrowers to assist with determining whether file should be on hold | L120 | 1.40 hrs |
| 11/28/12 | EL | E-mail correspondence with review team regarding various issues regarding project, including assignments for first two weeks of project | L120 | .50 hrs |
| 11/29/12 | EL | E-mail correspondence with review team regarding various issues regarding project | L120 | .50 hrs |
| 11/29/12 | DCT | Begin reviewing relevant file documents in preparation for document review | L190 | 1.00 hrs |
| 11/29/12 | NSR | Conference regarding preparation for file review | L120 | .30 hrs |
| 11/29/12 | NSR | Prepare for file review by reviewing sample files | L120 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
NOVEMBER 30, 2012

0R0802-301182

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | RLB | Teleconference regarding file review | L110 | .60 hrs |
| 11/29/12 | RLB | Continue review of bankruptcy matters to develop script | B410 | 1.00 hrs |
| 11/29/12 | CWH | Make additional edits to review template and discuss same with client, asking for her review as well and then incorporating same | L120 | .50 hrs |
| 11/29/12 | JRO | Research bankruptcy information for borrowers to assist with determining whether file should be on hold | L120 | 1.30 hrs |
| 11/29/12 | MPE | Research bankruptcy information for borrowers to assist with determining whether file should be on hold. | L110 | 1.30 hrs |
| 11/29/12 | MPE | Research fiserv information for transferred loan to assist with review. | L110 | 4.50 hrs |
| 11/29/12 | JMH | Review layout of files and prepare for on-site audit of loan files | L120 | .50 hrs |
| 11/29/12 | MPE | Compare updated loan list from J.Bartlett to our records to determine status of legal department review. | L110 | .80 hrs |
| 11/29/12 | CWH | Review files escalated by client this week and discuss same with client | L120 | 2.30 hrs |
| 11/30/12 | DCT | Continue reviewing relevant file documents in preparation for document review | L190 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    11
NOVEMBER 30, 2012

ResCap

0R0802-301182

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/30/12 | MPE | Research bankruptcy information for borrowers to assist with determining whether file should be on hold. | L110 | 3.20 hrs |
| 11/30/12 | MPE | Review and analysis of information from B.Northrop-Day to determine files that are ready to review. | L110 | .60 hrs |
| 11/30/12 | RLB | Continue review and analysis of matters with bankruptcy implications | B410 | 6.00 hrs |
| 11/30/12 | MPE | Research fiserv documents for transferred loans to assist with review. | L110 | 3.90 hrs |

TOTAL FEES FOR THIS MATTER                                    $31,294.10

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | 41.50 hrs | 330.00 /hr | 13,695.00 |
| Darrell Clay Tucker | 1.10 hrs | 223.00 /hr | 245.30 |
| Rashad L. Blossom | 13.90 hrs | 266.00 /hr | 3,697.40 |
| Jonathan Hooks | .50 hrs | 241.00 /hr | 120.50 |
| Mark S. Wierman | 4.10 hrs | 254.00 /hr | 1,041.40 |
| Elena Lovoy | 7.60 hrs | 337.00 /hr | 2,561.20 |
| Nader Raja | .60 hrs | 280.00 /hr | 168.00 |
| Melisa P. Palmer | 48.20 hrs | 149.00 /hr | 7,181.80 |
| Erin Clyde | 15.90 hrs | 75.00 /hr | 1,192.50 |
| Kerry Keane | 2.70 hrs | 160.00 /hr | 432.00 |
| Jade Robey | 13.70 hrs | 70.00 /hr | 959.00 |

TOTAL FEES                149.80 hrs                $31,294.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    12
NOVEMBER 30, 2012

ResCap

0R0802-301182

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $31,294.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 8, 2013
OR0802-301182

INVOICE #  827775

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0802-301182
     Litton Loan Review - 734208
     TC # 734208

