

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    28
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/13/12 | RRM | Review e-mail from Shelley Heidebrecht with regards to 2nd lien extinguishment and initial analysis with regards to same | L190 | .60 hrs |
| 10/13/12 | RRM | Review of e-mail from Jim Huizinga with clean and redline copies of documents regarding contract provisions and initial review of same | L190 | .70 hrs |
| 10/14/12 | RRM | Review of updated contract provisions in context of Consent Judgment and make comments to same | L190 | 1.10 hrs |
| 10/14/12 | RRM | Extensive work on talking points for upcoming meeting with regulator on metric testing, interpretation of metric definitions and potential discrepancies of same | L190 | 4.20 hrs |
| 10/15/12 | RRM | Extensive telephone conference with Counsel regarding contractual language and mitigation and follow up on same | L190 | .70 hrs |
| 10/15/12 | RRM | Participate in telephone conference with Counsel for prospective purchaser on AG/DOJ Settlement | L190 | .30 hrs |
| 10/15/12 | RRM | Telephone conference call with client with regard to updated regulatory compliance issues in compliance with AG/DOJ Settlement | L190 | .40 hrs |
| 10/15/12 | RRM | Preparation and subsequent cross-service legal group on standards and conflicts | L190 | 2.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    29
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/15/12 | RRM | Continue to review the presentation for Monitor meeting and provide feedback and revise documentation | L190 | 3.20 hrs |
| 10/15/12 | RRM | Multiple e-mail correspondence with Jim Huizinga with regards to revisions around FRB consent order and extensive follow up with regard to same | L190 | 1.70 hrs |
| 10/15/12 | TEH | Review status of production and fact gathering andcorrespondence related to status | C100 | .80 hrs |
| 10/15/12 | CSM | Telephone conference with Massachusetts default counsel regarding implementation of Living File Project | P280 | .60 hrs |
| 10/15/12 | CSM | Participate in cross-servicer conference call regarding conflicts | P280 | 1.10 hrs |
| 10/15/12 | EKS | Confer regarding status of document production | L320 | .20 hrs |
| 10/15/12 | EBE | Summarize notes from teleconference with foreclosure firm re Living File project | L190 | .40 hrs |
| 10/15/12 | ASI | Analyze and communicate with client regarding status of living file project and proposed responses on same in conjunction with implementation of AG/DOJ consent judgment | C300 | .70 hrs |
| 10/15/12 | ASI | Review and analyze proposed cross-servicer conflict document in conjunction with AG/DOJ consent judgment | C300 | 1.30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     30
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 10/15/12 | ASI | Analyze and revise non-judicial document templates in light of recent comments received from counsel in accordance with implementation of AG/DOJ National Servicing Standards | C300 | 1.80 hrs |
|---|---|---|---|---|
| 10/15/12 | DERO | Phone conference with foreclosure firm regarding living file project | L120 | .50 hrs |
| 10/15/12 | ERP | Plan and coordinate conference calls with foreclosure counsel regarding GMAC Living File Project | L120 | 1.80 hrs |
| 10/15/12 | ERP | Update Living File Project tracking report with current status of scheduling conference call with remaining foreclosure firms | L120 | .60 hrs |
| 10/15/12 | LG | Analyze communications relating to proposed 51 state survey of short sale anti-deficiency laws | L120 | .30 hrs |
| 10/15/12 | LG | AG call concerning consumer relief issues | L120 | 1.00 hrs |
| 10/16/12 | LG | Cross servicer legal call concerning AG settlement implementation | L120 | 1.00 hrs |
| 10/16/12 | LG | Cross servicer AG consumer relief call concerning consumer relief implementation | L120 | 1.50 hrs |
| 10/16/12 | LG | Communications with client concerning 51 state short sale anti-deficiency project | L120 | .30 hrs |
| 10/16/12 | LG | Draft chart for 51 state short sale anti-deficiency project | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    31
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/16/12 | LG | Revise chart for 51 state short sale project | L120 | .30 hrs |
| 10/16/12 | LG | Communications concerning 51 state short sale project chart | L120 | .40 hrs |
| 10/16/12 | LG | Draft email assigning 51 state short sale project | L120 | .70 hrs |
| 10/16/12 | LG | Communications concerning questions regarding the 51 state short sale anti-deficiency project | L120 | .80 hrs |
| 10/16/12 | AH | Review jurisdictional project regarding deficiency judgments after short sales and deed-in-lieu transactions | L629 | .10 hrs |
| 10/16/12 | PMD | Reviewed rubric for deficiency project | L120 | .20 hrs |
| 10/16/12 | PMD | Researched PA law regarding deficiency project | L120 | 1.10 hrs |
| 10/16/12 | ASI | Analyze and revise non-judicial template forms for Washington in conjunction with comments received from outside counsel as part of compliance with AG/DOJ consent order | C300 | .40 hrs |
| 10/16/12 | ASI | Continue to analyze and develop legal standing memorandum in conjunction with outside counsel for cross-servicer group as part of compliance with AG/DOJ consent order | C300 | 4.70 hrs |
| 10/16/12 | ASI | Continue to analyze and develop conflict list in conjunction with implementation of AG/DOJ consent order | C300 | 3.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    32
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/16/12 | ASI | Prepare for and attend cross-servicer call regarding implementation of AG/DOJ consent order | C300 | .60 hrs |
|---|---|---|---|---|
| 10/16/12 | MPE | Review and revise Affidavit in Support of Plaintiff's Motion for Summary judgment, and verification of Foreclosure complaint and update GMAC's index with relevant information. | L110 | .30 hrs |
| 10/16/12 | EKS | Review documents for production to government | L320 | 3.90 hrs |
| 10/16/12 | EKS | Coordinate production of documents to government | L320 | .60 hrs |
| 10/16/12 | CSM | Emails with client regarding markup of draft form of Oregon declaration in support of judgment | C400 | .60 hrs |
| 10/16/12 | CWH | Review and analyze issues with the Beneficiary Matrix and completion of affidavits by Record Services and Document Execution team | L120 | .40 hrs |
| 10/16/12 | CSM | Review client markup of draft form of Oregon declaration in support of judgment | P280 | .20 hrs |
| 10/16/12 | KMS | Examine District of Columbia law regarding recourse options following default | L190 | 1.70 hrs |
| 10/16/12 | RRM | Preparation for meeting with clients regarding the meeting with Monitor/OMSO | L190 | 2.00 hrs |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    33
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/16/12 | RRM | Review extensive e-mail from Tracy Zoebel for information requested by Monitor's Counsel and draft e-mail to Josh Stein with regards to same | L190 | .60 hrs |
| 10/16/12 | RRM | Multiple e-mails with client regard to scope and number of employees involved in foreclosure review and draft talking points about same | L190 | .80 hrs |
| 10/16/12 | RRM | Review of anti-deficiency statutes nationwide and direction for additional analysis about 2nd Liens | L190 | .70 hrs |
| 10/16/12 | RRM | Continue follow up work on living file and filed AOI's based on work and communicate with Monitor and Monitor's Counsel | L190 | 1.70 hrs |
| 10/16/12 | RRM | Represent company in Raleigh, NC regarding meeting with Monitor, OMSO and Monitor's Counsel | L190 | 2.40 hrs |
| 10/17/12 | RRM | Telephone conference with Martin Arms with regard to tax implications of AG/DOJ settlement | L190 | .20 hrs |
| 10/17/12 | RRM | Work on affidavits | L190 | 1.90 hrs |
| 10/17/12 | RRM | Extensive preparation for and subsequent telephone conference with client with regard to client conflicts between servicing standards and investor guidelines and walk through work plans, servicing standards and metrics for loss mitigation and force plied insurance | L190 | 3.80 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    34
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/17/12 | RRM | Telephone conference with client with regards to providing documentation on training information | L190 | .60 hrs |
| 10/17/12 | RRM | Cross-Server conflict call and participated in same and extensive work on follow up | L190 | 2.30 hrs |
| 10/17/12 | KMS | Analyze permissible courses of action regarding deficiency recovery under District of Columbia law | L190 | 3.20 hrs |
| 10/17/12 | TEH | Correspond with government regarding production status update | C100 | .50 hrs |
| 10/17/12 | TEH | Review correspondence and attachments from client regarding document search for production | C100 | .30 hrs |
| 10/17/12 | ACU | Research Montana foreclosure law for 50 state survey project on short sales and deed-in-lieu of foreclosure transactions. | C200 | 1.10 hrs |
| 10/17/12 | JK | Send GMACM a copy of the Living File template and recommendations re: same | L120 | .10 hrs |
| 10/17/12 | CSM | Research regarding restrictions on pursuit of deficiencies under Hawaii and New Hampshire law following short sales and delivery of deeds in lieu | P280 | 2.40 hrs |
| 10/17/12 | CSM | Draft form of declaration in support of judgment for use in Washington State judicial foreclosure actions | L210 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    35
NOVEMBER 17, 2012

ResCap

0R0802-301220

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 10/17/12 | CSM | Review and respond to client comments regarding form of verification for use in support of Hawaii attorney affirmation requirement | P280 | .90 hrs |
| 10/17/12 | KSA | Research deficiency judgment issues for 51-state survey | L120 | 2.50 hrs |
| 10/17/12 | EKS | Review documents and materials for production to government | L320 | 2.10 hrs |
| 10/17/12 | ASI | Continue to analyze and revise conflict document in conjunction with implementation of AG/DOJ consent order and communicate with cross-servicer group and client regarding same | C300 | 3.90 hrs |
| 10/17/12 | ASI | Research, analyze and respond to issues raised by client regarding contested loan file and potential impact with AG/DOJ consent order | C300 | .60 hrs |
| 10/17/12 | SJF | Review memorandum on potential tax implications of remediation | B240 | .50 hrs |
| 10/17/12 | JBU | Researched statutes and case law regarding deficiency judgments on short sale and deed-in-lieus | C200 | 3.40 hrs |
| 10/17/12 | AHC | Retrieval and initial review of final order re New Jersey submissions | L110 | .30 hrs |
| 10/17/12 | CS | Research caselaw in Massachusetts regarding deeds in lieu and short sales and complete survey script | L120 | 3.90 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     36
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/17/12 | KW | Reviewed and analyzed GMAC 51 state project assignment regarding short sales | C300 | .30 hrs |
| 10/17/12 | BG | Research California law on deficiency judgments, contribution of settlement money from Borrowers, and execution of promissory notes in relation to short sale or deed-in-lieu settlements | L120 | .80 hrs |
| 10/17/12 | LG | AG cross servicer call regarding consumer relief implementation and obstacles | L120 | 1.50 hrs |
| 10/17/12 | LG | Communications regarding cross servicer conflicts | L120 | .80 hrs |
| 10/17/12 | LG | Cross servicer legal call concerning implementation of the AG metrics | L120 | .80 hrs |
| 10/18/12 | LG | AG call discussing various issues including consumer relief | L120 | 1.50 hrs |
| 10/18/12 | LG | Analyze Oregon anti-deficiency law in a short sale and deed in lieu context | L120 | 1.80 hrs |
| 10/18/12 | ERP | Plan and coordinate conference calls with foreclosure counsel regarding GMAC Living File Project | L120 | 1.10 hrs |
| 10/18/12 | ERP | E-mail communications with 5 foreclosure firms for follow up to schedule conference call regarding Living File Project | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    37
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/12 | EL | Illinois - Legal research regarding permissibility of collecting deficiency amounts after short sale or deed in lieu transactions | L120 | 3.00 hrs |
| 10/18/12 | EL | Louisiana - Legal research regarding permissibility of collecting deficiency amounts after short sale or deed in lieu transactions | L120 | 3.00 hrs |
| 10/18/12 | ES | Research re: deficiency judgments and short sales and deeds in Mississippi and Utah | L240B | 1.10 hrs |
| 10/18/12 | AH | Review North Dakota statutory law and case law regarding the availability of seeking a deficiency judgment post short sale and post deed-in-lieu transaction | L629 | 2.20 hrs |
| 10/18/12 | CST | Review Connecticut law regarding short sales and deed-in-lieu transactions | C300 | 1.00 hrs |
| 10/18/12 | ASI | Analyze default counsel's issues regarding Washington and California non-judicial template forms in conjunction with implementation of AG/DOJ consent order | C300 | .40 hrs |
| 10/18/12 | JBU | Researched and completed chart regarding deficiency after short sale or deed-in-lieu | C300 | 1.50 hrs |
| 10/18/12 | ASI | Analyze case file relating to Florida loan file and potential AG/DOJ issues under same | C300 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    38
NOVEMBER 17, 2012

0R0802-301220

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 10/18/12 | EKS | Coordinate receipt of additional loan files from client | L120 | .40 hrs |
| 10/18/12 | KK | Emails to eleven foreclosure firms regarding information pertaining to Assignment of Bid and update corresponding spreadsheet | L110 | 1.70 hrs |
| 10/18/12 | CSM | Review and revise declaration in support of judgment for filing by default counsel in State of Washington foreclosure action | P280 | .90 hrs |
| 10/18/12 | KSA | Research Ohio laws regarding short states and deficiency judgments for 51-state survey | L120 | 1.20 hrs |
| 10/18/12 | NSR | Analyze Idaho law regarding prohibitions surrounding short sales and deeds in lieu of foreclosure | L120 | 1.60 hrs |
| 10/18/12 | JK | Prep for Living File conference call with foreclosure firm | L120 | .40 hrs |
| 10/18/12 | JK | Living File conference call with foreclosure firm to discuss GMAC requirements for compliance | L120 | .40 hrs |
| 10/18/12 | ACRA | Analyze whether Arkansas allows deficiency judgments in specific situations | L120 | .50 hrs |
| 10/18/12 | JJE | Research of Alaska case law and statutes regarding deficiency judgments in the deed in lieu and short sale context | C300 | 3.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    39
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/12 | SAP | Legal and internet research re Colorado and Iowa law regarding deficiency judgments and related issues | C200 | 4.10 hrs |
| 10/18/12 | RRM | Extensive telephone conference with client with regards to logistics and planning for meetings with the PPF and SPF under AG/DOJ Settlement Compliance and follow up on same | L190 | 1.90 hrs |
| 10/18/12 | RRM | Review of pre-auction letter and comment on same | L190 | .30 hrs |
| 10/18/12 | RRM | Review of e-mail from Charlene Miller attached documents for cross-servicer call and initial review of same | L190 | .70 hrs |
| 10/18/12 | RRM | Multiple e-mail correspondence with multiple client contacts with regard to media inquiry involving AG/DOJ Settlement and subsequent telephone conference call with Susan Fitzpatrick with regard to same | L190 | .90 hrs |
| 10/18/12 | RRM | E-mail correspondence to and from Bill Cherry with regard to process percentages around insufficient documents in loss mitigation metric | L190 | .40 hrs |
| 10/18/12 | RRM | Continue to work around alternatives on process and procedure involving Metric 19 and multiple e-mail correspondence with client and Monitor | L190 | 1.40 hrs |
| 10/19/12 | RRM | Extensive telephone conference with DOJ with regards to position on inquiry of additional documents | L190 | .50 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    40
NOVEMBER 17, 2012

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/19/12 | RRM | Multiple e-mail correspondence with Jim Huizinga with regard to new drafts of documents provided to DOJ and begin review of newly revised documents | L190 | 1.60 hrs |
| 10/19/12 | RRM | Draft e-mail to BDO and Baker Tilly with regards to information needed to access records to validate compliance under AG/DOJ Settlement and review response to same | L190 | .30 hrs |
| 10/19/12 | RRM | Continuous work on deficiency periods in multiple jurisdictions and subsequent telephone conference with client with regards to same | L190 | 1.10 hrs |
| 10/19/12 | RRM | Extensive telephone conference with regard to sourcing standards and discussion of same | L190 | .50 hrs |
| 10/19/12 | RRM | Follow up on positions taken by Monitor and other professional from prior meetings with regard to filed AOIS | L190 | .80 hrs |
| 10/19/12 | RRM | Draft detailed e-mail to Michael Barba with regard to systems information on IRG Teamsite and review response to same | L190 | .50 hrs |
| 10/19/12 | RRM | Participate in servicer only call with regard to update on Consumer Relief | L190 | .90 hrs |
| 10/19/12 | RRM | Participate in cross-servicer call with OMSO and Monitor | L190 | .90 hrs |
| 10/19/12 | RRM | Telephone conference with client on logistics with PPF/SPF under AG/DOJ Settlement | L190 | .60 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    41
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/19/12 | RRM | Telephone conference with Damion Smith with HUD with regard to EX I. Work Place | L190 | .50 hrs |
| 10/19/12 | SAP | Legal and internet research re Colorado and Iowa law re deficiency judgment after a short sale or deed-in-lieu transaction and related issues | C200 | 4.50 hrs |
| 10/19/12 | EAF | Research Maryland law regarding right to deficiency judgment and related issues in cases of short sales or deeds in lieu of foreclosure | C200 | 2.30 hrs |
| 10/19/12 | HHW | Conduct legal research regarding Georgia law applicable to short sales and deficiency judgments for 50 state survey project | C200 | 1.50 hrs |
| 10/19/12 | HHW | Conduct legal research regarding Indiana law applicable to short sales and deficiency judgments for 50 state survey project | C200 | 1.50 hrs |
| 10/19/12 | HHW | Draft summary of Georgia law regarding deficiency judgment on short sale and deed in lieu transactions | C300 | .70 hrs |
| 10/19/12 | KSA | Research Ohio law regarding notes after short sales for 51-jurisdiction project | L120 | .50 hrs |
| 10/19/12 | TRL | Conduct deficiency judgment research for Virginia and West Virginia for 51 state survey | L240B | 7.00 hrs |
| 10/19/12 | KK | Emails to seven foreclosure firms regarding information pertaining to Assignment of Bid procedure by state | L110 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    42
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/19/12 | ERP | Plan and coordinate conference calls with foreclosure counsel regarding GMAC Living File Project | L120 | .80 hrs |
|----------|-----|---|------|---------|
| 10/19/12 | EKS | Review loan files for production to government | L320 | 1.10 hrs |
| 10/19/12 | JCCO | Research Alabama law to determine if mortgage servicers may seek a deficiency judgment on a deed in lieu transaction | C200 | 1.10 hrs |
| 10/19/12 | PMD | Further research regarding PA deficiency issues | L120 | 1.50 hrs |
| 10/19/12 | ASI | Prepare for and attend OMSO/cross-servicer call regarding implementation of AG/DOJ consent order | C300 | 1.10 hrs |
| 10/19/12 | ASI | Review and analyze issues raised by client regarding implementation of AG/DOJ consumer relief requirements | C300 | .60 hrs |
| 10/19/12 | ASI | Research Nevada law regarding collection of deficiency judgments and processes surrounding same in conjunction with implementation of AG/DOJ consent order | C200 | .90 hrs |
| 10/19/12 | CST | Review foreclosure law in Connecticut regarding short sale and deed-in-lieu transactions | C300 | .60 hrs |
| 10/19/12 | JMH | Research Kansas law to determine whether deficiencies allowed in wake of short sale, or of deed in lieu | L120 | 2.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    43
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/19/12 | JMH | Research Florida law to determine whether deficiencies allowed in wake of short sale, or of deed in lieu | L120 | 2.70 hrs |
| 10/19/12 | JMH | Research New Jersey law to determine whether deficiencies allowed in wake of short sale, or of deed in lieu | L120 | 3.20 hrs |
| 10/19/12 | JMH | Research current state of Florida law in light of questions arising from foreclosure firms regarding methods of proving standing | L120 | 3.20 hrs |
| 10/19/12 | ES | Research re: deficiency judgments and short sales and deeds-in-lieu in Mississippi and Utah | L240B | 1.60 hrs |
| 10/19/12 | GP | Research Oklahoma law regarding availability of deficiency judgment after short sale or deed-in-lieu transaction | L120 | 2.50 hrs |
| 10/19/12 | LG | Call with OMSO discussing AG settlement implementation issues | L120 | 1.00 hrs |
| 10/19/12 | LG | Calls discussing "other credit" definitions and deficiency judgments in various contexts | L120 | 1.00 hrs |
| 10/19/12 | LG | Communications regarding possible anti-deficiency legal opinion | L120 | .30 hrs |
| 10/19/12 | LG | AG call discussing various issues related to consumer relief | L120 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    44
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/19/12 | LG | Analysis of the servicer's ability to claim consumer relief credit in certain states | L120 | .40 hrs |
| 10/21/12 | BG | Research and draft memorandum regarding use of short sales or deed-in-lieu transactions in relation to deficiency judgments under California law | L120 | 3.40 hrs |
| 10/21/12 | MW | Research and analyze Nebraska statutory and case law regarding limitations on lender's ability to seek deficiency judgments in the event of a short sale agreement and/or deed in lieu transaction | L120 | 2.10 hrs |
| 10/21/12 | AH | Review North Dakota statutory law and case law regarding short sale and deed-in-lieu transactions | L629 | 2.30 hrs |
| 10/21/12 | RK | Review Texas and Wyoming law on recovery of deficiency judgments in short sale and deed in lieu transactions | L120 | 2.20 hrs |
| 10/21/12 | JDR | Research Kentucky law as to deficiency judgments after a short sale or deed-in-lieu transaction | C300 | 2.00 hrs |
| 10/21/12 | NSR | Analyze Michigan law regarding prohibitions surrounding short sales and deeds in lieu of foreclosure | L120 | 1.60 hrs |
| 10/21/12 | SAP | Review notice of bankruptcy filings for assigned GMAC cases | B110 | .50 hrs |
| 10/21/12 | RRM | Multiple e-mail correspondence with Jim Huizinga with regard to   and scheduling brief call | L190 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    45
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/21/12 | RRM | Extensive telephone conference with Jim Huizinga with regards to changes concerning Contract provisions and discussion around same | L190 | .80 hrs |
| 10/21/12 | RRM | Extensive telephone conference with client with regards to suggested changes on contract and prepare for upcoming call with potential purchaser | L190 | .70 hrs |
| 10/21/12 | RRM | Extensive review of service standards and EX I with regard issue of continued compliance post-sale and outline talking points for same | L190 | 1.20 hrs |
| 10/21/12 | RRM | Participate in telephone conference with client and purchaser advisors with regard to AG/DOJ Settlement and overview of responses | L190 | .80 hrs |
| 10/21/12 | RRM | Draft e-mail to clients with regard to update on census BK issues in portfolio | L190 | .50 hrs |
| 10/21/12 | RRM | Telephone conference with client on follow up call and outline of additional points. | L190 | .30 hrs |
| 10/21/12 | RRM | Multiple e-mail correspondence with client and other counsel, on BK issues in the Consortium Call | L190 | .70 hrs |
| 10/21/12 | CJA | Research state law regarding short sale and deed in lieu deficiency | B250 | 3.40 hrs |
| 10/22/12 | EAF | Review South Dakota law regarding deficiency judgments | C300 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    46
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/22/12 | SAP | Additional review and analysis re notice of bankruptcy filings for assigned GMAC cases | C100 | .40 hrs |
| 10/22/12 | TEH | Review recent developments regarding located documents and discuss preparation of production | C100 | .40 hrs |
| 10/22/12 | CJA | Review of finalized 51 jurisdiction chart regarding findings concerning deed in lieu, short sale, cash contribution and promissory note | B250 | .80 hrs |
| 10/22/12 | RRM | Multiple e-mail correspondence with client with regard to contract provisions and make comments on same | L190 | 1.70 hrs |
| 10/22/12 | RRM | Draft e-mail to client and Sewitt Poucresion inquiring as to FRB staffing and obligation and review responses to same | L190 | 1.50 hrs |
| 10/22/12 | RRM | Mails to and from client with regards to investor guidelines | L190 | .40 hrs |
| 10/22/12 | RRM | Multiple e-mails with NSM and client on conference call around FRB obligations | L190 | .70 hrs |
| 10/22/12 | RRM | Review multiple emails from cross-servicer legal group with regard to legal standing memo | L190 | .80 hrs |
| 10/22/12 | RRM | Telephone conference with client, BDO, and Baker Tilly with regard to logistics for next few months on meetings and outline of tests | L190 | .50 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    47
NOVEMBER 17, 2012

