

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0802-305015

FED ID NO. 63-0243316

TOTAL FEES                    1.20 hrs                    $261.30

**TOTAL CHARGES FOR THIS INVOICE**                    $261.30

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0802-305015

INVOICE #  818613

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0802-305015
     Butterfield, Lisa - 713817
     Loan No. 0359509456
     TC # 713817

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/01/12 | JDV | Telephone conversation with client regarding review of proposed, revised Final Judgment of Foreclosure language | L190 | .20 hrs |
| 10/03/12 | HTC | Review and analyze case status and next steps | L120 | .10 hrs |
| 10/08/12 | JDV | Email correspondence with client regarding review of proposed, revised Final Judgment of Foreclosure language | L190 | .20 hrs |
| 10/10/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 10/22/12 | JDV | Email correspondence with client regarding revised final judgment language | L190 | .20 hrs |
| 10/30/12 | CWH | Review and analyze issues with borrower's requests about an in rem judgment | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $261.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | .70 hrs | 219.00 /hr | 153.30 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.20 hrs | | $261.30 |

**TOTAL CHARGES FOR THIS INVOICE**                    $261.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0802-305015

INVOICE #  821098

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0802-305015
     Butterfield, Lisa - 713817
     Loan No. 0359509456
     TC # 713817

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Time |
|---|---|---|---|---|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
| 11/01/12 | CWH | Phone call with client to discuss whether we can proceed as recommended | L160 | .20 hrs |
| 11/01/12 | JDV | Email correspondence with local counsel regarding filing of motions to reopen and for summary judgment | L190 | .20 hrs |
| 11/01/12 | JDV | Email correspondence with client regarding approval of proposed final judgment of foreclosure language | L190 | .20 hrs |
| 11/01/12 | JDV | Communications with G.Einstein, defendant's attorney, regarding approval of proposed final judgment of foreclosure and filing of motions to reopen and for summary judgment | L190 | .40 hrs |
| 11/01/12 | CWH | Review and analyze borrower's counsel's request to waive deficiency and promise not to sell same | L160 | .20 hrs |
| 11/03/12 | JAM | Review emails regarding proposed final judgment | L210 | .10 hrs |
| 11/05/12 | JDV | Review Defendant's Notice of Absence | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0802-305015

FED ID NO. 63-0243316

| 11/08/12 | JDV | Telephone conversation with G.Einstein, defendant's attorney, regarding defendant's new, proposed language regarding extinguishment of debt | L160 | .20 hrs |
| 11/08/12 | JDV | Analysis of defendant's new, proposed language regarding extinguishment of debt | L120 | .40 hrs |
| 11/12/12 | JAM | Pull Access online docket and review for recent case activity and review recent case activity | L190 | .30 hrs |
| 11/13/12 | CWH | Review and analyze borrower's counsel's newest demanded language in stipulated judgment | L160 | .20 hrs |
| 11/13/12 | JDV | Email correspondence with client regarding defendant's final revision regarding plaintiff's waiver of any monetary claim against defendant | L190 | .20 hrs |
| 11/15/12 | JDV | Communications with G.Einstein, defendant's attorney, regarding approval of proposed revisions to Agreed Final Judgment of Foreclosure | L190 | .60 hrs |
| 11/15/12 | JDV | Email correspondence with client, regarding approval of proposed revisions to Agreed Final Judgment of Foreclosure | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $825.40



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0802-305015

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 330.00 /hr | 198.00 |
| Jamie Mathews | .40 hrs | 145.00 /hr | 58.00 |
| Jose D. Vega | 2.60 hrs | 219.00 /hr | 569.40 |
| TOTAL FEES | 3.60 hrs | | $825.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$825.40** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                          JANUARY 23, 2013
1100 Virginia Drive                                                             0R0802-305015
Fort Washington, PA 19034

                                                                                INVOICE #  830163

                                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0802-305015
     Butterfield, Lisa - 713817
     Loan No. 0359509456
     TC # 713817

PROFESSIONAL SERVICES

12/03/12  JDV  Draft November 2012 status report for      L190      .10 hrs
               client

               TOTAL FEES FOR THIS MATTER                          $21.90

BILLING SUMMARY

   Jose D. Vega          .10 hrs   219.00 /hr        21.90

TOTAL FEES              0.10 hrs                    $21.90

**TOTAL CHARGES FOR THIS INVOICE**                 **$21.90**

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-105781

INVOICE #  817968

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-105781
     REO - Property in Dahlonega, GA
     TC # NA

PROFESSIONAL SERVICES

| 10/21/12 | LG | Communications concerning the revised settlement | .30 hrs |
|----------|----|----------------------------------------------------|---------|
| 10/21/12 | LG | Analyze settlement agreement and revise to include a more limited release | .90 hrs |

           TOTAL FEES FOR THIS MATTER              $264.00

BILLING SUMMARY

| Lee Gilley | 1.20 hrs | 220.00 /hr | 264.00 |
|------------|----------|------------|--------|

| TOTAL FEES | 1.20 hrs | | $264.00 |
|------------|----------|--|---------|

**TOTAL CHARGES FOR THIS INVOICE**                **$264.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-105781

INVOICE #  829656

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-105781
     REO - Property in Dahlonega, GA
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 12/07/12 | LG | Update client as to case status | .10 hrs |
| 12/19/12 | LG | Communications with client regarding opposing counsel withdrawing from the case and GMAC's ability to enforce the settlement agreement | .30 hrs |
| 12/20/12 | LG | Analyze communications related to attorney's withdrawal from case and possibility that neighbors will attempt to back out of their settlement agreement | .40 hrs |

TOTAL FEES FOR THIS MATTER                $176.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lee Gilley | .80 hrs | 220.00 /hr | 176.00 |
| TOTAL FEES | 0.80 hrs | | $176.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$176.00** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-106017

INVOICE #  813471

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-106017
     Blue Spruce
     7441746971
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 09/07/12 | ERP | Initial draft of closing memorandum for attorney review | .40 hrs |
| 09/12/12 | ERP | E-mail communication with K.Anderson attaching closing memorandum for review | .20 hrs |
| 09/12/12 | ERP | Revise and finalize closing memorandum | .30 hrs |
| 09/12/12 | ERP | E-mail communication with N.Bates attaching closing memorandum | .20 hrs |

         TOTAL FEES FOR THIS MATTER                $192.50

BILLING SUMMARY

   Emily R. Powell        1.10 hrs   175.00 /hr      192.50

TOTAL FEES              1.10 hrs                 $192.50

**TOTAL CHARGES FOR THIS INVOICE**              **$192.50**

         ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-106533

INVOICE # 829657

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-106533
     Perlleshi, Shpresa
     10 CITY PLACE 3B, WHITE PLAINS, NY
     359398856
     TC # NA

<u>PROFESSIONAL SERVICES</u>

12/10/12  ERP  Draft and finalize closing memorandum                    .40 hrs

          TOTAL FEES FOR THIS MATTER                      $70.00

<u>BILLING SUMMARY</u>

   Emily R. Powell          .40 hrs   175.00 /hr        70.00

TOTAL FEES                 0.40 hrs                    $70.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$70.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0r0803-106891

INVOICE #  813472

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0r0803-106891
     CITY OF LOS ANGELES PROPERTY MAINTENANCE AND FORECLOSURE
     TC # NA

PROFESSIONAL SERVICES

09/19/12   CJA   Review of Bank of America's comments to     B250     1.70 hrs
                 settlement documents


                 TOTAL FEES FOR THIS MATTER                        $450.50


BILLING SUMMARY

     C. Jason Avery          1.70 hrs   265.00 /hr       450.50

TOTAL FEES              1.70 hrs              $450.50

**TOTAL CHARGES FOR THIS INVOICE**           **$450.50**


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0r0803-106891

INVOICE #  817969

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0r0803-106891
CITY OF LOS ANGELES PROPERTY MAINTENANCE AND FORECLOSURE
TC # NA

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/31/12 | CJA | Conference call regarding latest revisions to property protocol and funding agreement with other servicers | B250 | .60 hrs |
| 10/31/12 | CJA | Analyze latest revised property protocol and funding implementation agreements in preparation for common interest servicer conference call | B250 | 1.50 hrs |

                    TOTAL FEES FOR THIS MATTER                      $556.50

BILLING SUMMARY

   C. Jason Avery          2.10 hrs   265.00 /hr       556.50

TOTAL FEES             2.10 hrs                    $556.50

**TOTAL CHARGES FOR THIS INVOICE**                  **$556.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-107382

INVOICE #  821030

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-107382
     REO Property- in Tampa, FL
     TC # NA

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/26/12 | LG | Communications concerning the need for an updated diligent search | .10 hrs |
| 11/27/12 | LG | Analyze the need to serve defendant now that she has been located | .30 hrs |
| 11/27/12 | ERP | Research in order to locate borrower's current address in preparation of serving her | .80 hrs |
| 11/27/12 | ERP | E-mail communication with L.Gilley regarding serving borrower | .20 hrs |
| 11/28/12 | ERP | Draft and finalize summons and gather documents in preparation of sending to clerk to issue | .70 hrs |
| 11/28/12 | ERP | Draft letter to the clerk of court requesting summons be issued | .30 hrs |

                    TOTAL FEES FOR THIS MATTER          $438.00

    01        Copy Charges                                      0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | 2.00 hrs | 175.00 /hr | 350.00 |
| Lee Gilley | .40 hrs | 220.00 /hr | 88.00 |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0803-107382

FED ID NO. 63-0243316

TOTAL FEES                    2.40 hrs                    $438.00

**TOTAL CHARGES FOR THIS INVOICE**                    $438.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-107382

INVOICE #  829658

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-107382
     REO Property- in Tampa, FL
     TC # NA

PROFESSIONAL SERVICES

| 12/07/12 | LG | Update client as to case status | .10 hrs |
| 12/12/12 | ERP | Communication with The Lazo Agency regarding service | .20 hrs |
| 12/12/12 | ERP | Draft letter to The Lazo Agency regarding service | .40 hrs |

TOTAL FEES FOR THIS MATTER          $127.00

EXPENSES

| 32 | Subpoenas | 10.00 |
| 35 | Express Mail/Fedex | 51.21 |
| 37 | Research Fee | 30.15 |

TOTAL COSTS FOR THIS MATTER          $91.36

BILLING SUMMARY

| Emily R. Powell | .60 hrs | 175.00 /hr | 105.00 |
| Lee Gilley | .10 hrs | 220.00 /hr | 22.00 |

TOTAL FEES          0.70 hrs          $127.00

TOTAL EXPENSES          $91.36



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 17, 2013

0R0803-107382

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $218.36

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                            OCTOBER 30, 2012
1100 Virginia Drive                                                               0R0803-108891
Fort Washington, PA 19034

                                                                                  INVOICE #  813473

                                                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

      Re:  0R0803-108891
           REO Property -in Ridgedale, MO
           TC # NA

      PROFESSIONAL SERVICES

      09/20/12  HEA  Review and provide comment to retained            3.00 hrs
                     counsel regarding draft motion for
                     summary judgment, affidavit and
                     memorandum of law


                TOTAL FEES FOR THIS MATTER                            $885.00


      BILLING SUMMARY

         Hall Eady              3.00 hrs   295.00 /hr        885.00


      TOTAL FEES               3.00 hrs                    $885.00

      **TOTAL CHARGES FOR THIS INVOICE**                  **$885.00**


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-108891

INVOICE # 817970

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-108891
     REO Property -in Ridgedale, MO
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 10/04/12 | HEA | Prepare for conference call with C.Mishler regarding status of matter | .50 hrs |
| 10/15/12 | HEA | Emails with retained counsel regarding execution of affidavit in support of motion for summary judgment and review final version of affidavit and supporting documents | 1.30 hrs |
| 10/24/12 | HEA | Emails with client and retained counsel regarding summary judgment and supporting affidavit | .50 hrs |
| 10/30/12 | HEA | Emails with retained counsel and client regarding affidavits in support of summary judgment | .50 hrs |

TOTAL FEES FOR THIS MATTER                 $826.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hall Eady | 2.80 hrs | 295.00 /hr | 826.00 |

TOTAL FEES          2.80 hrs          $826.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 16, 2012

