BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301013

INVOICE #  821009

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301013
     Caraballo, Mariano and Debra
     Loan No. 8685433789
     TC # NA

PROFESSIONAL SERVICES

11/01/12  NSR  Draft status report for client          L190      .10 hrs


             TOTAL FEES FOR THIS MATTER                     $28.00


BILLING SUMMARY

   Nader Raja                  .10 hrs   280.00 /hr        28.00


TOTAL FEES                    0.10 hrs                   $28.00

TOTAL CHARGES FOR THIS INVOICE                           $28.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301013

INVOICE #  829681

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301013
     Caraballo, Mariano and Debra
     Loan No. 8685433789
     TC # NA

PROFESSIONAL SERVICES

12/01/12  NSR  Draft status report for client            L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                              $28.00


BILLING SUMMARY

   Nader Raja              .10 hrs    280.00 /hr        28.00


TOTAL FEES                0.10 hrs                     $28.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$28.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JANUARY 17, 2013
1100 Virginia Drive                                       0R0806-301014
Fort Washington, PA 19034

                                                          INVOICE #  829682

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0806-301014
         COLE, GREGORY & Gaynell
         Loan No. 7442344974
         TC # NA

PROFESSIONAL SERVICES

03/06/12  MST  Receive new client documents          L110      .20 hrs


              TOTAL FEES FOR THIS MATTER                     $30.00


BILLING SUMMARY

    Melanie Thompson          .20 hrs    150.00 /hr       30.00


TOTAL FEES                    0.20 hrs                   $30.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$30.00**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301015

INVOICE #  813495

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301015
     LETBETTER, Inez and Frank
     Loan No. 656114175
     TC # NA

PROFESSIONAL SERVICES

09/03/12  JHP  Provide monthly status update to client.   L120    .10 hrs

                TOTAL FEES FOR THIS MATTER                      $25.50


EXPENSES

  61      Local Counsel Fees                                        154.38
                TOTAL COSTS FOR THIS MATTER              $154.38


BILLING SUMMARY

    Jon H. Patterson          .10 hrs   255.00 /hr        25.50

TOTAL FEES                     0.10 hrs              $25.50

TOTAL EXPENSES                                      $154.38

**TOTAL CHARGES FOR THIS INVOICE**                  **$179.88**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 16, 2012
1100 Virginia Drive                                            0R0806-301015
Fort Washington, PA 19034

                                                               INVOICE # 817997
                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301015
     LETBETTER, Inez and Frank
     Loan No. 656114175
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | BG | Draft status update regarding borrower's bankruptcy status | L190 | .20 hrs |
| 10/02/12 | BG | Check status of bankruptcy case | L190 | .20 hrs |
| 10/02/12 | BG | Check status of the underlying litigation and prepare to make an appearance in the case | L190 | .10 hrs |
| 10/02/12 | ABB | Retrieve docket report from Dallas County, Arkansas and research recent case activity update file regarding same | L110 | .20 hrs |
| 10/02/12 | ABB | Communications with Westlaw Court Express regarding case activity in civil case | L110 | .20 hrs |
| 10/02/12 | ABB | Analysis of file to ascertain information pertaining to borrowers' bankruptcy filing | L110 | .20 hrs |
| 10/03/12 | ABB | Analysis of docket sheet to obtain information regarding case activity | L110 | .20 hrs |
| 10/03/12 | ABB | Analysis of Confirmation Plan Order in Bankruptcy case and multiple Orders from the Court pertaining to borrower's bankruptcy case | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

|  |  |
|---|---|
| | PAGE     2 |
| ResCap | NOVEMBER 16, 2012 |
| | 0R0806-301015 |
| | FED ID NO. 63-0243316 |

| Date | Init | Description | Code | Time |
|------|------|-------------|------|------|
| 10/03/12 | BG | Review Chapter 13 plan for payment to GMAC and to Plaintiff in the underlying case and evaluate impact on case strategy | L120 | .20 hrs |
| 10/08/12 | ABB | Finalize Notice of Appearance and prepare same for filing with the Court and for service upon parties | L110 | .20 hrs |
| 10/08/12 | ABB | Draft memo to Court regarding filing | L110 | .10 hrs |
| 10/15/12 | BG | Evaluate impacts of borrower's bankruptcy Chapter 13 plan | L120 | .20 hrs |
| 10/15/12 | BG | Call opposing counsel to discuss case status following confirmed Chapter 13 repayment plan | L120 | .20 hrs |
| 10/16/12 | ABB | Analysis of file to obtain stamped court pleadings received from local counsel in order to ascertain same | L110 | .20 hrs |
| 10/16/12 | ABB | E-mail communications to and from local counsel regarding notice of bankruptcy pleadings filed with the Court | L110 | .10 hrs |
| 10/17/12 | ABB | Receive e-mail communications from local counsel and reply with attachments regarding bankruptcy stay | L110 | .20 hrs |
| 10/17/12 | BG | Correspondence with local counsel regarding Notice of Bankruptcy | L210 | .10 hrs |
| 10/19/12 | ABB | Review filed pleadings regarding bankruptcy from co-counsel and update file | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                               $597.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
NOVEMBER 16, 2012

0R0806-301015

FED ID NO. 63-0243316

BILLING SUMMARY

|  | | | |
|---|---|---|---|
| Allison Burke | 2.30 hrs | 150.00 /hr | 345.00 |
| Blake Goodsell | 1.20 hrs | 210.00 /hr | 252.00 |
| TOTAL FEES | 3.50 hrs | | $597.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$597.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                       0R0806-301015
Fort Washington, PA 19034

                                                         INVOICE #  821010

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0806-301015
         LETBETTER, Inez and Frank
         Loan No. 656114175
         TC # NA

    PROFESSIONAL SERVICES

    11/01/12  BG    Draft status report for client regarding    L190    .10 hrs
                    agreed bankruptcy judgment and seeking
                    agreed dismissal

    11/08/12  BG    Draft correspondence to opposing counsel    L120    .20 hrs
                    regarding voluntary dismissal


                    TOTAL FEES FOR THIS MATTER                          $63.00


    EXPENSES


       12       Court Costs - Pleadings                               204.50

                TOTAL COSTS FOR THIS MATTER                      $204.50


    BILLING SUMMARY

       Blake Goodsell          .30 hrs   210.00 /hr        63.00


    TOTAL FEES            0.30 hrs              $63.00

    TOTAL EXPENSES                              $204.50



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0806-301015

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $267.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JANUARY 17, 2013
1100 Virginia Drive                                            0R0806-301015
Fort Washington, PA 19034

INVOICE #  829683

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301015
     LETBETTER, Inez and Frank
     Loan No. 656114175
     TC # NA

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | BG | Draft status report regarding discussions with opposing counsel about an agreed dismissal based on payments made under a bankruptcy plan | L190 | .10 hrs |
| 12/03/12 | BG | Draft letter to opposing counsel regarding agreed dismissal based on bankruptcy dismissal | L120 | .20 hrs |
| 12/12/12 | BG | Correspondence with opposing counsel regarding dismissal of suit and bankruptcy stay | L120 | .10 hrs |
| 12/19/12 | BG | Evaluate alternative methods for securing dismissal of suit | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                     $105.00

01      Copy Charges                                              0.00

### BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Blake Goodsell | .50 hrs | 210.00 /hr | 105.00 |

TOTAL FEES              0.50 hrs          $105.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
JANUARY 17, 2013

ResCap

0R0806-301015

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    $105.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0806-301016

INVOICE #  813496

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0806-301016
     Willaman, James N.
     Loan No. 708154013
     TC # NA

PROFESSIONAL SERVICES

09/02/12  NSR  Draft status report for client            L120     .10 hrs


          TOTAL FEES FOR THIS MATTER                           $28.00


BILLING SUMMARY

   Nader Raja                .10 hrs   280.00 /hr        28.00


TOTAL FEES                  0.10 hrs                    $28.00

TOTAL CHARGES FOR THIS INVOICE                         $28.00

          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0R0806-301016

INVOICE #  818904

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301016
     Willaman, James N.
     Loan No. 708154013
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 10/02/12 | MPE | Draft and finalize closing file memorandum and sent to K.Krull for review. | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $92.00

10/09/12 Express Mail/Fedex                                    0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .10 hrs | 280.00 /hr | 28.00 |
| Melisa P. Palmer | .40 hrs | 160.00 /hr | 64.00 |

TOTAL FEES              0.50 hrs                $92.00

**TOTAL CHARGES FOR THIS INVOICE**              $92.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301017

INVOICE #  813497

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301017
     Haney, Janet
     Loan No. N/A
     TC # NA

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 09/25/12 | BG | Check status of pending motion of withdraw funds from registry | L120 | .10 hrs |
| 09/26/12 | ABB | Review of filed motions regarding the court's registry in preparation for contacting Court in order to obtain recent status and/or coordinate hearing regarding same | L110 | .20 hrs |
| 09/26/12 | ABB | Telephone conference with Judge's office regarding status of court registry funds and further coordinate a hearing regarding same as well as e-mail communications | L110 | .40 hrs |
| 09/28/12 | ABB | Research process for obtaining tax certificate in order to file same with the Court | L110 | .30 hrs |
| 09/28/12 | ABB | Telephone conferences with Denton County Probate and Denton County Clerk's office regarding tax certificate | L110 | .20 hrs |
| 09/28/12 | ABB | Draft Notice of Hearing regarding funds in the Court registry | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                          $261.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0806-301017

FED ID NO. 63-0243316

<u>EXPENSES</u>

09/28/12 Copy Charges - OUTSIDE SOURCES - DENTON COUNTY          10.00
         TEXAS CLERK AB COPY OF TAX CERTIFICATE
         Bank ID: GENR Check Number: 99795

         TOTAL COSTS FOR THIS MATTER                           $10.00


<u>BILLING SUMMARY</u>

     Allison Burke          1.60 hrs    150.00 /hr        240.00
     Blake Goodsell          .10 hrs    210.00 /hr         21.00


TOTAL FEES                  1.70 hrs                      $261.00

TOTAL EXPENSES                                            $10.00

**TOTAL CHARGES FOR THIS INVOICE**                        $271.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
OR0806-301017

INVOICE #  817998

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0806-301017
     Haney, Janet
     Loan No. N/A
     TC # NA

<u>EXPENSES</u>

| | | |
|---|---|--:|
| 10/23/12 | Copy Charges | 0.00 |
| 10/23/12 | Copy Charges | 0.00 |
| 10/23/12 | Copy Charges | 0.00 |
| 10/23/12 | Copy Charges | 0.00 |
| 10/05/12 | Postage Charges 10/01/2012 | 0.00 |
| 10/30/12 | Filing Fees - BUSINESS CARD TX ONLINE 10-2-12<br>Bank ID: GENR Check Number: 101476 | 8.48 |
| 10/30/12 | Filing Fees - BUSINESS CARD DENTON COUNTY<br>PROBATE 10-2-12<br>Bank ID: GENR Check Number: 101476 | 2.00 |
| 10/29/12 | Airline Tickets - JON PATTERSON ATTEND HEARING<br>IN DENTON, TX 10/24/12<br>Bank ID: GENR Check Number: 101599 | 649.60 |
| 10/29/12 | Travel Expense - JON PATTERSON ATTEND HEARING<br>IN DENTON, TX 10/24/12 RENTAL CAR<br>Bank ID: GENR Check Number: 101599 | 88.92 |
| 10/29/12 | Travel Expense - JON PATTERSON ATTEND HEARING<br>IN DENTON, TX 10/24/12 FUEL, PARKING<br>Bank ID: GENR Check Number: 101599 | 21.75 |
| 10/29/12 | Meal Expense - JON PATTERSON ATTEND HEARING IN<br>DENTON, TX 10/24/12<br>Bank ID: GENR Check Number: 101599 | 20.64 |

                 TOTAL COSTS FOR THIS MATTER              $791.39

TOTAL FEES              0.00 hrs                    $.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 16, 2012

0R0806-301017

FED ID NO. 63-0243316

TOTAL EXPENSES                                     $791.39

**TOTAL CHARGES FOR THIS INVOICE**                 **$791.39**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        NOVEMBER 19, 2012
1100 Virginia Drive                                           0R0806-301017
Fort Washington, PA 19034

                                                              INVOICE #  818905

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

     Re:  0R0806-301017
          Haney, Janet
          Loan No. N/A
          TC # NA

PROFESSIONAL SERVICES

10/01/12  BG    Draft status update regarding setting      L190      .10 hrs
                hearing on Motion to Withdraw Funds and
                tax certificate

10/01/12  ABB   Correspondence with enclosures to Denton   L110      .40 hrs
                County tax office regarding tax
                certificate

10/02/12  ABB   Finalize Notice of Hearing and prepare     L110      .30 hrs
                for electronic filing with Denton County
                Texas and for service upon all parties
                via e-mail and certified mail

10/02/12  ABB   Calendar information pertaining to         L110      .20 hrs
                hearing on all pending motions scheduled
                for October 24, 2012

10/03/12  ABB   Correspondence with attachments to        L110      .30 hrs
                borrower and all counsel regarding
                hearing

10/03/12  ABB   E-mail communications with attachments    L110      .20 hrs
                to all counsel regarding Motion to
                Withdraw Award of the Court

10/08/12  ABB   Track service upon pro se party           L110      .20 hrs
                regarding service of hearing documents
                and notice in preparing for same



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 19, 2012

0R0806-301017

FED ID NO. 63-0243316

| 10/17/12 | BG | Draft proposed order on hearing to distribute funds from the court registry | L210 | .20 hrs |
|---|---|---|---|---|
| 10/17/12 | BG | Contact local counsel to secure appearance at hearing to distribute funds from the court registry | L230 | .10 hrs |
| 10/23/12 | ABB | Retrieval of docket in order to obtain information regarding upcoming hearing | L110 | .20 hrs |
| 10/23/12 | ABB | Compilation of pleadings and preparation of hearing notebook regarding funds of court registry | L110 | 1.30 hrs |
| 10/24/12 | ABB | Further detailed efforts in obtaining certified tax certificate including telephone calls, e-mail communications, etc regarding property in preparation for hearing | L110 | .50 hrs |
| 10/24/12 | JHP | Prepared for and attended hearing on motion to withdraw funds from court registry | L250 | 5.00 hrs |
| 10/24/12 | BG | Work on hearing on motion to withdraw funds from the registry | L210 | .60 hrs |
| 10/24/12 | BG | Conversation with client regarding escrow items in relation to hearing on motion to withdraw funds from the registry | L190 | .20 hrs |
| 10/24/12 | BG | Address issues related to current ownership of the loan | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $2,130.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 19, 2012

