

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 17, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/15/12 | HEA | Review client documents for possible production to retained counsel | L320 | 2.00 hrs |
| 10/15/12 | HEA | Evaluate bankruptcy issues in advance of response deadline | L190 | .50 hrs |
| 10/15/12 | HEA | Contact with retained counsel regarding answer to counterclaim and other issues | L210 | .50 hrs |
| 10/15/12 | HEA | Draft ILAB | L190 | 1.00 hrs |
| 10/15/12 | HEA | Emails with Stewart Title | L190 | .50 hrs |
| 10/16/12 | HEA | Draft coverage correspondence with title insurance company | L190 | .50 hrs |
| 10/16/12 | HEA | Emails with client regarding response to counterclaims | L210 | 1.00 hrs |
| 10/17/12 | HEA | Prepare for weekly call to discuss Priority 1 and Priority 2 claims | L190 | 1.00 hrs |
| 10/17/12 | HEA | Draft final demand for resolution | L160 | .70 hrs |
| 10/17/12 | HEA | Revise proof of service documents to be sent to NAF to start case | L210 | 2.00 hrs |
| 10/17/12 | HEA | Review recent AAA correspondence and draft and send email to AAA regarding status of pending arbitration | L190 | .50 hrs |
| 10/17/12 | LG | Call updating status of title project and various title claims | L120 | .50 hrs |
| 10/17/12 | LG | Update memo concerning status of various title claims | L120 | 1.10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      4
NOVEMBER 17, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/17/12 | LG | Communications concerning the resolution of a title claim | L120 | .30 hrs |
| 10/18/12 | HEA | Emails regarding application of proceeds | L160 | .50 hrs |
| 10/18/12 | HEA | Analyze issues regarding First American FACT product and possible legal claims to be asserted | L160 | 1.50 hrs |
| 10/18/12 | HEA | Consider issues regarding draft settlement agreement for collection of attorney's fees | L160 | 1.50 hrs |
| 10/22/12 | HEA | Consider issues regarding demand to settlement agent and consider next steps | L160 | 1.00 hrs |
| 10/22/12 | HEA | Review AAA correspondence regarding initial conference call with the arbitrator and consider scheduling issues | L190 | .50 hrs |
| 10/22/12 | HEA | Draft email to foreclosure counsel regarding obtaining of excess of funds in Court registry | L190 | .50 hrs |
| 10/22/12 | HEA | Review new GA title defect matter for coverage and basis for final demand to title insurer | L110 | .70 hrs |
| 10/22/12 | HEA | Draft email to foreclosure counsel regarding need for resolution | L120 | .50 hrs |
| 10/22/12 | HEA | Evaluate issues surrounding FACT program and emails with client regarding same | L190 | 1.00 hrs |
| 10/23/12 | LG | Draft letter escalating claim and demanding update of claim status | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
NOVEMBER 17, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| 10/23/12 | HEA | Review correspondence from NFA regarding commencement of case and review NFA rules regarding same | L190 | 1.00 hrs |
|----------|-----|---|------|----------|
| 10/23/12 | HEA | Review information received from closing agent's office and send email to client regarding status of demand | L190 | 2.00 hrs |
| 10/24/12 | HEA | Participate in weekly title claims project call and update memo reflecting current status of pending matters | L190 | 1.00 hrs |
| 10/24/12 | HEA | Prepare for weekly title claims call | L190 | 2.00 hrs |
| 10/24/12 | HEA | Review litigation documents, consider status of possible resolution with First American and send email to foreclosure counsel regarding prior coverage correspondence | L190 | 1.00 hrs |
| 10/24/12 | HEA | Revise follow up demand letter to settlement agent | L160 | .70 hrs |
| 10/24/12 | LG | Draft second letter containing additional information about a claim and demanding payment | L120 | .80 hrs |
| 10/25/12 | LG | Call with arbitrator discussing status of the case and schedule for proceeding | L120 | .50 hrs |
| 10/25/12 | HEA | Prepare for initial call with arbitrator and participate in call | L230 | 2.00 hrs |
| 10/25/12 | HEA | Consider revised position statement and status of receipt of funds from Court registry | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0807-301001

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 10/26/12 | HEA | Review newly entered scheduling order and consider upcoming deadlines | L390 | .50 hrs |
| 10/26/12 | HEA | Revise updated weekly update memo for claims and status | L190 | 1.50 hrs |
| 10/26/12 | LG | Draft title claims weekly update providing a status of pending claims handled by BABC | L120 | 1.30 hrs |
| 10/29/12 | HEA | Consider contracts and contacts for FACT program and pursuit of recovery of potential insured losses | L190 | 2.00 hrs |
| 10/30/12 | HEA | Revise draft release and settlement agreement proposed by title company | L160 | 1.20 hrs |
| 10/30/12 | HEA | Draft emails to client and claims counsel regarding status of resolution of matter | L160 | .50 hrs |
| 10/31/12 | HEA | Emails with client regarding recording of quitclaim deed | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                      $14,544.30

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Emily R. Powell | .20 hrs | 150.00 /hr | 30.00 |
| Hall Eady | 45.30 hrs | 266.00 /hr | 12,049.80 |
| Keith S. Anderson | .50 hrs | 223.00 /hr | 111.50 |
| Lee Gilley | 12.00 hrs | 185.00 /hr | 2,220.00 |

TOTAL FEES        58.00 hrs              $14,544.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
NOVEMBER 17, 2012

0R0807-301001

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $14,544.30

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               NOVEMBER 30, 2012
1100 Virginia Drive                                  0R0807-301001
Fort Washington, PA 19034

                                                     INVOICE #  820892

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0807-301001
     Foreclosure Title Claims Issues
     (Pursuit of Title Claims)
     TC # 717481

<u>EXPENSES</u>

  65        Title Search Fee                              664.95

              TOTAL COSTS FOR THIS MATTER          $664.95


TOTAL FEES              0.00 hrs                  $.00

TOTAL EXPENSES                                  $664.95

**TOTAL CHARGES FOR THIS INVOICE**             $664.95

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0807-301001
Fort Washington, PA 19034

                                                              INVOICE #  821049

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0807-301001
     Foreclosure Title Claims Issues
     (Pursuit of Title Claims)
     TC # 717481

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | LG | Analyze initial issues related to a new title claim | L120 | .40 hrs |
| 11/01/12 | SPM | Review recorded mortgage to verify date of recording | L110 | .20 hrs |
| 11/02/12 | SPM | Review e-mail correspondence with GMAC and foreclosure filings to diagram a timeline of events and create a research strategy | L110 | .40 hrs |
| 11/04/12 | LG | Analyze various documents including the title policy, coverage correspondence, and pleadings in preparation to draft a position statement for the ongoing arbitration | L120 | 1.60 hrs |
| 11/04/12 | LG | Begin drafting position statement setting forth GMACÆs arguments related to the arbitration | L120 | 1.50 hrs |
| 11/05/12 | SPM | Research Florida law on setting aside judgments to develop a strategy for setting aside default obtained in quiet title action by second lien holder | L120 | 4.10 hrs |
| 11/05/12 | LG | Communications with client concerning the status of a pending title claim | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0807-301001

FED ID NO. 63-0243316

| 11/05/12 | LG | Draft position statement for title claim currently involved in arbitration proceedings | L120 | 1.00 hrs |
|----------|-----|---|------|----------|
| 11/06/12 | SPM | Research Florida law on collateral estoppel | L120 | .80 hrs |
| 11/06/12 | LG | Continue drafting GMAC's arbitration position statement | L120 | 1.20 hrs |
| 11/06/12 | LG | Revise GMACÆs arbitration position statement | L120 | .80 hrs |
| 11/06/12 | HEA | Emails with client regarding moving forward with foreclosure | L190 | .30 hrs |
| 11/07/12 | LG | Draft email summarizing analysis of theories of liability under Rhode Island law | L120 | .20 hrs |
| 11/07/12 | LG | Analyze theories of liability under Rhode Island law in order to determine whether GMAC should include certain theories in its position statement | L120 | 1.20 hrs |
| 11/07/12 | HEA | Review file materials and review and revise position statement for arbitration | L210 | 4.00 hrs |
| 11/07/12 | SPM | Review litigation documents provided by GMAC and civil docket sheets for the three cases involving the affected property | L110 | .70 hrs |
| 11/08/12 | SPM | Search public records for filings and orders entered in lawsuit | L110 | .30 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 30, 2012

0R0807-301001

FED ID NO. 63-0243316

| 11/08/12 | SPM | Review orders entered on affected property affecting title | L110 | .60 hrs |
|---|---|---|---|---|
| 11/08/12 | SPM | Review file and civil docket sheets to formulate court file requests | L120 | .10 hrs |
| 11/08/12 | ERP | E-mail communication with D.Mitchell at AFX title requesting title report for affected property | L120 | .20 hrs |
| 11/08/12 | ERP | E-mail communication with C.Walters at Westlaw requesting court file retrieval regarding lawsuit | L120 | .20 hrs |
| 11/08/12 | HEA | Review foreclosure documents to determine strategy and email to client re same | L190 | 2.50 hrs |
| 11/08/12 | HEA | Emails with client regarding negotiations with title company | L160 | .50 hrs |
| 11/08/12 | SPM | Prepare strategy for collateral attack to final judgments in the second lien holder foreclosure and quiet title action | L120 | .50 hrs |
| 11/09/12 | SPM | Outline memorandum regarding facts of the case and prospective legal issues | L110 | .60 hrs |
| 11/09/12 | SPM | Draft memorandum regarding facts of the case and prospective legal issues | L110 | 3.70 hrs |
| 11/09/12 | SPM | Review Wachovia note for indications of prior notice of senior lien | L110 | .30 hrs |
| 11/12/12 | HEA | Additional emails with client regarding status of foreclosure and recommendations | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
NOVEMBER 30, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| 11/12/12 | HEA | Emails with client regarding dismissal of any pending foreclosure action | L160 | .50 hrs |
| 11/12/12 | HEA | Telephone calls with foreclosure counsel and coverage counsel for title insurer regarding status of foreclosure and next steps | L190 | .50 hrs |
| 11/12/12 | HEA | Provide update to client regarding status | L190 | .20 hrs |
| 11/13/12 | ERP | E-mail communication with Westlaw regarding status of court file retrieval | L120 | .20 hrs |
| 11/13/12 | ERP | E-mail communication with D.Mitchell at AFX Title regarding status of title report requested on 11/8 | L120 | .20 hrs |
| 11/13/12 | HEA | Telephone call with outside counsel regarding pending foreclosure and dismissal and follow up email regarding same | L190 | .50 hrs |
| 11/14/12 | HEA | Prepare for weekly title claims project call and participate in same | L190 | 1.50 hrs |
| 11/14/12 | ERP | Initial review of 127 page title report provided by AFX Title on 11/12 | L120 | .60 hrs |
| 11/14/12 | SPM | Review title report on property securing the loan | L110 | .30 hrs |
| 11/15/12 | SPM | Review and analyze state court file from foreclosure of other lien on the effected property | L110 | .30 hrs |
| 11/15/12 | ERP | Initial Review of 220 pages of court file provided by C.Walters at Westlaw | L120 | 1.80 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
NOVEMBER 30, 2012

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/15/12 | ERP | E-mail communication with C.Walters at Westlaw regarding court file retrieval status | L120 | .20 hrs |
| 11/19/12 | ERP | Initial review of 190 page court file provided by C.Walters at Westlaw on 11/19 | L120 | 1.20 hrs |
| 11/19/12 | SPM | Review quiet title action court documents filed by subordinate lienholder on the property | L110 | .20 hrs |
| 11/20/12 | SPM | Revise memorandum relating to possible recovery options against property following second lien holder's quiet title action | L120 | .40 hrs |
| 11/21/12 | HEA | Review Fidelity's response to our position statement and consider discovery to be served on Fidelity | L190 | .50 hrs |
| 11/26/12 | SPM | Research Florida personal and subject matter jurisdiction law in preparation of drafting complaint against other lienholder regarding lien interest in property | L210 | 1.70 hrs |
| 11/26/12 | LG | Communications updating the client as to the status of various title claims | L120 | .40 hrs |
| 11/27/12 | LG | Communications with client about documents needed in order to complete initial review | L120 | .30 hrs |
| 11/27/12 | LG | Analyze cases and news articles and other materials in order to gather information concerning a First American title insurance program | L120 | 1.50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    6
NOVEMBER 30, 2012

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/27/12 | LG | Communications with client concerning the current status of a title claim | L120 | .20 hrs |
| 11/27/12 | LG | Communications with closing agent demanding payment | L120 | .30 hrs |
| 11/27/12 | HEA | Review of possible demand for coverage | L190 | .70 hrs |
| 11/27/12 | HEA | Draft and send email to client regarding same | L160 | .30 hrs |
| 11/27/12 | HEA | Emails with coverage counsel regarding settlement agreement | L160 | .30 hrs |
| 11/27/12 | HEA | Review caselaw regarding motion to reopen foreclosure and other strategies | L190 | 1.00 hrs |
| 11/28/12 | LG | Communication with closing agent concerning GMAC's demand | L120 | .20 hrs |
| 11/29/12 | HEA | Review emails from client contacts regarding prior lien | L190 | .50 hrs |
| 11/29/12 | LG | Communications concerning the relationship between GMAC and Homecomings | L120 | .20 hrs |
| 11/29/12 | LG | Draft letter demanding a penalty payment as a result of the insurers delay | L120 | 2.10 hrs |
| 11/29/12 | LG | Draft status update regarding the project and provide it to the client | L120 | 1.20 hrs |
| 11/29/12 | LG | Communications with client concerning the need for additional information related to claims | L120 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
NOVEMBER 30, 2012

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | LG | Analyze communications, pleadings, and other relevant documents in order to determine GMAC rights and claims | L120 | 1.60 hrs |
| 11/29/12 | HEA | Review and prepare weekly update memo | L190 | 1.50 hrs |
| 11/29/12 | HEA | Review closing instructions and other relevant closing documents and analyze best options | L190 | 1.50 hrs |
| 11/29/12 | HEA | Review recent correspondence from Fidelity regarding handling of title claim and consider demand to Fidelity regarding same | L190 | .80 hrs |
| 11/29/12 | HEA | Consider claims to include in complaint to challenge completed foreclosure by subordinate lienholder | L190 | 1.00 hrs |
| 11/29/12 | SPM | Draft complaint against other lienholder requesting a declaratory judgment of superior lien interest in the property | L210 | 3.50 hrs |
| 11/29/12 | SPM | Research Florida law on unjust enrichment | L210 | .50 hrs |
| 11/29/12 | SPM | Review title claim, denial of claim, and security instruments of competing lien holders on the affected property to evaluate GMAC's interest and possible claims | L120 | .70 hrs |
| 11/29/12 | SPM | Draft lis pendens for the affected property to be filed with the complaint | L210 | .30 hrs |
| 11/30/12 | SPM | Review public records available online to verify liens on affected property | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    8
NOVEMBER 30, 2012

