

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 28, 2012
0R0808-301020

INVOICE #  819803

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/28/12

Re:  0R0808-301020
     Cupp, Elizabeth (Langley v. Cupp, et al.)
     Loan No. 422188987; Ally No. 723030
     TC # 723030

PROFESSIONAL SERVICES
11/01/12  KW    Drafted monthly status report          P100      .10 hrs

              TOTAL FEES FOR THIS MATTER                        $18.50
              LESS DISCOUNT                                     (18.50)


BILLING SUMMARY

   Kristi Wilcox         .10 hrs    185.00 /hr        18.50


TOTAL FEES              0.10 hrs                      $.00

**TOTAL CHARGES FOR THIS INVOICE**                   $.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301021

INVOICE #  813587

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301021
     ESKANOS, Barry and Ami (BANKRUPTCY)
     Loan No. 810038715; Ally No. 723447
     TC # 723447

PROFESSIONAL SERVICES

09/07/12  RLB  Draft monthly status report regarding       L190     .10 hrs
               monitoring of borrower's bankruptcy case


               TOTAL FEES FOR THIS MATTER                           $26.60


EXPENSES

   61      Local Counsel Fees                                            1,648.10

           TOTAL COSTS FOR THIS MATTER              $1,648.10


BILLING SUMMARY

   Rashad L. Blossom          .10 hrs   266.00 /hr        26.60


TOTAL FEES              0.10 hrs              $26.60

TOTAL EXPENSES                            $1,648.10

**TOTAL CHARGES FOR THIS INVOICE**        $1,674.70


               ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

NOVEMBER 15, 2012
0R0808-301021

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  817901

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301021
     ESKANOS, Barry and Ami (BANKRUPTCY)
     Loan No. 810038715; Ally No. 723447
     TC # 723447

EXPENSES

| | | |
|---|---|---|
| 61 | Local Counsel Fees | 520.00 |
| | TOTAL COSTS FOR THIS MATTER | $520.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $520.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$520.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              NOVEMBER 17, 2012
1100 Virginia Drive                                                0R0808-301021
Fort Washington, PA 19034

                                                                   INVOICE #  818436
                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

       Re:  0R0808-301021
            ESKANOS, Barry and Ami (BANKRUPTCY)
            Loan No. 810038715; Ally No. 723447
            TC # 723447

       PROFESSIONAL SERVICES

       10/01/12   RLB   Draft monthly status report regarding        L190        .10 hrs
                        monitoring of borrower's bankruptcy case

       10/18/12   RLB   Respond to e-mail from client regarding      L190        .10 hrs
                        status of case

       10/19/12   RLB   Respond to e-mail from D.Quick regarding      L190        .10 hrs
                        dismissal of borrowers' bankruptcy case

       10/23/12   RLB   Review order dismissing debtors'             B190        .30 hrs
                        bankruptcy case

       10/23/12   RLB   E-mail to client regarding dismissal of      L190        .30 hrs
                        bankruptcy case and forward strategy


                        TOTAL FEES FOR THIS MATTER                             $269.20


       BILLING SUMMARY

          Rashad L. Blossom            .90 hrs   266.00 /hr         239.40


       TOTAL FEES                   0.90 hrs              $269.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0808-301021

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $269.20

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301021

INVOICE #  821188

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301021
     ESKANOS, Barry and Ami (BANKRUPTCY)
     Loan No. 810038715; Ally No. 723447
     TC # 723447

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/21/12 | RLB | Review status of case | L190 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |
| 11/30/12 | RLB | Teleconference with client regarding status of matter | L190 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $95.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .30 hrs | 266.00 /hr | 79.80 |
| Kerry Keane | .10 hrs | 160.00 /hr | 16.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.40 hrs | | $95.80 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$95.80**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            JANUARY 23, 2013
1100 Virginia Drive                                              0R0808-301021
Fort Washington, PA 19034

                                                                INVOICE #  830042

                                                                FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301021
     ESKANOS, Barry and Ami (BANKRUPTCY)
     Loan No. 810038715; Ally No. 723447
     TC # 723447

PROFESSIONAL SERVICES

12/14/12  RLB  Review and respond to e-mail from client    L240       .10 hrs
               regarding dismissal of bankruptcy case


               TOTAL FEES FOR THIS MATTER                           $26.60


BILLING SUMMARY

   Rashad L. Blossom          .10 hrs   266.00 /hr        26.60


TOTAL FEES                    0.10 hrs                   $26.60

**TOTAL CHARGES FOR THIS INVOICE**                      **$26.60**


          ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301024

INVOICE #  813588

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301024
     COUNSIL, Sr., Christopher Douglas and Joann Irene
     Loan No. 810038890; Ally No. 725199
     TC # 725199

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | RLB | E-mail to client regarding case status | L190 | .10 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding notice of final cure and home inspection | L190 | .30 hrs |
| 09/11/12 | RLB | Teleconference with opposing counsel regarding proof of mortgage payments | L160 | .50 hrs |
| 09/12/12 | RLB | Teleconference with M.Levy's office regarding loan status | L160 | .50 hrs |
| 09/12/12 | RLB | Draft motion to continue and proposed order | L250 | 1.70 hrs |
| 09/12/12 | RLB | E-mail to co-counsel regarding motion to continue | L250 | .10 hrs |
| 09/14/12 | RLB | Review order on motion to extend | L250 | .10 hrs |
| 09/14/12 | JDR | Review Order granting order for an extension of time within which to file agreed order or amended motion regarding pending motion to compel. | L250 | .10 hrs |
| 09/14/12 | JDR | Review draft motion for an extension of time within which to file agreed order or amended motion regarding pending motion to compel, and agreed order to grant same; give my approval as counsel of record to file motion under my | L250 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0808-301024

FED ID NO. 63-0243316

signature.

| Date | | Description | | |
|---|---|---|---|---|
| 09/21/12 | RLB | Analyze borrower's bank statements | L160 | .50 hrs |
| 09/21/12 | RLB | Teleconference with client regarding status of borrower's account | L160 | .80 hrs |
| 09/21/12 | RLB | E-mail to opposing counsel regarding borrower's account history | L160 | .30 hrs |
| 09/26/12 | RLB | Review trustee's notice of final report | L250 | .10 hrs |
| 09/26/12 | JDR | Review Standing Trustee's Final Report and Account. | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $1,447.20

01     Copy Charges                                                              0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .40 hrs | 293.00 /hr | 117.20 |
| Rashad L. Blossom | 5.00 hrs | 266.00 /hr | 1,330.00 |

TOTAL FEES          5.40 hrs                    $1,447.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,447.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 17, 2012
1100 Virginia Drive                                       0R0808-301024
Fort Washington, PA 19034

                                                          INVOICE #  818437

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301024
         COUNSIL, Sr., Christopher Douglas and Joann Irene
         Loan No. 810038890; Ally No. 725199
         TC # 725199

PROFESSIONAL SERVICES

    10/01/12   RLB   Draft monthly status report regarding    L190    .20 hrs
                     response of notice to final cure and
                     status of debtors' QWR motion

    10/16/12   JDR   Review Chapter 13 Standing Trustee's      C100    .10 hrs
                     Final Report and Account

    10/16/12   JDR   Review docket entry reflecting            C100    .10 hrs
                     withdrawal of final Chapter 13 trustee
                     report and account

    10/16/12   RLB   Teleconference with opposing counsel      L160    .30 hrs
                     regarding proof of payments

    10/16/12   RLB   E-mail to client regarding trustee's      L160    .10 hrs
                     final report


               TOTAL FEES FOR THIS MATTER                     $218.20


BILLING SUMMARY

    Jonathan Rose          .20 hrs    293.00 /hr        58.60
    Rashad L. Blossom      .60 hrs    266.00 /hr       159.60


TOTAL FEES               0.80 hrs                    $218.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 17, 2012

ResCap

0R0808-301024

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $218.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301024

INVOICE #  821189

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301024
     COUNSIL, Sr., Christopher Douglas and Joann Irene
     Loan No. 810038890; Ally No. 725199
     TC # 725199

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | RLB | Teleconference with client regarding borrowers' payment status | L250 | .40 hrs |
| 11/01/12 | RLB | E-mails to client regarding status of case | L250 | .30 hrs |
| 11/01/12 | RLB | Analyze case status and posture | L250 | .60 hrs |
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .20 hrs |
| 11/02/12 | RLB | Respond to e-mail from opposing counsel regarding extension of time | L250 | .20 hrs |
| 11/02/12 | RLB | Draft motion to continue and proposed order | L250 | .50 hrs |
| 11/06/12 | JDR | Finalize and file motion for extension and agreed order granting same. | L250 | .30 hrs |
| 11/07/12 | JDR | Review ECF notice and Order granting motion to extend time. | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                  $702.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 30, 2012

ResCap

0R0808-301024

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .40 hrs | 293.00 /hr | 117.20 |
| Rashad L. Blossom | 2.20 hrs | 266.00 /hr | 585.20 |

TOTAL FEES                  2.60 hrs                           $702.40

**TOTAL CHARGES FOR THIS INVOICE**                           $702.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      JANUARY 23, 2013
1100 Virginia Drive                                         0R0808-301024
Fort Washington, PA 19034

                                                            INVOICE #  830043
                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301024
         COUNSIL, Sr., Christopher Douglas and Joann Irene
         Loan No. 810038890; Ally No. 725199
         TC # 725199

    PROFESSIONAL SERVICES

    12/03/12   RLB   Draft status report regarding proof of     L190     .10 hrs
                     payments from borrower


                     TOTAL FEES FOR THIS MATTER                          $26.60


    BILLING SUMMARY

        Rashad L. Blossom          .10 hrs   266.00 /hr         26.60


    TOTAL FEES                 0.10 hrs                         $26.60

    **TOTAL CHARGES FOR THIS INVOICE**                         **$26.60**

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301026

INVOICE #  813589

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301026
     Thornburg, Donald & Arlene
     Loan No. 708172082; Ally No. 724987
     TC # 724987

PROFESSIONAL SERVICES

09/02/12  LG   Update case status to reflect recent        L120     .20 hrs
               events in the case

               TOTAL FEES FOR THIS MATTER                           $37.00

BILLING SUMMARY

   Lee Gilley              .20 hrs   185.00 /hr         37.00

TOTAL FEES                 0.20 hrs                    $37.00

**TOTAL CHARGES FOR THIS INVOICE**                    $37.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        NOVEMBER 17, 2012
1100 Virginia Drive                                          0R0808-301026
Fort Washington, PA 19034

                                                             INVOICE #  818438

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

     Re:  0R0808-301026
          Thornburg, Donald & Arlene
          Loan No. 708172082; Ally No. 724987
          TC # 724987

PROFESSIONAL SERVICES

10/02/12  LG    Draft update of case status to client     L120     .20 hrs

10/18/12  LG    Advise client regarding status and        L120     .20 hrs
                strategy


                TOTAL FEES FOR THIS MATTER                      $74.00


BILLING SUMMARY

     Lee Gilley               .40 hrs    185.00 /hr           74.00


TOTAL FEES                    0.40 hrs                       $74.00

**TOTAL CHARGES FOR THIS INVOICE**                           $74.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301026

INVOICE #  821190

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301026
.  Thornburg, Donald & Arlene
Loan No. 708172082; Ally No. 724987
TC # 724987

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/26/12 | LG | Analyze settlement agreement, consent order, and quitclaim deed in order to confirm client approval | L120 | .40 hrs |
| 11/26/12 | LG | Communications concerning the settlement agreement, consent order, and quitclaim deed | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $111.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lee Gilley | .60 hrs | 185.00 /hr | 111.00 |

TOTAL FEES                    0.60 hrs                    $111.00

**TOTAL CHARGES FOR THIS INVOICE**                    $111.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301026

INVOICE # 830044

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   0R0808-301026
      Thornburg, Donald & Arlene
      Loan No. 708172082; Ally No. 724987
      TC # 724987

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/07/12 | LG | Update client as to current case status | L120 | .10 hrs |
| 12/11/12 | LG | Begin drafting settlement agreement | L210 | .20 hrs |
| 12/11/12 | LG | Communications regarding settlement agreement | L120 | .10 hrs |
| 12/12/12 | LG | Finish drafting settlement and release agreement | L210 | 1.00 hrs |
| 12/12/12 | LG | Revise settlement and release agreement | L210 | .30 hrs |
| 12/12/12 | LG | Communications with retained counsel regarding settlement and release agreement | L120 | .30 hrs |
| 12/12/12 | LG | Communications with client regarding the case status and attaching the settlement and release agreement | L120 | .20 hrs |
| 12/18/12 | LG | Communications with client and retained counsel regarding settlement agreement | L120 | .20 hrs |

            TOTAL FEES FOR THIS MATTER                    $444.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301026

FED ID NO. 63-0243316

BILLING SUMMARY

    Lee Gilley              2.40 hrs   185.00 /hr        444.00


TOTAL FEES                 2.40 hrs                   $444.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$444.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301027

INVOICE # 813590

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0808-301027
      Mattox, Cashes - 713554
      Loan No. 702883257
      TC # 713554

