

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301063

INVOICE #  813610

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301063
     Edquid, Frederic and Leslie
     Loan No. 359137194; Ally No. 714383
     TC # 714383

PROFESSIONAL SERVICES

| 09/03/12 | KSA | Prepare status report regarding revised bankruptcy notice filed | L120 | .10 hrs |
|----------|-----|------|------|---------|

TOTAL FEES FOR THIS MATTER                                      $22.30

41        Computerized Legal Research-Westlaw                      0.00

BILLING SUMMARY

Keith S. Anderson          .10 hrs    223.00 /hr        22.30

TOTAL FEES              0.10 hrs                 $22.30

**TOTAL CHARGES FOR THIS INVOICE**            **$22.30**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301063

INVOICE #  820873

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301063
     Edquid, Frederic and Leslie
     Loan No. 359137194; Ally No. 714383
     TC # 714383

TOTAL FEES                 0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                     $.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301064

INVOICE #  813611

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301064
     Morton, E. D.
     Loan No. 0835016820; Ally No. 725295
     TC # 725295

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/03/12 | MJA | Review of and correspondence concerning motion to dismiss appeal | L510 | .20 hrs |
| 09/06/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $117.40

EXPENSES

| 61 | Local Counsel Fees | 422.38 |
|---|---|---|

TOTAL COSTS FOR THIS MATTER                          $422.38

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .20 hrs | 297.00 /hr | 59.40 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |

TOTAL FEES        0.60 hrs                  $117.40

TOTAL EXPENSES                              $422.38



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0808-301064

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $539.78

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301064

INVOICE #  818460

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301064
     Morton, E. D.
     Loan No. 0835016820; Ally No. 725295
     TC # 725295

PROFESSIONAL SERVICES

| 10/03/12 | AHC | Draft status report and closing memorandum for attorney review | L190 | .40 hrs |
| 10/10/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $101.50

BILLING SUMMARY

| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |

| TOTAL FEES | 0.70 hrs | | $101.50 |

**TOTAL CHARGES FOR THIS INVOICE**                      **$101.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301064

INVOICE #  821209

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301064
     Morton, E. D.
     Loan No. 0835016820; Ally No. 725295
     TC # 725295

PROFESSIONAL SERVICES

| 11/05/12 | AHC | Draft memorandum regarding final disposition of file for attorney review and correspondence to client regarding same | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $43.50

BILLING SUMMARY

| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |

| TOTAL FEES | 0.30 hrs | | $43.50 |

**TOTAL CHARGES FOR THIS INVOICE**                           **$43.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 30, 2012
1100 Virginia Drive                             OR0808-301067
Fort Washington, PA 19034

                                                INVOICE #  813612

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  OR0808-301067
         Hall, John & Robin
         Loan No. 600883561; Ally No. 725622
         TC # 725622

PROFESSIONAL SERVICES

09/21/12  NSR   Fact investigation regarding claims        L120      .10 hrs
                asserted by borrower

09/21/12  MCG   Review pleadings to determine whether      C300      .50 hrs
                final supplemental order of bankruptcy
                stays all claims


                TOTAL FEES FOR THIS MATTER                        $189.50


BILLING SUMMARY

    Michael C. Griffin          .50 hrs    323.00 /hr       161.50
    Nader Raja                  .10 hrs    280.00 /hr        28.00


TOTAL FEES                      0.60 hrs                   $189.50

TOTAL CHARGES FOR THIS INVOICE                            $189.50


           ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301067

INVOICE #  818461

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301067
     Hall, John & Robin
     Loan No. 600883561; Ally No. 725622
     TC # 725622

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/12 | GEG | E-mail to GMAC folks regarding second qualified written request response letter and any responses to same | L120 | .40 hrs |
| 10/02/12 | GEG | Review status of motion still pending, etc. | L120 | .30 hrs |
| 10/05/12 | GEG | Phone conference with J.Scoliard regarding status | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $268.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | .80 hrs | 335.00 /hr | 268.00 |
| TOTAL FEES | 0.80 hrs | | $268.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$268.00** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                                       0R0808-301067
Fort Washington, PA 19034

                                                                          INVOICE #  821210

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301067
     Hall, John & Robin
     Loan No. 600883561; Ally No. 725622
     TC # 725622

PROFESSIONAL SERVICES

11/27/12  TPG   Telephone conference with J.Scoliard    L120     .20 hrs
                regarding status of case

11/27/12  GEG   Phone conference with J.Scoliard        L120     .20 hrs
                regarding status

11/28/12  GEG   Review file regarding motion still      L120     .50 hrs
                pending and draft closing memo and send
                same to J.Scoliard.


          TOTAL FEES FOR THIS MATTER                            $274.50


BILLING SUMMARY

     Glenn E. Glover            .70 hrs    335.00 /hr        234.50
     T. Parker Griffin, Jr.     .20 hrs    200.00 /hr         40.00

TOTAL FEES                    0.90 hrs                    $274.50

**TOTAL CHARGES FOR THIS INVOICE**                       **$274.50**

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0808-301069
Fort Washington, PA 19034
                                                              INVOICE #  813827

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301069
     Schaub, Peter - 725016
     Loan# 307713033
     TC # 725016                                                          0.00
  01        Copy Charges


TOTAL FEES                    0.00 hrs                      $.00

**TOTAL CHARGES FOR THIS INVOICE**                          $.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301070

INVOICE #  813613

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301070
     Tutler, Stephen William
     Loan No. 175472604; Ally No. 725710
     TC # 725710

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/07/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 09/12/12 | AHC | Draft memorandum regarding final disposition of file for attorney review and correspondence to client regarding same | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $101.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.70 hrs | | $101.50 |

**TOTAL CHARGES FOR THIS INVOICE**                        $101.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0808-301071
Fort Washington, PA 19034

                                                         INVOICE #  813614

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301071
     MCINTYRE, Shannon
     Loan No. 0810012531; Ally No. 721067
     TC # 721067

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 09/19/12 | MPE | Correspondence with default counsel regarding status date for trial. | L110 | .20 hrs |
| 09/19/12 | MPE | Research docket to determine status. | L110 | .10 hrs |
| 09/19/12 | KK | Research docket and previous correspondence with client to determine status of monitor-only case | L110 | .30 hrs |
| 09/19/12 | JWA | Review status of loan modification to determine need for additional monitoring | C300 | .20 hrs |
| 09/20/12 | MPE | Email correspondence with client regarding setting trial date. | L110 | .20 hrs |
| 09/28/12 | JWA | Prepare client update | B110 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $194.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Warmoth | .30 hrs | 241.00 /hr | 72.30 |
| Melisa P. Palmer | .50 hrs | 149.00 /hr | 74.50 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES            1.10 hrs              $194.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301071

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $194.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301071

INVOICE #  821211

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301071
     MCINTYRE, Shannon
     Loan No. 0810012531; Ally No. 721067
     TC # 721067

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|---|---|---|---|
| 11/05/12 | JWA | Prepare client update | L120 | .10 hrs |
| 11/07/12 | LADA | Analysis of current file for relevant deadlines | L190 | 1.30 hrs |
| 11/08/12 | LADA | Correspondence with prior counsel regarding additional documents | L190 | .30 hrs |
| 11/08/12 | LADA | Analysis of additional documents received from prior counsel | L190 | 1.70 hrs |
| 11/29/12 | JWA | Anlysis of file in light of default of loan modification | L120 | .80 hrs |
| 11/30/12 | JWA | Draft status report for client | B110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $455.50

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|------|------|--------|
| James Warmoth | 1.00 hrs | 241.00 /hr | 241.00 |
| Lucinda Kish | 3.30 hrs | 65.00 /hr | 214.50 |

TOTAL FEES          4.30 hrs                 $455.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301071

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                $455.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JANUARY 23, 2013
1100 Virginia Drive                                      0R0808-301071
Fort Washington, PA 19034

                                                         INVOICE #  830064

                                                         FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301071
         MCINTYRE, Shannon
         Loan No. 0810012531; Ally No. 721067
         TC # 721067

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|------|------|------|
| 10/02/12 | MPE | Email correspondence with client regarding loan modification payment | L110 | .20 hrs |
| 12/04/12 | JWA | Email exchange regarding HAMP denial letter | L120 | .20 hrs |
| 12/04/12 | JWA | Receipt and review of HAMP denial letter | L120 | .20 hrs |
| 12/04/12 | JWA | Review docket and pleadings  to determine status of borrower representation | L120 | .40 hrs |
| 12/04/12 | JWA | Prepare letter to opposing counsel regarding HAMP denial | L120 | .50 hrs |
| 12/05/12 | JWA | Review and analysis pleadings including affirmative defenses in answer to amended complaint and affirmative defenses | L120 | 1.30 hrs |
| 12/05/12 | JWA | Research and analysis of validity of affirmative defenses under Florida Law | L120 | 1.40 hrs |
| 12/06/12 | JWA | Email exchange with default counsel regarding motion for summary judgment | L120 | .50 hrs |
| 12/06/12 | LADA | Correspondence with additional counsel regarding direct contact of the same | L190 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

OR0808-301071

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/10/12 | JWA | Teleconference with default counsel regarding litigation strategy | L120 | .40 hrs |
| 12/10/12 | JWA | Email with default counsel regarding litigation strategy | L120 | .20 hrs |
| 12/10/12 | JWA | Email with client regarding litigation strategy | L120 | .20 hrs |
| 12/13/12 | JWA | Email client regarding strategy | L120 | .20 hrs |
| 12/17/12 | JWA | Email to local counsel regarding strategy | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $1,447.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Warmoth | 5.80 hrs | 241.00 /hr | 1,397.80 |
| Lucinda Kish | .30 hrs | 65.00 /hr | 19.50 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |

TOTAL FEES                 6.30 hrs                 $1,447.10

**TOTAL CHARGES FOR THIS INVOICE**                        $1,447.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 30, 2012
1100 Virginia Drive                                       0R0808-301072
Fort Washington, PA 19034

                                                          INVOICE #  813615

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0808-301072
         Meachum, H. Wayne (Meachum v. JP Morgan Chase Bank)
         Loan No. 0421001793 - 693636
         TC # 693636

    PROFESSIONAL SERVICES

    09/04/12  RK    Draft status report to client        L120      .10 hrs


              TOTAL FEES FOR THIS MATTER                       $18.50


    BILLING SUMMARY

       Riley Key              .10 hrs    185.00 /hr       18.50


    TOTAL FEES              0.10 hrs              $18.50

    **TOTAL CHARGES FOR THIS INVOICE**                $18.50

              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301072

INVOICE #  821212

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301072
     Meachum, H. Wayne (Meachum v. JP Morgan Chase Bank)
     Loan No. 0421001793 - 693636
     TC # 693636

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/28/12 | RK | Conference with foreclosure counsel regarding the status of the foreclosure | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $92.50


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Riley Key | .50 hrs | 185.00 /hr | 92.50 |

TOTAL FEES          0.50 hrs                     $92.50

**TOTAL CHARGES FOR THIS INVOICE**               **$92.50**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                JANUARY 23, 2013
1100 Virginia Drive                                                   0R0808-301072
Fort Washington, PA 19034

                                                                      INVOICE #  830067

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301072
     Meachum, H. Wayne (Meachum v. JP Morgan Chase Bank)
     Loan No. 0421001793 - 693636
     TC # 693636

## PROFESSIONAL SERVICES

10/02/12  RK   Draft status report for client          L120      .10 hrs


          TOTAL FEES FOR THIS MATTER                              $18.50


## BILLING SUMMARY

   Riley Key              .10 hrs   185.00 /hr        18.50


TOTAL FEES               0.10 hrs                     $18.50

**TOTAL CHARGES FOR THIS INVOICE**                    $18.50


          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301073

INVOICE #  813616

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301073
     Cranwill, Patrick and Glenda
     Loan No. 0306800700; Ally No. 726070
     TC # 726070

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 09/14/12 | MJA | Advise client regarding victory in appellate court | L510 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $87.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .10 hrs | 297.00 /hr | 29.70 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |

TOTAL FEES              0.50 hrs                    $87.70

**TOTAL CHARGES FOR THIS INVOICE**                    **$87.70**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                      0R0808-301073
Fort Washington, PA 19034

                                                         INVOICE #  821213
                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301073
         Cranwill, Patrick and Glenda
         Loan No. 0306800700; Ally No. 726070
         TC # 726070

PROFESSIONAL SERVICES

    11/03/12  AHC  Draft status report for attorney review    L190    .30 hrs

    11/05/12  AHC  Draft memorandum regarding final           L190    .30 hrs
                   disposition of file for attorney review
                   and correspondence to client regarding
                   same

    11/06/12  RH   Review case file to answer P.Stokes        L120    .50 hrs
                   email question about status of property;
                   email to P.Stokes regarding same


         TOTAL FEES FOR THIS MATTER                          $197.00


BILLING SUMMARY

    Alecia H. Cockrell        .60 hrs    145.00 /hr        87.00
    Rudy Hill                 .50 hrs    220.00 /hr       110.00


TOTAL FEES                   1.10 hrs                     $197.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$197.00**

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0R0808-301073

INVOICE #  829966

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301073
     Cranwill, Patrick and Glenda
     Loan No. 0306800700; Ally No. 726070
     TC # 726070

TOTAL FEES                0.00 hrs                $.00

**TOTAL CHARGES FOR THIS INVOICE**               $.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                             0R0808-301074
Fort Washington, PA 19034

                                                               INVOICE #  818462

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301074
         Rodriguez, Robert & Victoria
         Loan No. 7441477429; Ally No. 726135
         TC # 726135

PROFESSIONAL SERVICES

10/18/12  TPG  Draft status report per client request    L120    .20 hrs

10/18/12  GEG  Work on monthly update report             L120    .10 hrs


          TOTAL FEES FOR THIS MATTER                              $73.50



EXPENSES


    58      FED DOCKET SERV-PACER                                 .12.60

          TOTAL COSTS FOR THIS MATTER                    $12.60


BILLING SUMMARY

    Glenn E. Glover          .10 hrs    335.00 /hr         33.50
    T. Parker Griffin, Jr.   .20 hrs    200.00 /hr         40.00


TOTAL FEES              0.30 hrs                    $73.50

TOTAL EXPENSES                                      $12.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
NOVEMBER 17, 2012

ResCap

0R0808-301074

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $86.10

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301074

INVOICE #  821214

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301074
     Rodriguez, Robert & Victoria
     Loan No. 7441477429; Ally No. 726135
     TC # 726135

PROFESSIONAL SERVICES

| 11/20/12 | TPG | Draft status report and closing file memo per client request and email same to J.Scoliard | L120 | .60 hrs |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $120.00 |

BILLING SUMMARY

| T. Parker Griffin, Jr. | .60 hrs | 200.00 /hr | 120.00 |
|---|---|---|---|
| TOTAL FEES | 0.60 hrs | | $120.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$120.00** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0R0808-301074

INVOICE #  829970

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301074
     Rodriguez, Robert & Victoria
     Loan No. 7441477429; Ally No. 726135
     TC # 726135

TOTAL FEES                    0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                        $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301075

INVOICE #  813617

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301075
     Wernisch, James
     Loan No. 0307125621; Ally No. 726147
     TC # 726147

EXPENSES

| | | |
|---|---|---|
| 13 | Court Reporter Charges | 439.57 |
| 35 | Express Mail/Fedex | 0.00 |
| | TOTAL COSTS FOR THIS MATTER | $439.57 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $439.57 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$439.57** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
OR0808-301075

INVOICE #  818463

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  OR0808-301075
     Wernisch, James
     Loan No. 0307125621; Ally No. 726147
     TC # 726147

PROFESSIONAL SERVICES

10/23/12  LADA Finalize memorandum regarding resolution    L190    1.20 hrs
          of matter

          TOTAL FEES FOR THIS MATTER                               $78.00


BILLING SUMMARY

    Lucinda Kish            1.20 hrs    65.00 /hr        78.00


TOTAL FEES                  1.20 hrs                    $78.00

**TOTAL CHARGES FOR THIS INVOICE**                     $78.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301076

INVOICE #  813618

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301076
     Delisle, James
     Loan# 418190112 Ally# 726275
     TC # 726275

PROFESSIONAL SERVICES

09/05/12  MMB  Draft monthly case status update          B110     .20 hrs


          TOTAL FEES FOR THIS MATTER                        $48.00


BILLING SUMMARY

  Melissa Burton              .20 hrs   240.00 /hr       48.00


TOTAL FEES                 0.20 hrs                     $48.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$48.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301076

INVOICE #  818464

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301076
     Delisle, James
     Loan# 418190112 Ally# 726275
     TC # 726275

PROFESSIONAL SERVICES

10/01/12   MMB   Revise case status report              B110      .30 hrs

10/02/12   JDR   Evaluate case status, including as     L190      .10 hrs
                 affected by bankruptcy stay.


