

### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0808-301144

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 10/17/12 | MRP | Exchange memos with client regarding loan modification | L160 | .10 hrs |
| 10/24/12 | MRP | Exchange memos with client regarding loan modification | L160 | .10 hrs |
| 10/26/12 | CSM | Emails with client and title insurer and telephone conference with client regarding resolution of title claim | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER                              $819.20

10/08/12 Computerized Legal Research-Westlaw Westlaw           0.00
         User: MENEES,CORY

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael R. Pennington | .80 hrs | 424.00 /hr | 339.20 |
| Cory S. Menees | 1.60 hrs | 300.00 /hr | 480.00 |

TOTAL FEES                    2.40 hrs                  $819.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$819.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0808-301144

INVOICE #  821224

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0808-301144
     Indymac Federal Bank v. Ronnette Elaine Brown, et. al. -
     728084
     TC # 728084

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | CSM | Emails with client regarding execution of settlement agreement and release | L160 | .20 hrs |
| 11/06/12 | CSM | Draft case status report | B110 | .10 hrs |
| 11/07/12 | CSM | Emails with title insurer claims counsel regarding resolution of title claim | L160 | .10 hrs |
| 11/07/12 | CSM | Draft letter to title insurer claims counsel regarding resolution of title claim and dismissal of claims in related foreclosure case | C400 | .30 hrs |
| 11/14/12 | MRP | Exchange emails with J.Ho regarding loan modification | L160 | .20 hrs |
| 11/15/12 | MRP | Draft memo to plaintiff's counsel regarding loan modification | L160 | .20 hrs |
| 11/15/12 | MRP | Exchange memos with T.Schehr regarding Homecoming consent decree with West Virginia | L110 | .10 hrs |
| 11/16/12 | MRP | Exchange multiple memos with T.Schehr regarding West Virginia consent decree | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-301144

FED ID NO. 63-0243316

| 11/20/12 | CSM | Emails with client and title company claims counsel regarding execution of allonge in conjunction with resolution of title claim | L160 | .20 hrs |
| 11/28/12 | CSM | Emails with client regarding execution of allonge in relation to settlement of title claim | L190 | .10 hrs |
| 11/29/12 | CSM | Telephone conference with title insurance claims counsel regarding request for allonge to lost note | L160 | .30 hrs |
| 11/29/12 | CWH | Review and analyze issues with title carrier's requests for additional endorsements/transfers of the note, which is lost | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $743.40

BILLING SUMMARY

| Michael R. Pennington | .60 hrs | 424.00 /hr | 254.40 |
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Cory S. Menees | 1.30 hrs | 300.00 /hr | 390.00 |

TOTAL FEES              2.20 hrs                    $743.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$743.40**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301144

INVOICE #  830090

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301144
     Indymac Federal Bank v. Ronnette Elaine Brown, et. al. -
     728084
     TC # 728084

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/12 | JJE | Draft case status report | B110 | .10 hrs |
| 12/03/12 | CSM | Emails with client regarding finalization of settlement | L160 | .10 hrs |
| 12/05/12 | CSM | Drafted case status report | B110 | .10 hrs |
| 12/14/12 | CSM | Emails with client and title insurer regarding amendment of settlement agreement and final resolution of claim | L190 | .20 hrs |
| 12/20/12 | CSM | Draft subrogation agreement requested by title company as condition of release of settlement proceeds | L160 | 1.30 hrs |
| 12/20/12 | CSM | Emails with client and title insurer regarding subrogation agreement requested by title company as condition of release of settlement proceeds | C400 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                $619.70

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | .10 hrs | 197.00 /hr | 19.70 |
| Cory S. Menees | 2.00 hrs | 300.00 /hr | 600.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301144

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 2.10 hrs | $619.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$619.70** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 30, 2012
1100 Virginia Drive                                        0R0808-301149
Fort Washington, PA 19034

INVOICE #  813632

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301149
     Lakhani, Mitesh P.
     Loan No. 0307723792; Ally No. 728488
     TC # 728488

PROFESSIONAL SERVICES

09/03/12  KSA  Prepare status report regarding short      L120     .10 hrs
               sale pending

          TOTAL FEES FOR THIS MATTER                               $22.30

BILLING SUMMARY

   Keith S. Anderson        .10 hrs   223.00 /hr          22.30

TOTAL FEES                  0.10 hrs                     $22.30

**TOTAL CHARGES FOR THIS INVOICE**                      **$22.30**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            NOVEMBER 17, 2012
1100 Virginia Drive                                              0R0808-301149
Fort Washington, PA 19034

                                                                INVOICE #  818478

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301149
         Lakhani, Mitesh P.
         Loan No. 0307723792; Ally No. 728488
         TC # 728488

PROFESSIONAL SERVICES

10/01/12  KSA   Draft case status report regarding short    L120    .10 hrs
                sale and dismissal

10/19/12  MST   Analysis of filing status of Notice of       L120    .20 hrs
                Bankruptcy and update review sheet
                regarding same, at the request of
                C.Hancock


          TOTAL FEES FOR THIS MATTER                                 $52.30


BILLING SUMMARY

    Melanie Thompson         .20 hrs    150.00 /hr         30.00
    Keith S. Anderson        .10 hrs    223.00 /hr         22.30


TOTAL FEES                   0.30 hrs                      $52.30

**TOTAL CHARGES FOR THIS INVOICE**                        **$52.30**


              ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                        0R0808-301149
Fort Washington, PA 19034

INVOICE #  821225

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301149
     Lakhani, Mitesh P.
     Loan No. 0307723792; Ally No. 728488
     TC # 728488

PROFESSIONAL SERVICES

11/01/12  KSA   Draft status report regarding         L120     .10 hrs
                plaintiff's attorney non-suit

11/06/12  KSA   Email correspondence with plaintiff's L120     .20 hrs
                counsel and obtain notice of dismissal


                TOTAL FEES FOR THIS MATTER                     $66.90


BILLING SUMMARY

   Keith S. Anderson          .30 hrs   223.00 /hr        66.90


TOTAL FEES                  0.30 hrs                     $66.90

**TOTAL CHARGES FOR THIS INVOICE**                      **$66.90**


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301151

INVOICE #  813633

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301151
     Alonso, Amparo
     Loan No. 0602189416; Ally No. 728484
     TC # 728484

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/02/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 09/27/12 | RBB | Review motions to dismiss counterclaims in order to prepare motion to dismiss counterclaims for attorney review | L140 | .20 hrs |
| 09/27/12 | RBB | Analysis of borrower Æs answer affirmative defenses and counterclaims in order to prepare motion to dismiss counterclaims for attorney review | L140 | .30 hrs |
| 09/28/12 | RBB | Analysis of borrower Æs answer affirmative defenses and counterclaims in order to prepare motion to dismiss counterclaims for attorney review | L140 | .30 hrs |
| 09/28/12 | RBB | Research responses to each of the four counterclaims made by the borrower in order to prepare motion to dismiss counterclaims for attorney review | L140 | 1.10 hrs |
| 09/28/12 | RBB | Prepare motion to dismiss counterclaims for attorney review | L140 | .90 hrs |

TOTAL FEES FOR THIS MATTER                                    $445.20



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 30, 2012

ResCap

0R0808-301151

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert B. Benson | 2.80 hrs | 149.00 /hr | 417.20 |
| Nader Raja | .10 hrs | 280.00 /hr | 28.00 |

TOTAL FEES                       2.90 hrs                     $445.20

**TOTAL CHARGES FOR THIS INVOICE**                         **$445.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301151

INVOICE #  818479

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301151
     Alonso, Amparo
     Loan No. 0602189416; Ally No. 728484
     TC # 728484

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 10/08/12 | NSR | Respond to client e-mail from client regarding loss mitigation review | L120 | .10 hrs |
| 10/10/12 | NSR | Draft motion to amend complaint | L250 | .80 hrs |
| 10/10/12 | NSR | Telephone conference with M.Verma regarding case strategy | L120 | .10 hrs |
| 10/10/12 | NSR | Draft e-mail to W.Ridout regarding amendment of Complaint | L250 | .10 hrs |
| 10/15/12 | NSR | Follow up with co-counsel regarding case strategy | L120 | .10 hrs |
| 10/17/12 | KK | Emails with foreclosure counsel regarding proper attorney handling case and research and review docket to determine status of case | L110 | .30 hrs |
| 10/17/12 | NSR | Exchange e-mails with foreclosure counsel regarding case strategy and analysis | L120 | .20 hrs |
| 10/22/12 | NSR | Telephone conference with borrowers' counsel regarding loan modification | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 17, 2012

ResCap

0R0808-301151

FED ID NO. 63-0243316

| 10/24/12 | NSR | Review e-mails from client regarding status of borrowers' request for loan modification | L160 | .20 hrs |
|----------|-----|---|------|---------|
| 10/29/12 | RBB | Review of pleadings, documents and current case status  in regards to correspondence received regarding setting Miami-Dade cases for trial | L140 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $624.70

BILLING SUMMARY

| Robert B. Benson | .30 hrs | 149.00 /hr | 44.70 |
|------------------|---------|------------|-------|
| Nader Raja | 1.90 hrs | 280.00 /hr | 532.00 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES              2.50 hrs                 $624.70

**TOTAL CHARGES FOR THIS INVOICE**                $624.70

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                       0R0808-301151
Fort Washington, PA 19034

                                                          INVOICE #  820878
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301151
     Alonso, Amparo
     Loan No. 0602189416; Ally No. 728484
     TC # 728484
11/14/12 Computerized Legal Research-Westlaw Westlaw              0.00
        User: PUCKETT,AMY
11/15/12 Computerized Legal Research-Westlaw Westlaw              0.00
        User: PUCKETT,AMY


TOTAL FEES              0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

        ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301151

INVOICE # 821226

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re: 0R0808-301151
    Alonso, Amparo
    Loan No. 0602189416; Ally No. 728484
    TC # 728484

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | NSR | Exchange correspondence with foreclosure counsel regarding amendment of complaint and strategy for moving forward | L210 | .20 hrs |
| 11/01/12 | NSR | Draft status report for client | L190 | .10 hrs |
| 11/05/12 | KK | Review client documents and gather documents in preparation of drafting discovery | L110 | .40 hrs |
| 11/06/12 | NSR | Correspondence with borrower's counsel regarding loss mitigation request and need for additional documentation | L160 | .10 hrs |
| 11/13/12 | APUC | Draft Motion to Dismiss Defendants' Counterclaims | L190 | 2.20 hrs |
| 11/14/12 | APUC | Analyze case law on standing and fraud in order to prepare Motion to Dismiss Defendants' Counterclaims | L660 | 1.80 hrs |
| 11/14/12 | APUC | Continue drafting Motion to Dismiss Defendants' Counterclaims | L660 | 1.20 hrs |
| 11/14/12 | APUC | Analyze case law on claims to quiet title and the litigation privilege in support of Motion to Dismiss | L660 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301151

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 11/15/12 | APUC | Analyze case law on negligence claims in foreclosure suits in support of Motion to Dismiss | L660 | 1.00 hrs |
| 11/20/12 | NSR | Correspondence with W.Ridout, default counsel, regarding amended complaint | L210 | .10 hrs |
| 11/21/12 | KK | Review Motion for Leave to Amend Complaint filed by foreclosure counsel | L110 | .20 hrs |
| 11/28/12 | NSR | Revise introduction and facts section of motion to dismiss | L240 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                     $2,312.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Nader Raja | 1.60 hrs | 280.00 /hr | 448.00 |
| Amy Puckett | 6.80 hrs | 260.00 /hr | 1,768.00 |
| Kerry Keane | .60 hrs | 160.00 /hr | 96.00 |

TOTAL FEES                     9.00 hrs                     $2,312.00

**TOTAL CHARGES FOR THIS INVOICE**                     $2,312.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    JANUARY 23, 2013
1100 Virginia Drive                                       0R0808-301151
Fort Washington, PA 19034

                                                          INVOICE #  830092

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301151
     Alonso, Amparo
     Loan No. 0602189416; Ally No. 728484
     TC # 728484

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 12/14/12 | KK | Review, revise, and finalize Motion to Dismiss and prepare for e-filing in Miami-Dade, Florida online portal | L110 | .50 hrs |
| 12/14/12 | KK | Emails with foreclosure counsel and opposing counsel regarding service of documents filed with the court | L110 | .20 hrs |
| 12/14/12 | KK | Review judicial calendar and procedures in conjunction with setting motion for hearing | L110 | .30 hrs |
| 12/14/12 | MCG | Review and revise motion to dismiss borrower's counterclaims | L210 | 1.10 hrs |
| 12/14/12 | NSR | Review and revise argument section of motion to dismiss all of borrowers' counterclaims | L240 | .30 hrs |
| 12/31/12 | KK | Research and review docket to determine status of case | L110 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                   $636.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
JANUARY 23, 2013

ResCap

0R0808-301151

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | 1.10 hrs | 323.00 /hr | 355.30 |
| Nader Raja | .40 hrs | 280.00 /hr | 112.00 |
| Kerry Keane | 1.00 hrs | 160.00 /hr | 160.00 |
| Kerry Keane | .10 hrs | 91.00 /hr | 9.10 |

TOTAL FEES                  2.60 hrs                    $636.40

**TOTAL CHARGES FOR THIS INVOICE**                    $636.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301152

INVOICE #  813634

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301152
     Olmos, Jose & Alejandrina
     Loan No. 042862859; Ally No. 728274
     TC # 728498

PROFESSIONAL SERVICES

09/03/12  KSA  Prepare status report regarding            L120     .10 hrs
               foreclosure to proceed, tenants to vacate


               TOTAL FEES FOR THIS MATTER                      $22.30

08/13/12 Copy Charges                                           0.00
08/27/12 Copy Charges                                           0.00
09/04/12 Copy Charges                                           0.00

BILLING SUMMARY

   Keith S. Anderson        .10 hrs   223.00 /hr        22.30


TOTAL FEES               0.10 hrs              $22.30

TOTAL CHARGES FOR THIS INVOICE                $22.30


***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301152

INVOICE #  818480

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301152
     Olmos, Jose & Alejandrina
     Loan No. 042862859; Ally No. 728274
     TC # 728498

