

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
OCTOBER 30, 2012

0R0808-301186

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 09/17/12 | Travel Expense - BRIAN WAHL ATTEND STATUS CONFERENCE 9/12/12 - 9/13/12 CAR RENTAL Bank ID: GENR Check Number: 99359 | 45.52 |
| 09/17/12 | Travel Expense - BRIAN WAHL ATTEND STATUS CONFERENCE 9/12/12 - 9/13/12 FUEL, PARKING Bank ID: GENR Check Number: 99359 | 45.36 |
| 09/05/12 | Meal Expense - BRIAN WAHL MEETING W/ EXPERT WITNESS 8/28/12 - 8/31/12 Bank ID: GENR Check Number: 99359 | 35.67 |
| 09/17/12 | Meal Expense - BRIAN WAHL ATTEND STATUS CONFERENCE 9/12/12 - 9/13/12 Bank ID: GENR Check Number: 99359 | 75.90 |
| 09/04/12 | Express Mail/Fedex | 0.00 |
| 09/20/12 | Ready Conference BWAHL 09/04/2012 | 2.69 |
| 09/28/12 | Ready Conference BWAHL  09/212012 | 0.86 |

TOTAL COSTS FOR THIS MATTER            $1,795.74

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .50 hrs | 315.00 /hr | 157.50 |
| Brian Wahl | 28.60 hrs | 320.00 /hr | 9,152.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |

TOTAL FEES            29.40 hrs            $9,353.00

TOTAL EXPENSES            $1,795.74

**TOTAL CHARGES FOR THIS INVOICE**            **$11,148.74**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301186

INVOICE #  817904

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301186
     Shepheard, Nigel & Heather
     Loan No. 0810038698; Ally No. 730272
     TC # 730272

EXPENSES

| | | |
|---|---|---|
| 10/29/12 | Airline Tickets - BRIAN WAHL STATUS CONFERENCE IN MIAMI, FL 10/12/12 | 329.60 |
| | Bank ID: GENR Check Number: 101645 | |
| 10/29/12 | Travel Expense - BRIAN WAHL STATUS CONF. IN KISSIMMEE, FL 9/23/12 ROAD TOLL | 5.28 |
| | Bank ID: GENR Check Number: 101645 | |
| 10/11/12 | Express Mail/Fedex | 0.00 |
| 10/22/12 | Ready Conference BWAHL 10/10/2012 | 5.50 |

TOTAL COSTS FOR THIS MATTER          $340.38

TOTAL FEES               0.00 hrs              $.00

TOTAL EXPENSES                              $340.38

**TOTAL CHARGES FOR THIS INVOICE**          $340.38

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301186

INVOICE #  818495

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301186
     Shepheard, Nigel & Heather
     Loan No. 0810038698; Ally No. 730272
     TC # 730272

### PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | HTC | Draft memo to client regarding case | L120 | .10 hrs |
| 10/01/12 | BAW | Revise indemnity demands to prior counsel | L190 | 1.70 hrs |
| 10/01/12 | BAW | Update research regarding malpractice claims | L190 | 1.50 hrs |
| 10/02/12 | BAW | Draft bulletpoints for discussion and status report to client | L190 | .60 hrs |
| 10/02/12 | BAW | Correspond with client regarding PSA | L190 | .30 hrs |
| 10/02/12 | BAW | Review H.Cannon's summary regarding substantial pending litigation files | L190 | .20 hrs |
| 10/02/12 | BAW | Correspond with J.Newton regarding PSA with Deutsche Bank and bankruptcy | L190 | .40 hrs |
| 10/02/12 | BAW | Study call notes to document potential missteps by outside counsel | L190 | 1.50 hrs |
| 10/02/12 | BAW | Review 2nd DCA JP Morgan opinion regarding attorney's fees and multiplier and correspond with W.Klinkbeil regarding same | L190 | 1.10 hrs |
| 10/02/12 | HTC | Revise indemnity letter to Udren firm | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301186

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 10/02/12 | HTC | Consider issues relating to steps going forward in case | L120 | .10 hrs |
| 10/03/12 | BAW | Correspond with judge's judicial assistant and opposing counsel regarding outstanding order on reassignment to general civil division | L190 | .40 hrs |
| 10/03/12 | BAW | Review Osceola County docket | L190 | .40 hrs |
| 10/04/12 | BAW | Research Osceola County Division 22 | L190 | .40 hrs |
| 10/04/12 | BAW | Correspond and conference with Judge Waller's JA regarding status | L190 | .70 hrs |
| 10/04/12 | BAW | Analyze issues regarding automatic stay and indemnification | L190 | .70 hrs |
| 10/04/12 | BAW | Correspond with client regarding general civil division assignment | L190 | .20 hrs |
| 10/04/12 | BAW | Review supplemental bankruptcy order requiring debtor's estate to pay securitization trustees fees and expenses | L210 | 1.20 hrs |
| 10/04/12 | BAW | Review order transferring matter to Judge Waller | L190 | .20 hrs |
| 10/10/12 | BAW | Summarize key provisions of DB's PSA | L190 | 1.10 hrs |
| 10/10/12 | BAW | Draft summary memo to BABC attorneys regarding case status | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301186

FED ID NO. 63-0243316

| 10/10/12 | BAW | Correspond with opposing counsel regarding re-assignment | L190 | .20 hrs |
|---|---|---|---|---|
| 10/10/12 | BAW | Prepare for and conference with client | L190 | 1.20 hrs |
| 10/10/12 | BAW | Revise indemnity demand to former counsel | L190 | .40 hrs |
| 10/11/12 | BAW | Draft motion for status conference and notice of hearing | L250 | .50 hrs |
| 10/11/12 | BAW | Coordinate hearing with opposing counsel | L250 | .20 hrs |
| 10/11/12 | BAW | Finalize indemnity letters | L190 | .30 hrs |
| 10/12/12 | BAW | Correspond with client regarding call notes | L190 | .20 hrs |
| 10/12/12 | BAW | Correspondence with client and outside counsel regarding indemnity demand | L190 | .30 hrs |
| 10/15/12 | BAW | Correspond with outside counsel regarding indemnification demand | L190 | .50 hrs |
| 10/16/12 | BAW | Review supplemental time sheets for opposing counsel and August 10 letter brief outlining legal argument of opposing counsel | L210 | .70 hrs |
| 10/16/12 | BAW | Correspond with outside counsel regarding indemnity demand | L190 | .20 hrs |
| 10/22/12 | BAW | Research regarding Orange County civil division | L190 | .20 hrs |
| 10/22/12 | BAW | Follow up with outside counsel regarding indemnification demand | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0808-301186

FED ID NO. 63-0243316

| 10/23/12 | BAW | Read Florida case law regarding attorney's fees claim in foreclosure matter | L190 | .50 hrs |
|---|---|---|---|---|
| 10/25/12 | BAW | Follow up calls and work regarding potential foreclosure defense experts from Kissimmee/Orlando area | L420 | 1.40 hrs |
| 10/25/12 | BAW | Follow up with outside counsel on indemnification demand | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $6,730.00

BILLING SUMMARY

| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
|---|---|---|---|
| Brian Wahl | 20.40 hrs | 320.00 /hr | 6,528.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |

TOTAL FEES                 21.00 hrs              $6,730.00

TOTAL CHARGES FOR THIS INVOICE              $6,730.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301186

INVOICE #  820885

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301186
     Shepheard, Nigel & Heather
     Loan No. 0810038698; Ally No. 730272
     TC # 730272

### EXPENSES

| | |
|---|---|
| 11/19/12 Travel Expense - BRIAN WAHL ATTEND HEARING IN KISSIMMEE, FL 11/14/12 - 11/15/12 HOTEL Bank ID: GENR Check Number: 102560 | 123.17 |
| 11/19/12 Travel Expense - BRIAN WAHL ATTEND HEARING IN KISSIMMEE, FL 11/14/12 - 11/15/12 RENTAL CAR Bank ID: GENR Check Number: 102560 | 50.82 |
| 11/19/12 Travel Expense - BRIAN WAHL ATTEND HEARING IN KISSIMMEE, FL 11/14/12 - 11/15/12 FUEL, PARKING Bank ID: GENR Check Number: 102560 | 17.00 |
| 11/19/12 Meal Expense - BRIAN WAHL ATTEND HEARING IN KISSIMMEE, FL 11/14/12 - 11/15/12 Bank ID: GENR Check Number: 102560 | 61.02 |

TOTAL COSTS FOR THIS MATTER          $252.01

TOTAL FEES          0.00 hrs                    $.00

TOTAL EXPENSES                              $252.01

**TOTAL CHARGES FOR THIS INVOICE**          **$252.01**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301186

INVOICE #  821239

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301186
     Shepheard, Nigel & Heather
     Loan No. 0810038698; Ally No. 730272
     TC # 730272

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|------|---|---|---|---|
| 11/05/12 | BAW | Draft monthly status report to client | L190 | .20 hrs |
| 11/08/12 | BAW | Telephone conference with V.Fattizzi regarding condition and potential sale of subject property | L190 | .50 hrs |
| 11/13/12 | BAW | Correspond with outside counsel regarding indemnification demand | L190 | .30 hrs |
| 11/13/12 | BAW | Prepare for status conference with Judge Waller and research regarding L.Menendez | L230 | 2.70 hrs |
| 11/13/12 | BAW | Draft proposed settlement letter to opposing counsel | L160 | .50 hrs |
| 11/14/12 | BAW | Prepare for initial hearing with Judge Waller | L230 | 3.80 hrs |
| 11/14/12 | BAW | Correspond with outside counsel regarding indemnification | L190 | .50 hrs |
| 11/14/12 | BAW | Compare separate invoicing from outside counsel for inconsistencies | L190 | .70 hrs |
| 11/15/12 | BAW | Attend preliminary status conference with Judge Waller on fee trial | L230 | 4.30 hrs |
| 11/15/12 | BAW | Edit case assessment memorandum to client | L190 | 1.90 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301186

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 11/15/12 | BAW | Research regarding Judge John Jordan | L190 | .70 hrs |
| 11/15/12 | BAW | Meet with opposing counsel to discuss procedures for fee trial and potential for settlement | L160 | .60 hrs |
| 11/16/12 | BAW | Correspond with client regarding GMAC trial rep | L190 | .30 hrs |
| 11/16/12 | BAW | Work on settlement of claim with opposing counsel | L160 | .40 hrs |
| 11/16/12 | BAW | Correspond with opposing counsel re setting fee trial | L440 | .20 hrs |
| 11/16/12 | BAW | Telephone conference with C.Stephens regarding judge assignment | L440 | .50 hrs |
| 11/16/12 | BAW | Draft memorandum to GMAC re developments | L190 | .60 hrs |
| 11/16/12 | BAW | Correspond with outside counsel regarding indemnity demand and with potential experts regarding hearing dates | L190 | .30 hrs |
| 11/19/12 | BAW | Extended telephone conference with outside counsel regarding case strategy, indemnification claim and potential for resolution | L160 | .60 hrs |
| 11/19/12 | BAW | Draft outline of key areas for discussion with client | L190 | .30 hrs |
| 11/21/12 | BAW | Draft memo to GMAC regarding outside counsel, mediation and outside counsel's defense to indemnity claim | L190 | .80 hrs |



**B R A D L E Y   A R A N T**
**B O U L T   C U M M I N G S**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0808-301186

<span style="font-size:small">FED ID NO. 63-0243316</span>

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/21/12 | DBO | Correspondence with client regarding possible settlement and indemnity from foreclosure firm, originator, and former servicer | L120 | .50 hrs |
| 11/23/12 | BAW | Draft email memo to client outlining key factors and settlement strategy | L160 | .80 hrs |
| 11/26/12 | BAW | Email memo to client regarding opinion on responsibility for improper service | L190 | .30 hrs |
| 11/26/12 | BAW | Research first appeal for client regarding potential claim for improper service | L190 | .80 hrs |
| 11/27/12 | BAW | Research regarding Judge Jordan | L190 | .40 hrs |
| 11/27/12 | BAW | Review new 5th Circuit DCA authority on attorney's fee multiplier | L190 | .60 hrs |
| 11/28/12 | BAW | Read legal opinion regarding contractual attorneys' fee claim for fees incurred in litigating the amount of a prevailing party award | L190 | .80 hrs |
| 11/28/12 | BAW | Begin outlining and identifying specific weaknesses in opposing counsel's master invoice | L190 | 2.50 hrs |
| 11/29/12 | BAW | Correspond with opposing counsel regarding indemnity claim | L190 | .20 hrs |
| 11/30/12 | BAW | Correspond with opposing counsel regarding indemnity claim, experts and foreclosure trial counsel | L440 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $9,004.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0808-301186

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 27.60 hrs | 320.00 /hr | 8,832.00 |
| D. Brian O'Dell | .50 hrs | 345.00 /hr | 172.50 |

TOTAL FEES           28.10 hrs                    $9,004.50

**TOTAL CHARGES FOR THIS INVOICE**                $9,004.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301186

INVOICE #  830114

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301186
     Shepheard, Nigel & Heather
     Loan No. 0810038698; Ally No. 730272
     TC # 730272

PROFESSIONAL SERVICES

| Date | Tmk | Description | Code | Hours |
|---|---|---|---|---|
| 12/04/12 | BAW | Draft attorney language for status report to GMAC | L190 | .20 hrs |
| 12/06/12 | BAW | Continue to analyze opposing counsel's master invoice and total fee claim | L190 | 1.30 hrs |
| 12/06/12 | BAW | Research regarding opposing counsel's claim to post-entitlement fees and costs | L190 | 1.50 hrs |
| 12/07/12 | DBO | Correspondence with N.Campbell regarding possible resolution of case and mediation | L120 | .30 hrs |
| 12/07/12 | JAM | Access online Access online docket and review for recent case activity and review to determine recent court activity | L190 | .30 hrs |
| 12/07/12 | BAW | Email correspondence regarding potential joint settlement with Marshall Watson | L160 | .20 hrs |
| 12/07/12 | BAW | Review updated December, 2012 Osceola County docket | L210 | .20 hrs |
| 12/08/12 | BAW | Work on additional settlement scenarios with client and review demand to Conroy Simberg | L160 | 1.30 hrs |
| 12/08/12 | BAW | Review additional Conroy Simberg discovery materials from D.Friedman | L160 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301186

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/10/12 | BAW | Review newly released DCA attorney's fee opinions and summarize key elements of rulings | L110 | .80 hrs |
| 12/11/12 | BAW | Review MoFo memo regarding automatic stay and final supplemental servicing order | L160 | .80 hrs |
| 12/11/12 | BAW | Research regarding potential Orlando-area mediators | L160 | .80 hrs |
| 12/11/12 | BAW | Review PSA terms regarding indemnification | L160 | .70 hrs |
| 12/11/12 | BAW | Prepare for telephone conference with N.Campbell regarding settlement/mediation | L160 | .80 hrs |
| 12/11/12 | BAW | Telephone conference with client and B.O'Dell regarding January mediation | L160 | .30 hrs |
| 12/11/12 | BAW | Telephone conference with D.Friedman regarding mediation and mediation strategy | L160 | .40 hrs |
| 12/11/12 | DBO | Prepared for and attended teleconference with N.Campbell regarding possible resolution of case and mediation of same | L120 | .50 hrs |
| 12/11/12 | BAW | Contact opposing counsel regarding January mediation | L160 | .10 hrs |
| 12/12/12 | BAW | Back and forth correspondence with D.Friedman, client and W.Klinkbeil to arrange January 7 mediation | L190 | .60 hrs |
| 12/12/12 | BAW | Research regarding Borward County mediators | L190 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301186

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/13/12 | BAW | Continue working to obtain participation of necessary parties in January 7 mediation | L160 | .40 hrs |
| 12/13/12 | BAW | Telephone conference with client regarding mediation | L160 | .10 hrs |
| 12/13/12 | BAW | Telephone conference with D.Friedman regarding attendance of H.Shepheard | L160 | .20 hrs |
| 12/13/12 | BAW | Obtain continuance of deadline for submitting position statement | L190 | .20 hrs |
| 12/13/12 | BAW | Correspond with mediator's office regarding background facts | L190 | .30 hrs |
| 12/13/12 | BAW | Read notice of mediation and general rules of mediation from J.Chaplin | L190 | .40 hrs |
| 12/14/12 | BAW | Review and summarize borrower's post-entitlement fee arrangement with opposing counsel | L190 | .80 hrs |
| 12/14/12 | BAW | Research regarding partial and full contingency arrangements in Florida | L190 | 1.90 hrs |
| 12/20/12 | BAW | Work with Court's JA on potential hearing dates | L230 | .30 hrs |
| 12/20/12 | BAW | Review Judge's procedures for fee trials | L440 | .30 hrs |
| 12/21/12 | BAW | Finalize and file mediation certification on behalf of client | L160 | .30 hrs |
| 12/21/12 | BAW | Draft legal analysis and settlement approval form for client to present to general counsel | L160 | 4.30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
JANUARY 23, 2013

