

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301205

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 11/29/12 | AHC | Analysis of case regarding life of file, fees and expenses and current status | L120 | .40 hrs |
| 11/30/12 | JLJ | Review order regarding injunction against Fidelity and strategize regarding the same | L240 | .30 hrs |

TOTAL FEES FOR THIS MATTER                     $3,993.80

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hope Cannon | 9.20 hrs | 315.00 /hr | 2,898.00 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jamie Mathews | 1.70 hrs | 145.00 /hr | 246.50 |
| Jessica L. Jones | 4.10 hrs | 193.00 /hr | 791.30 |

TOTAL FEES                 15.40 hrs                 $3,993.80

**TOTAL CHARGES FOR THIS INVOICE**                 **$3,993.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301205

INVOICE #   830140

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:   0R0808-301205
      Tautiva, Eduardo
      Ally No. 731040
      TC # 731040

PROFESSIONAL SERVICES

| 12/03/12 | JLJ | Review Florida AG v. Fidelity docket and draft record requests letter regarding hearing transcript | L110 | .30 hrs |
| 12/03/12 | JLJ | Review summary of status, costs, and fees in preparation for evaluation of motions for sanctions | C300 | .20 hrs |
| 12/17/12 | JLJ | Prepare letter to Florida AG regarding hearing transcript request | L320 | .10 hrs |
| 12/17/12 | AHC | Draft and final revisions to letter to Sr. Assistant Attorney General regarding public records request | L110 | .30 hrs |
| 12/18/12 | JLJ | Correspondence with Florida AG's office regarding hearing transcript and strategize regarding the same | C100 | .30 hrs |
| 12/20/12 | JLJ | Correspondence with C.Thompson regarding public records request regarding AG action | C100 | .30 hrs |
| 12/21/12 | JLJ | Review correspondence from C.Thompson regarding public records request and transcript from AG action against Fidelity | C100 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   2
JANUARY 23, 2013

0R0808-301205

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/28/12 | JLJ | Strategize regarding rule 11 and requirement to serve motion as safe-harbor | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER $352.30

## EXPENSES

| | | |
|---|---|---|
| 11/02/12 | Reversal from Void Check Number: 101701 Bank ID: GENR Voucher ID: 520887 Vendor: LEVY COUNTY, CLERK OF COURT | (20.00) |
| 11/30/12 | Airline Tickets - HOPE T. CANNON ATTEND HEARING IN WEST PALM BEACH 11/17/12 - 11/19/12 Bank ID: GENR Check Number: 103069 | 342.80 |
| 11/30/12 | Travel Expense - HOPE T. CANNON ATTEND HEARING IN WEST PALM BEACH 11/17/12 - 11/19/12 MILEAGE 685 @ .555 Bank ID: GENR Check Number: 103069 | 380.18 |
| 11/30/12 | Meal Expense - HOPE T. CANNON ATTEND HEARING IN WEST PALM BEACH 11/17/12 - 11/19/12 Bank ID: GENR Check Number: 103069 | 46.74 |

TOTAL COSTS FOR THIS MATTER $749.72

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Jessica L. Jones | 1.60 hrs | 193.00 /hr | 308.80 |

| | | |
|---|---|---|
| TOTAL FEES | 1.90 hrs | $352.30 |
| TOTAL EXPENSES | | $749.72 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
JANUARY 23, 2013

0R0808-301205

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,102.02

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301206

INVOICE #  813676

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   OR0808-301206
      Morley, Joseph K.
      Ally No. 705012
      TC # 705012

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 09/24/12 | AHC | Enter taxonomy and opposing counsel information into database | L190 | .20 hrs |
| 09/26/12 | EAF | Review appellant's reply brief | L520 | .40 hrs |
| 09/26/12 | SAP | Analyze Reply Brief of Appellant | L520 | .20 hrs |

            TOTAL FEES FOR THIS MATTER                    $265.80

EXPENSES

09/11/12  Messenger/Delivery Charges - BEST MESSENGER          110.00
          INC. K WARNE 8-20-12 SPECIAL APPEALS
          Bank ID: GENR Check Number: 98954

            TOTAL COSTS FOR THIS MATTER                  $110.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | .40 hrs | 358.00 /hr | 143.20 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Steven A. Pozefsky | .20 hrs | 323.00 /hr | 64.60 |

TOTAL FEES            1.00 hrs              $265.80



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301206

FED ID NO. 63-0243316

TOTAL EXPENSES                                          $110.00

**TOTAL CHARGES FOR THIS INVOICE**

$375.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301206

INVOICE # 817908

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301206
     Morley, Joseph K.
     Ally No. 705012
     TC # 705012

<u>EXPENSES</u>

| | |
|---|---|
| 10/16/12 Copy Charges - OUTSIDE SOURCES - CLICKS - DEPT 005 EAF COURT REQUIRES COLOR COPYING AND BINDING FOR BRIEFS<br>Bank ID: GENR Check Number: 100752 | 223.89 |
| TOTAL COSTS FOR THIS MATTER | $223.89 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $223.89 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$223.89** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301206

INVOICE #  818510

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301206
     Morley, Joseph K.
     Ally No. 705012
     TC # 705012

PROFESSIONAL SERVICES

| 10/01/12 | EAF | Email with foreclosure counsel regarding appellate briefs | L520 | .20 hrs |
| 10/04/12 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 10/04/12 | EAF | Prepare status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $136.40

BILLING SUMMARY

| Eric A. Frechtel | .30 hrs | 358.00 /hr | 107.40 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |

TOTAL FEES              0.50 hrs              $136.40

**TOTAL CHARGES FOR THIS INVOICE**              $136.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301206

INVOICE #  821251

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301206
     Morley, Joseph K.
     Ally No. 705012
     TC # 705012

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|---|------|------|------|
| 11/06/12 | AHC | Draft status report | L190 | .20 hrs |
| 11/20/12 | EAF | Email to J.Ho regarding date set for appellate argument | L530 | .20 hrs |
| 11/21/12 | EAF | Email with R.DiPietro regarding notice of appellate argument | L530 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$136.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | .30 hrs | 358.00 /hr | 107.40 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |

TOTAL FEES                  0.50 hrs                  $136.40

TOTAL CHARGES FOR THIS INVOICE

$136.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301206

INVOICE #  830141

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301206
     Morley, Joseph K.
     Ally No. 705012
     TC # 705012

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/06/12 | AHC | Review court calendar regarding date of oral argument and catalog information on comprehensive tracking chart | L530 | .30 hrs |
| 12/10/12 | EAF | Email in response to email from foreclosure counsel requesting status of case | L120 | .20 hrs |
| 12/17/12 | EAF | Review cases and materials and develop chronology in preparation for appellate argument | L530 | 2.70 hrs |
| 12/31/12 | EAF | Prepare for oral argument including review of rules and statutes relating to preservation of issues for appeal and related waiver doctrine | L530 | 3.40 hrs |

TOTAL FEES FOR THIS MATTER                              $2,298.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | 6.30 hrs | 358.00 /hr | 2,255.40 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |

TOTAL FEES               6.60 hrs                    $2,298.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301206

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $2,298.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301207

INVOICE #  813677

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301207
     Salzgeber, Robert L & Susan G.
     Loan No. 0601509927; Ally No. 731077
     TC # 731077

### PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/04/12 | HTC | Review notice dismissing MERS as a party filed in state court | L120 | .10 hrs |
| 09/05/12 | HTC | Analyze issues relating to notice of removal and notice of dropping MERS | L120 | .40 hrs |
| 09/05/12 | HTC | Analyze note and allonge | L240B | .20 hrs |
| 09/05/12 | JLJ | Research M.D.Florida local rules regarding motion and briefing practice and requirement to confer and strategize regarding the same | L430 | .60 hrs |
| 09/05/12 | JLJ | Draft motion to intervene and motion to dismiss Beazer Mortgage Co. as a party | L430 | 1.60 hrs |
| 09/05/12 | JLJ | Research regarding real party in interest in actions to quiet title and regarding standard for intervention in preparation for drafting motion to intervene | L430 | .60 hrs |
| 09/05/12 | JLJ | Research regarding notice of dismissing party, concurrent jurisdiction of federal and state court, and retroactive effect of filing notice of removal | L250 | .70 hrs |
| 09/05/12 | AHC | Review docket regarding status of notice of dropping parties | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301207

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/06/12 | JLJ | Correspondence with client regarding notice of dropping party and strategy | L250 | .20 hrs |
| 09/10/12 | HTC | Analyze issues relating to motions to dismiss and handling of cases going forward | L250 | .30 hrs |
| 09/11/12 | JLJ | Review client documents and research regarding transfer of note and endorsement to the same | C300 | .90 hrs |
| 09/11/12 | JLJ | Correspondence with client regarding chain of ownership of note and motion to intervene | L250 | .30 hrs |
| 09/12/12 | JLJ | Draft motion to dismiss for federal court supplementing with additional facts and arguments regarding futility of removal, and dismissal of Defendant Beazer | L240 | 2.00 hrs |
| 09/12/12 | HTC | Draft email to client regarding endorsements and custodian note | L120 | .20 hrs |
| 09/13/12 | JLJ | Plan and prepare for licensure in the M.D. of Florida | L190 | .20 hrs |
| 09/13/12 | JLJ | Review correspondence to client regarding endorsements to the note | C100 | .10 hrs |
| 09/14/12 | HTC | Review notice of dismissal and review motion to dismiss entire action for Beazer as well as MERS, that was drafted prior to getting notice of dismiss but after notice of dropping MERs | L250 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301207

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/14/12 | JLJ | Research regarding Rule 11 sanction motion and letters | L250 | .20 hrs |
| 09/14/12 | JLJ | Review notice of voluntary dismissal and strategize regarding the same | L240 | .20 hrs |
| 09/14/12 | JDV | Analysis of Plaintiff's Notice of Voluntary Dismissal | L210 | .10 hrs |
| 09/17/12 | JLJ | Review amended complaint, filings and docket and draft case summary and outline strategy | L190 | .20 hrs |
| 09/17/12 | AHC | Draft Litigation Case Summary for attorney review | L190 | .80 hrs |
| 09/17/12 | HTC | Review research regarding availability of attorneys' fees and sanctions | L120 | .10 hrs |
| 09/18/12 | JDV | Review Plaintiff's revised Notice of Voluntary Dismissal | L210 | .10 hrs |
| 09/19/12 | HTC | Review materials provided by MERS regarding similar cases and E.Cherry | L120 | .20 hrs |
| 09/20/12 | HTC | Telephone conference with S.Luttrell at Fannie | L120 | .10 hrs |
| 09/20/12 | JLJ | Correspondence with client regarding complaint and investor, Fannie Mae | L210 | .50 hrs |
| 09/21/12 | JLJ | Review notice of dismissal and strategize regarding motion for fees and 30 day deadline | L250 | .30 hrs |
| 09/21/12 | HTC | Review timing for filing motion for sanctions and drafting of same | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

0R0808-301207

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/26/12 | JLJ | Research in preparation for drafting motion for fees and re-filing motion after removal | L250 | .90 hrs |
| 09/27/12 | HTC | Analyze issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | .40 hrs |
| 09/27/12 | JLJ | Strategize regarding deadline for Rule 11 motion and deadline | L250 | .40 hrs |
| 09/28/12 | HTC | Review and revise Rule 11 letter and motion for sanctions | L250 | .80 hrs |
| 09/28/12 | JLJ | Continue drafting motion for sanction and Rule 11 letter to H.Feinmel and prepare to file | L250 | 3.30 hrs |
| 09/28/12 | JLJ | Review correspondence from client transmitting correspondence from R.Salzgeber regarding mortgage payments | L410 | .20 hrs |
| 09/28/12 | AHC | Final review and revision of Rule 11 Letter and draft Motion for Sanctions including preparation of 7 exhibits and correspondence to opposing counsel regarding same | L250 | 2.00 hrs |

TOTAL FEES FOR THIS MATTER

$4,425.50

| | | |
|---|---|---|
| 09/12/12 | Copy Charges | |
| 09/14/12 | Copy Charges | 0.00 |
| 09/27/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| | | 0.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
OCTOBER 30, 2012

0R0808-301207

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/05/12 Computerized Legal Research-Westlaw Westlaw<br>User: JONES,JESSICA | | 0.00 |
| 09/12/12 Computerized Legal Research-Westlaw Westlaw<br>User: JONES,JESSICA | | 0.00 |
| 09/13/12 Computerized Legal Research-Westlaw Westlaw<br>User: JONES,JESSICA | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 3.20 hrs | 315.00 /hr | 1,008.00 |
| Alecia H. Cockrell | 3.00 hrs | 145.00 /hr | 435.00 |
| Jessica L. Jones | 13.40 hrs | 193.00 /hr | 2,586.20 |
| Jose D. Vega | .20 hrs | 219.00 /hr | 43.80 |

| | | |
|---|---|---|
| TOTAL FEES | 19.80 hrs | $4,425.50 |

**TOTAL CHARGES FOR THIS INVOICE**          $4,425.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
OR0808-301207

INVOICE #  818511

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  OR0808-301207
     Salzgeber, Robert L & Susan G.
     Loan No. 0601509927; Ally No. 731077
     TC # 731077

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | HTC | Continue working on affidavit | L120 | .10 hrs |
| 10/05/12 | AHC | Review bar complaints regarding H.Feinmel | L190 | .20 hrs |
| 10/09/12 | JLJ | Review correspondence from client transmitting correspondence from Salzgeber and proposed response | L250 | .10 hrs |
| 10/09/12 | JLJ | Review proposed response to Salzgeber letter and strategize regarding the same | C300 | .20 hrs |
| 10/09/12 | JAM | Review correspondence from Salzgeber to GMAC and draft response to same | L250 | .20 hrs |
| 10/10/12 | JLJ | Correspondence with client regarding response letter to Salzgeber | L240B | .10 hrs |
| 10/15/12 | HTC | Revise letter from GMACM to client regarding borrower's account inquiry and A3P | L120 | .10 hrs |
| 10/15/12 | JLJ | Prepare response to letter from Salzgeber | L120 | .10 hrs |
| 10/17/12 | JLJ | Review correspondence from client regarding letter to borrower | L190 | .10 hrs |
| 10/17/12 | HTC | Revise letter to borrowers regarding A3P | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301207

