

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301226

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/12/12 | MJA | Continued research for appellate brief and on briefing strategy | L520 | 1.30 hrs |
| 12/12/12 | MJA | Continued revisions to and drafting of appeal brief | L520 | 2.50 hrs |
| 12/13/12 | ABB | Finalize voluminous brief and attached appendix for filing via federal express in Appeals Court including original with 7 copies and assimilation and compilation of the same with attachments | L110 | 1.20 hrs |
| 12/13/12 | BG | Finalize / file appellate brief | L520 | 1.40 hrs |
| 12/13/12 | BG | Send appellate brief to client review and approval | L520 | .10 hrs |
| 12/13/12 | MCG | Review and revise appellee's brief | L520 | 1.10 hrs |
| 12/14/12 | BG | Conversation with clerk of court regarding issues on appeal | L120 | .10 hrs |
| 12/27/12 | ABB | Track proof of service upon counsel regarding brief | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $5,935.30

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Marc J. Ayers | 8.00 hrs | 297.00 /hr | 2,376.00 |
| Allison Burke | 1.60 hrs | 150.00 /hr | 240.00 |
| Michael C. Griffin | 1.10 hrs | 323.00 /hr | 355.30 |
| Blake Goodsell | 15.60 hrs | 190.00 /hr | 2,964.00 |

TOTAL FEES            26.30 hrs                    $5,935.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
JANUARY 23, 2013

0R0808-301226

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $5,935.30

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301227

INVOICE #  813695

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301227
     Colmenares, Fernando
     No. 731718
     TC # 731718

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/20/12 | KK | Emails with client and foreclosure counsel regarding transfer of case file to review pleadings and complete analysis | L110 | .30 hrs |
| 09/21/12 | KK | Follow up email to client regarding outstanding client documents necessary to complete our review and analysis | L110 | .20 hrs |
| 09/21/12 | JJE | Analyze foreclosure file and affirmative defenses to determine additional needed documentation and validity of defenses as asserted | C300 | 3.40 hrs |

TOTAL FEES FOR THIS MATTER                                    $749.80

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | 3.40 hrs | 197.00 /hr | 669.80 |
| Kerry Keane | .50 hrs | 160.00 /hr | 80.00 |

TOTAL FEES          3.90 hrs                    $749.80

**TOTAL CHARGES FOR THIS INVOICE**              $749.80

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301227

INVOICE #  818526

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301227
     Colmenares, Fernando
     No. 731718
     TC # 731718

## PROFESSIONAL SERVICES

| Date | | Description | | |
|------|----|-------------|------|---------|
| 10/02/12 | KK | Research and review docket to determine status of case | L110 | .40 hrs |
| 10/16/12 | KK | Emails with Thompson Reuters representative regarding status and update of pleadings from file | L110 | .20 hrs |
| 10/22/12 | KK | Emails with client manager regarding status of analysis and emails with runner regarding status of file | L110 | .40 hrs |
| 10/31/12 | KK | Emails with courier regarding status of obtaining pleadings from remote file in Miami Dade County and research and review docket to determine status of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                        $192.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | 1.20 hrs | 160.00 /hr | 192.00 |
| TOTAL FEES | 1.20 hrs | | $192.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0808-301227

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                        $192.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301227

INVOICE #  821262

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301227
     Colmenares, Fernando
     No. 731718
     TC # 731718

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/13/12  KK | Analyze three hundred pages of pleadings received from the court in order to draft chronology of events and analysis to send to client, focusing on the merits of the alleged affirmative defenses | L110 | 1.20 hrs | |
| | TOTAL FEES FOR THIS MATTER | | | $192.00 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | 1.20 hrs | 160.00 /hr | 192.00 |
| TOTAL FEES | 1.20 hrs | | $192.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$192.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301227

INVOICE #  830169

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301227
     Colmenares, Fernando
     No. 731718
     TC # 731718

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/05/12 | KK | Emails with client regarding status of analysis of affirmative defenses | L110 | .20 hrs |
| 12/05/12 | KK | Review and update timeline of events to reflect recent docket entries and all recorded documents from county website | L110 | .40 hrs |
| 12/06/12 | KK | Review updated docket and recorded documents and supplement timeline with recent activity | L110 | .80 hrs |
| 12/11/12 | KK | Review and supplement analysis to submit to client regarding recommendation on how to proceed | L110 | .50 hrs |
| 12/21/12 | KK | Email client regarding status of review | L110 | .10 hrs |
| 12/21/12 | KK | Review recently filed pleadings and update timeline to reflect new activity in case | L110 | .40 hrs |
| 12/31/12 | JJE | Review and analysis of foreclosure file to determine possible issues that would prevent foreclosure counsel from moving forward with litigation | C300 | 2.20 hrs |

TOTAL FEES FOR THIS MATTER                                      $817.40

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301227

FED ID NO. 63-0243316

EXPENSES

12/11/12 Court Costs - Pleadings - WEST GROUP KK COURT          766.70
         DOCUMENTS
         Bank ID: GENR Check Number: 103441

              TOTAL COSTS FOR THIS MATTER                     $766.70

BILLING SUMMARY

    Joycelyn J. Eason          2.20 hrs   197.00 /hr      433.40
    Kerry Keane                2.40 hrs   160.00 /hr      384.00

TOTAL FEES                     4.60 hrs                 $817.40

TOTAL EXPENSES                                          $766.70

**TOTAL CHARGES FOR THIS INVOICE**                   $1,584.10

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301228

INVOICE #  813696

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301228
     Peterson, Steven
     No. 731723
     TC # 731723

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/17/12 | KK | Review pleadings and official records to begin analysis of file and merits of alleged affirmative defenses | L110 | 1.40 hrs |
| 09/19/12 | KK | Review client documents, account history, and prior modifications to supplement draft of analysis and determine best course of action going forward | L110 | 1.30 hrs |
| 09/26/12 | KK | Revise analysis and research docket for updated status of case | L110 | .60 hrs |
| 09/27/12 | NSR | Analyze affirmative defenses asserted by borrower in response to foreclosure Complaint | L120 | 1.40 hrs |
| 09/27/12 | NSR | Analyze fact package regarding loan history and procedural posture of foreclosure action | L120 | .40 hrs |
| 09/28/12 | NSR | Analyze grounds for dismissal asserted in co-borrower's motion to dismiss foreclosure Complaint | L120 | .60 hrs |
| 09/28/12 | KK | Assist in completing review and analysis and email and telephone call to foreclosure counsel regarding location of original note | L110 | .30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301228

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/30/12 | CWH | Revise summary memo to client on merits of foreclosure and the borrower's affirmative defenses to same | L120 | .30 hrs |
| 09/30/12 | CWH | Review Fiserv to determine loss mitigation history on account | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $1,413.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |
| Nader Raja | 2.40 hrs | 280.00 /hr | 672.00 |
| Kerry Keane | 3.60 hrs | 160.00 /hr | 576.00 |

TOTAL FEES              6.50 hrs              $1,413.00

**TOTAL CHARGES FOR THIS INVOICE**              **$1,413.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301229

INVOICE #  813697

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301229
     Francis, Charles & Rhonda
     No. 690458
     TC # 690458

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/28/12 | HEA | Review issues surrounding demand to release claims against other property and previous letter to Stewart Title regarding same | L190 | .50 hrs |
| 09/28/12 | HEA | Follow up with retained counsel for Stewart Title response | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $212.80

BILLING SUMMARY

  Hall Eady                    .80 hrs    266.00 /hr      212.80

TOTAL FEES                  0.80 hrs                    $212.80

**TOTAL CHARGES FOR THIS INVOICE**                       $212.80

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301229

INVOICE #  818527

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301229
     Francis, Charles & Rhonda
     No. 690458
     TC # 690458

## PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 10/04/12 | HEA | Emails with Stewart Title Claims Counsel regarding plan of action | L190 | .30 hrs |
| 10/04/12 | HEA | Telephone call with J.Horton regarding findings of bankruptcy court and possible denial of coverage based on knowledge of defect previously | L190 | .80 hrs |
| 10/04/12 | HEA | Emails with S.McGinnis regarding status of matter | L190 | .40 hrs |
| 10/08/12 | HEA | Emails with client, retained counsel and title company regarding partial release of record mortgage | L190 | 1.00 hrs |

|  | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $665.00 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hall Eady | 2.50 hrs | 266.00 /hr | 665.00 |
| TOTAL FEES | 2.50 hrs | | $665.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
NOVEMBER 17, 2012

0R0808-301229

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $665.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301230

INVOICE # 813698

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301230
     Bolden, Sylvia E.
     Number 731941
     TC # 731941

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | SAP | Analyze loan file materials received from client | C100 | 1.10 hrs |
| 09/04/12 | SAP | Legal research re grounds for dismissing Plaintiff's Complaint, including grounds for dismissal of her claims that securitization was improper | C200 | 1.50 hrs |
| 09/04/12 | SAP | Review Bankruptcy Orders and prepare Notice of Bankruptcy for filing | B190 | .50 hrs |
| 09/04/12 | MCG | Analysis regarding filing of supplemental notice of bankruptcy | L120 | .30 hrs |
| 09/05/12 | SAP | Analyze additional file materials and correspondence received from client | C100 | .50 hrs |
| 09/05/12 | EHI | Review complaint | B110 | .80 hrs |
| 09/06/12 | SAP | Legal research re whether complaint can be dismissed for lack of subject matter jurisdiction | L240 | 2.50 hrs |
| 09/06/12 | SAP | Research federal case law in Maryland and other jurisdictions re whether and under what circumstances securitization of note can divest holder of instrument of right to enforce it in preparation for drafting motion to dismiss | L240 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 30, 2012

0R0808-301230

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/06/12 | SAP | Legal research to find Maryland statutes and cases re force and effect of negotiable instrument indorsed in blank | L240 | 1.60 hrs |
| 09/07/12 | SAP | Legal research re standard of review for motion to dismiss pro se plaintiff's complaint under Maryland federal law | L240 | .30 hrs |
| 09/07/12 | SAP | Correspond with client re case including filing of motion to dismiss and notice of bankruptcy | L240 | .30 hrs |
| 09/07/12 | SAP | Begin drafting motion to dismiss plaintiff's complaint | L240 | 6.50 hrs |
| 09/07/12 | EHI | Review request to enforce and formulate solution | B110 | 1.00 hrs |
| 09/09/12 | SAP | Continue drafting motion to dismiss | L240 | 3.70 hrs |
| 09/09/12 | SAP | Additional legal research re dismissing complaint on Twombley grounds under Maryland federal law | L240 | 1.80 hrs |
| 09/10/12 | SAP | Continue drafting motion to dismiss | L240 | 2.50 hrs |
| 09/10/12 | EHI | Revise motion to dismiss | B110 | .50 hrs |
| 09/11/12 | SAP | Draft Disclosure Statements and correspond with client re same | L240 | .50 hrs |
| 09/11/12 | SAP | Draft Declaration of S. Pozefsky in Support of Motion to Dismiss | L240 | .30 hrs |
| 09/11/12 | SAP | Analyze original Note from client, including indorsements | L240 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 30, 2012

0R0808-301230

FED ID NO. 63-0243316

| 09/12/12 | SAP | Further revisions to Motion to Dismiss | L240 | .80 hrs |
| 09/12/12 | SAP | Legal research re federal court's discretion to dismiss action seeking only declaratory/injunctive relief | L240 | .50 hrs |
| 09/12/12 | MPE | Research updated corporate disclosure statements for MERS, GMAC, LLC and Residential Funding. | L110 | .30 hrs |
| 09/13/12 | EAF | Revise motion to dismiss | L240 | .60 hrs |
| 09/13/12 | SAP | Analyze and finalize all filings and file with the Court | L240 | .80 hrs |
| 09/25/12 | SAP | Analyze correspondence from client re service on J.P. Morgan and respond to same | L240 | .20 hrs |
| 09/27/12 | SAP | Analyze Complaint against Wells Fargo, including manner of service and whether it is valid under Maryland federal and state law | L240 | .50 hrs |
| 09/27/12 | SAP | Legal research re service requirements under applicable Maryland and federal law and timeliness issues | L240 | .50 hrs |

TOTAL FEES FOR THIS MATTER                     $10,726.10

| 09/13/12 | Copy Charges | |
| 09/13/12 | Copy Charges | 0.00 |
| 09/13/12 | Copy Charges | 0.00 |
| 09/13/12 | Copy Charges | 0.00 |
| 09/13/12 | Copy Charges | 0.00 |
| 09/18/12 | Copy Charges | 0.00 |
| 09/13/12 | Express Mail/Fedex | 0.00 |
| | | 0.00 |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

0R0808-301230

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | .60 hrs | 358.00 /hr | 214.80 |
| Emil Hirsch | 2.30 hrs | 450.00 /hr | 1,035.00 |
| Steven A. Pozefsky | 28.90 hrs | 323.00 /hr | 9,334.70 |
| Michael C. Griffin | .30 hrs | 323.00 /hr | 96.90 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

| | | |
|---|---|---|
| TOTAL FEES | 32.40 hrs | $10,726.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$10,726.10** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301230

INVOICE #  818528

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301230
     Bolden, Sylvia E.
     Number 731941
     TC # 731941

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/03/12 | MPE | Assist with preparation of corporate disclosure statement. | L210 | .10 hrs |
| 10/05/12 | SAP | Correspond with Wells Fargo's representatives re case status | L240 | .20 hrs |
| 10/09/12 | SAP | Draft and submit status report | B110 | .10 hrs |
| 10/10/12 | SAP | Review and analyze Bolden's Opposition to Motion to Dismiss | L240 | .30 hrs |
| 10/12/12 | SAP | Correspond with client re case exposure | C300 | .20 hrs |
| 10/17/12 | SAP | Review and analyze Bolden's Opposition to Motion to Dismiss and cases cited therein in preparation for drafting Reply Memorandum | L240 | .50 hrs |
| 10/17/12 | SAP | Legal research in connection with Bolden's Opposition to Motion to Dismiss and in preparation for drafting Reply Memorandum | L240 | .80 hrs |
| 10/17/12 | SAP | Draft Reply Memorandum in response to Bolden's Opposition | L240 | 4.60 hrs |
| 10/18/12 | SAP | Revisions to Reply Memorandum and correspond with client re same | L240 | .50 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301230

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 10/22/12 | SAP | Final revisions to Reply Brief and file same | L240 | .30 hrs |
| 10/22/12 | EAF | Review and revise Reply brief in support of motion to dismiss | L240 | .40 hrs |

