

### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    8
NOVEMBER 17, 2012

0R0808-301248

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/25/12 | MCG | Strategy regarding response to evidentiary hearing on default judgment filed by homeowner's association | L120 | .30 hrs |
| 10/25/12 | RLB | Teleconferences with opposing counsel regarding settlement | L160 | 1.00 hrs |
| 10/25/12 | RLB | E-mails to/from co-counsel regarding settlement issues | L160 | .60 hrs |
| 10/25/12 | RLB | Revise settlement stipulation | L160 | 1.00 hrs |
| 10/25/12 | RLB | E-mails to/from client regarding settlement | L160 | .50 hrs |
| 10/25/12 | RLB | E-mails to and from opposing counsel regarding settlement and W-9 | L160 | .80 hrs |
| 10/25/12 | RLB | Teleconferences with client regarding settlement | L160 | .60 hrs |
| 10/30/12 | RLB | E-mail to client regarding settlement check | L160 | .30 hrs |
| 10/30/12 | CWH | Exchange e-mails with opposing counsel about submission of consent order | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $10,799.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.80 hrs | 330.00 /hr | 594.00 |
| Robert B. Benson | 11.30 hrs | 149.00 /hr | 1,683.70 |
| Michael C. Griffin | .90 hrs | 323.00 /hr | 290.70 |
| Rashad L. Blossom | 21.30 hrs | 266.00 /hr | 5,665.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    9
NOVEMBER 17, 2012

0R0808-301248

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| Jose D. Vega | 7.30 hrs | 219.00 /hr | 1,598.70 |
| Melisa P. Palmer | 4.60 hrs | 149.00 /hr | 685.40 |
| Kerry Keane | 1.20 hrs | 160.00 /hr | 192.00 |

| | | |
|---|---|---|
| TOTAL FEES | 48.40 hrs | $10,799.70 |

**TOTAL CHARGES FOR THIS INVOICE**                     $10,799.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0808-301248

INVOICE #   820905

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   OR0808-301248
      The Forest Condominium, Inc. No. 1, a Florida Not For Profit
      Corporation v. Wells Fargo Bank, N.A as Trustee for Harbor
      View Mortgage Loan Trust 2006-10 - 733093
      TC # 733093

<u>EXPENSES</u>

| | |
|---|---|
| 11/07/12 Court Costs - Pleadings - WEST GROUP LDM COURT EXPRESS DOCUMENTS Bank ID: GENR Check Number: 101890 | 588.49 |
| 11/05/12 Airline Tickets - JOSE' VEGA ATTEND HEARING IN WEST PALM BEACH, FL 10/24/12 - 10/25/12 Bank ID: GENR Check Number: 102042 | 191.30 |
| 11/05/12 Airline Tickets - JOSE' VEGA ATTEND HEARING IN WEST PALM BEACH, FL 10/24/12 - 10/25/12 Bank ID: GENR Check Number: 102042 | 165.40 |
| 11/05/12 Travel Expense - JOSE' VEGA ATTEND HEARING IN WEST PALM BEACH, FL 10/24/12 - 10/25/12 HOTEL Bank ID: GENR Check Number: 102042 | 106.79 |
| 11/05/12 Travel Expense - JOSE' VEGA ATTEND HEARING IN WEST PALM BEACH, FL 10/24/12 - 10/25/12 RENTAL CAR Bank ID: GENR Check Number: 102042 | 235.38 |
| 11/05/12 Travel Expense - JOSE' VEGA ATTEND HEARING IN WEST PALM BEACH, FL 10/24/12 - 10/25/12 ROAD TOLL, FUEL, PARKING Bank ID: GENR Check Number: 102042 | 37.36 |
| 11/05/12 Meal Expense - JOSE' VEGA ATTEND HEARING IN WEST PALM BEACH, FL 10/24/12 - 10/25/12 Bank ID: GENR Check Number: 102042 | 26.91 |
| 11/13/12 Title Search Fee - A & A TITLE SERVICES, LLC RBENSON Bank ID: GENR Check Number: 102230 | 285.00 |

TOTAL COSTS FOR THIS MATTER                 $1,636.63



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      PAGE     2
                                                           NOVEMBER 30, 2012

                                                           0R0808-301248
                                                           FED ID NO. 63-0243316

TOTAL FEES                        0.00 hrs                      $.00

TOTAL EXPENSES                                            $1,636.63

**TOTAL CHARGES FOR THIS INVOICE**                       $1,636.63

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301248

INVOICE # 830189

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301248
The Forest Condominium, Inc. No. 1, a Florida Not For Profit
Corporation v. Wells Fargo Bank, N.A as Trustee for Harbor
View Mortgage Loan Trust 2006-10 - 733093
TC # 733093

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/05/12 | RLB | Teleconference with opposing counsel regarding status of settlement check | L160 | .30 hrs |
| 12/05/12 | RLB | E-mail to client regarding settlement check | L160 | .20 hrs |
| 12/06/12 | RLB | Draft cover letter regarding settlement check | L160 | .30 hrs |
| 12/06/12 | KK | Draft closing memorandum to send to client regarding status of case | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $260.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .80 hrs | 266.00 /hr | 212.80 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES                      1.10 hrs                      $260.80

**TOTAL CHARGES FOR THIS INVOICE**                            $260.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301248

INVOICE #  832553

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301248
     The Forest Condominium, Inc. No. 1, a Florida Not For Profit
     Corporation v. Wells Fargo Bank, N.A as Trustee for Harbor
     View Mortgage Loan Trust 2006-10 - 733093
     TC # 733093

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .20 hrs |
| 11/07/12 | RLB | E-mail to plaintiff's counsel regarding W-9 | L160 | .10 hrs |
| 11/07/12 | RLB | Teleconference with client regarding e-mail from Wells Fargo | L160 | .10 hrs |
| 11/07/12 | RLB | E-mail to client regarding completed W-9 | L160 | .10 hrs |
| 11/07/12 | RLB | Review completed W-9 | L160 | .10 hrs |
| 11/15/12 | RLB | Respond to e-mail from client regarding settlement check | L160 | .10 hrs |
| 11/28/12 | KK | Review docket to determine status of case and analyze settlement terms and determine next steps in case | L110 | .40 hrs |
| 11/29/12 | RLB | Telephone call to opposing counsel regarding settlement check | L160 | .40 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $388.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301248

FED ID NO. 63-0243316

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Rashad L. Blossom | 1.10 hrs | 266.00 /hr | 292.60 |
| Kerry Keane | .60 hrs | 160.00 /hr | 96.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.70 hrs | $388.60 |

**TOTAL CHARGES FOR THIS INVOICE**                         $388.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301249

INVOICE #  818546

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301249
     Close, William
     No. 733197
     TC # 733197

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/11/12 | SAP | Review file and draft Internal Litigation Analysis and Budget and correspond with client re same | B190 | .50 hrs |
| 10/12/12 | SAP | Review and analyze fact package received from client, including documents and materials contained therein and update ILAB | C100 | .50 hrs |
| 10/12/12 | SAP | Correspond with client re contacting Baltimore City Health Department | B190 | .20 hrs |
| 10/22/12 | SAP | Correspond with client re efforts to sell, transfer, or otherwise release the property | C100 | .10 hrs |
| 10/22/12 | SAP | Legal research re scope and reach of bankruptcy stay in context of case | C200 | 1.30 hrs |
| 10/22/12 | CWH | Review and analyze the fines alleged against GMAC and whether GMAC can invoke bankruptcy rights | L120 | .20 hrs |
| 10/23/12 | SAP | Draft Notice of Bankruptcy and Answer to Complaint | L250 | 1.60 hrs |
| 10/25/12 | EAF | Review Baltimore City Code regarding mortgagee's liability for code violation and relief therefrom | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301249

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/25/12 | SAP | Correspond with client re upcoming show cause hearing | B190 | .30 hrs |
| 10/25/12 | SAP | Revisions to Notice of Bankruptcy and Answer and file same with Court | B190 | .60 hrs |
| 10/25/12 | SAP | Legal and internet research re relevant code sections of Baltimore City Building, Fire and Related Codes to use as possible defense to alleged violations | B190 | .90 hrs |
| 10/25/12 | SAP | Review and analyze all file materials and land records re borrower's anticipated short sale and whether rather short sale went to settlement | B190 | .90 hrs |
| 10/30/12 | SAP | Correspond with client re materials needed for show cause hearing | L440 | .30 hrs |
| 10/30/12 | SAP | Review and assemble materials in preparation for show cause hearing | L440 | 1.40 hrs |
| 10/31/12 | SAP | Travel to/from, attend and participate in hearing before Judge Karasic | L450 | 4.10 hrs |

TOTAL FEES FOR THIS MATTER                           $4,275.50

10/25/12 Express Mail/Fedex
                                                      0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric A. Frechtel | .30 hrs | 358.00 /hr | 107.40 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Steven A. Pozefsky | 12.70 hrs | 323.00 /hr | 4,102.10 |

TOTAL FEES              13.20 hrs              $4,275.50

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
NOVEMBER 17, 2012

0R0808-301249

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $4,275.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301249

INVOICE # 821277

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301249
     Close, William
     No. 733197
     TC # 733197

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 11/01/12 | SAP | Draft and submit status update | B110 | .10 hrs |
| 11/01/12 | SAP | Correspond with client re obtaining dismissal of case in Maryland District Court | B190 | .20 hrs |
| 11/02/12 | SAP | Correspond with Maryland Solicitor's office re documents establishing that GMAC no longer has any interest in property | B190 | .30 hrs |
| 11/02/12 | SAP | Correspond with client re documents to provide to Maryland Solicitor | B190 | .20 hrs |
| 11/05/12 | SAP | Correspond with client re order dismissing case against GMAC | B190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $323.00

BILLING SUMMARY

  Steven A. Pozefsky        1.00 hrs    323.00 /hr      323.00

TOTAL FEES                  1.00 hrs                 $323.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301249

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $323.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301249

INVOICE #  830191

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301249
     Close, William
     No. 733197
     TC # 733197

EXPENSES

| | | |
|---|---|---|
| 11/27/12 | Travel Expense - STEVEN POZEFSKY ATTEND COURT HEARING IN BALTIMORE, MD 10/31/12  Bank ID: GENR Check Number: 102954 | 9.00 |
| 11/27/12 | Travel Expense - STEVEN POZEFSKY ATTEND COURT HEARING IN BALTIMORE, MD 10/31/12 MILEAGE 78.06 @ .555  Bank ID: GENR Check Number: 102954 | 43.32 |
| | TOTAL COSTS FOR THIS MATTER | $52.32 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $52.32 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $52.32 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301250

INVOICE #  818547

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301250
     City of Port St. Lucie v. 2198 SW Monterrey Ln - 732294
     TC # 732294

PROFESSIONAL SERVICES

| 10/08/12 | HTC | Review documents from client regarding notice of city violations and upcoming hearing and telephone conference with client and C.Morgan regarding handling of same | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                              $157.50

BILLING SUMMARY

| Hope Cannon | .50 hrs | 315.00 /hr | 157.50 |

TOTAL FEES              0.50 hrs              $157.50

**TOTAL CHARGES FOR THIS INVOICE**              $157.50

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301251

INVOICE # 818548

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301251
     Lalande, Forest
     No. 733165
     TC # 733165

### PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/05/12 | KK | Receive and review new file in which to analyze the merits of the affirmative defenses, research docket to determine status of case, and email foreclosure counsel regarding pleadings file and location of the original note | L110 | .30 hrs |
| 10/05/12 | CSM | Review and analyze affirmative defenses for purposes of determining exposure to motion to dismiss | L240 | .50 hrs |
| 10/08/12 | CSM | Emails with client and default counsel regarding immediate need for pleadings and case-related documents | L110 | .20 hrs |
| 10/22/12 | CSM | Emails with client regarding case status | L190 | .10 hrs |
| 10/24/12 | LADA | Review and analyze pleadings and documents for preparation of case analysis | L190 | 5.20 hrs |
| 10/24/12 | LADA | Communication with prior counsel regarding missing documents | L140 | .30 hrs |
| 10/24/12 | LADA | Communication with prior counsel regarding final note | L140 | .40 hrs |
| 10/25/12 | LADA | Revise analysis in light of recently received information | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              PAGE     2
                                                                   NOVEMBER 17, 2012

                                                                   0R0808-301251

                                                                   FED ID NO. 63-0243316

                    TOTAL FEES FOR THIS MATTER                          $691.00

          BILLING SUMMARY

             Cory S. Menees              .80 hrs    300.00 /hr          240.00
             Lucinda Kish              6.20 hrs      65.00 /hr          403.00
             Kerry Keane                .30 hrs    160.00 /hr            48.00

          TOTAL FEES                   7.30 hrs                        $691.00

          TOTAL CHARGES FOR THIS INVOICE                              $691.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive                                              NOVEMBER 30, 2012
Fort Washington, PA 19034                                        0R0808-301251

                                                                INVOICE #  820906

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0R0808-301251
         Lalande, Forest
         No. 733165
         TC # 733165
    11/16/12 Computerized Legal Research-Westlaw Westlaw
             User: MENEES,CORY                                        0.00


TOTAL FEES                      0.00 hrs
                                                            $.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                            $.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301251

INVOICE # 821278

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301251
     Lalande, Forest
     No. 733165
     TC # 733165

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/16/12 | CSM | Research regarding servicing requirements applicable to VA-guaranteed loans forming basis for borrower's purported defense and availability of fraud upon the court as a defense under Florida law | L120 | 4.40 hrs |
| 11/19/12 | CSM | Review fact package to determine accuracy of factual allegations made by borrower in support of affirmative defenses | L110 | .90 hrs |
| 11/19/12 | CSM | Draft memorandum regarding affirmation defense | C300 | 1.70 hrs |
| 11/20/12 | CWH | Analyze analysis memo before submission to client | L120 | .40 hrs |
| 11/21/12 | CWH | Continue to analyze the allegations of robo-signing of Affidavit of Indebtedness and assignment of mortgage in this file | L120 | .70 hrs |
| 11/21/12 | KK | Review docket and email westlaw courier regarding obtaining generic from Court to supplement review and analysis | L110 | .20 hrs |
| 11/26/12 | KK | Review order from court | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    PAGE    2
                                                         NOVEMBER 30, 2012

                                                         0R0808-301251

                                                         FED ID NO. 63-0243316

11/27/12   CWH   Analyze order which denied borrower's      L120      .20 hrs
                 motion to dismiss and request for
                 sanctions and update same in the summary
                 memo for client


                 TOTAL FEES FOR THIS MATTER
                                                                   $2,593.00

BILLING SUMMARY

    Christian W. Hancock        1.30 hrs    330.00 /hr        429.00
    Cory S. Menees              7.00 hrs    300.00 /hr      2,100.00
    Kerry Keane                  .40 hrs    160.00 /hr         64.00


TOTAL FEES                      8.70 hrs                   $2,593.00

TOTAL CHARGES FOR THIS INVOICE                            $2,593.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301251

INVOICE #  830192

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301251
     Lalande, Forest
     No. 733165
     TC # 733165

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 12/03/12 | CSM | Emails with foreclosure counsel regarding procedural posture of case and case history | L110 | .30 hrs |
| 12/11/12 | CSM | Emails with foreclosure counsel regarding case status | L190 | .20 hrs |
| 12/20/12 | CSM | Retrieve and review foreclosure case docket | L110 | .10 hrs |
| 12/20/12 | CSM | Emails with foreclosure counsel regarding status of entry of order dismissing foreclosure case | C400 | .10 hrs |
| 12/20/12 | CSM | Review and analyze filings in borrower's Chapter 7 bankruptcy case | L210 | .80 hrs |
| 12/20/12 | CSM | Revise scrub to reflect current status of foreclosure case and borrower's bankruptcy filing | C300 | 1.40 hrs |
| 12/21/12 | CSM | Emails with client regarding case status | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $900.00

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
JANUARY 23, 2013

0R0808-301251

FED ID NO. 63-0243316

### EXPENSES

12/11/12 Court Costs - Pleadings - WEST GROUP KK COURT
         DOCUMENTS                                                      133.68
         Bank ID: GENR Check Number: 103441

