

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301272

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/07/12 | JWA | Prepare and send tender letter to title insurer | L120 | .70 hrs |
| 12/07/12 | JWA | Teleconference with opposing counsel regarding need to intervene and title coverage | L120 | .50 hrs |
| 12/10/12 | JWA | Teleconference with title insurance representative regarding coverage and strategy | L120 | .60 hrs |
| 12/10/12 | JWA | Receipt and review of correspondence from title insurer regarding coverage and requested documentation | L120 | .60 hrs |
| 12/10/12 | JWA | Email to client regarding coverage and requested documents | L120 | .30 hrs |
| 12/11/12 | JWA | Teleconference with coverage counsel regarding strategy | L120 | .40 hrs |
| 12/11/12 | JWA | Teleconference with opposing counsel regarding coverage and extension of deadlines | L120 | .40 hrs |
| 12/17/12 | JWA | Analysis of application of borrower payments | L120 | .60 hrs |
| 12/17/12 | JWA | Email exchange with client regarding application of borrower payment | L120 | .30 hrs |
| 12/18/12 | JWA | Email exchange with title insurer representative regarding answer filing, coverage counsel scope of representation, and requested documents | L120 | .40 hrs |
| 12/18/12 | JWA | Email client regarding title counsel | L120 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 12/18/12 | JWA | Email to title counsel regarding strategy issues | L120 | .50 hrs |
| 12/18/12 | JWA | Teleconference with title counsel regarding answer filing and chain of title | L120 | .40 hrs |
| 12/22/12 | JWA | Review and analysis of borrower's answer and affirmative defenses | L120 | .60 hrs |
| 12/22/12 | JWA | Review and analysis of borrower's interrogatories to plaintiff | L120 | .50 hrs |
| 12/22/12 | JWA | Review and analysis of borrower's requests for production to plaintiff | L120 | .50 hrs |
| 12/22/12 | JWA | Review and analysis of First Guaranty's answer and affirmative defenses | L120 | .80 hrs |
| 12/22/12 | JWA | Email client regarding title counsel, recent filings, and mortgage holder status | L120 | .40 hrs |
| 12/23/12 | JWA | Review and analysis of MERS milestones, lack of assignment, and strategy for intervention in case | L120 | .60 hrs |
| 12/27/12 | MCG | Strategy regarding whether to intervene or substitute parties to protect subsequent note holder's interest | L120 | .30 hrs |
| 12/27/12 | CWH | Review and analyze MERS milestones and title coverage issues | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$4,139.90

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
JANUARY 23, 2013

0R0808-301272

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Michael C. Griffin | .60 hrs | 323.00 /hr | 193.80 |
| James Warmoth | 16.10 hrs | 241.00 /hr | 3,880.10 |

TOTAL FEES                 16.90 hrs                      $4,139.90

**TOTAL CHARGES FOR THIS INVOICE**
                                                         $4,139.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301273

INVOICE #  830230

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301273
     Rivers, Gail
     No. 734986 (Pre-litigation)
     TC # 734986

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/12/12 | HEA | Review initial documents received from the client regarding problem title matter and formulate initial strategy | L110 | 1.00 hrs |
| 12/12/12 | HEA | Telephone call with N.Gierlich at GMAC regarding problem title claim matter | L110 | .40 hrs |
| 12/13/12 | ERP | E-mail communication with D.Mitchell at AFX Title requesting title report | L120 | .20 hrs |
| 12/13/12 | ERP | Initial review of client documents in preparation of requesting title report from AFX Title | L120 | .40 hrs |
| 12/17/12 | ERP | Initial review of title report provided by AFX Title on 12/14/12 | L120 | .60 hrs |
| 12/18/12 | HEA | Review docket and upcoming hearing date of December 20 | L210 | .50 hrs |
| 12/18/12 | HEA | Multiple emails and phone calls with client regarding hearing and best method for handling | L230 | .50 hrs |
| 12/19/12 | HEA | Additional review of record documents regarding competing and pending foreclosures | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

OR0808-301273

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 12/19/12 | SPM | Review other foreclosure actions on the subject property | L110 | .30 hrs |
| 12/20/12 | SPM | Analyze the property description listed in the mortgages relating to the subject property to determine area encumbered by the first lien | L110 | 1.20 hrs |
| 12/20/12 | SPM | Draft a memorandum evaluating the file and related events pertaining to the property | L110 | 1.20 hrs |
| 12/21/12 | SPM | Revise initial assessment memorandum | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,628.60

EXPENSES

12/29/12 Title Search Fee - BUSINESS CARD AFX 12-13-12
         Bank ID: GENR Check Number: 104275                        189.95

TOTAL COSTS FOR THIS MATTER                                    $189.95

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | 1.20 hrs | 150.00 /hr | 180.00 |
| Hall Eady | 3.10 hrs | 266.00 /hr | 824.60 |
| Spencer Mobley | 3.20 hrs | 195.00 /hr | 624.00 |

TOTAL FEES            7.50 hrs            $1,628.60

TOTAL EXPENSES                            $189.95



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
JANUARY 23, 2013

0R0808-301273

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,818.55

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301274

INVOICE #  830232

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301274
     Franco, Alejandro & Oneida Bastardo
     No. 735290
     TC # 735290

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/31/12 | LADA Begin review and analysis of initial pleading for case assessment | | L190 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER

$71.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Lucinda Kish | 1.10 hrs | 65.00 /hr | 71.50 |

| | | |
|---|---|---|
| TOTAL FEES | 1.10 hrs | $71.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $71.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301275

INVOICE #  830233

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301275
     Kimber, Brian (Resap BK-NY)
     No. 735062
     TC # 735062

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | GEG | Prepare for and phone conference with J.Scoliard regarding identical lawsuit filed in main GMAC bankruptcy case | L120 | .30 hrs |
| 12/06/12 | GEG | E-mails to and from J.Scoliard regarding no word from borrower's bankruptcy attorney and handling case in main GMAC bankruptcy | L120 | .10 hrs |
| 12/11/12 | GEG | Work on review of various issues regarding motion to dismiss and appearance in Texas case and e-mails from J.Scoliard regarding loan documents | L120 | .90 hrs |
| 12/12/12 | GEG | Work on review of case and begin outline of motion to dismiss | L120 | 1.30 hrs |
| 12/13/12 | GEG | Work on motion to dismiss | L120 | 2.70 hrs |
| 12/17/12 | JW | Research Texas cases for Motion to Dismiss | L120 | 1.10 hrs |
| 12/17/12 | JW | Draft Motion to Dismiss | L120 | 6.10 hrs |
| 12/17/12 | JW | Review and revise Notices of Bankruptcy and Notices of Appearance before filing | L120 | .60 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301275

FED ID NO. 63-0243316

| 12/28/12 | GEG | Work on response to motion for order to show cause | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $6,581.00

## BILLING SUMMARY

| Glenn E. Glover | 9.40 hrs | 335.00 /hr | 3,149.00 |
| Jay Watkins | 17.60 hrs | 195.00 /hr | 3,432.00 |

TOTAL FEES            27.00 hrs                  $6,581.00

**TOTAL CHARGES FOR THIS INVOICE**            **$6,581.00**

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301276

INVOICE #  830236

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301276
Parker, Scott
No. 735299
TC # 735299

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/13/12 | KK | Research and review docket, mortgage, and note to determine status of case and timeline of events | L110 | .30 hrs |
| 12/13/12 | KK | Draft Notice of Bankruptcy and Notice of Appearance and Certificate of Service in preparation of filing in Brevard County, Florida clerk of court | L110 | 1.10 hrs |
| 12/13/12 | NSR | Review and analyze client e-mail with attached counterclaims in response to foreclosure complaint and pending trial date of December 20, 2012 | L110 | .30 hrs |
| 12/13/12 | NSR | Review and analyze impact of bankruptcy stay on third-party's counterclaims | L120 | .30 hrs |
| 12/14/12 | NSR | Correspondence with client regarding impact of bankruptcy stay and upcoming trial date | L120 | .20 hrs |
| 12/14/12 | NSR | Review and analyze public records regarding subsequent transfers of the property by the borrower | L110 | .20 hrs |
| 12/14/12 | NSR | Review and revise notice of bankruptcy and impact on counterclaims | L250 | .20 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

OR0808-301276

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/14/12 | KK | Review and analyze docket and available pleadings to determine status of case and position of defendants | L110 | .40 hrs |
| 12/14/12 | KK | Review and revise notice of bankruptcy in preparation of filing | L110 | .30 hrs |
| 12/14/12 | KK | Email correspondence with foreclosure counsel regarding filing notice of bankruptcy and instructions with how to proceed going forward | L110 | .20 hrs |
| 12/14/12 | MCG | Review pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .40 hrs |
| 12/14/12 | CWH | Review and analyze the non-borrower's counterclaims and general status of pleadings, as trial has now been set | L120 | .30 hrs |
| 12/17/12 | NSR | Correspondence with client regarding trial date and effect of notice of bankruptcy | L120 | .10 hrs |
| 12/17/12 | KK | Email with foreclosure counsel regarding proceeding with case | L110 | .10 hrs |
| 12/17/12 | KK | Emails with client regarding status of case and filing notice of bankruptcy | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$1,008.20



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301276

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| Nader Raja | 1.30 hrs | 280.00 /hr | 364.00 |
| Kerry Keane | 2.60 hrs | 160.00 /hr | 416.00 |

TOTAL FEES          4.60 hrs                    $1,008.20

**TOTAL CHARGES FOR THIS INVOICE**                    $1,008.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301277

INVOICE # 830238

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301277
     Agromayor, Teresa (Mortgageit, Inc. v. Agromayor, et al.)
     No. 735196
     TC # 735196

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/12/12 | MJA | Research on case and appeal background and record documents | L510 | 2.60 hrs |
| 12/12/12 | MAC | Draft notices of appearance | L520 | .30 hrs |
| 12/12/12 | AHC | Review trial court and appeal court dockets to determine status of record on appeal and initial brief and forward to attorney for review | L110 | .30 hrs |
| 12/13/12 | AHC | Draft Notices of Appearance and Designation of Email Addresses for attorney review | L510 | .30 hrs |
| 12/13/12 | AHC | Correspondence to opposing counsel regarding Notices of Appearance and Designations of Email Addresses | L510 | .20 hrs |
| 12/13/12 | MAC | Draft motion to dismiss appeal for failure to timely file initial brief | L520 | .80 hrs |
| 12/13/12 | MJA | Continued background research for appeal | L510 | .60 hrs |
| 12/14/12 | MJA | Continued research on case background and notice of appearance issue | L510 | .50 hrs |
| 12/17/12 | AHC | Research land records regarding status of Citibank's HELOC | L110 | .40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301277

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/12 | MJA | Continued research on background of case and underlying arguments | L510 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,606.20

12/04/12  Express Mail/Fedex                                                0.00
12/14/12  Express Mail/Fedex                                                0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 4.10 hrs | 297.00 /hr | 1,217.70 |
| Alecia H. Cockrell | 1.20 hrs | 145.00 /hr | 174.00 |
| Mary Ann Couch | 1.10 hrs | 195.00 /hr | 214.50 |

TOTAL FEES                6.40 hrs                      $1,606.20

**TOTAL CHARGES FOR THIS INVOICE**                      $1,606.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301278

INVOICE #  830239

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301278
Gogerty, James & Anna
No. 735560
TC # 735560

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/21/12 | JHP | Reviewed new counterclaim and file material sent for client on new file in Oklahoma and reviewed docket to determine whether answer to counterclaim was filed | L210 | 1.00 hrs |
| 12/21/12 | JHP | Emails to/from client and to/from foreclosure counsel to discuss new file assignment and initial strategy | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$343.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 1.40 hrs | 245.00 /hr | 343.00 |

TOTAL FEES                          1.40 hrs

$343.00

**TOTAL CHARGES FOR THIS INVOICE**

**$343.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-301373

INVOICE # 824479

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

Re:  0R0808-301373
     BROWN, Mayme
     Loan No. N/A; Ally No. 718586
     TC # 718586

## PROFESSIONAL SERVICES

| 05/15/12 | MRP | Complete bankruptcy spreadsheet for GMAC | L250 | .20 hrs |
|---|---|---|---|---|
| 05/16/12 | MRP | Prepare, proof, and revise notice of stay | L250 | .40 hrs |
| 05/18/12 | MRP | Exchange memos with A.King regarding stay | L250 | .10 hrs |
| 05/18/12 | MRP | Draft memo to N.Campbell regarding stay | L250 | .10 hrs |
| 05/30/12 | MRP | Telephone call from GMAC foreclosure counsel regarding effect of MDL on foreclosure | L120 | .10 hrs |
| 05/30/12 | AHC | Review docket and draft status report as follows for attorney review: The Suggestion of Bankruptcy was filed on May 18, 2012. | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $396.10

## BILLING SUMMARY

| Michael R. Pennington | .90 hrs | 424.00 /hr | 381.60 |
|---|---|---|---|
| Alecia H. Cockrell | .10 hrs | 145.00 /hr | 14.50 |

TOTAL FEES                    1.00 hrs              $396.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
DECEMBER 12, 2012

0R0808-301373

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $396.10

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
OR0808-301374

INVOICE #  824674

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  OR0808-301374
     Robinson, Ruby v. Homecomings (Class Action) - 687409
     0424867539/25767
     TC # 687409

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 05/15/12 | MST | Analyze matter to determine if bankruptcy stay is in place and, if so, how it will impact the case. | L120 | .20 hrs |
| 05/16/12 | MRP | Prepare and revise notice of stay | L250 | .30 hrs |
| 05/17/12 | KSA | Review and evaluate borrower's counsel's letter and formulate response | L120 | 1.30 hrs |
| 05/18/12 | MRP | Revise stay filing | L250 | .10 hrs |
| 05/18/12 | KSA | File suggestion of bankruptcy | L210 | .20 hrs |
| 05/25/12 | KSA | Research Texas law regarding merits of case | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $556.40

