

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301009

INVOICE #  821101

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301009
     McDonald, Anthony D. and Mary B. - 696479
     0601259256
     TC # 696479

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | MCG | Review and revise amended notice of bankruptcy with final supplemental order | L210 | .40 hrs |
| 11/01/12 | RLB | Revise amended notice of bankruptcy | L190 | .30 hrs |
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/14/12 | RLB | E-mail to local counsel regarding amended notice of bankruptcy | B410 | .20 hrs |
| 11/21/12 | RLB | Review status of case | L190 | .10 hrs |
| 11/29/12 | KK | Research and review docket to determine status of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $347.40

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| Rashad L. Blossom | .70 hrs | 266.00 /hr | 186.20 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES              1.30 hrs                    $347.40



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301009

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $347.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301010

INVOICE # 813713

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301010
     Sexton, Rhonda and Scott Scher - 714753
     Loan No. 7441950292
     TC # 714753

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/15/12 | phn | Draft email to client regarding note, escrow monies, and foreclosure | L120 | .30 hrs |
| 05/15/12 | phn | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | .40 hrs |
| 05/15/12 | DBO | Review of non-suit of case and discuss go-forward strategy | L120 | .30 hrs |
| 05/16/12 | phn | Reclassify bankruptcy categories based on GMAC's updated bucket chart from bankruptcy counsel | L190 | .20 hrs |
| 05/16/12 | phn | Scheduling conference call regarding escrow funds, note, and foreclosure | L190 | .20 hrs |
| 05/18/12 | DBO | Prepare for and attend teleconference with client regarding non-suit, proceeds within the court registry, and discuss substantive issues with the pre-foreclosure notices | L120 | .90 hrs |
| 05/18/12 | phn | Conference call with client regarding escrow, note, and foreclosure | L190 | .50 hrs |
| 05/18/12 | phn | Draft proposed order on motion to release escrow funds | L210 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 05/18/12 | phn | Draft motion to release escrow funds | L210 | .60 hrs |
| 05/18/12 | phn | Analysis and research of foreclosure claims that remain after a non-judicial foreclosure and eviction | L120 | 2.50 hrs |
| 05/18/12 | GWG | Conference call with client regarding possible settlement | L160 | .30 hrs |
| 05/18/12 | GWG | Work on motion for release of funds from escrow | L250 | .40 hrs |
| 05/23/12 | phn | Draft motion to return original note and proposed order for same | L210 | .50 hrs |
| 05/25/12 | phn | Review and analyze email regarding nonsuit, escrow monies, and health issues | L120 | .20 hrs |
| 05/29/12 | GWG | Work on escrow issues and reinstituting non-suited case | L210 | 1.20 hrs |
| 05/31/12 | phn | Left voicemail for plaintiff regarding order to nonsuit and settlement offer | L160 | .20 hrs |
| 05/31/12 | phn | Research and analyze notice of nonsuit and an order needed to close out case | L120 | .20 hrs |
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |
| 09/16/12 | AHC | Review docket regarding status of recently filed pleadings | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $2,202.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301010

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| D. Brian O'Dell | 1.20 hrs | 345.00 /hr | 414.00 |
| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Graham W. Gerhardt | 1.90 hrs | 263.00 /hr | 499.70 |
| Preston H. Neel | 6.30 hrs | 200.00 /hr | 1,260.00 |

TOTAL FEES                 9.60 hrs                           $2,202.70

**TOTAL CHARGES FOR THIS INVOICE**                           **$2,202.70**

\* \* \* \* \* TOTAL DUE UPON RECEIPT \* \* \* \* \*

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301010

INVOICE #  818619

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301010
Sexton, Rhonda and Scott Scher - 714753
Loan No. 7441950292
TC # 714753

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | phn | Draft October 2012 status update | L190 | .20 hrs |
| 10/16/12 | phn | Providing information to Collin County Court regarding disbusrsment of escrow funds | L120 | .20 hrs |
| 10/19/12 | phn | Review and analyze communications from Court Coordinator regarding escrow check | L120 | .20 hrs |
| 10/23/12 | MST | Analysis of pleadings and correspondence regarding registry of court funds, plaintiff's non-suit motion in preparation of closing memo | L110 | .50 hrs |
| 10/25/12 | phn | Revise and edit letters for escrow monies and original note | L120 | .40 hrs |
| 10/30/12 | phn | Conference call with P.Stokes regarding escrow monies | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                        $315.00

35          Express Mail/Fedex
                                                                      0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .50 hrs | 150.00 /hr | 75.00 |
| Preston H. Neel | 1.20 hrs | 200.00 /hr | 240.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301010

FED ID NO. 63-0243316

TOTAL FEES                1.70 hrs                    $315.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                      $315.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301010

INVOICE #  820562

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301010
     Sexton, Rhonda and Scott Scher - 714753
     Loan No. 7441950292
     TC # 714753

EXPENSES

| 07 | Filing Fees | | 19.17 |
|----|-------------|--|-------|
|    | TOTAL COSTS FOR THIS MATTER | | $19.17 |

| TOTAL FEES | 0.00 hrs | $.00 |
|------------|----------|------|
| TOTAL EXPENSES | | $19.17 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$19.17** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301010

INVOICE #  821102

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301010
     Sexton, Rhonda and Scott Scher - 714753
     Loan No. 7441950292
     TC # 714753

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | phn | Draft status report for client | L190 | .20 hrs |
| 11/05/12 | phn | Review and analyze email from plaintiff requesting time to conference | L120 | .20 hrs |
| 11/06/12 | phn | Email from plaintiffÆs counsel demanding conference | L120 | .20 hrs |
| 11/06/12 | phn | Researching support for service | L120 | .70 hrs |
| 11/06/12 | MST | Analysis of motions, certified mail notifications and service copies of same to confirm service | L110 | .60 hrs |
| 11/06/12 | DBO | Teleconference and correspondence regarding latest allegation of borrower regarding failure to receive pleadings and disbursement of funds in court registry | L120 | .50 hrs |
| 11/07/12 | GWG | Work on response to plaintiff's complaints regarding lack of service | L120 | 2.00 hrs |
| 11/07/12 | phn | Email and phone call with plaintiff regarding motion to escrow and settlement | L160 | 1.70 hrs |
| 11/08/12 | phn | Research and analysis of file regarding motions, orders, and service | L120 | 1.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301010

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/08/12 | phn | Email exchanges and phone calls with plaintiff regarding motion to escrow and resolution | L120 | 1.30 hrs |
| 11/08/12 | GWG | Work on motion to ratify the previous orders of the Court | L120 | 1.40 hrs |
| 11/08/12 | DBO | Resolve issues related to service, disbursement of funds, and motion to ratify | L120 | .60 hrs |
| 11/09/12 | ABB | Retrieval of docket report regarding recent case activity | L110 | .20 hrs |
| 11/09/12 | phn | Email exchanges with S.Scher regarding motion to release escrow funds | L210 | 1.20 hrs |
| 11/09/12 | phn | Research Collin County docket related to order to release escrow funds | L120 | .60 hrs |
| 11/12/12 | DBO | Reviewed and revised motion to ratify order releasing court registry funds | L120 | .90 hrs |
| 11/12/12 | phn | Review and analyze motions and orders releasing court registry funds | L120 | .20 hrs |
| 11/12/12 | phn | Draft order to ratify motion for release of court registry funds | L210 | .50 hrs |
| 11/12/12 | phn | Review and analyze email from S.Scher regarding service | L210 | .20 hrs |
| 11/12/12 | phn | Attempted phone calls to S.Scher to discuss service | L120 | .20 hrs |
| 11/12/12 | phn | Review and analysis of voicemail from S.Scher | L120 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301010

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/12/12 | phn | Phone call with S.Scher regarding service of motions and resolution | L120 | .20 hrs |
| 11/13/12 | phn | Revise and edit motion to ratify | L210 | .20 hrs |
| 11/13/12 | phn | Prepare for filing and service of motion | L210 | .30 hrs |
| 11/13/12 | phn | Review and analyze plaintiffÆs email alleging improper jurisdiction on motion to ratify | L120 | .70 hrs |
| 11/14/12 | phn | Email exchange with plaintiff regarding jurisdictional issues of motion to ratify | L120 | .30 hrs |
| 11/15/12 | phn | Email exchange and phone calls with T.Gray at Jack OÆBoyleÆs firm in reference to eviction suit hold | L120 | .60 hrs |
| 11/16/12 | phn | Review and analysis of email correspondence from eviction counsel in reference to non-suit of forcible detainer action | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                               $3,924.20

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .60 hrs | 150.00 /hr | 90.00 |
| D. Brian O'Dell | 2.00 hrs | 345.00 /hr | 690.00 |
| Allison Burke | .20 hrs | 150.00 /hr | 30.00 |
| Graham W. Gerhardt | 3.40 hrs | 263.00 /hr | 894.20 |
| Preston H. Neel | 11.10 hrs | 200.00 /hr | 2,220.00 |

TOTAL FEES                    17.30 hrs                $3,924.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301010

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $3,924.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301010

INVOICE # 830066

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re: 0G2012-301010
Sexton, Rhonda and Scott Scher - 714753
Loan No. 7441950292
TC # 714753

PROFESSIONAL SERVICES

| 12/03/12 | phn | Draft status report for client | L190 | .20 hrs |
| 12/14/12 | phn | Communications with the court regarding order to ratify motion to release escrow funds | L210 | .40 hrs |
| 12/19/12 | phn | Email exchange with P.Stokes regarding order in reference to motion to release escrow funds | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $180.00

BILLING SUMMARY

Preston H. Neel            .90 hrs  200.00 /hr        180.00

TOTAL FEES            0.90 hrs            $180.00

**TOTAL CHARGES FOR THIS INVOICE**            $180.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301012

INVOICE #  813714

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301012
     Adorno, Amarilis E. - 704174
     Loan No. 359391547
     TC # 704174

<u>PROFESSIONAL SERVICES</u>

| 09/03/12 | HTC | Review and revise motion for summary judgment with embedded memorandum of law and statement of undisputed facts | L250 | 9.50 hrs |
|---|---|---|---|---|
| 09/04/12 | JAM | Assemble exhibits to Motion for Summary Judgment and revise motion | L210 | 6.20 hrs |
| 09/04/12 | RK | Revise motion for summary judgment in preparation for filing | L120 | 2.00 hrs |
| 09/04/12 | RK | Prepare motion for summary judgment and exhibits for filing | L120 | 1.00 hrs |
| 09/11/12 | HTC | Draft case status report | L120 | .10 hrs |
| 09/13/12 | HTC | Revise correspondence to mediator and identify materials needed for mediation | L120 | .20 hrs |
| 09/13/12 | AHC | Draft correspondence to mediator regarding position statement and prepare multiple attachments to same | L230 | .70 hrs |
| 09/13/12 | AHC | Analysis of pleadings and prepare attorney notebook in preparation for upcoming mediation | L230 | .80 hrs |
| 09/17/12 | AHC | Categorize and organize documents related to lawsuit in preparation for mediation | L190 | .80 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/18/12 | HTC | Review originals provided by client | L120 | .10 hrs |
| 09/19/12 | HTC | Prepare for mediation | L120 | 1.00 hrs |
| 09/19/12 | HTC | Prepare for and attendance at mediation | L120 | 3.30 hrs |
| 09/19/12 | HTC | Draft email to K.Damas regarding work out package | L120 | .20 hrs |
| 09/20/12 | JDV | Analysis of state and federal law regarding issues raised during mediation | L120 | 4.40 hrs |
| 09/20/12 | GWG | Legal research regarding insurance | L120 | .50 hrs |
| 09/21/12 | JAM | Review deadlines for opposing counsel's response to Motion for Summary Judgment | L210 | .20 hrs |
| 09/21/12 | HTC | Review statutes enacted in 2007 regarding wind coverage | L120 | .40 hrs |
| 09/21/12 | HTC | Telephone conference with K.Damas regarding work out package and short sale and draft email to client regarding same | L120 | .10 hrs |
| 09/24/12 | RK | Review recently filed opposition brief and local rules to determine the deadline for our reply brief | L120 | .20 hrs |
| 09/25/12 | HTC | Exchange emails with client regarding trial preparation and short sale and exchange emails with K.Damas regarding same | L120 | .10 hrs |
| 09/26/12 | RK | Draft initial portion of reply brief in support of motion for summary judgment | L120 | 6.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301012

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/27/12 | HTC | Draft email to K.Damas regarding missing documents for short payoff | L120 | .10 hrs |
| 09/28/12 | RK | Draft remaining portion of reply brief in support of motion for summary judgment | L120 | 3.00 hrs |
| 09/30/12 | HTC | Review plaintiffÆs brief in opposition to motion for summary judgment and statement of facts | L240 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER                    $9,822.10

EXPENSES

| | | |
|---|---|---|
| 01 | Copy Charges | |
| 20 | Airline Tickets | 0.00 |
| 21 | Travel Expense | 193.60 |
| 23 | Meal Expense | 299.36 |
| 35 | Express Mail/Fedex | 26.64 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 50 | Mediation Fee | 0.00 |
| | | 395.00 |

TOTAL COSTS FOR THIS MATTER                    $914.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 16.30 hrs | 315.00 /hr | 5,134.50 |
| Alecia H. Cockrell | 2.30 hrs | 145.00 /hr | 333.50 |
| Jamie Mathews | 6.40 hrs | 145.00 /hr | 928.00 |
| Graham W. Gerhardt | .50 hrs | 263.00 /hr | 131.50 |
| Jose D. Vega | 4.40 hrs | 219.00 /hr | 963.60 |
| Riley Key | 12.60 hrs | 185.00 /hr | 2,331.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
OCTOBER 30, 2012

0G2012-301012

FED ID NO. 63-0243316

| TOTAL FEES | 42.50 hrs | $9,822.10 |
|---|---|---|
| TOTAL EXPENSES | | $914.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $10,736.70 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301012

INVOICE #  818620

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301012
     Adorno, Amarilis E. - 704174
     Loan No. 359391547
     TC # 704174

### PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/01/12 | HTC | Draft exhibit list, witness list, and pretrial stipulation | L420 | 2.10 hrs |
| 10/01/12 | HTC | Draft reply brief to response in opposition to motion for summary judgment and file joint pre-trial stipulation and review plaintiff's exhibit and witness list | L240 | 5.30 hrs |
| 10/01/12 | HTC | Exchange communications with K.Damas regarding exhibit list, witness list, and pretrial stipulating | L120 | .10 hrs |
| 10/01/12 | HTC | Draft memo to client regarding case | L120 | .10 hrs |
| 10/02/12 | HTC | Status conference with the court and draft email to client regarding same | L230 | .80 hrs |
| 10/02/12 | JAM | Receipt and initial review of notification of court of docketing Reply to Response to Motion for Summary Judgment | L210 | .20 hrs |
| 10/02/12 | JAM | Receipt and review Statement of Disputed Facts | L210 | .20 hrs |
| 10/02/12 | JAM | Review Report of Mediator | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301012