### EXPENSES

| | |
|---|---|
| 11/29/12 Airline Tickets - RUSHA SMITH TRAVEL TO DALLAS, TX FOR FILE REVIEW PROJECT 11/29/12<br>Bank ID: GENR Check Number: 102964 | 649.60 |
| 11/30/12 Airline Tickets - DARRELL CLAY TUCKER II TRIP TO DALLAS, TX FOR FILE REVIEW 12/3/12<br>Bank ID: GENR Check Number: 103072 | 617.60 |
| 12/03/12 Airline Tickets - JONATHAN HOOKS TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW<br>Bank ID: GENR Check Number: 103284 | 639.20 |
| 12/06/12 Airline Tickets - RUSHA SMITH ATTEND FILE REVIEW PROJECT IN DALLAS, TX 12/5/12<br>Bank ID: GENR Check Number: 103324 | 649.60 |
| 12/06/12 Airline Tickets - JUSTIN HENDRIX TRAVEL TO DALLAS, TX FOR ON-SITE REVIEW OF FORECLOSURE FILES 11/20/12<br>Bank ID: GENR Check Number: 103287 | 557.60 |
| 12/10/12 Airline Tickets - ELENA LOVOY ROUND TRIP TRAVEL TO DALLAS, TX 12/3/12<br>Bank ID: GENR Check Number: 103611 | 463.60 |
| 12/10/12 Airline Tickets - ELENA LOVOY ROUND TRIP TRAVEL TO DALLAS, TX 12/10/12<br>Bank ID: GENR Check Number: 103611 | 557.60 |
| 12/10/12 Airline Tickets - ELENA LOVOY ROUND TRIP TRAVEL TO DALLAS, TX 12/16/12<br>Bank ID: GENR Check Number: 103611 | 557.60 |
| 12/10/12 Airline Tickets - KATHERINE M. WEINERT ON-SITE DOC REVIEW IN DALLAS, TX 12/3/12 - 12/7/12<br>Bank ID: GENR Check Number: 103652 | 617.60 |
| 12/12/12 Airline Tickets - AMY PUCKETT TRAVEL TO DALLAS, TX 12/11/12<br>Bank ID: GENR Check Number: 103627 | 1,398.10 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 8, 2013

0R0802-301182

FED ID NO. 63-0243316

| | |
|---|---|
| 12/12/12 Airline Tickets - RASHAD BLOSSOM REVIEW OF MORTGAGE FILES TRANSFERRED TO CLIENT IN DALLAS, TX 12/2/12- - 23/7/12<br>Bank ID: GENR Check Number: 103571 | 1,337.10 |
| 12/13/12 Airline Tickets - ALISON CURRAN SMITH TRAVEL TO DALLAS, TX FOR LITTON PROJECT REVIEW 12/15/12<br>Bank ID: GENR Check Number: 103585 | 557.60 |
| 12/13/12 Airline Tickets - RUSHA SMITH TRAVEL TO DALLAS, TX FOR FILE REVIEW PROJECT 12/12/12<br>Bank ID: GENR Check Number: 103638 | 649.60 |
| 12/17/12 Airline Tickets - JUSTIN HENDRIX TRAVEL TO DALLAS, TX FOR REVIEW OF FORECLOSURE FILES 12/5/12<br>Bank ID: GENR Check Number: 103945 | 557.60 |
| 12/17/12 Airline Tickets - DARRELL CLAY TUCKER II TRAVEL TO DALLAS, TX 12/16/12<br>Bank ID: GENR Check Number: 103999 | 617.60 |
| 12/17/12 Airline Tickets - MARK WIERMAN TRAVEL TO DALLAS, TX FOR FILE REVIEW 12/3/12 - 12/7/12<br>Bank ID: GENR Check Number: 104006 | 1,337.10 |
| 12/17/12 Airline Tickets - CORY MENEES ATTEND FILE REVIEW IN DALLAS, TX 12/6/12<br>Bank ID: GENR Check Number: 103965 | 1,337.10 |
| 12/18/12 Airline Tickets - KATHERINE M. WEINERT ATTEND ON-SITE DOCUMENT REVIEW IN DALLAS, TX 12/12/12 - 12/14/12<br>Bank ID: GENR Check Number: 104005 | 617.60 |
| 12/21/12 Airline Tickets - JOSE' VEGA ATTEND LITTON REVIEW IN DALLAS, TX 12/16/12 - 12/20/12<br>Bank ID: GENR Check Number: 104435 | 324.80 |
| 12/21/12 Airline Tickets - JOSE' VEGA ATTEND LITTON REVIEW IN DALLAS, TX 12/16/12 - 12/20/12 RETURN FLIGHT<br>Bank ID: GENR Check Number: 104435 | 324.80 |
| 12/26/12 Airline Tickets - AMY PUCKETT TRAVEL TO DALLAS, TX TO REVIEW FILES 12/16/12 - 12/21/12<br>Bank ID: GENR Check Number: 104410 | 570.10 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
JANUARY 8, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| | |
|---|---:|
| 12/26/12 Airline Tickets - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/16/12 - 12/20/12 Bank ID: GENR Check Number: 104380 | 580.10 |
| 12/26/12 Airline Tickets - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/14/12 Bank ID: GENR Check Number: 104380 | 294.10 |
| 12/26/12 Airline Tickets - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/2/12 - 12/7/12 Bank ID: GENR Check Number: 104380 | 1,337.10 |
| 12/26/12 Airline Tickets - JAY LEVINE ATTEND REVIW PROJECT IN DALLAS, TX 12/16/12 - 12/20/12 Bank ID: GENR Check Number: 104380 | 1,184.60 |
| 12/28/12 Airline Tickets - NADER RAJA TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/17/12 - 12/20/12 Bank ID: GENR Check Number: 104412 | 580.10 |
| 12/28/12 Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/11/12 Bank ID: GENR Check Number: 104382 | 570.10 |
| 12/28/12 Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/11/12 EARLY ARRIVAL FEE Bank ID: GENR Check Number: 104382 | 170.00 |
| 12/28/12 Airline Tickets - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/11/12 - 12/14/12 Bank ID: GENR Check Number: 104412 | 1,462.10 |
| 12/28/12 Airline Tickets - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/2/12 - 12/7/12 Bank ID: GENR Check Number: 104412 | 996.40 |
| 12/10/12 Travel Expense - KATHERINE M. WEINERT ON-SITE DOC REVIEW IN DALLAS, TX 12/3/12 - 12/7/12 PARKING Bank ID: GENR Check Number: 103652 | 60.00 |
| 12/11/12 Travel Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS, TX 12/3/12 - 12/7/12 CAB FARE Bank ID: GENR Check Number: 103638 | 64.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
JANUARY 8, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