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/22/12 | RRM | Participate and represent client on call with Jim Huizinga and client | L190 | .70 hrs |
| 10/22/12 | CSM | Emails with client regarding revisions and comments to declaration in support of motion for default judgment in Washington state action | P280 | .20 hrs |
| 10/22/12 | CSM | Emails with Hawaiian default counsel and client regarding revisions to forms of complaint verification and affidavit in support of motion for summary judgment | P280 | .40 hrs |
| 10/22/12 | CSM | Telephone conference with South Carolina default counsel regarding implementation of Living File Project | P280 | .20 hrs |
| 10/22/12 | CSM | Revise declaration in support of motion for default judgment for use in State of Washington foreclosure action | P280 | .40 hrs |
| 10/22/12 | CSM | Emails with client regarding revisions to declaration in support of motion for default judgment for use in State of Washington foreclosure action | C300 | .40 hrs |
| 10/22/12 | ACRA | Analyze whether Arkansas allows deficiency judgments in specific situations | L120 | 1.60 hrs |
| 10/22/12 | CSM | Further revise declaration in support of motion for default judgment in Washington state action | L210 | .40 hrs |
| 10/22/12 | ACU | Research short sales and deed-in-lieu transactions in Montana for 50 state survey project. | C200 | 3.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    48
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/22/12 | JK | Draft summary of Living File conference call with foreclosure firm and insert into template | L120 | .40 hrs |
| 10/22/12 | JK | Living File conference call with foreclosure firm | L120 | .40 hrs |
| 10/22/12 | JK | Prepare for Living File conference call with foreclosure firm by becoming familiar with Hawaii foreclosure process and reviewing the Living File script | L120 | .30 hrs |
| 10/22/12 | JW | Teleconference regarding impact of California legislation on non-judicial templates | L110 | 1.00 hrs |
| 10/22/12 | CC | Revise chart to incorporate Delaware law regarding deficiencies, short sales and deed-in-lieu transactions | L120 | .50 hrs |
| 10/22/12 | CC | Research Delaware law regarding deficiencies and ability to require borrower to contribute cash or sign promissory note as part of a deed-in-lieu transaction or short sale | L120 | 2.50 hrs |
| 10/22/12 | EKS | Review documents for production to government | L320 | .60 hrs |
| 10/22/12 | JJPH | Research Tennessee law regarding short sales and deeds in lieu | C300 | 1.10 hrs |
| 10/22/12 | JDV | Analysis of state law regarding deficiency judgments and contribution of funds | L120 | 2.60 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    49
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 10/22/12 | phn | Research and analysis of AZ deficiency judgment laws related to short sales and deeds-in-lieu | L120 | 1.60 hrs |
|---|---|---|---|---|
| 10/22/12 | CST | Review Connecticut law regarding short sales and deed-in-lieu transactions | C300 | 3.70 hrs |
| 10/22/12 | PMD | Drafted comments regarding deed-in-lieu deficiency in PA | L120 | .50 hrs |
| 10/22/12 | PMD | Researched regarding short sale deficiency in PA | L120 | 2.00 hrs |
| 10/22/12 | PMD | Analysis regarding deed-in-lieu deficiency in PA | L120 | .60 hrs |
| 10/22/12 | JCCO | Research Alabama law regarding short sale transactions and deed in lieu transactions | C200 | 3.50 hrs |
| 10/22/12 | ASI | Review cross-servicer comments on legal standing memo and communicate with cross-servicer group regarding same | L120 | .40 hrs |
| 10/22/12 | ASI | Continue to analyze, review and revise cross-servicer conflicts list in conjunction with implementation of AG/DOJ Servicing Standards | L120 | 2.60 hrs |
| 10/22/12 | ASI | Research methods and abilities to collect deficiency judgments after short sale and/or deed-in-lieu in conjunction with implementation of AG/DOJ Servicing Standards | L120 | 2.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    50
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/22/12 | JJS | Reviewing New York law restrictions on deeds in lieu of foreclosure and short sales. | L120 | .30 hrs |
| 10/22/12 | RL | Research regarding Tennessee law about deficiency judgment after a short sale or deed-in-lieu transaction | C200 | 5.10 hrs |
| 10/22/12 | RL | Draft correspondence to client summarizing research results concerning deficiencies in Tennessee law | C200 | .20 hrs |
| 10/22/12 | RL | Draft analysis of research regarding defiiciency judgments under Tennessee law | C200 | .60 hrs |
| 10/22/12 | RL | Meet with client to discuss Tennessee law regarding deficiency judgments | C200 | .30 hrs |
| 10/22/12 | AH | Compile findings regarding deficiency judgments in North Dakota after a short sale and deed-in-lieu transaction in comprehensive spreadsheet | L629 | .50 hrs |
| 10/22/12 | AH | Review North Dakota statutory law regarding whether a lender can ask a borrower to contribute cash as part of a short sale or deed-in-lieu transaction | L629 | 1.50 hrs |
| 10/22/12 | BG | Finalize memorandum regarding use of short sales or deed-in-lieu transactions in relation to deficiency judgments under California law | L120 | .20 hrs |
| 10/22/12 | JMH | Research New Jersey law to verify whether deficiency may be sought where short sale, deed in lieu, or similar relief granted to borrower | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    51
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/22/12 | JMH | Research Kansas law to verify whether deficiency may be sought where short sale, deed in lieu, or similar relief granted to borrower | L120 | .30 hrs |
| 10/22/12 | JMH | Research Florida law to verify whether deficiency may be sought where short sale, deed in lieu, or similar relief granted to borrower | L120 | .30 hrs |
| 10/22/12 | ES | Research re: deficiency judgments and short sales and deeds-in-lieu in Mississippi and Utah | L240B | 2.10 hrs |
| 10/22/12 | LG | Communications regarding edits to Exhibit I work plan | L120 | .40 hrs |
| 10/22/12 | LG | Revise exhibit I work plan to incorporate edits | L120 | .40 hrs |
| 10/22/12 | LG | Email to client analyzing anti-deficiency states and consumer relief credit issues | L120 | .40 hrs |
| 10/22/12 | LG | Analyze Wisconsin anti-deficiency laws in the short sale and deed in lieu context | L120 | 2.10 hrs |
| 10/22/12 | LG | Analyze Maine anti-deficiency laws in the short sale and deed in lieu context | L120 | 1.80 hrs |
| 10/22/12 | LG | Call regarding consumer relief compliance | L120 | 1.50 hrs |
| 10/22/12 | LG | Analyze California deficiency law and revise section of chart to reflect analysis | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    52
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 10/23/12 | LG | AG call discussing consumer relief issues | L120 | 1.50 hrs |
|---|---|---|---|---|
| 10/23/12 | LG | AG cross servicer legal metrics call | L120 | 1.00 hrs |
| 10/23/12 | LG | Revise deficiency chart to include sections for Wisconsin, Maine, and Oregon, and to update section of chart related to Iowa | L120 | 3.10 hrs |
| 10/23/12 | LG | Analyze Rhode Island law related to deficiency statutes in the short sale and deed in lieu context | L120 | 1.80 hrs |
| 10/23/12 | LG | Analyze Iowa law regarding deficiencies in the short sale and deed in lieu context | L120 | 2.10 hrs |
| 10/23/12 | LG | Revise Exhibit I work plan for transmission to the monitoring committee | L120 | .40 hrs |
| 10/23/12 | BG | Analysis of application of one action rule and anti-deficiency rule to collection of insurance proceeds | L120 | .20 hrs |
| 10/23/12 | ASI | Review and analyze cross-servicer conflict list, and communicate with client regarding same | L120 | 1.50 hrs |
| 10/23/12 | ASI | Review and analyze issues raised regarding legal standing memorandum and coordination of same with beneficiary matrix | L120 | .70 hrs |
| 10/23/12 | ASI | Prepare for and attend call with client regarding implementation of Living File project | L120 | .80 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    53
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/23/12 | ASI | Prepare for and attend cross-servicer workgroup call in conjunction with implementation of AG/DOJ National Servicing Standards | L120 | .80 hrs |
| 10/23/12 | phn | Draft deficiency judgment answers | L210 | .40 hrs |
| 10/23/12 | phn | Additional research on AZ deficiency judgment laws for short sale, deeds-in-lieu, cash payment, and non-secured notes | L120 | 1.40 hrs |
| 10/23/12 | MPE | Living file project: email correspondence with foreclosure firm regarding uploading timeframe. | L110 | .30 hrs |
| 10/23/12 | JW | Review Living File inquiry from foreclosure firm (IL) | L120 | .20 hrs |
| 10/23/12 | JW | Respond to Living File inquiry from foreclosure firm (IL) | L120 | .20 hrs |
| 10/23/12 | MPE | Review and finalize Vermont affidavit of possession and update GMAC's index accordingly. | L110 | .30 hrs |
| 10/23/12 | CSM | Emails with client regarding revising and finalizing form of verification and affidavit to be used in Hawaii foreclosure actions | P280 | .30 hrs |
| 10/23/12 | CWH | Review form short sale waiver letter and exchange e-mails with client regarding same | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    54
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/23/12 | RRM | Review e-mail from Brian Mich with BDO and telephone conference to Mich regarding training materials | L190 | .30 hrs |
| 10/23/12 | RRM | Telephone conference with client with regard to solicitor | L190 | .40 hrs |
| 10/23/12 | RRM | Telephone conference with client with regard to PPF training | L190 | .40 hrs |
| 10/23/12 | RRM | Extensive work on revisions to Exhibit I on special categories to borrowers including revising multiple sections and loss mitigation and consumer bankruptcy matters | L190 | 3.10 hrs |
| 10/24/12 | RRM | Continue to work on Rescap parties Exhibit I workplan | L190 | 2.20 hrs |
| 10/24/12 | RRM | Telephone conference with client with regard to regulatory compliance | L190 | .40 hrs |
| 10/24/12 | RRM | Participate in telephone conference with client to discuss compliance with AG/DOJ | L190 | 1.90 hrs |
| 10/24/12 | RRM | Continue to work on provisions on contract regarding compliance with AG/DOJ settlement | L190 | 2.20 hrs |
| 10/24/12 | RRM | Review e-mail from Jay Goldman with BDO attached excel spreadsheet, review and forward to client | L190 | .30 hrs |
| 10/24/12 | RRM | Multiple emails to client with regard to BDO request and draft e-mail to Brian Mich at BDO and left voice mail re same | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    55
NOVEMBER 17, 2012

0R0802-301220

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 10/24/12 | RRM | Extensive revisions to Exhibit I and multiple e-mail correspondence with members of the monitoring committee and then with client and provided draft language | L190 | 1.70 hrs |
| 10/24/12 | TEH | Review documents for privilege for upcoming production | C100 | 1.30 hrs |
| 10/24/12 | TEH | Draft letter to accompany document production | C100 | .40 hrs |
| 10/24/12 | CSM | Emails with South Carolina default counsel regarding compliance with Living File Project | P280 | .20 hrs |
| 10/24/12 | CSM | Emails with North Carolina default counsel regarding form of trustee substitutions and issues relating to requests for unnecessary re-appointment of already appointed trustee | P280 | .20 hrs |
| 10/24/12 | CSM | Draft form declaration in support of judicial foreclosure actions in Oregon for execution by client in capacity as servicer | P280 | .90 hrs |
| 10/24/12 | ASI | Review and analyze edits provided by default counsel concerning non-judicial form templates for California in conjunction with implementation of AG/DOJ Servicing Standards | L120 | .20 hrs |
| 10/24/12 | EKS | Coordinate production of documents to government | L320 | .90 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    56
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/12 | ASI | Continue to analyze approach of legal standing memorandum and coordination of same with beneficiary matrix | L120 | 1.00 hrs |
| 10/24/12 | ASI | Revise and finalize cross-servicer conflict documents | L140 | 1.70 hrs |
| 10/24/12 | JBU | Drafted provisions of transfer agreement related to purchaser's obligations under Consent Order and AG Settlement | C300 | 1.40 hrs |
| 10/24/12 | ASI | Communicate with default counsel regarding implementation of Living File project | L120 | .20 hrs |
| 10/24/12 | JRB | Review correspondence regarding debtors' sale and analyze potential impact on ongoing litigation and compliance matters | B410 | .30 hrs |
| 10/24/12 | FWA | Receive draft APA and review section 6.16 | L190 | .50 hrs |
| 10/24/12 | LG | Analyze Minnesota law in order to revise Minnesota section of antideficiency chart | L120 | 2.20 hrs |
| 10/24/12 | LG | Analyze communications concerning Exhibit I work plan and feedback from the monitoring committee | L120 | .40 hrs |
| 10/24/12 | LG | AG call discussing various issues including consumer relief | L120 | 1.50 hrs |
| 10/24/12 | LG | Communications concerning strategy for addressing Exhibit I work plan issues with the monitoring committee | L120 | .30 hrs |
| 10/24/12 | LG | Call with the monitoring committee discussing the Exhibit I work plan | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    57
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/24/12 | LG | Revise Exhibit I work plan to incorporate monitoring committee feedback | L120 | .30 | hrs |
| 10/24/12 | LG | Analyze Nevada law regarding short sales and deeds in lieu in order to revise anti-deficiency chart | L120 | 2.40 | hrs |
| 10/25/12 | LG | Draft and revise section 6.16 of the APA agreement between GMAC and purchaser | L120 | 7.00 | hrs |
| 10/25/12 | ERP | Plan and coordinate conference calls with foreclosure counsel regarding GMAC Living File Project | L120 | .40 | hrs |
| 10/25/12 | LG | Analyze copy of Exhibit I work plan with monitoring committee edits | L120 | .60 | hrs |
| 10/25/12 | LG | AG call discussing consumer relief and various other issues | L120 | 1.50 | hrs |
| 10/25/12 | FWA | Review and revise APA section 6.16 and confer with client re: same | L190 | 4.90 | hrs |
| 10/25/12 | JBU | Drafted provisions of transfer agreement related to purchaser's obligations under Consent Order and AG Settlement | C300 | 1.80 | hrs |
| 10/25/12 | ASI | Review and analyze final proposed cross-servicer conflicts list and communicate with client regarding same | L120 | 2.60 | hrs |
| 10/25/12 | ASI | Prepare for and attend cross-servicer legal sub-group call regarding implementation of AG/DOJ Servicing Standards | L120 | 1.30 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    58
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/25/12 | JK | Prepare for Living File conference call with foreclosure firm by looking into local foreclosure processes and reviewing the script | L120 | .30 hrs |
| 10/25/12 | JK | Living File conference call with foreclosure firm | L120 | .50 hrs |
| 10/25/12 | CSM | Participate in cross servicer group call regarding substance and data tracking of pre-foreclosure notification letter | P280 | .80 hrs |
| 10/25/12 | CSM | Telephone conference with vendor regarding retrieval from clerks of court of stamp-filed AOIs  required by Living File Project | P280 | .30 hrs |
| 10/25/12 | CSM | Revise form declaration in support of judicial foreclosure actions in Oregon and draft case-specific declaration for immediate execution and filing in pending Oregon action | P280 | .60 hrs |
| 10/25/12 | CSM | Emails with client and Oregon default counsel regarding implementation of form declarations in support of default judgment | P280 | .10 hrs |
| 10/25/12 | CSM | Participate in telephone conference with cross servicer group regarding testing of standing | P280 | .30 hrs |
| 10/25/12 | CWH | Exchange several emails with client regarding identification of parties on Maryland Notice of Intent to Foreclose form | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    59
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/25/12 | CWH | Review and analyze issues with implementing servicing standards regarding receipt of loan modification applications and delay of foreclosure sales | L120 | .30 hrs |
| 10/25/12 | RRM | Review e-mail from Josh Stein with Monitor Committee and provide response with regards to web site information and follow up with client and provide attachments | L190 | 1.40 hrs |
| 10/25/12 | RRM | Review revised documents from NSM draft APA to revise same based on recent negotiations and review of FRB order for further incorporate of same | L190 | 5.90 hrs |
| 10/25/12 | RRM | Extensive correspondence to and from Monitor's Committee with regard to revisions to EX I Work Plan and continue to work on same | L190 | 1.10 hrs |
| 10/25/12 | RRM | Multiple e-mail correspondence and subsequent telephone conference with Glenn Gillet with DOJ and review attachments and begin drafting and revising contract provisions | L190 | 1.60 hrs |
| 10/25/12 | RRM | Telephone conference with regard to contract provisions | L190 | .80 hrs |
| 10/25/12 | RRM | Participate in cross-servicer call on legal workgroup with regard to metric testing | L190 | 1.00 hrs |
| 10/26/12 | RRM | Continue work on contract provisions and provide update comments | L190 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    60
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| 10/26/12 | RRM | Multiple e-mail correspondence between cross-servicer group involving AG/DOJ Settlement | L190 | .50 hrs |
|---|---|---|---|---|
| 10/26/12 | RRM | Extensive telephone conference with client and others on contract provisions, focusing on AG/DOJ Settlement over FRB foreclosure look back | L190 | 2.90 hrs |
| 10/26/12 | RRM | Draft e-mail to Ocwen's counsel and DOJ with regards to updated redline documents | L190 | .50 hrs |
| 10/26/12 | RRM | Participate in telephone conference call with Ocwen's counsel with regard to AG/DOJ provisions and need for additional work with DOJ on topic to finalize | L190 | .50 hrs |
| 10/26/12 | RRM | Multiple telephone conference with regard to status of entire APA and the next steps for same | L190 | 1.20 hrs |
| 10/26/12 | RRM | Extensive telephone conference with client with regard to strategic position on reservation language on APA 6.16 abd follow up on same | L190 | .90 hrs |
| 10/26/12 | RRM | Review e-mail from Phillip Bordelon attaching test scripts for Monitor | L190 | .80 hrs |
| 10/26/12 | RRM | E-mail to and from Brian Hauk at DOJ with regard to EX I work plan and advocate on behalf of company | L190 | .70 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    61
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/26/12 | RRM | Extensive telephone conference with Brian Hauk with DOJ regarding issue around government's position to provide early deadline for solicitation and extended discussion related to same and follow up with client | L190 | 1.30 hrs |
| 10/26/12 | RRM | Review of e-mail from client as to government position on solicitations and direction on same | L190 | .60 hrs |
| 10/26/12 | RRM | Extensive telephone conference call with Glenn Gilbert with DOJ with regard to contract provisions | L190 | .70 hrs |
| 10/26/12 | RRM | Review of e-mail from client with regard to agenda for Monitor's professional meeting on November and initial review of same | L190 | .40 hrs |
| 10/26/12 | CWH | Review client emails on the changes to form short sale letters under the new servicing standards | L120 | .20 hrs |
| 10/26/12 | CWH | Review and analyze recent appellate decision in Maryland and determine its impact, if any, on client's Notice of Intent to Foreclose process | L120 | .70 hrs |
| 10/26/12 | CWH | Exchange several emails with client regarding issues with the Notice of Intent to Foreclose form, ownership affidavit and changes in state law on same | L120 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709 ·
BIRMINGHAM, ALABAMA 35283-0709