OR0803-108891

FED ID NO. 63-0243316

ResCap

**TOTAL CHARGES FOR THIS INVOICE**                    $826.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-108891

INVOICE #  821031

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-108891
     REO Property -in Ridgedale, MO
     TC # NA

PROFESSIONAL SERVICES

11/07/12  HEA  Emails with client and retained counsel          .30 hrs
               regarding fully executed affidavit


               TOTAL FEES FOR THIS MATTER                        $88.50


EXPENSES

    35      Express Mail/Fedex                                      22.89

            TOTAL COSTS FOR THIS MATTER                          $22.89


BILLING SUMMARY

    Hall Eady          .30 hrs   295.00 /hr          88.50


TOTAL FEES          0.30 hrs                      $88.50

TOTAL EXPENSES                                   $22.89

**TOTAL CHARGES FOR THIS INVOICE**              **$111.39**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-108891

INVOICE #  829659

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-108891
     REO Property -in Ridgedale, MO
     TC # NA

PROFESSIONAL SERVICES

12/14/12  HEA  Initial review of opposition filed by          .60 hrs
               Estacado to pending efforts to cure
               title (.5); draft and send email update
               to C.Mishler regarding same (.1)


          TOTAL FEES FOR THIS MATTER                        $177.00


BILLING SUMMARY

  Hall Eady              .60 hrs   295.00 /hr      177.00


TOTAL FEES              0.60 hrs                  $177.00

**TOTAL CHARGES FOR THIS INVOICE**               $177.00


          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                        NOVEMBER 16, 2012
1100 Virginia Drive                           0R0803-109172
Fort Washington, PA 19034

                                              INVOICE #  817971

**FED ID NO. 63-0243316**

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-109172
     12718 Grovehurst Avenue, Winter Garden, FL
     7139138855
     TC # NA

PROFESSIONAL SERVICES

10/22/12  ERP  Draft closing memorandum                    .40 hrs


          TOTAL FEES FOR THIS MATTER              $70.00


BILLING SUMMARY

   Emily R. Powell       .40 hrs   175.00 /hr      70.00


TOTAL FEES            0.40 hrs                 $70.00

**TOTAL CHARGES FOR THIS INVOICE**            $70.00

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-109172

INVOICE #  821032

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-109172
12718 Grovehurst Avenue, Winter Garden, FL
7139138855
TC # NA

PROFESSIONAL SERVICES

| Date | | Description | Hours |
|------|---|---|---|
| 11/05/12 | ERP | Follow-up e-mail communication with L.Gilley attaching closing memorandum for review and approval | .20 hrs |
| 11/05/12 | ERP | Revise and finalize closing memorandum, per L.Gilley's request | .20 hrs |
| 11/05/12 | ERP | E-mail communication to T.Hunter attaching closing memorandum for review | .20 hrs |

TOTAL FEES FOR THIS MATTER                 $105.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .60 hrs | 175.00 /hr | 105.00 |
| TOTAL FEES | 0.60 hrs | | $105.00 |

**TOTAL CHARGES FOR THIS INVOICE**          **$105.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-109264

INVOICE #  813474

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-109264
     REO Property - in Squaw Valley, CA
     TC # NA

PROFESSIONAL SERVICES

09/05/12  DERO Correspondence regarding site            .10 hrs
          environmental remediation

          TOTAL FEES FOR THIS MATTER              $41.00

BILLING SUMMARY

   David E. Roth           .10 hrs    410.00 /hr       41.00

TOTAL FEES              0.10 hrs                $41.00

TOTAL CHARGES FOR THIS INVOICE                 $41.00

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-109264

INVOICE #  817972

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-109264
     REO Property - in Squaw Valley, CA
     TC # NA

PROFESSIONAL SERVICES

| | | |
|---|---|---|
| 10/09/12 | DERO Phone conference with Terracon regarding environmental site remediation | .30 hrs |
| 10/10/12 | DERO Correspondence regarding site environmental issues and related remediation | .20 hrs |
| 10/11/12 | DERO Correspondence regarding site environmental remediation | .10 hrs |

TOTAL FEES FOR THIS MATTER                  $246.00

BILLING SUMMARY

David E. Roth          .60 hrs   410.00 /hr      246.00

TOTAL FEES            0.60 hrs               $246.00

**TOTAL CHARGES FOR THIS INVOICE**          **$246.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-109264

INVOICE #  821033

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-109264
     REO Property - in Squaw Valley, CA
     TC # NA

PROFESSIONAL SERVICES

11/07/12  DERO Correspondence with environmental                    .20 hrs
              consultant regarding status of site work


              TOTAL FEES FOR THIS MATTER                      $82.00


BILLING SUMMARY

   David E. Roth              .20 hrs    410.00 /hr        82.00


TOTAL FEES                    0.20 hrs               $82.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$82.00**
                                                 ════════════

        *****  TOTAL DUE UPON RECEIPT  *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            JANUARY 17, 2013
1100 Virginia Drive                                              0R0803-109264
Fort Washington, PA 19034

                                                                 INVOICE #  829660

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-109264
     REO Property - in Squaw Valley, CA
     TC # NA

PROFESSIONAL SERVICES

12/02/12  DERO Review and memorandum regarding drafter            .80 hrs
          Terracon environmental report

12/04/12  DERO Correspondence regarding environmental             .10 hrs
          report reliance issues

12/23/12  DERO Correspondence regarding matter status             .10 hrs


          TOTAL FEES FOR THIS MATTER                           $410.00


BILLING SUMMARY

   David E. Roth          1.00 hrs    410.00 /hr       410.00


TOTAL FEES               1.00 hrs                    $410.00

**TOTAL CHARGES FOR THIS INVOICE**                  $410.00


          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-109849

INVOICE #  817973

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-109849
     Administrative Judgement Review
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| | | | |
|---|---|---|---|
| 10/02/12 | DBT | Consider question of F.Robinson and provide advice as it relates to 4101 W. 21st Place, Chicago, IL | .20 hrs |
| 10/03/12 | DBT | Conference with F.Robinson regarding upcoming hearing for 4104 W. 21st and the best strategy for resolution | .30 hrs |
| 10/04/12 | DBT | Follow-up with T.Lienenweber and confirm representation at the hearing for W. 21st and S. Karlov and provide supporting documentation; conference with the Cook County records office after reviewing title to each and have index issue corrected; confirm correction and send evidence to T.Lienenweber for use at hearing; correspondence with F.Robinson regarding the same | 1.30 hrs |
| 10/11/12 | DBT | Follow-up with T.Leinenweber regarding the hearing tomorrow | .10 hrs |
| 10/17/12 | DBT | Consider order from the S. Karlov and W. 21st hearings; follow-up with T.Lienenweber to clarify the same | .20 hrs |
| 10/18/12 | DBT | Analyze title on 2134 S. Karlov listed in the complaint to verify no link to US Bank | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 16, 2012

0R0803-109849

FED ID NO. 63-0243316

---

TOTAL FEES FOR THIS MATTER                          $637.50

BILLING SUMMARY

   D. Bryan Thomas          2.50 hrs   255.00 /hr        637.50

TOTAL FEES                  2.50 hrs                $637.50

**TOTAL CHARGES FOR THIS INVOICE**                  **$637.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-109911

INVOICE #  813475

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-109911
     REO-Property in Dallas, TX
     TC # NA

PROFESSIONAL SERVICES

09/11/12  ERP  Retrieve and initial review of docket              .20 hrs

09/26/12  HEA  Emails with retained counsel regarding            .20 hrs
               denial of motion for summary judgment


          TOTAL FEES FOR THIS MATTER                        $94.00


BILLING SUMMARY

    Emily R. Powell          .20 hrs    175.00 /hr        35.00
    Hall Eady                .20 hrs    295.00 /hr        59.00


TOTAL FEES              0.40 hrs                      $94.00

**TOTAL CHARGES FOR THIS INVOICE**                    $94.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-109911

INVOICE #  817974

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-109911
     REO-Property in Dallas, TX
     TC # NA

PROFESSIONAL SERVICES

10/04/12  HEA  Prepare for conference call with                        .50 hrs
               C.Mishler regarding possible sale of
               property

10/04/12  HEA  Conference call with retained counsel                   .50 hrs
               regarding possible sale of property and
               status of matter moving forward


          TOTAL FEES FOR THIS MATTER                        $295.00


BILLING SUMMARY

  Hall Eady              1.00 hrs    295.00 /hr        295.00


TOTAL FEES               1.00 hrs                     $295.00

TOTAL CHARGES FOR THIS INVOICE                       $295.00

          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                        0R0803-109911
Fort Washington, PA 19034

                                                           INVOICE #  821034

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0803-109911
         REO-Property in Dallas, TX
         TC # NA

    PROFESSIONAL SERVICES

    11/19/12  HEA  Emails with client and retained counsel       .30 hrs
                   regarding property preservation issues


              TOTAL FEES FOR THIS MATTER              $88.50


BILLING SUMMARY

    Hall Eady              .30 hrs   295.00 /hr        88.50


TOTAL FEES               0.30 hrs                    $88.50

**TOTAL CHARGES FOR THIS INVOICE**                  $88.50
                                                  ════════════

              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-109911

INVOICE #  829661

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-109911
     REO-Property in Dallas, TX
     TC # NA

PROFESSIONAL SERVICES

12/04/12  HEA  Review email from retained counsel                        .70 hrs
               regarding status of curative efforts as
               well as recent motions and cross-motions
               from case


               TOTAL FEES FOR THIS MATTER                    $206.50


BILLING SUMMARY

   Hall Eady              .70 hrs    295.00 /hr      206.50


TOTAL FEES              0.70 hrs                  $206.50

**TOTAL CHARGES FOR THIS INVOICE**               $206.50


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301046

INVOICE #  817975

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301046
     REO-Property in Newbury, OH
     TC # NA

PROFESSIONAL SERVICES

| 10/02/12 | LG | Call with retained counsel discussing settlement of the case and the transfer of a portion of GMAC's property to the neighbor | .30 hrs |
| 10/02/12 | LG | Communications with client concerning the status of the settlement in case | .30 hrs |
| 10/17/12 | LG | Call with retained counsel concerning settlement of the case | .30 hrs |
| 10/22/12 | LG | Draft status update to client regarding the final settlement | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $242.00

BILLING SUMMARY

   Lee Gilley            1.10 hrs    220.00 /hr       242.00

TOTAL FEES               1.10 hrs                    $242.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$242.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-301046

INVOICE # 821035

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-301046
     REO-Property in Newbury, OH
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| | | | |
|---|---|---|---|
| 11/26/12 | LG | Analyze settlement agreement, escrow agreement, and limited warranty deed transferring the property to GMAC | .30 hrs |
| 11/26/12 | LG | Call with retained counsel concerning transfer of the property to GMAC | .20 hrs |
| 11/26/12 | LG | Communications with the client concerning the transfer of the property to GMAC | .20 hrs |
| 11/26/12 | LG | Email to retained counsel concerning the amount of money the property needs to be sold for | .20 hrs |
| 11/26/12 | LG | Email to insurer concerning the transfer of the property and asking about the logistics of obtaining the payment from the insurer | .20 hrs |

TOTAL FEES FOR THIS MATTER                            $242.00

<u>BILLING SUMMARY</u>

| Lee Gilley | 1.10 hrs | 220.00 /hr | 242.00 |
|---|---|---|---|
| TOTAL FEES | 1.10 hrs | | $242.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 30, 2012

0R0803-301046

FED ID NO. 63-0243316

ResCap

**TOTAL CHARGES FOR THIS INVOICE**            $242.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301046

INVOICE #  829662

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301046
     REO-Property in Newbury, OH
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 12/07/12 | LG | Communications concerning retained counsel's efforts to settle the case | .20 hrs |
| 12/07/12 | LG | Update client as to case status | .10 hrs |
| 12/14/12 | LG | Communications with retained counsel regarding the status of upcoming closing | .10 hrs |
| 12/14/12 | LG | Communications with client regarding the current status of the case | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $110.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lee Gilley | .50 hrs | 220.00 /hr | 110.00 |
| TOTAL FEES | 0.50 hrs | | $110.00 |

**TOTAL CHARGES FOR THIS INVOICE**                    $110.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        NOVEMBER 16, 2012
1100 Virginia Drive                                          0R0803-301064
Fort Washington, PA 19034