ResCap

0R0806-301017

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 3.60 hrs | 150.00 /hr | 540.00 |
| Jon H. Patterson | 5.00 hrs | 255.00 /hr | 1,275.00 |
| Blake Goodsell | 1.50 hrs | 210.00 /hr | 315.00 |

TOTAL FEES            10.10 hrs                    $2,130.00

**TOTAL CHARGES FOR THIS INVOICE**              $2,130.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301017

INVOICE #  821011

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301017
     Haney, Janet
     Loan No. N/A
     TC # NA

PROFESSIONAL SERVICES

| 11/01/12 | BG  | Draft status report for client regarding results of hearing and plan for file closure                                                                     | L190 | .20 hrs |
| 11/06/12 | JHP | Reviewed and edited motion to withdraw                                                                                                                    | L250 | .10 hrs |
| 11/06/12 | BG  | Draft Motion to Withdraw as Counsel                                                                                                                       | L210 | .20 hrs |
| 11/06/12 | BG  | Correspondence with client regarding Motion to Withdraw as Counsel                                                                                        | L210 | .10 hrs |
| 11/08/12 | BG  | File Notice of Disclaimer of Interest and Withdraw as Counsel                                                                                             | L210 | .20 hrs |
| 11/08/12 | ABB | Finalize Disclaimer of Interest and prepare same for electronic filing in Denton County Probate Court and for certified service among multiple parties    | L110 | .50 hrs |
| 11/08/12 | ABB | COrrespondence via facsimile to all parties regarding Motion to Withdraw and Disclaimer of Interest                                                        | L110 | .30 hrs |
| 11/08/12 | JHP | Revised and edited notice of disclaimer of interest in proceeds of loan                                                                                   | L210 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0806-301017

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/08/12 | JHP | Emails to/from client contact K.Krull to discuss strategy with respect to proper pleading to file to disclaim interest in proceeds of loan at issue | L120 | .30 hrs |
| 11/20/12 | BG | Confirm withdraw as counsel and work on closing memorandum | L120 | .10 hrs |
| 11/22/12 | ABB | Track service upon pro se borrower regarding Disclaimer of Interest | L110 | .20 hrs |
| 11/22/12 | ABB | Retrieval of docket report for verification of withdrawing in preparation for closing file | L110 | .20 hrs |
| 11/30/12 | ABB | Draft closing memo and prepare settlement documents regarding disclaimer of interest recently filed by BABC | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                               $688.50


EXPENSES

| | | |
|---|---|---|
| 11/20/12 | Copy Charges | 0.00 |
| 11/20/12 | Copy Charges | 0.00 |
| 11/23/12 | Filing Fees - BANK OF AMERICA DENTON COUNTY PROBATE 11-8-12 | 2.00 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 11-5-12 | 8.44 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA DENTON COUNTY PROBATE 11-8-12 | 2.00 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 11-8-12 | 8.48 |
| | Bank ID: GENR Check Number: 102858 | |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 30, 2012

0R0806-301017

FED ID NO. 63-0243316

11/23/12 Filing Fees - BUSINESS CARD DENTON COUNTY                    (2.00)
         PROBATE 11-8-12
         Bank ID: GENR Check Number: 102858

         TOTAL COSTS FOR THIS MATTER                          $18.92


BILLING SUMMARY

    Allison Burke           1.60 hrs   150.00 /hr        240.00
    Jon H. Patterson        1.10 hrs   255.00 /hr        280.50
    Blake Goodsell           .80 hrs   210.00 /hr        168.00


    TOTAL FEES              3.50 hrs                     $688.50

    TOTAL EXPENSES                                        $18.92

    **TOTAL CHARGES FOR THIS INVOICE**                   **$707.42**


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JANUARY 17, 2013
1100 Virginia Drive                                       0R0806-301017
Fort Washington, PA 19034

                                                          INVOICE #  829684

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

   Re:  0R0806-301017
        Haney, Janet
        Loan No. N/A
        TC # NA

<u>PROFESSIONAL SERVICES</u>

11/30/12  ABB   E-mail communications with client         L110    .20 hrs
                regarding case disposal with attachments


                TOTAL FEES FOR THIS MATTER                        $30.00


<u>BILLING SUMMARY</u>

   Allison Burke            .20 hrs    150.00 /hr          30.00


TOTAL FEES                  0.20 hrs                       $30.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$30.00**


         ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301018

INVOICE #  813498

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301018
     Beach, Michael
     Loan No. 7426860664
     TC # NA

PROFESSIONAL SERVICES

| 09/07/12 | CSM | Draft amended notice of bankruptcy and suggestion of automatic stay | L250 | .20 hrs |
| 09/07/12 | CSM | Telephone conference with counsel for Balboa Insurance regarding service of discovery | L390 | .20 hrs |
| 09/07/12 | CSM | E-mail correspondence with client regarding service of discovery | L390 | .20 hrs |
| 09/07/12 | CSM | Review servicing notes | L390 | .20 hrs |
| 09/18/12 | CSM | E-mail correspondence with cliet and counsel for Balboa Insurance | L190 | .20 hrs |

|  | TOTAL FEES FOR THIS MATTER | $295.00 |

09/10/12 Express Mail/Fedex                                    0.00

BILLING SUMMARY

| Cory S. Menees | 1.00 hrs | 295.00 /hr | 295.00 |

| TOTAL FEES | 1.00 hrs |  | $295.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0806-301018

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $295.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         NOVEMBER 16, 2012
1100 Virginia Drive                                            0R0806-301018
Fort Washington, PA 19034

                                                              INVOICE #  817999

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301018
     Beach, Michael
     Loan No. 7426860664
     TC # NA

PROFESSIONAL SERVICES

| 10/08/12 | CSM | Emails with client regarding proof of disbursement of insurance proceeds to borrower requested by co-defendant in action | L190 | .10 hrs |
| 10/09/12 | LADA | Receipt and review of designation received from opposing counsel | L210 | .50 hrs |
| 10/17/12 | CSM | Review and analyze servicing notes and check reference to determine amount of insurance proceeds disbursed to borrower | L390 | 1.00 hrs |
| 10/17/12 | CSM | Emails with client and counsel for insurance company regarding disbursement of insurance proceeds to borrower | C300 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                    $471.00


BILLING SUMMARY

| Cory S. Menees | 1.30 hrs | 295.00 /hr | 383.50 |
| Lucinda Kish | .50 hrs | 175.00 /hr | 87.50 |

| TOTAL FEES | 1.80 hrs | | $471.00 |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 16, 2012

0R0806-301018

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $471.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                            NOVEMBER 30, 2012
1100 Virginia Drive                                              0R0806-301018
Fort Washington, PA 19034

                                                                 INVOICE #  821012

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

        Re:  0R0806-301018
             Beach, Michael
             Loan No. 7426860664
             TC # NA

        PROFESSIONAL SERVICES

        11/08/12  CSM  Communicate with counsel for          L120      .10 hrs
                       co-defendant regarding case


                       TOTAL FEES FOR THIS MATTER                    $29.50


        BILLING SUMMARY

           Cory S. Menees            .10 hrs   295.00 /hr         29.50


        TOTAL FEES                  0.10 hrs                    $29.50

        **TOTAL CHARGES FOR THIS INVOICE**                     **$29.50**


                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          JANUARY 17, 2013
1100 Virginia Drive                                            0R0806-301018
Fort Washington, PA 19034

                                                               INVOICE #  829685

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0806-301018
         Beach, Michael
         Loan No. 7426860664
         TC # NA

    PROFESSIONAL SERVICES

    12/03/12   CSM   Communicate with counsel for          L190      .10 hrs
                     co-defendant regarding case status and
                     potential for resolution of litigation
                     based on documents provided in discovery

    12/13/12   LADA  Draft memorandum regarding resolution of   L140      .50 hrs
                     matter

    12/20/12   CSM   Draft closing memorandum              L190      .20 hrs


               TOTAL FEES FOR THIS MATTER                        $176.00


    BILLING SUMMARY

       Cory S. Menees          .30 hrs    295.00 /hr          88.50
       Lucinda Kish            .50 hrs    175.00 /hr          87.50


    TOTAL FEES              0.80 hrs                      $176.00

    TOTAL CHARGES FOR THIS INVOICE                        $176.00

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301019

INVOICE #  813499

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301019
     Huff, Louis E.
     Loan No.7800568347
     TC # NA

PROFESSIONAL SERVICES

| 09/11/12 | BG | Correspondence with opposing counsel regarding settlement discussions | L160 | .10 hrs |
| 09/12/12 | BG | Receipt of settlement offer from opposing counsel | L160 | .10 hrs |
| 09/27/12 | BG | Review of correspondence between counsel regarding settlement | L160 | .10 hrs |

|  | TOTAL FEES FOR THIS MATTER | $63.00 |

BILLING SUMMARY

| Blake Goodsell | .30 hrs | 210.00 /hr | 63.00 |

| TOTAL FEES | 0.30 hrs | $63.00 |

| **TOTAL CHARGES FOR THIS INVOICE** | **$63.00** |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301019

INVOICE #  818000

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301019
     Huff, Louis E.
     Loan No.7800568347
     TC # NA

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | BG | Draft status update regarding attempts to settle the case | L190 | .10 hrs |
| 10/03/12 | JW | Review file to determine next steps required in action | L120 | 1.50 hrs |
| 10/04/12 | JW | Continue reviewing and analyzing file to determine next steps required in action | L120 | .20 hrs |
| 10/04/12 | JW | Receive and revise Notice of Appearance | L210 | .10 hrs |
| 10/04/12 | ABB | Draft Notice of Appearance regarding BABC file transfer | L110 | .60 hrs |
| 10/08/12 | ABB | Finalize Notice of Appearance and prepare same for electronic filing with the Court | L110 | .30 hrs |
| 10/08/12 | ABB | Prepare Notice for service upon A.Hancock via certified mail regarding recent filing | L110 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER              $531.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 16, 2012

0R0806-301019

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.00 hrs | 150.00 /hr | 150.00 |
| Jay Wright | 1.80 hrs | 200.00 /hr | 360.00 |
| Blake Goodsell | .10 hrs | 210.00 /hr | 21.00 |

| | | |
|---|---|---|
| TOTAL FEES | 2.90 hrs | $531.00 |

**TOTAL CHARGES FOR THIS INVOICE**                         **$531.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 30, 2012
1100 Virginia Drive                                         0R0806-301020
Fort Washington, PA 19034

                                                            INVOICE #  813500

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301020
     Chatani, Navin
     Loan No. 7421243528
     TC # NA

PROFESSIONAL SERVICES

| 09/07/12 | BAW | Approve drafts of September 1 status reports to client | L190 | .20 hrs |
| 09/10/12 | BAW | Review supplemental notice of bankruptcy | L250 | .20 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/10/12 | JDV | Draft Amended Notice of Bankruptcy | L210 | .40 hrs |
| 09/11/12 | JDV | Prepare Amended Notice of Bankruptcy for service and filing | L210 | .20 hrs |
| 09/19/12 | BAW | Extensive email memo to N.Chatani urging dismissal of forced place coverage claim | L160 | .80 hrs |

          TOTAL FEES FOR THIS MATTER                        $559.50

| 09/11/12 | Copy Charges | 0.00 |
| 09/11/12 | Copy Charges | 0.00 |
| 09/11/12 | Copy Charges | 0.00 |
| 09/11/12 | Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| Brian Wahl | 1.20 hrs | 305.00 /hr | 366.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | .60 hrs | 250.00 /hr | 150.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0806-301020

FED ID NO. 63-0243316

TOTAL FEES                    2.10 hrs                    $559.50

**TOTAL CHARGES FOR THIS INVOICE**                       **$559.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 16, 2012
1100 Virginia Drive                                       0R0806-301020
Fort Washington, PA 19034

                                                          INVOICE #  818001

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301020
     Chatani, Navin
     Loan No. 7421243528
     TC # NA

PROFESSIONAL SERVICES

10/02/12  JAM  Access online docket and review recent      L190      .30 hrs
               case activity

10/03/12  BAW  Review October docket                       L190      .10 hrs


          TOTAL FEES FOR THIS MATTER                                 $74.00


BILLING SUMMARY

   Brian Wahl              .10 hrs   305.00 /hr         30.50
   Jamie Mathews           .30 hrs   145.00 /hr         43.50


TOTAL FEES                 0.40 hrs                     $74.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$74.00**


          ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                       0R0806-301020
Fort Washington, PA 19034

INVOICE #  821013

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301020
     Chatani, Navin
     Loan No. 7421243528
     TC # NA

PROFESSIONAL SERVICES

11/13/12  JAM  Pull Access online docket and review for    L190     .30 hrs
               recent case activity for recent case
               activity


               TOTAL FEES FOR THIS MATTER                          $43.50


BILLING SUMMARY

   Jamie Mathews          .30 hrs    145.00 /hr        43.50


TOTAL FEES              0.30 hrs                      $43.50

**TOTAL CHARGES FOR THIS INVOICE**                   **$43.50**


          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301020

INVOICE #  829686

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301020
     Chatani, Navin
     Loan No. 7421243528
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | BAW | Confirm stay of matter | L190 | .20 hrs |
| 12/03/12 | BAW | Review correspondence with borrower regarding voluntary dismissal and follow up regarding same | L190 | .30 hrs |
| 12/07/12 | BAW | Review Dec., 2012 updated docket from J.Mathews | L210 | .20 hrs |
| 12/07/12 | BAW | Correspond with N.Chatani regarding case disposition | L160 | .20 hrs |
| 12/18/12 | BAW | Review correspondence from borrower regarding adjustment to forced place insurance and escrow as well as threatened litigation | L190 | .30 hrs |
| 12/18/12 | BAW | Follow up memo to client regarding escalation of seriousness of claim | L190 | .60 hrs |
| 12/19/12 | BAW | Review forced place insurance coverage provided for borrower for flood, fire and wind | L190 | .50 hrs |
| 12/19/12 | BAW | Research regarding proof of insurance provided by borrower | L190 | .30 hrs |
| 12/20/12 | BAW | Telephone conference with N.Chatani regarding forced place insurance | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                              JANUARY 17, 2013