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/30/12 | LG | Analyze relationship between GMAC and Homecomings financial in order to provide information to the insurer concerning | L120 | .70 hrs |
| 11/30/12 | SPM | Review and analyze revisions to the complaint | L210 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $13,010.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | 4.60 hrs | 150.00 /hr | 690.00 |
| Hall Eady | 19.10 hrs | 266.00 /hr | 5,080.60 |
| Lee Gilley | 17.00 hrs | 185.00 /hr | 3,145.00 |
| Spencer Mobley | 21.00 hrs | 195.00 /hr | 4,095.00 |

TOTAL FEES            61.70 hrs                    $13,010.60

**TOTAL CHARGES FOR THIS INVOICE**                    $13,010.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0807-301001

INVOICE #  829692

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0807-301001
     Foreclosure Title Claims Issues
     (Pursuit of Title Claims)
     TC # 717481

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/30/12 | HEA | Review information regarding affiliation of GMAC to Homecomings to respond to title insurer and emails with client regarding same | L190 | 1.00 hrs |
| 11/30/12 | HEA | Review and revise draft complaint, lis pendens and additional research in Florida regarding equitable lien | L210 | 3.00 hrs |
| 11/30/12 | HEA | Emails with client and K.Olinger regarding requests for documents, interface with foreclosure counsel and Homecomings relationship to GMAC | L190 | .50 hrs |
| 12/01/12 | SPM | Research Second District of Florida case law on equitable liens | L210 | .50 hrs |
| 12/03/12 | HEA | Finalize first draft of complaint to be filed to QTA and send email to client regarding same and needed information | L210 | 2.50 hrs |
| 12/03/12 | SPM | Review exhibits to be filed with the complaint | L210 | .60 hrs |
| 12/03/12 | SPM | Revise complaint to remove allegations relating to the borrower | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
JANUARY 17, 2013

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/03/12 | LG | Analyze various documents including coverage correspondence, title policy, title commitment, arbitration pleadings etc. in preparation to draft regions initial discovery requests | L120 | 2.20 hrs |
| 12/03/12 | LG | Draft GMAC's requests for admission | L120 | .30 hrs |
| 12/03/12 | LG | Draft GMAC's interrogatories | L120 | 1.10 hrs |
| 12/03/12 | LG | Draft GMAC's request for production of documents | L120 | 1.80 hrs |
| 12/03/12 | LG | Communications concerning the possibility of GMAC providing a deed in lieu of foreclosure | L120 | .20 hrs |
| 12/04/12 | HEA | Emails with client regarding draft complaint and need to include second mortgage | L210 | .80 hrs |
| 12/04/12 | HEA | Review no response notice from NAF and consider next steps in case based on applicable rules of procedure | L190 | 1.00 hrs |
| 12/04/12 | HEA | Emails with NAF regarding moving forward with case | L190 | .40 hrs |
| 12/04/12 | HEA | Review initial emails from client regarding claim previously submitted to First American | L190 | 1.00 hrs |
| 12/04/12 | HEA | Email to foreclosure counsel regarding status of title claim | L190 | .20 hrs |
| 12/04/12 | HEA | Finalize for filing draft complaint | L210 | 1.00 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
JANUARY 17, 2013

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/04/12 | HEA | Review face of competing lien and consider best settlement options | L160 | 1.00 hrs |
| 12/04/12 | BAW | Review draft complaint, lis pendens and exhibits and mark-up draft claims | L210 | 1.60 hrs |
| 12/04/12 | BAW | Brief conversation regarding revisions to complaint | L210 | .20 hrs |
| 12/04/12 | SPM | Review title report for information on second mortgage | L210 | .20 hrs |
| 12/04/12 | SPM | Revise lis pendens and complaint to reflect proper party identification | L210 | .30 hrs |
| 12/04/12 | SPM | Review complaint prior to filing | L210 | .20 hrs |
| 12/04/12 | SPM | Draft e-mail memorandum regarding strategy and options available to address loan priority issue | L120 | .60 hrs |
| 12/04/12 | SPM | Analyze strategy and options available to address loan priority issue | L120 | .30 hrs |
| 12/05/12 | HEA | Draft and send email memo to client regarding recommendations | L190 | 1.80 hrs |
| 12/05/12 | HEA | Emails with foreclosure counsel regarding prior demands to First American | L190 | .40 hrs |
| 12/05/12 | LG | Call claims counsel regarding the related nature of gmac and homecomings | L120 | .20 hrs |
| 12/06/12 | LG | Draft update to title claim project status memo in order to inform the client of the most recent progress on various title claim matters | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
JANUARY 17, 2013

0R0807-301001

FED ID NO. 63-0243316

| 12/06/12 | LG | Communications with client regarding the need to locate the borrower's credit history and various other documents | L120 | .20 hrs |
|---|---|---|---|---|
| 12/06/12 | LG | Communications with insurer regarding a request for additional information, like the title policy, to allow BABC to assess GMAC's title claim | L120 | .20 hrs |
| 12/06/12 | LG | Email client regarding the need for LPS notes in order to send a demand letter for a certain claim | L120 | .20 hrs |
| 12/06/12 | LG | Analyze borrower correspondence related to a potential deed in lieu transaction and assess how this impact would affect GMAC's title claim | L120 | .30 hrs |
| 12/06/12 | LG | Analyze various documents related to GMAC's title defect in order to assess whether GMAC should oppose the insurer's denial of coverage | L120 | .40 hrs |
| 12/06/12 | LG | Contact local counsel to obtain various documents related to a title claim filed by GMAC | L120 | .20 hrs |
| 12/06/12 | LG | Analyze arbitration rules to determine the next step for advancing the arbitration proceedings regarding GMAC's title claims | L120 | .20 hrs |
| 12/06/12 | LG | Analyze documents including the latest pleadings and requests for admission in order to verify that the curative work is proceeding on schedule | L120 | .30 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
JANUARY 17, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/06/12 | HEA | Review and revise weekly title claims update memo | L190 | 2.00 hrs |
| 12/06/12 | BAW | Final review and execution of complaint, lis pendens and supporting documents | L210 | 1.00 hrs |
| 12/06/12 | SPM | Finalize complaint regarding REO property | L210 | .40 hrs |
| 12/07/12 | SPM | Discuss lien priority issues with credit union's attorney | L190 | .20 hrs |
| 12/07/12 | SPM | Prepare for call with credit union's attorney | L190 | .20 hrs |
| 12/07/12 | HEA | Review emails from client regarding multiple matters and update action items accordingly | L190 | 1.50 hrs |
| 12/07/12 | LG | Analyze documents provided by GMAC in order to determine whether GMAC should oppose the insurer's denial of coverage | L120 | .30 hrs |
| 12/10/12 | ERP | E-mail communication with D.Mitchell with AFX Title requesting copies of mortgages and releases for title claim matter | L120 | .20 hrs |
| 12/10/12 | LG | Draft final demand letter to closing agent | L120 | .40 hrs |
| 12/10/12 | LG | Review documents in order to draft final demand letter to closing agent | L120 | .30 hrs |
| 12/11/12 | LG | Analyze communications regarding arbitration proceedings | L120 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     6
JANUARY 17, 2013

ResCap

0R0807-301001

FED ID NO. 63-0243316

| 12/11/12 | HEA | Review appraisals and consider amount of settlement demand to send to Lawyers Title | L160 | 1.00 hrs |
|---|---|---|---|---|
| 12/11/12 | LG | Communications regarding the status of a claim | L120 | .10 hrs |
| 12/11/12 | HEA | Telephone call with H.Brody at FNF and emails with client regarding same | L190 | 1.00 hrs |
| 12/12/12 | LG | Call discussing the current status of various title claims and the title claims project | L120 | .40 hrs |
| 12/12/12 | LG | Analyze communications regarding a title claims analysis where the pending curative litigation may be dismissed shortly | L120 | .10 hrs |
| 12/12/12 | LG | Analyze numerous LPS notes in order to determine how often retained counsel communicated with GMAC over a two-year period and the substance of those communications | L120 | 2.20 hrs |
| 12/12/12 | LG | Review correspondence related to a title claim in preparation to update the title claims memo reflecting the status of various claims | L120 | .30 hrs |
| 12/12/12 | LG | Prepare for title claims call | L120 | .10 hrs |
| 12/12/12 | SPM | Review loan documents and BPO to assess the value of the property | L110 | .20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    7
JANUARY 17, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/12/12 | SPM | Draft letter to credit union's attorney detailing the law relating to lien priority and GMAC's superior interest | L160 | 1.80 hrs |
| 12/12/12 | HEA | Emails with foreclosure counsel regarding court registry funds | L190 | .30 hrs |
| 12/12/12 | HEA | Review and revise discovery requests to Fidelity and send to counsel for Fidelity | L310 | 2.00 hrs |
| 12/12/12 | HEA | Initial review of discovery requests received from Fidelity | L310 | .50 hrs |
| 12/12/12 | HEA | Prepare for and participate in weekly conference call | L190 | 1.30 hrs |
| 12/12/12 | HEA | Review initial documents and provide counsel to GMAC | L320 | 2.00 hrs |
| 12/12/12 | HEA | Reach out to Fidelity to determine status and obtain agreement by Fidelity to handle pending litigation brought by competing lienor | L190 | 1.40 hrs |
| 12/13/12 | HEA | Review and revise demand letter to be sent to counsel for competing credit union | L190 | 1.00 hrs |
| 12/13/12 | HEA | Review and revise weekly memo regarding 30 active title project claims being reviewed | L190 | 2.00 hrs |
| 12/13/12 | LG | Communications with retained counsel regarding the status of his curative work | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    8
JANUARY 17, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/13/12 | LG | Analyze status of various cases in the title claims project in order to update memorandum reporting the status of the project to the client | L120 | .90 hrs |
| 12/13/12 | LG | Revise memorandum updating the status of various cases included in the title claims project | L120 | .50 hrs |
| 12/13/12 | LG | Communications with client regarding the borrower's deed in lieu application | L120 | .10 hrs |
| 12/13/12 | LG | Communication with insurer regarding documents needed to complete a claims analysis | L120 | .10 hrs |
| 12/13/12 | LG | Communications with client regarding the need to obtain a credit history in order to complete the claims analysis | L120 | .10 hrs |
| 12/13/12 | LG | Analyze title report regarding a loan in which GMAC plans to file a complaint | L120 | .20 hrs |
| 12/13/12 | LG | Analyze documents provided by local foreclosure counsel in order to determine what other documents BABC needs in order to analyze its claim | L120 | .20 hrs |
| 12/13/12 | SPM | Draft status update on title claims cases for client memorandum | L110 | .30 hrs |
| 12/13/12 | ERP | Initial review of recorded mortgages and releases provide by AFX Title | L120 | .50 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    9
JANUARY 17, 2013

ResCap

OR0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/13/12 | LG | Analyze correspondence, title policy, title commitment, mortgage and other documents in order to draft status report related to a specific title claim | L120 | .40 hrs |
| 12/13/12 | SPM | Revise letter to credit union's attorney and review letter enclosures | L160 | .40 hrs |
| 12/14/12 | HEA | Review and revise demand letter to Fidelity regarding previous failures of retained counsel | L190 | 1.00 hrs |
| 12/14/12 | SPM | Review fact pack, mortgages on the property, allonges, assignments, and internal assessment of title | L110 | .60 hrs |
| 12/14/12 | LG | Draft final demand letter to various parties regarding a pending title issue | L120 | .30 hrs |
| 12/14/12 | LG | Analyze communications from opposing counsel regarding the transfer of a case from the National Arbitration forum to the American Arbitration forum | L120 | .10 hrs |
| 12/17/12 | SPM | Review title report and recorded documents affecting title to the subject property | L110 | 1.30 hrs |
| 12/17/12 | JW | Review Rhode Island title curative affidavit for compliance with GMAC business records policy | L210 | 1.20 hrs |
| 12/17/12 | ERP | E-mail communication with D.Mitchell at AFX Title requesting title report with all recorded documents | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    10
JANUARY 17, 2013

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/12 | HEA | Review affidavit being required by foreclosure counsel to support claim to excess funds in court registry and telephone call with GMAC regarding same | L190 | .50 hrs |
| 12/17/12 | HEA | Review payoff figures provided by client and consider additional damages for demand to Lawyers Title | L160 | .50 hrs |
| 12/17/12 | BAW | Review correspondence from Pasco County clerk regarding statutory filing fee and email S.Mobley regarding same | L190 | .10 hrs |
| 12/17/12 | BAW | Review Pasco County docket | L190 | .10 hrs |
| 12/17/12 | HEA | Review email and retention letter from insurance company's retained lawyer and respond and advise client regarding same | L160 | .50 hrs |
| 12/17/12 | LG | Analyze New Hampshire law regarding the affect of modification agreements on the priority of senior loans when the property is encumbered by a junior loan | L120 | 2.20 hrs |
| 12/17/12 | LG | Analyze New Hampshire law regarding the impact of modifications to a property's legal description on a previously executed subordination agreement | L120 | 1.80 hrs |
| 12/17/12 | LG | Analyze various documents including coverage correspondence, title abstract, loan documents, modification agreement and subordination agreement in preparation to draft memo analyzing the validity of GMAC's title claim | L120 | 2.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    11
JANUARY 17, 2013