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | TRL | Teleconference with borrower's counsel regarding answer deadline and draft email to borrower counsel regarding request for note | L110 | .20 hrs |
| 09/06/12 | TRL | Review incoming loan mod documents | L110 | .10 hrs |
| 09/06/12 | TRL | Teleconference with borrower counsel regarding providing borrower proof of income and form of same | L110 | .20 hrs |
| 09/06/12 | TRL | Exchange emails and teleconference with GMAC regarding borrower loan mod documents and proof of income | L110 | .10 hrs |
| 09/17/12 | TRL | Review borrower counterclaim and determine response to same including filing deadline | L210 | .30 hrs |
| 09/17/12 | TRL | Review incoming answer and compare same to allegations of complaint to determine borrower admissions | L210 | .30 hrs |
| 09/18/12 | TRL | Draft email to borrower regarding bank statements for loan modification | L160 | .10 hrs |
| 09/24/12 | TRL | Draft email regarding extension of time to answer counterclaim | B110 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301027

FED ID NO. 63-0243316

---

TOTAL FEES FOR THIS MATTER                          $439.50

BILLING SUMMARY

Thomas Ryan Lynch        1.50 hrs    293.00 /hr        439.50

TOTAL FEES              1.50 hrs                      $439.50

**TOTAL CHARGES FOR THIS INVOICE**                    $439.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301027

INVOICE #  818439

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301027
     Mattox, Cashes - 713554
     Loan No. 702883257
     TC # 713554

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/08/12 | TRL | Draft email to borrower counsel regarding loan modification | L160 | .10 hrs |
| 10/08/12 | TRL | Draft status report regarding loan modification | B110 | .20 hrs |
| 10/15/12 | TRL | Research law for use in demurrer to plaintiff counterclaim | L210 | .80 hrs |
| 10/15/12 | TRL | Draft demurrer to borrower counterclaim | L210 | .50 hrs |
| 10/15/12 | TRL | Review borrower counterclaim and analyze possible strategies and procedural options for responsive pleading | L210 | .50 hrs |
| 10/16/12 | TRL | Draft demurrer to borrower counterclaim | L210 | 3.10 hrs |
| 10/16/12 | TRL | Exchange emails with GMAC regarding status of borrower loan modification submissions and adding Freddie Mac as party plaintiff | L220 | .30 hrs |
| 10/16/12 | TRL | Analyze necessary parties issue | L210 | .70 hrs |
| 10/16/12 | TRL | Finalize demurrer brief for filing | L210 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/16/12 | TRL | Draft email to borrower counsel regarding demurrer filing and immediate need to complete providing loan modification documents | L210 | .20 hrs |
| 10/16/12 | TRL | Draft letter to Court regarding filing of demurrer | L210 | .30 hrs |
| 10/19/12 | TRL | Analyze bankruptcy implications of borrower counterclaim and draft lengthy email to bankruptcy team regarding implications of same | B140 | .60 hrs |
| 10/22/12 | TRL | Draft notice of bankruptcy stay for filing | B110 | .40 hrs |
| 10/22/12 | TRL | Research effect of bankruptcy stay on pending borrower counterclaim and Virginia law holding that GMAC claims can go forward despite stay of borrower counterclaim | B140 | .60 hrs |
| 10/22/12 | CWH | Analyze posture of case and claims asserted by borrower in the counterclaim | L210 | .30 hrs |
| 10/25/12 | TRL | Revise notice of bankruptcy to account for provisional lift stay order and finalize same for filing | B140 | .30 hrs |
| 10/25/12 | TRL | Review bankruptcy court limited lift stay order and analyze effect of order on Mattox counterclaim; | B140 | .20 hrs |
| 10/25/12 | TRL | Draft letter to Court regarding notice of bankruptcy stay | B140 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,853.20



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 01 | Copy Charges | | | 0.00 |
| 35 | Express Mail/Fedex | | | 0.00 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | | 99.00 |
| Thomas Ryan Lynch | 9.40 hrs | 293.00 /hr | | 2,754.20 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 9.70 hrs | | $2,853.20 |

**TOTAL CHARGES FOR THIS INVOICE**                     $2,853.20

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                       OR0808-301027
Fort Washington, PA 19034

                                                          INVOICE #  821191
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0808-301027
     Mattox, Cashes - 713554
     Loan No. 702883257
     TC # 713554

## PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/05/12 | TRL | Draft status report regarding demurrer counterclaim | B110 | .20 hrs |
| 11/06/12 | TRL | Analyze rights of GMAC to sue on behalf of Freddie Mac to enforce note and draft memo regarding same | B110 | .30 hrs |
| 11/06/12 | CWH | Analyze inclusion of Freddie Mac in the suit given its status as owner of loan | L120 | .20 hrs |
| 11/14/12 | TRL | Teleconference with A.Hartshorn regarding action items to obtain resolution of case | L240A | .20 hrs |

                    TOTAL FEES FOR THIS MATTER              $271.10

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Thomas Ryan Lynch | .70 hrs | 293.00 /hr | 205.10 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.90 hrs | | $271.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0808-301027

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $271.10

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301027

INVOICE #  830046

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301027
     Mattox, Cashes - 713554
     Loan No. 702883257
     TC # 713554

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 12/06/12 | TRL | Draft status report regarding trial schedule | L140 | .20 hrs |
| 12/11/12 | TRL | Draft email to A.Hartshorn regarding trial date | L240A | .20 hrs |
| 12/20/12 | TRL | Draft motions day praecipe to set trial; | L240A | .40 hrs |
| 12/20/12 | TRL | Review parallel case commenced by Shapiro and Burson and teleconferences to Shapiro and Burson to obtain additional information regarding new lawsuit | L240B | .40 hrs |
| 12/20/12 | TRL | Draft emails to plaintiff counsel regarding trial date and consent to trial date | L240B | .20 hrs |
| 12/20/12 | TRL | Teleconference to judge's chambers to obtain available dates for two day trial | L240A | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $468.80

## BILLING SUMMARY

| | | | |
|------|------|------|------|
| Thomas Ryan Lynch | 1.60 hrs | 293.00 /hr | 468.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
JANUARY 23, 2013

ResCap

0R0808-301027

FED ID NO. 63-0243316

TOTAL FEES              1.60 hrs              $468.80

**TOTAL CHARGES FOR THIS INVOICE**              $468.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0808-301028
Fort Washington, PA 19034

                                                               INVOICE #  813591

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301028
     Walters, Selena Shannon - 705298
     Loan No. 7439884073
     TC # 705298

PROFESSIONAL SERVICES

09/10/12   JMH   Telephone conference with client       L120      .10 hrs
                 regarding status of matter and whether
                 foreclosure has occurred

09/28/12   LADA  Revise memorandum regarding resolution L190      .90 hrs
                 of matter


           TOTAL FEES FOR THIS MATTER                             $82.60


EXPENSES

   21      Travel Expense                                          487.44
   23      Meal Expense                                             24.14
   35      Express Mail/Fedex                                        0.00

           TOTAL COSTS FOR THIS MATTER                  $511.58


BILLING SUMMARY

   Jonathan Hooks         .10 hrs   241.00 /hr      24.10
   Lucinda Kish           .90 hrs    65.00 /hr      58.50


TOTAL FEES              1.00 hrs                  $82.60

TOTAL EXPENSES                                  $511.58



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 30, 2012

ResCap

0R0808-301028

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $594.18

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301028

INVOICE #  818440

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301028
     Walters, Selena Shannon - 705298
     Loan No. 7439884073
     TC # 705298

PROFESSIONAL SERVICES

10/01/12  LADA Finalize memorandum regarding resolution    L190    .70 hrs
          of matter as required for closing of file


          TOTAL FEES FOR THIS MATTER                               $45.50


EXPENSES

  58     FED DOCKET SERV-PACER                                     6.10

         TOTAL COSTS FOR THIS MATTER                        $6.10


BILLING SUMMARY

     Lucinda Kish              .70 hrs    65.00 /hr        45.50


TOTAL FEES                  0.70 hrs              $45.50

TOTAL EXPENSES                                    $6.10

**TOTAL CHARGES FOR THIS INVOICE**              $51.60


           ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            OR0808-301029
Fort Washington, PA 19034

                                                               INVOICE #  813592

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301029
     Iglesias, Fanny T. - 705963
     Loan No. 7427034608
     TC # 705963

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | JMH | Draft settlement agreement | L160 | .90 hrs |
| 09/07/12 | JMH | Revise settlement agreement | L160 | .20 hrs |
| 09/07/12 | JMH | E-mails to and from client regarding settlement agreement | L160 | .30 hrs |
| 09/10/12 | JMH | E-mails to and from client regarding timeframe for parties to finalize settlement agreement with loan modification | L160 | .40 hrs |
| 09/10/12 | JMH | Telephone conference with client regarding settlement agreement | L160 | .10 hrs |
| 09/10/12 | JMH | Revise settlement agreement | L160 | .10 hrs |
| 09/12/12 | DBO | Revise settlement agreement | L120 | .60 hrs |
| 09/12/12 | JMH | E-mail to S.Lombardi regarding loan modification and settlement | L160 | .30 hrs |
| 09/13/12 | JMH | Review e-mail from V.Baldoni regarding settlement documents | L160 | .10 hrs |
| 09/14/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 09/17/12 | JMH | E-mails to and from V.Baldoni and S.Lombardi regarding settlement | L160 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0808-301029

FED ID NO. 63-0243316

| 09/17/12 | JMH | Telephone conference with client regarding settlement | L160 | .10 hrs |
|---|---|---|---|---|
| 09/18/12 | CWH | Analyze issues with finalizing the settlement of matter | L160 | .20 hrs |
| 09/18/12 | JMH | Review e-mail from S.Lombardi regarding loan modification and settlement | L160 | .10 hrs |
| 09/18/12 | JMH | Telephone conference with client regarding settlement of case | L160 | .20 hrs |
| 09/18/12 | JMH | Telephone conference with S.Lombardi regarding settlement of case | L160 | .20 hrs |
| 09/18/12 | JMH | E-mail to client regarding settlement of case | L160 | .10 hrs |
| 09/18/12 | JMH | Evaluate appropriate ways to resolve case in absence of settlement agreement | L160 | .20 hrs |
| 09/18/12 | JMH | E-mails to and from S.Lombardi and V.Baldoni regarding settlement of matter and loan modification documentation | L160 | .30 hrs |
| 09/18/12 | JMH | E-mail to P.Stokes regarding loan modification documents | L160 | .10 hrs |
| 09/26/12 | JMH | E-mails to S.Lombardi regarding stipulation of dismissal in light of loan modification | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,285.20

41        Computerized Legal Research-Westlaw                    0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0808-301029

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| D. Brian O'Dell | .60 hrs | 345.00 /hr | 207.00 |
| Jonathan Hooks | 4.20 hrs | 241.00 /hr | 1,012.20 |

TOTAL FEES              5.00 hrs                        $1,285.20

**TOTAL CHARGES FOR THIS INVOICE**                      $1,285.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301029

INVOICE #  818441

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301029
     Iglesias, Fanny T. - 705963
     Loan No. 7427034608
     TC # 705963

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | JMH | Draft status report to client | L120 | .10 hrs |
| 10/08/12 | JMH | E-mails to and from client regarding status of loan modification | L160 | .40 hrs |
| 10/09/12 | JMH | Review e-mail from client regarding status of loan modification | L160 | .10 hrs |
| 10/09/12 | JMH | Telephone conference with client regarding status of modification | L160 | .10 hrs |
| 10/09/12 | JMH | E-mail to opposing counsel regarding status of modification | L160 | .10 hrs |
| 10/24/12 | JMH | E-mail to borrower's counsel regarding stipulations of dismissal | L160 | .10 hrs |
| 10/25/12 | JMH | Review e-mail from E.Dorrian regarding stipulation to cancel lis pendens and stipulation to discontinue action and dismiss counterclaims | L210 | .10 hrs |
| 10/25/12 | JMH | Review stipulations to cancel lis pendens and to discontinue action and dismiss counterclaims | L210 | .20 hrs |
| 10/25/12 | JMH | Revise proposed stipulations to cancel lis pendens and discontinue action | L210 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301029

FED ID NO. 63-0243316

| 10/29/12 | JMH | Telephone conference with client regarding active foreclosure counsel in New York to verify state-specific issues prior to dismissal | L160 | .10 hrs |
| 10/29/12 | JMH | Review e-mail from client regarding New York foreclosure counsel | L160 | .10 hrs |
| 10/31/12 | CWH | Confirm all steps for settlement and loan modification implementation were taken | L160 | .20 hrs |
| 10/31/12 | JMH | Evaluate status of case and progress of settlement discussions | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $523.90

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Jonathan Hooks | 1.90 hrs | 241.00 /hr | 457.90 |

TOTAL FEES                  2.10 hrs                  $523.90

**TOTAL CHARGES FOR THIS INVOICE**                  **$523.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301029

INVOICE #  821192

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301029
     Iglesias, Fanny T. - 705963
     Loan No. 7427034608
     TC # 705963