           TOTAL FEES FOR THIS MATTER                         $101.30


BILLING SUMMARY

     Jonathan Rose          .10 hrs   293.00 /hr        29.30
     Melissa Burton         .30 hrs   240.00 /hr        72.00


TOTAL FEES                0.40 hrs                  $101.30

TOTAL CHARGES FOR THIS INVOICE                     $101.30


           ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301076

INVOICE #  821215

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301076
     Delisle, James
     Loan# 418190112 Ally# 726275
     TC # 726275

PROFESSIONAL SERVICES

11/01/12  PMS  Draft status report for client.        C300      .10 hrs

           TOTAL FEES FOR THIS MATTER                        $20.60


BILLING SUMMARY

   P. Max Smith              .10 hrs   206.00 /hr      20.60

TOTAL FEES              0.10 hrs                $20.60

**TOTAL CHARGES FOR THIS INVOICE**              **$20.60**

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301076

INVOICE #  830069

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301076
     Delisle, James
     Loan# 418190112 Ally# 726275
     TC # 726275

PROFESSIONAL SERVICES

12/02/12  PMS  Draft status report for client.          C300     .10 hrs


              TOTAL FEES FOR THIS MATTER                      $20.60


BILLING SUMMARY

  P. Max Smith             .10 hrs   206.00 /hr        20.60


TOTAL FEES              0.10 hrs                $20.60

**TOTAL CHARGES FOR THIS INVOICE**                  $20.60


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301080

INVOICE #  830070

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301080
     Maruri, Arturo
     Loan No. 7413237306; Ally No. 723300
     TC # 723300

EXPENSES

12/31/12 Court Reporter Charges - U. S. LEGAL SUPPORT,           636.00
         INC. MW DEPOSITION TRANSCRIPT R.MONTOYA 7/27/12
         Bank ID: GENR Check Number: 104496

              TOTAL COSTS FOR THIS MATTER                    $636.00


TOTAL FEES            0.00 hrs               $.00

TOTAL EXPENSES                            $636.00

**TOTAL CHARGES FOR THIS INVOICE**        $636.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0808-301086
Fort Washington, PA 19034

                                                              INVOICE #  813619

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301086
     Caliendo, Anthony J. & April
     Loan No. 0686473912; Ally No. 725986
     TC # 725986

## PROFESSIONAL SERVICES

| 09/13/12 | MW | Correspondence with client regarding executed settlement agreement with county | L120 | .20 hrs |
| 09/13/12 | MW | Conference with Palm Beach County Attorney regarding timing of execution of settlement agreement with lien payoff statement | L120 | .30 hrs |
| 09/18/12 | MW | Correspondence with Palm Beach County Attorney regarding timing of negotiations with settlement agreement approval pursuant to payoff statement deadlines | L120 | .20 hrs |
| 09/19/12 | KK | Emails with client regarding settlement check | L110 | .20 hrs |
| 09/19/12 | MW | Correspondence with County Attorney regarding timeline for check clearance | L120 | .10 hrs |
| 09/19/12 | MW | Correspondence with client regarding timeline for check clearance | L120 | .10 hrs |
| 09/20/12 | MW | Correspondence with client enclosing executed settlement agreement and confirming timeline for check clearance | L120 | .20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301086

FED ID NO. 63-0243316

---

| 09/24/12 | MW | Correspondence with client regarding payment to Palm Beach County pursuant to settlement agreement | C400 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $373.90

09/27/12 Express Mail/Fedex                                    0.00

<u>BILLING SUMMARY</u>

| Monica Wilson | 1.30 hrs | 263.00 /hr | 341.90 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES             1.50 hrs                $373.90

**TOTAL CHARGES FOR THIS INVOICE**                **$373.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301086

INVOICE #  818465

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301086
     Caliendo, Anthony J. & April
     Loan No. 0686473912; Ally No. 725986
     TC # 725986

<u>PROFESSIONAL SERVICES</u>

| 10/09/12 | MW | Correspondence with P.Mugavero, Palm Beach County Attorney, regarding status of litigation | L120 | .20 hrs |
| 10/09/12 | MW | Revise closing memorandum | L320 | .30 hrs |
| 10/09/12 | KK | Confirm with the Palm Beach County attorney via email that the settlement check was received and draft a closing statement to send to client regarding resolution of matter | L110 | .30 hrs |
| 10/17/12 | KK | Research Palm Beach County official records to determine if satisfaction of liens have been recorded to date | L110 | .20 hrs |
| 10/31/12 | KK | Research Palm Beach County official records and email with Palm Beach County attorney regarding recording satisfaction of lien | L110 | .80 hrs |
| 10/31/12 | MCG | Revise closing memorandum | C300 | .20 hrs |
| 10/31/12 | MW | Correspondence with P.Mugavero, Palm Beach County Attorney, regarding needed satisfactions of liens pursuant to executed settlement agreement, in order to close matter | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301086

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $483.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .20 hrs | 323.00 /hr | 64.60 |
| Monica Wilson | .80 hrs | 263.00 /hr | 210.40 |
| Kerry Keane | 1.30 hrs | 160.00 /hr | 208.00 |

TOTAL FEES            2.30 hrs            $483.00

**TOTAL CHARGES FOR THIS INVOICE**            **$483.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301086

INVOICE #  821216

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301086
     Caliendo, Anthony J. & April
     Loan No. 0686473912; Ally No. 725986
     TC # 725986

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/12 | KK | Emails with client regarding satisfaction of liens in order to close out case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                     $32.00

BILLING SUMMARY

Kerry Keane               .20 hrs   160.00 /hr        32.00

TOTAL FEES                0.20 hrs                    $32.00

**TOTAL CHARGES FOR THIS INVOICE**                   **$32.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301088

INVOICE #  813620

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301088
     Tankersley, William & Margaret
     Loan No. 0601501385; Ally No. 725981
     TC # 725981

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | KSA | Prepare for motion to withdraw hearing by review of pleadings and origination documents | L240B | 2.50 hrs |
| 09/04/12 | KSA | Attend motion to withdraw hearing and obtain order granting domain funds | L110 | 2.70 hrs |
| 09/05/12 | MW | Correspondence with client regarding outcome of hearing and release of check pursuant to court order | L120 | .20 hrs |
| 09/07/12 | KK | Review docket and correspondence regarding results from hearing on September 4, 2012 and draft closing memorandum to send to client regarding resolution of matter | L110 | .40 hrs |
| 09/11/12 | KSA | Telephone discussion with Denton County accounting office regarding distribution of funds and tax documents needed | L120 | .20 hrs |
| 09/12/12 | MPE | Telephone call with County accounting office in an effort to determine if there are any outstanding taxes on property. | L110 | .30 hrs |
| 09/19/12 | KK | Revise closing memorandum, receive and review awarded funds check, and prepare to close out case | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0808-301088

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/19/12 | MW | Review and revise closing memorandum in light of received disbursement check from clerk of court | L120 | .20 hrs |
| 09/20/12 | KK | Prepare copies of motion, order, check, and closing memorandum in order to officially close out matter | L110 | .30 hrs |
| 09/20/12 | MCG | Revise closing memorandum | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,567.10

**EXPENSES**

| | | |
|---|---|---|
| 09/10/12 | Filing Fees - KEITH ANDERSON ATTEND HEARING 9/4/12 FILING FEE DENTON CO. CLERK Bank ID: GENR Check Number: 99069 | 9.00 |
| 09/12/12 | Court Costs - Pleadings - WEST GROUP KK COURT COST Bank ID: GENR Check Number: 99035 | 148.39 |
| 09/13/12 | Court Costs - Pleadings - WEST GROUP KK COURT COST Bank ID: GENR Check Number: 99158 | 168.50 |
| 09/10/12 | Airline Tickets - KEITH ANDERSON ATTEND HEARING 9/4/12 Bank ID: GENR Check Number: 99069 | 611.60 |
| 09/10/12 | Travel Expense - KEITH ANDERSON ATTEND HEARING 9/4/12 RENTAL CAR Bank ID: GENR Check Number: 99069 | 94.27 |
| 09/10/12 | Travel Expense - KEITH ANDERSON ATTEND HEARING 9/4/12 FUEL, PARKING Bank ID: GENR Check Number: 99069 | 27.69 |
| 09/10/12 | Meal Expense - KEITH ANDERSON ATTEND HEARING 9/4/12 Bank ID: GENR Check Number: 99069 | 32.25 |
| 09/20/12 | Express Mail/Fedex | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0808-301088

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER                    $1,091.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 5.40 hrs | 223.00 /hr | 1,204.20 |
| Michael C. Griffin | .20 hrs | 323.00 /hr | 64.60 |
| Monica Wilson | .40 hrs | 263.00 /hr | 105.20 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |
| Kerry Keane | .40 hrs | 91.00 /hr | 36.40 |

TOTAL FEES                7.40 hrs                    $1,567.10

TOTAL EXPENSES                                       $1,091.70

**TOTAL CHARGES FOR THIS INVOICE**                   **$2,658.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                             0R0808-301093
Fort Washington, PA 19034

                                                               INVOICE # 818466

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301093
     Mulcahy, Daniel
     Loan No. 0306800642; Ally No. 725404
     TC # 725404

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 10/24/12 | CWH | Analyze Mulcahy's latest communications to vendor | L110 | .20 hrs |
| 10/25/12 | CWH | Analyze borrower's latest communications to Balboa and update notes on same | L120 | .40 hrs |
| 10/25/12 | CWH | Strategy discussion with client | L120 | .10 hrs |
| 10/29/12 | CWH | Exchange e-mails with client regarding the FL Office of Financial Regulation complaint and plan to respond to same | L110 | .20 hrs |
| 10/29/12 | CWH | Analyze Mulcahy's FL Office of Financial Regulation complaint and outline response to same | L110 | 1.20 hrs |
| 10/29/12 | CSM | Analyze case history in preparing to respond to borrower complaint to Florida Office of Financial Regulation | L120 | 2.10 hrs |
| 10/29/12 | KK | Research official records in Monroe County, Florida and update and edit timeline | L110 | .50 hrs |
| 10/30/12 | CWH | Revise response to FL Office of Financial Regulation complaint | L110 | .30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

OR0808-301093

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/30/12 | CSM | Analyze case history in preparing to respond to borrower complaint to Florida Office of Financial Regulation | L250 | .70 hrs |
| 10/30/12 | CSM | Draft response to borrower's complaint to Florida Office of Financial Regulation | L210 | 1.80 hrs |
| 10/31/12 | CWH | Analyze email from Mulcahy and the letter he received from GMAC regarding old funds that were never cashed and respond to his email | L110 | .20 hrs |
| 10/31/12 | CWH | Email client to request information on 2005 funds that were never cashed and are being re-offered to Mulcahy now | L110 | .10 hrs |
| 10/31/12 | CWH | Analyze the 2006 complaint and response to the FL Office of Financial Regulation and compare to same to the current complaint | L120 | .50 hrs |
| 10/31/12 | CWH | Update timeline with information attached to the 2006 complaint and response | L120 | .20 hrs |
| 10/31/12 | CSM | Review correspondence and documents relating to borrower's 2006 complaint to Florida Department of Financial Services | L120 | .90 hrs |
| 10/31/12 | CSM | Revise response to borrower's complaint to Florida Office of Financial Regulation | L210 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,064.00



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 17, 2012

ResCap

0R0808-301093

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 3.40 hrs | 330.00 /hr | 1,122.00 |
| Cory S. Menees | 6.10 hrs | 300.00 /hr | 1,830.00 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |

TOTAL FEES              10.20 hrs                    $3,064.00

**TOTAL CHARGES FOR THIS INVOICE**            $3,064.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301093

INVOICE # 821217

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0808-301093
      Mulcahy, Daniel
      Loan No. 0306800642; Ally No. 725404
      TC # 725404

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CWH | Revise response to complaint submitted to Florida Office of Financial Regulation and send same to client for review | L120 | .70 hrs |
| 11/01/12 | CSM | Review revised response to borrower complaint to Florida Office of Financial Regulation | L250 | .10 hrs |
| 11/02/12 | CWH | Exchange e-mails with client regarding letter to Florida Office of Financial Regulation | L120 | .20 hrs |
| 11/13/12 | CWH | Follow-up with client on the outstanding question to accounting | L110 | .10 hrs |
| 11/14/12 | CWH | Exchange e-mails with D.Mulcahy about whether he cashed check from Balboa and, if settlement offer, when | L110 | .10 hrs |
| 11/14/12 | CWH | Exchange e-mails with D.Mulcahy about $706.10 funds available to him | L110 | .20 hrs |
| 11/15/12 | CWH | Analyze borrower's reply to GMAC's response to Consumer protection bureau complaint and forward same to client with comments | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 30, 2012