PROFESSIONAL SERVICES

| 10/01/12 | KSA | Draft case status report regarding offer to vacate and hearing | L120 | .10 hrs |
| 10/15/12 | KSA | Research court payments made and pleadings in preparation for upcoming status hearing | L120 | .60 hrs |
| 10/15/12 | KSA | Telephone discussion with plaintiff's counsel regarding move out and October 25th hearing | L120 | .20 hrs |
| 10/18/12 | KSA | Review pleadings and draft bankruptcy notice | L210 | .40 hrs |
| 10/19/12 | AHC | Final review and revision of Notice of Bankruptcy | L250 | .40 hrs |
| 10/19/12 | MST | Revise Notice of Bankruptcy including final supplemental order, prepare for filing and service and update bankruptcy review sheet regarding same | L210 | .80 hrs |
| 10/22/12 | KSA | Prepare for status hearing by review of pleadings and contacting court and opposing counsel | L230 | .70 hrs |
| 10/23/12 | KSA | Telephone discussion with plaintiff's counsel regarding vacating property | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301152

FED ID NO. 63-0243316

---

10/23/12   KSA   Review of court's order and update email      L120      .40 hrs
                 to G.Albright regarding status


                 TOTAL FEES FOR THIS MATTER                            $757.80


EXPENSES

10/30/12  Filing Fees - BUSINESS CARD BEXAS DC 10-18-12                  2.00
          Bank ID: GENR Check Number: 101476

                 TOTAL COSTS FOR THIS MATTER                            $2.00


BILLING SUMMARY

    Melanie Thompson         .80 hrs    150.00 /hr       120.00
    Alecia H. Cockrell       .40 hrs    145.00 /hr        58.00
    Keith S. Anderson       2.60 hrs    223.00 /hr       579.80


TOTAL FEES                 3.80 hrs                     $757.80

TOTAL EXPENSES                                           $2.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$759.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301152

INVOICE #  821227

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301152
     Olmos, Jose & Alejandrina
     Loan No. 042862859; Ally No. 728274
     TC # 728498

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | KSA | Draft status report regarding plaintiff's intention to vacate | L120 | .10 hrs |
| 11/06/12 | KSA | Email correspondence with plaintiff's counsel regarding vacating property and dismissal of lawsuit | L120 | .20 hrs |
| 11/28/12 | KSA | Review correspondence from plaintiffs' new counsel | L120 | .10 hrs |
| 11/28/12 | KSA | Telephone discussion with FCL counsel regarding status | L120 | .10 hrs |
| 11/28/12 | KSA | Review of pleadings and outline motion to enforce order | L210 | .30 hrs |
| 11/29/12 | KSA | Draft letter to plaintiff's new counsel to address his November 28th letter and subsequent email correspondence with plaintiff's counsel regarding vacating property and dismissal | L120 | 1.00 hrs |

                    TOTAL FEES FOR THIS MATTER                    $401.40

BILLING SUMMARY

     Keith S. Anderson          1.80 hrs   223.00 /hr        401.40



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 30, 2012

ResCap

0R0808-301152

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 1.80 hrs | $401.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$401.40** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JANUARY 23, 2013
1100 Virginia Drive                                            0R0808-301152
Fort Washington, PA 19034

INVOICE #   830094

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301152
     Olmos, Jose & Alejandrina
     Loan No. 042862859; Ally No. 728274
     TC # 728498

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/11/12 | MST | Finalize Rule 11 Agreement and prepare for filing and service. | L210 | .40 hrs |
| 11/30/12 | KSA | Review correspondence from new plaintiff's counsel and draft response after review of pleadings and property records | L120 | .50 hrs |
| 12/01/12 | KSA | Draft status report | L120 | .10 hrs |
| 12/19/12 | KSA | Draft motion to enforce court order | L250 | .40 hrs |
| 12/19/12 | KSA | Draft letter to plaintiff's counsel requesting dismissal of case with proposed orders | L120 | .40 hrs |
| 12/19/12 | KSA | Email status update to G.Albright | L120 | .20 hrs |
| 12/20/12 | KSA | Review correspondence from plaintiff's counsel regarding dismissal of case | L120 | .20 hrs |
| 12/20/12 | MST | Finalize Motion for Non-Suit with order of dismissal and prepare for filing and service | L210 | .70 hrs |

TOTAL FEES FOR THIS MATTER                                    $566.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301152

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.10 hrs | 150.00 /hr | 165.00 |
| Keith S. Anderson | 1.80 hrs | 223.00 /hr | 401.40 |
| **TOTAL FEES** | 2.90 hrs | | $566.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$566.40** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301154

INVOICE #  813635

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301154
     Tapia, Jorge
     Loan No. 7440806396; Ally No. 728645
     TC # 728645

PROFESSIONAL SERVICES

09/28/12  KK   Emails with client regarding status of        L110     .20 hrs
               case in order to officially close out
               file

               TOTAL FEES FOR THIS MATTER                              $32.00

BILLING SUMMARY

  Kerry Keane              .20 hrs    160.00 /hr        32.00

TOTAL FEES                 0.20 hrs                   $32.00

TOTAL CHARGES FOR THIS INVOICE                       $32.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301155

INVOICE #  813636

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301155
     Noonan, Robert & Dana
     Loan No. 0181944208; Ally No. 728707
     TC # 728707

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | CLHA | Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $69.00

BILLING SUMMARY

Christopher L. Hawkins       .20 hrs   345.00 /hr        69.00

TOTAL FEES              0.20 hrs               $69.00

**TOTAL CHARGES FOR THIS INVOICE**              $69.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301155
Fort Washington, PA 19034

INVOICE #  818481

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301155
     Noonan, Robert & Dana
     Loan No. 0181944208; Ally No. 728707
     TC # 728707

PROFESSIONAL SERVICES

10/01/12   CLHA Provide taxonomy and related information   L120      .30 hrs
                for client's review

                TOTAL FEES FOR THIS MATTER                        $103.50

BILLING SUMMARY

   Christopher L. Hawkins        .30 hrs   345.00 /hr        103.50

TOTAL FEES                       0.30 hrs                   $103.50

**TOTAL CHARGES FOR THIS INVOICE**                         **$103.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301157

INVOICE #  813637

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301157
     LeBlanc, Carl (Noriko Ishkawa aka Noriko LeBlanc)
     Loan No. 0702107718; Ally No. 728879
     TC # 728879

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | JJE | Email from and to client regarding analysis and any changes to our recommendations based upon recently filed amended complaint and answer and affirmative defenses to same and outlining comparison analysis of the pleadings | C300 | .40 hrs |
| 09/28/12 | KK | Emails with client regarding status of case in order to confirm resolution of matter and officially close out | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $110.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | .40 hrs | 197.00 /hr | 78.80 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |
| TOTAL FEES | 0.60 hrs | | $110.80 |

**TOTAL CHARGES FOR THIS INVOICE**                        $110.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301158

INVOICE #  813638

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301158
     Choudhary, Azra
     Loan No. 7429436819; Ally No. 728768
     TC # 728768

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 09/05/12 | AHC | Correspondence to all counsel of record regarding Designation of Email Addresses | L510 | .20 hrs |
| 09/24/12 | AC | Begin outlining for appellate brief | L520 | .80 hrs |

| | |
|---|---|
| TOTAL FEES FOR THIS MATTER | $241.40 |
| 08/15/12 Copy Charges | 0.00 |
| 09/21/12 Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .60 hrs | 145.00 /hr | 87.00 |
| Aaron Chastain | .80 hrs | 193.00 /hr | 154.40 |

| | | |
|---|---|---|
| TOTAL FEES | 1.40 hrs | $241.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$241.40** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301158

INVOICE #  818482

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301158
     Choudhary, Azra
     Loan No. 7429436819; Ally No. 728768
     TC # 728768

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/03/12 | AHC | Review Master Index to Record on Appeal to confirm receipt of all documents | L510 | 1.00 hrs |
| 10/10/12 | AC | File motion regarding appellate brief | L510 | .20 hrs |
| 10/10/12 | MJA | Review motion for time extension and e-filing certification | L510 | .30 hrs |
| 10/10/12 | AHC | Final revisions to Motion for Extension and correspondence to opposing counsel regarding same | L510 | .50 hrs |
| 10/23/12 | AC | Begin drafting appellate answer brief | L520 | 1.20 hrs |
| 10/24/12 | AC | Continue drafting Answer Brief for appeal | L520 | 2.90 hrs |
| 10/25/12 | AC | Complete first draft of Answer Brief and circulate for edits | L520 | 4.90 hrs |
| 10/25/12 | MAC | Edit appellate brief | L520 | .50 hrs |
| 10/26/12 | AC | Incorporate edits in Answer Brief from M.A.Couch and M.Ayers and prepare for filing | L520 | .80 hrs |
| 10/26/12 | MAC | Edit appellate brief | L520 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 17, 2012

ResCap

0R0808-301158

FED ID NO. 63-0243316

---

10/29/12  AHC   Final revision to Brief of Appellee and        L520      .50 hrs
                correspondence to opposing counsel
                regarding same

        TOTAL FEES FOR THIS MATTER                                    $2,699.10

10/03/12  Copy Charges                                                     0.00
10/05/12  Copy Charges                                                     0.00
10/25/12  Copy Charges                                                     0.00
10/26/12  Copy Charges                                                     0.00
10/26/12  Copy Charges                                                     0.00
10/26/12  Copy Charges                                                     0.00
10/29/12  Copy Charges                                                     0.00
10/10/12  Express Mail/Fedex                                               0.00
10/29/12  Express Mail/Fedex                                               0.00

BILLING SUMMARY

   Marc J. Ayers            .30 hrs    297.00 /hr        89.10
   Alecia H. Cockrell      2.00 hrs    145.00 /hr       290.00
   Aaron Chastain         10.00 hrs    193.00 /hr     1,930.00
   Mary Ann Couch          2.00 hrs    195.00 /hr       390.00


TOTAL FEES               14.30 hrs                   $2,699.10

**TOTAL CHARGES FOR THIS INVOICE**                   $2,699.10

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301158

INVOICE #  820879

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301158
     Choudhary, Azra
     Loan No. 7429436819; Ally No. 728768
     TC # 728768

EXPENSES

| | | |
|---|---|---|
| 11/05/12 BINDING | | 6.00 |
| TOTAL COSTS FOR THIS MATTER | | $6.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $6.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$6.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                                       0R0808-301158
Fort Washington, PA 19034

INVOICE #  821228

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0808-301158
      Choudhary, Azra
      Loan No. 7429436819; Ally No. 728768
      TC # 728768

PROFESSIONAL SERVICES

| 11/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/12/12 | AHC | Review pleadings regarding service address in response to inquiry from opposing counsel | L110 | .20 hrs |
| 11/29/12 | AC | Analyze issues and arguments raised in borrower's reply brief | L520 | .50 hrs |
| 11/29/12 | AHC | Initial review of Appellant's Answer Brief | L520 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                                $198.00

BILLING SUMMARY

| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |
| Aaron Chastain | .50 hrs | 193.00 /hr | 96.50 |

TOTAL FEES            1.20 hrs               $198.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 30, 2012

0R0808-301158

FED ID NO. 63-0243316

ResCap

**TOTAL CHARGES FOR THIS INVOICE**                    $198.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301158

INVOICE #  830095

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301158
     Choudhary, Azra
     Loan No. 7429436819; Ally No. 728768
     TC # 728768

<u>PROFESSIONAL SERVICES</u>

| 12/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/04/12 | AC | Analyze motion for oral argument and begin preparing response in opposition | L510 | .20 hrs |
| 12/04/12 | AHC | Receipt and initial review of Request for Oral Argument and Motion for Attorneys Fees | L510 | .20 hrs |
| 12/07/12 | AC | Prepare response in opposition to motion for oral argument | L510 | .70 hrs |
| 12/07/12 | MJA | Review of response to motion for oral argument | L510 | .30 hrs |
| 12/12/12 | AHC | Final review and revision of Appellee's Response in Opposition to Motion for Oral Argument | L510 | .40 hrs |
| 12/12/12 | AHC | Correspondence to opposing counsel regarding Appellee's Response in Opposition to Motion for Oral Argument | L510 | .20 hrs |
| 12/13/12 | AC | Email opposing counsel regarding outstanding motions for attorneys' fees and oral argument | L510 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301158

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                          $480.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .30 hrs | 297.00 /hr | 89.10 |
| Alecia H. Cockrell | 1.10 hrs | 145.00 /hr | 159.50 |
| Aaron Chastain | 1.20 hrs | 193.00 /hr | 231.60 |

| | | |
|---|---|---|
| TOTAL FEES | 2.60 hrs | $480.20 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$480.20**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301159

INVOICE #  813829

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301159
     Fogell, Lisa
     Loan No. 0601786213; Ally No. 728933
     TC # 728933

| | |
|---|---|
| 08/08/12 Copy Charges | 0.00 |
| 08/17/12 Copy Charges | 0.00 |
| 08/23/12 Copy Charges | 0.00 |
| 08/29/12 Copy Charges | 0.00 |
| 09/09/12 Copy Charges | 0.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                         0R0808-301159
Fort Washington, PA 19034

                                                           INVOICE #   820880

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301159
      Fogell, Lisa
      Loan No. 0601786213; Ally No. 728933
      TC # 728933

| Date | Description | Amount |
|---|---|---|
| 10/02/12 | Copy Charges | 0.00 |
| 10/02/12 | Copy Charges | 0.00 |
| 10/08/12 | Copy Charges | 0.00 |
| 10/08/12 | Copy Charges | 0.00 |
| 10/10/12 | Copy Charges | 0.00 |
| 10/11/12 | Copy Charges | 0.00 |

TOTAL FEES                    0.00 hrs                      $.00

**TOTAL CHARGES FOR THIS INVOICE**                         $.00

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301162

INVOICE #  813830

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301162
     Mannings, Sonia S.
     Loan No. 7441751856; Ally No. 729017
     TC # 729017

| | |
|---|---:|
| 08/22/12 Copy Charges | 0.00 |
| 09/20/12 Copy Charges | 0.00 |
| 09/21/12 Copy Charges | 0.00 |
| 09/21/12 Copy Charges | 0.00 |

| | | |
|---|---|---:|
| TOTAL FEES | 0.00 hrs | $.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301163