OR0808-301186

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/21/12 | BAW | Draft email memo to client regarding Deutsche Bank as Trustee and possible contribution to settlement | L160 | .70 hrs |
| 12/21/12 | BAW | Review F.S. chapter 44 regarding mediation and Rule 1.720 regarding mediation certification | L160 | .80 hrs |
| 12/21/12 | JAM | Draft Certificate of Authority Rule 1.720(b) and forward to Court for docketing | L210 | .30 hrs |
| 12/21/12 | BAW | Telephone conference with client regarding mediation and fee trial | L160 | .30 hrs |
| 12/31/12 | BAW | Full file review in preparation for mediation | L160 | 6.20 hrs |

TOTAL FEES FOR THIS MATTER                                                                $9,835.00

12/21/12 Express Mail/Fedex

0.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Brian Wahl | 29.60 hrs | 320.00 /hr | 9,472.00 |
| D. Brian O'Dell | .80 hrs | 345.00 /hr | 276.00 |
| Jamie Mathews | .60 hrs | 145.00 /hr | 87.00 |

TOTAL FEES                31.00 hrs                    $9,835.00

**TOTAL CHARGES FOR THIS INVOICE**                    $9,835.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012

0R0808-301187

INVOICE #  813659

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301187
     Baker, Naser (Egret's Landing)
     Loan No. 7432995215; Ally No. 723315
     TC # 723315

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/21/12 | MPE | Review file for title information. | L110 | .20 hrs |
| 09/21/12 | MPE | Review file for additional property information to assist with chain of title. | L110 | .20 hrs |
| 09/26/12 | CSM | Review title report and documents relating to property subject to mortgage | L110 | .70 hrs |
| 09/26/12 | CSM | Emails with client regarding results of title report and strategy for securing title to property | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $359.60

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cory S. Menees | 1.00 hrs | 300.00 /hr | 300.00 |
| Melisa P. Palmer | .40 hrs | 149.00 /hr | 59.60 |

TOTAL FEES                    1.40 hrs              $359.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301187

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                          $359.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301187

INVOICE #  818496

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301187
     Baker, Naser (Egret's Landing)
     Loan No. 7432995215; Ally No. 723315
     TC # 723315

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | CSM | Draft monthly status report | B110 | .10 hrs |
| 10/04/12 | CSM | Emails with client regarding matter disposition | L190 | .20 hrs |
| 10/04/12 | CSM | Revise initial litigation assessment | B110 | .20 hrs |
| 10/31/12 | CWH | Analyze status of file to see if it can be closed at BABC | L110 | .10 hrs |
| 10/31/12 | LADA | Finalize memorandum regarding resolution of matter | L190 | 1.10 hrs |
| 10/31/12 | CSM | Revise closing memo | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $284.50

EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 10/05/12 | Title Search Fee - OLD REPUBLIC NATIONAL TITLE SERVICES RENDERED Bank ID: GENR Check Number: 100341 | 75.00 |

TOTAL COSTS FOR THIS MATTER                    $75.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0808-301187

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Cory S. Menees | .60 hrs | 300.00 /hr | 180.00 |
| Lucinda Kish | 1.10 hrs | 65.00 /hr | 71.50 |

| | | |
|---|---|---|
| TOTAL FEES | 1.80 hrs | $284.50 |
| TOTAL EXPENSES | | $75.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $359.50 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301189

INVOICE #  813660

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301189
     Mirville, Jean Jacques
     Loan No. 0592554802; Ally No. 730289
     TC # 730289

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/19/12 | CWH | Analyze status of litigation | L210 | .10 hrs |
| 09/26/12 | KK | Research docket and determine course of action going forward pertaining to the merits of the alleged affirmative defenses | L110 | 1.30 hrs |
| 09/26/12 | CWH | Analyze HOA purchaser's affirmative defenses to foreclosure and advise client of strategy in responding to same | L120 | .30 hrs |
| 09/26/12 | JJE | Emails with client regarding status of review and identifying possible issues as identified by review of affirmative defenses | C300 | .40 hrs |
| 09/26/12 | JJE | Analyze foreclosure file and client documents in conjunction with asserted affirmative defenses to determine needed supplemental documentation and to identify additional research needed in support of analysis | C300 | 2.10 hrs |
| 09/28/12 | KK | Revise analysis and supplement chronology of events with regard to HOA foreclosure lawsuit | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$896.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301189

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Joycelyn J. Eason | 2.50 hrs | 197.00 /hr | 492.50 |
| Kerry Keane | 1.70 hrs | 160.00 /hr | 272.00 |

TOTAL FEES            4.60 hrs                $896.50

**TOTAL CHARGES FOR THIS INVOICE**                $896.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301189

INVOICE #  818497

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301189
     Mirville, Jean Jacques
     Loan No. 0592554802; Ally No. 730289
     TC # 730289

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 10/08/12 | KK | Research and review official records and HOA lawsuit in the county records of Broward County to determine status of both foreclosure cases and supplement chronology of events and analysis in effort to complete review and send to client with recommendation | L110 | .60 hrs |
| 10/11/12 | JJE | Research case law and affirmative defense regarding various federal laws including FIRREA and TILA | C300 | 2.90 hrs |
| 10/12/12 | JJE | Analyze affimative defenses | C300 | 3.10 hrs |
| 10/15/12 | JJE | Complete initial review and analysis focusing on affirmative defenses | C300 | 3.40 hrs |
| 10/15/12 | KK | Analyze detailed transaction history, previous correspondence to and from the borrower, and all other financial history documents to determine whether ownership of the property ever transferred and to establish chain of events and finalize review and analysis to provide to client | L110 | 1.10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301189

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/22/12 | CWH | Revise memo before submission to client | L120 | .30 hrs |
| 10/22/12 | KK | Emails with client manager regarding status of file and recommendation in proceeding with file | L110 | .20 hrs |
| 10/22/12 | JJE | Emails to and from client regarding recommendation and overall analysis of foreclosure file | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,326.20

| | | |
|---|---|---|
| 10/15/12 Copy Charges | | 0.00 |
| 10/12/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |
| 10/15/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Joycelyn J. Eason | 9.60 hrs | 197.00 /hr | 1,891.20 |
| Kerry Keane | 2.10 hrs | 160.00 /hr | 336.00 |

TOTAL FEES                    12.00 hrs        $2,326.20

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,326.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301191

INVOICE #  813661

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301191
     Gorra, Egbert
     Loan No. 0601523885; Ally No. 72499
     TC # 724999

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/05/12 | AHC | Review trial and appellate dockets and draft status report for attorney review | L190 | .30 hrs |
| 09/12/12 | AHC | Initial review of appellant's brief and appendix including retrieval of case citations and organization of same for attorney review | L520 | 1.50 hrs |
| 09/12/12 | JJE | Analyze initial brief to determine possible arguments and strategy for responding | L510 | 2.70 hrs |
| 09/17/12 | AHC | Research egarding extension of time to file Answer Brief | L110 | .30 hrs |
| 09/17/12 | AHC | Draft Motion for Extension of Time for attorney review | L510 | .30 hrs |
| 09/17/12 | AHC | Correspondence regarding Motion for Extension of Time | L510 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$894.40



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301191

FED ID NO. 63-0243316

---

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 09/12/12 | Copy Charges | 0.00 |
| 09/17/12 | Copy Charges | 0.00 |
| 09/27/12 | Filing Fees - BUSINESS CARD AFX LLC 8/22/12 | 159.95 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/17/12 | Express Mail/Fedex | 0.00 |
| 09/12/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: COCKRELL,ALECIA | |

TOTAL COSTS FOR THIS MATTER                    $159.95

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alecia H. Cockrell | 2.50 hrs | 145.00 /hr | 362.50 |
| Joycelyn J. Eason | 2.70 hrs | 197.00 /hr | 531.90 |

| | | |
|---|---|---|
| TOTAL FEES | 5.20 hrs | $894.40 |
| TOTAL EXPENSES | | $159.95 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $1,054.35 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301191

INVOICE #  817905

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301191
     Gorra, Egbert
     Loan No. 0601523885; Ally No. 72499
     TC # 724999

### EXPENSES

| | | |
|---|---|---|
| 10/09/12 | Copy Charges | |
| 10/09/12 | Copy Charges | 0.00 |
| 10/16/12 | Copy Charges | 0.00 |
| 10/16/12 | Copy Charges | 0.00 |
| 10/17/12 | Copy Charges | 0.00 |
| 10/26/12 | Copy Charges | 0.00 |
| 10/29/12 | Copy Charges | 0.00 |
| 10/29/12 | Copy Charges | 0.00 |
| 10/11/12 | Court Costs - Pleadings - WEST GROUP AC COURT | 0.00 |
| | EXPRESS DOCUMENT CHARGES | 920.85 |
| | Bank ID: GENR Check Number: 100641 | |
| 10/25/12 | Express Mail/Fedex | |
| 10/29/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: EASON,JO | 0.00 |

TOTAL COSTS FOR THIS MATTER                $920.85

TOTAL FEES              0.00 hrs              $.00

TOTAL EXPENSES                              $920.85

**TOTAL CHARGES FOR THIS INVOICE**          $920.85

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301191

INVOICE #  818498

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301191
     Gorra, Egbert
     Loan No. 0601523885; Ally No. 72499
     TC # 724999

<u>PROFESSIONAL SERVICES</u>

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/09/12 | JJE | Analyze underlying foreclosure files to develop strategy for responding to appellant's initial brief | L510 | 4.60 hrs |
| 10/16/12 | JJE | Analyze appellate brief and begin developing strategy for responding to same | L510 | 4.30 hrs |
| 10/17/12 | JJE | Review of appellant's arguments regarding standing -- developing strategy for responding to same | L510 | 7.40 hrs |
| 10/17/12 | JMH | Evaluate issues presented on appeal and appropriate response or arguments to assert in appellee's brief | L520 | .30 hrs |
| 10/17/12 | AHC | Correspondence regarding copies of loan file, pay history and call notes | L190 | .20 hrs |
| 10/17/12 | AHC | Correspondence regarding copy of complete foreclosure file | L190 | .20 hrs |
| 10/18/12 | AHC | Follow up correspondence with foreclosure counsel regarding status of documents missing from foreclosure file | L110 | .20 hrs |
| 10/18/12 | JJE | Analyze appellant's brief identifying research requirements in support of standing arguments | L510 | 2.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0808-301191

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/19/12 | JJE | Review pleadings and foreclosure file to identify supporting facts and arguments for inclusion in reply brief | L510 | 4.30 hrs |
| 10/20/12 | JJE | Review of underlying foreclosure pleadings to determine if notice of bankruptcy is required | L510 | .40 hrs |
| 10/22/12 | KK | Review appellate docket and begin tentative draft of notice of bankruptcy | L110 | .40 hrs |
| 10/22/12 | AHC | Follow-up correspondence regarding copy of complete foreclosure file | L110 | .20 hrs |
| 10/22/12 | JJE | Complete review of the complete foreclosure file to determine and identify supporting arguments for incorporation into responsive brief | L510 | 4.20 hrs |
| 10/23/12 | AHC | Follow-up correspondence regarding complete copy of foreclosure file | L110 | .20 hrs |
| 10/24/12 | MJA | Research on transcript issue | L510 | .30 hrs |
| 10/25/12 | JJE | Develop and outline response brief -- identifying areas requiring supplemental research and factual support | L510 | 3.60 hrs |
| 10/25/12 | AHC | Telephone conference with opposing counsel regarding extension of time to file brief | L510 | .20 hrs |
| 10/25/12 | AHC | Draft Motion for Extension of Time for attorney review | L510 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301191

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/25/12 | AHC | Final review and revision of Motion for Extension of Time and correspondence to opposing counsel regarding same | L510 | .40 hrs |
| 10/26/12 | KK | Research docket and pleadings to confirm location of transcript | L110 | .30 hrs |
| 10/26/12 | JJE | Draft and revise initial brief, identifying arguments regarding effectiveness of AOM as alleged in appellant's brief | L510 | 3.40 hrs |
| 10/29/12 | JJE | Analysis regarding standing arguments raised by appellant | L510 | 4.70 hrs |
| 10/29/12 | JMH | Evaluate status of matter and potential arguments for use on appeal | L120 | .30 hrs |
| 10/29/12 | MJA | Research concerning case status and standing issue | L520 | .60 hrs |
| 10/29/12 | CWH | Analyze HOA buyer's claims on appeal and develop response to same | L210 | .70 hrs |
| 10/30/12 | JJE | Review of recent Florida case law regarding standing, equitable transfers, and reviewed and analyzed hearing transcript to identify additional weaknesses in appellant's arguments | L510 | 3.60 hrs |

TOTAL FEES FOR THIS MATTER

$9,535.60



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0808-301191

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .90 hrs | 297.00 /hr | 267.30 |
| Christian W. Hancock | .70 hrs | 330.00 /hr | 231.00 |
| Alecia H. Cockrell | 2.00 hrs | 145.00 /hr | 290.00 |
| Joycelyn J. Eason | 43.10 hrs | 197.00 /hr | 8,490.70 |
| Jonathan Hooks | .60 hrs | 241.00 /hr | 144.60 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |

TOTAL FEES                48.00 hrs                    $9,535.60

**TOTAL CHARGES FOR THIS INVOICE**                    $9,535.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301191

INVOICE #  820886

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301191
     Gorra, Egbert
     Loan No. 0601523885; Ally No. 72499
     TC # 724999

| Date | Description | Amount |
|---|---|---|
| 11/01/12 | Copy Charges | 0.00 |
| 11/01/12 | Copy Charges | 0.00 |
| 11/26/12 | Copy Charges | 0.00 |
| 11/27/12 | Copy Charges | 0.00 |
| 11/27/12 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO | 0.00 |

TOTAL FEES                    0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0808-301191

INVOICE #  821240

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0808-301191
     Gorra, Egbert
     Loan No. 0601523885; Ally No. 72499
     TC # 724999

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/05/12 | JJE | Continue drafting and revising initial brief response -- focusing on inclusion of information as it relates to key hearing transcript | L510 | 3.30 hrs |
| 11/08/12 | JJE | Continue research and analysis of Florida law regarding standard of review and regarding custodial upkeep of documents as business records | L510 | 4.60 hrs |
| 11/15/12 | EAC | Review of Residential Funding, Firstbank and Citimortgage foreclosure files and court pleadings and create timeline in preparation of case analysis and strategy | L190 | 5.70 hrs |
| 11/26/12 | CWH | Phone call with client regarding status of suit and sale set for tomorrow | L120 | .20 hrs |
| 11/26/12 | CWH | Analyze docket and efforts to stop the foreclosure sale | L120 | .20 hrs |
| 11/26/12 | KK | Research and review docket to determine status of foreclosure case | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

OR0808-301191

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/26/12 | MJA | Research on status of appeal | L510 | .20 hrs |
| 11/26/12 | JJE | Draft brief regarding standard of review and factual summary of case incorporating references from transcript and other documents from record on appeal | L510 | 2.60 hrs |
| 11/26/12 | JJE | Emails and calls to foreclosure counsel regarding stoppage of foreclosure sale | L510 | .30 hrs |
| 11/26/12 | JJE | Conference call with client regarding foreclosure sale and discussion of impact of same on appeal | L510 | .40 hrs |
| 11/27/12 | JJE | Draft initial response brief -- incorporating case law regarding standing with regard to reestablishment of loss note | L510 | 7.60 hrs |
| 11/27/12 | AHC | Draft Brief of Appellee | L520 | .40 hrs |
| 11/28/12 | AHC | Comparison of allegations in appellant's brief to other Third District cases to determine precedence on specific standing issues and revise timeline | L120 | 3.90 hrs |
| 11/28/12 | JJE | Emails from foreclosure counsel and to client advising on cancellation of foreclosure sale | L510 | .20 hrs |
| 11/28/12 | JJE | Research Florida case law regarding challenges to standing, reestablishment of lost note, in conjunction with post-dated assignment of mortgage | L510 | 5.60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0808-301191