FED ID NO. 63-0243316

| 10/18/12 | JLJ | Prepare motion for rule 11 sanctions after expiration of safe-harbor time period | L250 | .20 hrs |
|----------|-----|-----------------------------------------------------------------------------------|------|---------|
| 10/19/12 | AHC | Final revision of Motion for Sanctions and 7 exhibits | L250 | 1.00 hrs |
| 10/22/12 | JLJ | Review local rule 3.01 and prepare revised motion for sanctions | L250 | .40 hrs |
| 10/22/12 | JLJ | Review court order regarding motion for sanctions | L250 | .10 hrs |
| 10/22/12 | JLJ | Correspondence with Judge's clerk regarding filing motion for sanctions | L250 | .20 hrs |
| 10/23/12 | JAM | Revise Amended Motion for Fees and Sanctions, assemble exhibits and submit to court for docketing | L210 | .70 hrs |
| 10/23/12 | JLJ | Prepare amended motion for sanctions | L250 | .10 hrs |
| 10/30/12 | JLJ | Draft request for a hearing on motion for sanctions | L250 | .50 hrs |

TOTAL FEES FOR THIS MATTER

$823.60

## EXPENSES

10/31/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012

16.90

TOTAL COSTS FOR THIS MATTER

$16.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301207

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
| Alecia H. Cockrell | 1.20 hrs | 145.00 /hr | 174.00 |
| Jamie Mathews | .90 hrs | 145.00 /hr | 130.50 |
| Jessica L. Jones | 2.10 hrs | 193.00 /hr | 405.30 |

| | | |
|---|---|---|
| TOTAL FEES | 4.50 hrs | $823.60 |
| TOTAL EXPENSES | | $16.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $840.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301207

INVOICE #  821252

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301207
     Salzgeber, Robert L & Susan G.
     Loan No. 0601509927; Ally No. 731077
     TC # 731077

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | JLJ | Review correspondence and file and draft case status report to client | L190 | .20 hrs |
| 11/14/12 | JAM | Access online Access online docket and review for recent case activity and review recent court activity | L190 | .30 hrs |
| 11/16/12 | JLJ | Analyze motion for sanctions and request for a hearing | L250 | .10 hrs |
| 11/19/12 | JAM | Review Show Cause Order regarding MERS' Motion for Attorney Fees and Sanctions | L210 | .50 hrs |
| 11/27/12 | JLJ | Analyze amended motion for sanctions and clarification for the court | L250 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $231.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .80 hrs | 145.00 /hr | 116.00 |
| Jessica L. Jones | .60 hrs | 193.00 /hr | 115.80 |

TOTAL FEES                1.40 hrs              $231.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0808-301207

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $231.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301207

INVOICE #   830144

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301207
     Salzgeber, Robert L & Susan G.
     Loan No. 0601509927; Ally No. 731077
     TC # 731077

PROFESSIONAL SERVICES

| 12/06/12 | JLJ | Strategize regarding failure to response to order to show cause | L250 | .20 hrs |
| 12/06/12 | AHC | Review docket to determine status of plaintiff's response to Order to show cause and forward same to attorney for review | L110 | .20 hrs |
| 12/07/12 | HTC | Draft email to attorney general's office regarding E. Cherry | L120 | .10 hrs |
| 12/12/12 | JLJ | Review order regarding sanctions and correspondence with client regarding the same | L250 | .20 hrs |
| 12/12/12 | JAM | Review Order granting Motion for Sanctions | L210 | .20 hrs |
| 12/17/12 | JLJ | Review and strategize regarding status of pending motion for sanctions | L430 | .20 hrs |

TOTAL FEES FOR THIS MATTER          $205.30



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301207

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Jamie Mathews | .20 hrs | 145.00 /hr | 29.00 |
| Jessica L. Jones | .60 hrs | 193.00 /hr | 115.80 |

TOTAL FEES                    1.10 hrs                              $205.30

**TOTAL CHARGES FOR THIS INVOICE**                              $205.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301208

INVOICE #  813678

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301208
     Lane, Lia & Russell
     Loan No. 0307726299; Ally No. 731179
     TC # 731179

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 09/04/12 | NSR | Respond to client e-mail regarding status of matter | L120 | .10 hrs |
| 09/11/12 | NSR | Respond to client e-mail regarding analysis of affirmative defenses | L120 | .10 hrs |
| 09/11/12 | KK | Email and telephone call with court runner and Hillsborough County regarding status of amended complaint | L110 | .20 hrs |
| 09/19/12 | KK | Email foreclosure counsel regarding status of file-stamped amended complaint, the last piece necessary to complete our review | L110 | .30 hrs |
| 09/21/12 | KK | Review amended complaint and supplement analysis | L110 | .40 hrs |
| 09/27/12 | NSR | Analyze nine affirmative defenses asserted by borrowers in response to foreclosure Complaint | L120 | 2.80 hrs |
| 09/27/12 | NSR | Analyze loan history and procedural posture of foreclosure action | L120 | .60 hrs |
| 09/28/12 | CWH | Revise summary memo to client on merits of foreclosure and the borrower's affirmative defenses to same | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301208

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                      $1,204.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Nader Raja | 3.60 hrs | 280.00 /hr | 1,008.00 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |
| Kerry Keane | .20 hrs | 91.00 /hr | 18.20 |

TOTAL FEES             4.70 hrs                  $1,204.20

TOTAL CHARGES FOR THIS INVOICE                   $1,204.20

***** TOTAL DUE UPON RECEIPT *****

### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301208

INVOICE #  817909

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301208
     Lane, Lia & Russell
     Loan No. 0307726299; Ally No. 731179
     TC # 731179

EXPENSES

10/26/12 Court Costs - Pleadings - WEST GROUP COURT
         EXPRESS DOCUMENTS                                           228.14
         Bank ID: GENR Check Number: 101256

              TOTAL COSTS FOR THIS MATTER
                                                                 $228.14


TOTAL FEES
                        0.00 hrs
                                                             $.00
TOTAL EXPENSES
                                                          $228.14
**TOTAL CHARGES FOR THIS INVOICE**
                                                          $228.14

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301209

INVOICE #  818512

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301209
     Lombardi, Lauren
     Loan No. 0425248887; Ally No. 731278
     TC # 731278

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 10/03/12 | KK | Review copy of original note from foreclosure counsel and supplement and update review and chronology of events | L110 | .40 hrs |
| 10/03/12 | JJE | Revise analysis and review of foreclosure file focusing on affirmative defenses 1 through 5 | C300 | 3.40 hrs |
| 10/04/12 | KK | Emails with client regarding status of loan modification attempts by borrower in matter, update review and analysis and supplement timeline to include dates of review for modification | L110 | .30 hrs |
| 10/05/12 | KK | Review breach letters and correspondence sent to borrower in relation to the date the complaint was filed in matter and update review and analysis | L110 | .30 hrs |
| 10/05/12 | JJE | Revise analysis and review of foreclosure file and affirmative defenses, focusing on defenses 6 through 13 | C300 | 5.50 hrs |
| 10/08/12 | CWH | Revise analysis memo before submission to client | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

OR0808-301209

FED ID NO. 63-0243316

| 10/09/12 | KK | Finalize review and analysis and email client regarding recommendation going forward with file | L110 | .20 hrs |
| 10/09/12 | JJE | Finalize analysis and review incorporating edits based on discovered documents which contravene affirmative defense | C300 | .60 hrs |

TOTAL FEES FOR THIS MATTER

$2,227.50

| 10/03/12 | Copy Charges | |
| 10/05/12 | Copy Charges | 0.00 |
| 10/05/12 | Copy Charges | 0.00 |
| 10/09/12 | Copy Charges | 0.00 |
| 10/09/12 | Copy Charges | 0.00 |
| 10/05/12 | Computerized Legal Research-Westlaw Westlaw | 0.00 |
| | User: EASON,JO | 0.00 |

BILLING SUMMARY

| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Joycelyn J. Eason | 9.50 hrs | 197.00 /hr | 1,871.50 |
| Kerry Keane | 1.40 hrs | 160.00 /hr | 224.00 |

TOTAL FEES

11.30 hrs                    $2,227.50

**TOTAL CHARGES FOR THIS INVOICE**

$2,227.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301210

INVOICE #  813679

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301210
     Savvidis, Eva
     Loan No. 0307716421; Ally No. 731308
     TC # 731308

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 09/12/12 | DCL | Prepare for trial readiness call with client | L120 | .50 hrs |
| 09/13/12 | DCL | Analyze correspondence from client regarding case status | L120 | .20 hrs |
| 09/17/12 | DCL | Prepare expert disclosure | L120 | .20 hrs |
| 09/17/12 | DCL | Prepare GMACM trial preparation memo | L120 | .70 hrs |
| 09/18/12 | DCL | Research Connecticut case law regarding standing to pursue foreclosure | L120 | .80 hrs |
| 09/18/12 | DCL | Telephone conference with opposing counsel regarding case strategy | L120 | .50 hrs |
| 09/18/12 | JAM | Telephone calls and emails with K.Fousek's office regarding September 20th hearing | L230 | .30 hrs |
| 09/18/12 | JAM | Draft correspondence to K.Fousek confirming cancelation of hearing | L230 | .20 hrs |
| 09/24/12 | AHC | Draft litigation summary for attorney review | L190 | .80 hrs |
| 09/24/12 | DCL | Prepare Joint Trial Management Report | L120 | .70 hrs |
| 09/25/12 | DCL | Prepare trial strategy memorandum | L120 | 1.10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301210

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 09/26/12 | DCL | Telephone conference with Borrowers' counsel regarding Borrowers' withdrawal of defenses | L120 | .50 hrs |
| 09/26/12 | DCL | Prepare for the depositions of the Borrowers | L120 | 1.10 hrs |
| 09/26/12 | DCL | Prepare Initial Disclosures | L120 | .50 hrs |
| 09/27/12 | RBB | Document production for witness binders for deposition | L140 | 1.60 hrs |
| 09/27/12 | DCL | Telephone conference with Borrowers' counsel regarding withdrawing Borrowers' special defenses | L120 | .50 hrs |
| 09/27/12 | DCL | Prepare for depositions of the Borrowers | L330 | 1.20 hrs |
| 09/28/12 | DCL | Attend the depositions of the Borrowers | L330 | 3.00 hrs |

TOTAL FEES FOR THIS MATTER                    $4,750.90

EXPENSES

09/18/12 Ready Conference DLUMSDEN 09/17/2012                    1.44

TOTAL COSTS FOR THIS MATTER                    $1.44

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 11.50 hrs | 376.00 /hr | 4,324.00 |
| Alecia H. Cockrell | .80 hrs | 145.00 /hr | 116.00 |
| Jamie Mathews | .50 hrs | 145.00 /hr | 72.50 |
| Robert B. Benson | 1.60 hrs | 149.00 /hr | 238.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301210

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 14.40 hrs | $4,750.90 |
| TOTAL EXPENSES | | $1.44 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $4,752.34 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301210

INVOICE #  818513

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301210
     Savvidis, Eva
     Loan No. 0307716421; Ally No. 731308
     TC # 731308

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | DCL | Analyze Defendants' pleadings withdrawing special defenses | L190 | .50 hrs |
| 10/01/12 | RBB | Analysis of P.Knapp deposition transcript and exhibits | L140 | 1.20 hrs |
| 10/01/12 | RBB | Review case documents received to date for copy of P.Knapp deposition transcript | L140 | .30 hrs |
| 10/02/12 | RBB | Review case with D.Lumsden to determine what pleadings and/or documents he will need for case management conference on 10/4/2012 and trial on 10/24/2012 | L140 | .20 hrs |
| 10/02/12 | DCL | Attend trial preparation conference call with Natasha Campbell, Carol Bondello, et al. | L440 | .80 hrs |
| 10/02/12 | DCL | Analyze Connecticut cases submitted by foreclosure counsel | L120 | .80 hrs |
| 10/03/12 | DCL | Prepare draft stipulation of facts | L120 | 1.10 hrs |
| 10/09/12 | DCL | Analyze deposition of P. Knapp and Andree Savvidis | L120 | .80 hrs |
| 10/09/12 | DCL | Prepare for conference call with C. Borello, et al. regarding trial preparation for October 24 | L120 | 1.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

OR0808-301210

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/09/12 | DCL | Attend conference call with C. Bonello, J. Knickerbocker, et al. regarding Savvidis trial | L120 | .70 hrs |
| 10/10/12 | DCL | Conference with local counsel regarding trial preparation | L120 | .60 hrs |
| 10/16/12 | DCL | Review trial notices | L120 | .20 hrs |
| 10/16/12 | DCL | Analyze Connecticut case law regarding standing issues | L120 | .30 hrs |
| 10/17/12 | JAM | Final revisions to correspondence to B.Arnold enclosing draft Motion to Dismiss and proposed order | L210 | .50 hrs |
| 10/19/12 | DCL | Review pleadings file | L120 | .50 hrs |
| 10/19/12 | DCL | Telephone conference with Connecticut local counsel regarding trial strategy | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $3,221.00

| | | |
|---|---|---|
| 10/01/12 | Copy Charges | |
| 10/01/12 | Copy Charges | 0.00 |
| 10/01/12 | Copy Charges | 0.00 |
| 10/01/12 | Copy Charges | 0.00 |
| 10/01/12 | Copy Charges | 0.00 |
| 10/01/12 | Copy Charges | 0.00 |
| 10/01/12 | Copy Charges | 0.00 |
| 10/03/12 | Copy Charges | 0.00 |
| 10/03/12 | Copy Charges | 0.00 |
| 10/15/12 | Copy Charges | 0.00 |
| 10/24/12 | Copy Charges | 0.00 |
| 10/25/12 | Copy Charges | 0.00 |
| | | 0.00 |

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301210

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 7.70 hrs | 376.00 /hr | 2,895.20 |
| Jamie Mathews | .50 hrs | 145.00 /hr | 72.50 |
| Robert B. Benson | 1.70 hrs | 149.00 /hr | 253.30 |

TOTAL FEES

9.90 hrs

TOTAL CHARGES FOR THIS INVOICE                    $3,221.00

$3,221.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301210

INVOICE #  821253

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301210
     Savvidis, Eva
     Loan No. 0307716421; Ally No. 731308
     TC # 731308

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/12 | DCL | Prepare Motion for Payment of Rents | L120 | .20 hrs |
| 11/12/12 | MPE | Research docket to determine current status and review recent filings for relevant deadlines. | L110 | .40 hrs |
| 11/12/12 | DCL | Conference calls with local counsel regarding trial preparation | L120 | .30 hrs |
| 11/13/12 | JAM | Telephone conferences with Judge Levens' JA regarding hearing on K.Fousek's Motion to Withdraw as Counsel for Plaintiff | L230 | .20 hrs |
| 11/15/12 | DCL | Prepare Stipulation of Facts for trial | L320 | .70 hrs |
| 11/16/12 | DCL | Telephone conference with local counsel regarding preparation for hearing regarding regarding appointment of Receiver motion and case strategy | L120 | .50 hrs |
| 11/26/12 | DCL | Analyze deposition transcripts for fact stipulation | L120 | 1.20 hrs |
| 11/27/12 | DCL | Prepare Stipulation of Facts in preparation for trial | L120 | .70 hrs |
| 11/29/12 | DCL | Negotiate trial stipulation and edit statements | L120 | 1.30 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
NOVEMBER 30, 2012