TOTAL FEES FOR THIS MATTER    $2,580.60

## EXPENSES

10/30/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012    8.10

TOTAL COSTS FOR THIS MATTER    $8.10

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Eric A. Frechtel | .40 hrs | 358.00 /hr | 143.20 |
| Steven A. Pozefsky | 7.50 hrs | 323.00 /hr | 2,422.50 |
| Melisa P. Palmer | .10 hrs | 149.00 /hr | 14.90 |

TOTAL FEES    8.00 hrs    $2,580.60

TOTAL EXPENSES    $8.10

**TOTAL CHARGES FOR THIS INVOICE**    $2,588.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301230

INVOICE #  821263

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301230
     Bolden, Sylvia E.
     Number 731941
     TC # 731941

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | SAP | Draft and submit status update | B110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                        $32.30

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Steven A. Pozefsky | .10 hrs | 323.00 /hr | | 32.30 |

TOTAL FEES                     0.10 hrs                          $32.30

**TOTAL CHARGES FOR THIS INVOICE**                               **$32.30**

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301230

INVOICE #  830170

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301230
     Bolden, Sylvia E.
     Number 731941
     TC # 731941

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/19/12 | SAP | Correspond with Wells Fargo re case status | B110 | .20 hrs |

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $64.60 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Steven A. Pozefsky | .20 hrs | 323.00 /hr | 64.60 |
| TOTAL FEES | 0.20 hrs | | $64.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$64.60** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301231

INVOICE #  813699

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301231
Benitez, Felicia and Tamayo, Victor
Number 731956
TC # 731956

PROFESSIONAL SERVICES

| 09/24/12 | KK | Review docket, email foreclosure counsel regarding supplemental pleadings, and further analyze matter to determine course of action going forward | L110 | .40 hrs |
| 09/24/12 | JJE | Email from and to client regarding notice of hearing on motion to dismiss and associated representation concerns | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $103.40

BILLING SUMMARY

| Joycelyn J. Eason | .20 hrs | 197.00 /hr | 39.40 |
| Kerry Keane | .40 hrs | 160.00 /hr | 64.00 |

TOTAL FEES                    0.60 hrs                    $103.40

**TOTAL CHARGES FOR THIS INVOICE**                    $103.40

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301231

INVOICE #  818529

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301231
     Benitez, Felicia and Tamayo, Victor
     Number 731956
     TC # 731956

## PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/02/12 | KK | Research and review docket to determine status of case | L110 | .20 hrs |
| 10/11/12 | KK | Review, edit, and supplement draft of review and analysis and chronology of events to send to client with recommendation on how best to proceed with file | L110 | 1.30 hrs |
| 10/16/12 | JJE | Initial review and analysis of foreclosure file and affirmative defenses | C300 | 1.40 hrs |
| 10/23/12 | KK | Review, revise, and supplement analysis, focusing on analysis of merits of affirmative defenses | L110 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                    $691.80

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Joycelyn J. Eason | 1.40 hrs | 197.00 /hr | 275.80 |
| Kerry Keane | 2.60 hrs | 160.00 /hr | 416.00 |

TOTAL FEES          4.00 hrs          $691.80



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                               PAGE       2
                                                                    NOVEMBER 17, 2012

                                                                    0R0808-301231

                                                                    FED ID NO. 63-0243316

        TOTAL CHARGES FOR THIS INVOICE                        $691.80

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301231

INVOICE #   821264

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0808-301231
      Benitez, Felicia and Tamayo, Victor
      Number 731956
      TC # 731956

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/12/12 | CWH | Revise analysis memo before submission to client | L120 | .30 hrs |
| 11/12/12 | KK | Revise analysis based on recent activity in case; email with client regarding current investor; emails with foreclosure counsel regarding completeness of file and original loan documents | L110 | .40 hrs |
| 11/12/12 | JJE | Revise review and analysis of foreclosure file and affirmative defenses providing recommendations to client for handling/responding to same | C300 | 2.70 hrs |
| 11/13/12 | KK | Revise analysis, focusing on analysis portion of first alleged affirmative defense | L110 | .20 hrs |
| 11/15/12 | KK | Review analysis and supplement timeline and edit recommendation related to bankruptcy | L110 | .20 hrs |
| 11/19/12 | KK | Emails with foreclosure counsel regarding current attorney handling in order to discuss bankruptcy issues; finalize analysis and email client regarding review and recommendation on how to proceed with file | L110 | .30 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| 11/20/12 | KK | Email with client regarding status of case going forward and officially close out case | L110 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                          $838.90

BILLING SUMMARY

| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Joycelyn J. Eason | 2.70 hrs | 197.00 /hr | 531.90 |
| Kerry Keane | 1.30 hrs | 160.00 /hr | 208.00 |

TOTAL FEES                    4.30 hrs                    $838.90

**TOTAL CHARGES FOR THIS INVOICE**                    $838.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive                                                    OCTOBER 30, 2012
Fort Washington, PA 19034                                              0R0808-301232

                                                                       INVOICE #  813700

                                                                       FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0808-301232
         Sheridan, Jonathan L.
         Number 731754
         TC # 731754

PROFESSIONAL SERVICES

09/04/12  MCG   Finalize proposed order granting motion      L210      .40 hrs
                to sever and send to court

09/13/12  LADA  Review files in preparation of draft         L120      .50 hrs
                analysis and summary

09/14/12  MCG   Analyze third party plaintiff's reply to     L210      .60 hrs
                borrower's cross claim

09/25/12  MSW   Draft initial summary and analysis of        L120      3.90 hrs
                claims, defenses, discovery strategy and
                motions after review of fact package

09/26/12  MCG   Revise initial litigation analysis           C300      1.10 hrs

09/27/12  LADA  Correspondence with previous counsel         L140      .20 hrs
                regarding status and receipt of title
                search

09/27/12  MSW   Draft status report for client.              L120      .10 hrs

          TOTAL FEES FOR THIS MATTER                              $1,739.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          PAGE     2
                                                                OCTOBER 30, 2012

                                                                0R0808-301232
                                                                FED ID NO. 63-0243316

BILLING SUMMARY

    Michael C. Griffin          2.10 hrs    323.00 /hr        678.30
    Mark S. Wierman             4.00 hrs    254.00 /hr      1,016.00
    Lucinda Kish                 .70 hrs     65.00 /hr         45.50


TOTAL FEES                       6.80 hrs                  $1,739.80

**TOTAL CHARGES FOR THIS INVOICE**
                                                          $1,739.80

            ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301232

INVOICE #  818530

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301232
     Sheridan, Jonathan L.
     Number 731754
     TC # 731754

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/11/12 | MSW | Exchange messages with client regarding discovery strategy | L120 | .10 hrs |
| 10/17/12 | MSW | Conversation with client re case strategy | L120 | .10 hrs |
| 10/22/12 | CWH | Review and analyze tenants' claims for an equitable lien | L210 | .20 hrs |
| 10/22/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .30 hrs |
| 10/22/12 | LADA | Revise and finalize notice of bankruptcy and servicing order | L210 | .30 hrs |
| 10/23/12 | MSW | Draft status report | L120 | .10 hrs |
| 10/23/12 | APUC | Research and analyze defense strategy with regards to Third-Party Complaint | L120 | 1.60 hrs |
| 10/24/12 | APUC | Continue research and analysis regarding litigation strategy | L660 | .70 hrs |
| 10/24/12 | APUC | Prepare Summary Judgment Motion regarding Third-Party Complaint | L210 | 1.40 hrs |
| 10/25/12 | APUC | Continue preparation of Motion for Summary Judgment and affidavit in support of Motion for Summary Judgment | L210 | 1.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0808-301232

FED ID NO. 63-0243316

| 10/26/12 | LADA | Review of documents received from prior counsel regarding title searches | L140 | .90 hrs |
|---|---|---|---|---|
| 10/26/12 | LADA | Communicate with prior counsel regarding updated title search | L140 | .40 hrs |
| 10/26/12 | APUC | Review requirements for affidavit regarding title search | L660 | .30 hrs |
| 10/26/12 | APUC | Review and analyze Motion for Summary Judgment and attached affidavit | L650 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                       $2,215.10

| 10/22/12 | Express Mail/Fedex | | 0.00 |
|---|---|---|---|
| 10/25/12 | Express Mail/Fedex | | 0.00 |
| 10/23/12 | Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| | User: PUCKETT,AMY | | |
| 10/24/12 | Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| | User: PUCKETT,AMY | | |
| 10/26/12 | Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| | User: PUCKETT,AMY | | |

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
|---|---|---|---|
| Michael C. Griffin | .30 hrs | 323.00 /hr | 96.90 |
| Mark S. Wierman | .30 hrs | 254.00 /hr | 76.20 |
| Amy Puckett | 6.70 hrs | 260.00 /hr | 1,742.00 |
| Lucinda Kish | 1.60 hrs | 65.00 /hr | 104.00 |

TOTAL FEES              9.10 hrs                    $2,215.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301232

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $2,215.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 30, 2012
1100 Virginia Drive                                      0R0808-301232
Fort Washington, PA 19034

                                                         INVOICE #  820896

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301232
         Sheridan, Jonathan L.
         Number 731754
         TC # 731754
    11/26/12 Copy Charges                                          0.00


    TOTAL FEES            0.00 hrs              $.00

    **TOTAL CHARGES FOR THIS INVOICE**         $.00

              ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301232

INVOICE #  821265

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301232
     Sheridan, Jonathan L.
     Number 731754
     TC # 731754

### PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 11/01/12 | APUC Analyze title search for defendant's property | L660 | .40 hrs |
| 11/01/12 | APUC Analyze strategy regarding discovery | L660 | .50 hrs |
| 11/01/12 | APUC Prepare requests for admissions from Third-Party Plaintiff | L390 | 1.20 hrs |
| 11/01/12 | APUC Prepare requests for production from Third-Party Plaintiff | L390 | 1.00 hrs |
| 11/01/12 | APUC Prepare interrogatories from Third-Party Plaintiff | L390 | .60 hrs |
| 11/12/12 | APUC Revise First Set of Requests for Admissions, Requests for Production, and Interrogatories for Third-Party Plaintiff | L390 | 1.70 hrs |
| 11/12/12 | LADA Review pleadings for notification and certification of compliance with Supreme Court administrative order regarding intervention efforts | L140 | .70 hrs |
| 11/26/12 | APUC Analysis of Motion for Summary Judgment and Affidavit in Support of Motion for Summary Judgment | L660 | .30 hrs |
| 11/27/12 | MSW  Draft status report | L120 | .10 hrs |



| BRADLEY ARANT |
| BOULT CUMMINGS |
| LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

| 11/27/12 | MSW | Revise motion for summary judgment and review title reports | L240 | 2.40 hrs |
| 11/27/12 | MCG | Review pleadings and revise motion for summary judgment | L210 | .90 hrs |

TOTAL FEES FOR THIS MATTER

$2,453.20

BILLING SUMMARY

| Michael C. Griffin | .90 hrs | 323.00 /hr | 290.70 |
| Mark S. Wierman | 2.50 hrs | 254.00 /hr | 635.00 |
| Amy Puckett | 5.70 hrs | 260.00 /hr | 1,482.00 |
| Lucinda Kish | .70 hrs | 65.00 /hr | 45.50 |

TOTAL FEES                9.80 hrs                $2,453.20

**TOTAL CHARGES FOR THIS INVOICE**

$2,453.20

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301232

INVOICE #  830172

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301232
     Sheridan, Jonathan L.
     Number 731754
     TC # 731754

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/10/12 | LADA Telephone conference with Clerk regarding status of Order regarding most recent motion | L190 | .60 hrs | |

TOTAL FEES FOR THIS MATTER                          $39.00

EXPENSES

| | | | |
|---|---|---|---|
| 12/19/12 | Filing Fees - CLERK OF COURT M WIERMAN - MOTION FOR SUMMARY JUDGEMENT- 12/13/12 Bank ID: CHAR Check Number: 1736 | 25.00 | |

TOTAL COSTS FOR THIS MATTER                         $25.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lucinda Kish | .60 hrs | 65.00 /hr | 39.00 |

TOTAL FEES              0.60 hrs              $39.00

TOTAL EXPENSES                                $25.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301232

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $64.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301233

INVOICE #  813701

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301233
     Vance, Lawrence & Denise
     731805
     TC # 731805

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/19/12 | RBB | Review and organize documents received from client | L140 | 1.00 hrs |
| 09/19/12 | RBB | Conference with original foreclosure firm to request copy of foreclosure case pleadings | L140 | .20 hrs |
| 09/19/12 | RBB | Prepare correspondence to current foreclosure firm to request copy of foreclosure case pleadings | L140 | .10 hrs |
| 09/19/12 | RBB | Analysis of case file in order to prepare case review | L140 | 1.10 hrs |
| 09/19/12 | RBB | Begin draft of case review and analysis | L140 | .60 hrs |
| 09/24/12 | RBB | Continue draft of case review and analysis | L140 | .60 hrs |
| 09/24/12 | RBB | Prepare correspondence to foreclosure counsel regarding request for foreclosure case file | L140 | .10 hrs |
| 09/24/12 | RBB | Conference with foreclosure counsel regarding request for foreclosure case file | L140 | .20 hrs |
| 09/26/12 | RBB | Revise draft of case review and analysis | L140 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          PAGE      2
                                                               OCTOBER 30, 2012

                                                               0R0808-301233

                                                               FED ID NO. 63-0243316

09/27/12   RBB    Research Monroe County (FL) register of      L140      .50 hrs
                  deeds database for mortgage related
                  documents (assignments, allonges, etc)
                  in order to prepare case review and
                  analysis


            TOTAL FEES FOR THIS MATTER                                  $745.00


   BILLING SUMMARY

      Robert B. Benson          4.80 hrs   149.00 /hr          715.20


   TOTAL FEES                    4.80 hrs                       $745.00

   TOTAL CHARGES FOR THIS INVOICE                              $745.00


            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301233

INVOICE #  817911

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301233
     Vance, Lawrence & Denise
     731805
     TC # 731805

<u>EXPENSES</u>

10/26/12 Court Costs - Pleadings - WEST GROUP COURT          129.00
         EXPRESS DOCUMENTS
         Bank ID: GENR Check Number: 101256

              TOTAL COSTS FOR THIS MATTER              $129.00


TOTAL FEES                    0.00 hrs              $.00

TOTAL EXPENSES                                  $129.00

**TOTAL CHARGES FOR THIS INVOICE**              $129.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301233

INVOICE # 818531

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301233
     Vance, Lawrence & Denise
     731805
     TC # 731805