         TOTAL COSTS FOR THIS MATTER                               $133.68

### BILLING SUMMARY

   Cory S. Menees              3.00 hrs   300.00 /hr        900.00

TOTAL FEES                     3.00 hrs                    $900.00

TOTAL EXPENSES                                             $133.68

**TOTAL CHARGES FOR THIS INVOICE**                      $1,033.68

       ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301252

INVOICE #  818549

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301252
     Haas, Robert & Linda
     No. 733235
     TC # 733235

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/04/12 | MCG | Correspondence with J.Ho regarding new matter and potential need for filing motion to intervene and need for service of process documents | C300 | .50 hrs |
| 10/04/12 | MCG | Review and analyze complaint for foreclosure filed by second lien holder | C100 | .60 hrs |
| 10/08/12 | MSW | Review complaint, review and analyze real property records in Beaufort County, SC and draft answer and affirmative defenses | L120 | 2.30 hrs |
| 10/08/12 | LADA | Research pleadings and files regarding service upon parties | L140 | 2.10 hrs |
| 10/08/12 | LADA | Revise and finalize responsive pleading | L210 | .70 hrs |
| 10/12/12 | LADA | Research register of deeds records | L190 | 1.50 hrs |
| 10/15/12 | MSW | Exchange messages with client regarding document requirements | L120 | .20 hrs |
| 10/23/12 | MSW | Draft status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER          $1,295.20



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                          PAGE      2
                                                                                NOVEMBER 17, 2012

                                                                                0R0808-301252

                                                                                FED ID NO. 63-0243316

BILLING SUMMARY

    Michael C. Griffin            1.10 hrs     323.00 /hr          355.30
    Mark S. Wierman               2.60 hrs     254.00 /hr          660.40
    Lucinda Kish                  4.30 hrs      65.00 /hr          279.50

TOTAL FEES
                                  8.00 hrs                       $1,295.20

**TOTAL CHARGES FOR THIS INVOICE**
                                                                $1,295.20

                  ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301252

INVOICE #  821279

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301252
Haas, Robert & Linda
No. 733235
TC # 733235

### PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/13/12 | MSW | Draft analysis of case after review of property records, pleadings, and loan documents | L120 | 2.10 hrs |
| 11/13/12 | MCG | Revise initial litigation analysis | C300 | 1.10 hrs |
| 11/15/12 | LADA | Review pleadings for notification and certification of compliance with Supreme Court administrative order regarding intervention efforts | L140 | .60 hrs |
| 11/27/12 | MSW | Draft status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $953.10

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Michael C. Griffin | 1.10 hrs | 323.00 /hr | 355.30 |
| Mark S. Wierman | 2.20 hrs | 254.00 /hr | 558.80 |
| Lucinda Kish | .60 hrs | 65.00 /hr | 39.00 |

TOTAL FEES            3.90 hrs                 $953.10



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301252

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                          $953.10

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301253

INVOICE #  818550

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301253
McCoy, Derek
No. 705001
TC # 705001

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/15/12 | DCL | Conference call with N. Campbell, et al. regarding case strategy | L120 | .50 hrs |
| 10/15/12 | DCL | Research and analyze cases by Justice Peter Mayer regarding alleged robosigning in preparation for conference call with client | L120 | 1.20 hrs |
| 10/15/12 | DCL | Review McCoy docket | L120 | .50 hrs |
| 10/19/12 | DCL | Analyze McCoy transcript from hearing and publicly available pleadings for case strategy | L120 | 1.20 hrs |
| 10/23/12 | CWH | Review and analyze history of this contested case and work on steps for resolution of same | L210 | .20 hrs |
| 10/26/12 | DCL | Analyze GMACMÆs strategy for resolving CourtÆs concern about alleged robosigning | L120 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER

$1,870.80

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Dana C. Lumsden | 4.80 hrs | 376.00 /hr | 1,804.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301253

FED ID NO. 63-0243316

| TOTAL FEES | 5.00 hrs | $1,870.80 |
|---|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | | $1,870.80 |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301253

INVOICE #  821280

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301253
     McCoy, Derek
     No. 705001
     TC # 705001

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/09/12 | DCL | Analyze status of McCoy case and rulings by Justice Mayer regarding foreclosure issues | L120 | 1.10 hrs |
| 11/12/12 | DCL | Analyze correspondence from Jacqueline Ho regarding status of McCoy pleadings | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                               $488.80

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 1.30 hrs | 376.00 /hr | 488.80 |

| | | |
|---|---|---|
| TOTAL FEES | 1.30 hrs | $488.80 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$488.80** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301253

INVOICE #  830194

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301253
         McCoy, Derek
         No. 705001
         TC # 705001

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/06/12 | DCL | Analyze underlying pleadings and prepare memorandum affidavit | L120 | 1.10 hrs |
| 12/06/12 | DCL | Draft message to Jacqueline Ho regarding case strategy | L120 | .20 hrs |
| 12/12/12 | DCL | Analyze underlying pleadings and prepare remediated affidavits | L120 | .70 hrs |

              TOTAL FEES FOR THIS MATTER

                                                    $752.00

BILLING SUMMARY

   Dana C. Lumsden          2.00 hrs   376.00 /hr      752.00

TOTAL FEES                  2.00 hrs
                                                    $752.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                    **$752.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301254

INVOICE #  818551

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301254
     Commonwealth of Massachusetts v. GMAC, et al.
     No. 719385
     TC # 719385

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/09/12 | DCL | Analyze status of Ibanez issues in Massachusetts state and federal courts | L120 | 1.20 hrs |
| 10/16/12 | RBB | Review and analysis of loan and loan assignment spreadsheets in order to provide requested information to attorney | L140 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $510.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 1.20 hrs | 376.00 /hr | 451.20 |
| Robert B. Benson | .40 hrs | 149.00 /hr | 59.60 |

TOTAL FEES                    1.60 hrs                    $510.80

**TOTAL CHARGES FOR THIS INVOICE**                    $510.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0R0808-301254
Fort Washington, PA 19034

                                                               INVOICE #  821281

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301254
     Commonwealth of Massachusetts v. GMAC, et al.
     No. 719385
     TC # 719385

PROFESSIONAL SERVICES

11/19/12  KSA   Telephone discussions with Goodwin's        L120     .60 hrs
                counsel regarding allegations against
                Goodwin and contact eviction firm
                regarding status

          TOTAL FEES FOR THIS MATTER                                 $133.80

BILLING SUMMARY

   Keith S. Anderson        .60 hrs   223.00 /hr       133.80

TOTAL FEES                  0.60 hrs                    $133.80

**TOTAL CHARGES FOR THIS INVOICE**                     **$133.80**

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
OR0808-301255

INVOICE #  818552

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  OR0808-301255
     Temple, Linda & Ricky
     No. 733449
     TC # 733449

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/22/12 | EWS | Reviewed file materials and assigned case to J.Phillips. | L190 | .40 hrs |
| 10/23/12 | JJPH | Telephone call to Metro codes regarding demolition costs | L120 | .10 hrs |
| 10/23/12 | JJPH | Review and analyze letter from Metro regarding demolition notice | L210 | .20 hrs |
| 10/23/12 | JJPH | Initial review of servicing file for Ricky and Linda Temple | L110 | .30 hrs |
| 10/23/12 | JJPH | Telephone conference with Jeff Campbell, attorney with Metro law, regarding demolition costs | L110 | .10 hrs |
| 10/24/12 | JJPH | Telephone conference with Michelle Steele in response to letter for demolition costs | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $306.40

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .80 hrs | 250.00 /hr | 200.00 |
| Eric Smith | .40 hrs | 266.00 /hr | 106.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
NOVEMBER 17, 2012

0R0808-301255

FED ID NO. 63-0243316

TOTAL FEES                     1.20 hrs                        $306.40

**TOTAL CHARGES FOR THIS INVOICE**                             $306.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301255

INVOICE #  821282

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301255
     Temple, Linda & Ricky
     No. 733449
     TC # 733449

## PROFESSIONAL SERVICES

| Date | Staff | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/02/12 | JJPH | Email correspondence regarding discussions with Metro legal | L110 | .10 hrs |
| 11/02/12 | EWS | Prepare status report. | L190 | .10 hrs |
| 11/03/12 | AHC | Draft status report for attorney review | L190 | .20 hrs |
| 11/09/12 | JJPH | Telephone call to Metro legal regarding codes violation | L110 | .10 hrs |
| 11/09/12 | JJPH | Initial review of servicing file | L110 | .50 hrs |
| 11/09/12 | JJPH | Review land records for 5804 Ethel Street | L110 | .30 hrs |
| 11/12/12 | JJPH | Telephone conference and email correspondence with Lora Fox regarding demolition lien | L110 | .30 hrs |
| 11/14/12 | JJPH | Review information from Metro legal regarding demolition lien | L110 | .20 hrs |
| 11/14/12 | JJPH | Emails with Jance Hoy regarding demolition lien | L110 | .10 hrs |
| 11/14/12 | JJPH | Review records regarding borrower's bankruptcy | L110 | .20 hrs |
| 11/14/12 | JJPH | Review servicing records to determine last contact with borrower | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301255

FED ID NO. 63-0243316

11/15/12   JJPH Review property inspection records from       L110      .20 hrs
           client

TOTAL FEES FOR THIS MATTER
                                                                   $630.60

BILLING SUMMARY

   Joshua J. Phillips            2.30 hrs    250.00 /hr        575.00
   Eric Smith                     .10 hrs    266.00 /hr         26.60
   Alecia H. Cockrell             .20 hrs    145.00 /hr         29.00

TOTAL FEES
                                 2.60 hrs
                                                               $630.60
**TOTAL CHARGES FOR THIS INVOICE**
                                                            $630.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301255

INVOICE #  830196

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301255
     Temple, Linda & Ricky
     No. 733449
     TC # 733449

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/30/12 | JJPH | Property visit and inspection | L110 | 1.00 hrs |
| 12/03/12 | JJPH | Prepare status report to client regarding property inspection and codes violations | L120 | .10 hrs |
| 12/11/12 | JJPH | Draft, revise, and finalize initial litigation assessment for client | L120 | 1.60 hrs |
| 12/11/12 | JJPH | Email correspondence with Lora Fox regarding request for records | L120 | .10 hrs |
| 12/11/12 | JJPH | Review and analyze statutes and ordinances relating to demolition liens | L120 | .90 hrs |
| 12/12/12 | JJPH | Email correspondence with Jance Hoy regarding codes violation and settlement | L120 | .20 hrs |
| 12/12/12 | JJPH | Email correspondence to Metro attorney, Lora Fox, regarding settlement offer | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,000.00

## BILLING SUMMARY

Joshua J. Phillips          4.00 hrs    250.00 /hr      1,000.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301255

FED ID NO. 63-0243316

TOTAL FEES                    4.00 hrs                    $1,000.00

**TOTAL CHARGES FOR THIS INVOICE**                    $1,000.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301256

INVOICE #  821283

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301256
     Menendez, Javier
     No. 733443
     TC # 733443

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/02/12 | CJA | Draft correspondence to local code official and FNMA regarding code violation and requested removal from docket based on FNMA lease | B250 | .50 hrs |
| 11/14/12 | ERP | Draft status update for attorney review | L120 | .20 hrs |
| 11/14/12 | ERP | Initial draft of closing memorandum for attorney review | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$195.00

## BILLING SUMMARY

| | | | |
|------|------|------|------|
| Emily R. Powell | .60 hrs | 150.00 /hr | 90.00 |
| C. Jason Avery | .50 hrs | 210.00 /hr | 105.00 |

TOTAL FEES         1.10 hrs          $195.00

**TOTAL CHARGES FOR THIS INVOICE**          $195.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 15, 2013
0R0808-301256

INVOICE #  829308

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301256
     Menendez, Javier
     No. 733443
     TC # 733443

TOTAL FEES                   0.00 hrs
                                                    $.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                    $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301257

INVOICE #  818553

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301257
     Huntley, Lee
     No. 733581
     TC # 733581

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 10/17/12 | GP | Review and analyze complaint | L120 | .80 hrs |
| 10/17/12 | GP | Consider defense strategy | L120 | .90 hrs |
| 10/17/12 | GP | Research similar cases filed by plaintiff | L120 | 1.80 hrs |
| 10/18/12 | GP | Research arguments for fraudulent joinder under fifth circuit law | L210 | 1.30 hrs |
| 10/18/12 | GP | Draft Notice of Removal | L210 | 3.30 hrs |
| 10/18/12 | GP | Research and analyze state court records related to the property for notice of removal | L210 | 1.20 hrs |
| 10/19/12 | GP | Draft affidavits to support notice of removal | L210 | 1.00 hrs |
| 10/19/12 | GP | Draft notice of removal to state court | L210 | .30 hrs |
| 10/19/12 | GP | Draft certificate of interested parties | L210 | .30 hrs |
| 10/22/12 | GP | Draft notice of removal | L210 | 3.40 hrs |
| 10/22/12 | GP | Draft exhibits and documents to attached to Notice of Removal | L210 | 1.20 hrs |
| 10/22/12 | GP | Draft answer to plaintiff's complaint | L210 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301257

FED ID NO. 63-0243316

| 10/22/12 | GP | Draft Motion to Dismiss Plaintiff's Complaint | L240 | 1.00 hrs |
| 10/23/12 | GP | Review and revise motion to dismiss | L240 | 2.30 hrs |
| 10/23/12 | MST | Draft Civil Cover Sheet and Supplemental Cover Sheet and open case in federal court in preparation of removal from state court | L210 | 1.10 hrs |
| 10/23/12 | MST | Finalize Notice of Removal and exhibits, Notice of Filing Notice of Removal and exhibit, Certificate of Interested Parties and Answer and prepare all for filing and service in state and federal courts | L210 | 2.30 hrs |
| 10/23/12 | KSA | Review and edit remand and motion to dismiss | L250 | .80 hrs |
| 10/24/12 | MST | Telephone call to clerk regarding removal document | L120 | .20 hrs |
| 10/24/12 | MST | Review docket sheet regarding service | L120 | .20 hrs |
| 10/24/12 | MST | Draft Amended Cover Sheet and prepare for filing and service | L120 | .40 hrs |
| 10/24/12 | GP | Consider strategy for proceeding with defense of action | L120 | .40 hrs |
| 10/26/12 | GP | Consider strategy for proceeding with defense of action | L120 | .30 hrs |
| 10/26/12 | KSA | Analyze claims and complete initial litigation analysis budget | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 17, 2012

0R0808-301257

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                                    $4,794.00

| | | |
|---|---|---|
| 10/23/12 Copy Charges | | 0.00 |
| 10/29/12 Copy Charges | | 0.00 |
| 10/22/12 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
|          User: PREMO,GRANT | | |
| 10/23/12 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
|          User: PREMO,GRANT | | |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 4.20 hrs | 150.00 /hr | 630.00 |
| Keith S. Anderson | 1.50 hrs | 223.00 /hr | 334.50 |
| Grant Premo | 20.70 hrs | 185.00 /hr | 3,829.50 |

TOTAL FEES              26.40 hrs              $4,794.00

TOTAL CHARGES FOR THIS INVOICE                  $4,794.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301257

INVOICE #  820907

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301257
     Huntley, Lee
     No. 733581
     TC # 733581

EXPENSES

| | | |
|---|---|---|
| 11/23/12 Filing Fees - BANK OF AMERICA BEXAS DC 10-23-12 | | 2.00 |
| Bank ID: GENR Check Number: 102858 | | |
| 11/23/12 Filing Fees - BANK OF AMERICA USDC TX 10-23-12 | | 350.00 |
| Bank ID: GENR Check Number: 102858 | | |
| 11/23/12 Recording Fees - BANK OF AMERICA TX ONLINE 10-24-12 | | 8.48 |
| Bank ID: GENR Check Number: 102858 | | |

TOTAL COSTS FOR THIS MATTER                     $360.48

TOTAL FEES                 0.00 hrs                  $.00

TOTAL EXPENSES                                    $360.48

**TOTAL CHARGES FOR THIS INVOICE**               **$360.48**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301257

INVOICE #  821284

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301257
     Huntley, Lee
     No. 733581
     TC # 733581