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Melanie Thompson | .20 hrs | 150.00 /hr | 30.00 |
| Michael R. Pennington | .40 hrs | 424.00 /hr | 169.60 |
| Keith S. Anderson | 1.60 hrs | 223.00 /hr | 356.80 |

TOTAL FEES               2.20 hrs                    $556.40



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
DECEMBER 12, 2012

0R0808-301374

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**          $556.40

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE          $2,082.00
COST BILLED TO DATE             $0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-301374

INVOICE #  824675

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301374
     Robinson, Ruby v. Homecomings (Class Action) - 687409
     0424867539/25767
     TC # 687409

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 06/15/12 | MRP | Review memo from N.Campbell regarding Hill modification request | L160 | .10 hrs |
| 06/15/12 | MRP | Telephone call to B.Methvin regarding Hill modification | L160 | .10 hrs |
| 06/18/12 | MRP | Telephone conference with B.Methvin regarding HAMP issues regarding Hill | L160 | .20 hrs |
| 06/18/12 | MRP | Draft memo to N.Campbell regarding Hill | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                     $212.00

BILLING SUMMARY

   Michael R. Pennington          .50 hrs    424.00 /hr      212.00

TOTAL FEES              0.50 hrs                $212.00

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
DECEMBER 12, 2012

0R0808-301374

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                                    $212.00

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE          $1,737.60
COST BILLED TO DATE               $0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-301374

INVOICE #  824679

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301374
     Robinson, Ruby v. Homecomings (Class Action) - 687409
     0424867539/25767
     TC # 687409

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/03/12 | JEG | Legal research regarding amended complaint | L210 | .50 hrs |
| 07/03/12 | MRP | Review amended complaint and compare to original | L210 | .40 hrs |
| 07/05/12 | MRP | Draft memo to N.Campbell regarding amendment | L120 | .10 hrs |
| 07/09/12 | MRP | Draft memo to N.Campbell | L210 | .10 hrs |
| 07/11/12 | MRP | Exchange memos with N.Campbell regarding strategy | L120 | .10 hrs |
| 07/11/12 | MRP | Prepare for conference call | L110 | .40 hrs |
| 07/12/12 | MRP | Exchange memos with N.Campbell regarding answer | L210 | .10 hrs |
| 07/16/12 | KSA | Edit answer to amended complaint and research correct address for Homecomings | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$757.20



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
DECEMBER 12, 2012

0R0808-301374

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael R. Pennington | 1.20 hrs | 424.00 /hr | 508.80 |
| John E. Goodman | .50 hrs | 363.00 /hr | 181.50 |
| Keith S. Anderson | .30 hrs | 223.00 /hr | 66.90 |

TOTAL FEES                2.00 hrs                        $757.20

**TOTAL CHARGES FOR THIS INVOICE**
                                                        $757.20

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

| | |
|---|---|
| FEES BILLED TO DATE | $2,282.80 |
| COST BILLED TO DATE | $0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-301375

INVOICE #  824644

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301375
     Chatman v. GMAC (Class Action) - 687626
     TC # 687626

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/15/12 | MRP | Revise bankruptcy spreadsheet and analyze impact of bankruptcy | L120 | .20 hrs |
| 05/16/12 | KSA | Review and analyze matter to determine if bankruptcy stay is in place, and, if so, how it will impact case | L120 | .20 hrs |
| 05/16/12 | MRP | Prepare, proof, and revise notice of stay | L250 | .30 hrs |
| 05/18/12 | MRP | Revise stay filing | L250 | .10 hrs |
| 05/18/12 | KSA | File suggestion of Bankruptcy | L210 | .20 hrs |

        TOTAL FEES FOR THIS MATTER

                                                    $343.60

BILLING SUMMARY

   Michael R. Pennington      .60 hrs    424.00 /hr      254.40
   Keith S. Anderson          .40 hrs    223.00 /hr       89.20

TOTAL FEES              1.00 hrs
                                              $343.60



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
DECEMBER 12, 2012

0R0808-301375

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                              $343.60

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE           $2,226.00
COST BILLED TO DATE               $0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-301375

INVOICE #  824646

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0R0808-301375
         Chatman v. GMAC (Class Action) - 687626
         TC # 687626

#### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/02/12 | KSA | Status report regarding suggestion of bankruptcy filed and case stayed but plaintiff may add parties | L120 | .10 hrs |
| 07/03/12 | KSA | Analyze amended complaint containing Ally as defendant | L210 | .40 hrs |
| 07/03/12 | MRP | Review amended complaint and compare to original | L210 | .40 hrs |
| 07/03/12 | MRP | Draft memo to N.Campbell regarding amended Complaint | L210 | .10 hrs |
| 07/05/12 | MRP | Review and revise draft of answer | L210 | .50 hrs |
| 07/05/12 | KSA | Draft, edit, and research motion to dismiss | L250 | 2.30 hrs |
| 07/11/12 | MRP | Analyze complaint for any possible grounds for a motion to dismiss | L210 | .50 hrs |

                TOTAL FEES FOR THIS MATTER

                                                    $1,260.40

#### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael R. Pennington | 1.50 hrs | 424.00 /hr | 636.00 |
| Keith S. Anderson | 2.80 hrs | 223.00 /hr | 624.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
DECEMBER 12, 2012

0R0808-301375

FED ID NO. 63-0243316

| TOTAL FEES | 4.30 hrs | $1,260.40 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE** $1,260.40

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE    $3,142.80
COST BILLED TO DATE    $0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0R0808-301375

INVOICE #  824647

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301375
     Chatman v. GMAC (Class Action) - 687626
     TC # 687626

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 08/02/12 | AHC | Provide case information to assist in determination of representation of counsel | L190 | .20 hrs |
| 08/02/12 | MRP | Exchange memos with N.Campbell regarding Chatman | L120 | .10 hrs |
| 08/16/12 | KSA | Draft revised notice of bankruptcy | L210 | .20 hrs |
| 08/17/12 | MRP | Review and revise updated notice of bankruptcy | L250 | .10 hrs |
| 08/20/12 | MST | Update Bankruptcy Review Spreadsheet with bucket information, filing of notice and comments concerning facts of case | L140 | .20 hrs |
| 08/28/12 | MST | Finalize Notice of Bankruptcy with Final Supplemental Order and prepare for filing and service | L210 | .60 hrs |

TOTAL FEES FOR THIS MATTER                    $278.40

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie Thompson | .80 hrs | 150.00 /hr | 120.00 |
| Michael R. Pennington | .20 hrs | 424.00 /hr | 84.80 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Keith S. Anderson | .20 hrs | 223.00 /hr | 44.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    PAGE      2
                                                                          DECEMBER 12, 2012

                                                                          0R0808-301375

                                                                          FED ID NO. 63-0243316


TOTAL FEES                        1.40 hrs                    $278.40

**TOTAL CHARGES FOR THIS INVOICE**

                                                              **$278.40**

                    *****  TOTAL DUE UPON RECEIPT  *****


MATTER SUMMARY

        FEES BILLED TO DATE          $2,160.80
        COST BILLED TO DATE               $0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301753

INVOICE # 813706

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re: 0R0808-301753
Neaton, Richard
Loan No. 0553423807; Ally No. 726541
TC # 726541

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/03/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 09/11/12 | HTC | Review case file to determine steps going forward and progress of case | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $53.40

BILLING SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |

TOTAL FEES                    0.20 hrs                    $53.40

**TOTAL CHARGES FOR THIS INVOICE**                    $53.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301753

INVOICE #  818558

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301753
     Neaton, Richard
     Loan No. 0553423807; Ally No. 726541
     TC # 726541

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/12 | HTC | Analyze case status and next steps | L120 | .10 hrs |
| 10/19/12 | JDV | Draft Notice of Bankruptcy | L210 | .50 hrs |
| 10/19/12 | JDV | Email correspondence with client regarding review of notice of bankruptcy | L190 | .20 hrs |
| 10/19/12 | KK | Review pleadings and analysis and research docket to determine status of case as it pertains to bankruptcy filing | L110 | .20 hrs |
| 10/19/12 | MCG | Analyze pleadings and revise notice of filing final supplemental bankruptcy order | L210 | .40 hrs |
| 10/19/12 | AHC | Final revision of Suggestion of Bankruptcy and correspondence to opposing counsel regarding same | L250 | .40 hrs |
| 10/29/12 | AHC | Draft memorandum regarding final disposition of file for attorney review and correspondence to client regarding same | L190 | .40 hrs |
| 10/29/12 | JDV | Review closing memo | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$483.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301753

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Alecia H. Cockrell | .80 hrs | 145.00 /hr | 116.00 |
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| Jose D. Vega | .80 hrs | 219.00 /hr | 175.20 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES            2.30 hrs                        $483.90

**TOTAL CHARGES FOR THIS INVOICE**
$483.90

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301753

INVOICE #  821298

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301753
     Neaton, Richard
     Loan No. 0553423807; Ally No. 726541
     TC # 726541

PROFESSIONAL SERVICES

11/01/12  JDV  Draft status report for client          L190      .10 hrs

          TOTAL FEES FOR THIS MATTER                         $21.90

BILLING SUMMARY

   Jose D. Vega              .10 hrs   219.00 /hr        21.90

TOTAL FEES                 0.10 hrs                    $21.90

**TOTAL CHARGES FOR THIS INVOICE**                    $21.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0r0808-301763

INVOICE #  813707

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0r0808-301763
     Allen, Ronald Keith (22400 Front Beach Rd.
     Unit 65, Panama City Beach)   Loan7436985147; Ally No. 72692
     TC # 726923

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .10 hrs |
| 09/04/12 | HTC | Review BPO and telephone conference with client regarding same | L120 | .10 hrs |
| 09/04/12 | HTC | Draft email to C.Morgan regarding discovery responses | L110A | .10 hrs |
| 09/04/12 | HTC | Telephone conference with C.Morgan and telephone conference with K.Bell, opposing counsel | L120 | .40 hrs |
| 09/04/12 | HTC | Draft email to client and C.Morgan regarding conversation with K.Bell and telephone conference with client regarding same | L110 | .60 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/11/12 | HTC | Telephone conference with P.Stokes | L120 | .10 hrs |
| 09/11/12 | HTC | Telephone conference with C.Morgan | L120 | .20 hrs |
| 09/12/12 | HTC | Telephone conference with K.Bell and exchange emails with client and C.Morgan | L120 | .30 hrs |
| 09/12/12 | HTC | Draft settlement email to K.Bell | L120 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0r0808-301763

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 09/18/12 | HTC | Draft and exchange correspondence with K.Bell regarding settlement | L120 | .10 hrs |
| 09/20/12 | JDV | Draft Settlement Agreement | L160 | 1.70 hrs |
| 09/21/12 | HTC | Telephone conference with K.Bell and draft email to C.Morgan regarding same | L120 | .20 hrs |
| 09/26/12 | HTC | Telephone conference with C.Morgan regarding case | L120 | .10 hrs |
| 09/28/12 | HTC | Telephone conference with client and draft email to K.Bell and C.Morgan | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$1,288.20

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 2.70 hrs | 315.00 /hr | 850.50 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | 1.80 hrs | 219.00 /hr | 394.20 |

TOTAL FEES          4.80 hrs          $1,288.20

**TOTAL CHARGES FOR THIS INVOICE**

$1,288.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0r0808-301763

INVOICE #  818559

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0r0808-301763
     Allen, Ronald Keith (22400 Front Beach Rd.
     Unit 65, Panama City Beach)    Loan7436985147; Ally No. 72692
     TC # 726923

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/10/12 | JAM | Access online Access online docket and review for recent case activity and review for recent case activity | L190 | .30 hrs |
| 10/15/12 | HTC | Review email from C.Morgan regarding mortgage release and draft email to client regarding same | L120 | .10 hrs |
| 10/30/12 | HTC | Exchange emails with C.Morgan regarding release and hearing on funds distribution | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$128.40

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hope Cannon | .20 hrs | 315.00 /hr | 63.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |

TOTAL FEES          0.60 hrs                $128.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0r0808-301763

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $128.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0r0808-301763

INVOICE #  821299

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0r0808-301763
     Allen, Ronald Keith (22400 Front Beach Rd.
     Unit 65, Panama City Beach)   Loan7436985147; Ally No. 72692
     TC # 726923

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .20 hrs |
| 11/07/12 | HTC | Exchange emails with C.Morgan regarding satisfaction of mortgage and notice of hearing | L120 | .10 hrs |
| 11/12/12 | JAM | Pull Access online docket and review for recent case activity and review for recent case activity | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                   $118.80

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | .20 hrs | 219.00 /hr | 43.80 |

TOTAL FEES                    0.60 hrs                      $118.80

**TOTAL CHARGES FOR THIS INVOICE**                          $118.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0r0808-301763

INVOICE # 830240

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0r0808-301763
     Allen, Ronald Keith (22400 Front Beach Rd.
     Unit 65, Panama City Beach)   Loan7436985147; Ally No. 72692
     TC # 726923

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/04/12 | JDV | Draft November 2012 status update for client | L190 | .20 hrs |
| 12/11/12 | HTC | Exchange emails with client and C.Morgan regarding check from court registry | L120 | .10 hrs |
| 12/18/12 | HTC | Follow-up with client and C.Morgan regarding settlement proceeds and draft transmittal letter to client regarding same | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $106.80

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .20 hrs | 315.00 /hr | 63.00 |
| Jose D. Vega | .20 hrs | 219.00 /hr | 43.80 |

TOTAL FEES              0.40 hrs              $106.80

**TOTAL CHARGES FOR THIS INVOICE**              $106.80

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0808-301786

INVOICE #  813708

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0808-301786
     Hicks, Richard
     Loan No. 7412976524; Ally No. 727555
     TC # 727555

PROFESSIONAL SERVICES

| 09/04/12 | KRS | Draft status report concerning settlement of counterclaims | L120 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $21.00