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | JAM | Review analysis of posture of case following hearing on October 2nd | L190 | .30 hrs |
| 10/03/12 | HTC | Review court's order suspending deadlines and forward same to client | L120 | .10 hrs |
| 10/09/12 | HTC | Exchange emails with client and K.Damas regarding short payoff and motion to seal | L250 | .10 hrs |
| 10/11/12 | HTC | Telephone conference with opposing counsel regarding settlement proposal and exchange emails with client and counsel regarding same | L120 | .20 hrs |
| 10/11/12 | JAM | Review email correspondence regarding terms of settlement | L160 | .10 hrs |
| 10/14/12 | RK | Draft settlement agreement | L120 | 1.30 hrs |
| 10/15/12 | RK | Revise settlement agreement and stipulation of dismissal | L210 | .40 hrs |
| 10/15/12 | HTC | Review and revise motion settlement agreement and stipulation of dismissal | L250 | .70 hrs |
| 10/16/12 | HTC | Draft status report | L120 | .10 hrs |
| 10/16/12 | CWH | Review and analyze steps to settlement matter and consider bankruptcy issues for same | L160 | .20 hrs |
| 10/17/12 | HTC | Complete litigation settlement proposal | L160 | .20 hrs |
| 10/19/12 | RK | Revise settlement agreement | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              PAGE     3
                                                                   NOVEMBER 17, 2012

                                                                   0G2012-301012

                                                                   FED ID NO. 63-0243316

10/31/12   HTC    Exchange emails with opposing counsel      L120      .20 hrs
                  regarding court's order regarding seal
                  issue


                  TOTAL FEES FOR THIS MATTER                           $3,809.00


EXPENSES

   01       Copy Charges
   41       Computerized Legal Research-Westlaw                            0.00
   58       FED DOCKET SERV-PACER                                          0.00
                                                                         56.20

            TOTAL COSTS FOR THIS MATTER                                 $56.20


BILLING SUMMARY

   Hope Cannon          10.00 hrs    315.00 /hr       3,150.00
   Christian W. Hancock   .20 hrs    330.00 /hr          66.00
   Jamie Mathews          .90 hrs    145.00 /hr         130.50
   Riley Key             2.50 hrs    185.00 /hr         462.50


TOTAL FEES              13.60 hrs                     $3,809.00

TOTAL EXPENSES                                          $56.20

**TOTAL CHARGES FOR THIS INVOICE**                   **$3,865.20**


          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301012

INVOICE #  821103

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301012
     Adorno, Amarilis E. - 704174
     Loan No. 359391547
     TC # 704174

PROFESSIONAL SERVICES

| 11/01/12 | RK  | Draft Joint Notice of Settlement | L120 | .50 hrs |
| 11/01/12 | HTC | Exchange emails with opposing counsel regarding settlement and review and revise joint notice to the court | L120 | .10 hrs |
| 11/01/12 | JAM | Final review of Joint Notice of Resolution prior to submission to Court | L210 | .20 hrs |
| 11/03/12 | JAM | Review Notice from Court regarding settlement filing | L210 | .10 hrs |
| 11/05/12 | HTC | Exchange emails with opposing counsel regarding joint stipulation of dismissal | L120 | .10 hrs |
| 11/06/12 | JAM | Final revisions to Stipulation of Dismissal prior to submission to court | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $228.00

BILLING SUMMARY

| Hope Cannon   | .20 hrs | 315.00 /hr | 63.00 |
| Jamie Mathews | .50 hrs | 145.00 /hr | 72.50 |
| Riley Key     | .50 hrs | 185.00 /hr | 92.50 |

TOTAL FEES          1.20 hrs          $228.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301012

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                              $228.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301012

INVOICE #  830068

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301012
     Adorno, Amarilis E. - 704174
     Loan No. 359391547
     TC # 704174

PROFESSIONAL SERVICES

| 12/20/12 | JAM | Email to K.Damas regarding deadline for payment under the Settlement Agreement | L110 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                   $14.50

BILLING SUMMARY

| Jamie Mathews | .10 hrs | 145.00 /hr | 14.50 |
|---|---|---|---|

TOTAL FEES            0.10 hrs              $14.50

**TOTAL CHARGES FOR THIS INVOICE**              **$14.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301014

INVOICE #  813797

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301014
     Clawson, Mary Beth and Riddle, John (Clawson V. GMAC)
     691049
     06010385519
     TC # 730242

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | MST | Review and accept calendar event regarding expert designation and reports due | L110 | .20 hrs |
| 09/12/12 | MST | Receive fax from opposing counsel regarding initial disclosures | L110 | .20 hrs |
| 09/13/12 | MST | Analysis of plaintiff's initial disclosures and obtain pleadings from cases named | L210 | .70 hrs |
| 09/21/12 | MST | E-mails from and to researcher regarding state court file from 410th Judicial District of Montgomery County, Texas | L110 | .40 hrs |
| 09/27/12 | MST | Analysis of docket sheet regarding prior cases involving plaintiff | L210 | .40 hrs |

|  |  |
|--|--|
| TOTAL FEES FOR THIS MATTER | $285.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie Thompson | 1.90 hrs | 150.00 /hr | 285.00 |
| TOTAL FEES | 1.90 hrs | | $285.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 30, 2012

0G2012-301014

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $285.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301014

INVOICE #  818621

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301014
     Clawson, Mary Beth and Riddle, John (Clawson V. GMAC)
     691049
     06010385519
     TC # 730242

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | MST | Obtain docket sheet in case, forward to attorneys and update file regarding same | L210 | .40 hrs |
| 10/05/12 | MST | Analysis of state court pleadings regarding case number 10-cv-0585 and prepare working copy for attorney | L210 | .50 hrs |

TOTAL FEES FOR THIS MATTER    $135.00

EXPENSES

58    FED DOCKET SERV-PACER    17.10

TOTAL COSTS FOR THIS MATTER    $17.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .90 hrs | 150.00 /hr | 135.00 |
| TOTAL FEES | 0.90 hrs | | $135.00 |
| TOTAL EXPENSES | | | $17.10 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE        2
NOVEMBER 17, 2012

0G2012-301014

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                        $152.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301015

INVOICE # 818622

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301015
     Haggerty, Kevin D. (Flat) - 710417
     Loan No. 0602016016
     TC # 710417

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/24/12 | JJO | Call with borrower regarding loan modification | L120 | .20 hrs |
| 10/24/12 | JJO | Review file and loan modification agreement, emails and case history regarding settlement and loan modification | L120 | 1.00 hrs |
| 10/24/12 | JJO | Email and conference call with client regarding loan modification agreement and options | L120 | .40 hrs |
| 10/24/12 | GEG | Work on review of prior settlement, settlement agreement and loan modification documents signed and investigate | L160 | .50 hrs |
| 10/24/12 | GEG | Phone conference with K.Dutill regarding issues with booking of loan and borrower's allegation | L120 | .50 hrs |
| 10/26/12 | JJO | Calls and emails with borrower | L120 | .40 hrs |
| 10/29/12 | JJO | Emails and call with client regarding loan modification | B420 | .50 hrs |
| 10/29/12 | GEG | E-mails from and to GMAC regarding possible modification | L120 | .30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
NOVEMBER 17, 2012

0G2012-301015

FED ID NO. 63-0243316

| 10/30/12 | GEG | Review modification documents sent by client and e-mails to and from K.Dutill regarding same | L120 | .50 hrs |
|---|---|---|---|---|
| 10/30/12 | JJO | Conference regarding loan modification and emails with client regarding same | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER            $1,203.00

BILLING SUMMARY

| Glenn E. Glover | 1.80 hrs | 335.00 /hr | 603.00 |
|---|---|---|---|
| Josh Johnson | 3.00 hrs | 200.00 /hr | 600.00 |

TOTAL FEES            4.80 hrs            $1,203.00

**TOTAL CHARGES FOR THIS INVOICE**            **$1,203.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301015

INVOICE #  821104

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301015
     Haggerty, Kevin D. (Flat) - 710417
     Loan No. 0602016016
     TC # 710417

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/05/12 | JJO | Call with K.Haggerty regarding loan modification | L120 | .20 hrs |
| 11/07/12 | JJO | Review emails and notice of foreclosure from borrower | L120 | .50 hrs |
| 11/07/12 | JJO | Email client regarding foreclosure and loan modification | L120 | .30 hrs |
| 11/07/12 | JJO | Email update to J.Scoliard regarding loan modification situation | L120 | .20 hrs |
| 11/07/12 | JJO | Draft settlement agreement | L120 | 2.30 hrs |
| 11/07/12 | JJO | Conference regarding loan modification | L120 | .20 hrs |
| 11/07/12 | GEG | E-mail from K.Dutill regarding loan modification procedure and concerns | L120 | .10 hrs |
| 11/07/12 | GEG | Strategize regarding modification agreement | L120 | .20 hrs |
| 11/07/12 | GEG | Phone conference with K.Dutill regarding loan modification agreement | L120 | .50 hrs |
| 11/13/12 | GEG | Review and revise draft settlement agreement | L160 | .80 hrs |
| 11/13/12 | JJO | Check on settlement agreement | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301015

FED ID NO. 63-0243316

| 11/13/12 | JJO | Review and revise settlement agreement | L120 | .40 hrs |
| 11/13/12 | JJO | Forward settlement agreement to client for review | L120 | .10 hrs |
| 11/14/12 | JJO | Revise settlement agreement | L120 | .30 hrs |
| 11/14/12 | JJO | Conference with client regarding settlement agreement | L120 | .20 hrs |
| 11/14/12 | GEG | Work on revisions to settlement agreement and e-mails from and to K.Dutill regarding same | L160 | .10 hrs |
| 11/19/12 | GEG | Work on settlement agreement negotiations and e-mails from and to K.Dutill regarding same | L160 | .20 hrs |
| 11/19/12 | JJO | Review and revise settlement agreement | L120 | .30 hrs |
| 11/19/12 | JJO | Conference with client regarding settlement terms | L120 | .20 hrs |
| 11/19/12 | JJO | Call with Haggerty regarding settlement terms | L120 | .30 hrs |
| 11/20/12 | JJO | Prepare status report | L120 | .20 hrs |
| 11/26/12 | JJO | Emails regarding settlement agreement | L120 | .10 hrs |
| 11/27/12 | JJO | Status update to client | L120 | .20 hrs |
| 11/27/12 | JJO | Review and revise settlement agreement | L120 | .30 hrs |
| 11/27/12 | JJO | Emails with client regarding settlement agreement | L120 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301015

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/27/12 | JJO | Emails with Haggerty regarding settlement agreement | L120 | .20 hrs |
| 11/27/12 | GEG | Phone conference with J.Scoliard regarding status and work on final review of settlement agreement | L120 | .20 hrs |
| 11/28/12 | JJO | Call with K.Haggerty regarding settlement agreement | L120 | .20 hrs |
| 11/29/12 | JJO | Email with client regarding settlement agreement | L120 | .20 hrs |
| 11/29/12 | JJO | Call with K.Haggerty | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $2,203.50

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Glenn E. Glover | 2.10 hrs | 335.00 /hr | 703.50 |
| Josh Johnson | 7.50 hrs | 200.00 /hr | 1,500.00 |

TOTAL FEES           9.60 hrs                   $2,203.50

**TOTAL CHARGES FOR THIS INVOICE**           $2,203.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301015

INVOICE #  830071

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301015
     Haggerty, Kevin D. (Flat) - 710417
     Loan No. 0602016016
     TC # 710417

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/06/12 | JJO | Review documents regarding foreclosure | L120 | .50 hrs |
| 11/30/12 | JJO | Email regarding settlement agreement | L120 | .10 hrs |
| 11/30/12 | JJO | Review notice of intent to dismiss case; emails regarding foreclosure | L120 | .10 hrs |
| 11/30/12 | JJO | Emails regarding foreclosure | L120 | .20 hrs |
| 12/01/12 | JJO | Review signed loan modification and settlement agreement | L120 | .10 hrs |
| 12/01/12 | JJO | Email with borrower regarding signed loan modification and settlement agreement | B420 | .10 hrs |
| 12/03/12 | JJO | Email client regarding foreclosure and settlement agreement | L120 | .20 hrs |
| 12/03/12 | JJO | Email borrower regarding payments and signed settlement agreement | L120 | .10 hrs |
| 12/04/12 | JJO | Status report to client | L120 | .20 hrs |
| 12/05/12 | JJO | Review executed settlement agreement and loan modification | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301015

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/05/12 | JJO | Draft letter to client regarding executed settlement agreement and loan modification | L120 | .20 hrs |
| 12/05/12 | JJO | Email borrowers regarding payment | L120 | .10 hrs |
| 12/06/12 | GEG | E-mails from and to K.Dutill regarding settlement agreement execution, wrap-up | L120 | .10 hrs |
| 12/06/12 | JJO | Emails regarding signed settlement agreement and loan modification | L120 | .30 hrs |
| 12/06/12 | JJO | Call regarding first payment | L120 | .20 hrs |
| 12/07/12 | JJO | Emails with borrower regarding payment | L120 | .20 hrs |
| 12/11/12 | JJO | Emails regarding payment | L120 | .20 hrs |
| 12/12/12 | JJO | Emails with borrower | L120 | .10 hrs |
| 12/12/12 | JJO | Emails with client regarding loan modification and payment | L120 | .10 hrs |
| 12/12/12 | JJO | Review payment and emails with client regarding application of same | L120 | .80 hrs |
| 12/12/12 | GEG | E-mails from and to GMAC personnel and borrower regarding first payment under loan modification | L120 | .10 hrs |
| 12/14/12 | JJO | Letter to client enclosing payment from borrower (.3) | B420 | .30 hrs |
| 12/17/12 | JJO | Review package and money orders from borrowers | L120 | .30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301015

FED ID NO. 63-0243316

| 12/17/12 | JJO | Letter to GMAC re. money orders from borrowers and email client regarding same | L120 | .20 hrs |
| 12/27/12 | JJO | Email to client regarding verification of payment | L120 | .10 hrs |
| 12/28/12 | JJO | Emails with client regarding payment and loan modification | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                      $1,087.00

BILLING SUMMARY

| Glenn E. Glover | .20 hrs | 335.00 /hr | 67.00 |
| Josh Johnson | 5.10 hrs | 200.00 /hr | 1,020.00 |

TOTAL FEES          5.30 hrs                      $1,087.00

**TOTAL CHARGES FOR THIS INVOICE**                  $1,087.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301016

INVOICE #  817746

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/15/12

Re:  0G2012-301016
     Oller, Pam - 707981
     Loan No. 0304804354
     TC # 707981

| | | |
|---|---|---|
| 21 | Travel Expense | 0.00 |
| 23 | Meal Expense | 0.00 |