---

| Date | Description | Amount |
|------|-------------|-------:|
| 12/12/12 | Travel Expense - RASHAD BLOSSOM REVIEW OF MORTGAGE FILES TRANSFERRED TO CLIENT IN DALLAS, TX 12/2/12- - 23/7/12 BAGGAGE FEES<br>Bank ID: GENR Check Number: 103571 | 50.00 |
| 12/12/12 | Travel Expense - RASHAD BLOSSOM REVIEW OF MORTGAGE FILES TRANSFERRED TO CLIENT IN DALLAS, TX 12/2/12- - 23/7/12 INTERNET<br>Bank ID: GENR Check Number: 103571 | 51.92 |
| 12/12/12 | Travel Expense - RASHAD BLOSSOM REVIEW OF MORTGAGE FILES TRANSFERRED TO CLIENT IN DALLAS, TX 12/2/12- - 23/7/12 PARKING<br>Bank ID: GENR Check Number: 103571 | 30.00 |
| 12/17/12 | Travel Expense - CORY MENEES ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/13/12 CAB<br>Bank ID: GENR Check Number: 103965 | 60.00 |
| 12/17/12 | Travel Expense - CORY MENEES ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/13/12 CAB<br>Bank ID: GENR Check Number: 103965 | 59.70 |
| 12/17/12 | Travel Expense - CORY MENEES ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/13/12 PARKING<br>Bank ID: GENR Check Number: 103965 | 28.00 |
| 12/17/12 | Travel Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR FILE REVIEW 12/3/12 - 12/7/12 HOTEL<br>Bank ID: GENR Check Number: 104006 | 779.44 |
| 12/17/12 | Travel Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR FILE REVIEW 12/3/12 - 12/7/12 RENTAL CAR<br>Bank ID: GENR Check Number: 104006 | 460.43 |
| 12/17/12 | Travel Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR FILE REVIEW 12/3/12 - 12/7/12 TRAIN FARE, PARKING<br>Bank ID: GENR Check Number: 104006 | 45.00 |
| 12/17/12 | Travel Expense - DARRELL CLAY TUCKER II ATTEND DOC REVIEW 12/4/12 - 12/7/12 IN DALLAS, TX RENTAL CAR<br>Bank ID: GENR Check Number: 103999 | 458.13 |
| 12/17/12 | Travel Expense - DARRELL CLAY TUCKER II ATTEND DOC REVIEW 12/4/12 - 12/7/12 IN DALLAS, TX PARKING, TIPS<br>Bank ID: GENR Check Number: 103999 | 72.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      5
JANUARY 8, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 12/18/12 | Travel Expense - KATHERINE M. WEINERT ATTEND ON-SITE DOCUMENT REVIEW IN DALLAS, TX 12/12/12 - 12/14/12 PARKING<br>Bank ID: GENR Check Number: 104005 | 60.00 |
| 12/18/12 | Travel Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/3/12 - 12/7/12 PARKING<br>Bank ID: GENR Check Number: 103956 | 59.00 |
| 12/18/12 | Travel Expense - RUSHA SMITH ATTEND FILE REVIEW PROJECT IN DALLAS, TX 12/10/12 - 12/14/12 RENTAL CAR<br>Bank ID: GENR Check Number: 103989 | 485.22 |
| 12/18/12 | Travel Expense - RUSHA SMITH ATTEND FILE REVIEW PROJECT IN DALLAS, TX 12/10/12 - 12/14/12 CAB FARE, TIPS<br>Bank ID: GENR Check Number: 103989 | 85.00 |
| 12/20/12 | Travel Expense - ELENA LOVOY EXPENSES FOR DALLAS, TX TRIP 12/10/12 - 12/14/12 PARKING<br>Bank ID: GENR Check Number: 103956 | 60.00 |
| 12/21/12 | Travel Expense - JOSE' VEGA ATTEND LITTON REVIEW IN DALLAS, TX 12/16/12 - 12/20/12 PARKING<br>Bank ID: GENR Check Number: 104435 | 48.00 |
| 12/26/12 | Travel Expense - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/2/12 - 12/7/12 PARKING<br>Bank ID: GENR Check Number: 104380 | 30.00 |
| 12/26/12 | Travel Expense - DARRELL CLAY TUCKER II ATTEND DOCUMENT REVIEW IN DALLAS, TX 12/17/12 - 12/20/12 RENTAL CAR<br>Bank ID: GENR Check Number: 104433 | 764.76 |
| 12/26/12 | Travel Expense - DARRELL CLAY TUCKER II ATTEND DOCUMENT REVIEW IN DALLAS, TX 12/17/12 - 12/20/12 CAB FARE, TIPS<br>Bank ID: GENR Check Number: 104433 | 45.00 |
| 12/26/12 | Travel Expense - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/14/12 RENTAL CAR<br>Bank ID: GENR Check Number: 104380 | 258.55 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
JANUARY 8, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 12/26/12 | Travel Expense - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/14/12 FUEL, PARKING<br>Bank ID: GENR Check Number: 104380 | 45.07 |
| 12/26/12 | Travel Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS, TX 12/16/12 - 12/19/12 CAB FARE<br>Bank ID: GENR Check Number: 104421 | 45.00 |
| 12/26/12 | Travel Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS, TX 12/16/12 - 12/19/12 CAB FARE<br>Bank ID: GENR Check Number: 104421 | 75.00 |
| 12/26/12 | Travel Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS, TX 12/16/12 - 12/19/12 TIP<br>Bank ID: GENR Check Number: 104421 | 20.00 |
| 12/26/12 | Travel Expense - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/16/12 - 12/20/12 RENTAL CAR<br>Bank ID: GENR Check Number: 104380 | 171.72 |