PAGE    62
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/26/12 | CSM | Emails with Oregon default firm regarding revisions to and implementation of form declarations in support of judgment in foreclosure actions | P280 | .10 hrs |
| 10/26/12 | CSM | Review and analyze, at request of document execution team, form of HB 1875 request from Hawaiian default firm for verification of pleading accuracy | P280 | .30 hrs |
| 10/26/12 | JK | Follow up email sent to foreclosure firm after Living File call | L120 | .20 hrs |
| 10/26/12 | ASI | Review and respond to issues raised by client regarding implementation of AG/DOJ National Servicing Standards | L110 | .80 hrs |
| 10/26/12 | ASI | Communicate with cross-servicer group regarding edits to proposed final conflicts document | L120 | .50 hrs |
| 10/26/12 | ASI | Prepare for and attend call with client regarding implementation of Living File project | L120 | .50 hrs |
| 10/26/12 | FWA | Prepare for and attend conference calls with client and BK counsel re: APA section 6.16 for compliance with DOJ settlement and revise documents related to same | L190 | 4.90 hrs |
| 10/26/12 | JW | Review memorandum to C.Inouye regarding implementation of California process | L120 | .20 hrs |
| 10/26/12 | JW | Revise memorandum to C.Inouye on implementation of California process | L120 | .30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    63
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/26/12 | LG | Calls with various parties discussing section 6.16 of the APA as well as other proposed APA edits | L120 | 3.00 hrs |
| 10/26/12 | LG | AG call discussing consumer relief and other AG issues | L120 | 1.50 hrs |
| 10/26/12 | LG | Analyze communications related to the monitoring committees response to the Exhibit I work plan | L120 | .20 hrs |
| 10/26/12 | LG | Analyze communications related to 6.16 of the APA | L120 | .30 hrs |
| 10/27/12 | RRM | Extensive telephone conference call with client with regard to next steps for communication with appropriate parties on APA and begin follow up work on same | L190 | .90 hrs |
| 10/27/12 | RRM | Review two e-mails with attachments from James Huizinga and initial review of attachments and comparison of same to prior drafts | L190 | .50 hrs |
| 10/28/12 | RRM | Draft e-mail to Shawn Robinson and response from client with regard to VOC Complaints and analyze same and subsequent telephone conference with client re: same | L190 | .80 hrs |
| 10/28/12 | RRM | Multiple e-mail correspondence with client regarding upcoming meeting in Dallas with BDO and Baker and preparation of same | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    64
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/28/12 | RRM | Draft e-mail to Baker with BDO with regard to cancellation of in person meeting and reschedule to Thursday and attendance via WEBEX and review responses to same | L190 | .40 hrs |
| 10/29/12 | RRM | Draft e-mail to Ray Schrock providing redline and clear copy of APA 6.16 | L190 | .20 hrs |
| 10/29/12 | RRM | Draft e-mail to Bill Cherry, Counsel to Monitor, requests PPF expectation document and review response to same and draft e-mail to client with update | L190 | .40 hrs |
| 10/29/12 | RRM | Review and revise draft stipulations for contract provisions | L190 | .60 hrs |
| 10/29/12 | RRM | Prepare for and subsequent telephone conference with client with regard to SPF Testing | L190 | 1.00 hrs |
| 10/29/12 | RRM | Review e-mail from Jay Goldman with regard to request for access and draft e-mail to client with regard to comments for same | L190 | .40 hrs |
| 10/29/12 | RRM | Multiple e-mail correspondence with Cross Servicer legal group, review exhibits D,E, and I, conference with client and continue to work on analysis | L190 | 2.40 hrs |
| 10/29/12 | RRM | Extensive telephone conference call with Counsel in regards to suggested changes to contract provisions and continue work on same | L190 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    65
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | RRM | Draft e-mail to Diane Citron with regard to suggestive edits to documents and review | L190 | .40 hrs |
| 10/29/12 | RRM | Review of redline APA and write comments with regard to relevant sections | L190 | .90 hrs |
| 10/29/12 | RRM | Draft e-mail to Jack Hitching's at FRB providing redline and clean copy of APA 6.16 | L190 | .50 hrs |
| 10/29/12 | CWH | Review and analyze issues with use of Beneficiary Matrix for foreclosure suits | L120 | .20 hrs |
| 10/29/12 | LG | Call with client discussing status of short sale and deed in lieu deficiency research | L120 | .30 hrs |
| 10/29/12 | LG | Revise and finalize short sale anti deficiency chart including updates of various states | L120 | 1.60 hrs |
| 10/29/12 | LG | Call concerning 6.16 of the APA | L120 | .30 hrs |
| 10/29/12 | LG | AG consumer relief call discussing consumer relief AG issues | L120 | 1.50 hrs |
| 10/29/12 | FWA | Review comments to APA 6.16 | L190 | .60 hrs |
| 10/29/12 | ASI | Analyze, draft and revise memorandum to client regarding timelines under applicable dual-tracking provisions of the AG/DOJ National Servicing Standards | C300 | 3.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    66
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | ASI | Prepare for and attend call with cross-servicer group related to implementation of pre-referral foreclosure initiation letter | C300 | 1.30 hrs |
| 10/29/12 | ASI | Review and analyze outstanding non-judicial template forms and default counsel's edits to same in conjunction with implementation of AG/DOJ Servicing Standards | C300 | .40 hrs |
| 10/30/12 | MPE | Review and finalize Oregon's declaration in support of default for GMAC as the service, and when GMAC is not the service. | L110 | .30 hrs |
| 10/30/12 | LG | AG consumer relief call discussing various consumer relief issues | L120 | 1.50 hrs |
| 10/30/12 | LG | Analyze and review GMAC's list of short sale anti-deficiency states | L120 | .30 hrs |
| 10/30/12 | LG | Revise and update GMAC 51 states chart regarding deficiencies following a deed in lieu transaction | L120 | 2.40 hrs |
| 10/30/12 | RRM | Extensive work throughout day and finalizing EX I Work Plan including reviewing and responding to multiple client e-mail and revisions and draft e-mail to Monitoring Committee and submit same | L190 | 5.80 hrs |
| 10/30/12 | RRM | Multiple e-mail with cross-servicer group in credit issue and continued to work on same | L190 | 1.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    67
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/30/12 | RRM | Two telephone conference with client on final position on Ex I Workplan and direction of same | L190 | .60 hrs |
| 10/30/12 | RRM | Review email from Zekeria Zaineb with documents for cross-servicer call and initial review of same | L190 | .70 hrs |
| 10/31/12 | RRM | Review of contract provisions in preparation for upcoming call with client | L190 | .70 hrs |
| 10/31/12 | SAP | Research re rights of redemption in Colorado and Iowa | C200 | 1.50 hrs |
| 10/31/12 | RRM | Telephone conference with clients with regard to contract provisions around indemnity | L190 | .40 hrs |
| 10/31/12 | RRM | Continue work on contractual provisions to ensure compliance with AG/DOJ settlement including extensive e-mail correspondence and telephone conference with client | L190 | 2.40 hrs |
| 10/31/12 | RRM | Extensive telephone conference with John Grissom re: crediting issues for OK and discussion of same | L190 | .80 hrs |
| 10/31/12 | CWH | Review and analyze issues raised by default counsel regarding an assignment of mortgage | L120 | .20 hrs |
| 10/31/12 | CWH | Review and analyze issues with an assignment of mortgage | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    68
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Code | Description | | Hours |
|------|------|-------------|------|-------|
| 10/31/12 | CSM | Participate in servicer group conference call regarding compliance of borrower correspondence with servicing standards | P280 | 1.00 hrs |
| 10/31/12 | LG | Communications concerning procedures for acknowledging and accepting short sales | L120 | 2.30 hrs |
| 10/31/12 | LG | Communications concerning the amount of deficiency, if any, that GMAC should include in its waiver letters | L120 | .40 hrs |
| 10/31/12 | LG | Call discussing cross-servicer legal issues with AG implantation | L120 | 1.00 hrs |
| 10/31/12 | LG | Call discussing cross-servicer consumer relief issues | L120 | 1.10 hrs |
| 10/31/12 | LG | Draft email setting out analysis related to what information needs to be included in GMAC's deed in lieu deficiency letter | L120 | .50 hrs |
| 10/31/12 | LG | Analyze state law, servicing standards, and other applicable sources to determine what information needs to be included in GMAC's deed in lieu deficiency letter | L120 | 3.20 hrs |
| 10/31/12 | LG | Revise exhibit I work plan to include edits from the monitoring committee | L120 | .40 hrs |
| 10/31/12 | ASI | Review and analyze issues raised by cross-servicer group related to deficiency waiver letters under IV.K of the National Servicing Standards | C300 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    69
NOVEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

10/31/12  ASI  Review and analyze Ohio Supreme Court      C300       .40 hrs
                opinion relating to assignments of
                mortgage

                TOTAL FEES FOR THIS MATTER                    $197,085.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | 1.10 hrs | 250.00 /hr | 275.00 |
| Stuart J. Frentz | .50 hrs | 393.00 /hr | 196.50 |
| J. Patrick Darby | 1.60 hrs | 420.00 /hr | 672.00 |
| Paige M. Boshell | 10.10 hrs | 345.00 /hr | 3,484.50 |
| Jay R. Bender | .30 hrs | 372.00 /hr | 111.60 |
| David E. Roth | .50 hrs | 360.00 /hr | 180.00 |
| Wendell Allen | 10.90 hrs | 345.00 /hr | 3,760.50 |
| Eric A. Frechtel | 4.60 hrs | 358.00 /hr | 1,646.80 |
| Christopher L. Hawkins | 2.20 hrs | 345.00 /hr | 759.00 |
| Christian W. Hancock | 9.30 hrs | 330.00 /hr | 3,069.00 |
| Robert R. Maddox | 219.10 hrs | 345.00 /hr | 75,589.50 |
| D. Brian O'Dell | 1.10 hrs | 345.00 /hr | 379.50 |
| William L. Norton | 3.00 hrs | 420.00 /hr | 1,260.00 |
| Jonathan Rose | 2.00 hrs | 293.00 /hr | 586.00 |
| Ty Howard | 4.60 hrs | 340.00 /hr | 1,564.00 |
| Elizabeth B. Eaton | .90 hrs | 145.00 /hr | 130.50 |
| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |
| Emily R. Powell | 15.00 hrs | 150.00 /hr | 2,250.00 |
| Katherine M. Suttle Wei | 4.90 hrs | 236.00 /hr | 1,156.40 |
| Thomas Ryan Lynch | 7.00 hrs | 293.00 /hr | 2,051.00 |
| Keith S. Anderson | 4.20 hrs | 223.00 /hr | 936.60 |
| Steven A. Pozefsky | 11.00 hrs | 323.00 /hr | 3,553.00 |
| C. Jason Avery | 10.20 hrs | 210.00 /hr | 2,142.00 |
| Jason R. Bushby | 9.70 hrs | 228.00 /hr | 2,211.60 |
| C. Samuel Todd | 5.30 hrs | 200.00 /hr | 1,060.00 |
| Joycelyn J. Eason | 3.30 hrs | 197.00 /hr | 650.10 |
| Jonathan Cobb | 4.60 hrs | 195.00 /hr | 897.00 |
| Avery Simmons | 76.70 hrs | 249.00 /hr | 19,098.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    70
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Graham W. Gerhardt | 2.10 hrs | 263.00 /hr | 552.30 |
| Chandler Combest | 3.00 hrs | 190.00 /hr | 570.00 |
| Jay Wright | 17.80 hrs | 190.00 /hr | 3,382.00 |
| Erin Sullivan | 20.60 hrs | 240.00 /hr | 4,944.00 |
| Jonathan Hooks | 12.90 hrs | 241.00 /hr | 3,108.90 |
| Jose D. Vega | 2.60 hrs | 219.00 /hr | 569.40 |
| Preston H. Neel | 3.40 hrs | 200.00 /hr | 680.00 |
| Jessica J. Sibley | .30 hrs | 254.00 /hr | 76.20 |
| Heather Wright | 3.70 hrs | 263.00 /hr | 973.10 |
| Lee Gilley | 136.60 hrs | 185.00 /hr | 25,271.00 |
| Riley Key | 2.20 hrs | 185.00 /hr | 407.00 |
| Grant Premo | 8.10 hrs | 185.00 /hr | 1,498.50 |
| Erin Saltaformaggio | 4.80 hrs | 185.00 /hr | 888.00 |
| Kristi Wilcox | .30 hrs | 185.00 /hr | 55.50 |
| Blake Goodsell | 4.60 hrs | 190.00 /hr | 874.00 |
| Elena Lovoy | 6.00 hrs | 337.00 /hr | 2,022.00 |
| Monica Wilson | 2.10 hrs | 263.00 /hr | 552.30 |
| Ashlee Hightower | 6.60 hrs | 185.00 /hr | 1,221.00 |
| Nader Raja | 3.20 hrs | 280.00 /hr | 896.00 |
| Cory S. Menees | 35.20 hrs | 300.00 /hr | 10,560.00 |
| Ann Craft | 3.60 hrs | 190.00 /hr | 684.00 |
| Alison Smith | 5.00 hrs | 195.00 /hr | 975.00 |
| Jonathan Kloldzieg | 14.90 hrs | 190.00 /hr | 2,831.00 |
| Spencer Mobley | .70 hrs | 195.00 /hr | 136.50 |
| Chris Selman | 3.90 hrs | 195.00 /hr | 760.50 |
| Rob Laser | 6.20 hrs | 195.00 /hr | 1,209.00 |
| Robert Hudson | .50 hrs | 83.00 /hr | 41.50 |
| Melisa P. Palmer | 1.60 hrs | 149.00 /hr | 238.40 |
| Erin Clyde | .50 hrs | 75.00 /hr | 37.50 |
| Kerry Keane | 5.10 hrs | 160.00 /hr | 816.00 |

| TOTAL FEES | 742.50 hrs | | $197,085.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    71
NOVEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $197,085.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301220

INVOICE #  820855

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301220
     AG Settlement & Implementation  705025
     TC # 705025

<u>EXPENSES</u>

| | |
|---|---:|
| 11/14/12 Airline Tickets - HOPE T. CANNON AUDIT REVIEWS IN MILWAUKEE, WI 11/5/12 - 11/7/12 Bank ID: GENR Check Number: 102305 | 821.20 |
| 11/15/12 Airline Tickets - ROBERT R. MADDOX MEETING W/ GMAC IN PHILADELPHIA, PA 11/7/12 - 11/8/12 Bank ID: GENR Check Number: 102343 | 1,156.40 |
| 11/14/12 Travel Expense - HOPE T. CANNON AUDIT REVIEWS IN MILWAUKEE, WI 11/5/12 - 11/7/12 HOTEL Bank ID: GENR Check Number: 102305 | 152.85 |
| 11/14/12 Travel Expense - HOPE T. CANNON AUDIT REVIEWS IN MILWAUKEE, WI 11/5/12 - 11/7/12 RENTAL CAR Bank ID: GENR Check Number: 102305 | 301.86 |
| 11/15/12 Travel Expense - ROBERT R. MADDOX MEETING W/ GMAC IN PHILADELPHIA, PA 11/7/12 - 11/8/12 HOTEL Bank ID: GENR Check Number: 102343 | 429.84 |
| 11/15/12 Travel Expense - ROBERT R. MADDOX MEETING W/ GMAC IN PHILADELPHIA, PA 11/7/12 - 11/8/12 RENTAL CAR' Bank ID: GENR Check Number: 102343 | 349.96 |
| 11/15/12 Travel Expense - ROBERT R. MADDOX MEETING W/ GMAC IN PHILADELPHIA, PA 11/7/12 - 11/8/12 TRAIN FARE Bank ID: GENR Check Number: 102343 | 196.00 |
| 11/15/12 Travel Expense - ROBERT R. MADDOX MEETING W/ GMAC IN PHILADELPHIA, PA 11/7/12 - 11/8/12 PARKING, FUEL Bank ID: GENR Check Number: 102343 | 36.49 |
| 11/14/12 Meal Expense - HOPE T. CANNON AUDIT REVIEWS IN MILWAUKEE, WI 11/5/12 - 11/7/12 Bank ID: GENR Check Number: 102305 | 66.82 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
NOVEMBER 30, 2012

ResCap

OR0802-301220

FED ID NO. 63-0243316

---

| | | |
|---|---|---|
| 11/15/12 | Meal Expense - ROBERT R. MADDOX MEETING W/ GMAC IN PHILADELPHIA, PA 11/7/12 - 11/8/12<br>Bank ID: GENR Check Number: 102343 | 77.14 |
| 11/15/12 | Meal Expense - ROBERT R. MADDOX MEETING W/ GMAC IN PHILADELPHIA, PA 11/7/12 - 11/8/12<br>Bank ID: GENR Check Number: 102343 | 273.62 |
| 11/15/12 | Meal Expense - ROBERT R. MADDOX MEETING W/ GMAC IN PHILADELPHIA, PA 11/7/12 - 11/8/12<br>Bank ID: GENR Check Number: 102343 | 9.48 |
| 11/25/12 | Local Counsel Fees - WEBER & ROSE RM SERVICES RENDERED TO BABC RE: LEGAL REVIEW OF FILES ACCT #34261.001 STATEMENT #13<br>Bank ID: GENR Check Number: 102653 | 1,563.45 |
| 11/26/12 | Local Counsel Fees - WEBER & ROSE RM SERVICES RENDERED TO BABC RE: LEGAL REVIEW OF FILES INVOICE #7<br>Bank ID: GENR Check Number: 102689 | 851.00 |

TOTAL COSTS FOR THIS MATTER            $6,286.11

TOTAL FEES            0.00 hrs                $.00

TOTAL EXPENSES                    $6,286.11

**TOTAL CHARGES FOR THIS INVOICE**        **$6,286.11**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-301220

INVOICE #  821095

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301220
     AG Settlement & Implementation  705025
     TC # 705025

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 11/01/12 | ASI | Prepare for and attend cross servicer call on anti-deficiency issues | L120 | 1.40 hrs |
| 11/01/12 | JW | Teleconference regarding new El Monte, CA ordinance and prescribed templates | L120 | .50 hrs |
| 11/01/12 | LG | Analyze law surrounding 1099s in order to provide client with necessary information concerning 1099s in the deed in lieu context | L120 | 1.00 hrs |
| 11/01/12 | LG | Call with various parties concerning GMAC's IRG testing procedures | L120 | 3.70 hrs |
| 11/01/12 | RRM | Multiple e-mail correspondence with legal cross-servicer group with regard to request by consumer advocate groups for additional metric | L190 | .70 hrs |
| 11/01/12 | RRM | Review e-mail from Fey Milkessa with regard to RRRP and response to audit inquiry | L190 | .20 hrs |
| 11/01/12 | RRM | Multiple e-mail correspondence with legal cross-servicer group with regard to credit in Consumer Relief in some jurisdictions and analysis of Ex E | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0802-301220

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RRM | Draft e-mail to Joe Pensabene, Russ Fowlie and others with regard to updated communication and work with Monitoring Committee and review responses to same | L190 | .70 hrs |
| 11/01/12 | RRM | E-mail correspondence from and to Glenn Gillett with DOJ with regards to contract provisions and subsequent telephone conference with Gillett with regards to suggested revisions and follow up on same | L190 | .90 hrs |
| 11/01/12 | RRM | Draft e-mail to Bill Cherry, Counsel for Monitor and provide previously requested information | L190 | .20 hrs |
| 11/01/12 | RRM | Draft e-mail to Tom Marano, Tammy Hamzenpour and others providing detailed update to comments from DOJ and Courts with regards to same | L190 | .80 hrs |
| 11/01/12 | RRM | Participate in day long training with client and monitor's professionals with regard to Metric testing in compliance with AG/DOJ | L190 | 4.20 hrs |
| 11/01/12 | RRM | Extensive telephone conference with Liz De Silva with regard to AG/DOJ compliance issue add extra and follow up on same | L190 | .70 hrs |
| 11/01/12 | RRM | Draft e-mail to GMAC with regards to information on SPOC and credit information on implementation and review responses to same | L190 | .70 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RRM | Review e-mail from Diarmuid Gorhum with EOUST requesting information and follow up on same with client, and then draft response e-mail to EOUST | L190 | .70 hrs |
| 11/01/12 | RRM | Review e-mail from Diane Citron and respond to same with attachments and analysis | L190 | .30 hrs |
| 11/01/12 | RRM | Draft e-mail to Bill Cherry and Josh Stein Re: Ok Creditor | L190 | .20 hrs |
| 11/01/12 | RRM | Extended telephone conference with Denzil DeSouza with regard to next steps with Monitor's professionals | L190 | .60 hrs |
| 11/01/12 | RRM | Numerous emails and subsequent telephone conference with Glenn Gillet with DOJ on 6.16 of APA and suggested revisions to same from DOJ's perspective | L190 | 1.10 hrs |
| 11/01/12 | CSM | Emails with client regarding publication of Oregon form affidavits to foreclosure policies and procedures | P280 | .30 hrs |
| 11/02/12 | CSM | Emails with document execution team regarding form of communications to be used in support of attorney affirmations in Hawaii foreclosure actions | P280 | .60 hrs |
| 11/02/12 | RRM | Extended telephone conference with Bill Cherry with regard to impact on servicing standards on sub-servicing and review subsequent e-mail correspondence regarding same | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/02/12 | CWH | Review and analyze Federal Reserve Board Consent Orders and prior Purchase Agreements entered into by Ocwen and review and analyze section 6.16 of proposed Ocwen asset purchase agreement | L120 | 2.90 hrs |
| 11/02/12 | CWH | Review and analyze proposed Ocwen asset purchase agreement and analyze which obligations of the DOJ/Attorney General settlement will flow to Ocwen and which will remain with GMAC | L120 | 2.20 hrs |
| 11/02/12 | CWH | Conference call with client regarding scope of DOJ/Attorney General settlement obligations and sale to Ocwen | L120 | .20 hrs |
| 11/02/12 | RRM | Extensive preparation for and subsequent telephone conference with Tammy Hamzehpour to prior enforcement contractual matters and procedures for same | L190 | 2.70 hrs |
| 11/02/12 | RRM | Draft e-mail to Mary Fahy Woehr and Curtis Schares with regard to analysis on fee based servicing | L190 | .50 hrs |
| 11/02/12 | RRM | Extensive telephone conference with Joe Pensabere with regard to objection by monitoring committee on limited basis for Work Plan around deadline for solicitation | L190 | .40 hrs |
| 11/02/12 | RRM | Review e-mail from Stephanie Pizzino and draft subsequent detailed e-mail with regards to analysis on possible inclusion on release | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/02/12 | RRM | Multiple e-mail correspondence with IRG with regard to inquiries about center in metric testing and review of attachments | L190 | .70 hrs |
| 11/02/12 | RRM | Multiple e-mail correspondence with Monitor's professionals regarding consumer complaints and executive office complaints and process regarding same | L190 | .50 hrs |
| 11/02/12 | RRM | Review and analysis of updated IRG testing and subsequent multiple e-mail correspondence about same | L190 | .60 hrs |
| 11/02/12 | RRM | Telephone conference with Sewit Bocresion with regard to SCRA Compliance issues within compliance in AG/DOJ | L190 | .60 hrs |
| 11/02/12 | RRM | Preparation for and subsequent telephone conference with Lisa Wolf with IN AG's office with regard to waiver letter and draft subsequent e-mail to client regarding same | L190 | .50 hrs |
| 11/02/12 | RRM | Telephone call to OK AG Office and work on release issues | L190 | .20 hrs |
| 11/02/12 | RRM | Extended telephone conference call with the Monitoring Committee Re: Detailed discussion of and plan for limited objection | L190 | .40 hrs |
| 11/02/12 | RRM | Extended telephone conference with Lisa Wolf with IN AG's office on agreement of waiver of statutory letter in foreclosures and draft e-mail to GMAC with regard to update regulatory status | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
NOVEMBER 30, 2012