                                                             INVOICE #  817976
                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0803-301064
         McDowell, Kevin
         2257 Walton Avenue,
         Bronx, NY 10453      Loan No. 282050360
         TC # NA

PROFESSIONAL SERVICES

10/04/12   HEA   Prepare for conference call with              .50 hrs
                 C.Mishler regarding status of matter

10/08/12   HEA   Emails with J.Holtgren regarding             .40 hrs
                 recording of judgment

10/17/12   HEA   Emails with C.Mishler and close file as      .30 hrs
                 a result of cure of title defect

10/18/12   ERP   Review file in preparation of drafting       .30 hrs
                 closing memorandum for attorney review

10/18/12   ERP   Draft closing memorandum                     .40 hrs

10/18/12   ERP   E-mail communication to P.Evans              .20 hrs
                 attaching closing memorandum


                 TOTAL FEES FOR THIS MATTER                 $511.50


BILLING SUMMARY

    Emily R. Powell         .90 hrs   175.00 /hr      157.50
    Hall Eady              1.20 hrs   295.00 /hr      354.00


TOTAL FEES               2.10 hrs                    $511.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 16, 2012

0R0803-301064

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $511.50

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301078

INVOICE #  817977

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301078
     REO-Property in Saint Albans, WV
     TC # NA

PROFESSIONAL SERVICES

| 10/21/12 | LG | Communications with retained counsel regarding the status of his settlement | .20 hrs |
|---|---|---|---|

TOTAL FEES FOR THIS MATTER                        $44.00

BILLING SUMMARY

| Lee Gilley | .20 hrs | 220.00 /hr | 44.00 |
|---|---|---|---|

TOTAL FEES                    0.20 hrs              $44.00

**TOTAL CHARGES FOR THIS INVOICE**                **$44.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-301078

INVOICE #  821036

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-301078
     REO-Property in Saint Albans, WV
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Hours |
|------|---|-------------|-------|
| 11/06/12 | LG | Communications with client concerning the status of settlement and the need for a survey plat in order to complete settlement | .50 hrs |

TOTAL FEES FOR THIS MATTER                     $110.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Lee Gilley | .50 hrs | 220.00 /hr | 110.00 |
| TOTAL FEES | 0.50 hrs | | $110.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$110.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JANUARY 17, 2013
1100 Virginia Drive                                       0R0803-301078
Fort Washington, PA 19034

                                                          INVOICE #  829663
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301078
     REO-Property in Saint Albans, WV
     TC # NA

PROFESSIONAL SERVICES

12/07/12  LG   Update client as to case status                    .10 hrs


          TOTAL FEES FOR THIS MATTER                      $22.00


BILLING SUMMARY

  Lee Gilley              .10 hrs   220.00 /hr        22.00


TOTAL FEES              0.10 hrs                    $22.00

TOTAL CHARGES FOR THIS INVOICE                     $22.00


          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-301083

INVOICE #  821037

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-301083
     Allen, Nicholas B.
     7442200374
     TC # NA

### PROFESSIONAL SERVICES

| Date | | Description | Hours |
|------|------|-------------|------|
| 11/06/12 | JCCO | Draft status report for client | .10 hrs |
| 11/29/12 | ERP | Draft and finalize closing memorandum for attorney review | .40 hrs |
| 11/29/12 | ERP | E-mail communication to R.Kelly attaching closing memorandum | .20 hrs |

TOTAL FEES FOR THIS MATTER                $128.50

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Emily R. Powell | .60 hrs | 175.00 /hr | 105.00 |
| Jonathan Cobb | .10 hrs | 235.00 /hr | 23.50 |

TOTAL FEES                0.70 hrs                $128.50

**TOTAL CHARGES FOR THIS INVOICE**                **$128.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301092

INVOICE #  829664

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301092
     REO Property in Dadeville, AL
     TC # NA

PROFESSIONAL SERVICES

12/07/12  LG   Update client as to case status                    .10 hrs

              TOTAL FEES FOR THIS MATTER                    $22.00

BILLING SUMMARY

   Lee Gilley          .10 hrs   220.00 /hr        22.00

TOTAL FEES          0.10 hrs                  $22.00

**TOTAL CHARGES FOR THIS INVOICE**              $22.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              NOVEMBER 30, 2012
1100 Virginia Drive                                                0R0803-301098
Fort Washington, PA 19034

                                                                   INVOICE #  821038

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-301098
     REO-Property in Bessemer, AL
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 11/06/12 | LG | Communications with client concerning the status of the case | .20 hrs |
| 11/06/12 | LG | Analyze exhibits that will be attached to plaintiffÆs motion for summary judgment | .30 hrs |
| 11/25/12 | LG | Analyze correspondence, mortgage, notice of foreclosure, note, notice of acceleration, etc. in order to draft fact section of motion for summary judgment | 2.20 hrs |
| 11/25/12 | LG | Draft fact section of the motion for summary judgment | 1.80 hrs |
| 11/25/12 | LG | Analyze DefendantÆs discovery responses in order to incorporate those into the fact section of GMACÆs motion for summary judgment | .70 hrs |
| 11/25/12 | LG | Incorporate DefendantÆs discovery responses into the fact section of GMACÆs motion for summary judgment | .70 hrs |
| 11/25/12 | LG | Analyze publicly available information regarding the pooling and servicing agreement and the free writing prospectus | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0803-301098

FED ID NO. 63-0243316

| Date | | Description | Hours |
|------|------|------|------|
| 11/26/12 | LG | Communication with foreclosure counsel concerning an affidavit of publication | .20 hrs |
| 11/26/12 | LG | Communications with GMAC concerning the need for a notice of default and a payment borrower payment history | .30 hrs |
| 11/26/12 | LG | Communications with GMAC concerning the need for a schedule of loans referenced in the pooling and servicing agreement as well as the note | .30 hrs |
| 11/26/12 | LG | Draft GMACÆs affidavit in support of its motion for summary judgment | 2.10 hrs |
| 11/26/12 | LG | Analyze Alabama law concerning ejectment actions in preparation to draft argument section of GMACÆs motion for summary judgment | 2.40 hrs |
| 11/27/12 | LG | Communications with client concerning notice of default and payment history in order to complete the affidavit | .30 hrs |
| 11/27/12 | LG | Analyze schedule of loans and note provided by client | .50 hrs |
| 11/27/12 | LG | Analyze and prepare various exhibits to attach to GMACÆs affidavit including the pooling and servicing agreement, schedule of loans, note, mortgage, notice of acceleration, etc. | .40 hrs |
| 11/27/12 | LG | Begin drafting arguments section of GMACÆs motion for summary judgment | 2.10 hrs |



# BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0803-301098

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| 11/27/12 | LG | Analyze Alabama law concerning a tenant's ability to challenge a foreclosure | 2.20 hrs |
| 11/28/12 | LG | Analyze payment history, notice of default, and endorsed note | .30 hrs |
| 11/28/12 | LG | Revise Affidavit to incorporate new information regarding the note | .30 hrs |
| 11/28/12 | LG | Revise arguments section of motion for summary judgment asserting that GMAC had standing to foreclose and that opposing parties do not have standing to challenge GMAC's foreclosure | 1.80 hrs |
| 11/28/12 | LG | Additional analysis of a tenant's ability to collaterally attack a nonjudicial foreclosure in Alabama | 1.60 hrs |
| 11/29/12 | LG | Call with GMAC concerning the finalized affidavit | .20 hrs |
| 11/30/12 | LG | Revise and finalize motion for summary judgment in preparation to file the motion for summary judgment with the court | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                     $5,280.00

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

Lee Gilley          24.00 hrs   220.00 /hr      5,280.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      4
NOVEMBER 30, 2012

ResCap

0R0803-301098

FED ID NO. 63-0243316

TOTAL FEES                    24.00 hrs                    $5,280.00

**TOTAL CHARGES FOR THIS INVOICE**                    $5,280.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301098

INVOICE #  829665

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301098
     REO-Property in Bessemer, AL
     TC # NA

PROFESSIONAL SERVICES

12/07/12  LG   Update client as to case status                .10 hrs


            TOTAL FEES FOR THIS MATTER              $22.00


EXPENSES

    01        Copy Charges                                      0.00
    07        Filing Fees                                      52.05

            TOTAL COSTS FOR THIS MATTER            $52.05


BILLING SUMMARY

    Lee Gilley          .10 hrs   220.00 /hr        22.00


TOTAL FEES             0.10 hrs                   $22.00

TOTAL EXPENSES                                    $52.05

**TOTAL CHARGES FOR THIS INVOICE**               **$74.05**


            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 11, 2013
0R0803-301132

INVOICE #  828658

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   0R0803-301132
      Wilkinson, William L. (2035 Wesleyan Rd., Dayton, OH)
      7432934032
      TC # NA

TOTAL FEES                 0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                     $.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-301140

INVOICE #  813476

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-301140
     REO-Properties in California
     TC # NA

PROFESSIONAL SERVICES

09/17/12  MWK  Exchange of email correspondence with          .20 hrs
               F.Robinson regarding status of
               settlement funds

09/17/12  VP   Draft status report for client as             .20 hrs
               follows: "We have agreed to a settlement
               amount with John Cowgill and his
               attorney. We are waiting for approval of
               the settlement amount."


          TOTAL FEES FOR THIS MATTER                       $128.00


BILLING SUMMARY

   Michael W. Knapp        .20 hrs   410.00 /hr        82.00
   Vesco Petrov            .20 hrs   230.00 /hr        46.00


TOTAL FEES               0.40 hrs                   $128.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$128.00**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301140

INVOICE #  817978

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-301140
     REO-Properties in California
     TC # NA

EXPENSES

35       Express Mail/Fedex                                18.87

         TOTAL COSTS FOR THIS MATTER              $18.87


TOTAL FEES              0.00 hrs              $.00

TOTAL EXPENSES                              $18.87

**TOTAL CHARGES FOR THIS INVOICE**          $18.87

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-301140

INVOICE #  821039

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301140
     REO-Properties in California
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 10/02/12 | MWK | Exchange of email correspondence with F.Robinson regarding request for status of settlement check to Cowgill to finalize settlement | .10 hrs |
| 10/15/12 | MWK | Exchange of multiple email correspondence regarding status of settlement check with F.Robinson | .20 hrs |
| 10/16/12 | VP | Draft status report for client as follows: "We have agreed to a settlement amount with John Cowgill and his attorney. We are waiting for approval of the settlement amount." | .20 hrs |
| 10/17/12 | MWK | Draft correspondence to M.Jensen, counsel for Cowgill, forwarding settlement funds in conclusion of matter | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $292.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael W. Knapp | .60 hrs | 410.00 /hr | 246.00 |
| Vesco Petrov | .20 hrs | 230.00 /hr | 46.00 |

TOTAL FEES            0.80 hrs                      $292.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 30, 2012

ResCap

0R0803-301140

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $292.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301140

INVOICE # 829666

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   0R0803-301140
      REO-Properties in California
      TC # NA

PROFESSIONAL SERVICES

12/04/12  VP   Draft status report for client                    .10 hrs

              TOTAL FEES FOR THIS MATTER                   $23.00


EXPENSES

   35        Express Mail/Fedex                                  66.57

              TOTAL COSTS FOR THIS MATTER              $66.57


BILLING SUMMARY

   Vesco Petrov          .10 hrs   230.00 /hr          23.00


TOTAL FEES              0.10 hrs                   $23.00

TOTAL EXPENSES                                     $66.57

**TOTAL CHARGES FOR THIS INVOICE**                 **$89.57**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-301142

INVOICE #  813477

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0803-301142
      REO-Property in Dallas, GA
      TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 09/12/12 | HEA | Review settlement offer from Fidelity and file materials | .80 hrs |
| 09/12/12 | HEA | Draft and send email to C.Mishler and P.Evans regarding $20K settlement offer | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $354.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hall Eady | 1.20 hrs | 295.00 /hr | 354.00 |

TOTAL FEES                1.20 hrs              $354.00

**TOTAL CHARGES FOR THIS INVOICE**              **$354.00**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301142

INVOICE #  817979

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301142
     REO-Property in Dallas, GA
     TC # NA

PROFESSIONAL SERVICES

10/29/12  HEA  Emails with client and outside coverage          .30 hrs
               counsel for Fidelity regarding status of
               possible settlement