0R0806-301020

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/21/12 | BAW | Research regarding borrower's claim regarding forced place insurance | L160 | .80 hrs |
| 12/28/12 | BAW | Continue working on resolution to forced-place insurance/escrow problems with borrower's account | L120 | .80 hrs |

TOTAL FEES FOR THIS MATTER                                 $1,403.00

BILLING SUMMARY

Brian Wahl                 4.60 hrs    305.00 /hr        1,403.00

TOTAL FEES                 4.60 hrs                    $1,403.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,403.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0806-301021

INVOICE #  813501

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0806-301021
     Mapp, Cicily P.
     Loan No. 601916928
     TC # NA

PROFESSIONAL SERVICES

09/03/12  KSA  Prepare monthly status report for client    L120    .10 hrs


         TOTAL FEES FOR THIS MATTER                       $22.50


BILLING SUMMARY

   Keith S. Anderson         .10 hrs   225.00 /hr        22.50


TOTAL FEES                 0.10 hrs                    $22.50

**TOTAL CHARGES FOR THIS INVOICE**                    $22.50


         ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0R0806-301021

INVOICE #  818906

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301021
     Mapp, Cicily P.
     Loan No. 601916928
     TC # NA

PROFESSIONAL SERVICES

10/01/12  MMB  Attend to e-mail with K.Krull regarding      P500      .20 hrs
               calendar call and possible settlement


               TOTAL FEES FOR THIS MATTER                         $48.00

10/12/12 Copy Charges                                               0.00
10/12/12 Express Mail/Fedex                                         0.00

BILLING SUMMARY

   Melissa Burton            .20 hrs   240.00 /hr        48.00


TOTAL FEES                   0.20 hrs                  $48.00

**TOTAL CHARGES FOR THIS INVOICE**                     $48.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301022

INVOICE #  813502

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301022
     Holloway, Anthony
     Loan No. 810012544
     TC # NA

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .20 hrs |
| 09/11/12 | HTC | Review case file to determine steps going forward and progress of case | L120 | .10 hrs |
| 09/12/12 | JDV | Review Notice of Dropping V. Frank Desguin, the Charlotte County Property Appraiser | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER                      $105.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 305.00 /hr | 30.50 |
| Jose D. Vega | .30 hrs | 250.00 /hr | 75.00 |

TOTAL FEES              0.40 hrs              $105.50

**TOTAL CHARGES FOR THIS INVOICE**          **$105.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301022

INVOICE #  818002

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301022
     Holloway, Anthony
     Loan No. 810012544
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 09/24/12 | JAM | Review JACS and Judge Richards' hearing procedures | L230 | .30 hrs |
| 09/27/12 | JAM | Telephone calls to Clerk and Judicial Assistant regarding scheduling a hearing and JACS scheduling system | L230 | .40 hrs |
| 10/01/12 | JDV | Draft status update for client | L190 | .20 hrs |
| 10/02/12 | HTC | Review status of case | L120 | .10 hrs |
| 10/05/12 | JAM | Telephone calls to Clerk regarding scheduling hearing on Motion to Withdraw Funds | L230 | .30 hrs |
| 10/08/12 | JAM | Multiple telephone calls and emails with Clerk of Court and JACS administrator regarding issues with JACS login and schedule hearing | L230 | 1.30 hrs |
| 10/11/12 | JAM | Telephone calls with Judicial Assistant regarding telephone participation at hearing on Motion to Withdraw Funds | L230 | .30 hrs |
| 10/11/12 | JAM | Draft Notice of Hearing, Notice to appear Telephonically, and proposed order on Motion to appear telephonically | L230 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 16, 2012

0R0806-301022

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/11/12 | JAM | Draft correspondence to Charlotte County Clerk and Judge George Richard's Judicial Assistant enclosing Notice of Hearing, Motion to Appear Telephonically, and proposed order | L230 | .40 hrs |
| 10/15/12 | JAM | Telephone calls and emails to Judicial Assistant, Clerk's office, JACS and Florida portal administrator regarding eportal | L210 | .70 hrs |
| 10/24/12 | JDV | Review Notice of Hearing on Defendant's Motion to Withdraw Funds | L250 | .10 hrs |
| 10/25/12 | JAM | Revise Notice of Hearing and Motion to Appear Telephonically | L210 | .20 hrs |
| 10/25/12 | JAM | Submit Notice of Hearing to Court via e-Portal | L210 | .20 hrs |
| 10/25/12 | JAM | Draft email service to opposing counsel pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 10/25/12 | JAM | Draft correspondence to Clerk of Charlotte County enclosing Motion to Appear Telephonically | L210 | .20 hrs |
| 10/26/12 | JAM | Review emails to client regarding November 27, 2012 hearing | L230 | .10 hrs |
| 10/26/12 | JDV | Email correspondence with client regarding November 2012 hearing date on motion to withdraw funds | L190 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        3
NOVEMBER 16, 2012

0R0806-301022

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | JDV | Review Notice of Dropping V. Frank Desguin, the Charlotte County Property Appraiser, and Defendant V. Frank Desguin's Disclaimer of Interest and Order Granting Deutsche Bank's Motion to Appear Telephonically | L250 | .20 hrs |
| 10/29/12 | JAM | Telephone call from B.Gill's office regarding hearing | L230 | .20 hrs |
| 10/29/12 | JAM | Review Access online docket and review for recent case activity to confirm docketing of notice of hearing | L230 | .20 hrs |
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
| 11/02/12 | JDV | Communications with client regarding motion to appear telephonically at hearing on motion to withdraw funds | L190 | .20 hrs |
| 11/10/12 | JAM | Confirm docketing of Motion for Hearing on Motion to Withdraw Funds | L210 | .10 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $1,121.50 |
| 10/29/12 Copy Charges | 0.00 |
| 10/25/12 Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 305.00 /hr | 30.50 |
| Jamie Mathews | 5.80 hrs | 145.00 /hr | 841.00 |
| Jose D. Vega | 1.00 hrs | 250.00 /hr | 250.00 |

| | | |
|---|---|---|
| TOTAL FEES | 6.90 hrs | $1,121.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
NOVEMBER 16, 2012

ResCap

0R0806-301022

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $1,121.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301022

INVOICE #  821014

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301022
     Holloway, Anthony
     Loan No. 810012544
     TC # NA

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/20/12 | JDV | Analysis of Court Call Confirmation and Court Call Appearance Request regarding hearing on motion to withdraw funds | L210 | .20 hrs |
| 11/20/12 | JAM | Telephone call to Judge Richards' Judicial Assistant regarding order to appear telephonically | L210 | .20 hrs |
| 11/26/12 | JDV | Review and analysis of pleadings and client documents in preparation of hearing on Motion to Withdraw Funds | L450 | 1.50 hrs |
| 11/27/12 | JDV | Prepare for hearing on Motion to Withdraw Funds | L450 | .50 hrs |
| 11/27/12 | JDV | Attend for hearing on Motion to Withdraw Funds | L450 | 1.00 hrs |
| 11/27/12 | JDV | Communications with client regarding judge's ruling on Motion to Withdraw Funds | L450 | .20 hrs |
| 11/27/12 | JDV | Draft Order Granting Motion to Withdraw Funds | L210 | .20 hrs |
| 11/27/12 | JDV | Draft letter to Judge Richards regarding Order Granting Motion to Withdraw Funds | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0806-301022

FED ID NO. 63-0243316

| 11/27/12 | JAM | Revise correspondence to Judge Richards regarding proposed order and revise proposed order | L210 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $1,008.00

BILLING SUMMARY

| Jamie Mathews | .40 hrs | 145.00 /hr | 58.00 |
| Jose D. Vega | 3.80 hrs | 250.00 /hr | 950.00 |

| TOTAL FEES | 4.20 hrs | | $1,008.00 |

**TOTAL CHARGES FOR THIS INVOICE**                          **$1,008.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301022

INVOICE #  829687

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301022
     Holloway, Anthony
     Loan No. 810012544
     TC # NA

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .10 hrs |
| 12/04/12 | JDV | Review of conformed copy of Order Granting Respondent's Motion to Withdraw Funds | L210 | .10 hrs |
| 12/04/12 | JDV | Email correspondence with client regarding receipt of conformed copy of Order Granting Respondent's Motion to Withdraw Funds and status of check from court | L190 | .20 hrs |
| 12/04/12 | JAM | Review emails regarding Order granting respondent's Motion to withdraw Funds | L210 | .00 hrs |

TOTAL FEES FOR THIS MATTER                    $100.00

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/29/12 | Filing Fees - BUSINESS CARD COURTCALL 11-20-12 Bank ID: GENR Check Number: 104275 | 55.00 |
| 11/27/12 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $55.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 17, 2013

0R0806-301022

FED ID NO. 63-0243316

---

BILLING SUMMARY

Jose D. Vega                .40 hrs    250.00 /hr        100.00

TOTAL FEES                0.40 hrs                    $100.00

TOTAL EXPENSES                                        $55.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$155.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301023

INVOICE #  818003

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301023
     Vanderburg, Wesley (Senn, Shelly aka Vanderburg)
     Loan No. N/A
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 10/12/12 | MST | Telephone Clerk of Court | L120 | .20 hrs |
| 10/15/12 | MST | Telephone call to judge's clerk regarding case activity and bankruptcy status | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $45.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Melanie Thompson | .30 hrs | 150.00 /hr | 45.00 |

TOTAL FEES                0.30 hrs            $45.00

**TOTAL CHARGES FOR THIS INVOICE**          **$45.00**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301024

INVOICE #  821015

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301024
     Lucero, Lynda J.
     Loan No. 602014988
     TC # NA

## PROFESSIONAL SERVICES

| 11/07/12 | LPR | Call with court and plaintiffs counsel | L190 | .40 hrs |
| 11/28/12 | LPR | Teleconference with borrower's counsel to discuss the partition trial to be held today | L190 | .30 hrs |

                 TOTAL FEES FOR THIS MATTER          $213.50

## BILLING SUMMARY

| Lewis Rhodes | .70 hrs | 305.00 /hr | 213.50 |

| TOTAL FEES | 0.70 hrs | | $213.50 |

**TOTAL CHARGES FOR THIS INVOICE**         **$213.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0806-301025

INVOICE #  813503

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0806-301025
     Rice, Robert A.
     Loan No. 702235441
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JDV | Review letter and notice of hearing | L250 | .20 hrs |
| 09/04/12 | AHC | Initial review of Motion to Tax Attorneys Fees and Costs and Notice of Hearing on same | L250 | .30 hrs |
| 09/04/12 | BAW | Study outside counsel's Motion to Tax Attorney's Fees and Costs | L250 | .30 hrs |
| 09/07/12 | BAW | Review drafts of September 1 status reports to client | L190 | .20 hrs |
| 09/10/12 | BAW | Work with opposing counsel on payoff | L160 | .30 hrs |
| 09/10/12 | BAW | Email correspondence with client regarding updated payoff amount | L160 | .20 hrs |
| 09/14/12 | BAW | Obtain new payoff from client and correspond with borrower's counsel regarding same | L190 | .30 hrs |
| 09/18/12 | JDV | Review Notice of Designation of Email Address and Amended Motion to Tax Costs | L250 | .20 hrs |
| 09/18/12 | BAW | Follow up with borrower's counsel regarding payoff | L160 | .20 hrs |
| 09/27/12 | BAW | Follow up with J.Hanratty regarding GMAC payoff | L160 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0806-301025

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $726.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 1.90 hrs | 305.00 /hr | 579.50 |
| Alecia H. Cockrell | .30 hrs | 155.00 /hr | 46.50 |
| Jose D. Vega | .40 hrs | 250.00 /hr | 100.00 |

TOTAL FEES            2.60 hrs                  $726.00

**TOTAL CHARGES FOR THIS INVOICE**            $726.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0R0806-301025

INVOICE #  818907

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:    0R0806-301025
       Rice, Robert A.
       Loan No. 702235441
       TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | BAW | Work on payoff to GMAC | L160 | .60 hrs |
| 10/01/12 | BAW | Back and forth correspondence and calls with opposing counsel and client | L190 | .40 hrs |
| 10/01/12 | BAW | Draft correspondence to client regarding disposition of matter | L160 | .20 hrs |
| 10/02/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 10/04/12 | JDV | Analysis of Objection to Motion to Tax Attorney's Fees and Costs and Memorandum of Law | L120 | .20 hrs |
| 10/11/12 | JDV | Analysis of Respondent's Reply to Petitioner's Objection to Motion to Tax Attorney's Fees | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $509.50

10/12/12 Copy Charges                                          0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 1.20 hrs | 305.00 /hr | 366.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | .40 hrs | 250.00 /hr | 100.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0806-301025

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 1.90 hrs | $509.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$509.50** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0R0806-301026

INVOICE #  818908

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301026
     Dodd, Jacquetta S.
     Loan No. 602749654
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | MMB | Draft and revise case status report | B110 | .20 hrs |
| 10/18/12 | KSA | Research case status and security deed provisions and send update email to K.Krull | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $138.00

10/12/12 Copy Charges                                      0.00
10/12/12 Express Mail/Fedex                                0.00
10/11/12 Computerized Legal Research-Westlaw Westlaw       0.00
        User: ANDERSON,KEITH

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .40 hrs | 225.00 /hr | 90.00 |
| Melissa Burton | .20 hrs | 240.00 /hr | 48.00 |

TOTAL FEES              0.60 hrs              $138.00

**TOTAL CHARGES FOR THIS INVOICE**          **$138.00**

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301026

INVOICE #  821016

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301026
     Dodd, Jacquetta S.
     Loan No. 602749654
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/01/12 | KSA | Draft status report regarding attempting contact with borrower's counsel to negotiate | L120 | .10 hrs |
| 11/06/12 | KSA | Review pleadings and loan account and draft letter to borrower's counsel regarding resolution and next steps | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $112.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .50 hrs | 225.00 /hr | 112.50 |