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/12 | LG | Analyze communications from insurer regarding status of coverage | L120 | .20 hrs |
| 12/18/12 | LG | Communications with opposing counsel regarding GMAC's title claim | L120 | .40 hrs |
| 12/18/12 | LG | Analyze correspondence related to GMAC's title claim | L120 | .10 hrs |
| 12/18/12 | LG | Analyze communications and information related to specific loans that were part of the Exhibit I work plan | L120 | .30 hrs |
| 12/18/12 | LG | Draft fact section of memorandum analyzing the status of GMAC's claim and retained counsel's curative work | L120 | 1.60 hrs |
| 12/18/12 | JW | Review Rhode Island affidavit for compliance with business records policy | L210 | .40 hrs |
| 12/18/12 | JW | Revise Rhode Island affidavit for compliance with business records policy | L210 | .30 hrs |
| 12/18/12 | HEA | Review and provide counsel regarding affidavit in support of requested funds from Court registry | L210 | 1.00 hrs |
| 12/18/12 | SPM | Analyze chain of assignments, lis pendens, and court docket information regarding litigation affecting title to the subject property | L110 | 1.70 hrs |
| 12/19/12 | HEA | Review correspondence from NAF regarding voluntary and joint dismissal of pending arbitration | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    12
JANUARY 17, 2013

0R0807-301001

FED ID NO. 63-0243316

| 12/19/12 | HEA | Emails with Chicago Title regarding hearing tomorrow on lack of prosecution | L230 | 1.30 hrs |
|---|---|---|---|---|
| 12/19/12 | LG | Analyze Louisiana law related to ability to recoup losses under title policy when the policy's legal description does not cover the entire property intended to be encumbered | L120 | 1.30 hrs |
| 12/19/12 | LG | Communications with local counsel regarding the need for additional documentation | L120 | .20 hrs |
| 12/19/12 | LG | Draft section regarding GMAC's ability to recoup its losses under the policy under Louisiana law when the legal description on the policy and mortgage does not cover the entire area intended to be encumbered | L120 | .90 hrs |
| 12/19/12 | LG | Update title claims analysis memo to incorporate additional developments during the week | L120 | 1.20 hrs |
| 12/19/12 | LG | Analyze various documents related to the title claim including coverage correspondence, foreclosure abstract, mortgage, and other title documents in preparation to draft memorandum analyzing the strength of GMAC's title claim | L120 | 2.60 hrs |
| 12/19/12 | LG | Draft section regarding potential other recoupment options available to GMAC on a parcel of property located in Louisiana | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
JANUARY 17, 2013

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/19/12 | LG | Draft fact section regarding GMAC's ability to recoup its losses related to a parcel of property in Louisiana | L120 | 1.10 hrs |
| 12/20/12 | LG | Draft section of memorandum analyzing New Hampshire law related to the impact of modifications on the priority of subordinated mortgages | B120 | 1.40 hrs |
| 12/20/12 | LG | Revise memorandum discussing the status of GMAC's claim and the curative efforts of retained counsel | B120 | .40 hrs |
| 12/20/12 | LG | Draft conclusion and recommendation section of memorandum related to the status of GMAC's claim and curative efforts of retained counsel | B120 | .60 hrs |
| 12/20/12 | HEA | Correspondence with client regarding lack of settlement offer from title insurer and send email demand to title insurer regarding same | L160 | 1.00 hrs |
| 12/20/12 | HEA | Review and prepare weekly update memo regarding 30 separate loans | L190 | 2.00 hrs |
| 12/21/12 | HEA | Draft and send email to Chicago Title regarding litigation remaining open and payment of losses immediately | L160 | .50 hrs |
| 12/21/12 | HEA | Review and provide additional counsel regarding Merrill, Abling and Ellington loans | L190 | 1.50 hrs |
| 12/21/12 | BG | Send outline on liberative prescription and preemption for the applicable claims | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    14
JANUARY 17, 2013

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/21/12 | LG | Analyze Ohio law regarding GMAC's ability to recoup its losses under the policy when the legal descriptions in the mortgage and policy did not incorporate the property intended to be encumbered | L120 | 1.10 hrs |
| 12/21/12 | LG | Analyze Ohio law regarding the elements necessary to prove bad faith | L120 | .60 hrs |
| 12/21/12 | LG | Draft section of memorandum analyzing GMAC's ability to recoup its losses from the insurer when the legal description did not encumber the intended property | L120 | 1.00 hrs |
| 12/21/12 | SPM | Draft e-mail to attorney for the credit union regarding a timeline for responding to our letter regarding lien priority | L190 | .20 hrs |
| 12/21/12 | LG | Analyze various documents related to claim including coverage correspondence, policy documents, mortgage and other loan documents in preparation to analyze GMAC's recoupment options | L120 | 2.70 hrs |
| 12/21/12 | LG | Analyze communications from local counsel regarding communications with property owner | L120 | .40 hrs |
| 12/21/12 | LG | Communications with client regarding status of potential claim and contact with alleged owner of property | L120 | .30 hrs |
| 12/21/12 | LG | Draft section of memorandum analyzing the strength of a potential bad faith claim and recommending courses of action | L120 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    15
JANUARY 17, 2013

ResCap

OR0807-301001

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/21/12 | LG | Revise memorandum assessing the strength of GMAC's title claim on a parcel of Ohio property | L120 | .50 hrs |
| 12/21/12 | LG | Draft fact section of memorandum analyzing GMAC's ability to recoup its losses on a parcel of Ohio property when the legal description did not encumber the property intended to be encumbered | L120 | .80 hrs |
| 12/27/12 | ERP | Review and analyze title report with recorded documents provided by AFX Title on 12/27 | L120 | .60 hrs |
| 12/29/12 | BAW | Confirm issuance of summons and legal process to McKenzie Banking Company | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $22,508.90

### EXPENSES

| | | |
|---|---|---|
| 07 | Filing Fees | 418.50 |
| 12 | Court Costs - Pleadings | 805.63 |
| 65 | Title Search Fee | 299.95 |

TOTAL COSTS FOR THIS MATTER              $1,524.08

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 3.20 hrs | 320.00 /hr | 1,024.00 |
| Emily R. Powell | 1.50 hrs | 150.00 /hr | 225.00 |
| Hall Eady | 40.90 hrs | 266.00 /hr | 10,879.40 |
| Jay Wright | 1.90 hrs | 190.00 /hr | 361.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    16
JANUARY 17, 2013

ResCap

0R0807-301001

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| Lee Gilley | 43.10 hrs | 185.00 /hr | 7,973.50 |
| Blake Goodsell | .30 hrs | 190.00 /hr | 57.00 |
| Spencer Mobley | 10.20 hrs | 195.00 /hr | 1,989.00 |
| TOTAL FEES | 101.10 hrs | | $22,508.90 |
| TOTAL EXPENSES | | | $1,524.08 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$24,032.98** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 17, 2012
1100 Virginia Drive                                       0R0808-097885
Fort Washington, PA 19034

                                                         INVOICE #  818421

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-097885
     Agnew - United Leasing v. Agnew, Residential Funding, et al.
     7430291005 - 687622
     TC # 687622

PROFESSIONAL SERVICES

10/19/12  TRL   Draft update to Agnew spreadsheet      B110      .20 hrs
                regarding notice of bankruptcy


                TOTAL FEES FOR THIS MATTER                      $58.60


EXPENSES


    58       FED DOCKET SERV-PACER                                   6.80

             TOTAL COSTS FOR THIS MATTER                       $6.80


BILLING SUMMARY

   Thomas Ryan Lynch          .20 hrs   293.00 /hr       58.60


TOTAL FEES                    0.20 hrs                  $58.60

TOTAL EXPENSES                                          $6.80



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-097885

FED ID NO. 63-0243316

---

**TOTAL CHARGES FOR THIS INVOICE**                    **$65.40**

***** TOTAL DUE UPON RECEIPT *****

<u>MATTER SUMMARY</u>

FEES BILLED TO DATE            $13,283.47
COST BILLED TO DATE             $607.17



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-097885

INVOICE #  821172

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-097885
     Agnew - United Leasing v. Agnew, Residential Funding, et al.
     7430291005 - 687622
     TC # 687622

PROFESSIONAL SERVICES

| 11/14/12 | TRL | Review incoming email from judgment creditor regarding foreclosure and respond to same | L160 | .20 hrs |
| 11/14/12 | TRL | Analyze likelihood of further judicial action by creditor in light of loan mod | L240A | .20 hrs |
| 11/27/12 | CWH | Review and analyze status of the borrower's modified loan and determine if matter should remain open in Legal | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                          $183.20

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Thomas Ryan Lynch | .40 hrs | 293.00 /hr | 117.20 |

TOTAL FEES                    0.60 hrs                    $183.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 30, 2012

ResCap

0R0808-097885

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $183.20

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE         $13,408.07
COST BILLED TO DATE          $600.37



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-104171

INVOICE # 818422

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-104171
     Scott, Jack (Scott  v. GMAC) - 691867
     7440560688
     TC # 691867

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/10/12 | RLB | Analyze allegations in complaint | L210 | .50 hrs |
| 10/15/12 | RLB | Research grounds for motion to dismiss complaint | L120 | 5.00 hrs |
| 10/15/12 | RLB | Revise motion to dismiss complaint | L120 | 6.20 hrs |
| 10/15/12 | RLB | Draft notice of bankruptcy | L190 | .50 hrs |
| 10/16/12 | RLB | Draft certificates of service for notice of bankruptcy and motion to dismiss | L120 | .50 hrs |
| 10/18/12 | LADA | Review of order received from Court | L140 | .40 hrs |
| 10/22/12 | RLB | Review order of discharge entered by bankruptcy court | L120 | .10 hrs |
| 10/25/12 | RLB | Teleconference with client regarding case status | L190 | .50 hrs |
| 10/25/12 | RLB | E-mail to client regarding timeline and motion to dismiss | L190 | .20 hrs |
| 10/29/12 | RLB | Review borrower's response to motion to dismiss | L120 | .20 hrs |
| 10/31/12 | RLB | Research regarding claims borrower raised in the response | L120 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-104171

FED ID NO. 63-0243316

10/31/12  RLB   Continued analysis of borrower's      L120      .50 hrs
                response to motion to dismiss


                TOTAL FEES FOR THIS MATTER                    $4,202.20

     01      Copy Charges                                          0.00
     41      Computerized Legal Research-Westlaw                   0.00

BILLING SUMMARY

     Rashad L. Blossom        15.70 hrs    266.00 /hr    4,176.20
     Lucinda Kish               .40 hrs     65.00 /hr       26.00


TOTAL FEES                  16.10 hrs                    $4,202.20

**TOTAL CHARGES FOR THIS INVOICE**                      **$4,202.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-104171

INVOICE #  820859

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-104171
     Scott, Jack (Scott v. GMAC) - 691867
     7440560688
     TC # 691867                                            0.00
  01      Copy Charges


TOTAL FEES              0.00 hrs            $.00

**TOTAL CHARGES FOR THIS INVOICE**          $.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0808-104980
Fort Washington, PA 19034

                                                          INVOICE #  813573
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0808-104980
         Longoni, Pam - 698077
         7440353498
         TC # 698077

PROFESSIONAL SERVICES

09/19/12  LADA  Revise notice of bankruptcy filing       L210      .50 hrs
                regarding opposing parties claims

09/28/12  LADA  Fnalize amended notice of bankruptcy to   L210      .30 hrs
                include supplemental servicing order

09/28/12  SMC   Review amended notice of bankruptcy       L250      .20 hrs
                filing

09/28/12  SMC   Email to and from A.Simmons on effect of  L190      .40 hrs
                remaining claims against employees

09/30/12  CWH   Draft summary email to client on status   L110      .20 hrs
                of case and set out issues for future
                discussion


          TOTAL FEES FOR THIS MATTER                          $332.80

    01        Copy Charges                                              0.00

BILLING SUMMARY

    Stewart M. Cox           .60 hrs    358.00 /hr        214.80
    Christian W. Hancock     .20 hrs    330.00 /hr         66.00
    Lucinda Kish             .80 hrs     65.00 /hr         52.00


TOTAL FEES              1.60 hrs                    $332.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0808-104980

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $332.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-104980

INVOICE #  818423

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-104980
     Longoni, Pam - 698077
     7440353498
     TC # 698077

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/05/12 | KK | Review matter and email client regarding status of case subsequent to bankruptcy filing and all corresponding pleadings in response to request from client | L110 | .60 hrs |

TOTAL FEES FOR THIS MATTER                      $96.00

EXPENSES

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 58 | FED DOCKET SERV-PACER | 5.20 |

TOTAL COSTS FOR THIS MATTER            $5.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | .60 hrs | 160.00 /hr | 96.00 |
| TOTAL FEES | 0.60 hrs | | $96.00 |
| TOTAL EXPENSES | | | $5.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-104980

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $101.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-104980

INVOICE #  820860

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-104980
     Longoni, Pam - 698077
     7440353498
     TC # 698077
01        Copy Charges                                          0.00


TOTAL FEES               0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**            $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-104980

INVOICE #  821174

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-104980
     Longoni, Pam - 698077
     7440353498
     TC # 698077

PROFESSIONAL SERVICES

| 11/01/12 | CWH | Analyze the merits of the claims against individual employees in the suit | L120 | .20 hrs |
|---|---|---|---|---|
| 11/06/12 | RLB | Teleconference with client regarding employee POC issues | B410 | .30 hrs |
| 11/06/12 | CWH | Contact ETS employees regarding bankruptcy issues | L120 | .20 hrs |
| 11/06/12 | RLB | Analyze POC issues for employees | B410 | .80 hrs |
| 11/07/12 | RLB | E-mail to employees regarding POC forms | B410 | .20 hrs |
| 11/07/12 | RLB | Draft POCs for employees | B410 | 1.80 hrs |
| 11/07/12 | CWH | Phone calls and emails to employees to advise of need to file a proof of claim form | L120 | .20 hrs |
| 11/08/12 | ASI | Draft status report for client | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,047.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-104980

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 330.00 /hr | 198.00 |
| Rashad L. Blossom | 3.10 hrs | 266.00 /hr | 824.60 |
| Avery Simmons | .10 hrs | 249.00 /hr | 24.90 |

TOTAL FEES          3.80 hrs                    $1,047.50

**TOTAL CHARGES FOR THIS INVOICE**                    $1,047.50

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-104980

INVOICE #  830024

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-104980
     Longoni, Pam - 698077
     7440353498
     TC # 698077

PROFESSIONAL SERVICES

| 12/03/12 | CWH | Draft status report for client | L120 | .10 hrs |
| 12/03/12 | APUC | Review, analyze, and draft memo regarding federal rules and local rules addressing involuntary dismissals for failure to prosecute suits | L660 | 1.10 hrs |
| 12/03/12 | CWH | Draft email to client setting proposed forth strategy for case | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $385.00