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/08/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 11/08/12 | JMH | Telephone conference with local foreclosure counsel regarding stipulation of dismissal | L210 | .10 hrs |
| 11/12/12 | JMH | Telephone conference with M.Christie regarding stipulations of dismissal in New York | L160 | .10 hrs |
| 11/27/12 | JMH | Telephone conference with local counsel regarding stipulation of dismissal | L160 | .10 hrs |
| 11/27/12 | JMH | E-mails with local counsel regarding stipulation of dismissal | L160 | .50 hrs |
| 11/27/12 | JMH | E-mails with client regarding loan modification and stipulations | L160 | .30 hrs |
| 11/28/12 | JMH | E-mails with M.Christie regarding stipulations and affidavits to dismiss suit and cancel lis pendens | L120 | .20 hrs |
| 11/28/12 | JMH | Analyze proposed stipulation and affidavit from local counsel to determine value of same | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301029

FED ID NO. 63-0243316

| 11/29/12 | JMH | Review e-mail from M.Christie regarding stipulations to dismiss case and counterclaims | L210 | .10 hrs |
|---|---|---|---|---|
| 11/30/12 | JMH | Telephone conference with client regarding appropriate personnel to finalize stipulation of dismissal and cancellation lis pendens | L160 | .10 hrs |
| 11/30/12 | JMH | E-mails with client regarding use of local counsel to finalize stipulations of dismissal | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $482.00

BILLING SUMMARY

    Jonathan Hooks           2.00 hrs   241.00 /hr       482.00

TOTAL FEES                   2.00 hrs                  $482.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$482.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                         JANUARY 23, 2013
1100 Virginia Drive                                           0R0808-301029
Fort Washington, PA 19034

                                                              INVOICE #  830048

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301029
         Iglesias, Fanny T. - 705963
         Loan No. 7427034608
         TC # 705963

PROFESSIONAL SERVICES

12/03/12  CWH   Review file to see if dismissal has been    L110    .10 hrs
                concluded

12/17/12  KSA   Draft affirmation in support lis pendens     L120    .50 hrs
                cancellation and discontinuance

12/28/12  MST   Begin research regarding named and           L120    .60 hrs
                served defendants in preparation of
                affidavit


          TOTAL FEES FOR THIS MATTER                          $234.50


BILLING SUMMARY

    Melanie Thompson          .60 hrs   150.00 /hr      90.00
    Christian W. Hancock      .10 hrs   330.00 /hr      33.00
    Keith S. Anderson         .50 hrs   223.00 /hr     111.50


TOTAL FEES                  1.20 hrs                    $234.50

TOTAL CHARGES FOR THIS INVOICE                          $234.50


          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301030

INVOICE #  818442

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301030
     Proof of Claim Representation - 710312
     TC # 710312

PROFESSIONAL SERVICES

10/30/12  GEG  Review template for proof of claim review  L120      .20 hrs


         TOTAL FEES FOR THIS MATTER                              $67.00


BILLING SUMMARY

    Glenn E. Glover         .20 hrs   335.00 /hr        67.00


TOTAL FEES               0.20 hrs                      $67.00

TOTAL CHARGES FOR THIS INVOICE                        $67.00


***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301032

INVOICE #  818443

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301032
     Romero, Jose (Hourly) - 708760
     Loan No. 7441453255
     TC # 708760

PROFESSIONAL SERVICES

10/18/12  SAP   Correspond with client re status of        L520      .20 hrs
                appeal

                 TOTAL FEES FOR THIS MATTER                         $64.60

BILLING SUMMARY

     Steven A. Pozefsky        .20 hrs   323.00 /hr        64.60

TOTAL FEES                    0.20 hrs                    $64.60

**TOTAL CHARGES FOR THIS INVOICE**                        **$64.60**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301032

INVOICE #  821193

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301032
     Romero, Jose (Hourly) - 708760
     Loan No. 7441453255
     TC # 708760

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | SAP | Draft status update | B110 | .10 hrs |
| 11/15/12 | SAP | Telephone conference with DC's Office of Tax and Revenue re status of property and appeal | B190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $161.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Steven A. Pozefsky | .50 hrs | 323.00 /hr | 161.50 |

TOTAL FEES                    0.50 hrs                    $161.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$161.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

OCTOBER 30, 2012
0R0808-301033

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  813821

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/30/12

Re:  0R0808-301033
     Rice, Ben  (Hourly) - 708828
     Loan No. 0687646032
     TC # 708828

PROFESSIONAL SERVICES
05/15/12  BG    Review file for effect of bankruptcy on        L120      .10 hrs
                continued litigation and evaluate
                whether it is necessary to seek relief

                TOTAL FEES FOR THIS MATTER                               $19.00
                LESS DISCOUNT                                            (19.00)


BILLING SUMMARY

   Blake Goodsell            .10 hrs   190.00 /hr        19.00


TOTAL FEES                   0.10 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                       $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301033

INVOICE #  817879

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/15/12

Re:  0R0808-301033
     Rice, Ben  (Hourly) - 708828
     Loan No. 0687646032
     TC # 708828

PROFESSIONAL SERVICES
11/06/12  ABB  Draft closing memo                    L110      .30 hrs

                TOTAL FEES FOR THIS MATTER                      $45.00
                LESS DISCOUNT                                   (45.00)


BILLING SUMMARY

   Allison Burke          .30 hrs    150.00 /hr        45.00


TOTAL FEES              0.30 hrs                       $.00

TOTAL CHARGES FOR THIS INVOICE                        $.00


              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301033

INVOICE #  817880

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/15/12

Re:  0R0808-301033
     Rice, Ben  (Hourly) - 708828
     Loan No. 0687646032
     TC # 708828

PROFESSIONAL SERVICES
06/01/12  BG    Draft status update regarding resolution     L120     .10 hrs
                of legal fees issue

                TOTAL FEES FOR THIS MATTER                             $38.00
                LESS DISCOUNT                                          (38.00)


BILLING SUMMARY

    Blake Goodsell          .10 hrs    190.00 /hr         19.00


TOTAL FEES                  0.10 hrs                      $.00

**TOTAL CHARGES FOR THIS INVOICE**                       $.00

          ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301034

INVOICE #  813594

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301034
     Goldstein, Gary
     Loan No. 0601926945; Ally No. 723079
     TC # 723079

PROFESSIONAL SERVICES

| 09/13/12 | RBB | Prepare notice of bankruptcy filing and supplemental service order | L140 | .30 hrs |
| 09/13/12 | RBB | Analysis of Defendant's Answer, affirmative defenses and counterclaim in order to prepare notice of bankruptcy filing and supplemental service order | L140 | .40 hrs |

TOTAL FEES FOR THIS MATTER                         $104.30

BILLING SUMMARY

| Robert B. Benson | .70 hrs | 149.00 /hr | 104.30 |

TOTAL FEES                        0.70 hrs              $104.30

**TOTAL CHARGES FOR THIS INVOICE**                    **$104.30**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301034

INVOICE #  818444

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301034
     Goldstein, Gary
     Loan No. 0601926945; Ally No. 723079
     TC # 723079

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 10/08/12 | MPE | Email and telephone correspondence with Johnson and Freedman regarding amending the complaint. | L110 | .20 hrs |
| 10/08/12 | MPE | Review the executed verified 2nd amended complaint from default counsel and proof for errors and research public records to determine correct title | L110 | .90 hrs |
| 10/08/12 | MW | Correspondence with co-counsel regarding status of amended complaint and pending motion and litigation strategy | L120 | .70 hrs |
| 10/08/12 | MW | Analyze second mortgage documents encumbering multiple properties, in preparation for assessment of litigation strategy moving forward | L120 | 1.10 hrs |
| 10/09/12 | MW | Correspondence with co-counsel A.Daniel regarding second mortgage documents | L120 | .30 hrs |
| 10/09/12 | MPE | Review subordination agreement sent for parcel five to determine relevance of lien to property. | L110 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301034

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/11/12 | MW | Conference with regarding sheriff's deed and legal documents with motion for leave to amend complaint and litigation strategy moving forward | L120 | .30 hrs |
| 10/11/12 | MPE | Review subordination agreements, and additional liens on property. | L110 | 2.50 hrs |
| 10/16/12 | MW | Conference with local co-counsel, regarding pending motion and litigation strategy | L120 | .30 hrs |
| 10/16/12 | MW | Analyze motion to be filed with the court in light of overall litigation strategy | L120 | .90 hrs |
| 10/16/12 | CWH | Analyze issues with default counsel's filing of a second amended complaint | L210 | .10 hrs |
| 10/17/12 | KK | Research docket to determine status of case and any upcoming hearings | L110 | .30 hrs |
| 10/30/12 | KK | Weekly research and review of docket to determine any recent activity | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,701.60


BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Monica Wilson | 3.60 hrs | 263.00 /hr | 946.80 |
| Melisa P. Palmer | 4.20 hrs | 149.00 /hr | 625.80 |
| Kerry Keane | .50 hrs | 160.00 /hr | 80.00 |

TOTAL FEES              8.40 hrs                    $1,701.60



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
NOVEMBER 17, 2012

ResCap

0R0808-301034

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,701.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                                             0R0808-301034
Fort Washington, PA 19034
                                                                                INVOICE #  821194

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301034
     Goldstein, Gary
     Loan No. 0601926945; Ally No. 723079
     TC # 723079

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | MW | Draft status report for client regarding litigation strategy | L120 | .10 hrs |
| 11/06/12 | MW | Correspondence with G.Albright regarding procedural posture of action and pending motion | L120 | .30 hrs |
| 11/06/12 | KK | Review docket to determine recent activity and whether hearing on motion for leave to amend verified complaint has been scheduled by foreclosure counsel | L110 | .20 hrs |
| 11/14/12 | KK | Research of docket to determine status of case and confirm, whether hearing has been set by foreclosure counsel | L110 | .20 hrs |
| 11/30/12 | KK | Research status of case and analyze recent activity involving hearing on motion for leave to amend | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                                      $201.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .40 hrs | 263.00 /hr | 105.20 |
| Kerry Keane | .60 hrs | 160.00 /hr | 96.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 30, 2012

ResCap

0R0808-301034

FED ID NO. 63-0243316

TOTAL FEES                    1.00 hrs                        $201.20

**TOTAL CHARGES FOR THIS INVOICE**                            $201.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301034

INVOICE #  830049

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301034
     Goldstein, Gary
     Loan No. 0601926945; Ally No. 723079
     TC # 723079

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | MW | Draft status update for client regarding continued litigation strategy | L320 | .10 hrs |
| 12/05/12 | KK | Weekly review of docket to determine status of case | L110 | .10 hrs |
| 12/13/12 | KK | Review docket and recently filed Answer to second Amended Complaint in case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $74.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .10 hrs | 263.00 /hr | 26.30 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES              0.40 hrs                        $74.30

**TOTAL CHARGES FOR THIS INVOICE**                     $74.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              NOVEMBER 17, 2012
1100 Virginia Drive                                 0R0808-301037
Fort Washington, PA 19034

                                                    INVOICE #  818445

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301037
         Gilbert, Rex T. and Daniela L. (Gilbert v. Deutsche Bank)
         0810012713 - 699305
         TC # 699305

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/02/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 10/24/12 | JMH | Review dockets and other information relating to foreclosure suit in Hyde County, federal district court action by borrowers, and reviewing disposition of appellate court to determine procedural status of matter and next steps to advance case to resolution | L120 | .90 hrs |
| 10/24/12 | CWH | Analyze the last order from the E.D.N.C. and send email requesting direction from client on how to handle the suit following the appellate ruling | L210 | .40 hrs |
| 10/26/12 | CWH | Exchange e-mails with client regarding status and strategy in this case coming off appeal | L210 | .20 hrs |
| 10/26/12 | JMH | Research Truth-In-Lending law in 4th Circuit and related district courts to determine potential to consider in relitigating foreclosure action at trial court level | L120 | .90 hrs |
| 10/26/12 | JMH | Evaluate status pending appeal in 4th Circuit to determine potential impact on Truth-In-Lending Law | L120 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
NOVEMBER 17, 2012

ResCap

0R0808-301037

**FED ID NO. 63-0243316**

---

| | | | | |
|---|---|---|---|---|
| 10/26/12 | MJA | Research on 4th Circuit law concerning remand | L120 | .50 hrs |
| 10/29/12 | JMH | Evaluate potential to resolve matter | L120 | .30 hrs |
| 10/29/12 | CWH | Analyze procedural posture of the federal court litigation and also confirm details of loan on Fiserv | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $1,089.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .50 hrs | 297.00 /hr | 148.50 |
| Christian W. Hancock | 1.10 hrs | 330.00 /hr | 363.00 |
| Jonathan Hooks | 2.40 hrs | 241.00 /hr | 578.40 |

TOTAL FEES                    4.00 hrs                    $1,089.90

**TOTAL CHARGES FOR THIS INVOICE**                    $1,089.90

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0808-301037
Fort Washington, PA 19034

                                                               INVOICE #  821195

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301037
     Gilbert, Rex T. and Daniela L. (Gilbert v. Deutsche Bank)
     0810012713 - 699305
     TC # 699305

PROFESSIONAL SERVICES

11/06/12  CSM  Draft case status report                    B110     .10 hrs

11/09/12  CSM  Review pleadings and orders entered by      L120    3.20 hrs
               trial and appellate courts for purposes
               of determining procedural posture of
               claims post-appeal and strategy for case
               resolution


               TOTAL FEES FOR THIS MATTER                        $990.00


BILLING SUMMARY

     Cory S. Menees        3.30 hrs    300.00 /hr        990.00


TOTAL FEES                 3.30 hrs                     $990.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$990.00**