ResCap

0R0808-301093

FED ID NO. 63-0243316

---

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/15/12 | CWH | Exchange e-mails with Consumer protection bureau to determine deadline for sur-reply | L120 | .20 hrs |
| 11/16/12 | CWH | Analyze Mulcahy's two recent emails and forward same to client with comments | L120 | .20 hrs |
| 11/16/12 | CWH | Analyze Mulcahy's letter to GMAC customer care and discuss same with client | L120 | .30 hrs |
| 11/19/12 | CWH | Analyze latest emails from Mulcahy regarding his contact with ASI | L120 | .10 hrs |
| 11/28/12 | CWH | Confirm reply date of December 6th with Florida regulator | L190 | .10 hrs |
| 11/28/12 | CWH | Exchange e-mails with client regarding their research on the old check(settlement) | L110 | .10 hrs |
| 11/28/12 | CWH | Review Mulcahy's email regarding alleged updates from ASI and confirm date that reply will be sent to FL regulator with him, per his request | L110 | .20 hrs |
| 11/28/12 | CSM | Review borrower reply to client response to complaint made to Florida Office of Financial Regulation | L190 | .20 hrs |
| 11/28/12 | CSM | Draft response to borrower reply to client response to complaint made in Florida Office of Financial Regulation | L210 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER                                   $1,341.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 30, 2012

0R0808-301093

FED ID NO. 63-0243316

ResCap

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 2.70 hrs | 330.00 /hr | 891.00 |
| Cory S. Menees | 1.50 hrs | 300.00 /hr | 450.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 4.20 hrs | | $1,341.00 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,341.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        JANUARY 23, 2013
1100 Virginia Drive                                          0R0808-301093
Fort Washington, PA 19034

                                                             INVOICE #  830073

                                                             FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301093
     Mulcahy, Daniel
     Loan No. 0306800642; Ally No. 725404
     TC # 725404

PROFESSIONAL SERVICES

| 12/05/12 | CWH | Exchange e-mails with client regarding status of certain check in 2011 | L110 | .20 hrs |
| 12/06/12 | CSM | Revise response to borrower complaint to Florida Office of Financial Regulation | L250 | .70 hrs |
| 12/10/12 | CWH | Research RESPA's impact, if any, on Mulcahy's allegations | L120 | .20 hrs |
| 12/10/12 | CWH | Continue to revise reply letter to Florida regulator regarding Mulcahy's account and foreclosure suit and send same to client for approval | L120 | .50 hrs |
| 12/12/12 | MPE | Finalize response and exhibits to the Florida Office of Financial Regulation. | L110 | .60 hrs |
| 12/14/12 | CWH | Review and analyze latest email from Mulcahy and discuss same with client | L120 | .20 hrs |
| 12/16/12 | CWH | Review and analyze this weekend's emails from Mulcahy and send an initial response to him regarding same | L120 | .40 hrs |
| 12/17/12 | CWH | Email client regarding strategy in Mulcahy matter | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301093

FED ID NO. 63-0243316

12/17/12   CSM   Research regarding ability of Florida          L120        .80 hrs
                 Office of Financial Regulation to impose
                 penalties in relation to consumer
                 complaints


                 TOTAL FEES FOR THIS MATTER                              $1,100.40


BILLING SUMMARY

    Christian W. Hancock      1.70 hrs    330.00 /hr        561.00
    Cory S. Menees           1.50 hrs    300.00 /hr        450.00
    Melisa P. Palmer          .60 hrs    149.00 /hr         89.40


TOTAL FEES                    3.80 hrs                   $1,100.40

**TOTAL CHARGES FOR THIS INVOICE**                      **$1,100.40**

                * * * * * TOTAL DUE UPON RECEIPT * * * * *



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301102

INVOICE #  813621

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301102
     Matthews, Kevin
     Loan No. 702166456; Ally No. 726605
     TC # 726605

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 09/04/12 | SAP | Draft case summary for bankruptcy counsel re response to lift stay motion | B190 | .40 hrs |
| 09/04/12 | SAP | Analyze Matthews' Opposition to Motion to Dismiss and Motion for Relief from Stay | L240 | .60 hrs |
| 09/04/12 | SAP | Research cases and supporting materials relied on by Matthews' counsel in Opposition Brief | C200 | 1.10 hrs |
| 09/05/12 | EHI | Review HAMP modification authority cited by client for corrections/argument based on it; review Matthews opposition and formulate arguments against use | B110 | 1.80 hrs |
| 09/05/12 | SAP | Correspond with client re status and setting up conference call with bankruptcy counsel re lift stay motion | B190 | .20 hrs |
| 09/05/12 | SAP | Analyze Matthews' arguments in Opposition to Motion to Dismiss re private cause of action under HAMP and research same | L240 | .90 hrs |
| 09/06/12 | SAP | Prepare for and participate in telephone conference with client and bankruptcy counsel responding to lift stay motion | B190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/06/12 | SAP | Analyze Ward's Reply Memorandum and cases cited therein | L240 | .40 hrs |
| 09/06/12 | SAP | Analyze affidavit from tenant received from Matthews' counsel | L190 | .20 hrs |
| 09/06/12 | SAP | Analyze filings and provide to bankruptcy counsel for purposes of preparing response to lift stay motion | B190 | .20 hrs |
| 09/07/12 | EHI | Review argument regarding HAMP preemption | B110 | .50 hrs |
| 09/10/12 | SAP | Legal research re Matthews' nonmutual offensive collateral estoppel and HAMP arguments | L240 | 1.20 hrs |
| 09/10/12 | SAP | Telephone conference with bankruptcy counsel and client re opposition to lift stay | B190 | .30 hrs |
| 09/10/12 | EHI | Formulate conclusion on reconciling emotional distress damages statutory eligibility conflict | B110 | .30 hrs |
| 09/11/12 | SAP | Legal research re Matthews' Consumer Protection Act, FDCPA, Consumer Debt Collection Act and Mortgage Fraud Act arguments, including cases cited in Opposition Brief | L240 | 2.30 hrs |
| 09/11/12 | SAP | Draft Memorandum In Reply to Matthews' Opposition to GMAC's Motion To Dismiss | L240 | 3.80 hrs |
| 09/11/12 | EAF | Review emails with bankruptcy counsel regarding discussions with counsel for Matthews concerning stay of claims for damages | L120 | .30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/12/12 | SAP | Continue drafting Memorandum In Reply to Matthews' Opposition to GMAC's Motion To Dismiss | L240 | 5.80 hrs |
| 09/13/12 | SAP | Continue drafting Memorandum In Reply to Matthews' Opposition to GMAC's Motion To Dismiss | L240 | 5.20 hrs |
| 09/13/12 | SAP | Correspond with Matthews' counsel re obtaining rental receipts | B110 | .20 hrs |
| 09/14/12 | EAF | Review reply brief filed by C.Ward | L240 | .20 hrs |
| 09/14/12 | EAF | Review Matthews's opposition to motion to dismiss | L240 | .50 hrs |
| 09/17/12 | CWH | Revise motion to dismiss reply brief | L210 | .20 hrs |
| 09/17/12 | EAF | Review draft reply brief in support of motion to dismiss | L240 | 1.00 hrs |
| 09/17/12 | SAP | Make final revisions to Reply Brief and file same | L240 | .90 hrs |
| 09/18/12 | SAP | Correspond with client and review materials re bankruptcy stay | L240 | .30 hrs |
| 09/18/12 | EAF | Email with J.Ho regarding mediation | C300 | .20 hrs |
| 09/18/12 | SAP | Make revisions to draft objection to lift stay motion | B190 | .30 hrs |
| 09/18/12 | SAP | Correspond with Matthews' counsel re obtaining rental receipts | B190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
OCTOBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| 09/19/12 | SAP | Analyze rental receipts received from Matthews' counsel and correspond with client re same | B190 | .20 hrs |
| 09/20/12 | EAF | Review draft objection to motion to lift stay in bankruptcy court and Kris Jen decision and provide feedback regarding same | L430 | .70 hrs |
| 09/20/12 | SAP | Analyze opposition to lift stay motion in conjunction with legal research re right to jury trial in foreclosure proceeding under Maryland law | B190 | .50 hrs |
| 09/24/12 | SAP | Analyze correspondence with bankruptcy counsel re adjourning lift stay hearing pending entry of a consent order confirming that the automatic stay does not apply to any of the non-debtors | B190 | .20 hrs |
| 09/24/12 | CWH | Exchange e-mails with client regarding bankruptcy issues in case | L210 | .20 hrs |
| 09/25/12 | SAP | Analyze Stephan's Reply Memorandum in Support of Motion to Dismiss | L240 | .20 hrs |
| 09/26/12 | EAF | Email to bankruptcy counsel regarding hearing on Matthews' motion to lift stay | C400 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $11,136.50

| 09/05/12 | Copy Charges | 0.00 |
| 09/05/12 | Copy Charges | 0.00 |
| 09/17/12 | Express Mail/Fedex | 0.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
OCTOBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | 3.10 hrs | 358.00 /hr | 1,109.80 |
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Emil Hirsch | 2.60 hrs | 450.00 /hr | 1,170.00 |
| Steven A. Pozefsky | 25.90 hrs | 323.00 /hr | 8,365.70 |

TOTAL FEES             32.00 hrs                $11,136.50

**TOTAL CHARGES FOR THIS INVOICE**          $11,136.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              NOVEMBER 17, 2012
1100 Virginia Drive                                 0R0808-301102
Fort Washington, PA 19034

                                                    INVOICE #  818467

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301102
     Matthews, Kevin
     Loan No. 702166456; Ally No. 726605
     TC # 726605

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 10/01/12 | EAF | Email with client regarding Matthews's request for loan modification and denial of same | L120 | .20 hrs |
| 10/02/12 | EAF | Email to counsel regarding request for documentation in support of damages | L240B | .20 hrs |
| 10/05/12 | EAF | Telephone conference with client regarding mediation and settlement authority and related issues | L120 | .20 hrs |
| 10/05/12 | EAF | Review materials in initial preparation for mediation | L160 | .30 hrs |
| 10/08/12 | SAP | Analyze correspondence re mediation | B190 | .20 hrs |
| 10/08/12 | EAF | Review email from opposing counsel to ADR judge regarding cancellation of mediation and prepare email to ADR judge regarding same | L160 | .60 hrs |
| 10/08/12 | EAF | Telephone conference with client regarding denial of loan modification request and explanation of determination | L120 | .30 hrs |
| 10/08/12 | EAF | Prepare letter to counsel regarding denial of request for loan modification due to insufficient income | L240B | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 10/08/12 | EAF | Review materials in preparation for mediation | L160 | 1.50 hrs |
| 10/08/12 | EAF | Prepare memo regarding settlement authority for mediation | L160 | .50 hrs |
| 10/08/12 | EAF | Emails with counsel for K.Matthews regarding denial of loan modification request and issues relating to mediation and counsel's position that it is futile given modification denial | L240B | .40 hrs |
| 10/09/12 | EAF | Telephone conference with client regarding cancellation of mediation by K.Matthews and status and strategy regarding continued settlement discussions and discovery | L120 | .30 hrs |
| 10/09/12 | SAP | Analyze correspondence re Matthews's motion for stay relief | B190 | .30 hrs |
| 10/09/12 | EAF | Email to client recounting exchanges with counsel with K.Matthews relating to requests for information and submissions of same relating to loss mitigation | L120 | .50 hrs |
| 10/10/12 | EAF | Email to client forwarding email from counsel regarding refusal to provide documentation relating to damages and recommendation to conduct discovery | L120 | .20 hrs |
| 10/11/12 | EAF | Prepare letter to P.Robinson regarding possible loss mitigation options and unilateral cancellation of mediation | L240B | .60 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 17, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/12/12 | EAF | Revise letter to P.Robinson regarding loss mitigation options and gauging interest in same | L240B | .40 hrs |
| 10/15/12 | EAF | Revise letter to counsel regarding possible loss mitigation avenues | L240B | .40 hrs |
| 10/15/12 | EAF | Emails with client regarding proposed letter to counsel regarding potential avenues of settlement including deed in lieu and factual information relating thereto | L120 | .40 hrs |
| 10/22/12 | CWH | Analyze status of case in light of court's ruling in early October | L210 | .10 hrs |
| 10/25/12 | EAF | Telephone conference with client regarding status of case, including no response from counsel concerning consideration of possible loss mitigation avenues and whether to proceed with discovery | L120 | .10 hrs |
| 10/25/12 | SAP | Legal research re propounding discovery while dispositive motions are pending | C200 | .40 hrs |
| 10/31/12 | SAP | Analyze notice of voluntary dismissal filed by Matthews' counsel in conjunction re Maryland rules re voluntary dismissals after motion to dismiss has been extensively briefed | L250 | .60 hrs |
| 10/31/12 | EAF | Review Notice of Dismissal of GMAC only and analyze issues associated with same | L210 | .70 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0808-301102

FED ID NO. 63-0243316

---

10/31/12  EAF   Email to client regarding dismissal of       L120      .40 hrs
                GMAC and other recent developments in
                case

              TOTAL FEES FOR THIS MATTER                                $3,524.70

10/11/12 Copy Charges                                                        0.00

BILLING SUMMARY

    Eric A. Frechtel          8.40 hrs    358.00 /hr      3,007.20
    Christian W. Hancock       .10 hrs    330.00 /hr         33.00
    Steven A. Pozefsky        1.50 hrs    323.00 /hr        484.50

TOTAL FEES                   10.00 hrs                    $3,524.70

**TOTAL CHARGES FOR THIS INVOICE**                       **$3,524.70**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301102

INVOICE #  820874

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301102
     Matthews, Kevin
     Loan No. 702166456; Ally No. 726605
     TC # 726605

<u>EXPENSES</u>

11/16/12 Court Costs - Pleadings - WEST GROUP                              226.13
         Bank ID: GENR Check Number: 102425

              TOTAL COSTS FOR THIS MATTER                       $226.13


TOTAL FEES                 0.00 hrs                 $.00

TOTAL EXPENSES                                   $226.13

**TOTAL CHARGES FOR THIS INVOICE**              **$226.13**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0808-301102

INVOICE #  821218

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0808-301102
     Matthews, Kevin
     Loan No. 702166456; Ally No. 726605
     TC # 726605

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | EAF | Email to client regarding initial review of recent filings by Matthews and issues relating thereto | L120 | .40 hrs |
| 11/01/12 | EAF | Emails with counsel for J.Stephan regarding recent filings by Matthews and discussion relating to same | L120 | .30 hrs |
| 11/01/12 | EAF | Review issues associated with contacting counsel for J.Stephan regarding need to file proof of claim in bankruptcy case | L120 | .40 hrs |
| 11/01/12 | EAF | Email with foreclosure counsel regarding recent filings | L120 | .10 hrs |
| 11/01/12 | CWH | Analyze the merits of the claims against individual employees in the suit | L120 | .10 hrs |
| 11/01/12 | SAP | Analyze Amended Counterclaim, Rule 14-211 Motion to Dismiss and Notice to Lift Stay filed by Matthews | L210 | .50 hrs |
| 11/02/12 | EAF | Analysis of amended counter complaint and motion to dismiss or stay foreclosure including motions to strike same | L210 | 1.40 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301102