INVOICE #  813639

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301163
     Ortiz, Rubin
     Loan No. 7471310011; Ally No. 729087
     TC # 729087

PROFESSIONAL SERVICES

| 09/12/12 | JJE | Research TILA related case law regarding statute of limitations regarding claims under section 2605 for incorporation into revised scrub analysis | C300 | 1.80 hrs |
| 09/17/12 | CWH | Final review and revisions to analysis memo before submission to client | L210 | .20 hrs |
| 09/17/12 | KK | Finalize analysis and email client regarding recommendation going forward with file | L110 | .20 hrs |

                TOTAL FEES FOR THIS MATTER                         $452.60

09/12/12 Computerized Legal Research-Westlaw Westlaw            0.00
         User: EASON,JO

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Joycelyn J. Eason | 1.80 hrs | 197.00 /hr | 354.60 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES                2.20 hrs                    $452.60



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301163

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $452.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301164

INVOICE #  813640

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301164
     Villalon, Carlos
     Loan No. 7439335266; Ally No. 728982
     TC # 728982

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | AHC | Initial review of appellant's initial brief, record on appeal and other appellate court documents as received from courier service | L520 | 1.40 hrs |
| 09/04/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 09/04/12 | AC | Review appellant's brief | L520 | .30 hrs |
| 09/07/12 | MAC | Plan strategy for briefing | L520 | .40 hrs |
| 09/07/12 | MAC | Review intial documents for appellate brief | L520 | .50 hrs |
| 09/07/12 | AC | Consolidate case record and prepare brief | L520 | .60 hrs |
| 09/10/12 | MAC | Review file, including appellant's initial brief and other appellate court documents | L520 | .90 hrs |
| 09/10/12 | MAC | Review proceedings in trial court for appeal | L520 | 1.30 hrs |
| 09/10/12 | MAC | Research concerning appellate brief strategy | L520 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE   2
OCTOBER 30, 2012

0R0808-301164

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/10/12 | MAC | Research tolling of foreclosure sale as a result of filing suggestion of bankruptcy and whether time for appeal is tolled | L520 | 2.00 hrs |
| 09/10/12 | MAC | Research 11 USC 108 effect of tolling time for notice of appeal | L510 | 1.90 hrs |
| 09/10/12 | MAC | Draft course of proceedings section of appellee's brief | L520 | 2.20 hrs |
| 09/10/12 | MAC | Draft summary of argument and argument I section of appellee's brief | L520 | 1.40 hrs |
| 09/10/12 | AC | Outline plan for Answer Brief | L520 | .60 hrs |
| 09/10/12 | JB | Research issues regarding bankruptcy related defenses to foreclosure and appeal | L120 | .20 hrs |
| 09/11/12 | AC | Plan final organization for arguments in appellate brief and strategy for addressing waiver issues | L520 | 1.50 hrs |
| 09/11/12 | MAC | Draft argument II section of appellee's brief | L520 | 2.90 hrs |
| 09/11/12 | MAC | Edit entire brief | L520 | 2.50 hrs |
| 09/13/12 | MJA | Revisions to draft appeal brief | L520 | 1.50 hrs |
| 09/13/12 | MAC | Research concerning revisions to appellate brief | L520 | .20 hrs |
| 09/13/12 | MAC | Make final edits to appellate brief | L520 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301164

FED ID NO. 63-0243316

| Date | | | | |
|---|---|---|---|---|
| 09/14/12 | MJA | File Villalon brief with Florida appellate court | L520 | .50 hrs |
| 09/14/12 | MAC | Finish tables and certification for appellate brief | L520 | .10 hrs |
| 09/14/12 | AHC | Final review and revision of Brief of Appellee and correspondence to opposing counsel regarding same | L520 | .70 hrs |

TOTAL FEES FOR THIS MATTER          $5,064.00

## EXPENSES

| | | |
|---|---|---|
| 09/07/12 | Copy Charges Initial brief of appellants | 0.00 |
| 09/10/12 | Copy Charges Brief | 0.00 |
| 09/11/12 | Copy Charges | 0.00 |
| 09/13/12 | Copy Charges | 0.00 |
| 09/14/12 | Copy Charges | 0.00 |
| 09/14/12 | Copy Charges | 0.00 |
| 09/14/12 | Copy Charges | 0.00 |
| 09/12/12 | Court Costs - Pleadings - WEST GROUP AC COURT COST | 1,003.55 |
| | Bank ID: GENR Check Number: 99035 | |
| 09/14/12 | Express Mail/Fedex | 0.00 |
| 09/10/12 | Computerized Legal Research-Westlaw Westlaw User: COUCH,MARY ANN | 0.00 |
| 09/11/12 | Computerized Legal Research-Westlaw Westlaw User: COUCH,MARY ANN | 0.00 |
| 09/18/12 | BINDING | 9.00 |

TOTAL COSTS FOR THIS MATTER          $1,012.55



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
OCTOBER 30, 2012

0R0808-301164

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 2.00 hrs | 297.00 /hr | 594.00 |
| Alecia H. Cockrell | 2.50 hrs | 145.00 /hr | 362.50 |
| James Bailey | .20 hrs | 190.00 /hr | 38.00 |
| Aaron Chastain | 3.00 hrs | 193.00 /hr | 579.00 |
| Mary Ann Couch | 17.90 hrs | 195.00 /hr | 3,490.50 |

TOTAL FEES                25.60 hrs                        $5,064.00

TOTAL EXPENSES                                             $1,012.55

**TOTAL CHARGES FOR THIS INVOICE**                        $6,076.55

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301164

INVOICE #  818483

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301164
     Villalon, Carlos
     Loan No. 7439335266; Ally No. 728982
     TC # 728982

PROFESSIONAL SERVICES

| 10/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart and correspondence to client regarding same | L190 | .50 hrs |
| 10/09/12 | MAC | Review Villalon reply brief | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                  $111.50

BILLING SUMMARY

| Alecia H. Cockrell | .50 hrs | 145.00 /hr | 72.50 |
| Mary Ann Couch | .20 hrs | 195.00 /hr | 39.00 |

TOTAL FEES          0.70 hrs                $111.50

TOTAL CHARGES FOR THIS INVOICE             $111.50

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301164

INVOICE #  821229

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301164
     Villalon, Carlos
     Loan No. 7439335266; Ally No. 728982
     TC # 728982

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | AHC | Draft status report | L190 | .30 hrs |
| 11/09/12 | AC | Review case file status and send report to G.Albright | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER          $82.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Aaron Chastain | .20 hrs | 193.00 /hr | 38.60 |

| | | |
|---|---|---|
| TOTAL FEES | 0.50 hrs | $82.10 |

**TOTAL CHARGES FOR THIS INVOICE**          $82.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301164

INVOICE #  830098

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301164
     Villalon, Carlos
     Loan No. 7439335266; Ally No. 728982
     TC # 728982

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/02/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/03/12 | AC | Review order affirming trial court and forward to G.Albright | L510 | .30 hrs |
| 12/13/12 | MAC | Read Motion for reconsideration and consider whether to file response | L520 | .40 hrs |
| 12/17/12 | MAC | Draft response to motion for rehearing | L520 | 1.50 hrs |
| 12/17/12 | MJA | Review of response to Villalon application for rehearing | L510 | .30 hrs |
| 12/21/12 | MJA | Review of new response in Villalon matter | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $650.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .60 hrs | 297.00 /hr | 178.20 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Aaron Chastain | .30 hrs | 193.00 /hr | 57.90 |
| Mary Ann Couch | 1.90 hrs | 195.00 /hr | 370.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0808-301164

FED ID NO. 63-0243316

TOTAL FEES                    3.10 hrs                    $650.10

**TOTAL CHARGES FOR THIS INVOICE**                    $650.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301165

INVOICE # 813641

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re: 0R0808-301165
    Williams, Linda & Kelvin
    Loan No. 7442385860; Ally No. 728482
    TC # 728482

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | JLJ | Research regarding motion to dismiss, responsive pleadings, and the absolute right under Florida rules to amend the complaint and strategize regarding the same | L210 | .40 hrs |
| 09/04/12 | BAW | Work on motion for judgment on the pleadings | L240 | .80 hrs |
| 09/04/12 | HTC | Analyze issues in case to determine course of action going forward | L120 | .10 hrs |
| 09/06/12 | BAW | Analyze letter received from H.Feinmel on August 30 | L190 | 1.20 hrs |
| 09/06/12 | BAW | Research and draft response to H.Feinmel letter raising various FDCPA, FCCPA and federal law issues regarding loan | L190 | .90 hrs |
| 09/06/12 | BAW | Correspond with client regarding estoppel letter request and request payoff | L190 | .50 hrs |
| 09/06/12 | BAW | Research F.S. section 701.04 regarding requirements for response to mortgagor request for estoppel letter | L190 | .90 hrs |
| 09/06/12 | RR | Review letter to plaintiff | B110 | .30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301165

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/07/12 | BAW | Work on draft answer and summary judgment brief | L240 | 5.70 hrs |
| 09/07/12 | BAW | Edit estoppel letter response to H.Feinmel | L190 | .80 hrs |
| 09/07/12 | HTC | Analyze letter from H.Feinmel regarding estoppel letter and revise draft response to same | L120 | .60 hrs |
| 09/09/12 | BAW | Mark up and revise answer and affirmative defenses to Fidelity's first amended complaint | L210 | .50 hrs |
| 09/10/12 | JLJ | Research regarding Florida law and effect of failure to record an assignment of mortgage and draft memorandum regarding the same for purposes of summary judgment | L240 | 1.90 hrs |
| 09/10/12 | JLJ | Research regarding and analyze affirmative defenses in preparation for filing answer | L210 | .50 hrs |
| 09/10/12 | BAW | Finalize and file answer and affirmative defenses | L210 | 2.50 hrs |
| 09/10/12 | BAW | Work on draft summary judgment brief | L240 | 3.90 hrs |
| 09/10/12 | BAW | Finalize correspondence to plaintiff's attorney regarding payoff and related matters | L190 | .40 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/10/12 | HTC | Revise affirmative defenses in answer | L210 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301165

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/11/12 | BAW | Review original note and allonge | L190 | .60 hrs |
| 09/11/12 | BAW | Continue work on summary judgment | L240 | 2.20 hrs |
| 09/12/12 | BAW | Outline potential discovery to serve on Fidelity | L310 | .50 hrs |
| 09/17/12 | JLJ | Review amended complaint, filings and docket and draft case summary and outline strategy | L190 | .20 hrs |
| 09/17/12 | BAW | Read Rothenberg case and outline differences between Rothenberg and New Millenial | L190 | .90 hrs |
| 09/17/12 | BAW | Work on summary judgment motion and introduction of facts | L240 | .90 hrs |
| 09/18/12 | BAW | Extended conference with H.Cannon and R.Robichaux to discuss strategy for responding to land trust cases | L190 | .90 hrs |
| 09/18/12 | BAW | Read Congressional Drive Partners transcript from MERS regarding previous handling of Fidelity Leon County matter by Judge Cooper | L190 | .70 hrs |
| 09/18/12 | BAW | Work on sanctions letter | L190 | .40 hrs |
| 09/18/12 | HTC | Telephone conference with B.Blake and review materials provided by B.Blake in other Fidelity cases and analyze same | L120 | .40 hrs |
| 09/19/12 | BAW | Revise motion for sanctions | L250 | 4.40 hrs |
| 09/19/12 | BAW | Research regarding citing references to Rothenberg and New Millennial | L190 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| 09/19/12 | HTC | Review materials provided by MERS regarding similar cases and E.Cherry | L120 | .20 hrs |
|---|---|---|---|---|
| 09/20/12 | HTC | Revise motion for sanctions | L250 | .80 hrs |
| 09/20/12 | BAW | Work on and finalize draft motion for 57.105 sanctions | L250 | 5.30 hrs |
| 09/20/12 | BAW | Prepare exhibits for sanctions motion | L250 | .60 hrs |
| 09/20/12 | BAW | Research regarding Judge Cooper's handling of the Congressional Partners matter | L190 | .80 hrs |
| 09/20/12 | BAW | Work on summary judgment motion | L240 | .80 hrs |
| 09/20/12 | JLJ | Strategize regarding motion for sanctions and exhibits for summary judgment | L250 | .20 hrs |
| 09/21/12 | JLJ | Gather exhibits for summary judgment filing | L240 | .30 hrs |
| 09/21/12 | BAW | Finalize and serve sanctions motion and meet and confer letter on H.Feinmel | L250 | 2.30 hrs |
| 09/21/12 | AHC | Final review and revision of notice of appearance of additional counsel | L210 | .40 hrs |
| 09/24/12 | BAW | Read Geisler pleadings and motions | L210 | .60 hrs |
| 09/24/12 | BAW | Update GMAC land trust chart for client review | L190 | .10 hrs |
| 09/26/12 | BAW | Continue working on summary judgment motion | L240 | 6.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
OCTOBER 30, 2012

0R0808-301165

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/27/12 | BAW | Finalize summary judgment briefing | L240 | 5.20 hrs |
| 09/27/12 | BAW | Read AG's complaint against Ed Cherry | L210 | 1.20 hrs |
| 09/27/12 | BAW | Receive notification of dismissal with prejudice and correspond with client regarding same | L160 | .30 hrs |
| 09/27/12 | HTC | Analyze and consider issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | .40 hrs |
| 09/28/12 | BAW | Research regarding potential for non-sanction prevailing party attorney's fee claim against Fidelity | L190 | .80 hrs |
| 09/28/12 | BAW | Correspond with H.Franchi regarding closing file | L160 | .10 hrs |
| 09/28/12 | BAW | Correspond with MERS counsel regarding estoppel letter | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $19,578.50

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/12 | Copy Charges | 0.00 |
| 09/11/12 | Copy Charges | 0.00 |
| 09/19/12 | Copy Charges | 0.00 |
| 09/19/12 | Copy Charges | 0.00 |
| 09/19/12 | Copy Charges | 0.00 |
| 09/20/12 | Copy Charges | 0.00 |
| 09/20/12 | Copy Charges | 0.00 |
| 09/20/12 | Copy Charges | 0.00 |
| 09/20/12 | Copy Charges | 0.00 |
| 09/21/12 | Copy Charges | 0.00 |
| 09/21/12 | Copy Charges | 0.00 |
| 09/21/12 | Copy Charges | 0.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
OCTOBER 30, 2012