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/29/12 | JJE | Revise initial response brief -- focusing on analysis of opinions cited by opposing counsel | L510 | 4.80 hrs |
| 11/29/12 | AHC | Telephone conference with court reporter regarding exhibits to court transcript | L110 | .30 hrs |
| 11/29/12 | AHC | Comparison of allegations in appellant's brief to determine precedence on lost note and assignment of mortgage issues and revise Brief of Appellee regarding record on appeal references | L520 | 4.20 hrs |
| 11/30/12 | JJE | Review appendix to brief to determine if supplemental information is needed with regarding to standing issues and arguments regarding reestablishment of the note | L510 | 1.90 hrs |
| 11/30/12 | AHC | Review court of appeal cases to determine precedence on abuse of discretion issues | L520 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                           $8,709.00

| | | |
|--|--|--|
| 11/29/12 Copy Charges | | 0.00 |
| 11/29/12 Copy Charges | | 0.00 |
| 11/29/12 Copy Charges | | 0.00 |
| 11/29/12 Copy Charges | | 0.00 |
| 11/29/12 Copy Charges | | 0.00 |
| 11/29/12 Copy Charges | | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          PAGE     4
                                                               NOVEMBER 30, 2012

                                                               0R0808-301191

                                                               FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .20 hrs | 297.00 /hr | 59.40 |
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Elizabeth A. Cather | 5.70 hrs | 150.00 /hr | 855.00 |
| Alecia H. Cockrell | 10.10 hrs | 145.00 /hr | 1,464.50 |
| Joycelyn J. Eason | 31.30 hrs | 197.00 /hr | 6,166.10 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES                      47.90 hrs                       $8,709.00

**TOTAL CHARGES FOR THIS INVOICE**                             $8,709.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301191

INVOICE #  830118

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301191
     Gorra, Egbert
     Loan No. 0601523885; Ally No. 72499
     TC # 724999

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/30/12 | CWH | Review and analyze standing issues raised on appeal and develop arguments in response to HOA purchaser's brief | L120 | .80 hrs |
| 12/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/01/12 | JJE | Draft and revise initial response brief, incorporating references to the record and summarizing and distinguishing the instant case from the key cases cited by the appellant in support of its brief | L510 | 6.80 hrs |
| 12/02/12 | AHC | Review and revise Brief of Appellee regarding citations and references to Record on Appeal and Appellant's Initial Brief | L520 | 1.90 hrs |
| 12/03/12 | JJE | Draft and revise standard of review section of the brief to incorporate alternative standards based on various theories of the basis for appellant's appeal | L510 | 2.30 hrs |
| 12/03/12 | MJA | Research on appeal status | L510 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301191

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/03/12 | MJA | Continued review of and revisions to appellee brief | L520 | 1.20 hrs |
| 12/03/12 | MJA | Research on appellant's brief for response | L520 | 1.20 hrs |
| 12/04/12 | MJA | Revised, completed and filed appellee brief | L520 | 2.20 hrs |
| 12/04/12 | MJA | Case law research for appellee brief | L520 | .80 hrs |
| 12/04/12 | AHC | Final review and revision to Brief of Appellee | L520 | .70 hrs |
| 12/04/12 | AHC | Correspondence to opposing counsel regarding Brief of Appellee | L520 | .20 hrs |
| 12/12/12 | MJA | Research on record reference for response to opposing counsel | L520 | .50 hrs |
| 12/14/12 | MJA | Research on order granting oral argument | L510 | .30 hrs |
| 12/14/12 | JJE | Review and analyze notice of oral argument and began developing strategy regarding same | L510 | .10 hrs |
| 12/20/12 | JJE | Review and analysis of Appellant's reply brief to determine if additional response is required | L510 | .60 hrs |

TOTAL FEES FOR THIS MATTER                          $4,544.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
JANUARY 23, 2013

0R0808-301191

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 6.40 hrs | 297.00 /hr | 1,900.80 |
| Christian W. Hancock | .80 hrs | 330.00 /hr | 264.00 |
| Alecia H. Cockrell | 3.10 hrs | 145.00 /hr | 449.50 |
| Joycelyn J. Eason | 9.80 hrs | 197.00 /hr | 1,930.60 |

| | | |
|---|---|---|
| TOTAL FEES | 20.10 hrs | $4,544.90 |

**TOTAL CHARGES FOR THIS INVOICE**                              $4,544.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301192

INVOICE #  813662

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301192
     Gailiunas, Bruno and Gungor, Anuchka
     Loan No. 7441609062; Ally No. 730597
     TC # 730597

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 09/04/12 | HTC | Review court's order on parties' planning meeting | L120 | .20 hrs |
| 09/04/12 | JLJ | Review pretrial order and strategize regarding Rule 26 report and conference requirement | L190 | .30 hrs |
| 09/04/12 | AHC | Review docket for status of response from co-defendants and draft Litigation Case Summary for attorney review | L190 | 1.10 hrs |
| 09/05/12 | JLJ | Review correspondence regarding note holder and plan and prepare to answer on behalf of real party in interest | L210 | .20 hrs |
| 09/05/12 | HTC | Analyze issues regarding response to complaint for defendants | L120 | .10 hrs |
| 09/05/12 | HTC | Revise rule 11 letter and motion for sanctions | L120 | .40 hrs |
| 09/06/12 | JLJ | Revise motion for Rule 11 sanctions, memorandum in support and prepare to serve | L250 | 1.20 hrs |
| 09/06/12 | JLJ | Revise correspondence regarding Rule 11 motion for sanctions and prepare to send | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301192

FED ID NO. 63-0243316

| 09/10/12 | JLJ | Meeting regarding filing affirmative Fidelity Land Trust lawsuit | L120 | .50 hrs |
| 09/10/12 | JLJ | Review state court motion to dismiss and begin drafting motion to dismiss, including standard of review, introduction and fact section | L240 | 1.20 hrs |
| 09/10/12 | JLJ | Review local rules in preparation for drafting motion to dismiss | L240 | .40 hrs |
| 09/10/12 | JLJ | Review complaints regarding estoppel letters and correspondence with client regarding MERS receipt of letters | L240 | .40 hrs |
| 09/10/12 | HTC | Analyze issues relating to motions to dismiss and handling of cases going forward | L250 | .20 hrs |
| 09/11/12 | JLJ | Research regarding service on Decision One | L250 | .10 hrs |
| 09/11/12 | JLJ | Research federal standard and revise motion to dismiss for re-filing in federal court, supplementing facts and legal standard | L240 | 1.40 hrs |
| 09/12/12 | JLJ | Research regarding Fidelity Land Trust Company | C300 | .40 hrs |
| 09/12/12 | JLJ | Draft correspondence to Florida Attorney General regarding practices of Fidelity Land Trust Company | L250 | .60 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 30, 2012

0R0808-301192

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/12/12 | JLJ | Continue drafting revised motion to dismiss for federal court adding new arguments regarding futility of amendment and dismissal as and against Decision One | L240 | 2.10 hrs |
| 09/12/12 | AHC | Review federal and state court dockets regarding status of service of process on Decision One Mortgage | L110 | .30 hrs |
| 09/13/12 | AHC | Prepare exhibits to Motion to Dismiss for attorney review | L240 | 1.70 hrs |
| 09/13/12 | JLJ | Draft litigation case summary | L190 | .40 hrs |
| 09/13/12 | JLJ | Research regarding People's Holding precedent | L240B | 1.20 hrs |
| 09/14/12 | HTC | Revise federal court motion to dismiss entire case with prejudice and review Rothenberg case analysis and addition of futility argument | L250 | .30 hrs |
| 09/14/12 | JLJ | Strategize regarding amendment to motion to dismiss regarding futility of amendment | L240 | .40 hrs |
| 09/17/12 | HTC | Revise initial litigation analysis budget | L120 | .10 hrs |
| 09/17/12 | JLJ | Revise litigation summary | L190 | .40 hrs |
| 09/17/12 | JLJ | Review amended complaint, filings and docket and draft case summary and outline strategy | L190 | .20 hrs |
| 09/18/12 | AHC | Final review and revision of Motion to Dismiss and 11 exhibits | L240 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/18/12 | AHC | Correspondence to client regarding Case Assessment Memorandum | L190 | .20 hrs |
| 09/18/12 | AHC | Review state and federal court dockets to confirm service of process or responsive pleadings filed by co-defendant | L110 | .30 hrs |
| 09/18/12 | HTC | Telephone conference with B.Blake and review materials provided by B.Blake in other Fidelity cases and analyze same | L120 | .40 hrs |
| 09/18/12 | HTC | Revise parties' planning report and proposed scheduling order | L210 | .30 hrs |
| 09/18/12 | JLJ | Continue revising motion to dismiss and perform citation check of case law and review exhibits in preparation for filing | L240 | 1.20 hrs |
| 09/18/12 | JLJ | Review court order regarding discovery and local rules and draft Local Rule 16.1 and Rule 26 report and proposed scheduling order | L310 | 1.40 hrs |
| 09/19/12 | AHC | Telephone conference regarding status of assignment to magistrate | L110 | .30 hrs |
| 09/19/12 | HTC | Review materials provided by MERS regarding similar cases and E.Cherry | L120 | .30 hrs |
| 09/19/12 | JLJ | Prepare to send letter to P.Bowers regarding Rule 26 and scheduling order | L310 | .30 hrs |
| 09/19/12 | JLJ | Revise joint scheduling order and report | L310 | .50 hrs |
| 09/19/12 | JLJ | Research regarding judge and magistrate assignment | L190 | .20 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
OCTOBER 30, 2012

0R0808-301192

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/19/12 | JLJ | Phone correspondence with P.Bowers regarding Rule 26 conference and report | L310 | .20 hrs |
| 09/19/12 | HTC | Revise federal court for motion to dismiss | L250 | 1.60 hrs |
| 09/19/12 | JLJ | Strategize regarding responsive pleading in federal court | L210 | .10 hrs |
| 09/20/12 | JLJ | Continue revising motion to dismiss and prepare for filing | L240 | 1.20 hrs |
| 09/20/12 | JLJ | Correspondence with P.Bowers regarding Rule 26 conference and report | L390 | .20 hrs |
| 09/20/12 | AHC | Final revision of Amended Motion to Dismiss for federal court and correspondence to opposing counsel regarding same | L240 | 1.10 hrs |
| 09/24/12 | JLJ | Research local rules and draft request for hearing | L250 | 1.30 hrs |
| 09/25/12 | HTC | Revise motion for hearing on amended motion to dismiss | L250 | .30 hrs |
| 09/26/12 | HTC | Revise request for hearing to add AG complaint | L210 | .20 hrs |
| 09/26/12 | JLJ | Continue drafting request for hearing and prepare to file | L250 | .70 hrs |
| 09/27/12 | HTC | Analyze issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | .40 hrs |
| 09/28/12 | HTC | Revise joint scheduling report and order | L210 | .90 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    6
OCTOBER 30, 2012

0R0808-301192

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 09/28/12 | JLJ | Revise joint scheduling report and proposed order and prepare to file the same | L250 | 1.10 hrs |
| 09/28/12 | JLJ | Review court order and correspondence regarding Rule 26 report and strategize regarding deadline to file the same | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $6,626.80

| | | |
|---|---|---|
| 09/06/12 | Copy Charges | 0.00 |
| 09/06/12 | Copy Charges | 0.00 |
| 09/06/12 | Copy Charges | 0.00 |
| 09/11/12 | Copy Charges | 0.00 |
| 09/14/12 | Copy Charges | 0.00 |
| 09/14/12 | Copy Charges | 0.00 |
| 09/18/12 | Copy Charges | 0.00 |
| 09/18/12 | Copy Charges | 0.00 |
| 09/20/12 | Copy Charges | 0.00 |
| 09/18/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/20/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 5.70 hrs | 315.00 /hr | 1,795.50 |
| Alecia H. Cockrell | 5.90 hrs | 145.00 /hr | 855.50 |
| Jessica L. Jones | 20.20 hrs | 193.00 /hr | 3,898.60 |

| | | |
|---|---|---|
| TOTAL FEES | 31.80 hrs | $6,626.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    7
OCTOBER 30, 2012

0R0808-301192

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $6,626.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301192

INVOICE #  818499

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301192
     Gailiunas, Bruno and Gungor, Anuchka
     Loan No. 7441609062; Ally No. 730597
     TC # 730597

<u>PROFESSIONAL SERVICES</u>

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/27/12 | JAM | Review all federal court pleadings | L210 | .40 hrs |
| 09/28/12 | JAM | Final review of Scheduling Order prior to submission to Court | L210 | .50 hrs |
| 10/02/12 | HTC | Continue working on affidavit | L210 | .10 hrs |
| 10/08/12 | JLJ | Prepare Rule 11 sanctions motion | L250 | .40 hrs |
| 10/09/12 | JLJ | Review motion, citation check and review exhibits and plan and prepare to file Rule 11 sanctions motion | L250 | .60 hrs |
| 10/09/12 | JLJ | Draft request for a hearing | L250 | .40 hrs |
| 10/09/12 | AHC | Revise Defendant's Motion for Rule 11 Sanctions including preparation of 9 exhibits | L250 | 1.50 hrs |
| 10/10/12 | JLJ | Review local rules, court order regarding Rule 26 requirements, client documents and pleadings and draft initial disclosures | L310 | 1.60 hrs |
| 10/11/12 | JLJ | Revise initial disclosures | L310 | .80 hrs |
| 10/11/12 | AHC | Final review and revision of Motion for Sanctions | L250 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301192

FED ID NO. 63-0243316

| 10/11/12 | JAM | Review scheduling and discovery report submitted and docketed with the Southern District of Florida | L310 | .20 hrs |
| 10/11/12 | JLJ | Review pleadings and correspondence with client regarding amended motion to dismiss, motion for sanctions, and rule 26 report | L240 | .40 hrs |
| 10/11/12 | JLJ | Revise request for a hearing and prepare to file | L250 | .30 hrs |
| 10/11/12 | HTC | Revise request for hearing | L210 | .10 hrs |
| 10/11/12 | HTC | Revise initial disclosures | L210 | 1.10 hrs |
| 10/15/12 | JLJ | Correspondence with MERS regarding status and recent motion filings | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                        $1,872.20

EXPENSES

10/09/12  Copy Charges                              0.00
10/09/12  Copy Charges                              0.00
10/31/12  FED DOCKET SERV-PACER 07/01/2012-09/30/2012    6.30

TOTAL COSTS FOR THIS MATTER                        $6.30

BILLING SUMMARY

| Hope Cannon | 1.30 hrs | 315.00 /hr | 409.50 |
| Alecia H. Cockrell | 1.80 hrs | 145.00 /hr | 261.00 |
| Jamie Mathews | 1.10 hrs | 145.00 /hr | 159.50 |
| Jessica L. Jones | 4.90 hrs | 193.00 /hr | 945.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301192

FED ID NO. 63-0243316

TOTAL FEES                 9.10 hrs            $1,872.20

TOTAL EXPENSES                                    $6.30

**TOTAL CHARGES FOR THIS INVOICE**           **$1,878.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301192

INVOICE #   821241

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301192
     Gailiunas, Bruno and Gungor, Anuchka
     Loan No. 7441609062; Ally No. 730597
     TC # 730597

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | JLJ | Review correspondence and file and draft case status report | L190 | .10 hrs |
| 11/07/12 | JLJ | Review court order regarding mediation and plan and prepare for deadline to select mediator | L230 | .20 hrs |
| 11/14/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 11/15/12 | JLJ | Review order referring to mediation, list of mediators approved by the court | L160 | .30 hrs |
| 11/16/12 | HTC | Exchange emails with opposing counsel regarding mediators | L120 | .10 hrs |
| 11/16/12 | JLJ | Telephone and e-mail correspondence with P.Bowers regarding mediator selection | L230 | .30 hrs |
| 11/16/12 | JLJ | Review order of referral to mediation and research regarding mediator selection | L250 | .60 hrs |
| 11/19/12 | JLJ | Correspondence with P.Bowers regarding mediation | L160 | .30 hrs |
| 11/19/12 | JLJ | Correspondence with J.Gilmour regarding availability for mediation | L160 | .30 hrs |
| 11/19/12 | JLJ | Review scheduling order | L160 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301192