OR0808-301210

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                          $1,931.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 4.90 hrs | 376.00 /hr | 1,842.40 |
| Jamie Mathews | .20 hrs | 145.00 /hr | 29.00 |
| Melisa P. Palmer | .40 hrs | 149.00 /hr | 59.60 |

TOTAL FEES                5.50 hrs                     $1,931.00

**TOTAL CHARGES FOR THIS INVOICE**              **$1,931.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301210

INVOICE #  830146

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301210
     Savvidis, Eva
     Loan No. 0307716421; Ally No. 731308
     TC # 731308

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/30/12 | DCL | Negotiate trial stipulation and edit statements | L120 | 1.30 hrs |
| 12/06/12 | DCL | Telephone conference with local counsel regarding trial strategy | L120 | .40 hrs |
| 12/06/12 | DCL | Draft and revise pretrial memorandum for submission to Judge Tierney | L120 | 2.10 hrs |
| 12/06/12 | DCL | Negotiate settlement with Borrower's counsel | L120 | .20 hrs |
| 12/07/12 | DCL | Prepare direct examination outline for Peter Knapp | L120 | 1.10 hrs |
| 12/07/12 | DCL | Revise pre-trial memorandum | L120 | .80 hrs |
| 12/07/12 | DCL | Analyze deposition testimony and prepare designation of deposition testimony for trial | L120 | 1.30 hrs |
| 12/07/12 | DCL | Telephone conference with Plaintiff's counsel regarding settlement of case and continuation of trial | L120 | .20 hrs |
| 12/07/12 | DCL | Prepare report on settlement to Natasha Campbell | L120 | .20 hrs |
| 12/10/12 | DCL | Negotiate settlement | L120 | .40 hrs |



# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301210

FED ID NO. 63-0243316

| 12/11/12 | DCL | Negotiate and draft Memorandum of Settlement | L120 | .30 hrs |
|---|---|---|---|---|
| 12/12/12 | DCL | Telephone conference with local counsel regarding status of Stipulation of Settlement | L120 | .20 hrs |
| 12/13/12 | DCL | Exchange correspondence with Connecticut local counsel regarding changes to stipulated Judgment of Foreclosure | L120 | .40 hrs |
| 12/13/12 | DCL | Analyze stipulated Judgment of Foreclosure and make revisions | L120 | .50 hrs |
| 12/14/12 | DCL | Exchange correspondence with Borrowers' counsel regarding status of stipulated foreclosure judgment | L120 | .20 hrs |
| 12/14/12 | DCL | Telephone conference with local counsel regarding format of settlement and notification to trial court | L120 | .40 hrs |
| 12/17/12 | DCL | Draft revise and negotiate stipulated foreclosure judgment | L120 | 1.10 hrs |
| 12/19/12 | DCL | Negotiate Stipulation of Dismissal | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                     $4,286.40

BILLING SUMMARY

| Dana C. Lumsden | 11.40 hrs | 376.00 /hr | 4,286.40 |
|---|---|---|---|
| TOTAL FEES | 11.40 hrs | | $4,286.40 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301210

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                          $4,286.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301211

INVOICE #  813680

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301211
     Kim, Hee Ok & Kim, Chong E.
     Loan No. 0602070534; Ally No. 731035
     TC # 731035

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/17/12 | KK | Research and review docket, email foreclosure counsel regarding status of defendant's amended answer, and email client regarding status of file | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                           $48.00

## BILLING SUMMARY

Kerry Keane                 .30 hrs    160.00 /hr        48.00

TOTAL FEES                  0.30 hrs                     $48.00

**TOTAL CHARGES FOR THIS INVOICE**                     $48.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301211

INVOICE #  818514

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301211
     Kim, Hee Ok & Kim, Chong E.
     Loan No. 0602070534; Ally No. 731035
     TC # 731035

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|----|----|----|----|
| 10/15/12 | KK | Emails with foreclosure counsel regarding status of case and upcoming hearing and emails with client regarding status of case and direction going forward | L110 | .30 hrs |
| 10/17/12 | JAM | Revise correspondence to Judge McCarthy forwarding proposed order and submit same to court | L210 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                $120.50

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Jamie Mathews | .50 hrs | 145.00 /hr | 72.50 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES              0.80 hrs                    $120.50

**TOTAL CHARGES FOR THIS INVOICE**                 $120.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301212

INVOICE #  813681

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301212
     WARD, Shenette
     Loan No. 7435043591; Ally No. 731317
     TC # 731317

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/09/12 | NSR | Revise memorandum regarding analysis of affirmative defenses | L120 | .30 hrs |
| 09/10/12 | NSR | Exchange e-mails with client regarding loan history | L120 | .10 hrs |
| 09/11/12 | NSR | Analyze pooling and servicing agreement | L120 | .20 hrs |
| 09/21/12 | CWH | Final revision of analysis memo before sending to client | L110 | .10 hrs |
| 09/21/12 | KK | Review analysis and email client regarding recommendation with file going forward | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $233.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Nader Raja | .60 hrs | 280.00 /hr | 168.00 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES            0.90 hrs                $233.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
OCTOBER 30, 2012

0R0808-301212

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                                  $233.00

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301213

INVOICE #  818515

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301213
     Lopez, Noa
     Loan No. 7442511358; Ally No. 721971
     TC # 721971

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|-----|-------------|------|----------|
| 10/01/12 | KK | Email with client regarding current investor on loan, and supplement draft review with chronology of events | L110 | 1.10 hrs |
| 10/16/12 | KK | Review supplemental loan documents and update review and analysis and chronology of events | L110 | .30 hrs |
| 10/30/12 | KK | Research and review docket; continue draft of analysis, focusing on merits of affirmative defenses to formulate a recommendation going forward | L110 | .80 hrs |

TOTAL FEES FOR THIS MATTER                          $352.00

BILLING SUMMARY

| | | | | |
|--|--|--|--|--|
| Kerry Keane | 2.20 hrs | 160.00 /hr | 352.00 |

TOTAL FEES            2.20 hrs            $352.00

**TOTAL CHARGES FOR THIS INVOICE**            **$352.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301213

INVOICE #  821254

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301213
     Lopez, Noa
     Loan No. 7442511358; Ally No. 721971
     TC # 721971

PROFESSIONAL SERVICES

11/21/12   JJE   Initial analysis of foreclosure file to        C300      1.20 hrs
                 identify possible issues and likelihood
                 of success of various affirmative
                 defenses

                 TOTAL FEES FOR THIS MATTER                              $236.40

BILLING SUMMARY

     Joycelyn J. Eason        1.20 hrs    197.00 /hr         236.40

TOTAL FEES                    1.20 hrs                       $236.40

**TOTAL CHARGES FOR THIS INVOICE**                          $236.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301213

INVOICE #  830148

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301213
     Lopez, Noa
     Loan No. 7442511358; Ally No. 721971
     TC # 721971

PROFESSIONAL SERVICES

| 12/03/12 | KK | Research and review docket and official, recorded documents to supplement timeline and continue review of affirmative defenses | L110 | .30 hrs |
| 12/11/12 | MCG | Review and revise litigation analysis | C300 | .30 hrs |
| 12/11/12 | KK | Review, revise, and finalize analysis | L110 | .40 hrs |
| 12/11/12 | KK | Emails with foreclosure counsel regarding outstanding pleadings | L110 | .20 hrs |
| 12/11/12 | JJE | Draft and revise analysis and review of foreclosure file and email same with recommendations to client | C300 | 3.10 hrs |

TOTAL FEES FOR THIS MATTER                       $851.60

BILLING SUMMARY

| Michael C. Griffin | .30 hrs | 323.00 /hr | 96.90 |
| Joycelyn J. Eason | 3.10 hrs | 197.00 /hr | 610.70 |
| Kerry Keane | .90 hrs | 160.00 /hr | 144.00 |

TOTAL FEES              4.30 hrs              $851.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0808-301213

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $851.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           OCTOBER 30, 2012
1100 Virginia Drive                                             0R0808-301214
Fort Washington, PA 19034

                                                               INVOICE #  813682

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:   0R0808-301214
          Garcia, Chrystian
          Loan No. 7471276063; Ally No. 731388
          TC # 731388

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/04/12 | NSR | Analyze fact package regarding loan history | L120 | .80 hrs |
| 09/05/12 | NSR | Analyze fifteen affirmative defenses asserted by borrower in response to foreclosure complaint | L120 | 2.30 hrs |
| 09/06/12 | NSR | Respond to client e-mail with attached letter regarding loan modification | L160 | .10 hrs |
| 09/06/12 | NSR | Telephone conference with C.Sirpa, counsel for the borrower, regarding loan modification status | L160 | .10 hrs |
| 09/11/12 | NSR | Revise memorandum regarding analysis of affirmative defenses and strategy recommendation | L120 | .20 hrs |
| 09/11/12 | NSR | Exchange e-mails with client regarding loan modification status | L120 | .10 hrs |
| 09/13/12 | NSR | Review e-mails from client regarding status of loan modification request | L120 | .10 hrs |
| 09/14/12 | NSR | Review voice mail from counsel for borrower, regarding status of loan modification request | L120 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301214

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/12 | NSR | Review e-mail from client with attached loan modification denial letter | L120 | .10 hrs |
| 09/21/12 | KK | Review analysis and email client regarding recommendation with file going forward | L110 | .30 hrs |
| 09/21/12 | CWH | Revise advisory memo for client | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,239.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Nader Raja | 3.90 hrs | 280.00 /hr | 1,092.00 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES            4.50 hrs                    $1,239.00

**TOTAL CHARGES FOR THIS INVOICE**            $1,239.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301215

INVOICE #  813683

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301215
Beachy, Stephen
Ally No. 731472
TC # 731472

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | JJE | Prepare for appeal and develop strategy regarding possible extension of time to respond to initial brief | L510 | .30 hrs |
| 09/05/12 | JJE | Conducted initial review and analysis of Beachy's initial brief to identify possible arguments | L510 | 1.70 hrs |
| 09/05/12 | JJE | Calls to appellant to request thirty day extension of time to file initial brief in response | L510 | .20 hrs |
| 09/05/12 | AHC | Telephone conference with clerk of court regarding status of record on appeal | L110 | .20 hrs |
| 09/05/12 | AHC | Draft Motion for Extension of Time for attorney review | L510 | .40 hrs |
| 09/05/12 | AHC | Review docket and draft status report for attorney review | L190 | .20 hrs |
| 09/05/12 | AHC | Correspondence to S.Beachy regarding Designation of Email Addresses | L510 | .20 hrs |
| 09/05/12 | AHC | Draft Motion for Extension of Time for attorney review | L510 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301215

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/07/12 | AHC | Final review and revision of Motion for Extension of Time and correspondence to borrower regarding same | L510 | .40 hrs |
| 09/11/12 | AHC | Review docket regarding status of Motion for Extension of Time | L510 | .20 hrs |
| 09/11/12 | JJE | Review and analyze key arguments contained in appellate brief and provided update to client regarding strategy for response brief | L510 | 3.20 hrs |
| 09/13/12 | JJE | Research of case law in support of appellate response brief and review of cases as cited by appellant | L510 | 3.40 hrs |
| 09/13/12 | AHC | Review docket regarding status order granting Motion for Extension | L510 | .20 hrs |
| 09/17/12 | JJE | Revise initial response brief -- focusing on outlining arguments in response to issues raised regarding claims of fraud | L510 | 3.10 hrs |
| 09/20/12 | JJE | Research Florida law regarding standard of review for Rule 1.540 motions and cases cited by borrower in support of arguments regarding same | L510 | 2.60 hrs |
| 09/24/12 | AHC | Review pleadings in preparation for case analysis and briefing | L110 | 2.10 hrs |
| 09/24/12 | CWH | Analyze issues raised on appeal by borrower | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301215

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/24/12 | JJE | Revise initial brief focusing on standard of review and developing timeline for procedural posture | L510 | 7.90 hrs |
| 09/25/12 | JJE | Research of Florida appellate case law regarding standard of review for appeal of an order denying rule 1.540 motion for relief | L510 | 4.70 hrs |
| 09/26/12 | JJE | Revise initial appellate brief incorporating research regarding appeal of order denying motion for relief in conjunction with doctrine of res judicata | L510 | 9.40 hrs |
| 09/26/12 | RLB | Analyze issues raised in borrower's appeal brief | L520 | 2.00 hrs |
| 09/26/12 | MJA | Research on abuse of discretion standard issue for brief | L520 | .40 hrs |
| 09/26/12 | AHC | Review and analysis of documents/pleadings received on cd and draft timeline for attorney review | L190 | 6.10 hrs |
| 09/27/12 | AHC | Revise Brief of Appellee regarding dates of motion filings and forward to attorney for review | L520 | .40 hrs |
| 09/27/12 | RLB | Continued review and analysis of appellate arguments | L520 | 1.00 hrs |
| 09/27/12 | JJE | Revise brief in conjunction with review of client documents and appellant appendix including transcript of hearing denying motion to vacate judgment as void in support of arguments for inclusion in initial appellate response brief | L510 | 7.40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
OCTOBER 30, 2012

OR0808-301215

FED ID NO. 63-0243316

---

TOTAL FEES FOR THIS MATTER                    $11,263.10

| | | |
|---|---|---|
| 09/04/12 Copy Charges | | 0.00 |
| 09/11/12 Copy Charges | | 0.00 |
| 09/24/12 Copy Charges | | 0.00 |
| 09/24/12 Copy Charges | | 0.00 |
| 09/24/12 Copy Charges | | 0.00 |
| 09/24/12 Copy Charges | | 0.00 |
| 09/26/12 Copy Charges | | 0.00 |
| 09/26/12 Copy Charges | | 0.00 |
| 09/27/12 Copy Charges | | 0.00 |
| 09/27/12 Copy Charges | | 0.00 |
| 09/07/12 Express Mail/Fedex | | 0.00 |
| 09/20/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |
| 09/24/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |
| 09/26/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |
| 09/27/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .40 hrs | 297.00 /hr | 118.80 |
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Alecia H. Cockrell | 10.80 hrs | 145.00 /hr | 1,566.00 |
| Rashad L. Blossom | 3.00 hrs | 266.00 /hr | 798.00 |
| Joycelyn J. Eason | 43.90 hrs | 197.00 /hr | 8,648.30 |

TOTAL FEES          58.50 hrs                  $11,263.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
OCTOBER 30, 2012

0R0808-301215

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $11,263.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    NOVEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301215
Fort Washington, PA 19034

                                                         INVOICE #  818516

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301215
         Beachy, Stephen
         Ally No. 731472
         TC # 731472