PROFESSIONAL SERVICES

| 10/02/12 | RBB | Prepare correspondence to foreclosure counsel regarding follow up to request for a copy of the foreclosure case/pleadings file | L140 | .10 hrs |
| 10/02/12 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 10/04/12 | KK | Emails with new foreclosure counsel regarding transfer of pleadings and case documents necessary to complete review and analysis on behalf of client | L110 | .20 hrs |
| 10/09/12 | RBB | Conference with runner service regarding my request for case documents and when we should receive them | L140 | .10 hrs |
| 10/09/12 | RBB | Review of correspondence received from runners service regarding my request for a complete copy of case file from the clerk of court for a case status update | L140 | .10 hrs |
| 10/09/12 | RBB | Prepare correspondence to runner service requesting complete copy of case file from the clerk of court | L140 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

OR0808-301233

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/10/12 | RBB | Review and analysis of correspondence from runners service regarding my request for copy of case file for case status update | L140 | .10 hrs |
| 10/11/12 | RBB | Begin review and analysis of case documents and pleadings received from runners service (550 pages) | L140 | 2.60 hrs |
| 10/12/12 | KK | Follow-up on status of transfer of pleadings and determine status if review and analysis | L110 | .20 hrs |
| 10/16/12 | NSR | Review and analyze 176 page fact package regarding loan history, servicing, and origination | L120 | .80 hrs |
| 10/17/12 | NSR | Review and analyze ten affirmative defenses asserted by borrowers in response to foreclosure Complaint | L120 | 4.20 hrs |
| 10/17/12 | NSR | Detailed review of 550 pages of pleadings in foreclosure action regarding procedural history and status of foreclosure | L120 | 1.80 hrs |
| 10/23/12 | NSR | Exchange e-mails with client regarding additional documents needed for review of defenses | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $2,489.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301233

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert B. Benson | 3.10 hrs | 149.00 /hr | 461.90 |
| Nader Raja | 6.90 hrs | 280.00 /hr | 1,932.00 |
| Kerry Keane | .60 hrs | 160.00 /hr | 96.00 |

TOTAL FEES            10.60 hrs                    $2,489.90

**TOTAL CHARGES FOR THIS INVOICE**                    **$2,489.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301233

INVOICE #  820897

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301233
Vance, Lawrence & Denise
731805
TC # 731805

EXPENSES

11/07/12 Court Costs - Pleadings - WEST GROUP LDM COURT          917.88
         EXPRESS DOCUMENTS   Bank ID: GENR Check Number:
         101890

              TOTAL COSTS FOR THIS MATTER              $917.88


TOTAL FEES              0.00 hrs              $.00

TOTAL EXPENSES                          $917.88

**TOTAL CHARGES FOR THIS INVOICE**          $917.88

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301233

INVOICE #  821266

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301233
     Vance, Lawrence & Denise
     731805
     TC # 731805

PROFESSIONAL SERVICES

| 11/08/12 | CWH | Revise analysis memo before submission to client | L120 | .40 hrs |
|---|---|---|---|---|
| 11/08/12 | CWH | Exchange e-mails with client about filing a notice of bankruptcy regarding the offset demand | L120 | .10 hrs |
| 11/08/12 | KK | Finalize review and analysis and email client regarding recommendation going forward | L110 | .20 hrs |
| 11/08/12 | NSR | Revise memorandum regarding borrowers' ten affirmative defenses in response to foreclosure Complaint | L210 | 1.20 hrs |
| 11/09/12 | NSR | Draft notice of bankruptcy relating to borrowers' defenses | L250 | .30 hrs |
| 11/13/12 | CWH | Revise notice of bankruptcy regarding TILA offset claim | L210 | .10 hrs |
| 11/13/12 | KK | Emails with foreclosure counsel regarding filing Notice of Bankruptcy and email client regarding status of case going forward | L110 | .30 hrs |
| 11/27/12 | KK | Emails with foreclosure counsel regarding status of filing notice of bankruptcy | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301233

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                        $730.00

BILLING SUMMARY

   Christian W. Hancock        .60 hrs    330.00 /hr        198.00
   Nader Raja                 1.50 hrs    280.00 /hr        420.00
   Kerry Keane                 .70 hrs    160.00 /hr        112.00

TOTAL FEES                 2.80 hrs                        $730.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$730.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301233

INVOICE #  830174

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301233
     Vance, Lawrence & Denise
     731805
     TC # 731805

PROFESSIONAL SERVICES

| 12/04/12 | KK | Research and review docket and email foreclosure counsel regarding status of bankruptcy filing | L110 | .20 hrs |
| 12/14/12 | KK | Research and review docket to determine status of case and confirm bankruptcy filed | L110 | .20 hrs |
| 12/17/12 | KK | Email client regarding raising issue of notice of bankruptcy in LPS | L110 | .10 hrs |
| 12/31/12 | KK | Research and review docket to confirm suggestion of bankruptcy was filed and close out matter | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $98.20

BILLING SUMMARY

| Kerry Keane | .50 hrs | 160.00 /hr | 80.00 |
| Kerry Keane | .20 hrs | 91.00 /hr | 18.20 |

| TOTAL FEES | 0.70 hrs | | $98.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301233

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                          $98.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301234

INVOICE # 813702

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301234
     Goldston, April
     Number 731895
     TC # 731895

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/26/12 | RK | Draft intervention | L120 | 3.90 hrs |
| 09/26/12 | GWG | Work on petition in intervention | L210 | 2.70 hrs |
| 09/26/12 | MST | Analyze docket sheet, update file and forward to attorneys for review | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                          $1,506.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .50 hrs | 150.00 /hr | 75.00 |
| Graham W. Gerhardt | 2.70 hrs | 263.00 /hr | 710.10 |
| Riley Key | 3.90 hrs | 185.00 /hr | 721.50 |

TOTAL FEES                    7.10 hrs              $1,506.60

**TOTAL CHARGES FOR THIS INVOICE**                  $1,506.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301234

INVOICE # 818532

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301234
     Goldston, April
     Number 731895
     TC # 731895

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | RK | Review state court file to determine case status | L120 | .20 hrs |
| 10/01/12 | GWG | Review of state court file and client documents and research strategy for intervention | L120 | 2.30 hrs |
| 10/01/12 | MST | Emails to and from researcher regarding state court pleadings | L110 | .40 hrs |
| 10/01/12 | MST | Analysis of docket sheet to determine case strategy and update file regarding same | L210 | .40 hrs |
| 10/03/12 | MST | Analysis of state court pleadings, forward to attorneys and update file regarding same | L210 | .40 hrs |
| 10/04/12 | GWG | Review additional state court pleadings received | L110 | .30 hrs |
| 10/04/12 | RK | Revise intervention | L120 | 1.30 hrs |
| 10/12/12 | RK | Review Texas law on service of Petition in Intervention | L210 | .60 hrs |
| 10/12/12 | RK | Conference regarding Petition in Intervention | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
NOVEMBER 17, 2012

OR0808-301234

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/12/12 | GWG | Call with client regarding intervention | L120 | .20 hrs |
| 10/12/12 | MST | Finalize original Petition in Intervention by GMAC with exhibits | L210 | 1.50 hrs |
| 10/29/12 | RK | Conference with counsel for insurance company regarding case status and potential mediation | L120 | .80 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,733.40

<u>EXPENSES</u>

| | | |
|---|---|---|
| 10/18/12 | Postage Charges 10/12/2012 | 0.00 |
| 10/30/12 | Filing Fees - BUSINESS CARD TX ONLINE 10-17-12 | 9.61 |
| | Bank ID: GENR Check Number: 101476 | |
| 10/30/12 | Filing Fees - BUSINESS CARD BURNET DIST CLERK 10-12-12 | 52.00 |
| | Bank ID: GENR Check Number: 101476 | |

TOTAL COSTS FOR THIS MATTER                                    $61.61

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Melanie Thompson | 2.70 hrs | 150.00 /hr | 405.00 |
| Graham W. Gerhardt | 2.80 hrs | 263.00 /hr | 736.40 |
| Riley Key | 3.20 hrs | 185.00 /hr | 592.00 |

| | | |
|---|---|---|
| TOTAL FEES | 8.70 hrs | $1,733.40 |
| TOTAL EXPENSES | | $61.61 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    PAGE      3
                                                                          NOVEMBER  17, 2012

                                                                          0R0808-301234

                                                                          FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                        $1,795.01

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301234

INVOICE #  820898

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301234
     Goldston, April
     Number 731895
     TC # 731895

## EXPENSES

| | | |
|---|---|---:|
| 11/07/12 | Filing Fees - TEXAS BOARD OF LAW EXAMINERS JRK PRO HAC VICE APPLICATION | 250.00 |
| | Bank ID: GENR Check Number: 101921 | |
| 11/16/12 | Court Costs - Pleadings - WEST GROUP | 141.75 |
| | Bank ID: GENR Check Number: 102425 | |
| 11/16/12 | Court Costs - Pleadings - WEST GROUP | 178.87 |
| | Bank ID: GENR Check Number: 102425 | |
| | TOTAL COSTS FOR THIS MATTER | $570.62 |

| | | |
|---|---|---:|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $570.62 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$570.62** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301234

INVOICE #  821267

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301234
     Goldston, April
     Number 731895
     TC # 731895

PROFESSIONAL SERVICES

| 11/01/12 | RK | Conference with borrower's counsel regarding case status | L120 | .80 hrs |
|---|---|---|---|---|
| 11/01/12 | GWG | Calls with opposing attorneys regarding facts of case and procedural posture | L110 | .90 hrs |
| 11/01/12 | GWG | Review of client documents and Allstate file in preparation for mediation | L110 | 3.70 hrs |
| 11/05/12 | GWG | Correspondence with P. Cannon and opposing counsel regarding mediation schedule | L160 | .30 hrs |
| 11/06/12 | GWG | Correspondence with all parties regarding mediation schedule | L160 | .30 hrs |
| 11/14/12 | RK | Review first portion of insurance company's production | L320 | 3.10 hrs |
| 11/15/12 | RK | Review borrower's deposition from April 2011 | L330 | 2.30 hrs |
| 11/19/12 | RK | Review depositions conducted by insurance company in preparation for upcoming mediation | L330 | 3.90 hrs |
| 11/20/12 | RK | Review Texas law on the recovery of insurance proceeds as mortgagee despite arson | L120 | 3.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301234

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/20/12 | RK | Draft case summary | L120 | 3.80 hrs |
| 11/20/12 | GWG | Legal research and file review in preparation for upcoming mediation | L160 | 1.80 hrs |
| 11/20/12 | MST | Review of loan documents regarding legal description of property and obtain title report | L110 | .40 hrs |
| 11/21/12 | MST | Analysis of title report, update file and forward to attorneys | L110 | .40 hrs |
| 11/21/12 | RK | Draft remaining portion of case summary in preparation for upcoming mediation | L120 | 4.90 hrs |
| 11/26/12 | RK | Conference regarding upcoming mediation | L120 | .90 hrs |
| 11/26/12 | GWG | Review Allstate's document production in preparation for mediation | L110 | 1.80 hrs |
| 11/27/12 | GWG | Prepare for upcoming mediation | L160 | 1.90 hrs |

TOTAL FEES FOR THIS MATTER                    $7,281.60

BILLING SUMMARY

| | | | |
|------|------|------|------|
| Melanie Thompson | .80 hrs | 150.00 /hr | 120.00 |
| Graham W. Gerhardt | 10.70 hrs | 263.00 /hr | 2,814.10 |
| Riley Key | 23.50 hrs | 185.00 /hr | 4,347.50 |

TOTAL FEES                35.00 hrs                    $7,281.60

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0808-301234

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $7,281.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301234

INVOICE # 830176

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301234
     Goldston, April
     Number 731895
     TC # 731895

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 12/18/12 | MST | Receive delivery confirmation of motion of texas attorney and retrieved by opposing counsel | L110 | .20 hrs |
| 12/20/12 | GWG | Review proposed order regarding upcoming depositions and mediation deadline | L210 | .10 hrs |
| 12/28/12 | RK | Review insurance company's supplemental discovery responses | L310 | .90 hrs |
| 12/31/12 | RK | Conference regarding supplemental production | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                 $241.30

EXPENSES

| | | |
|---|---|---|
| 12/29/12 | Filing Fees - BUSINESS CARD TX ONLINE 11-27-12 Bank ID: GENR Check Number: 104275 | 14.10 |
| 12/29/12 | Filing Fees - BUSINESS CARD TX ONLINE 11-27-12 Bank ID: GENR Check Number: 104275 | 14.10 |
| 12/29/12 | Filing Fees - BUSINESS CARD BURNET DIST CLERK 11-21-12 Bank ID: GENR Check Number: 104275 | 2.00 |
| 12/29/12 | Filing Fees - BUSINESS CARD BURNET DIST CLERK 11-21-12 Bank ID: GENR Check Number: 104275 | 2.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301234

FED ID NO. 63-0243316

12/29/12  Filing Fees - BUSINESS CARD TX ONLINE 11-19-12            14.10
          Bank ID: GENR Check Number: 104275

          TOTAL COSTS FOR THIS MATTER
                                                                  $46.30


BILLING SUMMARY

   Melanie Thompson          .20 hrs    150.00 /hr          30.00
   Graham W. Gerhardt        .10 hrs    263.00 /hr          26.30
   Riley Key               1.00 hrs    185.00 /hr         185.00


TOTAL FEES                 1.30 hrs
                                                        $241.30

TOTAL EXPENSES
                                                         $46.30

**TOTAL CHARGES FOR THIS INVOICE**
                                                        $287.60

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
OR0808-301235

INVOICE # 813703

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  OR0808-301235
     Dozier, Victor
     Number 731975
     TC # 731975

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/10/12 | CSM | E-mail correspondence with K.Dutill regarding information and documents needed to analyze case | C400 | .20 hrs |
| 09/10/12 | CSM | Research regarding chain of title to subject property | L110 | .40 hrs |
| 09/13/12 | CSM | Draft notice of bankruptcy and suggestion of automatic stay and letter to opposing counsel regarding same | L250 | .60 hrs |
| 09/13/12 | CSM | Review title report and underlying documents to determine lien priority of serviced mortgage | L120 | .50 hrs |
| 09/13/12 | CSM | Telephone conference with K.Dutill regarding strategy for delaying entry of judgment after default | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$630.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301235

FED ID NO. 63-0243316

EXPENSES

09/14/12 Express Mail/Fedex                                         0.00
09/17/12 Title Search Fee - OLD REPUBLIC NATIONAL TITLE           100.00
         TITLE SEARCH
         Bank ID: GENR Check Number: 99255