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | KSA | Prepare status report regarding removal and motion to dismiss filed | L120 | .10 hrs |
| 11/01/12 | KSA | Telephone discussion with Goodwin's counsel regarding claims and request for indemnity | L120 | .20 hrs |
| 11/01/12 | KSA | Update email to J.Hoy regarding Goodwin entry | L120 | .20 hrs |
| 11/01/12 | KSA | Review broker agreement for indemnity provisions | L120 | .20 hrs |
| 11/14/12 | KSA | Review allegations in amended complaint and outline motion to dismiss arguments | L210 | .70 hrs |
| 11/14/12 | GP | Analyze amended complaint | L210 | .80 hrs |
| 11/14/12 | GP | Consider strategy for responding to amended complaint and proceeding in action | L120 | 1.40 hrs |
| 11/15/12 | GP | Research Texas law regarding tortious interference with contract for responding to amended complaint | L210 | 2.30 hrs |
| 11/15/12 | GP | Review broker agreement and consider possible indemnification | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OR0808-301257

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/15/12 | GP | Consider strategy for responding to amended complaint | L210 | .90 hrs |
| 11/15/12 | KSA | Conference call with P.Stokes and J.Hoy regarding indemnity provision | L120 | .40 hrs |
| 11/15/12 | KSA | Analyze amended complaint allegations and indemnity provisions in listing agreement | L210 | .40 hrs |
| 11/15/12 | KSA | Update email to J.Hoy regarding new allegations and indemnity request | L120 | .40 hrs |
| 11/19/12 | KSA | Review plaintiff's motion to remand and research caselaw cited | L250 | 1.40 hrs |
| 11/19/12 | GP | Analyze motion to remand | L210 | .60 hrs |
| 11/20/12 | GP | Research Texas law regarding tortious interference with contract to respond to motion to remand and amended complaint | L240 | 2.80 hrs |
| 11/20/12 | KSA | Review amended complaint and motion to remand to Pauline arguments in response | L250 | .80 hrs |
| 11/21/12 | GP | Draft e-mail to co-defendant regarding motion to dismiss and motion to remand | L120 | 1.20 hrs |
| 11/21/12 | GP | Review pleadings from forcible detainer action and consider implications on motion to remand and motion to dismiss | L120 | 1.70 hrs |
| 11/21/12 | GP | Research Fifth circuit law regarding fraudulent joinder for motion to remand | L210 | 2.30 hrs |
| 11/21/12 | KSA | Research cases for opposition to remand and motion to dismiss | L250 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/21/12 | KSA | Email update to J.Hoy and P.Stokes | L120 | .30 hrs |
| 11/21/12 | KSA | Draft affidavit for C.Goodwin | L210 | .40 hrs |
| 11/21/12 | KSA | Telephone and email discussions with eviction counsel regarding status of property | L120 | .20 hrs |
| 11/21/12 | KSA | Outline opposition to motion to remand motion | L250 | .40 hrs |
| 11/26/12 | KSA | Review pleadings and draft summary status email to J.Best | L120 | .80 hrs |
| 11/26/12 | GP | Draft e-mail to C.Goodwin and N.Stout regarding motion to remand | L120 | .30 hrs |
| 11/27/12 | GP | Draft affidavit to support motion to remand and consider possible revisions | L210 | 2.30 hrs |
| 11/27/12 | GP | Research Fifth circuit law regarding certain evidence rules for motion to remand | L210 | .20 hrs |
| 11/27/12 | GP | Draft Motion to Dismiss Amended Complaint | L240 | 4.20 hrs |
| 11/27/12 | GP | Research Fifth circuit law regarding arguments for opposition to motion to remand | L210 | 1.70 hrs |
| 11/27/12 | GP | Draft Opposition to Motion to Remand | L210 | 3.80 hrs |
| 11/27/12 | KSA | Edit remand opposition and motion to dismiss | L250 | 1.80 hrs |
| 11/27/12 | KSA | Conference call with listing agent C.Goodwin | L110 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
NOVEMBER 30, 2012

0R0808-301257

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/27/12 | KSA | Review Goodwin's affidavit for opposition to remand | L210 | .30 hrs |
| 11/27/12 | KSA | Review eviction court file to evaluate DTND claims | L120 | .40 hrs |
| 11/28/12 | KSA | Edit opposition to remand and motion to dismiss and file same | L250 | 1.30 hrs |
| 11/28/12 | KSA | Multiple emails and telephone discussions with P.Stokes regarding filing joint defense agreement | L120 | .40 hrs |
| 11/28/12 | MST | Finalize Motion to Dismiss with 10 exhibits and proposed order and prepare all for filing and service | L210 | .90 hrs |
| 11/28/12 | MST | Finalize Opposition to Plaintiff's Motion to Remand with exhibits and prepare all for filing and service | L210 | .80 hrs |
| 11/28/12 | GP | Revise Opposition to Motion to Remand | L210 | 1.40 hrs |
| 11/28/12 | GP | Revise Motion to Dismiss Amended Complaint | L240 | 1.80 hrs |
| 11/28/12 | GP | Prepare exhibits to attach to Motion to Dismiss Amended Complaint | L240 | .70 hrs |
| 11/30/12 | GP | Consider strategy regarding motion to remand | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $9,074.50



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
NOVEMBER 30, 2012

0R0808-301257

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.70 hrs | 150.00 /hr | 255.00 |
| Keith S. Anderson | 13.50 hrs | 223.00 /hr | 3,010.50 |
| Grant Premo | 31.40 hrs | 185.00 /hr | 5,809.00 |

| | | |
|---|---|---|
| TOTAL FEES | 46.60 hrs | $9,074.50 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$9,074.50**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301257

INVOICE #  830198

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301257
     Huntley, Lee
     No. 733581
     TC # 733581

### PROFESSIONAL SERVICES

| Date | | Description | | |
|------|----|------|----|----|
| 12/01/12 | KSA | Draft status report | L120 | .10 hrs |
| 12/11/12 | KSA | Telephone discussion with Goodwin's counsel regarding joint defense agreement | L120 | .20 hrs |
| 12/11/12 | KSA | Email update to J.Hoy regarding joint defense agreement | L120 | .20 hrs |
| 12/11/12 | KSA | Draft revised agreement and send to Goodwin's counsel | L120 | .20 hrs |
| 12/14/12 | KSA | Correspondence with Goodwin's counsel regarding joint defense agreement and edit to joint defense agreement supplement | L120 | 1.00 hrs |
| 12/14/12 | GP | Review and revise joint defense agreement | L120 | .30 hrs |
| 12/17/12 | GP | Draft correspondence regarding potential claims related to sale of property in REO | L120 | 3.20 hrs |
| 12/17/12 | KSA | Review of supplement joint defense agreement and communications to J.Hoy regarding supplement | L120 | .20 hrs |
| 12/20/12 | MST | Receive order mooting motion to dismiss and update pleadings index regarding same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $1,101.20

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301257

FED ID NO. 63-0243316

EXPENSES

12/27/12 Court Costs - Pleadings - WEST GROUP COURT
DOCUMENTS                                                    175.20

         TOTAL COSTS FOR THIS MATTER                        $175.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .20 hrs | 150.00 /hr | 30.00 |
| Keith S. Anderson | 1.90 hrs | 223.00 /hr | 423.70 |
| Grant Premo | 3.50 hrs | 185.00 /hr | 647.50 |

TOTAL FEES                    5.60 hrs                     $1,101.20

TOTAL EXPENSES                                               $175.20

**TOTAL CHARGES FOR THIS INVOICE**                        **$1,276.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301258

INVOICE # 818554

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301258
     Hannemann, Steven J.
     Ally No. 733540
     TC # 733540

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/16/12 | CWH | Review and analyze correspondence and pleadings from client to determine if client should mandamus recent discovery order | L110 | .50 hrs |
| 10/16/12 | CWH | Review state law regarding depositions and subpoenas | L110 | .30 hrs |
| 10/16/12 | CWH | Initial phone call with client regarding deposition request and court order | L110 | .20 hrs |
| 10/16/12 | CWH | Exchange e-mails with GMAC to confirm the figures in the Affidavit of Indebtedness at issue | L110 | .20 hrs |
| 10/16/12 | CWH | Draft analysis and strategy emails to client | L120 | 1.00 hrs |
| 10/16/12 | ESA | Research on ability of Illinois trial court to compel out-of-state employee to testify in deposition | L250 | 4.60 hrs |
| 10/17/12 | CWH | Exchange several emails with client regarding options for subpoena/deposition request | L120 | .60 hrs |
| 10/17/12 | CWH | Phone call with local counsel in Illinois about deposition issues | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
· LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301258

FED ID NO. 63-0243316

| 10/17/12 | CWH | Exchange follow up e-mails with local counsel about borrower's desire for a video deposition and the topics he wants to cover | L120 | .20 hrs |
|---|---|---|---|---|
| 10/18/12 | CWH | Exchange e-mails with document execution team managers about upcoming deposition in Illinois case | L330 | .20 hrs |
| 10/23/12 | CWH | Exchange e-mails with witness's manager regarding her availability for deposition in November | L330 | .10 hrs |
| 10/23/12 | CWH | Exchange e-mails with local counsel regarding witness's availability for deposition in November | L330 | .10 hrs |
| 10/31/12 | CWH | Follow-up with default counsel on the setting of deposition and preparation day | L330A | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $2,486.00

BILLING SUMMARY

| Christian W. Hancock | 3.70 hrs | 330.00 /hr | 1,221.00 |
|---|---|---|---|
| Edmund Sauer | 4.60 hrs | 275.00 /hr | 1,265.00 |

TOTAL FEES               8.30 hrs                    $2,486.00

**TOTAL CHARGES FOR THIS INVOICE**                    $2,486.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301258

INVOICE # 821285

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re: 0R0808-301258
    Hannemann, Steven J.
    Ally No. 733540
    TC # 733540

PROFESSIONAL SERVICES

| 11/06/12 | CWH | Draft status report for client | L110 | .10 hrs |
|---|---|---|---|---|
| 11/06/12 | CWH | Follow-up with local counsel on setting of deposition | L330 | .10 hrs |
| 11/06/12 | CWH | Advise employee's manager of likely date of deposition and answer her follow-up questions | L110 | .20 hrs |
| 11/07/12 | CWH | Exchange e-mails with client regarding deposition preparation | L110 | .20 hrs |
| 11/13/12 | CWH | Exchange e-mails with client regarding scheduling and preparation of deposition | L330 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $264.00

BILLING SUMMARY

| Christian W. Hancock | .80 hrs | 330.00 /hr | 264.00 |
|---|---|---|---|

| TOTAL FEES | 0.80 hrs | | $264.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        2
NOVEMBER 30, 2012

0R0808-301258

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE

$264.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301259

INVOICE # 818555

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301259
     Fall Creek Homeowners Association, Inc. v. GMAC
     Mortgage, LLC - 733588
     TC # 733588

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/18/12 | BG | Conversation with opposing counsel about the status of the property and of the litigation | L120 | .30 hrs |
| 10/18/12 | BG | Correspondence with client regarding analysis and immediate plan of action | L120 | .20 hrs |
| 10/18/12 | BG | Receipt / review of initial client documents and provide analysis and immediate plan of action | L110 | .80 hrs |
| 10/18/12 | GWG | Review new file received from client and calls with counsel for the HOA regarding facts of the case | L110 | 1.60 hrs |
| 10/18/12 | MST | Receipt and review of new case documents including loan documents and pleadings to determine case strategy and update file regarding same | L110 | .60 hrs |
| 10/19/12 | GWG | Edit answer to plaintiff's petition | L210 | .30 hrs |
| 10/19/12 | BG | Receipt / review of initial client materials and evaluate impact on case posture | L110 | .40 hrs |
| 10/19/12 | BG | Review servicing notes to determine client's knowledge of HOA sale | L120 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0808-301259

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/19/12 | BG | Draft general denial | L210 | .30 hrs |
| 10/19/12 | BG | Send general update and summary to client | L190 | .20 hrs |
| 10/22/12 | BG | Revise Answer and Affirmative Defenses | L210 | .10 hrs |
| 10/22/12 | BG | Correspondence with client regarding filing notice of bankruptcy | L210 | .20 hrs |
| 10/22/12 | BG | Draft Notice of Bankruptcy Order | L210 | .50 hrs |
| 10/22/12 | BG | Correspondence with client requesting approval of Notice of Bankruptcy Order and discussing case strategy | L120 | .20 hrs |
| 10/22/12 | MCG | Review and analyze pleadings and prepare notice of filing final supplemental order in bankruptcy | L210 | .40 hrs |
| 10/22/12 | GWG | Work on notice of bankruptcy | L210 | .30 hrs |
| 10/22/12 | MST | Finalize Notice of Bankruptcy and Final Supplemental Order and prepare for filing and service | L210 | .70 hrs |
| 10/22/12 | MST | Obtain and analyze title report and appraised value of property, forward to attorneys and update file regarding same | L110 | .60 hrs |
| 10/23/12 | BG | Review LPS notes for relevant information | L120 | .30 hrs |
| 10/23/12 | BG | Investigate process for preventing abusive bankruptcy filings | L120 | .30 hrs |
| 10/23/12 | BG | Receipt / review of title report and identify any relevant information | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

**FED ID NO. 63-0243316**

| | | | | |
|---|---|---|---|---|
| 10/23/12 | RLB | Research regarding automatic stay for serial filers | B410 | .80 hrs |
| 10/23/12 | RLB | Teleconference with co-counsel regarding analysis of automatic stay issues | B410 | .50 hrs |
| 10/24/12 | MST | Begin background search of Plaintiff to determine if there were prior lawsuits | L120 | .40 hrs |
| 10/24/12 | BG | Review property records and evaluate impact on case | L120 | .40 hrs |
| 10/24/12 | BG | Response to client inquiry regarding HOA foreclosure | L120 | .30 hrs |
| 10/26/12 | BG | Correspondence with client regarding repeat bankruptcy filings and response | L120 | .20 hrs |
| 10/28/12 | MST | Analysis of state court pleadings to determine initial evaluation of case | L120 | .80 hrs |
| 10/28/12 | MST | Analysis of letter from Fall Creek Owner's counsel regarding violation of dedicatory instruments and update file regarding same | L110 | .30 hrs |
| 10/28/12 | MST | Obtain background information regarding plaintiff including multiple bankruptcies, liens, judgments, fraud alerts regarding social security number, employment history and address history and prepare memo to attorneys regarding same | L110 | 2.10 hrs |
| 10/28/12 | MST | Obtain and analyze dismissal orders from 8 bankruptcies filed by plaintiff and prepare memo regarding same | L110 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
NOVEMBER 17, 2012

0R0808-301259

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/29/12 | MST | Further research regarding bankruptcy dismissal actions; prepare memorandum regarding same and update file | L120 | .90 hrs | |
| 10/29/12 | BG | Review bankruptcy dismissals and background check | L120 | .10 hrs | |
| 10/29/12 | GWG | Legal research into possible ways to prevent serial bankruptcy filings | L120 | 1.30 hrs | |

TOTAL FEES FOR THIS MATTER                                 $3,585.50

10/28/12 Computerized Legal Research-Westlaw Westlaw
         User: THOMPSON,MELANIE                                    0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 7.00 hrs | 150.00 /hr | 1,050.00 |
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| Rashad L. Blossom | 1.30 hrs | 266.00 /hr | 345.80 |
| Graham W. Gerhardt | 3.50 hrs | 263.00 /hr | 920.50 |
| Blake Goodsell | 6.00 hrs | 190.00 /hr | 1,140.00 |

TOTAL FEES            18.20 hrs                  $3,585.50

**TOTAL CHARGES FOR THIS INVOICE**              $3,585.50

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301259

INVOICE #  820908

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301259
    Fall Creek Homeowners Association, Inc. v. GMAC
    Mortgage, LLC - 733588
    TC # 733588