EXPENSES

09/13/12 Research Fee - LEXIS-NEXIS ACCURINT
         Bank ID: GENR Check Number: 99154                    30.15

TOTAL COSTS FOR THIS MATTER                                   $30.15

BILLING SUMMARY

| Kathleen R. Shields O'B | .10 hrs | 210.00 /hr | 21.00 |
|---|---|---|---|

TOTAL FEES                 0.10 hrs                            $21.00

TOTAL EXPENSES                                                $30.15

**TOTAL CHARGES FOR THIS INVOICE**                            **$51.15**

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301786

INVOICE #  818560

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301786
     Hicks, Richard
     Loan No. 7412976524; Ally No. 727555
     TC # 727555

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/08/12 | KRS | Email correspondence with D.Browning regarding status of claim | L160 | .20 hrs |
| 10/08/12 | KRS | Draft status report regarding title claim | L120 | .10 hrs |
| 10/09/12 | KRS | Email correspondence with D.Browning and L.Boozer regarding GMAC's claim against Southern National Title Insurance Co. | L160 | .10 hrs |
| 10/18/12 | KRS | Conference with B.Reeves regarding insurance department's investigation and email correspondence with J.Ho regarding same | L120 | .10 hrs |
| 10/22/12 | KRS | Research Hicks's potential defenses and conference with J.Ho regarding same | L240 | .60 hrs |
| 10/23/12 | KRS | Email correspondence regarding underlying facts of case | L120 | .30 hrs |
| 10/25/12 | KRS | Call J.Ho regarding update on case | L160 | .10 hrs |
| 10/25/12 | KRS | Conference with J.Ho regarding status of case and potential claims against borrower | L120 | .50 hrs |
| 10/25/12 | KRS | Research further defenses of borrower to potential claims from GMAC | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

0R0808-301786

FED ID NO. 63-0243316

| 10/25/12 | KRS | Review language in deed of trust in considering claims against borrower | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                                    $672.00

## EXPENSES

10/30/12 FED DOCKET SERV-PACER 07/01/2012-09/30/2012                              5.80

TOTAL COSTS FOR THIS MATTER                                                    $5.80

## BILLING SUMMARY

Kathleen R. Shields O'B        3.20 hrs    210.00 /hr              672.00

TOTAL FEES              3.20 hrs                          $672.00

TOTAL EXPENSES                                           $5.80

**TOTAL CHARGES FOR THIS INVOICE**                        **$677.80**

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301786

INVOICE #   821300

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301786
     Hicks, Richard
     Loan No. 7412976524; Ally No. 727555
     TC # 727555

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | KRS | Draft status report concerning department of insurance review of claim against Southern National | L160 | .10 hrs |
| 11/01/12 | KRS | Further research regarding likelihood of success of potential claims against Hicks and email correspondence with J.Ho regarding same | L120 | 1.00 hrs |
| 11/02/12 | KRS | Email correspondence regarding next steps in dispute with Hicks and possibly closing file | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $252.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kathleen R. Shields O'B | 1.20 hrs | 210.00 /hr | 252.00 |

TOTAL FEES                    1.20 hrs                    $252.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$252.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301786

INVOICE # 830241

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301786
     Hicks, Richard
     Loan No. 7412976524; Ally No. 727555
     TC # 727555

PROFESSIONAL SERVICES

| 12/07/12 | KRS | Call B.Reeves regarding insurance department's position on claim against Southern National and email correspondence with J.Ho and P.Stokes regarding same | L160 | .20 hrs |
| 12/07/12 | KRS | Draft status report regarding title insurance claim with state department of insurance | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$63.00

BILLING SUMMARY

| Kathleen R. Shields O'B | .30 hrs | 210.00 /hr | 63.00 |

TOTAL FEES           0.30 hrs                        $63.00

**TOTAL CHARGES FOR THIS INVOICE**                   $63.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301787

INVOICE #  821301

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301787
     Simmons, Kenneth T. and Bessie B.
     Loan No. 7440483907; Ally No. 727467
     TC # 727467

## PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 04/30/12 | ES | Review docket re: service; status update on extranet | L240B | .10 hrs |
| 06/01/12 | ES | Prepare status update to client | L240B | .10 hrs |
| 07/02/12 | ES | Prepare status update to client | L240B | .10 hrs |
| 08/01/12 | ES | Status update on extranet re: Client never served, so Kathy Priore took back file and to re-notify BABC upon service | L240B | .10 hrs |
| 09/04/12 | ES | Status update on extranet | L240B | .10 hrs |
| 10/22/12 | ABB | Prepare settlement documents in order to dispose of case file | L110 | .20 hrs |
| 10/23/12 | ABB | Draft closing memo | L110 | .40 hrs |
| 10/23/12 | ABB | Finalize Closing Memo and forward same with attachments to client and update file regarding same | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $227.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301787

FED ID NO. 63-0243316

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .90 hrs | 150.00 /hr | 135.00 |
| Erin Saltaformaggio | .50 hrs | 185.00 /hr | 92.50 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.40 hrs | | $227.50 |

**TOTAL CHARGES FOR THIS INVOICE**                 $227.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0R0808-301831

INVOICE #  817915

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12          FED ID NO. 63-0243316

Re:  0R0808-301831
     Yigebru, Tsilalot
     Loan No. 7471725606; Ally No. 729518
     TC # 729518

EXPENSES

| | | |
|---|---|---:|
| 08/27/12 | Filing Fees - BUSINESS CARD BRAZORIA CO DISTRICT 8-3-12 | 2.00 |
| | Bank ID: GENR Check Number: 98412 | |
| 08/27/12 | Filing Fees - BUSINESS CARD TEXAS ONLINE 8-3-12 | 7.46 |
| | Bank ID: GENR Check Number: 98412 | |
| 07/06/12 | Court Costs - Pleadings - WEST GROUP MT COURT FEES | 267.77 |
| | Bank ID: GENR Check Number: 95910 | |
| 07/31/12 | Title Search Fee - BUSINESS CARD PROTITLEUSA 6-20-12 | 137.95 |
| | Bank ID: GENR Check Number: 97116 | |

TOTAL COSTS FOR THIS MATTER

$415.18

TOTAL FEES                 0.00 hrs                              $.00

TOTAL EXPENSES                                          $415.18

**TOTAL CHARGES FOR THIS INVOICE**

**$415.18**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301831

INVOICE #  818561

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301831
     Yigebru, Tsilalot
     Loan No. 7471725606; Ally No. 729518
     TC # 729518

PROFESSIONAL SERVICES

| 06/15/12 | CM | Review initial pleadings in Yigebru matter | L120 | .20 hrs |
|---|---|---|---|---|
| 06/19/12 | CM | Review file to determine litigation status | L190 | 1.80 hrs |
| 06/19/12 | MST | Obtain and analyze docket sheet, title report, appraisal report and state court file to determine deadlines and status of case. | L110 | .60 hrs |
| 06/21/12 | MST | Analysis of state court pleadings received from Westlaw Court Express, process payment, update file and forward to attorneys. | L110 | .40 hrs |
| 06/21/12 | CM | Follow up with J.Hoy regarding State Court file | L120 | .50 hrs |
| 06/21/12 | CM | Review State Court file | L120 | 1.50 hrs |
| 07/05/12 | GWG | Review state court file and documents received from client to determine what steps need to be taken to cure the title issue | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

OR0808-301831

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 07/16/12 | GWG | Review state court file to determine appropriate manner of getting the case dismissed and the matter closed and draft memo to the client regarding same | L210 | .90 hrs |
| 07/16/12 | BG | Initial receipt/ review of file materials and evaluate plan of action | L110 | .70 hrs |
| 07/16/12 | BG | Review current docket to determine status of litigation | L120 | .10 hrs |
| 07/16/12 | BG | Update to client regarding status of litigation and plan of action | L190 | .10 hrs |
| 07/16/12 | ABB | Retrieval of court file in Fort Bend County in order to determine status of recent filings and case activity | L110 | .30 hrs |
| 07/16/12 | ABB | Assimilation and compilation of miscellaneous correspondence and Orders regarding docket report | L110 | .30 hrs |
| 07/23/12 | BG | Correspondence with client regarding billing arrangement and plan of action | L120 | .20 hrs |
| 07/23/12 | BG | Correspondence with former counsel regarding filing of Notice of Appearance and moving to reset Motion to Dismiss | L210 | .10 hrs |
| 07/23/12 | GWG | Correspondence and calls with J. Hoy and T. Gray regarding status of the 2010 litigation | L110 | .40 hrs |
| 07/23/12 | GWG | Draft renewed motion to dismiss for want of prosecution and legal research for same | L210 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
NOVEMBER 17, 2012

OR0808-301831

FED ID NO. 63-0243316

| 07/26/12 | ABB | Analysis and review or file and preparation of Notice of Appearance for two BABC attorneys regarding file transfer | L110 | .50 hrs |
| 07/26/12 | GWG | Draft notice of appearance and finalize motion to dismiss for want of prosecution | L210 | .70 hrs |
| 07/26/12 | BG | Call with foreclosure counsel regarding notice of appearance and resetting motion to dismiss | L120 | .10 hrs |
| 07/26/12 | BG | Prepare Notice of Appearance | L210 | .10 hrs |
| 07/26/12 | BG | Determine need to file Notice of Bankruptcy explaining final order granting relief from stay and determine subsequent action needed to advance the litigation | L120 | .10 hrs |
| 07/27/12 | MST | Finalize Notice of Appearance and prepare for filing and service. | L210 | .50 hrs |
| 07/31/12 | GWG | Correspondence with opposing counsel and client regarding plaintiff's intention to voluntarily dismiss the case | L120 | .30 hrs |
| 08/01/12 | BG | Draft status update regarding opposing counselÆs agreement to voluntarily dismiss | L190 | .10 hrs |
| 08/01/12 | BG | Receipt / review of PlaintiffÆs Motion to NonSuit | L120 | .10 hrs |
| 08/01/12 | BG | Update bankruptcy review spreadsheet with bankruptcy status of this matter | L190 | .10 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
NOVEMBER 17, 2012

OR0808-301831

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 08/14/12 | BG | Correspondence regarding file closure | L120 | .10 hrs |
| 08/14/12 | GWG | Draft closing memorandum and correspond with client regarding dismissal of the case | L120 | .50 hrs |
| 08/21/12 | MST | Telephone call with court clerk regarding copy of order | L110 | .20 hrs |
| 08/21/12 | MST | Obtain and analysis of Plaintiff's Motion to Non-Suit and Order of Dismissal | L120 | .40 hrs |
| 08/22/12 | GWG | Correspondence with client regarding dismissal order | L120 | .20 hrs |
| 09/25/12 | ABB | Analysis and review of file materials to obtain information regarding opposing counsel and taxonomy of file to update spreadsheet in preparation for meeting | L110 | .30 hrs |
| 09/25/12 | MST | Analysis of docket sheet and pleadings and update taxonomy and opposing counsel report regarding motions filed, outcome of motions, ruling judge and research for same at the request of C.Hancock | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$3,158.80

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie Thompson | 2.50 hrs | 150.00 /hr | 375.00 |
| Allison Burke | 1.40 hrs | 150.00 /hr | 210.00 |
| Graham W. Gerhardt | 5.60 hrs | 263.00 /hr | 1,472.80 |
| Cam Miller | 4.00 hrs | 185.00 /hr | 740.00 |
| Blake Goodsell | 1.90 hrs | 190.00 /hr | 361.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
NOVEMBER 17, 2012

0R0808-301831

FED ID NO. 63-0243316

| TOTAL FEES | 15.40 hrs | $3,158.80 |
| --- | --- | --- |
| **TOTAL CHARGES FOR THIS INVOICE** | | $3,158.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0808-301903

INVOICE #  818562

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0808-301903
     Caudill, Teddy & Wanda
     No. 732550
     TC # 732550

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/01/12 | GEG | Draft notice of bankruptcy case and revise same | L120 | .60 hrs |
| 10/01/12 | GEG | E-mails from K.Traeger regarding status of review for traditional modification | L120 | .10 hrs |
| 10/01/12 | GEG | E-mail memorandum to J.Scoliard regarding status and upcoming hearing | L120 | .20 hrs |
| 10/01/12 | GEG | E-mails from and to K.Traeger and J.Scoliard regarding status of loan review | L120 | .40 hrs |
| 10/01/12 | GEG | E-mail memorandum to J.Scoliard regarding recommended filing of notice of bankruptcy and request for extension, reply from same, and have notice filed | L120 | .50 hrs |
| 10/02/12 | GEG | E-mail from K.Traeger regarding update | L120 | .10 hrs |
| 10/02/12 | GEG | Draft and send letter to borrowers' attorney regarding notice just filed, status of review for traditional loan modification, and continuance for upcoming hearing date | L120 | .50 hrs |
| 10/02/12 | SS | Draft status report for client | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

OR0808-301903

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/04/12 | GEG | Voice mail and e-mail to borrower's attorney regarding continuance | L120 | .20 hrs |
| 10/05/12 | GEG | Phone conference with J.Scoliard regarding status | L120 | .20 hrs |
| 10/05/12 | JB | Work on motion to continue | L120 | .20 hrs |
| 10/05/12 | SS | Draft and submit motion to continue | L120 | 2.20 hrs |
| 10/09/12 | SS | Work on motion to continue | L120 | 1.10 hrs |
| 10/09/12 | JB | Work on matter related to continuing hearing | L120 | .10 hrs |
| 10/09/12 | GEG | Receive and review court mail (notice of order issues) | L120 | .20 hrs |
| 10/10/12 | GEG | Receive and review court mail (order continuing case) | L120 | .10 hrs |
| 10/22/12 | GEG | E-mail from J.Scoliard regarding possibility of modification | L120 | .30 hrs |
| 10/24/12 | GEG | E-mails from and to J.Scoliard regarding status of GMAC's review | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$1,989.50