TOTAL FEES                    0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                    $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301017

INVOICE #  818847

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301017
     Monty Allen and Heather Allen v. Homecomings Financial, LLC,
     ReMax Inc., et al. - 693257
     TC # 693257
 01        Copy Charges                                                0.00


TOTAL FEES                 0.00 hrs                      $.00

**TOTAL CHARGES FOR THIS INVOICE**                      $.00

          ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301020

INVOICE #  813715

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301020
     Cross, Janice - 709049
     Loan No. 0473478626
     TC # 709049

PROFESSIONAL SERVICES

09/27/12  MSW  Draft status report for client.        L120      .10 hrs

            TOTAL FEES FOR THIS MATTER                    $25.40

BILLING SUMMARY

   Mark S. Wierman        .10 hrs   254.00 /hr       25.40

TOTAL FEES                0.10 hrs                 $25.40

**TOTAL CHARGES FOR THIS INVOICE**                $25.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301020

INVOICE #  818623

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301020
     Cross, Janice - 709049
     Loan No. 0473478626
     TC # 709049

PROFESSIONAL SERVICES

10/23/12   MSW   Draft status report                      L120      .10 hrs

10/29/12   APUC  Review jury instructions                 L660      .80 hrs

10/30/12   APUC  Research and analysis regarding          L660     1.00 hrs


           TOTAL FEES FOR THIS MATTER                            $493.40

     41        Computerized Legal Research-Westlaw                      0.00

BILLING SUMMARY

   Mark S. Wierman          .10 hrs    254.00 /hr         25.40
   Amy Puckett             1.80 hrs    260.00 /hr        468.00


TOTAL FEES                 1.90 hrs                      $493.40

**TOTAL CHARGES FOR THIS INVOICE**                       $493.40

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301020

INVOICE # 821105

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301020
     Cross, Janice - 709049
     Loan No. 0473478626
     TC # 709049

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/26/12 | APUC | Review and analysis of litigation strategy | L660 | .70 hrs |
| 11/26/12 | MSW | Review and analyze motions filed by appellant | L510 | .30 hrs |
| 11/27/12 | MSW | Drafting status report | L120 | .10 hrs |
| 11/29/12 | LADA | Review case files and pleadings in light of recent pleading filed by borrower | L190 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                                           $348.60

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .40 hrs | 254.00 /hr | 101.60 |
| Amy Puckett | .70 hrs | 260.00 /hr | 182.00 |
| Lucinda Kish | 1.00 hrs | 65.00 /hr | 65.00 |

TOTAL FEES                    2.10 hrs                    $348.60

**TOTAL CHARGES FOR THIS INVOICE**                          **$348.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301020

INVOICE #  830076

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301020
     Cross, Janice - 709049
     Loan No. 0473478626
     TC # 709049

PROFESSIONAL SERVICES

12/04/12  LADA Telephone conference with Clerk          L190     .40 hrs
               regarding status of recent filing


               TOTAL FEES FOR THIS MATTER                         $26.00


BILLING SUMMARY

   Lucinda Kish              .40 hrs     65.00 /hr        26.00


TOTAL FEES               0.40 hrs                         $26.00

**TOTAL CHARGES FOR THIS INVOICE**                       $26.00

          ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301021

INVOICE #  818624

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301021
     Montgomery, David - 727120
     Loan No. 7435262993
     TC # 727120

### PROFESSIONAL SERVICES

| Date | Init. | Description | Task | Hours |
|------|-------|-------------|------|-------|
| 10/01/12 | KSA | Draft case status report regarding District Court ruling | L120 | .10 hrs |
| 10/01/12 | GEG | Review current status given expiration of appeal period and also review state court eviction status | L120 | .40 hrs |
| 10/04/12 | JB | Review file regarding stay applicability issues | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $175.30

### EXPENSES

| | | | |
|--|--|--|--|
| 58 | FED DOCKET SERV-PACER | | 41.90 |

TOTAL COSTS FOR THIS MATTER $41.90

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Glenn E. Glover | .40 hrs | 335.00 /hr | 134.00 |
| Keith S. Anderson | .10 hrs | 223.00 /hr | 22.30 |
| James Bailey | .10 hrs | 190.00 /hr | 19.00 |

TOTAL FEES          0.60 hrs          $175.30



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                              PAGE      2
                                                                   NOVEMBER 17, 2012

                                                                   0G2012-301021

                                                                   FED ID NO. 63-0243316

          TOTAL EXPENSES                                    $41.90

          **TOTAL CHARGES FOR THIS INVOICE**
                                                            $217.20

               ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301021

INVOICE #  821106

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301021
     Montgomery, David - 727120
     Loan No. 7435262993
     TC # 727120

PROFESSIONAL SERVICES

| 11/28/12 | GEG | Draft closing memo and e-mails to and from P.Stokes regarding same | L120 | .50 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                 $167.50

BILLING SUMMARY

  Glenn E. Glover          .50 hrs   335.00 /hr      167.50

TOTAL FEES               0.50 hrs              $167.50

**TOTAL CHARGES FOR THIS INVOICE**                      **$167.50**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301023

INVOICE #  813716

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301023
     Lamont, Steven (Flat) - 709039
     Loan No. 7401269329
     TC # 709039

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | MCG | Prepare case status update | C300 | .20 hrs |
| 09/06/12 | MCG | Correspondence with realtor for borrower regarding potential short sale | C400 | .10 hrs |
| 09/14/12 | MCG | Review and analyze filed notice of dismissal | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                        $129.20

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |

TOTAL FEES              0.40 hrs              $129.20

**TOTAL CHARGES FOR THIS INVOICE**              **$129.20**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301023

INVOICE #  818625

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301023
Lamont, Steven (Flat) - 709039
Loan No. 7401269329
TC # 709039

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | MCG | Review and analyze hardship affidavit in support of short sale and forward to J.Ho | C300 | .10 hrs |
| 10/02/12 | MCG | Review pleadings and prepare case status update | C300 | .20 hrs |
| 10/02/12 | MCG | Prepare e-mail to J.Ho regarding short sale contracts and affidavit of hardship | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $129.20

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |

TOTAL FEES                 0.40 hrs                    $129.20

**TOTAL CHARGES FOR THIS INVOICE**                   **$129.20**

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301023

INVOICE #  821107

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301023
     Lamont, Steven (Flat) - 709039
     Loan No. 7401269329
     TC # 709039

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | MCG | Correspondence with J.Ho regarding short sale offer | C300 | .10 hrs |
| 11/01/12 | MCG | Draft status report for client regarding pending hearing on motion for summary judgment | C300 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $64.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .20 hrs | 323.00 /hr | 64.60 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $64.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$64.60** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301023

INVOICE #  830077

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301023
     Lamont, Steven (Flat) - 709039
     Loan No. 7401269329
     TC # 709039

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/20/12 | MCG | Correspondence with realtor regarding deadline for closing short sale | C400 | .20 hrs |
| 12/20/12 | MCG | Correspondence with J.Ho regarding deadline for closing short sale and request for reimbursement for utilities | C300 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                 $96.90

BILLING SUMMARY

  Michael C. Griffin          .30 hrs   323.00 /hr        96.90

TOTAL FEES                 0.30 hrs                    $96.90

**TOTAL CHARGES FOR THIS INVOICE**                    **$96.90**

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 16, 2012
0G2012-301024

INVOICE # 818151

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301024
     Badillo, Marc Antonio (GMAC v. Badillo) - 696712
     474218237 / 35493
     TC # 696712

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 08/02/12 | RK | Draft status report to client | L120 | .10 hrs |
| 08/09/12 | RK | Conference regarding the effect of the final supplemental order | L120 | .20 hrs |
| 08/09/12 | GWG | Correspondence with opposing counsel regarding status of the bankruptcy | L120 | .20 hrs |
| 08/10/12 | GWG | Analyze and correspond with client regarding effect of bankruptcy stay | L120 | 1.30 hrs |
| 09/13/12 | GWG | Call with L. Moreno regarding status of bankruptcy and possible resolution of case | L160 | .40 hrs |
| 09/19/12 | GWG | Correspondence with client regarding possible loan modification and review plaintiff's previous financials | L160 | .40 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $660.40 |
| LESS DISCOUNT | (110.40) |
| NET FEES | $550.00 |

## EXPENSES

| 50 | Mediation Fee | | (550.00) |
|----|---------------|---|----------|



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 16, 2012

0G2012-301024

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER                    ( $550.00)

BILLING SUMMARY

Graham W. Gerhardt       2.30 hrs    263.00 /hr         604.90
Riley Key                 .30 hrs    185.00 /hr          55.50

TOTAL FEES               2.60 hrs                     $550.00

TOTAL EXPENSES                                      ( $550.00)

**TOTAL CHARGES FOR THIS INVOICE**                      $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301026

INVOICE #  813718

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re: 0G2012-301026
    Dunavant, Andrew - 713334
    Loan No. 702161698
    TC # 713334

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/10/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 09/11/12 | JMH | Telephone conference with K.Dutill regarding status of matter | L120 | .30 hrs |
| 09/14/12 | HTC | Draft email to client regarding receipt of loss mitigation materials from opposing counsel | L120 | .10 hrs |
| 09/16/12 | HTC | Review and revise reply to response in opposition to motion for summary judgment | L250 | 7.50 hrs |
| 09/17/12 | HTC | Telephone conference with J.Daniels and exchange emails with client regarding loan modification request | L120 | .20 hrs |
| 09/17/12 | HTC | Continue revising reply to response in opposition to motion for summary judgment | L240 | 3.30 hrs |
| 09/17/12 | JMH | Telephone conference with client regarding borrowers' recent loss mitigation efforts | L160 | .10 hrs |
| 09/17/12 | JMH | Receive and review e-mail from client regarding loss mitigation | L160 | .10 hrs |
| 09/18/12 | JMH | Evaluate scope of bankruptcy stay as it applies to borrowers' claims | L120 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 30, 2012

0G2012-301026

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/12 | JMH | Draft notice of bankruptcy | L210 | .50 hrs |
| 09/18/12 | HTC | Review issues relating to effect of bankruptcy and need for notice of bankruptcy and send email to client regarding draft reply to response in opposition to motion for summary judgment | L120 | .30 hrs |
| 09/18/12 | HTC | Draft email to J.Daniels regarding loss mitigation documents | L120 | .10 hrs |
| 09/18/12 | HTC | Exchange emails with client regarding reply to response in opposition to motion for summary judgment | L120 | .10 hrs |
| 09/18/12 | HTC | Draft notice of bankruptcy and email to J.Daniels regarding joinder by USAA of reply | L210 | .20 hrs |
| 09/19/12 | HTC | Telephone conference with J.Collins regarding motion | L120 | .70 hrs |
| 09/19/12 | HTC | Draft email to opposing counsel regarding notice of bankruptcy | L120 | .30 hrs |
| 09/19/12 | HTC | Draft email to J.Daniels regarding missing information from work out package | L120 | .10 hrs |
| 09/19/12 | CWH | Review and revise notice of bankruptcy and analyze which claims in case are permitted to go forward | L210 | .20 hrs |
| 09/19/12 | JAM | Final review and revisions to Notice of Bankruptcy and Supplemental Servicing Order prior to submission to Court | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

FED ID NO. 63-0243316

| 09/19/12 | JAM | Review correspondence to D.W.Grimsley and J.Daniel prior to email submission | L210 | .10 hrs |
| 09/19/12 | JAM | Revisions to Reply Brief | L210 | .50 hrs |
| 09/19/12 | JAM | Multiple telephone calls and emails with Judicial Assistant regarding status of filing Notice of Bankruptcy | L210 | .40 hrs |
| 09/20/12 | JAM | Review and revise Reply in Opposition to Motion for Summary Judgment prior to submission to court | L210 | .40 hrs |
| 09/20/12 | JMH | Receive and review notice of filing of reply in support of summary-judgment motion and of USAA's motion for joinder | L450 | .20 hrs |
| 09/21/12 | HTC | Review middle district case on standing as to PSA | L120 | .10 hrs |
| 09/21/12 | BG | Research regarding standing to challenge assignments | L120 | .20 hrs |
| 09/21/12 | JMH | Receive and review trial court's order staying non-permitted claims | L210 | .10 hrs |
| 09/24/12 | CWH | Review and analyze borrower's motion seeking clarification of bankruptcy stay issues | L210 | .20 hrs |
| 09/24/12 | JMH | Receive and review motion to clarify order granting stay | L250 | .30 hrs |
| 09/24/12 | HTC | Review motion to clarify and loss mitigation materials | L250 | .40 hrs |
| 09/24/12 | HTC | Telephone conference with client | L120 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      4
OCTOBER 30, 2012

0G2012-301026

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/24/12 | HTC | Draft response to motion to clarify | L250 | 6.00 hrs |
| 09/24/12 | HTC | Telephone conference with MOFo and client regarding plaintiffs' motion for clarification and response to same | L120 | .30 hrs |
| 09/24/12 | AHC | Retrieve and review files in preparation for upcoming hearing on GMAC Mortgage LLC's Motion for Summary Judgment | L440 | .30 hrs |
| 09/25/12 | HTC | Prepare for hearing on motion for clarification and motion for summary judgment and attendance at same | L240 | 9.80 hrs |
| 09/25/12 | HTC | Draft email to client regarding update on hearing | L120 | .20 hrs |
| 09/26/12 | HTC | Review emails from J.Daniels with additional loss mitigation information and review email from client regarding same | L120 | .10 hrs |
| 09/26/12 | HTC | Draft stipulation to lift stay | L210 | .50 hrs |
| 09/27/12 | HTC | Analyze issues relating to stipulation in Bankruptcy court and current status of Silmon | L120 | .50 hrs |
| 09/28/12 | JMH | Receive and review notice of hearing on summary-judgment motion | L450 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $10,793.80

01        Copy Charges

0.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
OCTOBER 30, 2012

0G2012-301026

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 31.00 hrs | 315.00 /hr | 9,765.00 |
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Jamie Mathews | 1.80 hrs | 145.00 /hr | 261.00 |
| Jonathan Hooks | 2.30 hrs | 241.00 /hr | 554.30 |
| Blake Goodsell | .20 hrs | 190.00 /hr | 38.00 |

TOTAL FEES              36.00 hrs                    $10,793.80

**TOTAL CHARGES FOR THIS INVOICE**                    $10,793.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301026

INVOICE #  817882

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301026
     Dunavant,  Andrew - 713334
     Loan No. 702161698
     TC # 713334

<u>EXPENSES</u>

| | | |
|---|---|---:|
| 01 | Copy Charges | |
| 13 | Court Reporter Charges | 0.00 |
| 21 | Travel Expense | 448.70 |
| 23 | Meal Expense | 387.24 |
| 70S | Ready Conference | 16.89 |
| | | 3.78 |