| 12/26/12 | Travel Expense - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/16/12 - 12/20/12 PARKING, FUEL<br>Bank ID: GENR Check Number: 104380 | 41.67 |
| 12/26/12 | Travel Expense - AMY PUCKETT TRAVEL TO DALLAS, TX TO REVIEW FILES 12/16/12 - 12/21/12 CHOICE SEATS, PARKING<br>Bank ID: GENR Check Number: 104410 | 71.00 |
| 12/26/12 | Travel Expense - CAREY INTERNATIONAL, INC. J LEVINE 12-20-12 CAR SERVICE<br>Bank ID: GENR Check Number: 104100 | 131.79 |
| 12/26/12 | Travel Expense - JAY LEVINE ATTEND REVIW PROJECT IN DALLAS, TX 12/16/12 - 12/20/12 CAB FARE<br>Bank ID: GENR Check Number: 104394 | 60.00 |
| 12/26/12 | Travel Expense - JAY LEVINE ATTEND REVIW PROJECT IN DALLAS, TX 12/16/12 - 12/20/12 CAB FARE<br>Bank ID: GENR Check Number: 104394 | 60.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    7
JANUARY 8, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 12/26/12 | Travel Expense - JAY LEVINE ATTEND REVIW PROJECT IN DALLAS, TX 12/16/12 - 12/20/12 BAGGAGE FEES<br>Bank ID: GENR Check Number: 104394 | 50.00 |
| 12/27/12 | Travel Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/10/12 - 12/20/12 PARKING<br>Bank ID: GENR Check Number: 104396 | 48.00 |
| 12/28/12 | Travel Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/11/12 - 12/14/12 CAB FARE<br>Bank ID: GENR Check Number: 104412 | 55.25 |
| 12/28/12 | Travel Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/11/12 - 12/14/12 BAGGAGE FEE, PARKING<br>Bank ID: GENR Check Number: 104412 | 95.00 |
| 12/28/12 | Travel Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/2/12 - 12/7/12 HOTEL<br>Bank ID: GENR Check Number: 104412 | 147.53 |
| 12/28/12 | Travel Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/2/12 - 12/7/12 FUEL<br>Bank ID: GENR Check Number: 104412 | 20.06 |
| 12/28/12 | Travel Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/2/12 - 12/7/12 PARKING, BAGGAGE FEE, TIPS<br>Bank ID: GENR Check Number: 104412 | 70.00 |
| 12/28/12 | Travel Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/17/12 - 12/20/12 RENTAL CAR<br>Bank ID: GENR Check Number: 104412 | 171.72 |
| 12/28/12 | Travel Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/17/12 - 12/20/12 PARKING, TIPS, FUEL<br>Bank ID: GENR Check Number: 104412 | 85.30 |
| 12/28/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/11/12 RENTAL CAR<br>Bank ID: GENR Check Number: 104382 | 326.36 |
| 12/10/12 | Meal Expense - KATHERINE M. WEINERT ON-SITE DOC REVIEW IN DALLAS, TX 12/3/12 - 12/7/12<br>Bank ID: GENR Check Number: 103652 | 18.51 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    8
JANUARY 8, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 12/10/12 | Meal Expense - KATHERINE M. WEINERT ON-SITE DOC REVIEW IN DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103652 | 160.00 |
| 12/10/12 | Meal Expense - KATHERINE M. WEINERT ON-SITE DOC REVIEW IN DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103652 | 92.87 |
| 12/10/12 | Meal Expense - KATHERINE M. WEINERT ON-SITE DOC REVIEW IN DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103652 | 56.26 |
| 12/11/12 | Meal Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103638 | 70.91 |
| 12/11/12 | Meal Expense - RUSHA SMITH FILE REVIEW PROJECT IN DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103638 | 54.90 |
| 12/12/12 | Meal Expense - RASHAD BLOSSOM REVIEW OF MORTGAGE FILES TRANSFERRED TO CLIENT IN DALLAS, TX 12/2/12- - 23/7/12 Bank ID: GENR Check Number: 103571 | 86.50 |
| 12/12/12 | Meal Expense - RASHAD BLOSSOM REVIEW OF MORTGAGE FILES TRANSFERRED TO CLIENT IN DALLAS, TX 12/2/12- - 23/7/12 Bank ID: GENR Check Number: 103571 | 48.44 |
| 12/12/12 | Meal Expense - RASHAD BLOSSOM REVIEW OF MORTGAGE FILES TRANSFERRED TO CLIENT IN DALLAS, TX 12/2/12- - 23/7/12 Bank ID: GENR Check Number: 103571 | 66.97 |
| 12/17/12 | Meal Expense - DARRELL CLAY TUCKER II ATTEND DOC REVIEW 12/4/12 - 12/7/12 IN DALLAS, TX Bank ID: GENR Check Number: 103999 | 87.17 |
| 12/17/12 | Meal Expense - DARRELL CLAY TUCKER II ATTEND DOC REVIEW 12/4/12 - 12/7/12 IN DALLAS, TX Bank ID: GENR Check Number: 103999 | 193.72 |
| 12/17/12 | Meal Expense - DARRELL CLAY TUCKER II ATTEND DOC REVIEW 12/4/12 - 12/7/12 IN DALLAS, TX Bank ID: GENR Check Number: 103999 | 29.00 |
| 12/17/12 | Meal Expense - CORY MENEES ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/13/12 Bank ID: GENR Check Number: 103965 | 155.52 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    9
JANUARY 8, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