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/02/12 | RRM | Review emails from Tom Marano with regard to additional direction on certain contract provisions and work on same and draft detailed response to same | L190 | .80 hrs |
| 11/02/12 | RRM | Review and analysis of prior similar transactions that may have precedent value | L190 | 1.30 hrs |
| 11/02/12 | RRM | Review e-mail from Fey Milkessa with regard to crediting on Consumer Relief and respond to same | L190 | .30 hrs |
| 11/02/12 | RRM | Telephone conference with Russ Zachery with regard to updated wording for APA and follow up on additional research | L190 | .60 hrs |
| 11/02/12 | RRM | Prepare for and subsequent telephone conference call with Counsel for creditors committee with regard to suggested revisions and follow up comments | L190 | .80 hrs |
| 11/02/12 | RRM | Draft e-mail to Bill Cherry, Counsel for Monitor, with regard to Monitor inquiries and Metric 19 and provide analysis with regard to same | L190 | .50 hrs |
| 11/02/12 | DCL | Conference call with P. Mulcahy regarding the New York off-boarding | L120 | .20 hrs |
| 11/02/12 | ASI | Prepare for and attend cross servicer call with OMSO | L120 | .50 hrs |
| 11/02/12 | ASI | Review and analyze list of conflicts for submission to monitor | L120 | .40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     7
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| 11/02/12 | LG | Analyze purchase agreements and consent orders from similar transactions in order to determine what language should be included in the GMAC/Ocwen APA | L120 | 2.70 hrs |
|---|---|---|---|---|
| 11/02/12 | LG | Communications discussing the FRB's comments on the proposed APA language | L120 | 2.40 hrs |
| 11/02/12 | LG | Call with the monitoring committee discussing GMAC's Exhibit I work plan | L120 | .30 hrs |
| 11/02/12 | LG | Draft analysis of the purchase agreements and consent orders from similar transactions | L120 | 1.30 hrs |
| 11/02/12 | LG | Revise Section 6.16 APA to incorporate new comments from interested parties | L120 | 1.30 hrs |
| 11/03/12 | RRM | Draft e-mail to Joe Pensabene, Tammy Hamzehpour, and others with regard to initial review of monitoring committee resolution on Ex I Workplace | L190 | .60 hrs |
| 11/03/12 | RRM | Draft e-mail from Tom Marcus and others with regard to overview comparison of prior transactions to current contract | L190 | .30 hrs |
| 11/03/12 | RRM | Review e-mail from representatives of monitoring committee attaching resolution of communities and review of same | L190 | .70 hrs |
| 11/03/12 | RRM | Review e-mail from Bill Cherry, Counsel for Monitor, with regard to position by monitor on fee based services and contractual provisions | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     8
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| 11/03/12 | RRM | Review e-mail from auditing of consumer relief testing | L190 | .30 hrs |
|----------|-----|---------------------------------------------------------|------|---------|
| 11/05/12 | RRM | Multiple e-mail correspondence with Mary Fahy Woe hr with regard to fee based servicing | L190 | .50 hrs |
| 11/05/12 | RRM | Telephone conference with Denzil Dsouza with IRG with regard to WebEx training for monitor's professionals and follow up on same | L190 | .70 hrs |
| 11/05/12 | CWH | Review and analyze proposed Ocwen asset purchase agreement and designate which obligations of the DOJ/Attorney General settlement will flow to Ocwen and which will remain with GMAC | L120 | .20 hrs |
| 11/05/12 | CSM | Revise form of declaration for use in Washington State foreclosures in which judicial process must be used because of death of borrower | P280 | 1.70 hrs |
| 11/05/12 | RRM | Extended telephone conference with Joe Smith, Monitor, with regard to resolution filed by Monitoring Committee and discussion with regard to same and possible alternatives and follow up on same | L190 | .60 hrs |
| 11/05/12 | RRM | Preparation for and subsequent web ex with GMAC and the Monitor's professionals and represent GMACM for portion of work around Customer Relief Testing | L190 | 3.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 11/05/12 | RRM | Extended telephone conference with Russ Fowlie with regard to recent conversations with Monitor, Monitoring Committee and logistics for meeting next week in Dallas and follow up on same | L190 | 1.40 hrs |
| 11/05/12 | ASI | Review and analyze short sale deficiency waiver letters in order to review compliance with section IV.K.7 of the National Servicing Standards | L120 | 1.10 hrs |
| 11/05/12 | ASI | Review and analyze OMSO responses and draft and revise potential response to same regarding objection to Exhibit I and GMACÆs implementation of consumer relief requirements | L320 | 4.10 hrs |
| 11/05/12 | GWG | Research into state laws regarding preservation of deficiency judgments through a standard foreclosure action | L120 | 1.00 hrs |
| 11/05/12 | ASI | Review consent judgment and analyze issues pertaining to same in light of recent business acquisition events | L120 | .30 hrs |
| 11/05/12 | ASI | Review section IV.B of National Servicing Standards in order to advise client regarding same | L120 | .30 hrs |
| 11/05/12 | ASI | Prepare for and attend cross-servicer call relating to force-placed insurance and compliance with National Servicing Standards regarding same | L120 | 1.80 hrs |
| 11/05/12 | SJF | Review draft matrix of possible tax treatment from P.Pexa | B240 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/05/12 | LG | Call with the primary professional firm discussing Exhibit I and other consumer relief provisions of the AG/DOJ settlement | L120 | 3.00 hrs |
| 11/05/12 | LG | Analyze issues related to the solicitation requirement of Exhibit I | L120 | 1.10 hrs |
| 11/05/12 | LG | Analyze applicable law in order to determine how portions of the AG/DOJ settlement will be interpreted | L120 | 1.40 hrs |
| 11/05/12 | LG | Communications concerning a potential investor conflict with the AG servicing standards | L120 | .30 hrs |
| 11/05/12 | LG | Prepare for communications concerning a potential investor conflict with the AG servicing standards | L120 | .30 hrs |
| 11/05/12 | LG | Communications concerning preparation for upcoming walkthrough of Exhibit I with the primary professional firm | L120 | .30 hrs |
| 11/06/12 | LG | Analyze and revise letter to the monitoring committee concerning Exhibit I | L120 | 2.50 hrs |
| 11/06/12 | LG | Call with Morrison Foerster and GMAC regarding objections and status of 6.16 APA | L120 | .70 hrs |
| 11/06/12 | LG | Call with client discussing issues related to deficiency waiver letters | L120 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| 11/06/12 | LG | Cross servicer legal call discussing various legal issues concerning implementation of AG servicing standards and consumer relief | L120 | .80 hrs |
| 11/06/12 | KW | Reviewed strategy on revised notice of bankruptcy | L190 | .20 hrs |
| 11/06/12 | JBU | Reviewed FRB Consent Order to determine all obligations and appropriate party to handle obligations after servicing transfer | C300 | .80 hrs |
| 11/06/12 | ASI | Draft and revise potential response to OMSO regarding objection to Exhibit I and GMAC's implementation of consumer relief requirements | L320 | 7.50 hrs |
| 11/06/12 | ASI | Prepare for and attend weekly cross servicer call | L120 | 1.00 hrs |
| 11/06/12 | SJF | Review draft tax reporting matrix from P.Pexa and make notes/comments | B240 | 1.00 hrs |
| 11/06/12 | ASI | Review and analyze conflict list and potential issues relating to same | L120 | 1.10 hrs |
| 11/06/12 | ASI | Prepare for and attend cross-servicer call relating to collection of deficiencies and potential implications regarding short-sales and correspondence to borrower regarding same | L120 | 1.10 hrs |
| 11/06/12 | RRM | Extended telephone conference with Elizabeth DeSilva with regard to letter review and follow up on same | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    12
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/12 | RRM | Telephone conference with Tammy Hamzehpour and others with regard to APA and revisions to same | L190 | .80 hrs |
| 11/06/12 | RRM | Review objections filed by AFI and DOJ | L190 | .60 hrs |
| 11/06/12 | RRM | Multiple E-mail correspondence with BDO and IRG and follow up with Denzil Dsouza | L190 | .60 hrs |
| 11/06/12 | RRM | Extended telephone conference with Liz DeSilva with regard to transfer file review and outline issues and concerns around same and begin to work on same | L190 | .70 hrs |
| 11/06/12 | RRM | Review of group analysis between Washington State legislation and servicing standard | L190 | .60 hrs |
| 11/06/12 | RRM | Review e-mail from Denzil DSouza on Metric I.A foreclosure sale in error and begin to follow up on same | L190 | .80 hrs |
| 11/06/12 | RRM | Begin working on drafting outline in response to Monitoring Committee's resolution and extensive work on brief | L190 | 4.70 hrs |
| 11/06/12 | RRM | Continue to work with multiple partners on contractual language on APA involving FRB and AG/DOJ | L190 | 1.90 hrs |
| 11/06/12 | JK | Draft summaries of final Living File teleconferences for the master spreadsheet | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
NOVEMBER 30, 2012

ResCap

0R0802-301220

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 11/06/12 | CWH | Review and analyze which obligations of the Federal Reserve Board Consent Order will flow to Ocwen and which will remain with GMAC | L120 | .20 hrs |
| 11/07/12 | RRM | Draft e-mail to Brian Mich at BDO with regard to Consumer Relief Test scripts and attaching same | L190 | .30 hrs |
| 11/07/12 | RRM | Review of draft Consumer Relief Test scripts which include 12 PDFS | L190 | 2.80 hrs |
| 11/07/12 | RRM | Review multiple emails from Noah Ornstein with proposed draft of APA and redline and initial review of same | L190 | .40 hrs |
| 11/07/12 | RRM | Extended telephone conference with Casedral Adams and Liz DeSilva with regard to file review project and review subsequent e-mail from Adams with loan file and zipfile and initial review of same | L190 | 1.10 hrs |
| 11/07/12 | RRM | Review e-mail from Ray Schrock, Counsel for Ally in BK, on APA 6.16 and provide updated details on suggested revisions to APA by DOJ | L190 | .50 hrs |
| 11/07/12 | RRM | Review and revise APA file with comments from DOJ and UCC, where applicable, and cross-reference new terms to defined terms in large APA | L190 | 1.80 hrs |
| 11/07/12 | LG | Analyze short sale deficiency waiver letter | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/07/12 | RRM | Continue review of cross-servicer documents with regard to Consumer Relief | L190 | .60 hrs |
| 11/07/12 | RRM | Multiple e-mail correspondence with Ray Schrock, Counsel for Ally, with regard to Ally need to redline draft APA 6.16 and provide comments to Rescap | L190 | .40 hrs |
| 11/07/12 | ASI | Review and analyze AG consent judgment in order to detail mandatory compliance portions of same | L120 | 1.40 hrs |
| 11/07/12 | ASI | Begin to analyze and revise potential testing rubric for legal standing issues under Metric 1A of GMAC Work Plan | L320 | .80 hrs |
| 11/07/12 | MPE | Review and finalize the Affidavit of Compliance for Delaware and update GMAC's index accordingly. | L110 | .20 hrs |
| 11/08/12 | LG | Analyze the feedback and comments of interested parties concerning the liability section of the asset purchase agreement | L120 | 1.20 hrs |
| 11/08/12 | ASI | Continue to review and analyze issue relating to deficiency language in FHA short sale letters and compliance with National Servicing Standards regarding same | L120 | .90 hrs |
| 11/08/12 | RRM | Telephone conference with Glenn Gillet at DOJ with regard to revisions to APA, likely new formatting and non-substantial from the Governments position | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/08/12 | RRM | Meeting with Tammy Hamzehpour and discussion of contract provisions and then travel with Tammy Hamzehpour to NY for subsequent meeting in NY with Ocwen's General Counsel for discussion on APA and submission of same to Ocwen for review and Court and return to PA with Hamzehpour | L190 | 13.20 hrs |
| 11/08/12 | LG | Draft analysis of feedback and comments from interested parties concerning the liability section of the asset purchase agreement | L120 | .80 hrs |
| 11/08/12 | CWH | Review and revise chart detailing obligations of ResCap and new buyer regarding Attorney General/DOJ settlement and Federal Reserve Board Consent Order | L120 | .80 hrs |
| 11/08/12 | JK | Meeting to plan strategy going forward for completing outstanding Living File items | L120 | .50 hrs |
| 11/08/12 | JK | Revise Living File spreadsheet highlighting outstanding items in order to follow up with firms who have issues | L120 | 1.20 hrs |
| 11/09/12 | CSM | Emails with foreclosure firm regarding review and adoption of form Hawaii complaint verification and affidavit in support of summary judgment | P280 | .50 hrs |
| 11/09/12 | CWH | Additional review and analyze of Ocwen's proposed changes to asset purchase agreement section 6.16 | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/09/12 | RRM | Review e-mail from Noah Ornstein attaching Ally's comments for APA 6.16 and redline attachment and review of same | L190 | .60 hrs |
| 11/09/12 | RRM | Review multiple emails from Megan Jarboe with regard to communication from Monitor | L190 | .40 hrs |
| 11/09/12 | RRM | Review from IRG with month to date report and initial review of same | L190 | .30 hrs |
| 11/09/12 | RRM | Multiple emails with Monitor's professional with regards to executive office complaints | L190 | .30 hrs |
| 11/09/12 | RRM | E-mail correspondence to and from CO AG's Office with regard to settlement issues and follow up with client | L190 | .50 hrs |
| 11/09/12 | RRM | Review e-mail from Vicki Kiehl with regard to Ex Y and respond to same | L190 | .30 hrs |
| 11/09/12 | RRM | Review letter from Professor Katherine Porter | L190 | 1.60 hrs |
| 11/09/12 | RRM | Multiple e-mail and subsequent telephone conference with Bill Cherry, Counsel for Monitor, with regards to BDO/Baker rules of engagement and follow up with client | L190 | .80 hrs |
| 11/09/12 | ASI | Continue to review legal standing issue and draft potential testing rubric for Metric 1A of GMAC Work Plan | L120 | 3.30 hrs |
| 11/09/12 | ASI | Review and analyze consent judgment regarding potential business acquisition and issues regarding same | L120 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/09/12 | LG | Call with GMAC regarding metric implementation and strategy | L120 | 1.00 hrs |
| 11/09/12 | MPE | Review and revise all Vermont affidavits and update GMAC index. | L110 | .50 hrs |
| 11/10/12 | RRM | Telephone conference with Joe Smith, Monitor, with regard to potential proposal on solicitation time line proposal and explain context of same and subsequent discussion with regard to same | L190 | .50 hrs |
| 11/10/12 | RRM | Drafted e-mail to Joe Pensabene, Tammy Hamzehpour and Russ Fowlie with regard to update on discussions with Monitor and provide points regarding same | L190 | .40 hrs |
| 11/10/12 | RRM | Work on review of multiple exhibits for GMAC AG/DOJ in preparation for discussion on transfer of sourcing and inquiry as to most critical and difficult standard and review | L190 | 3.10 hrs |
| 11/10/12 | RRM | Telephone conference with regard to Monitor's request for timeline implementand draft talking points | L190 | .50 hrs |
| 11/12/12 | RRM | Extensive work on revisions to contractual language on APA and review recent revisions from potential purchaser with regards to same | L190 | 1.40 hrs |
| 11/12/12 | RRM | Preparation for and participate in meeting with Baker Tilly and GMAC for testing of servicing standards | L190 | 3.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    18
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 11/12/12 | RRM | Telephone conference with Ray Schrock with regard to contractual language and continue to work on same | L190 | .80 hrs |
|---|---|---|---|---|
| 11/12/12 | RRM | Telephone conference with Tammy Hamzehpour with regard to contractual language and walk through revisions | L190 | 1.20 hrs |
| 11/12/12 | RRM | Extensive work on contractual revisions and cross-reference with other settlement | L190 | 2.70 hrs |
| 11/12/12 | RRM | Telephone conference with Elizabeth DeSilva with regard to revisions on sampling regarding mini-tab and review of multiple excel spreadsheets and analysis of same | L190 | .50 hrs |
| 11/12/12 | RRM | Subsequent telephone conference with Denzil DSouza and Elizabeth DeSilva with regards to protocol on information and follow up on same | L190 | .50 hrs |
| 11/12/12 | DCL | Analyze status of Massachusetts AG litigation | L120 | .50 hrs |
| 11/12/12 | DCL | Advise GMACM regarding New York remediation | L120 | .10 hrs |
| 11/12/12 | ASI | Continue to review and analyze OMSO comments to conflicts list | C300 | .40 hrs |
| 11/12/12 | ASI | Continue to draft and revise memorandum to IRG concerning testing rubric and process for metric 1A of National Servicing Standards | C300 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/12/12 | ASI | Review and analyze issues relating to non-judicial document templates and default firm's compliance with use of same | C300 | .50 hrs |
| 11/12/12 | SJF | Work on matrix for tax reporting and analysis | B240 | 1.80 hrs |
| 11/12/12 | LG | Attend meetings with the Internal Review Group and Baker Tilly to discuss the implementation of the metrics testing for the AG Settlement and discuss the test scripts for testing | L190 | 3.00 hrs |
| 11/12/12 | LG | Communications concerning the status of 51 jurisdiction project regarding GMAC's ability to collect deficiency judgments after a short sale or accept cash payments as part of a short sale | L120 | .50 hrs |
| 11/12/12 | LG | Communications concerning the status of GMAC's state reporting of its consumer relief activities pursuant to the AG settlement | L120 | .40 hrs |
| 11/12/12 | LG | Analyze most recent version of section 6.16 of the asset purchase agreement between Ocwen and Rescap with comments of interested parties | L120 | 1.30 hrs |
| 11/12/12 | LG | Edit most recent version of the asset purchase agreement between Rescap and Ocwen to incorporate changes and comments | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|------|------|------|
| 11/12/12 | LG | Prepare for meeting with the Internal Review Group and Baker Tilly concerning the implementation of phase I loan level metrics | L190 | 1.00 hrs |
| 11/12/12 | LG | Communications concerning the asset purchase agreement between Ocwen and Rescap | L120 | .90 hrs |
| 11/12/12 | CSM | Review Illinois Rule 191 to determine propriety of requested changes to form affidavit in support of motions for summary judgment | P280 | .10 hrs |
| 11/13/12 | LG | Analyze comments concerning the content of Section 6.16 of the Asset Purchase Agreement between Ocwen and GMAC to assess whether GMAC should accept or reject those revisions | L120 | .60 hrs |
| 11/13/12 | LG | Meet with the IRG concerning access to Phase 1 and 2 test scripts and to understand the operation of the team room | L120 | .50 hrs |
| 11/13/12 | LG | Prepare for meeting with Baker Tilly and the Internal Review Group concerning the implementation and testing of Phase 1 metrics | L190 | .30 hrs |
| 11/13/12 | LG | Meeting with Internal review group concerning implementation and testing of the Phase 1 Metrics | L190 | 3.00 hrs |
| 11/13/12 | LG | Follow up meetings concerning questions and concerns regarding testing of the Phase 1 Metrics | L120 | .50 hrs |