          TOTAL FEES FOR THIS MATTER                    $88.50

BILLING SUMMARY

   Hall Eady           .30 hrs   295.00 /hr        88.50

TOTAL FEES                0.30 hrs               $88.50

TOTAL CHARGES FOR THIS INVOICE                  $88.50

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
OR0803-301142

INVOICE #  829667

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0803-301142
     REO-Property in Dallas, GA
     TC # NA

PROFESSIONAL SERVICES

12/03/12  HEA  Emails with Fidelity including               1.00 hrs
               recitation of GA law on bad faith and
               penalties (.7); draft and send email to
               C.Mishler regarding update on settlement
               negotiations (.3)


               TOTAL FEES FOR THIS MATTER              $295.00


BILLING SUMMARY

   Hall Eady          1.00 hrs    295.00 /hr       295.00


TOTAL FEES            1.00 hrs                   $295.00

**TOTAL CHARGES FOR THIS INVOICE**              $295.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 30, 2012
1100 Virginia Drive                                        0R0803-301144
Fort Washington, PA 19034

                                                           INVOICE #  813478

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0803-301144
         REO-Property in Houston, TX
         TC # NA

    PROFESSIONAL SERVICES

    09/04/12  LG    Communications with opposing counsel              .10 hrs
                    confirming receipt of check and asking
                    about status of lien release


                    TOTAL FEES FOR THIS MATTER                        $22.00


    BILLING SUMMARY

       Lee Gilley              .10 hrs   220.00 /hr        22.00


    TOTAL FEES                 0.10 hrs                   $22.00

    TOTAL CHARGES FOR THIS INVOICE                        $22.00

                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301144

INVOICE #  817980

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301144
     REO-Property in Houston, TX
     TC # NA

PROFESSIONAL SERVICES

| 10/22/12 | LG | Analyze releases provided by opposing counsel | .50 hrs |
|---|---|---|---|
| 10/22/12 | LG | Communications with retained counsel about defects in releases | .50 hrs |
| 10/22/12 | LG | Communications with client about case status and about defects in releases | .30 hrs |

TOTAL FEES FOR THIS MATTER       $286.00

BILLING SUMMARY

| Lee Gilley | 1.30 hrs | 220.00 /hr | 286.00 |
|---|---|---|---|

| TOTAL FEES | 1.30 hrs | | $286.00 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**     **$286.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-301144

INVOICE #  821040

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-301144
     REO-Property in Houston, TX
     TC # NA

PROFESSIONAL SERVICES

11/07/12   TMB   Conference call with M.Foster regarding          .80 hrs
                 case status


           TOTAL FEES FOR THIS MATTER              $328.00


BILLING SUMMARY

     T. Michael Brown        .80 hrs    410.00 /hr        328.00


TOTAL FEES                   0.80 hrs              $328.00

**TOTAL CHARGES FOR THIS INVOICE**                $328.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301144

INVOICE #  829668

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301144
     REO-Property in Houston, TX
     TC # NA

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 12/03/12 | LG | Confirm reason that recorder's office did not receive the releases when they were originally sent and send the re-send the releases | .20 hrs |
| 12/07/12 | LG | Update client as to case status | .10 hrs |
| 12/14/12 | LG | Communications with client attaching filed copies of lien releases | .10 hrs |
| | | TOTAL FEES FOR THIS MATTER | $88.00 |

## EXPENSES

| | | | |
|---|---|---|---|
| 08 | Recording Fees | | 34.00 |
| | TOTAL COSTS FOR THIS MATTER | | $34.00 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lee Gilley | .40 hrs | 220.00 /hr | 88.00 |
| TOTAL FEES | 0.40 hrs | | $88.00 |
| TOTAL EXPENSES | | | $34.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 17, 2013

0R0803-301144

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $122.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-301145

INVOICE #  813479

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-301145
     Luckett, D. C. (669 East 124th Street)
     TC # NA

PROFESSIONAL SERVICES

| 06/27/12 | KSA | Review new Georgia eminent domain matters for responsible pleading and request for interpled funds | .50 hrs |
|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $140.00

EXPENSES

| 35 | Express Mail/Fedex | 11.68 |
|---|---|---|

TOTAL COSTS FOR THIS MATTER                    $11.68

BILLING SUMMARY

| Keith S. Anderson | .50 hrs | 280.00 /hr | 140.00 |
|---|---|---|---|

| TOTAL FEES | 0.50 hrs | $140.00 |
|---|---|---|
| TOTAL EXPENSES | | $11.68 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$151.68** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301146

INVOICE #  817981

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301146
     Smith-Grant, Monique
     3634 E. 131 Street, Cleveland, OH
     7438370140
     TC # NA

<u>PROFESSIONAL SERVICES</u>

10/01/12  KSA  Research bankruptcy pleadings for status          .60 hrs
               on claim and draft email update to
               K.Dutill


               TOTAL FEES FOR THIS MATTER          $168.00


<u>BILLING SUMMARY</u>

   Keith S. Anderson          .60 hrs   280.00 /hr      168.00


TOTAL FEES                  0.60 hrs              $168.00

**TOTAL CHARGES FOR THIS INVOICE**               **$168.00**


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0803-301166

INVOICE #  813480

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0803-301166
     ALANIS, Cintia (61 Sanchez Drive, Rio Grande City, TX)
     Loan no.: 899014307
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Hours |
|---|---|---|---|
| 09/12/12 | CJA | Email exchanges and calls with J.Bustos and C.Gillespe regarding release of mechanic's lien in order to attain clear title for REO closing | 1.40 hrs |
| 09/13/12 | CJA | Email exchanges with J.Bustos, A. Olivera and C.Gillespe regarding release of mechanic's lien in order to attain clear title for REO closing (1.3) ; receipt and review of release of lien (.2) | 1.50 hrs |
| 09/17/12 | CJA | Conferred with J.Bustos, C.Misher, J.Dennis regarding title update, closing of REO sale and release of mechanic's lien | .20 hrs |
| 09/18/12 | CJA | Conferred with J.Bustos, C.Misher, J.Dennis regarding title update, closing of REO sale and release of mechanic's lien | .30 hrs |
| 09/19/12 | CJA | Conferred with J.Bustos, C.Misher, J.Dennis regarding title update, closing of REO sale and release of mechanic's lien | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0803-301166

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| 09/24/12 | CJA | Conferred with J.Bustos, C.Misher, J.Dennis regarding title update, closing of REO sale and release of mechanic's lien | .80 hrs |
| 09/26/12 | CJA | Conferred with J.Bustos, C.Misher, J.Dennis regarding title update, closing of REO sale and release of mechanic's lien | .20 hrs |
| 09/28/12 | CJA | Conferred with J.Bustos, C.Misher, J.Dennis regarding title update, closing of REO sale and release of mechanic's lien (.2); review of revised title commitment (.5) | .70 hrs |

TOTAL FEES FOR THIS MATTER                 $1,457.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| C. Jason Avery | 5.50 hrs | 265.00 /hr | 1,457.50 |
| TOTAL FEES | 5.50 hrs | | $1,457.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,457.50** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 16, 2012
1100 Virginia Drive                                        0R0803-301166
Fort Washington, PA 19034

INVOICE #  817982

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301166
     ALANIS, Cintia (61 Sanchez Drive, Rio Grande City, TX)
     Loan no.: 899014307
     TC # NA

PROFESSIONAL SERVICES

| 10/03/12 | CJA | Conferred with involved parties regarding updated title commitment and review of same | .60 hrs |
|---|---|---|---|
| 10/04/12 | CJA | Conferred with involved parties regarding corrective release and closing of REO transaction | .50 hrs |
| 10/15/12 | CJA | Receipt and review of corrected release of lien | .20 hrs |
| 10/25/12 | ERP | Initial draft of closing memorandum for attorney review | .40 hrs |
| 10/25/12 | ERP | E-mail communication with P.Evans attaching closing memorandum | .20 hrs |

               TOTAL FEES FOR THIS MATTER              $449.50

BILLING SUMMARY

| Emily R. Powell | .60 hrs | 175.00 /hr | 105.00 |
|---|---|---|---|
| C. Jason Avery | 1.30 hrs | 265.00 /hr | 344.50 |

| TOTAL FEES | 1.90 hrs | | $449.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 16, 2012

OR0803-301166

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $449.50

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-301169

INVOICE #  813481

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-301169
     REO-Property in Eads, TN
     TC # NA

PROFESSIONAL SERVICES

09/04/12  LG    Analyze affect of home owners'                    1.90 hrs
                association dissolution on the
                neighborÆs ability to enforce the home
                owners' association setback requirements


                TOTAL FEES FOR THIS MATTER                        $418.00

09/04/12 Copy Charges                                               0.00
09/04/12 Computerized Legal Research-Westlaw Westlaw                0.00
         User: GILLEY,LEE

BILLING SUMMARY

   Lee Gilley          1.90 hrs   220.00 /hr       418.00


TOTAL FEES            1.90 hrs                    $418.00

**TOTAL CHARGES FOR THIS INVOICE**               $418.00
                                                 =========

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-301170

INVOICE #  813482

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-301170
     REO-Property in Brooklyn, NY
     TC # NA

PROFESSIONAL SERVICES

09/04/12  LG   Communications with client concerning          .40 hrs
               information needed to calculate the
               repurchase demand price


               TOTAL FEES FOR THIS MATTER               $88.00

09/02/12 Copy Charges                                        0.00

BILLING SUMMARY

   Lee Gilley           .40 hrs   220.00 /hr        88.00


TOTAL FEES              0.40 hrs                   $88.00

**TOTAL CHARGES FOR THIS INVOICE**                **$88.00**


***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301170

INVOICE #  817983

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301170
     REO-Property in Brooklyn, NY
     TC # NA

PROFESSIONAL SERVICES

10/21/12  LG    Revise and finalize draft of repurchase                .40 hrs
                demand letter


                TOTAL FEES FOR THIS MATTER                 $88.00


BILLING SUMMARY

   Lee Gilley              .40 hrs   220.00 /hr       88.00


TOTAL FEES              0.40 hrs            $88.00

TOTAL CHARGES FOR THIS INVOICE          $88.00
                                       ==========

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301170

INVOICE #  829669

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301170
     REO-Property in Brooklyn, NY
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 12/07/12 | LG | Locate current address for sand canyon corporation in order to resend letter that was returned | .20 hrs |
| 12/07/12 | LG | Update client as to current case status | .10 hrs |
| 12/14/12 | LG | Communications with client letting client know that the demand letter has been resent to a new address for Sand Canyon | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $88.00

BILLING SUMMARY

Lee Gilley                    .40 hrs   220.00 /hr        88.00

TOTAL FEES                 0.40 hrs                    $88.00

**TOTAL CHARGES FOR THIS INVOICE**                    $88.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
OR0803-301172

INVOICE #  817984

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301172
     REO-Property in Bunkerhill, WV
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | Hours |
|------|------|------|------|
| 10/10/12 | DERO | Correspondence regarding status of environmental remediation work | .10 hrs |
| 10/26/12 | DERO | Correspondence regarding site remediation issues | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $82.00

BILLING SUMMARY

| | | | |
|------|------|------|------|
| David E. Roth | .20 hrs | 410.00 /hr | 82.00 |
| TOTAL FEES | 0.20 hrs | | $82.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$82.00** |

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-301173

INVOICE #  813483

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-301173
     REO-Property in Tarpon, FL
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 09/02/12 | LG | Update case status to reflect recent events in the case | .10 hrs |
| 09/02/12 | LG | Analyze documents in the foreclosure action in order to determine strategies for resolving potential title defects | .30 hrs |
| 09/04/12 | LG | Call with foreclosure counsel to discuss status of underlying foreclosure action in order to determine if the title issue is resolved | .30 hrs |
| 09/06/12 | LG | Communications with foreclosure counsel to determine the status of the case and the best way to proceed | .30 hrs |
| 09/25/12 | ERP | Draft status update for attorney review | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $255.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .20 hrs | 175.00 /hr | 35.00 |
| Lee Gilley | 1.00 hrs | 220.00 /hr | 220.00 |

TOTAL FEES              1.20 hrs              $255.00

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0803-301173

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $255.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301173