TOTAL FEES                     0.50 hrs            $112.50

**TOTAL CHARGES FOR THIS INVOICE**                     **$112.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301026

INVOICE #  829688

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301026
     Dodd, Jacquetta S.
     Loan No. 602749654
     TC # NA

PROFESSIONAL SERVICES

12/01/12  KSA  Draft status report                    L120      .10 hrs


              TOTAL FEES FOR THIS MATTER                       $22.50


BILLING SUMMARY

   Keith S. Anderson        .10 hrs   225.00 /hr        22.50


TOTAL FEES                  0.10 hrs                   $22.50

**TOTAL CHARGES FOR THIS INVOICE**                    $22.50

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301027

INVOICE #  813504

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:    0R0806-301027
       Thorne, Hal T.
       Loan No. 7400789491
       TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | RK | Draft status report to client | L120 | .10 hrs |
| 09/19/12 | GWG | Review various responses and answers in response to our statement of interest | L210 | .40 hrs |

          TOTAL FEES FOR THIS MATTER                    $130.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .40 hrs | 275.00 /hr | 110.00 |
| Riley Key | .10 hrs | 205.00 /hr | 20.50 |

TOTAL FEES                 0.50 hrs              $130.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$130.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        NOVEMBER 16, 2012
1100 Virginia Drive                                          0R0806-301027
Fort Washington, PA 19034

                                                             INVOICE #  818004

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301027
     Thorne, Hal T.
     Loan No. 7400789491
     TC # NA

PROFESSIONAL SERVICES

10/02/12  RK   Draft status report for client          L120      .10 hrs

10/29/12  RK   Draft motion to withdraw funds          L210     1.20 hrs


            TOTAL FEES FOR THIS MATTER                          $266.50


BILLING SUMMARY

   Riley Key              1.30 hrs   205.00 /hr         266.50


TOTAL FEES               1.30 hrs                      $266.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$266.50**


          ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                            NOVEMBER 30, 2012
1100 Virginia Drive                               0R0806-301027
Fort Washington, PA 19034

                                            INVOICE #  821017

                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0806-301027
         Thorne, Hal T.
         Loan No. 7400789491
         TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/05/12 | RK | Draft status report to client | L120 | .10 hrs |
| 11/05/12 | RK | Review Texas law on impairment of security interest test for condemnation awards | L120 | 3.40 hrs |
| 11/05/12 | GWG | Work on motion to withdraw commissioners' award | L210 | 1.40 hrs |
| 11/06/12 | GWG | Finalize brief and affidavit in support of motion to withdraw funds from court registry | L210 | .90 hrs |
| 11/06/12 | RK | Revise motion to withdraw funds and affidavit in support | L120 | .50 hrs |
| 11/08/12 | MST | Telephone call with tax office regarding tax certificate | L110 | .20 hrs |
| 11/08/12 | MST | Draft letter to tax office requesting tax certificate and enclose payment for same | L140 | .30 hrs |
| 11/08/12 | RK | Revise motion to withdraw funds to account for payoff amount | L120 | .40 hrs |
| 11/12/12 | RK | Conference regarding payoff statement | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0806-301027

FED ID NO. 63-0243316

| 11/12/12 | GWG | Edit client affidavit in support of motion to withdraw | L250 | .30 hrs |
| 11/12/12 | MST | Process payment for obtaining tax certificate from Ellis County Tax Office after review of invoice | L110 | .30 hrs |
| 11/20/12 | RK | Conference regarding motion to withdraw funds | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                     $1,901.00

EXPENSES

| 11/12/12 | Copy Charges - OUTSIDE SOURCES - ELLIS COUNTY TAX OFFICE MT COST FOR OBTAINING TAX CERTIFICATE | 10.00 |
|   | Bank ID: GENR Check Number: 102133 | |
| 11/19/12 | Postage Charges 11/12/2012 | 0.00 |

TOTAL COSTS FOR THIS MATTER                                    $10.00

BILLING SUMMARY

| Melanie Thompson | .80 hrs | 150.00 /hr | 120.00 |
| Graham W. Gerhardt | 2.60 hrs | 275.00 /hr | 715.00 |
| Riley Key | 5.20 hrs | 205.00 /hr | 1,066.00 |

TOTAL FEES          8.60 hrs              $1,901.00

TOTAL EXPENSES                           $10.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    ·3
NOVEMBER 30, 2012

0R0806-301027

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $1,911.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
OR0806-301027

INVOICE #  829689

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0806-301027
     Thorne, Hal T.
     Loan No. 7400789491
     TC # NA

PROFESSIONAL SERVICES

| 12/03/12 | RK  | Draft status report for client | L120 | .10 hrs |
| 12/03/12 | RK  | Draft correspondence to K.Krull regarding status | L120 | .10 hrs |
| 12/03/12 | MST | Receive and review certified tax certificate from court clerk and update file regarding same | L140 | .20 hrs |
| 12/20/12 | GWG | Correspondence with K. Krull regarding additional fees added to the loan | L110 | .10 hrs |
| 12/28/12 | RK  | Review correspondence from K.Krull regarding fees assessed to loan | L120 | .10 hrs |
| 12/31/12 | RK  | Update motion to withdraw funds and affidavit in support | L120 | .90 hrs |

                    TOTAL FEES FOR THIS MATTER                    $303.50

BILLING SUMMARY

| Melanie Thompson  | .20 hrs  | 150.00 /hr | 30.00  |
| Graham W. Gerhardt | .10 hrs | 275.00 /hr | 27.50  |
| Riley Key         | 1.20 hrs | 205.00 /hr | 246.00 |

| TOTAL FEES | 1.50 hrs | | $303.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 17, 2013

0R0806-301027

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $303.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301028

INVOICE #  813505

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301028
     Chin, Richard A.
     Loan No. 602602266
     TC # NA

PROFESSIONAL SERVICES

09/11/12  KSA  Review status and outline plan to obtain     L120      .30 hrs
               eminent demain proceeds


               TOTAL FEES FOR THIS MATTER                          $67.50


BILLING SUMMARY

   Keith S. Anderson          .30 hrs   225.00 /hr        67.50


TOTAL FEES                    0.30 hrs                  $67.50

**TOTAL CHARGES FOR THIS INVOICE**                     **$67.50**


            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        NOVEMBER 19, 2012
1100 Virginia Drive                                          0R0806-301028
Fort Washington, PA 19034

                                                             INVOICE #  818909

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301028
     Chin, Richard A.
     Loan No. 602602266
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | MMB | Draft and revise case status report | B110 | .20 hrs |
| 10/10/12 | KSA | Review status of cases and outline next steps | L120 | .20 hrs |
| 10/10/12 | MMB | Attend to e-mail with M.Terry regarding obtaining release of condemnation proceeds | L210 | .20 hrs |
| 10/11/12 | KSA | Review pleadings for status | L210 | .30 hrs |
| 10/11/12 | KSA | Research GA condemnation case law to evaluate our claims for the con | L120 | .50 hrs |
| 10/15/12 | KSA | Research eminent domain amount owed to lien holder and borrower | L120 | .80 hrs |
| 10/17/12 | KSA | Research options for release of funds in eminent domain taking | L120 | .30 hrs |
| 10/18/12 | KSA | Email update to K.Krull | L120 | .10 hrs |
| 10/18/12 | KSA | Telephone discussion with county attorney regarding court registry funds | L120 | .30 hrs |
| 10/18/12 | KSA | Research case status re online docket and pleadings | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 19, 2012

0R0806-301028

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/12 | KSA | Draft letter for registry funds to borrower's counsel | L120 | .20 hrs |
| 10/25/12 | SPM | Research Georgia law on setting aside a judgment | L210 | .30 hrs |
| 10/26/12 | SPM | Review letter to Chin's attorney requesting that condemnation proceeds be remitted to GMAC | L110 | .30 hrs |
| 10/26/12 | SPM | Research Georgia law on motions to set aside judgment | L210 | 1.00 hrs |
| 10/30/12 | SPM | Draft motion to set aside order to take down proceeds deposited into court register following condemnation proceedings | L210 | 2.30 hrs |
| 10/30/12 | SPM | Draft e-mail regarding an issue with GMAC's interest in the condemnation proceeds and lack of interest in the condemnation proceeding | L120 | .70 hrs |
| 10/31/12 | SPM | Review e-mail correspondence with client regarding case strategy going forward | L110 | .20 hrs |
| 10/31/12 | SPM | Draft notice of withdraw of counsel in condemnation proceedings | L210 | .20 hrs |
| 10/31/12 | KSA | Review correspondence from K.Krull and file notice of withdrawal of counsel | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,993.50



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 19, 2012

0R0806-301028

FED ID NO. 63-0243316

---

```
10/12/12  Copy Charges                                          0.00
10/23/12  Copy Charges                                          0.00
10/12/12  Express Mail/Fedex                                    0.00
10/18/12  Computerized Legal Research-Westlaw Westlaw           0.00
          User: ANDERSON,KEITH
10/26/12  Computerized Legal Research-Westlaw Westlaw           0.00
          User: MOBLEY,SPENCER
```

BILLING SUMMARY

```
   Keith S. Anderson       4.10 hrs   225.00 /hr       922.50
   Melissa Burton           .40 hrs   240.00 /hr        96.00
   Spencer Mobley          5.00 hrs   195.00 /hr       975.00


TOTAL FEES                  9.50 hrs                 $1,993.50

TOTAL CHARGES FOR THIS INVOICE                       $1,993.50
```

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                            NOVEMBER 30, 2012
1100 Virginia Drive                                              OR0806-301028
Fort Washington, PA 19034

                                                                 INVOICE #  821018

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0806-301028
     Chin, Richard A.
     Loan No. 602602266
     TC # NA

PROFESSIONAL SERVICES

11/01/12  KSA   Draft status report regarding filing      L120      .10 hrs
                withdrawal

11/13/12  MST   Receive and review stamped, filed copy    L110      .20 hrs
                of Notice of Withdrawal of Counsel and
                update pleadings regarding same


          TOTAL FEES FOR THIS MATTER                                $52.50


BILLING SUMMARY

     Melanie Thompson          .20 hrs    150.00 /hr        30.00
     Keith S. Anderson         .10 hrs    225.00 /hr        22.50


TOTAL FEES                 0.30 hrs                        $52.50

**TOTAL CHARGES FOR THIS INVOICE**                        **$52.50**

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301030

INVOICE #  818005

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301030
     Heard, Venessia
     Loan No. 600556996
     TC # NA

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | MMB | Draft and revise case status report | B110 | .20 hrs |
| 10/11/12 | KSA | Review and edit consent to quiet title pleading and provide to K.Krull for review and approval before signing and submitting | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                $160.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .50 hrs | 225.00 /hr | 112.50 |
| Melissa Burton | .20 hrs | 240.00 /hr | 48.00 |

TOTAL FEES                0.70 hrs                $160.50

**TOTAL CHARGES FOR THIS INVOICE**                **$160.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301030

INVOICE #  829690

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301030
     Heard, Venessia
     Loan No. 600556996
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/05/12 | MST | Analysis of documents regarding dismissal of case, draft closing memo and prepare file for closing | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $60.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.40 hrs | | $60.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$60.00** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0806-301031

INVOICE #  813506

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0806-301031
     Town of Pima v. GMAC Mortgage
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | CSM | Draft amended notice of bankruptcy and suggestion of automatic stay | L250 | .20 hrs |
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $88.50

09/10/12 Express Mail/Fedex                                    0.00

BILLING SUMMARY

Cory S. Menees            .30 hrs    295.00 /hr        88.50

TOTAL FEES                0.30 hrs                  $88.50

**TOTAL CHARGES FOR THIS INVOICE**                  **$88.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 16, 2012
1100 Virginia Drive                                       0R0806-301031
Fort Washington, PA 19034

                                                         INVOICE #  818006

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0806-301031
         Town of Pima v. GMAC Mortgage
         TC # NA

PROFESSIONAL SERVICES

10/02/12  CSM  Drafted monthly status report          B110      .10 hrs


          TOTAL FEES FOR THIS MATTER                           $29.50


BILLING SUMMARY

    Cory S. Menees          .10 hrs   295.00 /hr        29.50


TOTAL FEES                 0.10 hrs                    $29.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$29.50**


          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301031

INVOICE #  821019

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301031
     Town of Pima v. GMAC Mortgage
     TC # NA

PROFESSIONAL SERVICES

11/06/12  CSM  Draft case status report              B110      .10 hrs


          TOTAL FEES FOR THIS MATTER                        $29.50


BILLING SUMMARY

   Cory S. Menees            .10 hrs   295.00 /hr       29.50


TOTAL FEES              0.10 hrs                 $29.50

**TOTAL CHARGES FOR THIS INVOICE**              **$29.50**


          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301031

INVOICE #  829691

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301031
     Town of Pima v. GMAC Mortgage
     TC # NA

PROFESSIONAL SERVICES

11/06/12  JJE  Draft case status report          B110      .10 hrs


              TOTAL FEES FOR THIS MATTER                   $21.00


BILLING SUMMARY

   Joycelyn J. Eason          .10 hrs   210.00 /hr       21.00


TOTAL FEES              0.10 hrs                $21.00

TOTAL CHARGES FOR THIS INVOICE                 $21.00


          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301032

INVOICE #  813507

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301032
     Atkinson, Scott; Tipton, Darrin; Hughes, Greg
     Loan Nos. 7442459079; 7442458881; 602472039; 175548601
     TC # NA

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/12 | KSA | Status report regarding decision to not take further actions | L120 | .10 hrs |

                                    TOTAL FEES FOR THIS MATTER        $22.50

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .10 hrs | 225.00 /hr | 22.50 |

TOTAL FEES              0.10 hrs                    $22.50

**TOTAL CHARGES FOR THIS INVOICE**                  **$22.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 30, 2012
1100 Virginia Drive                                       0R0806-301033
Fort Washington, PA 19034

                                                          INVOICE #  813508
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301033
     Rodgers, Ella L.
     Loan No. 7302611710
     TC # NA

PROFESSIONAL SERVICES

09/03/12  JHP  Provide monthly status update to client.     L120    .10 hrs

09/04/12  ABB  Review Court Notice regarding hearing        L110    .20 hrs
               and calendar all imperative information