01        Copy Charges                                    0.00

BILLING SUMMARY

| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Amy Puckett | 1.10 hrs | 260.00 /hr | 286.00 |

| TOTAL FEES | 1.40 hrs | | $385.00 |

**TOTAL CHARGES FOR THIS INVOICE**                  $385.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-105109

INVOICE #  824702

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-105109
     Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863
     TC # 694863

PROFESSIONAL SERVICES

| 05/14/12 | RHM | Analyze and respond to multiple emails regarding strategy in light of bankruptcy | L120 | .30 hrs |
|----------|-----|----------------------------------------------------------------------------------|------|---------|
| 05/14/12 | MRP | Analyze effect of bankruptcy on pending litigation | L120 | .30 hrs |
| 05/15/12 | MRP | Analyze bankruptcy spreadsheet and analyze impact of bankruptcy | L120 | .20 hrs |
| 05/15/12 | MST | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | L120 | .20 hrs |
| 05/16/12 | MRP | Prepare notice of stay | L250 | .30 hrs |
| 05/16/12 | RJC | Research and respond to request for information on named party corporate history, successor identitites, and their inclusion or exclusion from pending ResCap bankruptcy proceeding for purposes of analysis of scope of effect of bankruptcy on proceedings against all named parties | L120 | .90 hrs |
| 05/18/12 | KSA | File suggestion of Bankruptcy | L210 | .20 hrs |
| 05/18/12 | MRP | Revise stay filing | L250 | .10 hrs |
| 05/22/12 | RHM | Prepare email regarding motion to stay and analyze response to same | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
DECEMBER 12, 2012

ResCap

0R0808-105109

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 05/23/12 | AHC | Correspondence to opposing counsel regarding Suggestion of Bankruptcy | L250 | .30 hrs |
| 05/24/12 | AHC | Draft correspondence to H.Pugh regarding notice of bankruptcy | L250 | .20 hrs |
| 05/24/12 | MRP | Telephone call to B.Methvin regarding status of discovery in light of bankruptcy | L310 | .10 hrs |
| 05/25/12 | MRP | Telephone call from B.Methvin regarding discovery | L310 | .10 hrs |
| 05/29/12 | MRP | Telephone call to B.Methvin | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $1,103.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .20 hrs | 150.00 /hr | 30.00 |
| Michael R. Pennington | 1.20 hrs | 424.00 /hr | 508.80 |
| Richard H. Monk III | .50 hrs | 367.00 /hr | 183.50 |
| Robert Campbell | .90 hrs | 293.00 /hr | 263.70 |
| Alecia H. Cockrell | .50 hrs | 145.00 /hr | 72.50 |
| Keith S. Anderson | .20 hrs | 223.00 /hr | 44.60 |

TOTAL FEES                    3.50 hrs                    $1,103.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,103.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-105109

INVOICE #  824705

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-105109
     Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863
     TC # 694863

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/01/12 | KSA | Status report regarding bankruptcy notice filed | L120 | .10 hrs |
| 06/07/12 | MRP | Telephone conference with B.Methvin regarding impact of bankruptcy | L250 | .40 hrs |
| 06/07/12 | MRP | Exchange memos with regarding conversation with opposing counsel | L120 | .40 hrs |
| 06/14/12 | MRP | Exchange memos with client regarding stay issues | L120 | .30 hrs |
| 06/14/12 | MRP | Telephone conference with B.Methvin regarding discovery | L310 | .20 hrs |
| 06/14/12 | RHM | Analyze electronic correspondence regarding bankruptcy stay | L120 | .10 hrs |
| 06/18/12 | MRP | Telephone conference with B.Methvin regarding discovery | L310 | .20 hrs |
| 06/18/12 | MRP | Review Interim Supplementary Order from bankruptcy case | L250 | .40 hrs |
| 06/27/12 | RHM | Analyze status, strategy and updated deadlines and electronic correspondence to co-counsel regarding same | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $1,011.40



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
DECEMBER 12, 2012

0R0808-105109

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael R. Pennington | 1.90 hrs | 424.00 /hr | 805.60 |
| Richard H. Monk III | .50 hrs | 367.00 /hr | 183.50 |
| Keith S. Anderson | .10 hrs | 223.00 /hr | 22.30 |

TOTAL FEES          2.50 hrs                    $1,011.40

**TOTAL CHARGES FOR THIS INVOICE**                    $1,011.40

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-105109

INVOICE #  824706

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-105109
     Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863
     TC # 694863

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/02/12 | KSA | Status report regarding bankruptcy notice filed | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $22.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .10 hrs | 223.00 /hr | 22.30 |

| | | |
|---|---|---|
| TOTAL FEES | 0.10 hrs | $22.30 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$22.30** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          DECEMBER 12, 2012
1100 Virginia Drive                             0R0808-105109
Fort Washington, PA 19034

                                                INVOICE #  824707

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-105109
     Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863
     TC # 694863

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 08/16/12 | KSA | Draft revised notice of bankruptcy | L210 | .20 hrs |
| 08/16/12 | RHM | Analyze and comment on revised bankruptcy notices | L210 | .20 hrs |
| 08/17/12 | MRP | Review and revise updated notice of bankruptcy | L250 | .10 hrs |
| 08/20/12 | MST | Update Bankruptcy Review Spreadsheet with bucket information, filing of notice and comments concerning facts of case | L140 | .20 hrs |
| 08/28/12 | MST | Finalize Notice of Bankruptcy with Final Supplemental Order and prepare for filing and service | L210 | .70 hrs |

               TOTAL FEES FOR THIS MATTER          $295.40

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Melanie Thompson | .90 hrs | 150.00 /hr | 135.00 |
| Michael R. Pennington | .10 hrs | 424.00 /hr | 42.40 |
| Richard H. Monk III | .20 hrs | 367.00 /hr | 73.40 |
| Keith S. Anderson | .20 hrs | 223.00 /hr | 44.60 |

TOTAL FEES          1.40 hrs                       $295.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
DECEMBER 12, 2012

ResCap

0R0808-105109

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $295.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

DECEMBER 12, 2012
0R0808-105109

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  824708

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-105109
     Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863
     TC # 694863

PROFESSIONAL SERVICES

09/27/12  MRP  Review memos and proposed order from       L250      .20 hrs
               N.Armstrong

               TOTAL FEES FOR THIS MATTER                        $84.80

BILLING SUMMARY

     Michael R. Pennington       .20 hrs    424.00 /hr        84.80

TOTAL FEES                    0.20 hrs                     $84.80

**TOTAL CHARGES FOR THIS INVOICE**                        **$84.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-105109

INVOICE #  824709

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-105109
     Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863
     TC # 694863

PROFESSIONAL SERVICES

10/01/12  KSA  Draft case status report regarding case    L120      .10 hrs
               stayed as to GMAC and discovery deadlines


               TOTAL FEES FOR THIS MATTER                      $22.30


BILLING SUMMARY

   Keith S. Anderson        .10 hrs   223.00 /hr        22.30


TOTAL FEES                 0.10 hrs                   $22.30

TOTAL CHARGES FOR THIS INVOICE                       $22.30
                                                     ========

          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       NOVEMBER 17, 2012
1100 Virginia Drive                                          0R0808-105192
Fort Washington, PA 19034

                                                             INVOICE #  818424

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-105192
     Brown, Sonseeahry (Brown v. Home Source Lending) - 694816
     TC # 694816

PROFESSIONAL SERVICES

| 10/01/12 | BG | Draft status update regarding stayed claims and amended notice of bankruptcy | L190 | .10 hrs |
| 10/22/12 | ABB | Review file and determine recent status regarding case transfer assignment to estate in order to properly document and update file regarding same | L110 | .10 hrs |

                TOTAL FEES FOR THIS MATTER                       $34.00


BILLING SUMMARY

| Allison Burke | .10 hrs | 150.00 /hr | 15.00 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

| TOTAL FEES | 0.20 hrs | | $34.00 |

**TOTAL CHARGES FOR THIS INVOICE**                              $34.00

        ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-105192

INVOICE #  820861

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-105192
     Brown, Sonseeahry (Brown v. Home Source Lending) - 694816
     TC # 694816

EXPENSES

| | | |
|---|---|---|
| 61 | Local Counsel Fees | 302.70 |
| | TOTAL COSTS FOR THIS MATTER | $302.70 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $302.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$302.70** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-105192

INVOICE #  821175

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-105192
     Brown, Sonseeahry (Brown v. Home Source Lending) - 694816
     TC # 694816

PROFESSIONAL SERVICES

11/01/12  BG   Draft status report for client regarding   L190      .10 hrs
               transfer to the bankruptcy estate


               TOTAL FEES FOR THIS MATTER                         $19.00


BILLING SUMMARY

   Blake Goodsell              .10 hrs   190.00 /hr        19.00


TOTAL FEES                  0.10 hrs                  $19.00

TOTAL CHARGES FOR THIS INVOICE                        $19.00

               ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-105192

INVOICE #  830026

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-105192
     Brown, Sonseeahry (Brown v. Home Source Lending) - 694816
     TC # 694816

<u>EXPENSES</u>

28      Professional Consultant Services                52.00

        TOTAL COSTS FOR THIS MATTER              $52.00


TOTAL FEES              0.00 hrs                   $.00

TOTAL EXPENSES                                  $52.00

**TOTAL CHARGES FOR THIS INVOICE**             **$52.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-108064

INVOICE #  818425

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-108064
     Mitchell, Jimmie D. (Mitchell v. GMAC) - 696974
     359320624
     TC # 696974

PROFESSIONAL SERVICES

10/01/12  ATT  Draft monthly status report stating this          .20 hrs
               matter continues to be stayed

          TOTAL FEES FOR THIS MATTER                           $45.60

    02       Postage Charges                                     0.00

BILLING SUMMARY

   Ann T. Taylor          .20 hrs    228.00 /hr      45.60

TOTAL FEES             0.20 hrs                    $45.60

TOTAL CHARGES FOR THIS INVOICE                    $45.60

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-108064

INVOICE #  821176

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-108064
     Mitchell, Jimmie D. (Mitchell v. GMAC) - 696974
     359320624
     TC # 696974

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 11/27/12 | CWH | Review and analyze status of borrower's Chapter 11 bankruptcy and the original state court suit | .20 hrs |
| 11/28/12 | CWH | Analyze Mitchell's bankruptcy case and GMAC's system to determine if he's current with his bankruptcy payment plan | .40 hrs |

TOTAL FEES FOR THIS MATTER                        $198.00

BILLING SUMMARY

Christian W. Hancock        .60 hrs    330.00 /hr      198.00

TOTAL FEES                  0.60 hrs              $198.00

**TOTAL CHARGES FOR THIS INVOICE**              **$198.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

JANUARY 23, 2013
0R0808-108064

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  830027

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-108064
     Mitchell, Jimmie D. (Mitchell v. GMAC) - 696974
     359320624
     TC # 696974

PROFESSIONAL SERVICES

11/27/12  ATT  Review bankruptcy docket to determine if          .40 hrs
               borrower has been making payments to
               GMACM


          TOTAL FEES FOR THIS MATTER                        $91.20


BILLING SUMMARY

   Ann T. Taylor          .40 hrs   228.00 /hr        91.20


TOTAL FEES             0.40 hrs              $91.20

TOTAL CHARGES FOR THIS INVOICE                  $91.20


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

OCTOBER 30, 2012
0R0808-108317

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  813574

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-108317
     Walls, Mari - 696873
     0474768504
     TC # 696873

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/07/12 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 09/12/12 | AHC | Draft memorandum regarding final disposition of file for attorney review | L190 | .30 hrs |
| 09/13/12 | AHC | Enter taxonomy and opposing counsel information into database | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $101.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |

TOTAL FEES                0.70 hrs            $101.50

**TOTAL CHARGES FOR THIS INVOICE**            **$101.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 17, 2012
1100 Virginia Drive                                       0R0808-108317
Fort Washington, PA 19034
                                                          INVOICE #  818426

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-108317
     Walls, Mari - 696873
     0474768504
     TC # 696873

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | EAF | Determine time for closing case | L120 | .30 hrs |
| 10/24/12 | CWH | Email new default counsel regarding their referral of the new foreclosure in Walls | L110 | .10 hrs |
| 10/24/12 | EAF | Review closing memorandum for case | L120 | .10 hrs |
| 10/24/12 | AHC | Correspondence to client regarding final disposition of file | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $205.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | .40 hrs | 358.00 /hr | 143.20 |
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |

TOTAL FEES              0.70 hrs                        $205.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$205.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-109205

INVOICE #  818427

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-109205
     Ritchie, Timothy L. - 705942
     7442445078
     TC # 705942

PROFESSIONAL SERVICES

| 10/08/12 | TRL | Draft status report regarding Court of Appeals decision | B110 | .20 hrs |
|---|---|---|---|---|
| 10/09/12 | TRL | Analyze impact of bankruptcy stay and subsequent bankruptcy stay relief orders to ensure case is not affected by stay | B140 | .40 hrs |
| 10/11/12 | TRL | Review materials relating to borrower loan modification per AG settlement and prepare letter to borrower | B110 | .10 hrs |
| 10/15/12 | TRL | Research Maryland rules regarding lawyer contact with unrepresented parties | L160 | .20 hrs |
| 10/15/12 | TRL | Draft letter to borrower regarding loan modification to satisfy AG settlement | L220 | .40 hrs |
| 10/16/12 | TRL | Draft email to GMAC regarding AG solicitation to borrower | L220 | .20 hrs |
| 10/24/12 | EHI | Analyze strategies dealing with automatic stay issue | B110 | .30 hrs |
| 10/25/12 | EHI | Review progress on resolution of automatic stay issue | B110 | .10 hrs |
| 10/25/12 | TRL | Review bankruptcy court limited lift stay order and analyze effect of order on Ritchie appeal | B140 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 17, 2012

ResCap

0R0808-109205

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 10/26/12 | TRL | Determine status of Court of Appeals decision | L510 | .10 hrs |
| 10/26/12 | TRL | Teleconference with opposing counsel regarding settlement offer | L220 | .20 hrs |
| 10/26/12 | EHI | Review J.Gordon communication and review case disposition status | B110 | .30 hrs |
| 10/31/12 | EHI | Telephone conference with J.Gordon | B110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                               $1,123.90