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
OR0808-301037

INVOICE #  830051

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0808-301037
     Gilbert, Rex T. and Daniela L. (Gilbert v. Deutsche Bank)
     0810012713 - 699305
     TC # 699305

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/12 | JJE | Draft case status report | L120 | .10 hrs |
| 12/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/17/12 | CWH | Follow-up with client on request for information necessary for rescission review | L110 | .10 hrs |
| 12/17/12 | CWH | Begin reviewing the 4th Court of Appeals' mandate, and Rule 60 Orders to determine which claims are still pending and whether suit will remain in federal court | L210 | .30 hrs |
| 12/18/12 | CWH | Exchange e-mails with client regarding status and strategy in case, in light of complicated procedural posture | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $261.20



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0808-301037

FED ID NO. 63-0243316

---

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 330.00 /hr | 198.00 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Joycelyn J. Eason | .10 hrs | 197.00 /hr | 19.70 |

TOTAL FEES                          1.00 hrs                      $261.20

**TOTAL CHARGES FOR THIS INVOICE**                              **$261.20**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301038

INVOICE #  813597

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:    0R0808-301038
       American Residential Equities - 699506
       TC # 699506

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/05/12 | ABB | Analysis of bankruptcy status regarding stay and draft Amended Notice of Bankruptcy Filing and Supplemental Servicing Order with exhibit(s) | L110 | .40 hrs |
| 09/10/12 | BG | Draft Amended Notice of Bankruptcy | L210 | .20 hrs |
| 09/11/12 | CWH | Review and revise amended notice of bankruptcy | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $131.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Allison Burke | .40 hrs | 150.00 /hr | 60.00 |
| Blake Goodsell | .20 hrs | 190.00 /hr | 38.00 |

TOTAL FEES                      0.70 hrs                    $131.00

**TOTAL CHARGES FOR THIS INVOICE**                          $131.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        NOVEMBER 30, 2012
1100 Virginia Drive                                          0R0808-301038
Fort Washington, PA 19034

                                                             INVOICE #  821196

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301038
     American Residential Equities - 699506
     TC # 699506

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/13/12 | HTC | Telephone conference with client regarding adversary proceeding filed by ARE | L110 | .30 hrs |
| 11/14/12 | HTC | Telephone conference with client and N.Rosenbaum regarding adversary proceeding and review docket and pleadings regarding same | L120 | 1.00 hrs |
| 11/16/12 | HTC | Consider issues relating to motion to dismiss arguments | L240 | .60 hrs |
| 11/28/12 | HTC | Telephone conference with N.Rosenbaum and client regarding adversary proceeding and continuance | L120 | .30 hrs |

                    TOTAL FEES FOR THIS MATTER                      $693.00


BILLING SUMMARY

   Hope Cannon            2.20 hrs    315.00 /hr       693.00


TOTAL FEES               2.20 hrs                   $693.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-301038

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $693.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301038

INVOICE #  830053

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301038
     American Residential Equities - 699506
     TC # 699506

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | BG | Draft status report regarding Adversary Complaint in the bankruptcy court | L190 | .10 hrs |
| 12/07/12 | HTC | Telephone conference with Morrison Forrestor regarding Balboa | L120 | .10 hrs |
| 12/10/12 | HTC | Exchange emails with K. Navarro and MoFo | L120 | .10 hrs |
| 12/11/12 | HTC | Telephone conference with K.Navarro at QBE regarding AP and exchange emails with client regarding same | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                     $145.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .40 hrs | 315.00 /hr | 126.00 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

TOTAL FEES                 0.50 hrs                    $145.00

TOTAL CHARGES FOR THIS INVOICE                        $145.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                             0R0808-301039
Fort Washington, PA 19034

                                                                INVOICE #  813598

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301039
     Dixon (Wachovia Bank of Delaware v. Michelle Dixon,
     et al) - 686089
     Claim 230546 - Dixon Matter No. 21131 Loan no. 600184971
     TC # 686089

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/20/12 | CSM | Email correspondence with opposing counsel regarding document production | L320 | .20 hrs |
| 09/20/12 | CSM | Review responses to written discovery requests | L310 | .20 hrs |
| 09/24/12 | CSM | Revise litigation settlement proposal | L160 | .40 hrs |
| 09/24/12 | CSM | E-mail to J.Ho regarding litigation settlement proposal and document production | L190 | .10 hrs |
| 09/25/12 | CSM | Prepare documents for production | L320 | 1.90 hrs |
| 09/25/12 | CSM | Email to J.Ho regarding documents needed for supplemental production | L320 | .20 hrs |
| 09/25/12 | CSM | Research regarding prospective witness | L110 | .30 hrs |
| 09/26/12 | CSM | Email correspondence with opposing counsel regarding exchange of documents | L320 | .60 hrs |
| 09/28/12 | CSM | Further communication with opposing counsel regarding document production | L320 | .10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0808-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/28/12 | CSM | Emails with K.Lofrese regarding proposed AG solicitation to borrower and rationale for not sending solicitation | P280 | .20 hrs |
| 09/28/12 | CSM | Review proposed AG solicitation to borrower | P280 | .20 hrs |
| 09/28/12 | CWH | Develop strategy for concluding discovery before court cutoff | L390 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,536.00

01          Copy Charges                                           0.00
35          Express Mail/Fedex                                     0.00

BILLING SUMMARY

Christian W. Hancock      .20 hrs    330.00 /hr        66.00
Cory S. Menees           4.50 hrs    300.00 /hr     1,350.00

TOTAL FEES                4.70 hrs                  $1,536.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$1,536.00**

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE      $112,295.03
COST BILLED TO DATE         $516.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        NOVEMBER 17, 2012
1100 Virginia Drive                                           0R0808-301039
Fort Washington, PA 19034

                                                              INVOICE #  818446

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301039
         Dixon (Wachovia Bank of Delaware v. Michelle Dixon,
         et al) - 686089
         Claim 230546 - Dixon Matter No. 21131 Loan no. 600184971
         TC # 686089

PROFESSIONAL SERVICES

    10/01/12   CSM   Communication with client regarding      L160       .30 hrs
                     settlement and discovery

    10/02/12   CSM   Draft monthly status report              B110       .10 hrs

    10/03/12   CSM   Emails with client regarding production   L320       .10 hrs
                     of electronically stored information

    10/09/12   CSM   Analyze defendant's initial document     L320      1.20 hrs
                     production

    10/15/12   CSM   Emails with client regarding settlement   L160       .10 hrs
                     proposal approval and deposition
                     scheduling

    10/18/12   CSM   Communicate with opposing counsel         L601       .30 hrs
                     regarding deposition scheduling and
                     extension of discovery period

    10/22/12   CSM   Draft motion to amend scheduling order    L210      1.20 hrs
                     and proposed order granting same

    10/22/12   CSM   Emails with client regarding deposition   C400       .20 hrs
                     scheduling and status of settlement
                     proposal approval



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301039

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/22/12 | CSM | Emails with opposing counsel regarding deposition scheduling and motion to amend scheduling order | L390 | .40 hrs |
| 10/23/12 | CSM | Analyze client's ownership structure for purposes of drafting supplemental statement of jurisdiction | L250 | .40 hrs |
| 10/23/12 | CSM | Draft supplemental statement of jurisdiction requested by Court | L210 | 1.20 hrs |
| 10/23/12 | CSM | Research test for determining citizenship of limited liability companies for purposes of diversity actions pending in Fourth Circuit | C200 | .70 hrs |
| 10/23/12 | CSM | Emails with client regarding plaintiff's ownership structure | C400 | .20 hrs |
| 10/23/12 | JI | Locate ownership information on Residential Capital LLC for E.Eaton | C100 | .70 hrs |
| 10/23/12 | EBE | Research regarding diversity issue | L190 | .50 hrs |
| 10/24/12 | CWH | Review motion to extend deadlines | L210 | .10 hrs |
| 10/24/12 | LADA | Review docket regarding current status of various attorneys involvement with matter | L140 | .50 hrs |
| 10/24/12 | LADA | Finalize withdrawal of additional counsel | L210 | .90 hrs |
| 10/25/12 | LADA | Review order entered by Court regarding additional counsel | L210 | .10 hrs |
| 10/29/12 | CSM | Emails with client and opposing counsel regarding deposition scheduling | L601 | .10 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
NOVEMBER 17, 2012

ResCap

0R0808-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | LADA | Review order received from court with scheduling deadlines | L210 | .20 hrs |
| 10/31/12 | CSM | Draft 30(b)(6) topic list | L330 | 1.10 hrs |
| 10/31/12 | CSM | Communicate with opposing counsel regarding deposition scheduling and settlement negotiations | L390 | .30 hrs |

TOTAL FEES FOR THIS MATTER                     $2,741.00

41        Computerized Legal Research-Westlaw                         0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Elizabeth B. Eaton | .50 hrs | 145.00 /hr | 72.50 |
| Julie Ivie | .70 hrs | 175.00 /hr | 122.50 |
| Cory S. Menees | 7.90 hrs | 300.00 /hr | 2,370.00 |
| Lucinda Kish | 1.70 hrs | 65.00 /hr | 110.50 |

TOTAL FEES              10.90 hrs              $2,741.00

**TOTAL CHARGES FOR THIS INVOICE**              **$2,741.00**

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE        $113,500.03
COST BILLED TO DATE          $516.90



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0808-301039
Fort Washington, PA 19034

                                                               INVOICE #  821197

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301039
     Dixon (Wachovia Bank of Delaware v. Michelle Dixon,
     et al) - 686089
     Claim 230546 - Dixon Matter No. 21131 Loan no. 600184971
     TC # 686089

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CSM | Complete drafting of 30(b)(6) deposition notice | L330 | 3.10 hrs |
| 11/01/12 | CSM | Emails with client and opposing counsel regarding deposition scheduling | C400 | .50 hrs |
| 11/02/12 | LADA | Analysis of recent documents and dockets | L140 | .40 hrs |
| 11/05/12 | CSM | Telephone conferences with Court and opposing counsel regarding amendment of scheduling order | L190 | .40 hrs |
| 11/06/12 | CSM | Draft case status report | B110 | .10 hrs |
| 11/07/12 | CSM | Outline deposition questions for defendant's 30(b)(6) witness | L120 | 1.70 hrs |
| 11/07/12 | CSM | Analyze 30(b)(6) topics identified by defendant | C300 | .30 hrs |
| 11/07/12 | CWH | Analyze various issues regarding future of the case, settlement possibilities, and trial strategy | L120 | .30 hrs |
| 11/07/12 | CSM | Emails with client and opposing counsel regarding discovery scheduling | L390 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/08/12 | CSM | Telephone conferences with client and opposing counsel regarding stipulated dismissal and tolling agreement | L190 | .50 hrs |
| 11/09/12 | CSM | Emails with client and opposing counsel regarding deposition scheduling | L390 | .20 hrs |
| 11/12/12 | CSM | Emails with client regarding form of tolling agreement | L190 | .10 hrs |
| 11/12/12 | CWH | Revise Flick's proposed tolling agreement | L210 | .20 hrs |
| 11/12/12 | CSM | Telephone conference with opposing counsel regarding form of tolling agreement | C400 | .20 hrs |
| 11/12/12 | CSM | Revise proposed form of tolling agreement | L210 | 1.10 hrs |
| 11/13/12 | CSM | Research regarding statutes of limitation potentially applicable to claims | C200 | 1.30 hrs |
| 11/13/12 | CSM | Emails with opposing counsel regarding revisions to settlement agreement | C400 | .30 hrs |
| 11/13/12 | CSM | Review revisions to settlement agreement proposed by defendant | L160 | .40 hrs |
| 11/19/12 | CSM | Emails with client and opposing counsel regarding execution of settlement agreement | C400 | .40 hrs |
| 11/19/12 | CSM | Revise draft settlement agreement | L210 | .30 hrs |
| 11/19/12 | CSM | Draft stipulation of dismissal | L250 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
NOVEMBER 30, 2012

ResCap

0R0808-301039

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/27/12 | CWH | Make additional revisions to tolling agreement, following opposing counsel's latest changes to same | L210 | .20 hrs |
| 11/27/12 | MPE | Finalize and electronically file stipulation of dismissal. | L210 | .30 hrs |
| 11/28/12 | CSM | Emails with client regarding case status and mediation | L190 | .10 hrs |

|  |  |  |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $3,961.70 |
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .70 hrs | 330.00 /hr | 231.00 |
| Cory S. Menees | 12.20 hrs | 300.00 /hr | 3,660.00 |
| Lucinda Kish | .40 hrs | 65.00 /hr | 26.00 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

| | | |
|---|---|---|
| TOTAL FEES | 13.60 hrs | $3,961.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$3,961.70** |

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

| | |
|---|---|
| FEES BILLED TO DATE | $114,720.73 |
| COST BILLED TO DATE | $516.90 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301039

INVOICE #  830054

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301039
      Dixon (Wachovia Bank of Delaware v. Michelle Dixon,
      et al) - 686089
      Claim 230546 - Dixon Matter No. 21131 Loan no. 600184971
      TC # 686089