FED ID NO. 63-0243316

---

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/12 | EAF | Telephone conference with J.Ho regarding recent filings and strategy regarding same | L120 | .20 hrs |
| 11/02/12 | EAF | Email to N.Campbell regarding case | L120 | .10 hrs |
| 11/02/12 | EAF | Email exchange with E.Brady regarding status of case, including possibility of setting sale | L120 | .20 hrs |
| 11/02/12 | EAF | Prepare email to counsel for J.Stephan regarding status of case and likely motions to strike and arguments to include in same | L120 | .50 hrs |
| 11/05/12 | EAF | Email to foreclosure counsel regarding status and strategy, including filing motions to strike amended complaint and motion to sever | L120 | .60 hrs |
| 11/05/12 | EAF | Email to client regarding status and strategy, including response to motion to dismiss or stay, motion to strike amended pleading, motion to sever given that no claims are pending against any party involved in present foreclosure action, and recommended letter to judge regarding same | L120 | .70 hrs |
| 11/06/12 | EAF | Review issue associated with J.Stephan filing proof of claim in GMAC bankruptcy relating to defense and indemnity | L240B | .20 hrs |
| 11/06/12 | EAF | Email with foreclosure counsel regarding conference call to discuss strategy | L120 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/12 | EAF | Email with counsel for J.Stephan regarding conference call | L120 | .10 hrs |
| 11/07/12 | EAF | Telephone conference with M.Simanowith and G.Schwab regarding case, issues relative to J.Stephan, strategy regarding pending motions and filings, proof of claim in bankruptcy case | L120 | .60 hrs |
| 11/07/12 | EAF | Prepare for conference call with client and counsel for J.Stephan and counsel for substitute trustees regarding status and strategy relative to recent filings by K.Matthews | L120 | .50 hrs |
| 11/07/12 | EAF | Conference call with client and counsel for J.Stephan and counsel for substitute trustees regarding status and strategy relative to recent filings by K.Matthews | L120 | .80 hrs |
| 11/07/12 | SAP | Prepare for and participate in telephone conference with client re strategy | B190 | .80 hrs |
| 11/07/12 | EAF | Telephone conference with counsel for J.Stephan regarding proof of claim in bankruptcy case and strategy regarding recent filings by Matthews | L120 | .80 hrs |
| 11/08/12 | EAF | Review adversary complaint filed by K.Matthews in bankruptcy case | L210 | .50 hrs |
| 11/08/12 | EAF | Email to client regarding adversary complaint in comparison with amended counter-complaint and original counter-complaint in state court and continued relevance of motion to dismiss | L120 | .30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0808-301102

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/09/12 | EAF | Review agreement between GMAC and USAA to determine relationship vis-a-vis Matthews loan | L110 | .50 hrs |
| 11/11/12 | SAP | Legal research re possible severing counterclaims from foreclosure action | C200 | .20 hrs |
| 11/11/12 | EAF | Review issues associated with Matthews's motion to stay or dismiss foreclosure including response to argument identifying amended counter-complaint as basis of motion and recent case law on issue | L240 | .60 hrs |
| 11/12/12 | EAF | Telephone conference with J.Ho and A.Fleitas regarding USAA involvement in loan and agreement with GMAC and relevance to case and arguments made by K.Matthews | L120 | .60 hrs |
| 11/12/12 | EAF | Review reinstatement figure and forward same to foreclosure counsel for calculation of bond amount for request in response to motion to stay or dismiss foreclosure | L120 | .20 hrs |
| 11/12/12 | EAF | Email with J.Ho regarding issues relating to USAA | L120 | .20 hrs |
| 11/12/12 | EAF | Email with foreclosure counsel regarding preparation of response to motion to stay or dismiss foreclosure | L120 | .30 hrs |
| 11/13/12 | EAF | Research case law and prepare brief in opposition to motion to stay and dismiss foreclosure including introduction section and beginning of section regarding amended counter complaint and | L240 | 3.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
NOVEMBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

---

lack of nexus with foreclosure

| | | | | |
|---|---|---|---|---|
| 11/14/12 | EAF | Telephone conference with clients and bankruptcy counsel regarding bankruptcy case and adversary proceeding and motion to dismiss | L120 | .40 hrs |
| 11/14/12 | EAF | Email to clients and bankruptcy counsel regarding briefing on motion to dismiss in state court action | L120 | .30 hrs |
| 11/14/12 | EAF | Continue drafting response to motion to stay and dismiss foreclosure including introduction and background sections and section relating to futility of Amended Counter Complaint | L240 | 2.40 hrs |
| 11/14/12 | EAF | Review materials in preparation for call with client and bankruptcy counsel regarding filing of complaint in Bankruptcy Court | L120 | .50 hrs |
| 11/14/12 | EAF | Review email from J.Ho regarding confirmation that USAA has not been served | L120 | .10 hrs |
| 11/15/12 | EAF | Continue preparation of brief in response to motion to stay and dismiss including introduction and background sections and legal analysis of Shepherd decision | L240 | 2.20 hrs |
| 11/16/12 | EAF | Prepare affidavit in support of response to motion to stay and dismiss foreclosure detailing extensive history of loss mitigation efforts | L240 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
NOVEMBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/16/12 | EAF | Telephone conference with J.Ho regarding affidavit in support of opposition to motion to stay and dismiss foreclosure | L240 | .40 hrs |
| 11/16/12 | EAF | Continue preparation of brief in response to motion to stay and dismiss foreclosure including background and argument sections relating to loss mitigation and analysis of Shepherd decision | L240 | 3.20 hrs |
| 11/16/12 | EAF | Email with foreclosure counsel regarding brief in opposition to motion to stay and foreclose | L240 | .20 hrs |
| 11/17/12 | EAF | Continued preparation of brief in response to motion to stay and dismiss foreclosure proceeding including discussion of Bechamps case in relation to peripheral litigation and discussion of Shepherd and extensive history of loss mitigation for K.Matthews | L240 | 2.60 hrs |
| 11/18/12 | EAF | Email exchange with foreclosure counsel regarding issues relating to arguments and facts in brief in response to motion to stay and dismiss foreclosure | L120 | .30 hrs |
| 11/18/12 | EAF | Continued preparation of brief in response to motion to stay and dismiss foreclosure, including section relating to Amended Counter Complaint and Shepherd decision | L240 | 4.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    7
NOVEMBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/19/12 | EAF | Prepare letter to foreclosure counsel forwarding original affidavit for filing in support of response to motion to stay and dismiss | L120 | .20 hrs |
| 11/19/12 | EAF | Finalize brief in response to motion to stay and dismiss foreclosure, including adding section distinguishing Wells Fargo v. Neal | L240 | 2.40 hrs |
| 11/19/12 | EAF | Emails with foreclosure counsel regarding issues and completion of brief for filing | L240 | .30 hrs |
| 11/19/12 | EAF | Email to J.Ho regarding filing of brief in opposition to motion to stay and dismiss | L240 | .10 hrs |
| 11/20/12 | EAF | Review letter from counsel for J.Stephan and email chain from USAA relating to same | L120 | .20 hrs |
| 11/20/12 | EAF | Email exchanges with client regarding USAA as defendant and whether there has been service on same | L120 | .20 hrs |
| 11/28/12 | EAF | Revise argument in support of motion to dismiss for Bankruptcy Court filing | L240 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $13,799.30



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      8
NOVEMBER 30, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | 37.10 hrs | 358.00 /hr | 13,281.80 |
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Steven A. Pozefsky | 1.50 hrs | 323.00 /hr | 484.50 |

TOTAL FEES            38.70 hrs                    $13,799.30

**TOTAL CHARGES FOR THIS INVOICE**                 $13,799.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301102

INVOICE #  830075

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301102
     Matthews, Kevin
     Loan No. 702166456; Ally No. 726605
     TC # 726605

PROFESSIONAL SERVICES

| 12/03/12 | EAF | Email exchange with J.Scoliard regarding handling motion to dismiss in Bankruptcy Court | L240 | .20 hrs |
| 12/03/12 | EAF | Telephone conference with J.Scoliard regarding motion to dismiss in Bankruptcy Court and strategy associated with same | L120 | .30 hrs |
| 12/03/12 | SAP | Telephone conference with client re motion to dismiss adversary proceeding | L120 | .50 hrs |
| 12/03/12 | EAF | Further review of issues associated with filing motion to dismiss adversary proceeding in Bankruptcy Court | L240 | .30 hrs |
| 12/04/12 | EAF | Email with J.Scoliard regarding status and strategy regarding motion in Bankruptcy Court | L120 | .20 hrs |
| 12/05/12 | EAF | Email with J.Scoliard regarding motion in bankruptcy case | L120 | .20 hrs |
| 12/14/12 | EAF | Emails with J.Ho regarding status of case | L120 | .30 hrs |
| 12/20/12 | EAF | Email exchange with foreclosure counsel regarding status of state litigation | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301102

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/21/12 | SAP | Review and analyze correspondence re scope of bankruptcy stay with respect to a borrower pursuing summary judgment on an affirmative money damages claim against GMAC employees/agents | B190 | .20 hrs |
| 12/21/12 | EAF | Email to J.Scoliard in follow-up regarding motion to dismiss in bankruptcy case | L120 | .10 hrs |
| 12/23/12 | EAF | Emails with J.Scoliard regarding response in bankruptcy case and strategy regarding same | L120 | .30 hrs |
| 12/23/12 | EAF | Email to J.Scoliard regarding issue presented by counsel for J.Stephan relative to the stay | L120 | .20 hrs |
| 12/23/12 | SAP | Review and analyze client correspondence re responding to Matthews' Motion in conjunction with review and analysis of Motion | B190 | .30 hrs |
| 12/24/12 | EAF | Email to N.Campbell regarding J.Stephan issues, including strategy relating to claims | L120 | .30 hrs |
| 12/26/12 | EAF | Review email from N.Campbell requesting information regarding dismissal of prior foreclosure and claims and whether res judicata doctrine is applicable and review same and respond to same | L120 | .70 hrs |

TOTAL FEES FOR THIS MATTER                              $1,504.40



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
JANUARY 23, 2013

ResCap

0R0808-301102

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | 3.30 hrs | 358.00 /hr | 1,181.40 |
| Steven A. Pozefsky | 1.00 hrs | 323.00 /hr | 323.00 |
| TOTAL FEES | 4.30 hrs | | $1,504.40 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,504.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

OCTOBER 30, 2012
0R0808-301111

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

INVOICE #  813622

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301111
     Dixon, Anthony - 720553
     Loan No. 601633996
     TC # 720553

PROFESSIONAL SERVICES

09/13/12  JDV  Review Notice of Designation of Primary      L250     .10 hrs
               and Secondary Email Addresses

               TOTAL FEES FOR THIS MATTER                          $21.90


BILLING SUMMARY

    Jose D. Vega              .10 hrs   219.00 /hr        21.90


TOTAL FEES                    0.10 hrs                  $21.90

**TOTAL CHARGES FOR THIS INVOICE**                     **$21.90**

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    OCTOBER 30, 2012
1100 Virginia Drive                                                       OR0808-301120
Fort Washington, PA 19034

INVOICE #  813623

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301120
     Horbaczuk, Bohdan
     Loan No. 8710003864; Ally No. 726699
     TC # 726699

PROFESSIONAL SERVICES

09/13/12  NSR  Review e-mail from client regarding      L160    .20 hrs
               settlement with attachment detailing
               junior lien

09/27/12  NSR  Review status of foreclosure action and  L120    .10 hrs
               dismissal of counterclaims


               TOTAL FEES FOR THIS MATTER                       $84.00


BILLING SUMMARY

    Nader Raja              .30 hrs   280.00 /hr        84.00


TOTAL FEES              0.30 hrs                       $84.00

**TOTAL CHARGES FOR THIS INVOICE**                    $84.00

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301120

INVOICE #  818468

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301120
     Horbaczuk, Bohdan
     Loan No. 8710003864; Ally No. 726699
     TC # 726699

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/16/12 | NSR | Analyze client e-mail regarding status of lien priority dispute and dismissal of cross-claims | L120 | .20 hrs |
| 10/17/12 | KK | Review status of matter and confirm resolution and closure of file | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                      $88.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .20 hrs | 280.00 /hr | 56.00 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES                        0.40 hrs                $88.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$88.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301123

INVOICE #  813828

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301123
     Fratrik, Ira and Debra
     Loan No. 0687525096; Ally No. 726882
     TC # 726882
09/18/12 Copy Charges                                          0.00


TOTAL FEES              0.00 hrs                $.00

**TOTAL CHARGES FOR THIS INVOICE**            $.00

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301124

INVOICE #  813624

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301124
     Brown, Kevin
     Loan No.601957632; Ally No. 720641
     TC # 720641

PROFESSIONAL SERVICES

| 05/14/12 | CWH | Phone calls with borrower's counsel regarding questions about the final loan modification paperwork, amount of last payment, and whether account is escrowed | L110 | .30 hrs |
| 05/14/12 | CWH | Exchange emails with GMAC about borrower's last trial modification payment | L110 | .20 hrs |
| 05/16/12 | CWH | Send borrower's insurance information to GMAC for loan modification process | L110 | .10 hrs |
| 05/16/12 | NJV | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | .20 hrs |
| 05/17/12 | CWH | Exchange e-mails with client about the loan modification in light of bankruptcy | L110 | .10 hrs |
| 05/22/12 | CWH | Exchange e-mails with client about suggestion of bankruptcy | L110 | .10 hrs |
| 05/30/12 | CWH | Review borrower's final loan modification documents and follow-up with P.Stokes on whether it includes insurance | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 30, 2012

ResCap

0R0808-301124

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/31/12 | CWH | Send final loan modification contract to borrower's counsel with instructions for completion | L110 | .20 hrs |
| 05/31/12 | CWH | Email client to advise that final loan modification was sent to borrower's counsel | L110 | .10 hrs |
| 09/10/12 | CWH | Analyze escrow breakdown spreadsheet sent by client | L110 | .20 hrs |
| 09/10/12 | CWH | Discuss settlement issues with client | L110 | .20 hrs |
| 09/10/12 | CWH | Exchange e-mails regarding settlement with opposing counsel's assistant/paralegal | L110 | .20 hrs |
| 09/17/12 | CWH | Phone call with borrower's counsel regarding outstanding issues for settlement | L160 | .20 hrs |
| 09/17/12 | CWH | Draft email to client regarding outstanding issues for settlement and proposal for resolution | L160 | .20 hrs |
| 09/19/12 | HTC | Review case law memo regarding sanctions and attorneys' fees | L120 | .10 hrs |
| 09/21/12 | CWH | Exchange emails with client regarding settlement details | L160 | .20 hrs |
| 09/27/12 | CWH | Analyze outstanding items for settlement | L160 | .10 hrs |
| 09/27/12 | MPE | Review file for status and email client regarding settlement proceeds | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0808-301124