0R0808-301165

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 09/21/12 Copy Charges | | 0.00 |
| 09/21/12 Copy Charges | | 0.00 |
| 09/21/12 Copy Charges | | 0.00 |
| 09/11/12 Express Mail/Fedex | | 0.00 |
| 09/04/12 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
|          User: JONES,JESSICA | | |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 3.00 hrs | 315.00 /hr | 945.00 |
| Brian Wahl | 55.60 hrs | 320.00 /hr | 17,792.00 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jessica L. Jones | 3.50 hrs | 193.00 /hr | 675.50 |
| Ryan Robichaux | .30 hrs | 215.00 /hr | 64.50 |

TOTAL FEES            63.10 hrs                    $19,578.50

**TOTAL CHARGES FOR THIS INVOICE**            $19,578.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301165

INVOICE #  818484

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301165
     Williams, Linda & Kelvin
     Loan No. 7442385860; Ally No. 728482
     TC # 728482

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | BAW | Draft instructions to client regarding resumption of foreclosure action by foreclosure counsel | L190 | .20 hrs |
| 10/01/12 | BAW | Correspond with foreclosure counsel regarding original note | L190 | .20 hrs |
| 10/02/12 | HTC | Continued work on affidavit | L210 | .20 hrs |
| 10/02/12 | JAM | Access online docket to review recent case activity | L190 | .30 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $234.50 |

10/01/12 Express Mail/Fedex                                    0.00

BILLING SUMMARY

| Name | hrs | rate | amount |
|---|---|---|---|
| Hope Cannon | .20 hrs | 315.00 /hr | 63.00 |
| Brian Wahl | .40 hrs | 320.00 /hr | 128.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |

| TOTAL FEES | 0.90 hrs | | $234.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0808-301165

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                          $234.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301166

INVOICE #  813642

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301166
     Poulos, Steven (4535 West Powell, Phoenix, AZ)
     Loan No. 0473660223; Ally No. 729198
     TC # 729198

PROFESSIONAL SERVICES

09/07/12  CSM  Draft status report                          B110      .10 hrs

          TOTAL FEES FOR THIS MATTER                                  $30.00

BILLING SUMMARY

   Cory S. Menees              .10 hrs    300.00 /hr        30.00

TOTAL FEES                     0.10 hrs                    $30.00

**TOTAL CHARGES FOR THIS INVOICE**                         $30.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012

0R0808-301166

INVOICE #  818485

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301166
     Poulos, Steven (4535 West Powell, Phoenix, AZ)
     Loan No. 0473660223; Ally No. 729198
     TC # 729198

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | CSM | Review case docket for purposes of determining status of pending motion to drop MERS as party defendant | B190 | .20 hrs |
| 10/02/12 | CSM | Draft monthly status report | B110 | .10 hrs |
| 10/16/12 | CSM | Review case docket to determine status of court consideration of pending motion to drop MERS as party defendant | L190 | .20 hrs |
| 10/29/12 | CSM | Review administrative order entered in case to determine effect, if any, on client | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $180.00

BILLING SUMMARY

Cory S. Menees          .60 hrs   300.00 /hr      180.00

TOTAL FEES              0.60 hrs              $180.00

**TOTAL CHARGES FOR THIS INVOICE**              $180.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0R0808-301166

INVOICE #  829965

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301166
     Poulos, Steven (4535 West Powell, Phoenix, AZ)
     Loan No. 0473660223; Ally No. 729198
     TC # 729198

TOTAL FEES                  0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                      $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301167

INVOICE #  813643

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301167
     Poulos, Steven (8866 East Shangri La Road, Scottsdale, AZ)
     Loan No. 0474321361; Ally No. 729251
     TC # 729251

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/19/12 | MPE | Research docket and call clerk regarding status of dismissal for failure to serve. | L110 | .50 hrs | |

TOTAL FEES FOR THIS MATTER                                     $74.50

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Melisa P. Palmer | .50 hrs | 149.00 /hr | 74.50 |

TOTAL FEES                    0.50 hrs                    $74.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$74.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301167

INVOICE #  821230

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301167
     Poulos, Steven (8866 East Shangri La Road, Scottsdale, AZ)
     Loan No. 0474321361; Ally No. 729251
     TC # 729251

PROFESSIONAL SERVICES

11/06/12   LADA Finalize memorandum regarding resolution   L190    .50 hrs
           of matter

                TOTAL FEES FOR THIS MATTER                         $32.50

BILLING SUMMARY

   Lucinda Kish              .50 hrs     65.00 /hr      32.50

TOTAL FEES                   0.50 hrs                   $32.50

**TOTAL CHARGES FOR THIS INVOICE**                     **$32.50**

           ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0R0808-301167

INVOICE #  829968

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301167
     Poulos, Steven (8866 East Shangri La Road, Scottsdale, AZ)
     Loan No. 0474321361; Ally No. 729251
     TC # 729251

TOTAL FEES                    0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                        $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301168

INVOICE #  818486

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301168
     Sumpter, Winnie Marie Vincent
     Loan No. 0008746141; Ally No. 729277
     TC # 729277

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | BG | Review of initial file materials | L110 | .20 hrs |
| 10/03/12 | BG | Review pleadings and client documents and evaluate plan of action for settlement | L160 | .70 hrs |
| 10/03/12 | BG | Conversation with opposing counsel regarding goals for the litigation and potential settlement | L160 | .30 hrs |
| 10/10/12 | BG | Provide status update to client | L190 | .20 hrs |
| 10/16/12 | BG | Follow-up with opposing counsel regarding requested documentation | L120 | .20 hrs |
| 10/22/12 | CWH | Review and analyze whether bankruptcy notice is needed in this file | L210 | .10 hrs |
| 10/31/12 | BG | Send status update to prior counsel | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $375.00

10/02/12 Copy Charges
                                                0.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Blake Goodsell | 1.70 hrs | 190.00 /hr | 323.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0808-301168

FED ID NO. 63-0243316

TOTAL FEES                    1.80 hrs              $375.00

**TOTAL CHARGES FOR THIS INVOICE**              $375.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0808-301168
Fort Washington, PA 19034

                                                               INVOICE #  821231

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301168
         Sumpter, Winnie Marie Vincent
         Loan No. 0008746141; Ally No. 729277
         TC # 729277

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|------|----|-------------|------|-------|
| 11/06/12 | BG | Call opposing counsel regarding requested documents | L120 | .10 hrs |
| 11/08/12 | BG | Draft letter to opposing counsel regarding document request | L120 | .20 hrs |
| 11/12/12 | BG | Draft status report | L190 | .30 hrs |
| 11/26/12 | BG | Contact opposing counsel regarding settlement and insurance documentation | L160 | .10 hrs |
| 11/28/12 | BG | Correspondence with client regarding settlement discussions | L160 | .10 hrs |
| 11/29/12 | BG | Review proof of insurance and evaluate impact on settlement posture | L160 | .20 hrs |
| 11/29/12 | BG | Review servicing notes for information related to flood insurance dispute | L120 | .30 hrs |
| 11/29/12 | BG | Review payment history for information related to flood insurance dispute | L120 | .30 hrs |
| 11/29/12 | BG | Review escrow analysis for information related to flood insurance dispute | L120 | .30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301168

FED ID NO. 63-0243316

| 11/30/12 | BG | Correspondence with client regarding updated client documents, proof of flood insurance, and assessment of settlement value | L120 | .30 hrs |
|---|---|---|---|---|
| 11/30/12 | BG | Begin drafting updated litigation case summary | L120 | .40 hrs |
| 11/30/12 | LADA | Review insurance documentation received in Louisiana foreclose matter | L140 | .30 hrs |

| | | | | |
|---|---|---|---|---|
| TOTAL FEES FOR THIS MATTER | | | | $513.50 |
| 11/29/12 Copy Charges | | | | 0.00 |
| 11/29/12 Copy Charges | | | | 0.00 |
| 11/29/12 Copy Charges | | | | 0.00 |

BILLING SUMMARY

| Blake Goodsell | 2.60 hrs | 190.00 /hr | 494.00 |
|---|---|---|---|
| Lucinda Kish | .30 hrs | 65.00 /hr | 19.50 |

| TOTAL FEES | 2.90 hrs | | $513.50 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**        $513.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301168

INVOICE #  830099

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301168
     Sumpter, Winnie Marie Vincent
     Loan No. 0008746141; Ally No. 729277
     TC # 729277

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | BG | Draft status report regarding receipt of proof of insurance and settlement proposal | L190 | .20 hrs |
| 12/04/12 | BG | Conversation with opposing counsel regarding settlement demand | L160 | .20 hrs |
| 12/06/12 | LADA | Receipt and review of correspondence from opposing counsel regarding potential resolution of matter | L140 | .30 hrs |
| 12/06/12 | BG | Receipt / review of correspondence from opposing counsel | L120 | .10 hrs |
| 12/06/12 | BG | Draft response to opposing counsel's correspondence and request settlement demand | L160 | .10 hrs |
| 12/06/12 | BG | Send settlement demand to client with recommendation | L160 | .10 hrs |
| 12/06/12 | BG | Receipt / review of settlement demand | L160 | .10 hrs |
| 12/10/12 | BG | Conversation with client regarding counter to settlement offer | L160 | .20 hrs |
| 12/12/12 | BG | Receipt / review of documents and analysis regarding force-placed insurance | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

OR0808-301168

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/13/12 | BG | Review new insurance correspondence and analysis of force-placed insurance in effort to determine | L120 | .50 hrs |
| 12/13/12 | BG | Contact client regarding force-placed insurance | L120 | .10 hrs |
| 12/18/12 | BG | Conversation with client regarding settlement offer | L160 | .30 hrs |
| 12/18/12 | BG | Draft proposed litigation budget in support of settlement offer | L160 | .30 hrs |
| 12/18/12 | BG | Send proposed litigation budget in support of settlement offer to client along with recommendations for further handling | L160 | .20 hrs |
| 12/20/12 | BG | Conversation with client regarding changes in required insurance amounts and impact in settlement assessment | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                  $570.50

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Blake Goodsell | 2.90 hrs | 190.00 /hr | 551.00 |
| Lucinda Kish | .30 hrs | 65.00 /hr | 19.50 |

TOTAL FEES                    3.20 hrs                    $570.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301168

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    $570.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301169

INVOICE #  813644

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301169
     Lawson, Ronald
     Loan No. 0602348455; Ally No. 729422
     TC # 729422

PROFESSIONAL SERVICES

09/07/12  AHC  Draft status report for attorney review    L190    .20 hrs

              TOTAL FEES FOR THIS MATTER                          $29.00

BILLING SUMMARY

   Alecia H. Cockrell          .20 hrs   145.00 /hr       29.00

TOTAL FEES                 0.20 hrs                    $29.00

**TOTAL CHARGES FOR THIS INVOICE**                     $29.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301169

INVOICE #  830102

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301169
     Lawson, Ronald
     Loan No. 0602348455; Ally No. 729422
     TC # 729422

PROFESSIONAL SERVICES

10/10/12  AHC  Draft status report for attorney review     L190     .20 hrs

          TOTAL FEES FOR THIS MATTER                          $29.00

BILLING SUMMARY

   Alecia H. Cockrell          .20 hrs   145.00 /hr      29.00

TOTAL FEES               0.20 hrs               $29.00

TOTAL CHARGES FOR THIS INVOICE                  $29.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301170

INVOICE #  813645

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301170
     Morse, Gregory C.
     Loan No. 0307125621; Ally No. 714154
     TC # 714154

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 09/04/12 | phn | Research case law in opposition to Plaintiff's RICO claim | L120 | 2.40 hrs |
| 09/04/12 | phn | Research case law in opposition to Plaintiff's Texas Mortgage Banker Act claim | L120 | 1.30 hrs |
| 09/04/12 | phn | Research case law in opposition to Plaintiff's Texas Mortgage Broker and Home Loan Closer Act claim | L120 | 1.20 hrs |
| 09/04/12 | phn | Draft argument sections of Defendant's motion to dismiss | L120 | 1.10 hrs |
| 09/05/12 | phn | Continued draft of argument sections | L210 | 3.40 hrs |
| 09/05/12 | phn | Analysis of exhibits used in motion to dismiss | L120 | .90 hrs |
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |
| 09/07/12 | phn | Email correspondence to Fannie Mae's case manager regarding filing motion to dismiss | L210 | .20 hrs |
| 09/07/12 | phn | Revise motion to dismiss | L210 | 3.20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   2
OCTOBER 30, 2012

0R0808-301170

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 09/07/12 | MST | Finalize Motion to Dismiss and exhibits including Note, Deed of Trust, Hud-1 Settlement Statement, Memorandum Opinion and Order, Balloon Note, and proposed order and prepare all for filing and service | L210 | 1.40 hrs |
| 09/07/12 | JRB | Analyze issue regarding responsive pleading and confer with co-counsel regarding same | B420 | .20 hrs |
| 09/07/12 | HTC | Review and revise motion to dismiss | L250 | 1.10 hrs |
| 09/10/12 | MST | Finalize Notice of Bankruptcy and Supplemental Servicing Order and prepare for filing and service | L210 | .70 hrs |
| 09/10/12 | MST | Finalize Motion to Dismiss, proposed order and exhibits A through E and prepare all for filing and service | L210 | 1.10 hrs |
| 09/10/12 | HTC | Revise motion to dismiss and notice of bankruptcy | L250 | .80 hrs |
| 09/10/12 | HTC | Continue to revise motion to dismiss and notice of bankruptcy | L250 | 1.40 hrs |
| 09/10/12 | phn | Analysis of defendant Ally Bank and representation | L120 | .10 hrs |
| 09/10/12 | phn | Revise notice of bankruptcy | L210 | .50 hrs |
| 09/10/12 | phn | Revise motion to dismiss | L210 | 6.40 hrs |
| 09/11/12 | phn | Review email from Court regarding courtesy copies and local rules | L120 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301170