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/19/12 | JAM | Review email correspondence regarding mediator | L160 | .10 hrs |
| 11/20/12 | JLJ | Correspondence with P.Bowers regarding mediator selection and scheduling | L160 | .40 hrs |
| 11/26/12 | JLJ | Review court order to mediate, local rules, and correspondence with client regarding mediation dates | L160 | .30 hrs |
| 11/26/12 | JLJ | Correspondence with J. Gilmour regarding mediation dates | L160 | .20 hrs |
| 11/27/12 | HTC | Exchange emails with client regarding mediation | L120 | .20 hrs |
| 11/27/12 | JLJ | Review correspondence from client regarding scheduled mediation and case status and strategize regarding the same | L160 | .50 hrs |
| 11/29/12 | AHC | Analysis of case regarding life of file, fees and expenses and current status | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $943.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jamie Mathews | .40 hrs | 145.00 /hr | 58.00 |
| Jessica L. Jones | 3.80 hrs | 193.00 /hr | 733.40 |

TOTAL FEES            4.90 hrs                     $943.90



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0808-301192

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $943.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301192

INVOICE #  830122

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301192
     Gailiunas, Bruno and Gungor, Anuchka
     Loan No. 7441609062; Ally No. 730597
     TC # 730597

PROFESSIONAL SERVICES

| 12/05/12 | JLJ | Review order referring the case to mediation, draft selection of mediator and strategize regarding the same | L250 | .40 hrs |
| 12/05/12 | JLJ | Plan and prepare to draft deposition notices | L330 | .10 hrs |
| 12/05/12 | HTC | Review proposed submission to the court regarding mediation | L210 | .10 hrs |
| 12/05/12 | HTC | Draft email to client regarding Florida attorney General's case against Fidelity | L120 | .10 hrs |
| 12/06/12 | AHC | Review docket regarding status of scheduling order | L110 | .20 hrs |
| 12/06/12 | JLJ | Review correspondence to client regarding discovery and mediation, review docket for Salzgeber matter and respond to correspondence | L310 | .20 hrs |
| 12/06/12 | JLJ | Correspondence with Judge Ryskamp's chambers regarding notice of mediator selection | L250 | .20 hrs |
| 12/06/12 | JLJ | Review client documents, including account history, call notes, correspondence, origination file and other loan-related documents, AG complaint, website of Fidelity, | L260 | 3.40 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| | | organizational documents of Fidelity and draft first interrogatories, first requests for production and first requests for admission to Fidelity | | |
| 12/07/12 | JLJ | Strategize regarding bankruptcy of borrower and impact on Fidelity case | L250 | .20 hrs |
| 12/07/12 | JLJ | Correspondence with client regarding last payment on loan | L310 | .10 hrs |
| 12/10/12 | JLJ | Plan and prepare for discovery, including deposition notices to Plaintiffs | L310 | .20 hrs |
| 12/11/12 | JLJ | Plan and prepare for deposition notices and discovery requests | L330 | .20 hrs |
| 12/12/12 | AHC | Retrieve and review 22 bankruptcy pleadings from PACER | L110 | .80 hrs |
| 12/13/12 | JLJ | Strategize regarding bankruptcy status of borrower | L120 | .20 hrs |
| 12/13/12 | JLJ | Plan and prepare for deposition notices and subpoenas | L330 | .20 hrs |
| 12/13/12 | JLJ | Review scheduling order and plan and prepare for trial date and deadlines | L250 | .30 hrs |
| 12/13/12 | HTC | Review and revise discovery requests | L310 | .50 hrs |
| 12/14/12 | HTC | Telephone conference with bankruptcy attorneys regarding effect of borrowers' bankruptcy petition and schedules to pending federal action | L120 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301192

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/14/12 | JB | Review pleadings and related documents and research regarding removed complaint for analysis of impact of debtor's bankruptcy | L120 | 1.50 hrs |
| 12/14/12 | JB | Conference with H.Cannon regarding debtor bankruptcy related matters | L120 | .20 hrs |
| 12/14/12 | JB | Review bankruptcy docket of debtor | L120 | .50 hrs |
| 12/14/12 | JLJ | Correspondence with client regarding discovery and bankruptcy | L310 | .10 hrs |
| 12/14/12 | JLJ | Prepare to revise requests for production, requests for admission and interrogatories | L310 | .10 hrs |
| 12/17/12 | JB | Work on response to pending bankruptcy of debtor | L120 | .50 hrs |
| 12/17/12 | JLJ | Correspondence with client regarding discovery requests to Fidelity | L310 | .20 hrs |
| 12/17/12 | JLJ | Review and revise requests for production, interrogatories and requests for admission | L310 | .90 hrs |
| 12/17/12 | JLJ | Strategize regarding case status and bankruptcy and review correspondence with client regarding bankruptcy | L120 | .30 hrs |
| 12/17/12 | HTC | Review and analyze bankruptcy issues and whether to file MFR and effect on pending fidelity case and review court's order to show cause and exchange emails with client regarding same | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
JANUARY 23, 2013

0R0808-301192

FED ID NO. 63-0243316

| 12/18/12 | JLJ | Review correspondence from client regarding vacancy of property and strategize regarding the same | L120 | .20 hrs |
| 12/27/12 | HTC | Review Fidelity's response to order to show cause and consider response to same | L250 | .90 hrs |
| 12/27/12 | JLJ | Review order to show cause, response to show cause order, review local rules regarding reply and strategize regarding reply to the same | L250 | .40 hrs |
| 12/28/12 | JLJ | Review correspondence and strategize regarding discovery requests | L310 | .20 hrs |
| 12/28/12 | JLJ | Correspondence with the court regarding response to show cause response and strategize regarding the same | L250 | .30 hrs |

TOTAL FEES FOR THIS MATTER                  $2,940.70

BILLING SUMMARY

| Hope Cannon | 2.10 hrs | 315.00 /hr | 661.50 |
| Alecia H. Cockrell | 1.00 hrs | 145.00 /hr | 145.00 |
| Jessica L. Jones | 8.40 hrs | 193.00 /hr | 1,621.20 |
| James Bailey | 2.70 hrs | 190.00 /hr | 513.00 |

TOTAL FEES             14.20 hrs                  $2,940.70

TOTAL CHARGES FOR THIS INVOICE                  $2,940.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301193

INVOICE #  813663

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301193
     Galano, Lisa
     Loan No. 7439914870; Ally No. 730547
     TC # 730547

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | | |
|---|---|---|---|---|
| 09/11/12 | NSR | Review and respond to client e-mail from client regarding analysis of affirmative defenses | L120 | .10 hrs |
| 09/26/12 | CWH | Revise analysis memo before submission to client | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$94.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Nader Raja | .10 hrs | 280.00 /hr | 28.00 |

TOTAL FEES

0.30 hrs                $94.00

**TOTAL CHARGES FOR THIS INVOICE**

$94.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301194

INVOICE #  813664

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301194
     Beshara, Theresa M.
     Loan No. 7441610599; Ally No. 730773
     TC # 730773

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/17/12 | KK | Update analysis and chronology of events to determine status of case and course of action going forward, research Torrington County, Connecticut official records, and email foreclosure counsel regarding status of withdrawn affirmative defenses | L110 | 1.60 hrs |

TOTAL FEES FOR THIS MATTER                $256.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | 1.60 hrs | 160.00 /hr | 256.00 |

TOTAL FEES                    1.60 hrs                  $256.00

**TOTAL CHARGES FOR THIS INVOICE**                   **$256.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301194

INVOICE #  818500

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301194
     Beshara, Theresa M.
     Loan No. 7441610599; Ally No. 730773
     TC # 730773

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 10/02/12 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 10/05/12 | KK | Update draft of analysis, research Connecticut-specific law pertaining to verified complaints, and mails with default counsel regarding status of review | L110 | .40 hrs |
| 10/05/12 | JJE | Analyze foreclosure file and affirmative defenses to identify additional documentation needed as well as to identify research needed to defeat affirmative defenses as stated | C300 | 1.40 hrs |
| 10/10/12 | JJE | Research Connecticut case law regarding affirmative defense of fraud in support of analysis of same | C300 | 2.30 hrs |
| 10/11/12 | JJE | Complete review and analysis of foreclosure file and affirmative defenses, making recommendations to the client regarding same | C300 | 3.90 hrs |
| 10/11/12 | KK | Edit analysis to send to client regarding recommendation going forward | L110 | .60 hrs |
| 10/18/12 | CWH | Approve summary memo before submission to client | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0808-301194

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/12  KK | Emails with client manager and foreclosure firm regarding status of case and position going forward | L110 | .20 hrs | |

TOTAL FEES FOR THIS MATTER                        $1,787.20

| | | |
|---|---|---|
| 10/10/12 | Copy Charges | |
| 10/16/12 | Copy Charges | 0.00 |
| 10/24/12 | Copy Charges | 0.00 |
| 10/11/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: EASON,JO | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Joycelyn J. Eason | 7.60 hrs | 197.00 /hr | 1,497.20 |
| Kerry Keane | 1.40 hrs | 160.00 /hr | 224.00 |

TOTAL FEES              9.20 hrs                    $1,787.20

**TOTAL CHARGES FOR THIS INVOICE**              $1,787.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301195

INVOICE #  813665

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301195
     Lampel, Arnold
     Loan No. 7431290139; Ally No. 730758
     TC # 730758

<u>PROFESSIONAL SERVICES</u>

| Date | | | | |
|---|---|---|---|---|
| 09/05/12 | AHC | Final revision of Notice of Appearance and Designation of Email Addresses and correspondence to G.Horowitz regarding same | L510 | .20 hrs |
| 09/05/12 | JMH | Evaluate whether to move forward with anticipated appeal | L120 | .20 hrs |
| 09/05/12 | JMH | Telephone conference with client regarding borrower's failure to comply with trial payment plan | L160 | .20 hrs |
| 09/10/12 | JMH | Evaluate status of matter and whether the appellate court might dismiss appeal | L120 | .20 hrs |
| 09/14/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 09/17/12 | JMH | Telephone conference with client regarding status of loan modification efforts | L160 | .10 hrs |
| 09/18/12 | AHC | Review docket regarding status of initial brief | L110 | .20 hrs |
| 09/19/12 | JMH | Review e-mail from client regarding loss-mitigation status | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $274.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301195

FED ID NO. 63-0243316

09/05/12 Express Mail/Fedex                                          0.00

BILLING SUMMARY

    Alecia H. Cockrell          .40 hrs   145.00 /hr        58.00
    Jonathan Hooks              .90 hrs   241.00 /hr       216.90


TOTAL FEES                    1.30 hrs                    $274.90

**TOTAL CHARGES FOR THIS INVOICE**                       $274.90


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301195

INVOICE #  818501

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301195
     Lampel, Arnold
     Loan No. 7431290139; Ally No. 730758
     TC # 730758

### PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/09/12 | JMH | Analyze docket from appellate court to determine borrower's deadline to file appellate brief | L520 | .10 hrs |
| 10/10/12 | JMH | Evaluate whether to appear in appellate court or if case is likely to resolve | L510 | .10 hrs |
| 10/24/12 | JMH | E-mail to client regarding status of borrower's efforts to modify loan | L160 | .10 hrs |
| 10/25/12 | JMH | E-mails to and from client regarding status of permanent modification and deadline for appellant to file appellate brief | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $120.50

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Hooks | .50 hrs | 241.00 /hr | 120.50 |
| TOTAL FEES | 0.50 hrs | | $120.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301195

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $120.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301195

INVOICE #  821242

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0808-301195
      Lampel, Arnold
      Loan No. 7431290139; Ally No. 730758
      TC # 730758

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 11/02/12 | JMH | E-mails to and from client regarding settlement | L160 | .50 hrs |
| 11/05/12 | JMH | Review e-mail from client regarding denial of HAMP loan modification request | L120 | .10 hrs |
| 11/05/12 | JMH | Review letter denying HAMP loan modification request | L120 | .10 hrs |
| 11/06/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/13/12 | JMH | Draft settlement agreement and release reflecting grant of loan modification to borrowers | L160 | .80 hrs |
| 11/14/12 | JMH | E-mails with client regarding settlement agreement | L160 | .40 hrs |
| 11/28/12 | JMH | E-mails with client regarding settlement agreement and deadline by which borrowers need to return executed agreement and loan modification documents | L160 | .20 hrs |
| 11/28/12 | JMH | Evaluate status of matter in light of ongoing loan modification issues | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301195

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | JMH | E-mails with client regarding settlement agreement | L160 | .30 hrs |
| 11/29/12 | JMH | Research necessary actions to wind up case through settlement and loan modification, such as whether to cancel lis pendens or set aside sale | L160 | .90 hrs |
| 11/29/12 | JMH | Draft stipulations of dismissal of appeal and of trial court action | L160 | .60 hrs |

TOTAL FEES FOR THIS MATTER                        $1,007.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Jonathan Hooks | 4.00 hrs | 241.00 /hr | 964.00 |

TOTAL FEES              4.30 hrs              $1,007.50

TOTAL CHARGES FOR THIS INVOICE              $1,007.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301195

INVOICE #  830128

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301195
     Lampel, Arnold
     Loan No. 7431290139; Ally No. 730758
     TC # 730758

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/03/12 | CWH | Review and analyze pleadings from the underlying suit, now on appeal | L210 | .20 hrs |
| 12/13/12 | MJA | Research on case status | L510 | .20 hrs |
| 12/19/12 | MJA | Research on case status and on loan modification issue and documents | L510 | 1.20 hrs |
| 12/20/12 | MJA | Continued research on loan modification/settlement of appeal issue | L510 | .50 hrs |
| 12/20/12 | MJA | Conferences with K.Dutill and G.Horowitz on loan modification issue | L510 | .40 hrs |
| 12/27/12 | MJA | Continued research on Lampel loan modification issue | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $881.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301195

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 2.60 hrs | 297.00 /hr | 772.20 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| TOTAL FEES | 3.10 hrs | | $881.70 |

**TOTAL CHARGES FOR THIS INVOICE**

$881.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301196

INVOICE #  813666

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301196
     Depriest, Norma
     Loan No. 0830006161; Ally No. 730737
     TC # 730737

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | CLHA Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |
| 09/19/12 | CLHA Prepare and circulate motion to continue hearing on motion to deem current | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $207.00

BILLING SUMMARY

Christopher L. Hawkins      .60 hrs    345.00 /hr      207.00

TOTAL FEES                  0.60 hrs              $207.00

**TOTAL CHARGES FOR THIS INVOICE**              **$207.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301196

INVOICE #  818502

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301196
     Depriest, Norma
     Loan No. 0830006161; Ally No. 730737
     TC # 730737

## PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 10/01/12 | CLHA | Analyze pleadings and related documents and advise client regarding status and potential strategy | L120 | .20 hrs |
| 10/05/12 | CLHA | Conference call with client to discuss current status and action items | L120 | .10 hrs |
| 10/08/12 | CLHA | Analyze client documents in preparation for hearing on motion to deem current | L120 | .80 hrs |
| 10/16/12 | CLHA | Analyze client documents related to accounting issues | L120 | 1.50 hrs |
| 10/18/12 | CLHA | Continued analysis of client documents and bankruptcy filings in preparation for hearing | L120 | 3.20 hrs |
| 10/22/12 | CLHA | Work through accounting issues related to motion to deem current | L120 | .50 hrs |
| 10/23/12 | CLHA | Call with opposing counsel regarding status of analysis and continuance of hearing | L120 | .40 hrs |
| 10/23/12 | CLHA | Work through re-calculations of escrow balances with respect to force placed insurance and evaluate actual status of loans when giving credit for same | L120 | .30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301196

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/24/12 | CLHA | Confer with court personnel regarding order on proposed continuance | L120 | .50 hrs |
| 10/24/12 | JB | Revise proposed order as requested by court | L120 | .30 hrs |
| 10/24/12 | JB | Phone calls and emails with court regarding revisions to proposed order | L120 | .30 hrs |
| 10/24/12 | JB | Filing of proposed order continuing hearing | L120 | .20 hrs |
| 10/30/12 | CLHA | Analyze payment records produced by debtor's counsel | L120 | 1.70 hrs |

TOTAL FEES FOR THIS MATTER                                    $4,119.50

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Christopher L. Hawkins | 9.20 hrs | 345.00 /hr | 3,174.00 |
| James Bailey | .80 hrs | 190.00 /hr | 152.00 |

TOTAL FEES                    10.00 hrs                    $4,119.50

TOTAL CHARGES FOR THIS INVOICE                    $4,119.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive                                          NOVEMBER 30, 2012
Fort Washington, PA 19034                                    0R0808-301196