PROFESSIONAL SERVICES

10/01/12  MJA  Revisions to draft appeal brief           L520     .70 hrs

10/01/12  JJE  Revise initial response brief focusing    L510    4.40 hrs
               on incorporating references to documents
               contained in the record

10/02/12  JJE  Revise response brief, incorporating      L510    6.80 hrs
               cites to the record and additional
               factual information in support of
               arguments and in preparation for filing

10/02/12  AHC  Revise Brief of Appellee                  L520    2.90 hrs

10/02/12  RLB  Revise appellate brief                    L520    1.70 hrs

10/02/12  MJA  Continued revisions to appellee brief     L520    1.00 hrs

10/04/12  MJA  Revise appellee brief with Florida        L520    1.20 hrs
               appellate court

10/04/12  AHC  Final review and revision of Brief of     L520     .50 hrs
               Appellee and correspondence to opposing
               counsel regarding same


          TOTAL FEES FOR THIS MATTER                     $4,012.90



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301215

FED ID NO. 63-0243316

| | |
|---|---|
| 10/01/12 Copy Charges | 0.00 |
| 10/01/12 Copy Charges | 0.00 |
| 10/02/12 Copy Charges | 0.00 |
| 10/02/12 Copy Charges | 0.00 |
| 10/02/12 Copy Charges | 0.00 |
| 10/02/12 Copy Charges | 0.00 |
| 10/02/12 Copy Charges | 0.00 |
| 10/02/12 Copy Charges | 0.00 |
| 10/04/12 Copy Charges | 0.00 |
| 10/04/12 Copy Charges | 0.00 |
| 10/04/12 Copy Charges | 0.00 |
| 10/04/12 Copy Charges | 0.00 |
| 10/04/12 Copy Charges | 0.00 |
| 10/04/12 Copy Charges | 0.00 |
| 10/04/12 Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 2.90 hrs | 297.00 /hr | 861.30 |
| Alecia H. Cockrell | 3.40 hrs | 145.00 /hr | 493.00 |
| Rashad L. Blossom | 1.70 hrs | 266.00 /hr | 452.20 |
| Joycelyn J. Eason | 11.20 hrs | 197.00 /hr | 2,206.40 |

TOTAL FEES          19.20 hrs                    $4,012.90

**TOTAL CHARGES FOR THIS INVOICE**               $4,012.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301215

INVOICE #  820890

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301215
     Beachy, Stephen
     Ally No. 731472
     TC # 731472

| | |
|---|---|
| 11/27/12 Copy Charges | 0.00 |
| 11/27/12 Copy Charges | 0.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $.00 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301215

INVOICE #  821255

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0808-301215
      Beachy, Stephen
      Ally No. 731472
      TC # 731472

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 11/27/12 | AHC | Initial review of Reply Brief of Appellant including comparison of allegations regarding number of motions filed and orders for each | L510 | 1.50 hrs |
| 11/27/12 | JJE | Email with client regarding status of the appeal and discussing recent filing by appellant | L510 | .30 hrs |
| 11/27/12 | JJE | Analysis of appellee's reply brief to determine if a response is needed and to analyze rebuttal arguments as put forward by appellee | L510 | 1.40 hrs |
| 11/28/12 | JJE | Emails with client regarding appellee's brief | L510 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                  $615.60

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alecia H. Cockrell | 1.80 hrs | 145.00 /hr | 261.00 |
| Joycelyn J. Eason | 1.80 hrs | 197.00 /hr | 354.60 |

TOTAL FEES                    3.60 hrs                    $615.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301215

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $615.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301215

INVOICE #  830151

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301215
     Beachy, Stephen
     Ally No. 731472
     TC # 731472

PROFESSIONAL SERVICES

12/01/12   AHC   Review docket and draft status report        L190      .30 hrs
                 for attorney review and catalog
                 information on comprehensive tracking
                 chart


           TOTAL FEES FOR THIS MATTER                                  $43.50


BILLING SUMMARY

   Alecia H. Cockrell        .30 hrs   145.00 /hr        43.50


TOTAL FEES              0.30 hrs                   $43.50

**TOTAL CHARGES FOR THIS INVOICE**                $43.50


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301216

INVOICE #  813684

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301216
     Brown, Rodney & Melanie
     No. 731516
     TC # 731516

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/04/12 | JLJ | Review correspondence from G.Albright regarding removal and amount in controversy and respond to the same | L250 | .20 hrs |
| 09/04/12 | JLJ | Correspondence with B.Blake regarding MERS service | L210 | .10 hrs |
| 09/05/12 | JLJ | Correspondence with G.Albright regarding notice of removal | L250 | .20 hrs |
| 09/05/12 | HTC | Revise notice of removal | L210 | 2.40 hrs |
| 09/06/12 | JDV | Analysis of defendants' state of incorporation for purposes of diversity jurisdiction | L120 | .50 hrs |
| 09/06/12 | JDV | Analysis of the Local Rules for the Middle District of Florida in preparation of filing Notice of Removal | L120 | .40 hrs |
| 09/06/12 | JDV | Prepare Notice of Removal, Corporate Disclosure Statement, Certificate of Removal, and Civil Cover Sheet for service and filing | L210 | .60 hrs |
| 09/06/12 | RR | Analyze Rule 11 Sanctions potential | B110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301216

FED ID NO. 63-0243316

| 09/06/12 | JAM | Revise Notice of Removal, Certificate of Removal, Corporate Disclosure Statement and Civil Cover Sheet | L210 | 2.50 hrs |
|---|---|---|---|---|
| 09/06/12 | JAM | Final review of pleadings and prepare package for USDC MDFL, Orange County and opposing counsel | L210 | 2.10 hrs |
| 09/06/12 | JLJ | Revise notice of removal, notice of filing notice of removal, certificate of removal, and corporate disclosure statements and prepare exhibits for removal | L250 | 1.60 hrs |
| 09/06/12 | JLJ | Research regarding members of Fidelity Land Trust Company in preparation for drafting removal | L250 | .30 hrs |
| 09/06/12 | JLJ | Research regarding diversity jurisdiction of limited liability companies and time at which diversity must be established in preparation for removing | L430 | .40 hrs |
| 09/10/12 | JLJ | Review notice from court regarding admission to practice and research local rules regarding the same | L250 | .40 hrs |
| 09/11/12 | JDV | Review Order reassigning case to another district court judge | L210 | .10 hrs |
| 09/12/12 | JDV | Review Notice of Electronic Filing regarding case reassignment | L210 | .10 hrs |
| 09/12/12 | AHC | Review docket regarding status of Notice of Removal | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301216

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/13/12 | JLJ | Draft notice of bankruptcy | L250 | .40 hrs |
| 09/17/12 | JLJ | Review amended complaint, filings and docket and draft case summary and outline strategy | L190 | .40 hrs |
| 09/18/12 | JDV | Review Plaintiff's Notice of Voluntary Dismissal | L210 | .10 hrs |
| 09/18/12 | JLJ | Review notice of voluntary dismissal and strategize regarding the same | L240 | .20 hrs |
| 09/18/12 | HTC | Telephone conference with B.Blake and review materials provided by B.Blake in other Fidelity cases and analyze same | L120 | .40 hrs |
| 09/19/12 | JLJ | Strategize regarding dismissal notice | L240 | .10 hrs |
| 09/27/12 | HTC | Analyze issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | .50 hrs |
| 09/28/12 | JLJ | Continue drafting motion for sanctions and revise Rule 11 letter to H. Feinmel and prepare to file the same | L250 | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                                        $3,455.30

EXPENSES

| | | |
|---|---|---|
| 09/05/12 | Copy Charges | 0.00 |
| 09/10/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| | | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
OCTOBER 30, 2012

0R0808-301216

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/28/12 Copy Charges | | 0.00 |
| 09/29/12 Copy Charges | | 0.00 |
| 09/29/12 Copy Charges | | 0.00 |
| 09/06/12 Filing Fees - USDC, MIDDLE DISTRICT OF FLORIDA J MATHEWS REMOVAL FEE | | 350.00 |
| Bank ID: GENR Check Number: 98750 | | |
| 09/28/12 Court Costs - Pleadings - WEST GROUP JM COURT COSTS | | 271.50 |
| Bank ID: GENR Check Number: 99854 | | |
| 09/06/12 Express Mail/Fedex | | 0.00 |
| 09/06/12 Express Mail/Fedex | | 0.00 |
| 09/06/12 Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | | 0.00 |

TOTAL COSTS FOR THIS MATTER          $621.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 3.30 hrs | 315.00 /hr | 1,039.50 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Jamie Mathews | 4.60 hrs | 145.00 /hr | 667.00 |
| Jessica L. Jones | 5.80 hrs | 193.00 /hr | 1,119.40 |
| Jose D. Vega | 1.80 hrs | 219.00 /hr | 394.20 |
| Ryan Robichaux | .40 hrs | 215.00 /hr | 86.00 |

TOTAL FEES          16.10 hrs          $3,455.30

TOTAL EXPENSES          $621.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
OCTOBER 30, 2012

0R0808-301216

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $4,076.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
OR0808-301216

INVOICE #  818517

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  OR0808-301216
     Brown, Rodney & Melanie
     No. 731516
     TC # 731516

## PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 10/02/12 | HTC | Continue working on affidavit | L210 | .20 hrs |
| 10/05/12 | AHC | Organize bar complaints regarding H.Feinmel | L190 | .20 hrs |
| 10/15/12 | JLJ | Review order regarding dismissal of case | L240 | .10 hrs |
| 10/18/12 | JLJ | Prepare motion for rule 11 sanctions after expiration of safe-harbor time period | L250 | .20 hrs |
| 10/19/12 | JAM | Re-assemble and prepare exhibits to conform to USDC Middle District of Florida's procedures for e-filing | L210 | 1.40 hrs |
| 10/29/12 | JLJ | Begin drafting request for hearing on motion for sanctions | L250 | .40 hrs |
| 10/30/12 | JLJ | Draft request for a hearing on motion for sanctions | L250 | .50 hrs |
| 10/30/12 | AHC | Initial review of newly filed pleadings from PACER | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $632.40

10/01/12 Copy Charges
10/19/12 Copy Charges                                0.00
                                                     0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301216

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .20 hrs | 315.00 /hr | 63.00 |
| Alecia H. Cockrell | .50 hrs | 145.00 /hr | 72.50 |
| Jamie Mathews | 1.40 hrs | 145.00 /hr | 203.00 |
| Jessica L. Jones | 1.20 hrs | 193.00 /hr | 231.60 |

| | | |
|---|---|---|
| TOTAL FEES | 3.30 hrs | $632.40 |

| | |
|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | **$632.40** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301216

INVOICE #  821256

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301216
     Brown, Rodney & Melanie
     No. 731516
     TC # 731516

PROFESSIONAL SERVICES

| 11/01/12 | JLJ | Review correspondence and file and draft case status report | L190 | .20 hrs |
| 11/26/12 | JAM | Research case history | L190 | .40 hrs |
| 11/29/12 | AHC | Analysis of case regarding life of file | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $154.60

BILLING SUMMARY

| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jamie Mathews | .40 hrs | 145.00 /hr | 58.00 |
| Jessica L. Jones | .20 hrs | 193.00 /hr | 38.60 |

TOTAL FEES                    1.00 hrs                    $154.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$154.60**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301216

INVOICE #  830152

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301216
     Brown, Rodney & Melanie
     No. 731516
     TC # 731516

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | JLJ | Review correspondence from client regarding status update and review case file and respond to the same | L190 | .30 hrs |
| 12/04/12 | JLJ | Review report and recommendation regarding sanctions and review correspondence with client regarding the same | L250 | .40 hrs |
| 12/05/12 | JLJ | Strategize regarding objection to report and recommendation and deadline for the same | L250 | .20 hrs |
| 12/07/12 | JLJ | Plan and prepare for objection to magistrate's report and recommendation | L250 | .10 hrs |
| 12/07/12 | JLJ | Strategize regarding objection to report and recommendation of magistrate | L250 | .20 hrs |
| 12/07/12 | JLJ | Review brief of E.Cherry and court order regarding the same | L250 | .40 hrs |
| 12/10/12 | JLJ | Strategize regarding case status and objection to magistrate's recommendation | L250 | .20 hrs |
| 12/10/12 | JLJ | Review correspondence and report and recommendation and begin drafting objection to report and recommendation | L250 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301216

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/11/12 | JLJ | Review objection of E.Cherry and final judgment against MERS and research regarding the same | L250 | .60 hrs |
| 12/11/12 | JLJ | Review local rules and strategize regarding objection to report and recommendation | L250 | .30 hrs |
| 12/11/12 | JLJ | Continue drafting objection to report and recommendation | L250 | .50 hrs |
| 12/12/12 | JLJ | Review amicus brief of E.Cherry and strategize regarding the same | L250 | .20 hrs |
| 12/12/12 | JLJ | Strategize regarding final judgment and real party in interest and review florida rules regarding application of default judgment and motion to set aside the same | L250 | .60 hrs |
| 12/12/12 | JLJ | Continue drafting objection to report and recommendation of magistrate | L250 | .40 hrs |
| 12/12/12 | JLJ | Correspondence with client of MERS regarding final judgment and review response to the same | L250 | .30 hrs |
| 12/12/12 | JLJ | Plan and prepare to secure file of final judgment against MERS | C100 | .20 hrs |
| 12/12/12 | JLJ | Research regarding sanctions under 28 U.S.C. 1927 and applicability to filings in state court | L250 | .40 hrs |
| 12/12/12 | JLJ | Correspondence with client regarding recent objections to report and recommendations and response to the same | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 12/12/12 | JLJ | Review order striking E.Cherry's brief and strategize regarding the same | L430 | .20 hrs |
| 12/12/12 | AHC | Telephone conference with clerk of court regarding copies of file | L110 | .40 hrs |
| 12/12/12 | AHC | Correspondence to and from courier regarding cost of obtaining entire court file and prepare memo regarding same | L110 | .20 hrs |
| 12/12/12 | AHC | Prepare exhibits to Objection to the Report and Recommendation of Magistrate for attorney review | L250 | .40 hrs |
| 12/13/12 | JLJ | Review and strategize regarding opposition to report and recommendation of Magistrate and research regarding Rule 11 and Florida Statute 57.105 | L250 | .90 hrs |
| 12/13/12 | JLJ | Correspondence with client regarding pleadings in Fidelity v. MERS final judgment | L430 | .20 hrs |
| 12/13/12 | JLJ | Review Fidelity's objection to Report and Recommendation of Magistrate and strategize regarding the same | L250 | .30 hrs |
| 12/17/12 | JLJ | Strategize regarding securing case file for final judgment against MERS in preparation for responding to objection to magistrate's recommendation | L250 | .20 hrs |
| 12/18/12 | HTC | Review and revise FOIA request to Florida Attorney General | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
JANUARY 23, 2013