         TOTAL COSTS FOR THIS MATTER                          $100.00


BILLING SUMMARY

   Cory S. Menees          2.00 hrs   300.00 /hr        600.00


TOTAL FEES                 2.00 hrs                  $630.00

TOTAL EXPENSES                                       $100.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$730.00**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301235

INVOICE #  818533

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301235
     Dozier, Victor
     Number 731975
     TC # 731975

PROFESSIONAL SERVICES

| 10/02/12 | CSM | Drafted monthly status report | B110 | .10 hrs |
|---|---|---|---|---|
| 10/10/12 | LADA | Begin review of pleadings and documents in light of status of current litigation analysis | L190 | .50 hrs |
| 10/17/12 | LADA | Review and analysis of pleadings and files in preparation of analysis | L190 | 2.10 hrs |
| 10/29/12 | CSM | Telephone conference with opposing counsel regarding amount secured by first-priority lien and potential for negotiated resolution to case | L190 | .20 hrs |
| 10/29/12 | CSM | Emails with client regarding avenues to resolution of case | L160 | .10 hrs |
| 10/31/12 | CSM | Emails with client regarding case assessment and litigation strategy | L120 | .20 hrs |
| 10/31/12 | CSM | Revise and finalize initial litigation assessment | L120 | .90 hrs |
| 10/31/12 | MCG | Review and revise initial litigation analysis | C300 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                                    $974.30



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301235

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | 1.10 hrs | 323.00 /hr | 355.30 |
| Cory S. Menees | 1.50 hrs | 300.00 /hr | 450.00 |
| Lucinda Kish | 2.60 hrs | 65.00 /hr | 169.00 |

TOTAL FEES                5.20 hrs                    $974.30

**TOTAL CHARGES FOR THIS INVOICE**                    **$974.30**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301235

INVOICE #  821268

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301235
         Dozier, Victor
         Number 731975
         TC # 731975

PROFESSIONAL SERVICES

11/06/12  CSM  Draft case status report                      B110     .10 hrs


                   TOTAL FEES FOR THIS MATTER                          $30.00


BILLING SUMMARY

    Cory S. Menees              .10 hrs   300.00 /hr          30.00


TOTAL FEES                    0.10 hrs                        $30.00

**TOTAL CHARGES FOR THIS INVOICE**                           **$30.00**

                ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301235

INVOICE #  830178

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301235
     Dozier, Victor
     Number 731975
     TC # 731975

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/06/12 | JJE | Draft case status report | B110 | .10 hrs |
| 12/04/12 | CSM | Emails with client regarding basis for title claim | L190 | .10 hrs |
| 12/05/12 | CSM | Drafted case status report | B110 | .10 hrs |
| 12/11/12 | CSM | Draft notice of title claim | L250 | .80 hrs |
| 12/14/12 | CSM | Revise and finalize notice of title claim | L250 | .90 hrs |
| 12/14/12 | CSM | Emails with client regarding title claim | C400 | .20 hrs |
| 12/14/12 | HEA | Review revised notice of claim and discussion regarding likely response from title insurance underwriter and our best response | L190 | .50 hrs |
| 12/20/12 | CSM | Emails with client regarding title claim | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $842.70

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Hall Eady | .50 hrs | 266.00 /hr | 133.00 |
| Joycelyn J. Eason | .10 hrs | 197.00 /hr | 19.70 |
| Cory S. Menees | 2.30 hrs | 300.00 /hr | 690.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    PAGE     2
                                                          JANUARY 23, 2013

                                                          0R0808-301235
                                                          FED ID NO. 63-0243316


            TOTAL FEES                 2.90 hrs                  $842.70

       **TOTAL CHARGES FOR THIS INVOICE**
                                                                $842.70

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301236

INVOICE #  813704

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0R0808-301236
         Cha, Yong Ho
         732037
         TC # 732037

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | RK | Draft status report to client | L120 | .10 hrs |
| 09/06/12 | MST | Analysis of docket sheet and state court pleadings and update file regarding same | L210 | .40 hrs |
| 09/07/12 | MST | Analysis of state court pleadings and update file regarding same | L210 | .70 hrs |
| 09/17/12 | MST | Analyze current docket to determine if case has been dismissed, update file and notify attorneys regarding same | L210 | .30 hrs |
| 09/19/12 | GWG | Correspondence with client regarding status of dismissal | L120 | .20 hrs |
| 09/19/12 | GWG | Review docket and call with court regarding dismissal status | L210 | .20 hrs |
| 09/24/12 | GWG | Review case for status of dismissal and correspondence with client regarding same | L120 | .20 hrs |
| 09/26/12 | MST | Telephone calls with court clerk regarding Order of Dismissal | L110 | .30 hrs |
| 09/26/12 | MST | Analyze Order of Dismissal, update file and forward to attorneys | L210 | .30 hrs |
| 09/27/12 | MST | Analysis of Order of Dismissal and prepare case for closing | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301236

FED ID NO. 63-0243316

| 09/28/12 | GWG | Correspondence with client regarding dismissal order | L140 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                   $547.60

## EXPENSES

| 09/27/12 | Filing Fees - BUSINESS CARD PROTITLE USA 9/6/12 Bank ID: GENR Check Number: 99855 | 174.95 |
| 09/27/12 | Filing Fees - BUSINESS CARD PROTITLE USA 9/1/12 Bank ID: GENR Check Number: 99855 | 137.95 |

TOTAL COSTS FOR THIS MATTER                                  $312.90

## BILLING SUMMARY

| Melanie Thompson | 2.30 hrs | 150.00 /hr | 345.00 |
| Graham W. Gerhardt | .70 hrs | 263.00 /hr | 184.10 |
| Riley Key | .10 hrs | 185.00 /hr | 18.50 |

TOTAL FEES              3.10 hrs                    $547.60

TOTAL EXPENSES                                     $312.90

**TOTAL CHARGES FOR THIS INVOICE**                 **$860.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301236

INVOICE #  817912

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301236
     CHA, Yong Ho
     732037
     TC # 732037

EXPENSES

| | | |
|---|---|---|
| 10/11/12 Court Costs - Pleadings - WEST GROUP MT COURT EXPRESS DOCUMENT CHARGES Bank ID: GENR Check Number: 100641 | | 130.38 |
| 10/11/12 Court Costs - Pleadings - WEST GROUP MT COURT EXPRESS DOCUMENT CHARGES Bank ID: GENR Check Number: 100641 | | 144.13 |
| TOTAL COSTS FOR THIS MATTER | | $274.51 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $274.51 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$274.51** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301236

INVOICE #  818534

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301236
     CHA, Yong Ho
     732037
     TC # 732037

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/02/12 | RK | Draft status report for client | L120 | .10 hrs |
| 10/04/12 | RK | Draft closing memorandum | L120 | .30 hrs |
| 10/04/12 | GWG | Review pleadings and correspondence and prepare file for closing | L140 | .40 hrs |
| 10/10/12 | MST | Review documents regarding disposition of case in preparation of updating database | L120 | .30 hrs |
| 10/28/12 | MST | Analysis of correspondence and pleadings regarding briefing, settlement negotiations, dismissal of case and opposing counsel and update database regarding same | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$284.20

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie Thompson | .70 hrs | 150.00 /hr | 105.00 |
| Graham W. Gerhardt | .40 hrs | 263.00 /hr | 105.20 |
| Riley Key | .40 hrs | 185.00 /hr | 74.00 |

TOTAL FEES

1.50 hrs

$284.20



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0808-301236

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                        $284.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301237

INVOICE #  817913

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301237
     Jeffers, Jefry
     No. 732122
     TC # 732122

<u>EXPENSES</u>

| | | |
|---|---|---:|
| 10/04/12 | Copy Charges | |
| 10/10/12 | Copy Charges | 0.00 |
| 10/11/12 | Copy Charges | 0.00 |
| 10/11/12 | Court Costs - Pleadings - WEST GROUP AC COURT | 0.00 |
| | EXPRESS DOCUMENT CHARGES | 243.50 |
| | Bank ID: GENR Check Number: 100641 | |
| 10/10/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |
| 10/16/12 | Computerized Legal Research-Westlaw Westlaw | |
| | User: JONES,JESSICA | 0.00 |

TOTAL COSTS FOR THIS MATTER

$243.50

TOTAL FEES          0.00 hrs

$.00

TOTAL EXPENSES

$243.50

**TOTAL CHARGES FOR THIS INVOICE**

**$243.50**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301237

INVOICE #   818535

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301237
     Jeffers, Jefry
     No. 732122
     TC # 732122

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/24/12 | JAM | Review documents received from Court including Notice of Removal, Certificate of Removal and Corporate Disclosure Statement | L210 | .40 hrs |
| 09/27/12 | JAM | Review all federal court pleadings/file | L210 | .40 hrs |
| 10/02/12 | HTC | Continue working on affidavit | L210 | .10 hrs |
| 10/04/12 | JLJ | Continue drafting Rule 11 and 57.105 motion for sanctions | L250 | .70 hrs |
| 10/04/12 | JLJ | Draft request for a hearing | L250 | .80 hrs |
| 10/04/12 | JAM | Multiple calls to Clerk's office and Judge Howard's Judicial Assistant regarding Motion to Dismiss filed in state court case and procedure for scheduling hearings | L230 | .30 hrs |
| 10/05/12 | AHC | Review and organization of bar complaints regarding H.Feinmel | L190 | .20 hrs |
| 10/10/12 | JLJ | Research regarding Florida Rule 701.04 and application of attorneys fee provision | L240 | 1.10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301237

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/11/12 | JLJ | Review correspondence with client and review note and endorsements and respond to the same | L430 | .30 hrs |
| 10/11/12 | JLJ | Begin drafting motion for sanctions | L250 | .40 hrs |
| 10/16/12 | JLJ | Review show cause order regarding diversity jurisdiction and work on response to the same | L250 | 1.10 hrs |
| 10/30/12 | HTC | Analyze issues relating to order to show cause | L120 | .50 hrs |
| 10/30/12 | AHC | Initial review of recently filed pleadings from PACER | L210 | .30 hrs |
| 10/30/12 | JLJ | Draft response to order to show cause | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,308.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .60 hrs | 315.00 /hr | 189.00 |
| Alecia H. Cockrell | .50 hrs | 145.00 /hr | 72.50 |
| Jamie Mathews | 1.10 hrs | 145.00 /hr | 159.50 |
| Jessica L. Jones | 4.60 hrs | 193.00 /hr | 887.80 |

TOTAL FEES                6.80 hrs                    $1,308.80

**TOTAL CHARGES FOR THIS INVOICE**                    $1,308.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301237

INVOICE #  820899

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301237
     Jeffers, Jefry
     No. 732122
     TC # 732122

| | | |
|---|---|---|
| 11/12/12 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: CANNON,HOPE | | |
| 11/13/12 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: JONES,JESSICA | | |

TOTAL FEES              0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301237

INVOICE #  821269

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301237
     Jeffers, Jefry
     No. 732122
     TC # 732122

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JLJ | Review correspondence and file and draft case status report to client | L190 | .20 hrs |
| 11/05/12 | JLJ | Review court order regarding Rule 26 report and discovery and correspondence with court regarding case management report and strategize regarding extended deadline for the same | L230 | .40 hrs |
| 11/07/12 | JLJ | Review court order and draft case management report | L230 | .90 hrs |
| 11/07/12 | JLJ | Draft amended corporate disclosure statement | L210 | .30 hrs |
| 11/07/12 | JLJ | Phone and e-mail correspondence with H.Feinmel regarding Rule 26(f) conference | L230 | .20 hrs |
| 11/08/12 | JLJ | E-mail and telephone correspondence with H.Feinmel regarding Rule 26 conference | L310 | .20 hrs |
| 11/08/12 | JLJ | E-mail and telephone correspondence with H.Feinmel regarding voluntary dismissal and dismissal with prejudice and relinquishment of sanctions motions | L240 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

OR0808-301237

FED ID NO. 63-0243316

| 11/08/12 | HTC | Review notes of telephone conference with opposing counsel regarding sanctions motions and dismissal with prejudice and draft correspondence to client regarding same | L120 | .40 hrs |
|---|---|---|---|---|
| 11/09/12 | HTC | Telephone conference with opposing counsel regarding dismissal and sanctions and exchange email with client regarding same | L120 | .70 hrs |
| 11/12/12 | HTC | Draft brief in response to courtÆs sua sponte order to show cause that jurisdiction exists with the federal court and review jurisdictional documents, including information from SoS and Florida Attorney General for same | L250 | 4.60 hrs |
| 11/13/12 | JLJ | Research regarding real party in interest and standing of land trust to sue and diversity jurisdiction in preparation for drafting response to order to show cause | L250 | 1.00 hrs |
| 11/13/12 | JLJ | Revise response to show cause order regarding jurisdiction | L250 | .50 hrs |
| 11/14/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 11/15/12 | JLJ | Prepare show cause response | L250 | .10 hrs |
| 11/15/12 | JAM | Prepare exhibits A - H to MERS' response to court's October 16, 2012 order | L210 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301237

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/15/12 | JAM | Proof exhibit references in MERS' response to court's October 16, 2012 order | L210 | .20 hrs |
| 11/16/12 | JLJ | Revise show cause response, supplementing with case law regarding jurisdiction | L250 | .50 hrs |
| 11/16/12 | JLJ | Review order of dismissal with prejudice and correspondence with court regarding the same | L240 | .40 hrs |
| 11/16/12 | HTC | Review notice of dismissal and dissolution of lis pendens and review order on same | L210 | .10 hrs |
| 11/19/12 | JAM | Review draft response to Court's October 16, 2012 Order and exhibits thereto to locate excerpts regarding Diadato | L210 | .30 hrs |
| 11/26/12 | JAM | Research to defense strategy | L190 | .40 hrs |
| 11/29/12 | AHC | Analysis of case regarding life of file, and current status | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,154.40

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Hope Cannon | 5.80 hrs | 315.00 /hr | 1,827.00 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jamie Mathews | 1.70 hrs | 145.00 /hr | 246.50 |
| Jessica L. Jones | 5.30 hrs | 193.00 /hr | 1,022.90 |

TOTAL FEES              13.20 hrs                $3,154.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          PAGE     4
                                                               NOVEMBER 30, 2012

                                                               OR0808-301237

                                                               FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $3,154.40

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0R0808-301237

INVOICE #  829975

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301237
         Jeffers, Jefry
         No. 732122
         TC # 732122

    TOTAL FEES                    0.00 hrs
                                                            $.00