## EXPENSES

| | | |
|---|---|---|
| 11/23/12 | Filing Fees - BANK OF AMERICA HC DISTRICT CLERK 10-30-12 | 108.00 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA HC DISTRICT CLERK | 4.00 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 10-22-12 | 14.10 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 10-22-12 | 8.48 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA HC DISTRICT CLERK 10-22-12 | 2.00 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA HC DISTRICT CLERK 10-22-12 | 2.00 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Filing Fees - BANK OF AMERICA TX ONLINE 10-18-12 | 8.48 |
| | Bank ID: GENR Check Number: 102858 | |

TOTAL COSTS FOR THIS MATTER      $147.06

TOTAL FEES        0.00 hrs      $.00

TOTAL EXPENSES      $147.06



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
NOVEMBER 30, 2012

0R0808-301259

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $147.06

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301259

INVOICE #  821286

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301259
     Fall Creek Homeowners Association, Inc. v. GMAC
     Mortgage, LLC - 733588
     TC # 733588

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | BG | Draft status report for client regarding history of the case and plan for further action | L190 | .20 hrs |
| 11/01/12 | BG | Correspondence with client regarding resetting of the foreclosure sale | L120 | .10 hrs |
| 11/02/12 | BG | Correspondence with client regarding property preservation and title report | L120 | .20 hrs |
| 11/02/12 | BG | Evaluate potential responses to repeat bankruptcy filings | L120 | .30 hrs |
| 11/02/12 | BG | Provide summary to the client of potential responses to serial bankruptcy filing | L120 | .30 hrs |
| 11/02/12 | TPG | Analysis of Section 109 and Section 362(c) and right to foreclosure despite serial filings by debtor | L120 | .90 hrs |
| 11/02/12 | GWG | Research into effect of bankruptcy on possible claimed damages | L120 | .60 hrs |
| 11/02/12 | GWG | Research into effect of plaintiff's serial bankruptcy filings | L120 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301259

FED ID NO. 63-0243316

| 11/07/12 | BG | Research viability of foreclosure deed from HOA foreclosure and need to conduct full foreclosure on first lien | L120 | .20 hrs |
|---|---|---|---|---|
| 11/08/12 | BG | Conversation with client regarding plan of action | L120 | .20 hrs |
| 11/08/12 | GWG | Analyze necessity of second foreclosure action | L120 | 1.00 hrs |
| 11/12/12 | GWG | Research potential second foreclosure action | L120 | 1.20 hrs |
| 11/12/12 | BG | Draft summary of reasons to proceed with foreclosure | L120 | .40 hrs |
| 11/13/12 | BG | Conversation with client regarding plan of action | L120 | .30 hrs |
| 11/15/12 | BG | Evaluate issues to discuss with HOA counsel | L120 | .10 hrs |
| 11/15/12 | BG | Conversation with client regarding plan of action | L190 | .20 hrs |
| 11/15/12 | GWG | Calls with B. Ortego and S. McGinnis regarding facts of case and case strategy | L110 | .80 hrs |
| 11/16/12 | MST | Analyze deficiency notices regarding prior bankruptcy cases for plaintiff | L110 | .50 hrs |
| 11/16/12 | BG | Evaluate timing of sale notice relative to relief from abusive bankruptcy filer | L120 | .40 hrs |
| 11/16/12 | BG | Conversation with client regarding plan of action | L120 | .20 hrs |



**B R A D L E Y   A R A N T**
**B O U L T   C U M M I N G S**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
NOVEMBER 30, 2012

0R0808-301259

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/20/12 | BG | Order updated title report | L120 | .10 hrs |
| 11/20/12 | MST | Analyze updated title report at the request of client | L110 | .40 hrs |
| 11/21/12 | BG | Correspondence with client regarding plan of action | L120 | .20 hrs |
| 11/21/12 | BG | Call opposing counsel regarding conveyance of the property | L120 | .20 hrs |
| 11/21/12 | GWG | Call with HOA counsel regarding status of foreclosure and eviction | L120 | .30 hrs |
| 11/26/12 | GWG | Work on litigation analysis to client | L120 | .60 hrs |
| 11/26/12 | MST | Analysis of title report regarding chain of title, liens and judgments | L110 | .40 hrs |
| 11/26/12 | BG | Correspondence from client regarding litigation risk summary | L120 | .10 hrs |
| 11/26/12 | BG | Review updated title report | L120 | .10 hrs |
| 11/26/12 | BG | Conversation with client regarding penalties and fees and risk assessment | L120 | .30 hrs |
| 11/26/12 | BG | Review HOA covenants and evaluate impact on recoverability HOA fees and penalties | L120 | .30 hrs |
| 11/26/12 | BG | Correspondence with client regarding redemption period | L120 | .30 hrs |
| 11/26/12 | BG | Evaluate need to respond to Request for Disclosures | L210 | .20 hrs |
| 11/26/12 | BG | Revise Risk assessment memorandum | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0808-301259

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/26/12 | BG | Draft full litigation risk summary per client request | L190 | 1.50 hrs |
| 11/26/12 | BG | Correspondence regarding updated title report | L120 | .10 hrs |
| 11/27/12 | BG | Revise Risk assessment memorandum | L120 | .20 hrs |
| 11/27/12 | BG | Conversation with client regarding plan of action | L120 | .50 hrs |
| 11/27/12 | BG | Conversation with opposing counsel regarding outstanding HOA dues | L120 | .20 hrs |
| 11/27/12 | BG | Update client regarding conversation with HOA counsel and second lien on the property | L120 | .20 hrs |
| 11/27/12 | BG | Correspondence with client regarding property trustee | L120 | .10 hrs |
| 11/27/12 | BG | Draft responses to request for disclosure | L210 | .30 hrs |
| 11/27/12 | BG | Revise Rule 194 disclosures | L210 | .20 hrs |
| 11/27/12 | MST | Analyze docket sheet | L210 | .30 hrs |
| 11/27/12 | GWG | Calls with S. McGinnis and B. Ortego regarding proceeding forward with eviction | L120 | .50 hrs |
| 11/28/12 | GWG | Work on responses to plaintiff's Rule 194 requests | L310 | .80 hrs |
| 11/28/12 | BG | Correspondence with client regarding second lien | L120 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
NOVEMBER 30, 2012

0R0808-301259

FED ID NO. 63-0243316

| 11/29/12 | BG | Correspondence with client regarding discovery deadlines and conversation with HOA attorney | L120 | .10 hrs |
| 11/30/12 | BG | Correspondence with client regarding conversation with HOA attorney | L120 | .20 hrs |
| 11/30/12 | BG | Contact HOA attorney regarding amounts owed for assessments | L120 | .10 hrs |
| 11/30/12 | BG | Conversation with client regarding response to potential bankruptcy filing | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $4,035.30

BILLING SUMMARY

| Melanie Thompson | 1.60 hrs | 150.00 /hr | 240.00 |
| Graham W. Gerhardt | 7.10 hrs | 263.00 /hr | 1,867.30 |
| T. Parker Griffin, Jr. | .90 hrs | 200.00 /hr | 180.00 |
| Blake Goodsell | 9.20 hrs | 190.00 /hr | 1,748.00 |

TOTAL FEES          18.80 hrs                    $4,035.30

**TOTAL CHARGES FOR THIS INVOICE**              $4,035.30

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301259

INVOICE #  830200

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301259
     Fall Creek Homeowners Association, Inc. v. GMAC
     Mortgage, LLC - 733588
     TC # 733588

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | BG | Draft status report regarding working with HOA counsel for reinstatement and methods for preventing abusive bankruptcy filing | L190 | .10 hrs |
| 12/03/12 | BG | Correspondence with client regarding eviction referral | L120 | .10 hrs |
| 12/04/12 | BG | Correspondence with client regarding eviction referral and conference with eviction counsel | L120 | .10 hrs |
| 12/04/12 | BG | Correspondence with client regarding HOA violation letters and amounts due | L120 | .10 hrs |
| 12/04/12 | BG | Receipt / review of HOA accounting and photos of exterior damage to the property and send to client | L120 | .20 hrs |
| 12/04/12 | BG | Conversation with opposing counsel regarding HOA demand and HOA violation letters | L120 | .20 hrs |
| 12/04/12 | GWG | Correspondence with client regarding status of eviction | L120 | .20 hrs |
| 12/04/12 | MST | Analysis of pleadings, loan documents and client documents and prepare initial litigation case assessment | L110 | 1.10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

OR0808-301259

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/06/12 | BG | Conversation with client and eviction counsel regarding strategy for handling case and methods of evading abusive bankruptcy filing | L120 | .30 hrs |
| 12/11/12 | MST | Review of client documents and petition regarding plaintiff's claims and prepare initial litigation assessment summary for attorney review before forwarding to client | L110 | 1.10 hrs |
| 12/11/12 | BG | Correspondence with client regarding need for litigation case summary | L120 | .10 hrs |
| 12/11/12 | BG | Correspondence with client and eviction counsel regarding notices to borrower and occupancy checks | L120 | .20 hrs |
| 12/12/12 | BG | Draft initial litigation case summary | L190 | .50 hrs |
| 12/13/12 | BG | Revise initial litigation case summary | L120 | .10 hrs |
| 12/13/12 | BG | Send initial litigation case summary to client | L190 | .10 hrs |
| 12/13/12 | BG | Correspondence with opposing counsel regarding GMAC document request | L120 | .10 hrs |
| 12/13/12 | BG | Correspondence with client regarding GMAC document request to HOA attorney | L120 | .10 hrs |
| 12/13/12 | GWG | Work on litigation analysis to client | L120 | .50 hrs |
| 12/14/12 | BG | Correspondence with client regarding third-party request to opposing counsel | L120 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
JANUARY 23, 2013

0R0808-301259

FED ID NO. 63-0243316

| 12/17/12 | BG | Correspondence with eviction counsel, client and third party vendors | L120 | .20 hrs |
|---|---|---|---|---|
| 12/17/12 | BG | Correspondence with client regarding communication with HOA counsel | L120 | .10 hrs |
| 12/21/12 | BG | Correspondence with eviction counsel regarding notices to borrower | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                  $1,046.10

BILLING SUMMARY

| Melanie Thompson | 2.20 hrs | 150.00 /hr | 330.00 |
|---|---|---|---|
| Graham W. Gerhardt | .70 hrs | 263.00 /hr | 184.10 |
| Blake Goodsell | 2.80 hrs | 190.00 /hr | 532.00 |

TOTAL FEES              5.70 hrs                $1,046.10

**TOTAL CHARGES FOR THIS INVOICE**                **$1,046.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301260

INVOICE #  818556

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301260
     Aberman, Jack (GEA Seaside v. Deutsche Bank)
     No. 733821
     TC # 733821

## PROFESSIONAL SERVICES

| 10/29/12 | HTC | Review initial documents from client; consider bankruptcy issues and exchange emails with client | L120 | .30 hrs |
| 10/29/12 | RLB | Review and analyze complaint and exhibits | L210 | .70 hrs |
| 10/30/12 | RLB | Continue review and analysis of complaint | L210 | .70 hrs |
| 10/30/12 | RV | Review and analyze complaint as well as 200 pages of bankruptcy court motions, orders, and amendments as they relate to GEA Seaside and GMAC Mortgage in order to develop strategy for answering and research possibility of removal | L120 | 5.00 hrs |
| 10/31/12 | RV | Draft memorandum regarding proposed notice of bankruptcy to be filed on behalf of GMAC | L120 | .20 hrs |
| 10/31/12 | RV | Review and analyze Debtor's, GEA's, motions in bankruptcy court in order to incorporate into responsive pleading or Answer | L120 | 2.00 hrs |
| 10/31/12 | RV | Email exchange with H.Franchi regarding which defendants the Firm will represent and the corresponding property addresses | L120 | .20 hrs |
| 10/31/12 | RV | Draft Notice of Bankruptcy for filing | L250 | .80 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301260

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/31/12 | RV | Review and analyze pleadings and bankruptcy court pleadings with J.Bailey regarding bankruptcy court issues and strategy for removal and disposition | L120 | .60 hrs |
| 10/31/12 | JB | Review complaint and related bankruptcy docket | L120 | 2.50 hrs |
| 10/31/12 | JB | Begin research on issues related to defense against complaint and litigation strategy | L120 | 2.00 hrs |
| 10/31/12 | RLB | Review and analyze chapter 11 issues in connection with borrower's complaint | L210 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                          $3,603.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
| Rashad L. Blossom | 2.70 hrs | 266.00 /hr | 718.20 |
| James Bailey | 4.50 hrs | 190.00 /hr | 855.00 |
| Richard Vann | 8.80 hrs | 220.00 /hr | 1,936.00 |

TOTAL FEES                16.30 hrs                $3,603.70

**TOTAL CHARGES FOR THIS INVOICE**                $3,603.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301260

INVOICE #  820909

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301260
     Aberman, Jack (GEA Seaside v. Deutsche Bank)
     No. 733821
     TC # 733821

TOTAL FEES                0.00 hrs                        $.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                          $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301260

INVOICE #  821287

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301260
     Aberman, Jack (GEA Seaside v. Deutsche Bank)
     No. 733821
     TC # 733821

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/01/12 | JB | Research jurisdictional issues related to removal | L120 | 2.50 hrs |
| 11/01/12 | JB | Work on matter related to retention of local counsel | L120 | .20 hrs |
| 11/01/12 | JB | Revise notice of removal | L120 | 3.10 hrs |
| 11/01/12 | CWH | Review and analyze GEA Sideside's new complaint against GMAC and review and revise notice of bankruptcy regarding same | L210 | .40 hrs |
| 11/01/12 | CWH | Analyze client's records regarding the five loans put at issue in Aberman's complaint | L120 | 1.30 hrs |
| 11/01/12 | RV | Email exchange with H.Franchi regarding removal of case to bankruptcy court of the middle district of florida | L120 | .40 hrs |
| 11/01/12 | RV | Draft memorandum regarding documents needed from client in order to develop strategy and defense | L120 | .30 hrs |
| 11/01/12 | RV | Analyze file, pleadings, and correspondence to develop strategy and defense and determine documentation needed from client | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301260

FED ID NO. 63-0243316

| 11/01/12 | RV | Draft memorandum to J.Scoliard regarding proposed notice of bankruptcy filing | L120 | .20 hrs |
| 11/01/12 | RV | Begin drafting Answer to Complaint to be filed on behalf of GMAC | L210 | 3.00 hrs |
| 11/01/12 | RV | Review filings from Bankruptcy action in order to incorporate into GMAC's Answer to Complaint | L120 | .50 hrs |
| 11/01/12 | JAM | Email correspondence with Court Express regarding court file | L110 | .10 hrs |
| 11/01/12 | RLB | Review issues relating to removal of civil action to Florida bankruptcy court | L210 | .40 hrs |
| 11/02/12 | RLB | Continued analysis of issues relating to removal of action | L210 | 1.20 hrs |
| 11/02/12 | RLB | Teleconference with local counsel regarding removal of action | L210 | .30 hrs |
| 11/02/12 | RV | Finish drafting Answer and Affirmative defenses to 266 paragraph complaint | L210 | 2.50 hrs |
| 11/02/12 | RV | Research Florida case law regarding affirmative defenses to be incorporated into Answer to be filed on behalf of GMAC | L120 | .40 hrs |
| 11/02/12 | RV | Analyze Florida case law regarding affirmative defenses to be incorporated into Answer to be filed on behalf of GMAC | L120 | .50 hrs |
| 11/02/12 | RV | Research local rules for the Middle District of Florida as to removal, filing, pleadings, admission, and bankruptcy | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301260