10/05/12 Postage Charges 10/02/2012

0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | 3.50 hrs | 335.00 /hr | 1,172.50 |
| James Bailey | .30 hrs | 190.00 /hr | 57.00 |
| Sean Solomon | 4.00 hrs | 190.00 /hr | 760.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                         PAGE     3
                                                                               NOVEMBER 17, 2012

                                                                               OR0808-301903

                                                                               FED ID NO. 63-0243316


        TOTAL FEES                        7.80 hrs                    $1,989.50

        **TOTAL CHARGES FOR THIS INVOICE**
                                                                       $1,989.50

                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0808-301903

INVOICE #  821302

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0808-301903
     Caudill, Teddy & Wanda
     No. 732550
     TC # 732550

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/12 | GEG | E-mails to and from J.Scoliard regarding upcoming hearing | L120 | .20 hrs |
| 11/06/12 | SS | Update status report | L120 | .10 hrs |
| 11/08/12 | SS | Draft motion to continue | L120 | .40 hrs |
| 11/08/12 | GEG | Review motion for modification enforcement and prior e-mails from and to client in preparation for phone conference this morning | L120 | .30 hrs |
| 11/08/12 | GEG | Phone conference with J.Scoliard regarding status of modification efforts | L120 | .30 hrs |
| 11/08/12 | GEG | Phone conference with borrower's attorney regarding continuance | L120 | .30 hrs |
| 11/08/12 | GEG | Review motion to continue and send same to borrower's attorney for review | L120 | .10 hrs |
| 11/12/12 | GEG | Work on continuance and e-mail and voice mail to borrower's attorney regarding same | B420 | .40 hrs |
| 11/16/12 | GEG | Work on review of matter and drafting ILAB | L120 | .30 hrs |
| 11/16/12 | SS | Draft ILAB update | L120 | 2.80 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 30, 2012

0R0808-301903

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/21/12 | GEG | Work on ILAB review and revisions, review status, and e-mail to J.Scoliard, et al. regarding progress on mediation | L120 | .50 hrs |
| 11/26/12 | GEG | E-mails from and to J.Scoliard and K.Traeger regarding status | L120 | .10 hrs |
| 11/27/12 | GEG | Prepare for phone conference with J.Scoliard | L120 | .50 hrs |
| 11/27/12 | GEG | Phone conference with J.Scoliard regarding holdup on settlement and resolution of motion | L120 | .20 hrs |
| 11/27/12 | SS | Correspond with GMAC regarding loan modification | L120 | .10 hrs |
| 11/28/12 | SS | Conference call with GMAC on status of loan modification | L120 | .80 hrs |
| 11/28/12 | GEG | Phone conference with J.Scoliard and other GMAC personnel regarding settlement | L120 | .80 hrs |

TOTAL FEES FOR THIS MATTER

$2,142.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Glenn E. Glover | 4.00 hrs | 335.00 /hr | 1,340.00 |
| Sean Solomon | .80 hrs | 195.00 /hr | 156.00 |
| Sean Solomon | 3.40 hrs | 190.00 /hr | 646.00 |

TOTAL FEES

8.20 hrs

$2,142.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 30, 2012

0R0808-301903

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                           $2,142.00

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301903

INVOICE # 830243

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301903
Caudill, Teddy & Wanda
No. 732550
TC # 732550

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 12/03/12 | SS | Draft status report for client | L120 | .20 hrs |
| 12/07/12 | GEG | Work on settlement of motion to enforce settlement | L120 | .20 hrs |
| 12/10/12 | SS | Correspond with opposing counsel to continue hearing | L120 | .20 hrs |
| 12/11/12 | SS | Draft motion to continue | L120 | .30 hrs |
| 12/11/12 | KAK | File third joint motion to continue and serve on parties | L210 | .40 hrs |
| 12/11/12 | GEG | E-mails and voice mails to borrower's attorney regarding motion to continue and work on same | L120 | .40 hrs |
| 12/11/12 | GEG | E-mails from and to J.Scoliard and other GMAC personnel regarding loan modification still not yet done | L120 | .20 hrs |
| 12/12/12 | GEG | Receive and review court mail (continuance of motion to enforce modification) | L120 | .20 hrs |
| 12/13/12 | GEG | Work on various issues regarding anticipated loan modification agreement | L120 | .10 hrs |
| 12/13/12 | KAK | Revise order and submit to Court | L210 | .70 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301903

FED ID NO. 63-0243316

| 12/27/12 | SS | Correspond with Loss Mitigation regarding generation of loan modification documents | L120 | .20 hrs |
|---|---|---|---|---|
| 12/28/12 | GEG | Emails from and to J. Scoliard and other GMAC personnel regarding motion to enforce modification agreement | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$774.90

BILLING SUMMARY

| Glenn E. Glover | 1.30 hrs | 335.00 /hr | 435.50 |
|---|---|---|---|
| Kimberly A. Kirsch | 1.10 hrs | 149.00 /hr | 163.90 |
| Sean Solomon | .90 hrs | 195.00 /hr | 175.50 |

TOTAL FEES          3.30 hrs

$774.90

**TOTAL CHARGES FOR THIS INVOICE**

**$774.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 31, 2012
0R0808-301934

INVOICE #  826868

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/27/12

Re:  0R0808-301934
     Hollowell, Ray & Donna
     No. 734362
     TC # 734362

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/13/12 | JJE | Review and analyze order setting bond and staying sale as well as appeal of order of foreclosure sale to determine needed information and initial strategy going forward | L510 | .40 hrs |
| 11/13/12 | MJA | Research on record documents in new appeal (Hollowell) | L510 | .20 hrs |
| 11/14/12 | AHC | Telephone conference with clerk of court regarding status of payment of bond | L110 | .30 hrs |
| 11/14/12 | AHC | Telephone conference and follow-up correspondence to  foreclosure counsel regarding general case information, copy of foreclosure file and arrangement of telephone conference | L110 | .60 hrs |
| 11/15/12 | AHC | Telephone conference with court administrator regarding hearing on appeal matter and memo regarding same | L110 | .70 hrs |
| 11/15/12 | AHC | Draft Notice of Appearance for attorney review | L510 | .30 hrs |
| 11/15/12 | AHC | Correspondence to foreclosure counsel regarding status of copy of file and scheduling telephone conference to discuss case strategy | L510 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
DECEMBER 31, 2012

0R0808-301934

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/15/12 | AHC | Initial review and categorization of 1600 pages of documents in preparation for attorney analysis of file | L120 | 5.10 hrs |
| 11/19/12 | CWH | Review and analyze loan's status and confirm the investor | L120 | .20 hrs |
| 12/03/12 | MJA | Research on appeal status | L510 | .20 hrs |
| 12/03/12 | JJE | Email from and to client regarding status of the appeal, needed information regarding the foreclosure file, and strategy going forward with the appeal | L510 | .30 hrs |
| 12/03/12 | JJE | Review, analysis and comparison of fact package with public records referenced in notice of appeal to determine necessary parties, correct property address, and client posture with regard to the appeal | L510 | 1.80 hrs |
| 12/04/12 | MJA | Research on strategy and service issue in Hollowell appeal | L510 | .40 hrs |
| 12/04/12 | CWH | Review and analyze pleadings received to date from default counsel | L120 | .20 hrs |
| 12/04/12 | JJE | Review and analyze correspondence from borrower's counsel to determine possible issues to be raised on appeal | L510 | 1.70 hrs |
| 12/04/12 | JJE | Conference call with substitute trustee's counsel regarding status of foreclosure, possible issues with notice of hearing, and presentation of evidence and scheduling of appeal hearing | L510 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
DECEMBER 31, 2012

OR0808-301934

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/06/12 | JEL | Conference with J.Eason regarding priority of federal and state tax liens | B240 | .30 hrs |
| 12/06/12 | JJE | Email to client discussing conference call with substitute trustee's counsel and strategy going forward | L510 | .20 hrs |
| 12/06/12 | JJE | Review and analysis of policies regarding federal tax lien priority in support of development of strategy for moving forward with the foreclosure | L510 | 1.30 hrs |
| 12/10/12 | CWH | Review and analyze events in the loan history, foreclosure to date and issues with the tax liens on property | L120 | .40 hrs |
| 12/10/12 | JEL | Research regarding priority of Federal tax lien for unpaid income taxes; e-mail J.Eason summary regarding same | B240 | 1.10 hrs |
| 12/10/12 | JJE | Review and analyze research of tax regulations to determine priority of liens as compared to the mortgage to advise client on likelihood of success and recovery regarding same | L510 | .80 hrs |
| 12/12/12 | JEL | Conference with J.Eason regarding priority of mortgage over federal income tax lien; research regarding procedures for requesting certificate of discharge under IRC section 6325 | B240 | .70 hrs |
| 12/13/12 | JJE | Research and analysis of borrower, his financial disposition, background and other outstanding liens and claims to determine strategy for moving forward with the appeal | L510 | 1.60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
DECEMBER 31, 2012

0R0808-301934

FED ID NO. 63-0243316

| 12/14/12 | JEL | Research regarding priority of North Carolina state and local tax liens; e-mail summary of same to J.Eason | B240 | .80 hrs |
|---|---|---|---|---|
| 12/17/12 | CWH | Review and analyze history of loan and foreclosure file to date and develop arguments in opposition to borrower's request for appeal/hearing before judge | L120 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                                          $5,840.00

| 12/03/12 | Copy Charges | |
| 12/03/12 | Copy Charges | 0.00 |
| 12/06/12 | Copy Charges | 0.00 |
| 12/06/12 | Copy Charges | 0.00 |
| 12/06/12 | Computerized Legal Research-Westlaw Westlaw User: COCKRELL,ALECIA | 0.00 |
| | | 0.00 |

BILLING SUMMARY

| Marc J. Ayers | .80 hrs | 386.30 /hr | 309.04 |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 429.23 /hr | 171.69 |
| Christian W. Hancock | 1.40 hrs | 429.22 /hr | 600.91 |
| Christian W. Hancock | .40 hrs | 429.20 /hr | 171.68 |
| Alecia H. Cockrell | 7.30 hrs | 188.60 /hr | 1,376.76 |
| James E. Long | .80 hrs | 338.18 /hr | 270.54 |
| James E. Long | 2.10 hrs | 338.17 /hr | 710.16 |
| Joycelyn J. Eason | .20 hrs | 256.25 /hr | 51.25 |
| Joycelyn J. Eason | .80 hrs | 256.24 /hr | 204.99 |
| Joycelyn J. Eason | 7.70 hrs | 256.23 /hr | 1,972.98 |

| TOTAL FEES | 21.90 hrs | | $5,840.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
DECEMBER 31, 2012

0R0808-301934

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $5,840.00

LESS UNALLOCATED                                 ($5,840.00)

**AMOUNT DUE THIS BILL**

$.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0R0808-301934

INVOICE #  830246

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0808-301934
     Hollowell, Ray & Donna
     No. 734362
     TC # 734362

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/03/12 | AHC | Telephone conference with clerk of court regarding superior court sessions and scheduling hearing on appeal matter | L110 | .20 hrs |
| 12/03/12 | AHC | Review of land records regarding various properties owned by appellant and confirming the property of interest as the Notice of Appeal references a different piece of property by book and page number | L110 | 1.20 hrs |
| 12/03/12 | AHC | Correspondence to foreclosure counsel and to client regarding status of copy of foreclosure file | L110 | .30 hrs |
| 12/03/12 | AHC | Receipt and initial review of foreclosure file consisting of 217 pages | L110 | 2.50 hrs |
| 12/03/12 | AHC | Correspondence to foreclosure counsel regarding telephone conference and coordination of same | L190 | .20 hrs |
| 12/04/12 | AHC | Conference call regarding case status and strategy | L110 | .80 hrs |
| 12/04/12 | AHC | Review and sort 1646 pages of documents related to loan file and foreclosure action | L190 | 3.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 23, 2013

0R0808-301934

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/06/12 | AHC | Prepare timeline of relevant events and summary of action for attorney review including research confirming status of federal and state tax liens on property | L190 | 3.90 hrs |
| 12/06/12 | AHC | Correspondence to client regarding current BPO of property | L110 | .20 hrs |
| 12/17/12 | AHC | Final review and revision to Notice of Appearance | L510 | .40 hrs |
| 12/17/12 | AHC | Correspondence to client regarding original note and mortgage | L110 | .20 hrs |
| 12/17/12 | AHC | Review and revise timeline to reflect payment history | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $2,001.00

EXPENSES

| | |
|---|---|
| 12/27/12 Court Costs - Pleadings - WEST GROUP COURT DOCUMENTS<br>Bank ID: GENR Check Number: 104202 | 181.25 |
| 12/18/12 Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER                              $181.25

BILLING SUMMARY

Alecia H. Cockrell        13.80 hrs    145.00 /hr        2,001.00

TOTAL FEES                13.80 hrs                      $2,001.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
JANUARY 23, 2013

0R0808-301934

FED ID NO. 63-0243316

TOTAL EXPENSES                                    $181.25

**TOTAL CHARGES FOR THIS INVOICE**          $2,182.25

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012

0R0809-301001

INVOICE #  814274

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0809-301001
     Ralston, Charles
     Loan No. 0359561199; Ally No. 728122
     TC # 728122

PROFESSIONAL SERVICES

| 09/03/12 | JDV | Draft status update for client | L190 | .10 hrs |
|---|---|---|---|---|
| 09/05/12 | AHC | Draft Designation of Email Addresses for attorney review | L250 | .30 hrs |
| 09/09/12 | JAM | Access online docket and review case activity | L190 | .30 hrs |
| 09/24/12 | RBB | Review and analysis of correspondence to/from A.Workman regarding stipulation of dismissal | L140 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $123.80

09/27/12 Express Mail/Fedex                                 0.00

BILLING SUMMARY

| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Robert B. Benson | .10 hrs | 149.00 /hr | 14.90 |
| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |

TOTAL FEES            0.80 hrs              $123.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0809-301001

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $123.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0809-301001