           TOTAL COSTS FOR THIS MATTER              $856.61

TOTAL FEES                 0.00 hrs                    $.00

TOTAL EXPENSES                                     $856.61

**TOTAL CHARGES FOR THIS INVOICE**                 $856.61

          ***** TOTAL DUE UPON RECEIPT *****

⊔⌐  BRADLEY ARANT
      BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301026

INVOICE #  818626

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301026
     Dunavant,  Andrew - 713334
     Loan No. 702161698
     TC # 713334

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | JAM | Email correspondence regarding draft stipulation | L210 | .10 hrs |
| 10/01/12 | HTC | Draft follow-up email to MoFo regarding stipulation | L120 | .10 hrs |
| 10/02/12 | JMH | Draft status report to client | L120 | .10 hrs |
| 10/02/12 | JAM | Review emails regarding discovery cut off and Motion for Summary Judgment hearing | L210 | .20 hrs |
| 10/08/12 | HTC | Revise stipulation per MoFoÆs changes and draft email to opposing counsel regarding same | L210 | .20 hrs |
| 10/15/12 | HTC | Telephone conference with J.Daniels regarding stipulation and email same to Daniels in word format | L120 | .20 hrs |
| 10/16/12 | HTC | Exchange emails with client and MoFo and opposing counsel regarding stipulation | L120 | .20 hrs |
| 10/16/12 | HTC | Draft motion to compel | L250 | 2.00 hrs |
| 10/17/12 | ACRA | Analyze issues regarding correspondence in question | L120 | 2.20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301026

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/17/12 | ACRA | Draft email memo regarding correspondence in question | L120 | 1.20 hrs |
| 10/17/12 | HTC | Review emails from opposing counsel | L120 | .20 hrs |
| 10/17/12 | HTC | Telephone conference with W.Jackson | L120 | .30 hrs |
| 10/17/12 | HTC | Telephone conference with ethics counsel | L120 | .30 hrs |
| 10/17/12 | HTC | Draft correspondence to ethics counsel regarding delay | L120 | .70 hrs |
| 10/17/12 | HTC | Review redlined changes to proposed stipulation | L120 | .10 hrs |
| 10/17/12 | AHC | Review and revise Motion to Compel and for Sanctions | L250 | .70 hrs |
| 10/18/12 | HTC | Exchange emails with client and USAA counsel regarding summary judgment hearing | L120 | .10 hrs |
| 10/19/12 | HTC | Draft motion to continue and motion to compel and exchange emails with opposing counsel, client and MoFo regarding same and review revisions to stipulation made by MoFo and draft correspondence to opposing counsel regarding same | L250 | 1.40 hrs |
| 10/22/12 | HTC | Exchange emails with USAA counsel and opposing counsel regarding motion to continue and need to pass the case in open court | L120 | .10 hrs |
| 10/22/12 | HTC | Consider effect of bankruptcy on motion to vacate | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 17, 2012

0G2012-301026

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/22/12 | HTC | Telephone conference with client regarding request for payment history | L120 | .10 hrs |
| 10/23/12 | HTC | Telephone conference with opposing counsel and N.Rosenbaum regarding limited relief from stay stipulation | L120 | .50 hrs |
| 10/23/12 | JMH | Receive and review orders from trial court granting motion for continuance and rescheduling hearing on summary-judgment motion for January 2013 | L450 | .20 hrs |
| 10/23/12 | CWH | Review and analyze the status of pleadings and the efforts to get the motion for summary judgment heard | L210 | .20 hrs |
| 10/24/12 | HTC | Draft email to client regarding next steps for getting stipulation executed and consideration of motion to compel | L350 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$3,071.30

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Hope Cannon | 6.80 hrs | 315.00 /hr | 2,142.00 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jonathan Hooks | .30 hrs | 241.00 /hr | 72.30 |
| Ann Craft | 3.40 hrs | 190.00 /hr | 646.00 |

TOTAL FEES

11.70 hrs

$3,071.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 17, 2012

0G2012-301026

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $3,071.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0G2012-301026
Fort Washington, PA 19034

                                                                INVOICE #  820564

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301026
     Dunavant, Andrew - 713334
     Loan No. 702161698
     TC # 713334
  01      Copy Charges                                                      0.00
  35      Express Mail/Fedex                                                0.00


TOTAL FEES                        0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                           $.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301026

INVOICE #  821108

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0G2012-301026
        Dunavant, Andrew - 713334
        Loan No. 702161698
        TC # 713334

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/07/12 | HTC | Exchange emails with J.Daniels regarding loan modification | L120 | .20 hrs |
| 11/08/12 | HTC | Review revisions from J.Daniels to stipulation | L210 | .60 hrs |
| 11/08/12 | HTC | Review response from client | L120 | .10 hrs |
| 11/08/12 | HTC | Draft and exchange emails with client | L120 | .20 hrs |
| 11/08/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 11/09/12 | HTC | Review additional revisions made by opposing counsel to stipulation of modification of stay and exchange emails with N.Rosenbaum and client regarding same and revise motion to compel entry of stipulation | L250 | .80 hrs |
| 11/11/12 | HTC | Revise motion to compel and draft cover letter to Judge Partin | L250 | .20 hrs |
| 11/12/12 | HTC | Finalize motion to compel and revise correspondence to the court | L250 | .10 hrs |
| 11/12/12 | JMH | Review motion to compel | L250 | .20 hrs |
| 11/14/12 | JMH | Receive and review order from trial court setting hearing on motion to compel | L450 | .10 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301026

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/27/12 | HTC | Exchange emails with client regarding motion for relief and response to motion to compel | L250 | .10 hrs |
| 11/27/12 | HTC | Review emails for hearing on motion to compel | L120 | .10 hrs |
| 11/28/12 | HTC | Review response to motion to compel and motion for relief from stay | L250 | .50 hrs |
| 11/29/12 | HTC | Preparation for and attendance at hearing on motion to compel | L250 | 8.00 hrs |

TOTAL FEES FOR THIS MATTER                      $3,529.90

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Hope Cannon | 10.90 hrs | 315.00 /hr | 3,433.50 |
| Jonathan Hooks | .40 hrs | 241.00 /hr | 96.40 |

TOTAL FEES          11.30 hrs                      $3,529.90

**TOTAL CHARGES FOR THIS INVOICE**                      **$3,529.90**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301026

INVOICE #  830080

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301026
     Dunavant, Andrew - 713334
     Loan No. 702161698
     TC # 713334

### PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 12/05/12 | HTC | Review order setting motion to compel for hearing and contact court regarding same | L350 | .30 hrs |
| 12/07/12 | HTC | Exchange emails with client regarding order on stipulation and telephone conference with Morrison Forrestor regarding same | L120 | .20 hrs |
| 12/12/12 | HTC | Exchange emails with MoFo and client regarding stipulation | L210 | .30 hrs |
| 12/19/12 | HTC | Review modified stipulation to address adversary proceeding and draft email to opposing counsel regarding same | L210 | .10 hrs |
| 12/20/12 | HTC | Review email from opposing counsel regarding proposed order on MFR | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$315.00

### EXPENSES

21        Travel Expense

290.82

TOTAL COSTS FOR THIS MATTER

$290.82



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301026

FED ID NO. 63-0243316

BILLING SUMMARY

| Hope Cannon | 1.00 hrs | 315.00 /hr | 315.00 |
|---|---|---|---|
| TOTAL FEES | 1.00 hrs | | $315.00 |
| TOTAL EXPENSES | | | $290.82 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$605.82** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301027

INVOICE #  813719

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301027
     Hopper, Patrick J. - 712180
     Loan No. 307606860
     TC # 712180

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/03/12 | JDV | Draft status update for client | L190 | .20 hrs |
| 09/04/12 | HTC | Review email from borrower regarding settlement and analyze same | L120 | .10 hrs |
| 09/05/12 | JDV | Email correspondence with defendant regarding review of defendant's counteroffer | L160 | .20 hrs |
| 09/05/12 | JDV | Telephone conversation and email correspondence with client regarding analysis of defendant's counteroffer | L160 | .60 hrs |
| 09/11/12 | JDV | Email correspondence with defendant regarding new settlement offer | L160 | .30 hrs |
| 09/13/12 | JDV | Review Order Setting Pre-Trial Conference | L210 | .20 hrs |
| 09/13/12 | HTC | Review pretrial order | L210 | .10 hrs |
| 09/20/12 | JDV | Analysis of First Amended Answer, Affirmative Defenses, Counterclaims, Third Party Claims, and Demand for Jury Trial | L210 | 1.10 hrs |
| 09/21/12 | CWH | Review and analyze borrower's new counterclaims, filed in response to First Amended Complaint | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301027

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/21/12 | MPE | Research file history dating back to 2009 to assist with resolution of issues. | L110 | .70 hrs |
| 09/21/12 | JDV | Draft memorandum regarding analysis of new counterclaims and third party claims | L190 | .60 hrs |
| 09/21/12 | HTC | Review summary of new claims against GMAC and addition of claims against MERS and Greenpoint | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$965.60

EXPENSES

| 01 | Copy Charges | |
|----|--------------|------|
| 20 | Airline Tickets | 0.00 |
| 21 | Travel Expense | 438.60 |
| 23 | Meal Expense | 308.40 |
| | | 36.69 |

TOTAL COSTS FOR THIS MATTER

$783.69

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Jose D. Vega | 3.20 hrs | 219.00 /hr | 700.80 |
| Melisa P. Palmer | .70 hrs | 149.00 /hr | 104.30 |

TOTAL FEES

4.40 hrs

$965.60

TOTAL EXPENSES

$783.69



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                          PAGE    3
                                                               OCTOBER 30, 2012

                                                               0G2012-301027

                                                               FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,749.29

         ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301027

INVOICE #  817883

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301027
     Hopper, Patrick J. - 712180
     Loan No. 307606860
     TC # 712180

EXPENSES

| 01 | Copy Charges | |
|----|--------------|--------|
| 12 | Court Costs - Pleadings | 0.00 |
| 35 | Express Mail/Fedex | 136.03 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
|    | | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $136.03

TOTAL FEES              0.00 hrs                 $.00

TOTAL EXPENSES                                  $136.03

**TOTAL CHARGES FOR THIS INVOICE**             $136.03

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301027

INVOICE #  818627

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301027
     Hopper, Patrick J. - 712180
     Loan No. 307606860
     TC # 712180

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | JDV | Draft status update for client | L190 | .20 hrs |
| 10/01/12 | MPE | Review and analysis of borrower's Amended Answer, counterclaims and third party complaint | L110 | .30 hrs |
| 10/02/12 | JDV | Email correspondence with client regarding review of notice of bankruptcy | L210 | .20 hrs |
| 10/02/12 | HTC | Review amended counterclaims and new claims against MERS and Greenpoint | L120 | .20 hrs |
| 10/03/12 | KK | Telephone calls to judicial assistant regarding available dates for motion for summary judgment hearing | L110 | .20 hrs |
| 10/04/12 | JDV | Draft GMAC's Motion for Summary Judgment on Defendant's Affirmative Defenses and Counterclaims | L210 | 5.40 hrs |
| 10/04/12 | JDV | Analysis of state law regarding issues raised in Defendant's Affirmative Defenses and Counterclaims | L120 | 1.70 hrs |
| 10/04/12 | JDV | Email correspondence with client regarding filing of amended notice of bankruptcy and litigation strategy | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/05/12 | JAM | Draft correspondence to Lee County Clerk enclosing Amended Notice of Bankruptcy | L210 | .20 hrs |
| 10/08/12 | JAM | Draft Notice of Hearing on Plaintiff's Motion for Summary Judgment on Defendant's Counterclaims and Affirmative Defenses | L210 | .30 hrs |
| 10/08/12 | JAM | Draft correspondence to Clerk of Collier County enclosing Notice of Hearing | L210 | .20 hrs |
| 10/09/12 | HTC | Review and revise motion for summary judgment for GMACM | L240 | .10 hrs |
| 10/09/12 | HTC | Review and revise motion for summary judgment for GMACM | L240 | 3.80 hrs |
| 10/09/12 | MPE | Draft affidavit in support of motion for summary judgment | L110 | .60 hrs |
| 10/09/12 | JDV | Revise affidavit in support of GMAC Motion for Summary Judgment | L250 | .40 hrs |
| 10/09/12 | JDV | Analysis of claims made by defendant in Amended Counterclaim | L120 | .70 hrs |
| 10/10/12 | JDV | Email correspondence with defendant regarding review of responses to requests for admission | L310 | .20 hrs |
| 10/10/12 | JDV | Revise GMAC's Motion for Summary Judgment | L210 | .50 hrs |
| 10/10/12 | HTC | Consider issues relating to motion for summary judgment | L240 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/10/12 | MPE | Draft and finalize answer to defendant's first amended answer, affirmative defenses, counterclaims and third party claims and demand for jury trial. | L210 | 1.50 hrs |
| 10/11/12 | MPE | Telephone conference with judicial assistant regarding pre trial conference and additional parties being added to the case. | L110 | .40 hrs |
| 10/11/12 | HTC | Exchange emails relating to continuance of pretrial hearing and including motion for summary judgment on foreclosure count | L120 | .10 hrs |
| 10/11/12 | JDV | Draft Amended Responses to Defendant's Requests for Admission | L310 | 1.00 hrs |
| 10/11/12 | JDV | Draft Motion for Summary Judgment | L210 | 2.80 hrs |
| 10/11/12 | JDV | Analysis of state law regarding issues raised in defendant's third party complaint | L120 | .40 hrs |
| 10/11/12 | JDV | Draft Answer to Complaint | L210 | .70 hrs |
| 10/12/12 | MPE | Receive and review email from borrower regarding clarification on request for admissions and calendar relevant deadlines. | L110 | .20 hrs |
| 10/12/12 | MPE | Detailed email correspondence to default counsel with instructions for moving forward | L110 | .30 hrs |
| 10/15/12 | HTC | Review and revise motions for summary judgment as to MERS and as to GMACM | L240 | 3.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/15/12 | MPE | Review Pretrial conference requirements | L110 | .60 hrs |
| 10/15/12 | MPE | Email correspondence with borrower regarding continuing Pretrial conference. | L110 | .20 hrs |
| 10/16/12 | JDV | Revise MERS Motion for Summary Judgment | L210 | .40 hrs |
| 10/16/12 | JDV | Revise GMAC's Motion for Summary Judgment | L210 | 1.60 hrs |
| 10/16/12 | JDV | Email correspondence with defendant regarding issues to address at status conference hearing | L190 | .20 hrs |
| 10/17/12 | JDV | Revise Unopposed Motion to Continue | L250 | .20 hrs |
| 10/17/12 | JDV | Email correspondence with defendant regarding continuance of pre-trial conference | L190 | .30 hrs |
| 10/17/12 | HTC | Review and revise motion for continuance | L250 | .10 hrs |
| 10/18/12 | MPE | Revise and finalize motion to continue the case management conference. | L210 | .40 hrs |
| 10/18/12 | MPE | Email correspondence to borrower regarding outstanding issues to be addressed at case management conference. | L110 | .30 hrs |
| 10/18/12 | JAM | Final review of GMAC'S Unopposed Motion to Continue Pre-Trial Conference prior to submission to Court | L210 | .30 hrs |
| 10/18/12 | JAM | Draft correspondence to Collier County Clerk enclosing MOtion to Continue for filing | L210 | .20 hrs |
| 10/18/12 | JAM | Prepare email service to opposing counsel | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
NOVEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/19/12 | JDV | Communications with defendant regarding renewed settlement negotiations and continuance of pre-trial conference | L160 | .60 hrs |
| 10/19/12 | JDV | Communications with client regarding local counsel and renewal of settlement discussions with defendant | L190 | .20 hrs |
| 10/19/12 | JDV | Communications with court and local counsel regarding pre-trial conference and status of unopposed motion to continue pre-trial conference | L190 | .60 hrs |
| 10/22/12 | KK | Telephone calls with judicial assistant regarding execution of order continuing pretrial conference scheduled for October 22, 2012 | L110 | .20 hrs |
| 10/22/12 | JDV | Communications with defendant regarding pre-trial conference ruling | L190 | .20 hrs |
| 10/23/12 | MPE | Research docket and review pleadings to update timeline of case events and assist with updating the litigation analysis. | L110 | .80 hrs |
| 10/23/12 | MPE | Email correspondence to C.Morgan regarding judgment figures and summary judgment draft. | L110 | .30 hrs |
| 10/24/12 | JDV | Revise litigation case summary | L190 | .20 hrs |
| 10/24/12 | KK | Research property value information of borrower in question and review status of case | L110 | .30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301027