| | |
|---|---|
| 12/17/12 Meal Expense - CORY MENEES ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/13/12 Bank ID: GENR Check Number: 103965 | 152.67 |
| 12/17/12 Meal Expense - CORY MENEES ATTEND FILE REVIEW IN DALLAS, TX 12/9/12 - 12/13/12 Bank ID: GENR Check Number: 103965 | 70.23 |
| 12/17/12 Meal Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR FILE REVIEW 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 104006 | 67.49 |
| 12/17/12 Meal Expense - MARK WIERMAN TRAVEL TO DALLAS, TX FOR FILE REVIEW 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 104006 | 43.34 |
| 12/18/12 Meal Expense - KATHERINE M. WEINERT ATTEND ON-SITE DOCUMENT REVIEW IN DALLAS, TX 12/12/12 - 12/14/12 Bank ID: GENR Check Number: 104005 | 38.93 |
| 12/18/12 Meal Expense - RUSHA SMITH ATTEND FILE REVIEW PROJECT IN DALLAS, TX 12/10/12 - 12/14/12 Bank ID: GENR Check Number: 103989 | 67.37 |
| 12/18/12 Meal Expense - RUSHA SMITH ATTEND FILE REVIEW PROJECT IN DALLAS, TX 12/10/12 - 12/14/12 Bank ID: GENR Check Number: 103989 | 39.33 |
| 12/18/12 Meal Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103956 | 84.81 |
| 12/18/12 Meal Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103956 | 395.17 |
| 12/18/12 Meal Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103956 | 21.87 |
| 12/18/12 Meal Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/3/12 - 12/7/12 Bank ID: GENR Check Number: 103956 | 383.85 |
| 12/20/12 Meal Expense - ELENA LOVOY EXPENSES FOR DALLAS, TX TRIP 12/10/12 - 12/14/12 Bank ID: GENR Check Number: 103956 | 58.77 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301182