| | BRADLEY ARANT |
|---|---|
| | BOULT CUMMINGS |
| | LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    21
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/13/12 | JW | Teleconference with judge's chambers and Office of Foreclosure regarding status of pending Order to Show Cause application | L350 | .80 hrs |
| 11/13/12 | LG | Communications concerning potential conflicts between the AG servicing standards and state and investor requirements | L120 | .50 hrs |
| 11/13/12 | LG | Communications with various interested parties concerning the content of Section 6.16 of the Asset Purchase Agreement between GMAC and Ocwen | L120 | .70 hrs |
| 11/13/12 | SJF | Work on alternative format for tax reporting matrix/flow chart | B240 | 1.80 hrs |
| 11/13/12 | ASI | Prepare for and attend cross-servicer call | C300 | 1.20 hrs |
| 11/13/12 | ASI | Review and analyze OMSO comments to conflict list and attend cross-servicer call regarding same | C300 | 4.50 hrs |
| 11/13/12 | RRM | Review of comments from Monitor's Counsel with regard to outstanding conflicts between servicing standards and other issues | L190 | 1.30 hrs |
| 11/13/12 | RRM | Extended telephone conference with HUD with regard to Fannie Mae and SCRA issues and follow up on same | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/13/12 | RRM | Extended telephone conference with Jennifer DeMarco, Counsel for Ocwen with regard to contract provisions and discussion and context of same | L190 | .60 hrs |
| 11/13/12 | RRM | Meeting with Russ Fowlie, Gia Shannon, James Madsen with regard to preparation for upcoming meeting with Walter and Ocwen and follow up on preparation activities | L190 | 1.10 hrs |
| 11/13/12 | RRM | Participate and represent company with regard to cross-servicer discussion and conflicts and subsequent review | L190 | 1.60 hrs |
| 11/13/12 | RRM | Continue to work on draft of contractual language | L190 | 1.60 hrs |
| 11/13/12 | RRM | Telephone conference with Joe Pensabene with regard to diligence on servicing standards | L190 | .40 hrs |
| 11/13/12 | RRM | Extended telephone conference with Tammy Hamzehpour with regard to suggested revisions on APA | L190 | .50 hrs |
| 11/13/12 | RRM | Conference with Denzil Dsouza with regard to GMI Code on loans numbers to be provided to Monitor's professional | L190 | .30 hrs |
| 11/13/12 | RRM | Preparation for internal meeting with GMAC prior to day long meeting with Monitor's professionals | L190 | 2.70 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| 11/13/12 | RRM | Telephone conference with Russ Fowlie with regard to upcoming meeting with Walter and discussion and logistics for same | L190 | .40 hrs |
| 11/14/12 | RRM | Meeting with Don Dillard and Russ Fowlie on REO matters and follow up on same | L190 | .80 hrs |
| 11/14/12 | RRM | Conference with Fey Milkessa with regards to schedule Y and walk through additional analysis on reporting | L190 | .70 hrs |
| 11/14/12 | RRM | Preparation for meeting for upcoming telephone conference with GMAC | L190 | .50 hrs |
| 11/14/12 | RRM | Review e-mail from Fey Milkessa with multiple attachments with regard to reporting and initial review of same | L190 | .90 hrs |
| 11/14/12 | RRM | Meeting with Russ Fowlie and Liz DeSilva with regard to compliance under AG/DOJ and continue extensive follow up on same | L190 | 1.80 hrs |
| 11/14/12 | RRM | Preparation for and subsequent telephone conference with Ocwen and Greentree and over view of servicing standards and follow up with GMAC after Webex | L190 | 3.20 hrs |
| 11/14/12 | RRM | Telephone conference with Glenn Gillet at DOJ with regard to Contractual provisions and review responses to same | L190 | .70 hrs |
| 11/14/12 | RRM | Extensive work throughout day on drafting and revision indemnity language on compliance and Cooperation clause on EX I | L190 | 3.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/14/12 | ASI | Review and analyze Litton loan files in order to determine compliance with potential solicitation timeline under Exhibit I to GMAC Work Plan | C300 | 2.60 hrs |
| 11/14/12 | SJF | Telephone conference with P.Peka and P.Cannon | B240 | 1.00 hrs |
| 11/14/12 | SJF | Further work on flow-chart/matrix for tax reporting obligation | B240 | 2.80 hrs |
| 11/14/12 | JBU | Reviewed and analyzed, in detail, SPOC provisions contained in AG/DOJ settlement and Agreement with NYDFS | C200 | 1.90 hrs |
| 11/14/12 | LG | Call with DOJ regarding Section 6.16 of the Asset Purchase Agreement between GMAC and Ocwen | L190 | .20 hrs |
| 11/14/12 | LG | Analyze and revise Section 6.16 of the Asset Purchase Agreement to incorporate comments from the DOJ | L120 | 1.20 hrs |
| 11/14/12 | LG | Follow up discussion concerning the transfer of GMAC's AG obligations to Greentree and Ocwen | L120 | .40 hrs |
| 11/14/12 | LG | Meeting with the Internal Review group and Baker Tilly to discuss the implementation and testing of several policy and procedure metrics | L120 | 3.00 hrs |
| 11/14/12 | LG | Communications concerning the latest revisions to Section 6.16 of the Asset Purchase Agreement between GMAC and Ocwen | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      25
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 11/14/12 | LG | Meeting concerning the Sale Agreement between GMAC, Ocwen, and Greentree including discussion of GMACÆs AG obligations and how those obligations will be implemented after the transfer | L120 | 2.10 hrs |
| 11/15/12 | JBU | Prepared memorandum of law outlining and comparing/contrasting SPOC provisions | C300 | 11.10 hrs |
| 11/15/12 | JW | Correspondence with Executive Trustee Services regarding changes | L110 | .40 hrs |
| 11/15/12 | JW | Telephonically attend and monitor Wells Fargo's Order to Show Cause hearing | L350 | 5.70 hrs |
| 11/15/12 | LG | Internal GMAC call discussing potential issues with implementation of the AG metrics | L120 | .30 hrs |
| 11/15/12 | LG | Draft motion required by Section 6.16 of the Asset Purchase Agreement between Ocwen and GMAC | L210 | 1.40 hrs |
| 11/15/12 | LG | Communications concerning the motion required by Section 6.16 of the Asset Purchase Agreement between GMAC and Ocwen | L210 | .30 hrs |
| 11/15/12 | LG | Cross servicer call discussing potential issues regarding implementation of the AG metrics | L120 | .80 hrs |
| 11/15/12 | RRM | Meeting between IRG and business on discussion of crediting per D-1 exhibit and extended discussion with regard to same | L190 | 1.10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    26
NOVEMBER 30, 2012

0R0802-301220

**FED ID NO. 63-0243316**

| Date | | Description | | |
|---|---|---|---|---|
| 11/15/12 | RRM | Draft e-mail regarding inquiry on reporting quarter over quarter, subsequent meeting in Dallas with client, draft responses, review client suggestions and submit the same | L190 | 1.30 hrs |
| 11/15/12 | RRM | Preparation for and subsequent telephone conference with Glenn Gillet with DOJ with regard to possible contractual language | L190 | .70 hrs |
| 11/15/12 | RRM | Preparation for telephone conference with Counsel for Creditors Committee with regards to comments on APA 6.16 | L190 | .80 hrs |
| 11/15/12 | RRM | Review and revise draft Motion and Order in conjunction with 6.16 and draft e-mail to Ocwen for review and comments | L190 | 1.80 hrs |
| 11/15/12 | RRM | Meeting with standards team on new updates in Dallas, Texas | L190 | 1.60 hrs |
| 11/15/12 | RRM | Extended conference with Liz DeSilva on review of transfer files and work with regard to same | L190 | .90 hrs |
| 11/15/12 | RRM | Review e-mail from Ally Counsel on suggested changes to APA | L190 | .30 hrs |
| 11/15/12 | RRM | Review e-mail from Jennifer DeMarco, Counsel for Ocwen re: revisions | L190 | .60 hrs |
| 11/15/12 | LG | Analyze newest comments to Section 6.16 from various interested parties of the Asset Purchase Agreement and revise that agreement to reflect those comments | L120 | 1.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    27
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/15/12 | CWH | Discussion regarding document signing practices with client | L120 | .20 hrs |
| 11/15/12 | CWH | Review and revise memo regarding dual tracking and the new Attorney General standards on same | L120 | .30 hrs |
| 11/16/12 | RRM | Review e-mail from Anthony Lendez with BDO with regard to 6 page questionnaire on test scripts and respond to same | L190 | .60 hrs |
| 11/16/12 | RRM | Review correspondence from NV AG's office | L190 | .30 hrs |
| 11/16/12 | RRM | Extensive work with Fey Milkessa on requested revisions by Monitor to reporting and follow back up and submit revised report to Monitor | L190 | 2.20 hrs |
| 11/16/12 | RRM | Multiple e-mails with Jennifer DeMarco, Counsel for Ocwen, with regard to outstanding issues | L190 | .70 hrs |
| 11/16/12 | RRM | Review of draft Monitors report and follow up with client re: same for prepared public response | L190 | 1.30 hrs |
| 11/16/12 | RRM | Extensive work on APA File including revisions from Ocwen and correspondence to and from DOJ with corresponding Motion and Order | L190 | 3.40 hrs |
| 11/16/12 | RRM | Telephone conference with Joe Smith, Monitor under AG/DOJ, and provide additional information | L190 | .40 hrs |
| 11/16/12 | RRM | Participate on telephone conference with FRB legal on APA language | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    28
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

ResCap

| 11/16/12 | RRM | Review e-mail from Susan Fitzpatrick with regard to press release in anticipation of Monitor's Public Report | L190 | .40 hrs |
| 11/16/12 | JJS | **Change to Madden (NC matter) Reviewing the complaint and preparing notice of bankruptcy. | L120 | 1.40 hrs |
| 11/16/12 | LG | Call with various interested parties discussing the latest proposed revisions and comments to Section 6.16 of the Asset Purchase Agreement between GMAC and Ocwen including new comments provided by Ally | L120 | 1.20 hrs |
| 11/16/12 | LG | Communications concerning the most recent comments, including Ally comments regarding Section 6.16 of the Asset Purchase Agreement | L120 | .30 hrs |
| 11/16/12 | LG | Prepare for call with various interested parties to discuss the latest revisions to the Asset Purchase Agreement, including Ally's comments | L120 | .30 hrs |
| 11/16/12 | LG | Revise Section 6.16 of the APA to reflect the most recent comments and revisions | L120 | 1.10 hrs |
| 11/16/12 | LG | Analyze Texas anti-deficiency law, testing documents, schedule Y, and various other communications to respond to a question from the monitor regarding consumer relief | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    29
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 11/16/12 | LG | Draft email summarizing GMAC's response to the monitor's question concerning consumer relief credits under the AG Settlement | L120 | .30 hrs |
| 11/16/12 | MPE | Detailed review 265 page document production to the Nevada Attorney General for confidential borrower specific information. | L110 | 2.50 hrs |
| 11/16/12 | ASI | Prepare for and attend call with Record Services regarding testing of legal standing and potential rubric draft of same under Metric 1A of National Servicing Standards | L120 | 1.40 hrs |
| 11/16/12 | ASI | Review and analyze collection of deficiency issue in Texas and legality regarding same | L120 | 1.00 hrs |
| 11/17/12 | LG | Revise section 6.16 of the Asset Purchase Agreement in order to reflect the changes required by various parties | L120 | 1.80 hrs |
| 11/17/12 | LG | Communications with various parties concerning the most recent revisions to Section 6.16 of the Ocwen Asset Purchase Agreement | L120 | .90 hrs |
| 11/17/12 | LG | Call with outside counsel and client discussing their most recent comments to Section 6.16 of the Asset Purchase Agreement | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    30
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| 11/17/12 | LG | Call with various interested parties concerning their most recent comments to Section 6.16 of the Asset Purchase Agreement | L120 | .50 hrs |
|---|---|---|---|---|
| 11/17/12 | LG | Analyze most recent drafts of Section 6.16 of the Asset Purchase Agreement provided by various parties | L120 | 1.20 hrs |
| 11/17/12 | LG | Analyze Ally Financial's limited objection in order to incorporate various relevant comments into Section 6.16 of the Asset Purchase Agreement | L120 | .40 hrs |
| 11/17/12 | RRM | Continue work on APA language and receive multiple revisions from different parties | L190 | 2.80 hrs |
| 11/17/12 | RRM | Telephone conference with Jay Clayton in regards to structural content of APA and follow up on same | L190 | .70 hrs |
| 11/17/12 | RRM | Telephone conference with Tammy Hamzehpour with regard to discussion of suggested revisions | L190 | .60 hrs |
| 11/17/12 | RRM | Participate telephone conference with ALLY Counsel on suggested revisions to APA | L190 | .90 hrs |
| 11/18/12 | RRM | Extensive work with other parties attempting to resolve issues in 6.16 of APA, and continue to review and revise same and correspond order and motion | L190 | 4.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    31
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/18/12 | RRM | Multiple extended telephone conference with Tammy Hamzehpour on APA and status with DOJ and other parties | L190 | 1.30 hrs |
| 11/18/12 | RRM | Prepare for sale hearing and outline rules and talking points on AG/DOJ compliance and Consumer Relief and review of Ex E and I | L190 | 2.10 hrs |
| 11/18/12 | LG | Call with the unsecured creditor's committee and various other interested parties concerning the most recent comments to the Ocwen Asset Purchase Agreement | L120 | .60 hrs |
| 11/18/12 | LG | Call with Ocwen discussing the suggested changes to the Asset Purchase Agreement | L120 | .50 hrs |
| 11/18/12 | LG | Communications with outside counsel for GMAC concerning Section 6.16 of the Ocwen Asset Purchase Agreement | L120 | .60 hrs |
| 11/18/12 | LG | Analyze the Berkshire Asset Purchase Agreement in preparation for a call with client | L120 | .40 hrs |
| 11/18/12 | LG | Call with client discussing the most recent requested changes to Section 6.16 of the Asset Purchase Agreement | L120 | .60 hrs |
| 11/18/12 | LG | Revise the Motion and Order attached to the Ocwen Asset Purchase Agreement to address comments from various parties | L210 | 1.40 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    32
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| 11/18/12 | LG | Analyze comments from the Department of Justice and various other interested parties concerning Section 6.16 of the Ocwen Asset Purchase Agreement | L120 | 1.10 hrs |
|---|---|---|---|---|
| 11/18/12 | LG | Revise Ocwen Asset Purchase Agreement to incorporate the revisions suggested by the Department of Justice and various other interested parties | L210 | 1.40 hrs |
| 11/18/12 | LG | Communications with various interested parties including federal regulators concerning the most recent version of Section 6.16 of the Ocwen Asset Purchase Agreement | L120 | .70 hrs |
| 11/18/12 | LG | Communications with various parties concerning their revisions to the Motion and Order attached to the Ocwen Asset Purchase Agreement | L120 | .90 hrs |
| 11/18/12 | LG | Revise Section 6.16 of the Ocwen Asset Purchase agreement to incorporate the most recent revisions requested by various interested parties | L120 | 1.90 hrs |
| 11/19/12 | LG | Draft email responding to various questions concerning the status of Section 6.16 of the Ocwen APA | L120 | .40 hrs |
| 11/19/12 | LG | Cross servicer legal call discussing various issues including conflicts | L120 | .50 hrs |
| 11/19/12 | LG | Revise Section 6.16 of the APA to incorporate feedback from Ocwen and the DOJ | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    33
NOVEMBER 30, 2012

ResCap

OR0802-301220

FED ID NO. 63-0243316

| Date | | Description | | |
|------|---|-------------|---|---|
| 11/19/12 | LG | Communications concerning the most recent revisions to the Motion and Order attached to Section 6.16 of the Ocwen APA | L120 | .60 hrs |
| 11/19/12 | LG | Revise and finalize the Ocwen APA for submission to the court | L120 | .70 hrs |
| 11/19/12 | HTC | Complete legal section of summary memo | L120 | .50 hrs |
| 11/19/12 | DCL | Review status of Massachusetts foreclosure law cases | L120 | 1.10 hrs |
| 11/19/12 | LG | Revise the motion and order attached to Section 6.16 of the APA to reflect the most recent revisions suggested by Ocwen and the DOJ | L210 | .80 hrs |
| 11/19/12 | LG | Communications with various parties concerning Ocwen and the DOJ's objections to the most recent revision to the Motion and Order attached to the Ocwen APA | L120 | .80 hrs |
| 11/19/12 | LG | Call with Ally's counsel in order to determine whether the revisions were acceptable to Ally | L120 | .20 hrs |
| 11/19/12 | RRM | Extensive preparation for sale hearing including multiple telephone conferences and e-mail correspondence | L190 | 5.40 hrs |
| 11/19/12 | RRM | Participate on behalf of client in sale hearing in NY Bankruptcy Court and follow up on work | L190 | 7.30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    34
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/19/12 | CSM | Telephone conference with Illinois foreclosure firms regarding revisions to form affidavit in support of summary judgment | P280 | .70 hrs |
| 11/19/12 | CWH | Review and analyze letter from Nevada Attorney General indicating that they will disclose client documents and determine response to same | L390 | .50 hrs |
| 11/20/12 | CWH | Conference call with clients regarding metrics and testing for Attorney General servicing requirements | L120 | .70 hrs |
| 11/20/12 | CSM | Emails with client regarding compliance with attorney affirmation requirement in foreclosure actions in Hawaii | P280 | .10 hrs |
| 11/20/12 | RRM | Telephone conference with Russ Fowlie with regard to IRG and servicing standards | L190 | .40 hrs |
| 11/20/12 | RRM | Telephone conference with Denzil Dsouza and Russ Fowlie with regard to comments by BDO on test scripts and follow up on same | L190 | .20 hrs |
| 11/20/12 | RRM | Telephone conference with Elizabeth DeSilva with regard to upcoming file review and logistics with regard to same | L190 | .50 hrs |
| 11/20/12 | RRM | Preparation for a subsequent telephone conference with Bill Cherry and BDO with regard to test scripts | L190 | .40 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    35
NOVEMBER 30, 2012

ResCap

0R0802-301220

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 11/20/12 | RRM | Extended telephone conference with Gia Shannon and Jim Madsen with regard to loan transfers with regard to compliance with AG/DOJ | L190 | .40 hrs |
| 11/20/12 | RRM | Telephone conference with Jim Grissom with regard to comments from AG group on reporting and anti-deficiency and follow up on same | L190 | .80 hrs |
| 11/20/12 | RRM | Extensive work with business and IRG with regard to responding to BDO questionnaires and review and revise same and submit to BDO | L190 | 2.50 hrs |
| 11/20/12 | RRM | Continue to work on language and revisions and comments from multiple partners with regard to the 6.16 Motion and Order | L190 | 2.10 hrs |
| 11/20/12 | RRM | Work with business and legal with regards to questions on solicitation and consumer relief involving BK Matters and further interpretation of same | L190 | 1.30 hrs |
| 11/20/12 | RRM | Multiple telephone calls with Joe Cordaro in the US Attorney's office on changes to order and motion | L190 | 1.10 hrs |
| 11/20/12 | RRM | Extensive e-mail correspondence based on FRB comments and subsequent extended telephone conversation with Tammy Hamzehpour | L190 | 1.40 hrs |
| 11/20/12 | RRM | Work with service standards team involving potential conflicts | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    36
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/20/12 | RRM | Continue work on Consumer Relief matters with regard to validation and review comments | L190 | 1.80 hrs |
| 11/20/12 | LG | Call with the Department of Justice discussing their comments to Section 6.16 and the motion and order suggested by the unsecured creditors committee | L120 | .60 hrs |
| 11/20/12 | JW | Correspondence regarding Living File upload requirements | L110 | .20 hrs |
| 11/20/12 | LG | Communications concerning the FRB's issues with the Ocwen Asset Purchase Agreement | L120 | .40 hrs |
| 11/20/12 | LG | Communications with various parties concerning the most recent drafts of Section 6.16 of the Ocwen APA and the motion and order attached thereto | L120 | .40 hrs |
| 11/20/12 | LG | Call with the unsecured creditors committee discussing their most recent comments to the motion and order attached to Section 6.16 | L120 | .50 hrs |
| 11/21/12 | DBO | Review and comment related to FRB draft response | L120 | .40 hrs |
| 11/21/12 | CWH | Exchange e-mails with document execution team regarding several Florida files and remediation history of same | L120 | .20 hrs |
| 11/26/12 | CWH | Review and analyze the Department of Justice's letter to Ally regarding the SCRA compliance review and engagement letter with Pricewaterhousecoopers on same | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    37
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/26/12 | RRM | Telephone conference with Stephanie Pizzino and Bill Finley with regard to OCCC and background of information and examination request | L190 | .60 hrs |
| 11/26/12 | RRM | Draft e-mail to Ethan Shaner at OK AG with multiple attachments and analysis of OK settlement and release information | L190 | .80 hrs |
| 11/26/12 | RRM | Director in Statutory analysis on basis of OCCC regulatory basis | L190 | .60 hrs |
| 11/26/12 | RRM | Extended telephone conference with Ethan Shaner with OK AG with regard to background of settlement and discussion of same | L190 | .50 hrs |
| 11/26/12 | RRM | Telephone conference with Pat Habbib with regard to DOJ SCRA Compliance and follow up work on same | L190 | .60 hrs |
| 11/26/12 | RRM | Preparation for upcoming meeting with Monitor and AG/DOJ and review of multiple test scripts | L190 | 4.30 hrs |
| 11/26/12 | JW | Teleconference with client regarding recent California law changes and impact on lien release procedures | C300 | .50 hrs |
| 11/27/12 | HTC | Continue working on legal portions of summary memo reflecting site visit of foreclosure counsel | L120 | .40 hrs |
| 11/27/12 | LG | Call discussing the FRBÆs suggested changes to the Berkshire Hathaway APA | L120 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    38
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/27/12 | LG | Analyze Berkshire APA in preparation to revise Section 6.17 of the Berkshier APA to address the FRBÆs concerns | L120 | .60 hrs |
| 11/27/12 | RRM | Telephone conference with Joe Pensabene with regard to Scheduling the upcoming meeting on servicing | L190 | .50 hrs |
| 11/27/12 | RRM | Preparation with business and IRG team, for meeting with BDO | L190 | 1.20 hrs |
| 11/27/12 | RRM | Day long meeting in Dallas with Monitor' Professional, BDO | L190 | 5.80 hrs |
| 11/27/12 | RRM | In office conference with Russ Fowlie on logistics of Monitory Comm | L190 | .80 hrs |
| 11/27/12 | RRM | Preparation for and subsequent telephone conference with Tom Walper, Outside Counsel for Berkshire Hathaway, with regards to the APA | L190 | .50 hrs |
| 11/27/12 | RRM | Telephone conference with Tammy Hamzehpour with regard to FRB and contractual provisions | L190 | .50 hrs |
| 11/27/12 | RRM | Telephone conference with Amber Standridge at DOJ Civil Rights with regards to SCRA Compliance | L190 | .40 hrs |
| 11/27/12 | RRM | Telephone conference with Jennifer Sutton at FRB with regard to contract language and extensive follow up of same | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    39
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/27/12 | RRM | Extensive telephone conference with Tom Walper, Counsel for BH, with regard to contractual language and extended discussion around Monitoring and compliance and follow up work on same | L190 | 1.60 hrs |
| 11/27/12 | JK | Review Living File template and consolidate issues and questions that are outstanding to ensure follow up | L120 | 1.20 hrs |
| 11/28/12 | CSM | Review foreclosure counsel comments to form Hawaii complaint verification and affidavit in support of summary judgment | P280 | .30 hrs |
| 11/28/12 | CSM | Emails with foreclosure counsel comments to form Hawaii complaint verification and affidavit in support of summary judgment | C400 | .20 hrs |
| 11/28/12 | CSM | Mark up form Hawaii complaint verification proposed by foreclosure counsel | L210 | .70 hrs |
| 11/28/12 | CWH | Review and analyze certain loans and foreclosure in light of Attorney General requirements and prepare for discussion with client on same | L120 | .60 hrs |
| 11/28/12 | CWH | Phone call and follow-up emails with client regarding certain loans and foreclosure in light of Attorney General requirements | L120 | .60 hrs |
| 11/28/12 | RRM | Preparation and subsequent telephone conference with Gia Shannon and Jim Madsen on Metric 19 and review of prior documentation of same | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    40
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