INVOICE #  829670

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301173
     REO-Property in Tarpon, FL
     TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 12/07/12 | LG | Update client as to current case status | .10 hrs |
| 12/10/12 | LG | Analyze Florida law regarding fraudulent releases and satisfactions of mortgage | 1.20 hrs |
| 12/10/12 | LG | Analyze various documents including mortgage, dockets, releases, etc. in preparation to draft evaluation memo | 1.20 hrs |
| 12/10/12 | LG | Draft fact section of evaluation memo | .90 hrs |
| 12/11/12 | LG | Continue analyzing Florida law regarding fraudulent releases and the affect of lis pendens | .80 hrs |
| 12/12/12 | LG | Analyze process for eliminating junior lien when the lien arose after final judgment under Florida law | .30 hrs |
| 12/12/12 | LG | Analyze original lender of the lien that is clouding GMAC's title | .20 hrs |
| 12/14/12 | ERP | Initial review of recorded documents provided by AFX Title | .60 hrs |

TOTAL FEES FOR THIS MATTER                    $1,139.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
JANUARY 17, 2013

ResCap

0R0803-301173

FED ID NO. 63-0243316

---

EXPENSES

| | | |
|---|---|---|
| 12/10/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: GILLEY,LEE | |
| 12/29/12 | Title Search Fee - BUSINESS CARD AFX 12-10-12 | 204.95 |
| | Bank ID: GENR Check Number: 104275 | |
| | TOTAL COSTS FOR THIS MATTER | $204.95 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .60 hrs | 175.00 /hr | 105.00 |
| Lee Gilley | 4.70 hrs | 220.00 /hr | 1,034.00 |
| TOTAL FEES | 5.30 hrs | | $1,139.00 |
| TOTAL EXPENSES | | | $204.95 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,343.95** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0803-301175

INVOICE #  813484

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0803-301175
     Vannorsdel, David R. (11455 West County Road 17, Longmont, C
     Loan No. 0835018699
     TC # NA

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 09/04/12 | ERP | Initial draft of closing memorandum for attorney review | .40 hrs |
| 09/05/12 | ERP | Revise and finalize closing memorandum | .30 hrs |
| 09/05/12 | ERP | E-mail communication to P.Evans attaching closing memorandum | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $157.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .90 hrs | 175.00 /hr | 157.50 |
| TOTAL FEES | 0.90 hrs | | $157.50 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$157.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0803-301178

INVOICE #  813485

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   OR0803-301178
      REO-Property in Gradbury, TX
      TC # NA

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 09/13/12 | CJA | Receipt and review of survey depicting easement area | .70 hrs |
| 09/13/12 | CJA | Draft, edit and revise of joint access easement agreement | 3.40 hrs |
| 09/13/12 | CJA | Telephone calls and emails with J.Skipworth, K.Karr and title company regarding changes to REO closing and impact on easement agreement | 1.80 hrs |

TOTAL FEES FOR THIS MATTER        $1,563.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| C. Jason Avery | 5.90 hrs | 265.00 /hr | 1,563.50 |
| TOTAL FEES | 5.90 hrs | | $1,563.50 |

**TOTAL CHARGES FOR THIS INVOICE**        **$1,563.50**

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0803-301179

INVOICE #  813486

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0803-301179
     REO-Property in Richmond, VA
     TC # NA

PROFESSIONAL SERVICES

09/04/12  CJA  Receipt and review of responses from          .40 hrs
               state environmental authority detailing
               process and availability for state
               reimbursed environmental remediation fund

09/07/12  DERO Review and correspondence regarding           .20 hrs
               proposed approach to address release
               from UST


          TOTAL FEES FOR THIS MATTER              $188.00


BILLING SUMMARY

     David E. Roth          .20 hrs   410.00 /hr      82.00
     C. Jason Avery         .40 hrs   265.00 /hr     106.00


TOTAL FEES            0.60 hrs              $188.00

**TOTAL CHARGES FOR THIS INVOICE**         **$188.00**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301179

INVOICE #  817985

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301179
     REO-Property in Richmond, VA
     TC # NA

PROFESSIONAL SERVICES

10/10/12  DERO Correspondence regarding status of           .10 hrs
          environmental remediation work


          TOTAL FEES FOR THIS MATTER                     $41.00


BILLING SUMMARY

   David E. Roth          .10 hrs    410.00 /hr        41.00


TOTAL FEES              0.10 hrs                    $41.00

**TOTAL CHARGES FOR THIS INVOICE**                 $41.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-301179

INVOICE #  821041

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-301179
     REO-Property in Richmond, VA
     TC # NA

PROFESSIONAL SERVICES

11/07/12  DERO Correspondence with consultant regarding         .20 hrs
          status of site work in connection with
          environmental issues

11/14/12  ERP  Draft status update for attorney review          .20 hrs


          TOTAL FEES FOR THIS MATTER                  $117.00


BILLING SUMMARY

    David E. Roth          .20 hrs   410.00 /hr      82.00
    Emily R. Powell        .20 hrs   175.00 /hr      35.00


TOTAL FEES                0.40 hrs               $117.00

TOTAL CHARGES FOR THIS INVOICE                  $117.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301179

INVOICE #  829671

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301179
     REO-Property in Richmond, VA
     TC # NA

PROFESSIONAL SERVICES

12/23/12  DERO Correspondence regarding matter status          .10 hrs

            TOTAL FEES FOR THIS MATTER                        $41.00


BILLING SUMMARY

    David E. Roth          .10 hrs   410.00 /hr        41.00


TOTAL FEES              0.10 hrs                    $41.00

**TOTAL CHARGES FOR THIS INVOICE**                    $41.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 16, 2012
1100 Virginia Drive                                         0R0803-301180
Fort Washington, PA 19034

                                                            INVOICE #  817986

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0803-301180
         REO-Property in Lake Worth, FL
         TC # NA

PROFESSIONAL SERVICES

10/26/12  DERO Research and correspondence regarding          .10 hrs
          Maryland UST/AST Trust Fund


          TOTAL FEES FOR THIS MATTER                        $41.00


BILLING SUMMARY

    David E. Roth          .10 hrs    410.00 /hr        41.00


TOTAL FEES              0.10 hrs                  $41.00

**TOTAL CHARGES FOR THIS INVOICE**                $41.00

             ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0803-301180

INVOICE #  829673

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0803-301180
     REO-Property in Lake Worth, FL
     TC # NA

PROFESSIONAL SERVICES

12/23/12  DERO Correspondence regarding matter status          .10 hrs


          TOTAL FEES FOR THIS MATTER                       $41.00


BILLING SUMMARY

   David E. Roth             .10 hrs    410.00 /hr          41.00


TOTAL FEES              0.10 hrs                    $41.00

**TOTAL CHARGES FOR THIS INVOICE**                    $41.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0803-301181

INVOICE #  817987

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0803-301181
     REO-Property in Atlanta, GA
     TC # NA

PROFESSIONAL SERVICES

| 10/30/12 | KSA | Analyze citation and research Atlanta Housing Authority | .40 hrs |
| 10/31/12 | KSA | Analyze code violation and situation with MAC sale in 2007 and place call to Atlanta Housing Authority | .30 hrs |
| 10/31/12 | DBT | Compile summary of our history with MAC Cresent 2 and provide it to K.Anderson and J.Avery for use in defending matter and resolving the deed issue | .90 hrs |

TOTAL FEES FOR THIS MATTER                     $425.50

BILLING SUMMARY

| Keith S. Anderson | .70 hrs | 280.00 /hr | 196.00 |
| D. Bryan Thomas | .90 hrs | 255.00 /hr | 229.50 |

TOTAL FEES                1.60 hrs                 $425.50

**TOTAL CHARGES FOR THIS INVOICE**              **$425.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0803-301181

INVOICE #  821042

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0803-301181
     REO-Property in Atlanta, GA
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | Hours |
|------|------|-------------|-------|
| 11/05/12 | KSA | Review housing authority ticket and online docket to plan approach | .40 hrs |
| 11/05/12 | CJA | Confer with client regarding remedial work needed at property in order to cure code violations | .50 hrs |
| 11/06/12 | KSA | Review photos and correspondence regarding maintenance on property in preparation for housing court hearing | .40 hrs |
| 11/08/12 | KSA | Review photos of property in preparation for housing court hearing | .40 hrs |
| 11/09/12 | CJA | Telephone call with MAC/Crescent No. 2 regarding hearing and need for recorded deed into MAC/Crescent No. 2 | .60 hrs |
| 11/09/12 | KSA | Telephone discussion with housing inspector regarding property and hearing | .30 hrs |
| 11/09/12 | KSA | Telephone discussion with MAC representative regarding property status and transfer | .30 hrs |
| 11/12/12 | CJA | Draft affidavit of J.Schlick in preparation for code enforcement hearing | .70 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0803-301181

FED ID NO. 63-0243316

---

| | | | |
|---|---|---|---|
| 11/13/12 | CJA | Confer with client regarding need for executed deed in preparation for code enforcement hearing | .30 hrs |
| 11/13/12 | KSA | Review affidavit of MAC representative and prepare for hearing at housing court with documentary evidence needed | .70 hrs |
| 11/14/12 | KSA | Review documentation regarding 2007 sale and property stats in preparation for housing court hearing | .50 hrs |
| 11/14/12 | KSA | Send affidavit of MAC successor for review and signature | .30 hrs |
| 11/15/12 | CJA | Telephone call with S.Schlick regarding revisions to J.Schlick affidavit | .30 hrs |
| 11/16/12 | KSA | Telephone discussion and edits to affidavit from J.Schlick for housing court hearing | .30 hrs |
| 11/16/12 | KSA | Prepare all documents and materials for housing court hearing of injury | .60 hrs |
| 11/18/12 | KSA | Prepare for housing court hearing | 1.20 hrs |
| 11/19/12 | KSA | Prepare for and attend housing court hearing to get fine reduced and email update | 3.20 hrs |
| 11/21/12 | KSA | Research please in absentia requirements and email to F.Robinson regarding signatures needed and citation payment needed | 1.10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 30, 2012

ResCap

0R0803-301181

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| 11/28/12 | KSA | Review "plea in abstentia" forms and email communications regarding wire transfer of funds to pay fine amount | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $3,408.00

EXPENSES

| | | |
|---|---|---|
| 11/14/12 | Copy Charges | 0.00 |
| 11/14/12 | Copy Charges | 0.00 |
| 11/14/12 | Copy Charges | 0.00 |
| 11/20/12 | Travel Expense - KEITH ANDERSON ATTEND HEARING IN ATLANTA, GA 11/19/12 HOTEL  Bank ID: GENR Check Number: 102570 | 154.44 |
| 11/20/12 | Travel Expense - KEITH ANDERSON ATTEND HEARING IN ATLANTA, GA 11/19/12 MILEAGE 294 @ .555  Bank ID: GENR Check Number: 102570 | 163.17 |

TOTAL COSTS FOR THIS MATTER                        $317.61

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 9.90 hrs | 280.00 /hr | 2,772.00 |
| C. Jason Avery | 2.40 hrs | 265.00 /hr | 636.00 |

| | | |
|---|---|---|
| TOTAL FEES | 12.30 hrs | $3,408.00 |
| TOTAL EXPENSES | | $317.61 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$3,725.61** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JANUARY 17, 2013
1100 Virginia Drive                                            0R0803-301181
Fort Washington, PA 19034

                                                               INVOICE #  829674

                                                               FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0803-301181
         REO-Property in Atlanta, GA
         TC # NA

PROFESSIONAL SERVICES

12/10/12  KSA  Prepare for and attend municipal court              5.80 hrs
               hearing to pay reduced fine and have
               citation complied with

12/10/12  KSA  Hearing results update to F.Robinson                 .30 hrs


          TOTAL FEES FOR THIS MATTER                            $1,708.00


EXPENSES

12/12/12 Travel Expense - KEITH ANDERSON ATTEND COURT               6.00
         HEARING TO PAY FINE & DISMISS CASE IN ATLANTA,
         GA 12/10/12 PARKING
         Bank ID: GENR Check Number: 103566
12/12/12 Travel Expense - KEITH ANDERSON ATTEND COURT              163.17
         HEARING TO PAY FINE & DISMISS CASE IN ATLANTA,
         GA 12/10/12 MILEAGE 294 @ .555
         Bank ID: GENR Check Number: 103566