09/13/12  BG   Prepare for hearing                          L230    .40 hrs

09/14/12  BG   Attend status conference in Madison          L230   5.00 hrs

09/17/12  ABB  Analysis of file and draft Litigation        L110    .90 hrs
               Assessment Summary

09/26/12  BG   Draft letter soliciting confirmation of      L120    .20 hrs
               repair of property and soliciting
               dismissal


          TOTAL FEES FOR THIS MATTER                    $1,366.50


EXPENSES

09/20/12 Travel Expense - BLAKE GOODSELL ATTEND RODGERS        117.66
          HEARING 9/14/12 MILEAGE 212 @ .555
          Bank ID: GENR Check Number: 99456

          TOTAL COSTS FOR THIS MATTER                    $117.66



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0806-301033

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.10 hrs | 150.00 /hr | 165.00 |
| Jon H. Patterson | .10 hrs | 255.00 /hr | 25.50 |
| Blake Goodsell | 5.60 hrs | 210.00 /hr | 1,176.00 |

TOTAL FEES                  6.80 hrs                          $1,366.50

TOTAL EXPENSES                                                $117.66

**TOTAL CHARGES FOR THIS INVOICE**                           **$1,484.16**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 16, 2012
1100 Virginia Drive                                             0R0806-301033
Fort Washington, PA 19034

                                                                INVOICE #  818007

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0806-301033
         Rodgers, Ella L.
         Loan No. 7302611710
         TC # NA

PROFESSIONAL SERVICES

    10/02/12  BG   Draft status update regarding letter to      L190      .10 hrs
                   counsel about dismissal

    10/03/12  BG   Conversation with borrowers counsel          L120      .20 hrs
                   about the status of the property repair
                   and the litigation

    10/08/12  ABB  Receive and review Order from the Court      L110      .10 hrs
                   regarding upcoming deadlines

    10/08/12  ABB  Update file regarding trial and calendar     L110      .20 hrs
                   information regarding same

    10/17/12  BG   Receipt / review of answer of borrowers      L120      .10 hrs

    10/19/12  ABB  Receive and review Answers and update        L110      .20 hrs
                   file regarding same

    10/23/12  BG   Correspondence with opposing counsel         L120      .20 hrs
                   regarding dismissal of GMAC

              TOTAL FEES FOR THIS MATTER                               $201.00

BILLING SUMMARY

    Allison Burke           .50 hrs   150.00 /hr        75.00
    Blake Goodsell          .60 hrs   210.00 /hr       126.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 16, 2012

ResCap

0R0806-301033

FED ID NO. 63-0243316

TOTAL FEES                  1.10 hrs                    $201.00

**TOTAL CHARGES FOR THIS INVOICE**                    $201.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301033

INVOICE #  821020

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301033
     Rodgers, Ella L.
     Loan No. 7302611710
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | BG | Draft status report for client regarding discussions with opposing counsel | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $21.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .10 hrs | 210.00 /hr | 21.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.10 hrs | $21.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$21.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301033

INVOICE #  829693

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301033
     Rodgers, Ella L.
     Loan No. 7302611710
     TC # NA

PROFESSIONAL SERVICES

| 12/03/12 | BG | Draft status report regarding Motion to Continue Trial | L190 | .10 hrs |
| 12/03/12 | BG | Receipt of executed settlement agreement and order for dismissal | L160 | .10 hrs |
| 12/03/12 | ABB | Assimilation and compilation of Motion to Continue and update pleadings regarding same regarding file management | L110 | .20 hrs |
| 12/03/12 | JHP | Reviewed motion to continue trial filed by plaintiff | L250 | .10 hrs |
| 12/04/12 | ABB | Assimilation and compilation of Default Judgment received via email from the Court and update pleadings regarding same | L110 | .20 hrs |
| 12/04/12 | BG | Receipt / review of Motion for Default against Robert Staggs | L210 | .10 hrs |
| 12/04/12 | BG | Receipt of order continuing trial | L230 | .10 hrs |
| 12/07/12 | BG | Receipt / review of Order granting default judgment | L120 | .10 hrs |
| 12/10/12 | BG | Check status of trial continuance | L230 | .10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
JANUARY 17, 2013

ResCap

0R0806-301033

FED ID NO. 63-0243316

| 12/11/12 | ABB | Receive and review Order regarding continuance and update pleadings regarding same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $241.50

BILLING SUMMARY

| Allison Burke | .60 hrs | 150.00 /hr | 90.00 |
| Jon H. Patterson | .10 hrs | 255.00 /hr | 25.50 |
| Blake Goodsell | .60 hrs | 210.00 /hr | 126.00 |

TOTAL FEES              1.30 hrs                    $241.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$241.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0806-301035

INVOICE #  813509

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0806-301035
     Reynolds, Homer E.
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | JJE | Draft status update to client regarding status of case and initial analysis. | C300 | .10 hrs |
| 09/21/12 | KK | Comprehensive research to determine if any pleadings for case exist and review and supplement notes and timeline to determine status and issue at hand | L110 | 1.40 hrs |
| 09/21/12 | JJE | Analyze client file to determine strategy and needed action regarding disposition of property | C300 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                    $518.00

EXPENSES

09/12/12 Research Fee - CASTLE BRANCH, INC. ONLINE          58.95
         COURTSEARCH
         Bank ID: GENR Check Number: 99024

TOTAL COSTS FOR THIS MATTER                   $58.95

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | 1.40 hrs | 210.00 /hr | 294.00 |
| Kerry Keane | 1.40 hrs | 160.00 /hr | 224.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

0R0806-301035

FED ID NO. 63-0243316

ResCap

| | | |
|---|---|---|
| TOTAL FEES | 2.80 hrs | $518.00 |
| TOTAL EXPENSES | | $58.95 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$576.95** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301035

INVOICE #  818008

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301035
     Reynolds, Homer E.
     TC # NA

PROFESSIONAL SERVICES

| 10/10/12 | JJE | Call to and emails to and from client regarding status of case and resolution of same | C300 | .40 hrs |
| 10/15/12 | KK | Draft a closing memorandum and email to client regarding resolution of matter | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                   $132.00

BILLING SUMMARY

| Joycelyn J. Eason | .40 hrs | 210.00 /hr | 84.00 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

| TOTAL FEES | 0.70 hrs | | $132.00 |

**TOTAL CHARGES FOR THIS INVOICE**                          $132.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    NOVEMBER 16, 2012
1100 Virginia Drive                                       0R0806-301036
Fort Washington, PA 19034

                                                          INVOICE #  818009

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

        Re:  0R0806-301036
             Dotson, Karla
             TC # NA

        <u>EXPENSES</u>

        10/30/12 Title Search Fee - BUSINESS CARD PROTITLEUS            185.00
                 10-17-12
                 Bank ID: GENR Check Number: 101476

                    TOTAL COSTS FOR THIS MATTER                      $185.00


        TOTAL FEES                    0.00 hrs                    $.00

        TOTAL EXPENSES                                       $185.00

        **TOTAL CHARGES FOR THIS INVOICE**                   $185.00
                                                             ========

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0R0806-301036

INVOICE #  818910

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301036
     Dotson, Karla
     TC # NA

PROFESSIONAL SERVICES

| 10/16/12 | MST | Initial review of new case documents including Complaint and loan information for cases in two separate districts to determine strategy | L110 | .40 hrs |
|---|---|---|---|---|
| 10/16/12 | MST | Obtain and analyze state court files and docket sheets for cases in both districts and update file regarding same | L110 | .90 hrs |
| 10/16/12 | MST | Obtain title report to determine ownership, chain of title, liens and judgments | L110 | .40 hrs |
| 10/16/12 | MST | Obtain appraised value of property from Harris County Appraisal District, forward to attorneys and update file regarding same | L110 | .40 hrs |
| 10/16/12 | MST | Obtain and analyze docket sheets for Reed and Dotson cases and order pleadings for each case | L210 | .40 hrs |
| 10/17/12 | MST | Analysis of title report, forward to attorneys and update file regarding same | L120 | .40 hrs |
| 10/17/12 | MST | Emails to and from researcher regarding state court files for cases in 333rd and 164th judicial districts | L110 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 19, 2012

ResCap

0R0806-301036

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/17/12 | GWG | Review new file received from client, as well as state court file, and analyze for procedural posture and next steps | L110 | 1.50 hrs |
| 10/17/12 | GWG | Legal research into partition proceedings under state law | L120 | 1.40 hrs |
| 10/18/12 | MST | Analysis of 141 page state court file regarding GMAC v. Karla Elise Dotson and analysis of 35 page state court file regarding Kara Reed and Karla Elise Dotson | L210 | .50 hrs |
| 10/22/12 | GWG | Research and strategy conference regarding response to partition complaint | L120 | .70 hrs |
| 10/22/12 | RK | Review pleadings for new matter | L120 | 1.40 hrs |
| 10/23/12 | CWH | Initial analysis of new file | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $1,910.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie Thompson | 3.80 hrs | 150.00 /hr | 570.00 |
| Christian W. Hancock | .20 hrs | 315.00 /hr | 63.00 |
| Graham W. Gerhardt | 3.60 hrs | 275.00 /hr | 990.00 |
| Riley Key | 1.40 hrs | 205.00 /hr | 287.00 |

TOTAL FEES                  9.00 hrs                    $1,910.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
NOVEMBER 19, 2012

ResCap

0R0806-301036

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE            $1,910.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301036

INVOICE #  821021

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301036
     Dotson, Karla
     TC # NA

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/05/12 | RK | Conference regarding case strategy | L120 | .50 hrs |
| 11/07/12 | MST | Obtain and analyze docket sheets in both cases | L110 | .40 hrs |
| 11/07/12 | GWG | Review updated status court dockets from companion cases | L110 | .20 hrs |
| 11/08/12 | RK | Conference regarding strategy for two state court actions | L120 | 1.00 hrs |
| 11/12/12 | MST | Receipt and review of invoice from researcher regarding state court file and process payment for same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $452.50

## EXPENSES

11/16/12 Court Costs - Pleadings - WEST GROUP                    371.00
         Bank ID: GENR Check Number: 102425

TOTAL COSTS FOR THIS MATTER                    $371.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0806-301036

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .60 hrs | 150.00 /hr | 90.00 |
| Graham W. Gerhardt | .20 hrs | 275.00 /hr | 55.00 |
| Riley Key | 1.50 hrs | 205.00 /hr | 307.50 |

TOTAL FEES            2.30 hrs                          $452.50

TOTAL EXPENSES                                         $371.00

TOTAL CHARGES FOR THIS INVOICE                         $823.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    JANUARY 17, 2013
1100 Virginia Drive                                                       0R0806-301036
Fort Washington, PA 19034

                                                                          INVOICE #  829694

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0806-301036
         Dotson, Karla
         TC # NA

PROFESSIONAL SERVICES

12/03/12  RK    Draft status report for client          L120      .10 hrs

12/03/12  RK    Conference with K.Krull regarding       L120      .10 hrs
                foreclosure file

12/14/12  RK    Conference with K.Krull regarding       L120      .20 hrs
                foreclosure file

12/28/12  RK    Review correspondence from K.Krull      L120      .10 hrs
                regarding case status


                TOTAL FEES FOR THIS MATTER                   $102.50


BILLING SUMMARY

   Riley Key              .50 hrs    205.00 /hr       102.50


TOTAL FEES              0.50 hrs                   $102.50

**TOTAL CHARGES FOR THIS INVOICE**                $102.50

           ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301037

INVOICE #  818010

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301037
     Trimdorival, Kerlyn L.
     TC # NA

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/17/12 | MST | Receipt and review of new case documents and update file regarding same | L120 | .30 hrs |
| 10/18/12 | KSA | Draft and file answer and notice of bankruptcy in Georgia magistrate court matter | L210 | .80 hrs |

TOTAL FEES FOR THIS MATTER                          $225.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Melanie Thompson | .30 hrs | 150.00 /hr | 45.00 |
| Keith S. Anderson | .80 hrs | 225.00 /hr | 180.00 |

TOTAL FEES              1.10 hrs                 $225.00

**TOTAL CHARGES FOR THIS INVOICE**                **$225.00**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0806-301037
Fort Washington, PA 19034

                                                                INVOICE #  821022

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0806-301037
         Trimdorival, Kerlyn L.
         TC # NA

PROFESSIONAL SERVICES

    11/01/12   KSA   Draft status report regarding filed        L120       .10 hrs
                     answer and notice of bankruptcy

    11/05/12   KSA   Review borrower's correspondence           L120       .20 hrs
                     regarding credit correction and forward
                     to K.Krull with commentary


                     TOTAL FEES FOR THIS MATTER                           $67.50


    BILLING SUMMARY

        Keith S. Anderson          .30 hrs   225.00 /hr          67.50


    TOTAL FEES                    0.30 hrs                       $67.50

    **TOTAL CHARGES FOR THIS INVOICE**                          **$67.50**


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301037

INVOICE # 829695

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re: 0R0806-301037
Trimdorival, Kerlyn L.
TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/11/12 | KSA | Draft initial litigation analysis budget and send to K.Krull with updates on discussions from borrower | L120 | .50 hrs |
| 12/13/12 | KSA | Email communications with K.Krull regarding credit repair and of Colorado statutes | L120 | .30 hrs |
| 12/14/12 | KSA | Draft settlement agreement and send to K.Krull for review | L120 | .50 hrs |
| 12/14/12 | KSA | Draft joint stipulation of dismissal and dismissal order for plaintiff to sign | L210 | .40 hrs |
| 12/14/12 | KSA | Send all documents to plaintiff to sign | L210 | .50 hrs |
| 12/19/12 | KSA | Email communications to borrower regarding finalizing settlement and dismissal and file dismissal with court | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $562.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 2.50 hrs | 225.00 /hr | 562.50 |
| TOTAL FEES | 2.50 hrs | | $562.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
JANUARY 17, 2013

ResCap

0R0806-301037

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $562.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
OR0806-301038

INVOICE # 818911

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  OR0806-301038
     Belew, Barney J.
     TC # NA