01        Copy Charges                                               0.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Emil Hirsch | 1.00 hrs | 450.00 /hr | 450.00 |
| Thomas Ryan Lynch | 2.30 hrs | 293.00 /hr | 673.90 |

TOTAL FEES              3.30 hrs              $1,123.90

**TOTAL CHARGES FOR THIS INVOICE**              **$1,123.90**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-109205

INVOICE #  821177

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-109205
     Ritchie, Timothy L. - 705942
     7442445078
     TC # 705942

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|-----|-------------|------|---------|
| 11/05/12 | TRL | Draft status report regarding pending appeal | B110 | .20 hrs |
| 11/14/12 | TRL | Review incoming certified mail return from required loss mitigation letter and draft email to GMAC regarding same | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                               $146.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Thomas Ryan Lynch | .50 hrs | 293.00 /hr | 146.50 |

| | | |
|---|---|---|
| TOTAL FEES | 0.50 hrs | $146.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$146.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-109205

INVOICE #  830029

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-109205
     Ritchie, Timothy L. - 705942
     7442445078
     TC # 705942

PROFESSIONAL SERVICES

12/06/12  TRL   Draft status report regarding pending       L140        .20 hrs
                appeal


                TOTAL FEES FOR THIS MATTER                               $58.60


BILLING SUMMARY

   Thomas Ryan Lynch          .20 hrs   293.00 /hr        58.60


TOTAL FEES                    0.20 hrs                   $58.60

TOTAL CHARGES FOR THIS INVOICE                          $58.60


          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

OCTOBER 30, 2012
0R0808-109909

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  813823

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/30/12

Re:  0R0808-109909
     Palmer, Irene (Palmer v. HFN) - 693531
     0412787236
     TC # 693531

PROFESSIONAL SERVICES
10/01/12   CLHA Provide taxonomy and related information   L120      .30 hrs
                for client's review

           TOTAL FEES FOR THIS MATTER                    $103.50
           LESS DISCOUNT                                 (103.50)

BILLING SUMMARY

     Christopher L. Hawkins       .30 hrs    345.00 /hr       103.50

TOTAL FEES                      0.30 hrs                  $.00

**TOTAL CHARGES FOR THIS INVOICE**                       $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-109948

INVOICE #  813824

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/30/12

Re:  0R0808-109948
     Willis, Dottie (Jordan and Willis v. GMAC) - 682615
     0010272987
     TC # 682615

PROFESSIONAL SERVICES
| | | | | |
|---|---|---|---|---|
| 09/04/12 | CLHA | Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |
| 10/01/12 | CLHA | Analyze pleadings and related documents and advise client regarding status and potential strategy | L120 | .20 hrs |
| 10/24/12 | CLHA | Work on closing memorandum and advise client regarding initial referral of file | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER          $310.50
LESS DISCOUNT                        (310.50)

BILLING SUMMARY

Christopher L. Hawkins          .90 hrs    345.00 /hr        310.50

TOTAL FEES              0.90 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                  $.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

NOVEMBER 28, 2012
0R0808-109948

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  819801

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/28/12

Re:  0R0808-109948
     Willis, Dottie (Jordan and Willis v. GMAC) - 682615
     0010272987
     TC # 682615

<u>PROFESSIONAL SERVICES</u>
11/01/12  CLHA Analyze recent pleadings and client        L120      .20 hrs
          documents and advise client regarding
          status and strategy

          TOTAL FEES FOR THIS MATTER                      $69.00
          LESS DISCOUNT                                    (69.00)


<u>BILLING SUMMARY</u>

   Christopher L. Hawkins       .20 hrs   345.00 /hr        69.00


TOTAL FEES                   0.20 hrs                      $.00

**TOTAL CHARGES FOR THIS INVOICE**                        $.00


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-109965

INVOICE # 813822

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/30/12

Re:  0R0808-109965
     Jordan, Edward Lee and Deborah Moore (Jordan and Willis
     v. GMAC) 306417764 - 682614
     TC # 682614

PROFESSIONAL SERVICES

| Date | | | | |
|---|---|---|---|---|
| 09/04/12 | CLHA | Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |
| 10/01/12 | CLHA | Analyze pleadings and related documents and advise client regarding status and potential strategy | L120 | .20 hrs |
| 10/24/12 | CLHA | Work on closing memorandum and advise client regarding initial referral of file | L120 | .50 hrs |

|   |   |
|---|---|
| TOTAL FEES FOR THIS MATTER | $310.50 |
| LESS DISCOUNT | (310.50) |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .90 hrs | 345.00 /hr | 310.50 |

| | | |
|---|---|---|
| TOTAL FEES | 0.90 hrs | $.00 |

**TOTAL CHARGES FOR THIS INVOICE**               $.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

NOVEMBER 28, 2012
0R0808-109965

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  819802

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/28/12

Re:  0R0808-109965
     Jordan, Edward Lee and Deborah Moore (Jordan and Willis
     v. GMAC) 306417764 - 682614
     TC # 682614

PROFESSIONAL SERVICES
11/01/12   CLHA Analyze recent pleadings and client        L120     .20 hrs
                documents and advise client regarding
                status and strategy

           TOTAL FEES FOR THIS MATTER                               $69.00
           LESS DISCOUNT                                            (69.00)


BILLING SUMMARY

   Christopher L. Hawkins        .20 hrs   345.00 /hr        69.00


TOTAL FEES                       0.20 hrs                   $.00

**TOTAL CHARGES FOR THIS INVOICE**                         $.00


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301001

INVOICE #  813577

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301001
     Ochoa, Louis J. (Hourly) - 710503
     Loan No. 7433327665
     TC # 710503

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | LADA | Telephone conference with Clerk regarding recently received filing and deadline for responding | L190 | .50 hrs |
| 09/05/12 | BG | Correspondence from Court regarding supervisory writ and status of appeal | L230 | .10 hrs |
| 09/10/12 | BG | Correspondence with client regarding payoff statement | L120 | .10 hrs |
| 09/10/12 | BG | Evaluate timeliness of supervisory writ | L120 | .10 hrs |
| 09/11/12 | LADA | Telephone conference with Clerk confirming opposing counsel's filing and assigned file number | L240B | .30 hrs |
| 09/11/12 | BG | Inform Court of time needed to prepare for appellate response | L120 | .20 hrs |
| 09/11/12 | BG | Research deadline for Application for Supervisory Writ | L510 | .90 hrs |
| 09/11/12 | BG | Provide full evaluation of arguments concerning un-timeliness of appeal | L510 | 1.20 hrs |
| 09/12/12 | BG | Draft response to supervisory writ | L510 | 3.00 hrs |
| 09/12/12 | BG | Work on Answer to appeal | L510 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

0R0808-301001

FED ID NO. 63-0243316

ResCap

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/12/12 | BG | Begin working on argument for response to supervisory writ | L510 | .30 hrs |
| 09/13/12 | BG | Provide clerk of court with deadline for response to supervisory writ | L510 | .10 hrs |
| 09/13/12 | BG | Work on response to supervisory writ | L510 | .20 hrs |
| 09/14/12 | LADA | Telephone conference with research assistant regarding rush request for full copy of opposing counsel's most recent filing due to receipt of incomplete service copy | L510 | .40 hrs |
| 09/14/12 | LADA | Telephone conference with Clerk regarding requested deadline to respond to opposing counsel's most recent filing | L510 | .40 hrs |
| 09/14/12 | BG | Draft status update regarding response to supervisory writ | L510 | .10 hrs |
| 09/16/12 | BG | Insert statement of the case section and title information into response to supervisory writ to the fifth circuit court of appeals | L510 | 1.30 hrs |
| 09/17/12 | BG | Finalize response to supervisory writ, insert tables, keycite all citations, modify argument sections and revise statement of the case | L510 | .70 hrs |
| 09/18/12 | BG | Revisions to response to supervisory writ | L510 | .20 hrs |
| 09/18/12 | ASI | Revise brief in response to supervisory writ | L510 | 1.60 hrs |
| 09/19/12 | BG | Finalize Response to Supervisory Writ | L510 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0808-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/19/12 | BG | Insert additional argument regarding LA. CC. 2642 into Response to Supervisory Writ | L510 | .20 hrs |
| 09/19/12 | BG | Send update to the client regarding the supervisory writ and  next step in appeals process | L510 | .10 hrs |
| 09/19/12 | BG | Calculate time for filing appeal bond after court of appeals denial of supervisory writ | L510 | .30 hrs |
| 09/19/12 | LADA | Correspondence regarding telephone conference with Clerk in reference to panel's ruling on borrower's application for writ | L510 | .30 hrs |
| 09/19/12 | LADA | Telephone conference with Clerk regarding panel's ruling on borrower's application of writ and denial of same | L510 | .30 hrs |
| 09/28/12 | LADA | Telephone conference with Clerk regarding status of borrower's counsel submitting bond | L510 | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $2,391.40

| | | | |
|---|---|---|---|
| 01 | Copy Charges | | 0.00 |
| 41 | Computerized Legal Research-Westlaw | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Avery Simmons | 1.60 hrs | 249.00 /hr | 398.40 |
| Blake Goodsell | 9.60 hrs | 190.00 /hr | 1,824.00 |
| Lucinda Kish | 2.60 hrs | 65.00 /hr | 169.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 30, 2012

ResCap

0R0808-301001

FED ID NO. 63-0243316

TOTAL FEES                  13.80 hrs                    $2,391.40

**TOTAL CHARGES FOR THIS INVOICE**                       $2,391.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301001

INVOICE #  817900

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301001
     Ochoa, Louis J. (Hourly) - 710503
     Loan No. 7433327665
     TC # 710503

EXPENSES

| | | |
|---|---|---:|
| 07 | Filing Fees | 222.00 |
| 12 | Court Costs - Pleadings | 175.20 |
| 35 | Express Mail/Fedex | 0.00 |
| | TOTAL COSTS FOR THIS MATTER | $397.20 |

| | | |
|---|---|---:|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $397.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$397.20** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301001

INVOICE #  818428

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301001
     Ochoa, Louis J. (Hourly) - 710503
     Loan No. 7433327665
     TC # 710503

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | LADA | Telephone conference with trial Clerk regarding status of bond payment | L190 | .30 hrs |
| 10/01/12 | LADA | Telephone conference with appeals Clerk regarding status of bond payment | L190 | .40 hrs |
| 10/01/12 | BG | Correspondence regarding the payment of appeal bond | L120 | .10 hrs |
| 10/02/12 | LADA | Review of docket and filings to update current status of matter | L140 | .80 hrs |
| 10/02/12 | BG | Evaluate plan of action following failure to pay into the registry | L120 | .10 hrs |
| 10/02/12 | BG | Send update to client regarding  failure to pay into the registry | L120 | .10 hrs |
| 10/02/12 | BG | Evaluate procedure following appellant's failure to timely pay the appeal bond | L120 | .20 hrs |
| 10/02/12 | BG | Begin drafting Motion to Dismiss appeal based upon appellant's failure to timely pay the appeal bond | L210 | .20 hrs |
| 10/08/12 | BG | Check status of appeal and evaluate need to file motion to dismiss appeal | L510 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/08/12 | BG | Draft motion to dismiss appeal and proposed order based on failure to timely file appeal bond | L510 | .40 hrs |
| 10/09/12 | BG | Finalize Motion to Dismiss Appeal | L510 | .30 hrs |
| 10/09/12 | LADA | Telephone conference with Clerk regarding action on appeal | L510 | .40 hrs |
| 10/09/12 | LADA | Review correspondence from prior counsel | L240B | .40 hrs |
| 10/10/12 | LADA | Review correspondence from additional counsel | L240B | .40 hrs |
| 10/10/12 | BG | Revise Motion to Dismiss Appeal and Incorporated Memoranda | L510 | 1.30 hrs |
| 10/10/12 | BG | Evaluate timeliness of Motion to Dismiss Appeal, calculate return date, determine effect of supervisor writ, and determine most appropriate court for filing the motion | L510 | .90 hrs |
| 10/10/12 | BG | Insert argument into Motion to Dismiss Appeal and Incorporated Memoranda regarding un-timeliness of appeal | L510 | 1.60 hrs |
| 10/10/12 | LADA | Telephone conference with Clerk regarding transcript and lodging of record | L510 | .60 hrs |
| 10/11/12 | BG | Work on Motion to Dismiss Appeal | L510 | .30 hrs |
| 10/11/12 | LADA | Telephone conference with Clerks regarding filing of appeal | L510 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/12/12 | BG | Provide assessment of exposure to the client | L120 | .20 hrs |
| 10/12/12 | BG | Finalize Motion to Dismiss Appeal and proposed order for filing in the appeals court | L510 | 2.30 hrs |
| 10/12/12 | MJA | Research motion to dismiss appeal | L510 | .60 hrs |
| 10/12/12 | ABB | E-mail communications regarding motion to dismiss appeal with Appeals Court | L510 | .20 hrs |
| 10/12/12 | ABB | Finalize Motion to Dismiss Appeal for Untimeliness and Failure to Post Bond and prepare same with voluminous documents for filing with Appeals Court and further prepare filing for service among all involved counsel | L510 | .60 hrs |
| 10/15/12 | BG | Send filed copy of motion to dismiss | L210 | .10 hrs |
| 10/22/12 | BG | Check status of Motion to Dismiss appeal | L120 | .10 hrs |
| 10/22/12 | BG | Update client on status of relief requested in underlying case | L120 | .10 hrs |
| 10/23/12 | ABB | Telephone conference with Fifth Circuit Court of Appeals in Gretna, LA regarding Motion to Dismiss and ruling regarding same as well as e-mail communications | L110 | .30 hrs |
| 10/23/12 | BG | Analyze notice of transcript | L210 | .10 hrs |
| 10/31/12 | BG | Consider need for appellant's brief despite filing Motion to Dismiss | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $2,217.70



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0808-301001

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .60 hrs | 297.00 /hr | 178.20 |
| Allison Burke | 1.10 hrs | 150.00 /hr | 165.00 |
| Blake Goodsell | 8.60 hrs | 190.00 /hr | 1,634.00 |
| Lucinda Kish | 3.70 hrs | 65.00 /hr | 240.50 |

TOTAL FEES            14.00 hrs                    $2,217.70

**TOTAL CHARGES FOR THIS INVOICE**            $2,217.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301001

INVOICE #  820862

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301001
     Ochoa, Louis J. (Hourly) - 710503
     Loan No. 7433327665
     TC # 710503