PROFESSIONAL SERVICES

| 11/06/12 | JJE | Draft case status report | B110 | .10 hrs |
|---|---|---|---|---|
| 12/03/12 | CSM | Telephone conference with opposing counsel regarding form of stipulation of dismissal and mediation scheduling | L190 | .60 hrs |
| 12/05/12 | CSM | Drafted case status report | B110 | .10 hrs |
| 12/10/12 | MPE | Review file to determine deadline for re-filing action and assist with strategy regarding the same. | L110 | .50 hrs |
| 12/26/12 | CSM | Attention to mediator selection | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $334.20

BILLING SUMMARY

| Joycelyn J. Eason | .10 hrs | 197.00 /hr | 19.70 |
|---|---|---|---|
| Cory S. Menees | .80 hrs | 300.00 /hr | 240.00 |
| Melisa P. Palmer | .50 hrs | 149.00 /hr | 74.50 |

TOTAL FEES                1.40 hrs                        $334.20



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0808-301039

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    **$334.20**

***** TOTAL DUE UPON RECEIPT *****

<u>MATTER SUMMARY</u>

FEES BILLED TO DATE            $111,093.23
COST BILLED TO DATE              $516.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301040

INVOICE # 813599

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301040
     Petra Finance, LLC (Petra v. GMAC) - 690409
     Matter # 30005
     TC # 690409

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 09/19/12  LADA Revise notice of bankruptcy filing regarding opposing parties claims | L210 | .50 hrs |

TOTAL FEES FOR THIS MATTER                             $32.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lucinda Kish | .50 hrs | 65.00 /hr | 32.50 |
| TOTAL FEES | 0.50 hrs | | $32.50 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$32.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

NOVEMBER 17, 2012
0R0808-301040

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  818447

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301040
     Petra Finance, LLC (Petra v. GMAC) - 690409
     Matter # 30005
     TC # 690409

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/18/12 | LADA | Finalize notice of bankruptcy and servicing order | L210 | .80 hrs |
| 10/18/12 | LADA | Telephone conference with opposing counsel to determine correct counsel of record | L240B | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $91.00

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 35 | Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lucinda Kish | 1.40 hrs | 65.00 /hr | 91.00 |

TOTAL FEES            1.40 hrs                $91.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$91.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301041

INVOICE #  817902

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301041
     Ostolski, Brad & Paula
     No. 732580
     TC # 732580

EXPENSES

| | |
|---|---|
| 10/04/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/09/12 Copy Charges | 0.00 |
| 10/09/12 Copy Charges | 0.00 |
| 10/30/12 Filing Fees - BUSINESS CARD COURTCALL 10-2-12 | 51.00 |
| Bank ID: GENR Check Number: 101476 | |
| 10/30/12 Filing Fees - BUSINESS CARD S.D. OF FLORIDA 10-1-12 | 350.00 |
| Bank ID: GENR Check Number: 101476 | |
| 10/30/12 Filing Fees - BUSINESS CARD BROWARD CLERKS 9-19-12 | 5.00 |
| Bank ID: GENR Check Number: 101476 | |
| 10/01/12 Express Mail/Fedex | 0.00 |
| 10/08/12 Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |

TOTAL COSTS FOR THIS MATTER          $406.00



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 15, 2012

ResCap

0R0808-301041

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $406.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$406.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301041

INVOICE #  818448

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301041
     Ostolski, Brad & Paula
     No. 732580
     TC # 732580

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/26/12 | JAM | Access online docket to determine status of service on MERS | L190 | .20 hrs |
| 09/26/12 | JAM | Telephone calls and emails with Palm Beach Clerk regarding docketing of Notice of Bankruptcy | L210 | .40 hrs |
| 09/26/12 | JAM | Review emails regarding UPB figures | L110 | .20 hrs |
| 09/27/12 | JAM | Emails regarding removal issues and state court file | L210 | .30 hrs |
| 10/01/12 | JLJ | Draft notice of filing notice of removal, certificate of removal, and corporate disclosure statement and revise notice of removal in preparation for filing | L250 | 1.20 hrs |
| 10/01/12 | JLJ | Correspondence with client regarding notice of removal and related filings and deadline for responsive pleading and respond to the same | L250 | .30 hrs |
| 10/01/12 | JLJ | Review exhibits and civil cover sheet in preparation for filing removal | L250 | .50 hrs |
| 10/01/12 | JAM | Revise Notice of Removal as to exhibits, assemble exhibits A - G, and coordinate entire filing submission to the Court | L210 | 3.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301041

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/01/12 | JAM | Assemble exhibits to Notice of Filing Notice of Removal and coordinate the entire filing submission to Palm Beach County | L210 | 1.30 hrs |
| 10/02/12 | JAM | Review docketed and filed Notice of Removal and assignment of case to Judge William Zloch | L210 | .30 hrs |
| 10/02/12 | JAM | Final revisions to Corporate Disclosure Statement and Certificate of Removal and prepare for submission to Court | L210 | .50 hrs |
| 10/02/12 | HTC | Continue working on affidavit | L210 | .10 hrs |
| 10/04/12 | JLJ | Continue drafting motion to dismiss | L240 | 3.90 hrs |
| 10/04/12 | JLJ | Correspondence with client regarding motion to dismiss | L240 | .10 hrs |
| 10/04/12 | JAM | Research status of filed/docketed removal regarding exhibits and obtain copy of docketed removal | L210 | .30 hrs |
| 10/05/12 | JLJ | Correspondence with client regarding motion to dismiss | L240 | .20 hrs |
| 10/08/12 | HTC | Revise motion to dismiss | L250 | 1.40 hrs |
| 10/08/12 | JAM | Revise Motion to Dismiss, verify cites to USDC documents, assemble exhibits and final proof of motion prior to submission to Court | L210 | 3.20 hrs |
| 10/08/12 | JLJ | Continue drafting motion to dismiss and citation check of case law and review exhibits in preparation for filing | L250 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301041

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/08/12 | JLJ | Draft request for hearing on motion to dismiss | L250 | .40 hrs |
| 10/12/12 | HTC | Telephone conference with client regarding strategy | L120 | .40 hrs |
| 10/13/12 | JAM | Continue review of court file/all pleadings docketed | L210 | .50 hrs |
| 10/18/12 | JLJ | Prepare request for hearing on motion to dismiss and rule 11 motion | L250 | .30 hrs |
| 10/18/12 | JLJ | Review court filing notice of request for hearing | L250 | .10 hrs |
| 10/18/12 | AHC | Final revision of Motion to Dismiss with exhibits | L240 | .80 hrs |
| 10/19/12 | JAM | Verify docketing of Motion to Dismiss on October 8, 2012 | L190 | .20 hrs |
| 10/30/12 | JLJ | Voicemail and e-mail correspondence with P.Bowers regarding Rule 26 conference | L230 | .40 hrs |
| 10/30/12 | JLJ | Review order of instruction and strategize regarding deadline for Rule 26 report and conference | L230 | .40 hrs |
| 10/31/12 | JLJ | Review order regarding instructions and scheduling, federal rules and local rules and draft proposed scheduling order and discovery and scheduling report | L310 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER                           $4,524.20



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0808-301041

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 1.90 hrs | 315.00 /hr | 598.50 |
| Alecia H. Cockrell | .80 hrs | 145.00 /hr | 116.00 |
| Jamie Mathews | 11.10 hrs | 145.00 /hr | 1,609.50 |
| Jessica L. Jones | 11.10 hrs | 193.00 /hr | 2,142.30 |

TOTAL FEES              24.90 hrs                    $4,524.20

**TOTAL CHARGES FOR THIS INVOICE**              $4,524.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0808-301041
Fort Washington, PA 19034

                                                               INVOICE #  820869

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301041
         Ostolski, Brad & Paula
         No. 732580
         TC # 732580

    EXPENSES

    11/16/12 Court Costs - Pleadings - WEST GROUP                    380.75
             Bank ID: GENR Check Number: 102425

             TOTAL COSTS FOR THIS MATTER                        $380.75


TOTAL FEES                    0.00 hrs                    $.00

TOTAL EXPENSES                                         $380.75

**TOTAL CHARGES FOR THIS INVOICE**                     **$380.75**

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                                       0R0808-301041
Fort Washington, PA 19034

                                                                         INVOICE #  821198

                                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

       Re:  0R0808-301041
            Ostolski, Brad & Paula
            No. 732580
            TC # 732580

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JLJ | Review correspondence and file and draft case status report to client | L190 | .20 hrs |
| 11/01/12 | JLJ | Draft Rule 26 report | L230 | .20 hrs |
| 11/02/12 | JLJ | E-mail correspondence and draft letter to P.Bowers regarding draft Rule 26 report and party planning meeting | L230 | .30 hrs |
| 11/05/12 | JLJ | Continue drafting motion for sanctions | L250 | .60 hrs |
| 11/06/12 | JLJ | Revise file Rule 26 report and proposed order | L310 | .30 hrs |
| 11/06/12 | JLJ | E-mail correspondence with P.Bowers regarding Rule 26 report | L250 | .40 hrs |
| 11/06/12 | JLJ | Revise joint scheduling report | L250 | .60 hrs |
| 11/06/12 | JAM | Conference with J.Jones regarding revisions to Scheduling and Discovery Report | L210 | .20 hrs |
| 11/06/12 | JAM | Final review of Joint Scheduling and Discovery Report prior to submission to Court | L210 | .20 hrs |
| 11/07/12 | HTC | Review revisions by P.Bower to scheduling report | L210 | .10 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

0R0808-301041

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 11/09/12 | JLJ | Review correspondence from client, pre-trial order and other filings and draft status update to client | C300 | .50 hrs |
| 11/12/12 | JLJ | Continue drafting motion for sanctions and Rule 11 letter | L250 | 2.40 hrs |
| 11/13/12 | JLJ | Revise motion for sanctions | L250 | .80 hrs |
| 11/14/12 | JAM | Access online Access online docket and review for recent case activity and review recent court activity | L190 | .30 hrs |
| 11/16/12 | JLJ | Revise motion for sanctions | L250 | .10 hrs |
| 11/19/12 | JAM | Review Order on Trial Instructions | L210 | .20 hrs |
| 11/20/12 | JLJ | Correspondence with P.Bowers regarding mediator selection | L160 | .40 hrs |
| 11/26/12 | JLJ | Correspondence with P.Bowers regarding mediator selection | L250 | .20 hrs |
| 11/27/12 | JLJ | Revise motion for sanctions and citation check of case law regarding the same | L250 | 2.30 hrs |
| 11/27/12 | JAM | Revise Motion for Sanctions as to exhibit references and assemble exhibits to same | L210 | 1.70 hrs |
| 11/28/12 | AHC | Revise Motion for Sanctions regarding exhibit C for attorney review | L250 | .30 hrs |
| 11/29/12 | AHC | Analysis of case regarding life of file, fees and expenses and current status | L120 | .40 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 30, 2012

ResCap

0R0808-301041

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/30/12 | HTC | Exchange emails with client regarding case | L120 | .10 hrs |
| 11/30/12 | HTC | Review status of attorney general's case against Fidelity | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $2,367.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |
| Jamie Mathews | 2.60 hrs | 145.00 /hr | 377.00 |
| Jessica L. Jones | 9.30 hrs | 193.00 /hr | 1,794.90 |

TOTAL FEES            12.90 hrs              $2,367.90

**TOTAL CHARGES FOR THIS INVOICE**            $2,367.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
OR0808-301041

INVOICE # 830055

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0808-301041
     Ostolski, Brad & Paula
     No. 732580
     TC # 732580

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 12/03/12 | JLJ | Review motion for sanctions and prepare motion and letter for serving | L250 | .50 hrs |
| 12/03/12 | AHC | Final review and revision to Rule 11 letter and Motion for Attorney's Fees and Costs with exhibits | L250 | 1.20 hrs |
| 12/03/12 | AHC | Correspondence to opposing counsel regarding Rule 11 letter and Motion for Attorney Fee's and Sanctions | L250 | .20 hrs |
| 12/05/12 | HTC | Review proposed submission to the court regarding mediation | L120 | .10 hrs |
| 12/05/12 | JLJ | Review mortgage documents and complaint and draft initial disclosures | L310 | 1.20 hrs |
| 12/05/12 | JLJ | Plan and prepare to draft deposition notices | L330 | .10 hrs |
| 12/05/12 | JLJ | Review order referring case to mediation and draft notice regarding failure to select mediator | L230 | .40 hrs |
| 12/05/12 | JLJ | Review scheduling order and plan and prepare for discovery, dispositive motion and other case deadlines | L250 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0808-301041

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 12/07/12 | JLJ | Review complaint and begin drafting first requests for production, interrogatories and requests for admission to Plaintiff | L310 | 1.40 hrs |
| 12/07/12 | JLJ | Review correspondence from client regarding case status and pertinent deadlines and respond to the same | L190 | .30 hrs |
| 12/10/12 | JLJ | Review correspondence from MERS regarding case status and respond to the same | L190 | .20 hrs |
| 12/10/12 | JLJ | Strategize regarding notice of mediator selection | L250 | .10 hrs |
| 12/11/12 | JLJ | Strategize regarding selection of mediator | L250 | .20 hrs |
| 12/13/12 | JLJ | Review initial disclosures and plan and prepare to serve | L240B | .30 hrs |
| 12/13/12 | JLJ | Review correspondence to P.Bowers | L310 | .10 hrs |
| 12/13/12 | AHC | Final review and revision to Homecomings Financial LLC's Initial Disclosures and correspondence to opposing counsel regarding same | L310 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,300.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       3
JANUARY 23, 2013