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 09/28/12 | CWH | Several phone calls with opposing counsel's office regarding specifics of settlement and transfer of the insurance proceeds between the parties | L160 | .40 hrs |
| 09/28/12 | CWH | Revise settlement agreement to input the agreed upon specific terms between the parties | L160 | .60 hrs |
| 09/28/12 | CWH | Exchange e-mails with client regarding the payoff sum and issues with the insurance check | L160 | .20 hrs |
| 09/30/12 | CWH | Exchange e-mails with opposing counsel regarding division of insurance check into two parts | L110 | .10 hrs |
| 09/30/12 | CWH | Revise settlement agreement to reflect division of insurance check into two parts and send to client for final payoff confirmation | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,606.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Christian W. Hancock | 4.10 hrs | 330.00 /hr | 1,353.00 |
| Nicholas J. Voelker | .20 hrs | 258.00 /hr | 51.60 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

TOTAL FEES          4.70 hrs                    $1,606.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
OCTOBER 30, 2012

ResCap

0R0808-301124

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $1,606.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301124

INVOICE #  818469

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301124
     Brown, Kevin
     Loan No.601957632; Ally No. 720641
     TC # 720641

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/03/12 | MPE | Telephone call with Mr. Nacol regarding need for final payoff numbers and status of check. | L110 | .20 hrs |
| 10/03/12 | CWH | Follow-up with client on payoff confirmation | L110 | .10 hrs |
| 10/11/12 | CWH | Follow-up with client on payoff figures | L110 | .10 hrs |
| 10/16/12 | CWH | Exchange e-mails with client regarding need for payoff figures | L160 | .10 hrs |
| 10/17/12 | MPE | Review revised escrow figures to determine total payoff amount and call and email M.Nacol with total. | L110 | .40 hrs |
| 10/24/12 | CWH | Phone call with borrower's counsel regarding settlement terms | L160 | .20 hrs |
| 10/24/12 | CWH | Exchange e-mails with client regarding settlement terms | L160 | .10 hrs |
| 10/24/12 | CWH | Update settlement agreement with final payoff information and bankruptcy language | L160 | .20 hrs |
| 10/26/12 | MPE | Telephone call with M.Nacol regarding settlement check and release status. | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301124

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|--|-------------|------|-------|
| 10/26/12 | CWH | Additional communications with borrower's counsel on his approval of the settlement agreement terms | L160 | .10 hrs |
| 10/30/12 | CWH | Review correspondence and check from borrower's counsel and call client to confirm how to handle check that is made jointly and for wrong sum | L160 | .20 hrs |
| 10/30/12 | CWH | Several phone calls with borrower's counsel regarding how to handle check that is made jointly | L160 | .30 hrs |
| 10/30/12 | CWH | Draft letter to borrower's counsel returning the insurance check and setting out the parties agreement for future handling of the check | L160 | .20 hrs |
| 10/31/12 | CWH | Exchange e-mails with client regarding ability to cut a refund check to Brown and process for same | L160 | .20 hrs |
| 10/31/12 | CWH | Exchange e-mails with borrower's counsel regarding new agreement on handling of check and requesting their W9 | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $779.20

| | | |
|--|--|--|
| 10/31/12 | Copy Charges | 0.00 |
| 10/31/12 | Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| | | | |
|--|--|--|--|
| Christian W. Hancock | 2.00 hrs | 330.00 /hr | 660.00 |
| Melisa P. Palmer | .80 hrs | 149.00 /hr | 119.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
NOVEMBER 17, 2012

ResCap

0R0808-301124

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 2.80 hrs | $779.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$779.20** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301124

INVOICE #  820876

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301124
     Brown, Kevin
     Loan No.601957632; Ally No. 720641
     TC # 720641

| | | |
|---|---|---|
| 11/06/12 Copy Charges | | 0.00 |
| 11/05/12 Express Mail/Fedex | | 0.00 |
| 11/06/12 Express Mail/Fedex | | 0.00 |
| 11/06/12 Express Mail/Fedex | | 0.00 |
| 11/12/12 Express Mail/Fedex | | 0.00 |

TOTAL FEES              0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                  $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301124

INVOICE #  821219

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301124
     Brown, Kevin
     Loan No.601957632; Ally No. 720641
     TC # 720641

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CWH | Exchange e-mails with borrower's counsel regarding execution of settlement agreement | L160 | .10 hrs |
| 11/06/12 | CWH | Email client to inquire where to send endorsed check | L110 | .10 hrs |
| 11/08/12 | CWH | Exchange e-mails with client regarding processing of payoff funds and refund | L110 | .20 hrs |
| 11/08/12 | CWH | Draft update email to borrower's counsel regarding the various settlement components | L160 | .20 hrs |
| 11/09/12 | CWH | Exchange e-mails with client regarding delivery of original note | L160 | .10 hrs |
| 11/12/12 | CWH | Email to borrower's counsel regarding original note | L160 | .10 hrs |
| 11/15/12 | CWH | Exchange e-mails with client about what borrower can do with the original note | L110 | .10 hrs |
| 11/15/12 | CWH | Exchange e-mails with borrower's counsel about what borrower can do with the original note | L110 | .10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-301124

FED ID NO. 63-0243316

| 11/28/12 | CWH | Phone call from borrower's counsel asking about status of lien release and discussing hearing on Monday | L160 | .10 hrs |
| 11/28/12 | CWH | Inquire about status of lien release with client | L160 | .10 hrs |
| 11/28/12 | CWH | Email borrower's counsel the recorded lien release and request that he now dismiss the suit | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $429.00

BILLING SUMMARY

Christian W. Hancock        1.30 hrs    330.00 /hr        429.00

TOTAL FEES                  1.30 hrs                    $429.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$429.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301124

INVOICE #  830078

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301124
     Brown, Kevin
     Loan No.601957632; Ally No. 720641
     TC # 720641

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 12/03/12 | CWH | Review borrower's nonsuit of case and send same to client | L210 | .10 hrs |
| 12/05/12 | MPE | Review file and draft closing file memorandum. | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $92.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Melisa P. Palmer | .40 hrs | 149.00 /hr | 59.60 |

TOTAL FEES                0.50 hrs              $92.60

**TOTAL CHARGES FOR THIS INVOICE**            **$92.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301125

INVOICE #  813625

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301125
     Hopper, Gary (O'Carolan v. GMAC)
     Ally No. 693399
     TC # 693399

PROFESSIONAL SERVICES

09/04/12  LG   Draft email to local counsel concerning      L120      .30 hrs
               the impact of GMAC's bankruptcy on a
               pending appeal


               TOTAL FEES FOR THIS MATTER                              $92.50


BILLING SUMMARY

  Lee Gilley              .30 hrs   185.00 /hr         55.50


TOTAL FEES                0.30 hrs                    $92.50

**TOTAL CHARGES FOR THIS INVOICE**                   **$92.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301125
Fort Washington, PA 19034

                                                         INVOICE #  818470

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301125
         Hopper, Gary (O'Carolan v. GMAC)
         Ally No. 693399
         TC # 693399

<u>PROFESSIONAL SERVICES</u>

10/02/12  HEA  Review update from retained counsel and   L190    .50 hrs
               consider next best steps

10/05/12  LG   Analyze case for bankruptcy issues        L120    .50 hrs

10/05/12  LG   Draft email communicating analysis to     L120    .20 hrs
               client


          TOTAL FEES FOR THIS MATTER                     $262.50


<u>EXPENSES</u>

10/31/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012         5.10

          TOTAL COSTS FOR THIS MATTER                    $5.10


<u>BILLING SUMMARY</u>

    Hall Eady              .50 hrs   266.00 /hr      133.00
    Lee Gilley             .70 hrs   185.00 /hr      129.50


TOTAL FEES            1.20 hrs                    $262.50

TOTAL EXPENSES                                    $5.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
NOVEMBER 17, 2012

0R0808-301125

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $267.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301126

INVOICE #  813626

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301126
     Josef Arnon v. GMAC Mortgage, LLC - 727040
     TC # 727040

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | CSM | E-mail correspondence with M.Verma regarding case status and default firm's prosecution of case | L190 | .10 hrs |
| 09/08/12 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 09/10/12 | CSM | E-mail correspondence with M.Verma regarding entry of judgment in foreclosure action and effect of same on possible short sale | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $149.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .40 hrs | 300.00 /hr | 120.00 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |

TOTAL FEES                      0.60 hrs                $149.80

**TOTAL CHARGES FOR THIS INVOICE**              $149.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301126

INVOICE #  818471

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301126
     Josef Arnon v. GMAC Mortgage, LLC - 727040
     TC # 727040

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/17/12 | CSM | Emails with client and default counsel regarding foreclosure sale scheduling and loss mitigation review | L190 | .20 hrs |
| 10/31/12 | CSM | Emails with client and default counsel regarding foreclosure sale status | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                       $120.00

BILLING SUMMARY

Cory S. Menees            .40 hrs   300.00 /hr        120.00

TOTAL FEES                0.40 hrs                   $120.00

**TOTAL CHARGES FOR THIS INVOICE**                 **$120.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301126

INVOICE # 830081

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re: 0R0808-301126
    Josef Arnon v. GMAC Mortgage, LLC - 727040
    TC # 727040

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/04/12 | CSM | Emails with client regarding status of short sale closing | L190 | .10 hrs |
| 12/18/12 | CSM | Emails with client and foreclosure counsel regarding closing of short sale and file | L190 | .20 hrs |
| 12/19/12 | CSM | Emails with foreclosure counsel regarding closing of short sale and need to secure dismissal of pending foreclosure action | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $120.00


BILLING SUMMARY

Cory S. Menees          .40 hrs   300.00 /hr      120.00

TOTAL FEES              0.40 hrs              $120.00

**TOTAL CHARGES FOR THIS INVOICE**           $120.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301129

INVOICE #  813627

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301129
     Dali-Bey, Nassim
     Loan No. 7471063552; Ally No. 727121
     TC # 727121

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | CJA | Telephone call with agent regarding listing of property and strategy regarding fine mitigation | B250 | .30 hrs |
| 09/06/12 | CJA | Telephone call with city attorney's office regarding negotiation of fine mitigation | B250 | .30 hrs |
| 09/06/12 | CJA | Telephone call with code enforcement official for city, regarding fine mitigation and potential fine mitigation hearing | B250 | .30 hrs |
| 09/07/12 | CJA | Conference call with code enforcement official for city, and city attorney's office regarding city's first offer for fine mitigation | B250 | .80 hrs |
| 09/10/12 | CJA | Telephone call with official regarding settlement negotiations of code violation fine | B250 | .70 hrs |
| 09/21/12 | CJA | Telephone call with city attorney regarding fine mitigation and requirements for placement on docket for fine mitigation hearing | B250 | .40 hrs |
| 09/25/12 | CJA | Review of timeline and drafted application for fine mitigation hearing | B250 | 4.40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301129

FED ID NO. 63-0243316

| 09/27/12 | CJA | Confer with client regarding proposed settlement offer | B250 | .40 hrs |
| 09/28/12 | CJA | Telephone call with agent regarding fine mitigation hearing | B250 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,722.00

09/25/12 Express Mail/Fedex                                        0.00

<u>BILLING SUMMARY</u>

C. Jason Avery          8.20 hrs   210.00 /hr      1,722.00

TOTAL FEES                8.20 hrs              $1,722.00

**TOTAL CHARGES FOR THIS INVOICE**              **$1,722.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301129
Fort Washington, PA 19034

                                                              INVOICE #  818472
                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

     Re:  0R0808-301129
          Dali-Bey, Nassim
          Loan No. 7471063552; Ally No. 727121
          TC # 727121

PROFESSIONAL SERVICES

10/01/12  CJA   Telephone call with L.Matos regarding      B250      .60 hrs
                settlement amount and procedure for fine
                mitigation hearing

10/01/12  CJA   Conference call with E.Wardle and          B250     1.70 hrs
                D.Siegel regarding code violation cases,
                fine amounts and finalized settlement
                amount

10/10/12  CJA   Draft letter of authorization to allow     B250      .60 hrs
                L.Matos to appear at fine mitigation
                hearing

10/10/12  CJA   Confer with and prepare L.Matos            B250     1.20 hrs
                regarding necessary documents and
                strategy for fine mitigation hearing


          TOTAL FEES FOR THIS MATTER                            $861.00

10/08/12 Copy Charges                                              0.00

BILLING SUMMARY

     C. Jason Avery            4.10 hrs   210.00 /hr       861.00


TOTAL FEES                     4.10 hrs              $861.00



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301129

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $861.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301129

INVOICE #  821220

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301129
     Dali-Bey, Nassim
     Loan No. 7471063552; Ally No. 727121
     TC # 727121

PROFESSIONAL SERVICES

11/14/12   ERP   Draft status update for attorney review        L120      .20 hrs

11/14/12   ERP   Initial draft of closing memorandum for        L120      .40 hrs
                 attorney review


                 TOTAL FEES FOR THIS MATTER                              $90.00


BILLING SUMMARY

     Emily R. Powell            .60 hrs    150.00 /hr          90.00


TOTAL FEES                    0.60 hrs                      $90.00

**TOTAL CHARGES FOR THIS INVOICE**                          **$90.00**


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0808-301130
Fort Washington, PA 19034

                                                              INVOICE #  813628
                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301130
     Fischer, Philip W.
     Loan No.590435509; Ally No. 727191
     TC # 727191

PROFESSIONAL SERVICES

09/03/12  KSA   Prepare status report regarding motions      L120      .10 hrs
                filed and borrower military status

09/04/12  MWK   Review of correspondence from                C400      .10 hrs
                R.Rydstrom, Plaintiff's counsel,
                regarding forwarding copy of military
                orders pursuant to GMAC's request

09/04/12  KSA   Review plaintiff's military orders and       L120      .30 hrs
                send to J.Hoy with comments

09/07/12  MWK   Review Notice of Revised Hearing Date        L250      .10 hrs
                regarding Defendant National Union's
                motion to stay proceedings

09/07/12  MWK   Review correspondence and proposed           L210      .30 hrs
                Stipulation and Order regarding stay of
                proceedings from W.Koshofer, counsel for
                Defendant National Union Fire Insurance

09/10/12  MWK   Telephone conference with counsel for        C400      .30 hrs
                National Union Fire Insurance Company,
                regarding client's directive

09/11/12  KSA   Review pleadings and evaluate National       L240B     .30 hrs
                Union Fire application for stay and
                prepare for plaintiff's response to our
                multiple motions