FED ID NO. 63-0243316

| 09/11/12 | phn | Draft cover letter for judge&s courtesy copy | L120 | .20 hrs |
|---|---|---|---|---|
| 09/11/12 | MST | Analysis of Corporate Disclosure Statement filed by Commonwealth Land Title Insurance Company and update file regarding same | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $5,943.90

| 08/03/12 | Copy Charges | 0.00 |
|---|---|---|
| 09/07/12 | Copy Charges | 0.00 |
| 09/07/12 | Copy Charges | 0.00 |
| 09/07/12 | Copy Charges | 0.00 |
| 09/07/12 | Copy Charges | 0.00 |
| 09/07/12 | Copy Charges | 0.00 |
| 09/07/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/11/12 | Copy Charges | 0.00 |
| 09/11/12 | Copy Charges | 0.00 |
| 09/11/12 | Copy Charges | 0.00 |
| 09/11/12 | Express Mail/Fedex | 0.00 |
| 09/04/12 | Computerized Legal Research-Westlaw Westlaw User: NEEL, PRESTON | 0.00 |
| 09/05/12 | Computerized Legal Research-Westlaw Westlaw User: NEEL, PRESTON | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

0R0808-301170

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 3.40 hrs | 150.00 /hr | 510.00 |
| Jay R. Bender | .20 hrs | 372.00 /hr | 74.40 |
| Hope Cannon | 3.30 hrs | 315.00 /hr | 1,039.50 |
| Preston H. Neel | 21.30 hrs | 200.00 /hr | 4,260.00 |

TOTAL FEES                28.20 hrs                    $5,943.90

**TOTAL CHARGES FOR THIS INVOICE**                    $5,943.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301170

INVOICE #  818487

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301170
     Morse, Gregory C.
     Loan No. 0307125621; Ally No. 714154
     TC # 714154

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | phn | Draft October 2012 status update | L190 | .20 hrs |
| 10/05/12 | phn | Analyze plaintiff's response and arguments | L120 | 1.60 hrs |
| 10/09/12 | MST | Analysis of Plaintiff's Reply to Defendant's Motion to Dismiss and Supporting Memorandum of Legal Authority and update file regarding same | L210 | .20 hrs |
| 10/10/12 | phn | Review plaintiff's motion for leave to file excess pages | L210 | .30 hrs |
| 10/10/12 | phn | Drafting reply brief in support of motion to dismiss | L210 | 1.30 hrs |
| 10/11/12 | HTC | Revise reply brief supporting motion to dismiss | L250 | .40 hrs |
| 10/11/12 | phn | Edit reply brief and preparation for filing and service | L210 | 3.80 hrs |
| 10/11/12 | GWG | Work on 12(b)(6) reply brief | L240 | 1.20 hrs |
| 10/11/12 | MST | Finalize Reply Brief in support of Motion to Dismiss; email to opposing counsel; serve certified mail, regular mail and email; review Judge's requirements and local rules | L210 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301170

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/17/12 | phn | Draft status update to B.Blake at MERS | L190 | .30 hrs |
| 10/19/12 | phn | Docket response and reply deadlines for motion for summary judgment based on Court Order setting motion for summary judgment for submission | L120 | .20 hrs |
| 10/30/12 | phn | Analyze Plaintiff's sur reply | L120 | .50 hrs |
| 10/30/12 | phn | Analysis of validity of Homecomings Wholesale Funding as an entity | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $2,491.60

EXPENSES

10/11/12 Copy Charges                                   0.00
10/11/12 Copy Charges                                   0.00
10/31/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012    33.30

TOTAL COSTS FOR THIS MATTER                   $33.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 2.20 hrs | 150.00 /hr | 330.00 |
| Hope Cannon | .40 hrs | 315.00 /hr | 126.00 |
| Graham W. Gerhardt | 1.20 hrs | 263.00 /hr | 315.60 |
| Preston H. Neel | 8.60 hrs | 200.00 /hr | 1,720.00 |

TOTAL FEES              12.40 hrs              $2,491.60

TOTAL EXPENSES                                  $33.30



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301170

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    $2,524.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301170

INVOICE #  821232

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301170
     Morse, Gregory C.
     Loan No. 0307125621; Ally No. 714154
     TC # 714154

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | phn | Draft status report for client | L190 | .20 hrs |
| 11/13/12 | phn | Review Court order assigning case to magistrate judge Ron Bush | L120 | .30 hrs |
| 11/29/12 | phn | Draft status report for Fannie Mae in-house counsel | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $140.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Preston H. Neel | .70 hrs | 200.00 /hr | 140.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.70 hrs | $140.00 |

**TOTAL CHARGES FOR THIS INVOICE**                     $140.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301170

INVOICE #  830104

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301170
     Morse, Gregory C.
     Loan No. 0307125621; Ally No. 714154
     TC # 714154

PROFESSIONAL SERVICES

| 12/03/12 | phn | Draft status report for client | L190 | .20 hrs |
| 12/12/12 | MST | Receive notification of attempted certified mail delivery of pleadings to plaintiff, returned as undeliverable, update pleadings regarding same | L110 | .20 hrs |
| 12/18/12 | phn | Review and analyze plaintiffÆs motions for sanctions and other relief | L120 | 1.60 hrs |
| 12/18/12 | MST | Receipt and review of Plaintiff's Motion to Compel Responsive Answers to Questions, Explanation of Knowledge and Production of Documents regarding Defendant Homecomings Wholesale Funding | L110 | .40 hrs |
| 12/18/12 | MST | Analysis of Plaintiff's Motion for Sanctions and research all 3 cases to determine if discovery requests were filed by plaintiff | L110 | .50 hrs |
| 12/19/12 | phn | Phone call with co-defendantÆs counsel regarding plaintiffÆs motions for sanctions and judicial notice | L120 | .40 hrs |
| 12/19/12 | phn | Draft strategy to dispose of plaintiffÆs frivolous motions | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301170

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 12/20/12 | phn | Review and analysis of plaintiffÆs notice filing with the court Docket entry 30 | L120 | .30 hrs |
| 12/21/12 | phn | Research and analysis of judicial notice requirements of public records and other document submitted with 12(b)(6) motion | L120 | 1.70 hrs |
| 12/27/12 | phn | Draft response motions to PlaintiffÆs motions Dockets  25, 26, 27, 28, 29 | L310 | 5.90 hrs |
| 12/27/12 | HTC | Review and analyze motions for sanctions filed by pro se plaintiff | L250 | .40 hrs |
| 12/28/12 | HTC | Review and revise response to motion for sanctions | L250 | 1.10 hrs |
| 12/28/12 | phn | Revise and edit response motions to plaintiffÆs motions for sanctions. | L310 | 3.70 hrs |
| 12/30/12 | phn | Draft Orders | L210 | 1.10 hrs |
| 12/30/12 | phn | Revise and edit Motions | L350 | 1.60 hrs |
| 12/30/12 | phn | Research and analysis of 5th circuit safe harbor rule related to sanctions | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                   $4,137.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.10 hrs | 150.00 /hr | 165.00 |
| Hope Cannon | 1.50 hrs | 315.00 /hr | 472.50 |
| Preston H. Neel | 17.50 hrs | 200.00 /hr | 3,500.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
JANUARY 23, 2013

0R0808-301170

FED ID NO. 63-0243316

TOTAL FEES                    20.10 hrs                    $4,137.50

**TOTAL CHARGES FOR THIS INVOICE**                    $4,137.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301171

INVOICE #  813646

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301171
     Flury, Rosaura N.
     Loan No. 7435200035; Ally No. 729308
     TC # 729308

PROFESSIONAL SERVICES

| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/13/12 | CWH | Email client to ask about future of Flury loan | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $63.00

BILLING SUMMARY

| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |

TOTAL FEES                     0.20 hrs               $63.00

**TOTAL CHARGES FOR THIS INVOICE**                     $63.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301171

INVOICE #  818488

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301171
     Flury, Rosaura N.
     Loan No. 7435200035; Ally No. 729308
     TC # 729308

PROFESSIONAL SERVICES

| 10/02/12 | CSM | Draft monthly status report | B110 | .10 hrs |
| 10/02/12 | CSM | Emails with client regarding case status | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $60.00

EXPENSES

10/31/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012          8.50

TOTAL COSTS FOR THIS MATTER                                   $8.50

BILLING SUMMARY

| Cory S. Menees | .20 hrs | 300.00 /hr | 60.00 |

| TOTAL FEES | 0.20 hrs | $60.00 |
| TOTAL EXPENSES | | $8.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $68.50 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301171

INVOICE #  820881

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301171
     Flury, Rosaura N.
     Loan No. 7435200035; Ally No. 729308
     TC # 729308

<u>EXPENSES</u>

| | | |
|---|---|---|
| 11/27/12 Title Search Fee - OLD REPUBLIC NATIONAL TITLE<br>MP LIMITED REALTY GUARANTEE<br>Bank ID: GENR Check Number: 102715 | | 75.00 |
| TOTAL COSTS FOR THIS MATTER | | $75.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $75.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$75.00** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301171

INVOICE #  821233

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301171
     Flury, Rosaura N.
     Loan No. 7435200035; Ally No. 729308
     TC # 729308

PROFESSIONAL SERVICES

| 11/26/12 | LADA Review documents in preparation of closing memorandum | L190 | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                                    $97.50

BILLING SUMMARY

| Lucinda Kish | 1.50 hrs | 65.00 /hr | 97.50 |

| TOTAL FEES | 1.50 hrs | | $97.50 |

**TOTAL CHARGES FOR THIS INVOICE**                            **$97.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012

0R0808-301172

INVOICE #  813647

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301172
     Hickey, Patrick and Cecilia
     Ally No. 729476
     TC # 729476

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | JHP | Provide monthly status update to client. | L120 | .10 hrs |
| 09/07/12 | ABB | Analysis of file materials and draft First Interrogatories to Plaintiffs Patrick and Cecilia Hickey | L110 | 1.50 hrs |
| 09/09/12 | BG | Evaluate need to file Notice of Bankruptcy | L120 | .10 hrs |
| 09/12/12 | ABB | Finalize Litigation Assessment Summary and research case law listed in Petition | L110 | 1.20 hrs |
| 09/12/12 | ABB | Draft Interrogatories and Requests for Production | L110 | 1.60 hrs |
| 09/12/12 | JHP | Edit initial litigation memo to client | L120 | .10 hrs |
| 09/12/12 | JHP | Emails to/from counsel for Pite Duncan to discuss status of case and status of motion to transfer case to different court | L190 | .20 hrs |
| 09/12/12 | JHP | Email to/from counsel for co-defendant to discuss status of transfer and initial strategy | L120 | .20 hrs |
| 09/12/12 | BG | Draft Initial Litigation Assessment | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301172

FED ID NO. 63-0243316

| 09/12/12 | BG | Correspondence with foreclosure counsel regarding strategy for case resolution | L120 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER $993.00

### EXPENSES

| 09/27/12 | Filing Fees - BUSINESS CARD TEXAS ONLINE E-FILING 8/21/12 Bank ID: GENR Check Number: 99855 | 12.06 |
|---|---|---|
| 09/27/12 | Filing Fees - BUSINESS CARD HC DIST CLK EFILE 8/21/12 Bank ID: GENR Check Number: 99855 | 2.00 |

TOTAL COSTS FOR THIS MATTER $14.06

### BILLING SUMMARY

| Allison Burke | 4.30 hrs | 150.00 /hr | 645.00 |
|---|---|---|---|
| Jon H. Patterson | .60 hrs | 245.00 /hr | 147.00 |
| Blake Goodsell | .90 hrs | 190.00 /hr | 171.00 |

TOTAL FEES          5.80 hrs          $993.00

TOTAL EXPENSES                        $14.06

**TOTAL CHARGES FOR THIS INVOICE**   $1,007.06

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301172

INVOICE #  818489

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301172
     Hickey, Patrick and Cecilia
     Ally No. 729476
     TC # 729476

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/17/12 | JHP | Review amended answer of Pite Duncan to Petition | L210 | .20 hrs |
| 10/19/12 | BG | Evaluate status of discovery requests | L120 | .10 hrs |
| 10/19/12 | BG | Evaluate plan of action for advancing the litigation | L120 | .30 hrs |
| 10/19/12 | BG | Correspondence with Pite Duncan regarding case posture | L190 | .10 hrs |
| 10/22/12 | CWH | Analyze merits of the non-stayed claims against ETS in this suit where GMAC does not hold the loan | L210 | .20 hrs |
| 10/22/12 | ABB | Analysis of file regarding discovery contained in Petition and review deadlines regarding same | L110 | .20 hrs |
| 10/24/12 | BG | Evaluate needs for advancing litigation | L120 | .20 hrs |
| 10/25/12 | BG | Conversation with client regarding Notice of Bankruptcy Order | L210 | .10 hrs |
| 10/25/12 | BG | Draft Amended Notice of Bankruptcy Order | L210 | .40 hrs |
| 10/25/12 | BG | Send Amended Notice of Bankruptcy Order for approval | L210 | .10 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301172

FED ID NO. 63-0243316

| 10/25/12 | MCG | Analyze pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .40 hrs |
| 10/26/12 | ABB | Finalize Amended Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with Harris County Texas and for service upon all parties via facsimile and U.S mail | L110 | .30 hrs |
| 10/26/12 | ABB | Retrieve of docket report regarding litigation and update file regarding new counsel | L110 | .20 hrs |
| 10/26/12 | ABB | Organize filed pleadings from the Court regarding bankruptcy and update file regarding same | L110 | .20 hrs |
| 10/31/12 | JHP | Review letter from counsel for borrower to discuss bankruptcy issues with ETS | L190 | .10 hrs |
| 10/31/12 | BG | Review correspondence from opposing counsel | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$669.70

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Allison Burke | .90 hrs | 150.00 /hr | 135.00 |
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| Jon H. Patterson | .30 hrs | 245.00 /hr | 73.50 |
| Blake Goodsell | 1.40 hrs | 190.00 /hr | 266.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301172

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 3.20 hrs | $669.70 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $669.70 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301172

INVOICE #  821234

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301172
     Hickey, Patrick and Cecilia
     Ally No. 729476
     TC # 729476