                                                            INVOICE #  821243

                                                            FED ID NO. 63-0243316

    FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

      Re:  0R0808-301196
           Depriest, Norma
           Loan No. 0830006161; Ally No. 730737
           TC # 730737

    PROFESSIONAL SERVICES

    11/01/12   CLHA Analyze recent pleadings and client        L120      .20 hrs
                    documents and advise client regarding
                    status and strategy

    11/08/12   CLHA Continued work on accounting issues with   L120      .50 hrs
                    client

    11/12/12   CLHA Analysis of financial data from client     L120     1.80 hrs
                    to resolve accounting issues raised in
                    debtor's motion

    11/13/12   CLHA Prepare for and lead conference call       L120     1.40 hrs
                    with client to work through
                    post-petition accounting issues

    11/15/12   CLHA Confer with client and opposing counsel    L120      .50 hrs
                    regarding accounting issues

    11/15/12   CLHA Analyze title policy, title demand,        L120      .70 hrs
                    Florida certificates of title, and proof
                    of claim to evaluate collateral position
                    with regard to manufactured home on
                    property

    11/16/12   CLHA Begin analysis of updated financial        L120      .30 hrs
                    history provided by client

    11/21/12   CLHA Analyze motion to abate and trustee's      L120      .50 hrs
                    objection to same



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301196

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 11/22/12 | CLHA | Confer with client regarding effect of stay on motion for sanctions and motion to abate | L120 | .40 hrs |
| 11/26/12 | CLHA | Continued analysis of client documents, conference call with client regarding accounting issues and settlement proposal, and preparation of draft settlement proposal | L120 | 2.70 hrs |
| 11/27/12 | CLHA | Continued work on settlement paperwork and confer with opposing counsel regarding same | L120 | 1.70 hrs |
| 11/28/12 | CLHA | Prepare and file consent motion to continue hearing and related order | L120 | .50 hrs |
| 11/28/12 | CLHA | Continued settlement negotiations with opposing counsel | L120 | .60 hrs |
| 11/29/12 | CLHA | Confer with court regarding continued hearing on motion for sanctions | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $4,174.50

BILLING SUMMARY

Christopher L. Hawkins      12.10 hrs    345.00 /hr      4,174.50

TOTAL FEES                  12.10 hrs                  $4,174.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 30, 2012

0R0808-301196

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $4,174.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301196

INVOICE #  830131

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301196
     Depriest, Norma
     Loan No. 0830006161; Ally No. 730737
     TC # 730737

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/03/12 | CLHA | Provide status update to client | L120 | .20 hrs |
| 12/03/12 | CLHA | Emails with opposing counsel regarding settlement proposal and related accounting issues | L120 | 2.20 hrs |
| 12/04/12 | CLHA | Engage in settlement negotiations with opposing counsel | L120 | .80 hrs |
| 12/05/12 | CLHA | Analyze documents provided by opposing counsel regarding credit disability premiums and confer with opposing counsel regarding same | L120 | .90 hrs |
| 12/13/12 | CLHA | Continued work on potential settlement structure | L120 | .90 hrs |
| 12/17/12 | CLHA | Calls with opposing counsel regarding accounting issues and potential settlement options | L120 | .60 hrs |
| 12/17/12 | CLHA | Conduct legal research regarding debtor's ability to cram down loan secured by land and/or manufactured home | L120 | .80 hrs |
| 12/18/12 | CLHA | Continued analysis of account histories and public documents related to hearing on motion for sanctions | L120 | 1.80 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0808-301196

FED ID NO. 63-0243316

| 12/19/12 | CLHA | Multiple calls and emails with client and opposing counsel regarding potential settlement | L120 | 4.90 hrs |
|----------|------|---------------------------------------------------|------|----------|
| 12/19/12 | CLHA | Prepare and file consent motion to continue hearing | L120 | .50 hrs |
| 12/26/12 | CLHA | Follow up with opposing counsel regarding potential resolution involving cash payment | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                  $4,830.00

BILLING SUMMARY

   Christopher L. Hawkins      14.00 hrs    345.00 /hr    4,830.00

TOTAL FEES                    14.00 hrs              $4,830.00

**TOTAL CHARGES FOR THIS INVOICE**                **$4,830.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301197

INVOICE #  813667

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301197
     Sanchez, David
     Loan No. 7440967727; Ally No. 730818
     TC # 730818

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | JJE | Emails with title counsel regarding filing of 60-day agreed extension of time to file initial brief | L510 | .20 hrs |
| 09/06/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $97.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Joycelyn J. Eason | .20 hrs | 197.00 /hr | 39.40 |

TOTAL FEES            0.60 hrs                  $97.40

**TOTAL CHARGES FOR THIS INVOICE**                  **$97.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301197

INVOICE #  818503

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301197
     Sanchez, David
     Loan No. 7440967727; Ally No. 730818
     TC # 730818

**PROFESSIONAL SERVICES**

| Date | | Description | | |
|---|---|---|---|---|
| 10/22/12 | JJE | Email to title counsel regarding status of settlement negotiations and pending appellate deadlines | L510 | .30 hrs |
| 10/31/12 | JJE | Calls and emails with client regarding title insurer recommendations regarding the appeal and need to develop strategy going forward | L510 | .90 hrs |
| 10/31/12 | JJE | Call from title insurer's counsel to discuss status of settlement negotiations and recommendations for going forward with the appeal | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$295.50

**BILLING SUMMARY**

| Joycelyn J. Eason | 1.50 hrs | 197.00 /hr | 295.50 |
|---|---|---|---|
| TOTAL FEES | 1.50 hrs | | $295.50 |

**TOTAL CHARGES FOR THIS INVOICE**

$295.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301197

INVOICE #  820887

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301197
     Sanchez, David
     Loan No. 7440967727; Ally No. 730818
     TC # 730818
11/02/12 Express Mail/Fedex                                    0.00


TOTAL FEES            0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**               $.00

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301197

INVOICE #  821244

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0808-301197
      Sanchez, David
      Loan No. 7440967727; Ally No. 730818
      TC # 730818

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/01/12 | CWH | Analyze the underlying issues in light of negotiations with title carrier | L120 | .20 hrs |
| 11/01/12 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 11/01/12 | LADA | Draft request for extension regarding upcoming deadline | L210 | .60 hrs |
| 11/01/12 | LADA | Telephone conference with Clerk regarding extension of time for upcoming deadline | L510 | .30 hrs |
| 11/01/12 | JJE | Conference call with title counsel regarding settlement negotiations and need to preserve rights with regard to appeal | L510 | .60 hrs |
| 11/01/12 | JJE | Plan, prepare for and participate in conference call with client to discuss current posture of the case, likelihood of success on appeal, settlement negotiations, and preservation of rights | L510 | .80 hrs |
| 11/01/12 | JJE | Develop strategy for requesting extension, going forward with appeal and possible settlement negotiations and communicating same to court (noting appearance of BABC as new counsel) | L510 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301197

FED ID NO. 63-0243316

| Date | | Description | | |
|------|------|------|------|------|
| 11/02/12 | JJE | Revise motion for extension of time, coordinating input from opposing counsel and co-counsel | L510 | 1.20 hrs |
| 11/02/12 | AHC | Telephone conference regarding deadline to file Motion for Extension | L110 | .30 hrs |
| 11/09/12 | JJE | Emails with client regarding payoff statement for account in furtherance of possible settlement of claims | L510 | .20 hrs |
| 11/09/12 | JJE | Email to title insurer's counsel attaching payoff statement and intimating formal settlement negotiations regarding the property at issue | L510 | .30 hrs |
| 11/13/12 | JJE | Emails to client and counsel for the insurer attaching a copy of the court's order granting motion and stipulations regarding same and discussing timing of negotiation and strategy going forward | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$999.50

BILLING SUMMARY

| | | | |
|------|------|------|------|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Alecia H. Cockrell | .60 hrs | 145.00 /hr | 87.00 |
| Joycelyn J. Eason | 4.00 hrs | 197.00 /hr | 788.00 |
| Lucinda Kish | .90 hrs | 65.00 /hr | 58.50 |

TOTAL FEES

5.70 hrs

$999.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0808-301197

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                              $999.50

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301197

INVOICE #  830134

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301197
     Sanchez, David
     Loan No. 7440967727; Ally No. 730818
     TC # 730818

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/02/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/03/12 | JJE | Email from insurer detailing current settlement offer and terms of same | L510 | .30 hrs |
| 12/03/12 | JJE | Emails and calls to and from client regarding status of review of current settlement offer and identifying additional information needed in support of same | L510 | .20 hrs |
| 12/04/12 | JJE | Draft summary of case and procedural posture in support of current settlement efforts as requested by client | L510 | .60 hrs |
| 12/07/12 | JJE | Email to insurer's counsel regarding acceptance of settlement offer and discussing needed documentation in support of same | L510 | .50 hrs |
| 12/17/12 | JJE | Review and analyze email from insurer's counsel regarding tender of policy limit in exchange for assignment of rights in the litigation and against the borrower and property | L510 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301197

FED ID NO. 63-0243316

| 12/20/12 | JJE | Call from and email to counsel for insurer and call and email to client regarding preparation of settlement agreement and terms of same | L510 | .40 hrs |
|---|---|---|---|---|
| 12/28/12 | JJE | Review and analyze executed documents for settlement and submit same to insurer's counsel to identify when client should receive payment | C300 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                  $555.70

BILLING SUMMARY

| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
|---|---|---|---|
| Joycelyn J. Eason | 2.60 hrs | 197.00 /hr | 512.20 |

TOTAL FEES            2.90 hrs                $555.70

**TOTAL CHARGES FOR THIS INVOICE**               $555.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301198

INVOICE #  813668

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301198
     Fikhman, George
     Loan No. 7438978116; Ally No. 730659
     TC # 730659

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/09/12 | NSR | Analyze New Mexico law regarding statute of limitations for fraud claims in response to foreclosure | L120 | .40 hrs |
| 09/09/12 | NSR | Revise analysis of affirmative defenses for fraud | L120 | .20 hrs |
| 09/18/12 | CWH | Final revisions to analysis memo for client | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $234.00

EXPENSES

09/13/12  Court Costs - Pleadings - WEST GROUP KK COURT          242.23
          COST
          Bank ID: GENR Check Number: 99158

TOTAL COSTS FOR THIS MATTER                     $242.23

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Nader Raja | .60 hrs | 280.00 /hr | 168.00 |

TOTAL FEES           0.80 hrs              $234.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301198

FED ID NO. 63-0243316

TOTAL EXPENSES                                          $242.23

**TOTAL CHARGES FOR THIS INVOICE**                      $476.23

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301199

INVOICE #  813669

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301199
     Hamilton, Clarence R.
     Loan No. 7442098695; Ally No. 730714
     TC # 730714

### PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/12/12 | DCL | Analyze Trustee's motion to dismiss case | L120 | .40 hrs |
| 09/13/12 | DCL | Telephone conferences with Debtors counsel regarding procedural issues | L120 | .50 hrs |
| 09/17/12 | RLB | Work regarding motion for adequate protection | B190 | .90 hrs |
| 09/17/12 | DCL | Exchange correspondence with Orlans Moran regarding strategy for bankruptcy processing | L120 | .50 hrs |
| 09/17/12 | DCL | Analyze potential motion for adequate protection | L120 | .30 hrs |
| 09/24/12 | DCL | Analyze Court's Notice of Pretrial Hearing | L120 | .20 hrs |
| 09/25/12 | DCL | Prepare correspondence to Debtor's counsel regarding potential for loan modification | L120 | .70 hrs |
| 09/25/12 | DCL | Exchange correspondence with client regarding case strategy | L120 | .50 hrs |
| 09/25/12 | DCL | Telephone conference with Debtor's counsel regarding topics for pretrial hearing and potential for motion for adequate protection | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301199

FED ID NO. 63-0243316

| 09/25/12 | RLB | Review correspondence with client regarding adequate protection and loan modification issues | L120 | .40 hrs |
| 09/26/12 | DCL | Analyze pleadings submitted in bankruptcy proceeding | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                        $1,774.60

BILLING SUMMARY

| Dana C. Lumsden | 3.80 hrs | 376.00 /hr | 1,428.80 |
| Rashad L. Blossom | 1.30 hrs | 266.00 /hr | 345.80 |

TOTAL FEES                      5.10 hrs                          $1,774.60

TOTAL CHARGES FOR THIS INVOICE                                    $1,774.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301199

INVOICE #  817906

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301199
     Hamilton, Clarence R.
     Loan No. 7442098695; Ally No. 730714
     TC # 730714

<u>EXPENSES</u>

| | |
|---|---:|
| 10/17/12 Airline Tickets - DANA LUMSDEN ATTEND PRE-TRIAL CONFERENCE IN BOSTON, MA 10-10-12 Bank ID: GENR Check Number: 100900 | 464.10 |
| 10/17/12 Travel Expense - DANA LUMSDEN ATTEND PRE-TRIAL CONFERENCE IN BOSTON, MA 10-10-12 TAXIS Bank ID: GENR Check Number: 100900 | 29.95 |
| 10/17/12 Travel Expense - DANA LUMSDEN ATTEND PRE-TRIAL CONFERENCE IN BOSTON, MA 10-10-12 PARKING Bank ID: GENR Check Number: 100900 | 19.00 |
| 10/17/12 Meal Expense - DANA LUMSDEN ATTEND PRE-TRIAL CONFERENCE IN BOSTON, MA 10-10-12 Bank ID: GENR Check Number: 100900 | 25.55 |

TOTAL COSTS FOR THIS MATTER                    $538.60

TOTAL FEES                    0.00 hrs                    $.00

TOTAL EXPENSES                                            $538.60

**TOTAL CHARGES FOR THIS INVOICE**                       $538.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
OR0808-301199

INVOICE #  818504

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  OR0808-301199
     Hamilton, Clarence R.
     Loan No. 7442098695; Ally No. 730714
     TC # 730714

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | DCL | Analyze pleadings submitted by local counsel | L120 | .50 hrs |
| 10/03/12 | DCL | Analyze communication from Debtor's counsel regarding alleged defects in title | L120 | .70 hrs |
| 10/10/12 | DCL | Attend Court-ordered pretrial conference before United States Bankruptcy Judge, Judge Bailey and argue motion for adequate protection | L230 | 4.10 hrs |
| 10/10/12 | DCL | Conference with Plaintiff's counsel regarding Scheduling Order | L120 | 1.30 hrs |
| 10/12/12 | DCL | Analyze Jeffrey Stephan deposition testimony | L120 | 1.10 hrs |
| 10/15/12 | DCL | Review Court's Pre-Trial Order | L120 | .20 hrs |
| 10/15/12 | RBB | Analysis of pre-trial order in order to calculate deadlines for requirements set in the pre-trial order | L140 | .20 hrs |
| 10/15/12 | RBB | Prepare memorandum of deadlines for requirements set in the pre-trial order for attorney review | L140 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301199

FED ID NO. 63-0243316

| 10/19/12 | DCL | Draft message to client regarding case strategy | L120 | .20 hrs |
| 10/19/12 | DCL | Telephone conference with Plaintiff's counsel regarding potential for loan modification | L120 | .20 hrs |
| 10/22/12 | JMH | Review evidence indicating signing authority | L120 | .60 hrs |
| 10/22/12 | DCL | Conference call with client regarding discovery strategy | L120 | .20 hrs |
| 10/25/12 | DCL | Telephone conference with client re: strategy for Rule 26(f) conference | L120 | .20 hrs |
| 10/25/12 | DCL | Analzye production of signing authority documents by J. Stephan counsel | L120 | .40 hrs |
| 10/26/12 | DCL | Rule 26(f) conference with Plaintiff's counsel | L120 | .70 hrs |
| 10/26/12 | DCL | Prepare for Rule 26(f) conference with Plaintiffᴁs counsel | L120 | 1.20 hrs |
| 10/31/12 | DCL | Analyze correspondence with bankruptcy counsel regarding case strategy | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$4,415.40

BILLING SUMMARY

| Dana C. Lumsden | 11.20 hrs | 376.00 /hr | 4,211.20 |
| Robert B. Benson | .40 hrs | 149.00 /hr | 59.60 |
| Jonathan Hooks | .60 hrs | 241.00 /hr | 144.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301199

FED ID NO. 63-0243316

TOTAL FEES                  12.20 hrs                    $4,415.40

**TOTAL CHARGES FOR THIS INVOICE**                       $4,415.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301199