OR0808-301216

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/27/12 | HTC | Review and revise opposition to plaintiffÆs objection to magistrateÆs report and recommendation | L250 | 2.40 hrs |
| 12/27/12 | JLJ | Review Fidelity's objection to report and recommendation, research regarding Fla. Stat. 701.04 and right to inspect original note and draft response in opposition to the same and revise the same and review exhibits in preparation for filing | L250 | 4.30 hrs |
| 12/27/12 | JLJ | Review order adopting report and recommendation of magistrate, review local rules regarding requests for attorneys' fees and strategize regarding the same | L250 | .40 hrs |
| 12/27/12 | JLJ | Correspondence with client of MERS and GMAC regarding order and award of attorneys' fees | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $3,402.90

EXPENSES

12/18/12 Copy Charges - OUTSIDE SOURCES - BROWARD COUNTY
         CLERK OF COURTS ACOCKRELL                              67.00
         Bank ID: GENR Check Number: 103802

TOTAL COSTS FOR THIS MATTER                  $67.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
JANUARY 23, 2013

0R0808-301216

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 2.50 hrs | 315.00 /hr | 787.50 |
| Alecia H. Cockrell | 1.00 hrs | 145.00 /hr | 145.00 |
| Jessica L. Jones | 12.80 hrs | 193.00 /hr | 2,470.40 |

TOTAL FEES                    16.30 hrs                    $3,402.90

TOTAL EXPENSES                                            $67.00

**TOTAL CHARGES FOR THIS INVOICE**                       $3,469.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301217

INVOICE #  813685

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301217
     Hudson, Richard
     No. 731439
     TC # 731439

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/17/12 | KK | Review client documents and supplement analysis and chronology of events in case to establish loan history and develop recommendation going forward | L110 | 1.40 hrs |
| 09/19/12 | KK | Update analysis and chronology of events to determine best course of action going forward | L110 | 1.10 hrs |
| 09/20/12 | KK | Review supplemental pleadings and documents and edit review to reflect new information | L110 | .70 hrs |
| 09/20/12 | NSR | Analyze fact package regarding procedural history of foreclosure action and chronology of events | L120 | 1.30 hrs |
| 09/20/12 | NSR | Analyze seven of seventeen affirmative defenses asserted by borrower in foreclosure action | L120 | 2.10 hrs |
| 09/21/12 | NSR | Analyze affirmative defenses asserted by borrower | L120 | 2.20 hrs |
| 09/21/12 | NSR | Analyze responses to written discovery propounded by borrower | L310 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301217

FED ID NO. 63-0243316

| 09/21/12 | KK | Review analysis and email client regarding recommendation with file going forward | L110 | .20 hrs |
|---|---|---|---|---|
| 09/21/12 | CWH | Analyze analysis memo to client | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $2,328.00

| 09/21/12 Copy Charges | 0.00 |
|---|---|
| 09/24/12 Copy Charges | 0.00 |

BILLING SUMMARY

| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
|---|---|---|---|
| Nader Raja | 5.90 hrs | 280.00 /hr | 1,652.00 |
| Kerry Keane | 3.40 hrs | 160.00 /hr | 544.00 |

TOTAL FEES                    9.70 hrs            $2,328.00

**TOTAL CHARGES FOR THIS INVOICE**            **$2,328.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301217

INVOICE #  820891

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301217
     Hudson, Richard
     No. 731439
     TC # 731439
10/02/12 Copy Charges                                         0.00
10/02/12 Copy Charges                                         0.00
10/02/12 Copy Charges                                         0.00
10/02/12 Copy Charges                                         0.00
10/02/12 Copy Charges                                         0.00
10/02/12 Copy Charges                                         0.00
10/03/12 Copy Charges                                         0.00
10/04/12 Copy Charges                                         0.00
10/05/12 Copy Charges                                         0.00


TOTAL FEES                    0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301218

INVOICE #  813686

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301218
     Friedle, Justin
     No. 731473
     TC # 731473

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/03/12 | RR | Draft Notice of Removal | B110 | 2.00 hrs |
| 09/04/12 | RR | Review notice of dropping party | B110 | .30 hrs |
| 09/04/12 | RR | Email with client regarding case status | B110 | .30 hrs |
| 09/04/12 | RR | Draft Notice of Removal | B110 | 2.80 hrs |
| 09/04/12 | RR | Review case law on voluntary dismissal | B110 | .50 hrs |
| 09/04/12 | AHC | Review trial court docket regarding status of pleadings | L110 | .20 hrs |
| 09/04/12 | HTC | Review notice of dropping party and effect of such notice going forward | L120 | .10 hrs |
| 09/05/12 | HTC | Revise notice of removal | L120 | .10 hrs |
| 09/06/12 | RR | Analyze legal issue for Notice of Removal | B110 | .20 hrs |
| 09/11/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/12/12 | RR | Confirm deadline for removal and motion for fees | B110 | .30 hrs |
| 09/12/12 | JLJ | Plan and prepare for motion for fees and costs | L250 | .40 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301218

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/14/12 | RR | Work on notice of removal and response to counterclaim | B110 | .80 hrs |
| 09/14/12 | HTC | Analyze issue of whether to file an answer or a motion to dismiss for HFN | L120 | .50 hrs |
| 09/14/12 | HTC | Review notice of dismissal and case law regarding attorneys' fees | L210 | .20 hrs |
| 09/16/12 | RR | Draft Notice of Removal, Answer and Corporate Disclosures | B110 | 3.50 hrs |
| 09/17/12 | RR | Review Notice of Bankruptcy | B110 | .30 hrs |
| 09/17/12 | HTC | Telephone conference with Attorney General's office | L120 | .10 hrs |
| 09/17/12 | AHC | Review docket and search land records regarding recorded assignment of mortgage | L110 | .60 hrs |
| 09/17/12 | JLJ | Review amended complaint, filings and docket and draft case summary and outline strategy | L190 | .20 hrs |
| 09/18/12 | HTC | Revise notice of removal | L210 | .20 hrs |
| 09/18/12 | HTC | Telephone conference with B.Blake and review materials provided by B.Blake in other Fidelity cases and analyze same | L120 | .40 hrs |
| 09/18/12 | RR | Review Court docket for Notice of Dropping Party | B110 | .30 hrs |
| 09/18/12 | RR | Revise Notice of Removal | B110 | 1.50 hrs |
| 09/18/12 | RR | Revise answer | B110 | 1.50 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301218

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/19/12 | AHC | Draft Notice of Filing Notice of Removal and Certificate of Removal for attorney review | L250 | 1.00 hrs |
| 09/19/12 | HTC | Review materials provided by MERS regarding similar cases and E.Cherry | L120 | .20 hrs |
| 09/19/12 | JAM | Revise Notice of Removal | L210 | .70 hrs |
| 09/19/12 | JAM | Assemble exhibits to Notice of Removal and prepare for filing | L210 | 2.60 hrs |
| 09/19/12 | JAM | Revise Civil Cover Sheet for Notice of Removal and prepare for filing | L210 | .40 hrs |
| 09/19/12 | JAM | Revise Notice of Filing Notice of Removal | L210 | .50 hrs |
| 09/19/12 | JAM | Assemble exhibits to Notice of Filing Notice of Removal and prepare for filing | L210 | .70 hrs |
| 09/19/12 | RR | Edit Notice of Removal and Corporate Disclosures | B110 | 2.40 hrs |
| 09/19/12 | RR | Review local rules | B110 | .60 hrs |
| 09/20/12 | RR | Draft Notice of Bankruptcy | B110 | .50 hrs |
| 09/20/12 | RR | Draft Motion to Dismiss | B110 | .50 hrs |
| 09/21/12 | JAM | Final review of Corporate Disclosure Statement prior to submission to Court | L210 | .20 hrs |
| 09/21/12 | JAM | Final review of Notice of Bankruptcy prior to submission to court | L210 | .20 hrs |
| 09/21/12 | JAM | Final review of Certificate of Removal prior to submission to court | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

OR0808-301218

FED ID NO. 63-0243316

| 09/21/12 | RR | Analyze bankruptcy's affect on case | B110 | .40 hrs |
| 09/21/12 | RR | Edit Notice of Bankruptcy | B110 | .50 hrs |
| 09/24/12 | RR | E-mail with client regarding bankruptcy | B110 | .20 hrs |
| 09/24/12 | RR | Draft Motion to Dismiss | B110 | .40 hrs |
| 09/25/12 | RR | Draft Motion to Dismiss | B110 | 4.00 hrs |
| 09/25/12 | RR | Draft Rule 11 letter | B110 | 1.00 hrs |
| 09/25/12 | RR | Draft Rule 11 Motion | B110 | 1.00 hrs |
| 09/25/12 | AHC | Review state court and federal court dockets regarding status Notice of Dropping Party | L110 | .30 hrs |
| 09/25/12 | HTC | Revise motion to dismiss | L250 | .90 hrs |
| 09/26/12 | HTC | Revise edited version of motion to dismiss | L250 | .40 hrs |
| 09/26/12 | HTC | Assist with filing of motion to dismiss | L250 | .10 hrs |
| 09/26/12 | RR | Review Attorney General's Complaint against Fidelity | B110 | .90 hrs |
| 09/26/12 | RR | Edit Motion to Dismiss | B110 | 5.60 hrs |
| 09/26/12 | AHC | Prepare exhibits to Motion to Dismiss for attorney review | L240 | 1.50 hrs |
| 09/27/12 | HTC | Analyze issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
OCTOBER 30, 2012

0R0808-301218

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| 09/28/12 | RR | Draft rule 11 letter, motion for fees and amended motion for sanctions | B110 | 5.10 hrs |

TOTAL FEES FOR THIS MATTER                                    $11,681.90

### EXPENSES

| | | |
|---|---|---|
| 09/21/12 | Copy Charges | |
| 09/24/12 | Copy Charges | 0.00 |
| 09/24/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/26/12 | Copy Charges | 0.00 |
| 09/26/12 | Copy Charges | 0.00 |
| 09/26/12 | Copy Charges | 0.00 |
| 09/26/12 | Copy Charges | 0.00 |
| 09/27/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/28/12 | Copy Charges | 0.00 |
| 09/27/12 | Filing Fees - BUSINESS CARD S.D. OF FLORIDA 9/19/12 | 350.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/18/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD COURTS/USDC TX N PG 9/14/12 | 350.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/14/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
OCTOBER 30, 2012

0R0808-301218

FED ID NO. 63-0243316

| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/14/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/14/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/14/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/14/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/14/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/14/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    7
OCTOBER 30, 2012

0R0808-301218

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/13/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/11/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/5/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS OFFICE 9/1/12 | 5.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD TEXAS ONLINE E-FILING 8/20/12 | 12.06 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/27/12 | Filing Fees - BUSINESS CARD BRAZORIA CO DISTRICT 8/20/12 | 2.00 |
| | Bank ID: GENR Check Number: 99855 | |
| 09/28/12 | Court Costs - Pleadings - WEST GROUP JM COURT COSTS | 285.35 |
| | Bank ID: GENR Check Number: 99854 | |
| 09/24/12 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER            $1,109.41



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     8
OCTOBER 30, 2012

0R0808-301218

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 3.60 hrs | 315.00 /hr | 1,134.00 |
| Alecia H. Cockrell | 3.60 hrs | 145.00 /hr | 522.00 |
| Jamie Mathews | 5.80 hrs | 145.00 /hr | 841.00 |
| Jessica L. Jones | .60 hrs | 193.00 /hr | 115.80 |
| Ryan Robichaux | 37.40 hrs | 215.00 /hr | 8,041.00 |

TOTAL FEES            51.00 hrs                    $11,681.90

TOTAL EXPENSES                                     $1,109.41

**TOTAL CHARGES FOR THIS INVOICE**                 **$12,791.31**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301218
Fort Washington, PA 19034

                                                              INVOICE #  818518

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301218
         Friedle, Justin
         No. 731473
         TC # 731473

PROFESSIONAL SERVICES

| 09/24/12 | JAM | Review court notification regarding Notice of Filing Notice of Removal | L210 | .20 hrs |
|----------|-----|---|------|---------|
| 09/24/12 | JAM | Prepare package of Notice of Filing Notice of Removal and supporting exhibits for submission to Broward County | L210 | .40 hrs |
| 09/26/12 | JAM | Assemble exhibits for Motion for Sanctions | L210 | .20 hrs |
| 09/26/12 | JAM | Final revisions to Motion to Dismiss and final review and assembly of exhibits | L210 | 3.20 hrs |
| 09/27/12 | JAM | Review notification from court regarding Motion to Dismiss filing | L210 | .20 hrs |
| 09/27/12 | JAM | Review all federal court pleadings/file | L210 | .40 hrs |
| 09/28/12 | JAM | Assemble exhibits and final review of Rule 11 letter and Amended Motion for Sanctions and Fees | L210 | 2.10 hrs |
| 10/02/12 | RR | Update case status for client | B110 | .20 hrs |
| 10/02/12 | HTC | Continue working on affidavit | L210 | .10 hrs |
| 10/02/12 | JAM | Review court notification regarding plaintiff's error regarding Notice of Dismissal | L210 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | JAM | Review docket regarding issue with filing of Notice of Filing Notice of Removal | L210 | .20 hrs |
| 10/02/12 | JAM | Calculate plaintiff's response deadline for responding to Rule 11 letter and send to FSCalendar | L230 | .10 hrs |
| 10/03/12 | JAM | Review email correspondence regarding response to Rule 11 letter | L210 | .20 hrs |
| 10/03/12 | HTC | Review court's order dismissing case | L120 | .10 hrs |
| 10/03/12 | RR | Analyze hearing strategy for Motion to Dismiss | B110 | .20 hrs |
| 10/03/12 | RR | Review Plaintiff's notice of voluntary dismissal | B110 | .40 hrs |
| 10/03/12 | RR | Analyze voluntary dismissal's affect on Motion for sanctions | B110 | .40 hrs |
| 10/04/12 | JAM | Access online docket and review recent activity | L190 | .30 hrs |
| 10/05/12 | AHC | Review and organization of bar complaints regarding H.Feinmel | L190 | .20 hrs |
| 10/08/12 | JAM | Review letter from Miami-Dade County Clerk regarding docketing of Motion to Dismiss and telephone conference regarding same | L210 | .30 hrs |
| 10/11/12 | RR | Call to Court Clerk to discuss Motion for Sanctions | B110 | .20 hrs |
| 10/18/12 | JLJ | Prepare motion for sanctions | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301218

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/19/12 | JAM | Review Motion for Sanctions, confirm docketing of same, review Rule 11 letter, and conference with R.Robichaux regarding same | L210 | .40 hrs |
| 10/19/12 | JAM | Final review of Amended Motion for Fees and Sanctions prior to submission to Court | L250 | .40 hrs |
| 10/19/12 | RR | Edit Motion for Sanctions | B110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $1,779.10