    **TOTAL CHARGES FOR THIS INVOICE**
                                                            $.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive                                          NOVEMBER 17, 2012
Fort Washington, PA 19034                                    OR0808-301238

                                                             INVOICE #  818536

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  OR0808-301238
         Gonzalez, Rosita
         Number 732187
         TC # 732187

PROFESSIONAL SERVICES

10/01/12  KK    Edit and update review and analysis        L110      .20 hrs
                prior to sending to client with
                recommendation on how to proceed with
                file

10/01/12  CWH   Exchange e-mails with client regarding     L110      .10 hrs
                TILA disclosures found in file

            TOTAL FEES FOR THIS MATTER
                                                                    $65.00

BILLING SUMMARY

    Christian W. Hancock       .10 hrs    330.00 /hr        33.00
    Kerry Keane                .20 hrs    160.00 /hr        32.00

TOTAL FEES                  0.30 hrs
                                                           $65.00

TOTAL CHARGES FOR THIS INVOICE
                                                           $65.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301239

INVOICE #  818537

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301239
     Zamora, Ernesto
     Number 732170
     TC # 732170

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | KK | Research and review docket to determine status of case | L110 | .20 hrs |
| 10/03/12 | NSR | Review and analyze fact package and pleadings regarding case chronology and procedural posture of foreclosure action | L120 | 1.60 hrs |
| 10/03/12 | NSR | Review and analyze affirmative defenses asserted by borrower in response to foreclosure Complaint | L120 | 2.60 hrs |
| 10/03/12 | RBB | Review and analysis of case docket to determine what pleadings/documents were filed on 9/17/2012 | L140 | .20 hrs |
| 10/03/12 | RBB | Prepare correspondence to foreclosure counsel to request copies of all pleadings/documents were filed on 9/17/2012 | L140 | .10 hrs |
| 10/08/12 | RBB | Prepare correspondence to foreclosure counsel regarding attorneys request for all documents/pleadings filed 9/17/12 | L140 | .10 hrs |
| 10/08/12 | CWH | Review and analyze affirmative defenses and revise analysis memo for client | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301239

FED ID NO. 63-0243316

| Date | Init | Description | Code | Time |
|---|---|---|---|---|
| 10/09/12 | RBB | Review of correspondence from to/from M.Verma regarding final revision of case review and analysis for case status update | L140 | .10 hrs |
| 10/09/12 | RBB | Review of requested revisions to case review and analysis | L140 | .10 hrs |
| 10/09/12 | RBB | Revise case review and analysis per attorney request | L140 | .20 hrs |
| 10/09/12 | RBB | Prepare correspondence to GMAC case manager regarding BABCÆs recommendations regarding this case and with final revision of case review and analysis attached | L140 | .10 hrs |
| 10/09/12 | RBB | Review and analysis of correspondence from M.Verma regarding final revision of case review and analysis | L140 | .10 hrs |
| 10/10/12 | RBB | Review and analysis of correspondence from foreclosure counsel regarding my request for documents filed with Court on 9/17/2012 for case status update | L140 | .10 hrs |
| 10/10/12 | RBB | Review and analysis of documents received from foreclosure counsel for case status update | L140 | .60 hrs |
| 10/10/12 | RBB | Prepare correspondence to foreclosure counsel regarding whether motion to strike defendantÆs affirmative defenses was set for hearing | L140 | .10 hrs |
| 10/12/12 | RBB | Prepare copy of current case docket for attorney review | L140 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
NOVEMBER 17, 2012

0R0808-301239

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER

$1,557.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Robert B. Benson | 1.90 hrs | 149.00 /hr | 283.10 |
| Nader Raja | 4.20 hrs | 280.00 /hr | 1,176.00 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES

6.50 hrs

$1,557.10

**TOTAL CHARGES FOR THIS INVOICE**

$1,557.10

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301240

INVOICE #  818538

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301240
     Cohen, Adam E.
     No. 732210
     TC # 732210

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | RBB | Analysis of case file documents received from foreclosure counsel | L140 | 1.10 hrs |
| 10/02/12 | KK | Research and review docket to determine status of case | L110 | .20 hrs |
| 10/03/12 | KK | Emails with foreclosure counsel regarding status of outstanding pleadings necessary to finalize review and analysis | L110 | .30 hrs |
| 10/03/12 | NSR | Revise analysis of TILA and estoppel affirmative defenses asserted by borrower in response to foreclosure complaint | L120 | .30 hrs |
| 10/04/12 | NSR | Revise litigation assessment memorandum | L120 | .20 hrs |
| 10/04/12 | KK | Emails with foreclosure counsel regarding supplemental pleadings necessary for completion of review and email with runner regarding obtaining supplemental pleadings | L110 | .30 hrs |
| 10/05/12 | KK | Emails with default counsel regarding outstanding documents | L110 | .20 hrs |
| 10/08/12 | CWH | Analyze affirmative defenses and revise analysis memo for client | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301240

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/09/12 | RBB | Revise case review and analysis per attorney request | L140 | .20 hrs |
| 10/09/12 | RBB | Prepare correspondence to GMAC case manager regarding BABC's recommendations regarding this case and with final revision of case review and analysis attached | L140 | .10 hrs |
| 10/30/12 | KK | Emails with foreclosure counsel regarding status of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                      $606.60

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Robert B. Benson | 1.40 hrs | 149.00 /hr | 208.60 |
| Nader Raja | .50 hrs | 280.00 /hr | 140.00 |
| Kerry Keane | 1.20 hrs | 160.00 /hr | 192.00 |

TOTAL FEES              3.30 hrs                     $606.60

**TOTAL CHARGES FOR THIS INVOICE**
                                                       $606.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive                                              NOVEMBER 30, 2012
Fort Washington, PA 19034                                        0R0808-301240

                                                                 INVOICE #  820900

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301240
         Cohen, Adam E.
         No. 732210
         TC # 732210

    EXPENSES

    11/07/12 Court Costs - Pleadings - WEST GROUP LDM
             Bank ID: GENR Check Number: 101889                      217.70

             TOTAL COSTS FOR THIS MATTER                            $217.70


    TOTAL FEES                    0.00 hrs                  $.00

    TOTAL EXPENSES                                       $217.70

    **TOTAL CHARGES FOR THIS INVOICE**                   $217.70

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301241

INVOICE #  818539

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301241
     Rojo, Isabel
     No. 732200
     TC # 732200

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/15/12 | CSM | Research regarding whether borrower defenses recognized under New Mexico law and elements of recognized defenses | L120 | 1.70 hrs |
| 10/23/12 | CSM | Analyze defendants' affirmative defenses for purposes of drafting analysis memo | L190 | .70 hrs |
| 10/23/12 | CSM | Research regarding application of defense of unconscionability under New Mexico law | C200 | .50 hrs |
| 10/23/12 | CSM | Draft analysis memo | C300 | 1.20 hrs |
| 10/23/12 | CSM | Emails with client regarding merit of defendants' affirmative defenses | C400 | .20 hrs |
| 10/24/12 | KK | Revise analysis memo for client | L110 | .40 hrs |
| 10/26/12 | CWH | Revise analysis memo before submission to client | L120 | .30 hrs |
| 10/29/12 | CSM | Research regarding requirements for standing to foreclose under New Mexico law | L120 | .20 hrs |
| 10/29/12 | CSM | Research regarding availability of TILA rescission right where disclosures made but inaccurate | C200 | .60 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0808-301241

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/29/12 | CSM | Revise and finalize analysis memo | L140 | .40 hrs |
| 10/29/12 | CSM | Emails with client regarding analysis memo | C400 | .20 hrs |
| 10/30/12 | KK | Review analysis and confirm it was sent to client with recommendation going forward | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,905.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Cory S. Menees | 5.70 hrs | 300.00 /hr | 1,710.00 |
| Kerry Keane | .60 hrs | 160.00 /hr | 96.00 |

TOTAL FEES                6.60 hrs                         $1,905.00

**TOTAL CHARGES FOR THIS INVOICE**                         $1,905.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              NOVEMBER 30, 2012
1100 Virginia Drive                                                0R0808-301241
Fort Washington, PA 19034

INVOICE #  821270

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

     Re:  0R0808-301241
          Rojo, Isabel
          No. 732200
          TC # 732200

PROFESSIONAL SERVICES

11/15/12   CWH   Review copy of original note and send          L120       .20 hrs
                 final recommendation on file to client

11/20/12   LADA Draft closing memorandum                        L190       .40 hrs

          TOTAL FEES FOR THIS MATTER                                       $92.00

BILLING SUMMARY

   Christian W. Hancock       .20 hrs    330.00 /hr          66.00
   Lucinda Kish               .40 hrs     65.00 /hr          26.00

TOTAL FEES                 0.60 hrs                         $92.00

TOTAL CHARGES FOR THIS INVOICE
                                                           $92.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301242

INVOICE #  813705

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301242
     Wolfe, Charles
     No. 732980
     TC # 732980

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/27/12 | JHP | Emails to/from foreclosure counsel to discuss Charles Wolfe lawsuit sent to foreclosure counsel and to discuss upcoming TRO hearing | L210 | .30 hrs |
| 09/27/12 | JHP | Emails to/from client contact R.Meeker to discuss Charles Wolfe lawsuit sent to foreclosure counsel and to discuss upcoming TRO hearing | L210 | .20 hrs |
| 09/27/12 | JHP | Review lawsuit filed by Charles Wolfe | L210 | .80 hrs |
| 09/27/12 | JHP | Emails and phone calls to/from counsel for Charles Wolfe to discuss TRO request and potential cancellation of upcoming foreclosure sale prior to TRO hearing | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$416.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 1.70 hrs | 245.00 /hr | 416.50 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.70 hrs | | $416.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0808-301242

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$416.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301242

INVOICE #   818540

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301242
     Wolfe, Charles
     No. 732980
     TC # 732980

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 09/27/12 | BG | Receipt review of initial materials and correspondence with client and foreclosure counsel | L110 | .20 hrs |
| 10/01/12 | ACRA | Review file initially and determine if case can be removed to federal court | L120 | 1.10 hrs |
| 10/02/12 | ACRA | Draft status report for client | L190 | .10 hrs |
| 10/04/12 | ABB | Retrieval of docket report in Denton County, Texas in order to check status regarding service and update file regarding same | L110 | .20 hrs |
| 10/04/12 | ABB | Telephone conference with Denton County Court to verify service status per docket retrieval | L110 | .20 hrs |
| 10/08/12 | ABB | Receipt, assimilation and compilation of voluminous client documents including servicing notes, payment history, case law, mortgage documents and miscellaneous pleadings from client and update file regarding same | L110 | .90 hrs |
| 10/09/12 | JHP | Emails to/from client contact S.McGinnis to discuss initial strategy | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/10/12 | ABB | Retrieval of docket report to obtain most recent status regarding service of GMAC Mortgage, LLC | L110 | .20 hrs |
| 10/18/12 | ABB | Retrieval of docket report to obtain recent status regarding service of GMAC Mortgage | L110 | .20 hrs |
| 10/18/12 | JHP | Emails to/from counsel for borrower to discuss issue of service of petition | L210 | .10 hrs |
| 10/22/12 | JHP | Email from client contact S.McGinnis to discuss bankruptcy filing needed in case | L120 | .10 hrs |
| 10/22/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .30 hrs |
| 10/22/12 | CWH | Review and analyze borrower's numerous claims and review and revise notice of bankruptcy regarding same | L210 | .20 hrs |
| 10/22/12 | ABB | Retrieval of docket and analysis of court file regarding service and e-mail communications regarding notes contained on citation via docket report from October | L110 | .30 hrs |
| 10/22/12 | ABB | Draft Notice of Appearance to be filed in Denton County, Texas | L110 | .50 hrs |
| 10/22/12 | ABB | Further prepare Notice of Appearance for service upon parties and for electronic filing with the Court via pro docs | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301242

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/22/12 | ABB | Finalize Notice of Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with the Court and for service upon all parties | L110 | .40 hrs |
| 10/22/12 | BG | Correspondence with client regarding Notice of Bankruptcy and status of service | L210 | .40 hrs |
| 10/22/12 | BG | Update bankruptcy status | L120 | .10 hrs |
| 10/22/12 | ACRA | Draft and file notice of bankruptcy | L210 | 1.60 hrs |
| 10/23/12 | ABB | Communications with D.Gonzalez regarding service of Petition | L110 | .10 hrs |
| 10/23/12 | ABB | Additional docket retrieval regarding update service report in order to obtain status of same | L110 | .10 hrs |
| 10/26/12 | ABB | Calculate and calendar deadlines regain service upon GMAC Mortgage, LLC and update file regarding same | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,465.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Allison Burke | 3.60 hrs | 150.00 /hr | 540.00 |
| Michael C. Griffin | .30 hrs | 323.00 /hr | 96.90 |
| Jon H. Patterson | .40 hrs | 245.00 /hr | 98.00 |
| Blake Goodsell | .70 hrs | 190.00 /hr | 133.00 |
| Ann Craft | 2.80 hrs | 190.00 /hr | 532.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
NOVEMBER 17, 2012

0R0808-301242

FED ID NO. 63-0243316

TOTAL FEES                    8.00 hrs                         $1,465.90

**TOTAL CHARGES FOR THIS INVOICE**
                                                              $1,465.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301242

INVOICE #   820901

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301242
      Wolfe, Charles
      No. 732980
      TC # 732980

EXPENSES

| | | |
|---|---|---|
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 11-5-12 | |
| | Bank ID: GENR Check Number: 102858 | 14.06 |
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 10-19-12 | |
| | Bank ID: GENR Check Number: 102858 | 14.06 |
| | TOTAL COSTS FOR THIS MATTER | $28.12 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $28.12 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$28.12** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301242

INVOICE #  821271

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301242
     Wolfe, Charles
     No. 732980
     TC # 732980

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/01/12 | ACRA | Draft case status for client | L190 | .10 hrs |
| 11/05/12 | ACRA | Draft answer | L210 | 1.10 hrs |
| 11/06/12 | ABB | Finalize Answer and prepare same for filing with Denton County, Texas and for service via facsimile and U.S mail | L110 | .50 hrs |
| 11/06/12 | ABB | Correspondence via facsimile to opposing counsel regarding filed Answer and Affirmative Defenses | L110 | .20 hrs |
| 11/13/12 | JHP | Edit initial litigation memo | L120 | .20 hrs |
| 11/13/12 | ACRA | Draft lab form | L190 | 1.00 hrs |
| 11/14/12 | ACRA | Draft response to request for initial disclosures | L320 | .90 hrs |
| 11/14/12 | ACRA | Analyze documents for responsiveness to requests for document production | L320 | 3.00 hrs |
| 11/15/12 | ACRA | Draft response to request for document production | L320 | 2.20 hrs |
| 11/15/12 | ACRA | Review document production for privilege information and redact accordingly | L320 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301242