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/02/12 | RV | Analyze notice of removal | L120 | .20 hrs |
| 11/02/12 | JB | Work on notice of removal and other matters related to complaint | L120 | 1.80 hrs |
| 11/03/12 | JAM | Review email correspondence regarding GMAC's representation of entities | L110 | .10 hrs |
| 11/05/12 | RV | Analyze LPS notes provided by H.Franchi for loan 7440447829, which is already in foreclosure | L120 | .50 hrs |
| 11/05/12 | RV | Draft status report for client | L120 | .20 hrs |
| 11/05/12 | RV | Revise Notice of Removal | L250 | .40 hrs |
| 11/05/12 | HTC | Revise notice of removal | L210 | .20 hrs |
| 11/06/12 | RV | Review and analyze 100 page Plan of Reorganization submitted by Debtors GEA Seaside and J.Aberman in the Bankruptcy Court in order to verify GMAC's and trustee's alleged exposure | L120 | 1.50 hrs |
| 11/06/12 | RV | Draft memorandum to H.Franchi regarding additional liens and properties mentioned in the Plan of Reorganization filed in the U.S. Bankruptcy Court for the Middle District of Florida | L120 | .20 hrs |
| 11/06/12 | RV | Research Florida statutory and case law regarding pleadings, affirmative defenses, and removals | L120 | .80 hrs |
| 11/06/12 | RV | Revise notice of removal | L210 | .30 hrs |
| 11/06/12 | RV | Revise answer | L210 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
NOVEMBER 30, 2012

0R0808-301260

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/12 | RV | Research equitable estoppel under Florida law | L120 | .40 hrs |
| 11/07/12 | RV | Analyze requirements for use of local counsel in bankruptcy court for the middle district of florida | L120 | .30 hrs |
| 11/07/12 | RV | Draft corporate disclosure statement to be filed on behalf of U.S. Bank | L250 | .50 hrs |
| 11/07/12 | RV | Draft corporate disclosure statement to be filed on behalf of JP Morgan Chase Bank | L250 | .50 hrs |
| 11/07/12 | RV | Draft corporate disclosure statement to be filed on behalf of GMAC | L250 | .50 hrs |
| 11/07/12 | RV | Revise notice of removal | L250 | 1.00 hrs |
| 11/07/12 | RV | Revise answer to be filed on behalf of GMAC | L210 | .70 hrs |
| 11/07/12 | RV | Analyze federal rules of bankruptcy procedure | L120 | 1.00 hrs |
| 11/07/12 | RV | Research counterclaims under florida law | L120 | 1.00 hrs |
| 11/07/12 | RV | Research Forida rules of civil procedure, local rules, and federal rules for filing notice of filing notice of removal | L120 | .60 hrs |
| 11/07/12 | RV | Draft notice of filing notice of removal to be filed on behalf of GMAC, US Bank, and JP Morgan | L250 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
NOVEMBER 30, 2012

OR0808-301260

FED ID NO. 63-0243316

| 11/07/12 | RV  | Research fed rules and local rules regarding removal and certificate of service and notice of filing | L120 | .50 hrs |
| 11/07/12 | RV  | Draft memorandum to R.Blossom regarding property ownership and differentiating representation in this matter | L120 | .20 hrs |
| 11/07/12 | JAM | Research corporate information for 26 named defendants | L110 | 3.70 hrs |
| 11/07/12 | JAM | Access online docket to review pleadings filed to date | L210 | .30 hrs |
| 11/07/12 | RLB | Revise notice of removal | L210 | 1.70 hrs |
| 11/07/12 | RLB | Draft adversary proceeding cover sheet | L210 | .50 hrs |
| 11/07/12 | RLB | Teleconference and e-mail to local counsel regarding removal action | L210 | .30 hrs |
| 11/07/12 | RLB | E-mail to local counsel regarding retention in this case | L210 | .20 hrs |
| 11/07/12 | JB  | Work on revisions to notice of removal and related matters | L120 | .90 hrs |
| 11/08/12 | JB  | Work on notice of removal and answer to complaint | L120 | .90 hrs |
| 11/08/12 | RLB | Teleconference with client regarding status of loans | L210 | .50 hrs |
| 11/08/12 | RLB | Draft exhibit for civil cover sheet | L210 | .40 hrs |
| 11/08/12 | RLB | Review legal issues relating to removal | L210 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    6
NOVEMBER 30, 2012

0R0808-301260

FED ID NO. 63-0243316

| 11/08/12 | RV | Draft Certificate of Removal to be filed with the US Bankruptcy Court for the Middle District of Florida | L250 | .40 hrs |
| 11/08/12 | RV | Research local rules, federal rules of bankruptcy procedure, and federal rules of civil procedure for procedures to follow after filing notice of removal | L120 | .50 hrs |
| 11/08/12 | RV | Conference with H.Cannon regarding filing notice of removal, answers, and service related issues and defenses | L120 | .30 hrs |
| 11/08/12 | RV | Conference with H.Franchi, P.Stokes, and R.Blossom regarding specific loans and properties identified in Plan of Reorganization and Complaint and entities the firm will be representing | L120 | .20 hrs |
| 11/08/12 | RV | Email exchange with H.Franchi regarding second liens identified in complaint as well as entities the firm will represent | L120 | .30 hrs |
| 11/08/12 | RV | Draft memorandum to H.Franchi regarding the filing of the notice of removal | L120 | .10 hrs |
| 11/08/12 | RV | Revise Answer to be filed on behalf of GMAC after the Notice of Removal | L210 | .80 hrs |
| 11/08/12 | RV | Revise notice of removal | L120 | .30 hrs |
| 11/08/12 | RV | Revise notice of filing notice of removal | L120 | .20 hrs |
| 11/08/12 | RV | Draft corporate disclosure statement to be filed on behalf of The Bank of New York Mellon Trust Company as successor to JP Morgan Chase Bank as trustee | L250 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
NOVEMBER 30, 2012

0R0808-301260

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/08/12 | RV | Revise notice of removal, notice of filing notice of removal, certificate of removal, and three corporate disclosure statements to finalize for filing | L120 | .80 hrs |
| 11/08/12 | RV | Analyze fact pacts, fiserv notes, and other documents on extranet for 5 loans in order to develop strategy and defense | L120 | 2.00 hrs |
| 11/08/12 | HTC | Consider issues relating to notice of removal and answer | L210 | .30 hrs |
| 11/08/12 | JAM | Conferences with R.Vann regarding service issues regarding Notice of Removal | L210 | .30 hrs |
| 11/09/12 | HTC | Revise answer to complaint | L210 | 1.40 hrs |
| 11/09/12 | RV | Email exchange with R.Blossom and H.Cannon regarding proper parties to remove case to bankruptcy court of the middle district of florida | L120 | .30 hrs |
| 11/09/12 | RV | Draft memorandum to H.Franchi regarding status of notes for the three loans with trustees | L120 | .30 hrs |
| 11/09/12 | RV | Draft memorandum regarding state court record and other attachments to be included with notice of removal and notice of filing notice of removal | L120 | .20 hrs |
| 11/09/12 | RV | Phone conference with B.Ehrgott regarding documents needed as to notes and mortgage for the file | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301260

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 11/09/12 | RV | Review and analyze correspondence and attachments from B.Ehrgott and H.Franchi regarding documents needed as to notes and mortgage for the file | L120 | .40 hrs |
| 11/09/12 | RV | Draft memorandum to H.Franchi regarding 308 N Peninsula Drive (US Bank as trustee) as well as other two loans with JP Morgan Chase Bank as trustee | L120 | .20 hrs |
| 11/09/12 | RV | Review and analyze endorsed notes for four properties along with assignments of mortgage and draft memorandum regarding parties to represent | L120 | .40 hrs |
| 11/09/12 | RV | Email exchange with H.Franchi regarding other names defendants and named 2nd liens | L120 | .30 hrs |
| 11/09/12 | RV | Revise notice of removal | L120 | .40 hrs |
| 11/09/12 | RV | Revise corporate disclosure statement for US Bank | L120 | .10 hrs |
| 11/09/12 | RV | Revise corporate disclosure statement for GMAC | L120 | .10 hrs |
| 11/09/12 | RV | Revise certificate of removal | L120 | .20 hrs |
| 11/09/12 | RV | Revise notice of filing notice of removal to be filed in Volusia County | L120 | .20 hrs |
| 11/09/12 | RV | Prepare all filings and exhibits for filing the notice of removal to be filed in the middle district of florida bankruptcy court | L250 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      9
NOVEMBER 30, 2012

OR0808-301260

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/09/12 | RLB | Revise all removal documents | L210 | 3.80 hrs |
| 11/09/12 | RLB | Coordinate submission of all removal documents to the Florida bankruptcy court | L210 | .50 hrs |
| 11/09/12 | JAM | Final proof of Notice of Filing Notice of Removal prior to submission to Court | L210 | .10 hrs |
| 11/09/12 | JAM | Draft email service of Notice of Filing Notice of Removal to all counsel pursuant to Florida Rule 2.516 | L210 | .20 hrs |
| 11/09/12 | JAM | Multiple telephone calls, emails, and conferences regarding issues associated with filing Notice of Filing Notice of Removal | L210 | .60 hrs |
| 11/09/12 | KAK | Service of bankruptcy documents by U.S. Mail | L210 | .70 hrs |
| 11/09/12 | JB | Finalize notice of removal and related documents | L120 | 3.20 hrs |
| 11/09/12 | JB | File notice of removal and related documents | L120 | .80 hrs |
| 11/10/12 | RV | Research property records in order to Answer GEA's complaint | L120 | .60 hrs |
| 11/10/12 | RV | Analyze fact packs and other submitted documents in order to Answer GEA's complaint | L120 | 1.40 hrs |
| 11/10/12 | RV | Revise 36 page Answer to GEA's complaint to be filed by GMAC | L210 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301260

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/11/12 | JAM | Analyze and categorize bankruptcy case 6:08-bk-01693 pleadings used as exhibits for Volusia County state court Complaint | L210 | .70 hrs |
| 11/12/12 | RLB | Revise answer to complaint | L210 | 3.70 hrs |
| 11/12/12 | JB | Work related to closing file | L120 | 1.60 hrs |
| 11/12/12 | JAM | Follow up with Florida E-Portal docketing of Notice of Filing Notice of Removal | L210 | .20 hrs |
| 11/12/12 | RV | Analyze changes to Answer to be filed on behalf of GMAC | L120 | .50 hrs |
| 11/12/12 | RV | Research applicability of res judicata under Florida State and Federal law in relation to Bankruptcy Court dismissals | L120 | .30 hrs |
| 11/12/12 | RV | Analyze case law as to the applicability of res judicata under Florida State and Federal law in relation to Bankruptcy Court dismissals | L120 | .60 hrs |
| 11/12/12 | RV | Research various doctrines of estoppel under Federal law to incorporate into answer to be filed on behalf of GMAC | L120 | .20 hrs |
| 11/12/12 | RV | Analyze federal case law as to various doctrines of estoppel under Federal law to incorporate into answer to be filed on behalf of GMAC | L120 | .50 hrs |
| 11/12/12 | RV | Revise 40 page answer to be filed on behalf of GMAC | L120 | .90 hrs |
| 11/12/12 | HTC | Revise answer | L210 | 1.50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301260

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/13/12 | RV | Analyze issues relating to payment history, purported second liens, bankruptcy stay applicability, and assignments of mortgages in order to incorporate into pleadings | L120 | .50 hrs |
| 11/13/12 | RV | Collect payment histories for five loans and draft memorandum with analysis related to plan of reorganization | L120 | .50 hrs |
| 11/13/12 | JB | Research legal matters related to potential dispositive motion | L120 | 3.10 hrs |
| 11/13/12 | JB | Review payment histories and produce summary of same | L120 | .60 hrs |
| 11/13/12 | JB | Phone call with S.Fleischer regarding payment history analysis | L120 | .20 hrs |
| 11/13/12 | JB | Work on filing of certificate of removal | L120 | .10 hrs |
| 11/13/12 | KAK | Electronically file Certificate of Removal with Florida Middle District Bankruptcy Court | L210 | .70 hrs |
| 11/13/12 | RLB | Work regarding answer and motion to dismiss | L210 | .90 hrs |
| 11/13/12 | HTC | Exchange emails with J.Scolliard regarding notice of bankruptcy | L110 | .10 hrs |
| 11/13/12 | HTC | Continue revising answer to complaint; analyze and consider issues relating to a motion to dismiss | L210 | 1.70 hrs |
| 11/13/12 | JAM | Confirm docketing of Notice of Filing Notice of Removal | L210 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 11/13/12 | JW | Meet with J.Bailey regarding status of case; print and review documents from J.Bailey's e-mail | L120 | .70 hrs |
| 11/13/12 | JW | Research remedies for debtor's breach of chapter 11 plan | L120 | 3.40 hrs |
| 11/14/12 | JW | E-mail to and from and meet with J.Bailey regarding research finding and arguments for motion to dismiss | L120 | .50 hrs |
| 11/14/12 | JW | Research Florida contract law | L120 | 2.20 hrs |
| 11/14/12 | JW | Draft argument regarding Florida contract law for possible motion to dismiss; e-mail draft to J.Bailey | L120 | .50 hrs |
| 11/14/12 | HTC | Exchange emails with N.Rosenbaum regarding notice of bankruptcy | L120 | .10 hrs |
| 11/14/12 | HTC | Analyze issues relating to failure to join indispensable party | L120 | .40 hrs |
| 11/14/12 | HTC | Exchange emails with client regarding transaction history to determine default | L120 | .10 hrs |
| 11/14/12 | RLB | Teleconference with client regarding loan history for five loans at issue | L210 | 1.00 hrs |
| 11/14/12 | RLB | Continue revisions to answer to complaint | L210 | 1.90 hrs |
| 11/14/12 | JB | Research potential dispositive motion | L120 | 2.50 hrs |
| 11/14/12 | JB | Phone calls and emails with S.Fleischer regarding status of payments | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     13
NOVEMBER 30, 2012

0R0808-301260

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/14/12 | JB | Review payment histories and plan and prepare amortization of plan payments | L120 | 1.20 hrs |
| 11/14/12 | RV | Draft memo to H.Franchi regarding determination as to location of original notes for 5 loans which our firm will cover during the litigation | L120 | .20 hrs |
| 11/14/12 | RV | Analyze assignments of mortgage as to BONY | L120 | .20 hrs |
| 11/14/12 | RV | Revise motion to dismiss | L210 | .80 hrs |
| 11/14/12 | RV | Draft memo regarding determination as to 2nd lien positions and the defense thereof | L120 | .10 hrs |
| 11/15/12 | RLB | Review e-mail from local counsel regarding certificate of service | L210 | .10 hrs |
| 11/15/12 | JAM | Receipt and review of plaintiff's Notice of Filing Returns of Service | L210 | .10 hrs |
| 11/15/12 | HTC | Telephone conference with opposing counsel regarding dismissal of case | L120 | .40 hrs |
| 11/15/12 | HTC | Telephone conference with client regarding notice of bankruptcy | L120 | .70 hrs |
| 11/15/12 | JAM | Telephone call with plaintiff's counsel's office regarding filing of returns of service on 18 defendants, including US Bank | L210 | .30 hrs |
| 11/16/12 | RV | Analyze correspondence from opposing counsel as to possible dismissal of plaintiff's action | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
NOVEMBER 30, 2012

OR0808-301260

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/16/12 | JB | Work on matters related to voluntary dismissal | L120 | .20 hrs |
| 11/16/12 | HTC | Exchange emails with client regarding dismissal and telephone conference with M.Murphy (opposing counsel) regarding same | L120 | .10 hrs |
| 11/18/12 | JAM | Review emails regarding dismissal of case | L190 | .10 hrs |
| 11/19/12 | JAM | Review Plaintiff's Attorney's Notice of Designation of Email Address and update service list | L210 | .20 hrs |
| 11/20/12 | RV | Conference with M.Murphy regarding dismissal of the Plaintiff's case | L120 | .20 hrs |
| 11/20/12 | RV | Phone conference with M.Murphy regarding filing a dismissal of action and the paper filing thereof | L120 | .20 hrs |
| 11/20/12 | RV | Analyze correspondence and motion submitted by opposing counsel as to dismissal of plaintiff's action | L120 | .30 hrs |
| 11/21/12 | RV | Draft memorandum to client regarding plaintiff's notice of dismissal and strategy for closing out the file | L120 | .20 hrs |
| 11/21/12 | MST | Obtain docket sheet and update file regarding same | L110 | .30 hrs |
| 11/29/12 | JB | Work on matters related to status of dismissal | L120 | .20 hrs |