INVOICE #  818563

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0R0809-301001
      Ralston, Charles
      Loan No. 0359561199; Ally No. 728122
      TC # 728122

PROFESSIONAL SERVICES

| 09/26/12 | JAM | Telephone calls to Sarasota County Clerk regarding status of docketing of Notice of Bankruptcy | L210 | .20 hrs |
|----------|-----|---|------|---------|
| 09/27/12 | JAM | Draft Amended Notice of Bankruptcy and Supplemental Servicing Order | L210 | .20 hrs |
| 09/27/12 | JAM | Correspondence to Clerk of Court enclosing Notice of Bankruptcy | L210 | .20 hrs |
| 09/27/12 | JAM | Effect email service of court document on opposing counsel | L210 | .20 hrs |
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/09/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 10/15/12 | JDV | Email correspondence with client regarding estate litigation | L190 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                      $225.20

BILLING SUMMARY

| Jamie Mathews | 1.10 hrs | 145.00 /hr | 159.50 |
|---|---|---|---|
| Jose D. Vega | .30 hrs | 219.00 /hr | 65.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 17, 2012

0R0809-301001

FED ID NO. 63-0243316

TOTAL FEES                 1.40 hrs                    $225.20

**TOTAL CHARGES FOR THIS INVOICE**                    $225.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0809-301001

INVOICE #  821043

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0809-301001
     Ralston, Charles
     Loan No. 0359561199; Ally No. 728122
     TC # 728122

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |

| | |
|---|---|
| TOTAL FEES FOR THIS MATTER | $21.90 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |

| | | |
|---|---|---|
| TOTAL FEES | 0.10 hrs | $21.90 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$21.90** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    JANUARY 17, 2013
1100 Virginia Drive                                                       0R0809-301001
Fort Washington, PA 19034

                                                                          INVOICE #  829701

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0R0809-301001
         Ralston, Charles
         Loan No. 0359561199; Ally No. 728122
         TC # 728122

    PROFESSIONAL SERVICES

    12/03/12  JDV  Draft November 2012 status report for        L190      .10 hrs
                   client

              TOTAL FEES FOR THIS MATTER                                  $21.90

    BILLING SUMMARY

        Jose D. Vega              .10 hrs   219.00 /hr          21.90

    TOTAL FEES                    0.10 hrs                      $21.90

    **TOTAL CHARGES FOR THIS INVOICE**                          **$21.90**

              ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0809-301002

INVOICE # · 814275

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0809-301002
     Germinaro, Frank
     Loan No. 743729748; Ally No. 728260
     TC # 728260

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/07/12 | CSM | Draft amended notice of bankruptcy and suggestion of automatic stay | L250 | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $60.00 |
| 09/10/12 Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Cory S. Menees | .20 hrs | 300.00 /hr | 60.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $60.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$60.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0809-301003

INVOICE #  814276

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0809-301003
     Sumter, Melvina Yvette (Ornelas v. Sumter)
     Loan No. 0418007977; Ally No. 728882
     TC # 728882

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/20/12 | RBB | Review case file to prepare final disposition memo for attorney review | L140 | .30 hrs |
| 09/20/12 | RBB | Prepare final disposition memo for attorney review | L140 | .10 hrs |
| 09/24/12 | RBB | Conference with external counsel regarding signed and file-stamped copy of stipulation of dismissal | L140 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $104.30

BILLING SUMMARY

Robert B. Benson          .60 hrs   149.00 /hr        89.40

TOTAL FEES              0.60 hrs              $104.30

**TOTAL CHARGES FOR THIS INVOICE**          $104.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0809-301003

INVOICE #  818564

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0809-301003
     Sumter, Melvina Yvette (Ornelas v. Sumter)
     Loan No. 0418007977; Ally No. 728882
     TC # 728882

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | CWH | Exchange e-mails with client regarding status of joint stipulation of dismissal | L110 | .10 hrs |
| 10/01/12 | RBB | Analysis of correspondence from A.Workman regarding stipulation of dismissal for case status update | L140 | .10 hrs |
| 10/01/12 | RBB | Prepare correspondence to opposing counsel regarding stipulation of dismissal | L140 | .10 hrs |
| 10/22/12 | RBB | Prepare correspondence to Foreclosure counsel regarding update on settling case and filing stipulation of dismissal with the Court | L140 | .10 hrs |
| 10/23/12 | CWH | Exchange e-mails with client regarding status of the joint stipulation efforts | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $155.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Robert B. Benson | .30 hrs | 149.00 /hr | 44.70 |

TOTAL FEES                 0.50 hrs              $155.40



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
NOVEMBER 17, 2012

0R0809-301003

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $155.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0809-301004

INVOICE #  814277

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0809-301004
     Stein, Lee
     Loan No. 0810017243; Ally No. 729386
     TC # 729386

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/20/12 | MSW | Analyze messages regarding payment history and escrow accounting | L120 | .20 hrs |
| 09/20/12 | LADA | Finalize Notice of Bankruptcy pursuant to Florida Rule 2.516 | L210 | .30 hrs |
| 09/20/12 | LADA | Update case management tracking with information regarding filings and deadlines | L210 | .30 hrs |
| 09/20/12 | LADA | Research Court docket for changes in status and filings | L190 | .30 hrs |
| 09/27/12 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                   $134.70

09/20/12 Express Mail/Fedex
                                                              0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .30 hrs | 254.00 /hr | 76.20 |
| Lucinda Kish | .90 hrs | 65.00 /hr | 58.50 |

TOTAL FEES                    1.20 hrs            $134.70



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

0R0809-301004

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $134.70

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0809-301004

INVOICE #  818565

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0809-301004
     Stein, Lee
     Loan No. 0810017243; Ally No. 729386
     TC # 729386

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/22/12 | MSW | Conversations with opposing counsel regarding settlement demands | L120 | .40 hrs |
| 10/23/12 | MSW | Draft status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER          $127.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .50 hrs | 254.00 /hr | 127.00 |

TOTAL FEES              0.50 hrs              $127.00

**TOTAL CHARGES FOR THIS INVOICE**              $127.00

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0809-301004

INVOICE #  821044

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0809-301004
     Stein, Lee
     Loan No. 0810017243; Ally No. 729386
     TC # 729386

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/27/12 | MSW | Draft monthly status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $25.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .10 hrs | 254.00 /hr | 25.40 |

| | | |
|---|---|---|
| TOTAL FEES | 0.10 hrs | $25.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$25.40** |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0809-301006

INVOICE #   814278

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:   0R0809-301006
      Oxford Place at Tampa Palms Condominium Association, Inc. v.
      GMAC Mortgage, LLC, et. al. - 729794
      TC # 729794

## PROFESSIONAL SERVICES

| Date | | Description | | |
|------|-----|-------------|------|---------|
| 09/07/12 | CSM | Draft amended notice of bankruptcy and suggestion of automatic stay | L250 | .20 hrs |
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/11/12 | CSM | E-mail correspondence with client regarding strategy for securing cancellation of HOA lien against REO property | L120 | .20 hrs |
| 09/20/12 | CSM | Draft initial litigation assessment | L190 | 1.50 hrs |
| 09/20/12 | CSM | Email to counsel for HOA requesting voluntary cancellation of HOA lien against REO property | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $660.00

09/10/12 Express Mail/Fedex                            0.00

## BILLING SUMMARY

Cory S. Menees          2.20 hrs    300.00 /hr      660.00

TOTAL FEES              2.20 hrs                   $660.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0809-301006

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                              $660.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0809-301006

INVOICE #  818566

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0809-301006
     Oxford Place at Tampa Palms Condominium Association, Inc. v.
     GMAC Mortgage, LLC, et. al. - 729794
     TC # 729794

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/12 | CSM | Draft monthly status report | B110 | .10 hrs |
| 10/24/12 | CSM | Emails with client regarding cancellation of lien | L120 | .20 hrs |
| 10/29/12 | CSM | Draft letter to counsel for HOA requesting voluntary cancellation of lien | L160 | .60 hrs |
| 10/29/12 | CSM | Emails with client regarding efforts to secure cancellation of HOA lien | C400 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $330.00

BILLING SUMMARY

| Cory S. Menees | 1.10 hrs | 300.00 /hr | 330.00 |
|---|---|---|---|

TOTAL FEES                 1.10 hrs                    $330.00

**TOTAL CHARGES FOR THIS INVOICE**                      $330.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0809-301006

INVOICE #  821045

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0809-301006
     Oxford Place at Tampa Palms Condominium Association, Inc. v.
     GMAC Mortgage, LLC, et. al. - 729794
     TC # 729794

PROFESSIONAL SERVICES

11/06/12  CSM  Draft monthly case status report for          B110     .10 hrs
               client

          TOTAL FEES FOR THIS MATTER                          $30.00

BILLING SUMMARY

   Cory S. Menees          .10 hrs    300.00 /hr        30.00

TOTAL FEES                0.10 hrs                     $30.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$30.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0809-301006

INVOICE #  829702

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0809-301006
     Oxford Place at Tampa Palms Condominium Association, Inc. v.
     GMAC Mortgage, LLC, et. al. - 729794
     TC # 729794

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 11/06/12 | JJE | Draft case status report | B110 | .10 hrs |
| 12/02/12 | CSM | Emails with client regarding case strategy | L120 | .10 hrs |
| 12/05/12 | CSM | Drafted case status report | B110 | .10 hrs |
| 12/09/12 | CSM | Draft letter to counsel for condo association providing notice of intention to begin paying dues and requesting cancellation of lien and dismissal of suit | L190 | .60 hrs |
| 12/26/12 | CSM | Review and respond to correspondence from opposing counsel regarding balance of HOA dues allegedly owed | L110 | .30 hrs |
| 12/26/12 | CSM | Emails with client regarding correspondence from opposing counsel regarding balance of HOA dues allegedly owed | C400 | .10 hrs |
| 12/26/12 | CSM | Compare accounting of amounts allegedly owed provided by HOA to accountings previously provided by HOA | C300 | .20 hrs |
| 12/27/12 | CSM | Emails with client regarding case strategy | L190 | .10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 17, 2013

0R0809-301006

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $469.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joycelyn J. Eason | .10 hrs | 197.00 /hr | 19.70 |
| Cory S. Menees | 1.50 hrs | 300.00 /hr | 450.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.60 hrs | $469.70 |

**TOTAL CHARGES FOR THIS INVOICE**                    $469.70

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0809-301007

INVOICE #  814279

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0809-301007
     Woods, Angela
     Loan No. 0306912408; Ally No. 730086
     TC # 730086

PROFESSIONAL SERVICES

| 09/20/12 | BG | Draft Suggestion of Bankruptcy | L210 | .20 hrs |
| 09/20/12 | BG | Conduct initial review and case analysis | L110 | .60 hrs |
| 09/20/12 | BG | Review Answer of co-defendant | L120 | .10 hrs |
| 09/20/12 | BG | Respond to client question about Notice of Bankruptcy | L210 | .10 hrs |
| 09/20/12 | BG | Initial review of new complaint | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                         $228.00

BILLING SUMMARY

| Blake Goodsell | 1.20 hrs | 190.00 /hr | 228.00 |

TOTAL FEES              1.20 hrs              $228.00

**TOTAL CHARGES FOR THIS INVOICE**              $228.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0809-301007

INVOICE #  818567

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0809-301007
     Woods, Angela
     Loan No. 0306912408; Ally No. 730086
     TC # 730086

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/04/12 | JHP | Email from client contact to discuss transfer of file to new case manager | L120 | .10 hrs |
| 10/22/12 | ABB | Review file and determine recent status regarding case transfer assignment to estate in order to properly document and update file regarding same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $54.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .20 hrs | 150.00 /hr | 30.00 |
| Jon H. Patterson | .10 hrs | 245.00 /hr | 24.50 |

TOTAL FEES                 0.30 hrs              $54.50

**TOTAL CHARGES FOR THIS INVOICE**                 **$54.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0809-301008

INVOICE #  814280

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0809-301008
     Ambrezewicz, Peter
     Ally No. 730145
     TC # 730145

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/07/12 | CSM | Draft amended notice of bankruptcy and suggestion of automatic stay | L250 | .20 hrs | |
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs | |
| | | TOTAL FEES FOR THIS MATTER | | | $90.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .30 hrs | 300.00 /hr | 90.00 |
| TOTAL FEES | 0.30 hrs | | $90.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | $90.00 |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0809-301008

INVOICE #  818568

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0809-301008
     Ambrezewicz, Peter
     Ally No. 730145
     TC # 730145

PROFESSIONAL SERVICES

10/02/12  CSM  Draft monthly status report          B110    .10 hrs

           TOTAL FEES FOR THIS MATTER                       $30.00

BILLING SUMMARY

   Cory S. Menees          .10 hrs   300.00 /hr      30.00

TOTAL FEES              0.10 hrs              $30.00

**TOTAL CHARGES FOR THIS INVOICE**           $30.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0809-301008

INVOICE #  821046

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0R0809-301008
     Ambrezewicz, Peter
     Ally No. 730145
     TC # 730145

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/12 | CSM | Draft monthly case status report for client | B110 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $30.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .10 hrs | 300.00 /hr | 30.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.10 hrs | $30.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$30.00** |

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0809-301008

INVOICE #  829703

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0809-301008
     Ambrezewicz, Peter
     Ally No. 730145
     TC # 730145

PROFESSIONAL SERVICES

11/06/12  JJE  Draft case status report          B110     .10 hrs

          TOTAL FEES FOR THIS MATTER                      $19.70

BILLING SUMMARY

   Joycelyn J. Eason         .10 hrs   197.00 /hr        19.70

TOTAL FEES                 0.10 hrs                  $19.70

**TOTAL CHARGES FOR THIS INVOICE**                  $19.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 30, 2012
1100 Virginia Drive                                 0R0809-301009
Fort Washington, PA 19034

                                                    INVOICE #  814281

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0809-301009
     Dabbelt, John Walter
     Loan No. 0474194818; Ally No. 730273
     TC # 730273