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/25/12 | HTC | Review and revise updated initial litigation analysis budget | L120 | .20 hrs |
| 10/25/12 | MPE | Research docket to determine current judge assignment. | L110 | .20 hrs |
| 10/26/12 | JDV | Communications with defendant regarding new settlement offer | L190 | .50 hrs |
| 10/26/12 | JDV | Communications with client regarding new settlement offer | L190 | .40 hrs |
| 10/26/12 | JDV | Review Order Granting Unopposed Motion to Continue the Pretrial Conference | L210 | .10 hrs |
| 10/26/12 | JAM | Review emails regarding settlement offer/terms | L160 | .10 hrs |
| 10/29/12 | JDV | Communications with defendant regarding defendant's new counteroffer | L190 | .70 hrs |
| 10/30/12 | JAM | Receipt and review email correspondence regarding status of settlement | L190 | .10 hrs |
| 10/30/12 | HTC | Review and analyze settlement proposal from borrower | L120 | .10 hrs |
| 10/30/12 | JDV | Email correspondence with client regarding review of defendant's counteroffer | L190 | .30 hrs |
| 10/31/12 | JDV | Communications with client regarding review of defendant's counteroffer | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $10,051.20



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     7
NOVEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 8.90 hrs | 315.00 /hr | 2,803.50 |
| Jamie Mathews | 1.60 hrs | 145.00 /hr | 232.00 |
| Jose D. Vega | 21.40 hrs | 219.00 /hr | 4,686.60 |
| Melisa P. Palmer | 6.10 hrs | 149.00 /hr | 908.90 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |

TOTAL FEES                38.70 hrs                    $10,051.20

**TOTAL CHARGES FOR THIS INVOICE**

$10,051.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301027

INVOICE #  820566

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0G2012-301027
         Hopper, Patrick J. - 712180
         Loan No. 307606860
         TC # 712180

EXPENSES

    12        Court Costs - Pleadings

                                                              474.61
              TOTAL COSTS FOR THIS MATTER
                                                         $474.61


TOTAL FEES            0.00 hrs
                                                    $.00
TOTAL EXPENSES
                                               $474.61
**TOTAL CHARGES FOR THIS INVOICE**
                                               **$474.61**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301027

INVOICE #  821109

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301027
     Hopper, Patrick J. - 712180
     Loan No. 307606860
     TC # 712180

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .20 hrs |
| 11/05/12 | JDV | Communications with client regarding plaintiff's revised settlement offer | L190 | .30 hrs |
| 11/05/12 | JDV | Analysis of effect of divorce decree and divorce pleadings on settlement offer | L120 | 1.20 hrs |
| 11/05/12 | GWG | Strategy conference regarding dismissal of counterclaim | L120 | .40 hrs |
| 11/06/12 | JDV | Email correspondence with defendant regarding settlement negotiations | L160 | .30 hrs |
| 11/06/12 | MPE | Research public records and assist with resolution of case. | L110 | .50 hrs |
| 11/07/12 | MPE | Research claims from borrower regarding issues with auto loan. | L110 | .50 hrs |
| 11/09/12 | JDV | Communications with defendant regarding defendant's new counteroffer | L160 | .50 hrs |
| 11/09/12 | JDV | Communications with client regarding defendant's new counteroffer | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                PAGE    2
                                                                      NOVEMBER 30, 2012

                                                                      0G2012-301027

                                                                      FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/12/12 | JDV | Communications with client regarding alternative solutions to co-defendant's interest in subject property | L190 | .40 hrs |
| 11/12/12 | JDV | Email correspondence with client regarding evidence related to defendant's interest in the subject propertyco- | L190 | .20 hrs |
| 11/12/12 | JDV | Analysis of documents provided by co-defendant related to his interest in the subject property | L120 | .50 hrs |
| 11/12/12 | JAM | Review emails regarding settlement negotiations | L160 | .10 hrs |
| 11/13/12 | CWH | Review and analyze issues with co-defendant's interest, if any, in the property and homestead rights and email client to request contact information for title carrier | L110 | .20 hrs |
| 11/13/12 | JDV | Analysis of defendant's request for ex-wife's credit report correction and insurability of title | L120 | .80 hrs |
| 11/13/12 | MPE | Review documents from borrower regarding property and ownership history. | L110 | .30 hrs |
| 11/14/12 | CWH | Continue to work with client on title insurer issues for likely settlement and Hopper's other demands for settlement | L160 | .70 hrs |
| 11/14/12 | JDV | Communications with defendant P.Hopper regarding revised counteroffer | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301027

FED ID NO. 63-0243316

| 11/14/12 | JDV | Analysis of Accurint reports on Defendants | L120 | .60 hrs |
| 11/15/12 | JDV | Communications with client regarding analysis of defendant's request for credit report correction | L190 | .20 hrs |
| 11/16/12 | JDV | Communications with client regarding defendant's new request for credit report correction | L190 | .40 hrs |
| 11/16/12 | JDV | Draft memorandum regarding effect of dismissal of ex-wife and insurability of title | L190 | 1.20 hrs |
| 11/19/12 | JDV | Communications with defendant regarding correction of ex-wife's credit | L190 | .50 hrs |
| 11/19/12 | JDV | Draft Settlement Agreement | L160 | 1.00 hrs |
| 11/19/12 | JDV | Draft Defendant's Notice of Withdrawal of Answer | L210 | .20 hrs |
| 11/19/12 | JDV | Draft Defendant's Notice of Voluntary Dismissal of Counterclaim and Third Party Complaint | L210 | .20 hrs |
| 11/19/12 | CWH | Review and analyze Hopper's latest correspondence regarding settlement demands | L160 | .20 hrs |
| 11/20/12 | JDV | Communications with client regarding insurability of title memorandum | L190 | .20 hrs |
| 11/26/12 | JDV | Email correspondence with defendant regarding conference call to discuss credit correction issues | L190 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/27/12 | JDV | Communications with defendant regarding credit deletion and cash settlement amount | L190 | .30 hrs |
| 11/29/12 | JDV | Communications with client regarding status of title order on property | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER              $2,997.80

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.10 hrs | 330.00 /hr | 363.00 |
| Jamie Mathews | .10 hrs | 145.00 /hr | 14.50 |
| Graham W. Gerhardt | .40 hrs | 263.00 /hr | 105.20 |
| Jose D. Vega | 10.60 hrs | 219.00 /hr | 2,321.40 |
| Melisa P. Palmer | 1.30 hrs | 149.00 /hr | 193.70 |

TOTAL FEES              13.50 hrs              $2,997.80

**TOTAL CHARGES FOR THIS INVOICE**              **$2,997.80**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301027

INVOICE #  830083

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301027
     Hopper, Patrick J. - 712180
     Loan No. 307606860
     TC # 712180

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .20 hrs |
| 12/06/12 | JDV | Email correspondence with client regarding status of title order | L190 | .20 hrs |
| 12/10/12 | JDV | Email correspondence with defendant regarding upcoming hearings and status of settlement | L190 | .50 hrs |
| 12/11/12 | JDV | Communications with defendant regarding title issues related to settlement | L190 | .30 hrs |
| 12/11/12 | JDV | Communications with client regarding title issues related to settlement | L190 | .20 hrs |
| 12/13/12 | MPE | Research docket to confirm recent filings. | L110 | .20 hrs |
| 12/13/12 | MPE | Prepare initial draft of settlement proposal. | L110 | 1.60 hrs |
| 12/13/12 | JDV | Communications with client regarding approval of final settlement offer | L190 | .20 hrs |
| 12/13/12 | JDV | Communications with defendant regarding final settlement offer | L190 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/14/12 | JDV | Telephone conversation with defendant regarding acceptance of settlement offer | L160 | .30 hrs |
| 12/20/12 | JDV | Communications with current tenant of property, regarding status of litigation and interest in purchasing property | L190 | .70 hrs |
| 12/21/12 | JDV | Email correspondence with client regarding current tenant's interest in purchasing property | L190 | .20 hrs |
| 12/21/12 | JDV | Draft Notice of Dropping Party Defendant | L210 | .20 hrs |
| 12/21/12 | JDV | Revise Litigation Settlement Proposal | L190 | .60 hrs |
| 12/27/12 | CWH | Review and analyze issues with the tenant's interest in buying the property or staying there after foreclosure sale | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                      $1,166.40

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Jose D. Vega | 3.80 hrs | 219.00 /hr | 832.20 |
| Melisa P. Palmer | 1.80 hrs | 149.00 /hr | 268.20 |

TOTAL FEES                          5.80 hrs                    $1,166.40

**TOTAL CHARGES FOR THIS INVOICE**                             $1,166.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301028

INVOICE #  813720

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301028
     Alsobrook, Courtney D. (Flat) - 711093
     Loan No. 7419898473
     TC # 711093

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | phn | Review court transcript | L120 | .40 hrs |
| 09/05/12 | GGM | Review transcript of 3/14/12 status conference hearing | L520 | .20 hrs |
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |
| 09/12/12 | AHC | Review docket regarding status of record on appeal and prepare memo regarding same | L110 | .30 hrs |
| 09/13/12 | AHC | Enter taxonomy and opposing counsel information into database | L190 | .20 hrs |
| 09/13/12 | phn | Email to G.Albright regarding case status and procedural posture of appeal | L190 | .20 hrs |
| 09/27/12 | phn | Review and analyze docket entry titled ôrecord on appealö | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$387.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Greg Marshall | .20 hrs | 475.00 /hr | 95.00 |
| Alecia H. Cockrell | .50 hrs | 145.00 /hr | 72.50 |
| Preston H. Neel | 1.10 hrs | 200.00 /hr | 220.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301028

FED ID NO. 63-0243316

TOTAL FEES                    1.80 hrs                    $387.50

**TOTAL CHARGES FOR THIS INVOICE**

$387.50

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301028

INVOICE #  820568

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301028
     Alsobrook, Courtney D. (Flat) - 711093
     Loan No. 7419898473
     TC # 711093

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

TOTAL FEES            0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**               $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      NOVEMBER 30, 2012
1100 Virginia Drive                                         0G2012-301028
Fort Washington, PA 19034

                                                            INVOICE #  821110

                                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0G2012-301028
         Alsobrook, Courtney D. (Flat) - 711093
         Loan No. 7419898473
         TC # 711093

<u>PROFESSIONAL SERVICES</u>

| 11/01/12 | phn | Draft status report for client | L190 | .20 hrs |
| 11/03/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/09/12 | phn | Email exchange with G.Albright referencing status of appeal and borrowerÆs filings | L120 | .30 hrs |
| 11/12/12 | phn | Draft email to B.Jennings in reference to J.CraneÆs outstanding legal alerts/comments | L120 | .20 hrs |
| 11/12/12 | MJA | Research on status of appeal | L510 | .30 hrs |
| 11/13/12 | MAC | Call with G.Marshall concerning fifth circuit appeal | L520 | .20 hrs |
| 11/13/12 | MAC | Read certified record on appeal | L520 | 3.80 hrs |
| 11/20/12 | MAC | Read record on appeal (magistrate judgeÆs order and brief in support of amount in controversy) and cases cited therein | L520 | .50 hrs |
| 11/26/12 | MAC | Complete application for admission to the fifth circuit court of appeals | L520 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301028

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/26/12 | MAC | Read record on appeal (magistrate judgeÆs order and brief in support of amount in controversy) and cases cited therein | L520 | 2.00 hrs |

TOTAL FEES FOR THIS MATTER                   $1,565.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .30 hrs | 297.00 /hr | 89.10 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Preston H. Neel | .70 hrs | 200.00 /hr | 140.00 |
| Mary Ann Couch | 4.00 hrs | 195.00 /hr | 780.00 |
| Mary Ann Couch | 2.70 hrs | 190.00 /hr | 513.00 |

TOTAL FEES              8.00 hrs              $1,565.60

**TOTAL CHARGES FOR THIS INVOICE**              $1,565.60

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301028

INVOICE #  827537

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301028
     Alsobrook, Courtney D. (Flat) - 711093
     Loan No. 7419898473
     TC # 711093

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | phn | Draft October 2012 status update | L190 | .20 hrs |
| 10/12/12 | AHC | Final review and revision of Notice of Appearance for 5th Circuit Court of Appeal | L510 | .30 hrs |
| 10/16/12 | AHC | Retrieval and initial review of Briefing Notice from Court | L510 | .20 hrs |
| 10/17/12 | GGM | Review briefing notice issued by 5th Circuit and conference with A.Cockrell regarding receiving record on appeal and protocols for preparing appellate brief | L520 | .30 hrs |
| 10/17/12 | GGM | Review 5th Circuit checklist for preparation of briefs and record excerpts | L520 | .40 hrs |
| 10/17/12 | GGM | Review record on appeal (pages 9-110) | L520 | 2.70 hrs |
| 10/18/12 | GGM | Review record on appeal (pages 111-423) | L520 | 4.90 hrs |
| 10/19/12 | GGM | Review record on appeal (pages 1-8 and 424-458) | L520 | .90 hrs |
| 10/19/12 | GGM | Pull pertinent cases from BABC's pleadings (tabs 22 and 27) and magistrate judge's recommendation (tab 52) | L520 | .80 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301028