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 12/21/12 | Meal Expense - JOSE' VEGA ATTEND LITTON REVIEW<br>IN DALLAS, TX 12/16/12 - 12/20/12<br>Bank ID: GENR Check Number: 104435 | 58.89 |
| 12/26/12 | Meal Expense - RUSHA SMITH FILE REVIEW PROJECT<br>IN DALLAS, TX 12/16/12 - 12/19/12<br>Bank ID: GENR Check Number: 104421 | 23.93 |
| 12/26/12 | Meal Expense - ALISON CURRAN SMITH LITTON<br>PROJECT REVIEW IN DALLAS, TX  12/17/12<br>Bank ID: GENR Check Number: 104423 | 3.24 |
| 12/26/12 | Meal Expense - ALISON CURRAN SMITH LITTON<br>PROJECT REVIEW IN DALLAS, TX  12/18/12<br>Bank ID: GENR Check Number: 104423 | 7.58 |
| 12/26/12 | Meal Expense - ALISON CURRAN SMITH LITTON<br>PROJECT REVIEW IN DALLAS, TX  12/19/12<br>Bank ID: GENR Check Number: 104423 | 4.42 |
| 12/26/12 | Meal Expense - AMY PUCKETT TRAVEL TO DALLAS, TX<br>TO REVIEW FILES 12/16/12 - 12/21/12<br>Bank ID: GENR Check Number: 104410 | 79.31 |
| 12/26/12 | Meal Expense - MICHAEL C.GRIFFIN ATTEND FILE<br>REVIEW IN DALLAS, TX 12/16/12 - 12/20/12<br>Bank ID: GENR Check Number: 104380 | 87.45 |
| 12/26/12 | Meal Expense - MICHAEL C.GRIFFIN ATTEND FILE<br>REVIEW IN DALLAS, TX 12/9/12 - 12/14/12<br>Bank ID: GENR Check Number: 104380 | 68.60 |
| 12/26/12 | Meal Expense - MICHAEL C.GRIFFIN ATTEND FILE<br>REVIEW IN DALLAS, TX 12/9/12 - 12/14/12<br>Bank ID: GENR Check Number: 104380 | 82.74 |
| 12/26/12 | Meal Expense - DARRELL CLAY TUCKER II ATTEND<br>DOCUMENT REVIEW IN DALLAS, TX 12/17/12 -<br>12/20/12<br>Bank ID: GENR Check Number: 104433 | 202.98 |
| 12/26/12 | Meal Expense - DARRELL CLAY TUCKER II ATTEND<br>DOCUMENT REVIEW IN DALLAS, TX 12/17/12 -<br>12/20/12<br>Bank ID: GENR Check Number: 104433 | 25.87 |
| 12/26/12 | Meal Expense - DARRELL CLAY TUCKER II ATTEND<br>DOCUMENT REVIEW IN DALLAS, TX 12/17/12 -<br>12/20/12<br>Bank ID: GENR Check Number: 104433 | 132.06 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
JANUARY 8, 2013