---

| | | | | |
|---|---|---|---|---|
| 11/28/12 | RRM | Extensive preparation for and subsequent meeting with Peter Muriungi with regard to LTV and extensive follow up work | L190 | 1.80 hrs |
| 11/28/12 | RRM | Telephone conference with Sewit Bocresion with regard to FRB Foreclosure Look Back | L190 | .70 hrs |
| 11/28/12 | RRM | Work throughout the day with IRG and Monitor's Professionals and discussions about testing for Consumer Relief in compliance with AG/DOJ Settlement | L190 | 6.10 hrs |
| 11/28/12 | RRM | Correspondence and communication with multiple partners regarding revisions to contractual language involving compliance with FRB | L190 | 1.90 hrs |
| 11/28/12 | BG | Evaluate regulatory authority of the Oklahoma Attorney General over the Oklahoma Department of Consumer Credit | L120 | .40 hrs |
| 11/28/12 | BG | Research relationship of the Oklahoma Department of Consumer Credit with the Oklahoma Department of Banking, the State of Oklahoma, and/or the Oklahoma Attorney General in connection with request for documents that would ordinarily be covered by the Consent Judgment signed by the Attorney General, and research general formative and investigative structure of the Oklahoma Department of Consumer Credit and its governing body | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    41
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/28/12 | BG | Review Consent Judgment with the Oklahoma Attorney General and evaluate impact on request from the Oklahoma Department of Consumer Credit and the need to comply therewith | L120 | .40 hrs |
| 11/28/12 | BG | Begin drafting memorandum regarding the authority of the Department of Consumer Credit and its authority | L120 | 1.20 hrs |
| 11/28/12 | BG | Evaluate authority of the Department of Consumer Credit | L120 | .30 hrs |
| 11/28/12 | LG | Communications concerning 51 jurisdiction research regarding short sale and deed in lieu anti-deficieny states | L120 | .20 hrs |
| 11/28/12 | LG | Call with other servicers discussing various issues related to the implementation of consumer relief under the DOJ/AG settlement | L120 | 1.00 hrs |
| 11/28/12 | LG | Draft Section 6.17 of the Berkshire APA in order to address the FRB's concerns | L120 | 2.70 hrs |
| 11/29/12 | LG | Call discussing the need to analyze anti-deficiency opinion | L120 | .50 hrs |
| 11/29/12 | LG | Cross servicer call discussing various issues related to AG settlement implementation | L120 | 1.00 hrs |
| 11/29/12 | LG | Follow up communications concerning issues raised on cross-servicer call | L120 | .20 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    42
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | BG | Continue drafting memorandum regarding the authority of the Department of Consumer Credit | L120 | 1.60 hrs |
| 11/29/12 | BG | Revise  memorandum regarding the authority of the Department of Consumer Credit and evaluate additional arguments for coverage of the request within the consent judgment release | L120 | .90 hrs |
| 11/29/12 | BG | Investigate DOCC's consent orders for arguments | L110 | .30 hrs |
| 11/29/12 | BG | Evaluate objections to the Oklahoma Department of Consumer Credit document requests | L120 | .50 hrs |
| 11/29/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or dation en paiement in Louisiana | L120 | .50 hrs |
| 11/29/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Illinois | L120 | .50 hrs |
| 11/29/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Kentucky | L120 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    43
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Iowa | L120 | .50 hrs |
| 11/29/12 | EL | Review of draft memorandum from law firm regarding mortgage related deficiencies under state law | L120 | .50 hrs |
| 11/29/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Indiana | L120 | .50 hrs |
| 11/29/12 | JEG | Legal research regarding effect of Oklahoma consent judgment on examination requested by Oklahoma Department of Consumer Credit | C200 | 2.70 hrs |
| 11/29/12 | JEG | Revisions to memo regarding effect of Oklahoma consent judgment on examination request by Oklahoma Department of Consumer Credit | L140 | .40 hrs |
| 11/29/12 | RRM | Preparation for meeting with IRG and Russ Fowlie for upcoming meeting with BDO | L190 | .70 hrs |
| 11/29/12 | RRM | Preparation and subsequent telephone conference with Sharon Robinson with regard to VOC Complaints | L190 | .60 hrs |
| 11/29/12 | RRM | Meeting in Dallas with BDO, Monitor's Primary Professional Firm, and going over issues on consumer relief testing and follow up on multiple issues | L190 | 5.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     44
NOVEMBER 30, 2012

0R0802-301220

FED ID NO. 63-0243316

| 11/29/12 | RRM | Meeting with Peter Muriungi with regard to Ineligible population and work related to same | L190 | .90 hrs |
|----------|-----|---|------|---------|
| 11/29/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Kansas | L120 | .50 hrs |
| 11/30/12 | JBU | Reviewed and analyzed memorandum of law from law firm related to ability to obtain deficiency judgments | C300 | 1.20 hrs |
| 11/30/12 | JBU | Continued to review and analyze memorandum of law related to ability to obtain deficiency judgments | C300 | 4.40 hrs |
| 11/30/12 | MPE | Research bankruptcy dockets for cases at issue. | L110 | .40 hrs |
| 11/30/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Rhode Island | L120 | .50 hrs |
| 11/30/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Ohio | L120 | .50 hrs |
| 11/30/12 | LG | Call with cross servicer legal group discussing various issues concerning the implementation of the AG Settlement | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    45
NOVEMBER 30, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $119,403.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Stuart J. Frentz | 8.70 hrs | 393.00 /hr | 3,419.10 |
| John E. Goodman | 3.10 hrs | 363.00 /hr | 1,125.30 |
| Hope Cannon | .90 hrs | 315.00 /hr | 283.50 |
| Christian W. Hancock | 10.30 hrs | 330.00 /hr | 3,399.00 |
| Robert R. Maddox | 207.90 hrs | 345.00 /hr | 71,725.50 |
| D. Brian O'Dell | .40 hrs | 345.00 /hr | 138.00 |
| Dana C. Lumsden | 1.90 hrs | 376.00 /hr | 714.40 |
| Jason R. Bushby | 19.40 hrs | 228.00 /hr | 4,423.20 |
| Avery Simmons | 42.40 hrs | 249.00 /hr | 10,557.60 |
| Graham W. Gerhardt | 1.00 hrs | 263.00 /hr | 263.00 |
| Jay Wright | 8.10 hrs | 190.00 /hr | 1,539.00 |
| Jessica J. Sibley | 1.40 hrs | 254.00 /hr | 355.60 |
| Lee Gilley | 85.90 hrs | 185.00 /hr | 15,891.50 |
| Kristi Wilcox | .20 hrs | 185.00 /hr | 37.00 |
| Blake Goodsell | 6.10 hrs | 190.00 /hr | 1,159.00 |
| Elena Lovoy | 4.50 hrs | 337.00 /hr | 1,516.50 |
| Cory S. Menees | 5.20 hrs | 300.00 /hr | 1,560.00 |
| Jonathan Kloldzieg | 4.00 hrs | 190.00 /hr | 760.00 |
| Melisa P. Palmer | 3.60 hrs | 149.00 /hr | 536.40 |

TOTAL FEES                415.00 hrs                    $119,403.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$119,403.60**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 8, 2013
OR0802-301220

INVOICE #  827776

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0802-301220
     AG Settlement & Implementation  705025
     TC # 705025

#### EXPENSES

| | |
|---|---:|
| 11/27/12 Airline Tickets - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 11/12/12 - 11/15/12 Bank ID: GENR Check Number: 102941 | 649.60 |
| 11/30/12 Airline Tickets - LEE GILLEY TRAVEL ON 11/12/12 - 11/15/12 Bank ID: GENR Check Number: 103011 | 617.60 |
| 12/07/12 Airline Tickets - ROBERT R. MADDOX ATTEND RESCAP HEARING IN NEW YORK, NY 11/18/12 - 11/20/12 Bank ID: GENR Check Number: 103613 | 552.80 |
| 12/07/12 Airline Tickets - ROBERT R. MADDOX ATTEND RESCAP HEARING IN NEW YORK, NY 11/18/12 - 11/20/12 Bank ID: GENR Check Number: 103613 | 150.00 |
| 12/07/12 Airline Tickets - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 Bank ID: GENR Check Number: 103613 | 669.60 |
| 12/11/12 Airline Tickets - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 Bank ID: GENR Check Number: 103575 | 25.00 |
| 12/19/12 Airline Tickets - ROBERT R. MADDOX TRAVEL TO PENNSYLVANIA FOR GMAC MEETINGS 12/3/12 - 12/4/12 Bank ID: GENR Check Number: 103958 | 1,429.60 |
| 12/28/12 Airline Tickets - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 12/18/12 - 12/21/12 Bank ID: GENR Check Number: 104398 | 669.60 |
| 11/27/12 Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 11/12/12 - 11/15/12 HOTEL Bank ID: GENR Check Number: 102941 | 1,133.33 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
JANUARY 8, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

---

| | |
|---|---:|
| 11/27/12 Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 11/12/12 - 11/15/12 RENTAL CAR<br>Bank ID: GENR Check Number: 102941 | 649.29 |
| 11/27/12 Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 11/12/12 - 11/15/12 PARKING<br>Bank ID: GENR Check Number: 102941 | 61.60 |
| 11/30/12 Travel Expense - LEE GILLEY TRAVEL ON 11/12/12 - 11/15/12 HOTEL<br>Bank ID: GENR Check Number: 103011 | 412.86 |
| 11/30/12 Travel Expense - LEE GILLEY TRAVEL ON 11/12/12 - 11/15/12 INTERNET, PARKING<br>Bank ID: GENR Check Number: 103011 | 68.54 |
| 12/07/12 Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 PARKING<br>Bank ID: GENR Check Number: 103613 | 103.92 |
| 12/07/12 Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 HOTEL<br>Bank ID: GENR Check Number: 103613 | 963.56 |
| 12/07/12 Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 RENTAL CAR<br>Bank ID: GENR Check Number: 103613 | 633.90 |
| 12/07/12 Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 FUEL, PARKING<br>Bank ID: GENR Check Number: 103613 | 80.49 |
| 12/07/12 Travel Expense - ROBERT R. MADDOX ATTEND RESCAP HEARING IN NEW YORK, NY 11/18/12 - 11/20/12 HOTEL<br>Bank ID: GENR Check Number: 103613 | 693.22 |
| 12/07/12 Travel Expense - ROBERT R. MADDOX ATTEND RESCAP HEARING IN NEW YORK, NY 11/18/12 - 11/20/12 CAB FARE<br>Bank ID: GENR Check Number: 103613 | 80.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JANUARY 8, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 12/07/12 | Travel Expense - ROBERT R. MADDOX ATTEND RESCAP HEARING IN NEW YORK, NY 11/18/12 - 11/20/12 WIFI, PARKING<br>Bank ID: GENR Check Number: 103613 | 28.36 |
| 12/11/12 | Travel Expense - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 HOTEL<br>Bank ID: GENR Check Number: 103575 | 298.69 |
| 12/11/12 | Travel Expense - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 HOTEL<br>Bank ID: GENR Check Number: 103575 | 829.73 |
| 12/11/12 | Travel Expense - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 CAB FARE<br>Bank ID: GENR Check Number: 103575 | 86.75 |
| 12/11/12 | Travel Expense - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 PARKING<br>Bank ID: GENR Check Number: 103575 | 81.00 |
| 12/19/12 | Travel Expense - ROBERT R. MADDOX TRAVEL TO PENNSYLVANIA FOR GMAC MEETINGS 12/3/12 - 12/4/12 HOTEL<br>Bank ID: GENR Check Number: 103958 | 429.84 |
| 12/19/12 | Travel Expense - ROBERT R. MADDOX TRAVEL TO PENNSYLVANIA FOR GMAC MEETINGS 12/3/12 - 12/4/12 ROAD TOLL<br>Bank ID: GENR Check Number: 103958 | 7.15 |
| 12/19/12 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETINGS IN DALLAS, TX 12/5/12 - 12/7/12 HOTEL<br>Bank ID: GENR Check Number: 103958 | 458.74 |
| 12/19/12 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETINGS IN DALLAS, TX 12/5/12 - 12/7/12 RENTAL CAR<br>Bank ID: GENR Check Number: 103958 | 424.29 |
| 12/19/12 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETINGS IN DALLAS, TX 12/5/12 - 12/7/12 PARKING<br>Bank ID: GENR Check Number: 103958 | 71.77 |
| 12/19/12 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETINGS IN DALLAS, TX 12/5/12 - 12/7/12 PARKING<br>Bank ID: GENR Check Number: 103958 | 51.96 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
JANUARY 8, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 12/19/12 | Travel Expense - ROBERT R. MADDOX ATTEND GMAC MEETINGS IN DALLAS, TX 12/5/12 - 12/7/12   FUEL Bank ID: GENR Check Number: 103958 | 11.91 |
| 12/28/12 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 12/18/12 - 12/21/12 RENTAL CAR Bank ID: GENR Check Number: 104398 | 797.89 |
| 12/28/12 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 12/18/12 - 12/21/12   CAB FARE Bank ID: GENR Check Number: 104398 | 15.00 |
| 11/27/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 11/12/12 - 11/15/12 Bank ID: GENR Check Number: 102941 | 27.91 |
| 11/27/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 11/12/12 - 11/15/12 Bank ID: GENR Check Number: 102941 | 74.64 |
| 11/27/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 11/12/12 - 11/15/12 Bank ID: GENR Check Number: 102941 | 63.05 |
| 11/27/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 11/12/12 - 11/15/12 Bank ID: GENR Check Number: 102941 | 70.91 |
| 11/30/12 | Meal Expense - LEE GILLEY TRAVEL ON 11/12/12 - 11/15/12 Bank ID: GENR Check Number: 103011 | 87.81 |
| 11/30/12 | Meal Expense - LEE GILLEY TRAVEL ON 11/12/12 - 11/15/12 Bank ID: GENR Check Number: 103011 | 40.56 |
| 12/07/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 Bank ID: GENR Check Number: 103613 | 42.00 |
| 12/07/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 Bank ID: GENR Check Number: 103613 | 255.88 |
| 12/07/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 Bank ID: GENR Check Number: 103613 | 106.88 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
JANUARY 8, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 12/07/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 Bank ID: GENR Check Number: 103613 | 19.73 |
| 12/07/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 Bank ID: GENR Check Number: 103613 | 129.15 |
| 12/07/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 11/25/12 - 11/30/12 Bank ID: GENR Check Number: 103613 | 79.19 |
| 12/07/12 | Meal Expense - ROBERT R. MADDOX ATTEND RESCAP HEARING IN NEW YORK, NY 11/18/12 - 11/20/12 Bank ID: GENR Check Number: 103613 | 38.58 |
| 12/11/12 | Meal Expense - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 Bank ID: GENR Check Number: 103575 | 284.89 |
| 12/11/12 | Meal Expense - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 Bank ID: GENR Check Number: 103575 | 45.56 |
| 12/11/12 | Meal Expense - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 Bank ID: GENR Check Number: 103575 | 63.34 |
| 12/11/12 | Meal Expense - JASON R. BUSHBY TRAVEL TO CALIFORNIA 12/3/12 - 12/9/12 Bank ID: GENR Check Number: 103575 | 53.36 |
| 12/19/12 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC MEETINGS IN DALLAS, TX 12/5/12 - 12/7/12 Bank ID: GENR Check Number: 103958 | 514.35 |
| 12/19/12 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC MEETINGS IN DALLAS, TX 12/5/12 - 12/7/12 Bank ID: GENR Check Number: 103958 | 33.57 |
| 12/19/12 | Meal Expense - ROBERT R. MADDOX TRAVEL TO PENNSYLVANIA FOR GMAC MEETINGS 12/3/12 - 12/4/12 Bank ID: GENR Check Number: 103958 | 97.63 |
| 12/19/12 | Meal Expense - ROBERT R. MADDOX TRAVEL TO PENNSYLVANIA FOR GMAC MEETINGS 12/3/12 - 12/4/12 Bank ID: GENR Check Number: 103958 | 38.59 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       6
JANUARY 8, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 12/19/12 | Meal Expense - ROBERT R. MADDOX TRAVEL TO PENNSYLVANIA FOR GMAC MEETINGS 12/3/12 - 12/4/12<br>Bank ID: GENR Check Number: 103958 | 14.33 |
| 12/28/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 12/18/12 - 12/21/12<br>Bank ID: GENR Check Number: 104398 | 217.55 |
| 12/28/12 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN DALLAS, TX 12/18/12 - 12/21/12<br>Bank ID: GENR Check Number: 104398 | 62.99 |

                    TOTAL COSTS FOR THIS MATTER                    $15,700.04


TOTAL FEES                    0.00 hrs                    $.00

TOTAL EXPENSES                                           $15,700.04

**TOTAL CHARGES FOR THIS INVOICE**                      $15,700.04

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301220

INVOICE #  830130

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301220
     AG Settlement & Implementation  705025
     TC # 705025

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/24/12 | SJF | Work on flowchart diagram for analyzing reporting requirements in various situations | B240 | 2.50 hrs |
| 11/30/12 | JBU | Reviewed and analyzed chart outlining living file issues to determine next steps | C300 | .50 hrs |
| 12/01/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Oklahoma and update draft memorandum regarding same | L120 | .50 hrs |
| 12/01/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Oregon and update draft memorandum regarding same | L120 | .50 hrs |
| 12/01/12 | EL | Legal research regarding whether a creditor may enforce a claim for a deficiency on a mortgage loan remaining after a foreclosure sale, short sale, or deed-in-lieu transaction in Pennsylvania and update draft memorandum regarding same | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| 12/01/12 | RRM | Extended telephone conference with client with regard to logistics and issues surrounding loan transfers | L190 | .60 hrs |
|---|---|---|---|---|
| 12/01/12 | RRM | Extended telephone conference call with client regarding post-sale Foreclosure Review and follow up on same | L190 | 1.20 hrs |
| 12/01/12 | RRM | Telephone conference with Josh Stein, Counsel for OMSO, Re: Updated on Ex I work plan and metrics and extensive follow up on same | L190 | 1.30 hrs |
| 12/01/12 | RRM | Participate on telephone call with client with regard to loan transfers | L190 | .70 hrs |
| 12/01/12 | RRM | E-mail correspondence to and from client with regards to costs associated with IRG | L190 | .30 hrs |
| 12/02/12 | SJF | Further work on flowchart for analyzing federal income tax reporting obligations with regard to remediation payments and other actions | B240 | 2.30 hrs |
| 12/02/12 | RRM | Review e-mail from Sewitt Bocresion with multiple attachments and zip file with regard to FRB Foreclosure look back and initial review with regard to same | L190 | 1.60 hrs |
| 12/02/12 | RRM | Draft extensive e-mail to client with regard to recent communication with Monitors Office and strategy for handling same | L190 | .80 hrs |
| 12/02/12 | CSM | Review changes to form Hawaii documents proposed by foreclosure counsel | P280 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | LG | Communications discussing the Berkshire Hathaway asset purchase agreement and the application of the DOJ/AG settlement to Berkshire | L120 | .80 hrs |
| 12/03/12 | CSM | Emails with client and Ohio foreclosure counsel regarding request to deviate from form affidavit in support of motion for summary judgment for purposes of preempting expected borrower argument | P280 | .40 hrs |
| 12/03/12 | CSM | Emails with client regarding affidavit requested by Hawaii foreclosure counsel in support of HB 1875 attorney affirmation requirement | P280 | .20 hrs |
| 12/03/12 | SJF | Work on flowchart | B240 | .30 hrs |
| 12/03/12 | CWH | Review and analyze issues with Nevada Attorney General document production and their intention to further release documents in discovery | L320 | .20 hrs |
| 12/03/12 | CWH | Calls with Nevada Attorney General regarding 2011 document production and their intention to further release documents in discovery | L320 | .50 hrs |
| 12/03/12 | JW | Draft revised language related to foreclosure moratorium for proposed Order to Show Cause | L210 | .60 hrs |
| 12/03/12 | JW | Review memorandum regarding state deficiency judgment laws | L120 | 1.00 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 12/03/12 | RRM | Review of multiple e-mail from GMAC with regard to interior solicitation in context of borrower eligibility | L190 | 1.30 hrs |
| 12/03/12 | RRM | Continue work on review of foreclosure ResCap and status of multiple file reviews | L190 | 1.60 hrs |
| 12/03/12 | RRM | E-mail correspondence to and from Tom Walper Counsel for BH, on language in 6.17 | L190 | .30 hrs |
| 12/03/12 | RRM | Continue work on Chapter 7 surrenders and discharges in scope of compliance with settlement and review of multiple files | L190 | 2.40 hrs |
| 12/03/12 | RRM | Extended telephone conference with client with regard to BH Compliance on AG/DOJ and request for telephone conference by subsidiaries | L190 | .80 hrs |
| 12/03/12 | RRM | Review of multiple documents from Sewitt Bocresion with regard to Look back needs for the estate and follow up on same | L190 | 2.70 hrs |
| 12/04/12 | RRM | Review e-mail from Bill Cherry with revised EX I from Monitoring Committee, review and subsequent conversation with client | L190 | .60 hrs |
| 12/04/12 | RRM | Meeting with Sewitt Bocresion and client with regard to post-sale corporate structure for IRG and foreclosure review | L190 | 2.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
JANUARY 23, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/04/12 | RRM | Extensive preparations for a subsequent meeting in Fort Washington with client on post sale FRB compliance structure and follow up work on same | L190 | 3.40 hrs |
| 12/04/12 | RRM | Multiple e-mail correspondence with BDO about CHDC access and work on documents to be provided | L190 | .80 hrs |
| 12/04/12 | CWH | Draft email to Nevada Attorney General regarding document production | L110 | .30 hrs |
| 12/04/12 | CWH | Notify client regarding the current issues with Nevada Attorney General regarding document production | L110 | .10 hrs |
| 12/04/12 | JW | Review template of California Notice of Demand and Notice of Sale for compliance with new state law | L210 | .30 hrs |
| 12/04/12 | JW | Revise California Notice of Demand and Notice of Sale template to ensure compliance with new state law | L210 | .50 hrs |
| 12/04/12 | JW | Teleconference with New Jersey local counsel regarding DOBI list formatting | L120 | .60 hrs |
| 12/04/12 | JW | Email client regarding telephone call with New Jersey local counsel on DOBI list formatting | L120 | .20 hrs |
| 12/04/12 | RRM | Preparation and subsequent telephone conference with Clayton Homes, 21st Century and Vanderbilt with regard to Ex I and servicing of loans | L190 | 1.60 hrs |
| 12/04/12 | RRM | Participate in cross-servicer call | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/04/12 | LG | Call with cross servicer group regarding implementation of various aspects of the national DOJ/AG servicing settlement | L120 | .60 hrs |
| 12/04/12 | LG | Analyze the monitoring committee's suggested revisions to the exhibit I work plan | L120 | .20 hrs |
| 12/04/12 | LG | Analyze various State Laws including North Carolina, Ohio, Oregon, Pennsylvania, North Dakota, Utah, Vermont and Virginia in order to verify the accuracy of the cross servicer anti-deficiency opinion | L120 | 2.20 hrs |
| 12/04/12 | LG | Draft analysis of various State Laws including North Carolina, Ohio, Oregon, Pennsylvania, North Dakota, Utah, Vermont and Virginia in order to verify the accuracy of the cross servicer anti-deficiency opinion | L120 | 1.30 hrs |
| 12/04/12 | LG | Call with Berkshire Subsidiaries regarding the Berkshire APA and their responsibilities under the DOJ/AG settlement | L120 | .70 hrs |
| 12/04/12 | FWA | Review response from NYB department and provide comments to client re: same | L190 | .70 hrs |
| 12/05/12 | SJF | Messages on meetings to discuss flowchart and related matters | B240 | .20 hrs |
| 12/05/12 | RRM | Conference call with client with regard to updates on regulatory issues | L190 | .60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    7
JANUARY 23, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/05/12 | RRM | Inner Office conference with client with regard to SCRA and DOJ | L190 | .30 hrs |
| 12/05/12 | RRM | Participate in telephone conference with client with regard to loan counts | L190 | .50 hrs |
| 12/05/12 | RRM | Participate in telephone conference with BDO and IRG | L190 | .50 hrs |
| 12/05/12 | RRM | Extensive telephone conference with Ethan Shaner with regard to released exams under OK Settlement Agreement | L190 | .60 hrs |
| 12/05/12 | RRM | Participate in telephone conference with client and GreenTree | L190 | .60 hrs |
| 12/05/12 | JW | Teleconference with local counsel regarding revisions to proposed Order to Show Cause | L210 | .50 hrs |
| 12/05/12 | JW | Email HUD moratorium letters regarding revisions to proposed Order to Show Cause | L210 | .10 hrs |
| 12/05/12 | CSM | Emails with client regarding development of form affidavits for use in Hawaii, Illinois and Texas foreclosure actions | P280 | .60 hrs |
| 12/05/12 | RRM | Multiple e-mail correspondence with client on Oklahoma Examination and work on same | L190 | .70 hrs |
| 12/05/12 | RRM | Extended telephone conference with client with regard to requests by Ocwen regarding AG/DOJ | L190 | .90 hrs |