          TOTAL COSTS FOR THIS MATTER                            $169.17


BILLING SUMMARY

    Keith S. Anderson        6.10 hrs   280.00 /hr     1,708.00


TOTAL FEES                   6.10 hrs              $1,708.00



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 17, 2013

0R0803-301181

FED ID NO. 63-0243316

TOTAL EXPENSES                        $169.17

**TOTAL CHARGES FOR THIS INVOICE**          $1,877.17

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0805-108578

INVOICE #  829672

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0805-108578
MAC Issues
TC # 707227

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 11/02/12 | DBT | Telephone conference with F.Robinson regarding claim on tax support claims | .30 hrs |
| 11/09/12 | DBT | Correspondence with F.Robinson regarding the payment to US Bank | .10 hrs |
| 11/13/12 | DBT | Consider email from F.Robinson and attached chart of the sales proceeds (0.10); review documentation on MAC's request for the tax sale proceeds and competing claims (0.10); draft and send email to C.Truse at US Bank regarding his assistance with this issue (0.40) | .60 hrs |
| 11/17/12 | DBT | Consider response from US Bank | .10 hrs |
| 12/16/12 | DBT | Consider and respond to J.Escabido's email after reconsidering letter from Polk County in regards to the Hayes's City claim for the excess proceeds (0.40); email with J.Schlick regarding the same (0.10) | .50 hrs |
| 12/17/12 | DBT | Conference with Global about withdrawing claim on proceeds related to Cypress Run | .10 hrs |
| 12/18/12 | DBT | Conference with J.Byerly regarding his resolution of the issue with Cypress Run with J.Schlick; | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 17, 2013

0R0805-108578

FED ID NO. 63-0243316

---

TOTAL FEES FOR THIS MATTER                    $370.80

BILLING SUMMARY

  D. Bryan Thomas          1.80 hrs   206.00 /hr        370.80

TOTAL FEES               1.80 hrs                    $370.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$370.80**

===============

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-105015

INVOICE #  817990

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-105015
     Hagar, Daniel and Beverly A. (Donnelly Concrete v. Hagar)
     0601061053
     TC # NA

<u>PROFESSIONAL SERVICES</u>

10/08/12  TRL  Draft status report regarding lien action  B110    .20 hrs

          TOTAL FEES FOR THIS MATTER                    $58.00

<u>BILLING SUMMARY</u>

   Thomas Ryan Lynch          .20 hrs   290.00 /hr       58.00

TOTAL FEES                   0.20 hrs                    $58.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$58.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-106888

INVOICE #  813487

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-106888
     Sardegna, Robert L. and  Vivian J. (Florida Gas v. Sardegna)
     7440951093
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/12/12 | ERP | Review and update status of matter for August | L120 | .20 hrs |
| 09/12/12 | TMB | Draft status report update | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $107.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| T. Michael Brown | .20 hrs | 390.00 /hr | 78.00 |
| Emily R. Powell | .20 hrs | 145.00 /hr | 29.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.40 hrs | | $107.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$107.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 16, 2012
1100 Virginia Drive                                       0R0806-106888
Fort Washington, PA 19034

                                                          INVOICE #  817991

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-106888
     Sardegna, Robert L. and  Vivian J. (Florida Gas v. Sardegna)
     7440951093
     TC # NA

PROFESSIONAL SERVICES

| 10/02/12 | TMB | Draft updated status report | L120 | .10 hrs |
|---|---|---|---|---|
| 10/13/12 | TMB | Draft correspondence to mediator | L160 | .20 hrs |
| 10/24/12 | EAC | Draft Notice Identifying Party Representative with Settlement Authority for nominee for Citibank National Association | L210 | .40 hrs |
| 10/24/12 | EAC | Draft Notice Identifying Party Representative with Settlement Authority for nominee for Mortgageit, Inc. | L210 | .40 hrs |
| 10/24/12 | EAC | Draft Notice of Designation of E-Mail Addresses for nominee for Mortgageit, Inc. for M.Brown to review | L210 | .50 hrs |
| 10/24/12 | EAC | Draft Notice of Designation of E-Mail Addresses for nominee for Citibank National Association for M.Brown to review | L210 | .50 hrs |
| 10/24/12 | TMB | Review pleading to mediator | L160 | .20 hrs |
| 10/29/12 | EAC | Revise Notice of Designation of E-Mail Addresses for nominee for Citibank National Association and for nominee for Mortgageit, Inc. per M.Brown's instructions | L210 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 16, 2012

ResCap

0R0806-106888

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | EAC | Revise Notice Identifying Party Representative with Settlement Authority for nominee for Citibank National Association and for nominee for Mortgageit, Inc. per M.Brown's instructions | L210 | .30 hrs |
| 10/29/12 | EAC | Email copies of Notices to A.Taylor for review | L210 | .10 hrs |
| 10/30/12 | TMB | Draft memo to C.Lackovich | L160 | .40 hrs |

TOTAL FEES FOR THIS MATTER                   $808.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| T. Michael Brown | .90 hrs | 390.00 /hr | 351.00 |
| Elizabeth A. Cather | 2.50 hrs | 140.00 /hr | 350.00 |

TOTAL FEES            3.40 hrs              $808.00

**TOTAL CHARGES FOR THIS INVOICE**            **$808.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0806-106888
Fort Washington, PA 19034

                                                               INVOICE #  821002

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-106888
     Sardegna, Robert L. and  Vivian J. (Florida Gas v. Sardegna)
     7440951093
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/04/12 | TMB | Draft updated status report | L120 | .20 hrs |
| 11/06/12 | TMB | Draft letter to mediator  with questions re mediation | L160 | .20 hrs |
| 11/06/12 | EAC | Prepare Notice Identifying Party Representative With Settlement Authority for A.Taylor's signature | L210 | .10 hrs |
| 11/06/12 | EAC | Prepare Notice of Designation of E-Mail Addresses for A.Taylor's signature | L210 | .10 hrs |
| 11/06/12 | EAC | Scan and save copy Notice of Designation of E-Mail Addresses for service | L210 | .10 hrs |
| 11/06/12 | EAC | Scan and save Notice Identifying Party Representative With Settlement Authority for service | L210 | .10 hrs |
| 11/06/12 | EAC | Produce Notice Identifying Party Representative With Settlement Authority to be sent to the clerk and for service copies | L210 | .30 hrs |
| 11/06/12 | EAC | Produce Notice of Designation of E-Mail Addresses to be sent to the clerk and for service copies | L210 | .30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0806-106888

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/12 | EAC | Draft letter to clerk enclosing Notice Identifying Party Representative With Settlement Authority and Notice of Designation of E-Mail Addresses to be filed with the Court | L210 | .30 hrs |
| 11/06/12 | EAC | Email service copies of the Notice Identifying Party Representative With Settlement Authority and Notice of Designation of E-Mail Addresses | L210 | .20 hrs |
| 11/06/12 | EAC | Prepare and mail service copies of the Notice Identifying Party Representative With Settlement Authority and Notice of Designation of E-Mail Addresses | L210 | .30 hrs |
| 11/06/12 | EAC | Prepare and mail letter to clerk enclosing Notice Identifying Party Representative With Settlement Authority and Notice of Designation of E-Mail Addresses to be filed with the Court and enclose self-addressed, stamped envelope for filed copies to be returned | L210 | .20 hrs |
| 11/06/12 | ATT | Finalize notice of identifying party representative with settlement authority for mediation | L240B | .20 hrs |
| 11/09/12 | TMB | Telephone to and telephone from mediator W.Smith to discuss case status and mediation plans | L160 | .60 hrs |
| 11/12/12 | TMB | Draft correspondence to mediator and enclose documents | L120 | .40 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0806-106888

FED ID NO. 63-0243316

---

| 11/13/12 | EAC | Retrieve and save Service of Court document, Notice of Exchange from Defendants Robert and Vivian Sardegna | L140 | .10 hrs |
|---|---|---|---|---|
| 11/20/12 | TMB | Discussion with counsel for Florida Gas; discussion with counsel for Sardegna; draft memo to K.Kullard and C.Lochovich regarding case status | L120 | .60 hrs |
| 11/21/12 | TMB | Review various correspondence from K.Koull | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                 $1,278.00

BILLING SUMMARY

| T. Michael Brown | 2.40 hrs | 390.00 /hr | 936.00 |
|---|---|---|---|
| Elizabeth A. Cather | 2.10 hrs | 140.00 /hr | 294.00 |
| Ann T. Taylor | .20 hrs | 240.00 /hr | 48.00 |

TOTAL FEES                    4.70 hrs                    $1,278.00

**TOTAL CHARGES FOR THIS INVOICE**                    $1,278.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        JANUARY 17, 2013
1100 Virginia Drive                                          0R0806-106888
Fort Washington, PA 19034

INVOICE #  829675

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-106888
     Sardegna, Robert L. and  Vivian J. (Florida Gas v. Sardegna)
     7440951093
     TC # NA

### PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/26/12 | TMB | Discussion with counsel for Sardegna | L120 | .40 hrs |
| 11/26/12 | EAC | Retrieve and organize the Standard Terms-SSA dated March 30, 2006, the Assignment, Assumption and Recognition Agreement dated April 28, 2006 and the Seller/Service Contract dated November 24, 1992 and the payment history for M.Brown to review | L140 | .50 hrs |
| 11/26/12 | TMB | Discussion with mediator re mediation position | L160 | .40 hrs |
| 11/27/12 | TMB | Attend mediation in Tampa, FL | L160 | 11.00 hrs |
| 11/28/12 | TMB | Draft memo to K.Krull re settlement agreement | L160 | 2.20 hrs |
| 12/02/12 | TMB | Review report of mediation | L160 | .30 hrs |
| 12/06/12 | TMB | Deutsche Bank - McAlpine - review correspondence from T.Case | L120 | .20 hrs |
| 12/06/12 | TMB | Draft memo to L.deSilva | L120 | .10 hrs |
| 12/06/12 | TMB | McAlpine Matter - Review correspondence from J.Aguirre | L120 | .10 hrs |
| 12/06/12 | TMB | Draft update status report | L120 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 17, 2013

0R0806-106888

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/07/12 | TMB | McAlpine Matter - Discussion with T.Case re motion to continue or default trial | L120 | .30 hrs |
| 12/09/12 | TMB | Review correspondence from L.deSilva | L120 | .20 hrs |
| 12/10/12 | TMB | McAlpine Matter - Telephone from T.Case re continuance | L120 | .20 hrs |
| 12/10/12 | TMB | Draft memo to L.deSilva and P.Stokes on continuance and trial | L120 | .50 hrs |
| 12/10/12 | TMB | McAlpine Matter - Draft J.Agurrie affidavit and discuss with P.Stokes | L210 | .30 hrs |
| 12/11/12 | TMB | McAlpine Matter - Discussion with M.Ravilo | L120 | .20 hrs |
| 12/11/12 | TMB | McAlpine Matter - Review new trial date memo from T.Case | L120 | .20 hrs |
| 12/11/12 | TMB | McAlpine case - Conference call with T.Case and M.Rovito | L120 | .10 hrs |
| 12/11/12 | TMB | Discussion with P.Stokes re motion to continue and trial witness | L210 | .20 hrs |
| 12/12/12 | TMB | McAlpine matter - Draft memo to P.Stokes and M.Rovilo re possible solution | L120 | .30 hrs |
| 12/13/12 | TMB | McAlpine Case - Telephone from T.Case to discuss possible strategy | L120 | .20 hrs |
| 12/14/12 | TMB | Review correspondence from P.Stokes re trial witness | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $7,012.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JANUARY 17, 2013

0R0806-106888

FED ID NO. 63-0243316

<u>EXPENSES</u>

| | | |
|---|---|---|
| 20 | Airline Tickets | 220.70 |
| 21 | Travel Expense | 355.29 |
| 23 | Meal Expense | 16.72 |

TOTAL COSTS FOR THIS MATTER       $592.71

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| T. Michael Brown | 17.80 hrs | 390.00 /hr | 6,942.00 |
| Elizabeth A. Cather | .50 hrs | 140.00 /hr | 70.00 |