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/19/12 | NSR | Review and analyze client e-mail regarding new partition action and 5 attachments | L110 | .40 hrs |
| 10/22/12 | NSR | Review and analyze Complaint to partition real property | L210 | .70 hrs |
| 10/22/12 | NSR | Draft verified motion to vacate entry of default | L250 | 2.10 hrs |
| 10/22/12 | NSR | Analyze state law regarding grounds for relief from entry of default | L110 | .90 hrs |
| 10/22/12 | NSR | Analyze state law regarding liens on property held as joint tenants with right of survivorship | L120 | 1.60 hrs |
| 10/22/12 | NSR | Draft notice of bankruptcy regarding plaintiff's claims for monetary relief | L250 | .30 hrs |
| 10/22/12 | RBB | Review and analysis of correspondence, case docket and initial documents provided by GMAC | L140 | .50 hrs |
| 10/22/12 | RBB | Prepare NOA/Designation of E-mail for attorney review and signature | L140 | .20 hrs |
| 10/23/12 | RBB | Assist attorney in finalizing Notice of appearance and designation of e-mail | L140 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 19, 2012

0R0806-301038

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/23/12 | RBB | Assist attorney in finalizing Notice of bankruptcy and supplemental servicing order | L140 | .20 hrs |
| 10/23/12 | RBB | Conference with law firm of C.Rhoades regarding request for case file/pleadings to date for this case | L140 | .10 hrs |
| 10/23/12 | RBB | Prepare correspondence to parties on certificate of service regarding attached Notice of appearance and designation of e-mail  and Notice of bankruptcy and supplemental servicing order | L140 | .10 hrs |
| 10/23/12 | RBB | Prepare correspondence to law firm of C.Rhoades regarding request for case file/pleadings to date for this case | L140 | .10 hrs |
| 10/23/12 | NSR | Review and analyze impact of bankruptcy stay on claims in light of October 15, 2012 order in bankruptcy action | L120 | .30 hrs |
| 10/23/12 | NSR | Conference regarding strategy for responding to Complaint | L240 | .30 hrs |
| 10/23/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .50 hrs |
| 10/24/12 | MCG | Review and revise motion to vacate entry of default | L210 | .70 hrs |
| 10/24/12 | NSR | Analyze state law regarding excusable neglect | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 19, 2012

0R0806-301038

FED ID NO. 63-0243316

| 10/24/12 | NSR | Analyze state law regarding relief from default judgments | L120 | .70 hrs |
|---|---|---|---|---|
| 10/24/12 | NSR | Review and analyze 68 page fact package | L110 | .80 hrs |
| 10/24/12 | NSR | Review and revise verified motion to vacate entry of default | L250 | .90 hrs |
| 10/24/12 | MPE | Finalize and electronically submit verified motion to vacate entry of default. | L210 | .60 hrs |
| 10/24/12 | RBB | Prepare correspondence to one party on certificate of service that did not receive documents (Notice of Appearance and Notice of Bankruptcy) served yesterday | L140 | .10 hrs |
| 10/24/12 | RBB | Conference with title search company regarding request for title search of Property | L140 | .10 hrs |
| 10/24/12 | RBB | Prepare written request to title search company regarding request for title search of Property | L140 | .10 hrs |
| 10/24/12 | RBB | Conference with law firm of C.Rhoades regarding receipt of request for copy of case file | L140 | .10 hrs |
| 10/24/12 | RBB | Prepare correspondence to title search company regarding attached copy of the mortgage and the note per their request | L140 | .10 hrs |
| 10/24/12 | RBB | Review of request from the title search company for mortgage and/or note for the property | L140 | .10 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
NOVEMBER 19, 2012

0R0806-301038

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 10/25/12 | RBB | Review and analysis of case file documents received from law office of C.Rhoades | L140 | .90 hrs |
| 10/25/12 | NSR | Review and analyze e-mail from borrower's counsel with 7 attachments and pleadings filed thus far in case | L210 | .30 hrs |
| 10/26/12 | NSR | Review title report regarding ownership and liens on subject property | L120 | .20 hrs |
| 10/26/12 | RBB | Review and analysis of correspondence from title search company regarding status of title search for case status update | L140 | .10 hrs |
| 10/29/12 | NSR | Review and analyze title policy and title search regarding potential title claim | L110 | .70 hrs |
| 10/29/12 | NSR | Draft title claim letter to First American Title Insurance Company | L110 | .90 hrs |
| 10/29/12 | HEA | Review and revise notice of claim to be sent to First American | L190 | 1.00 hrs |
| 10/29/12 | MCG | Review and revise correspondence to title insurance carrier regarding potential claim on policy | C400 | .40 hrs |
| 10/30/12 | MPE | Receive and review all documents filed on behalf of B.Belew and add to timeline of case events. | L110 | .50 hrs |
| 10/30/12 | MPE | Telephone call with judicial assistant regarding setting Motion to Vacate Default for hearing. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE        5
NOVEMBER 19, 2012

ResCap

0R0806-301038

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/30/12 | NSR | Review and revise title claim letter | L250 | .20 hrs |
| 10/30/12 | NSR | Correspondence with client regarding title claim letter and setting hearing on motion to vacate entry of default | L250 | .10 hrs |
| 10/31/12 | MPE | Telephone call with judicial assistant regarding cancellations in order to set hearing on our Motion to Vacate Default. | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                     $4,866.00

10/30/12 Express Mail/Fedex                                    0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert B. Benson | 2.90 hrs | 160.00 /hr | 464.00 |
| Hall Eady | 1.00 hrs | 250.00 /hr | 250.00 |
| Michael C. Griffin | 1.60 hrs | 300.00 /hr | 480.00 |
| Nader Raja | 11.80 hrs | 280.00 /hr | 3,304.00 |
| Melisa P. Palmer | 1.60 hrs | 160.00 /hr | 256.00 |

TOTAL FEES                     18.90 hrs                     $4,866.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$4,866.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301038

INVOICE #  821023

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301038
     Belew, Barney J.
     TC # NA

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | NSR | Review and analyze letter from title insurance company regarding response to title claim | L110 | .20 hrs |
| 11/01/12 | NSR | Draft status report for client | L190 | .10 hrs |
| 11/05/12 | NSR | Review and revise motion and proposed order regarding telephonic hearing on motion to vacate default | L250 | .30 hrs |
| 11/05/12 | MPE | Telephone conference with judicial assistant to confirm January 7, 2013 hearing date and email correspondence with Opposing counsel confirming the same. | L110 | .30 hrs |
| 11/05/12 | MPE | Draft notice of hearing, motion for telephonic hearing and proposed order. | L210 | .90 hrs |
| 11/30/12 | KK | Research and review docket to determine status of case | L110 | .20 hrs |
| 11/30/12 | NSR | Correspondence with opposing counsel regarding motion for relief from entry of default and non-service of pleadings | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $448.00

                                                 0.00
11/06/12 Express Mail/Fedex



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0806-301038

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .80 hrs | 280.00 /hr | 224.00 |
| Melisa P. Palmer | 1.20 hrs | 160.00 /hr | 192.00 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES                  2.20 hrs                        $448.00

**TOTAL CHARGES FOR THIS INVOICE**                          $448.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301038

INVOICE #  829696

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301038
     Belew, Barney J.
     TC # NA

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 12/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 12/04/12 | KK | Telephone call and emails with counsel for plaintiff regarding service issues and upcoming hearing | L110 | .30 hrs |
| 12/04/12 | NSR | Review and analyze motion to compel regarding request for production of documents on co-defendant | L350 | .20 hrs |
| 12/12/12 | KK | Review, analyze, and Bates Label one hundred pages of client documents in preparation of production to title company in case | L110 | .40 hrs |
| 12/12/12 | KK | Emails with title company regarding submission of requested documents in effort to move case forward | L110 | .20 hrs |
| 12/12/12 | NSR | Review and analyze 107 page fact package regarding potential title claim | L110A | .60 hrs |
| 12/12/12 | NSR | Correspondence with A.Rotkowitz, claims analyze with First American Title Insurance Company, regarding status of claim and litigation | L110A | .30 hrs |
| 12/31/12 | MPE | Research docket to determine status. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 17, 2013

0R0806-301038

FED ID NO. 63-0243316

---

| 12/31/12 | MPE | Telephone call with clerk of court to confirm January 7, 2013 hearing. | L110 | .30 hrs |
| 12/31/12 | MPE | Review file history and determine relevant information needed in preparation for January 7, 2013 hearing. | L110 | .90 hrs |

TOTAL FEES FOR THIS MATTER                                   $704.00

EXPENSES

11/30/12 Title Search Fee - CHAIRMAN TITLE OF FLORIDA,                 125.00
         LLC TITLE SERVICES
         Bank ID: GENR Check Number: 103019

TOTAL COSTS FOR THIS MATTER                                 $125.00

BILLING SUMMARY

| Nader Raja | 1.20 hrs | 280.00 /hr | 336.00 |
| Melisa P. Palmer | 1.40 hrs | 160.00 /hr | 224.00 |
| Kerry Keane | .90 hrs | 160.00 /hr | 144.00 |

TOTAL FEES              3.50 hrs                      $704.00

TOTAL EXPENSES                                        $125.00

**TOTAL CHARGES FOR THIS INVOICE**                   **$829.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301039

INVOICE #  818011

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301039
     Sunser, Charles & Colleen
     TC #

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/16/12 | JDV | Communications with client regarding new Florida litigation matter | L110 | .30 hrs |
| 10/16/12 | JDV | Analysis of new Florida litigation matter including lis pendens, complaint, and client documents | L110 | 1.00 hrs |
| 10/16/12 | JAM | Review email from client assigning file and review of documents provided by client | L190 | .20 hrs |
| 10/16/12 | HTC | Review initial case email from client | L120 | .10 hrs |
| 10/17/12 | JDV | Communications with M.Rayboun, U.S. Bank's attorney, regarding status of litigation | L190 | .40 hrs |
| 10/22/12 | JDV | Follow-up communications with M.Rayboun, U.S. Bank's attorney, regarding status of litigation | L190 | .20 hrs |
| 10/25/12 | JAM | Telephone call to M.Rayboun to follow up on J.Vega's communication of October 22nd | L210 | .20 hrs |
| 10/25/12 | JDV | Communications with M.Rayboun, U.S. Bank's attorney, regarding entry of Final Judgment | L190 | .40 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 16, 2012

ResCap

0R0806-301039

FED ID NO. 63-0243316

| Date | | Description | | |
|------|---|-------------|---|---|
| 10/26/12 | JDV | Communications with client regarding entry of Final Judgment and closing of file | L190 | .50 hrs |
| 10/29/12 | JAM | Review file and draft closing file memorandum | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                      $832.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 305.00 /hr | 30.50 |
| Jamie Mathews | .70 hrs | 145.00 /hr | 101.50 |
| Jose D. Vega | 2.80 hrs | 250.00 /hr | 700.00 |

TOTAL FEES              3.60 hrs              $832.00

**TOTAL CHARGES FOR THIS INVOICE**              $832.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0806-301039
Fort Washington, PA 19034

                                                               INVOICE #  821024

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

   Re:  0R0806-301039
        Sunser, Charles & Colleen
        TC #

PROFESSIONAL SERVICES

11/05/12   JDV   Draft October 2012 status report for      L190      .20 hrs
                 client

11/05/12   JAM   Review disposition of file, draft         L190      .30 hrs
                 Closing File Memo, and forward to K.Krull


             TOTAL FEES FOR THIS MATTER                         $93.50


BILLING SUMMARY

   Jamie Mathews              .30 hrs   145.00 /hr        43.50
   Jose D. Vega               .20 hrs   250.00 /hr        50.00


TOTAL FEES                 0.50 hrs                       $93.50

**TOTAL CHARGES FOR THIS INVOICE**                       **$93.50**

             ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    NOVEMBER 16, 2012
1100 Virginia Drive                                       0R0806-301040
Fort Washington, PA 19034

                                                          INVOICE #  818012

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

   Re:  0R0806-301040
        Boyer, Joseph & Catherline
        TC #

PROFESSIONAL SERVICES

10/22/12   TRL   Review and analyze incoming complaint,    L210      .90 hrs
                 title policy and MERS materials and
                 determine response to same

10/22/12   TRL   Teleconference to plaintiff counsel       L210      .20 hrs
                 regarding status of lawsuit and nonsuit
                 order

10/26/12   TRL   Review incoming final order dismissing    B110      .40 hrs
                 case and draft closing memo


           TOTAL FEES FOR THIS MATTER                            $435.00


BILLING SUMMARY

   Thomas Ryan Lynch        1.50 hrs   290.00 /hr        435.00


TOTAL FEES                  1.50 hrs                    $435.00

**TOTAL CHARGES FOR THIS INVOICE**                      $435.00
                                                ═══════════════

          ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301040

INVOICE #  821025

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301040
     Boyer, Joseph & Catherline
     TC #

PROFESSIONAL SERVICES

11/05/12  TRL  Draft status report regarding case        B110      .20 hrs
               closing

               TOTAL FEES FOR THIS MATTER                          $58.00

BILLING SUMMARY

   Thomas Ryan Lynch         .20 hrs   290.00 /hr        58.00

TOTAL FEES                   0.20 hrs                   $58.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$58.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0806-301041

INVOICE #  818013

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0806-301041
     Holt, James & Pamela
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/16/12 | KSA | Review pleadings and documents in new eminent domain case | L210 | .40 hrs |
| 10/16/12 | SPM | Review file and Texas eminent domain law relating to claiming condemnation funds | L120 | .50 hrs |
| 10/17/12 | SPM | Review file to identify parties with an interest in the condemned property | L110 | .10 hrs |
| 10/19/12 | MST | Emails to and from researcher regarding state court file | L110 | .20 hrs |
| 10/22/12 | MST | Emails to and from researcher regarding state court pleadings and update file regarding same | L110 | .20 hrs |
| 10/23/12 | KSA | Review pleadings and applicable law for condemnation action | L210 | .30 hrs |
| 10/23/12 | KSA | Edit letter to borrower's counsel and send to K.Krull for review | L120 | .80 hrs |
| 10/23/12 | SPM | Review loan file including court file from condemnation proceeding,  MERS documents, and mortgage note | L110 | .80 hrs |
| 10/23/12 | SPM | Evaluate case and plan strategy for recovering condemnation proceeds pursuant to the deed of trust | L120 | .80 hrs |