<u>EXPENSES</u>

    07      Filing Fees                                           100.00

              TOTAL COSTS FOR THIS MATTER              $100.00


TOTAL FEES              0.00 hrs                  $.00

TOTAL EXPENSES                                 $100.00

**TOTAL CHARGES FOR THIS INVOICE**             $100.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301001

INVOICE #  821178

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301001
     Ochoa, Louis J. (Hourly) - 710503
     Loan No. 7433327665
     TC # 710503

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/06/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/08/12 | BG | Review Motion for Extra Time to File Brief | L120 | .10 hrs |
| 11/12/12 | BG | Evaluate response to motion for extension of time to file brief | L120 | .20 hrs |
| 11/12/12 | BG | Draft status report regarding motion for extension of time to file brief and pending motion to dismiss | L190 | .20 hrs |
| 11/15/12 | BG | Review of Court's granting of Ochoa's motion to extend deadlines | L120 | .10 hrs |
| 11/15/12 | BG | Consider arguments for opposition to Motion to Extend time for Briefing | L120 | .20 hrs |
| 11/26/12 | LADA | Review extension request by opposing counsel | L210 | .40 hrs |
| 11/26/12 | BG | Correspondence with opposing counsel regarding extension of time to file appeal brief | L210 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-301001

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/26/12  BG | Confirm contents of motion for extension of briefing deadlines filed by opposing counsel | L120 | .10 hrs | |

TOTAL FEES FOR THIS MATTER                     $278.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Blake Goodsell | 1.10 hrs | 190.00 /hr | 209.00 |
| Lucinda Kish | .40 hrs | 65.00 /hr | 26.00 |

TOTAL FEES                1.80 hrs                 $278.50

**TOTAL CHARGES FOR THIS INVOICE**                 **$278.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301001

INVOICE #  830030

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301001
     Ochoa, Louis J. (Hourly) - 710503
     Loan No. 7433327665
     TC # 710503

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | BG | Draft status report regarding extension of briefing deadlines and pending Motion to Dismiss | L190 | .20 hrs |
| 12/03/12 | MJA | Research on appeal status | L510 | .30 hrs |
| 12/03/12 | LADA | Telephone conference with Clerk regarding opposing counsel's request for additional time, including new deadline and responsive deadline | L510 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $159.60


EXPENSES

| | | |
|---|---|---|
| 17A | Messenger/Delivery Charges | 7.50 |
| 20 | Airline Tickets | 605.70 |
| 21 | Travel Expense | 764.43 |
| 23 | Meal Expense | 49.51 |

TOTAL COSTS FOR THIS MATTER            $1,427.14



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0808-301001

FED ID NO. 63-0243316

---

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Marc J. Ayers | .30 hrs | 297.00 /hr | 89.10 |
| Blake Goodsell | .20 hrs | 190.00 /hr | 38.00 |
| Lucinda Kish | .50 hrs | 65.00 /hr | 32.50 |

TOTAL FEES            1.00 hrs                    $159.60

TOTAL EXPENSES                                  $1,427.14

**TOTAL CHARGES FOR THIS INVOICE**          $1,586.74

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301003

INVOICE #  820863

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301003
     David Stern Enterprises, Inc. - 713139
     TC # 713139

| | | | |
|---|---|---|---|
| 01 | Copy Charges | | 319.80 |
| 07 | Filing Fees | | (325.00) |
| 58 | FED DOCKET SERV-PACER | | 5.20 |

TOTAL FEES                0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**              $.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301003

INVOICE #  821179

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301003
     David Stern Enterprises, Inc. - 713139
     TC # 713139

PROFESSIONAL SERVICES

11/01/12  JDV  Draft status report                    L190      .10 hrs


          TOTAL FEES FOR THIS MATTER                         $21.90


BILLING SUMMARY

   Jose D. Vega          .10 hrs   219.00 /hr      21.90


TOTAL FEES              0.10 hrs                  $21.90

**TOTAL CHARGES FOR THIS INVOICE**               **$21.90**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

JANUARY 23, 2013
0R0808-301003

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  830032

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301003
     David Stern Enterprises, Inc. - 713139
     TC # 713139

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .10 hrs |
| 12/31/12 | AHC | Draft and final review and revisions to court-mandated status report | L250 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $79.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |

TOTAL FEES                 0.50 hrs                  $79.90

**TOTAL CHARGES FOR THIS INVOICE**              **$79.90**

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301004

INVOICE #  820864

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301004
      Christian County Clerk (Michael Kem) - 713214
      TC # 713214


TOTAL FEES                0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                    $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                       0R0808-301004
Fort Washington, PA 19034

                                                          INVOICE #  821180
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301004
     Christian County Clerk (Michael Kem) - 713214
     TC # 713214

PROFESSIONAL SERVICES

11/01/12  AHC  Draft status report              L190      .20 hrs

          TOTAL FEES FOR THIS MATTER                      $29.00

BILLING SUMMARY

    Alecia H. Cockrell        .20 hrs    145.00 /hr        29.00

TOTAL FEES             0.20 hrs                  $29.00

TOTAL CHARGES FOR THIS INVOICE                   $29.00
                                         ═══════════

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301005

INVOICE # 813579

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301005
     Oden, Travis and Tina - 713701
     Loan No. 602125348
     TC # 713701

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/05/12 | ABB | Analysis of file regarding bankruptcy stay and draft Amended Notice of Bankruptcy Filing and Supplemental; Servicing Order with exhibit(s) | L110 | .40 hrs |
| 09/07/12 | JHP | Emails to/from client contact H.Franchi to discuss update on case and to discuss that borrower's counsel has yet to correspond regarding potential for loan modification | L120 | .10 hrs |
| 09/09/12 | JHP | Email to counsel for borrowers to request update on whether borrowers intend to submit loan modification application | L160 | .10 hrs |
| 09/10/12 | ABB | Telephone conference with Saline County Circuit County regarding fax filing of bankruptcy notice | L110 | .10 hrs |
| 09/10/12 | ABB | Finalize Amended Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with Saline County and for service upon all parties via federal express and/or certified mail | L110 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301005

FED ID NO. 63-0243316

| 09/26/12 | ABB | Preparation of documents regarding bankruptcy proceedings to be forwarded to Judge pursuant to telephone conference regarding same | L110 | .50 hrs |
| 09/26/12 | ABB | Preparation of correspondence to Judge Phillips and court coordinator for Saline County, Arkansas | L110 | .50 hrs |
| 09/26/12 | ABB | Analysis of information regarding upcoming hearing on Motion to Compel and telephone conference with court coordinator regarding same | L110 | .20 hrs |
| 09/26/12 | ABB | Communications with opposing counsel with attachments regarding hearing on motion to compel and update file regarding same | L110 | .20 hrs |
| 09/27/12 | JHP | Edit letter to court coordinator to confirm that motion to compel hearing is not going forward given bankruptcy filing of client | L230 | .10 hrs |
| 09/28/12 | ABB | Analysis of file materials and draft Notice of Appearance for additional counsel for GMAC Mortgage, LLC | L110 | .60 hrs |
| 09/28/12 | JHP | Emails to/from counsel for borrowers confirming hearing on motion to compel will not go forward given bankruptcy stay in place | L350 | .20 hrs |

                                    TOTAL FEES FOR THIS MATTER                          $572.50



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 30, 2012

ResCap

0R0808-301005

FED ID NO. 63-0243316

EXPENSES

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 50.30 |

TOTAL COSTS FOR THIS MATTER          $50.30

BILLING SUMMARY

| Allison Burke | 3.00 hrs | 150.00 /hr | 450.00 |
| Jon H. Patterson | .50 hrs | 245.00 /hr | 122.50 |

TOTAL FEES          3.50 hrs                    $572.50

TOTAL EXPENSES                                 $50.30

**TOTAL CHARGES FOR THIS INVOICE**            **$622.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301005

INVOICE #  818429

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301005
     Oden, Travis and Tina - 713701
     Loan No. 602125348
     TC # 713701

PROFESSIONAL SERVICES

| 10/01/12 | BG  | Draft status update regarding amended notice of bankruptcy | L190 | .10 hrs |
| 10/05/12 | ABB | Further telephone conference with Court Coordinator regarding scheduled hearing and current stay per BABC correspondence regarding same | L110 | .20 hrs |
| 10/05/12 | JHP | Emails to/from client contact H.Franchi to discuss whether foreclosure should proceed forward | L120 | .30 hrs |
| 10/05/12 | BG  | Correspondence with client regarding plan of action and bankruptcy implications of the matter | L120 | .10 hrs |

                  TOTAL FEES FOR THIS MATTER              $141.50

BILLING SUMMARY

| Allison Burke    | .20 hrs | 150.00 /hr | 30.00 |
| Jon H. Patterson | .30 hrs | 245.00 /hr | 73.50 |
| Blake Goodsell   | .20 hrs | 190.00 /hr | 38.00 |

TOTAL FEES          0.70 hrs                    $141.50

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301005

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $141.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301005

INVOICE #  821181

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301005
     Oden, Travis and Tina - 713701
     Loan No. 602125348
     TC # 713701

PROFESSIONAL SERVICES

| 11/01/12 | BG | Draft status report for client regarding stayed claims, loan modification attempts, and case strategy | L190 | .20 hrs |
|----------|----|-----------------------------------------------------------------------------------------------------|------|---------|
| 11/20/12 | BG | Correspondence with opposing counsel regarding loan modification package | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $57.00

BILLING SUMMARY

| Blake Goodsell | .30 hrs | 190.00 /hr | 57.00 |
|----------------|---------|------------|-------|

TOTAL FEES                 0.30 hrs                    $57.00

**TOTAL CHARGES FOR THIS INVOICE**              **$57.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 14, 2012
0R0808-301005

INVOICE #  825140

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/14/12

Re:  0R0808-301005
     Oden, Travis and Tina - 713701
     Loan No. 602125348
     TC # 713701

<u>EXPENSES</u>

  61     Local Counsel Fees                    615.90

           TOTAL COSTS FOR THIS MATTER      $615.90

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $615.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$615.90** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301005

INVOICE # 830033

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301005
     Oden, Travis and Tina - 713701
     Loan No. 602125348
     TC # 713701

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/18/12 | BG | Evaluate settlement alternatives | L160 | .10 hrs |
| 12/18/12 | JHP | Emails to/from client contact H.Franchi to discuss status of case | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                   $43.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .10 hrs | 245.00 /hr | 24.50 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

TOTAL FEES                    0.20 hrs              $43.50

**TOTAL CHARGES FOR THIS INVOICE**              $43.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301006

INVOICE #  813580

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301006
     Trevino, Gilbert & Myrna - 713693
     Loan No. 413833179
     TC # 713693

PROFESSIONAL SERVICES

09/04/12   CLHA Analyze recent bankruptcy pleadings and        L120      .20 hrs
                correspondence and advise client
                regarding status and strategy

           TOTAL FEES FOR THIS MATTER                                  $69.00

BILLING SUMMARY

     Christopher L. Hawkins       .20 hrs    345.00 /hr      69.00

TOTAL FEES                        0.20 hrs                 $69.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$69.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 28, 2012
0R0808-301007

INVOICE #  819799

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301007
     Audit Requests
     Number 733896
     TC # 733896
  01      Copy Charges                                    (17.76)
  17A     Messenger/Delivery Charges                       17.76


TOTAL FEES              0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 30, 2012
1100 Virginia Drive                                        0R0808-301008
Fort Washington, PA 19034

INVOICE #  813581

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301008
     Robertson, Dale
     Loan No. 0602019681; Matter No. 696559
     TC # 696559

PROFESSIONAL SERVICES

09/07/12  AHC  Draft status report for attorney review     L190      .20 hrs


         TOTAL FEES FOR THIS MATTER                        $29.00


BILLING SUMMARY

   Alecia H. Cockrell          .20 hrs   145.00 /hr          29.00


TOTAL FEES                     0.20 hrs                     $29.00

**TOTAL CHARGES FOR THIS INVOICE**                         **$29.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           NOVEMBER 17, 2012
1100 Virginia Drive                                             0R0808-301008
Fort Washington, PA 19034

                                                               INVOICE #  818430
                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301008
     Robertson, Dale
     Loan No. 0602019681; Matter No. 696559
     TC # 696559

PROFESSIONAL SERVICES

| 10/02/12 | EAF | Email with local counsel regarding whether stipulation of dismissal has been filed | L240B | .20 hrs |
| 10/04/12 | EAF | Review status of case | L120 | .20 hrs |
| 10/04/12 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 10/19/12 | EAF | Review letter from clerk regarding case and dismissal within 30 days if no prosecution | L120 | .10 hrs |
| 10/19/12 | EAF | Email to J.Ho regarding letter from clerk and possible dismissal if no prosecution | L120 | .10 hrs |
| 10/23/12 | EAF | Review dismissal and email to client regarding same | L120 | .20 hrs |
| 10/25/12 | EAF | Telephone conference with J.Ho regarding dismissal of case | L120 | .10 hrs |

                     TOTAL FEES FOR THIS MATTER                    $351.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0808-301008

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | .90 hrs | 358.00 /hr | 322.20 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |

TOTAL FEES            1.10 hrs                    $351.20

**TOTAL CHARGES FOR THIS INVOICE**                **$351.20**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0808-301008

INVOICE #  820865

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  OR0808-301008
     Robertson, Dale
     Loan No. 0602019681; Matter No. 696559
     TC # 696559

EXPENSES

| | | |
|---|---|---|
| 61 | Local Counsel Fees | 187.50 |
| | TOTAL COSTS FOR THIS MATTER | $187.50 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $187.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $187.50 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0808-301008

INVOICE #  821182

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0808-301008
     Robertson, Dale
     Loan No. 0602019681; Matter No. 696559
     TC # 696559

PROFESSIONAL SERVICES

| 11/06/12 | AHC | Draft status report and closing memorandum and correspondence to client regarding same | L190 | .40 hrs |
| 11/06/12 | EAF | Finalize closing memorandum | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                              $93.80

BILLING SUMMARY

| Eric A. Frechtel | .10 hrs | 358.00 /hr | 35.80 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |

| TOTAL FEES | 0.50 hrs | | $93.80 |

**TOTAL CHARGES FOR THIS INVOICE**                                    **$93.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                       0R0808-301009
Fort Washington, PA 19034