ResCap

0R0808-301041

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Alecia H. Cockrell | 1.70 hrs | 145.00 /hr | 246.50 |
| Jessica L. Jones | 5.30 hrs | 193.00 /hr | 1,022.90 |

TOTAL FEES                    7.10 hrs                              $1,300.90

**TOTAL CHARGES FOR THIS INVOICE**                                $1,300.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0808-301042
Fort Washington, PA 19034

                                                               INVOICE #  813600
                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301042
     Del Valle, Luis G.
     Loan Nos. 0180229502 and 8255210455; Matter No. 716722
     TC # 716722

PROFESSIONAL SERVICES

09/03/12  JDV  Draft monthly status update for client     L190      .10 hrs

09/04/12  JAM  Final review of Amended Notice of          L210      .20 hrs
               Bankruptcy prior to filing

09/04/12  JDV  Email correspondence with J.Hoy            L210      .20 hrs
               regarding filing of Amended Notice of
               Bankruptcy

09/25/12  JDV  Review Joint Stipulation of Dismissal      L210      .20 hrs
               with Prejudice


          TOTAL FEES FOR THIS MATTER                         $138.50

   01       Copy Charges                                                   0.00

BILLING SUMMARY

   Jamie Mathews            .20 hrs   145.00 /hr        29.00
   Jose D. Vega             .50 hrs   219.00 /hr       109.50


TOTAL FEES                 0.70 hrs                    $138.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$138.50**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301042

INVOICE #  818449

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301042
     Del Valle, Luis G.
     Loan Nos. 0180229502 and 8255210455; Matter No. 716722
     TC # 716722

PROFESSIONAL SERVICES

| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
|---|---|---|---|---|
| 10/03/12 | HTC | Analyze case status and next steps | L120 | .10 hrs |
| 10/24/12 | KSA | Communications with client regarding loan modification terms for SCRA related loan | L120 | .20 hrs |
| 10/30/12 | KSA | Review proposed modification terms and send review memo to J.Hoy | L120 | .30 hrs |
| 10/30/12 | JDV | Review proposed modification terms | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $208.70

BILLING SUMMARY

| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
|---|---|---|---|
| Keith S. Anderson | .50 hrs | 223.00 /hr | 111.50 |
| Jose D. Vega | .30 hrs | 219.00 /hr | 65.70 |

TOTAL FEES              0.90 hrs              $208.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 17, 2012

ResCap

0R0808-301042

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $208.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301042

INVOICE #  821199

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301042
     Del Valle, Luis G.
     Loan Nos. 0180229502 and 8255210455; Matter No. 716722
     TC # 716722

PROFESSIONAL SERVICES

| 11/01/12 | KSA | Email communication to plaintiff's counsel regarding loan modification terms and next steps | L120 | .30 hrs |
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
| 11/29/12 | KSA | Email correspondence with plaintiff's counsel and J.Hoy | L120 | .20 hrs |

              TOTAL FEES FOR THIS MATTER                       $133.40

BILLING SUMMARY

| Keith S. Anderson | .50 hrs | 223.00 /hr | 111.50 |
| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |

TOTAL FEES                    0.60 hrs              $133.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$133.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301042

INVOICE #  830056

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301042
     Del Valle, Luis G.
     Loan Nos. 0180229502 and 8255210455; Matter No. 716722
     TC # 716722

PROFESSIONAL SERVICES

| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .20 hrs |
|---|---|---|---|---|
| 12/12/12 | KSA | Email correspondence with J.Hoy and plaintiff's counsel regarding loan modification terms and potential resolution of case | L120 | .30 hrs |
| 12/22/12 | KSA | Review of plaintiff's email regarding loan modification and forwarding to J.Hoy with comments of plaintiff's proposal | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $155.30

BILLING SUMMARY

| Keith S. Anderson | .50 hrs | 223.00 /hr | 111.50 |
|---|---|---|---|
| Jose D. Vega | .20 hrs | 219.00 /hr | 43.80 |

TOTAL FEES                        0.70 hrs                    $155.30

**TOTAL CHARGES FOR THIS INVOICE**                           $155.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301044

INVOICE #  813601

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301044
     Herrera, Daniel & Teresa Marina (City of Corpus Christi v.
     2816 E. Harrington Drive) No. 732797
     TC # 732797

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/25/12 | SPM | Review file and housing code violation letter | L110 | .40 hrs |
| 09/25/12 | SPM | Research Corpus Christi housing code and Building Standards Board | L110 | .50 hrs |
| 09/25/12 | SPM | Draft e-mail memorandum regarding Corpus Christi housing code and Building Standards Board | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                      $195.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Spencer Mobley | 1.00 hrs | 195.00 /hr | 195.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.00 hrs | | $195.00 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$195.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301044

INVOICE #  820870

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301044
     Herrera, Daniel & Teresa Marina (City of Corpus Christi v.
     2816 E. Harrington Drive) No. 732797
     TC # 732797


TOTAL FEES                    0.00 hrs                   $.00

**TOTAL CHARGES FOR THIS INVOICE**                       $.00

        ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301044

INVOICE #  830057

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301044
     Herrera, Daniel & Teresa Marina (City of Corpus Christi v.
     2816 E. Harrington Drive) No. 732797
     TC # 732797

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/25/12 | MST | Receipt and review of documents from client including code violation letter and fiserv notes | L110 | .40 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $60.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| TOTAL FEES | 0.40 hrs | | $60.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$60.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301045

INVOICE #  813602

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301045
     Studivant, Charles and Juanita (Studivant v. MERS)
     7412256182 - 698535
     TC # 698535

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | CLHA | Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |
| 09/11/12 | CLHA | Analyze court filings and follow up with plaintiff's counsel regarding status | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                        $241.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .70 hrs | 345.00 /hr | 241.50 |

TOTAL FEES                  0.70 hrs              $241.50

**TOTAL CHARGES FOR THIS INVOICE**                  **$241.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301045

INVOICE # 818450

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301045
     Studivant, Charles and Juanita (Studivant v. MERS)
     7412256182 - 698535
     TC # 698535

PROFESSIONAL SERVICES

10/01/12  CLHA Analyze pleadings and related documents    L120    .20 hrs
               and advise client regarding status and
               potential strategy

               TOTAL FEES FOR THIS MATTER                         $69.00

BILLING SUMMARY

     Christopher L. Hawkins      .20 hrs    345.00 /hr       69.00

TOTAL FEES               0.20 hrs                   $69.00

TOTAL CHARGES FOR THIS INVOICE                      $69.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301045

INVOICE #  821200

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301045
     Studivant, Charles and Juanita (Studivant v. MERS)
     7412256182 - 698535
     TC # 698535

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CLHA | Analyze recent pleadings and client documents and advise client regarding status and strategy | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $69.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .20 hrs | 345.00 /hr | 69.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.20 hrs | | $69.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$69.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301045

INVOICE #  830058

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301045
     Studivant, Charles and Juanita (Studivant v. MERS)
     7412256182 - 698535
     TC # 698535

PROFESSIONAL SERVICES

12/03/12  CLHA Provide status update to client          L120      .20 hrs


          TOTAL FEES FOR THIS MATTER                         $69.00


BILLING SUMMARY

     Christopher L. Hawkins       .20 hrs   345.00 /hr       69.00


TOTAL FEES                    0.20 hrs                 $69.00

**TOTAL CHARGES FOR THIS INVOICE**                    $69.00


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 30, 2012
1100 Virginia Drive                                       OR0808-301047
Fort Washington, PA 19034

                                                          INVOICE #  813603

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  OR0808-301047
         McGinnis, Cornelius and Teresa - 696927
         0436789622
         TC # 696927

PROFESSIONAL SERVICES

09/05/12   RLB   E-mail regarding deed recording          L160      .10 hrs

09/07/12   RLB   Draft monthly status report regarding    L190      .10 hrs
                 settlement

09/13/12   RLB   Respond to e-mail from client regarding  L160      .20 hrs
                 status of property repossession

09/20/12   RLB   E-mails to J.Skinner regarding executed  L160      .20 hrs
                 copy of settlement agreement


                 TOTAL FEES FOR THIS MATTER                    $159.60


EXPENSES

    07       Filing Fees                                                 2.00

             TOTAL COSTS FOR THIS MATTER                          $2.00


BILLING SUMMARY

    Rashad L. Blossom        .60 hrs   266.00 /hr         159.60


TOTAL FEES                 0.60 hrs                  $159.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0808-301047

FED ID NO. 63-0243316

TOTAL EXPENSES                                    $2.00

**TOTAL CHARGES FOR THIS INVOICE**          $161.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 17, 2012
1100 Virginia Drive                                         0R0808-301047
Fort Washington, PA 19034

                                                            INVOICE #  818451

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

     Re:  0R0808-301047
          McGinnis, Cornelius and Teresa - 696927
          0436789622
          TC # 696927

     PROFESSIONAL SERVICES

     10/01/12   RLB   Draft monthly status report regarding      L190      .10 hrs
                      settlement

     10/24/12   RLB   E-mail to client regarding signed          L160      .10 hrs
                      settlement agreement

     10/24/12   RLB   E-mail to parties regarding signed         L160      .10 hrs
                      settlement agreement

     10/24/12   RLB   Review signed settlement agreement         L160      .10 hrs

     10/29/12   RLB   E-mail to C.Johnson regarding signed       L160      .20 hrs
                      settlement agreement


              TOTAL FEES FOR THIS MATTER                         $159.60


     BILLING SUMMARY

          Rashad L. Blossom        .60 hrs    266.00 /hr       159.60


     TOTAL FEES                    0.60 hrs                    $159.60

     TOTAL CHARGES FOR THIS INVOICE                            $159.60

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                         NOVEMBER 30, 2012
1100 Virginia Drive                                           0R0808-301047
Fort Washington, PA 19034

                                                              INVOICE #  821201

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301047
         McGinnis, Cornelius and Teresa - 696927
         0436789622
         TC # 696927

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .20 hrs |
| 11/01/12 | RLB | Respond to e-mails from W.Hereford regarding motion to dismiss | L240 | .10 hrs |
| 11/06/12 | RLB | E-mails to client regarding recorded quitclaim deed | L160 | .20 hrs |
| 11/14/12 | RLB | Review case docket | L160 | .20 hrs |
| 11/14/12 | RLB | E-mail to client regarding withdrawal | L160 | .10 hrs |
| 11/14/12 | RLB | Draft notice of withdrawal of objection | L160 | .50 hrs |
| 11/21/12 | RLB | Review orders of dismissal and possession | L160 | .10 hrs |
| 11/21/12 | RLB | E-mail to client regarding orders of dismissal and possession | L160 | .10 hrs |
| 11/25/12 | RLB | Review status of matter | L160 | .40 hrs |
| 11/27/12 | RLB | Research regarding merger of title | L160 | .40 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |
| 11/30/12 | RLB | Teleconference with client regarding status of matter | L190 | .20 hrs |

                TOTAL FEES FOR THIS MATTER                      $681.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-301047

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | 2.50 hrs | 266.00 /hr | 665.00 |
| Kerry Keane | .10 hrs | 160.00 /hr | 16.00 |

| | | |
|---|---|---|
| TOTAL FEES | 2.60 hrs | $681.00 |

**TOTAL CHARGES FOR THIS INVOICE**                    $681.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301049

INVOICE #  813604

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301049
     Figueroa, Ignacio
     Loan No. 7440610764
     TC # 702383

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/12/12 | MFW | Review final disposition memo and e-mail correspondence with A.Cockrell regarding same | L190 | .10 hrs |
| 09/12/12 | AHC | Draft memorandum regarding final disposition of file for attorney review and correspondence to client regarding same | L190 | .40 hrs |
| 09/13/12 | AHC | Enter taxonomy and opposing counsel information into database | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $110.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .60 hrs | 145.00 /hr | 87.00 |
| Michael Walker | .10 hrs | 236.00 /hr | 23.60 |

TOTAL FEES                  0.70 hrs                $110.60

**TOTAL CHARGES FOR THIS INVOICE**                  $110.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 17, 2012
1100 Virginia Drive                                        0R0808-301049
Fort Washington, PA 19034

                                                           INVOICE #  818452

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301049
         Figueroa, Ignacio
         Loan No. 7440610764
         TC # 702383

PROFESSIONAL SERVICES

10/24/12  MFW   Review file materials and select        L140      .30 hrs
                documents that should be maintained


                TOTAL FEES FOR THIS MATTER                        $70.80


EXPENSES

    58      FED DOCKET SERV-PACER                                    5.50

                TOTAL COSTS FOR THIS MATTER                      $5.50


BILLING SUMMARY

    Michael Walker              .30 hrs   236.00 /hr        70.80


TOTAL FEES                      0.30 hrs                   $70.80

TOTAL EXPENSES                                              $5.50

**TOTAL CHARGES FOR THIS INVOICE**                         **$76.30**

                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301051

INVOICE #  813605

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301051
     Wood, David - 709635
     Loan No. 7436893381
     TC # 709635