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| 09/12/12 | KSA | Draft reply brief in support of demurrer | L240B | .50 hrs |
|----------|-----|-------------------------------------------|-------|---------|
| 09/13/12 | MWK | Review revised and executed Stipulation and proposed Order staying Plaintiff's claims against Defendant National Union due to pending bankruptcy | L210 | .10 hrs |
| 09/13/12 | MWK | Review Plaintiff's Memorandum of Points and Authorities and Affidavit of P.Fisher in opposition to GMAC's demurrer | L240 | .90 hrs |
| 09/13/12 | MWK | Review Plaintiff's Memorandum of Points and Authorities and Objections to Affidavit of R.Montoya in opposition to GMAC's motion to escrow funds | L250 | .60 hrs |
| 09/13/12 | KSA | Review plaintiff's opposition to motion to demurrer and motion to escrow funds and draft reply briefs to both | L120 | 3.30 hrs |
| 09/14/12 | KSA | Review oppositions to demurrer and motion to escrow funds and outline additional arguments for reply | L120 | .30 hrs |
| 09/14/12 | MWK | Rview of revised Stipulation for Stay of claims against National Union due to bankruptcy from W.Koshofer, counsel for National Union | L210 | .10 hrs |
| 09/15/12 | KSA | Research and draft Reply Briefs to Plaintiff Opposition to Demurrer and Motion to Escrow Payment | L120 | 3.40 hrs |
| 09/17/12 | KSA | Edit Reply Briefs for Demurrer and Motion to Escrow Funds and prepare for filing | L120 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 30, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 09/17/12 | MWK | Finalize GMAC and ETS' Reply brief and exhibits in support of demurrer to Plaintiff's complaint | L250 | 1.70 hrs |
| 09/17/12 | MWK | Finalize GMAC and ETS' Reply brief and exhibits in support of motion to compel escrow of funds by Plaintiff | L250 | 1.30 hrs |
| 09/17/12 | MWK | Draft correspondence to clerk for Los Angeles Superior Court forwarding reply briefs in support of demurrer and motion to compel escrow of funds | C400 | .30 hrs |
| 09/18/12 | MWK | Review of Notice of Intent to Appear at Hearings by Telephone to GMAC's demurrer and motion to escrow funds by counsel for Defendant National Union Fire Insurance Company | L210 | .10 hrs |
| 09/18/12 | MWK | Review Notice of Non-Opposition to Defendant National Union⅍s Motion to Stay Proceedings by counsel for Defendant National Union Fire Insurance Company | L210 | .10 hrs |
| 09/20/12 | MWK | Review of Affidavit of P.Fischer in opposition to GMAC's Demurrer | L240 | .20 hrs |
| 09/21/12 | MWK | Review of Court's Order Granting Stipulation to Stay certain Plaintiff's causes of action per GMAC's bankruptcy | L210 | .10 hrs |
| 09/21/12 | MWK | Prepare Case Management Conference Statement for upcoming hearing | L230 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/24/12 | MWK | Analysis of moving papers, opposition papers and prepare outline for oral argument in preparation for appearance at hearing on GMAC's demurrer of Plaintiff's Complaint | L240 | 2.40 hrs |
| 09/24/12 | MWK | Continued analysis of moving papers, opposition papers and prepare outline for oral argument in preparation for appearance at hearing on GMAC's motion to compel Plaintiff to escrow funds while lawsuit pending | L250 | 1.60 hrs |
| 09/25/12 | MWK | Analysis of court's tentative ruling on GMAC's demurrer and motion to escrow funds in preparation for appearance at hearings | L210 | .40 hrs |
| 09/25/12 | MWK | Aalysis of California statutes and case law in preparation to refute court's tentative rulings on GMAC's demurrer and motion to escrow funds | C200 | 1.20 hrs |
| 09/25/12 | MWK | Attend hearings on GMAC's demurrer and motion to compel Plaintiff to escrow funds in Los Angeles Superior Court (Lancaster) | L450 | 2.60 hrs |
| 09/25/12 | KSA | Telephone and email discussions with M.Knapp regarding hearing prep and results | L120 | .50 hrs |
| 09/25/12 | SPM | Research California law on motions to escrow funds in advance of hearing on tentative order | L250 | 1.20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       5
OCTOBER 30, 2012

0R0808-301130

FED ID NO. 63-0243316

| 09/27/12 | KSA | Update email to J.Hoy regarding hearing outcome and road ahead | L120 | .30 hrs |
|---|---|---|---|---|
| 09/27/12 | MWK | Draft Notice of Continued Case Management Conference pursuant to court's order at September 25, 2012 hearing | L230 | .50 hrs |
| 09/28/12 | MWK | Legal research and analysis of California statutes and case law supporting motion for preliminary injunction to compel Plaintiff to escrow principal and tax payments during pendency of litigation as suggested by trial court judge during recent motion hearing | C200 | 2.20 hrs |

              TOTAL FEES FOR THIS MATTER                    $8,925.20

<u>EXPENSES</u>

| | | |
|---|---|---|
| 09/12/12 | Copy Charges | 0.00 |
| 09/13/12 | Copy Charges | 0.00 |
| 09/15/12 | Copy Charges | 0.00 |
| 09/17/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/17/12 | Express Mail/Fedex | 0.00 |
| 09/17/12 | Express Mail/Fedex | 0.00 |
| 09/17/12 | Express Mail/Fedex | 0.00 |
| 09/17/12 | Express Mail/Fedex | 0.00 |
| 09/24/12 | Express Mail/Fedex | 0.00 |
| 09/24/12 | Express Mail/Fedex | 0.00 |
| 09/27/12 | Express Mail/Fedex | 0.00 |
| 09/13/12 | Research Fee - LEXIS-NEXIS ACCURINT | 6.35 |
| | Bank ID: GENR Check Number: 99154 | |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     6
OCTOBER 30, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

---

09/15/12 Computerized Legal Research-Westlaw Westlaw                    0.00
         User: ANDERSON,KEITH

         TOTAL COSTS FOR THIS MATTER                                   $6.35


BILLING SUMMARY

    Michael W. Knapp          17.70 hrs    360.00 /hr      6,372.00
    Keith S. Anderson         10.40 hrs    223.00 /hr      2,319.20
    Spencer Mobley             1.20 hrs    195.00 /hr        234.00


TOTAL FEES                    29.30 hrs                   $8,925.20

TOTAL EXPENSES                                               $6.35

**TOTAL CHARGES FOR THIS INVOICE**                        $8,931.55


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301130

INVOICE #  817903

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301130
     Fischer, Philip W.
     Loan No.590435509; Ally No. 727191
     TC # 727191

<u>EXPENSES</u>

| | |
|---|---:|
| 10/01/12 Copy Charges | 0.00 |
| 10/05/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/09/12 Copy Charges | 0.00 |
| 10/09/12 Copy Charges | 0.00 |
| 10/10/12 Copy Charges | 0.00 |
| 10/10/12 Copy Charges | 0.00 |
| 10/11/12 Copy Charges | 0.00 |
| 10/11/12 Copy Charges | 0.00 |
| 10/11/12 Copy Charges | 0.00 |
| 10/11/12 Copy Charges | 0.00 |
| 10/12/12 Copy Charges | 0.00 |
| 10/12/12 Copy Charges | 0.00 |
| 10/12/12 Copy Charges | 0.00 |
| 10/12/12 Copy Charges | 0.00 |
| 10/15/12 Copy Charges | 0.00 |
| 10/15/12 Copy Charges | 0.00 |
| 10/22/12 Copy Charges | 0.00 |
| 10/24/12 Copy Charges | 0.00 |
| 10/24/12 Copy Charges | 0.00 |
| 10/26/12 Copy Charges | 0.00 |
| 10/26/12 Copy Charges | 0.00 |
| 10/26/12 Copy Charges | 0.00 |
| 10/26/12 Copy Charges | 0.00 |
| 10/26/12 Copy Charges | 0.00 |
| 10/30/12 Copy Charges | 0.00 |
| 10/30/12 Copy Charges | 0.00 |
| 10/30/12 Copy Charges | 0.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 15, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 10/30/12 | Copy Charges | 0.00 |
| 10/04/12 | Messenger/Delivery Charges - KNOX SERVICES, LLC MWK 9-24-12 Bank ID: GENR Check Number: 100289 | 248.00 |
| 10/10/12 | Messenger/Delivery Charges - KNOX SERVICES, LLC MWK PROCESS SERVICE Bank ID: GENR Check Number: 100497 | 302.75 |
| 10/03/12 | Airline Tickets - MICHAEL KNAPP ATTEND MOTION HEARINGS 9/24/12 - 9/26/12 Bank ID: GENR Check Number: 100233 | 150.00 |
| 10/03/12 | Travel Expense - MICHAEL KNAPP ATTEND MOTION HEARINGS 9/24/12 - 9/26/12 RENTAL CAR Bank ID: GENR Check Number: 100233 | 169.17 |
| 10/03/12 | Travel Expense - MICHAEL KNAPP ATTEND MOTION HEARINGS 9/24/12 - 9/26/12 HOTEL Bank ID: GENR Check Number: 100233 | 140.12 |
| 10/03/12 | Travel Expense - MICHAEL KNAPP ATTEND MOTION HEARINGS 9/24/12 - 9/26/12 HOTEL Bank ID: GENR Check Number: 100233 | 282.12 |
| 10/03/12 | Travel Expense - MICHAEL KNAPP ATTEND MOTION HEARINGS 9/24/12 - 9/26/12 FUEL, PARKING, TIPS Bank ID: GENR Check Number: 100233 | 50.00 |
| 10/03/12 | Meal Expense - MICHAEL KNAPP ATTEND MOTION HEARINGS 9/24/12 - 9/26/12 Bank ID: GENR Check Number: 100233 | 49.70 |
| 09/28/12 | Express Mail/Fedex | 0.00 |
| 10/03/12 | Express Mail/Fedex | 0.00 |
| 10/05/12 | Express Mail/Fedex | 0.00 |
| 10/09/12 | Express Mail/Fedex | 0.00 |
| 10/11/12 | Express Mail/Fedex | 0.00 |
| 10/12/12 | Express Mail/Fedex | 0.00 |
| 10/15/12 | Express Mail/Fedex | 0.00 |
| 10/15/12 | Express Mail/Fedex | 0.00 |
| 10/15/12 | Express Mail/Fedex | 0.00 |
| 10/15/12 | Express Mail/Fedex | 0.00 |
| 10/19/12 | Express Mail/Fedex | 0.00 |
| 10/30/12 | Express Mail/Fedex | 0.00 |
| 10/30/12 | Express Mail/Fedex | 0.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 15, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 10/30/12 | Express Mail/Fedex | 0.00 |
| 10/30/12 | Express Mail/Fedex | 0.00 |
| 10/30/12 | Express Mail/Fedex | 0.00 |
| 10/08/12 | Computerized Legal Research-Westlaw Westlaw User: ANDERSON,KEITH | 0.00 |
| 10/09/12 | Computerized Legal Research-Westlaw Westlaw User: ANDERSON,KEITH | 0.00 |
| 10/10/12 | Computerized Legal Research-Westlaw Westlaw User: THOMPSON,MELANIE | 0.00 |
| 10/26/12 | Computerized Legal Research-Westlaw Westlaw User: ANDERSON,KEITH | 0.00 |
| 10/30/12 | Computerized Legal Research-Westlaw Westlaw User: ANDERSON,KEITH | 0.00 |
| 10/30/12 | Title Search Fee - BUSINESS CARD PROTITLEUSA 10-9-12 Bank ID: GENR Check Number: 101476 | 175.00 |

TOTAL COSTS FOR THIS MATTER              $1,566.86


TOTAL FEES              0.00 hrs              $.00

TOTAL EXPENSES                            $1,566.86

**TOTAL CHARGES FOR THIS INVOICE**        $1,566.86

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301130

INVOICE #  818473

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301130
     Fischer, Philip W.
     Loan No.590435509; Ally No. 727191
     TC # 727191

PROFESSIONAL SERVICES

| 10/01/12 | KSA | Telephone discussion with client regarding status of case | L120 | .30 hrs |
|---|---|---|---|---|
| 10/01/12 | KSA | Draft case status report regarding demurrer and motion to escrow | L120 | .10 hrs |
| 10/01/12 | MWK | Review Notice of Ruling from counsel for Plaintiff regarding GMAC's demurrer and motion to escrow funds | L240 | .10 hrs |
| 10/01/12 | MWK | Telephone conference with counsel for V.Fischer regarding Plaintiff's allegations and recent court ruling | C400 | .30 hrs |
| 10/01/12 | MWK | Review Declaration of Due Diligence regarding efforts to serve Third Party Defendant V.Fischer from Knox Legal Services | C400 | .10 hrs |
| 10/01/12 | MWK | Exchange email correspondence with counsel for Plaintiff, regarding summary of conversation with counsel for V.Fischer and discussion of potential settlement scenarios | C400 | .30 hrs |
| 10/08/12 | MWK | Telephone conference with W.Koshofer, counsel for Defendant National Union Fire Insurance, regarding strategy for motion for escrow of funds, status of settlement negotiations with Plaintiff | C400 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| | | and status of service upon V.Fischer | | |
| 10/08/12 | MST | Initial review of Complaint to determine facts and case strategy | L210 | .30 hrs |
| 10/08/12 | MST | Obtain title report for property to determine chain of title and loan information | L110 | .30 hrs |
| 10/08/12 | KSA | Research California case law for amended motion for escrow of funds and preliminary injunction | L120 | 1.90 hrs |
| 10/08/12 | KSA | Draft amended motion to escrow | L250 | 1.80 hrs |
| 10/09/12 | MWK | Draft correspondence to Los Angeles Superior Court clerk forwarding proof of service of Cross Complaint upon V.Fischer for filing | C400 | .30 hrs |
| 10/09/12 | MWK | Revise brief and affidavit of R.Montoya in support of motion for preliminary injunction to compel Plaintiff to escrow funds and/or post bond as condition precedent to maintaining lawsuit against GMAC | L250 | 2.30 hrs |
| 10/09/12 | KSA | Draft amended motion to escrow funds | L250 | 2.50 hrs |
| 10/09/12 | KSA | Research appraisal value of subject property | L120 | .50 hrs |
| 10/09/12 | KSA | Email status update to J.Hoy | L120 | .40 hrs |
| 10/10/12 | KSA | Review title report for subject property and send to J.Hoy for inclusion with affidavit | L120 | .60 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
NOVEMBER 17, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/10/12 | MST | Obtain real property report regarding chain of title | L120 | .70 | hrs |
| 10/10/12 | MST | Follow up with researcher regarding title report | L120 | .20 | hrs |
| 10/11/12 | MST | Search LA court records regarding judgment against Plaintiff - Legacy Partners | L120 | .30 | hrs |
| 10/11/12 | MST | Receive and review abstractor's certificate regarding title report | L120 | .20 | hrs |
| 10/11/12 | MST | Review e-mail from researcher regarding judgment | L120 | .20 | hrs |
| 10/11/12 | MST | Review Westlaw Comprehensive Report regarding liens/judgments | L120 | .80 | hrs |
| 10/11/12 | MWK | Analysis of title report and recorded documents to determine status of title and judgments against Plaintiff in support of GMAC's motion for escrow of funds and to determine additional parties to name as ROE defendants in cross complaint | C300 | .40 | hrs |
| 10/11/12 | MWK | Draft ROE Amendment to GMAC's Cross Complaint adding additional cross defendants based upon certified title report | L210 | .70 | hrs |
| 10/12/12 | KSA | Draft notice of motion and motion to Escrow Funds and post bond | L250 | .70 | hrs |
| 10/12/12 | KSA | Edit memorandum of points and authorities in support of motion | L250 | .40 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
NOVEMBER 17, 2012