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/05/12 | JHP | Provide monthly status report to client | L120 | .10 hrs |
| 11/06/12 | JHP | Edit letter to counsel for borrower responding to request to have ETS agree to allow case to proceed | L190 | .10 hrs |
| 11/06/12 | BG | Draft response to letter from opposing counsel | L120 | .20 hrs |
| 11/06/12 | BG | Correspondence with client regarding possible proof of claim in the bankruptcy court | L120 | .10 hrs |
| 11/12/12 | BG | Correspondence to client regarding proof of claim in bankruptcy court | L120 | .10 hrs |
| 11/14/12 | BG | Correspondence with client regarding response to opposing counsel's correspondence regarding motion for relief in the bankruptcy court | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $144.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .20 hrs | 245.00 /hr | 49.00 |
| Blake Goodsell | .50 hrs | 190.00 /hr | 95.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301172

FED ID NO. 63-0243316

TOTAL FEES                    0.70 hrs                        $144.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$144.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JANUARY 23, 2013
1100 Virginia Drive                                            0R0808-301172
Fort Washington, PA 19034

INVOICE #  830106

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301172
     Hickey, Patrick and Cecilia
     Ally No. 729476
     TC # 729476

PROFESSIONAL SERVICES

| 12/03/12 | BG | Draft status report regarding opposing counsel's request for consent to lift stay and response thereto | L190 | .10 hrs |
|----------|----|-----|------|---------|

TOTAL FEES FOR THIS MATTER                                        $19.00

BILLING SUMMARY

Blake Goodsell              .10 hrs    190.00 /hr         19.00

TOTAL FEES                  0.10 hrs                      $19.00

**TOTAL CHARGES FOR THIS INVOICE**                       $19.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301173

INVOICE #  813648

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301173
     Perch, Elizabeth (Tom Deaton and Dorothy Deaton)
     Loan No. 7437211105; Ally No. 727058
     TC # 727058

<u>EXPENSES</u>

09/13/12 Research Fee - LEXIS-NEXIS ACCURINT                          19.95
         Bank ID: GENR Check Number: 99154

              TOTAL COSTS FOR THIS MATTER                          $19.95


TOTAL FEES                    0.00 hrs                  $.00

TOTAL EXPENSES                                       $19.95

**TOTAL CHARGES FOR THIS INVOICE**                   $19.95

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301174

INVOICE #  813649

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301174
     Campero, Hernan
     Loan No. 0307677669; Ally No. 729591
     TC # 729591

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/17/12 | JJE | Complete analysis of affirmative defenses 5 through 12, incorporating case law and drafting analysis for client review | C300 | 5.10 hrs |
| 09/18/12 | JJE | Revise portions of analysis and review to identify and advise on possible discrepancy | C300 | .50 hrs |
| 09/18/12 | CWH | Analyze foreclosure file and borrower's affirmative defenses to same and revise the analysis memo on same | L120 | .70 hrs |
| 09/18/12 | CWH | Review GMAC's system for information on investor for this loan | L120 | .20 hrs |
| 09/18/12 | KK | Review endorsements on original note, update review and analysis, and email client regarding investor and PSA | L110 | .40 hrs |
| 09/19/12 | KK | Edit analysis and emails with client regarding recommendation going forward with file | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$1,512.20



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                PAGE    2
                                                                      OCTOBER 30, 2012

                                                                      0R0808-301174

                                                                      FED ID NO. 63-0243316

09/17/12  Copy Charges                                                        0.00
09/17/12  Computerized Legal Research-Westlaw Westlaw                          0.00
          User: EASON,JO

BILLING SUMMARY

    Christian W. Hancock          .90 hrs    330.00 /hr        297.00
    Joycelyn J. Eason            5.60 hrs    197.00 /hr      1,103.20
    Kerry Keane                   .70 hrs    160.00 /hr        112.00


TOTAL FEES                       7.20 hrs                  $1,512.20

**TOTAL CHARGES FOR THIS INVOICE**                          $1,512.20

          *****  TOTAL DUE UPON RECEIPT  *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301175

INVOICE #  813650

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301175
     Rosenberger, Marcus
     Loan No. 810038796; Ally No. 729411
     TC # 729411

PROFESSIONAL SERVICES

| 09/04/12 | RH | Review correspondence from Eleventh District Court of Appeals regarding due dates for Litton's brief | L120 | .10 hrs |
| 09/06/12 | AHC | Review trial and appellate dockets and draft status report for attorney review | L190 | .40 hrs |
| 09/28/12 | RH | Email to G.Albright with update of status of appeal | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $124.00

BILLING SUMMARY

| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Rudy Hill | .30 hrs | 220.00 /hr | 66.00 |

TOTAL FEES                    0.70 hrs                $124.00

**TOTAL CHARGES FOR THIS INVOICE**                    $124.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301175

INVOICE #  818490

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301175
     Rosenberger, Marcus
     Loan No. 810038796; Ally No. 729411
     TC # 729411

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/20/12 | RH | Analysis of record to determine whether it is necessary to file a notice of bankruptcy | L120 | .50 hrs |
| 10/22/12 | RH | Research whether notice of bankruptcy needs to be filed in Texas trial court or appellate court | L210 | .50 hrs |
| 10/22/12 | CWH | Analyze whether case needs a notice of bankruptcy | L210 | .20 hrs |
| 10/23/12 | RH | Continue researching whether notice of bankruptcy needs to be filed in Texas trial court or appellate court | L120 | .30 hrs |
| 10/24/12 | RH | Draft notice of bankruptcy on behalf of Homecomings Financial, LLC, for filing in appellate court | L210 | 1.20 hrs |
| 10/24/12 | CWH | Analyze the claims on appeal and which, if any, are permitted claims | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $682.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0808-301175

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Rudy Hill | 2.50 hrs | 220.00 /hr | 550.00 |
| TOTAL FEES | 2.90 hrs | | $682.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | $682.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301175

INVOICE #  820882

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301175
      Rosenberger, Marcus
      Loan No. 810038796; Ally No. 729411
      TC # 729411

11/06/12 Computerized Legal Research-Westlaw Westlaw                        0.00
         User: HILL,RUDY

TOTAL FEES                        0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                           $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301175

INVOICE #  821235

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301175
     Rosenberger, Marcus
     Loan No. 810038796; Ally No. 729411
     TC # 729411

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/03/12 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 11/06/12 | RH | Research claims under Texas law to determine which, if any, may proceed despite Notice of Bankruptcy; amend draft Notice of Bankruptcy accordingly | L120 | 1.00 hrs |
| 11/06/12 | CWH | Analyze claims raised on appeal and review notice of bankruptcy regarding same | L210 | .20 hrs |
| 11/06/12 | AHC | Final review and revision of Notice of Bankruptcy | L510 | .30 hrs |
| 11/14/12 | AHC | Initial review of Opinion from appellate court | L110 | .20 hrs |
| 11/15/12 | RH | Review of order staying appeal due to Notice of Bankruptcy | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $424.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Alecia H. Cockrell | .80 hrs | 145.00 /hr | 116.00 |
| Rudy Hill | 1.10 hrs | 220.00 /hr | 242.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0808-301175

FED ID NO. 63-0243316

TOTAL FEES                    2.10 hrs                    $424.00

**TOTAL CHARGES FOR THIS INVOICE**                    $424.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301175

INVOICE #  830108

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301175
     Rosenberger, Marcus
     Loan No. 810038796; Ally No. 729411
     TC # 729411

PROFESSIONAL SERVICES

12/02/12  AHC   Review docket and draft status report      L190      .30 hrs
                for attorney review and catalog
                information on comprehensive tracking
                chart

          TOTAL FEES FOR THIS MATTER                              $43.50

BILLING SUMMARY

   Alecia H. Cockrell          .30 hrs   145.00 /hr        43.50

TOTAL FEES                   0.30 hrs                    $43.50

**TOTAL CHARGES FOR THIS INVOICE**                      **$43.50**

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301176

INVOICE #  813651

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301176
     Story, Lloyd A.
     Loan No. 7441594306; Ally No. 729870
     TC # 729870

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/10/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 09/11/12 | JMH | E-mails to and from client regarding borrower's failure to file appellate brief and expected ruling of dismissal | L120 | .20 hrs |
| 09/13/12 | JMH | Review notice of dismissal of appeal | L510 | .10 hrs |
| 09/13/12 | JMH | Evaluate whether any reason exists to hold case open or whether to close immediately in light of appellate court's order dismissing appeal | L120 | .10 hrs |
| 09/13/12 | JMH | E-mail to client regarding notice of dismissal and recommend closing matter | L510 | .10 hrs |
| 09/13/12 | AHC | Review docket regarding status of initial brief | L110 | .20 hrs |
| 09/14/12 | JMH | Draft closing memorandum | L120 | .10 hrs |
| 09/14/12 | JMH | E-mail to client regarding closing memorandum | L120 | .10 hrs |
| 09/27/12 | JMH | Evaluate whether any reason exists to reopen matter | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $270.00



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301176

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Jonathan Hooks | 1.00 hrs | 241.00 /hr | 241.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.20 hrs | $270.00 |

**TOTAL CHARGES FOR THIS INVOICE**                      $270.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012

0R0808-301177

INVOICE #  813652

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301177
     Evans, Clarke
     Loan No. 0702081283; Ally No. 729907
     TC # 729907

## PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/06/12 | AHC | Review trial and appellate dockets and draft status report for attorney review | L190 | .40 hrs | |
| 09/26/12 | MJA | Review order denying Evans' petition for certiorari and email to client regarding same | L510 | .30 hrs | |

TOTAL FEES FOR THIS MATTER                                $147.10

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Marc J. Ayers | .30 hrs | 297.00 /hr | 89.10 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |

TOTAL FEES              0.70 hrs                          $147.10

**TOTAL CHARGES FOR THIS INVOICE**                       $147.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301177

INVOICE #  818491

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301177
     Evans, Clarke
     Loan No. 0702081283; Ally No. 729907
     TC # 729907

PROFESSIONAL SERVICES

| 10/12/12 | AKA | Review emails and pleadings to determine whether local foreclosure counsel should handle upcoming litigation issue | L120 | .50 hrs |
| 10/22/12 | AKA | Review docket and prepare closing memo | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $165.60

BILLING SUMMARY

| Anne Averitt | .90 hrs | 184.00 /hr | 165.60 |

TOTAL FEES                0.90 hrs          $165.60

**TOTAL CHARGES FOR THIS INVOICE**          **$165.60**

***** TOTAL DUE UPON RECEIPT *****

```
        ┌─┐ | BRADLEY ARANT
        └─┘ | BOULT CUMMINGS
                              LLP
```

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        NOVEMBER 30, 2012
1100 Virginia Drive                                          0R0808-301177
Fort Washington, PA 19034

                                                            INVOICE #  821236

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301177
         Evans, Clarke
         Loan No. 0702081283; Ally No. 729907
         TC # 729907

PROFESSIONAL SERVICES

11/05/12  AHC   Draft memorandum regarding final            L190      .30 hrs
                disposition of file for attorney review
                and correspondence to client regarding
                same


                TOTAL FEES FOR THIS MATTER                           $43.50

BILLING SUMMARY

    Alecia H. Cockrell          .30 hrs   145.00 /hr          43.50


TOTAL FEES                      0.30 hrs                     $43.50

**TOTAL CHARGES FOR THIS INVOICE**                          $43.50
                                                      ─────────────

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301178

INVOICE #  813653

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301178
     Aleman, Alberto
     Loan No. 0600904002; Ally No. 729968
     TC # 729968

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/13/12 | JJE | Analyze foreclosure file, underlying pleadings and client documents to identify possible arguments to discount affirmative defenses | C300 | 1.70 hrs |
| 09/14/12 | JJE | Research regarding doctrine of laches and estoppel in support of analysis and review of affirmative defenses | C300 | 1.30 hrs |
| 09/16/12 | JJE | Complete analysis and review of affirmative defenses incorporating research results regarding doctrine of laches and applicability of same to the foreclosure action | C300 | 1.20 hrs |
| 09/17/12 | CWH | Revise analysis memo for client | L120 | .20 hrs |
| 09/17/12 | KK | Edit analysis memo and email client regarding recommendation going forward | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $925.40

09/13/12 Computerized Legal Research-Westlaw Westlaw          0.00
         User: EASON,JO



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0808-301178

FED ID NO. 63-0243316

BILLING SUMMARY

Christian W. Hancock        .20 hrs      330.00 /hr          66.00
Joycelyn J. Eason          4.20 hrs      197.00 /hr         827.40
Kerry Keane                 .20 hrs      160.00 /hr          32.00

TOTAL FEES                  4.60 hrs                      $925.40

**TOTAL CHARGES FOR THIS INVOICE**                       **$925.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301179

INVOICE #  813654

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301179
     Ready, Michelle L.
     Loan No. 7436535140; Ally No. 730025
     TC # 730025

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | ABB | Review Motion to Extend Time for Service and compile same regarding pleadings index | L110 | .20 hrs |
| 09/05/12 | JHP | Review Motion to Extend Time for Service filed by plaintiff with respect to GMAC and Homecomings | L210 | .10 hrs |
| 09/05/12 | JHP | Email to client contact J.Hoy to advise of motion to extend time for service of GMAC and Homecomings | L210 | .10 hrs |
| 09/05/12 | BG | Review of Motion to Extend Time for Service | L120 | .10 hrs |
| 09/05/12 | BG | Correspondence with client regarding Motion to Extend Time for Service | L120 | .10 hrs |
| 09/26/12 | BG | Check status of litigation | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $136.00

EXPENSES

09/26/12 Local Counsel Fees - RICHARD C. DOWNING, P.A.           1,500.00
         RM REPRESENTATION
         Bank ID: GENR Check Number: 99703



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301179

FED ID NO. 63-0243316

|  |  |
|---|---|
| TOTAL COSTS FOR THIS MATTER | $1,500.00 |

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Allison Burke | .20 hrs | 150.00 /hr | 30.00 |
| Jon H. Patterson | .20 hrs | 245.00 /hr | 49.00 |
| Blake Goodsell | .30 hrs | 190.00 /hr | 57.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.70 hrs | $136.00 |
| TOTAL EXPENSES | | $1,500.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,636.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301179

INVOICE #  818492

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301179
     Ready, Michelle L.
     Loan No. 7436535140; Ally No. 730025
     TC # 730025