INVOICE #  820888

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301199
         Hamilton, Clarence R.
         Loan No. 7442098695; Ally No. 730714
         TC # 730714
    11/28/12 Copy Charges                                    0.00


TOTAL FEES                  0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                     $.00

         ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301199

INVOICE #  821245

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:    0R0808-301199
       Hamilton, Clarence R.
       Loan No. 7442098695; Ally No. 730714
       TC # 730714

PROFESSIONAL SERVICES

| 11/02/12 | DCL | Conference call with Debtor's counsel regarding potential for loan modification | L120 | .30 hrs |
| 11/02/12 | DCL | Prepare discovery plan | L120 | .50 hrs |
| 11/07/12 | DCL | Revise Report of Parties' Planning Meeting pursuant to Rule 26 (f) | L320 | .70 hrs |
| 11/07/12 | DCL | Telephone conference with Plaintiff's counsel regarding discovery scope and issues | L120 | .20 hrs |
| 11/09/12 | DCL | Telephone conference with Plaintiff's counsel regarding potential for settlement via loan modification | L120 | .30 hrs |
| 11/12/12 | MPE | Research all case dockets to and review recent filings to determine relevant deadlines. | L110 | .50 hrs |
| 11/13/12 | MPE | Review pretrial deadlines to determine relevant information. | L110 | .30 hrs |
| 11/15/12 | DCL | Prepare GMACM's Rule 26 Disclosures | L320 | .30 hrs |
| 11/16/12 | DCL | Draft and serve GMACM's Rule 26 disclosures | L120 | .70 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301199

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|----|------|------|------|
| 11/26/12 | DCL | Analyze Massachusetts case law concerning standing issues | L120 | 1.10 hrs |
| 11/28/12 | DCL | Draft GMACM's First Request for Admissions to Plaintiff | L310 | 1.10 hrs |
| 11/28/12 | DCL | Draft GMACM's First Set of Document Requests to Plaintiff | L310 | 1.20 hrs |
| 11/28/12 | DCL | Draft GMACM's First Set of Interrogatories to Plaintiff | L310 | 1.30 hrs |
| 11/29/12 | DCL | Analyze Massachusetts Superior Court decisions regarding Ibanez | L120 | .50 hrs |
| 11/29/12 | DCL | Analyze Court's order consolidating cases | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $3,277.60

BILLING SUMMARY

| | | | |
|------|------|------|------|
| Dana C. Lumsden | 8.40 hrs | 376.00 /hr | 3,158.40 |
| Melisa P. Palmer | .80 hrs | 149.00 /hr | 119.20 |

TOTAL FEES              9.20 hrs                    $3,277.60

**TOTAL CHARGES FOR THIS INVOICE**                  $3,277.60

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301199

INVOICE #  830135

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301199
     Hamilton, Clarence R.
     Loan No. 7442098695; Ally No. 730714
     TC # 730714

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 11/30/12 | DCL | Analyze Court's order consolidating cases | L120 | .20 hrs |
| 11/30/12 | DCL | Analyze Massachusetts Superior Court decisions regarding Ibanez | L120 | .50 hrs |
| 12/11/12 | DCL | Analyze Court's standing order | L120 | .20 hrs |
| 12/13/12 | DCL | Analyze Debtor's First Set of Interrogatories to GMACM and docket dates | L210 | .70 hrs |
| 12/17/12 | DCL | Analyze Debtor's settlement demand | L120 | .20 hrs |
| 12/17/12 | DCL | Analyze Debtors' document requests, Interrogatories and Requests for Admissions to GMACM | L120 | 1.10 hrs |
| 12/18/12 | DCL | Analyze Court Order regarding status of loan modification | L120 | .20 hrs |
| 12/27/12 | DCL | Draft GMACM's responses and objections to Debtor's interrogatories, document requests and requests for admissions | L120 | 1.10 hrs |
| 12/27/12 | DCL | Telephone conference with Debtor's counsel regarding proposed settlement agreement and Debtor's request for extension of time to respond to discovery | L120 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301199

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/27/12 | DCL | Prepare status report to Katie Dutill and local counsel | L120 | .20 hrs |
| 12/31/12 | DCL | Review Debtor's response to GMACM's discovery demands | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                    $2,068.00

BILLING SUMMARY

Dana C. Lumsden          5.50 hrs    376.00 /hr      2,068.00

TOTAL FEES                5.50 hrs                $2,068.00

**TOTAL CHARGES FOR THIS INVOICE**            $2,068.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301200

INVOICE # 813670

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301200
     Jolly, Laurant
     Loan No. 0602601441; Ally No. 730891
     TC # 730891

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | KSA | Prepare status report regarding removal and motion to dismiss filed | L120 | .10 hrs |
| 09/04/12 | MST | Review Order denying plaintiff's request to enjoin foreclosure and update file regarding same | L210 | .20 hrs |
| 09/04/12 | MST | Analysis of Order denying Plaintiff's Request to Enjoin Foreclosure and update file regarding same | L210 | .30 hrs |
| 09/11/12 | CSM | Analyze borrower's response to motion to dismiss | L240 | .50 hrs |
| 09/11/12 | MST | Update file regarding initial litigation assessment | L110 | .30 hrs |
| 09/11/12 | MST | Analysis of Plaintiff's Opposition to our Motion to Dismiss for Failure to State a Claim and update file regarding same | L210 | .30 hrs |
| 09/11/12 | KSA | Review plaintiff's response to motion to dismiss and outline reply brief | L240B | .60 hrs |
| 09/12/12 | KSA | Analyze Response to Motion to Dismiss and research borrower's active duty status and SCRA eligibility | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0808-301200

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/12/12 | MCG | Analyze military orders for borrower regarding coverage under the SCRA | L110 | .90 hrs |
| 09/18/12 | CSM | Draft reply to borrower's response to motion to dismiss | L240 | 4.20 hrs |
| 09/19/12 | CSM | Review revisions to reply to borrower's response in opposition to motion to dismiss | L240 | .20 hrs |
| 09/19/12 | KSA | Edit reply brief in support of motion to dismiss and prepare for filing | L250 | 2.10 hrs |
| 09/19/12 | MCG | Revise brief in support of motion to dismiss | L210 | .50 hrs |
| 09/20/12 | MST | Finalize Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss and prepare for filing and service | L210 | .80 hrs |
| 09/21/12 | MST | Receive notice from court regarding filing of Motion to Dismiss for Failure to State a Claim and update file regarding same | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,040.00

<u>EXPENSES</u>

09/17/12 Copy Charges Borrower pleading
09/07/12 Postage Charges 08/30/2012                                        0.00
09/12/12 Court Costs - Pleadings - WEST GROUP MT COURT                     0.00
         COST                                                           162.38
         Bank ID: GENR Check Number: 99035

TOTAL COSTS FOR THIS MATTER                                     $162.38



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 30, 2012

0R0808-301200

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 2.10 hrs | 150.00 /hr | 315.00 |
| Keith S. Anderson | 3.60 hrs | 223.00 /hr | 802.80 |
| Michael C. Griffin | 1.40 hrs | 323.00 /hr | 452.20 |
| Cory S. Menees | 4.90 hrs | 300.00 /hr | 1,470.00 |

| | | |
|---|---|---|
| TOTAL FEES | 12.00 hrs | $3,040.00 |
| TOTAL EXPENSES | | $162.38 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$3,202.38** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301200

INVOICE #  818505

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301200
     Jolly, Laurant
     Loan No. 0602601441; Ally No. 730891
     TC # 730891

PROFESSIONAL SERVICES

| 10/01/12 | KSA | Draft case status report regarding motion to dismiss pending | L120 | .10 hrs |
| 10/19/12 | MST | Analysis of filing status of Notice of Bankruptcy and update review sheet regarding same, at the request of C.Hancock | L140 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $52.30

EXPENSES

10/31/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012          10.40

TOTAL COSTS FOR THIS MATTER                              $10.40

BILLING SUMMARY

| Melanie Thompson | .20 hrs | 150.00 /hr | 30.00 |
| Keith S. Anderson | .10 hrs | 223.00 /hr | 22.30 |

TOTAL FEES                      0.30 hrs              $52.30

TOTAL EXPENSES                                         $10.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301200

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$62.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301200

INVOICE #  821246

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301200
     Jolly, Laurant
     Loan No. 0602601441; Ally No. 730891
     TC # 730891

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | KSA | Draft status report regarding motion to dismiss pending | L120 | .10 hrs |
| 11/06/12 | KSA | Telephone discussion with J.Hoy regarding strategy and posture of case | L120 | .20 hrs |
| 11/06/12 | KSA | Analyze court's order regarding dismissal of SCRA claims and forward to J.Hoy with comments | L120 | .70 hrs |
| 11/06/12 | KSA | Analyze next steps for deposition and motion of summary judgment | L120 | .20 hrs |
| 11/08/12 | KSA | Review payment history and telephone discussion with J.Hoy regarding next steps | L120 | .30 hrs |
| 11/14/12 | KSA | Review payment history and loan documents | L120 | .20 hrs |
| 11/14/12 | KSA | Draft letter to plaintiff regarding resolution and dismissal | L120 | .70 hrs |
| 11/28/12 | KSA | Draft parties' report pursuant to local rules and letter to Jolly with offer | L120 | .60 hrs |
| 11/28/12 | KSA | Draft answer to complaint | L210 | 1.10 hrs |
| 11/28/12 | MST | Finalize answer to complaint and prepare for filing and service | L210 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    PAGE    2
                                                                         NOVEMBER 30, 2012

                                                                         0R0808-301200

                                                                         FED ID NO. 63-0243316

                    TOTAL FEES FOR THIS MATTER                    $1,019.30

        BILLING SUMMARY

            Melanie Thompson            .70 hrs     150.00 /hr         105.00
            Keith S. Anderson          4.10 hrs     223.00 /hr         914.30

        TOTAL FEES                     4.80 hrs                   $1,019.30

        TOTAL CHARGES FOR THIS INVOICE                           $1,019.30

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
OR0808-301200

INVOICE #  830136

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0808-301200
     Jolly, Laurant
     Loan No. 0602601441; Ally No. 730891
     TC # 730891

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/01/12 | KSA | Draft status report | L120 | .10 hrs |
| 12/10/12 | KSA | Email to J.Hoy regarding status and discovery plan | L120 | .20 hrs |
| 12/10/12 | KSA | Edit parties report and prepare to file | L210 | .20 hrs |
| 12/10/12 | KSA | Draft Rule 26 initial disclosures | L210 | .30 hrs |
| 12/11/12 | KSA | Edit and finalize initial disclosures | L210 | .50 hrs |
| 12/11/12 | KSA | Draft interrogatories and request for admissions to plaintiff and send to J.Hoy for review | L310 | .80 hrs |
| 12/11/12 | KSA | Draft letter to plaintiff | L120 | .20 hrs |
| 12/20/12 | MST | Finalize Defendant's Preliminary Report and Discovery Plan and prepare for filing and service | L210 | .60 hrs |
| 12/20/12 | KSA | Finalize parties report and prepare for filing | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$647.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301200

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .60 hrs | 150.00 /hr | 90.00 |
| Keith S. Anderson | 2.50 hrs | 223.00 /hr | 557.50 |

TOTAL FEES              3.10 hrs                              $647.50

**TOTAL CHARGES FOR THIS INVOICE**                          $647.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301201

INVOICE #  813671

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301201
     Beard, Pamela
     Loan No. 7439069154; Ally No. 703292
     TC # 731192

PROFESSIONAL SERVICES

| 09/04/12 | CLHA | Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |
|----------|------|------|------|---------|
| 09/28/12 | CLHA | Analyze recent pleadings in case to determine next steps, if any, on motion for sanctions | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$207.00

BILLING SUMMARY

| Christopher L. Hawkins | .60 hrs | 345.00 /hr | 207.00 |
|---|---|---|---|

TOTAL FEES             0.60 hrs              $207.00

**TOTAL CHARGES FOR THIS INVOICE**          $207.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301201

INVOICE #  818506

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301201
      Beard, Pamela
      Loan No. 7439069154; Ally No. 703292
      TC # 731192

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 10/01/12 CLHA | Analyze pleadings and related documents and advise client regarding status and potential strategy | L120 | .20 hrs |
| 10/05/12 CLHA | Conference call with client to discuss current status and action items | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $103.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .30 hrs | 345.00 /hr | 103.50 |

| | | |
|---|---|---|
| TOTAL FEES | 0.30 hrs | $103.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$103.50** |

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301201

INVOICE #  821247

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0808-301201
      Beard, Pamela
      Loan No. 7439069154; Ally No. 703292
      TC # 731192

PROFESSIONAL SERVICES

11/01/12   CLHA  Prepare and circulate closing memorandum   L120   .60 hrs

            TOTAL FEES FOR THIS MATTER                       $207.00

BILLING SUMMARY

    Christopher L. Hawkins      .60 hrs   345.00 /hr      207.00

TOTAL FEES                  0.60 hrs               $207.00

**TOTAL CHARGES FOR THIS INVOICE**              $207.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301202

INVOICE #  813672

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301202
     Bassoli, Zirlei
     Loan No. 307714116; Ally No. 731144
     TC # 731144

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/18/12 | NSR | Analyze fact package regarding procedural history of foreclosure | L120 | 1.30 hrs |
| 09/18/12 | NSR | Analyze Florida law regarding objections to foreclosure sales | L120 | .80 hrs |
| 09/18/12 | NSR | Analyze Florida law and loan documents regarding management of tenants in foreclosed properties | L120 | .80 hrs |
| 09/18/12 | NSR | Draft memorandum regarding review and analysis of foreclosure file and pending motion for sanctions and objection to sale | L120 | 1.60 hrs |
| 09/21/12 | KK | Review analysis and email client regarding recommendation with file going forward | L110 | .20 hrs |
| 09/21/12 | CWH | Revise analysis memo addressing the foreclosure action and borrower's pending motion to set aside sale | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,391.00

| | BRADLEY ARANT |
|---|---|
| | BOULT CUMMINGS |
| | LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301202

FED ID NO. 63-0243316

## EXPENSES

09/13/12 Court Costs - Pleadings - WEST GROUP KK COURT          551.62
         COST
         Bank ID: GENR Check Number: 99158

            TOTAL COSTS FOR THIS MATTER                       $551.62

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Nader Raja | 4.50 hrs | 280.00 /hr | 1,260.00 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES              5.00 hrs                    $1,391.00

TOTAL EXPENSES                                       $551.62

**TOTAL CHARGES FOR THIS INVOICE**                 **$1,942.62**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301202

INVOICE #  818507

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301202
     Bassoli, Zirlei
     Loan No. 307714116; Ally No. 731144
     TC # 731144

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/12 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 10/03/12 | KK | Draft notice of appearance and designation of email in case and research judicial procedures to determine available dates for motion for sanctions and objection to sale hearing | L110 | .70 hrs |
| 10/03/12 | NSR | Conference regarding resolution of borrower's pending motion for sanctions and objection to sale | L120 | .20 hrs |
| 10/12/12 | KK | Review docket to determine status of case | L110 | .20 hrs |
| 10/18/12 | NSR | Analyze factual dispute for evidentiary hearing and need for corporate witness | L120 | .20 hrs |
| 10/23/12 | KK | Review docket to determine status of case; continue draft of response to objection to sale and motion for sanctions | L110 | 1.10 hrs |
| 10/24/12 | KK | Review examples of responses to motions for sanctions and objections to sale to prepare draft of responses | L110 | .60 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301202

FED ID NO. 63-0243316

| 10/24/12 | NSR | Analyze borrower's objection to sale and motion for sanctions regarding strategy for response | L120 | .30 hrs |
| 10/24/12 | NSR | Draft response in opposition to borrower's objection to sale | L250 | .70 hrs |
| 10/24/12 | NSR | Exchange e-mails with client regarding resolution of borrower's objection to sale and motion for sanctions | L250 | .20 hrs |
| 10/31/12 | KK | Draft closing memorandum to send to client regarding resolution of matter | L110 | .30 hrs |
| 10/31/12 | NSR | Revise closing memorandum | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $1,000.00

10/03/12 Express Mail/Fedex                                  0.00

BILLING SUMMARY

| Nader Raja | 1.80 hrs | 280.00 /hr | 504.00 |
| Kerry Keane | 3.10 hrs | 160.00 /hr | 496.00 |

TOTAL FEES        4.90 hrs              $1,000.00

**TOTAL CHARGES FOR THIS INVOICE**        $1,000.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301202

INVOICE #  821248

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301202
     Bassoli, Zirlei
     Loan No. 307714116; Ally No. 731144
     TC # 731144