<u>EXPENSES</u>

| | | |
|---|---|---|
| 10/30/12 | Filing Fees - BUSINESS CARD BROWARDS CLERKS 10-10-12<br>Bank ID: GENR Check Number: 101476 | 5.00 |
| 10/30/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS 10-5-12<br>Bank ID: GENR Check Number: 101476 | 5.00 |
| 10/30/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS 10-4-12<br>Bank ID: GENR Check Number: 101476 | 5.00 |
| 10/30/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS 9-29-12<br>Bank ID: GENR Check Number: 101476 | 5.00 |
| 10/30/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS 9-28-12<br>Bank ID: GENR Check Number: 101476 | 5.00 |
| 10/30/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS 9-27-12<br>Bank ID: GENR Check Number: 101476 | 5.00 |
| 10/30/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS 9-26-12<br>Bank ID: GENR Check Number: 101476 | 5.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0808-301218

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 10/30/12 Filing Fees - BUSINESS CARD BROWARD CLERKS 9-26-12 | | 5.00 |
| Bank ID: GENR Check Number: 101476 | | |
| 10/30/12 Filing Fees - BUSINESS CARD BROWARD CLERKS 9-26-12 | | 5.00 |
| Bank ID: GENR Check Number: 101476 | | |
| 10/30/12 Filing Fees - BUSINESS CARD BROWARD CLERKS 9-26-12 | | 5.00 |
| Bank ID: GENR Check Number: 101476 | | |
| 10/30/12 Filing Fees - BUSINESS CARD BROWARD CLERKS 9-26-12 | | 5.00 |
| Bank ID: GENR Check Number: 101476 | | |
| 10/30/12 Filing Fees - BUSINESS CARD BROWARD CLERKS 9-21-12 | | 5.00 |
| Bank ID: GENR Check Number: 101476 | | |
| 10/30/12 Filing Fees - BUSINESS CARD BROWARD CLERKS 9-20-12 | | 5.00 |
| Bank ID: GENR Check Number: 101476 | | |
| 10/31/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012 | | 14.40 |

TOTAL COSTS FOR THIS MATTER                    $79.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .20 hrs | 315.00 /hr | 63.00 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Jamie Mathews | 8.70 hrs | 145.00 /hr | 1,261.50 |
| Jessica L. Jones | .20 hrs | 193.00 /hr | 38.60 |
| Ryan Robichaux | 1.80 hrs | 215.00 /hr | 387.00 |

TOTAL FEES            11.10 hrs              $1,779.10

TOTAL EXPENSES                              $79.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       5
NOVEMBER 17, 2012

0R0808-301218

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,858.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301218

INVOICE #  820893

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

   Re:  0R0808-301218
       Friedle, Justin
       No. 731473
       TC # 731473

EXPENSES

11/23/12 Filing Fees - BANK OF AMERICA BROWARD COUNTY        5.00
      CLERK 11-13-12
      Bank ID: GENR Check Number: 102858

         TOTAL COSTS FOR THIS MATTER       $5.00

TOTAL FEES          0.00 hrs       $.00

TOTAL EXPENSES        $5.00

**TOTAL CHARGES FOR THIS INVOICE**       $5.00

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301218

INVOICE #  821257

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301218
Friedle, Justin
No. 731473
TC # 731473

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/04/12 | RR | Update case status | B110 | .20 hrs |
| 11/06/12 | RR | Work on motion to set hearing on Motion for Sanctions | B110 | .40 hrs |
| 11/14/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 11/16/12 | JAM | Draft Motion for Sanctions | L210 | 1.20 hrs |
| 11/16/12 | RR | Edit motion for hearing on Motion for Sanctions | B110 | .50 hrs |
| 11/26/12 | JAM | Research costs defense of this matter | L190 | .40 hrs |
| 11/29/12 | AHC | Analysis of case regarding life of file, fees and expenses and current status | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $570.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jamie Mathews | 1.90 hrs | 145.00 /hr | 275.50 |
| Ryan Robichaux | 1.10 hrs | 215.00 /hr | 236.50 |

| | | |
|---|---|---|
| TOTAL FEES | 3.40 hrs | $570.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301218

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $570.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301218

INVOICE # 830156

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301218
     Friedle, Justin
     No. 731473
     TC # 731473

PROFESSIONAL SERVICES

| 12/05/12 | RR  | Provide case status report | B110 | .20 hrs |
| 12/17/12 | JLJ | Review response in opposition to motion for hearing, review local rules regarding deadlines and strategize regarding response to the same | L250 | .50 hrs |
| 12/17/12 | HTC | Review response to motion for hearing and consider response to same | L250 | .10 hrs |
| 12/17/12 | RR  | Review plaintiff's opposition to motion for hearing on sanctions | B110 | .20 hrs |
| 12/17/12 | RR  | Analyze whether to reply to plaintiff's response | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $257.00

BILLING SUMMARY

| Hope Cannon      | .10 hrs | 315.00 /hr | 31.50  |
| Jessica L. Jones | .50 hrs | 193.00 /hr | 96.50  |
| Ryan Robichaux   | .60 hrs | 215.00 /hr | 129.00 |

TOTAL FEES          1.20 hrs              $257.00

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301218

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    $257.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301219

INVOICE # 813687

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301219
     Emerick, William Todd
     No. 731540
     TC # 731540

PROFESSIONAL SERVICES

| 09/05/12 | MMB | Revise case status | B110 | .20 hrs |
| 09/26/12 | MMB | Telephone conference with B.Eisele regarding case status and extension of answer deadline | L210 | .30 hrs |
| 09/26/12 | MMB | Revise second joint motion for extension of answer deadline and proposed order regarding same | L210 | .40 hrs |
| 09/26/12 | MMB | Respond to e-mail with B.Eisele regarding second joint motion for extension of answer deadline and proposed order regarding same | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $264.00

09/27/12 Copy Charges
09/14/12 Postage Charges 08/2012                    0.00
09/27/12 Express Mail/Fedex                          0.00
                                                     0.00

BILLING SUMMARY

| Melissa Burton | 1.10 hrs | 240.00 /hr | 264.00 |

| TOTAL FEES | 1.10 hrs | | $264.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0808-301219

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                          $264.00

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301219

INVOICE #  818519

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301219
     Emerick, William Todd
     No. 731540
     TC # 731540

PROFESSIONAL SERVICES

10/01/12  MMB  Revise case status report                    B110    .30 hrs

10/02/12  JDR  Supervisory review of case status,           L190    .10 hrs
               including status of obligation to
               respond to Complaint.


               TOTAL FEES FOR THIS MATTER                         $101.30

10/31/12 Postage Charges 09/272012                                  0.00

BILLING SUMMARY

   Jonathan Rose            .10 hrs   293.00 /hr        29.30
   Melissa Burton           .30 hrs   240.00 /hr        72.00


TOTAL FEES                 0.40 hrs              $101.30

**TOTAL CHARGES FOR THIS INVOICE**              **$101.30**

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301219

INVOICE #  821258

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301219
     Emerick, William Todd
     No. 731540
     TC # 731540

PROFESSIONAL SERVICES

11/01/12   PMS   Draft status report for client.          C300      .10 hrs


              TOTAL FEES FOR THIS MATTER
                                                                   $20.60

BILLING SUMMARY

   P. Max Smith              .10 hrs   206.00 /hr          20.60


TOTAL FEES                   0.10 hrs
                                                          $20.60

**TOTAL CHARGES FOR THIS INVOICE**
                                                          **$20.60**

              ***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301219

INVOICE #  830158

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301219
     Emerick, William Todd
     No. 731540
     TC # 731540

PROFESSIONAL SERVICES

12/02/12  PMS  Draft status report for client.          C300      .10 hrs

              TOTAL FEES FOR THIS MATTER                          $20.60

BILLING SUMMARY

    P. Max Smith            .10 hrs   206.00 /hr        20.60

TOTAL FEES                0.10 hrs                      $20.60

**TOTAL CHARGES FOR THIS INVOICE**                     **$20.60**

             ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301220

INVOICE #  813688

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0808-301220
Bruce Hancock
No. 731502
TC # 731502

### PROFESSIONAL SERVICES

09/03/12  JHP  Provide monthly status update to client.  L120    .10 hrs

TOTAL FEES FOR THIS MATTER                                    $24.50

### EXPENSES

09/12/12 Court Costs - Pleadings - WEST GROUP MT COURT          176.50
COST
Bank ID: GENR Check Number: 99035

TOTAL COSTS FOR THIS MATTER                   $176.50

### BILLING SUMMARY

Jon H. Patterson          .10 hrs   245.00 /hr        24.50

TOTAL FEES              0.10 hrs                     $24.50

TOTAL EXPENSES                                     $176.50

**TOTAL CHARGES FOR THIS INVOICE**                **$201.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301220

INVOICE # 818520

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re: 0R0808-301220
    Bruce Hancock
    No. 731502
    TC # 731502

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/03/12 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 10/11/12 | BG | Send evaluation of complaint to consumer bureau to client and recommend course of action | L120 | .30 hrs |
| 10/15/12 | BG | Work on response to Consumer Fraud prevention bureau | L120 | .10 hrs |
| 10/16/12 | BG | Conversation with client regarding CFPB complaint and response thereto | L120 | .20 hrs |
| 10/16/12 | BG | Solicit settlement demand and discuss the case with appellant | L160 | .20 hrs |
| 10/17/12 | BG | Return Appellant's call regarding possible settlement | L160 | .10 hrs |
| 10/17/12 | BG | Correspondence to client regarding Appellant's settlement demand | L160 | .10 hrs |
| 10/22/12 | BG | Correspondence with opposing counsel regarding entry of an agreed notice on escrow payments | L120 | .10 hrs |
| 10/23/12 | BG | Correspondence with client regarding CFPB reply | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301220

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/24/12 | BG | Evaluate need for Notice of Bankruptcy and request direction from client | L120 | .20 hrs |
| 10/25/12 | BG | Evaluate need for Notice of Bankruptcy | L120 | .10 hrs |
| 10/25/12 | BG | Work on response to consumer fraud prevention bureau | L120 | .50 hrs |
| 10/26/12 | BG | Conversation with pro se borrower and correspondence with client regarding settlement offer and supply counter offer | L160 | .20 hrs |
| 10/26/12 | BG | Evaluate issues on appeal | L120 | .30 hrs |
| 10/26/12 | MJA | Review of and research for response to appellants brief | L520 | .50 hrs |
| 10/26/12 | JMH | Review amended brief of appellant | L510 | .40 hrs |
| 10/26/12 | JMH | Evaluate status of appeal and potential issues to consider | L120 | .70 hrs |
| 10/29/12 | JMH | Telephone conference with client regarding appeal in Oklahoma Supreme Court and long-term strategy for handling | L120 | .20 hrs |
| 10/29/12 | BG | Finalize proposed text for CFPB response | L210 | .10 hrs |
| 10/29/12 | BG | Convey counteroffer to client | L160 | .10 hrs |
| 10/30/12 | JMH | Review pleadings in foreclosure file and docket sheet to determine general status of matter and procedural posture after judgment | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                              $1,124.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301220

FED ID NO. 63-0243316

BILLING SUMMARY

Marc J. Ayers              .50 hrs    297.00 /hr        148.50
Alecia H. Cockrell         .20 hrs    145.00 /hr         29.00
Jonathan Hooks            1.80 hrs    241.00 /hr        433.80
Blake Goodsell           2.70 hrs    190.00 /hr        513.00

TOTAL FEES               5.20 hrs                    $1,124.30

**TOTAL CHARGES FOR THIS INVOICE**                   $1,124.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301220

INVOICE #  820894

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301220
     Bruce Hancock
     No. 731502
     TC # 731502

<u>EXPENSES</u>

11/19/12 Filing Fees - OKLAHOMA BAR ASSOCIATION AC
         REGISTRATION ADMISSION FEE                        350.00
         Bank ID: GENR Check Number: 102436

         TOTAL COSTS FOR THIS MATTER
                                                          $350.00


TOTAL FEES                  0.00 hrs
                                                  $ .00

TOTAL EXPENSES
                                               $350.00

**TOTAL CHARGES FOR THIS INVOICE**
                                               $350.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301220

INVOICE # 821259

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301220
     Bruce Hancock
     No. 731502
     TC # 731502

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | AHC | Review docket and draft status report | L190 | .30 hrs |
| 11/02/12 | JMH | Review trial and appellate docket and pleadings to determine chronology of case and what pleadings and motions filed to determine deadline to file answer brief | L520 | 2.60 hrs |
| 11/14/12 | AHC | Review district court and supreme court dockets to determine status of record on appeal | L110 | .30 hrs |
| 11/14/12 | BG | Correspondence with pro se borrower regarding settlement offer | L160 | .10 hrs |
| 11/14/12 | BG | Correspondence with client regarding settlement counteroffer | L160 | .10 hrs |
| 11/15/12 | JMH | Analyze recent dockets for changes to deadlines | L120 | .40 hrs |
| 11/20/12 | JMH | Review certificate of good standing in Florida to submit with Oklahoma pro hac vice application | L120 | .10 hrs |
| 11/20/12 | BG | Correspondence with client regarding settlement solicitation response | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$891.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

OR0808-301220

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .60 hrs | 145.00 /hr | 87.00 |
| Jonathan Hooks | 3.10 hrs | 241.00 /hr | 747.10 |
| Blake Goodsell | .30 hrs | 190.00 /hr | 57.00 |

TOTAL FEES          4.00 hrs                    $891.10

**TOTAL CHARGES FOR THIS INVOICE**                    $891.10

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301220

INVOICE #  830160

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301220
     Bruce Hancock
     No. 731502
     TC # 731502

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/10/12 | CSM | Emails with client and Arkansas foreclosure counsel regarding forms of affidavit of debt for use in Arkansas foreclosure action | L120 | .20 hrs |
| 12/11/12 | AHC | Review docket to determine status of record on appeal and forward to attorney for review | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $89.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Cory S. Menees | .20 hrs | 300.00 /hr | 60.00 |

TOTAL FEES              0.40 hrs              $89.00

**TOTAL CHARGES FOR THIS INVOICE**              $89.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301221

INVOICE #  813689

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0808-301221
      Velde, Jennifer
      No. 731485
      TC # 731485