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/16/12 | ABB | Compilation of client documents to produce same to opposing counsel | L110 | .30 hrs |
| 11/16/12 | JHP | Review documents from client file for document production | L330 | .30 hrs |
| 11/16/12 | ACRA | Analyze documents for production in response to discovery requests | L320 | .70 hrs |
| 11/16/12 | ACRA | Draft requests for discovery | L350 | 1.30 hrs |
| 11/19/12 | ACRA | Draft privilege log to accompany document production | L320 | 1.30 hrs |
| 11/19/12 | BG | Work on issues with recorded HELOC affidavit | L120 | .10 hrs |
| 11/19/12 | JHP | Revised responses to request for production of documents and Rule 194 disclosures and revised first set of discovery to borrower | L310 | 1.80 hrs |
| 11/20/12 | ABB | Research and obtain certified copy of recorded mortgage regarding property address and further communications with Thompson Rueters regarding same | L110 | .50 hrs |
| 11/21/12 | ACRA | Revise objections and responses to request for production of documents | L350 | .40 hrs |
| 11/21/12 | ACRA | Revise response to request for rule 194.2 initial disclosures | L310 | .10 hrs |
| 11/21/12 | ACRA | Revise requests for disclosure, interrogatories, production of documents, and admissions | L350 | .20 hrs |



| BRADLEY ARANT |
| BOULT CUMMINGS |
| LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301242

FED ID NO. 63-0243316

| 11/27/12 | ACRA | Review documents for production | L320 | .40 hrs |
| 11/28/12 | ABB | Compilation of documents to be produced and bates label and review same totaling 418 pages | L110 | 1.90 hrs |
| 11/28/12 | ACRA | Review documents for response to request for document production and check for compliance and privilege | L320 | .70 hrs |
| 11/28/12 | ACRA | Revise privilege log to add bates label pages | L320 | .50 hrs |
| 11/28/12 | ACRA | Revise responses to requests for production to include bates label page numbers | L320 | .90 hrs |
| 11/29/12 | ACRA | E-mail S.McGinnis documents produced in response to requests for production, responses to requests for production, responses to requests for initial disclosures, and  requests for discovery for review and approval | L320 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$4,170.50

BILLING SUMMARY

| Allison Burke | 3.40 hrs | 150.00 /hr | 510.00 |
| Jon H. Patterson | 2.30 hrs | 245.00 /hr | 563.50 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |
| Ann Craft | 16.20 hrs | 190.00 /hr | 3,078.00 |

TOTAL FEES       22.00 hrs          $4,170.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0808-301242

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $4,170.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301242

INVOICE #  830180

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301242
     Wolfe, Charles
     No. 732980
     TC # 732980

<u>PROFESSIONAL SERVICES</u>

| 12/03/12 | ACRA | Draft case status report for client | L190 | .20 hrs |
| 12/03/12 | ACRA | Finalize documents to be produced, responses, and our requests for discovery | L320 | .10 hrs |
| 12/04/12 | JHP | Made final revisions and edits to client responses to document requests and requests for disclosure and prepared for service to plaintiff along with applicable documents to be produced | L320 | 1.10 hrs |
| 12/04/12 | JHP | Made final revisions and edits to first set of discovery to plaintiff and prepared discovery for service to plaintiff | L310 | .40 hrs |
| 12/04/12 | ABB | Finalize discovery responses with documents labeled GMAC00001 -GMAC00418 and serve same upon counsel via certified mail | L110 | .50 hrs |
| 12/04/12 | ABB | Finalize and serve upon counsel via facsimile GMAC's First Requests for Disclosure, Interrogatories, Production of Documents and Admissions to Plaintiff | L110 | .30 hrs |
| 12/04/12 | ABB | Correspondence via facsimile to opposing counsel regarding discovery with attachments | L110 | .20 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

OR0808-301242

FED ID NO. 63-0243316

| 12/05/12 | JHP | Email from counsel for borrower to request payoff and reinstatement information on loan | L160 | .10 hrs |
|---|---|---|---|---|
| 12/13/12 | JHP | Reviewed first set of interrogatories and requests for admission by plaintiff propounded to client | L310 | .30 hrs |
| 12/17/12 | ABB | Calendar deadlines and record information imperative to responding to discovery issued to GMAC Mortgage, LLC | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$719.00

BILLING SUMMARY

| Allison Burke | 1.30 hrs | 150.00 /hr | 195.00 |
|---|---|---|---|
| Jon H. Patterson | 1.90 hrs | 245.00 /hr | 465.50 |
| Ann Craft | .30 hrs | 195.00 /hr | 58.50 |

TOTAL FEES
3.50 hrs

$719.00

**TOTAL CHARGES FOR THIS INVOICE**

**$719.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301243

INVOICE #  817914

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301243
     Burgess, Terry
     No. 733014
     TC # 733014

EXPENSES

| | | |
|---|---|---|
| 10/12/12 Copy Charges | | |
| 10/12/12 Copy Charges | | 0.00 |
| 10/12/12 Copy Charges | | 0.00 |
| 10/12/12 Copy Charges | | 0.00 |
| 10/17/12 Copy Charges | | 0.00 |
| 10/18/12 Copy Charges | | 0.00 |
| 10/19/12 Copy Charges | | 0.00 |
| 10/30/12 Filing Fees - BUSINESS CARD S. D. OF FLORIDA | | 0.00 |
|         10-12-12 | | 350.00 |
|         Bank ID: GENR Check Number: 101476 | | |
| 10/12/12 Express Mail/Fedex | | |
| 10/09/12 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
|         User: JONES,JESSICA | | 0.00 |

TOTAL COSTS FOR THIS MATTER

$350.00

TOTAL FEES                    0.00 hrs                    $.00

TOTAL EXPENSES                                           $350.00

**TOTAL CHARGES FOR THIS INVOICE**

**$350.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301243

INVOICE #  818541

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301243
     Burgess, Terry
     No. 733014
     TC # 733014

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | JLJ | Review complaint and calculate deadline for responsive pleading, analyze claims and review correspondence from client regarding Cambridge Land Trust Company | L210 | .90 hrs |
| 10/02/12 | JAM | Review documents and pleadings received with new file, including summons, complaint, lis pendens, cover sheet and service of process transmittal and pull docket to review service status and calendar deadlines | L210 | .90 hrs |
| 10/02/12 | JAM | Email correspondence with Reuter Thompson regarding court file/pleadings | L210 | .20 hrs |
| 10/02/12 | JAM | Review analysis and strategy of new case | L190 | .20 hrs |
| 10/04/12 | JAM | Follow up on calendar issue with FSCalender | L190 | .20 hrs |
| 10/04/12 | JAM | Review court file/pleadings as received from Court Express | L210 | .30 hrs |
| 10/09/12 | JLJ | Research regarding tax assessed value of property in preparation for removal | L250 | .60 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301243

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/09/12 | JLJ | Correspondence with client regarding notice of removal and additional information needed and review response to the same | L250 | .50 hrs |
| 10/09/12 | JLJ | Review client documents and pleadings and draft notice of removal | L250 | 1.40 hrs |
| 10/09/12 | JLJ | Draft notice of filing notice of removal, certificate of removal and corporate disclosure statement in preparation for removal | L250 | .90 hrs |
| 10/10/12 | JLJ | Review complaint and docket and begin drafting motion to dismiss and memorandum in support | L240 | .70 hrs |
| 10/11/12 | HTC | Review and revise notice of removal | L210 | .50 hrs |
| 10/11/12 | JLJ | Review and revise notice of removal, notice of filing notice of removal, certificate of removal and corporate disclosure statement and citation check and review exhibits and plan and prepare to file notice of removal | L250 | 1.30 hrs |
| 10/12/12 | AHC | Final review and revision of Notice of Removal with multiple exhibits, Certificate of Removal, Notice of Filing Notice of Removal for state court action, and Certificate of Interested Parties | L250 | 1.50 hrs |
| 10/12/12 | AHC | Correspondence regarding service of court documents | L190 | .20 hrs |
| 10/15/12 | HTC | Review and revise notice of removal | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

OR0808-301243

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/15/12 | JLJ | Review correspondence and attached pleading from J.Liszt regarding voluntary dismissal and strategize regarding jurisdiction and removal and motion to dismiss | L240 | .50 hrs |
| 10/15/12 | JLJ | Research regarding The Cambridge Land Trust Company and the E-Lit law group | L190 | .40 hrs |
| 10/17/12 | JLJ | Continue drafting motion to dismiss | L240 | 1.40 hrs |
| 10/18/12 | JLJ | Continue drafting motion to dismiss | L240 | .80 hrs |
| 10/18/12 | JLJ | Research regarding R.Vitale of The Cambridge Land Trust and SEC violations | L240 | .40 hrs |
| 10/18/12 | HTC | Revise motion to dismiss | L250 | .20 hrs |
| 10/19/12 | JAM | Revise exhibit references in Motion to Dismiss and final proof prior to submission to Court | L240 | .80 hrs |
| 10/19/12 | JAM | Prepare exhibits A-I to comply with federal filing requirements | L240 | 1.90 hrs |
| 10/19/12 | JLJ | Citation check of case law and review exhibits and plan and prepare to file motion to dismiss | L240 | .40 hrs |
| 10/19/12 | JLJ | Revise motion to dismiss | L240 | .50 hrs |
| 10/19/12 | JLJ | Correspondence with clients regarding motion filing and case status update | L250 | .40 hrs |
| 10/25/12 | JLJ | Review correspondence from client regarding holder of note, respond to same and strategize regarding the same | C100 | .30 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

0R0808-301243

FED ID NO. 63-0243316

| 10/29/12 | AHC | Review docket to determine status of docket entry for Notice of Filing Notice of Removal | L110 | .20 hrs |
| 10/29/12 | JLJ | Review order regarding discovery and scheduling conference and  deadlines for the same | L230 | .40 hrs |
| 10/29/12 | JLJ | Review motion to dismiss and draft request for hearing on motion to dismiss | L250 | .40 hrs |
| 10/29/12 | JAM | Telephone calls and emails to research docketing issue with Notice of Filing Notice of Removal | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                         $3,592.60

BILLING SUMMARY

| Hope Cannon | .80 hrs | 315.00 /hr | 252.00 |
| Alecia H. Cockrell | 1.90 hrs | 145.00 /hr | 275.50 |
| Jamie Mathews | 4.90 hrs | 145.00 /hr | 710.50 |
| Jessica L. Jones | 12.20 hrs | 193.00 /hr | 2,354.60 |

TOTAL FEES              19.80 hrs                    $3,592.60

**TOTAL CHARGES FOR THIS INVOICE**                              $3,592.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        NOVEMBER 30, 2012
1100 Virginia Drive                                           0R0808-301243
Fort Washington, PA 19034

                                                              INVOICE #  820902

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301243
         Burgess, Terry
         No. 733014
         TC # 733014

    EXPENSES

    11/23/12 Filing Fees - BANK OF AMERICA BROWARD CLERKS              5.00
             OFFICE 11-8-12
             Bank ID: GENR Check Number: 102858
    11/23/12 Filing Fees - BANK OF AMERICA BROWARD CLERKS              5.00
             OFFICE 10-31-12
             Bank ID: GENR Check Number: 102858
    11/16/12 Court Costs - Pleadings - WEST GROUP                    180.25
             Bank ID: GENR Check Number: 102425

             TOTAL COSTS FOR THIS MATTER                          $190.25


TOTAL FEES                    0.00 hrs                      $.00

TOTAL EXPENSES                                          $190.25

**TOTAL CHARGES FOR THIS INVOICE**                      **$190.25**

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012

0R0808-301243

INVOICE # 821272

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301243
     Burgess, Terry
     No. 733014
     TC # 733014

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JLJ | Review correspondence and file and pre-trial order and draft case status report to client | L190 | .20 hrs |
| 11/03/12 | JAM | Review emails regarding docketing of Notice of Removal and Notice of Voluntary Dismissal | L210 | .10 hrs |
| 11/07/12 | JLJ | E-mail and telephone correspondence with J.Liszt regarding Rule 26(f) conference | L230 | .30 hrs |
| 11/12/12 | JLJ | Review court order regarding Rule 26 report and party planning meeting | L230 | .30 hrs |
| 11/12/12 | JLJ | Draft proposed scheduling order and discovery report | L250 | 1.20 hrs |
| 11/14/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 11/16/12 | HTC | Revise joint scheduling report | L210 | .20 hrs |
| 11/16/12 | HTC | Review fidelity action against Washington Mutual and consider effect of same | L120 | 1.80 hrs |
| 11/16/12 | JLJ | Prepare to file motion for hearing on motion to dismiss | L250 | .30 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301243

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/16/12 | JAM | Final proof and revisions to MERS' Request for Hearing on its Motion to Dismiss and assemble exhibits to same | L210 | .60 hrs |
| 11/18/12 | JAM | Review emails regarding Scheduling Order | L210 | .10 hrs |
| 11/19/12 | JLJ | Revise joint scheduling report | L230 | .40 hrs |
| 11/19/12 | JLJ | Telephone call and e-mail correspondence with J.Liszt regarding scheduling report and dismissal | L230 | .40 hrs |
| 11/27/12 | JLJ | Telephone correspondence with J.Liszt regarding Rule 26 conference and dismissal | L230 | .30 hrs |
| 11/27/12 | JLJ | E-mail correspondence with J.Liszt regarding court order determining that claims are frivolous and intent to pursue sanctions | C400 | .30 hrs |
| 11/29/12 | JLJ | Correspondence with J.Liszt regarding motion to withdrawal and voluntary dismissal | L250 | .20 hrs |
| 11/30/12 | JLJ | Correspondence with J.Liszt regarding motion to withdraw | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $1,561.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 2.00 hrs | 315.00 /hr | 630.00 |
| Jamie Mathews | 1.10 hrs | 145.00 /hr | 159.50 |
| Jessica L. Jones | 4.00 hrs | 193.00 /hr | 772.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
NOVEMBER 30, 2012

0R0808-301243

FED ID NO. 63-0243316

TOTAL FEES                    7.10 hrs                    $1,561.50

**TOTAL CHARGES FOR THIS INVOICE**                    $1,561.50

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301243

INVOICE #  830181

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301243
     Burgess, Terry
     No. 733014
     TC # 733014