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
NOVEMBER 30, 2012

0R0808-301260

FED ID NO. 63-0243316

| 11/29/12 | RV | Phone conference with Judge Kennemen's chambers regarding process for dismissal of action and setting hearing regarding the dismissal | L120 | .40 hrs |
|---|---|---|---|---|
| 11/29/12 | RLB | E-mail to local counsel regarding declaration of disinterestedness | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                   $24,069.80

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .30 hrs | 150.00 /hr | 45.00 |
| Hope Cannon | 7.00 hrs | 315.00 /hr | 2,205.00 |
| Christian W. Hancock | 1.70 hrs | 330.00 /hr | 561.00 |
| Kimberly A. Kirsch | 1.40 hrs | 149.00 /hr | 208.60 |
| Jamie Mathews | 7.10 hrs | 145.00 /hr | 1,029.50 |
| Rashad L. Blossom | 18.70 hrs | 266.00 /hr | 4,974.20 |
| James Bailey | 23.30 hrs | 190.00 /hr | 4,427.00 |
| Richard Vann | 41.80 hrs | 220.00 /hr | 9,196.00 |
| Jay Watkins | 7.30 hrs | 195.00 /hr | 1,423.50 |

TOTAL FEES                    108.60 hrs                    $24,069.80

**TOTAL CHARGES FOR THIS INVOICE**                    $24,069.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301260

INVOICE #  830202

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301260
     Aberman, Jack (GEA Seaside v. Deutsche Bank)
     No. 733821
     TC # 733821

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/25/12 | JAM | Review complaint and Access online docket and review for recent case activity for new matter | L210 | .10 hrs |
| 11/05/12 | JB | Work on notice of removal | L120 | .80 hrs |
| 11/05/12 | JB | Continue review of bankruptcy docket and plan for potential defenses for dispositive motions | B420 | 1.50 hrs |
| 11/15/12 | JB | Work on matters related to deadlines for responsive pleadings for various defendants | L120 | .20 hrs |
| 11/15/12 | JB | Edit answer to complaint | L120 | .50 hrs |
| 11/15/12 | JB | Research potential motions in response to complaint | L120 | 1.20 hrs |
| 11/15/12 | JB | Reviw and revise regarding potential voluntary dismissal by plaintiff | L120 | .20 hrs |
| 12/02/12 | RV | Draft status report for the client for November 2012 | L120 | .20 hrs |
| 12/03/12 | RV | Draft memorandum to H.Franchi regarding service of process on Bank of New York Mellon and status of Plaintiff's voluntary dismissal and proposed plan for closing of the case | L120 | .20 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301260

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 12/05/12 | RV | Phone conference with R.Decker, of Blank Rome in Boca Raton, who was recently retained by co-defendant American Home Mortgage, regarding procedural history and status of the state court action and the removal to Bankruptcy Court | L120 | .30 hrs |
| 12/07/12 | RV | Draft memorandum to file regarding R.Decker of Blank Rome's appearance as counsel for American Home Mortgage | L190 | .10 hrs |
| 12/12/12 | JB | Work on billing related matters | L120 | .20 hrs |
| 12/21/12 | KK | Research and review PACER to determine judicial contact information and determine status of case | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                      $1,112.50

## EXPENSES

| | | |
|---|---|---|
| 12/22/12 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP USBC 11-9-12 Bank ID: PCARD Check Number: P69 | 250.00 |
| 12/27/12 | Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS Bank ID: GENR Check Number: 104202 | 644.90 |

TOTAL COSTS FOR THIS MATTER                                      $894.90



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301260

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .10 hrs | 145.00 /hr | 14.50 |
| James Bailey | 4.60 hrs | 190.00 /hr | 874.00 |
| Richard Vann | .80 hrs | 220.00 /hr | 176.00 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES                 5.80 hrs                      $1,112.50

TOTAL EXPENSES                                           $894.90

**TOTAL CHARGES FOR THIS INVOICE**                      **$2,007.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301261

INVOICE #  818557

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301261
     Barrera, Irma (Texas Constitution Dispute)
     No. 733876
     TC # 733876

PROFESSIONAL SERVICES

| 10/25/12 | KSA | Analyze Home Equity loan and potential violations and the cure necessary | L120 | .80 hrs |
| 10/25/12 | KSA | Communications with P.Stokes regarding loan status | L120 | .30 hrs |
| 10/25/12 | CWH | Initial review of request to cure in Barrera matter | L120 | .20 hrs |
| 10/29/12 | KSA | Review loan documents for alleged Texas Home Equity violation and analysis memo | L120 | .50 hrs |
| 10/30/12 | KSA | Review loan file and draft analysis memo of the Texas Home Equity allegations and send to P.Stokes with comments | L120 | 4.60 hrs |
| 10/30/12 | MST | Obtain and analyze title report to determine ownership of property, value, chain of title and update file regarding same | L110 | .90 hrs |
| 10/31/12 | KSA | Draft letter to borrower's counsel regarding Texas Home Equity allegations | L120 | .30 hrs |
| 10/31/12 | MST | Analysis of title report regarding ownership of property, loan information, value of property, liens and judgments and chain of title | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301261

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,710.50

BILLING SUMMARY

| Melanie Thompson | 1.30 hrs | 150.00 /hr | 195.00 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Keith S. Anderson | 6.50 hrs | 223.00 /hr | 1,449.50 |

TOTAL FEES            8.00 hrs                    $1,710.50

**TOTAL CHARGES FOR THIS INVOICE**                **$1,710.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301261

INVOICE #  820910

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301261
     Barrera, Irma (Texas Constitution Dispute)
     No. 733876
     TC # 733876

EXPENSES

11/23/12  Title Search Fee - BANK OF AMERICA PROTITLEUSA
          10-30-12                                                        185.00
          Bank ID: GENR Check Number: 102858

              TOTAL COSTS FOR THIS MATTER
                                                                        $185.00


TOTAL FEES                 0.00 hrs
                                                                          $.00

TOTAL EXPENSES
                                                                        $185.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                                        $185.00

             ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0808-301261

INVOICE #  821288

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0808-301261
     Barrera, Irma (Texas Constitution Dispute)
     No. 733876
     TC # 733876

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | KSA | Draft status report regarding reviewing loan origination documents and submitted review memo | L120 | .10 hrs |
| 11/02/12 | KSA | Review origination documents and communications with original lender and closing agent for closing forms | L120 | .40 hrs |
| 11/05/12 | KSA | Review loan originating documents to assess response to Texas constitution allegations | L120 | .50 hrs |
| 11/05/12 | KSA | Edit letter to borrower's counsel | L120 | 1.70 hrs |
| 11/05/12 | KSA | Telephone discussion with originating lender representative regarding documents | L110 | .20 hrs |
| 11/05/12 | phn | Review and proof legal response to plaintiff's counsel denying allegations in reference to HELOC violations | L120 | .20 hrs |
| 11/05/12 | phn | Research fort bend land records for HELOC documentation | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$746.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301261

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 2.90 hrs | 223.00 /hr | 646.70 |
| Preston H. Neel | .50 hrs | 200.00 /hr | 100.00 |

TOTAL FEES                    3.40 hrs                              $746.70

**TOTAL CHARGES FOR THIS INVOICE**                              $746.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301261

INVOICE #  830205

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301261
Barrera, Irma (Texas Constitution Dispute)
No. 733876
TC # 733876

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/07/12 | MST | Review and analyze pleadings to determine if initial litigation case assessment is necessary and to determine outcome and ruling of motions | L110 | .40 hrs |
| 12/10/12 | CWH | Review and analyze issues with Texas Home Equity cases and ability to demand repurchase from originator if necessary | L120 | .20 hrs |
| 12/12/12 | MST | Analysis of case activity to determine need for initial litigation case assessment, update file and prepare for closing | L110 | .30 hrs |
| 12/19/12 | MST | Review of documents concerning dismissal of case and prepare closing memo | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                          $246.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.20 hrs | 150.00 /hr | 180.00 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.40 hrs | $246.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301261

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $246.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301262

INVOICE # 821289

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301262
     Henderson, John & Tracey
     No. 734045
     TC # 734045

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/12 | CSM | Analyze answer and affirmative defenses | L120 | .30 hrs |
| 11/09/12 | LADA | Correspondence with prior counsel regarding request for documents and files | L140 | .40 hrs |
| 11/09/12 | LADA | Review and analysis of pleadings received from prior counsel | L190 | 3.20 hrs |
| 11/26/12 | LADA | Review and analysis of additional documents necessary to complete case analysis in Illinois foreclosure matter | L140 | .90 hrs |
| 11/29/12 | LADA | Review and analysis of documents and pleadings received from additional counsel regarding Illinois foreclosure matter | L190 | 2.50 hrs |

TOTAL FEES FOR THIS MATTER                    $545.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Cory S. Menees | .30 hrs | 300.00 /hr | 90.00 |
| Lucinda Kish | 7.00 hrs | 65.00 /hr | 455.00 |

TOTAL FEES            7.30 hrs            $545.00

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0808-301262

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                              $545.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301262

INVOICE #  830206

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301262
     Henderson, John & Tracey
     No. 734045
     TC # 734045

PROFESSIONAL SERVICES

| 12/13/12 | LADA | Review and analysis of files provided by client | L190 | 1.40 hrs |
|---|---|---|---|---|
| 12/31/12 | LADA | Continue review and analysis of pleadings and files for case assessment | L190 | 2.10 hrs |

        TOTAL FEES FOR THIS MATTER                        $227.50

BILLING SUMMARY

    Lucinda Kish            3.50 hrs    65.00 /hr        227.50

TOTAL FEES              3.50 hrs                   $227.50

**TOTAL CHARGES FOR THIS INVOICE**                   $227.50

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301263

INVOICE #  820911

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301263
     Hartlein, Sara & Donald
     No. 734009
     TC # 734009

<u>EXPENSES</u>

| | | |
|---|---|---:|
| 11/23/12 | Title Search Fee - BANK OF AMERICA PROTITLEUSA 10-23-12 | 185.00 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Title Search Fee - BANK OF AMERICA AFX 11-9-12 | 184.95 |
| | Bank ID: GENR Check Number: 102858 | |
| 11/23/12 | Title Search Fee - BANK OF AMERICA AFX 11-12-12 | 100.00 |
| | Bank ID: GENR Check Number: 102858 | |
| | TOTAL COSTS FOR THIS MATTER | $469.95 |

| | | |
|---|---|---:|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $469.95 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$469.95** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301263

INVOICE #   821290

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301263
     Hartlein, Sara & Donald
     No. 734009
     TC # 734009

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/02/12 | JWA | Initial review of complaint, tax documents and deadlines | L120 | .80 hrs |
| 11/06/12 | JWA | Review complaint and associated documents to determine response strategy, deadlines, and needed documents | L120 | .60 hrs |
| 11/06/12 | JWA | Email to client regarding complaint, response strategy, deadlines, and needed documents | L120 | .30 hrs |
| 11/08/12 | JWA | Online search, review and analysis of mortgage, tax deed and other property records | L120 | 1.20 hrs |
| 11/08/12 | JWA | Analyze Florida law regarding sale pursuant to tax liens | L120 | .90 hrs |
| 11/09/12 | JWA | Emails to obtain title search | L120 | .20 hrs |
| 11/09/12 | JWA | Analysis of tax sale statute and related case law | L120 | 1.50 hrs |
| 11/09/12 | LADA | Telephone conference with vendor regarding title search | L140 | .50 hrs |
| 11/11/12 | JWA | Prepare initial cases analysis and timeline | L120 | 1.20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301263

FED ID NO. 63-0243316

| 11/12/12 | JWA | Finalize case analysis to client | L120 | .50 hrs |
|----------|-----|-----------------------------------|------|---------|
| 11/12/12 | LADA | Review of title search report | L140 | 1.10 hrs |
| 11/14/12 | LADA | Rview of additional title documents | L190 | .80 hrs |
| 11/19/12 | JWA | Emails with client regarding strategy | L120 | .30 hrs |
| 11/19/12 | JWA | Review file and statutes to determine availability, location and amount of tax sale proceeds | L120 | .70 hrs |
| 11/26/12 | LADA | Telephone conference with Clerk regarding sale and proceeds in Florida foreclosure matter | L190 | .60 hrs |
| 11/27/12 | CWH | Analyze history of loan and the tax sale and determine best course for client in the quiet title suit | L120 | .50 hrs |
| 11/27/12 | MCG | Review client documents, tax sale pleadings and prepare timeline for loan where borrower filed petition for bankruptcy, loan was charged off, then sold at tax lien sale | C100 | 2.10 hrs |
| 11/27/12 | MCG | Strategy regarding whether consent to quiet title action filed by purchaser at tax lien sale | L120 | .40 hrs |
| 11/27/12 | JWA | Research Florida law regarding effect of tax lien sale and rights to and method of distribution of proceeds | L120 | 1.20 hrs |
| 11/27/12 | JWA | Analysis of pleadings and documents to evaluate strategy for responding to complaint | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0808-301263

FED ID NO. 63-0243316

| 11/27/12 | JWA | Prepare updated memorandum to client including legal analysis, timeline, and recommended case strategy | L120 | 1.20 hrs |
|---|---|---|---|---|
| 11/28/12 | LADA | Telephone conference with county accounting department regarding sale and surplus in Florida foreclosure matter | L190 | .80 hrs |
| 11/28/12 | JWA | Review communication from court regarding sale proceeds | L120 | .20 hrs |
| 11/28/12 | MCG | Review information from client regarding charge off of loan | C300 | .10 hrs |
| 11/30/12 | JWA | Draft status report for client | B110 | .20 hrs |
| 11/30/12 | JWA | Email exchange with client regarding sale proceeds with court | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $4,143.80

BILLING SUMMARY

| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |
|---|---|---|---|
| Michael C. Griffin | 2.60 hrs | 323.00 /hr | 839.80 |
| James Warmoth | 12.00 hrs | 241.00 /hr | 2,892.00 |
| Lucinda Kish | 3.80 hrs | 65.00 /hr | 247.00 |

TOTAL FEES                18.90 hrs                    $4,143.80

TOTAL CHARGES FOR THIS INVOICE                    $4,143.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301263

INVOICE #  830207

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301263
     Hartlein, Sara & Donald
     No. 734009
     TC # 734009

PROFESSIONAL SERVICES

| 11/09/12 | JWA | Receipt and review of title search and chain of title | L120 | .90 hrs |
|---|---|---|---|---|
| 12/03/12 | JWA | Email with opposing consel regarding consent quiet title | L120 | .30 hrs |
| 12/03/12 | JWA | Teleconference with opposing counsel regarding quiet title | L120 | .50 hrs |
| 12/03/12 | JWA | Prepare answer to complaint | L210 | 1.20 hrs |
| 12/04/12 | JWA | Additional teleconference with opposing counsel regarding consent quiet title | L120 | .40 hrs |
| 12/04/12 | JWA | Research and analysis regarding effect of quiet title on rights to proceeds | L120 | 1.40 hrs |
| 12/04/12 | JWA | Prepare stipulation to quiet title | L210 | 1.10 hrs |
| 12/04/12 | JWA | Prepare proposed order quieting title | L210 | .70 hrs |
| 12/04/12 | JWA | Email to opposing counsel enclosing stipulation and order and proposing agreement regarding possible amendments to complaint | L120 | .40 hrs |
| 12/04/12 | JWA | Receipt and review of opposing counsel requested revisions to stipulation and order settlement | L120 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301263

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/04/12 | JWA | Review and revise stipulation pursuant to opposing counsel comments | L210 | .30 hrs |
| 12/04/12 | JWA | Finalize and send stipulation, order, and instructions to opposing counsel and court regarding same | L210 | .30 hrs |
| 12/04/12 | JWA | Review and revise order pursuant to opposing counsel comments | L210 | .30 hrs |
| 12/04/12 | MCG | Review and revise stipulation | L210 | .40 hrs |
| 12/05/12 | JWA | Revise and finalize notice of appearance | L210 | .20 hrs |
| 12/17/12 | JWA | Receipt and review of opposing counsel's correspondence to court regarding quiet title | L120 | .20 hrs |
| 12/19/12 | JWA | Email to client regarding status and strategy | L120 | .30 hrs |
| 12/19/12 | LADA | Review and analysis of court records and files regarding additional liens on property | L190 | 4.10 hrs |
| 12/22/12 | JWA | Review and analysis of potential competing liens for proceeds | L120 | .70 hrs |
| 12/22/12 | JWA | Research and analysis of statute, regulation, and local rules regarding application for and priority of distribution of proceeds | L120 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER                              $2,998.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301263