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | NSR | Telephone conference with client, H.Franchi, regarding loan servicing and representation issues | L120 | .10 hrs |
| 09/06/12 | NSR | Analyze docket, pleadings, and and court ordered deadlines | L120 | .80 hrs |
| 09/06/12 | NSR | Draft e-mail to client, H.Franchi, regarding representation of defendants | L110 | .10 hrs |
| 09/07/12 | NSR | Exchange e-mails with H.Franchi regarding scope of representation | L120 | .10 hrs |
| 09/13/12 | NSR | Review e-mail from H.Franchi regarding scope of representation | L110 | .10 hrs |
| 09/27/12 | RBB | Analysis of pleading for case status update | L140 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER              $383.20

BILLING SUMMARY

    Robert B. Benson        .10 hrs    149.00 /hr        14.90
    Nader Raja             1.20 hrs    280.00 /hr       336.00

TOTAL FEES                 1.30 hrs                   $383.20



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 30, 2012

OR0809-301009

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $383.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0R0809-301009

INVOICE #  818569

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0809-301009
     Dabbelt, John Walter
     Loan No. 0474194818; Ally No. 730273
     TC # 730273

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | NSR | Analyze docket regarding case activity and new counsel for co-defendants | L120 | .10 hrs |
| 10/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 10/02/12 | RBB | Analysis of Pleadings 22 through 24, for case status update | L140 | .60 hrs |
| 10/03/12 | RBB | Review pleadings 25 and 26 for case status update | L140 | .40 hrs |
| 10/09/12 | NSR | Draft e-mail to client regarding case update | L120 | .10 hrs |
| 10/09/12 | NSR | Analyze docket and motion for relief from default filed by Greenberg Taurig | L210 | .20 hrs |
| 10/09/12 | RBB | Prepare case docket for attorney review | L140 | .10 hrs |
| 10/11/12 | RBB | Analysis of pleadings #27 through 32 for case status update | L140 | .80 hrs |

TOTAL FEES FOR THIS MATTER                    $557.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 17, 2012

0R0809-301009

FED ID NO. 63-0243316

BILLING SUMMARY

Robert B. Benson          1.90 hrs    149.00 /hr        283.10
Nader Raja                 .50 hrs    280.00 /hr        140.00

TOTAL FEES                2.40 hrs                    $557.20

**TOTAL CHARGES FOR THIS INVOICE**                    $557.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0809-301009

INVOICE #   821047

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0R0809-301009
      Dabbelt, John Walter
      Loan No. 0474194818; Ally No. 730273
      TC # 730273

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | NSR | Draft status report for client | L190 | .10 hrs |
| 11/30/12 | KK | Research and review PACER to determine status of case and analyze recent pleadings filed | L110 | .20 hrs |
| 11/30/12 | NSR | Review and analyze Order granting motion to dismiss against all defendants without prejudice | L240 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $144.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .40 hrs | 280.00 /hr | 112.00 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES              0.60 hrs                    $144.00

**TOTAL CHARGES FOR THIS INVOICE**               $144.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 17, 2013
0R0809-301009

INVOICE #  829704

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0R0809-301009
     Dabbelt, John Walter
     Loan No. 0474194818; Ally No. 730273
     TC # 730273

<u>PROFESSIONAL SERVICES</u>

| 12/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
|---|---|---|---|---|
| 12/10/12 | KK | Research and review PACER to determine recent activity and status of case | L110 | .20 hrs |
| 12/14/12 | KK | Research and review PACER to determine status of case and confirm Plaintiff filed amended complaint | L110 | .20 hrs |
| 12/14/12 | NSR | Review and analyze borrowers' amended complaint with three causes of action spanning 31 pages | L210 | .30 hrs |
| 12/18/12 | NSR | Draft e-mail to client regarding overall case status and new amended complaint filed by borrowers | L120 | .20 hrs |
| 12/31/12 | NSR | Review and analyze motion to dismiss filed by co-defendants in response to Plaintiff's amended complaint | L240 | .30 hrs |
| 12/31/12 | NSR | Review and analyze applicability of automatic stay to Plaintiff's amended complaint | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $400.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
JANUARY 17, 2013

0R0809-301009

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | 1.20 hrs | 280.00 /hr | 336.00 |
| Kerry Keane | .40 hrs | 160.00 /hr | 64.00 |
| TOTAL FEES | 1.60 hrs | | $400.00 |

**TOTAL CHARGES FOR THIS INVOICE**                      $400.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0R0809-301010

INVOICE #  814282

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0R0809-301010
     Hicks, Dorothy
     TC No. 731392
     TC # 731392

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | MMB | Confirm filing of answer to third party complaint | L210 | .20 hrs |
| 09/05/12 | MMB | Revise case status | B110 | .40 hrs |
| 09/05/12 | MMB | Revise initial litigation assessment and budget | L190 | .60 hrs |
| 09/06/12 | MMB | Analyze correspondence from W.Hawley regarding selling property at issue | C300 | .60 hrs |
| 09/06/12 | MMB | E-mail with client regarding title insurance policy and strategy for responding to letter from counsel for plaintiff | C300 | .50 hrs |
| 09/06/12 | JDR | Analyze whether or not to agree to proposal to sell property | C300 | .20 hrs |
| 09/06/12 | JDR | Consider letter from W.B.Hawley regarding possible court-ordered sale of property and proposal to have funds held in court registry pending court order. | P500 | .20 hrs |
| 09/07/12 | MMB | E-mail with client regarding response to letter from opposing counsel | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 30, 2012

0R0809-301010

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 09/13/12 | MMB | Legal research regarding ability of a joint tenant with right of survivorship to encumber entire property under Tennessee law | C200 | .60 hrs |
| 09/13/12 | MMB | Revise amended answer and cross-claim | L210 | 1.50 hrs |
| 09/13/12 | JDR | Analyze potential counterclaims | L210 | .40 hrs |
| 09/14/12 | JDR | Analyze whether GMAC may have possible additional or alternate counterclaims. | L210 | .40 hrs |
| 09/14/12 | JDR | E-mail to client regarding Plaintiff's proposal to have the property sold and the proceeds deposited into court. | P500 | .20 hrs |
| 09/14/12 | JDR | Edit draft counterclaim | L210 | .20 hrs |
| 09/14/12 | MMB | Revise amended answer and cross-claim | L210 | .50 hrs |
| 09/14/12 | MMB | Attend to e-mail with client regarding amended answer and cross-claim | L210 | .30 hrs |
| 09/16/12 | MMB | Revise amended answer, counterclaim, and cross-claim | L210 | .80 hrs |
| 09/17/12 | KW | Prepare responsive pleading and exhibits | P400 | .20 hrs |
| 09/17/12 | MMB | E-mail with client regarding amended answer | L210 | .20 hrs |
| 09/17/12 | MMB | Finalize amended answer for filing | L210 | .30 hrs |
| 09/17/12 | JDR | Leave voicemail with B.Hawley regarding his letter regarding potential sale of property. | C100 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 30, 2012

0R0809-301010

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/17/12 | JDR | Review letter from B.Hawley regarding potential sale of property. | L120 | .10 hrs |
| 09/18/12 | JDR | Execute amended answer and counterclaim. | L210 | .20 hrs |
| 09/18/12 | KW | Edit answer and exhibits | L210 | 1.20 hrs |
| 09/18/12 | KW | Review cover letter and filing fees and prepare documents for filing | P400 | .40 hrs |
| 09/18/12 | KW | Order title search | C100 | .10 hrs |
| 09/18/12 | AHC | Communication regarding title search on property | L110 | .20 hrs |
| 09/19/12 | KW | Verify filing with Henry County | C100 | .20 hrs |
| 09/21/12 | JDR | Telephone conference with B.Hawley, counsel for Plaintiff, regarding his proposal for sale of property | P500 | .20 hrs |
| 09/21/12 | KW | Review correspondence related to title search on Hicks property | C100 | .10 hrs |
| 09/24/12 | KW | Reviewed title search needs and order for same | C100 | .10 hrs |
| 09/24/12 | AHC | Follow up telephone conference regarding status of title search | L110 | .20 hrs |
| 09/28/12 | JDR | Review title search | C100 | .20 hrs |
| 09/28/12 | KW | Reviewed update on title search | C100 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $3,077.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 30, 2012

0R0809-301010

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---|
| 09/18/12 | Copy Charges | 0.00 |
| 09/18/12 | Filing Fees - HENRY COUNTY CLERK & MASTER | 382.50 |
| | KWILCOX- FILING FEE COUNTERCLAIM AND | |
| | CROSS-CLAIM | |
| | Bank ID: R CK Check Number: 155918 | |
| 09/18/12 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER            $382.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | 2.40 hrs | 293.00 /hr | 703.20 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Kristi Wilcox | 2.40 hrs | 185.00 /hr | 444.00 |
| Melissa Burton | 6.70 hrs | 240.00 /hr | 1,608.00 |

TOTAL FEES            11.90 hrs            $3,077.20

TOTAL EXPENSES            $382.50

**TOTAL CHARGES FOR THIS INVOICE**            $3,459.70

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012

0R0809-301010

INVOICE #  818570

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0R0809-301010
     Hicks, Dorothy
     TC No. 731392
     TC # 731392

## PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/01/12 | JDR | E-mail correspondence with J.Ho regarding possible consent to sale of property with proceeds to be deposited into court. | C300 | .10 hrs |
| 10/01/12 | JDR | Review motion to compel and corresponding notice of hearing. | L250 | .20 hrs |
| 10/01/12 | MMB | Revise case status report | B110 | .30 hrs |
| 10/03/12 | JDR | Draft e-mail memorandum to J.Ho regarding title issues and need for copy of title policy and initial title search. | C300 | .20 hrs |
| 10/03/12 | JDR | Review e-mail correspondence from client regarding title policy. | C100 | .10 hrs |
| 10/15/12 | JDR | Contact B.Hawley regarding hearing tomorrow on motion to compel | L250 | .10 hrs |
| 10/15/12 | JDR | Review motion to compel and information regarding hearing tomorrow on same. | L250 | .20 hrs |
| 10/15/12 | JDR | Telephone conference with B.Hawley regarding motion hearing set for tomorrow and regarding possibly selling property and paying proceeds into court. | L250 | .20 hrs |
| 10/25/12 | JDR | Emails with client regarding title policy | C100 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 17, 2012

OR0809-301010

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/12 | JDR | Telephone conference with H.Brown about possible trial date | L450 | .30 hrs |
| 10/29/12 | JDR | Review discovery responses served by Defendant Anderson. | L310 | .20 hrs |
| 10/30/12 | PMS | Draft notice of substitution of counsel to file with court. | L250 | .40 hrs |
| 10/30/12 | PMS | Review of pleadings and discovery in preparation of case analysis and discovery strategy. | L310 | .50 hrs |

TOTAL FEES FOR THIS MATTER                     $784.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | 1.80 hrs | 293.00 /hr | 527.40 |
| P. Max Smith | .90 hrs | 206.00 /hr | 185.40 |
| Melissa Burton | .30 hrs | 240.00 /hr | 72.00 |

TOTAL FEES                3.00 hrs                        $784.80

**TOTAL CHARGES FOR THIS INVOICE**                     $784.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0R0809-301010

INVOICE #  821048

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

   Re:  0R0809-301010
       Hicks, Dorothy
       TC No. 731392
       TC # 731392

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | PMS | Draft status report for client. | C300 | .20 hrs |
| 11/16/12 | JDR | Review correspondence regarding proposed sale of property. | P500 | .10 hrs |
| 11/19/12 | JDR | Review and analyze partial settlement framework proposal received from plaintiff. | C300 | .50 hrs |
| 11/19/12 | JDR | E-mail correspondence with J.Ho regarding settlement framework proposed by plaintiff. | C300 | .10 hrs |
| 11/20/12 | JDR | Review e-mail correspondence from J.Ho regarding setting up appraisal. | P500 | .10 hrs |
| 11/20/12 | JDR | E-mail correspondence to J.Ho regarding status of appraisal. | C100 | .10 hrs |
| 11/20/12 | PMS | Review and analysis of pleadings and correspondence from opposing counsel to determine potential case analysis and strategy regarding filing new motions. | L250 | .50 hrs |
| 11/26/12 | JDR | Review e-mail correspondence from J.Ho regarding administrative transfer of file. | B110 | .10 hrs |

       TOTAL FEES FOR THIS MATTER         $437.20



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    JANUARY 17, 2013
1100 Virginia Drive                                       0R0809-301010
Fort Washington, PA 19034

                                                          INVOICE #  829705

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

        Re:  0R0809-301010
             Hicks, Dorothy
             TC No. 731392
             TC # 731392

PROFESSIONAL SERVICES

12/02/12   PMS   Draft status report for client.          C300      .20 hrs

12/07/12   PMS   Began drafting court order for sale of    L250      .30 hrs
                 property.

12/07/12   JDR   Attempt to contact B.Hawley regarding     P500      .10 hrs
                 proposed sale of property; leave
                 voicemail.

12/12/12   JDR   Conference with B.Hawley regarding        L440      .30 hrs
                 possible sale or possible trial date.