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/22/12 | CWH | Review and analyze borrower's claims on appeal | L210 | .20 hrs |
| 10/22/12 | GGM | Review case law cited below by defendants and court | L520 | 3.20 hrs |

TOTAL FEES FOR THIS MATTER                    $6,448.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Greg Marshall | 13.20 hrs | 475.00 /hr | 6,270.00 |
| Alecia H. Cockrell | .50 hrs | 145.00 /hr | 72.50 |
| Preston H. Neel | .20 hrs | 200.00 /hr | 40.00 |

TOTAL FEES            14.10 hrs            $6,448.50

**TOTAL CHARGES FOR THIS INVOICE**            $6,448.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301028

INVOICE #  830087

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301028
     Alsobrook, Courtney D. (Flat) - 711093
     Loan No. 7419898473
     TC # 711093

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/02/12 | GGM | Research for monthly status report | L520 | .20 hrs |
| 11/12/12 | GGM | Research regarding appellant's request for 21-day extension to file initial brief | L520 | .20 hrs |
| 11/12/12 | GGM | Draft and send e-mail to opposing counsel | L520 | .10 hrs |
| 12/03/12 | phn | Draft status report for client | L190 | .20 hrs |
| 12/10/12 | GGM | Listen to opposing counsel's voice-mail message regarding request for more time to file initial brief, leave voice-mail message for him, and later have call with him regarding matter | L510 | .20 hrs |
| 12/10/12 | GGM | E-mail correspondence to opposing counsel memoriaizing agreement to extension of time (to December 27, 2012) for appellant to file initial brief | L510 | .10 hrs |
| 12/31/12 | MAC | Draft and file notice of appearance | L510 | .40 hrs |
| 12/31/12 | MAC | Read appellant's brief | L520 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$576.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301028

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Greg Marshall | .80 hrs | 475.00 /hr | 380.00 |
| Preston H. Neel | .20 hrs | 200.00 /hr | 40.00 |
| Mary Ann Couch | .80 hrs | 195.00 /hr | 156.00 |

TOTAL FEES                    1.80 hrs                           $576.00

**TOTAL CHARGES FOR THIS INVOICE**                    $576.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301030

INVOICE #  813721

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301030
     Donaldson, Anthony and Carrie - 695185
     2402 Nature Point, Fort Myers, FL
     4002988508 / 33851
     TC # 695185

PROFESSIONAL SERVICES

| Date | | | | |
|---|---|---|---|---|
| 09/05/12 | CLHA | Analyze notice of code violation and advise client regarding same | L120 | .30 hrs |
| 09/10/12 | CLHA | Continued work on issues related to REO transfer and code violations | L120 | .70 hrs |
| 09/18/12 | CLHA | Confer with client regarding REO issues | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                 $483.00

BILLING SUMMARY

| Christopher L. Hawkins | 1.40 hrs | 345.00 /hr | 483.00 |
|---|---|---|---|
| TOTAL FEES | 1.40 hrs | | $483.00 |

TOTAL CHARGES FOR THIS INVOICE                            $483.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301030

INVOICE #  821111

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301030
     Donaldson, Anthony and Carrie - 695185
     2402 Nature Point, Fort Myers, FL
     4002988508 / 33851
     TC # 695185

<u>PROFESSIONAL SERVICES</u>

| | | | |
|---|---|---|---|
| 11/09/12 | CLHA Work through REO issues related to the property | L120 | .60 hrs |
| 11/12/12 | CLHA Work through REO issues | L120 | .80 hrs |
| 11/20/12 | CLHA Analyze remaining issues related to closure of case | L120 | .20 hrs |
| 11/21/12 | CLHA Continued work on title issues related to deed in lieu of foreclosure | L120 | .40 hrs |
| 11/28/12 | CLHA Confer with client regarding steps to satisfying title company requirements | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $828.00

<u>BILLING SUMMARY</u>

Christopher L. Hawkins      2.40 hrs    345.00 /hr      828.00

TOTAL FEES                  2.40 hrs              $828.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 30, 2012

0G2012-301030

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $828.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301030

INVOICE #  830091

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301030
     Donaldson, Anthony and Carrie - 695185
     2402 Nature Point, Fort Myers, FL
     4002988508 / 33851
     TC # 695185

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/03/12 | CLHA | Provide status update to client | L120 | .20 hrs |
| 12/04/12 | CLHA | Work on title issues | L120 | .40 hrs |
| 12/13/12 | CLHA | Work with client on issues related to mortgage release and estoppel affidavit | L120 | .30 hrs |
| 12/21/12 | CLHA | Emails with client regarding missing original mortgage | L120 | .40 hrs |
| 12/27/12 | CLHA | Work on title issues related to estoppel affidavit | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                    $621.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 1.80 hrs | 345.00 /hr | 621.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.80 hrs | $621.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $621.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301031

INVOICE #  813722

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301031
     Mahlin, Robert G. - 702685
     Loan No. 7424849032
     TC # 702685

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 09/04/12 | RK | Draft monthly status report for cliet | L120 | .10 hrs |
| 09/05/12 | GWG | Review appellate docket and correspondence with client regarding status of appeal | L120 | .20 hrs |
| 09/05/12 | RK | Draft closing memorandum | L120 | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $108.10 |

| | | |
|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 |

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .20 hrs | 263.00 /hr | 52.60 |
| Riley Key | .30 hrs | 185.00 /hr | 55.50 |

| | | |
|---|---|---|
| TOTAL FEES | 0.50 hrs | $108.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$108.10** |

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301031

INVOICE #  818629

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301031
     Mahlin, Robert G. - 702685
     Loan No. 7424849032
     TC # 702685

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/04/12 | GWG | Draft memo to client regarding bankruptcy issues | L120 | .30 hrs |
| 10/05/12 | GWG | Edit memo to client regarding bankruptcy issues | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $131.50

EXPENSES

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 58 | FED DOCKET SERV-PACER | 23.60 |

TOTAL COSTS FOR THIS MATTER              $23.60

BILLING SUMMARY

Graham W. Gerhardt          .50 hrs   263.00 /hr      131.50

TOTAL FEES              0.50 hrs          $131.50

TOTAL EXPENSES                            $23.60

### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 17, 2012

0G2012-301031

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $155.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301033

INVOICE #  813723

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301033
     Colvin, Amelia (Colvin v. HFN) - 686851
     7442291506 and 7305982795
     TC # 686851

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | JHP | Provide monthly status report to client | L120 | .10 hrs |
| 09/04/12 | JHP | Review amended order entered by court revising prior order overturning findings of fact and conclusions of law in favor of borrower | L240 | .20 hrs |
| 09/04/12 | BG | Receipt / review of Amended Order vacating final judgment | L210 | .10 hrs |
| 09/04/12 | ABB | Further research regarding Amended Order per information from opposing counsel | L110 | .20 hrs |
| 09/05/12 | BG | Correspondence between opposing counsel and the court requesting a status conference | L230 | .10 hrs |
| 09/05/12 | JHP | Review letter from counsel for borrower to Court requesting status conference to discuss case | L230 | .10 hrs |
| 09/06/12 | BG | Receipt of correspondence from the court regarding scheduling conference and our notice of bankruptcy | L230 | .10 hrs |
| 09/06/12 | JHP | Review correspondence from court noting scheduling conference cannot take place while case is stayed | L230 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301033

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/07/12 | ACRA | Analysis of state law regarding issues raised in plaintiff's motion for summary judgment | L120 | 2.00 hrs |
| 09/10/12 | BG | Compute time for responding to petition in intervention | L120 | .10 hrs |
| 09/11/12 | ACRA | Analyze and compose response to plaintiff's motion to strike intervention | L120 | 2.20 hrs |
| 09/12/12 | JHP | Substantial review of live pleading in drafting Motion to Reinstate Case to Active Docket and incorporated notice of interim final order from bankruptcy court | L210 | 1.00 hrs |
| 09/12/12 | JHP | Draft and edit Motion to Reinstate Case to Active Docket and incorporate notice of interim final order from bankruptcy court | L250 | 1.80 hrs |
| 09/12/12 | ACRA | Draft motion to strike | L210 | .70 hrs |
| 09/13/12 | CWH | Review and revise notice of bankruptcy and review and analyze operative pleading | L210 | .30 hrs |
| 09/14/12 | JHP | Correspondence to/from counsel to discuss upcoming deadline to respond to motion for summary judgment filed by borrower | L240 | .20 hrs |
| 09/17/12 | JHP | Emails to/from client contact to discuss status of case and to discuss motion for sanctions | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

| 09/17/12 | JHP | Email to counsel for borrower to discuss response to motion for summary judgment and to discuss potential motion for sanctions | L240 | .30 hrs |
| 09/17/12 | JHP | Correspondence to/from counsel to discuss general information regarding various pending motions filed by borrower and to discuss responses of respective clients to various motions | L240 | .30 hrs |
| 09/17/12 | JHP | Research into issues for response to motion for summary judgment filed by borrower | L240 | .80 hrs |
| 09/17/12 | JHP | Began revising and editing response to motion for summary judgment and response to motion to strike intervention of clients filed by borrower and began editing motion to strike affidavit | L240 | 2.60 hrs |
| 09/17/12 | BG | Correspondence with opposing counsel regarding motion for sanctions | L210 | .10 hrs |
| 09/17/12 | ABB | Retrieval of docket report regarding Cause 67142 in preparation for upcoming deadline | L110 | .20 hrs |
| 09/17/12 | ACRA | Research regarding non-judicial foreclosure sales | L120 | .80 hrs |
| 09/18/12 | JHP | Draft, revise and edit opposition to motion for summary judgment filed by borrower | L240 | 3.50 hrs |

LЛ | BRADLEY ARANT
      BOULT CUMMINGS
                              LLP.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          PAGE    4
                                                OCTOBER 30, 2012

                                                0G2012-301033

                                                FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/12 | JHP | Revise and edit motion to strike affidavit submitted in support of Borrower's Motion to Strike Intervention of RFC, Homecomings, GMAC and Deutsche Bank | L240 | 1.30 hrs |
| 09/18/12 | JHP | Revise and edit response in opposition to motion to strike intervention of RFC, Homecomings, GMAC and Deutsche Bank filed by borrower | L240 | 1.80 hrs |
| 09/18/12 | JHP | Draft and edit proposed orders on Motion for Summary Judgment, Motion to Strike Affidavit, and Motion to Strike Intervention | L240 | 1.00 hrs |
| 09/18/12 | JHP | Case law research on various issues for response to motion for summary judgment, motion to strike affidavit, and response to motion to strike intervention | L240 | 1.50 hrs |
| 09/18/12 | JHP | Correspondence to/from counsel to discuss pending motions and responses of clients | L240 | .60 hrs |
| 09/18/12 | JHP | Review response to motion for summary judgment filed by Ark-La-Tex | L240 | .50 hrs |
| 09/18/12 | ABB | Assimilation and compilation of pleadings regarding judgment in matter involving Arklatex | L110 | .50 hrs |
| 09/18/12 | ABB | Obtain certified copies of pleadings to be referenced in reply brief | L110 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                    PAGE      5
                                                                         OCTOBER 30, 2012

                                                                         0G2012-301033

                                                                         FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/12 | ABB | Assist with gathering documents and exhibits to be prepared with our response brief regarding judgment matter involving Ark-La-Tex | L110 | .60 hrs |
| 09/18/12 | ABB | Finalize Intervenors' Response to Plaintiff's Traditional Motion for Summary Judgment and Motion for Sanctions as well as Proposed Order, Affidavit, Exhibits A-E and prepare same for filing in Brazoria county and for service among all parties via e-mail and U.S mail | L110 | 1.00 hrs |
| 09/18/12 | ABB | Finalize Intervenors' Response to Plaintiff's Motion to Strike Intervention with Proposed Order and prepare same for filing in Brazoria county and for service among all parties via e-mail and U.S mail | L110 | .50 hrs |
| 09/18/12 | ABB | Finalize Intervenors' Motion to Strike affidavit with exhibit(s) and Proposed Order and prepare same for filing in Brazoria county and for service among all parties via e-mail and U.S mail | L110 | .50 hrs |
| 09/18/12 | ACRA | Research effect of amended petition on previously filed motion for summary judgment | L120 | 1.30 hrs |
| 09/18/12 | ACRA | Review Motion to Strike Affidavit | L120 | .20 hrs |
| 09/19/12 | ABB | Receipt, review and compilation of documents received via Pro Docs from Brazoria County regarding Motion to Strike Intervention and update pleadings regarding same | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301033

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/19/12 | ABB | Receipt, review and compilation of stamped documents from Brazoria County regarding our Motion for Sanctions and update pleadings regarding same | L110 | .20 hrs |
| 09/19/12 | ABB | Receipt, review and compilation of stamped documents from Brazoria County regarding affidavit and update pleadings regarding same | L110 | .20 hrs |
| 09/19/12 | ABB | Research and obtain 17 cases cited in reply brief in preparation for sending same to Judge in regard to local rules and procedures pertaining to case law | L110 | 1.80 hrs |
| 09/19/12 | JHP | Revise and edit Motion to Return Case to Active Docket regarding revised bankruptcy order | L250 | .80 hrs |
| 09/20/12 | JHP | Review cases cited in pleadings filed in response to various motions filed by borrower and prepared and reviewed submission to Court providing copies of cases per local rules | L240 | 1.70 hrs |
| 09/21/12 | JHP | Emails and phone calls to/from client contact J.Scoliard to discuss bankruptcy stay issues | L120 | .50 hrs |
| 09/21/12 | JHP | Emails and phone conference with client to discuss upcoming hearing on motion for summary judgment and to discuss motion for sanctions filed against borrower's counsel | L240 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
OCTOBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/21/12 | JHP | Draft and file notice of withdrawal of motion for sanctions | L250 | .40 hrs |
| 09/21/12 | CWH | Final review of revised notice of bankruptcy | L210 | .10 hrs |
| 09/21/12 | ABB | Finalize Notice of withdrawal of Sanctions Request and prepare same for filing with Brazoria County District Court and for service upon all parties via facsimile and federal express | L110 | .30 hrs |
| 09/21/12 | BG | Evaluate bankruptcy-related issues with filing sanctions request | L120 | .20 hrs |
| 09/24/12 | BG | Correspondence with client regarding motion to return case to the active docket | L210 | .20 hrs |
| 09/24/12 | ABB | Assimilation and compilation of borrower's discovery responses to Ark-La-Tex's discovery and update file regarding same | L110 | .20 hrs |
| 09/24/12 | ABB | Preparation of notebook in preparation for hearings pertaining to Motion for Summary Judgment, Motion to Strike and also Motion for Intervention | L110 | 2.40 hrs |
| 09/24/12 | JHP | Review reply brief of borrower in response to our opposition brief to motion for summary judgment and substantial review of cases cited by borrower in brief | L240 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
OCTOBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