0R0802-301182

FED ID NO. 63-0243316

---

| | | |
|---|---|---|
| 12/26/12 | Meal Expense - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/2/12 - 12/7/12 Bank ID: GENR Check Number: 104380 | 71.58 |
| 12/26/12 | Meal Expense - MICHAEL C.GRIFFIN ATTEND FILE REVIEW IN DALLAS, TX 12/2/12 - 12/7/12 Bank ID: GENR Check Number: 104380 | 73.16 |
| 12/26/12 | Meal Expense - JAY LEVINE ATTEND REVIW PROJECT IN DALLAS, TX 12/16/12 - 12/20/12 Bank ID: GENR Check Number: 104394 | 58.92 |
| 12/26/12 | Meal Expense - JAY LEVINE ATTEND REVIW PROJECT IN DALLAS, TX 12/16/12 - 12/20/12 Bank ID: GENR Check Number: 104394 | 89.17 |
| 12/27/12 | Meal Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/10/12 - 12/20/12 Bank ID: GENR Check Number: 104396 | 97.01 |
| 12/27/12 | Meal Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/10/12 - 12/20/12 Bank ID: GENR Check Number: 104396 | 65.72 |
| 12/27/12 | Meal Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/10/12 - 12/20/12 Bank ID: GENR Check Number: 104396 | 57.55 |
| 12/27/12 | Meal Expense - ELENA LOVOY TRAVEL TO DALLAS, TX 12/10/12 - 12/20/12 Bank ID: GENR Check Number: 104396 | 15.13 |
| 12/28/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/11/12 Bank ID: GENR Check Number: 104382 | 10.02 |
| 12/28/12 | Meal Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOCUMENT REVIEW 12/17/12 - 12/20/12 Bank ID: GENR Check Number: 104412 | 87.70 |
| 12/28/12 | Meal Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/11/12 - 12/14/12 Bank ID: GENR Check Number: 104412 | 70.70 |
| 12/28/12 | Meal Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/2/12 - 12/7/12 Bank ID: GENR Check Number: 104412 | 79.76 |
| 12/28/12 | Meal Expense - NADER RAJA TRAVEL TO DALLAS, TX FOR DOC REVIEW 12/2/12 - 12/7/12 Bank ID: GENR Check Number: 104412 | 88.92 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    12
JANUARY 8, 2013

ResCap

0R0802-301182

FED ID NO. 63-0243316

12/28/12 Meal Expense - NADER RAJA TRAVEL TO DALLAS, TX          17.39
         FOR DOC REVIEW 12/2/12 - 12/7/12
         Bank ID: GENR Check Number: 104412
12/26/12 Ready Conference ELOVOY 12/13/2012                        9.59

         TOTAL COSTS FOR THIS MATTER            $32,232.31


TOTAL FEES                    0.00 hrs              $.00

TOTAL EXPENSES                                $32,232.31

**TOTAL CHARGES FOR THIS INVOICE**           $32,232.31

         ***** TOTAL DUE UPON RECEIPT *****