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     8
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| 12/05/12 | RRM | Subsequent telephone conference call with Paul Koches, General Counsel for Ocwen, on compliance update on matter for AG matter | L190 | .70 hrs |
|---|---|---|---|---|
| 12/05/12 | RRM | Continue work on AG/DOJ Compliance including revisions to Acst scripts and IRG work on phase II and and author of same | L190 | 2.80 hrs |
| 12/06/12 | RRM | Work on SCRA Declaratory project and work on research and client communication on same | L190 | .70 hrs |
| 12/06/12 | CWH | Review and revise memo to client on Attorney General/DOJ comments on dual tracking and create visual aids for client about same | L120 | 2.50 hrs |
| 12/06/12 | RRM | Meeting in Dallas with client, client and IRG and detailed discussion with regard to requests from BDO and extensive follow up work on same | L190 | 1.50 hrs |
| 12/06/12 | RRM | Telephone conference with client potential post sale structure of IRG | L190 | .40 hrs |
| 12/06/12 | RRM | Telephone conference call with Darren Smith with regard to position of Monitoring Committee on request on programmatic exam | L190 | .80 hrs |
| 12/06/12 | RRM | Telephone conference with Brian Mich with BDO with regard to most recent requests on Ex I interpretation | L190 | .60 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/06/12 | RRM | Telephone conference call with client with regard to Consumer Relief reporting to IRG and review evidence of same | L190 | 1.30 hrs |
| 12/06/12 | RRM | Telephone conference call with Bill Cherry, Counsel for OMSO with regard to Consumer Relief | L190 | .50 hrs |
| 12/06/12 | RRM | Telephone conference call with Patrick Madigan with regard to Monitoring position on Metric 19 | L190 | .30 hrs |
| 12/06/12 | LG | Analyze emails related to the enforcement of the AG/DOJ settlement | L120 | .20 hrs |
| 12/06/12 | LG | Revise GMAC's exhibit I work plan to incorporate suggestions from the monitoring committee | L120 | .40 hrs |
| 12/06/12 | LG | Draft cover email to the monitor regarding GMAC's response to the monitoring committee's revisions of the exhibit I work plan | L120 | .40 hrs |
| 12/06/12 | CSM | Revise form affidavit of indebtedness for use in Illinois foreclosure actions based on foreclosure counsel feedback | P280 | 1.40 hrs |
| 12/06/12 | CSM | Review relevant Illinois Rules of Civil Procedure and Evidence in preparation for revising form affidavit of indebtedness for use in Illinois foreclosure actions | C200 | .40 hrs |
| 12/07/12 | KK | (ETS WA CID) Review and analyze original document production | L110 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/07/12 | LG | Call regarding AG/DOJ implementation | L120 | .60 hrs |
| 12/07/12 | JBU | Reviewed and analyzed affidavit of indebtedness templates to determine legal sufficiency of same | C300 | 3.60 hrs |
| 12/07/12 | LG | Revise exhibit I work plan to reflect client revisions | L120 | .30 hrs |
| 12/07/12 | LG | Communications with the monitor regarding GMAC's revisions to the exhibit I work plan | L120 | .30 hrs |
| 12/07/12 | LG | Analyze issues regarding GMAC's implementation of the AG/DOJ settlement | L120 | .30 hrs |
| 12/07/12 | CSM | Telephone conference with Arkansas foreclosure counsel regarding form of affidavit used in support of motions for summary judgment | P280 | .60 hrs |
| 12/07/12 | RRM | Preparation for and subsequent telephone conference call with GMAC on requests | L190 | 1.80 hrs |
| 12/07/12 | RRM | Continue work on Revised Ex I Work plan for submission to OMSO | L190 | 2.60 hrs |
| 12/07/12 | RRM | Multiple e-mail correspondence with BDO on calendar day calculations and conformity with EX I and work on same | L190 | 1.10 hrs |
| 12/07/12 | RRM | Extensive work with client on crediting and calculation of second lien under AG/DOJ at request of CA AG | L190 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/08/12 | RRM | Review e-mail from Jim Madsen with revisions to CA AG letter on website issues and review of same | L190 | .40 hrs |
| 12/08/12 | RRM | Multiple e-mail correspondence with Denzil DeSouza with regard to BDO training on consumer credit and extensive work on related documents provided by denzil | L190 | 1.20 hrs |
| 12/08/12 | SJF | Analyze reporting requirements under IRS Code and debt modification rules under Treasury Regulation's 1099/1098 reporting flowchart in preparation for next telephone conference scheduled for Wednesday December 12, 2012 | B240 | 6.00 hrs |
| 12/09/12 | CSM | Email to client regarding form indebtedness for use in Illinois foreclosure actions | C400 | .10 hrs |
| 12/09/12 | CSM | Further revise form affidavit of indebtedness for use in Illinois foreclosure actions | P280 | .10 hrs |
| 12/10/12 | LG | Analyze correspondence regarding California's request for certain information regarding settlement implementation | L120 | .30 hrs |
| 12/10/12 | RRM | Continue work on IRG post-sale procedures and structure | L190 | .70 hrs |
| 12/10/12 | CWH | Initial discussion with client about issues with foreclosure in Washington state | L120 | .40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | |
|------|-----|-------------|------|----------|
| 12/10/12 | GWG | Review demand letter in GMAC-Lula Brown matter and correspond with client regarding same | L110 | .60 hrs |
| 12/10/12 | CWH | Continue to exchange e-mails with Nevada Attorney General regarding their subpoena in LPS suit | L310 | .20 hrs |
| 12/10/12 | CSM | Revise forms of affidavit of debt for use in Arkansas foreclosure actions | P280 | .30 hrs |
| 12/10/12 | RRM | Multiple e-mail correspondence and subsequent telephone conference with regard to homeowner inquiring to AG'S Office and work through procedure under AG/DOJ | L190 | 2.80 hrs |
| 12/10/12 | RRM | Continue work on request by BDO to have training on Fiserv and walk through responses to same | L190 | .70 hrs |
| 12/10/12 | RRM | Multiple e-mails and follow up with legal cross-servicer group with regard to Monitor | L190 | .60 hrs |
| 12/10/12 | RRM | Extended telephone conference call with client with regard to IRG testing and set up | L190 | .60 hrs |
| 12/10/12 | RRM | Preparation for and subsequent telephone conference call with GMAC AG and IRG Dallas Team | L190 | 2.80 hrs |
| 12/10/12 | RRM | Work on OMSO complaint process with regard to matching up same with current VOC procedure and multiple e-mail related to same | L190 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
JANUARY 23, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 12/11/12 | RRM | Extended telephone conference call with client re: follow up on loan transfers | L190 | .50 hrs |
|---|---|---|---|---|
| 12/11/12 | RRM | Preparation for and participate in OMSO and Joint Servicer call | L190 | 1.30 hrs |
| 12/11/12 | RRM | Extended telephone conference with client with regard to sale of platform and logistics around same | L190 | 1.90 hrs |
| 12/11/12 | RRM | Multiple e-mail correspondence with Ocwen on meetings on future compliance issues | L190 | .40 hrs |
| 12/11/12 | JW | Review client question regarding California notice changes under state law change | L110 | .20 hrs |
| 12/11/12 | JBU | Revised email memorandum to GMAC regarding outstanding issues related to living file project | C300 | .50 hrs |
| 12/11/12 | GWG | Work on possible removal arguments and notice of removal in the GMAC-Lula Brown matter | L210 | 2.20 hrs |
| 12/11/12 | GWG | Strategy calls with client in the GMAC-Lula Brown matter | L120 | .70 hrs |
| 12/11/12 | JBU | E-mail correspondence with client regarding outstanding issues related to Living File project | C300 | .60 hrs |
| 12/11/12 | BG | Correspondence with client regarding complaint to National Mortgage Settlement and response thereto | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    14
JANUARY 23, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/11/12 | BG | Review complaint to National Mortgage Settlement and evaluate response thereto | L120 | .50 | hrs |
| 12/11/12 | LG | Begin drafting letter providing settlement implementation information to the California AG | L120 | .30 | hrs |
| 12/11/12 | LG | Call with the monitor and BDD discussing settlement implementation issues | L120 | 1.10 | hrs |
| 12/12/12 | LG | Draft analysis of issues raised in call regarding BDO's questions concerning consumer relief | L120 | .30 | hrs |
| 12/12/12 | LG | Call with GMAC discussing BDO questions that have arisen during consumer relief testing | L120 | .60 | hrs |
| 12/12/12 | BG | Evaluate response to consumer protection complaint under the national mortgage settlement | L120 | .50 | hrs |
| 12/12/12 | LG | Prepare for call regarding changes to GMAC's Exhibit I work plan with BDO and the monitor | L120 | .20 | hrs |
| 12/12/12 | SJF | Telephone conference with client about tax reporting obligations; further work on flowchart and background research | B240 | 1.80 | hrs |
| 12/12/12 | LG | Draft analysis of cross servicer call discussing consumer relief in order to highlight certain issues for follow up discussion | L120 | .40 | hrs |
| 12/12/12 | LG | Revise GMAC's Exhibit I work plan to reflect changes discussed in call | L120 | .10 | hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/12/12 | LG | Communications regarding GMAC's Exhibit I work plan | L120 | .10 hrs |
| 12/12/12 | LG | Analyze emails regarding open questions and concerns raised by BDO during their consumer relief testing | L120 | .30 hrs |
| 12/12/12 | LG | Call with BDO and the monitor discussing revisions to the Exhibit I work plan | L120 | .70 hrs |
| 12/12/12 | LG | Analyze materials in order to prepare for cross servicer call discussing consumer relief implementation | L120 | .30 hrs |
| 12/12/12 | LG | Analyze how GMAC should respond to a complaint directed to the National Mortgage settlement and received by GMAC | L120 | .20 hrs |
| 12/12/12 | LG | Cross servicer call discussing consumer relief implementation and testing issues | L120 | 1.50 hrs |
| 12/12/12 | LG | Communications discussing issue raised in cross servicer calls and issues that are likely to arise in tomorrow's cross servicer discussions | L120 | .40 hrs |
| 12/12/12 | CSM | Consolidate forms of affidavit of debt for use in Arkansas foreclosure actions | P280 | .40 hrs |
| 12/12/12 | RRM | Follow up correspondence on Chapter 7 treatment of borrowers in surplus | L190 | .20 hrs |
| 12/12/12 | RRM | Continue work on proper procedure on OMSO Complaints and extensive work related to same | L190 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
JANUARY 23, 2013

OR0802-301220

FED ID NO. 63-0243316

| 12/12/12 | RRM | Work with client to respond to multiple requests by BDO on additional information and work through multiple requests and responses with IRG | L190 | 4.10 hrs |
| 12/13/12 | RRM | Review e-mail from client with multiple screen shots in attempt to explain the requests to BDO and continue to work on same | L190 | 2.10 hrs |
| 12/13/12 | RRM | Continue work on revisions to EX I work plan based on comments from Monitoring Committee and OMSO | L190 | .90 hrs |
| 12/13/12 | RRM | Extensive meeting with business in Dallas going over AG/DOJ Compliance and timing issues for initial solicitation completed by January 31 and continue to work on transition and post-close matters | L190 | 3.90 hrs |
| 12/13/12 | RRM | Multiple e-mail correspondence with client on Monitor requests and review of multiple attachments | L190 | 1.40 hrs |
| 12/13/12 | RRM | Extensive telephone conference with client with regard to BDO requests with regard to evidence and review of documentation | L190 | 1.30 hrs |
| 12/13/12 | RRM | Multiple telephone conferences with client with regard to webex and working on same | L190 | 1.60 hrs |
| 12/13/12 | GWG | Research into possible motion to strike jury demand in GMAC-Lula Brown matter | L210 | 1.20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | |
|------|----|----|----|----|
| 12/13/12 | LG | Draft letter to the California Attorney General's office regarding GMAC's consumer relief credit under the AG settlement | L120 | .60 hrs |
| 12/13/12 | LG | Draft letter to the California Monitor regarding AG implementation issues | L120 | 1.80 hrs |
| 12/13/12 | LG | Communications with client regarding the letter to the California Attorney General regarding AG implementation issues | L120 | .70 hrs |
| 12/13/12 | LG | Communications with client regarding the letter to the California Monitor | L120 | .80 hrs |
| 12/13/12 | LG | Analyze documents and correspondence in preparation to draft letter to the California Monitor regarding AG settlement implementation issues | L120 | 1.20 hrs |
| 12/14/12 | CWH | Follow-up again with Nevada Attorney General regarding their latest subpoena-related letter | L390 | .20 hrs |
| 12/14/12 | LG | Cross servicer call regarding AG settlement implementation and conflicts between the settlement and investor guidelines | L120 | .40 hrs |
| 12/14/12 | LG | Call regarding the status of various AG settlement issues | L120 | .30 hrs |
| 12/14/12 | LG | Revise letter to the California Attorney General regarding AG Settlement implementation and credit issues | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 12/14/12 | LG | Communications regarding the letter to the California Monitor and California AG | L120 | .20 hrs |
| 12/14/12 | GWG | Work removal strategy and strategy conferences regarding same | L210 | 1.30 hrs |
| 12/14/12 | CSM | Revise form of complaint verification and affidavit in support of motion for summary judgment for use in Hawaii foreclosure actions | P280 | 2.10 hrs |
| 12/14/12 | CSM | Emails with client and Hawaii foreclosure counsel regarding form complaint verification and affidavit in support of motion for summary judgment for use in Hawaii foreclosure actions | C400 | .60 hrs |
| 12/14/12 | CSM | Draft form of Mass. Gen. Laws ch. 24, Sec. 34B and 35C certification affidavits | P280 | 2.70 hrs |
| 12/14/12 | RRM | Preparation for and subsequent telephone conference with Jim Madser | L190 | .50 hrs |
| 12/14/12 | RRM | Telephone conference with client with regard to additional work on | L190 | .40 hrs |
| 12/14/12 | RRM | Review e-mail from client and client on crediting deficiency waivers | L190 | .30 hrs |
| 12/14/12 | RRM | Multiple e-mail correspondence and requests from BDO and IRG and work and revise responses to same | L190 | 1.70 hrs |
| 12/14/12 | RRM | Extensive work on review of past 6 months on calculations of creditable activities in response to CA Monitor and outline potential discussion topics with businesses | L190 | 4.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    19
JANUARY 23, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/15/12 | RRM | Initial review deficiency validity documents and begin to review corresponding research on same. | L190 | 1.70 hrs |
| 12/15/12 | LG | Communications regarding revisions to the letter to the California Attorney General | L120 | .20 hrs |
| 12/17/12 | CWH | Continue to exchange e-mails with Nevada Attorney General regarding the scope of their 2011 subpoena | L310 | .20 hrs |
| 12/17/12 | RRM | Continue to work with client and providing responses to monitor's requests on multiple topics | L190 | 2.20 hrs |
| 12/17/12 | RRM | Continue work with Peter Murigan and client on foreclosure deficiency waivers and how to compute the populated outcome. | L190 | .70 hrs |
| 12/17/12 | RRM | Review of additional documentation provided by IRG and follow up with client and review of same | L190 | 3.80 hrs |
| 12/17/12 | RRM | Review docs on applicable requirements and follow up with cross-servicer | L190 | .90 hrs |
| 12/17/12 | CSM | Draft and revise form affidavits for use in Arkansas and Texas foreclosure actions | L210 | 3.40 hrs |
| 12/17/12 | CSM | Telephone conference with Texas foreclosure counsel regarding form of affidavit to be used in support of application for expedited foreclosure orders | C400 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/12 | CSM | Emails with client regarding form affidavits for use in Arkansas, Massachusetts, and Texas foreclosure actions | C400 | .70 hrs |
| 12/17/12 | RRM | Extended telephone conference call with client | L190 | .80 hrs |
| 12/17/12 | LG | Analyze communications regarding potential alterations to the Berkshire APA | L120 | .30 hrs |
| 12/17/12 | CSM | Research regarding sufficiency of form of affidavit provided by Texas foreclosure counsel | P280 | 1.60 hrs |
| 12/18/12 | LG | Communications regarding additional changes to GMAC's exhibit I work plan | L120 | .30 hrs |
| 12/18/12 | LG | Prepare for call discussing BDO's various questions related to consumer relief testing | L120 | .30 hrs |
| 12/18/12 | LG | Prepare for call with US Trustee's office regarding Exhibit I work plan | L120 | .20 hrs |
| 12/18/12 | LG | Call concerning various issues related to BDO's consumer relief testing | L120 | .80 hrs |
| 12/18/12 | LG | Call with US Trustee's office regarding issue related to GMAC's exhibit I work plan | L120 | .30 hrs |
| 12/18/12 | LG | Call with cross servicer group and OMSO discussing various issues related to GMAC's implementation of consumer relief testing | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    21
JANUARY 23, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 12/18/12 | LG | Prepare for cross servicer call with OMSO concerning consumer relief implementation issues | L120 | .20 hrs |
|---|---|---|---|---|
| 12/18/12 | LG | Revise exhibit I work plan in order to incorporate a few additional comments | L120 | .20 hrs |
| 12/18/12 | LG | Call with Berkshire regarding proposed alterations to Section 6.17 of the Berskhire APA | L120 | .70 hrs |
| 12/18/12 | LG | Prepare for call with Berkshire regarding Section 6.17 of the Berkshire APA | L120 | .30 hrs |
| 12/18/12 | RRM | Telephone conference with Diarmuid Gorham with EOUST on three surrendered loans | L190 | .40 hrs |
| 12/18/12 | RRM | Extensive preparation for subsequent telephone conference call with OMSU and joint servicers on applicable requirements | L190 | 3.20 hrs |
| 12/18/12 | RRM | Preparation for and subsequent telephone conference with GMAC IRG Group | L190 | 1.40 hrs |
| 12/18/12 | RRM | Meeting with Denzil DeSouza with regard to 90 day implications | L190 | .80 hrs |
| 12/18/12 | RRM | Preparation for and subsequent telephone conference on consumer relief testing | L190 | 1.80 hrs |
| 12/18/12 | RRM | Extended telephone conference with client on issues surrounding IRG testing and compliance related to same | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     22
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/18/12 | RRM | Call with client related to the next steps on completion on initial solicitation | L190 | .30 hrs |
| 12/18/12 | RRM | Drafted e-mail to detailed e-mail to client with regard to conversations with purchasers and review follow responses to same | L190 | .80 hrs |
| 12/18/12 | BG | Correspondence with client regarding response to Alabama AG complaint | L120 | .20 hrs |
| 12/18/12 | BG | Review proposed response to Alabama AG complaint and evaluate obligations to respond to request for accounting | L120 | .20 hrs |
| 12/18/12 | BG | Conversation with client regarding Alabama AG complaint | L120 | .20 hrs |
| 12/18/12 | KW | Reviewed need to move scheduling conference in light of pending dismissal for failing to show cause | L190 | .10 hrs |
| 12/19/12 | RRM | Multiple emails with legal cross-servicer group with regard to IRG questionnaire and extensive follow up with client re same | L190 | 1.90 hrs |
| 12/19/12 | RRM | Multiple emails and subsequent meetings on second lien extinguishment's | L190 | 2.10 hrs |
| 12/19/12 | RRM | Work with Page Stokes on outstanding litigation matters in context of AG/DOJ Settlement, if applicable | L190 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    23
JANUARY 23, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/19/12 | RRM | Conference call with Josh Stein and e-mail correspondence regarding EX I work plan and work with client and language and revise same | L190 | 1.30 hrs |
| 12/19/12 | RRM | Multiple e-mail correspondence with BDO and Monitor Counsel with regard to EX I, 5a.ii(2) and subsequent telephone conference with client and Denzil Dsouza | L190 | 2.40 hrs |
| 12/19/12 | RRM | Preparation and subsequent telephone conference with Brian Hauck with DOJ on party identification in documents and follow up on same | L190 | .70 hrs |
| 12/19/12 | RRM | Preparation for and subsequent telephone conference with cross-servicer legal group with regard to BDO questionnaire and extended discussion with regards to same | L190 | 1.70 hrs |
| 12/19/12 | RRM | Extended meeting with client with regard to completion of solicitation and strategy with regard to same | L190 | 2.00 hrs |
| 12/19/12 | RRM | Telephone conference with Tom Walper, Counsel for BH, with regard to work on 6.17 language of APA | L190 | .50 hrs |
| 12/19/12 | JK | Email J.Evans and J.Bohlken regarding Living File follow up | L120 | .30 hrs |
| 12/19/12 | BG | Conversation with client regarding response to AG complaint | L120 | .10 hrs |
| 12/19/12 | BG | Correspondence with client regarding response to AG complaint | L120 | .10 hrs |




BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    24
JANUARY 23, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/19/12 | CSM | Review and analyze revisions to form of affidavit of indebtedness requested by Ohio foreclosure counsel | P280 | .40 hrs |
| 12/19/12 | CSM | Emails with client and Arkansas foreclosure firm regarding form of affidavit of indebtedness to be used in Arkansas foreclosure actions | P280 | .10 hrs |
| 12/19/12 | CSM | Telephone conference with client and New York foreclosure counsel regarding strategy for resolving issues raised by foreclosure case referee | P280 | .60 hrs |
| 12/19/12 | CSM | Review affidavit of indebtedness filed in New York foreclosure action and letter from foreclosure case referee questioning sufficiency of affidavit | P280 | .20 hrs |
| 12/19/12 | SJF | Telephone conference with client to discuss tax flowchart and work on final revisions | B240 | 1.80 hrs |
| 12/19/12 | LG | Analyze communications related to final changes to Exhibit I and BDO testing questions and requests | L120 | .30 hrs |
| 12/19/12 | LG | Communications related to last minute changes to exhibit I workplan and BDO questions and requests | L120 | .50 hrs |
| 12/19/12 | LG | Communications regarding consumer relief implementation issues | L120 | .50 hrs |
| 12/20/12 | LG | Cross servicer call discussing issues related to consumer relief implementation | L120 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    25
JANUARY 23, 2013

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/20/12 | LG | Call regarding resfunding and the potential need to alter the consent judgment | L120 | .30 hrs |
| 12/20/12 | LG | Analyze questionnaire provided to servicers and communications regarding this questionnaire | L120 | .30 hrs |
| 12/20/12 | LG | Prepare for call regarding resfunding and its role in the consent judgment | L120 | .20 hrs |
| 12/20/12 | LG | Cross servicer call regarding issues the servicers have with the questionnaire provided by BDO | L120 | 1.00 hrs |
| 12/20/12 | LG | Follow up call with Berkshire regarding Section 6.17 of the Berkshire APA | L120 | .50 hrs |
| 12/20/12 | LG | Draft email to client summarizing items discussed in consumer relief call and potential action items | L120 | .50 hrs |
| 12/20/12 | LG | Call regarding potential testing issues and questions | L120 | .50 hrs |
| 12/20/12 | SJF | Finish revised draft of tax flowchart with notes and send to client | B240 | 6.50 hrs |
| 12/20/12 | CSM | Revise form of affidavit for use in support of expedited applications for foreclosure filed in Texas | P280 | .20 hrs |
| 12/20/12 | BG | Revise response letter to AG complaint | L120 | .30 hrs |
| 12/20/12 | RRM | Extended telephone conference with client and others on revised EX I work plan | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | |
|------|------|------|------|------|
| 12/20/12 | RRM | Extended telephone conference with Josh Stein with regard to revised EX I language and follow up work on same | L190 | .40 hrs |
| 12/20/12 | RRM | Meeting in Dallas with client with regard to HAMP Good standing for borrowers who come in before solicited and follow up on same | L190 | 1.60 hrs |
| 12/20/12 | RRM | Work on revisions from OMSO on EX I work plan | L190 | 1.20 hrs |
| 12/20/12 | RRM | Extended meeting with IRG and discussion about strategy on potential outstanding issues | L190 | 1.20 hrs |
| 12/20/12 | RRM | Telephone conference with Joe Pensabene with regard to transfer of loans and impact on same | L190 | .30 hrs |
| 12/20/12 | RRM | Extended telephone conference with client regarding consent order and sale | L190 | .30 hrs |
| 12/20/12 | RRM | Preparation and extended telephone conference with client on IRG sampling | L190 | .70 hrs |
| 12/20/12 | RRM | Extended telephone conference with Brian Mich at BDO and Brett Hanna, Counsel for OMSO, with regard to protocol on certain issues and matters | L190 | .70 hrs |
| 12/20/12 | RRM | Extended telephone conference with Don Tucci with regard to potential revisions regarding deficiency waivers | L190 | .30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    27
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/20/12 | RRM | Subsequent meeting with clients team with regard to outstanding issues remaining with regard to solicitation, consumer relief, right party contact in post-sale and extensive follow up work on topics | L190 | 3.60 hrs |
| 12/20/12 | BG | Correspondence with client regarding response letter to AG complaint | L120 | .30 hrs |
| 12/20/12 | CSM | Telephone conference with Ohio foreclosure firm regarding requested revisions to form affidavit of indebtedness | P280 | .40 hrs |
| 12/21/12 | RRM | Continue work on APA language for compliance obligations in Monitor presentation and in context of AG/DOJ obligations | L190 | 1.60 hrs |
| 12/21/12 | RRM | Multiple emails with cross-servicer group with regard to questionnaire | L190 | .70 hrs |
| 12/21/12 | RRM | Continued negotiations with OMSO on language for work plan | L190 | 1.20 hrs |
| 12/21/12 | RRM | Work on delinquent screen sheets with request by BDO and Monitor | L190 | 1.60 hrs |
| 12/21/12 | RRM | Review e-mail from Denzil Dsouza attaching IRG Memorandum and Phase III Testing, subsequent numerous e-mail correspondence and telephone conference with regard to preliminary analysis | L190 | 3.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    28
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 12/21/12 | RRM | Review e-mail from Janet Hunt requesting Standing memo and subsequent follow up of same | L190 | .30 hrs |
| 12/21/12 | RRM | Preparation for and subsequent telephone conference with EOUST with regard to loans that are discharged and/or surrendered | L190 | .30 hrs |
| 12/21/12 | RRM | Draft detailed e-mail to AG team with regard to Work plan and subsequent conference call re same | L190 | .90 hrs |
| 12/21/12 | RRM | Review e-mail from Bill Finlay with regard to the MA Report of Examination, Ditech, LLC | L190 | .30 hrs |
| 12/21/12 | CWH | Work on issues related to a subsequent production to an Attorney General subpoena | L320 | .40 hrs |
| 12/21/12 | CSM | Email to Texas foreclosure counsel regarding form of affidavit for use in support of expedited applications for foreclosure | P280 | .10 hrs |
| 12/21/12 | LG | Communications regarding final draft of exhibit I work plan | L120 | .30 hrs |
| 12/21/12 | GWG | Finalize notice of removal and other removal-related filings for federal court in GMAC-Lula Brown | L210 | 1.40 hrs |
| 12/23/12 | RRM | Review e-mail from Paul Koches inquiring as to specific instances on settlement documents and respond to same and attaching documents and analysis of same | L190 | .70 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    29
JANUARY 23, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/24/12 | RRM | Draft e-mail to Brian Mich with BDO and Brett Hanna with Monitor as to additional information | L190 | .30 hrs |
| 12/24/12 | RRM | Multiple e-mail correspondence with GMAC with regard to additional information uploaded | L190 | .60 hrs |
| 12/26/12 | CSM | Review and respond to client email regarding form of affidavit in support of summary judgment used in Ohio foreclosure actions | P280 | .10 hrs |
| 12/27/12 | LG | Analyze bankruptcy filings and Ocwen APA and Berkshire APA in order to determine how the DOJ's proposed amendment to the Consent Judgment will impact those agreements | L120 | 2.10 hrs |
| 12/27/12 | LG | Draft memorandum analyzing the impact of the DOJ's proposed Consent Judgment amendment on the Ocwen and Berkshire APAs | L120 | 1.30 hrs |
| 12/27/12 | RRM | Work on FDCPA and debt validation and research on same | L190 | 1.40 hrs |
| 12/27/12 | RRM | Review e-mail from Denzil Dsouza re: correspondence to BDO | L190 | .30 hrs |
| 12/27/12 | RRM | Review e-mail from client with regard to presentation 1/3/13 and initial review of same with detailed comments on e-mail | L190 | 1.10 hrs |
| 12/27/12 | RRM | Review e-mail from Brian Hauck at DOJ with regard to named parties - and follow up work through APAS, Settlement and orders | L190 | 2.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    30
JANUARY 23, 2013

ResCap

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/27/12 | CSM | Review and respond to client email regarding form of complaint verification and affidavit in support of motion for summary judgment to be used in Hawaii judicial foreclosure actions | P280 | .20 hrs |
| 12/28/12 | RRM | Review of analysis of consent judgment on named parties | L190 | .60 hrs |
| 12/28/12 | RRM | Review Zanich Zekeria e-mail and review of multiple attachments | L190 | .80 hrs |
| 12/28/12 | RRM | Extended telephone conference with client with regard to FRB foreclosure lookback | L190 | .40 hrs |
| 12/28/12 | CWH | Exchange e-mails with client on the Nevada attorney general requests | L320 | .20 hrs |
| 12/29/12 | RRM | Review detailed e-mail correspondence from Bill Cherry with regard to valuations and review prior notes with regard to same and forward to client for additional feedback | L190 | 1.20 hrs |
| 12/31/12 | RRM | Review e-mail from Denzil Dsouza with regard to update on IRG proposal | L190 | .60 hrs |
| 12/31/12 | RRM | Continue work with client on IRG questionnaire | L190 | 1.00 hrs |
| 12/31/12 | RRM | Telephone conference with Sewitt Bocreslan with regard to negotiation of AG/DOJ and market position | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    31
JANUARY 23, 2013

ResCap

0R0802-301220

**FED ID NO. 63-0243316**

| 12/31/12 | RRM | Review multiple emails from Brian Mich with regard to FTCO Scores and additional information for review, follow up on same | L190 | 1.10 hrs |
|---|---|---|---|---|
| 12/31/12 | CWH | Communicate with Nevada Attorney General regarding 2011 document production | L320 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $81,340.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Stuart J. Frentz | 21.40 hrs | 393.00 /hr | 8,410.20 |
| Wendell Allen | .70 hrs | 345.00 /hr | 241.50 |
| Christian W. Hancock | 5.40 hrs | 330.00 /hr | 1,782.00 |
| Robert R. Maddox | 154.70 hrs | 345.00 /hr | 53,371.50 |
| Jason R. Bushby | 5.20 hrs | 228.00 /hr | 1,185.60 |
| Graham W. Gerhardt | 7.40 hrs | 263.00 /hr | 1,946.20 |
| Jay Wright | 4.00 hrs | 190.00 /hr | 760.00 |
| Lee Gilley | 36.90 hrs | 185.00 /hr | 6,826.50 |
| Kristi Wilcox | .10 hrs | 185.00 /hr | 18.50 |
| Blake Goodsell | 2.60 hrs | 190.00 /hr | 494.00 |
| Elena Lovoy | 1.50 hrs | 337.00 /hr | 505.50 |
| Cory S. Menees | 18.50 hrs | 300.00 /hr | 5,550.00 |
| Jonathan Kloldzieg | .30 hrs | 190.00 /hr | 57.00 |
| Kerry Keane | 1.20 hrs | 160.00 /hr | 192.00 |

TOTAL FEES              259.90 hrs                    $81,340.50

**TOTAL CHARGES FOR THIS INVOICE**              **$81,340.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0802-301572

INVOICE #  813568

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-301572
     KY-Assignment and Release of Mortgage Issue, 704822
     TC # 704822

PROFESSIONAL SERVICES

09/05/12  RLB   E-mail to client regarding letter sent       L190      .10 hrs
                to borrower regarding efforts to release
                mortgage

09/07/12  RLB   Draft monthly status report regarding        L190      .10 hrs
                status of mortgage release

                TOTAL FEES FOR THIS MATTER                              $53.20


BILLING SUMMARY

   Rashad L. Blossom          .20 hrs    266.00 /hr        53.20


TOTAL FEES                 0.20 hrs                     $53.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$53.20**


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-301572

INVOICE #  818611

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-301572
     KY-Assignment and Release of Mortgage Issue, 704822
     TC # 704822

## PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|---|-------------|------|-------|
| 06/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 07/02/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 07/30/12 | RLB | E-mail to local counsel regarding status of case | L190 | .10 hrs |
| 07/30/12 | RLB | Respond to e-mail from client regarding status of case | L190 | .10 hrs |
| 08/01/12 | RLB | Draft monthly client status report | L190 | .10 hrs |
| 08/06/12 | RLB | Teleconference with J.Lobb regarding status of mortgage release issues | L190 | .30 hrs |
| 08/06/12 | RLB | E-mail to client regarding letters prepared by local counsel | L190 | .20 hrs |
| 08/15/12 | RLB | Respond to e-mail from local counsel regarding letter to send to borrower | L190 | .10 hrs |
| 08/15/12 | RLB | Respond to e-mail from client regarding mortgage release | L190 | .10 hrs |
| 08/24/12 | RLB | E-mail to J.Lobb regarding letter to borrower regarding release of mortgage | L190 | .10 hrs |
| 10/01/12 | RLB | Draft monthly report regarding contact with borrower about mortgage release | L190 | .10 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0802-301572

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $372.40

<u>BILLING SUMMARY</u>

Rashad L. Blossom        1.40 hrs    266.00 /hr        372.40

TOTAL FEES              1.40 hrs                    $372.40

**TOTAL CHARGES FOR THIS INVOICE**                    $372.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                         0R0802-301572
Fort Washington, PA 19034

INVOICE #  821096

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-301572
     KY-Assignment and Release of Mortgage Issue, 704822
     TC # 704822

PROFESSIONAL SERVICES

11/01/12  RLB  Draft monthly status report for client    L190    .10 hrs

11/27/12  RLB  Research regarding equitable assignment    L190    .30 hrs
               of mortgage under Kentucky law


          TOTAL FEES FOR THIS MATTER                        $106.40


BILLING SUMMARY

   Rashad L. Blossom        .40 hrs   266.00 /hr      106.40


TOTAL FEES              0.40 hrs                 $106.40

**TOTAL CHARGES FOR THIS INVOICE**              $106.40


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-301572

INVOICE #  830159

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-301572
     KY-Assignment and Release of Mortgage Issue, 704822
     TC # 704822

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | KK | Research and review case pertaining tot status of letter sent to borrower | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $32.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES                    0.20 hrs                    $32.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$32.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 30, 2012
1100 Virginia Drive                                      0R0802-305006
Fort Washington, PA 19034

                                                         INVOICE #  813570

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-305006
     Vega, Pedro  -  708556
     TC # 708556

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | RV | Review and analyze case file and correspondence for status of title and strategy for transferring title to record owners | L120 | 1.00 hrs |
| 09/05/12 | RV | Draft Affidavit of No Lien to be included with transfer of title | L120 | .50 hrs |
| 09/05/12 | RV | Revise Affidavit of No Lien to account for limited scope of transfer of title | L120 | .30 hrs |
| 09/05/12 | JDV | Draft status update for client | L190 | .20 hrs |
| 09/08/12 | MPE | Review of file to determine if updated title search is required | L110 | .20 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/13/12 | JDV | Analysis of updated Owner and Encumbrance Search Report and tax records | L120 | .30 hrs |
| 09/13/12 | JDV | Draft recommendation and strategy for resolution | L120 | .60 hrs |

                TOTAL FEES FOR THIS MATTER                 $710.20


EXPENSES



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0802-305006

FED ID NO. 63-0243316

---

65      Title Search Fee                                          125.00

            TOTAL COSTS FOR THIS MATTER                $125.00


BILLING SUMMARY

    Jamie Mathews            .30 hrs    145.00 /hr        43.50
    Richard Vann            1.80 hrs    220.00 /hr       396.00
    Jose D. Vega            1.10 hrs    219.00 /hr       240.90
    Melisa P. Palmer        .20 hrs    149.00 /hr        29.80


TOTAL FEES              3.40 hrs                     $710.20

TOTAL EXPENSES                                      $125.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$835.20**

            ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-305006

INVOICE #  818612

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-305006
     Vega, Pedro  - 708556
     TC # 708556

## PROFESSIONAL SERVICES

| 10/01/12 | MCG | Review and analyze correspondence and deed documents regarding whether affidavit of no lien is required to be recorded | L160 | .50 hrs |
|---|---|---|---|---|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/01/12 | RV | Review correspondence from J.Vega and C.Hancock regarding specialty warranty deed and affidavit of no lien to be provided to third party purchaser | L120 | .30 hrs |
| 10/03/12 | MCG | Review affidavit of no lien and deed regarding whether affidavit is necessary for title insurance coverage | C300 | .50 hrs |
| 10/03/12 | MPE | Review of matter to assist with determination of affidavit of no lien requirement. | L110 | .20 hrs |
| 10/03/12 | CJA | Review of special warranty deed and seller's affidavit and provided comments to same | B250 | .80 hrs |
| 10/04/12 | RV | Review and analyze correspondence and memoranda from J.Vega and J.Avery and C.Hancock regarding special warranty deed and affidavit of no lien | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA ·35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0802-305006

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/04/12 | RV | Revise final draft of Affidavit of No Lien in order to present to third party purchaser along with special warranty deed | L120 | .40 hrs |
| 10/04/12 | RV | Revise final draft of Special Warranty Deed in order to present to third party purchaser along with Affidavit of No Lien | L120 | .30 hrs |
| 10/04/12 | RV | Draft memorandum to regarding special warranty deed and affidavit of no lien | L120 | .10 hrs |
| 10/04/12 | RV | Phone conference with J.Avery regarding the need for affidavit of no lien | L120 | .20 hrs |
| 10/04/12 | RV | Draft memorandum to J.Vega regarding title insurance and possible types of deeds | L120 | .20 hrs |
| 10/05/12 | RV | Review memorandum pertaining to property encumbrances and taxes in order to get deed to third party purchaser | L120 | .10 hrs |
| 10/05/12 | RV | Draft memorandum regarding title search and property tax records search | L120 | .10 hrs |
| 10/05/12 | RV | Email exchange regarding new title search requirements in order to execute deed to purchaser | L120 | .20 hrs |
| 10/05/12 | MPE | Research docket to confirm litigation status | L110 | .20 hrs |
| 10/05/12 | CWH | Review and analyze outstanding issues with foreclosure and buyer's title | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 17, 2012

0R0802-305006

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/05/12 | CJA | Review of title report and conferred with involved parties regarding deed and seller's affidavit | B250 | .30 hrs |
| 10/09/12 | JAM | Access online docket and review for recent case activity and review for recent case activity | L190 | .30 hrs |
| 10/25/12 | MPE | Receive and initial review of updated title report. | L110 | .20 hrs |
| 10/25/12 | JDV | Review updated owner and encumbrance search report | L120 | .20 hrs |
| 10/31/12 | MPE | Email and telephone correspondence with title search company regarding government assessments and judgment liens against borrower and property. | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $1,505.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .70 hrs | 330.00 /hr | 231.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Michael C. Griffin | 1.00 hrs | 323.00 /hr | 323.00 |
| C. Jason Avery | 1.10 hrs | 210.00 /hr | 231.00 |
| Richard Vann | 2.10 hrs | 220.00 /hr | 462.00 |
| Jose D. Vega | .30 hrs | 219.00 /hr | 65.70 |
| Melisa P. Palmer | 1.00 hrs | 149.00 /hr | 149.00 |

TOTAL FEES                6.50 hrs                    $1,505.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     4
NOVEMBER 17, 2012

ResCap

0R0802-305006

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,505.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                      0R0802-305006
Fort Washington, PA 19034

                                                         INVOICE #  820856

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-305006
     Vega, Pedro  - 708556
     TC # 708556

<u>EXPENSES</u>

   65      Title Search Fee                                  309.95

           TOTAL COSTS FOR THIS MATTER              $309.95


TOTAL FEES            0.00 hrs                      $.00

TOTAL EXPENSES                                   $309.95

**TOTAL CHARGES FOR THIS INVOICE**              $309.95

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-305006

INVOICE #  821097

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-305006
     Vega, Pedro  - 708556
     TC # 708556

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
| 11/05/12 | MPE | Receive and review 26 page title report to determine pending issues. | L110 | .30 hrs |
| 11/07/12 | JDV | Analysis of title search dated November 5, 2012 | L120 | .30 hrs |
| 11/09/12 | RV | Review and analyze title report in order to strategize and prepare transfer instrument | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $242.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Richard Vann | .50 hrs | 220.00 /hr | 110.00 |
| Jose D. Vega | .40 hrs | 219.00 /hr | 87.60 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

TOTAL FEES                    1.20 hrs                    $242.30

**TOTAL CHARGES FOR THIS INVOICE**                    **$242.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0802-305006

INVOICE #  830161

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-305006
     Vega, Pedro  - 708556
     TC # 708556

PROFESSIONAL SERVICES

12/03/12  JDV  Draft November 2012 status report for     L190     .10 hrs
               client

                    TOTAL FEES FOR THIS MATTER                    $21.90

BILLING SUMMARY

     Jose D. Vega            .10 hrs   219.00 /hr        21.90

TOTAL FEES               0.10 hrs                $21.90

TOTAL CHARGES FOR THIS INVOICE                   $21.90

          ***** TOTAL DUE UPON RECEIPT *****



B | BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0802-305015
Fort Washington, PA 19034

INVOICE #  813571

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0802-305015
     Butterfield, Lisa - 713817
     Loan No. 0359509456
     TC # 713817

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .20 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/11/12 | HTC | Review case file to determine steps going forward and progress of case | L120 | .10 hrs |
| 09/17/12 | JDV | Communications with client regarding review of compromise Final Judgment language | L190 | .30 hrs |
| 09/28/12 | JDV | Communications with client regarding approval of revised final judgment language | L190 | .20 hrs |
| 09/28/12 | CWH | Follow-up with client on proposal for case resolution | L110 | .10 hrs |

                 TOTAL FEES FOR THIS MATTER                    $261.30


BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | .70 hrs | 219.00 /hr | 153.30 |