TOTAL FEES          18.30 hrs                    $7,012.00

TOTAL EXPENSES                                   $592.71

**TOTAL CHARGES FOR THIS INVOICE              $7,604.71**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301001

INVOICE #  813488

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301001
     Wingo, Robbie & Cherie
     Loan No. 420106650
     TC # NA

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/13/12 | BG | Review of scheduling letter and letter regarding bankruptcy stay issues | L120 | .20 hrs |
| 09/13/12 | JCCO | Review fax from local counsel with trial schedule and call co-defense counsel to discuss strategy | L240A | .50 hrs |
| 09/14/12 | JCCO | Draft Notice of Bankruptcy | L430 | .30 hrs |
| 09/19/12 | JHP | Phone call from local counsel to discuss bankruptcy status of client | L120 | .10 hrs |
| 09/20/12 | JCCO | Call borrower's counsel to discuss scheduling of trial and hearing on motion to dismiss | L120 | .70 hrs |
| 09/24/12 | ABB | Draft Notice of Bankruptcy and Supplemental Order with exhibit(s) | L110 | .60 hrs |
| 09/25/12 | BG | Revise notice of bankruptcy | L210 | .10 hrs |
| 09/25/12 | JCCO | Draft Amended Notice of Bankruptcy and send to C.Hancock for review | L210 | .80 hrs |
| 09/28/12 | ABB | Review scheduling order and calendar dates regarding same and update file | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                $683.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 30, 2012

ResCap

0R0806-301001

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .90 hrs | 150.00 /hr | 135.00 |
| Jonathan Cobb | 2.30 hrs | 200.00 /hr | 460.00 |
| Jon H. Patterson | .10 hrs | 255.00 /hr | 25.50 |
| Blake Goodsell | .30 hrs | 210.00 /hr | 63.00 |

TOTAL FEES                3.60 hrs                          $683.50

**TOTAL CHARGES FOR THIS INVOICE**                          **$683.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301001

INVOICE #  817992

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301001
     Wingo, Robbie & Cherie
     Loan No. 420106650
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | ABB | Further efforts in drafting Amended Bankruptcy filing and servicing Order | L110 | .20 hrs |
| 10/01/12 | CWH | Review and analyze plaintiff's complaint and then revise notice of bankruptcy regarding plaintiff's claims | L210 | .20 hrs |
| 10/01/12 | JCCO | Revise notice of bankruptcy and send to K.Krull for review and approval | L250 | .30 hrs |
| 10/03/12 | ABB | Prepare exhibit(s) regarding bankruptcy filing | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $183.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 315.00 /hr | 63.00 |
| Allison Burke | .40 hrs | 150.00 /hr | 60.00 |
| Jonathan Cobb | .30 hrs | 200.00 /hr | 60.00 |

TOTAL FEES              0.90 hrs              $183.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 16, 2012

0R0806-301001

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                     $183.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301001

INVOICE #  821003

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301001
     Wingo, Robbie & Cherie
     Loan No. 420106650
     TC # NA

### PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 11/06/12 | ERP | Draft status report for attorney review | L120 | .20 hrs |
| 11/06/12 | JCCO | Draft status report for client | L140 | .10 hrs |

TOTAL FEES FOR THIS MATTER                               $49.00

### BILLING SUMMARY

| | | | |
|------|------|------|------|
| Emily R. Powell | .20 hrs | 145.00 /hr | 29.00 |
| Jonathan Cobb | .10 hrs | 200.00 /hr | 20.00 |

TOTAL FEES                   0.30 hrs        $49.00

**TOTAL CHARGES FOR THIS INVOICE**              $49.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301005

INVOICE #  813489

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301005
     Dufour, Judy
     Loan No. 0359427121
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/12 | MW | Update case status regarding status of borrower's filings | L120 | .10 hrs |
| 09/25/12 | MW | Analysis of potential litigation strategy and options involving recorded documents | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $90.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .30 hrs | 300.00 /hr | 90.00 |

TOTAL FEES                    0.30 hrs                    $90.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$90.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301005

INVOICE #  817993

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301005
     Dufour, Judy
     Loan No. 0359427121
     TC # NA

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | MW | Draft status update regarding litigation strategy | L320 | .10 hrs |
| 10/29/12 | MW | Correspondence with Bank of America contact regarding research of second mortgage | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                 $60.00

### BILLING SUMMARY

| Monica Wilson | .20 hrs | 300.00 /hr | 60.00 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | | $60.00 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                            **$60.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                       0R0806-301005
Fort Washington, PA 19034

                                                          INVOICE #  821004

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0806-301005
         Dufour, Judy
         Loan No. 0359427121
         TC # NA

PROFESSIONAL SERVICES

11/01/12   MW   Draft status report for client regarding      L120      .10 hrs
                litigation strategy

11/05/12   MW   Review and analysis of parties related        L120     2.60 hrs
                to filings on property and multiple
                deeds of trust and assignments by date,
                in preparation for drafting complaint

11/05/12   MW   Draft and revise complaint for                L320     1.40 hrs
                declaratory judgment regarding frivolous
                correspondences and recordings by
                borrower

11/05/12   KK   Review and analyze timeline in case to        L110      .40 hrs
                determine chain of title and transfer of
                property in effort to understand second
                lien and priority in property

11/05/12   MPE  Review of client documents to determine       L110      .50 hrs
                all lien holders involved to assist with
                case strategy

11/07/12   KK   Research and review Maricopa County           L110     2.20 hrs
                official records to determine recent
                recordings, review recordings, and
                update timeline to reflect recent
                activity and distinguish between two
                properties in question; research clerk
                of court to determine status of civil
                case filed by pro se borrower



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0806-301005

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/09/12 | MW | Review and revise complaint for declaratory judgment related to title of property with addition of recent recorded documents filed by borrower | L320 | 1.70 hrs |
| 11/12/12 | CWH | Review and analyze the various recorded deeds of trusts and fraudulent documents/conveyances from Dufour and revise declaratory judgment action regarding same | L120 | .80 hrs |
| 11/13/12 | CWH | Continue to analyze the recorded deeds of trusts and fraudulent documents/conveyances and revise declaratory judgment action regarding same | L120 | 1.10 hrs |
| 11/13/12 | CWH | Email client regarding status and settlement prospects | L120 | .20 hrs |
| 11/25/12 | CWH | Follow-up with client regarding litigation and settlement prospects | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $2,929.00

01     Copy Charges                                               0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 2.20 hrs | 315.00 /hr | 693.00 |
| Monica Wilson | 5.80 hrs | 300.00 /hr | 1,740.00 |
| Melisa P. Palmer | .50 hrs | 160.00 /hr | 80.00 |
| Kerry Keane | 2.60 hrs | 160.00 /hr | 416.00 |

TOTAL FEES            11.10 hrs                    $2,929.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0806-301005

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $2,929.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
OR0806-301005

INVOICE # 829676

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0806-301005
     Dufour, Judy
     Loan No. 0359427121
     TC # NA

PROFESSIONAL SERVICES

| 12/03/12 | MW  | Draft status update for client regarding continued litigation strategy | L320 | .10 hrs |
| 12/08/12 | CWH | Follow-up with client on whether we file the suit | L120 | .10 hrs |
| 12/11/12 | CWH | Exchange e-mails with client regarding information to provide to Recovery Department about the loan | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $124.50

BILLING SUMMARY

| Christian W. Hancock | .30 hrs | 315.00 /hr | 94.50 |
| Monica Wilson        | .10 hrs | 300.00 /hr | 30.00 |

TOTAL FEES               0.40 hrs                $124.50

TOTAL CHARGES FOR THIS INVOICE                   $124.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301006

INVOICE #  813490

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301006
     Rogers, Larry
     Loan No. 122822000
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JHP | Review letter from counsel for Core Logic advising Court of settlement of case and emails to/from counsel for Core Logic to confirm GMAC would be included in the release | L160 | .30 hrs |
| 09/04/12 | JHP | Email to/from client contact advising that case has been settled by Core Logic and informing that we will close file once case is formally dismissed | L160 | .10 hrs |
| 09/04/12 | BG | Correspondence with client about settlement with third party and resulting release of GMAC | L160 | .10 hrs |
| 09/25/12 | BG | Review of proposed settlement agreement | L160 | .10 hrs |
| 09/25/12 | JHP | Review draft settlement agreement from counsel for CoreLogic | L160 | .40 hrs |
| 09/26/12 | JHP | Review draft settlement agreement from Core Logic and sent agreement to client contact K.Krull for review and comment | L160 | .30 hrs |
| 09/27/12 | JHP | Email to counsel for Core Logic to notify of receipt of draft settlement agreement and to notify that client is reviewing | L160 | .10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0806-301006

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                               $348.00

BILLING SUMMARY

    Jon H. Patterson          1.20 hrs    255.00 /hr        306.00
    Blake Goodsell             .20 hrs    210.00 /hr         42.00

TOTAL FEES                   1.40 hrs                    $348.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$348.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 16, 2012
1100 Virginia Drive                                       0R0806-301006
Fort Washington, PA 19034

                                                          INVOICE #  817994

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

      Re:  0R0806-301006
           Rogers, Larry
           Loan No. 122822000
           TC # NA

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/01/12 | BG | Draft status update regarding settlement consent | L190 | .10 hrs |
| 10/02/12 | JHP | Email to client contact K.Krull attaching modifiable version of draft settlement agreement for review and comment | L160 | .10 hrs |
| 10/04/12 | JHP | Emails to/from counsel for Core Logic to discuss settlement agreement | L160 | .10 hrs |
| 10/04/12 | JHP | Email to client contact K.Krull to request review of draft settlement agreement | L160 | .10 hrs |
| 10/11/12 | JHP | Emails and phone calls to/from counsel for Core Logic to discuss settlement agreement | L160 | .20 hrs |
| 10/11/12 | BG | Discuss settlement agreement with client | L160 | .10 hrs |
| 10/12/12 | BG | Contact client regarding settlement | L160 | .10 hrs |
| 10/12/12 | BG | Convey executed settlement agreement to opposing counsel | L160 | .10 hrs |
| 10/15/12 | JHP | Emails to/from counsel for CoreLogic confirming receipt of signed settlement agreement from GMAC | L160 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 16, 2012

ResCap

0R0806-301006

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $237.00

BILLING SUMMARY

Jon H. Patterson          .60 hrs    255.00 /hr        153.00
Blake Goodsell            .40 hrs    210.00 /hr         84.00

TOTAL FEES                1.00 hrs                   $237.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$237.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301006

INVOICE #  821005

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301006
     Rogers, Larry
     Loan No. 122822000
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | BG | Correspondence with counsel for Corelogic regarding settlement problems | L160 | .10 hrs |
| 11/01/12 | BG | Draft status report for client regarding settlement discussions | L190 | .10 hrs |
| 11/01/12 | JHP | Email from counsel for CoreLogic updating on progress of settlement negotiations with borrower | L160 | .10 hrs |
| 11/01/12 | JHP | Email to/from client contact K.Krull advising of status of settlement negotiations as indicated by counsel for CoreLogic | L160 | .10 hrs |
| 11/09/12 | BG | Correspondence with counsel for Corelogic | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $114.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .20 hrs | 255.00 /hr | 51.00 |
| Blake Goodsell | .30 hrs | 210.00 /hr | 63.00 |

TOTAL FEES            0.50 hrs            $114.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 30, 2012

ResCap

0R0806-301006

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $114.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301006

INVOICE #  829677

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301006
     Rogers, Larry
     Loan No. 122822000
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | JHP | Email from counsel for CoreLogic enclosing dismissal documents to be executed; executed documents and returned to counsel for CoreLogic | L240 | .30 hrs |
| 12/03/12 | JHP | Email to and phone call from client contact K.Krull to discuss dismissal documents | L240 | .20 hrs |
| 12/10/12 | JHP | Reviewed order from court dismissing case | L240 | .10 hrs |
| 12/10/12 | JHP | Email to client contact K.Krull to notify of court's order dismissing case with prejudice | L240 | .10 hrs |
| 12/10/12 | BG | Correspondence with the client regarding dismissal and file closure | L120 | .10 hrs |
| 12/27/12 | ABB | Prepare file for closing and draft settlement memo with attachments for attorney approval | L110 | .40 hrs |
| 12/28/12 | ABB | Finalize closing memo and forward same with attachments to client | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $289.50