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
NOVEMBER 16, 2012

ResCap

0R0806-301041

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/23/12 | SPM | Revise notice of appearance and update parties to be served | L210 | .30 hrs |
| 10/23/12 | SPM | Draft letter to attorney representing Holt's advising of GMAC's claim to condemnation proceeds | L190 | .90 hrs |
| 10/25/12 | SPM | Review title report on Holt's property | L110 | .30 hrs |
| 10/25/12 | SPM | Verify service parties for notice of appearance | L210 | .10 hrs |
| 10/25/12 | SPM | Research Texas law relating to eminent domain and its effect on first lien holders | L110 | 1.60 hrs |
| 10/25/12 | KSA | Analyze title report and docket for parties involved in eminent domain claim | L120 | .80 hrs |
| 10/29/12 | KSA | Telephone discussion with borrower's counsel regarding status of the property and research on title records of our lien and valuation of the property | L120 | .50 hrs |
| 10/30/12 | SPM | Revise strategy for obtaining condemnation proceeds in light of communications with Holt's attorney | L120 | .10 hrs |
| 10/31/12 | KSA | Email status update to K.Krull with details of condemnation action and recommendation course of action | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                      $1,830.00

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 16, 2012

ResCap

0R0806-301041

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| Keith S. Anderson | 3.10 hrs | 225.00 /hr | 697.50 |
| Spencer Mobley | 5.50 hrs | 195.00 /hr | 1,072.50 |

TOTAL FEES            9.00 hrs                        $1,830.00

**TOTAL CHARGES FOR THIS INVOICE**                 $1,830.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0806-301041
Fort Washington, PA 19034

                                                               INVOICE #  821026

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0806-301041
         Holt, James & Pamela
         TC # NA

PROFESSIONAL SERVICES

11/01/12  KSA  Draft status report regarding              L120      .10 hrs
               negotiating fund amount with borrower's
               counsel

11/02/12  KSA  Telephone discussion with borrower's       L120      .30 hrs
               counsel regarding condemnation action
               and proceeds

11/02/12  KSA  Email correspondence with K.Krull and      L120      .40 hrs
               borrower's counsel regarding resolution
               terms

11/06/12  KSA  Draft Rule 11 agreement for condemnation   L210      .30 hrs
               proceeds portion and release

11/07/12  KSA  Revise agreement letter to borrower's      L120      .40 hrs
               counsel and send to counsel and update
               K.Krull on status

11/08/12  SPM  Revise waiver of claim to condemnation     L160      .10 hrs
               proceeds

11/12/12  MST  Receipt and review of invoice from         L110      .20 hrs
               researcher regarding state court file
               and process payment for same

11/12/12  KSA  Review correspondence from borrower's      L120      .50 hrs
               counsel, draft letters to borrower's
               counsel and K.Krull and send respective
               correspondence



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0806-301041

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $499.50

EXPENSES

11/16/12 Court Costs - Pleadings - WEST GROUP                    266.50
          Bank ID: GENR Check Number: 102425

          TOTAL COSTS FOR THIS MATTER          $266.50

BILLING SUMMARY

    Melanie Thompson          .20 hrs    150.00 /hr        30.00
    Keith S. Anderson        2.00 hrs    225.00 /hr       450.00
    Spencer Mobley            .10 hrs    195.00 /hr        19.50

TOTAL FEES              2.30 hrs                    $499.50

TOTAL EXPENSES                                      $266.50

**TOTAL CHARGES FOR THIS INVOICE**                  **$766.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      JANUARY 17, 2013
1100 Virginia Drive                                        0R0806-301041
Fort Washington, PA 19034

INVOICE #  829697

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301041
     Holt, James & Pamela
     TC # NA

PROFESSIONAL SERVICES

12/01/12  KSA  Draft status report                    L120      .10 hrs

12/05/12  MST  Analysis of documents regarding         L120      .40 hrs
               dismissal of case, draft closing memo
               and prepare file for closing


          TOTAL FEES FOR THIS MATTER                         $82.50


BILLING SUMMARY

    Melanie Thompson          .40 hrs  150.00 /hr      60.00
    Keith S. Anderson         .10 hrs  225.00 /hr      22.50


TOTAL FEES                  0.50 hrs                  $82.50

**TOTAL CHARGES FOR THIS INVOICE**                   **$82.50**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 16, 2012
1100 Virginia Drive                                            0R0806-301042
Fort Washington, PA 19034

                                                               INVOICE #  818015

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0806-301042
         Marion County v. BP Realty, LLC; Sallee Horse Vans, Inc.;
         Catherine Lee Revocable Trust and others
         TC # NA

PROFESSIONAL SERVICES

10/15/12   RLB   Review and analyze pleadings              L210      .50 hrs

10/19/12   RBB   Research Marion county (FL) clerk of      L140     1.50 hrs
                 court's website for additional documents
                 related to this case

10/19/12   RBB   Prepare initial docket for attorney       L140      .10 hrs
                 review

10/19/12   RBB   Review and analysis of documents          L140      .90 hrs
                 received from GMAC

10/26/12   RBB   Review case status with attorney in       L140      .40 hrs
                 order to determine action plan

10/26/12   RLB   Review and analyze pleadings related to   L210     2.30 hrs
                 condemnation proceedings

10/29/12   RLB   Teleconference with borrower's counsel    L160      .50 hrs
                 regarding condemnation action

10/29/12   RLB   Work on notice of appearance and notice   L190      .30 hrs
                 of bankruptcy issues

10/29/12   CWH   Draft email to client to inquire about    L120      .20 hrs
                 bankruptcy issues and the eminent domain
                 action



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
NOVEMBER 16, 2012

ResCap

0R0806-301042

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | CWH | Review and analyze eminent domain proceeding to date | L120 | .50 hrs |
| 10/29/12 | KK | Review and analyze eminent domain petition and research docket to determine proper parties to notice in action | L110 | .40 hrs |
| 10/29/12 | RBB | Prepare copies of correspondence to/from GMAC case manager for review by C.Hancock | L140 | .20 hrs |
| 10/29/12 | RBB | Review and analysis of correspondence from GMAC case manager regarding investor, who BABC will be representing and payoff | L140 | .20 hrs |
| 10/29/12 | RBB | Prepare correspondence to GMAC case manager regarding investor, who BABC will be representing and payoff | L140 | .10 hrs |
| 10/29/12 | RBB | Per action plan developed on 10/26/2012, prepare correspondence to runners service to request copy of case file | L140 | .10 hrs |
| 10/30/12 | RBB | Prepare requested documents (Notice of Lis Pendens, Complaint/Petition for Eminent Domain, Amended Declaration of Taking for Parcel 51)for review by client | L140 | .50 hrs |
| 10/30/12 | RBB | Review and analysis of correspondence to/from client in order to prepare documents for her review | L140 | .20 hrs |
| 10/30/12 | RBB | Review and analysis of correspondence regarding division of proceeds from eminent domain taking for case status update | L140 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 16, 2012

0R0806-301042

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/30/12 | RBB | Prepare correspondence to parties on certificate of service regarding attached notice of bankruptcy and supplemental order | L140 | .20 hrs |
| 10/30/12 | RBB | Prepare notice of bankruptcy and supplemental order for attorney review and signature | L140 | .40 hrs |
| 10/30/12 | RBB | Review and analysis case document and current correspondence in order to prepare notice of bankruptcy and supplemental order | L140 | .30 hrs |
| 10/30/12 | RBB | Review and analysis of the 15 documents received from the runners service as well as the list of documents not currently available | L140 | .90 hrs |
| 10/30/12 | RBB | Conference with runners service regarding status on request for case file | L140 | .30 hrs |
| 10/30/12 | RBB | Prepare correspondence to parties on certificate of service regarding attached NOA/Designation of E-mail | L140 | .20 hrs |
| 10/30/12 | RBB | Assist attorney with Finalizing NOA/Designation of E-mail | L140 | .30 hrs |
| 10/30/12 | RBB | Review and analysis of correspondence to/from J.Scoliard regarding filing notice of bankruptcy for case status update | L140 | .30 hrs |
| 10/30/12 | CWH | Review and revise notice of bankruptcy in eminent domain matter | L210 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
NOVEMBER 16, 2012

0R0806-301042

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/30/12 | CWH | Continue to exchange several emails with client regarding intention to file notice of bankruptcy and GMAC's entitlement to some portion of the proceeds | L120 | .30 hrs |
| 10/30/12 | RLB | E-mails to and from client and co-counsel regarding eminent domain proceedings | L460 | 1.40 hrs |
| 10/30/12 | RLB | E-mail to client regarding necessity of BPO | L460 | .20 hrs |
| 10/31/12 | RBB | Review and analysis of correspondence to/from K.Krull regarding BPO for case status update | L140 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $3,166.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | 1.20 hrs | 315.00 /hr | 378.00 |
| Robert B. Benson | 7.50 hrs | 160.00 /hr | 1,200.00 |
| Rashad L. Blossom | 5.20 hrs | 250.00 /hr | 1,300.00 |
| Kerry Keane | .40 hrs | 160.00 /hr | 64.00 |

TOTAL FEES                14.30 hrs                $3,166.00

**TOTAL CHARGES FOR THIS INVOICE**                $3,166.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301042

INVOICE #  821027

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301042
     Marion County v. BP Realty, LLC; Sallee Horse Vans, Inc.;
     Catherine Lee Revocable Trust and others
     TC # NA

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .20 hrs |
| 11/02/12 | RLB | Teleconference with borrower's counsel regarding appraisal and mortgage | L620 | .20 hrs |
| 11/02/12 | RLB | E-mail to opposing counsel regarding mortgage | L620 | .10 hrs |
| 11/06/12 | RLB | Review e-mail from borrowers' counsel regarding condemnation proceeds | L620 | .20 hrs |
| 11/06/12 | RLB | E-mail to client regarding e-mail received from borrowers' counsel | L620 | .10 hrs |
| 11/08/12 | KK | Receive and review six outstanding pleadings from court runner and research docket to determine status of case | L110 | .40 hrs |
| 11/09/12 | RLB | Teleconference with J.Hanratty regarding resolution of condemnation issue | L620 | .10 hrs |
| 11/15/12 | RLB | Teleconference with client regarding recovery of condemnation proceeds | L620 | .30 hrs |
| 11/16/12 | RLB | Return call to opposing counsel regarding status of settlement | L160 | .10 hrs |
| 11/28/12 | KK | Research and review docket to determine status of case | L110 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0806-301042

FED ID NO. 63-0243316

---

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/28/12 | RLB | Teleconference with J.Hanratty regarding status of client's review of matter | L620 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |
| 11/30/12 | RLB | Teleconference with client regarding status of matter | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $503.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | 1.50 hrs | 250.00 /hr | 375.00 |
| Kerry Keane | .80 hrs | 160.00 /hr | 128.00 |

TOTAL FEES                    2.30 hrs                  $503.00

**TOTAL CHARGES FOR THIS INVOICE**                  $503.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0806-301042

INVOICE #  829698

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301042
      Marion County v. BP Realty, LLC; Sallee Horse Vans, Inc.;
      Catherine Lee Revocable Trust and others
      TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RBB | Review and analysis of correspondence from runners service regarding requested documents that are still unavailable but are listed on the docket in October 2012 for case status update | L140 | .10 hrs |
| 12/04/12 | RLB | E-mail to client regarding contact from borrower | L190 | .20 hrs |
| 12/17/12 | RLB | Teleconference with opposing counsel regarding condemnation proceeds | L190 | .10 hrs |
| 12/18/12 | RLB | Teleconference with client regarding calculation of condemnation proceeds | L160 | .20 hrs |
| 12/18/12 | RLB | Teleconference with J.Hanratty regarding telephone call received from his client | L160 | .40 hrs |
| 12/18/12 | RLB | Teleconference with borrower regarding status of condemnation proceeds | L160 | .50 hrs |
| 12/19/12 | RLB | Review and respond to e-mail from client regarding appraisal | L160 | .10 hrs |
| 12/19/12 | RLB | E-mail memorandum to client regarding conversation with borrower | L160 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
JANUARY 17, 2013

ResCap

0R0806-301042

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/19/12 | CWH | Review and analyze BPO provided by client and compare same to lengthy appraisal report regarding damages valuation in eminent domain proceeding | L120 | .40 hrs | |

TOTAL FEES FOR THIS MATTER                                   $642.00

### EXPENSES

12/12/12 Court Costs - Pleadings - WEST GROUP RB COURT                   481.62
         DOCUMENTS
         Bank ID: GENR Check Number: 103525

TOTAL COSTS FOR THIS MATTER                                   $481.62

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 315.00 /hr | 126.00 |
| Robert B. Benson | .10 hrs | 160.00 /hr | 16.00 |
| Rashad L. Blossom | 2.00 hrs | 250.00 /hr | 500.00 |

| | | |
|---|---|---|
| TOTAL FEES | 2.50 hrs | $642.00 |
| TOTAL EXPENSES | | $481.62 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,123.62** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                        0R0806-301043
Fort Washington, PA 19034

                                                           INVOICE #  821028
                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0806-301043
         Paul, Rita and Benjamin
         TC # UNKNOWN

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/05/12 | JJS | Drafting answer and notice of appearance and working on case assessment. | L120 | 1.30 hrs |
| 11/06/12 | MCG | Review and revise initial litigation memorandum | C300 | .90 hrs |
| 11/06/12 | MCG | Review and analyze complaint and declaration of taking and notice of deposit | C300 | .70 hrs |
| 11/07/12 | JJS | Drafting initial case assessment memorandum. | L120 | 2.40 hrs |
| 11/09/12 | JJS | Completing initial case analysis and communicating with client regarding same. | L120 | .40 hrs |
| 11/14/12 | JJS | Speaking with client contact regarding case assessment, filing the answer, and necessary documents. | L120 | .30 hrs |
| 11/16/12 | JJS | Assessing case status and whether a motion to intervene will be needed for GMAC. | L120 | .20 hrs |
| 11/17/12 | MCG | Strategy regarding whether to intervene in pending eminent domain matter | L120 | .30 hrs |
| 11/19/12 | JJS | Communicating with client regarding current investor for the loan. | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0806-301043

FED ID NO. 63-0243316

---

11/25/12   JJS   Reviewing communications related to a        L120      .10 hrs
                 motion to intervene.