                                                          INVOICE #  821183

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301009
         Murray, Jerome
         Matter No. 717726
         TC # 717726

    PROFESSIONAL SERVICES

    11/05/12  AHC   Draft memorandum regarding final        L190      .30 hrs
                    disposition of file and correspondence
                    to client regarding same


              TOTAL FEES FOR THIS MATTER                             $43.50


    BILLING SUMMARY

       Alecia H. Cockrell        .30 hrs   145.00 /hr         43.50


    TOTAL FEES              0.30 hrs                  $43.50

    TOTAL CHARGES FOR THIS INVOICE                    $43.50


         ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301011

INVOICE #  813582

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301011
     Motto, Nicole
     Loan No. 7442363651; Ally No. 718443
     TC # 718443

PROFESSIONAL SERVICES

09/05/12  GLH  Advise client regarding status          B190      .10 hrs

          TOTAL FEES FOR THIS MATTER                    $33.30

BILLING SUMMARY

     Gary L. Howard          .10 hrs   333.00 /hr        33.30

TOTAL FEES               0.10 hrs                  $33.30

**TOTAL CHARGES FOR THIS INVOICE**                 **$33.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301011

INVOICE #  818431

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301011
      Motto, Nicole
      Loan No. 7442363651; Ally No. 718443
      TC # 718443

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | JCCO | Review judge's order of dismissal and communicate to client | L140 | .40 hrs |
| 10/03/12 | JCCO | Research motion to vacate judge's order dismissing GMAC and develop strategy for protecting GMAC's interests in joint check | L250 | 1.80 hrs |
| 10/04/12 | JCCO | Call A.Hartshorn to discuss motion to reconsider order dismissing GMAC from action | L120 | .30 hrs |
| 10/05/12 | BG | Evaluate plan of action following GMAC's dismissal and possible violations of the bankruptcy stay by the dismissal order | L120 | .10 hrs |
| 10/05/12 | JHP | Review motion to dismiss and other pleadings recently filed by borrower in determining strategy with respect to dismissal of client from case due to bankruptcy and to determine whether bankruptcy stay was violated | L120 | .70 hrs |
| 10/05/12 | JCCO | Call A.Hartshorn to discuss strategy and begin draft of motion to reconsider | L120 | 1.40 hrs |
| 10/08/12 | JCCO | Draft motion to reconsider court's order to dismiss GMAC | L250 | .60 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301011

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/09/12 | JCCO | Research case law to determine if it is error to dismiss a debtor in bankruptcy from unrelated litigation and proceed with that litigation where bankruptcy estate may be diminished by its outcome | L250 | 1.80 hrs |
| 10/09/12 | JCCO | Draft motion to reconsider dismissal of GMAC | L250 | 3.40 hrs |
| 10/10/12 | JCCO | Draft motion to reconsider dismissal of GMAC | L250 | 1.20 hrs |
| 10/10/12 | JHP | Revise and edit motion to vacate order dismissing GMAC | L250 | .30 hrs |
| 10/11/12 | ABB | Finalize Motion to Reconsider and prepare same for filing with the Court | L110 | .50 hrs |
| 10/11/12 | JCCO | Draft motion to reconsider | L250 | 1.40 hrs |
| 10/15/12 | JCCO | Analyze pleadings of remaining parties that have been filed in GMAC's absence in the matter | L120 | .40 hrs |
| 10/16/12 | JCCO | Call local counsel to discuss status of filing and anticipated response | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $2,854.50

41        Computerized Legal Research-Westlaw                          0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .50 hrs | 150.00 /hr | 75.00 |
| Jonathan Cobb | 12.90 hrs | 195.00 /hr | 2,515.50 |
| Jon H. Patterson | 1.00 hrs | 245.00 /hr | 245.00 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301011

FED ID NO. 63-0243316

TOTAL FEES                14.50 hrs                  $2,854.50

**TOTAL CHARGES FOR THIS INVOICE**                  $2,854.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              NOVEMBER 30, 2012
1100 Virginia Drive                                0R0808-301011
Fort Washington, PA 19034

                                                   INVOICE #  820866

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

     Re:  0R0808-301011
          Motto, Nicole
          Loan No. 7442363651; Ally No. 718443
          TC # 718443

     EXPENSES

        65      Title Search Fee                              184.95

                TOTAL COSTS FOR THIS MATTER          $184.95


        TOTAL FEES          0.00 hrs                 $.00

        TOTAL EXPENSES                               $184.95

        **TOTAL CHARGES FOR THIS INVOICE**          $184.95

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                        0R0808-301011
Fort Washington, PA 19034

                                                           INVOICE #  821184

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301011
         Motto, Nicole
         Loan No. 7442363651; Ally No. 718443
         TC # 718443

<u>PROFESSIONAL SERVICES</u>

| 11/01/12 | JCCO | Review order from court on motion to reconsider and formulate strategy for proceeding in bankruptcy court | L250 | .10 hrs |
| 11/01/12 | JHP | Review Order from Court granting plaintiff's motion to dismiss GMAC from case given bankruptcy | L240 | .10 hrs |
| 11/05/12 | JCCO | Review email from A.Hartshorn and send email about proceeding in bankruptcy court | L120 | .30 hrs |
| 11/09/12 | JCCO | Evaluate possibility of bankruptcy court intervention in matter | L120 | .50 hrs |
| 11/12/12 | JCCO | Draft memo regarding facts and posture of case and setting forth potential alternatives to bankruptcy court intervention | L120 | 1.80 hrs |
| 11/12/12 | JHP | Review file to determine strategy on case following dismissal of client by court | L120 | .50 hrs |
| 11/13/12 | JCCO | Email correspondence regarding ability of bankruptcy court to adjudicate GMAC's rights against Motto | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301011

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/13/12 | AHC | Analysis of documents related to lawsuit for use in development of case strategy and research PACER regarding borrower bankruptcy status | L120 | 4.90 hrs |
| 11/13/12 | JHP | Review pleadings file in preparing email to client with summary of case and to discuss options | L120 | .60 hrs |
| 11/13/12 | JHP | Draft email to client contact L.Delehey to discuss status of case and to discuss options given dismissal of GMAC from case | L120 | .40 hrs |
| 11/13/12 | JHP | Phone calls and emails to/from client contacts to discuss strategy with respect to dismissal of GMAC from lawsuit on insurance proceeds | L120 | .70 hrs |
| 11/13/12 | JHP | Phone call to counsel for State Farm to discuss status of case and general issues with dismissal of client from case | L120 | .20 hrs |
| 11/14/12 | JHP | Review client documents (including servicing notes and general documents from client file) to determine issue of note ownership and to determine status of loan and other issues for use in determining most appropriate course of action in case following court's dismissal of client from action | L190 | 3.80 hrs |
| 11/14/12 | JHP | Emails with client contacts to discuss loan file information, assignment of mortgage, note ownership issues and general strategy on case | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 30, 2012

0R0808-301011

FED ID NO. 63-0243316

| 11/14/12 | AHC | Telephone conference and follow-up correspondence to title company regarding status of title report | L110 | .30 hrs |
|---|---|---|---|---|
| 11/15/12 | JHP | Conference call with client contacts to discuss status of case and strategy concerning intervening | L120 | .60 hrs |
| 11/15/12 | JCCO | Teleconference with J.Scoliard and L.Delehey to discuss options | L120 | .60 hrs |
| 11/15/12 | JHP | Analyze client file in preparation for conference call with client to discuss case strategy | L120 | .70 hrs |
| 11/19/12 | JCCO | Research case law to determine potential res judicata effect of motion to intervene | L250 | 2.60 hrs |
| 11/20/12 | JCCO | Draft investor's motion to intervene | L250 | 4.00 hrs |
| 11/21/12 | JCCO | Draft motion to intervene on behalf of investor | L250 | 3.80 hrs |
| 11/21/12 | JCCO | Research case law regarding the timeliness of a motion to intervene where the intervenor's rights were adequately represented until shortly before trial | L250 | 3.20 hrs |
| 11/26/12 | JCCO | Draft Complaint in Intervention | L250 | 4.10 hrs |
| 11/27/12 | JCCO | Draft complaint in intervention and compile exhibits | L250 | 1.10 hrs |
| 11/28/12 | JHP | Revise Motion to Intervene as Plaintiff and Complaint in Intervention | L210 | 1.00 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
NOVEMBER 30, 2012

ResCap

0R0808-301011

**FED ID NO. 63-0243316**

11/29/12   JCCO Draft Complaint in Intervention and send   L250      .50 hrs
           to client for review

              TOTAL FEES FOR THIS MATTER              $7,620.00

BILLING SUMMARY
    Alecia H. Cockrell          5.20 hrs    145.00 /hr        754.00
    Jonathan Cobb              23.40 hrs    195.00 /hr      4,563.00
    Jon H. Patterson           9.40 hrs    245.00 /hr      2,303.00

TOTAL FEES                    38.00 hrs                   $7,620.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$7,620.00**

        ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        JANUARY 23, 2013
1100 Virginia Drive                                          0R0808-301011
Fort Washington, PA 19034

                                                             INVOICE #  830035

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301011
         Motto, Nicole
         Loan No. 7442363651; Ally No. 718443
         TC # 718443

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 12/10/12 | JCCO | Review L.Delehey's edits to motion to intervene and incorporate into motion | L250 | .70 hrs |
| 12/17/12 | JCCO | Telephone call with opposing counsel regarding his intent to pursue claim on property proceeds and draft note to file regarding the same | L120 | 1.30 hrs |
| 12/19/12 | MST | Draft letter to clerk via federal express enclosing motion to intervene and supporting documents | L110 | .40 hrs |
| 12/19/12 | MST | Telephone call with court clerk regarding motion to intervene | L110 | .20 hrs |
| 12/19/12 | MST | Finalize Motion to Intervene with exhibits and Complaint in Intervention and prepare all for filing and service | L210 | .90 hrs |
| 12/19/12 | JCCO | Compile all documents needed for filing Motion to Intervene and Complaint in Intervention and file with the court | L250 | .70 hrs |
| 12/19/12 | BG | File Petition in Intervention | L210 | .30 hrs |
| 12/20/12 | MST | Correspondence to court clerk regarding motion to intervene | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0808-301011

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 12/21/12 | BG | Correct mistakes of Clerk of Court in filing Petition in Intervention | L120 | .20 hrs |
| 12/21/12 | MST | Telephone call with clerk's office regarding Motion to Intervene and update file regarding same | L110 | .20 hrs |
| 12/26/12 | MST | Receive file-stamped copy of Motion to Intervene as Plaintiff and update pleadings index regarding same | L210 | .20 hrs |
| 12/27/12 | JCCO | Analyze Motto's Rule 11 Motion and investigate release of mortgage to determine if GMAC took corrective action to reinstate the mortgage | L430 | 3.40 hrs |
| 12/27/12 | JHP | Reviewed Affidavit of Lost Assignment and release language in affidavit and discussed with J.Cobb regarding strategy | L120 | .30 hrs |
| 12/28/12 | ABB | Obtain certified property records per attorney request regarding Rule 11 Motion | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,748.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Melanie Thompson | 2.30 hrs | 150.00 /hr | 345.00 |
| Allison Burke | .30 hrs | 150.00 /hr | 45.00 |
| Jonathan Cobb | 6.10 hrs | 195.00 /hr | 1,189.50 |
| Jon H. Patterson | .30 hrs | 245.00 /hr | 73.50 |
| Blake Goodsell | .50 hrs | 190.00 /hr | 95.00 |
| TOTAL FEES | 9.50 hrs | | $1,748.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
JANUARY 23, 2013

ResCap

0R0808-301011

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,748.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301012

INVOICE #  820867

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301012
     Mejia, Hector
     No. 728315
     TC # 728315

TOTAL FEES                    0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                        $.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0R0808-301013

INVOICE #  818142

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301013
     Cutler, Angela
     Loan No. 7414814327; Ally No. 715655
     TC # 715655

TOTAL FEES              0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**          $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301014

INVOICE # 813583

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301014
     PRENTICE, Clarence C.
     Loan No. 061478187; Ally No. 720468
     TC # 720468

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JJO | Prepare status update | L520 | .20 hrs |
| 09/05/12 | SAP | Review appellate file and call Court of Special Appeals to determine representation of parties on appeal in preparation for drafting entry of appearance | L510 | .20 hrs |
| 09/05/12 | JJO | Call court of special appeals regarding briefing schedule | L520 | .20 hrs |
| 09/05/12 | JJO | Email S.Pozefsky regarding briefing schedule | L520 | .10 hrs |
| 09/06/12 | JJO | Research motion to dismiss | L520 | 2.60 hrs |
| 09/13/12 | SAP | Correspond with Court of Special Appeals re appeal | L510 | .20 hrs |

           TOTAL FEES FOR THIS MATTER                    $769.20

     01        Copy Charges                                      0.00
     41        Computerized Legal Research-Westlaw               0.00

BILLING SUMMARY

     Steven A. Pozefsky        .40 hrs    323.00 /hr        129.20
     Josh Johnson             3.10 hrs    200.00 /hr        620.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301014

FED ID NO. 63-0243316

TOTAL FEES                    3.50 hrs                    $769.20

**TOTAL CHARGES FOR THIS INVOICE**                    $769.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

NOVEMBER 17, 2012
0R0808-301014

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  818432

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301014
     PRENTICE, Clarence C.
     Loan No. 061478187; Ally No. 720468
     TC # 720468

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | JJO | Draft status report | L120 | .20 hrs |
| 10/05/12 | JJO | Research on cae status | L120 | .20 hrs |
| 10/15/12 | CLHA | Analyze issues related to motion to dismiss appeal | L510 | .40 hrs |
| 10/15/12 | JJO | Emails with client regarding motion to dismiss | L120 | .20 hrs |
| 10/22/12 | JJO | Review file and update regarding bankruptcy matters | L120 | .50 hrs |
| 10/26/12 | JW | Outline motion to dismiss appeal | L510 | 1.80 hrs |
| 10/26/12 | JW | Research dates and other facts for motion to dismiss appeal | L510 | 3.00 hrs |
| 10/26/12 | JW | Draft and edit motion to dismiss appeal | L510 | 3.10 hrs |
| 10/26/12 | SAP | Correspond with court and counsel for Substitute Trustee re appeal status | L520 | .40 hrs |
| 10/26/12 | JJO | Research motion to dismiss | L510 | 1.20 hrs |
| 10/26/12 | CLHA | Confer with co-counsel regarding potential motion to dismiss plaintiff's State court appeal | L120 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 17, 2012