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/10/12 | JB | Update monthly case status report for client | L120 | .10 hrs |
| 09/11/12 | JB | Review filings in bankruptcy proceeding and draft e-mail regarding same to S.Fleischer and J.Scoliard | L120 | .30 hrs |
| 09/13/12 | JB | E-mails with S.Fleischer and J.Scoliard regarding status of file | L120 | .10 hrs |
| 09/14/12 | JB | Review filings in bankruptcy case including discharge order | L120 | .10 hrs |
| 09/25/12 | JB | Review trustee's final report and e-mail S.Fleischer regarding same | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $152.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Bailey | .80 hrs | 190.00 /hr | 152.00 |
| TOTAL FEES | 0.80 hrs | | $152.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 30, 2012

ResCap

0R0808-301051

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $152.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301051

INVOICE #  820871

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301051
         Wood, David - 709635
         Loan No. 7436893381
         TC # 709635


TOTAL FEES              0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**          $.00

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301051

INVOICE #  821202

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301051
     Wood, David - 709635
     Loan No. 7436893381
     TC # 709635

PROFESSIONAL SERVICES

11/09/12  JB   Work related to closing memos          L120       .10 hrs


          TOTAL FEES FOR THIS MATTER                           $19.00


BILLING SUMMARY

   James Bailey              .10 hrs    190.00 /hr        19.00

TOTAL FEES                   0.10 hrs                    $19.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$19.00**


                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0R0808-301051

INVOICE #  829973

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301051
     Wood, David - 709635
     Loan No. 7436893381
     TC # 709635

TOTAL FEES                0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                    $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

NOVEMBER 17, 2012
0R0808-301053

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  818453

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301053
     Yates, Laytoa Shantell - 710301
     Loan No. 7427584768
     TC # 710301

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/29/12 | JHA | E-mail J.Scoliard regarding response to notice of final cure | B420 | .10 hrs |
| 10/29/12 | CLHA | Work through issues related to closure of bankruptcy case | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $162.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .40 hrs | 345.00 /hr | 138.00 |
| Jennifer H. Henderson | .10 hrs | 249.00 /hr | 24.90 |

TOTAL FEES                 0.50 hrs                 $162.90

**TOTAL CHARGES FOR THIS INVOICE**                    **$162.90**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301053

INVOICE #  821203

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301053
     Yates, Laytoa Shantell - 710301
     Loan No. 7427584768
     TC # 710301

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|--------|
| 11/05/12 | JHA | E-mail J.Scoliard regarding response to notice of final cure payment | B420 | .10 hrs |
| 11/30/12 | JHA | E-mail J.Scoliard regarding motion for entry of discharge and objection deadline regarding same | B420 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $49.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jennifer H. Henderson | .20 hrs | 249.00 /hr | 49.80 |

TOTAL FEES                    0.20 hrs                    $49.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$49.80**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301054

INVOICE #  813606

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301054
     Nashman, James A. - 711432
     Loan No. 0359047333
     TC # 711432

<u>PROFESSIONAL SERVICES</u>

| 09/11/12 | JB | Update monthly case status report to client | L120 | .10 hrs |
|----------|----|----------------------------------------------|------|---------|

|  | TOTAL FEES FOR THIS MATTER | $19.00 |
|--|----------------------------|--------|

<u>BILLING SUMMARY</u>

| James Bailey | .10 hrs | 190.00 /hr | 19.00 |
|--------------|---------|------------|-------|

| TOTAL FEES | 0.10 hrs | $19.00 |
|------------|----------|--------|

| **TOTAL CHARGES FOR THIS INVOICE** | **$19.00** |
|------------------------------------|------------|

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301054

INVOICE #  821204

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301054
     Nashman, James A. - 711432
     Loan No. 0359047333
     TC # 711432

PROFESSIONAL SERVICES

11/28/12  GEG  E-mails to and from J.Scoliard regarding       L120       .50 hrs
               status and need for original note and
               draft closing memo

              TOTAL FEES FOR THIS MATTER                                 $167.50

BILLING SUMMARY

    Glenn E. Glover          .50 hrs   335.00 /hr      167.50

TOTAL FEES                   0.50 hrs              $167.50

**TOTAL CHARGES FOR THIS INVOICE**                 $167.50

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                JANUARY 22, 2013
1100 Virginia Drive                                                   0R0808-301054
Fort Washington, PA 19034
                                                                      INVOICE #  829964

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301054
         Nashman, James A. - 711432
         Loan No. 0359047333
         TC # 711432


    TOTAL FEES                 0.00 hrs                    $.00

    **TOTAL CHARGES FOR THIS INVOICE**                     $.00

              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      NOVEMBER 17, 2012
1100 Virginia Drive                                         0R0808-301055
Fort Washington, PA 19034
                                                           INVOICE #  818454

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301055
         Bates, Barrett R. (St of TN Ex Rel v. MERS, et al.) - 711791
         TC # 711791

PROFESSIONAL SERVICES

10/02/12   HFH   Prepare memo to GMAC on outstanding         L120      .10 hrs
                 issues and status

10/22/12   HFH   Revise GMAC report for filings             L210      .10 hrs


                 TOTAL FEES FOR THIS MATTER                            $76.00


BILLING SUMMARY

    Rick Humbracht            .20 hrs   380.00 /hr          76.00


TOTAL FEES                    0.20 hrs                     $76.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$76.00**


              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301057

INVOICE # 813607

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301057
     Peake, David & Sandra - 713877
     Loan No. 600713497
     TC # 713877

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | CLHA | Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |
| 09/19/12 | CLHA | Email with opposing counsel regarding bankruptcy court approval of settlement | L120 | .40 hrs |
| 09/20/12 | CLHA | Advise co-counsel regarding status of settlement | L120 | .30 hrs |
| 09/24/12 | CLHA | Emails with opposing counsel regarding status of settlement | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $448.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 1.30 hrs | 345.00 /hr | 448.50 |

TOTAL FEES                 1.30 hrs              $448.50

**TOTAL CHARGES FOR THIS INVOICE**              $448.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301057

INVOICE #  818455

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301057
     Peake, David & Sandra - 713877
     Loan No. 600713497
     TC # 713877

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | CLHA | Analyze pleadings and related documents and advise client regarding status and potential strategy | L120 | .20 hrs |
| 10/05/12 | CLHA | Conference call with client to discuss current status and action items | L120 | .10 hrs |
| 10/18/12 | CLHA | Advise client regarding status | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $172.50

BILLING SUMMARY

Christopher L. Hawkins       .50 hrs    345.00 /hr       172.50

TOTAL FEES                 0.50 hrs             $172.50

**TOTAL CHARGES FOR THIS INVOICE**             **$172.50**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301057

INVOICE #  821205

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301057
     Peake, David & Sandra - 713877
     Loan No. 600713497
     TC # 713877

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CLHA | Analyze recent pleadings and client documents and advise client regarding status and strategy | L120 | .20 hrs |
| 11/27/12 | CLHA | Conference call with client regarding action plan | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $103.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .30 hrs | 345.00 /hr | 103.50 |

TOTAL FEES                    0.30 hrs                    $103.50

**TOTAL CHARGES FOR THIS INVOICE**                    $103.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301057

INVOICE #  830059

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301057
     Peake, David & Sandra - 713877
     Loan No. 600713497
     TC # 713877

PROFESSIONAL SERVICES

12/03/12  CLHA Provide status update to client        L120      .20 hrs


              TOTAL FEES FOR THIS MATTER                     $69.00


BILLING SUMMARY

    Christopher L. Hawkins      .20 hrs    345.00 /hr       69.00


TOTAL FEES                   0.20 hrs               $69.00

**TOTAL CHARGES FOR THIS INVOICE**                   **$69.00**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301058

INVOICE #  818456

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301058
     SIMPSON, David D.
     Loan No. 601079901; Matter No. 719345
     TC # 719345

PROFESSIONAL SERVICES

10/01/12   CLHA Provide taxonomy and related information    L120      .30 hrs
                for client's review

           TOTAL FEES FOR THIS MATTER                                 $103.50

BILLING SUMMARY

     Christopher L. Hawkins      .30 hrs    345.00 /hr      103.50

TOTAL FEES                       0.30 hrs                  $103.50

TOTAL CHARGES FOR THIS INVOICE                            $103.50

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301059

INVOICE #  813608

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301059
     Ackerson, Teresa L. and Michael  A. - 714656
     Loan No. 7439394073
     TC # 714656

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | RLB | E-mails to debtors' counsel regarding status of settlement | L160 | .20 hrs |
| 09/05/12 | RLB | Draft settlement agreement | L160 | 1.80 hrs |
| 09/05/12 | RLB | Respond to e-mail from client regarding loan modification issues | L160 | .10 hrs |
| 09/06/12 | RLB | Teleconference with client regarding settlement issues | L160 | .40 hrs |
| 09/06/12 | RLB | E-mail to client regarding stipulation of dismissal | L160 | .10 hrs |
| 09/06/12 | RLB | Respond to e-mails from opposing counsel regarding settlement consummation | L160 | .60 hrs |
| 09/06/12 | RLB | Revise agreed order regarding settlement | L160 | 1.80 hrs |
| 09/06/12 | CLHA | Emails with court, co-counsel, and opposing counsel regarding status of settlement | L120 | .20 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding settlement status | L190 | .20 hrs |
| 09/11/12 | RLB | E-mail to client regarding settlement agreement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301059

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/11/12 | RLB | Review and respond to e-mail from C.Hubble regarding September payment and insurance issue | L160 | .10 hrs |
| 09/12/12 | RLB | E-mail to client regarding borrower's payment on modified loan | L160 | .10 hrs |
| 09/13/12 | RLB | Revise settlement agreement | L160 | .50 hrs |
| 09/13/12 | RLB | E-mail to client regarding W-9 and notice filed by clerk | L160 | .10 hrs |
| 09/14/12 | RLB | Make further revisions to settlement agreement | L160 | .50 hrs |
| 09/14/12 | RLB | E-mails to client regarding settlement agreement | L160 | .20 hrs |
| 09/14/12 | RLB | E-mail to opposing counsel regarding settlement status | L160 | .10 hrs |
| 09/17/12 | RLB | E-mail to client regarding opposing counsel's request for settlement paperwork | L160 | .10 hrs |
| 09/17/12 | RLB | E-mail to opposing counsel regarding status of settlement | L160 | .10 hrs |
| 09/18/12 | RLB | E-mails to client regarding settlement | L160 | .20 hrs |
| 09/19/12 | RLB | Work on executive summary for client's review | L160 | 1.20 hrs |
| 09/19/12 | RLB | E-mails to client regarding executive summary | L160 | .20 hrs |
| 09/20/12 | RLB | Continue draft of executive summary | L160 | 2.40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 30, 2012

ResCap

0R0808-301059

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/21/12 | RLB | Continue draft and revisions to executive summary | L160 | 1.90 hrs |
| 09/24/12 | RLB | E-mail to client regarding settlement | L160 | .10 hrs |
| 09/26/12 | RLB | E-mail and phone call to client regarding mortgage payment | L160 | .10 hrs |
| 09/26/12 | RLB | Review letter from borrower's counsel regarding mortgage payment | L160 | .10 hrs |
| 09/26/12 | RLB | Revise letter to client enclosing September payment | L160 | .20 hrs |

```
             TOTAL FEES FOR THIS MATTER                    $3,686.60

    01         Copy Charges                                     0.00
    35         Express Mail/Fedex                               0.00
    41         Computerized Legal Research-Westlaw              0.00
```

BILLING SUMMARY

```
    Christopher L. Hawkins      .20 hrs    345.00 /hr        69.00
    Rashad L. Blossom         13.60 hrs    266.00 /hr     3,617.60


TOTAL FEES                    13.80 hrs                  $3,686.60

TOTAL CHARGES FOR THIS INVOICE                          $3,686.60
```

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301059

INVOICE #  818457

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301059
     Ackerson, Teresa L. and Michael  A. - 714656
     Loan No. 7439394073
     TC # 714656

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | RLB | Telephone call to client regarding settlement status | L160 | .10 hrs |
| 10/01/12 | RLB | Respond to e-mail from client regarding settlement status | L160 | .10 hrs |
| 10/01/12 | RLB | Draft monthly status report regarding status of settlement documentation | L190 | .20 hrs |
| 10/01/12 | RLB | Teleconference with C.Hubble regarding status of settlement | L160 | .20 hrs |
| 10/05/12 | RLB | Teleconferences with debtors' counsel regarding loan modification | L160 | .80 hrs |
| 10/05/12 | RLB | Teleconferences with client regarding escrow and loan modification issues | L160 | .80 hrs |
| 10/05/12 | RLB | Analyze first and second loan modification terms for purposes of settlement | L160 | 1.90 hrs |
| 10/08/12 | RLB | Teleconference with client regarding asset plan | L160 | .30 hrs |
| 10/09/12 | RLB | Teleconference with client regarding settlement and loan modification issues | L160 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301059