0R0808-301130

FED ID NO. 63-0243316

| 10/15/12 | MWK | Revise Amended Notice of Motion, Motion and Memorandum of Points and Authorities in support of GMAC's motion for mandatory preliminary injunction against Plaintiff in preparation for filing with Los Angeles Superior Court | L250 | 1.40 hrs |
| 10/15/12 | KSA | Revise amended motion and points of authorities in support of motion for post bond or escrow funds and finalize to file | L250 | 1.20 hrs |
| 10/15/12 | MST | Review e-mail from Court Express regarding court file | L120 | .10 hrs |
| 10/15/12 | MWK | Receipt and review of Plaintiff's Notice of Amendment Naming Party Plaintiff | L210 | .10 hrs |
| 10/16/12 | MST | Analysis of state court file to determine case strategy and update file regarding same | L210 | 1.00 hrs |
| 10/19/12 | KSA | Review plaintiff's settlement demand and outline deposition topics and documents | L120 | .40 hrs |
| 10/19/12 | MWK | Review of correspondence and settlement brief from R.Rystrom, counsel for P.Fischer | C400 | .40 hrs |
| 10/22/12 | MWK | Telephone conference with S.Wolf, counsel for V.Fischer, regarding status of settlement negotiations, upcoming motion to compel escrow and request for deposition dates | C400 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
NOVEMBER 17, 2012

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/23/12 | MWK | Analysis of Plaintiff's Complaint and Settlement brief to identify categories of documents in preparation for drafting Notice of Deposition and Demand for Production of Documents | L330 | 2.30 hrs |
| 10/24/12 | MWK | Draft Notice of Deposition and Demand for Production of Documents (65 individual requests) to Plaintiff P.Fischer | L330 | 4.70 hrs |
| 10/24/12 | KSA | Research plaintiff insurance related allegations and communications with J.Hoy and Foremost Insurance's counsel regarding insurance claims | L120 | .70 hrs |
| 10/25/12 | MWK | Revise Notice of Deposition and Demand for Production of Documents to Plaintiff P.Fischer | L330 | .60 hrs |
| 10/26/12 | KSA | Review plaintiff's opposition to defendant's motion to escrow funds, research cases cited by plaintiff and draft reply brief | L250 | 4.90 hrs |
| 10/26/12 | MWK | Review Plaintiff's brief in Opposition to GMAC's Amended Motion for Preliminary Injunction and Escrow Funds, Objections to Affidavit of S.Maxwell and Notice of Lodgment of Federal Authorities | L250 | 1.60 hrs |
| 10/29/12 | KSA | Edit reply brief in support of motion to escrow funds | L250 | 1.30 hrs |
| 10/29/12 | KSA | Draft affidavit for V.Fischer and telephone discussion with V.Fischer regarding affidavit | L120 | 1.00 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
NOVEMBER 17, 2012

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | MWK | Revise affidavit of V.Fischer, involuntary plaintiff (and spouse of plaintiff) in support of GMAC's motion to escrow | L430 | .30 hrs |
| 10/29/12 | MWK | Telephone conference with S.Wolf, counsel for V.Fischer, regarding willingness to cooperate and provide affidavit in support of GMAC's motion to escrow funds to avoid deposition | C400 | .30 hrs |
| 10/29/12 | MWK | Telephone conference with V.Fischer, involuntary plaintiff (and spouse of plaintiff) regarding Plaintiff's claims, status of divorce proceedings and dispute of Plaintiff's alleged damages in preparation for drafting affidavit in support of GMAC's motion to escrow | C400 | .60 hrs |
| 10/29/12 | MWK | Revise further portions of GMAC's Reply brief in support of motion for escrow of funds | L250 | 2.40 hrs |
| 10/29/12 | MWK | Review of Plaintiff's Supplemental Case Management Statement | L230 | .10 hrs |
| 10/30/12 | MWK | Draft Appendix of Non-California Authorities in support of GMAC's motion for preliminary injunction/motion to tender escrow | L250 | 1.30 hrs |
| 10/30/12 | MWK | Finalize GMAC's Reply brief, Objections to Plaintiff's Notice of Lodging of Federal Authorities, Appendix of Non-California Authorities and Declaration of V.Fischer in support of GMAC's motion for preliminary injunction/motion to tender escrow | L250 | 3.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
NOVEMBER 17, 2012

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/30/12 | KSA | Edit reply to include additional citations and references to V.Fischer affidavit | L250 | .90 hrs |
| 10/30/12 | KSA | Draft objection to plaintiff's notice of lodging of federal authorities | L210 | .80 hrs |
| 10/31/12 | MWK | Analysis of court file from judgment obtained against Plaintiff's property in preparation for appearance at motion hearing | L110 | .70 hrs |

TOTAL FEES FOR THIS MATTER                    $14,470.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 4.10 hrs | 150.00 /hr | 615.00 |
| Michael W. Knapp | 25.60 hrs | 360.00 /hr | 9,216.00 |
| Keith S. Anderson | 20.40 hrs | 223.00 /hr | 4,549.20 |

TOTAL FEES                50.10 hrs              $14,470.20

**TOTAL CHARGES FOR THIS INVOICE              $14,470.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0808-301130
Fort Washington, PA 19034

                                                               INVOICE #  820877

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

      Re:  0R0808-301130
           Fischer, Philip W.
           Loan No.590435509; Ally No. 727191
           TC # 727191

**EXPENSES**

| | | |
|---|---|---|
| 11/15/12 | Airline Tickets - MICHAEL KNAPP TRAVEL TO LA TO ATTEND CMC & MOTION HEARING 11/7/12 - 11/9/12 Bank ID: GENR Check Number: 102335 | 700.70 |
| 11/15/12 | Travel Expense - MICHAEL KNAPP TRAVEL TO LA TO ATTEND CMC & MOTION HEARING 11/7/12 - 11/9/12 RENTAL CAR Bank ID: GENR Check Number: 102335 | 163.07 |
| 11/15/12 | Travel Expense - MICHAEL KNAPP TRAVEL TO LA TO ATTEND CMC & MOTION HEARING 11/7/12 - 11/9/12 HOTEL Bank ID: GENR Check Number: 102335 | 140.12 |
| 11/15/12 | Travel Expense - MICHAEL KNAPP TRAVEL TO LA TO ATTEND CMC & MOTION HEARING 11/7/12 - 11/9/12 HOTEL Bank ID: GENR Check Number: 102335 | 335.55 |
| 11/15/12 | Travel Expense - MICHAEL KNAPP TRAVEL TO LA TO ATTEND CMC & MOTION HEARING 11/7/12 - 11/9/12 FUEL, PARKING, TIPS Bank ID: GENR Check Number: 102335 | 59.00 |
| 11/15/12 | Meal Expense - MICHAEL KNAPP TRAVEL TO LA TO ATTEND CMC & MOTION HEARING 11/7/12 - 11/9/12 Bank ID: GENR Check Number: 102335 | 35.56 |

             TOTAL COSTS FOR THIS MATTER                       $1,434.00


TOTAL FEES              0.00 hrs                  $.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 30, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

TOTAL EXPENSES                          $1,434.00

**TOTAL CHARGES FOR THIS INVOICE**             $1,434.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 18, 2012
0R0808-301130

INVOICE #  826074

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301130
     Fischer, Philip W.
     Loan No.590435509; Ally No. 727191
     TC # 727191

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | KSA | Draft status report regarding motion to escrow filed, hearing on November 8th | L120 | .10 hrs |
| 11/01/12 | MWK | Finalize Notice of Deposition of Plaintiff | L330 | .70 hrs |
| 11/01/12 | MWK | Draft correspondence to all counsel forwarding GMAC's Notice of Deposition of Plaintiff | C400 | .30 hrs |
| 11/02/12 | KSA | Conference call regarding insurance issues | L120 | .50 hrs |
| 11/02/12 | MWK | Conference call with L.Reilly, J.Hoy and K.Anderson regarding insurance coverage for Plaintiff and payment of insurance premiums out of escrow funds in preparation for deposition of Plaintiff | C400 | .70 hrs |
| 11/02/12 | MWK | Analysis of escrow and insurance timeline by L.Reilly and comparison to allegations within Plaintiff's complaint in preparation for conference call with L.Reilly, J.Hoy and K.Anderson | L120 | 1.10 hrs |
| 11/05/12 | MWK | Analysis of Escrow History spreadsheet received from GMAC to contradict Plaintiff's allegations of fraudulent charges and disbursements from escrow | C300 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
DECEMBER 18, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| 11/05/12 | MWK | Review of correspondence and copies of insurance checks from J.Hoy which dispute Plaintiff's fraud allegations in preparation for deposition | C100 | .20 hrs |
|---|---|---|---|---|
| 11/06/12 | KSA | Review ruling on motion to escrow funds and forward to J.Hoy with comments | L250 | .40 hrs |
| 11/06/12 | MWK | Review Court's tentative ruling granting GMAC's motion for preliminary injunction compelling Plaintiff to tender monthly payments while lawsuit pending | L250 | .30 hrs |
| 11/06/12 | MWK | Analysis of GMAC's motion for preliminary injunction and supporting papers and Plaintiff's opposition brief and preparation of outline for oral argument for hearing | L250 | 2.90 hrs |
| 11/06/12 | MWK | Review of correspondence and transcript from J.Hoy regarding optional insurance product purchased by co-borrower V.Fischer in response to Plaintiff's fraud allegations | C100 | .30 hrs |
| 11/07/12 | MWK | Review Defendant Foremost Insurance Company's Case Management Statement | L230 | .20 hrs |
| 11/08/12 | KSA | Telephone discussion with J.Hoy regarding hearing results and court's order | L120 | .20 hrs |
| 11/08/12 | MWK | Attend Case Management Conference and hearing on GMAC's motion to compel escrow of funds | L250 | 2.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
DECEMBER 18, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/12/12 | MWK | Draft Notice of Order to Show Cause Hearing regarding Dismissal of Plaintiff's Complaint and Continued Case Management Conference as ordered by Court | L230 | .50 hrs |
| 11/12/12 | MWK | Draft Notice of Ruling regarding Court's granting of Defendants GMAC Mortgage, LLC, and Executive Trustee Services, LLC's Amended Motion for Mandatory Preliminary Injunction, or in the alternative, Motion to Post Bond and Escrow Funds | L210 | .50 hrs |
| 11/16/12 | MWK | Review of the reinstatement figures, transactional loan history and optional product policy documents in preparation for deposition of Plaintiff | L190 | .60 hrs |
| 11/16/12 | MWK | Telephone conference with V.Fischer regarding events surrounding issuance of optional product policy in 2007 which forms partial basis of Plaintiff's fraud claims | C400 | .30 hrs |
| 11/19/12 | MWK | Review of Defendant National Union Fire Insurance Company's Objection to Notice of Deposition of Plaintiff | L330 | .10 hrs |
| 11/19/12 | MWK | Exchange email correspondence with R.Rydstrom, counsel for Plaintiff, regarding request to reschedule deposition of Plaintiff | L330 | .30 hrs |
| 11/19/12 | MWK | Analysis of mortgage and escrow file to identify potential exhibits for deposition of Plaintiff | L330 | 4.40 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
DECEMBER 18, 2012

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/19/12 | MWK | Telephone conference of W.Koshofer, counsel for Defendant National Union Fire Insurance, regarding proposed stipulation to reserve right to depose Plaintiff at a later date and discussion of documents reflecting accidental death insurance policy | L330 | .30 hrs |
| 11/19/12 | MWK | Draft correspondence to W.Koshofer, counsel for Defendant National Union Fire Insurance, forwarding documents reflecting accidental death insurance policy taken out by V.Fischer contrary to allegations of Plaintiff's complaint | C400 | .30 hrs |
| 11/20/12 | MWK | Begin preparation of exhibits and deposition outline for deposition of Plaintiff | L330 | 3.80 hrs |
| 11/26/12 | MWK | Further preparation of exhibits and deposition outline for deposition of Plaintiff | L330 | 3.10 hrs |
| 11/26/12 | KSA | Develop deposition questions and topics in preparation of plaintiff's deposition | L330 | .30 hrs |
| 11/28/12 | MWK | Take deposition of Plaintiff P.Fischer | L330 | 8.40 hrs |
| 11/28/12 | MWK | Review fully executed stipulation and order from all counsel regarding Defendant National Union's ability to depose Plaintiff at later time due to effect of GMAC bankruptcy | L210 | .10 hrs |
| 11/29/12 | KSA | Email update to J.Hoy regarding deposition outcome and impending dismissal | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    5
DECEMBER 18, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER          $12,079.10
LESS DISCOUNT                        (6,079.10)
NET FEES                             $6,000.00

BILLING SUMMARY

    Michael W. Knapp      32.50 hrs    360.00 /hr     11,700.00
    Keith S. Anderson      1.70 hrs    223.00 /hr        379.10

TOTAL FEES               34.20 hrs                   $6,000.00

**TOTAL CHARGES FOR THIS INVOICE**                   **$6,000.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JANUARY 23, 2013
1100 Virginia Drive                                       0R0808-301130
Fort Washington, PA 19034

                                                          INVOICE #  830082
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301130
         Fischer, Philip W.
         Loan No.590435509; Ally No. 727191
         TC # 727191

PROFESSIONAL SERVICES

| 12/01/12 | KSA | Draft status report | L120 | .10 hrs |
|---|---|---|---|---|
| 12/03/12 | MWK | Telephone conference with W.Koshofer, counsel for Defendant National Union Fire Insurance, regarding summary of Plaintiff's testimony at deposition and agreement for dismissal | C400 | .30 hrs |
| 12/04/12 | MWK | Draft correspondence to R.Rydstrom, counsel for Fischer, regarding outline of settlement terms | C400 | .30 hrs |
| 12/04/12 | KSA | Draft settlement agreement and send to J.Hoy for review, and review SCRA waiver | L160 | 1.00 hrs |
| 12/10/12 | MWK | Draft correspondence to R.Rydstrom, counsel for Fischer, regarding response to request for deed in lieu of foreclosure and other settlement negotiations | C400 | .30 hrs |
| 12/11/12 | KSA | Edit settlement agreement and add clauses | L160 | 1.90 hrs |
| 12/11/12 | KSA | Send settlement to J.Hoy for final review | L120 | .10 hrs |
| 12/11/12 | KSA | Draft dismissal form for dismissal with prejudice | L210 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301130

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/11/12 | MWK | Telephone conference with D.Binder, counsel for Defendant Foremost Insurance, regarding summary of Plaintiff's deposition testimony and terms of tentative settlement | C400 | .30 hrs |
| 12/12/12 | MWK | Review and revise proposed Settlement Agreement and Request for Dismissal in preparation for circulating amongst counsel | L160 | .80 hrs |
| 12/17/12 | MWK | Receipt and review of Plaintiff's Request for Dismissal of Defendant National Union Fire Insurance | L210 | .10 hrs |
| 12/18/12 | MWK | Exchange of email correspondence with R.Rydstrom, counsel for Plaintiff, regarding status of settlement documents | C400 | .20 hrs |
| 12/18/12 | KSA | Edits to settlement agreement and email correspondence with J.Hoy | L160 | .30 hrs |
| 12/19/12 | KSA | Prepare settlement and dismissal documents to be communicated to plaintiff's counsel | L160 | .30 hrs |
| 12/20/12 | MWK | Draft correspondence to R.Rydstrom, counsel for Fischer, forwarding proposed settlement agreement, SCRA waiver and dismissal for review and comment | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,917.20