PROFESSIONAL SERVICES

| 10/01/12 | BG | Draft status update regarding hearing on Motion to Dismiss and Borrower's recently filed request for extension of time for service | L190 | .20 hrs |
| 10/02/12 | BG | Provide status update to counsel for MERS | L120 | .10 hrs |
| 10/02/12 | BG | Notice of Appearance and schedule attendance at hearing on MERS' Motion to Dismiss | L230 | .20 hrs |
| 10/02/12 | BG | Correspondence to local counsel regarding attendance at hearing on MERS' Motion to Dismiss | L230 | .10 hrs |
| 10/02/12 | BG | Review order granting extension of time | L120 | .10 hrs |
| 10/02/12 | BG | Review responses to MERS' Motion to Dismiss and evaluate need for a response | L210 | .30 hrs |
| 10/02/12 | ABB | Retrieve docket report in Pulaski County, Arkansas and update file regarding same | L110 | .20 hrs |
| 10/02/12 | ABB | Research pleadings linked to docket report regarding response and brief filed responsive to Motion to Dismiss and assimilation and compilation of same in updating file | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301179

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/04/12 | ABB | Telephone conference with Pulaski County regarding appearance by additional counsel and update file | L110 | .20 hrs |
| 10/04/12 | ABB | Preparef Notice of Appearance regarding additional counsel for defendants | L110 | .50 hrs |
| 10/04/12 | ABB | Telephone conference with co-counsel regarding appearance on behalf of BABC | L110 | .20 hrs |
| 10/05/12 | ABB | Preparation of correspondence with enclosures regarding appearance of BABC attorney | L110 | .30 hrs |
| 10/05/12 | ABB | Finalize Notice of Appearance and prepare same with enclosures for federal express filing in Arkansas and for service upon all parties | L110 | .30 hrs |
| 10/08/12 | BG | Prepare for attendance at hearing on motion to dismiss | L230 | .30 hrs |
| 10/23/12 | ABB | Telephone conference with Court regarding filed appearance by B.Goodsell | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $562.00

10/05/12 Express Mail/Fedex
                                                    0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 2.10 hrs | 150.00 /hr | 315.00 |
| Blake Goodsell | 1.30 hrs | 190.00 /hr | 247.00 |

TOTAL FEES              3.40 hrs                    $562.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301179

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $562.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0808-301179
Fort Washington, PA 19034

                                                               INVOICE #  820883

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301179
         Ready, Michelle L.
         Loan No. 7436535140; Ally No. 730025
         TC # 730025

    EXPENSES

    11/16/12  Airline Tickets - BLAKE GOODSELL READY HEARING          496.70
              IN LITTLE ROCK, AK 11/14/12
              Bank ID: GENR Check Number: 102587
    11/16/12  Travel Expense - BLAKE GOODSELL READY HEARING            61.49
              IN LITTLE ROCK, AK 11/14/12 RENTAL CAR
              Bank ID: GENR Check Number: 102587
    11/16/12  Travel Expense - BLAKE GOODSELL READY HEARING            24.52
              IN LITTLE ROCK, AK 11/14/12 PARKING, WIFI
              Bank ID: GENR Check Number: 102587
    11/16/12  Meal Expense - BLAKE GOODSELL READY HEARING IN           12.38
              LITTLE ROCK, AK 11/14/12
              Bank ID: GENR Check Number: 102587

              TOTAL COSTS FOR THIS MATTER                            $595.09


TOTAL FEES                    0.00 hrs                      $.00

TOTAL EXPENSES                                           $595.09

**TOTAL CHARGES FOR THIS INVOICE**                      **$595.09**

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301179

INVOICE #  821237

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301179
     Ready, Michelle L.
     Loan No. 7436535140; Ally No. 730025
     TC # 730025

<u>PROFESSIONAL SERVICES</u>

| 11/01/12 | BG | Draft status report for client regarding upcoming hearing on Motion to Dismiss MERS | L190 | .10 hrs |
| 11/12/12 | BG | Prepare for upcoming hearing | L230 | .50 hrs |
| 11/13/12 | ABB | Prepare file hearing notebook regarding Motion to Dismiss totaling 215 pages | L110 | 1.60 hrs |
| 11/13/12 | BG | Prepare for upcoming hearing | L230 | .20 hrs |
| 11/14/12 | BG | Send update to Client on the results of the hearing on MERS' Motion to Dismiss | L120 | .20 hrs |
| 11/14/12 | BG | Conversation with opposing counsel regarding case posture and amendment of the Complaint | L120 | .20 hrs |
| 11/14/12 | BG | Prepare for hearing on MERS' Motion to Dismiss | L230 | 4.50 hrs |
| 11/14/12 | BG | Attend hearing on MERS' Motion to Dismiss | L230 | 3.00 hrs |
| 11/14/12 | BG | Correspondence with local counsel regarding the results of the  hearing on MERS' Motion to Dismiss | L230 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301179

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/14/12 | BG | Draft proposed order granting additional time for Plaintiff to amend complaint following hearing on MERS' Motion to Dismiss | L210 | .20 hrs |
| 11/15/12 | BG | File proposed order through local counsel | L210 | .10 hrs |
| 11/16/12 | BG | Correspondence with opposing counsel regarding proposed order | L120 | .10 hrs |
| 11/20/12 | ABB | Analysis of case topic files, per attorney direction, in order to reflect on current litigation status | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,018.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.80 hrs | 150.00 /hr | 270.00 |
| Blake Goodsell | 9.20 hrs | 190.00 /hr | 1,748.00 |

TOTAL FEES                    11.00 hrs                    $2,018.00

**TOTAL CHARGES FOR THIS INVOICE**                    $2,018.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301179

INVOICE #  830110

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301179
     Ready, Michelle L.
     Loan No. 7436535140; Ally No. 730025
     TC # 730025

PROFESSIONAL SERVICES

| 12/03/12 | ABB | Retrieval of court file in Pulaski County, Arkansas to obtain status regarding entry of Order and assimilation and compilation of same | L110 | .30 hrs |
| 12/03/12 | BG | Check docket for entry of order following hearing | L120 | .10 hrs |
| 12/03/12 | BG | Draft status report regarding Order to amend complaint prior to ruling on pending motion to dismiss | L190 | .20 hrs |
| 12/05/12 | BG | Receipt / review of amended complaint | L210 | .20 hrs |
| 12/06/12 | BG | Send amended complaint to client with recommendation for handling | L210 | .20 hrs |
| 12/06/12 | BG | Correspondence with client regarding negative credit reporting and updated budget | L210 | .20 hrs |
| 12/06/12 | BG | Send copy of amended complaint to counsel for MERS with suggested plan of action | L210 | .10 hrs |
| 12/06/12 | BG | Conversation with MERS representative about second amended complaint | L210 | .20 hrs |
| 12/07/12 | JHP | Revised and edited litigation budget | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301179

FED ID NO. 63-0243316

| 12/07/12 | BG | Draft updated budget per client request | L120 | .50 hrs |
|----------|----|------------------------------------------|------|---------|
| 12/07/12 | BG | Contact opposing counsel regarding settlement offer | L160 | .10 hrs |
| 12/07/12 | BG | Send updated budget to client in aid of calculating potential settlement value of the case | L160 | .10 hrs |
| 12/10/12 | BG | Contact opposing counsel regarding settlement offer | L160 | .10 hrs |
| 12/11/12 | BG | Contact opposing counsel regarding settlement offer | L160 | .20 hrs |
| 12/11/12 | BG | Confirm chain of title in support of effort to secure dismissal of MERS | L120 | .20 hrs |
| 12/11/12 | BG | Evaluate arguments about MERS æ agency relationship | L120 | .80 hrs |
| 12/11/12 | BG | Conversation with counsel for MERS regarding allegations of MERS æ agency relationship | L120 | .10 hrs |
| 12/12/12 | BG | Correspondence with client regarding settlement discussion and response to agency argument against MERS | L160 | .30 hrs |
| 12/12/12 | BG | Evaluate repose to agency argument against MERS | L120 | .20 hrs |
| 12/13/12 | BG | Correspondence with client regarding discovery and plan of action | L120 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    PAGE    3
                                                                          JANUARY 23, 2013

                                                                          0R0808-301179

                                                                          FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/12 | ABB | Analysis and review of file regarding filing of Motion to Dismiss and telephone conference to Judge's office and leave detailed message regarding same | L110 | .20 hrs |
| 12/17/12 | ABB | Receive telephone call from Judge's office regarding withdrawal of submitted motion | L110 | .10 hrs |
| 12/17/12 | BG | Draft Interrogatories to Plaintiff | L310 | 1.20 hrs |
| 12/17/12 | BG | Draft request for production of documents to Plaintiff | L210 | .80 hrs |
| 12/17/12 | BG | Draft requests for admissions to Plaintiff | L210 | .80 hrs |
| 12/17/12 | BG | Revise Interrogatories to Plaintiff | L310 | .20 hrs |
| 12/17/12 | BG | Revise request for production of documents to Plaintiff | L210 | .10 hrs |
| 12/17/12 | BG | Revise Requests for Admissions to Plaintiff | L210 | .20 hrs |
| 12/19/12 | ABB | Draft Motion to Withdraw Pleading and draft Proposed Order regarding same | L110 | .90 hrs |
| 12/19/12 | BG | Draft Motion to Withdraw Motion to Dismiss and file the same | L210 | .20 hrs |
| 12/19/12 | BG | Revise proposed order on Motion to Withdraw Motion to Dismiss | L210 | .10 hrs |
| 12/19/12 | BG | Draft Answer to Second Amended Petition | L210 | .90 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
JANUARY 23, 2013

0R0808-301179

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/19/12 | BG | Draft Renewed Notice of Bankruptcy following Amended Complaint | L210 | .30 hrs |
| 12/19/12 | BG | Correspondence with local counsel regarding Renewed Notice of Bankruptcy and Answer to Amended Complaint | L210 | .10 hrs |
| 12/19/12 | BG | Send Renewed Notice of Bankruptcy and Answer to Amended Complaint to client for approval | L210 | .10 hrs |
| 12/19/12 | BG | Send Answer to Amended Complaint to MERS representative for approval | L210 | .10 hrs |
| 12/20/12 | ABB | Finalize Answer, Renewed BK Filing and Motion to Withdraw Pleading and prepare same for efiling and for service via e-mail upon R.Downing and by U.S mail to L.Sutter | L110 | 1.20 hrs |
| 12/20/12 | BG | Correspondence with local counsel regarding Answer to Amended Complaint | L390 | .10 hrs |
| 12/20/12 | BG | File Renewed Notice of Bankruptcy | L210 | .10 hrs |
| 12/20/12 | BG | Correspondence with client regarding Answer to Amended Complaint | L310 | .10 hrs |
| 12/20/12 | BG | Revise / file Answer to Amended Complaint | L310 | .20 hrs |
| 12/21/12 | BG | Receipt / review of Motion to Withdraw | L210 | .10 hrs |
| 12/27/12 | ABB | Telephone conference with clerk of court regarding proposed order and filing of motion to dismiss | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,327.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
JANUARY 23, 2013

0R0808-301179

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 2.90 hrs | 150.00 /hr | 435.00 |
| Jon H. Patterson | .20 hrs | 245.00 /hr | 49.00 |
| Blake Goodsell | 9.70 hrs | 190.00 /hr | 1,843.00 |

TOTAL FEES                    12.80 hrs                    $2,327.00

**TOTAL CHARGES FOR THIS INVOICE**                    $2,327.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301181

INVOICE #  813655

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301181
     ZHU, Xiao Ling
     Loan No. 0307726122; Ally No. 729935
     TC # 729935

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/16/12 | JJE | Analyze foreclosure file and begin drafting analysis memo regarding affirmative defenses | C300 | 4.60 hrs |
| 09/18/12 | JJE | Analyze foreclosure file and affirmative defenses to identify additional information needed from client in support of same | C300 | 2.10 hrs |
| 09/24/12 | MST | Redact and bates label privileged information of client documents in preparation of production | L210 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                         $1,529.90

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Melanie Thompson | 1.40 hrs | 150.00 /hr | 210.00 |
| Joycelyn J. Eason | 6.70 hrs | 197.00 /hr | 1,319.90 |

TOTAL FEES                8.10 hrs                   $1,529.90

**TOTAL CHARGES FOR THIS INVOICE**                  $1,529.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301181

INVOICE #  818493

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301181
     Zhu, Xiao Ling
     Loan No. 0307726122; Ally No. 729935
     TC # 729935

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/03/12 | KK | Review docket, pleadings, and official records and update analysis and chronology of events to formulate recommendation in regard to moving forward with the file | L110 | .40 hrs |
| 10/03/12 | JJE | Analyze foreclosure file and affirmative defenses to determine research needed in support of analysis | C300 | 1.10 hrs |
| 10/10/12 | JJE | Analyze foreclosure file in support of responses to various affirmative defenses | C300 | .90 hrs |
| 10/12/12 | JJE | Research New York case law regarding affirmative defenses in support of review and analysis, focusing on affirmative defenses one and two | C300 | 2.40 hrs |
| 10/15/12 | JJE | Analyze affirmative defenses one through three, incorporating New York research regarding same | C300 | 1.20 hrs |
| 10/16/12 | JJE | Analyze New York case law in support of analysis of affirmative defenses 5 through six | C300 | 1.40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301181

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/19/12 | JJE | Revise analysis and review of foreclosure file to identify any discrepancies prior to foreclosure -- researching relevant NY law regarding various affirmative defenses asserted in the underlying foreclosure | C300 | 2.40 hrs |
| 10/23/12 | KK | Edit review and analysis, focusing on merits of alleged affirmative defenses | L110 | .50 hrs |
| 10/25/12 | JJE | Continued research of NY law regarding various affirmative defenses raised in foreclosure | C300 | 1.60 hrs |
| 10/31/12 | KK | Review rules of civil procedure in New York state to supplement analysis and confirm or disprove validity of defenses | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                $2,359.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | 11.00 hrs | 197.00 /hr | 2,167.00 |
| Kerry Keane | 1.20 hrs | 160.00 /hr | 192.00 |