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/13/12 | CWH | Revise closing file memo | L120 | .10 hrs |
| 11/13/12 | KK | Finalize final disposition of file memorandum and email client regarding resolution of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $65.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES                    0.30 hrs                $65.00

**TOTAL CHARGES FOR THIS INVOICE**          **$65.00**

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301203

INVOICE #  813673

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301203
     Franklin, Tom
     Loan No. 7421993437; Ally No. 731148
     TC # 731148

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/05/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $43.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |

TOTAL FEES                    0.30 hrs                $43.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$43.50**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301204

INVOICE #  813674

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0808-301204
      Seeberger, Kenneth
      Loan No. 0306411130; Ally No. 730895
      TC # 730895

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | RR | Email opposing counsel regarding condition of property | B110 | .20 hrs |
| 09/07/12 | RR | Email with opposing counsel regarding property sale | B110 | .20 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/10/12 | RR | E-mail with opposing counsel regarding status of case | B110 | .40 hrs |
| 09/11/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/11/12 | HTC | Review Bank of America's motion to vacate default | L250 | .10 hrs |
| 09/12/12 | HTC | Telephone conference with client regarding effect of bankruptcy on quiet title claim | L120 | .20 hrs |
| 09/12/12 | HTC | Revise notice of bankruptcy template for quiet title cases | L210 | .10 hrs |
| 09/12/12 | RR | Analyze bankruptcy affect on case | B110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

OR0808-301204

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 09/13/12 | AHC | Retrieval and initial review and analysis of bankruptcy documents filed by borrower | L110 | 1.10 hrs |
| 09/14/12 | HTC | Revise notice of bankruptcy with additional changes from client | L210 | .10 hrs |
| 09/17/12 | HTC | Exchange emails with J.Scolliard regarding bankruptcy notices | L120 | .10 hrs |
| 09/17/12 | JLJ | Review amended complaint, filings and docket and draft case summary and outline strategy | L190 | .10 hrs |
| 09/18/12 | RR | Research potential motion for sanctions | B110 | 1.10 hrs |
| 09/20/12 | RR | Draft Notice of Bankruptcy | B110 | .50 hrs |
| 09/21/12 | JAM | Final review of GMAC's Notice of Bankruptcy prior to submission to court | L210 | .20 hrs |
| 09/21/12 | JAM | Draft correspondence to Pinellas County Clerk enclosing Notice of Bankruptcy | L210 | .20 hrs |
| 09/24/12 | RR | E-mail from opposing counsel regarding sale | B110 | .20 hrs |
| 09/27/12 | HTC | Analyze issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $1,541.80

09/21/12 Express Mail/Fedex

0.00



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 30, 2012

0R0808-301204

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 1.00 hrs | 315.00 /hr | 315.00 |
| Alecia H. Cockrell | 1.10 hrs | 145.00 /hr | 159.50 |
| Jamie Mathews | 1.00 hrs | 145.00 /hr | 145.00 |
| Jessica L. Jones | .10 hrs | 193.00 /hr | 19.30 |
| Ryan Robichaux | 2.90 hrs | 215.00 /hr | 623.50 |

TOTAL FEES                6.10 hrs                    $1,541.80

**TOTAL CHARGES FOR THIS INVOICE**                    $1,541.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301204

INVOICE #  818508

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301204
     Seeberger, Kenneth
     Loan No. 0306411130; Ally No. 730895
     TC # 730895

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | RR | Analyze effect of borrower's bankruptcy | B110 | .50 hrs |
| 10/01/12 | HTC | Analyze whether to proceed with dismissal motion or consider settlement opportunities | L250 | .10 hrs |
| 10/02/12 | HTC | Continued work on affidavit | L210 | .20 hrs |
| 10/02/12 | HTC | Review emails relating to sell of property to the trust | L120 | .10 hrs |
| 10/02/12 | RR | Update case status | B110 | .20 hrs |
| 10/04/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 10/18/12 | RR | Call with opposing counsel regarding workout package | B110 | .20 hrs |
| 10/19/12 | RR | E-mail with client regarding case status | B110 | .20 hrs |
| 10/19/12 | RR | E-mail with opposing counsel regarding workout package | B110 | .20 hrs |
| 10/22/12 | RR | Review documents submitted by third party purchasers to determine if they are sufficient to consider a short sale review | B110 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301204

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/22/12 | RR | Mails with borrowers counsel regarding sufficiency of counsel's submission of documents | B110 | .40 hrs |
| 10/22/12 | RR | E-mail with client regarding whether investor's workout package requirements could be waived | B110 | .20 hrs |
| 10/22/12 | HTC | Exchange emails regarding requirements for short sale | L120 | .10 hrs |
| 10/30/12 | RR | E-mail opposing counsel regarding Proof of Funds | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $717.00

## EXPENSES

10/31/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012          10.50

TOTAL COSTS FOR THIS MATTER                          $10.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .50 hrs | 315.00 /hr | 157.50 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Ryan Robichaux | 2.40 hrs | 215.00 /hr | 516.00 |

TOTAL FEES          3.20 hrs          $717.00

TOTAL EXPENSES                         $10.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301204

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $727.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301204

INVOICE #  821249

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301204
     Seeberger, Kenneth
     Loan No. 0306411130; Ally No. 730895
     TC # 730895

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RR | Telephone call with client discussing options for selling the property, the background  on borrower's bankruptcy, the background information on opposing counsel, investor's requirements for selling property and need for more financial information from opposing counsel | B110 | .30 hrs |
| 11/01/12 | RR | Emails with opposing counsel regarding financial information | B110 | .20 hrs |
| 11/01/12 | RR | Emails with R. Meeker requesting more information about the requirements of selling the property, buyer's financial's, contract information for client and conversations with loss mitigation | B110 | .30 hrs |
| 11/02/12 | RR | E-mail with opposing counsel regarding BPO | B110 | .20 hrs |
| 11/03/12 | JAM | Review email correspondence regarding strategy for settlement | L160 | .10 hrs |
| 11/04/12 | RR | Update case status | B110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

| 11/13/12 | JAM | Pull online docket and review for recent case activity and review for recent case activity | L190 | .30 hrs |
| 11/14/12 | RR | E-mail with client regarding BPO | B110 | .20 hrs |
| 11/21/12 | RR | E-mail with opposing counsel regarding sale of property | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $402.00

BILLING SUMMARY

| Jamie Mathews | .40 hrs | 145.00 /hr | 58.00 |
| Ryan Robichaux | 1.60 hrs | 215.00 /hr | 344.00 |

TOTAL FEES              2.00 hrs                    $402.00

**TOTAL CHARGES FOR THIS INVOICE**                    $402.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301204

INVOICE # 830138

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301204
     Seeberger, Kenneth
     Loan No. 0306411130; Ally No. 730895
     TC # 730895

PROFESSIONAL SERVICES

| Date | | Description | | | |
|---|---|---|---|---|---|
| 12/03/12 | RR | E-mail with client regarding BPO | B110 | .20 | hrs |
| 12/04/12 | RR | E-mail with client regarding status of BPO review | B110 | .20 | hrs |
| 12/05/12 | RR | Provide case status report | B110 | .20 | hrs |
| 12/05/12 | RR | E-mail Plaintiff regarding proof of funds | B110 | .20 | hrs |
| 12/06/12 | RR | Exchange e-mails with client regarding BPO results | B110 | .20 | hrs |
| 12/07/12 | RR | E-mail with borrower's counsel regarding proof of funds | B110 | .20 | hrs |
| 12/11/12 | RR | Telephone calls with client regarding potential settlement | B110 | .50 | hrs |
| 12/11/12 | RR | Telephone calls with opposing counsel regarding potential settlement | B110 | .50 | hrs |
| 12/11/12 | RR | Review BPO received from client | B110 | .30 | hrs |
| 12/12/12 | RR | Exchange calls with opposing counsel regarding settlement | B110 | .20 | hrs |
| 12/17/12 | RR | Analyze strategy for foreclosing on property in light of a failure to resolve the dispute with plaintiff | B110 | .20 | hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301204

FED ID NO. 63-0243316

| 12/19/12 | RR | Analyze whether we should pursue sanctions against plaintiff | B110 | .30 hrs |
|----------|----|-----|------|---------|
| 12/19/12 | RR | Review bankruptcy documents regarding the sale of the property | B110 | .30 hrs |
| 12/27/12 | RR | Analyze strategy for seeking sanctions | B110 | .50 hrs |
| 12/27/12 | JLJ | Plan and prepare to draft Rule 11 letter and motion | L250 | .20 hrs |
| 12/28/12 | JLJ | Plan and prepare to draft Rule 11 motion for sanctions | L250 | .20 hrs |
| 12/28/12 | RR | Analyze strategy for dismissing the complaint | B110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                $1,001.70

BILLING SUMMARY

| Jessica L. Jones | .40 hrs | 193.00 /hr | 77.20 |
|------------------|---------|------------|-------|
| Ryan Robichaux | 4.30 hrs | 215.00 /hr | 924.50 |

TOTAL FEES                4.70 hrs                $1,001.70

**TOTAL CHARGES FOR THIS INVOICE**                $1,001.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301205

INVOICE #  813675

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301205
     Tautiva, Eduardo
     Ally No. 731040
     TC # 731040

<u>PROFESSIONAL SERVICES</u>

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/04/12 | JLJ | Review correspondence from G.Albright regarding dismissal | L240 | .10 hrs |
| 09/06/12 | JLJ | Research regarding award of cost and fees for voluntary dismissal under Federal Rule 41, draft memorandum and strategize regarding the same | L250 | 1.40 hrs |
| 09/07/12 | HTC | Review issues relating to attorneys' fees | L120 | .30 hrs |
| 09/10/12 | HTC | Analyze issues relating to motions to dismiss and handling of cases going forward | L250 | .30 hrs |
| 09/11/12 | HTC | Analyze whether file is ready to close | L120 | .10 hrs |
| 09/11/12 | AHC | Draft file disposition memorandum for attorney review | L190 | .30 hrs |
| 09/12/12 | JLJ | Strategize regarding deadline for filing motion for fees | L250 | .20 hrs |
| 09/13/12 | JLJ | Research regarding voluntary dismissal after motion to dismiss filed in federal court and entitlement to award of fees and/or costs and legal theories of recovering the same | L250 | 1.90 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301205

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/13/12 | AHC | Enter taxonomy and opposing counsel information into database | L190 | .20 hrs |
| 09/13/12 | HTC | Review bar inquiry from Fidelity regarding the Rothenberg case and response from the Florida Bar regarding same | L120 | .50 hrs |
| 09/17/12 | JLJ | Research regarding recovery of attorneys fees under 20 USC 1927; common law; and Florida Rules of Civil Procedure in preparation for drafting motion for fees and costs | L250 | 3.40 hrs |
| 09/17/12 | JLJ | Draft memorandum regarding recovery of attorneys fees and costs in the event of voluntary dismissal | L250 | .80 hrs |
| 09/17/12 | JLJ | Review amended complaint, filings and docket and draft case summary and outline strategy | L190 | .20 hrs |
| 09/18/12 | JLJ | Draft motion for Rule 11 sanctions and Rule 11 letter to H.Feinmel | L250 | 2.90 hrs |
| 09/18/12 | JLJ | Research regarding bar complaint | L250 | .20 hrs |
| 09/18/12 | JLJ | Research regarding 30 day deadline for filing motion for fees and costs in state court | L250 | .30 hrs |
| 09/18/12 | JLJ | Research regarding seeking fees under contractual provision in the mortgage, standing, and addition to the principal balance of the mortgage, and requirement under state law to plead the right to fees under a contract and draft memorandum regarding the same | C100 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301205

FED ID NO. 63-0243316

| 09/18/12 | JLJ | Research regarding the inherent power of the court to assess fees in state and federal court | L250 | .50 hrs |
|----------|-----|---------------------------------------------------------------------------------------------|------|---------|
| 09/18/12 | JLJ | Research regarding award of sanctions for reasonable attorneys' fees for frivolous lawsuits | L250 | .40 hrs |
| 09/19/12 | JLJ | Draft motion for attorneys fees under 28 USC 1927, the inherent power of the Court and Florida law | L250 | 3.20 hrs |
| 09/19/12 | JLJ | Research regarding holder of note and strategize regarding motion for sanctions and amended motion for rule 11 sanctions | L250 | .40 hrs |
| 09/19/12 | HTC | Review case law memo regarding sanctions and attorney' fees | L120 | .20 hrs |
| 09/19/12 | HTC | Revise Rule 11 letter, revise motion for sanctions, and revise amended motion for sanctions | L250 | 2.80 hrs |
| 09/20/12 | HTC | Review revised amended motion for fees and revised Rule 11 letter | L250 | .20 hrs |
| 09/20/12 | HTC | Review revised motion for sanctions under Court's inherent powers | L250 | 2.00 hrs |
| 09/20/12 | JLJ | Revise Rule 11 letter to H.Feinmel | L250 | .30 hrs |
| 09/20/12 | JLJ | Continue drafting and revise motion for attorneys fees, Rule 11 and 57.105 sanctions | L250 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

0R0808-301205

FED ID NO. 63-0243316

| 09/20/12 | JLJ | Research regarding registration argument and motion for fees and sanctions | L250 | .40 hrs |
| 09/21/12 | JLJ | Continue evising amended motion for sanctions, motion for sanctions, Rule 11 letter and citation of case law in preparation for filing | L250 | 1.50 hrs |
| 09/21/12 | JLJ | Research for purposes of sanctions motion | L430 | 1.10 hrs |
| 09/21/12 | JLJ | Research local rules regarding oral argument and draft request for hearing | L250 | .80 hrs |
| 09/21/12 | JLJ | Research regarding Federal Rule 11 and 1927 regarding applicability to party and attorney/counsel in preparation for revising motion for sanctions | L250 | .60 hrs |
| 09/21/12 | HTC | Final review of motion for sanctions and revise motion for hearing and telephone conference with AIG counsel regarding motion for sanctions | L250 | 3.00 hrs |
| 09/21/12 | JAM | Revise exhibit references to Defendant's Motion for Sanctions | L210 | .40 hrs |
| 09/21/12 | JAM | Assemble exhibits to Motion for Sanctions and prepare exhibits for filing | L210 | 3.60 hrs |
| 09/22/12 | JLJ | Review motion for attorneys' fees and strategize regarding Rule 11 letter and amended motion | L250 | .20 hrs |
| 09/25/12 | AHC | Draft Litigation Case Summary for attorney review | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
OCTOBER 30, 2012

0R0808-301205

FED ID NO. 63-0243316

| 09/25/12 | LDM | Researched Accurint and other materials to locate information regarding Edward Cherry. | C200 | .50 hrs |
|----------|-----|------|------|---------|
| 09/25/12 | JLJ | Draft litigation case summary | L190 | .60 hrs |
| 09/25/12 | JLJ | Review filing of response to motion for sanctions and court order regarding deadline to reply to the same | L250 | .40 hrs |
| 09/26/12 | JLJ | Review response to motion for sanctions and strategize regarding the same | L250 | .60 hrs |
| 09/26/12 | JLJ | Research regarding attorney general complaint filed against Fidelity Land Trust Company and review the same | L250 | .60 hrs |
| 09/26/12 | JLJ | Correspondence with client regarding Florida Attorney General Complaint | L250 | .20 hrs |
| 09/26/12 | JLJ | Correspondence with MERS regarding Florida AG Complaint against Fidelity | L250 | .10 hrs |
| 09/26/12 | HTC | Review response to motion for sanctions from Fidelity | L250 | .10 hrs |
| 09/27/12 | HTC | Analyze issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | .50 hrs |
| 09/27/12 | JLJ | Research regarding Florida sunshine statute for right to public records and draft correspondence to Florida attorney general for purposes of motion for sanctions | C100 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
OCTOBER 30, 2012

OR0808-301205

FED ID NO. 63-0243316

| 09/27/12 | JLJ | Research cases in which motion to dismiss or voluntary dismissal has been filed | L190 | .30 hrs |
|----------|-----|--------|------|---------|
| 09/27/12 | JLJ | Work on reply to response to motion for sanctions and Rothenberg case | L250 | .20 hrs |
| 09/27/12 | JLJ | Review correspondence from client regarding attorney general complaint against Fidelity Land Trust and strategize regarding the same | C300 | .20 hrs |
| 09/28/12 | JLJ | Review notice of hearing and research regarding Magistrate Judge Mathewman | L230 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $9,562.60