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/13/12 | JJE | Update to client regarding status of review and analysis of the foreclosure file | C300 | .20 hrs |
| 09/13/12 | JJE | Initial review of foreclosure file, affirmative defenses, and pleadings to determine additional documentation needed in support of review | C300 | 1.20 hrs |
| 09/24/12 | KK | Edit draft of analysis and complete draft of chronology of events for review and submission to client | L110 | 1.20 hrs |
| 09/25/12 | JJE | Email to client requesting additional documentation and updating on status of review | C300 | .20 hrs |
| 09/25/12 | JJE | Research of Florida law regarding affirmative defenses regarding standing, MERS, AOMs and requirements with regard to filing of note and mortgage | C300 | .90 hrs |
| 09/25/12 | JJE | Revise analysis and review of foreclosure file and various affirmative defenses | C300 | 4.60 hrs |
| 09/26/12 | KK | Review supplemental client documents to add to review and analysis | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301221

FED ID NO. 63-0243316

| 09/27/12 | JJE | Emails with client regarding deed in lieu of foreclosure inquiry and following up on same | C300 | .20 hrs |
| 09/27/12 | JJE | Call to opposing counsel regarding deed in lieu of foreclosure inquiry | C300 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $1,681.80

09/24/12 Copy Charges                                    0.00
09/25/12 Computerized Legal Research-Westlaw Westlaw     0.00
        User: EASON,JO

<u>BILLING SUMMARY</u>

| Joycelyn J. Eason | 7.40 hrs | 197.00 /hr | 1,457.80 |
| Kerry Keane | 1.40 hrs | 160.00 /hr | 224.00 |

TOTAL FEES            8.80 hrs              $1,681.80

**TOTAL CHARGES FOR THIS INVOICE**         **$1,681.80**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301221

INVOICE # 818521

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301221
      Velde, Jennifer
      No. 731485
      TC # 731485

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | KK | Revise analysis prior to sending to client with recommendation as to how to proceed with file | L110 | .40 hrs |
| 10/02/12 | JJE | Emails to and from client updating on status of deed in lieu inquiry | C300 | .20 hrs |
| 10/02/12 | JJE | Call to opposing counsel regarding deed in lieu inquiry | C300 | .10 hrs |
| 10/02/12 | JJE | Complete draft analysis and review, finalizing and assessing file based on TILA disclosure affirmative defense | C300 | .50 hrs |
| 10/03/12 | JJE | Call from Yineris Ponce (borrower's counsel) regarding status of review of deed in lieu packet submission | C300 | .10 hrs |
| 10/03/12 | JJE | Email from borrower's counsel attaching a copy of the complete deed in lieu package | C300 | .10 hrs |
| 10/03/12 | JJE | Email to client regarding call from opposing counsel to discuss deed in lieu submission and attaching copy of same for client review | C300 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301221

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/04/12 | JJE | Emails from and to client regarding deed in lieu package review and/or short sale request | C300 | .20 hrs |
| 10/04/12 | KK | Review a loss mitigation timeline from client and review and update analysis | L110 | .30 hrs |
| 10/05/12 | KK | Emails with client regarding servicing documents and supplemental information requested to complete review | L110 | .30 hrs |
| 10/08/12 | CWH | Analyze affirmative defenses and revise analysis memo for client | L120 | .50 hrs |
| 10/09/12 | KK | Finalize analysis and email client regarding recommendation with file going forward and telephone call and email with client regarding status of file and procedure with regard to origination file received | L110 | .30 hrs |
| 10/09/12 | JJE | Finalize and revise review and analysis incorporating edits based on additional factual information regarding the status of the loan and revise recommendations for going forward with the foreclosure | C300 | .50 hrs |
| 10/18/12 | JJE | Email to client regarding update on review of deed in lieu submission | C300 | .10 hrs |
| 10/18/12 | JJE | Call from borrower's counsel regarding status update on review of deed in lieu submission | C300 | .20 hrs |
| 10/25/12 | JJE | Call from and email from opposing counsel regarding status of deed in lieu inquiry and update regarding same | C300 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301221

FED ID NO. 63-0243316

| 10/25/12 | JJE | Email to and from client regarding deed in lieu inquiry and notification to borrower regarding status | C300 | .20 hrs |
| 10/29/12 | JJE | Email from client updating on status of deed in lieu and short sale request and BABC's role regarding same | C300 | .10 hrs |
| 10/31/12 | JJE | Call from opposing counsel -- advised that deed in lieu inquiries should be directed to the company/foreclosure counsel | C300 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $904.90

10/10/12 Express Mail/Fedex

0.00

BILLING SUMMARY

| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |
| Joycelyn J. Eason | 2.70 hrs | 197.00 /hr | 531.90 |
| Kerry Keane | 1.30 hrs | 160.00 /hr | 208.00 |

TOTAL FEES                    4.50 hrs                    $904.90

**TOTAL CHARGES FOR THIS INVOICE**                    **$904.90**

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301222

INVOICE #  813690

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301222
     Rzezutko, Rodney T.
     No. 731602
     TC # 731602

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 08/16/12 | HFH | Various conferences with client regarding case and review motions, arrange for witnesses and calls with attorney for SunTrust and foreclosure counsel | C100 | 4.50 hrs |

TOTAL FEES FOR THIS MATTER               $1,710.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rick Humbracht | 4.50 hrs | 380.00 /hr | 1,710.00 |
| TOTAL FEES | 4.50 hrs | | $1,710.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$1,710.00** |

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301223

INVOICE #  813691

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301223
     Wigod, Lee
     No. 731703
     TC # 731703

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 09/07/12 | NSR | Respond to client e-mail from client regarding status of analysis | L120 | .10 hrs |
| 09/07/12 | NSR | Analyze docket regarding upcoming deadlines | L120 | .10 hrs |
| 09/11/12 | NSR | Analyze pleadings and docket regarding procedural history of foreclosure | L120 | .80 hrs |
| 09/11/12 | NSR | Analyze Illinois foreclosure law and typical defenses | L120 | .60 hrs |
| 09/12/12 | NSR | Review e-mail from client regarding loan documents with servicing agreement attachment | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $532.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | 1.90 hrs | 280.00 /hr | 532.00 |
| TOTAL FEES | 1.90 hrs | | $532.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0808-301223

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $532.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301223

INVOICE #  818522

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301223
     Wigod, Lee
     No. 731703
     TC # 731703

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/03/12 | KK | Research language in docket regarding motion to strike affirmative defenses allowed | L110 | .20 hrs |
| 10/03/12 | NSR | Analyze fact package and pleadings regarding case chronology and procedural posture of foreclosure action | L120 | 1.20 hrs |
| 10/03/12 | NSR | Detailed review of loan documents regarding borrower's allegations relating to improper closing of the loan | L120 | 1.40 hrs |
| 10/03/12 | RBB | Review current (as of 10/3/2012) case docket for case status update | L140 | .20 hrs |
| 10/04/12 | NSR | Analyze affirmative defenses asserted by borrower in response to foreclosure Complaint | L120 | 3.20 hrs |
| 10/08/12 | CWH | Analyze affirmative defenses and revise analysis memo for client | L120 | .30 hrs |
| 10/09/12 | KK | Finalize analysis and email client regarding recommendation going forward | L110 | .30 hrs |
| 10/09/12 | NSR | Review and respond to client e-mail from M.Verma regarding foreclosure analysis and case strategy | L120 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0808-301223

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,888.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Robert B. Benson | .20 hrs | 149.00 /hr | 29.80 |
| Nader Raja | 6.00 hrs | 280.00 /hr | 1,680.00 |
| Kerry Keane | .50 hrs | 160.00 /hr | 80.00 |

TOTAL FEES          7.00 hrs                    $1,888.80

**TOTAL CHARGES FOR THIS INVOICE**                **$1,888.80**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301224

INVOICE # 813692

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301224
     Brown-Bayliss, Loretta
     No. 731705
     TC # 731705

## PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 09/12/12 | HTC | Telephone conference with client regarding effect of bankruptcy on quiet title claim | L120 | .20 hrs |
| 09/12/12 | HTC | Revise notice of bankruptcy for quiet title cases | L210 | .10 hrs |
| 09/24/12 | KK | Edit analysis memo and research official records of Broward County, Florida to determine status of case and analyze merits of affirmative defenses to determine course of action going forward | L110 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                                    $318.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
| Kerry Keane | 1.40 hrs | 160.00 /hr | 224.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.70 hrs | $318.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$318.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301224

INVOICE #  818523

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301224
     Brown-Bayliss, Loretta
     No. 731705
     TC # 731705

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 10/03/12 | JJE | Draft analysis and review of foreclosure file focusing on affirmative defenses 1 through 3 | C300 | 2.90 hrs |
| 10/04/12 | JJE | Draft analysis and review of foreclosure file focusing on affirmative defenses 4 through 6 | C300 | 6.80 hrs |
| 10/04/12 | KK | Emails with client regarding loan origination information and notice of default letters | L110 | .20 hrs |
| 10/08/12 | CWH | Revise analysis memo before submission to client | L210 | .20 hrs |
| 10/08/12 | KK | Finalize analysis and email client regarding recommendation going forward | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,088.90

10/04/12 Copy Charges                              0.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301224

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Joycelyn J. Eason | 9.70 hrs | 197.00 /hr | 1,910.90 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |

TOTAL FEES            10.60 hrs                    $2,088.90

**TOTAL CHARGES FOR THIS INVOICE**              $2,088.90

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301225

INVOICE #   813693

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301225
     Pierre, Narnike
     No. 731586
     TC # 731586

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/07/12 | CSM | Draft status report | | B110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $30.00

EXPENSES

09/13/12 Court Costs - Pleadings - WEST GROUP MP COURT          296.66
         COST
         Bank ID: GENR Check Number: 99158

TOTAL COSTS FOR THIS MATTER              $296.66

BILLING SUMMARY

| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | | $30.00 |
|---|---|---|---|
| TOTAL EXPENSES | | | $296.66 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$326.66** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301225

INVOICE #  818524

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301225
     Pierre, Narnike
     No. 731586
     TC # 731586

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | CSM | Draft monthly status report | B110 | .10 hrs |
| 10/02/12 | CSM | Analyze fact pack and pleadings for purposes of responding to client inquiry regarding property value | L110 | .50 hrs |
| 10/02/12 | CSM | Email with client regarding property value | C400 | .20 hrs |
| 10/12/12 | CSM | Emails with client regarding litigation strategy | L120 | .10 hrs |
| 10/15/12 | LADA | Analyze pleadings and files for initial analysis | L140 | 1.10 hrs |

                   TOTAL FEES FOR THIS MATTER              $341.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .90 hrs | 300.00 /hr | 270.00 |
| Lucinda Kish | 1.10 hrs | 65.00 /hr | 71.50 |

| | | |
|---|---|---|
| TOTAL FEES | 2.00 hrs | $341.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

OR0808-301225

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $341.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301225

INVOICE #  821260

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301225
     Pierre, Narnike
     No. 731586
     TC # 731586

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/12 | CSM | Draft case status report | B110 | .10 hrs |
| 11/07/12 | CSM | Research regarding procedural propriety of adding new property owner as defendant in foreclosure action pending at time of property purchase | L120 | 1.60 hrs |
| 11/08/12 | CSM | Further research regarding procedural propriety of adding new property owner as defendant in foreclosure action pending at time of property purchase | L120 | .30 hrs |
| 11/08/12 | CSM | Emails with client regarding strategy for resolving suit | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $660.00

### BILLING SUMMARY

| Cory S. Menees | 2.20 hrs | 300.00 /hr | 660.00 |
|---|---|---|---|
| TOTAL FEES | 2.20 hrs | | $660.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301225

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                              $660.00

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301225

INVOICE #  830164

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301225
     Pierre, Narnike
     No. 731586
     TC # 731586

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/12 | JJE | Draft case status report | B110 | .10 hrs |
| 12/05/12 | CSM | Drafted case status report | B110 | .10 hrs |

TOTAL FEES FOR THIS MATTER            $49.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | .10 hrs | 197.00 /hr | 19.70 |
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |

TOTAL FEES            0.20 hrs            $49.70

**TOTAL CHARGES FOR THIS INVOICE**            $49.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301226

INVOICE #  813694

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301226
     Dumas, Walter
     No. 731597
     TC # 731597

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | ASI | Research, analyze, and draft initial litigation analysis | C300 | 2.10 hrs |
| 09/04/12 | MCG | Revise initial litigation analysis | C300 | .90 hrs |
| 09/06/12 | ASI | Prepare for and attend call with client regarding status of litigation and next steps forward | C300 | .90 hrs |
| 09/06/12 | BG | Conference call about appeal options | L120 | .10 hrs |
| 09/10/12 | BG | Evaluate tactics upon appeal and develop budget | L120 | .30 hrs |
| 09/10/12 | BG | Correspondence with foreclosure counsel about signed judgment from the underlying court | L120 | .10 hrs |
| 09/10/12 | MJA | Research on budget and strategy on appeal | L510 | .70 hrs |
| 09/11/12 | BG | Evaluate time for appeal | L120 | .10 hrs |
| 09/11/12 | BG | Research deadline for Application for Supervisory Writ | L120 | .70 hrs |
| 09/18/12 | BG | Correspondence with client regarding appeal and whether to file supsensively | L120 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301226

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/12 | LADA | Receipt and review of correspondence regarding status of matter and steps proceeding forward | L190 | .50 hrs |
| 09/18/12 | ASI | Analyze appellate rules and potential stay in order to analyze potential path forward | C200 | .50 hrs |
| 09/19/12 | ASI | Analyze appellate rules relating to timing of notices and availability of stay proceedings | C300 | .50 hrs |
| 09/19/12 | LADA | Research state and local rules regarding appearance of counsel and conformation with said rules | L210 | .50 hrs |
| 09/19/12 | LADA | Review correspondence regarding filing and service of current pleading necessary for enrollment in case | L240B | .20 hrs |
| 09/19/12 | YEN | Draft Notice of Enrollment of A.Simmons and B.Goodsell | L210 | .50 hrs |
| 09/20/12 | LADA | Telephone conference with clerk regarding accurate cost of filing notice | L210 | .30 hrs |
| 09/24/12 | LADA | Draft notice and order regarding appeal | L210 | 1.10 hrs |
| 09/24/12 | LADA | Research local rules regarding appeal of rulings | L250 | .90 hrs |
| 09/25/12 | LADA | Research regarding required documentation to accompany appeal | L240B | 1.10 hrs |
| 09/25/12 | ASI | Draft appeal and request for stay documents and coordinate filing of same | L510 | 2.30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   3
OCTOBER 30, 2012

0R0808-301226

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/25/12 | BG | Correspondence regarding posting of appeal bond | L120 | .10 hrs |
| 09/25/12 | MJA | Research notice of appeal and proposed order and research on appellate rules | L510 | .50 hrs |
| 09/26/12 | LADA | Prepare documents for delivery to S.White for filing with Court | L240B | .80 hrs |
| 09/26/12 | LADA | Telephone conference with courier regarding status of filed pleading | L140 | .30 hrs |
| 09/26/12 | LADA | Telephone conference with co-counsel regarding status of filing and potential fees ordered by Judge | L190 | .60 hrs |
| 09/27/12 | BG | Monitor status of cost bond for appeal and trial judge's denial of stay of case pending appeal | L120 | .20 hrs |
| 09/27/12 | ASI | Analyze trial order relating to appeal and stay of underlying proceeding | L510 | 1.00 hrs |
| 09/27/12 | MJA | Research on stay pending appeal possibility | L510 | .30 hrs |
| 09/28/12 | ASI | Research availability of appellate mechanism to review trial court's denial of stay | C200 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                    $3,592.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