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | JLJ | Review correspondence from J.Liszt regarding motion to withdraw | L250 | .10 hrs |
| 12/05/12 | JLJ | Strategize regarding motion for sanctions | L250 | .10 hrs |
| 12/05/12 | JLJ | Review motion to withdraw and order regarding the same and strategize regarding deadline to substitute counsel | L250 | .20 hrs |
| 12/05/12 | JLJ | Correspondence with court regarding joint scheduling report | L310 | .20 hrs |
| 12/06/12 | JLJ | Correspondence with Judge Scola's chambers regarding deadline for joint scheduling report and withdrawal of Plaintiff's counsel | L250 | .30 hrs |
| 12/07/12 | JLJ | Review notice from the court regarding traditional filing | L430 | .10 hrs |
| 12/13/12 | JLJ | Review court order regarding extension of deadline to submit joint scheduling report and strategize regarding deadline to obtain substitute counsel | L250 | .30 hrs |
| 12/27/12 | JLJ | Review correspondence from J.Liszt regarding motion to withdraw | L250 | .10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301243

FED ID NO. 63-0243316

| 12/28/12 | JLJ | Review court order and strategize regarding deadline to substitute counsel and strategize regarding filing regarding the same | L250 | .20 hrs |
| --- | --- | --- | --- | --- |

TOTAL FEES FOR THIS MATTER                                    $308.80

BILLING SUMMARY

Jessica L. Jones          1.60 hrs   193.00 /hr        308.80

TOTAL FEES               1.60 hrs                    $308.80

**TOTAL CHARGES FOR THIS INVOICE**                   **$308.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301244

INVOICE #  818542

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301244
Congress, Erica Sumpter
No. 697317
TC # 697317

PROFESSIONAL SERVICES

| 10/01/12 | JHP | Reviewed appellate decision at issue in case | L510 | .80 hrs |
|---|---|---|---|---|
| 10/01/12 | CWH | Prepare for and attend conference call with client on Congress case | L110 | .40 hrs |
| 10/10/12 | JHP | Emails to/from bankruptcy counsel to discuss his communications with borrower's counsel on issues relating to why borrower is receiving communications from bankruptcy court on this case | L120 | .20 hrs |
| 10/15/12 | JHP | Emails and phone conference with client contacts P.Stokes and G.Albright to discuss status of case and potential for resolution | L120 | .40 hrs |
| 10/15/12 | JHP | Phone calls to/from counsel for borrower to discuss status of case and potential resolution | L160 | .20 hrs |
| 10/15/12 | JHP | Emails to/from eviction counsel to discuss deposition notice from borrower and to discuss general status of case and potential for resolution | L120 | .20 hrs |
| 10/16/12 | JHP | Email to counsel for borrower enclosing workout package for modification review | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301244

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/12 | JHP | Email from eviction counsel attaching copy of motion for protective order filed in case regarding proposed deposition of client | L250 | .10 hrs |
| 10/22/12 | ABB | Receive and review Order from the Court and calendar information pertaining to hearing on protective order motion and update file regarding same | L110 | .20 hrs |
| 10/29/12 | JHP | Emails to/from foreclosure counsel to discuss outcome of hearing on motion for protective order | L250 | .10 hrs |
| 10/31/12 | JHP | Phone call and emails to/from client contact P.Stokes to discuss potential settlement of case | L160 | .30 hrs |
| 10/31/12 | JHP | Email to counsel for borrower to request call to discuss settlement | L160 | .10 hrs |
| 10/31/12 | JHP | Emails and phone calls to/from eviction counsel to discuss status of case and settlement | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $848.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Allison Burke | .20 hrs | 150.00 /hr | 30.00 |
| Jon H. Patterson | 2.80 hrs | 245.00 /hr | 686.00 |

TOTAL FEES              3.40 hrs              $848.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301244

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    $848.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            NOVEMBER 30, 2012
1100 Virginia Drive                                              0R0808-301244
Fort Washington, PA 19034

                                                                INVOICE #  821273

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301244
     Congress, Erica Sumpter
     No. 697317
     TC # 697317

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 11/01/12 | JHP | Emails with eviction counsel to discuss status of efforts to resolve case with borrower's counsel | L160 | .10 hrs |
| 11/01/12 | JHP | Email to bankruptcy counsel to discuss outstanding issue regarding bankruptcy notices being received by borrower's counsel on case that is not otherwise stayed by bankruptcy | L120 | .10 hrs |
| 11/16/12 | JHP | Email from eviction counsel requesting update on our efforts to resolve case with borrower's counsel | L160 | .10 hrs |
| 11/28/12 | JHP | Email to counsel for borrower to discuss whether his client has any desire to repurchase property to settle case | L160 | .10 hrs |
| 11/28/12 | JHP | Email to eviction counsel to discuss status of settlement negotiations with borrower's counsel | L160 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $122.50

BILLING SUMMARY

    Jon H. Patterson          .50 hrs   245.00 /hr      122.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    PAGE      2
                                                                          NOVEMBER 30, 2012

                                                                          0R0808-301244

                                                                          FED ID NO. 63-0243316


        TOTAL FEES                 0.50 hrs                    $122.50

        **TOTAL CHARGES FOR THIS INVOICE**                     $122.50

                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301244

INVOICE #  830183

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301244
     Congress, Erica Sumpter
     No. 697317
     TC # 697317

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/22/12 | BG | Correspondence with opposing counsel regarding entry of an agreed notice on escrow payments | L120 | .10 hrs |
| 12/11/12 | JHP | Email from client contact G.Albright requesting update on status of settlement discussions with borrower's counsel | L160 | .10 hrs |
| 12/12/12 | JHP | Email to client contact G.Albright providing update on efforts to discuss settlement of case with borrower's counsel | L160 | .10 hrs |
| 12/12/12 | JHP | Email to counsel for borrower requesting call to discuss settlement offer from client | L160 | .10 hrs |
| 12/27/12 | JHP | Emails to/from foreclosure counsel to discuss status of settlement discussions with counsel for borrower | L160 | .20 hrs |
| 12/27/12 | JHP | Emails to/from counsel for borrower to discuss potential settlement of case through purchase of property by borrower | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $190.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
JANUARY 23, 2013

0R0808-301244

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .70 hrs | 245.00 /hr | 171.50 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

TOTAL FEES                         0.80 hrs                              $190.50

**TOTAL CHARGES FOR THIS INVOICE**                        $190.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301245

INVOICE # 818543

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re: 0R0808-301245
    Scott, Jack
    No. 733037
    TC # 733037

## PROFESSIONAL SERVICES

| Date | Staff | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/01/12 | CWH | Review and analyze timeline of Scott's various cases since 2009 and update same in light of his newest filing | L120 | .50 hrs |
| 10/01/12 | CWH | Review Fiserv to determine property's status | L120 | .10 hrs |
| 10/01/12 | CWH | Exchange e-mails with client regarding Scott's newest suit and bankruptcy impact of same | L110 | .20 hrs |
| 10/02/12 | CWH | Exchange e-mails with client about which entities to represent | L110 | .10 hrs |
| 10/15/12 | MCG | Review and revise motion to dismiss | L210 | .60 hrs |
| 10/16/12 | CWH | Review and approve bankruptcy notice for Scott case | L210 | .10 hrs |
| 10/25/12 | RBB | Review and analysis of case documents, correspondence and pleadings in order to draft ILAB and chronology | L140 | 1.80 hrs |
| 10/26/12 | RBB | Continue review and analysis of case documents, correspondence and pleadings in order to draft ILAB and chronology | L140 | 1.30 hrs |
| 10/26/12 | RBB | Continue to prepare draft ILAB and chronology for attorney review | L140 | 1.20 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301245

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | RBB | Research Arizona Bankruptcy Court local rules for admissions as an attorney pro hac vice as well as forms for admission as an attorney pro hac vice | L140 | .40 hrs |
| 10/30/12 | CWH | Phone call with counsel for the Trustee regarding a potential settlement deal | L160 | .20 hrs |
| 10/31/12 | RBB | Research Arizona Bankruptcy Court local rules for deadline for responses and replies to motions | L140 | .30 hrs |
| 10/31/12 | RBB | Use research of local rules to calculate deadline for response to motion filed by borrower on 10/26/2012 | L140 | .10 hrs |

|  |  |  |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $1,513.60 |
| 10/31/12 Copy Charges | | 0.00 |
| 10/16/12 Computerized Legal Research-Westlaw Westlaw User: BLOSSOM,RASHAD L | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.20 hrs | 330.00 /hr | 396.00 |
| Robert B. Benson | 5.10 hrs | 149.00 /hr | 759.90 |
| Michael C. Griffin | .60 hrs | 323.00 /hr | 193.80 |

| | | |
|---|---|---|
| TOTAL FEES | 6.90 hrs | $1,513.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $1,513.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301245

INVOICE #  820903

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301245
     Scott, Jack
     No. 733037
     TC # 733037

| | |
|---|---|
| 11/07/12 Copy Charges | 0.00 |
| 11/07/12 Copy Charges | 0.00 |
| 11/09/12 Copy Charges | 0.00 |
| 11/09/12 Copy Charges | 0.00 |
| 11/09/12 Copy Charges | 0.00 |
| 11/09/12 Computerized Legal Research-Westlaw Westlaw | 0.00 |
|           User: BLOSSOM,RASHAD L | |

TOTAL FEES            0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**          $.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301245

INVOICE #  821274

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301245
     Scott, Jack
     No. 733037
     TC # 733037

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/15/12 | CWH | Analyze trustee's notice that it is the real party in interest and its response to pending motion to dismiss | L210 | .20 hrs |
| 11/15/12 | CWH | Draft email to the Trustee's counsel regarding their recent motion and possibility of settlement | L210 | .20 hrs |
| 11/15/12 | CWH | Analyze minute entry in the normal bankruptcy, finding that BONY's motion to lift the stay is granted | L210 | .10 hrs |
| 11/15/12 | CWH | Draft update on history of litigation and current status to client and MERS | L120 | .20 hrs |
| 11/15/12 | CWH | Review trustee's counsel's email regarding settlement | L160 | .10 hrs |
| 11/15/12 | KK | Review docket to determine status of case and determine course of action going forward | L110 | .20 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $312.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301245

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .80 hrs | 330.00 /hr | 264.00 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |
| TOTAL FEES | 1.10 hrs | | $312.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$312.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301245

INVOICE # 830185

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301245
     Scott, Jack
     No. 733037
     TC # 733037

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 12/08/12 | CWH | Review and analyze final order allowing relief from stay and allowance of unlawful detainer action | L210 | .10 hrs |
| 12/08/12 | CWH | Follow-up with Trustee's counsel about settlement possibility in this suit | L160 | .20 hrs |
| 12/10/12 | CWH | Exchange e-mails with Trustee's attorney about settlement possibility | L160 | .20 hrs |
| 12/13/12 | CWH | Settlement and strategy discussion with client | L120 | .20 hrs |
| 12/14/12 | CWH | Review and analyze Scott's latest motions, including motion to convert type of bankruptcy suit | L210 | .20 hrs |
| 12/17/12 | KK | Receive and analyze notice of hearing and upcoming deadlines | L110 | .20 hrs |
| 12/20/12 | CWH | Exchange e-mails with counsel for trustee regarding settlement issues and Scott's latest filings | L160 | .30 hrs |
| 12/21/12 | CWH | Draft email update to client on latest communications with trustee | L120 | .20 hrs |
| 12/27/12 | CWH | Review and analyze Scott's motion for preliminary injunction | L210 | .20 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301245

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/27/12 | CWH | Advise client regarding Scott's motion for preliminary injunction | L210 | .10 hrs |
| 12/27/12 | RLB | Research regarding additional arguments to insert into amendment to motion to dismiss | L250 | 1.20 hrs |
| 12/28/12 | RLB | Continue research regarding arguments for motion to dismiss | L240 | 2.00 hrs |
| 12/28/12 | RLB | Draft amendment to motion to dismiss | L240 | 6.30 hrs |
| 12/29/12 | RLB | Continue draft of amendment of motion to dismiss complaint | L240 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER                              $3,731.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.70 hrs | 330.00 /hr | 561.00 |
| Rashad L. Blossom | 11.80 hrs | 266.00 /hr | 3,138.80 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES                    13.70 hrs                  $3,731.80

**TOTAL CHARGES FOR THIS INVOICE**                      $3,731.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301245

INVOICE #  832674

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 01/31/13

    Re:  0R0808-301245
         Scott, Jack
         No. 733037
         TC # 733037

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .20 hrs |
| 11/09/12 | RLB | Research issues raised in borrower's response to client's motion to dismiss | L240 | 5.40 hrs |
| 11/12/12 | RLB | Review bankruptcy docket | L250 | .10 hrs |
| 11/12/12 | RLB | Telephone call to court regarding debtor's response to motion to dismiss | L250 | .10 hrs |
| 11/27/12 | RLB | Analyze trustee's statement regarding motion to dismiss | L250 | .20 hrs |
| 11/27/12 | RLB | Analyze bankruptcy proceedings regarding client's motion for relief from stay | L250 | .90 hrs |

              TOTAL FEES FOR THIS MATTER            $1,835.40

BILLING SUMMARY

   Rashad L. Blossom      6.90 hrs    266.00 /hr    1,835.40

TOTAL FEES              6.90 hrs                $1,835.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301245

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,835.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                            NOVEMBER 17, 2012
1100 Virginia Drive                                              0R0808-301246
Fort Washington, PA 19034

                                                                 INVOICE #  818544

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

     Re:  0R0808-301246
          Luker, Daniel C.
          No. 733034
          TC # 733034

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | BG | Receipt / review of initial file materials and complaint | L110 | .20 hrs |
| 10/01/12 | JHP | Reviewed new file from client including complaint for foreclosure filed by second lien holder | L210 | .40 hrs |
| 10/02/12 | ABB | Calendar information regarding responsive pleading(s) to be filed pursuant to new file transfer to BABC | L110 | .20 hrs |
| 10/02/12 | BG | Review initial file materials and provide initial case summary and plan of action | L110 | .80 hrs |
| 10/02/12 | JHP | Continued to review new complaint and information from client on new lawsuit and emailed client to notify of our involvement and to discuss answer deadline | L210 | .80 hrs |
| 10/08/12 | BG | Draft Answer and Affirmative Defenses | L210 | 1.30 hrs |
| 10/08/12 | BG | Receipt / review of additional client documents | L120 | .10 hrs |
| 10/08/12 | JHP | Email from client contact acknowledging our handling of file and forwarding various documents from client file | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301246