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| James Warmoth | 10.80 hrs | 241.00 /hr | 2,602.80 |
| Lucinda Kish | 4.10 hrs | 65.00 /hr | 266.50 |

TOTAL FEES          15.30 hrs                    $2,998.50

**TOTAL CHARGES FOR THIS INVOICE**          $2,998.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301264

INVOICE #  820912

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301264
     Kuehl, John
     No. 733999
     TC # 733999

EXPENSES

| | | |
|---|---|---:|
| 11/20/12 | Filing Fees - CORY MENEES FILING FEE NOTICE OF BANKRUPTCY 11/15/12 | 6.00 |
| | Bank ID: GENR Check Number: 102607 | |
| 11/20/12 | Filing Fees - CORY MENEES APPEARANCE FEE 11/13/12 | 229.00 |
| | Bank ID: GENR Check Number: 102607 | |
| 11/20/12 | Filing Fees - CORY MENEES FILING FEE 11/13/12 | 6.00 |
| | Bank ID: GENR Check Number: 102607 | |

                    TOTAL COSTS FOR THIS MATTER
                                                        $241.00


TOTAL FEES                 0.00 hrs
                                               $.00

TOTAL EXPENSES
                                             $241.00

**TOTAL CHARGES FOR THIS INVOICE**
                                             $241.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301264

INVOICE #  821291

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301264
     Kuehl, John
     No. 733999
     TC # 733999

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/12 | CWH | Initial review of new file and respond to client contact regarding receipt of file | L110 | .20 hrs |
| 11/02/12 | CSM | Analyze complaint | L120 | 1.20 hrs |
| 11/07/12 | CWH | Analyze timeline of borrower's loss mitigation attempts and eventual sale to third party purchaser | L120 | .30 hrs |
| 11/07/12 | CWH | Exchange e-mails with client to request account information | L120 | .10 hrs |
| 11/07/12 | CSM | Research regarding removability of case | L120 | .60 hrs |
| 11/07/12 | CSM | Begin review and analysis of fact package | C300 | .90 hrs |
| 11/07/12 | CSM | Emails with client and counsel for borrower regarding settlement potential, extension of time to respond to complaint and filing of notice of bankruptcy | C400 | .60 hrs |
| 11/08/12 | CWH | Continue to review and analyze the history of the loan and plaintiff's allegations | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           PAGE    2
                                                                NOVEMBER 30, 2012

                                                                0R0808-301264

                                                                FED ID NO. 63-0243316

| 11/08/12 | CSM | Additional emails with opposing counsel regarding extension of time to respond to complaint | L190 | .10 hrs |
| 11/08/12 | CSM | Emails with client regarding case status and strategy | C300 | .20 hrs |
| 11/08/12 | CSM | Revise stipulation extending time to give additional time to respond to complaint to all represented defendants | L210 | .20 hrs |
| 11/08/12 | MPE | In depth analysis of complaint and research public records dating back to 2004 to compare allegations and begin case timeline and litigation analysis. | L110 | 3.90 hrs |
| 11/09/12 | MPE | In depth review and analysis of client documents, including call history, to determine case history | L110 | 5.10 hrs |
| 11/12/12 | CSM | Further emails with opposing counsel regarding extension of answer deadline and settlement negotiations | L190 | .20 hrs |
| 11/12/12 | CSM | Additional emails with opposing counsel regarding extension of time to respond to complaint and settlement | L190 | .50 hrs |
| 11/13/12 | CSM | Emails with opposing counsel regarding stipulated extension of time to respond to complaint | L190 | .20 hrs |
| 11/13/12 | CSM | Revise stipulation extending time to respond to complaint | L210 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301264

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/15/12 | CSM | Emails updating client regarding filing of notice of bankruptcy and stipulation extending time to answer | L190 | .10 hrs |
| 11/25/12 | CWH | Review order extending time to answer complaint | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                   $3,168.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .90 hrs | 330.00 /hr | 297.00 |
| Cory S. Menees | 5.10 hrs | 300.00 /hr | 1,530.00 |
| Melisa P. Palmer | 9.00 hrs | 149.00 /hr | 1,341.00 |

TOTAL FEES                15.00 hrs                    $3,168.00

**TOTAL CHARGES FOR THIS INVOICE**              $3,168.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JANUARY 23, 2013
1100 Virginia Drive                                            OR0808-301264
Fort Washington, PA 19034

                                                               INVOICE #  830210

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301264
     Kuehl, John
     No. 733999
     TC # 733999

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 12/05/12 | CSM | Drafted case status report | B110 | .10 hrs |
| 12/07/12 | LADA | Receipt and review of notice of judicial reassignment | L210 | .40 hrs |
| 12/13/12 | CSM | Email to third-party purchaser of property at foreclosure sale regarding potential settlement | L160 | .20 hrs |
| 12/17/12 | CWH | Review and analyze timeline of events and client's documents in order to develop strategy in case | L120 | .60 hrs |
| 12/17/12 | CWH | Email client for additional information regarding Kuehl case case | L120 | .20 hrs |
| 12/17/12 | CWH | Review and analyze reinstatement and debt amount at time of sale and add to litigation analysis memo | L120 | .20 hrs |
| 12/17/12 | LADA | Review and analysis of original pleading in light of recently received amended pleading | L190 | 4.10 hrs |
| 12/17/12 | LADA | Revise initial litigation analysis | L190 | .50 hrs |
| 12/19/12 | CWH | Exchange e-mails with borrower's counsel regarding their interest in settlement | L160 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301264

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/19/12 | CWH | Review and analyze timing of borrower's various loan modification applications and the foreclosure sale | L120 | .40 hrs |
| 12/20/12 | CWH | Exchange several emails with borrower's counsel regarding their request for settlement and identity/position of the third party purchaser | L160 | .40 hrs |
| 12/21/12 | CWH | Review and analyze history of the loan and loan modification efforts in order to develop strategy for settlement or litigation | L120 | .40 hrs |
| 12/21/12 | CSM | Review and analyze correspondence history for purposes of determining accuracy of allegations made in complaint | L210 | 2.50 hrs |
| 12/26/12 | CSM | Outline initial draft of answer | L210 | 1.40 hrs |
| 12/26/12 | CSM | Research regarding existence and elements of private right of action under Arizona Consumer Fraud Act | C200 | 2.10 hrs |
| 12/26/12 | CSM | Research regarding elements of claim of negligent misrepresentation under Arizona law and sufficiency of borrower's statement of claim | C200 | .80 hrs |
| 12/27/12 | LADA | Review status of deadlines and extensions regarding outstanding pleadings | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER

$3,279.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301264

FED ID NO. 63-0243316

12/17/12 Copy Charges Amended complaint                               0.00
12/20/12 Copy Charges letter enclosure                                0.00

BILLING SUMMARY

    Christian W. Hancock     2.40 hrs    330.00 /hr        792.00
    Cory S. Menees           7.10 hrs    300.00 /hr      2,130.00
    Lucinda Kish             5.50 hrs     65.00 /hr        357.50


TOTAL FEES                   15.00 hrs                  $3,279.50

TOTAL CHARGES FOR THIS INVOICE                         $3,279.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301265

INVOICE #   820913

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0808-301265
      McVay, Steven & Rhonda
      No. 734386
      TC # 734386
11/20/12 Copy Charges                                      0.00
11/21/12 Copy Charges                                      0.00


TOTAL FEES                    0.00 hrs
                                              $.00

**TOTAL CHARGES FOR THIS INVOICE**
                                              $.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301265

INVOICE # 821292

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re: 0R0808-301265
    McVay, Steven & Rhonda
    No. 734386
    TC # 734386

## PROFESSIONAL SERVICES

| Date | By | Description | Code | Hours |
|------|-----|-------------|------|-------|
| 11/14/12 | BG | Review of new file materials | L110 | .20 hrs |
| 11/14/12 | JHP | Review new case file assignment and pleadings sent by client | L210 | 1.00 hrs |
| 11/15/12 | BG | Review client documents and pleadings and develop plan of action | L120 | 1.00 hrs |
| 11/15/12 | BG | Draft summary and plan of action and send to client review | L190 | 1.30 hrs |
| 11/15/12 | BG | Correspondence with foreclosure counsel regarding file referral and file materials | L120 | .20 hrs |
| 11/16/12 | BG | Correspondence with foreclosure counsel regarding response to debt validation request | L120 | .20 hrs |
| 11/16/12 | BG | Correspondence with client regarding timing of default relative to assignment of the debt | L120 | .10 hrs |
| 11/16/12 | BG | Review Defendants' Answer to the foreclosure complaint | L210 | .20 hrs |
| 11/16/12 | BG | Revise Answer and Affirmative Defenses | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 30, 2012

0R0808-301265

FED ID NO. 63-0243316

| 11/16/12 | BG | Calculate deadline for filing Answer and Affirmative Defenses | L210 | .10 hrs |
|---|---|---|---|---|
| 11/16/12 | BG | Send Answer and Affirmative Defenses to client for approval and correspondence regarding response to debt validation letter | L210 | .20 hrs |
| 11/19/12 | ABB | Telephone conference to and from the clerk's office regarding Answer to Counterclaim | L110 | .20 hrs |
| 11/19/12 | ABB | Assimilation and compilation of two fact packages received from client regarding document management | L110 | 1.00 hrs |
| 11/19/12 | BG | Receipt and initial review of foreclosure file | L120 | .10 hrs |
| 11/20/12 | ABB | Finalize Answer to Counterclaim and prepare same for fax filing and filing via federal express with Grant County Court and for service upon multiple parties via certified mail | L110 | .70 hrs |
| 11/20/12 | ABB | Correspondence via facsimile to Clerk of Court regarding Answer to Counterclaim with enclosures | L110 | .30 hrs |
| 11/20/12 | ABB | Review stamped documents from the Court regarding counterclaim and update pleadings regarding same | L110 | .20 hrs |
| 11/20/12 | BG | Confirm service dates and corresponding deadlines | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 30, 2012

0R0808-301265

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/20/12 | BG | Review new client materials and evaluate potential arguments for dispositive motion | L120 | 1.20 hrs |
| 11/20/12 | BG | Review foreclosure file and evaluate potential arguments for dispositive motion | L120 | .60 hrs |
| 11/20/12 | BG | Contact opposing counsel regarding loss mitigation alternatives and goals for the litigation | L120 | .10 hrs |
| 11/20/12 | BG | Review foreclosure file and evaluate potential arguments for dispositive motion | L120 | .80 hrs |
| 11/20/12 | BG | Begin reviewing servicing notes and evaluate potential arguments for dispositive motion | L120 | .40 hrs |
| 11/21/12 | BG | Draft request for production of documents to plaintiff | L210 | 1.10 hrs |
| 11/21/12 | BG | Draft interrogatories to plaintiff | L210 | .70 hrs |
| 11/21/12 | BG | Draft request for admissions to plaintiff | L210 | .90 hrs |
| 11/26/12 | BG | Revise discovery requests to plaintiff | L210 | .40 hrs |
| 11/29/12 | JHP | Edit first set of discovery to borrower, including requests for admission, interrogatories and requests for production | L310 | .70 hrs |

TOTAL FEES FOR THIS MATTER

$2,695.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 30, 2012

0R0808-301265

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 2.40 hrs | 150.00 /hr | 360.00 |
| Jon H. Patterson | 1.70 hrs | 245.00 /hr | 416.50 |
| Blake Goodsell | 10.10 hrs | 190.00 /hr | 1,919.00 |

TOTAL FEES          14.20 hrs                    $2,695.50

**TOTAL CHARGES FOR THIS INVOICE**          $2,695.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301265

INVOICE # 830213

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301265
     McVay, Steven & Rhonda
     No. 734386
     TC # 734386

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | BG | Correspondence with client regarding debt validation response | L120 | .20 hrs |
| 12/03/12 | BG | Draft status report regarding Answer and Affirmative Defenses, discovery and debt validation response | L190 | .20 hrs |
| 12/07/12 | BG | Revise interrogatories, and request for production of documents | L210 | .40 hrs |
| 12/07/12 | BG | Revise Requests for admissions and prepare exhibits for service | L210 | .20 hrs |
| 12/07/12 | BG | Conversation with opposing counsel to discuss allegations | L120 | .20 hrs |
| 12/07/12 | BG | Correspondence with opposing counsel conveying loan modification package | L120 | .20 hrs |
| 12/11/12 | ABB | Assimilation and compilation of documents regarding possible loan modification in order to manage file | L110 | .30 hrs |
| 12/13/12 | ABB | Finalize Requests for Admissions and Interrogatories to borrowers and prepare same for certified service upon counsel | L110 | .50 hrs |
| 12/13/12 | BG | Correspondence with foreclosure counsel regarding debt validation request | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

OR0808-301265

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/13/12 | BG | Contact client regarding response debt validation request | L120 | .10 hrs |
| 12/17/12 | BG | Conversation with client regarding debt validation response | L120 | .20 hrs |
| 12/17/12 | BG | Correspondence with client regarding debt validation response versus Qualified Written Request responses | L120 | .30 hrs |
| 12/17/12 | BG | Correspondence with foreclosure counsel regarding debt validation response versus Qualified Written Request responses | L120 | .40 hrs |
| 12/17/12 | BG | Receipt / review of foreclosure file | L120 | .40 hrs |
| 12/17/12 | BG | Draft comprehensive response to debt validation request | L210 | .40 hrs |
| 12/17/12 | BG | Identify missing items in foreclosure file and request the same | L120 | .60 hrs |
| 12/18/12 | BG | Correspondence with client regarding default letters | L120 | .10 hrs |
| 12/21/12 | BG | Correspondence with client regarding subsequent default notices and evaluate impact on underlying foreclosure action | L120 | .20 hrs |
| 12/27/12 | ABB | Research and obtain title report regarding property address | L110 | .30 hrs |
| 12/28/12 | ABB | Further inquiries and review of client documents to provide Pro Title with further detailed information in order to locate title report(s) | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
JANUARY 23, 2013

0R0808-301265

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER

$1,008.00

BILLING SUMMARY

Allison Burke          1.40 hrs    150.00 /hr         210.00
Blake Goodsell         4.20 hrs    190.00 /hr         798.00

TOTAL FEES             5.60 hrs                    $1,008.00

**TOTAL CHARGES FOR THIS INVOICE**                **$1,008.00**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301266

INVOICE #  821293

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301266
     Brownell, James
     No. 734449
     TC # 734449

#### PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|------|------|------|
| 11/15/12 | NSR | Respond to client e-mail with attached answer and affirmative defenses regarding analysis of defenses | L110 | .10 hrs |
| 11/15/12 | KK | Research county and official records to establish timeline of events in order to supplement analysis and formulate recommendation regarding direction of case; email foreclosure counsel regarding obtaining pleadings | L110 | .50 hrs |
| 11/30/12 | KK | Research pleadings available on Duval County Clerk of Court website | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                $156.00

#### BILLING SUMMARY

| | | | |
|------|------|------|------|
| Nader Raja | .10 hrs | 280.00 /hr | 28.00 |
| Kerry Keane | .80 hrs | 160.00 /hr | 128.00 |

TOTAL FEES             0.90 hrs              $156.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301266

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                              $156.00

***** TOTAL DUE UPON RECEIPT *****

�misc BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301266

INVOICE #  830216

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301266
     Brownell, James
     No. 734449
     TC # 734449