           TOTAL FEES FOR THIS MATTER                      $220.20


BILLING SUMMARY

     Jonathan Rose            .40 hrs   293.00 /hr       117.20
     P. Max Smith             .50 hrs   206.00 /hr       103.00


TOTAL FEES                    0.90 hrs                   $220.20

**TOTAL CHARGES FOR THIS INVOICE**                      $220.20


             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301001

INVOICE #  818614

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301001
     De Franceschi, Robert - 702113
     LOAN NOS. 7472183714 & 742183862
     TC # 702113

PROFESSIONAL SERVICES

| 10/01/12 | KSA | Research bankruptcy status on Pacer and send bankruptcy counsel email inquiring on status | L120 | .30 hrs |
| 10/01/12 | KSA | Draft case status report regarding appeal stay and borrower bankruptcy | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $89.20

EXPENSES

| 58 | FED DOCKET SERV-PACER | 5.70 |

TOTAL COSTS FOR THIS MATTER                         $5.70

BILLING SUMMARY

| Keith S. Anderson | .40 hrs | 223.00 /hr | 89.20 |

| TOTAL FEES | 0.40 hrs | $89.20 |

| TOTAL EXPENSES | | $5.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
NOVEMBER 17, 2012

0G2012-301001

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                              $94.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301001

INVOICE #  830060

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301001
     De Franceschi, Robert - 702113
     LOAN NOS. 7472183714 & 742183862
     TC # 702113

PROFESSIONAL SERVICES

12/01/12  KSA  Draft status report                    L120      .10 hrs

        TOTAL FEES FOR THIS MATTER                              $22.30

BILLING SUMMARY

    Keith S. Anderson          .10 hrs   223.00 /hr        22.30

TOTAL FEES                    0.10 hrs              $22.30

TOTAL CHARGES FOR THIS INVOICE                     $22.30

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301002

INVOICE #  813710

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301002
     Mack, Barry Fritz - 715129
     Loan No. 0601677259
     TC # 715129

## PROFESSIONAL SERVICES

| 09/03/12 | JDV | Draft monthly status update for client | L190 | .10 hrs |
| 09/10/12 | JDV | Review Defendants' Designation of Email Address | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $43.80

## EXPENSES

28       Professional Consultant Services                    14,543.73

          TOTAL COSTS FOR THIS MATTER          $14,543.73

## BILLING SUMMARY

| Jose D. Vega | .20 hrs | 219.00 /hr | 43.80 |

TOTAL FEES          0.20 hrs              $43.80

TOTAL EXPENSES                      $14,543.73



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 30, 2012

0G2012-301002

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $14,587.53

\* \* \* \* \*  TOTAL DUE UPON RECEIPT  \* \* \* \* \*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301002

INVOICE # 818615

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re: 0G2012-301002
    Mack, Barry Fritz - 715129
    Loan No. 0601677259
    TC # 715129

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/12/12 | JST | Call with client and emails regarding decision and next steps | L120 | 1.50 hrs |
| 10/12/12 | JST | Call with court and co-counsel regarding Judge's decision regarding motion to vacate | L230 | 1.00 hrs |
| 10/12/12 | JST | Research issues relating to interest, attorney's fee, and appeal issues | L120 | 1.50 hrs |
| 10/12/12 | JST | Review proposed order from counsel for borrowers | L250 | .50 hrs |
| 10/12/12 | JST | Call with counsel for Deutsche Bank regarding decision and next steps | L120 | .30 hrs |
| 10/12/12 | JST | Communications with Stern counsel regarding decision | L230 | .10 hrs |
| 10/12/12 | JDV | Attend court ruling conference on Motion to Set Aside Final Judgment | L450 | .60 hrs |
| 10/12/12 | JDV | Analysis of Final Judgment and calculation of interest on awards' damage | L190 | .70 hrs |
| 10/15/12 | JST | Review research on attorney's fees | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                        PAGE    2
                                                             NOVEMBER 17, 2012

                                                             0G2012-301002

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/15/12 | JST | Work on final order | L250 | 3.20 hrs |
| 10/15/12 | JST | Memos to, from P. Stokes regarding bond issues | L460 | .30 hrs |
| 10/16/12 | JST | Communications with P.Stokes regarding interest, appeal and bond issues | L120 | .30 hrs |
| 10/16/12 | JST | Review cases on availability of attorney fees | L120 | 2.00 hrs |
| 10/17/12 | JST | Work on appeal issues | L120 | .70 hrs |
| 10/17/12 | JA | Review background case materials regarding relief from judgment | L120 | 1.30 hrs |
| 10/18/12 | JST | Work on appeal issues | L120 | .40 hrs |
| 10/18/12 | JA | Review pleadings regarding motion to set aside judgment | L120 | 1.00 hrs |
| 10/18/12 | JA | Research appeal issues | L120 | 5.80 hrs |
| 10/19/12 | JA | Research appeal issues | L120 | 5.50 hrs |
| 10/19/12 | JA | Draft memo regarding appeal issues | L120 | 2.00 hrs |
| 10/20/12 | JA | Continue to draft memo regarding appeal issues | L120 | 2.30 hrs |
| 10/22/12 | JA | Research issues regarding default judgments | L120 | 3.00 hrs |
| 10/22/12 | JST | Work on appeal issues including final order and attorney's fees order | L120 | 3.50 hrs |
| 10/22/12 | JST | Call with D.Garber to discuss final order | L250 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 17, 2012

0G2012-301002

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/22/12 | JST | Call with S.Bunner to discuss appeal options and objection to attorneys' fees | L120 | .30 hrs |
| 10/23/12 | JST | Communications with client and S.Bunner regarding final order and bond issues | L250 | .30 hrs |
| 10/23/12 | JST | Work on finalizing order ruling on motion to set aside | L250 | 1.00 hrs |
| 10/23/12 | JST | Review cases regarding title claims | L110 | .50 hrs |
| 10/24/12 | JST | Review defendants' response to objection regarding fees and research issues in response | L210 | 1.50 hrs |
| 10/24/12 | JA | Research issues pending appeal | L120 | 2.00 hrs |
| 10/24/12 | JA | Draft memo regarding bond | L120 | .80 hrs |
| 10/25/12 | JST | Review borrowers' attorney fee petition | L250 | .10 hrs |
| 10/25/12 | JST | Review correspondence from attorney for borrowers regarding final ruling and attorney fee issues | L250 | .30 hrs |
| 10/25/12 | JST | Review legal issues raised by letter | L250 | 1.00 hrs |
| 10/26/12 | JST | Review research on bond and other issues in light of current circumstances and communicate with client | L250 | .30 hrs |
| 10/28/12 | JST | Review and analyze communications from D.Garber regarding final order and bond issues and report to client | L250 | .20 hrs |
| 10/29/12 | JST | Work on objection to attorney's fee issue | L210 | 1.80 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 17, 2012

0G2012-301002

FED ID NO. 63-0243316

| 10/29/12 | JST | Review draft order from borrowers' attorney | L250 | .20 hrs |
|----------|-----|---------------------------------------------|------|---------|

TOTAL FEES FOR THIS MATTER                    $15,608.10

| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

### BILLING SUMMARY

| John Smith T | 23.40 hrs | 345.00 /hr | 8,073.00 |
|--------------|-----------|------------|----------|
| Jeff Anderson | 23.70 hrs | 305.00 /hr | 7,228.50 |
| Jose D. Vega | 1.40 hrs | 219.00 /hr | 306.60 |

| TOTAL FEES | 48.50 hrs | | $15,608.10 |
|------------|-----------|--|-----------|

**TOTAL CHARGES FOR THIS INVOICE**                    **$15,608.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive                                                    NOVEMBER 30, 2012
Fort Washington, PA 19034                                              0G2012-301002

                                                                       INVOICE #  820558

                                                                       FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301002
     Mack, Barry Fritz - 715129
     Loan No. 0601677259
     TC # 715129
01        Copy Charges                                                          0.00
41        Computerized Legal Research-Westlaw                                    0.00


TOTAL FEES                         0.00 hrs                     $.00

**TOTAL CHARGES FOR THIS INVOICE**                             $.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301002

INVOICE #  821099

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301002
     Mack, Barry Fritz - 715129
     Loan No. 0601677259
     TC # 715129

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .20 hrs |
| 11/09/12 | JST | Review Garber's request to Court for expedited ruling and coordinate response | L250 | .20 hrs |
| 11/12/12 | JST | Review correspondence from Surety relating to enforcement of bond and final judgment | L190 | .10 hrs |
| 11/13/12 | JST | Review motion to enforce bond and work on response | L210 | .80 hrs |
| 11/13/12 | JST | Review appeal options including timeliness of cross appeal | L120 | .30 hrs |
| 11/13/12 | JST | Review correspondence from Surety and provide recommendation to client regarding response | L120 | .20 hrs |
| 11/13/12 | JST | Draft notice to Stern regarding status and requesting Stern to pursue settlement | L120 | .30 hrs |
| 11/13/12 | JA | Research issue regarding cross-appeal timing | L120 | .80 hrs |
| 11/14/12 | JST | Review correspondence from Surety relating to bond and indemnity | L190 | .10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301002

FED ID NO. 63-0243316

11/28/12   JST   Call with P.Stokes to discuss appeal and       L120      .30 hrs
                 bond issues

                 TOTAL FEES FOR THIS MATTER                                $1,073.30

BILLING SUMMARY

    John Smith T              2.30 hrs    345.00 /hr        793.50
    Jeff Anderson             .80 hrs     295.00 /hr        236.00
    Jose D. Vega              .20 hrs     219.00 /hr         43.80

TOTAL FEES                    3.30 hrs                    $1,073.30

**TOTAL CHARGES FOR THIS INVOICE**                       $1,073.30

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301002

INVOICE #  830063

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301002
     Mack, Barry Fritz - 715129
     Loan No. 0601677259
     TC # 715129

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/02/12 | JST | Review inquiry from P.Stokes regarding communications with Surety and respond | L120 | .30 hrs |
| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .20 hrs |
| 12/05/12 | JST | Review brief seeking reconsideration and opposing GMAC's arguments relating to attorney fees | L210 | .30 hrs |
| 12/06/12 | JST | Communications with P.Stokes relating to attorney fee issue | L120 | .10 hrs |
| 12/17/12 | JST | Review recent ex parte correspondence from counsel and proposed orders | L250 | .50 hrs |
| 12/17/12 | JST | Prepare letter to counsel objecting to ex parte communications | L250 | .70 hrs |
| 12/17/12 | JST | Memo to P.Stokes relating to bond and effect of appeal on Stern litigation | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$768.30



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                              PAGE    2
                                                                   JANUARY 23, 2013

                                                                   0G2012-301002

                                                                   FED ID NO. 63-0243316

        BILLING SUMMARY

            John Smith T              2.10 hrs    345.00 /hr         724.50
            Jose D. Vega               .20 hrs    219.00 /hr          43.80


        TOTAL FEES                    2.30 hrs                      $768.30

        **TOTAL CHARGES FOR THIS INVOICE**                         $768.30

                    ***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301003

INVOICE #  818616

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301003
     Contreras, Christopher - 706627
     TC # 706627

PROFESSIONAL SERVICES

| 10/29/12 | AHC | Draft memorandum regarding final disposition of file for attorney review and correspondence to client regarding same | L190 | .40 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $58.00

BILLING SUMMARY

| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
|---|---|---|---|

TOTAL FEES            0.40 hrs                $58.00

**TOTAL CHARGES FOR THIS INVOICE**            $58.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301008

INVOICE #  813711

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301008
     Haffey, Heather Boone McKeever - 689042
     060174557
     TC # 689042

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | CET | Providing status update to client. | L510 | .20 hrs |
| 09/04/12 | JDR | Review motion to reinstate case and corresponding status report. | L510 | .20 hrs |
| 09/04/12 | JDR | Review docket entry from clerk regarding filing procedures | L510 | .10 hrs |
| 09/04/12 | JDR | Analyze issues related to dismissals | L510 | .20 hrs |
| 09/04/12 | MJA | Research on appeal status and possible objection to motion to reinstate | L510 | .50 hrs |
| 09/04/12 | JMH | Receive and review status report and motion to reinstate case | L510 | .20 hrs |
| 09/04/12 | JMH | Evaluate motion to dismiss appeal | L120 | .60 hrs |
| 09/04/12 | CET | Analyzing each of the claims asserted by borrowers in the various consolidated actions | L510 | 2.80 hrs |
| 09/04/12 | CET | Reading and analyzing borrowers' motion to reinstate the appeal. | L510 | .30 hrs |
| 09/04/12 | CET | Analyzing arguments regarding motion to reinstate the appeal. | L510 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 30, 2012

0G2012-301008

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/04/12 | CET | Telephone conversation with State Farm Bank regarding the status of the foreclosure action. | L510 | .20 hrs |
| 09/05/12 | JDR | Review status report filed today | L510 | .10 hrs |
| 09/05/12 | JDR | Review motion to reinstate appea | L510 | .10 hrs |
| 09/05/12 | CET | Analyzing filings by borrower in the Sixth Circuit. | L510 | .40 hrs |
| 09/05/12 | CET | Drafting and revising Revised Notice of Bankruptcy. | L510 | 1.40 hrs |
| 09/06/12 | CET | Drafting and revising Revised Notice of Bankruptcy to be filed in the Sixth Circuit regarding each borrower's multitude of claims. | L510 | 3.00 hrs |
| 09/06/12 | CET | Email correspondence with J. Newton regarding scheduling a conference call. | L510 | .20 hrs |
| 09/06/12 | CET | Analyzing suggested revisions to the Revised Notice of Bankruptcy. | L510 | .40 hrs |
| 09/06/12 | JMH | Review and analyze notice of bankruptcy and propose revisions thereto | L510 | .40 hrs |
| 09/06/12 | JDR | Review e-mail from client regarding upcoming meeting to discuss bankruptcy motion. | L190 | .10 hrs |
| 09/07/12 | CET | Preparing for conference call with bankruptcy counsel and GMAC in-house counsel regarding motion filed in bankruptcy court. | L510 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301008

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/07/12 | CET | Conference call with bankruptcy counsel and GMAC in-house counsel regarding the background and current status of each of the consolidated actions and appeals involving these borrowers. | L510 | 1.40 hrs |
| 09/07/12 | CET | Email correspondence with J. Newton regarding application of bankruptcy issues to assertions made by borrowers in the consolidated actions. | L510 | .40 hrs |
| 09/07/12 | CET | Reading and analyzing precedent forwarded by J. Newton. | L510 | .50 hrs |
| 09/07/12 | JDR | Telephone conference with outside firm and client regarding facts surrounding borrower bankruptcy court motion | L510 | 1.20 hrs |
| 09/07/12 | JMH | Evaluate status of matter in light of recent bankruptcy filings | L120 | .40 hrs |
| 09/07/12 | JMH | Revise timeline identifying status of each component case in light of recent developments | L120 | .30 hrs |
| 09/17/12 | JDR | Review Order granting in part and denying in part motion for extension, and analyzing effect of bankruptcy court proceeding on the district court action. | L260 | .20 hrs |
| 09/17/12 | JMH | Receive and review appellant's status report filed with Sixth Circuit Court of Appeals | L510 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
OCTOBER 30, 2012

0G2012-301008

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/17/12 | JMH | Receive and review order from trial court granting additional time for reply to motion to alter and amend judgment on the pleadings | L210 | .10 hrs |
| 09/18/12 | JMH | Evaluate due date for appellate brief | L520 | .20 hrs |
| 09/18/12 | CET | Reading and analyzing Order received from the Sixth Circuit reinstating appeal. | L510 | .20 hrs |
| 09/18/12 | CET | Reading and analyzing Status Report filed by borrowers. | L510 | .20 hrs |
| 09/18/12 | CET | Reading and analyzing the District Court's Order denying borrowers' motion to stay proceedings. | L510 | .30 hrs |
| 09/18/12 | CET | Reading and analyzing docket entry in the district court regarding the Sixth Circuit case manager. | L510 | .20 hrs |
| 09/25/12 | CET | Telephone conversation with State Farm regarding status of foreclosure action. | L510 | .20 hrs |
| 09/25/12 | CET | Email correspondence with the client regarding the status of the consolidated cases and Sixth Circuit appeals. | L510 | .30 hrs |
| 09/25/12 | CWH | Exchange several emails with client regarding the six consolidated cases for this borrower | L110 | .20 hrs |
| 09/26/12 | CET | Email correspondence with C. Hancock and J. Scoliard regarding summary of consolidated cases and appeals. | L510 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              PAGE      5
                                                                   OCTOBER 30, 2012

                                                                   0G2012-301008

                                                                   FED ID NO. 63-0243316

09/27/12   CET   Reading and analyzing Order received          L510      .40 hrs
                 from the district court regarding the
                 court's jurisdiction on appeal.