| 09/24/12 | JHP | Review various state law (case law and statutes) to respond to borrower's argument | L240 | 3.50 hrs |
| 09/24/12 | JHP | Prepare for motion for summary judgment on borrower's claim by reviewing all pleadings in case and various cases and statutes | L240 | 2.50 hrs |
| 09/24/12 | JHP | Review borrower's objection to summary judgment exhibits offered by Ark-La-Tex | L240 | .20 hrs |
| 09/24/12 | JHP | Review discovery responses of borrower in response to discovery of Ark-La-Tex | L310 | .40 hrs |
| 09/24/12 | JHP | Emails to/from client contact P.Stokes to discuss motion to return borrower's matter in 412th Court to active docket following bankruptcy notice filing | L120 | .20 hrs |
| 09/25/12 | JHP | Prepare for hearing on borrower's motion for affirmative summary judgment on quiet title action | L240 | 2.90 hrs |
| 09/25/12 | JHP | Attend hearing on motion for summary judgment filed by borrower on quiet title action and argued position of client at hearing | L240 | 1.60 hrs |
| 09/25/12 | JHP | Review additional case law following hearing on motion for summary judgment in order to respond to judge's request for additional briefing | L240 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    9
OCTOBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 09/25/12 | BG | Review results of hearing on separate cases pending before Judge Seebesta and evaluate strategy for supplemental briefing | L120 | .30 hrs |
| 09/26/12 | BG | Evaluate plan for proceeding in the 239th district court cases | L120 | .20 hrs |
| 09/26/12 | ACRA | Research application statutory sections to promissory note and foreclosure action | L120 | 1.70 hrs |
| 09/26/12 | ACRA | Research for letter brief response to plaintiff's reply to our response to plaintiff's motion for summary judgment | L120 | 1.70 hrs |
| 09/26/12 | JHP | Email to client contact providing summary of hearing on motion for summary judgment and providing borrower's response brief and discussing post-hearing strategy | L240 | .50 hrs |
| 09/26/12 | JHP | General review of various case law and statutes in preparation for drafting response brief to borrower's reply in support of motion for summary judgment | L240 | 2.70 hrs |
| 09/27/12 | ACRA | Draft introduction to letter brief discussing which section applies to actions to enforce the promissory note | L210 | .80 hrs |
| 09/27/12 | ACRA | Draft section IIB and conclusion of letter brief discussing arguments | L210 | 2.20 hrs |
| 09/27/12 | ACRA | Draft section IA of letter reply brief | L210 | 1.50 hrs |
| 09/27/12 | ACRA | Draft section IC of letter reply brief | L210 | .70 hrs |

⎍⎚ BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    10
OCTOBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/27/12 | ACRA | Revise letter brief discussing applicable statute of limitations sections | L210 | .90 hrs |
| 09/27/12 | JHP | Revise and edit supplemental brief in opposition to borrower's motion for summary judgment | L240 | 1.30 hrs |
| 09/27/12 | JHP | Email to client contact P.Stokes attaching draft supplemental brief in opposition to motion for summary judgment and requesting review and authority to file | L240 | .10 hrs |
| 09/27/12 | BG | Work on supplemental brief to opposition to borrower's motion for summary judgment in the 239th judicial district | L210 | .20 hrs |
| 09/28/12 | ABB | Telephone conference with Judge Sebesta's office regarding brief due today | L110 | .20 hrs |
| 09/28/12 | ABB | Finalize correspondence to Judge Sebesta in preparation for filing final brief regarding Ark-la-tex matter | L110 | .10 hrs |
| 09/28/12 | ABB | Finalize Intervenor's Supplemental Brief in Opposition to Plaintiff's Traditional Motion for Summary Judgment and prepare same for electronic filing with the Court and for certified service upon parties | L110 | .60 hrs |
| 09/28/12 | ABB | Prepare supplemental brief and accompanying documents to be sent via federal express and via facsimile to Judge Sebesta per local rules in Brazoria County | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE   11
OCTOBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

| 09/28/12 | ABB | E-mail communications with multiple attachments to opposing counsel and update file regarding same | L110 | .20 hrs |
|---|---|---|---|---|
| 09/28/12 | ABB | Finalize Proposed Order regarding Supplemental Brief and prepare same for filing with the Court | L110 | .20 hrs |
| 09/28/12 | ACRA | Review plaintiff's letter brief | L120 | .80 hrs |
| 09/28/12 | ACRA | Revise letter brief | L210 | .60 hrs |
| 09/28/12 | JHP | Review letter brief of borrower in support of motion for summary judgment for suit on note and reviewed all cases cited by borrower in letter brief | L240 | 3.50 hrs |
| 09/28/12 | JHP | Revise and edit supplemental brief in opposition to borrower's motion for summary judgment | L240 | 2.90 hrs |
| 09/28/12 | JHP | Review response brief of Ark-La-Tex to Plaintiff's Motion for Summary Judgment | L240 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $17,663.50

EXPENSES

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 07 | Filing Fees | 7.00 |
| 20 | Airline Tickets | 641.90 |
| 21 | Travel Expense | 109.13 |
| 23 | Meal Expense | 18.63 |
| 35 | Express Mail/Fedex | 0.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    12
OCTOBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

41        Computerized Legal Research-Westlaw                                0.00

TOTAL COSTS FOR THIS MATTER                       $776.66

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Allison Burke | 11.40 hrs | 150.00 /hr | 1,710.00 |
| Jon H. Patterson | 49.30 hrs | 245.00 /hr | 12,078.50 |
| Blake Goodsell | 1.60 hrs | 190.00 /hr | 304.00 |
| Ann Craft | 18.10 hrs | 190.00 /hr | 3,439.00 |

TOTAL FEES                80.80 hrs                      $17,663.50

TOTAL EXPENSES                                          $776.66

**TOTAL CHARGES FOR THIS INVOICE**                     **$18,440.16**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301033

INVOICE #  817884

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301033
     Colvin, Amelia (Colvin v. HFN) - 686851
     7442291506 and 7305982795
     TC # 686851

EXPENSES

| | | |
|---|---|---:|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 48.30 |
| 12 | Court Costs - Pleadings | 173.00 |
| 35 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER            $221.30

TOTAL FEES            0.00 hrs                    $.00

TOTAL EXPENSES                              $221.30

**TOTAL CHARGES FOR THIS INVOICE**          **$221.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301033

INVOICE #  818630

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301033
     Colvin, Amelia (Colvin v. HFN) - 686851
     7442291506 and 7305982795
     TC # 686851

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | ABB | Assimilation and compilation of Arklatex's Response to Traditional Motion for Summary Judgment with multiple exhibits and update pleadings regarding same | L110 | .20 hrs |
| 10/02/12 | JHP | Provide monthly status update to client advising of status of case | L120 | .10 hrs |
| 10/02/12 | JHP | Review Objection and Motion to Strike ArklaTex's Supplemental Response to Borrower's Motion for Summary Judgment | L240 | .40 hrs |
| 10/02/12 | ABB | Assimilation and compilation of received stamped pleadings from the Court regarding cause 67142 | L110 | .20 hrs |
| 10/02/12 | ACRA | Review motion to strike submitted by plaintiff | L120 | .30 hrs |
| 10/02/12 | BG | Receipt and review of Plaintiff's objection to Motion to Strike ArklaTex's Supplemental Response to Plaintiff's motion for summary judgment | L120 | .10 hrs |
| 10/03/12 | ABB | Receive and review Response to Supplemental Brief filed by borrower and update file regarding same | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

| | | | | |
|---|---|---|---|---|
| 10/04/12 | JHP | Review response brief of Ark-La-Tex in response to borrower's motion to strike affidavit of Ark-La-Tex | L240 | .40 hrs |
| 10/05/12 | ABB | Track service upon Judge, opposing counsel and J.Greco regarding supplemental brief and update file regarding same | L110 | .20 hrs |
| 10/08/12 | JHP | Review response brief of borrower to Ark-La-Tex's brief on supplemental evidentiary issues | L240 | .50 hrs |
| 10/10/12 | JHP | Emails to/from client contact for MERS providing update on cases | L120 | .30 hrs |
| 10/10/12 | JHP | Review Notice filed by borrower in 412th matter notifying court of relief from stay order from bankruptcy court | L210 | .40 hrs |
| 10/10/12 | JHP | Emails and phone calls to/from client contacts P.Stokes and J.Scoliard to discuss Notice filed by borrower in 412th matter notifying court of relief from stay order from bankruptcy court | L210 | .40 hrs |
| 10/10/12 | JHP | Draft response to notice of filing by borrower to explain context of bankruptcy stay relief order from bankruptcy court | L210 | 1.20 hrs |
| 10/10/12 | ABB | Assimilation and compilation of 65 page response motion filed by plaintiff and update pleadings regarding same | L110 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/10/12 | ABB | Retrieval of court records in case 67142 to obtain information regarding status of ruling on summary judgment | L110 | .20 hrs |
| 10/10/12 | ABB | Assimilation and compilation of Notice of Filing Order and Lifting Bankruptcy Stay with multiple exhibits and update pleadings regarding same | L110 | .30 hrs |
| 10/10/12 | BG | Correspondence with counsel for MERS | L120 | .10 hrs |
| 10/10/12 | BG | Receipt / review of Motion to Lift Stay filed in the 412th District Court and evaluate | L120 | .20 hrs |
| 10/11/12 | ABB | Finalize Homecomings Financial, LLC's Response to Notice of Filing regarding Automatic Stay | L110 | .50 hrs |
| 10/11/12 | JHP | Emails to/from client contacts P.Stokes and J.Scoliard to discuss response to borrower's notice to lift stay | L120 | .20 hrs |
| 10/11/12 | BG | Correspondence with client regarding revisions to Response to Notice of Automatic Stay filed by Borrower and revise actual motion to file | L210 | .40 hrs |
| 10/12/12 | ABB | Preparation of pleading regarding Response to Automatic Stay and prepare same for sending via facsimile to Spencer Law Firm | L110 | .30 hrs |
| 10/15/12 | ABB | Analysis and review of file and recent Motion in order to determine action needed to coordinate conference with the Judge/Court | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                        $1,554.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 2.60 hrs | 150.00 /hr | 390.00 |
| Jon H. Patterson | 3.90 hrs | 245.00 /hr | 955.50 |
| Blake Goodsell | .80 hrs | 190.00 /hr | 152.00 |
| Ann Craft | .30 hrs | 190.00 /hr | 57.00 |

TOTAL FEES                    7.60 hrs                    $1,554.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,554.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301033

INVOICE #  820570

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301033
     Colvin, Amelia (Colvin v. HFN) - 686851
     7442291506 and 7305982795
     TC # 686851
  01        Copy Charges                                              0.00


TOTAL FEES              0.00 hrs                        $.00

**TOTAL CHARGES FOR THIS INVOICE**                     $.00


***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301033

INVOICE #  821112

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301033
     Colvin, Amelia (Colvin v. HFN) - 686851
     7442291506 and 7305982795
     TC # 686851

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/13/12 | ABB | Retrieval of case involving Arklatex in order to determine status regarding ruling on motion for summary judgment | L110 | .20 hrs |
| 11/13/12 | ABB | Obtain certified Order and Court Correspondence entered on 10/31/12 regarding summary judgment per information obtained via docket report | L110 | .30 hrs |
| 11/13/12 | JHP | Reviewed docket from 239th Court in Ark-La-Tex case and reviewed Order from 239th denying Plaintiff's motion for summary judgment | L240 | .30 hrs |
| 11/13/12 | JHP | Emails to/from counsel for Ark-La-Tex to discuss summary judgment order from court | L240 | .10 hrs |
| 11/13/12 | JHP | Emails to/from client contact P.Stokes attaching Order on Motion for Summary Judgment and discussing general status and strategy | L240 | .30 hrs |
| 11/13/12 | BG | Review of order denying plaintiff's motion for summary judgment | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

| 11/13/12 | BG | Draft Motion to Transfer case from the 239th district court to the 412th district court | L210 | 3.00 hrs |
|---|---|---|---|---|
| 11/13/12 | BG | Correspondence with client regarding proposed consolidation, settlement, and plan of action | L160 | .10 hrs |
| 11/14/12 | BG | Revise Motion to Consolidate in Cause number 67142 | L210 | .40 hrs |
| 11/15/12 | JHP | Drafted budget to client | L120 | 1.40 hrs |
| 11/15/12 | BG | Revise Motion to Consolidate case number 67142 | L210 | 1.10 hrs |
| 11/15/12 | BG | Work on proposed budget | L150 | .10 hrs |
| 11/16/12 | JHP | Revised and edited litigation budget and sent to client for review | L120 | .50 hrs |
| 11/19/12 | JHP | Revised and edited motion to consolidate cases | L250 | .60 hrs |
| 11/26/12 | JHP | Emails to/from client contact P.Stokes to discuss inspection of property | L160 | .20 hrs |
| 11/26/12 | BG | Revise Intervenors' Motion to Consolidate/Motion to Abate | L210 | .20 hrs |
| 11/26/12 | BG | Contact Plaintiff regarding filing joint status report with the court | L210 | .20 hrs |
| 11/26/12 | BG | Revise Intervenors' Motion to Consolidate/Motion to Abate | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
NOVEMBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/26/12 | BG | Draft Motion to Consolidate/Motion to Abate in the second action pending in the 239th District Court | L210 | 1.20 hrs |
| 11/26/12 | BG | Evaluate need to file Motion to Enjoin actions | L210 | .20 hrs |
| 11/27/12 | BG | Correspondence with opposing counsel regarding property inspection to determine property value in advance of further settlement discussions | L160 | .10 hrs |
| 11/27/12 | JHP | Email to counsel for borrower to discuss client's desire for inspection of property and to schedule inspection | L160 | .10 hrs |
| 11/28/12 | JHP | Emails to/from counsel for borrower to discuss client's desire for interior inspection of property and whether client needs to request inspection through Court | L190 | .20 hrs |
| 11/28/12 | BG | Correspondence with opposing counsel regarding consent to property inspection | L120 | .10 hrs |
| 11/29/12 | JHP | Continued to revise and edit motion to consolidate cases before the 412th court | L250 | .70 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $2,532.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301033

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .50 hrs | 150.00 /hr | 75.00 |
| Jon H. Patterson | 4.60 hrs | 245.00 /hr | 1,127.00 |
| Blake Goodsell | 7.00 hrs | 190.00 /hr | 1,330.00 |

TOTAL FEES                12.10 hrs                        $2,532.00

**TOTAL CHARGES FOR THIS INVOICE**                      $2,532.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301033

INVOICE #  830093

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301033
     Colvin, Amelia (Colvin v. HFN) - 686851
     7442291506 and 7305982795
     TC # 686851