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
JANUARY 17, 2013

ResCap

0R0806-301006

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .60 hrs | 150.00 /hr | 90.00 |
| Jon H. Patterson | .70 hrs | 255.00 /hr | 178.50 |
| Blake Goodsell | .10 hrs | 210.00 /hr | 21.00 |

TOTAL FEES            1.40 hrs                    $289.50

**TOTAL CHARGES FOR THIS INVOICE**            $289.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301010

INVOICE #  813491

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301010
     Hurley, Victoria (Truly Noble Service v. Hurley)
     Loan No. 702145404
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|-----|-------------|------|--------|
| 09/05/12 | JHP | Emails to/from client contact to discuss conversations with counsel for Truly Noble Services regarding potential resolution to case | L120 | .30 hrs |
| 09/05/12 | JHP | Phone call to/from counsel for Truly Noble Services to discuss bankruptcy stay issues and potential resolution to case | L190 | .20 hrs |
| 09/05/12 | BG | Correspondence with client regarding property inspection | L120 | .10 hrs |
| 09/12/12 | JHP | Emails to/from client contact K.Krull to discuss update on inspection of property | L120 | .20 hrs |
| 09/12/12 | BG | Correspondence with client regarding inspection | L120 | .10 hrs |
| 09/19/12 | JHP | Review letter from counsel for Truly Noble Services regarding bankruptcy suggestion | L190 | .20 hrs |
| 09/19/12 | BG | Correspondence with opposing counsel regarding applicability of the bankruptcy stay to the case | L120 | .10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0806-301010

FED ID NO. 63-0243316

---

09/26/12   JHP   Email to client contact K.Krull to          L120        .10 hrs
                 request update on property inspection
                 date


                 TOTAL FEES FOR THIS MATTER                              $318.00


BILLING SUMMARY

    Jon H. Patterson          1.00 hrs    255.00 /hr        255.00
    Blake Goodsell             .30 hrs    210.00 /hr         63.00


TOTAL FEES                    1.30 hrs                     $318.00

**TOTAL CHARGES FOR THIS INVOICE**                         $318.00
                                                          ============

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 16, 2012
1100 Virginia Drive                                            0R0806-301010
Fort Washington, PA 19034

                                                               INVOICE #  817995

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0806-301010
         Hurley, Victoria (Truly Noble Service v. Hurley)
         Loan No. 702145404
         TC # NA

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | JHP | Email to client contact K.Krull enclosing entry of default judgment entered against borrower and requesting update on GMAC's attempt to set up inspection of property | L120 | .10 hrs |
| 10/01/12 | BG | Receipt / review of default judgment against the borrower and correspondence with client regarding inspection dates | L120 | .10 hrs |
| 10/01/12 | BG | Draft status update regarding attempts to schedule inspection of the property and entry of default judgment against the borrower | L190 | .10 hrs |
| 10/03/12 | JHP | Phone calls to/from counsel for Truly Noble Services to discuss status of attempts to resolve case | L160 | .20 hrs |
| 10/10/12 | BG | Correspondence with client regarding scheduling property inspection | L120 | .10 hrs |
| 10/12/12 | BG | Discuss scheduling property inspection with client | L120 | .10 hrs |
| 10/15/12 | JHP | Emails to/from client contact K.Krull to discuss inspection of premises by client | L120 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 16, 2012

0R0806-301010

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/15/12 | BG | Correspondence from client regarding the completion of property inspection | L120 | .10 hrs |
| 10/16/12 | JHP | Emails to and from client contract K. Krull confirming repairs to home were completed | L120 | .10 hrs |
| 10/16/12 | BG | Correspondence with client regarding repair status of the property | L120 | .10 hrs |
| 10/17/12 | BG | Receipt / review of inspection results and evaluate advisability of executing insurance check based thereon | L120 | .10 hrs |
| 10/17/12 | BG | Correspondence with client regarding execution of insurance check and settlement of the case by agreed order | L160 | .10 hrs |
| 10/17/12 | JHP | Reviewed inspection results of property inspection by client and emails to/from client to confirm client is agreeable to take judgment in case allowing proceeds to be paid to third-party contractor and to discuss details of how to settle case in terms of having check signed for client | L160 | .60 hrs |
| 10/17/12 | JHP | Reviewed proposed journal entry of judgment prepared by counsel for construction company allowing check to be paid to and cashed by contractor and executed document and returned to counsel for contractor to file | L210 | .70 hrs |

TOTAL FEES FOR THIS MATTER                              $627.00



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 16, 2012

0R0806-301010

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 1.80 hrs | 255.00 /hr | 459.00 |
| Blake Goodsell | .80 hrs | 210.00 /hr | 168.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 2.60 hrs | | $627.00 |

**TOTAL CHARGES FOR THIS INVOICE**          **$627.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301010

INVOICE #  821006

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301010
     Hurley, Victoria (Truly Noble Service v. Hurley)
     Loan No. 702145404
     TC # NA

PROFESSIONAL SERVICES

| 11/01/12 | BG | Draft status report for client regarding Agreed Judgment | L190 | .20 hrs |
| 11/02/12 | JHP | Reviewed order from court entering agreed journal entry of judgment | L240 | .10 hrs |
| 11/06/12 | ABB | Draft closing memo and prepare settlement and closing documents | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                    $142.50

BILLING SUMMARY

| Allison Burke | .50 hrs | 150.00 /hr | 75.00 |
| Jon H. Patterson | .10 hrs | 255.00 /hr | 25.50 |
| Blake Goodsell | .20 hrs | 210.00 /hr | 42.00 |

TOTAL FEES                  0.80 hrs              $142.50

**TOTAL CHARGES FOR THIS INVOICE**              **$142.50**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301010

INVOICE #  829678

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301010
     Hurley, Victoria (Truly Noble Service v. Hurley)
     Loan No. 702145404
     TC # NA

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/04/12 | ABB | Edits to closing memo | L110 | .10 hrs |
| 12/04/12 | ABB | E-mail with multiple attachments to client regarding disposal of case and update file regarding same | L110 | .20 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $45.00 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .30 hrs | 150.00 /hr | 45.00 |
| TOTAL FEES | 0.30 hrs | | $45.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$45.00** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0806-301011
Fort Washington, PA 19034

INVOICE #  813492

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301011
     Bishop, Sr., Dale F.
     Loan No. 708124857
     TC # NA

PROFESSIONAL SERVICES

09/02/12  NSR  Draft status report for client          L120     .10 hrs

          TOTAL FEES FOR THIS MATTER                          $28.00

BILLING SUMMARY

   Nader Raja              .10 hrs   280.00 /hr        28.00

TOTAL FEES               0.10 hrs              $28.00

TOTAL CHARGES FOR THIS INVOICE               $28.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 16, 2012
1100 Virginia Drive                                       0R0806-301011
Fort Washington, PA 19034

                                                          INVOICE #  817996

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301011
     Bishop, Sr., Dale F.
     Loan No. 708124857
     TC # NA

PROFESSIONAL SERVICES

10/01/12  NSR  Draft status report for client          L120    .10 hrs

10/23/12  NSR  Telephone conference with opposing       L120    .20 hrs
               counsel regarding status of negotiations
               with City of Charlotte regarding
               condemnation actions


          TOTAL FEES FOR THIS MATTER                            $84.00


BILLING SUMMARY

    Nader Raja              .30 hrs   280.00 /hr          84.00


TOTAL FEES                 0.30 hrs                      $84.00

TOTAL CHARGES FOR THIS INVOICE                          $84.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              NOVEMBER 30, 2012
1100 Virginia Drive                                                0R0806-301011
Fort Washington, PA 19034

                                                                   INVOICE #  821007

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0806-301011
         Bishop, Sr., Dale F.
         Loan No. 708124857
         TC # NA

    PROFESSIONAL SERVICES

    11/01/12  NSR  Draft status report for client          L190      .10 hrs


              TOTAL FEES FOR THIS MATTER                            $28.00


    BILLING SUMMARY

       Nader Raja                 .10 hrs   280.00 /hr        28.00


    TOTAL FEES                    0.10 hrs                   $28.00

    TOTAL CHARGES FOR THIS INVOICE                          $28.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       JANUARY 17, 2013
1100 Virginia Drive                                          0R0806-301011
Fort Washington, PA 19034

                                                             INVOICE #  829679

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0806-301011
         Bishop, Sr., Dale F.
         Loan No. 708124857
         TC # NA

    PROFESSIONAL SERVICES

    12/01/12  NSR  Draft status report for client        L120      .10 hrs


                 TOTAL FEES FOR THIS MATTER                     $28.00


    BILLING SUMMARY

        Nader Raja              .10 hrs    280.00 /hr        28.00


    TOTAL FEES                 0.10 hrs                      $28.00

    **TOTAL CHARGES FOR THIS INVOICE**                       $28.00

                 ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301012

INVOICE #  813493

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301012
     Potter, Kathy M.
     Loan No. 601705901
     TC # NA

<u>PROFESSIONAL SERVICES</u>

09/02/12  NSR  Draft status report for client          L120      .10 hrs


              TOTAL FEES FOR THIS MATTER                     $28.00


<u>BILLING SUMMARY</u>

   Nader Raja              .10 hrs    280.00 /hr        28.00


TOTAL FEES                 0.10 hrs                    $28.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$28.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0R0806-301012

INVOICE #  818902

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301012
     Potter, Kathy M.
     Loan No. 601705901
     TC # NA

### PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 10/23/12 | NSR | Draft amended notice of bankruptcy regarding condemnation claims | L250 | .20 hrs |
| 10/23/12 | NSR | Review and analyze deed of trust regarding assignment of miscellaneous proceeds | L120 | .20 hrs |
| 10/23/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .40 hrs |

|  | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $260.00 |
| 01    Copy Charges | | 0.00 |

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Michael C. Griffin | .40 hrs | 300.00 /hr | 120.00 |
| Nader Raja | .50 hrs | 280.00 /hr | 140.00 |
| TOTAL FEES | 0.90 hrs | | $260.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0806-301012

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $260.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301012

INVOICE #  821008

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301012
     Potter, Kathy M.
     Loan No. 601705901
     TC # NA

PROFESSIONAL SERVICES

11/01/12  NSR  Draft status report for client          L190      .10 hrs

             TOTAL FEES FOR THIS MATTER                        $28.00

BILLING SUMMARY

   Nader Raja              .10 hrs    280.00 /hr         28.00

TOTAL FEES                 0.10 hrs                     $28.00

TOTAL CHARGES FOR THIS INVOICE                         $28.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301012

INVOICE #  829680

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301012
     Potter, Kathy M.
     Loan No. 601705901
     TC # NA

PROFESSIONAL SERVICES

12/01/12  NSR  Draft status report for client          L120      .10 hrs


              TOTAL FEES FOR THIS MATTER                     $28.00


BILLING SUMMARY

   Nader Raja              .10 hrs    280.00 /hr        28.00


TOTAL FEES              0.10 hrs              $28.00

**TOTAL CHARGES FOR THIS INVOICE**          $28.00

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301013

INVOICE #  813494

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301013
     Caraballo, Mariano and Debra
     Loan No. 8685433789
     TC # NA

PROFESSIONAL SERVICES

09/02/12  NSR  Draft status report for client          L120      .10 hrs


            TOTAL FEES FOR THIS MATTER                       $28.00


BILLING SUMMARY

    Nader Raja              .10 hrs    280.00 /hr        28.00


TOTAL FEES                  0.10 hrs                     $28.00

**TOTAL CHARGES FOR THIS INVOICE**                      $28.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0R0806-301013

INVOICE #  818903

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301013
     Caraballo, Mariano and Debra
     Loan No. 8685433789
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 10/23/12 | NSR | Draft amended notice of bankruptcy regarding condemnation claims | L250 | .30 hrs |
| 10/23/12 | NSR | Review and analyze deed of trust regarding assignment of miscellaneous proceeds | L120 | .30 hrs |
| 10/23/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                        $316.00

35        Express Mail/Fedex                                      0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .40 hrs | 300.00 /hr | 120.00 |
| Nader Raja | .70 hrs | 280.00 /hr | 196.00 |

TOTAL FEES           1.10 hrs           $316.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 19, 2012

ResCap

0R0806-301013

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $316.00

***** TOTAL DUE UPON RECEIPT *****