11/28/12   JJS   Assessing case status for monthly status     L120      .10 hrs
                 report.

11/30/12   KK    Draft status report for client               L110      .10 hrs


           TOTAL FEES FOR THIS MATTER                              $2,007.00


BILLING SUMMARY

   Michael C. Griffin      1.90 hrs    300.00 /hr        570.00
   Jessica J. Sibley       4.90 hrs    290.00 /hr      1,421.00
   Kerry Keane              .10 hrs    160.00 /hr         16.00


TOTAL FEES                 6.90 hrs                   $2,007.00

TOTAL CHARGES FOR THIS INVOICE                       $2,007.00

           ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         JANUARY 17, 2013
1100 Virginia Drive                                           0R0806-301043
Fort Washington, PA 19034

INVOICE #  829699

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0806-301043
         Paul, Rita and Benjamin
         TC # UNKNOWN

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/05/12 | KK | Review and analyze client documents and pleadings to determine case status | L110 | .30 hrs |
| 12/05/12 | KK | Draft Notice of Appearance and update certificate of service for filing with court | L110 | .20 hrs |
| 12/05/12 | JJS | Assessing current case status. | L120 | .10 hrs |
| 12/14/12 | KK | Review case status to determine next steps in case | L110 | .20 hrs |

             TOTAL FEES FOR THIS MATTER                        $141.00

                                                                  0.00
12/05/12 Copy Charges                                             0.00
12/12/12 Copy Charges                                             0.00
12/05/12 Express Mail/Fedex

BILLING SUMMARY

    Jessica J. Sibley        .10 hrs    290.00 /hr        29.00
    Kerry Keane              .70 hrs    160.00 /hr       112.00


TOTAL FEES                   0.80 hrs                    $141.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
JANUARY 17, 2013

ResCap

0R0806-301043

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $141.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0806-301044

INVOICE # 821029

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0806-301044
     Cawthorne, Robert
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | KSA | Review background and loan history to assess best course with bankruptcy and potential title claim | L120 | .40 hrs |
| 11/02/12 | KSA | Review mortgage, HUD, and supporting documents to assess situation and order title report | L120 | .80 hrs |
| 11/02/12 | KSA | Conference call with K.Krull regarding lien specifics | L120 | .30 hrs |
| 11/02/12 | JB | Conferences with K.Krull regarding new file | B250 | .30 hrs |
| 11/02/12 | JB | Review bankruptcy docket regarding wife's interest in land | L120 | .50 hrs |
| 11/06/12 | MST | Obtain and analyze title report, prepare working copies for attorneys and update file regarding same | L110 | .40 hrs |
| 11/06/12 | KSA | Review title report for property and assess lien position and tax status to advise K.Krull | L120 | .30 hrs |
| 11/07/12 | KSA | Review and analyze title report and bankruptcy pleadings and write analysis email to K.Krull with determination regarding borrower closing | L120 | .80 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0806-301044

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/07/12 | JB | Work on response to K.Krull regarding status of collateral and file | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $865.00

### EXPENSES

| | | |
|---|---|---|
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 11-1-12 Bank ID: GENR Check Number: 102858 | 5.62 |
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 10-29-12 Bank ID: GENR Check Number: 102858 | 14.10 |
| 11/23/12 | Title Search Fee - BANK OF AMERICA PROTITLEUSA 11-7-12 Bank ID: GENR Check Number: 102858 | 150.00 |

TOTAL COSTS FOR THIS MATTER                                    $169.72

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| Keith S. Anderson | 2.60 hrs | 225.00 /hr | 585.00 |
| James Bailey | 1.10 hrs | 200.00 /hr | 220.00 |

| | | |
|---|---|---|
| TOTAL FEES | 4.10 hrs | $865.00 |
| TOTAL EXPENSES | | $169.72 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,034.72** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                JANUARY 17, 2013
1100 Virginia Drive                                                   0R0806-301044
Fort Washington, PA 19034

                                                                      INVOICE #  829700

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0806-301044
     Cawthorne, Robert
     TC # NA

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/05/12 | JB | Review bankruptcy docket regarding wife's interest in land | L120 | .50 hrs |
| 11/05/12 | JB | Conferences with K.Krull regarding new file | L120 | .30 hrs |
| 11/06/12 | JB | Review title report and conference with K.Anderson regarding status of file | L120 | .30 hrs |
| 12/01/12 | KSA | Draft status report | L120 | .10 hrs |

                 TOTAL FEES FOR THIS MATTER                    $242.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .10 hrs | 225.00 /hr | 22.50 |
| James Bailey | 1.10 hrs | 200.00 /hr | 220.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.20 hrs | $242.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$242.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0807-301001

INVOICE #  813510

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0807-301001
     Foreclosure Title Claims Issues
     (Pursuit of Title Claims)
     TC # 717481

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | LG | Communications regarding the status of excess funds held in the Rhode Island court registry and the strategy for obtaining those funds | L120 | .40 hrs |
| 09/10/12 | LG | Analyze claim status and GMAC's potential avenues of recovery | L120 | 1.30 hrs |
| 09/10/12 | LG | Communications with Fidelity concerning the existence of two claim numbers and a potential tolling agreement | L120 | .50 hrs |
| 09/10/12 | LG | Draft tolling agreement staying GMAC's claims | L210 | .50 hrs |
| 09/10/12 | LG | Analyze documents provided by retained counsel relating to curative options and delays in curing defect | L120 | 1.50 hrs |
| 09/10/12 | LG | Communications concerning BAB's estimated fees to pursue recovery for GMAC | L120 | .50 hrs |
| 09/10/12 | HEA | Telephone calls and emails with Fidelity's claims counsel regarding possible tolling agreement and date claim was opened at Fidelity | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

0R0807-301001

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 09/10/12 | HEA | Review letter from counsel for Fidelity regarding excess funds in court registry and draft and send response | L190 | 1.00 hrs |
| 09/10/12 | HEA | Consider timing of notice isues and impact on nature and strength of claim | L190 | 1.00 hrs |
| 09/11/12 | HEA | Review recoupment options | L190 | 1.50 hrs |
| 09/11/12 | HEA | Consider demand to settlement agent and emails with client regarding same | L160 | .50 hrs |
| 09/11/12 | HEA | Consider best practices for project moving forward and title defects and coverage/curative issues | L190 | 2.00 hrs |
| 09/11/12 | HEA | Emails with client contact regarding funds held in court registry | L190 | .40 hrs |
| 09/11/12 | LG | Draft tolling agreement | L120 | 1.10 hrs |
| 09/12/12 | HEA | Emails with GMAC and Embrace regarding wired funds | L160 | .50 hrs |
| 09/13/12 | HEA | Send email to client regarding statute of limitation issues on claims | L190 | .50 hrs |
| 09/13/12 | HEA | Revise draft tolling agreement | L190 | 1.00 hrs |
| 09/13/12 | HEA | Send draft tolling agreement to Fidelity to review and consider | L190 | .50 hrs |
| 09/17/12 | HEA | Review file and provide update to client at request | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 30, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/12 | HEA | Review counterclaim filed by borrower and consider impact on resolution and email to client regarding same | L210 | .70 hrs |
| 09/18/12 | HEA | Emails with title company regarding tolling agreement of lawsuit | L190 | .30 hrs |
| 09/18/12 | HEA | Review emails and draft agreements received from retained counsel and Fidelity regarding resolution of matter | L190 | 1.00 hrs |
| 09/18/12 | HEA | Send email to client regarding resolution of matter | L160 | .50 hrs |
| 09/18/12 | HEA | Provide additional analysis to client regarding possible resolution and handling of initial notices of claim | L190 | 1.00 hrs |
| 09/19/12 | HEA | Prepare for and participate in update call with client and GMAC foreclosure/title team regarding status of active matters | L190 | 2.50 hrs |
| 09/19/12 | HEA | Telephone call with retained counsel regarding recently asserted counterclaim and plan moving forward | L210 | 1.00 hrs |
| 09/19/12 | HEA | Send initial email to client regarding resolution plan of action | L120 | 1.00 hrs |
| 09/19/12 | HEA | Review attorney correspondence regarding senior lienholder | L190 | .40 hrs |
| 09/21/12 | HEA | Review email from client with approval to file arbitration | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 30, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/21/12 | HEA | Review National Arbitration Forum Rules and incorporate requirements into notice of claim | L190 | 2.00 hrs |
| 09/21/12 | HEA | Review real party in interest issues and draft arbitration demand to be submitted to National Arbitration Forum | L190 | 2.50 hrs |
| 09/21/12 | HEA | Send status memo to client for next decisions in case | L190 | 1.00 hrs |
| 09/24/12 | HEA | Emails with Fidelity's claims counsel regarding tolling agreement and submission of claim to the National Arbitration Forum | L190 | 1.00 hrs |
| 09/24/12 | HEA | Revise demand letters to be sent to closing agent | L190 | 1.00 hrs |
| 09/24/12 | LG | Analyze South Carolina law regarding real estate closing and factual documents including the closing instructions, note, mortgage, and title abstract in order to draft demand letter for a GMAC title claim | L120 | .90 hrs |
| 09/24/12 | LG | Draft GMAC's demand letter to closing agent and his former law firm demanding that GMAC be compensated for its losses stemming from the agent's failure to record certain closing documents | L120 | 1.80 hrs |
| 09/24/12 | LG | Finalize GMAC's demand letter | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
OCTOBER 30, 2012

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/25/12 | HEA | Emails with National Arbitration Forum regarding address for Lawyers Title and research regarding information for proper service | L160 | 1.00 hrs |
| 09/26/12 | HEA | Prepare for weekly title claims project call | L190 | .50 hrs |
| 09/26/12 | HEA | Revise title claims project memo and send additional email with summary regarding pending claim | L190 | 1.00 hrs |
| 09/26/12 | LG | Analyze information related to various title claims and draft updates for GMAC | L120 | .80 hrs |
| 09/26/12 | LG | Draft email to insurer's counsel requesting a final coverage decision on a title claim | L120 | .20 hrs |
| 09/27/12 | HEA | Correspondence with Arbitration Forum regarding start of case | L190 | .30 hrs |
| 09/27/12 | HEA | Revise service documents to be sent to opposing party and send with cover letters | L210 | 1.50 hrs |
| 09/28/12 | HEA | Review email and settlement documents received from retained counsel | L160 | .50 hrs |
| 09/28/12 | HEA | Send email to client regarding status of settlement and need for return of settlement documents | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $10,489.20



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     6
OCTOBER 30, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

EXPENSES

07        Filing Fees                                                                500.00

                TOTAL COSTS FOR THIS MATTER                    $500.00

BILLING SUMMARY

    Hall Eady              32.20 hrs    266.00 /hr      8,565.20
    Lee Gilley              9.80 hrs    185.00 /hr      1,813.00

TOTAL FEES              42.00 hrs                      $10,489.20

TOTAL EXPENSES                                          $500.00

**TOTAL CHARGES FOR THIS INVOICE**              **$10,989.20**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                             NOVEMBER 15, 2012
1100 Virginia Drive                                0R0807-301001
Fort Washington, PA 19034

                                                   INVOICE #  817899

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0807-301001
     Foreclosure Title Claims Issues
     (Pursuit of Title Claims)
     TC # 717481

EXPENSES

    01       Copy Charges                                   0.00
    28A      Corporate Agent Services                     500.00
    35       Express Mail/Fedex                             0.00
    41       Computerized Legal Research-Westlaw            0.00
    65       Title Search Fee                             184.95

             TOTAL COSTS FOR THIS MATTER           $684.95


TOTAL FEES            0.00 hrs               $.00

TOTAL EXPENSES                            $684.95

**TOTAL CHARGES FOR THIS INVOICE          $684.95**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    NOVEMBER 17, 2012
1100 Virginia Drive                                                       0R0807-301001
Fort Washington, PA 19034

                                                                         INVOICE #  818571

                                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

        Re:   0R0807-301001
              Foreclosure Title Claims Issues
              (Pursuit of Title Claims)
              TC # 717481

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/03/12 | HEA | Prepare for weekly title claims project call and review memo drafted by L.Gilley regarding same | L190 | 2.50 hrs |
| 10/03/12 | LG | Communications concerning the status of curative litigation being handled by retained counsel | L120 | .50 hrs |
| 10/03/12 | LG | Communications concerning corrective deed | L120 | .30 hrs |
| 10/03/12 | LG | Draft status update of various claims in place of weekly title claims update call | L120 | 1.20 hrs |
| 10/06/12 | LG | Analyze Florida law to assess potential avenues for recovery including a potential claim for abstractor negligence | L120 | 2.30 hrs |
| 10/06/12 | LG | Draft analysis of potential avenues for recovery on claim | L120 | 2.10 hrs |
| 10/08/12 | HEA | Review possible recoupment options, revise initial evaluation memo and send to client for review | L190 | 2.00 hrs |
| 10/08/12 | ERP | E-mail communication with D.Mitchell requesting title search | L120 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0807-301001

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/10/12 | LG | Call discussing status of various pending title issues and the claims project | L120 | .50 hrs |
| 10/10/12 | HEA | Telephone call with client regarding Operation Storm Title and update on project generally | L190 | .50 hrs |
| 10/10/12 | HEA | Review prior memo regarding Operation Storm Title | L190 | .40 hrs |
| 10/10/12 | HEA | Emails with client regarding weekly title claims project call | L190 | .30 hrs |
| 10/10/12 | HEA | Prepare for weekly title claims project call | L190 | 1.50 hrs |
| 10/11/12 | HEA | Emails with retained counsel and Fidelity regarding execution of settlement documents | L160 | .50 hrs |
| 10/11/12 | HEA | Telephone call with GMAC Doc Ex Team regarding settlement terms | L160 | .50 hrs |
| 10/11/12 | HEA | Review file and emails with client regarding next steps in response to borrower's counterclaim | L210 | 1.00 hrs |
| 10/11/12 | KSA | Review complaint and draft bankruptcy notice | L210 | .50 hrs |
| 10/15/12 | HEA | Draft cover letters with settlement agreements to retained counsel and Fidelity | L160 | 1.00 hrs |
| 10/15/12 | HEA | Draft email to GMAC regarding completion of settlement | L160 | .50 hrs |