ResCap

0R0808-301014

FED ID NO. 63-0243316

| Date | Init. | Description | | Hours |
|------|-------|-------------|---|-------|
| 10/29/12 | JW | Research regarding revisions to draft of motion to dismiss appeal | L510 | .20 hrs |
| 10/29/12 | JW | Edit motion to dismiss appeal | L510 | 3.10 hrs |
| 10/29/12 | JJO | Conference with J.Watkins regarding motion to dismiss | L510 | .20 hrs |
| 10/29/12 | JJO | Review draft motion | L510 | .50 hrs |
| 10/31/12 | JJO | Revise motion to dismiss appeal | L120 | 1.30 hrs |
| 10/31/12 | CLHA | Revise motion to dismiss appeal | L510 | .60 hrs |

TOTAL FEES FOR THIS MATTER                    $3,820.70

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christopher L. Hawkins | 1.30 hrs | 345.00 /hr | 448.50 |
| Steven A. Pozefsky | .40 hrs | 323.00 /hr | 129.20 |
| Josh Johnson | 4.30 hrs | 200.00 /hr | 860.00 |
| Jay Watkins | 11.20 hrs | 195.00 /hr | 2,184.00 |

TOTAL FEES              17.20 hrs                    $3,820.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$3,820.70**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                      0R0808-301014
Fort Washington, PA 19034

                                                        INVOICE #  821185

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301014
         PRENTICE, Clarence C.
         Loan No. 061478187; Ally No. 720468
         TC # 720468

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JJO | Email client regarding revised MTD | L120 | .30 hrs |
| 11/01/12 | JJO | Revise MTD | L120 | .50 hrs |
| 11/02/12 | SAP | Legal research re whether to proceed with sale and then file motion to dismiss appeal on mootness grounds, including research re whether lender can constitute a bona fide purchaser if it were to buy the property at foreclosure sale | L510 | .90 hrs |
| 11/02/12 | CLHA | Research issues related to dismissal of state court appeal | L120 | .60 hrs |
| 11/05/12 | JJO | Research regarding sale of property and mootness issues | L120 | 1.20 hrs |
| 11/06/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/06/12 | AHC | Organize pleadings and call appeal court clerk regarding status of briefing schedule | L110 | 1.10 hrs |
| 11/13/12 | JJO | Review emails and email client regarding appeal | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-301014

FED ID NO. 63-0243316

---

11/27/12  JJO  Status update to client                L120        .20 hrs

TOTAL FEES FOR THIS MATTER                $1,180.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .60 hrs | 345.00 /hr | 207.00 |
| Alecia H. Cockrell | 1.40 hrs | 145.00 /hr | 203.00 |
| Steven A. Pozefsky | .90 hrs | 323.00 /hr | 290.70 |
| Josh Johnson | 2.40 hrs | 200.00 /hr | 480.00 |

TOTAL FEES                5.30 hrs                      $1,180.70

**TOTAL CHARGES FOR THIS INVOICE**                $1,180.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301014

INVOICE #  830036

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301014
     PRENTICE, Clarence C.
     Loan No. 061478187; Ally No. 720468
     TC # 720468

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 11/30/12 | JJO | Review scheduling order for appeal | L120 | .20 hrs |
| 12/02/12 | JJO | Email with client regarding appeal | L120 | .20 hrs |
| 12/04/12 | JJO | Status report to client | L120 | .20 hrs |
| 12/13/12 | JJO | Review scheduling order and research timing for filing motion to dismiss | L120 | .40 hrs |
| 12/13/12 | JJO | Research regarding appeal issues | L120 | .10 hrs |
| 12/17/12 | JJO | Research and strategy regarding appeal | L120 | .80 hrs |
| 12/18/12 | JJO | Research regarding appeal issues | L120 | .30 hrs |
| 12/18/12 | JJO | Research regarding response to appeal and grounds for dismissal | L120 | .40 hrs |
| 12/18/12 | JJO | Research MD law regarding appealable issues for foreclosure | L120 | 1.10 hrs |
| 12/18/12 | JJO | Continue research regarding appeal | L120 | 1.00 hrs |
| 12/18/12 | SAP | Legal research re strategy for requiring borrower to post a supersedeas bond or other security while appeal is pending | L510 | .60 hrs |
| 12/18/12 | MJA | Research on possible motion to dismiss and appeal strategy | L510 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301014

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 12/18/12 | CLHA | Confer with co-counsel regarding appellate strategy,including eviction after allowing borrower to post bond | L120 | .50 hrs |
| 12/19/12 | JJO | Email client regarding MTD appeal | L120 | .20 hrs |
| 12/19/12 | JJO | Review and revise MTD appeal | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,525.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .50 hrs | 345.00 /hr | 172.50 |
| Marc J. Ayers | .40 hrs | 297.00 /hr | 118.80 |
| Steven A. Pozefsky | .60 hrs | 323.00 /hr | 193.80 |
| Josh Johnson | 5.20 hrs | 200.00 /hr | 1,040.00 |

TOTAL FEES            6.70 hrs                $1,525.10

**TOTAL CHARGES FOR THIS INVOICE**            **$1,525.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301015

INVOICE #  813584

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301015
     Emiabata, Phillip & Sylvia
     Loan# 7435234521 Ally# 720202
     TC # 720202

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |
| 09/11/12 | RBB | Analysis of Order entered by the Court for case status update | L140 | .10 hrs |
| 09/26/12 | DCL | Review pleading filed by Plaintiff | L120 | .30 hrs |
| 09/27/12 | RBB | Review of plaintiff's (handwritten) motion to abate for case status update | L140 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $197.50

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Dana C. Lumsden | .30 hrs | 376.00 /hr | 112.80 |
| Robert B. Benson | .30 hrs | 149.00 /hr | 44.70 |
| Preston H. Neel | .20 hrs | 200.00 /hr | 40.00 |

TOTAL FEES            0.80 hrs            $197.50

**TOTAL CHARGES FOR THIS INVOICE**            $197.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301015

INVOICE #  818433

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301015
     Emiabata, Phillip & Sylvia
     Loan# 7435234521 Ally# 720202
     TC # 720202

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | phn | Draft October 2012 status update | L190 | .20 hrs |
| 10/19/12 | MST | Analyze notice from client regarding assignment of new case manager and update file regarding same | L140 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $70.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .20 hrs | 150.00 /hr | 30.00 |
| Preston H. Neel | .20 hrs | 200.00 /hr | 40.00 |

TOTAL FEES              0.40 hrs                    $70.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$70.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301015

INVOICE #  821186

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301015
     Emiabata, Phillip & Sylvia
     Loan# 7435234521 Ally# 720202
     TC # 720202

PROFESSIONAL SERVICES

11/01/12  phn  Draft status report for client          L190     .20 hrs

          TOTAL FEES FOR THIS MATTER                             $40.00


BILLING SUMMARY

     Preston H. Neel          .20 hrs   200.00 /hr       40.00


TOTAL FEES                    0.20 hrs                   $40.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$40.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JANUARY 23, 2013
1100 Virginia Drive                                            0R0808-301015
Fort Washington, PA 19034

                                                               INVOICE #  830039

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301015
     Emiabata, Phillip & Sylvia
     Loan# 7435234521 Ally# 720202
     TC # 720202

PROFESSIONAL SERVICES

12/03/12  phn  Draft status report for client          L190      .20 hrs


          TOTAL FEES FOR THIS MATTER                           $40.00


BILLING SUMMARY

  Preston H. Neel           .20 hrs    200.00 /hr        40.00


TOTAL FEES              0.20 hrs                  $40.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$40.00**

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301016

INVOICE #  813585

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301016
     Goodwin, Sue
     Loan No. 0359481055; Ally No. 722004
     TC # 722004

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|---|---|---|---|---|
| 09/04/12 | CLHA | Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |
| 09/05/12 | CLHA | Conference call with debtor's counsel regarding strategy on remaining issues in case | L120 | .60 hrs |
| 09/06/12 | CLHA | Emails with opposing counsel regarding consent motion to continuance of hearing | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $345.00

BILLING SUMMARY

Christopher L. Hawkins        1.00 hrs    345.00 /hr        345.00

TOTAL FEES                    1.00 hrs              $345.00

**TOTAL CHARGES FOR THIS INVOICE**                     $345.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301016

INVOICE #  818434

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301016
     Goodwin, Sue
     Loan No. 0359481055; Ally No. 722004
     TC # 722004

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | CLHA | Analyze pleadings and related documents and advise client regarding status and potential strategy | L120 | .20 hrs |
| 10/05/12 | CLHA | Conference call with client to discuss current status and action items | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $103.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .30 hrs | 345.00 /hr | 103.50 |

TOTAL FEES              0.30 hrs              $103.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$103.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301016

INVOICE #  821187

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301016
     Goodwin, Sue
     Loan No. 0359481055; Ally No. 722004
     TC # 722004

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CLHA | Analyze recent pleadings and client documents and advise client regarding status and strategy | L120 | .20 hrs |
| 11/27/12 | CLHA | Conference call with client regarding action plan | L120 | .10 hrs |

                         TOTAL FEES FOR THIS MATTER                    $103.50

BILLING SUMMARY

   Christopher L. Hawkins      .30 hrs    345.00 /hr       103.50

TOTAL FEES               0.30 hrs              $103.50

**TOTAL CHARGES FOR THIS INVOICE**                    $103.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
OR0808-301016

INVOICE #  830041

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0808-301016
     Goodwin, Sue
     Loan No. 0359481055; Ally No. 722004
     TC # 722004

PROFESSIONAL SERVICES

| 12/03/12 | CLHA | Provide status update to client | L120 | .20 hrs |
| 12/06/12 | CLHA | Analyze claim objection and prepare detailed email to opposing counsel regarding allegations in objection | L120 | .80 hrs |
| 12/10/12 | CLHA | Emails with client regarding debtor's claim objection and response strategy | L120 | .30 hrs |
| 12/11/12 | CLHA | Confer with client regarding pending claim objection | L120 | .30 hrs |
| 12/17/12 | CLHA | Research SEC records regarding status of creditor | L120 | .90 hrs |
| 12/26/12 | CLHA | Analyze recent pleadings in bankruptcy case and prepare for January 11, 2013 hearing | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                $1,069.50

BILLING SUMMARY

Christopher L. Hawkins    3.10 hrs    345.00 /hr    1,069.50

TOTAL FEES              3.10 hrs                $1,069.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0808-301016

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,069.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301020

INVOICE #  813586

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301020
     Cupp, Elizabeth (Langley v. Cupp, et al.)
     Loan No. 422188987; Ally No. 723030
     TC # 723030

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/03/12 | KW | Draft monthly status report | L190 | .10 hrs |
| 09/05/12 | KW | Phone call with Master Commissioner's office regarding status of joint order | C100 | .20 hrs |
| 09/06/12 | KW | Confirm with Master Commissioner's office responsibility for final bill | C100 | .10 hrs |
| 09/06/12 | KW | Call plaintiff's counsel regarding bill at Master Commissioner's office | C100 | .10 hrs |
| 09/10/12 | KW | Review plaintiff's counsel's refusal to pay bill in Master Commissioner's office and his further correspondence summarizing his posture on the dismissal | P500 | .30 hrs |
| 09/10/12 | KW | Provide client contact update on plaintiff counsel's positions | L190 | .40 hrs |
| 09/11/12 | KW | Calls with Master Commissioner and Master Commissioner's billing department regarding outstanding charges related to dismissal | L120 | .40 hrs |
| 09/11/12 | KW | Correspond with client contact regarding handling payment with Master Commissioner's office | C100 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301020

FED ID NO. 63-0243316

| 09/11/12 | JDR | Review e-mail correspondence from J.Higgins regarding agreed order pending execution in Master Commissioner's office. | L250 | .10 hrs |
| 09/13/12 | KW | Draft letter for Master Commissioner's office enclosing payment and requesting information related to E.Halbleib's review of order | C100 | 1.00 hrs |
| 09/14/12 | KW | Revise letter with payment to Master Commissioner | L190 | .30 hrs |
| 09/14/12 | KW | Email client contact to provide letter and update on case progress | L190 | .10 hrs |
| 09/17/12 | KW | Review billing letter from Master Commissioner's office | C100 | .10 hrs |
| 09/20/12 | KW | Call with Master Commissioner's office regarding approved order | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $787.80

## EXPENSES

| 01 | Copy Charges | 0.00 |
| 12 | Court Costs - Pleadings | 50.00 |
| 35 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER           $50.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 30, 2012

0R0808-301020

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .10 hrs | 293.00 /hr | 29.30 |
| Kristi Wilcox | 3.60 hrs | 185.00 /hr | 666.00 |

| | | |
|---|---|---|
| TOTAL FEES | 3.70 hrs | $787.80 |
| TOTAL EXPENSES | | $50.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$837.80** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301020

INVOICE #  818435

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:    0R0808-301020
       Cupp, Elizabeth (Langley v. Cupp, et al.)
       Loan No. 422188987; Ally No. 723030
       TC # 723030

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | JDR | Review order of dismissal. | L250 | .10 hrs |
| 10/02/12 | KW | Draft monthly case status report | L190 | .10 hrs |
| 10/04/12 | KW | Provide client update on Langley matter in relation to client's request for information | C300 | .70 hrs |
| 10/04/12 | KW | Call circuit court to confirm filing date for dismissal order | C100 | .10 hrs |
| 10/04/12 | KW | Review response from client contact on dismissal | L120 | .10 hrs |
| 10/04/12 | KW | Update client on court's entrance of dismissal order | L240 | .20 hrs |
| 10/17/12 | KW | Draft closing memo | L190 | .60 hrs |
| 10/18/12 | KW | Draft information for case taxonomy database | P100 | .40 hrs |
| 10/18/12 | KW | Provide client with case closing paperwork | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $454.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 17, 2012

ResCap

0R0808-301020

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .10 hrs | 293.00 /hr | 29.30 |
| Kristi Wilcox | 2.30 hrs | 185.00 /hr | 425.50 |

TOTAL FEES              2.40 hrs                      $454.80

**TOTAL CHARGES FOR THIS INVOICE**                   **$454.80**

***** TOTAL DUE UPON RECEIPT *****