FED ID NO. 63-0243316

---

| 10/09/12 | RLB | Respond to e-mails from C.Hubble regarding settlement check | L160 | .20 hrs |
|---|---|---|---|---|
| 10/10/12 | RLB | Respond to e-mails from client and opposing counsel regarding loan modification | L160 | .40 hrs |
| 10/16/12 | RLB | E-mail client regarding loan modification | L160 | .20 hrs |
| 10/16/12 | RLB | Review docket for court activity | L160 | .30 hrs |
| 10/17/12 | RLB | Analyze revised loan modification terms | L160 | .20 hrs |
| 10/17/12 | RLB | E-mails to borrowers' counsel regarding revised loan modification terms | L160 | .20 hrs |
| 10/17/12 | RLB | E-mail to client regarding revised loan modification terms | L160 | .20 hrs |
| 10/19/12 | RLB | Telephone call to C.Hubble regarding settlement | L160 | .20 hrs |
| 10/25/12 | RLB | E-mail to borrowers' counsel explaining loan modification terms | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                 $1,888.60

BILLING SUMMARY

Rashad L. Blossom        7.10 hrs   266.00 /hr      1,888.60

TOTAL FEES                    7.10 hrs              $1,888.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
NOVEMBER 17, 2012

ResCap

0R0808-301059

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,888.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301059

INVOICE #  821206

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301059
     Ackerson, Teresa L. and Michael  A. - 714656
     Loan No. 7439394073
     TC # 714656

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|------|------|------|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .20 hrs |
| 11/12/12 | RLB | Review bankruptcy docket | L160 | .20 hrs |
| 11/12/12 | RLB | Respond to e-mail from client regarding status update | L160 | .20 hrs |
| 11/13/12 | RLB | Respond to e-mails from client regarding loan modification documents | L160 | .20 hrs |
| 11/13/12 | RLB | Teleconference with opposing counsel regarding settlement issues | L160 | .20 hrs |
| 11/21/12 | RLB | Review status of case | L190 | .10 hrs |
| 11/28/12 | KK | Review docket and pleadings to determine status of case and review correspondence to determine status of loan modification discussion | L110 | .20 hrs |
| 11/28/12 | RLB | E-mail to opposing counsel regarding status of loan modification review | L160 | .10 hrs |
| 11/29/12 | RLB | Respond to e-mail from opposing counsel regarding loan modification | L160 | .10 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
NOVEMBER 30, 2012

ResCap

0R0808-301059

FED ID NO. 63-0243316

11/30/12   RLB   Teleconference with client regarding        L190       .20 hrs
                 status of matter


                 TOTAL FEES FOR THIS MATTER                             $447.00


BILLING SUMMARY

    Rashad L. Blossom          1.50 hrs    266.00 /hr       399.00
    Kerry Keane                 .30 hrs    160.00 /hr        48.00


TOTAL FEES                     1.80 hrs                    $447.00

TOTAL CHARGES FOR THIS INVOICE                            $447.00

            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              JANUARY 23, 2013
1100 Virginia Drive                                                 0R0808-301059
Fort Washington, PA 19034

                                                                    INVOICE #  830061

                                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301059
         Ackerson, Teresa L. and Michael  A. - 714656
         Loan No. 7439394073
         TC # 714656

    PROFESSIONAL SERVICES

    12/11/12   RLB   E-mail to client regarding loan        L160      .10 hrs
                     modification documents

    12/27/12   RLB   E-mail to client regarding clerk's     L160      .10 hrs
                     request for a hearing

                     TOTAL FEES FOR THIS MATTER                     $53.20


    BILLING SUMMARY

       Rashad L. Blossom          .20 hrs   266.00 /hr        53.20


    TOTAL FEES                 0.20 hrs                      $53.20

    **TOTAL CHARGES FOR THIS INVOICE**                      **$53.20**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301060

INVOICE #  813609

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301060
     Michael Aguayo v. U.S. Bancorp d/b/a and a/k/a U.S National
     Association as Trustee, GMAC Mortgage, LLC, et. al. - 721871
     TC # 721871

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | EWS | Telephone conversation with J.Ho concerning answer to amended complaint. | L210 | .20 hrs |
| 09/05/12 | EWS | Email correspondence with opposing counsel concerning answer. | L210 | .20 hrs |
| 09/05/12 | EWS | Work on answer to amended complaint. | L210 | 3.00 hrs |
| 09/10/12 | EWS | Continue to work on answer to second amended complaint. | L210 | 2.50 hrs |
| 09/10/12 | EWS | Email correspondence with J.Ho concerning answer to second amended complaint. | L210 | .20 hrs |
| 09/11/12 | EWS | Telephone conversation with opposing counsel concerning answer. | L210 | .20 hrs |
| 09/11/12 | EWS | Final review of answer to second amended complaint and serve on opposing counsel. | L210 | .20 hrs |
| 09/12/12 | EWS | Work on agreed order of substitution. | L210 | .40 hrs |
| 09/12/12 | EWS | Email correspondence with opposing counsel concerning agreed order. | L210 | .20 hrs |
| 09/17/12 | EWS | Email correspondence with opposing counsel concerning agreed order of substitution. | L210 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301060

FED ID NO. 63-0243316

09/28/12  AHC  Draft status report for attorney review      L190      .20 hrs

TOTAL FEES FOR THIS MATTER                        $2,662.40

01      Copy Charges                                                    0.00

BILLING SUMMARY

Eric Smith              7.30 hrs    266.00 /hr      1,941.80
Alecia H. Cockrell       .20 hrs    145.00 /hr         29.00

TOTAL FEES              7.50 hrs                  $2,662.40

**TOTAL CHARGES FOR THIS INVOICE**               **$2,662.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301060

INVOICE #  818458

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301060
     Michael Aguayo v. U.S. Bancorp d/b/a and a/k/a U.S National
     Association as Trustee, GMAC Mortgage, LLC, et. al. - 721871
     TC # 721871

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | EWS | Work on discovery requests. | L310 | 2.40 hrs |
| 10/01/12 | BRE | Draft employment and medical record releases to accompany discovery requests | L320 | .40 hrs |
| 10/02/12 | EWS | Drafted status update. | L190 | .10 hrs |
| 10/03/12 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 10/22/12 | EWS | Prepare response to plaintiff's motion for scheduling order. | L250 | .40 hrs |
| 10/22/12 | FS | Conference regarding strategy for hearing on scheduling order | L120 | .10 hrs |
| 10/25/12 | FS | Conference regarding strategy for motion hearing | L210 | .10 hrs |
| 10/26/12 | FS | Prepare for and attend hearing on motion for scheduling order and scheduling conference | L250 | 2.10 hrs |
| 10/26/12 | FS | E-mail correspondence regarding case status and strategy | L250 | .10 hrs |
| 10/29/12 | FS | Analyze proposed scheduling order for purposes of submitting to court | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301060

FED ID NO. 63-0243316

| 10/30/12 | CWH | Analyze plaintiff's claims and relevant law on trespassing in Tennessee | L110 | .20 hrs |
| 10/31/12 | EWS | Email correspondence and conference with F.Spero concerning research issues. | L190 | .50 hrs |
| 10/31/12 | HFH | Review legal issues, research on duty delegation of duty of owners, legal issues regarding duties owed and delegation to independent contractor. | L210 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                           $2,135.40

EXPENSES

| 01 | Copy Charges | 0.00 |
| 02 | Postage Charges | 0.00 |
| 07 | Filing Fees | 8.00 |

TOTAL COSTS FOR THIS MATTER                          $8.00

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Rick Humbracht | 1.40 hrs | 380.00 /hr | 532.00 |
| Eric Smith | 3.40 hrs | 266.00 /hr | 904.40 |
| Beth Reisch | .40 hrs | 145.00 /hr | 58.00 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Frankie Spero | 2.60 hrs | 210.00 /hr | 546.00 |

TOTAL FEES         8.20 hrs                 $2,135.40

TOTAL EXPENSES                             $8.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 17, 2012

ResCap

0R0808-301060

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $2,143.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301060

INVOICE #  820872

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301060
     Michael Aguayo v. U.S. Bancorp d/b/a and a/k/a U.S National
     Association as Trustee, GMAC Mortgage, LLC, et. al. - 721871
     TC # 721871
  41      Computerized Legal Research-Westlaw                            0.00


TOTAL FEES                    0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**                  $.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                        0R0808-301060
Fort Washington, PA 19034

                                                           INVOICE #  821207

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301060
         Michael Aguayo v. U.S. Bancorp d/b/a and a/k/a U.S National
         Association as Trustee, GMAC Mortgage, LLC, et. al. - 721871
         TC # 721871

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 11/01/12 | FS | Legal research regarding defense to premises liability claim and delegation of duty of care in premises liability actions | L120 | 2.30 hrs |
| 11/02/12 | EWS | Prepare status report. | L190 | .10 hrs |
| 11/03/12 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 11/15/12 | EWS | Email correspondence with J.Ho concerning status of case. | L190 | .40 hrs |
| 11/15/12 | FS | Legal research regarding defense to premises liability action including detailed review of case law | L120 | 2.40 hrs |
| 11/16/12 | FS | Conference regarding case status and strategy and legal research needed | L120 | .10 hrs |
| 11/26/12 | FS | Legal research regarding Tennessee premises liability law | L120 | .30 hrs |
| 11/27/12 | FS | Legal research regarding premises liability including detailed review of case law | L120 | 2.50 hrs |
| 11/27/12 | FS | Draft memorandum regarding defense to premises liability claim and various related issues | L120 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-301060

FED ID NO. 63-0243316

| 11/28/12 | FS | Revise memorandum of law regarding defense to premises liability action | L120 | 1.20 hrs |
|---|---|---|---|---|
| 11/28/12 | FS | Legal research regarding invitation to enter property | L120 | .90 hrs |

TOTAL FEES FOR THIS MATTER                          $2,514.00

41        Computerized Legal Research-Westlaw                      0.00

BILLING SUMMARY

| Eric Smith | .50 hrs | 266.00 /hr | 133.00 |
|---|---|---|---|
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Frankie Spero | 11.20 hrs | 210.00 /hr | 2,352.00 |

TOTAL FEES          11.90 hrs                $2,514.00

**TOTAL CHARGES FOR THIS INVOICE**               $2,514.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301060

INVOICE #  830062

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301060
     Michael Aguayo v. U.S. Bancorp d/b/a and a/k/a U.S National
     Association as Trustee, GMAC Mortgage, LLC, et. al. - 721871
     TC # 721871

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|--|-------------|------|-------|
| 12/02/12 | FS | Legal research regarding issue of whether plaintiff was trespassing on subject property at time of alleged incident | L120 | .80 hrs |
| 12/02/12 | FS | Drafting and revising memorandum regarding whether plaintiff was trespassing on subject property at time of alleged incident | C300 | 1.20 hrs |
| 12/03/12 | EWS | Prepared status report to client. | L190 | .10 hrs |
| 12/04/12 | FS | Draft and revise memorandum regarding whether plaintiff was trespassing at time of alleged incident, including review and analysis of case law | L120 | 6.60 hrs |
| 12/28/12 | FS | Legal research regarding whether premises owner not in control of premises owes duty of care to persons on the premises | L120 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                                    $2,126.60



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0808-301060

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric Smith | .10 hrs | 266.00 /hr | 26.60 |
| Frankie Spero | 10.00 hrs | 210.00 /hr | 2,100.00 |
| TOTAL FEES | 10.10 hrs | | $2,126.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$2,126.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            NOVEMBER 17, 2012
1100 Virginia Drive                               0R0808-301061
Fort Washington, PA 19034

                                                  INVOICE #  818459

                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301061
     Shipley, Charles and Patricia (First Bank of TN v. Johnston)
     Loan No. 0810032859; Ally No. 725468
     TC # 725468

PROFESSIONAL SERVICES

| 10/01/12 | HFH | Communicate with counsel regarding docket setting | L190 | .10 hrs |
|----------|-----|---|------|---------|
| 10/02/12 | HFH | Prepare report regarding status and issues | L190 | .20 hrs |
| 10/02/12 | HFH | Communicate with counsel regarding docket call and passing case, discovery and issues | L190 | .30 hrs |
| 10/04/12 | HFH | Review correspondence regarding discovery | L190 | .10 hrs |
| 10/11/12 | HFH | Correspondence with Frank Olsen concerning deposition of MCM TN LLC | L190 | .10 hrs |
| 10/17/12 | HFH | Communicate with Ho and Evans regarding indemnity from McCandler firm | L190 | .30 hrs |
| 10/19/12 | HFH | Communicate with parties regarding scheduling depositions | L190 | .10 hrs |
| 10/29/12 | HFH | Communicate with counsel setting depositions | L190 | .10 hrs |

                        TOTAL FEES FOR THIS MATTER          $532.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301061

FED ID NO. 63-0243316

<u>BILLING SUMMARY</u>

Rick Humbracht              1.30 hrs    380.00 /hr          494.00

TOTAL FEES                  1.30 hrs                       $532.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$532.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301061

INVOICE #  821208

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301061
     Shipley, Charles and Patricia (First Bank of TN v. Johnston)
     Loan No. 0810032859; Ally No. 725468
     TC # 725468

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | HFH | Communicate with client regarding deposition scheduling | L190 | .10 hrs |
| 11/09/12 | HFH | Communicate with Johnston's attorney regarding motion to amend | L190 | .10 hrs |
| 11/15/12 | HFH | Review motion to amend, conference with Johnston's attorney regarding amended crossclaim | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                               $190.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rick Humbracht | .50 hrs | 380.00 /hr | 190.00 |

TOTAL FEES              0.50 hrs                    $190.00

**TOTAL CHARGES FOR THIS INVOICE**                  $190.00

***** TOTAL DUE UPON RECEIPT *****