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
JANUARY 23, 2013

ResCap

0R0808-301130

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael W. Knapp | 2.60 hrs | 360.00 /hr | 936.00 |
| Keith S. Anderson | 4.40 hrs | 223.00 /hr | 981.20 |

TOTAL FEES                  7.00 hrs                    $1,917.20

**TOTAL CHARGES FOR THIS INVOICE**                    $1,917.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
OR0808-301133

INVOICE #  818474

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   OR0808-301133
      Morrison, Dianne
      Loan No. 7439934407; Ally No. 727215
      TC # 727215

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/05/12 | JJE | Email from and to client regarding recommended strategy and corrective deed actions | C300 | .20 hrs |
| 10/09/12 | JJE | Initial research of Florida case law regarding corrective deeds | C300 | 1.20 hrs |
| 10/19/12 | JJE | Analyze email and title policy received from client in support of drafting tender letter | C300 | .80 hrs |
| 10/23/12 | KK | Draft a tender letter to insurance company regarding amending property description on policy | L110 | 1.20 hrs |
| 10/24/12 | KK | Edit draft of letter to title insurance company | L110 | .20 hrs |
| 10/25/12 | JJE | Revise letter to title insurer regarding possible title claim and action needed to correct error on deed | C300 | 2.20 hrs |
| 10/29/12 | MCG | Revise correspondence to title insurance carrier regarding potential claim on policy | C400 | .40 hrs |
| 10/30/12 | CWH | Analyze title problems related to this suit, which seems to involve GMAC's investor improperly | L120 | .20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301133

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/31/12 | KK | Telephone call with Fidelity Title Company regarding status of letter | L110 | .20 hrs |
| 10/31/12 | JJE | Call from Fidelity National Title Company regarding receipt of correspondence regarding corrective deed action | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $1,357.40

10/19/12 Copy Charges                                                    0.00
10/19/12 Computerized Legal Research-Westlaw Westlaw                      0.00
         User: EASON,JO

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| Joycelyn J. Eason | 4.60 hrs | 197.00 /hr | 906.20 |
| Kerry Keane | 1.60 hrs | 160.00 /hr | 256.00 |

TOTAL FEES              6.80 hrs              $1,357.40

**TOTAL CHARGES FOR THIS INVOICE**              $1,357.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301133

INVOICE #  821222

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301133
     Morrison, Dianne
     Loan No. 7439934407; Ally No. 727215
     TC # 727215

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/05/12 | JJE | Analyze correspondence from title insurer regarding additional documentation needed to process claim and make a determination regarding same | C300 | .40 hrs |
| 11/06/12 | KK | Analyze client documents to determine which documents to send to title insurance policy per their request in response letter | L110 | 1.30 hrs |
| 11/07/12 | KK | Email with client regarding updated appraisal of property in question and continue to gather documents requested by title company | L110 | .20 hrs |
| 11/08/12 | KK | Email to client regarding follow up of requested information to provide to title company and assess outstanding documents | L110 | .20 hrs |
| 11/09/12 | JJE | Analyze email and correspondence from title insurer regarding contact information for the claim and status of same | C300 | .10 hrs |
| 11/12/12 | KK | Email with client regarding additional supplemental documents needed to send to title company; email title company regarding documents requested | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301133

FED ID NO. 63-0243316

11/20/12   JJE   Update on status of requested documents      C300      .20 hrs
                 to title company and determine if
                 additional documentation is needed

                 TOTAL FEES FOR THIS MATTER                              $441.90

<u>BILLING SUMMARY</u>

     Joycelyn J. Eason          .70 hrs    197.00 /hr       137.90
     Kerry Keane               1.90 hrs    160.00 /hr       304.00

TOTAL FEES                     2.60 hrs                     $441.90

**TOTAL CHARGES FOR THIS INVOICE**                         **$441.90**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301133

INVOICE #  830085

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301133
     Morrison, Dianne
     Loan No. 7439934407; Ally No. 727215
     TC # 727215

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/11/12 | KK | Email client regarding status of case and claim letter | L110 | .20 hrs |
| 12/11/12 | KK | Receive and review letter from Fidelity Title company in response to claim filed | L110 | .40 hrs |
| 12/11/12 | JJE | Review and analyze letter from insurer outlining recommendations for modifying the legal descriptions associated with the loan and advising client as to strategy going forward | C300 | .60 hrs |
| 12/13/12 | KK | Emails with client regarding responsive letter to title company | L110 | .20 hrs |
| 12/14/12 | KK | Draft letter to title insurance company regarding status of amending legal description and point of contact going forward | L110 | .30 hrs |
| 12/20/12 | KK | Review and revise letter to title company regarding error in property description and client contact information going forward | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $342.20



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301133

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | .60 hrs | 197.00 /hr | 118.20 |
| Kerry Keane | 1.40 hrs | 160.00 /hr | 224.00 |
| TOTAL FEES | 2.00 hrs | | $342.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$342.20** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301135

INVOICE #  813629

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301135
     Hardy, Kerry
     Loan No. 7439804071; Ally No. 727310
     TC # 727310

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/05/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 09/20/12 | JJE | Email from and to client regarding status of loan modification and upcoming payment dates and strategy for concluding appeal/vacating underlying foreclosure judgment | L510 | .80 hrs |
| 09/20/12 | AHC | Review trial court docket to determine status of pleadings filed | L110 | .20 hrs |
| 09/24/12 | MJA | Research possible dismissal of appeal | L510 | .20 hrs |
| 09/24/12 | JJE | Call from opposing counsel regarding status of loan modification review | L510 | .20 hrs |
| 09/24/12 | JJE | Call and email to client regarding status of loan modification agreement and specific terms and release of information to the borrowers regarding same | L510 | .30 hrs |
| 09/25/12 | JJE | Calls from and to opposing counsel regarding possible stay of appellate proceedings | L510 | .30 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301135

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/25/12 | JJE | Email to client regarding possible stay of appellate proceedings due to possible loan modification | L510 | .20 hrs |
| 09/26/12 | JJE | Email from opposing counsel inquiring about status of loan modification review | L510 | .10 hrs |
| 09/26/12 | JJE | Call to and emails from and to client regarding status of loan modification agreement, terms and discussion of terms to be included in possible settlement agreement | L510 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $599.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .20 hrs | 297.00 /hr | 59.40 |
| Alecia H. Cockrell | .60 hrs | 145.00 /hr | 87.00 |
| Joycelyn J. Eason | 2.30 hrs | 197.00 /hr | 453.10 |

TOTAL FEES                3.10 hrs                    $599.50

**TOTAL CHARGES FOR THIS INVOICE**                      **$599.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301135

INVOICE #  818475

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301135
     Hardy, Kerry
     Loan No. 7439804071; Ally No. 727310
     TC # 727310

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/12 | JJE | Emails from and to client and to borrowers' counsel discussing the terms of the trial period loan modification | L510 | .80 hrs |
| 10/10/12 | JJE | Email to client regarding follow up questions received from borrower regarding trial workout plan and terms of same | L510 | .20 hrs |
| 10/10/12 | JJE | Email to client regarding follow up inquiries from opposing counsel regarding trial workout plan period | L510 | .20 hrs |
| 10/11/12 | JJE | Emails from client regarding terms of potential loan modification and policy regarding same | L510 | .10 hrs |
| 10/17/12 | JJE | Emails from client and to opposing counsel regarding discussion of terms of modification | L510 | .20 hrs |
| 10/18/12 | JJE | Emails from opposing counsel and to client regarding method of mailing payment | L510 | .30 hrs |
| 10/19/12 | JJE | Emails from client and to opposing counsel following up on inquiry regarding mailing of payments for trial mod period | L510 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301135

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/22/12 | JJE | Email from opposing counsel and email to client regarding first payment for trial loan mod and timely receipt of same | L510 | .30 hrs |
| 10/29/12 | JJE | Call from opposing counsel regarding receipt of first payment and recommendation of an agreed stay for 90 days | L510 | .10 hrs |
| 10/29/12 | JJE | Email to client requesting 90-day stay of proceedings and inquiring regarding status of trial period payments | L510 | .10 hrs |
| 10/29/12 | JJE | Email from client agreeing to 90-day stay of appeal and updating on status of trial loan mod payments | L510 | .10 hrs |
| 10/29/12 | JJE | Email to opposing counsel agreeing to 90-day stay of proceedings | L510 | .10 hrs |
| 10/30/12 | JJE | Emails from and to opposing counsel proposing revisions to the proposed motion for stay of proceedings | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER                      $591.00

BILLING SUMMARY

Joycelyn J. Eason          3.00 hrs    197.00 /hr        591.00

TOTAL FEES                 3.00 hrs              $591.00

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
NOVEMBER 17, 2012

ResCap

0R0808-301135

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $591.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            OR0808-301135
Fort Washington, PA 19034

                                                              INVOICE #  821223

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

      Re:  OR0808-301135
           Hardy, Kerry
           Loan No. 7439804071; Ally No. 727310
           TC # 727310

PROFESSIONAL SERVICES

11/01/12  AHC   Review docket and draft status report      L190      .30 hrs
                for attorney review and catalog
                information on comprehensive tracking
                chart

11/30/12  JJE   Emails and calls with opposing counsel     L510      .40 hrs
                and client regarding short payoff
                request and settlement of mortgage

11/30/12  JJE   Call from opposing counsel and email to    L510      .30 hrs
                client regarding nature of funding and
                additional information needed to approve
                possible short payoff


                TOTAL FEES FOR THIS MATTER                        $181.40


BILLING SUMMARY

      Alecia H. Cockrell        .30 hrs    145.00 /hr         43.50
      Joycelyn J. Eason         .70 hrs    197.00 /hr        137.90


TOTAL FEES                  1.00 hrs                      $181.40



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 30, 2012

ResCap

0R0808-301135

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $181.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301135

INVOICE #  830088

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301135
     Hardy, Kerry
     Loan No. 7439804071; Ally No. 727310
     TC # 727310

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 12/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/01/12 | JJE | Email to client attaching and discussing appraisal value documentation as received from opposing counsel in support of the current settlement offer | L510 | .20 hrs |
| 12/05/12 | MJA | Research on Hardy settlement offer | L510 | .30 hrs |
| 12/05/12 | JJE | Emails from and to client regarding rejection of settlement offer and discussing justification for same | L510 | .30 hrs |
| 12/05/12 | JJE | Email to client regarding communication with opposing counsel regarding possible settlement | L510 | .10 hrs |
| 12/06/12 | JJE | Call from and email to opposing counsel regarding offer rejection and status of the loan modification trial period payments | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $309.90



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301135

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .30 hrs | 297.00 /hr | 89.10 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Joycelyn J. Eason | .90 hrs | 197.00 /hr | 177.30 |

TOTAL FEES          1.50 hrs                    $309.90

**TOTAL CHARGES FOR THIS INVOICE**                    $309.90

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    OCTOBER 30, 2012
1100 Virginia Drive                                                       0R0808-301142
Fort Washington, PA 19034

                                                                          INVOICE #  813630

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0808-301142
         Hoyos, Carlos
         Loan No. 0307675628; Ally No. 728105
         TC # 728105

<u>PROFESSIONAL SERVICES</u>

09/28/12  KK    Emails with client to confirm status of      L110      .20 hrs
                matter

                TOTAL FEES FOR THIS MATTER                              $32.00


<u>BILLING SUMMARY</u>

    Kerry Keane                  .20 hrs   160.00 /hr         32.00


TOTAL FEES                   0.20 hrs                     $32.00

**TOTAL CHARGES FOR THIS INVOICE**                       **$32.00**

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301143

INVOICE #  818476

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301143
     Kentucky Counties Federal Court (Boyd County, et al)
     Ally No. 727477
     TC # 727477

EXPENSES

10/31/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012        34.90

        TOTAL COSTS FOR THIS MATTER                       $34.90


TOTAL FEES                 0.00 hrs                  $.00

TOTAL EXPENSES                                     $34.90

**TOTAL CHARGES FOR THIS INVOICE**                **$34.90**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 30, 2012
1100 Virginia Drive                                         0R0808-301144
Fort Washington, PA 19034

                                                            INVOICE #  813631

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301144
     Indymac Federal Bank v. Ronnette Elaine Brown, et. al. -
     728084
     TC # 728084

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/10/12 | CSM | E-mail correspondence with A.Beckerich regarding case status | L190 | .10 hrs |
| 09/14/12 | CSM | Revise draft release proposed by title insurance company | L160 | .80 hrs |
| 09/18/12 | CSM | Revise settlement agreement and release and related lost note affidavit | L160 | .60 hrs |
| 09/18/12 | CSM | E-mail correspondence with M.Verma and title insurer claims counsel regarding execution of settlement agreement and lost note affidavit | C400 | .20 hrs |
| 09/19/12 | MRP | Exchange memos with J.Ho regarding HAMP loan modification denial | L160 | .10 hrs |
| 09/27/12 | MRP | Exchange memos with J.Ho regarding loan modification | L160 | .10 hrs |
| 09/27/12 | MRP | Exchange memos with plaintiff's counsel regarding loan modification | L160 | .10 hrs |

                   TOTAL FEES FOR THIS MATTER              $667.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301144

FED ID NO. 63-0243316

BILLING SUMMARY

Michael R. Pennington        .30 hrs     424.00 /hr          127.20
Cory S. Menees              1.80 hrs     300.00 /hr          540.00

TOTAL FEES                  2.10 hrs                        $667.20

**TOTAL CHARGES FOR THIS INVOICE**                         **$667.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 17, 2012
1100 Virginia Drive                                       0R0808-301144
Fort Washington, PA 19034

                                                          INVOICE #  818477
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301144
         Indymac Federal Bank v. Ronnette Elaine Brown, et. al. -
         728084
         TC # 728084

PROFESSIONAL SERVICES

10/01/12  CSM   Communicate with client and claims         L160    .30 hrs
                counsel for title insurer regarding
                execution of documents required for
                resolution of title claim

10/01/12  MRP   Exchange memos with client regarding       L160    .10 hrs
                loan modification

10/02/12  CSM   Draft monthly status report                B110    .10 hrs

10/03/12  MRP   Exchange memos with plaintiff's counsel    L160    .10 hrs
                regarding settlement

10/03/12  MRP   Exchange memos with client regarding       L160    .10 hrs
                settlement

10/05/12  CSM   Email correspondence with title insurer    L160    .10 hrs
                claims counsel regarding disbursement of
                settlement payment

10/08/12  CSM   Review client-requested changes to form    L190    .20 hrs
                of affidavit of lost note

10/08/12  CSM   Emails with client regarding requested     C400    .40 hrs
                changes to form of affidavit of lost note

10/17/12  MRP   Review information regarding loan          L160    .30 hrs
                modification from client