TOTAL FEES                    12.20 hrs            $2,359.00

**TOTAL CHARGES FOR THIS INVOICE**            $2,359.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301181

INVOICE #  820884

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

```
    Re:  0R0808-301181
         Zhu, Xiao Ling
         Loan No. 0307726122; Ally No. 729935
         TC # 729935
11/19/12 Copy Charges                                          0.00
11/20/12 Computerized Legal Research-Westlaw Westlaw           0.00
         User: EASON,JO
```

TOTAL FEES                 0.00 hrs                 $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301181

INVOICE #  821238

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301181
     Zhu, Xiao Ling
     Loan No. 0307726122; Ally No. 729935
     TC # 729935

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/06/12 | KK | Update analysis focusing on affirmative defenses | L110 | .40 hrs |
| 11/09/12 | JJE | Analyze foreclosure file and case law regarding affirmative defenses asserted, focusing on issues regarding various equitable defenses under NY law | C300 | 2.70 hrs |
| 11/13/12 | JJE | Revise analysis and review of affirmative defenses incorporating research from NY case law research | C300 | 3.60 hrs |
| 11/13/12 | KK | Analyze client documents including settlement statement to determine information regarding loan, assignment of mortgages recorded and subsequently corrected, and email with foreclosure counsel regarding status of case | L110 | 1.10 hrs |
| 11/14/12 | KK | Review summons and affidavits of service in case to determine proper service as it relates to an alleged affirmative defense | L110 | .30 hrs |
| 11/14/12 | JJE | Draft memo regarding affirmative defenses, incorporating research of NY case law as it pertains to the various defenses and incorporating factual support from the foreclosure file review | C300 | 5.80 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301181

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/16/12 | JJE | Analyze NY case law regarding affirmative defenses related to defense in recoupment | C300 | 1.40 hrs |
| 11/19/12 | JJE | Revise memo incorporating information and historical data regarding analysis of affirmative defense alleging loan flipping activity -- | C300 | 1.40 hrs |
| 11/20/12 | JJE | Revise analysis of affirmative defense one and two incorporating analysis regarding high cost loans and applicable thresholds based on historical markers | C300 | 1.30 hrs |
| 11/20/12 | CWH | Analyze analysis memo before submission to client | L120 | .30 hrs |
| 11/21/12 | KK | Review recorded documents and official records to determine why corrective assignment was filed recorded and supplement analysis to reflect reason; finalize analysis and email client regarding recommendation going forward with file | L110 | .30 hrs |
| 11/21/12 | JJE | Compare original AOM and corrective AOM as recorded to determine why a corrective AOM was necessitated -- update review and analysis to reflect same | C300 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,705.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0808-301181

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Joycelyn J. Eason | 16.60 hrs | 197.00 /hr | 3,270.20 |
| Kerry Keane | 2.10 hrs | 160.00 /hr | 336.00 |

TOTAL FEES                19.00 hrs                $3,705.20

**TOTAL CHARGES FOR THIS INVOICE**                $3,705.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 30, 2012
1100 Virginia Drive                                            0R0808-301182
Fort Washington, PA 19034

                                                               INVOICE #  813656

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0808-301182
         Palmer, Allison N.
         Loan No. 0477413819; Ally No. 730089
         TC # 730089

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/18/12 | CWH | Analyze borrower's loan history and prior modification | L110 | .20 hrs |
| 09/18/12 | KK | Review client documents and account history to determine dates that notice of default letters were sent to borrowers and email client regarding same | L110 | .40 hrs |
| 09/18/12 | JJE | Review and analyze prior loan modifications, correspondence, and various loan documents for inclusion in analysis of foreclosure and affirmative defenses | C300 | 2.20 hrs |
| 09/19/12 | JJE | Analysis of loan modification agreement, loss mitigation letters, notices and laws regarding novation in support of review and analysis of affirmative defenses | C300 | 2.50 hrs |
| 09/19/12 | CWH | Analyze borrower's 2009 loan modification agreement | L110 | .20 hrs |
| 09/19/12 | KK | Review prior loan modification documents and borrower account history and email client regarding status of review and analysis | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

OR0808-301182

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/19/12 | KK | Review client documents to determine when loss mitigation letter was sent to borrow in relation to date of default | L110 | .30 hrs |
| 09/20/12 | JJE | Analyze each of the affirmative defenses and forward recommendations to client | C300 | 2.30 hrs |
| 09/20/12 | KK | Review client documents and correspondence to and from borrower and email client regarding default letters and loan modification documents | L110 | .40 hrs |
| 09/21/12 | JJE | Research Florida case law in support of analysis and review of affirmative defenses and foreclosure file regarding FDCPA | C300 | .90 hrs |
| 09/21/12 | CWH | Analyze borrower's debt validation arguments | L120 | .30 hrs |
| 09/28/12 | CWH | Revise summary memo to client on merits of foreclosure and the borrower's affirmative defenses to same | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,599.10

| | | |
|---|---|---|
| 09/19/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |
| 09/26/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | 1.00 hrs | 330.00 /hr | 330.00 |
| Joycelyn J. Eason | 7.90 hrs | 197.00 /hr | 1,556.30 |
| Kerry Keane | 1.50 hrs | 160.00 /hr | 240.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 30, 2012

0R0808-301182

FED ID NO. 63-0243316

TOTAL FEES                    10.40 hrs              $2,599.10

**TOTAL CHARGES FOR THIS INVOICE**              $2,599.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301185

INVOICE #  813657

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301185
     Seaton, Thomas & Melissa
     Loan No. 0602147492; Ally No. 730200
     TC # 730200

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JJE | Emails with client regarding decision regarding loan modification request and strategy going forward with foreclosure and analysis memo | C300 | .20 hrs |
| 09/06/12 | JJE | Emails with client and opposing counsel regarding status of loan modification review and correspondence to borrowers regarding same, outlining justification for decision | C300 | .30 hrs |
| 09/13/12 | JJE | Calls and emails with borrowers counsel regarding receipt of denial letter, confirmation of address, representation for purposes of the foreclosure, and attaching a copy of the denial letter | C300 | .60 hrs |
| 09/13/12 | JJE | Emails with client regarding borrowers denial letter and receipt of same | C300 | .20 hrs |
| 09/19/12 | JJE | Analysis of foreclosure file and affirmative defenses to determine validity of same | C300 | 2.30 hrs |
| 09/28/12 | CWH | Analyze borrower's affirmative defenses | L210 | .20 hrs |
| 09/28/12 | CSM | Analyze merit of affirmative defenses | L120 | 1.00 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301185

FED ID NO. 63-0243316

09/30/12   CWH   Draft summary memo to client on merits        L210      .30 hrs
                of foreclosure and the borrower's
                affirmative defenses to same

          TOTAL FEES FOR THIS MATTER                     $1,174.20

BILLING SUMMARY

   Christian W. Hancock       .50 hrs    330.00 /hr        165.00
   Joycelyn J. Eason         3.60 hrs    197.00 /hr        709.20
   Cory S. Menees            1.00 hrs    300.00 /hr        300.00

TOTAL FEES               5.10 hrs                  $1,174.20

**TOTAL CHARGES FOR THIS INVOICE**                $1,174.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301185

INVOICE #  818494

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301185
     Seaton, Thomas & Melissa
     Loan No. 0602147492; Ally No. 730200
     TC # 730200

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | JJE | Draft analysis and review of foreclosure file and affirmative defenses, incorporating research of the right to rescind | C300 | 3.20 hrs |
| 10/02/12 | JJE | Research of Florida Supreme Court orders establishing and then rescinding the statewide managed mediation program (RMFM) and updating review and analysis accordingly | C300 | .60 hrs |
| 10/02/12 | CWH | Revise analysis memo to client | L120 | .20 hrs |
| 10/26/12 | CWH | Revise analysis memo before submission to client | L120 | .30 hrs |
| 10/26/12 | KK | Finalize review and analysis and email to client manager with recommendation regarding best way to proceed with file | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                   $994.60

| | | |
|---|---|---|
| 10/01/12 | Copy Charges | 0.00 |
| 10/09/12 | Copy Charges | 0.00 |
| 10/09/12 | Copy Charges | 0.00 |
| 10/11/12 | Copy Charges | 0.00 |
| 10/11/12 | Copy Charges | 0.00 |
| 10/01/12 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
NOVEMBER 17, 2012

0R0808-301185

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |
| Joycelyn J. Eason | 3.80 hrs | 197.00 /hr | 748.60 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES                    4.60 hrs                              $994.60

**TOTAL CHARGES FOR THIS INVOICE**                              $994.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301186

INVOICE #  813658

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301186
     Shepheard, Nigel & Heather
     Loan No. 0810038698; Ally No. 730272
     TC # 730272

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | BAW | Telephone conference with opposing counsel to discuss October 4 hearing | L230 | .60 hrs |
| 09/04/12 | BAW | Telephone conference with client contacts to discuss case status and strategy | L190 | .50 hrs |
| 09/04/12 | BAW | Research Waverly opinion | L190 | 1.30 hrs |
| 09/04/12 | BAW | Correspond with J.Huss regarding trial preparation and potential discovery | L420 | .30 hrs |
| 09/04/12 | BAW | Email correspondence with outside counsel regarding contribution demand | L190 | .30 hrs |
| 09/04/12 | BAW | Draft and file joint motion for status conference regarding fee trial and October 4 setting | L240A | .90 hrs |
| 09/05/12 | BAW | Research regarding general civil circuit judges likely to receive re-assignment | L190 | .60 hrs |
| 09/05/12 | BAW | Outline indemnification demand letters | L190 | 1.30 hrs |
| 09/06/12 | BAW | Continue research regarding RFC-PIA and ultimate responsibility for any judgment | L190 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    PAGE    2
                                                                          OCTOBER 30, 2012

                                                                          OR0808-301186

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/06/12 | BAW | Telephone conference with N.Rosenbaum at Morrison Foerster regarding automatic stay and potential application to Shepheard | L190 | .40 hrs |
| 09/06/12 | BAW | Work with GMAC to obtain information about RFC-PIA loans and indemnity relationship between Deutsche Bank and RFC | L190 | .90 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/11/12 | BAW | Outline remaining pre-trial tasks and list for full-blown discovery if possible | L440 | .70 hrs |
| 09/11/12 | BAW | Continue review of opposing counsel invoices and legal authorities supporting multiplier award on partial contingency contract | L440 | 2.10 hrs |
| 09/12/12 | BAW | Prepare for pre-trial status conference with Judge | L230 | 5.20 hrs |
| 09/13/12 | BAW | Attend pre-trial conference before Court in Osceola County | L230 | 4.70 hrs |
| 09/13/12 | BAW | Conference with opposing counsel regarding reassignment to general civil division and mediation | L190 | .80 hrs |
| 09/14/12 | BAW | Work with opposing counsel on Joint Motion to Transfer to General Civil Division and proposed order | L250 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

OR0808-301186

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/14/12 | BAW | Draft status memorandum to client regarding continuance and case reassignment to new judge | L190 | .40 hrs |
| 09/14/12 | BAW | Review opposing counsel's correspondence to court enclosing proposed order | L250 | .20 hrs |
| 09/14/12 | BAW | Follow up with bankruptcy questions to bankruptcy counsel | L190 | .20 hrs |
| 09/18/12 | BAW | Work on identifying expert | L420 | 1.30 hrs |
| 09/21/12 | HTC | Analyze issue regarding bankruptcy and relationship between DB and RFC | L120 | .50 hrs |
| 09/21/12 | BAW | Telephone conference with D.Newman regarding case reassignment | L190 | .30 hrs |
| 09/21/12 | BAW | Check Judge's ocket regarding administrative transfer | L190 | .20 hrs |
| 09/21/12 | BAW | Conference with bankruptcy counsel regarding implications of automatic stay | L190 | .30 hrs |
| 09/24/12 | BAW | Correspond with W.Klinkbeil and Judge's assistant regarding case reassignment | L190 | .50 hrs |
| 09/25/12 | BAW | Research regarding evidentiary standard for expert testimony on reasonableness of attorney's fees | L420 | 1.20 hrs |
| 09/28/12 | BAW | Conference with MoFo attorneys regarding supplemental servicing order and potential for applying automatic stay | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

0R0808-301186

FED ID NO. 63-0243316

09/28/12  BAW   Research regarding master servicing            L190     .90 hrs
                agreement and mechanism for payment of
                jfees


                TOTAL FEES FOR THIS MATTER                               $9,353.00


EXPENSES

09/04/12 Copy Charges                                                        0.00
09/05/12 Airline Tickets - BRIAN WAHL MEETING W/ EXPERT                    166.90
         WITNESS 8/28/12 - 8/31/12
         Bank ID: GENR Check Number: 99359
09/05/12 Airline Tickets - BRIAN WAHL MEETING W/ EXPERT                    144.55
         WITNESS 8/28/12 - 8/31/12
         Bank ID: GENR Check Number: 99359
09/17/12 Airline Tickets - BRIAN WAHL ATTEND STATUS                        601.60
         CONFERENCE 9/12/12 - 9/13/12
         Bank ID: GENR Check Number: 99359
09/05/12 Travel Expense - BRIAN WAHL MEETING W/ EXPERT                      55.34
         WITNESS 8/28/12 - 8/31/12 RENTAL CAR
         Bank ID: GENR Check Number: 99359
09/05/12 Travel Expense - BRIAN WAHL MEETING W/ EXPERT                     251.00
         WITNESS 8/28/12 - 8/31/12 HOTEL
         Bank ID: GENR Check Number: 99359
09/05/12 Travel Expense - BRIAN WAHL MEETING W/ EXPERT                     105.85
         WITNESS 8/28/12 - 8/31/12 HOTEL
         Bank ID: GENR Check Number: 99359
09/05/12 Travel Expense - BRIAN WAHL MEETING W/ EXPERT                      73.97
         WITNESS 8/28/12 - 8/31/12 PARKING
         Bank ID: GENR Check Number: 99359
09/05/12 Travel Expense - BRIAN WAHL MEETING W/ EXPERT                       9.40
         WITNESS 8/28/12 - 8/31/12 FUEL FOR RENTAL
         Bank ID: GENR Check Number: 99359
09/17/12 Travel Expense - BRIAN WAHL ATTEND STATUS                        181.13
         CONFERENCE 9/12/12 - 9/13/12 HOTEL
         Bank ID: GENR Check Number: 99359