**EXPENSES**

| 09/10/12 | Copy Charges | |
|----------|--------------|------|
| 09/10/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/19/12 | Copy Charges | 0.00 |
| 09/19/12 | Copy Charges | 0.00 |
| 09/20/12 | Copy Charges | 0.00 |
| 09/20/12 | Copy Charges | 0.00 |
| 09/20/12 | Copy Charges | 0.00 |
| 09/21/12 | Copy Charges | 0.00 |
| 09/21/12 | Copy Charges | 0.00 |
| 09/21/12 | Copy Charges | 0.00 |
| 09/26/12 | Copy Charges | 0.00 |
| 09/26/12 | Copy Charges | 0.00 |
| 09/26/12 | Copy Charges | 0.00 |
| 09/27/12 | Filing Fees - BUSINESS CARD S.D. OF FLORIDA 8/23/12 | 0.00 |
|          |              | 350.00 |

Bank ID: GENR Check Number: 99855



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    7
OCTOBER 30, 2012

0R0808-301205

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 09/19/12 | Court Costs - Pleadings - WEST GROUP JM COURT COST | 298.60 |
| | Bank ID: GENR Check Number: 99331 | |
| 09/06/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/12/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/17/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/18/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/19/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/20/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/21/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/22/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/23/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/25/12 | Computerized Legal Research-Westlaw Westlaw User: MARTIN,LORI A | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $648.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 10.00 hrs | 315.00 /hr | 3,150.00 |
| Alecia H. Cockrell | 1.30 hrs | 145.00 /hr | 188.50 |
| Jamie Mathews | 4.00 hrs | 145.00 /hr | 580.00 |
| Jessica L. Jones | 27.90 hrs | 193.00 /hr | 5,384.70 |
| Lori D. Martin | .50 hrs | 210.00 /hr | 105.00 |

TOTAL FEES          43.70 hrs                    $9,562.60



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     8
OCTOBER 30, 2012

0R0808-301205

FED ID NO. 63-0243316

TOTAL EXPENSES                                            $648.60

**TOTAL CHARGES FOR THIS INVOICE**                 $10,211.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301205

INVOICE #  817907

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:    0R0808-301205
       Tautiva, Eduardo
       Ally No. 731040
       TC # 731040

<u>EXPENSES</u>

| | |
|---|---:|
| 10/02/12 Copy Charges | |
| 10/09/12 Copy Charges | 0.00 |
| 10/17/12 Copy Charges | 0.00 |
| 10/17/12 Copy Charges | 0.00 |
| 10/17/12 Copy Charges | 0.00 |
| 10/02/12 Copy Charges - OUTSIDE SOURCES - CLERK OF COURT | 0.00 |
|     J JONES COPIES OF COURT FILE 10/2/12 | 40.00 |
|     Bank ID: GENR Check Number: 100092 | |
| 10/15/12 Airline Tickets - HOPE T. CANNON ATTEND HEARING | |
|     IN WEST PALM BEACH, FL 10/9/12 - 10/11/12 | 372.60 |
|     Bank ID: GENR Check Number: 100875 | |
| 10/15/12 Airline Tickets - HOPE T. CANNON ATTEND HEARING | |
|     IN WEST PALM BEACH, FL 10/9/12 - 10/11/12 | 375.60 |
|     Bank ID: GENR Check Number: 100875 | |
| 10/15/12 Travel Expense - HOPE T. CANNON ATTEND HEARING | |
|     IN WEST PALM BEACH, FL 10/9/12 - 10/11/12 | 189.66 |
|     RENTAL CAR | |
|     Bank ID: GENR Check Number: 100875 | |
| 10/15/12 Travel Expense - HOPE T. CANNON ATTEND HEARING | |
|     IN WEST PALM BEACH, FL 10/9/12 - 10/11/12 HOTEL | 132.09 |
|     Bank ID: GENR Check Number: 100875 | |
| 10/15/12 Travel Expense - HOPE T. CANNON ATTEND HEARING | |
|     IN WEST PALM BEACH, FL 10/9/12 - 10/11/12 HOTEL | 159.84 |
|     Bank ID: GENR Check Number: 100875 | |
| 10/15/12 Meal Expense - HOPE T. CANNON ATTEND HEARING IN | |
|     WEST PALM BEACH, FL 10/9/12 - 10/11/12 | 62.26 |
|     Bank ID: GENR Check Number: 100875 | |
| 10/15/12 Meal Expense - HOPE T. CANNON ATTEND HEARING IN | |
|     WEST PALM BEACH, FL 10/9/12 - 10/11/12 | 51.19 |
|     Bank ID: GENR Check Number: 100875 | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 15, 2012

0R0808-301205

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 10/02/12 | Express Mail/Fedex | 0.00 |
| 10/19/12 | Research Fee - LEXIS-NEXIS ACCURINT FEES | |
| | Bank ID: GENR Check Number: 100993 | 54.65 |
| 10/01/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |
| 10/02/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |
| 10/05/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |
| 10/09/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |
| 10/29/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |

TOTAL COSTS FOR THIS MATTER          $1,437.89

TOTAL FEES              0.00 hrs          $.00

TOTAL EXPENSES                $1,437.89

**TOTAL CHARGES FOR THIS INVOICE**          $1,437.89

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301205

INVOICE #  818509

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301205
     Tautiva, Eduardo
     Ally No. 731040
     TC # 731040

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/24/12 | JAM | Confirm docketing and review stamped filed copies of Motion for Sanctions | L210 | .20 hrs |
| 09/25/12 | JAM | Review Rule 11 letter to H.Feinmel | L210 | .20 hrs |
| 09/27/12 | JAM | Review all federal court pleadings/file | L210 | .40 hrs |
| 10/01/12 | JLJ | Begin drafting reply to response to motion for fees | L430 | 1.30 hrs |
| 10/01/12 | JLJ | Research Florida law regarding applicability of 701.02 to subsequent purchasers and law and facts cited in Fidelity's response to motion for fees and sanctions | L250 | 1.20 hrs |
| 10/01/12 | JAM | Multiple telephone calls with Levy County Clerk regarding status of Levy Partners case, review docket and emails regarding status of case | L210 | .40 hrs |
| 10/02/12 | JAM | Review Court's Notice of Hearing on Defendant's Motion for Sanctions and calendar same | L210 | .30 hrs |
| 10/02/12 | JAM | Email correspondence regarding Florida Bar complaints filed against H.Feimel | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301205

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | JAM | Review initial draft of Reply to Response to Motion for Fees | L210 | .30 hrs |
| 10/02/12 | JAM | Email correspondence regarding Levy state court file | L210 | .10 hrs |
| 10/02/12 | JAM | Draft correspondence to Lee County Clerk requesting copy of court file and obtain check from accounting | L210 | .30 hrs |
| 10/02/12 | JLJ | Continue drafting and revise reply to response to motion for fees | L250 | 3.10 hrs |
| 10/02/12 | JLJ | Continue research regarding magistrate judge Matthewman in preparation for hearing | L450 | .40 hrs |
| 10/02/12 | JLJ | Research regarding attorney H.Feinmel in preparation for hearing on motion for sanctions and fees and correspondence with Florida bar regarding the same | L450 | .70 hrs |
| 10/02/12 | HTC | Continue working on affidavit | L210 | .20 hrs |
| 10/03/12 | JLJ | Correspondence with V.Alexander from the Florida Bar regarding bar complaints against H.Feinmel | L250 | .60 hrs |
| 10/03/12 | JAM | Review calendaring schedule for hearing on Motion for Sanctions | L190 | .20 hrs |
| 10/04/12 | JLJ | Prepare for filing reply to response to motion for fees | L250 | .20 hrs |
| 10/04/12 | HTC | Revise reply to opposition to motion for sanctions | L250 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301205

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/05/12 | JAM | Multiple telephone calls to Levy County Clerk's office regarding status of obtaining case file | L210 | .40 hrs |
| 10/05/12 | JAM | Assemble exhibits to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Sanctions | L210 | 1.60 hrs |
| 10/05/12 | JAM | Final review of Reply prior to submission to court | L210 | .40 hrs |
| 10/05/12 | AHC | Organization of bar complaints regarding H.Feinmel | L190 | .20 hrs |
| 10/05/12 | AHC | Review of pleadings and preparation of hearing binder for hearing on Motion for Sanctions | L190 | 1.00 hrs |
| 10/05/12 | JLJ | Review and revise reply, gather exhibits and citation check of case law and prepare to file | L250 | 2.90 hrs |
| 10/05/12 | JLJ | Review documents and prepare for hearing on motion for sanctions | L230 | .60 hrs |
| 10/09/12 | JLJ | Review bar complaints against H.Feinmel in preparation for hearing on motion for sanctions | L250 | .70 hrs |
| 10/09/12 | JLJ | Research regarding applicability of Fla. Stat. 712.08 and 712.02 regarding lis pendens motions and request for fees and analysis regarding the same | L250 | .60 hrs |
| 10/09/12 | HTC | Prepare for hearing on motions for sanctions | L230 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

OR0808-301205

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/09/12 | HTC | Review numerous bar complaints against Feinmel | L210 | .50 hrs |
| 10/09/12 | HTC | Prepare for hearing on motion for sanctions | L250 | 1.00 hrs |
| 10/10/12 | HTC | Research cases referenced in plaintiff's opposition to motion for sanctions | L250 | 3.00 hrs |
| 10/10/12 | HTC | Review case law and review congressional district docket in preparation for hearing | L250 | .50 hrs |
| 10/10/12 | HTC | Attendance at hearing | L230 | 1.50 hrs |
| 10/10/12 | AHC | Research regarding email addresses for opposing counsel pursuant to court order regarding update of email address and contact information | L110 | .20 hrs |
| 10/10/12 | JLJ | Research regarding status and disposition of Congressional Drive case and Levy Partners case and plan and prepare for Tautiva hearing | L230 | .70 hrs |
| 10/10/12 | JLJ | Review correspondence and strategize regarding service addresses for H.Feinmel in preparation for Tautiva hearing | L230 | .70 hrs |
| 10/10/12 | JLJ | Review and update fidelity land trust case status chart | L230 | .40 hrs |
| 10/11/12 | HTC | Consider and research steps relating to how to handle issues relating to Feimel's representation to the court that email address was wrong and judge's recusa' | L120 | 2.00 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
NOVEMBER 17, 2012

0R0808-301205

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/11/12 | JLJ | Respond to correspondence and attached order and injunction from client regarding asset freeze of Fidelity | L250 | .40 hrs |
| 10/11/12 | JLJ | Research regarding service to H.Feinmel | L240B | .30 hrs |
| 10/15/12 | AHC | Initial review of Plaintiff's Notice of Filing Current Mailing and Email Designation | L210 | .20 hrs |
| 10/16/12 | JLJ | Review notice of current e-mail address filed by H.Feinmel, review local rules regarding reply, and strategize regarding filing second motion for sanctions | L250 | .40 hrs |
| 10/16/12 | JLJ | Prepare Rule 11 motion for sanctions after expiration of safe-harbor period | L250 | .30 hrs |
| 10/16/12 | JLJ | Review correspondence and draft second motion for sanctions regarding H.Feinmel's representation of no service or notice of hearing | L250 | 1.10 hrs |
| 10/17/12 | JLJ | Revise affidavit for AG complaint | L240B | .60 hrs |
| 10/17/12 | JLJ | Review court notice regarding motion for sanctions | L250 | .10 hrs |
| 10/17/12 | JLJ | Review correspondence transmitting additional bar complaints regarding H.Feinmel | L310 | .50 hrs |
| 10/17/12 | AHC | Final revision of Motion for Attorneys Fees and exhibits | L250 | .80 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
NOVEMBER 17, 2012

0R0808-301205

FED ID NO. 63-0243316

| 10/17/12 | JLJ | Prepare amended motion for sanctions | L250 | .30 hrs |
| 10/19/12 | JLJ | Research regarding lifting of injunction against fidelity and lawsuit against FDIC | L250 | .30 hrs |
| 10/22/12 | JLJ | Prepare second motion for sanctions | L250 | .10 hrs |
| 10/22/12 | JLJ | Review order scheduling hearing on motion for sanctions and calendar deadline for the same | L250 | .20 hrs |
| 10/31/12 | JLJ | Review status of attorney general lawsuit against Fidelity in preparation for hearing on sanctions motion | L430 | .30 hrs |

TOTAL FEES FOR THIS MATTER                     $8,199.90

BILLING SUMMARY

| Hope Cannon | 10.80 hrs | 315.00 /hr | 3,402.00 |
| Alecia H. Cockrell | 2.40 hrs | 145.00 /hr | 348.00 |
| Jamie Mathews | 5.00 hrs | 145.00 /hr | 725.00 |
| Jessica L. Jones | 19.00 hrs | 193.00 /hr | 3,667.00 |

TOTAL FEES            37.20 hrs              $8,199.90

**TOTAL CHARGES FOR THIS INVOICE**              $8,199.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301205

INVOICE #  820889

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301205
      Tautiva, Eduardo
      Ally No. 731040
      TC # 731040

| | | |
|---|---|---:|
| 11/02/12 | Copy Charges - OUTSIDE SOURCES - LEVY COUNTY, CLERK OF COURT HTC COPIES OF PLEADINGS | 20.00 |
| | Bank ID: GENR Check Number: 101701 | |
| | VOID - Bank ID: GENR Check Number: 101701 | |
| | Bank ID: APPL Check Number: 10487 | |
| 11/12/12 | LEVY COUNTY CLERK OF COURTS REFUND | |
| 11/23/12 | Filing Fees - BANK OF AMERICA BROWARD CLERKS | (25.00) |
| | OFFICE 11-7-12 | 5.00 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/01/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |
| 11/19/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |

TOTAL FEES                    0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                          $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301205

INVOICE #  821250

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301205
     Tautiva, Eduardo
     Ally No. 731040
     TC # 731040

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/01/12 | JLJ | Review correspondence and file and draft case status report | L190 | .10 hrs |
| 11/06/12 | JLJ | Review correspondence from client and Centex order | C200 | .30 hrs |
| 11/07/12 | HTC | Revise second motion for sanctions | L250 | .20 hrs |
| 11/08/12 | JLJ | Draft memorandum regarding proposal of dismissal of cases with prejudice | L240 | .50 hrs |
| 11/12/12 | JLJ | Prepare for sanctions hearing | L250 | .20 hrs |
| 11/12/12 | HTC | Draft notice of supplemental authority for sanctions hearing | L210 | .70 hrs |
| 11/13/12 | JAM | Gather exhibits to and final proof of Notice of Supplemental Authority and Additional Grounds for Sanctions prior to submission to court | L210 | .40 hrs |
| 11/13/12 | JLJ | Revise notice of supplemental authority and additional grounds for sanctions and exhibits and prepare to file the same | L250 | .70 hrs |
| 11/13/12 | JLJ | Review voicemail and call H.Feinmel regarding sanctions hearing and dismissal with prejudice and strategize regarding costs and fees | L230 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301205

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/14/12 | JAM | Research related defendant's Motion for Fees and Sanctions | L190 | .60 hrs |
| 11/16/12 | JAM | Analyze Order of Mediation and Supplemental Authority for Sanctions | L210 | .20 hrs |
| 11/16/12 | JLJ | Correspondence with H.Feinmel and Rebekah regarding sanctions hearing | L230 | .40 hrs |
| 11/16/12 | HTC | Telephone conference with opposing counsel regarding motion for sanctions hearing | L120 | .20 hrs |
| 11/16/12 | HTC | Draft email to opposing counsel regarding settlement offer | L120 | .10 hrs |
| 11/19/12 | HTC | Prepare for and attendance at hearing and address issues relating to Greenspoon Marder's potential involvement in matter | L230 | 8.00 hrs |
| 11/19/12 | JLJ | Review docket of AG Complaint and strategize regarding greenspoon marder | L250 | .40 hrs |
| 11/19/12 | JLJ | Correspondence with V.Alexander at the Florida Bar regarding P.Snyder and bar complaints | L110 | .20 hrs |
| 11/19/12 | JLJ | Research regarding retention of jurisdiction after voluntary dismissal | C200 | .20 hrs |
| 11/19/12 | JAM | Pull Access online docket and review for recent case activity on Attorney General case to review recent court filings | L190 | .50 hrs |
| 11/27/12 | JLJ | Review amended motion for sanctions | L250 | .20 hrs |