0R0808-301226

FED ID NO. 63-0243316

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 09/25/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/25/12 | Copy Charges | 0.00 |
| 09/26/12 | Filing Fees - CLERK OF COURT NOTICE OF ENROLLMENT- A SIMMONS- 09/24/2012 Bank ID: CHAR Check Number: 1653 | 20.00 |
| 09/26/12 | Filing Fees - EAST BATON ROUGE PARISH CLERK OF COURT NOTICE OF APPEAL- L KISH- 09/25/2012 Bank ID: CHAR Check Number: 1658 | 28.00 |
| 09/26/12 | Filing Fees - EAST BATON ROUGE PARISH CLERK OF COURT NOTICE OF APPEAL- L KISH- 09/25/2012 Bank ID: CHAR Check Number: 1659 | 165.00 |
| 09/24/12 | Express Mail/Fedex | 0.00 |
| 09/25/12 | Express Mail/Fedex | 0.00 |
| 09/26/12 | Express Mail/Fedex | 0.00 |
| 09/26/12 | Express Mail/Fedex | 0.00 |
| 09/28/12 | Ready Conference ASIMMONS 09/06/2012 | 2.65 |

TOTAL COSTS FOR THIS MATTER          $215.65

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Marc J. Ayers | 1.50 hrs | 297.00 /hr | 445.50 |
| Michael C. Griffin | .90 hrs | 323.00 /hr | 290.70 |
| Avery Simmons | 8.40 hrs | 249.00 /hr | 2,091.60 |
| Blake Goodsell | 1.70 hrs | 190.00 /hr | 323.00 |
| Lucinda Kish | 6.30 hrs | 65.00 /hr | 409.50 |
| Yvonne Nicholson | .50 hrs | 65.00 /hr | 32.50 |

TOTAL FEES          19.30 hrs          $3,592.80

TOTAL EXPENSES          $215.65



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
OCTOBER 30, 2012

0R0808-301226

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    **$3,808.45**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301226

INVOICE #  817910

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301226
     Dumas, Walter
     No. 731597
     TC # 731597

<u>EXPENSES</u>

| | |
|---|---|
| 10/03/12 Copy Charges | 0.00 |
| 10/03/12 Copy Charges | 0.00 |
| 10/03/12 Copy Charges | 0.00 |
| 10/04/12 Copy Charges | 0.00 |
| 10/04/12 Copy Charges | 0.00 |
| 10/05/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/08/12 Copy Charges | 0.00 |
| 10/09/12 Copy Charges | 0.00 |
| 10/09/12 Copy Charges | 0.00 |
| 10/09/12 Copy Charges | 0.00 |
| 10/09/12 Copy Charges | 0.00 |
| 10/30/12 Copy Charges | 0.00 |
| 10/22/12 Filing Fees - CLERK OF COURT 19th JUDICIAL COURT PARISH E BATON ROUGE AB APPEAL FEES Bank ID: GENR Check Number: 101044 | 1,622.50 |
| 10/22/12 Express Mail/Fedex | 0.00 |
| 10/09/12 Computerized Legal Research-Westlaw Westlaw User: GOODSELL,BLAKE | 0.00 |

                    TOTAL COSTS FOR THIS MATTER          $1,622.50


TOTAL FEES              0.00 hrs                    $.00

TOTAL EXPENSES                              $1,622.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
NOVEMBER 15, 2012

0R0808-301226

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                $1,622.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301226

INVOICE #  818525

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301226
     Dumas, Walter
     No. 731597
     TC # 731597

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | MCG | Analyze potential appeal decision | L120 | .30 hrs |
| 10/02/12 | BG | Correspondence with client regarding status of appeal | L120 | .10 hrs |
| 10/02/12 | ASI | Analyze appellate procedure relating to supervisory writs | L120 | 1.00 hrs |
| 10/03/12 | MCG | Research regarding objections to discovery requests from borrower | L120 | .20 hrs |
| 10/03/12 | BG | Review discovery requests in preparation for drafting responses thereto | L120 | .60 hrs |
| 10/03/12 | BG | Correspondence with opposing counsel regarding discovery responses | L390 | .10 hrs |
| 10/03/12 | BG | Draft responses and objections to interrogatories | L210 | 1.20 hrs |
| 10/03/12 | BG | Draft responses and objections to requests for admissions | L210 | .90 hrs |
| 10/03/12 | BG | Request information and documentation from client for use in discovery responses | L210 | .20 hrs |
| 10/03/12 | BG | Draft responses and objections to request for production of documents | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301226

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/03/12 | BG | Request original collateral file from foreclosure counsel and correspondence with foreclosure counsel about statutory presumptions of endorsement validity | L120 | .30 hrs |
| 10/04/12 | BG | Work on document production | L320 | .20 hrs |
| 10/04/12 | ASI | Analyze projected success and effect of supervisory writ on underlying trial court proceeding and advise client regarding same | L120 | 1.70 hrs |
| 10/05/12 | BG | Finalize interrogatories, request for production of documents and request for admissions | L210 | 3.10 hrs |
| 10/08/12 | ABB | Draft correspondence to opposing counsel regarding discovery responses | L110 | .30 hrs |
| 10/08/12 | ABB | Begin redaction regarding discovery documents to be produced in first production | L110 | .10 hrs |
| 10/08/12 | ABB | Finalize discovery responses to Interrogatories, Requests for Admissions and Requests for Production and | L110 | .50 hrs |
| 10/08/12 | MCG | Revise objections and responses to discovery requests | L310 | 1.00 hrs |
| 10/08/12 | ASI | Revise responses and objections to discovery requests | L310 | 6.90 hrs |
| 10/09/12 | ASI | Review pooling and servicing agreement and continue to revise responses to discovery requests | L310 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301226

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/09/12 | LADA | Review of correspondence from additional counsel regarding recent filing | L240B | .40 hrs |
| 10/09/12 | BG | Finalize discovery responses and check verification requirements | L210 | 1.80 hrs |
| 10/09/12 | BG | Execute and send discovery responses to opposing counsel | L390 | .10 hrs |
| 10/10/12 | ABB | Additional compilation of documents to be forward via certified mail to B.Dean | L110 | .30 hrs |
| 10/10/12 | LADA | Begin preparation of responsive documents for production to opposing counsel | L320 | 1.10 hrs |
| 10/11/12 | BG | Correspondence with client regarding discovery responses | L120 | .10 hrs |
| 10/11/12 | BG | Work on discovery production | L310 | .10 hrs |
| 10/15/12 | BG | Correspondence with client regarding the continuation of the appeal | L120 | .10 hrs |
| 10/22/12 | LADA | Telephone conference with Clerk regarding payment of appeal costs | L460 | .40 hrs |
| 10/22/12 | BG | Work on submitting appeal bond | L120 | .10 hrs |
| 10/22/12 | ABB | Telephone conference with Clerk of Court regarding fees and associated with appeal filing due today and e-mail communications regarding same | L110 | .20 hrs |
| 10/22/12 | ABB | Preparation of correspondence with enclosures regarding appeal filing to be sent via federal express to the Court | L110 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0808-301226

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/26/12 | BG | Evaluate timing of supplemental document production | L120 | .10 hrs |
| 10/29/12 | BG | Correspondence with foreclosure counsel regarding collateral file | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $5,364.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.70 hrs | 150.00 /hr | 255.00 |
| Michael C. Griffin | 1.50 hrs | 323.00 /hr | 484.50 |
| Avery Simmons | 10.60 hrs | 249.00 /hr | 2,639.40 |
| Blake Goodsell | 9.70 hrs | 190.00 /hr | 1,843.00 |
| Lucinda Kish | 1.90 hrs | 65.00 /hr | 123.50 |

TOTAL FEES            25.40 hrs              $5,364.40

**TOTAL CHARGES FOR THIS INVOICE**            $5,364.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301226

INVOICE #  820895

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301226
     Dumas, Walter
     No. 731597
     TC # 731597

| | |
|---|---|
| 11/19/12 Copy Charges | 0.00 |
| 11/28/12 Copy Charges | 0.00 |
| 11/28/12 Copy Charges | 0.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$.00** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301226

INVOICE #  821261

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301226
     Dumas, Walter
     No. 731597
     TC # 731597

### PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/02/12 | LADA | Telephone conference with Clerk regarding recently received notice regarding appeal | L190 | .40 hrs |
| 11/05/12 | LADA | Initial privilege review of documents to be produced in response to discovery requests | L320 | 3.40 hrs |
| 11/08/12 | ASI | Draft status report for client | L110 | .10 hrs |
| 11/08/12 | BG | Start drafting Appeal Brief | L520 | 1.10 hrs |
| 11/08/12 | BG | Analyze Plaintiff's opposition to exception | L120 | .60 hrs |
| 11/08/12 | BG | Analyze U.S. Bank's Reply to Plaintiff's opposition and identify arguments for inclusion in Appeal Brief | L120 | .50 hrs |
| 11/08/12 | BG | Review all relevant pleadings in preparation for drafting Appeal Brief | L120 | .60 hrs |
| 11/09/12 | BG | Work on appellate Brief | L520 | .30 hrs |
| 11/13/12 | BG | Work on appeal brief | L210 | 1.60 hrs |
| 11/13/12 | BG | Determine procedure for requesting written explanation of judgment | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301226

FED ID NO. 63-0243316

| 11/14/12 | BG | Work on argument sections of appeal brief | L210 | 1.30 hrs |
| 11/16/12 | BG | Work on argument sections of appeal brief | L210 | .80 hrs |
| 11/16/12 | BG | Work on factual background section of appeal brief | L210 | .50 hrs |
| 11/16/12 | BG | Work on procedural background section of appeal brief | L210 | .80 hrs |
| 11/16/12 | BG | Work on summary of the argument section of appeal brief | L210 | .30 hrs |
| 11/16/12 | BG | Work on jurisdictional statement for appeal brief | L210 | .30 hrs |
| 11/16/12 | BG | Evaluate impact of lack of written findings of fact on the appeal brief | L210 | .20 hrs |
| 11/19/12 | BG | Work on argument sections of appeal brief | L210 | 3.90 hrs |
| 11/19/12 | BG | Revise assignments of error for appeal brief | L210 | .20 hrs |
| 11/19/12 | BG | Revise conclusion to appeal brief | L210 | .10 hrs |
| 11/26/12 | BG | Check with Court for appeal brief deadlines following return date | L230 | .10 hrs |
| 11/27/12 | BG | Update litigation case summary | L190 | .80 hrs |
| 11/27/12 | BG | Review of Court's Notice of Lodging record and set appeal brief deadlines | L120 | .20 hrs |
| 11/27/12 | BG | Send new client representative update regarding status of case and appeal brief deadline | L190 | .10 hrs |

### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0808-301226

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|---|-------------|---|-------|
| 11/28/12 | BG | Revise appeal brief and evaluate additional arguments | L520 | 3.40 hrs |
| 11/28/12 | BG | Research authority further supporting appeal brief arguments | L120 | .80 hrs |
| 11/28/12 | LADA | Telephone conference with clerk regarding lodged record | L140 | .50 hrs |
| 11/29/12 | BG | Revise appeal brief | L210 | .60 hrs |
| 11/29/12 | BG | Conform all citations in appeal brief to mandated format | L520 | .60 hrs |

TOTAL FEES FOR THIS MATTER                         $4,104.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Avery Simmons | .10 hrs | 249.00 /hr | 24.90 |
| Blake Goodsell | 20.00 hrs | 190.00 /hr | 3,800.00 |
| Lucinda Kish | 4.30 hrs | 65.00 /hr | 279.50 |

TOTAL FEES                24.40 hrs                    $4,104.40

**TOTAL CHARGES FOR THIS INVOICE**                    **$4,104.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
OR0808-301226

INVOICE #  830166

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  OR0808-301226
     Dumas, Walter
     No. 731597
     TC # 731597

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/03/12 | BG | Draft status report regarding appeal brief, status of the underlying litigation and loan modification solicitations | L190 | .20 hrs |
| 12/04/12 | BG | Revise / modify argument sections of appeal brief | L210 | 1.90 hrs |
| 12/04/12 | BG | Incorporate record citations into appeal brief | L210 | 1.80 hrs |
| 12/04/12 | BG | Review appellate record | L120 | .30 hrs |
| 12/04/12 | BG | Revise / modify fact and procedure sections of appeal brief | L520 | 2.20 hrs |
| 12/04/12 | BG | Review transcript of hearing on preliminary injunction before the lower court in support of drafting Appeal Brief | L120 | .30 hrs |
| 12/04/12 | BG | Insert argument into appeal brief regarding the use of affidavits in executory process | L520 | .10 hrs |
| 12/04/12 | BG | Begin drafting Appendix to Appeal Brief | L520 | .20 hrs |
| 12/04/12 | BG | Insert argument into appeal brief regarding the use of certified copy of mortgage in foreclosure action | L520 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301226

FED ID NO. 63-0243316

| 12/06/12 | BG | Finalize first draft of appeal brief | L520 | 1.90 hrs |
|---|---|---|---|---|
| 12/06/12 | BG | Reconcile all record citations in appeal brief | L520 | 1.30 hrs |
| 12/06/12 | BG | Insert citations to appendix into appeal brief | L520 | .20 hrs |
| 12/07/12 | BG | Finalize edits to first draft of appeal brief | L520 | .60 hrs |
| 12/11/12 | BG | Evaluate need to include additional arguments in appellate brief | L210 | .20 hrs |
| 12/11/12 | MJA | Reviewed and revised various sections of appellate brief | L520 | 2.80 hrs |
| 12/11/12 | MJA | Case law and rule research for appeal brief | L520 | 1.40 hrs |
| 12/12/12 | BG | Evaluate need for additional arguments in appellate brief regarding loan modification and anti-subrogation statute | L120 | .40 hrs |
| 12/12/12 | BG | Revisions to appeal brief including new augments about loan modification and anti-subrogation statute | L210 | .80 hrs |
| 12/12/12 | BG | Revise appendix to appellate brief | L210 | .20 hrs |
| 12/12/12 | BG | Final revisions to appellate brief | L520 | 1.10 hrs |
| 12/12/12 | ABB | Telephone conferences with Circuit Court of Appeals regarding upcoming brief and procedures relating to same per upcoming deadline | L110 | .20 hrs |