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/10/12 | ABB | Analysis and review of client documents and pleadings in order to obtain information regarding property in preparation for obtaining title records | L110 | .30 hrs |
| 10/10/12 | ABB | Retrieval of docket report regarding case activity and all involved counsel | L110 | .20 hrs |
| 10/10/12 | ABB | Telephone conference with counsel regarding represented parties in order to draft Motion | L110 | .20 hrs |
| 10/10/12 | ABB | Detailed research in order to obtain property records regarding borrower including mortgage and any assignments in preparation for assisting with Motion preparation | L110 | .90 hrs |
| 10/15/12 | ABB | Assimilation and compilation of property records from Westlaw Express and update file regarding same | L110 | .20 hrs |
| 10/15/12 | BG | Revise / Finalize Answer and Affirmative Defenses | L210 | .20 hrs |
| 10/15/12 | BG | Receipt / review of property records and evaluate impact on answer and lien interests | L120 | .40 hrs |
| 10/16/12 | JHP | Revised and edited answer to petition for foreclosure by junior lien holder | L210 | .40 hrs |
| 10/17/12 | ABB | Finalize Answer to Petition and prepare same for filing in Tulsa County, Oklahoma and for service upon all involved parties via U.S mail, facsimile and via e-mail due to deadline regarding same | L110 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

0R0808-301246

FED ID NO. 63-0243316

| 10/17/12 | BG | Revise / finalize Answer and Affirmative Defenses | L210 | .30 hrs |
| 10/17/12 | BG | Correspondence with client regarding need for Notice of Bankruptcy following Answer | L120 | .10 hrs |
| 10/18/12 | BG | Draft Notice of Bankruptcy Order | L210 | .40 hrs |
| 10/18/12 | BG | Send Notice of Bankruptcy to client for approval | L210 | .10 hrs |
| 10/18/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental bankruptcy order | L210 | .40 hrs |
| 10/18/12 | ABB | Receive and review e-mail from Court regarding Answer filed in Tulsa County and reply regarding information requested | L110 | .20 hrs |
| 10/19/12 | ABB | Preparation of correspondence with multiple attachments via facsimile to R.Fraley regarding bankruptcy filing | L110 | .30 hrs |
| 10/19/12 | ABB | Finalize Notice of Bankruptcy Filing with exhibit(s) and prepare same for filing with the Court via federal express and for service among multiple parties va U.S mail and facsimile | L110 | .80 hrs |
| 10/19/12 | ABB | Preparation of detailed civil cover sheet and attachment to be sent to the Court per their request regarding Answer | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $2,010.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
NOVEMBER 17, 2012

OR0808-301246

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 4.50 hrs | 150.00 /hr | 675.00 |
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| Jon H. Patterson | 1.90 hrs | 245.00 /hr | 465.50 |
| Blake Goodsell | 3.90 hrs | 190.00 /hr | 741.00 |

TOTAL FEES            10.70 hrs                    $2,010.70

**TOTAL CHARGES FOR THIS INVOICE**            $2,010.70

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301246

INVOICE #  820904

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301246
         Luker, Daniel C.
         No. 733034
         TC # 733034

UNDERLINE_EXPENSES

11/16/12 Court Costs - Pleadings - WEST GROUP                      224.63
         Bank ID: GENR Check Number: 102425

         TOTAL COSTS FOR THIS MATTER                             $224.63


TOTAL FEES              0.00 hrs                        $.00

TOTAL EXPENSES                                       $224.63

**TOTAL CHARGES FOR THIS INVOICE**                   **$224.63**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301246

INVOICE #  821275

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301246
     Luker, Daniel C.
     No. 733034
     TC # 733034

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | BG | Draft status report for client regarding Notice of Bankruptcy, Answer and Affirmative Defenses, and documentation needed | L190 | .20 hrs |
| 11/07/12 | ABB | Retrieval of docket report regarding current case activity and draft Litigation Assessment Summary | L110 | .90 hrs |
| 11/08/12 | ABB | Compilation of pleadings retrieved from docket and court file and update file regarding same | L110 | .20 hrs |
| 11/08/12 | JHP | Review answer of co-defendant Nancy Luker, ex-wife to borrower | L210 | .20 hrs |
| 11/28/12 | BG | Draft initial litigation summary | L190 | .50 hrs |
| 11/28/12 | BG | Revise initial litigation summary to client | L190 | .20 hrs |
| 11/28/12 | JHP | Edit initial litigation memo to client | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $434.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301246

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.10 hrs | 150.00 /hr | 165.00 |
| Jon H. Patterson | .40 hrs | 245.00 /hr | 98.00 |
| Blake Goodsell | .90 hrs | 190.00 /hr | 171.00 |

TOTAL FEES                2.40 hrs                    $434.00

**TOTAL CHARGES FOR THIS INVOICE**                    $434.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301246

INVOICE #  830187

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301246
         Luker, Daniel C.
         No. 733034
         TC # 733034

PROFESSIONAL SERVICES

| 12/03/12 | BG | Draft status report regarding Answer and notice of bankruptcy | L190 | .10 hrs |
|---|---|---|---|---|
| 12/18/12 | BG | Send status update to client | L190 | .10 hrs |
| 12/19/12 | BG | Check docket for status of the case | L120 | .10 hrs |
| 12/21/12 | ABB | Retrieval of docket report from Oklahoma database and forward same via e-mail to client with attachments | L110 | .20 hrs |

              TOTAL FEES FOR THIS MATTER                        $87.00

BILLING SUMMARY

    Allison Burke        .20 hrs    150.00 /hr      30.00
    Blake Goodsell       .30 hrs    190.00 /hr      57.00

TOTAL FEES              0.50 hrs                   $87.00

TOTAL CHARGES FOR THIS INVOICE                     $87.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301248

INVOICE # 818545

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301248
     The Forest Condominium, Inc. No. 1, a Florida Not For Profit
     Corporation v. Wells Fargo Bank, N.A as Trustee for Harbor
     View Mortgage Loan Trust 2006-10 - 733093
     TC # 733093

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | CWH | Exchange e-mails with client regarding new HOA matter for review and handling | L110 | .20 hrs |
| 10/03/12 | RBB | Provide recorded foreclosure sale information to attorney and review standing issue with him to determine what information he needs to proceed | L140 | .40 hrs |
| 10/03/12 | RBB | Review case documents to determine foreclosure sale date as well as date of actual foreclosure sale (and whether foreclosure sale was recorded) | L140 | .30 hrs |
| 10/03/12 | RBB | Review case/foreclosure issue with attorney to determine initial documentation needed | L140 | .20 hrs |
| 10/03/12 | RBB | Conference with GMAC case manager regarding fact package and foreclosure issue | L140 | .10 hrs |
| 10/03/12 | RBB | Prepare correspondence to GMAC case manager to request fact package | L140 | .10 hrs |
| 10/03/12 | RBB | Review of current case docket for initial case status and to determine any current deadlines/hearing dates | L140 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          PAGE     2
                                                                NOVEMBER 17, 2012

                                                                OR0808-301248

                                                                FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/03/12 | RBB | Review of current case documents for initial case status | L140 | .20 hrs |
| 10/10/12 | RBB | Review and analysis of current case docket and all documents received from GMAC with R.Blossom, M.Wilson, and M.Wierman to determine what damages HOA is due under Florida law and if motion/brief will cancel hearing or if hearing will need to be attended | L140 | 1.50 hrs |
| 10/10/12 | RLB | Review and analyze client documents | L460 | 1.60 hrs |
| 10/10/12 | RLB | Review and respond to e-mails from client regarding analysis of foreclosure issue | L460 | .30 hrs |
| 10/10/12 | RLB | Research law regarding priority of condominium assessment lien | L460 | 1.30 hrs |
| 10/11/12 | RLB | Teleconference with client regarding post-litigation strategy | L460 | .30 hrs |
| 10/11/12 | RBB | Review motions hearing calendar for 15th judicial circuit (Florida) for available hearing dates and checked available hearing dates against M.Wilson\u00c6s current calendar | L140 | .50 hrs |
| 10/11/12 | RBB | Review and analysis of case status with attorney to determine if he needed title search for the property | L140 | .20 hrs |
| 10/11/12 | RBB | Conference with title search company to request full title search of the property | L140 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

OR0808-301248

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/11/12 | RBB | Prepare written request to title search company to request full title search of the property | L140 | .10 hrs |
| 10/11/12 | RBB | Review and analysis of correspondence to/from C.DiCicco (GMAC) regarding attorneyÆs case analysis and action plan for case status update | L140 | .40 hrs |
| 10/15/12 | RBB | Review motions hearing calendar for 15th judicial circuit (Florida) for available hearing dates and checked available hearing dates against J.VegaÆs current calendar | L140 | .30 hrs |
| 10/15/12 | RBB | Initial analysis of case file documents | L140 | .50 hrs |
| 10/16/12 | RBB | Review of case file with attorney received from runners service on 10/15 | L140 | .10 hrs |
| 10/16/12 | RBB | Conference with title search company regarding status of title search | L140 | .10 hrs |
| 10/16/12 | RBB | Review and analysis of title report and support documents received from title search company | L140 | .60 hrs |
| 10/16/12 | RLB | Continue review and analysis of pleadings | L210 | .30 hrs |
| 10/17/12 | RLB | Review and analyze title work | L460 | 1.00 hrs |
| 10/17/12 | RLB | Continue review and analysis of pleadings | L460 | 2.50 hrs |
| 10/17/12 | RLB | E-mails to client regarding title work and mortgage | L460 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
NOVEMBER 17, 2012

OR0808-301248

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/17/12 | RBB | Search for case file/docket entries for case 50-2010-CC-009606 on Palm Beach County Clerk of Courtæs website | L140 | .30 hrs |
| 10/17/12 | RBB | Review title search documents with attorney in order to request title search on additional unit | L140 | .20 hrs |
| 10/17/12 | RBB | Conference with title search company to request title search on same address but on unit 135 | L140 | .10 hrs |
| 10/17/12 | RBB | Prepare written request to title search company to request title search on same address but on unit 135 | L140 | .10 hrs |
| 10/18/12 | RBB | Prepare correspondence to title search company regarding status update on requested title search | L140 | .10 hrs |
| 10/18/12 | MPE | In depth search of court records and public records to determine the chain of title for the property in question and assess all pending liens | L110 | 3.40 hrs |
| 10/18/12 | RBB | Prepare copy of current case docket for attorney review | L140 | .10 hrs |
| 10/18/12 | RBB | Conference with title search company regarding status update on requested title search | L140 | .10 hrs |
| 10/18/12 | RLB | E-mail regarding title work | L460 | .10 hrs |
| 10/18/12 | RLB | Review and respond to e-mail from Wells Fargo regarding status of litigation | L460 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
NOVEMBER 17, 2012

0R0808-301248

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/12 | RLB | Review and analyze issues relating to hearing on default judgment | L460 | 1.00 hrs |
| 10/19/12 | RLB | Continue review and analysis of issues regarding damages hearing on default judgment | L460 | 1.50 hrs |
| 10/19/12 | RLB | Teleconferences and e-mail exchanges with client regarding settlement and post-litigation strategy in general | L460 | 2.00 hrs |
| 10/19/12 | RLB | E-mail memorandum to client regarding analysis of issues to be addressed | L460 | .70 hrs |
| 10/19/12 | KK | Review docket and draft Motion for Entry of Default and proposed Order in preparation of upcoming hearing on October 26, 2012 | L110 | 1.20 hrs |
| 10/19/12 | RBB | Prepare correspondence to parties on certificate of service regarding attached NOA/Designation of E-mail | L140 | .20 hrs |
| 10/19/12 | RBB | Prepare ILAB and chronology for attorney review | L140 | 1.40 hrs |
| 10/19/12 | RBB | Prepare NOA/Designation of E-mail for attorney review and signature | L140 | .20 hrs |
| 10/19/12 | RBB | Conference with Foreclosure counsel regarding request for foreclosure case file | L140 | .10 hrs |
| 10/19/12 | RBB | Prepare written request to Foreclosure counsel regarding request for foreclosure case file | L140 | .10 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301248

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/19/12 | RBB | Conference with title search company regarding request for title search on the Property | L140 | .10 hrs |
| 10/19/12 | RBB | Review and analysis of Palm Beach County local rules regarding e-filing documents | L140 | .20 hrs |
| 10/19/12 | RBB | Assist attorney with finalizing NOA/Designation of E-mail | L140 | .30 hrs |
| 10/22/12 | JDV | Analysis of pleadings and client correspondence regarding entry of final judgment in favor of Forest Condominium, Inc. | L120 | 1.60 hrs |
| 10/22/12 | RLB | Work regarding settlement of matter | L160 | .30 hrs |
| 10/22/12 | RBB | Review and analysis of document received from foreclosure counsel | L140 | .50 hrs |
| 10/23/12 | MPE | Email correspondence with default counsel regarding remaining parts of file. | L110 | .10 hrs |
| 10/23/12 | RLB | Review and analyze court filings | L460 | 1.20 hrs |
| 10/23/12 | RLB | Teleconference and e-mail exchange with opposing counsel regarding settlement potential | L160 | .70 hrs |
| 10/23/12 | JDV | Analysis of state law regarding calculation of deficiency waivers and settlement options | L120 | 2.80 hrs |
| 10/23/12 | JDV | Communications with client regarding litigation strategy and resolution | L120 | .30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/24/12 | RBB | Conference with title search company regarding status of title search | L140 | .10 hrs |
| 10/24/12 | RBB | Review and analysis of the documents received from title search company | L140 | 1.10 hrs |
| 10/24/12 | RLB | Teleconferences and e-mails to and from client regarding settlement potential | L160 | .70 hrs |
| 10/24/12 | RLB | Outline settlement proposal | L160 | .70 hrs |
| 10/24/12 | JDV | Review owners and encumbrance title report | L190 | .50 hrs |
| 10/25/12 | CWH | Review and analyze the two foreclosure suits and client's system to determine the intended status of this property | L210 | .60 hrs |
| 10/25/12 | CWH | Several phone calls and emails to client regarding issues with the property and HOA's claims | L210 | .80 hrs |
| 10/25/12 | CWH | Review and revise stipulation regarding settlement among the parties | L210 | .10 hrs |
| 10/25/12 | MPE | Review file and prepare all information needed for evidentiary hearing. | L450 | 1.10 hrs |
| 10/25/12 | JDV | Prepare for evidentiary hearing on motion for entry of deficiency judgment | L450 | 2.10 hrs |
| 10/25/12 | MCG | Review and analyze timeline and pleadings regarding evidentiary hearing on default judgment filed by homeowner's association | L110 | .60 hrs |