PROFESSIONAL SERVICES

| 12/04/12 | KK | Draft review and analysis to determine merits of alleged affirmative defenses | L110 | 1.50 hrs |
| 12/04/12 | KK | Emails with client regarding loan medication and current investor | L110 | .20 hrs |
| 12/04/12 | KK | Telephone call with foreclosure counsel regarding location of original note | L110 | .10 hrs |
| 12/04/12 | NSR | Review and analyze e-mail from client with attached reply to answer | L210 | .20 hrs |
| 12/12/12 | KK | Review and update analysis to reflect detailed timeline of events in effort to prepare recommendation for client | L110 | .50 hrs |
| 12/21/12 | NSR | Review and analyze foreclosure pleadings regarding procedural history | L120 | .60 hrs |
| 12/26/12 | NSR | Review and analyze 68 pages of call notes regarding history of borrower's loan | L110 | .40 hrs |
| 12/27/12 | NSR | Review and analyze affirmative defenses asserted by borrower in response to foreclosure Complaint | L120 | 1.90 hrs |

                TOTAL FEES FOR THIS MATTER                        $1,236.00



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301266

FED ID NO. 63-0243316

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Nader Raja | 3.10 hrs | 280.00 /hr | 868.00 |
| Kerry Keane | 2.30 hrs | 160.00 /hr | 368.00 |
| TOTAL FEES | 5.40 hrs | | $1,236.00 |

**TOTAL CHARGES FOR THIS INVOICE**

$1,236.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301267

INVOICE # 821294

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re: 0R0808-301267
    Matthiesen, Brian & Zania
    No. 734545
    TC # 734545

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/19/12 | MJA | Research on appeal forms in new Florida appeal (Matthiesen) | L510 | .20 hrs |
| 11/19/12 | AKA | E-mails to M.Ayers regarding case assignment | L190 | .10 hrs |
| 11/19/12 | AKA | Review Florida Rules of Appellate Procedure to determine timeline of appeal | C200 | .40 hrs |
| 11/19/12 | AKA | Review notice of appeal to analyze case background | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $188.20

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .20 hrs | 297.00 /hr | 59.40 |
| Anne Averitt | .70 hrs | 184.00 /hr | 128.80 |

| | | |
|---|---|---|
| TOTAL FEES | 0.90 hrs | $188.20 |

**TOTAL CHARGES FOR THIS INVOICE**            **$188.20**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301267

INVOICE #  830217

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re: 0R0808-301267
Matthiesen, Brian & Zania
No. 734545
TC # 734545

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/27/12 | AKA | Review factual submissions iin preparation to outline case background | L120 | 1.70 hrs |
| 12/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/06/12 | CWH | Review and analyze client's call notes and history of short sale attempts | L120 | .30 hrs |
| 12/06/12 | AKA | Review fact submissions by client in light of pending litigation strategy | L120 | 3.40 hrs |
| 12/06/12 | AKA | Research regarding pending litigation strategy | L120 | .40 hrs |
| 12/06/12 | AKA | Emails to Heather Franchi re strategy to handle pending litigation | L120 | .30 hrs |
| 12/13/12 | MJA | Research on case background and briefing strategy | L520 | .80 hrs |
| 12/13/12 | AHC | Review docket to determine status if initial brief and record on appeal | L110 | .20 hrs |
| 12/13/12 | AHC | Draft Notices of Appearance and Designations of Email Addresses for attorney review | L510 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301267

FED ID NO. 63-0243316

| 12/13/12 | AHC | Review and revise Motion to Dismiss Appeal | L510 | .40 hrs |
| 12/13/12 | AHC | Correspondence to opposing counsel regarding Notices of Appearance and Designations of Email Addresses | L510 | .20 hrs |
| 12/14/12 | MJA | Continued research on representation issue | L510 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                  $1,651.00

BILLING SUMMARY

| Marc J. Ayers | .90 hrs | 297.00 /hr | 267.30 |
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Alecia H. Cockrell | 1.50 hrs | 145.00 /hr | 217.50 |
| Anne Averitt | 5.80 hrs | 184.00 /hr | 1,067.20 |

TOTAL FEES          8.50 hrs                    $1,651.00

**TOTAL CHARGES FOR THIS INVOICE**          $1,651.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
OR0808-301268

INVOICE # 821295

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0808-301268
     Madden, Diana
     No. 734505
     TC # 734503

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/17/12 | MCG | Review pleadings and revise notice of bankruptcy and final supplemental order | L210 | .40 hrs |
| 11/19/12 | CWH | Discuss new file with in house counsel and develop strategy for same | L120 | .20 hrs |
| 11/19/12 | CWH | Analyze new file and check GMAC's system for information on the loan and the Florida foreclosure | L120 | .40 hrs |
| 11/19/12 | JJS | Drafting a notice of bankruptcy and internal correspondence regarding the same. | L120 | .70 hrs |
| 11/21/12 | KK | Review Notice of Bankruptcy and draft Notice of Appearance and prepare for filing in Western District of North Carolina | L110 | .60 hrs |
| 11/21/12 | MCG | Review pleadings and revise Notice of Bankruptcy and Servicing Order | L210 | .40 hrs |
| 11/28/12 | KK | Revise Notice of Appearance and prepare for filing on behalf of M.Griffin in Western District of North Carolina, per district rules | L110 | .20 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       2
NOVEMBER 30, 2012

0R0808-301268

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                                    $778.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 330.00 /hr | 198.00 |
| Michael C. Griffin | .80 hrs | 323.00 /hr | 258.40 |
| Jessica J. Sibley | .70 hrs | 254.00 /hr | 177.80 |
| Kerry Keane | .90 hrs | 160.00 /hr | 144.00 |

TOTAL FEES                    3.00 hrs                        $778.20

**TOTAL CHARGES FOR THIS INVOICE**                           $778.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301268

INVOICE # 830220

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301268
     Madden, Diana
     No. 734505
     TC # 734503

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | JJS | Researching and drafting GMAC's motion to dismiss based on preemption under the Fair Credit Reporting Act. | L120 | 4.70 hrs |
| 12/04/12 | JJS | Drafting GMAC's motion to dismiss Plaintiff's claims based on preemption under the Fair Credit Reporting Act. | L120 | 4.10 hrs |
| 12/04/12 | KK | Research local rules and judicial standing orders regarding citations | L110 | .40 hrs |
| 12/06/12 | KK | Review Motion to Dismiss and prepare for filing in the Western District Court of North Carolina | L110 | .40 hrs |
| 12/06/12 | KK | Research and review local and administrative rules regarding proposed order in conjunction with filing motion to dismiss | L110 | .20 hrs |
| 12/07/12 | KK | Emails with client regarding filed Motion to Dismiss | L110 | .20 hrs |
| 12/10/12 | JJS | Revieiwng pleadings filed by co-defendants. | L120 | .20 hrs |
| 12/10/12 | KK | Review current ownership statement in conjunction with preparation of corporate disclosure statement | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301268

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/11/12 | JJS | Working on GMAC Mortgage's corporate disclosure statement. | L120 | .50 hrs |
| 12/11/12 | KK | Review recently filed pleadings on PACER docket to determine status and course of case | L110 | .40 hrs |
| 12/11/12 | KK | Draft, revise, and finalize corporate disclosure statement for filing in Western District of North Carolina | L110 | 1.10 hrs |
| 12/12/12 | KK | Review and analyze local rules regarding upcoming deadlines for responsive pleadings | L110 | .40 hrs |
| 12/17/12 | KK | Review and analyze recently filed pleadings on PACER | L110 | .40 hrs |
| 12/19/12 | KK | Review PACER docket and notifications of recently filed pleadings | L110 | .20 hrs |
| 12/21/12 | KK | Review recently filed pleadings on PACER | L110 | .30 hrs |
| 12/21/12 | JJS | Drafting a status update for the client. | L120 | .30 hrs |
| 12/26/12 | JJS | Communicating with the client regarding plaintiff's opposition to GMAC's motion to dismiss. | L120 | .50 hrs |
| 12/27/12 | CWH | Review and analyze answers from the credit reporting agency defendants | L210 | .10 hrs |
| 12/27/12 | CWH | Review and analyze Madden's response to motion to dismiss | L210 | .10 hrs |
| 12/27/12 | JJS | Preparing a reply in support of GMAC's motion to dismiss. | L120 | 2.50 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

OR0808-301268

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/28/12 | JJS | Drafting GMAC's reply in support of its motion to dismiss. | L120 | 1.60 hrs |
| 12/31/12 | KK | Finalize and prepare reply in support of motion to dismiss in Western District of North Carolina | L110 | .30 hrs |
| 12/31/12 | JJS | Finalizing the reply in support of GMAC's motion to dismiss. | L120 | .80 hrs |

TOTAL FEES FOR THIS MATTER

$4,642.10

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Jessica J. Sibley | 15.20 hrs | 254.00 /hr | 3,860.80 |
| Kerry Keane | 4.30 hrs | 160.00 /hr | 688.00 |
| Kerry Keane | .30 hrs | 91.00 /hr | 27.30 |

TOTAL FEES          20.00 hrs                    $4,642.10

**TOTAL CHARGES FOR THIS INVOICE**          $4,642.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301269

INVOICE #  821296

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301269
     Cota, Donald
     No. 734712
     TC # 734712

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/26/12 | NSR | Review and respond to client e-mail with four attachments regarding review of third party complaint | L110 | .30 hrs |
| 11/28/12 | KK | Research docket; emails with foreclosure counsel regarding transfer of pleadings and status of judgment figures for motion for summary judgment | L110 | .30 hrs |
| 11/29/12 | KK | Emails with foreclosure counsel and client regarding judgment figures and summary judgment | L110 | .20 hrs |
| 11/30/12 | KK | Review docket and official records to determine status of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $196.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .30 hrs | 280.00 /hr | 84.00 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |

TOTAL FEES            1.00 hrs            $196.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0808-301269

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                                   $196.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive                                            JANUARY 23, 2013
Fort Washington, PA 19034                                      0R0808-301269

                                                              INVOICE # 830223

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0808-301269
         Cota, Donald
         No. 734712
         TC # 734712

PROFESSIONAL SERVICES

12/03/12  KK    Review and analyze pleadings and        L110    .40 hrs
                official records to determine status of
                case

12/04/12  KK    Draft timeline of events pertaining to  L110    .30 hrs
                recorded documents in effort to
                determine course of action in case

12/17/12  KK    Review and analyze pleadings to         L110    .40 hrs
                determine status of case and establish
                timeline of events

12/20/12  KK    Review loan policy, demand letters,     L110    .70 hrs
                correspondence and account history to
                establish timeline of events

12/28/12  NSR   Review and analyze pleadings, including L110    1.60 hrs
                complaint, various answers, motion to
                intervene, third party complaint, and
                answer to third party complaint,
                regarding procedural history of
                foreclosure and remaining issues

12/28/12  NSR   Review and analyze 160 pages of call    L110    1.10 hrs
                notes regarding third-party intervenor's
                allegations surrounding assumption of
                the loan



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          PAGE    2
                                                               JANUARY 23, 2013

                                                               0R0808-301269

                                                               FED ID NO. 63-0243316


12/28/12   NSR   Draft chronology of events surrounding    L110      .40 hrs
                 loan origination, transfers of the
                 property, and litigation history

12/31/12   KK    Research and review docket and recently   L110      .30 hrs
                 filed pleadings to determine status of
                 case


           TOTAL FEES FOR THIS MATTER
                                                                  $1,183.30

BILLING SUMMARY

   Nader Raja              3.10 hrs    280.00 /hr         868.00
   Kerry Keane             1.80 hrs    160.00 /hr         288.00
   Kerry Keane              .30 hrs     91.00 /hr          27.30

TOTAL FEES                5.20 hrs                      $1,183.30

**TOTAL CHARGES FOR THIS INVOICE**
                                                       $1,183.30

           ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301270

INVOICE #  821297

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301270
     Lewis, Kathleen
     No. 734770
     TC # 734770

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/28/12 | AHC | Initial review of documents received from client and trial and appeal court dockets to determine current status of case | L110 | 1.00 hrs |
| 11/28/12 | MJA | Conference with H.Franchi on case background | L510 | .30 hrs |
| 11/28/12 | MJA | Research on petition for writ of prohibition in new Florida appellate matter (Kathleen Lewis) | L510 | .60 hrs |
| 11/29/12 | MJA | Continued research on status of Kathleen Lewis petition for writ of prohibition | L510 | .50 hrs |
| 11/29/12 | AHC | Telephone conference with appellate court clerk regarding status of prohibition and confirming no other appeals filed by borrower | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$604.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 1.40 hrs | 297.00 /hr | 415.80 |
| Alecia H. Cockrell | 1.30 hrs | 145.00 /hr | 188.50 |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 30, 2012

0R0808-301270

FED ID NO. 63-0243316

TOTAL FEES                     2.70 hrs                          $604.30

**TOTAL CHARGES FOR THIS INVOICE**
                                                                 $604.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
OR0808-301271

INVOICE # 830224

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re: OR0808-301271
    Garbutt, Lee A.
    No. 734717
    TC # 734717

PROFESSIONAL SERVICES

| 12/03/12 | BG | Receipt / review of initial Petition and file materials and develop plan of action | L110 | .90 hrs |
| 12/03/12 | BG | Review docket for service information and other relevant events | L120 | .10 hrs |
| 12/03/12 | BG | Correspondence with client regarding answer deadline | L120 | .10 hrs |
| 12/03/12 | BG | Send client case summary and plan of action | L190 | .20 hrs |
| 12/03/12 | JHP | Reviewed new file from client including Petition to foreclose regarding second lien holder's attempt to foreclose loan | L210 | .60 hrs |
| 12/03/12 | JHP | Emails from client confirming receipt of file and general information on initial strategy | L120 | .10 hrs |
| 12/10/12 | BG | Draft Answer and Affirmative Defenses | L210 | 1.70 hrs |
| 12/10/12 | BG | Draft Notice of Bankruptcy | L210 | .60 hrs |
| 12/11/12 | JHP | Revised and edited Answer to Complaint | L210 | .40 hrs |
| 12/11/12 | BG | File answer and affirmative defenses | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301271

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/11/12 | BG | Send Notice of Bankruptcy to client for approval | L210 | .10 hrs |
| 12/11/12 | ABB | Finalize Answer in response to the Petition and prepare same for filing with the Court via federal express and for service via facsimile and certified mail | L110 | .50 hrs |
| 12/11/12 | ABB | Finalize Notice of Bankruptcy and prepare same for filing with the Court via federal express and for service via facsimile and certified mail | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,145.50

EXPENSES

12/29/12  Title Search Fee - BUSINESS CARD PROTITLE
          12-4-12                                              95.95
          Bank ID: GENR Check Number: 104275

          TOTAL COSTS FOR THIS MATTER                         $95.95

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .90 hrs | 150.00 /hr | 135.00 |
| Jon H. Patterson | 1.10 hrs | 245.00 /hr | 269.50 |
| Blake Goodsell | 3.90 hrs | 190.00 /hr | 741.00 |

TOTAL FEES              5.90 hrs                  $1,145.50

TOTAL EXPENSES                                      $95.95



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
JANUARY 23, 2013

0R0808-301271

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,241.45

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive                                                    JANUARY 23, 2013
Fort Washington, PA 19034                                              0R0808-301272

                                                                       INVOICE #  830227

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12                    FED ID NO. 63-0243316

        Re:  0R0808-301272
             Lee, Theresa Wai Kwan (Bibb v. Lee)
             No. 734858
             TC # 734858

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 12/04/12 | JWA | Initial review and analysis of pleadings, correspondence, and chain of title documents | L120 | 1.40 hrs |
| 12/04/12 | JWA | Email to client regarding strategy and requesting title policy | L120 | .30 hrs |
| 12/04/12 | JWA | Review and analysis of title policy | L120 | .70 hrs |
| 12/04/12 | JWA | Prepare detailed timeline | L120 | 1.40 hrs |
| 12/05/12 | JWA | Conference regarding similar previous case | L120 | .40 hrs |
| 12/05/12 | JWA | Review and analysis of pleadings and strategy used in previous case with same plaintiff and similar issues | L120 | .90 hrs |
| 12/05/12 | JWA | Research and analysis regarding title coverage | L120 | .80 hrs |
| 12/06/12 | JWA | Email exchange with client regarding title policy and case strategy | L120 | .40 hrs |
| 12/06/12 | MCG | Review and revise demand letter to title insurance | C400 | .30 hrs |
| 12/07/12 | JWA | Receipt and review of additional title policy documents | L120 | .50 hrs |