                 TOTAL FEES FOR THIS MATTER                            $5,622.20


BILLING SUMMARY

    Marc J. Ayers              .50 hrs    297.00 /hr          148.50
    Christian W. Hancock       .20 hrs    330.00 /hr           66.00
    Jonathan Rose             2.20 hrs    293.00 /hr          644.60
    Christopher E. Thorsen   14.20 hrs    293.00 /hr        4,160.60
    Jonathan Hooks            2.30 hrs    241.00 /hr          554.30


TOTAL FEES                   19.40 hrs                      $5,622.20

**TOTAL CHARGES FOR THIS INVOICE**                         **$5,622.20**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301008

INVOICE #  817881

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301008
     Haffey, Heather Boone McKeever - 689042
     060174557
     TC # 689042

EXPENSES

| 01 | Copy Charges | 0.00 |
| 58 | FED DOCKET SERV-PACER | 344.80 |

          TOTAL COSTS FOR THIS MATTER            $344.80


TOTAL FEES              0.00 hrs              $.00

TOTAL EXPENSES                             $344.80

**TOTAL CHARGES FOR THIS INVOICE**         **$344.80**

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301008

INVOICE #  818617

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301008
     Haffey, Heather Boone McKeever - 689042
     060174557
     TC # 689042

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | CET | Providing status update for client. | L250 | .20 hrs |
| 10/02/12 | CET | Telephone conversation with the Sixth Circuit case manager regarding motion to dismiss. | L250 | .30 hrs |
| 10/03/12 | CET | Reading and analyzing the Memorandum Opinion and Order denying Motion to Alter or Amend Judgment in the Quiet Title Action. | L250 | .40 hrs |
| 10/03/12 | CET | Reading and analyzing separate Judgment for Deutsche Bank filed in the most recent quiet title action. | L250 | .20 hrs |
| 10/03/12 | CET | Reading and analyzing Sixth Circuit Order consolidating appeals, holding appeals in abeyance pending final resolution of the last filed action, and denying the motion to stay as a result of the pending bankruptcy. | L250 | .40 hrs |
| 10/03/12 | JDR | Review Memorandum Opinion and Order denying motion for reconsideration; review separate Judgment. | L240 | .20 hrs |
| 10/03/12 | JMH | Receive and review clerk's order from Sixth Circuit regarding motions to consolidate and hold in abeyance | L210 | .20 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301008

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/03/12 | JMH | Review Sixth Circuit rules to determine procedural mechanism by which order was issued | L120 | .10 hrs |
| 10/03/12 | JMH | Draft notice of appearance | L210 | .10 hrs |
| 10/05/12 | CET | Reading and analyzing docket entries received from the district court regarding filings in the Court of Appeals. | L510 | .20 hrs |
| 10/10/12 | AHC | Retrieve and review recently filed PACER documents and cross-reference with docket | L190 | .80 hrs |
| 10/10/12 | JMH | Review and analyze recent orders from trial and appellate courts | L120 | .90 hrs |
| 10/11/12 | JMH | Review case timeline and breakdown of actions, along with trial- and appellate-court decisions | L120 | 1.80 hrs |
| 10/12/12 | CET | Telephone conversation with J. Ho regarding analysis of case. | L510 | .40 hrs |
| 10/16/12 | CET | Analyzing rules of appellate procedure | L510 | .30 hrs |
| 10/24/12 | CET | Email correspondence with J. Ho regarding the status of the foreclosure proceeding. | L510 | .20 hrs |
| 10/24/12 | CET | Telephone conversation with J. Ho regarding the status of the foreclosure proceeding. | L510 | .20 hrs |
| 10/26/12 | JDR | Review motion to vacate judgments due to purported bankruptcy stay. | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 17, 2012

0G2012-301008

FED ID NO. 63-0243316

| 10/26/12 | CET | Reading and analyzing Motion to Set Aside filed by borrower | L510 | .50 hrs |
| 10/29/12 | JMH | Review Rule 59 and 60 motions to vacate and underlying orders from which appellant seeks relief | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $2,014.30

BILLING SUMMARY

| Jonathan Rose | .30 hrs | 293.00 /hr | 87.90 |
| Christopher E. Thorsen | 3.30 hrs | 293.00 /hr | 966.90 |
| Alecia H. Cockrell | .80 hrs | 145.00 /hr | 116.00 |
| Jonathan Hooks | 3.50 hrs | 241.00 /hr | 843.50 |

TOTAL FEES          7.90 hrs                    $2,014.30

TOTAL CHARGES FOR THIS INVOICE                    $2,014.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301008

INVOICE #  820560

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301008
     Haffey, Heather Boone McKeever - 689042
     060174557
     TC # 689042

| | | |
|---|---|---|
| 01 | Copy Charges | |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| | | 0.00 |

TOTAL FEES               0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                   $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0G2012-301008
Fort Washington, PA 19034

                                                                INVOICE #  821100

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

        Re:  0G2012-301008
             Haffey, Heather Boone McKeever - 689042
             060174557
             TC # 689042

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | CET | Providing status update to the client. | L250 | .20 hrs |
| 11/01/12 | CET | Analyzing employee claim against P. Kelleher by plaintiff. | L250 | 1.00 hrs |
| 11/01/12 | CWH | Review and analyze the merits of the claims against individual employees in the suit | L210 | .10 hrs |
| 11/06/12 | RLB | Teleconference with client regarding employee POC issues | B410 | .30 hrs |
| 11/06/12 | RLB | Review and analyze POC issues for employees | B410 | .80 hrs |
| 11/07/12 | RLB | Draft POCs for employees | B410 | 1.80 hrs |
| 11/07/12 | RLB | E-mail to employees regarding POC forms | B410 | .20 hrs |
| 11/07/12 | CET | Reading and analyzing plaintiff's Motion to Alter or Amend in preparation for drafting response to same. | L250 | .50 hrs |
| 11/07/12 | CWH | Phone calls and emails to employee to advise of proof of claim form | L120 | .20 hrs |
| 11/08/12 | JMH | Research Sixth Circuit precedent regarding post-judgment motions | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/08/12 | JMH | Draft response to borrower's motion | L460 | 1.40 hrs |
| 11/09/12 | CET | Drafting and revising Response to Plaintiff's Motion to Alter or Amend Judgment. | L250 | 1.60 hrs |
| 11/12/12 | CET | Revising the Response to the Motion to Vacate in the Quiet Title Action. | L250 | .50 hrs |
| 11/12/12 | JMH | Revise and supplement response to borrower's motion to vacate | L460 | 1.40 hrs |
| 11/15/12 | JMH | Research Kentucky foreclosure law regarding judgment | L120 | 1.50 hrs |
| 11/15/12 | JMH | Develop strategy to conclude all unresolved aspects of district court actions | L120 | .50 hrs |
| 11/15/12 | CET | Email correspondence with J. Ho regarding the status of the consolidated actions. | L250 | .40 hrs |
| 11/15/12 | JDR | Evaluation of jurisdiction to enter judgment | C300 | .50 hrs |
| 11/19/12 | CET | Analyzing procedure for obtaining an order of sale | L250 | .40 hrs |
| 11/19/12 | JMH | Research venue for adjudicating foreclosure suit | L120 | .40 hrs |
| 11/19/12 | JMH | Research Sixth Circuit and Eastern District of Kentucky case law regarding certifications under Rule 54(b) | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301008

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/19/12 | JMH | Begin drafting motion for additional relief | L250 | .80 hrs |
| 11/26/12 | JDR | Review McKeever Reply to Response to Motion regarding Motion to Set Aside Judgment. | L250 | .10 hrs |
| 11/26/12 | JDR | E-mail correspondence with J.Newton regarding statements made by McKeever in her Reply to Response to Motion to Set Aside Judgment. | C100 | .20 hrs |
| 11/26/12 | JMH | Research Kentucky foreclosure law relative to specific procedure to execute on judgment | L120 | 1.00 hrs |
| 11/26/12 | JMH | Research Kentucky and federal procedural rules and case law governing method and prerequisites for supersedeas bond | L120 | .50 hrs |
| 11/26/12 | JMH | Continue drafting motion for additional relief | L250 | 5.30 hrs |
| 11/26/12 | JMH | Receive and review Haffey's reply to our response to motion to vacate | L250 | .30 hrs |
| 11/26/12 | JMH | Receive and review e-mail from bankruptcy counsel regarding assertions in Haffey's reply in support of his motion to vacate | L120 | .20 hrs |
| 11/27/12 | JMH | Research Sixth Circuit and Kentucky federal case law | L120 | .50 hrs |
| 11/27/12 | JMH | Continue and complete draft of motion for additional relief | L250 | 4.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301008

FED ID NO. 63-0243316

11/27/12    JDR    Review and respond to e-mail from              C100        .20 hrs
                   J.Newton regarding status of
                   H.McKeever's motion in the bankruptcy
                   case.


                   TOTAL FEES FOR THIS MATTER
                                                                           $7,456.70

      41        Computerized Legal Research-Westlaw
                                                                                0.00

BILLING SUMMARY

   Christian W. Hancock        .30 hrs    330.00 /hr          99.00
   Jonathan Rose              1.00 hrs    293.00 /hr         293.00
   Christopher E. Thorsen     4.60 hrs    293.00 /hr       1,347.80
   Rashad L. Blossom          3.10 hrs    266.00 /hr         824.60
   Jonathan Hooks            20.30 hrs    241.00 /hr       4,892.30


TOTAL FEES                    29.30 hrs                  $7,456.70

**TOTAL CHARGES FOR THIS INVOICE**
                                                         $7,456.70

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301008

INVOICE # 830065

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301008
     Haffey, Heather Boone McKeever - 689042
     060174557
     TC # 689042

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/02/12 | CET | Providing status report to the client | L250 | .20 hrs |
| 12/05/12 | JDR | Review status update filed by borrower with the Sixth Circuit. | L510 | .20 hrs |
| 12/05/12 | CET | Reading and analyzing status report received from borrower | L250 | .30 hrs |
| 12/20/12 | JDR | Review Memorandum Opinion and Order denying motion to vacate orders in relation to bankruptcy stay. | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $263.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .40 hrs | 293.00 /hr | 117.20 |
| Christopher E. Thorsen | .50 hrs | 293.00 /hr | 146.50 |

TOTAL FEES                  0.90 hrs                $263.70

**TOTAL CHARGES FOR THIS INVOICE**
                                                   $263.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301009

INVOICE #  813712

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301009
     McDonald, Anthony D. and Mary B. - 696479
     0601259256
     TC # 696479

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | RLB | Draft monthly status report regarding bankruptcy | L190 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $26.60

   01        Copy Charges
                                                                      0.00

## BILLING SUMMARY

   Rashad L. Blossom        .10 hrs   266.00 /hr        26.60

TOTAL FEES                 0.10 hrs                $26.60

**TOTAL CHARGES FOR THIS INVOICE**              **$26.60**

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301009

INVOICE #  818618

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0G2012-301009
         McDonald, Anthony D. and Mary B. - 696479
         0601259256
         TC # 696479

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | RLB | Draft monthly report regarding stay of proceeding | L190 | .10 hrs |
| 10/03/12 | RLB | Review amended complaint relative to amended notice of bankruptcy | L190 | .40 hrs |
| 10/03/12 | RLB | Draft amended notice of bankruptcy | L190 | .60 hrs |
| 10/04/12 | RLB | E-mail to client regarding amended notice of bankruptcy | L190 | .10 hrs |
| 10/05/12 | RLB | Teleconference with client regarding necessity of amended notice of bankruptcy for certain claims | L190 | .40 hrs |

             TOTAL FEES FOR THIS MATTER                    $425.60

BILLING SUMMARY

    Rashad L. Blossom          1.60 hrs    266.00 /hr       425.60

TOTAL FEES                    1.60 hrs                 $425.60



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
NOVEMBER 17, 2012

0G2012-301009

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $425.60

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*