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/30/12 | ABB | Retrieval of docket report in pending litigation 46, 528 in Brazoria County 412th judicial district regarding Motion to Consolidate | L110 | .20 hrs |
| 12/03/12 | BG | Revise Motion to consolidate/abate for filing in cause number 67142 | L210 | .20 hrs |
| 12/03/12 | BG | Revise Motion to consolidate/abate for filing in cause number 65018 | L210 | .20 hrs |
| 12/03/12 | BG | Evaluate strategy/timing of Motions to consolidate relative to returning original action in the 412th to the active docket | L120 | .30 hrs |
| 12/04/12 | BG | Correspondence from opposing counsel regarding status conference and insurance coverage | L120 | .10 hrs |
| 12/04/12 | JHP | Emails to/from counsel for borrower to discuss status conference with Judge Denman and to discuss issues of E&O Coverage of various client employees involved in case | L190 | .20 hrs |
| 12/04/12 | JHP | Emails to/from client contact P.Stokes to discuss case strategy | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301033

FED ID NO. 63-0243316

| 12/05/12 | BG | Correspondence with client regarding case strategy | L330 | .20 hrs |
|---|---|---|---|---|
| 12/05/12 | JHP | Emails to/from client contact P.Stokes to discuss case strategy | L120 | .30 hrs |
| 12/20/12 | JHP | Emails to/from client contact P.Stokes to discuss case strategy | L120 | .20 hrs |
| 12/20/12 | JHP | Email to counsel for borrower to advise client to stop contacting Deutsche Bank given active litigation | L190 | .10 hrs |
| 12/20/12 | BG | Correspondence with client regarding case strategy | L120 | .20 hrs |
| 12/21/12 | BG | Correspondence with opposing counsel regarding plaintiffÆs contact with Deutsche Bank | L120 | .10 hrs |
| 12/21/12 | JHP | Emails and phone calls to/from Deutsche Bank representative and to/from GMAC client contact P.Stokes to discuss strategy | L120 | .50 hrs |
| 12/24/12 | JHP | Emails from Deutsche Bank regarding case strategy | L120 | .20 hrs |
| 12/27/12 | JHP | Email to counsel for borrower again requesting that his client not contact Deutsche Bank regarding litigated issues | L190 | .10 hrs |
| 12/28/12 | JHP | Emails to/from client contact at Deutsche Bank and GMAC to discuss case strategy | L120 | .20 hrs |
| 12/28/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301033

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                                $767.00

BILLING SUMMARY

Allison Burke              .20 hrs    150.00 /hr          30.00
Jon H. Patterson          2.00 hrs    245.00 /hr         490.00
Blake Goodsell            1.30 hrs    190.00 /hr         247.00

TOTAL FEES                3.50 hrs                       $767.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$767.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301035

INVOICE # 813724

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301035
     Farkas, Janos
     Loan Nos. 7441496825 and 7441560349; Matter No. 716367
     TC # 716367

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 09/04/12 | phn | Review Courtæs Order staying Plaintiffæs deceptive trade practices act claims and Texas civil practices and remedies code claims based on the bankruptcy courtæs order | L120 | .30 hrs |
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |
| 09/06/12 | MST | Receive stamped copies from court regarding Notice of Bankruptcy and Assimilation and Compilation of same and update pleadings | L210 | .20 hrs |
| 09/07/12 | phn | Review and analyze Plaintiff's reply brief to Plaintiff's partial motion for summary judgment | L210 | .50 hrs |
| 09/10/12 | phn | Analysis of plaintiffæs additional discovery requests | L120 | .50 hrs |
| 09/12/12 | phn | Draft letter to plaintiff regarding his supplemental discovery request | L390 | .30 hrs |
| 09/13/12 | phn | Review and analysis of voicemail from Plaintiff regarding his discovery requests | L120 | .20 hrs |
| 09/20/12 | phn | Review and analyze motion to compel | L210 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301035

FED ID NO. 63-0243316

| 09/21/12 | GWG | Work on response to plaintiff's motion to compel | L350 | .70 hrs |
|---|---|---|---|---|
| 09/21/12 | phn | Review and analyze Plaintiff's motion to compel | L120 | .50 hrs |
| 09/21/12 | MST | Analysis of Motion to Compel filed by plaintiff and update file regarding same | L210 | .30 hrs |
| 09/24/12 | phn | Analyzing Plaintiff's motion to compel claims with Defendant's discovery responses | L120 | .70 hrs |
| 09/25/12 | phn | Review Court's notice resetting scheduling conference and phone call from Court to discuss available dates | L230 | .30 hrs |
| 09/26/12 | phn | Analyzing and drafting motion to compel | L210 | 2.80 hrs |
| 09/26/12 | phn | Review and analyze court's opinion and order | L120 | .50 hrs |
| 09/26/12 | GWG | Review summary judgment opinion | L240 | .30 hrs |
| 09/28/12 | phn | Review Plaintiff's notice of appeal to 5th Circuit | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,998.00

BILLING SUMMARY

| Melanie Thompson | .50 hrs | 150.00 /hr | 75.00 |
| Graham W. Gerhardt | 1.00 hrs | 263.00 /hr | 263.00 |
| Preston H. Neel | 7.90 hrs | 200.00 /hr | 1,580.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301035

FED ID NO. 63-0243316

TOTAL FEES                 9.40 hrs              $1,998.00

**TOTAL CHARGES FOR THIS INVOICE**

$1,998.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301035

INVOICE #  818631

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301035
     Farkas, Janos
     Loan Nos. 7441496825 and 7441560349; Matter No. 716367
     TC # 716367

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | phn | Draft October 2012 status update | L120 | .20 hrs |
| 10/04/12 | phn | Draft and prepare a response to GMAC's bankruptcy request | B110 | 1.40 hrs |
| 10/05/12 | phn | Draft email to case manager regarding case information on motions filed pre-bankruptcy and orders entered post bankruptcy | L120 | 1.10 hrs |
| 10/10/12 | JA | Review file for appeal | L120 | .50 hrs |
| 10/10/12 | AHC | Final review and revision of Notice of Appearance | L510 | .30 hrs |
| 10/11/12 | GWG | Review Fifth Circuit docketing information and transcript request | L510 | .10 hrs |
| 10/12/12 | phn | Review appeal file by plaintiff related to filing fee | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $802.30

## EXPENSES

| | | |
|---|---|---|
| 58 | FED DOCKET SERV-PACER | 77.60 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301035

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER                                    $77.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jeff Anderson | .50 hrs | 305.00 /hr | 152.50 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Graham W. Gerhardt | .10 hrs | 263.00 /hr | 26.30 |
| Preston H. Neel | 2.90 hrs | 200.00 /hr | 580.00 |

TOTAL FEES                    3.80 hrs                    $802.30

TOTAL EXPENSES                                           $77.60

**TOTAL CHARGES FOR THIS INVOICE**                       **$879.90**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301035

INVOICE #  820572

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301035
     Farkas, Janos
     Loan Nos. 7441496825 and 7441560349; Matter No. 716367
     TC # 716367

EXPENSES

07       Filing Fees                                          5.00

         TOTAL COSTS FOR THIS MATTER              $5.00

TOTAL FEES                 0.00 hrs                  $.00

TOTAL EXPENSES                                     $5.00

**TOTAL CHARGES FOR THIS INVOICE**                $5.00

***** TOTAL DUE UPON RECEIPT *****

⊔┐ BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301035

INVOICE #  821113

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301035
     Farkas, Janos
     Loan Nos. 7441496825 and 7441560349; Matter No. 716367
     TC # 716367

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | phn | Revise monthly status report for client | L190 | .20 hrs |
| 11/03/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/09/12 | phn | Review Court pleading referencing certified record on appeal | L120 | .20 hrs |
| 11/27/12 | AHC | Initial review of 1600 pages of record on appeal including bookmarking pdf version of pleadings | L510 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER                         $457.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alecia H. Cockrell | 2.60 hrs | 145.00 /hr | 377.00 |
| Preston H. Neel | .40 hrs | 200.00 /hr | 80.00 |

TOTAL FEES              3.00 hrs           $457.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
NOVEMBER 30, 2012

0G2012-301035

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    $457.00

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301035

INVOICE #  830096

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301035
Farkas, Janos
Loan Nos. 7441496825 and 7441560349; Matter No. 716367
TC # 716367

PROFESSIONAL SERVICES

12/03/12  phn  Draft status report for client          L190     .20 hrs

TOTAL FEES FOR THIS MATTER                                        $40.00

BILLING SUMMARY

Preston H. Neel              .20 hrs   200.00 /hr        40.00

TOTAL FEES                   0.20 hrs                   $40.00

**TOTAL CHARGES FOR THIS INVOICE**                       $40.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012      .
0G2012-301036

INVOICE #  813725

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301036
     Miesmer, Dean Thomas and Saraley Inez - 687152
     0436515977
     TC # 687152

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .20 hrs |
| 09/05/12 | JDV | Telephone conversation with L.Drysdale, defendant's attorney, regarding loss mitigation options | L160 | .40 hrs |
| 09/06/12 | JDV | Telephone conversation and email correspondence with G.Albright regarding defendant's settlement offer and litigation strategy | L190 | .50 hrs |
| 09/06/12 | JDV | Review Notice of Substitution of Counsel Within the Same Firm and Designation of Email Address | L250 | .10 hrs |
| 09/07/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding loan workout package | L160 | .20 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/14/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding cancellation of status conference hearing | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                         $415.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301036

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | 1.70 hrs | 219.00 /hr | 372.30 |

TOTAL FEES            2.00 hrs                    $415.80

**TOTAL CHARGES FOR THIS INVOICE**              $415.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301036

INVOICE #  817885

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301036
     Miesmer, Dean Thomas and Saraley Inez - 687152
     0436515977
     TC # 687152

EXPENSES

| | | |
|---|---|---:|
| 20 | Airline Tickets | |
| 21 | Travel Expense | 547.40 |
| 23 | Meal Expense | 303.14 |
| 35 | Express Mail/Fedex | 76.58 |
| | | 0.00 |

TOTAL COSTS FOR THIS MATTER                     $927.12

TOTAL FEES           0.00 hrs                    $.00

TOTAL EXPENSES                                  $927.12

**TOTAL CHARGES FOR THIS INVOICE**              **$927.12**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301036

INVOICE #  818632

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301036
     Miesmer, Dean Thomas and Saraley Inez - 687152
     0436515977
     TC # 687152

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/01/12 | JDV | Review and analysis of client documents, pleadings, and motions in preparation for hearing on motion to dismiss defendant's counterclaims | L450 | 2.70 hrs |
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/01/12 | JAM | Conference with counsel regarding hearing preparation and notebook | L230 | .40 hrs |
| 10/02/12 | JAM | Review email correspondence regarding hearing on Motion to Dismiss and strategy | L210 | .30 hrs |
| 10/02/12 | JDV | Attend hearing on motion to dismiss defendant's counterclaims | L450 | 1.50 hrs |
| 10/02/12 | JDV | Prepare for hearing on motion to dismiss defendant's counterclaims | L450 | 1.00 hrs |
| 10/03/12 | JDV | Email correspondence with client regarding hearing on motion to dismiss counterclaims | L190 | .20 hrs |
| 10/03/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding completion of loan workout package | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301036

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/04/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding submitted loan workout package | L190 | .40 hrs |
| 10/04/12 | JDV | Email correspondence with client regarding review of completed loan workout package | L190 | .20 hrs |
| 10/05/12 | CWH | Review and analyze status of borrower's account and exchange e-mails with client regarding loan modification efforts | L160 | .20 hrs |
| 10/08/12 | JDV | Email correspondence with client regarding property and account information | L190 | .20 hrs |
| 10/08/12 | MPE | Assist with production of documents from L.Drysdale. | L110 | .20 hrs |
| 10/10/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 10/10/12 | JDV | Analysis of defendant's loan workout package | L120 | .20 hrs |
| 10/11/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding incomplete loan workout package | L190 | .30 hrs |
| 10/11/12 | JDV | Email correspondence with client regarding defendant's incomplete loan workout package | L190 | .20 hrs |
| 10/22/12 | JDV | Draft Notice of Bankruptcy | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                              PAGE    3
                                                                   NOVEMBER 17, 2012

                                                                   0G2012-301036

                                                                   FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/22/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding re-submission of loan workout package | L190 | .20 hrs |
| 10/31/12 | JDV | Follow up email correspondence with L.Drysdale, defendant's attorney, regarding completion of loan workout package | L190 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                     $2,014.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Jamie Mathews | 1.00 hrs | 145.00 /hr | 145.00 |
| Jose D. Vega | 8.10 hrs | 219.00 /hr | 1,773.90 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |

TOTAL FEES              9.50 hrs                      $2,014.70

**TOTAL CHARGES FOR THIS INVOICE**                   $2,014.70

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301036

INVOICE #  821114

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301036
     Miesmer, Dean Thomas and Saraley Inez - 687152
     0436515977
     TC # 687152

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
| 11/09/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding submission of loan workout package | L190 | .60 hrs |
| 11/12/12 | JAM | Pull online docket and review for recent case activity and review for recent court filings | L190 | .30 hrs |
| 11/15/12 | JDV | Analysis of defendant's resubmitted loan workout package | L120 | .20 hrs |
| 11/15/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding review of resubmitted loan workout package | L190 | .50 hrs |
| 11/15/12 | JDV | Email correspondence with client regarding review of resubmitted loan workout package | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$393.90

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301036

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | 1.60 hrs | 219.00 /hr | 350.40 |

TOTAL FEES        1.90 hrs                    $393.90

**TOTAL CHARGES FOR THIS INVOICE**              $393.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301036

INVOICE #  830097

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301036
     Miesmer, Dean Thomas and Saraley Inez - 687152
     0436515977
     TC # 687152

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .10 hrs |
| 12/03/12 | JDV | Email correspondence with client regarding supplemental information needed to complete review of defendant's loan workout package | L190 | .20 hrs |
| 12/04/12 | JDV | Email correspondence with L.Drysdale, defendant's attorney, regarding supplemental information needed to complete review of loan modification application | L190 | .20 hrs |
| 12/04/12 | JAM | Review emails regarding loss mitigation documents | L110 | .10 hrs |
| 12/13/12 | JDV | Follow-up email correspondence with L.Drysdale, defendant's attorney, regarding supplemental information needed to complete review of loan modification application | L190 | .20 hrs |
| 12/26/12 | JDV | Analysis of Order Granting Motion to Dismiss Counterclaims | L210 | .10 hrs |
| 12/26/12 | JDV | Email correspondence with client regarding Order Granting Motion to Dismiss Counterclaims | L210 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301036

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                                      $233.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .10 hrs | 145.00 /hr | 14.50 |
| Jose D. Vega | 1.00 hrs | 219.00 /hr | 219.00 |

| | | |
|---|---|---|
| TOTAL FEES | 1.10 hrs | $233.50 |

**TOTAL CHARGES FOR THIS INVOICE**                        **$233.50**

***** TOTAL DUE UPON RECEIPT *****