

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301037

INVOICE #  813726

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301037
Defreze, Steven M. - 713376
Loan No. 7471919365
TC # 713376

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .10 hrs |
| 09/10/12 | JDV | Review Notice of Designation of Primary and Secondary Email Addresses | L250 | .10 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/21/12 | JAM | Telephone call with J.McSweeney regarding Notice of Hearing | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$116.30

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jamie Mathews | .50 hrs | 145.00 /hr | 72.50 |
| Jose D. Vega | .20 hrs | 219.00 /hr | 43.80 |

TOTAL FEES                    0.70 hrs                                   $116.30

**TOTAL CHARGES FOR THIS INVOICE**                                      $116.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301037

INVOICE #  818633

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301037
     Defreze, Steven M. - 713376
     Loan No. 7471919365
     TC # 713376

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/03/12 | HTC | Review and analyze case status and next steps | L120 | .10 hrs |
| 10/03/12 | JAM | Review calendaring issue with FSCalendar Clerk | L190 | .20 hrs |
| 10/08/12 | JAM | Review emails with client regarding October 25th hearing on Motion for Summary Judgment | L230 | .20 hrs |
| 10/09/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 10/23/12 | JDV | Analysis of federal law regarding claims | L120 | 2.40 hrs |
| 10/23/12 | JDV | Analysis of Defendant's Memorandum in Opposition of Motion for Summary Judgment, affidavit and 122 page exhibits | L120 | 1.60 hrs |
| 10/23/12 | JMH | Evaluate defenses to borrower's efforts to rescind | L120 | .30 hrs |
| 10/23/12 | AHC | Review and analysis of documents related to lawsuit and preparation of hearing binder | L190 | 1.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301037

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/24/12 | AHC | Multiple conferences with foreclosure counsel regarding hearing and original note and mortgage | L110 | .70 hrs |
| 10/24/12 | HTC | Consider arguments on motion for summary judgment hearing | L240 | .30 hrs |
| 10/24/12 | JDV | Analysis of all pleadings, motions, client documents, and federal and state law in preparation of hearing on motions for summary judgment | L120 | 3.40 hrs |
| 10/25/12 | JDV | Attend hearing on motion for summary judgment | L450 | 1.30 hrs |
| 10/25/12 | JDV | Prepare for hearing on motions for summary judgment | L450 | 1.00 hrs |
| 10/25/12 | JDV | Meeting with M.McCarthy, defendant's attorney, regarding hearing and foreclosure sale | L450 | .30 hrs |
| 10/25/12 | JDV | Receive and coordinate handling of original loan documents with local counsel | L190 | .40 hrs |
| 10/26/12 | JDV | Email correspondence with client regarding entry of Final Judgment of Foreclosure | L190 | .20 hrs |
| 10/26/12 | JAM | Review emails regarding exhibits to Motion for Summary Judgment | L240 | .20 hrs |
| 10/29/12 | JAM | Review file and draft closing file memorandum | L190 | .30 hrs |
| 10/30/12 | JDV | Review closing memo | L190 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                           PAGE    3
                                                                NOVEMBER 17, 2012

                                                                0G2012-301037

                                                                FED ID NO. 63-0243316

                    TOTAL FEES FOR THIS MATTER                        $3,114.50

        01        Copy Charges
        41        Computerized Legal Research-Westlaw                          0.00
                                                                              0.00

    BILLING SUMMARY

        Hope Cannon                    .40 hrs    315.00 /hr        126.00
        Alecia H. Cockrell            2.60 hrs    145.00 /hr        377.00
        Jamie Mathews                 1.20 hrs    145.00 /hr        174.00
        Jonathan Hooks                 .30 hrs    241.00 /hr         72.30
        Jose D. Vega                 10.80 hrs    219.00 /hr      2,365.20


    TOTAL FEES                       15.30 hrs                    $3,114.50

    **TOTAL CHARGES FOR THIS INVOICE**                           $3,114.50

                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 30, 2012
1100 Virginia Drive                                            0G2012-301037
Fort Washington, PA 19034

                                                               INVOICE #  820573

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0G2012-301037
         Defreze, Steven M. - 713376
         Loan No. 7471919365
         TC # 713376

    EXPENSES

        20        Airline Tickets
        21        Travel Expense                                      356.70
        23        Meal Expense                                        379.54
                                                                       26.92

             TOTAL COSTS FOR THIS MATTER
                                                                   $763.16


    TOTAL FEES               0.00 hrs
                                                                    $.00
    TOTAL EXPENSES
                                                                  $763.16
    **TOTAL CHARGES FOR THIS INVOICE**
                                                                 **$763.16**

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301037

INVOICE #  821115

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301037
      Defreze, Steven M. - 713376
      Loan No. 7471919365
      TC # 713376

## PROFESSIONAL SERVICES

| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                     $21.90

## BILLING SUMMARY

| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | $21.90 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                            **$21.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301038

INVOICE #  813727

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301038
     Lafitte, Robert M. - 703187
     Loan No. 7438678286
     TC # 703187

PROFESSIONAL SERVICES

09/04/12   MCG   Prepare case status update                   C300      .20 hrs

              TOTAL FEES FOR THIS MATTER                                 $64.60

BILLING SUMMARY

   Michael C. Griffin          .20 hrs   323.00 /hr         64.60

TOTAL FEES                     0.20 hrs                   $64.60

**TOTAL CHARGES FOR THIS INVOICE**                         $64.60

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301038

INVOICE #  818634

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301038
     Lafitte, Robert M. - 703187
     Loan No. 7438678286
     TC # 703187

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/12 | MCG | Review pleadings and prepare case status update | C300 | .20 hrs |
| 10/11/12 | YEN | Draft Notice of Hearing on Motion to Dismiss Defendant's Counterclaim | L210 | .50 hrs |
| 10/11/12 | YEN | Correspondence to Richland County Court Clerk transmitting Notice of Hearing on Plaintiff's Motion to Dismiss Defendant's Claim for filing | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $103.60

01        Copy Charges
                                                              0.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Michael C. Griffin | .20 hrs | 323.00 /hr | 64.60 |
| Yvonne Nicholson | .60 hrs | 65.00 /hr | 39.00 |

TOTAL FEES                    0.80 hrs
                                                           $103.60

**TOTAL CHARGES FOR THIS INVOICE**
                                                      **$103.60**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301038

INVOICE #  821116

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301038
     Lafitte, Robert M. - 703187
     Loan No. 7438678286
     TC # 703187

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | MCG | Draft status report for client | C300 | .10 hrs |
| 11/20/12 | LADA | Telephone conference with Clerk regarding setting hearing | L240B | .30 hrs |
| 11/20/12 | MCG | Correspondence with J.Ho regarding rescheduled hearing on motion to dismiss | C300 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                        $84.10

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Michael C. Griffin | .20 hrs | 323.00 /hr | 64.60 |
| Lucinda Kish | .30 hrs | 65.00 /hr | 19.50 |

TOTAL FEES              0.50 hrs                    $84.10

**TOTAL CHARGES FOR THIS INVOICE**                  $84.10

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301039

INVOICE #  813728

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301039
     Wane, Amadou (US Bank v. Wane) - 702516
     Loan No. 0359442126
     TC # 702516

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | AHC | Telephone conference and follow-up correspondence to Hillsborough County appeal clerk regarding supplement to record on appeal | L510 | .40 hrs |
| 09/04/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 09/05/12 | AHC | Final review and revision of Designation of Email Addresses and correspondence to borrower regarding same | L510 | .20 hrs |
| 09/05/12 | AHC | Receipt and review of correspondence from borrower with attachments | L510 | .20 hrs |
| 09/06/12 | AHC | Review trial and appellate dockets for 2 appeal cases and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .50 hrs |
| 09/06/12 | NSR | Review and analyze deficiencies in discovery responses that are subject of competing motions to compel | L350 | .80 hrs |
| 09/12/12 | RBB | Review and analysis of correspondence from borrower regarding attached pleadings for case status update | L140 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 30, 2012

0G2012-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/12 | NSR | Review and analyze borrower's motion for release of funds to pay homeowner association dues | L250 | .30 hrs |
| 09/18/12 | RBB | Review and analysis of letter to Judge M.Sisco regarding enclosed (proposed) order granting motion to release funds to pay HOA dues and the (proposed) order granting motion to release funds to pay HOA dues for case status update | L140 | .20 hrs |
| 09/18/12 | RBB | Review and analysis of N.Voelker's response to motion for release of funds to pay HOA dues and proposed order granting the motion for case status update | L140 | .10 hrs |
| 09/19/12 | RBB | Review of Defendant's Answer Affirmative Defenses and Counterclaims (Case 09-CA-002384) | L140 | .20 hrs |
| 09/19/12 | RBB | Prepare correspondence to GMAC Representative to request fact package (Case 09-CA-002384) | L140 | .10 hrs |
| 09/19/12 | RBB | Prepare correspondence to foreclosure counsel to request copy of case file (pleadings and other documents) (Case 09-CA-002384) | L140 | .10 hrs |
| 09/19/12 | RBB | Review docket for motion for rent (Case 09-CA-002384) | L140 | .10 hrs |
| 09/19/12 | RBB | Review case status with attorney | L140 | .10 hrs |
| 09/19/12 | RBB | Draft designation of e-mail address for attorney review | L140 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301039

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/20/12 | RBB | Review of foreclosure case file received from foreclosure counsel in separate documents for uploading to extranet | L140 | 1.20 hrs |
| 09/20/12 | RBB | Conference with foreclosure counsel regarding request for foreclosure case file | L140 | .10 hrs |
| 09/20/12 | RBB | Prepare Notice of appearance for attorney review | L140 | .20 hrs |
| 09/20/12 | RBB | Research Hillsboro county (Florida) official records page for copy of mortgage with riders attached | L140 | .50 hrs |
| 09/20/12 | RBB | Initial review of foreclosure case file received from foreclosure counsel | L140 | 1.00 hrs |
| 09/20/12 | RBB | Prepare Motion for Rent for attorney review | L140 | .50 hrs |
| 09/20/12 | NSR | Review and analyze status of foreclosure action, including pleadings and discovery | L120 | 2.20 hrs |
| 09/20/12 | MPE | Research status of original case to compare to newest borrower case received. | L110 | .70 hrs |
| 09/20/12 | RBB | Review update received for primary case for case status update | L140 | .20 hrs |
| 09/21/12 | AC | Research Florida law for support for argument in appellate brief | L520 | 2.20 hrs |
| 09/21/12 | MAC | Research on briefing strategy | L520 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
OCTOBER 30, 2012

0G2012-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/21/12 | RBB | Review and analysis of case file from foreclosure counsel in order to begin preparing ILAB and chronology for Case No 0902384 | L140 | 1.10 hrs |
| 09/21/12 | RBB | Begin draft of ILAB and chronology for Case No 0902384 | L140 | .50 hrs |
| 09/23/12 | NSR | Review and analyze Florida law regarding impounded rents and property expenses | L120 | .30 hrs |
| 09/23/12 | AC | Research Florida law for appellate briefing | L520 | .40 hrs |
| 09/24/12 | AC | Continue drafting appellate brief | L520 | 1.40 hrs |
| 09/24/12 | CWH | Review and analyze issues with borrower's request that rental payments deposited with the court be used to pay HOA dues | L110 | .20 hrs |
| 09/24/12 | NSR | Draft e-mail to tenant in subject property regarding court order to pay homeowner association dues from proceeds of October rent | L250 | .10 hrs |
| 09/24/12 | NSR | Draft e-mail to client regarding borrower's motion to pay homeowner association dues from proceeds of October rent | L250 | .10 hrs |
| 09/30/12 | AC | Continue drafting Answer Brief for appeal | L520 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER

$3,536.80

01      Copy Charges

0.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              PAGE    5
                                                                   OCTOBER 30, 2012

                                                                   0G2012-301039

                                                                   FED ID NO. 63-0243316

       35        Express Mail/Fedex                                                   0.00

   BILLING SUMMARY

       Christian W. Hancock          .20 hrs      330.00 /hr            66.00
       Alecia H. Cockrell           1.70 hrs      145.00 /hr           246.50
       Robert B. Benson             6.50 hrs      149.00 /hr           968.50
       Aaron Chastain               5.10 hrs      193.00 /hr           984.30
       Nader Raja                   3.80 hrs      280.00 /hr         1,064.00
       Mary Ann Couch                .30 hrs      195.00 /hr            58.50
       Melisa P. Palmer              .70 hrs      149.00 /hr           104.30


   TOTAL FEES                       18.30 hrs                      $3,536.80

   **TOTAL CHARGES FOR THIS INVOICE**
                                                                  $3,536.80

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301039

INVOICE #  818635

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301039
     Wane, Amadou (US Bank v. Wane) - 702516
     Loan No. 0359442126
     TC # 702516

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/01/12 | AHC | Review docket for 2 appellate matters and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .50 hrs |
| 10/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 10/02/12 | AC | Draft Appellee Brief and send to M.Ayers for review | L520 | 5.20 hrs |
| 10/04/12 | MJA | Revise appellee brief | L520 | .50 hrs |
| 10/05/12 | AHC | Final review and revision of Brief of Appellee and correspondence to appellant regarding same | L520 | .50 hrs |
| 10/10/12 | NSR | Review and analyze motion to substitute party | L120 | .20 hrs |
| 10/10/12 | NSR | Draft e-mail to P.Stokes regarding case strategy, recent filings, and impact of bankruptcy stay | L120 | .20 hrs |
| 10/10/12 | MCG | Review pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .40 hrs |
| 10/10/12 | MCG | Review and revise motion for deposit of rents into court | L210 | .30 hrs |

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/10/12 | MCG | Review and revise initial litigation analysis memorandum | L120 | 1.10 hrs |
| 10/10/12 | RBB | Review and analysis of Plaintiff's second motion to compel discovery as well as NOA filed by BABC in order to schedule motions hearing | L140 | .30 hrs |
| 10/10/12 | RBB | Review and analysis of rules governing scheduling motions hearings in Hillsborough county (FL) in order to schedule motions hearing | L140 | .20 hrs |
| 10/10/12 | RBB | Review of available dates/times for motions hearings on the Hillsborough county (FL) clerk of courts website with availability of attorneys who can appear for the hearing | L140 | .30 hrs |
| 10/11/12 | RBB | Review motions hearing calendar for 13th judicial circuit (Florida) for available hearing dates and checked available hearing dates against M.Wilson's current calendar | L140 | .20 hrs |
| 10/12/12 | RBB | Review motions hearing calendar for 13th judicial circuit (Florida) for available hearing dates and checked available hearing dates against M.Wilson's current calendar | L140 | .20 hrs |
| 10/21/12 | NSR | Draft notice of bankruptcy regarding third party claims against GMAC Mortgage, LLC | L250 | .30 hrs |
| 10/22/12 | CWH | Review and approve bankruptcy notice in the appellate case | L210 | .10 hrs |



B R A D L E Y  A R A N T
B O U L T  C U M M I N G S
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 17, 2012

OG2012-301039

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/22/12 | AC | Draft notice of bankruptcy and file with district court of appeal | L510 | 1.00 hrs |
| 10/22/12 | AC | Review need for notice of bankruptcy in trial and appellate courts | L120 | .20 hrs |
| 10/22/12 | AHC | Final review and revision of Notice of Bankruptcy for appeal case 1672 and correspondence to pro se appellant regarding same | L510 | .40 hrs |
| 10/23/12 | RBB | Review and analysis of rules for e-filing/e-service in Hillsborough county (Florida) | L140 | .20 hrs |
| 10/23/12 | RBB | Assist attorney in finalizing Notice of bankruptcy and supplemental servicing order | L140 | .20 hrs |
| 10/23/12 | RBB | Prepare correspondence to parties on certificate of service regarding attached Notice of bankruptcy and supplemental servicing order | L140 | .10 hrs |
| 10/23/12 | NSR | Review and revise notice of bankruptcy | L250 | .20 hrs |
| 10/24/12 | RBB | Review motions hearing calendar for 13th judicial circuit (Florida) for available hearing dates and checked available hearing dates against M.Wilson's current calendar | L140 | .20 hrs |
| 10/24/12 | RBB | Conference with Judicial Assistant about setting telephonic hearing | L140 | .30 hrs |
| 10/24/12 | RBB | Review and analysis of opinion filed by the Court for case status update | L140 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 17, 2012

0G2012-301039

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                                    $2,823.80

01        Copy Charges
35        Express Mail/Fedex                                              0.00
                                                                          0.00

BILLING SUMMARY

Marc J. Ayers              .50 hrs    297.00 /hr       148.50
Christian W. Hancock       .10 hrs    330.00 /hr        33.00
Alecia H. Cockrell        1.40 hrs    145.00 /hr       203.00
Robert B. Benson          2.30 hrs    149.00 /hr       342.70
Michael C. Griffin        1.80 hrs    323.00 /hr       581.40
Aaron Chastain            6.40 hrs    193.00 /hr     1,235.20
Nader Raja                1.00 hrs    280.00 /hr       280.00


TOTAL FEES                13.50 hrs                   $2,823.80

**TOTAL CHARGES FOR THIS INVOICE**                   **$2,823.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301039

INVOICE #  820575

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301039
     Wane, Amadou (US Bank v. Wane) - 702516
     Loan No. 0359442126
     TC # 702516
  01      Copy Charges                                                    0.00


TOTAL FEES                    0.00 hrs              $.00

**TOTAL CHARGES FOR THIS INVOICE**                 $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301039

INVOICE #  821117

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301039
     Wane, Amadou (US Bank v. Wane) - 702516
     Loan No. 0359442126
     TC # 702516

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/01/12 | NSR | Revise status report for client | L190 | .10 hrs |
| 11/13/12 | MPE | Review file to determine status of foreclosure action and motion to compel. | L110 | .20 hrs |
| 11/14/12 | NSR | Review and analyze pleadings filed to date to determine additional items needed | L120 | .90 hrs |
| 11/15/12 | NSR | Analyze discovery responses for deficiencies | L310 | 1.80 hrs |
| 11/15/12 | NSR | Correspondence with client regarding overall status of foreclosure action and procedural history | L120 | .20 hrs |
| 11/19/12 | KK | Research and review judicial online scheduling system and available dates for telephonic hearing and email defendant to confirm date | L110 | .40 hrs |
| 11/20/12 | KK | Emails with pro se defendant regarding availability for hearing date and status of case related to the bankruptcy | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301039

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/20/12 | NSR | Draft e-mail to borrower regarding impact of bankruptcy stay | L250 | .10 hrs |
| 11/26/12 | AHC | Receipt and initial review of Order staying appeal | L510 | .20 hrs |
| 11/27/12 | NSR | Draft motion to appear by telephone and proposed order regarding the same on second motion to compel | L350 | .40 hrs |
| 11/27/12 | KK | Review and revise notice of hearing to reflect most current agreed upon date | L110 | .50 hrs |
| 11/27/12 | KK | Research and review judicial procedures for noticing telephonic hearing in Hillsborough County, Florida | L110 | .50 hrs |
| 11/27/12 | KK | Prepare for filing and e-service of documents | L110 | .10 hrs |
| 11/28/12 | KK | Telephone call with judicial assistant regarding setting hearing on second motion to compel and discuss procedure going forward | L110 | .30 hrs |
| 11/28/12 | NSR | Analyze strategy for second motion to compel | L350 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,486.30

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Alecia H. Cockrell | .50 hrs | 145.00 /hr | 72.50 |
| Nader Raja | 3.80 hrs | 280.00 /hr | 1,064.00 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |
| Kerry Keane | 2.00 hrs | 160.00 /hr | 320.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
NOVEMBER 30, 2012

0G2012-301039

FED ID NO. 63-0243316

TOTAL FEES                        6.50 hrs                    $1,486.30

**TOTAL CHARGES FOR THIS INVOICE**
                                                             $1,486.30

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301039

INVOICE #  830100

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301039
     Wane, Amadou (US Bank v. Wane) - 702516
     Loan No. 0359442126
     TC # 702516

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 12/02/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/13/12 | NSR | Review and analyze borrower's notice of filing signature affidavit | L310 | .10 hrs |
| 12/18/12 | NSR | Correspondence with client regarding case status and remaining discovery motions | L120 | .10 hrs |
| 12/31/12 | KK | Research and review foreclosure dockets to determine status of case and recent activity | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $145.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Nader Raja | .30 hrs | 280.00 /hr | 84.00 |
| Kerry Keane | .20 hrs | 91.00 /hr | 18.20 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.80 hrs | | $145.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
JANUARY 23, 2013

0G2012-301039

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                              $145.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301041

INVOICE # 813729

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301041
     Thigpen, Melissa (Estate of Ethel Malone) - 706770
     Loan No. 0413280330
     TC # 706770

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 09/05/12 | JJPH | Work on reply in support of motion for summary judgment | L240 | 1.20 hrs |
| 09/06/12 | JJPH | Review and revise reply brief in support of motion for summary judgment | L240 | 2.60 hrs |
| 09/06/12 | JJPH | Begin work on response to Plaintiff's statement of additional facts | L240 | .40 hrs |
| 09/06/12 | JJPH | Prepare status report to client regarding motion for summary judgment | L120 | .10 hrs |
| 09/07/12 | JJPH | Review, edit, and finalize reply brief in support of motion for summary judgment | L240 | 1.00 hrs |
| 09/07/12 | JJPH | Review, edit, and finalize GMAC's reply to Plaintiff's statement of additional facts | L240 | 1.30 hrs |
| 09/12/12 | JJPH | Telephone call and email correspondence to chancery court clerk regarding summary judgment motion | L240 | .20 hrs |
| 09/14/12 | JJPH | Email correspondence from chancery court clerk regarding hearing on summary judgment motion | L240 | .10 hrs |
| 09/19/12 | JJPH | Email correspondence with Bo Luxman regarding bankruptcy filing | L250 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301041

FED ID NO. 63-0243316

| 09/19/12 | JJPH | Review and analyze effect of automatic stay on plaintiff's claims | L120 | .60 hrs |
| 09/20/12 | JJPH | Review, edit, and finalize email regarding effect of automatic stay | L240 | .50 hrs |
| 09/20/12 | JJPH | Email correspondence with Bo Luxman regarding automatic stay | L240 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                   $2,100.00

BILLING SUMMARY

| Joshua J. Phillips | 8.40 hrs | 250.00 /hr | 2,100.00 |

| TOTAL FEES | 8.40 hrs | | $2,100.00 |

**TOTAL CHARGES FOR THIS INVOICE**                          **$2,100.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301041

INVOICE # 818636

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301041
     Thigpen, Melissa (Estate of Ethel Malone) - 706770
     Loan No. 0413280330
     TC # 706770

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/12 | JJPH | Prepare status report to client regarding summary judgment hearing | L120 | .10 hrs |
| 10/02/12 | JJPH | Telephone conference with Katie Dutill regarding injunction bond | L240 | .20 hrs |
| 10/15/12 | JJPH | Email correspondence from Katie Dutill regarding settlement | L160 | .10 hrs |
| 10/16/12 | JJPH | Email correspondence regarding settlement | L160 | .10 hrs |
| 10/22/12 | JJPH | Review and analyze issues in connection with GMAC bankruptcy | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $150.00

02        Postage Charges
                                                           0.00

## BILLING SUMMARY

Joshua J. Phillips          .60 hrs    250.00 /hr      150.00

TOTAL FEES              0.60 hrs                   $150.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 17, 2012

0G2012-301041

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $150.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301041

INVOICE #  821118

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301041
Thigpen, Melissa (Estate of Ethel Malone) - 706770
Loan No. 0413280330
TC # 706770

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/02/12 | JJPH | Prepare status report to client regarding remaining issues | L120 | .10 hrs |
| 11/06/12 | JJPH | Email correspondence with K.Dutill regarding settlement | L160 | .10 hrs |
| 11/13/12 | JJPH | Email correspondence regarding distribution of injunction bond amounts | L160 | .10 hrs |
| 11/20/12 | JJPH | Email correspondence with court clerk regarding hearing on distribution of injunction bond amounts | L160 | .10 hrs |
| 11/27/12 | JJPH | Email correspondence regarding agreement on distribution of injunction bond amounts | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                   $125.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .50 hrs | 250.00 /hr | 125.00 |
| TOTAL FEES | 0.50 hrs | | $125.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301041

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    $125.00

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301041

INVOICE #  830101

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301041
     Thigpen, Melissa (Estate of Ethel Malone) - 706770
     Loan No. 0413280330
     TC # 706770

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/04/12 | JJPH | Prepare status report to client regarding agreement on distribution of injunction bond amounts | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $25.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Joshua J. Phillips | .10 hrs | 250.00 /hr | 25.00 |

TOTAL FEES                    0.10 hrs            $25.00

**TOTAL CHARGES FOR THIS INVOICE**            $25.00

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301042

INVOICE #  818637

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301042
     Ruiz, Juan - 699974
     947 Castledale Drive, Houston, TX  77037
     Loan No. 0475848628
     TC # 699974

PROFESSIONAL SERVICES

| 10/05/12 | phn | Draft email to case manager regarding GMAC's request for case information on motions filed pre-bankruptcy and orders entered post bankruptcy | L120 | 1.10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                              $220.00

EXPENSES

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 14.06 |

TOTAL COSTS FOR THIS MATTER                      $14.06

BILLING SUMMARY

| Preston H. Neel | 1.10 hrs | 200.00 /hr | 220.00 |
|---|---|---|---|

| TOTAL FEES | 1.10 hrs | | $220.00 |
| TOTAL EXPENSES | | | $14.06 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

OG2012-301042

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $234.06

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301043

INVOICE #  813730

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301043
     Orwick, David - 718267
     Loan No. 0601800717
     TC # 718267

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JMH | Receive and review hard copy of re-notice of special-set hearing and notice of service of same | L450 | .20 hrs |
| 09/10/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 09/10/12 | JMH | E-mails to and from client regarding notice of bankruptcy | L210 | .20 hrs |
| 09/10/12 | JDV | Review correspondence from J.Gay regarding representation at mediation | L190 | .10 hrs |
| 09/11/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/17/12 | JMH | Receive and review notice of electronic mail address designations | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER        $210.00

## EXPENSES

07        Filing Fees                             5.00

TOTAL COSTS FOR THIS MATTER        $5.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      PAGE      2
                                                           OCTOBER 30, 2012

                                                           0G2012-301043

                                                           FED ID NO. 63-0243316

BILLING SUMMARY

    Jamie Mathews              .30 hrs    145.00 /hr            43.50
    Jonathan Hooks             .60 hrs    241.00 /hr           144.60
    Jose D. Vega               .10 hrs    219.00 /hr            21.90

    TOTAL FEES           1.00 hrs                           $210.00

    TOTAL EXPENSES                                            $5.00

    **TOTAL CHARGES FOR THIS INVOICE**
                                                           $215.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301043

INVOICE #  818638

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301043
     Orwick, David - 718267
     Loan No. 0601800717
     TC # 718267

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/02/12 | JMH | Draft status report to client | L120 | .10 hrs |
| 10/02/12 | JMH | Telephone conference with client regarding notice of bankruptcy and motion of withdrawal | L120 | .10 hrs |
| 10/02/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 10/05/12 | AHC | Draft summary of case pursuant to bankruptcy counsel's request and correspondence to P.Stokes regarding same | L190 | .40 hrs |
| 10/08/12 | JMH | Evaluate procedural posture of matter in light of bankruptcy | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $197.90

## EXPENSES

07        Filing Fees
                                                        5.00
          TOTAL COSTS FOR THIS MATTER
                                                   $5.00



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301043

FED ID NO. 63-0243316

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jonathan Hooks | .40 hrs | 241.00 /hr | 96.40 |

| | | |
|---|---|---|
| TOTAL FEES | 1.10 hrs | $197.90 |
| TOTAL EXPENSES | | $5.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $202.90 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301043

INVOICE #  820577

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301043
     Orwick, David - 718267
     Loan No. 0601800717
     TC # 718267

EXPENSES

07        Filing Fees                                                     5.00

            TOTAL COSTS FOR THIS MATTER                          $5.00


TOTAL FEES                    0.00 hrs                    $.00

TOTAL EXPENSES                                           $5.00

**TOTAL CHARGES FOR THIS INVOICE**                       $5.00

                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301043

INVOICE #  821119

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301043
     Orwick, David - 718267
     Loan No. 0601800717
     TC # 718267

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/07/12 | JMH | Receive and review notice of filing certified copies | L210 | .20 hrs |
| 11/08/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 11/09/12 | JMH | Receive and review request for compulsory judicial notice | L210 | .10 hrs |
| 11/12/12 | JMH | Receive and review letter from Kentucky counsel representing K.Orwick | L120 | .10 hrs |
| 11/12/12 | JMH | E-mails to and from client regarding letter from Kentucky counsel | L120 | .30 hrs |
| 11/12/12 | JAM | Pull online docket and review for recent case activity | L190 | .30 hrs |
| 11/13/12 | JMH | Receive and review request for compulsory judicial notice | L210 | .20 hrs |
| 11/13/12 | JMH | Receive and review order deferring ruling on summary-judgment motion | L210 | .20 hrs |
| 11/14/12 | JMH | Receive and review notice of special-set hearing on summary-judgment motion regarding count 2 of complaint | L450 | .20 hrs |
| 11/16/12 | DCL | Analyze summary judgment briefs and Court's order | L120 | 1.00 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301043

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/17/12 | JMH | Evaluate appropriate procedure for withdrawing as counsel | L120 | .20 hrs |
| 11/17/12 | AHC | Review docket to determine status of order on Motion to Withdraw and memorandum regarding change in judicial assignment | L110 | .20 hrs |
| 11/17/12 | AHC | Draft proposed order and correspondence to newly assigned judge for attorney review | L250 | .70 hrs |
| 11/17/12 | AHC | Prepare motion packet for submission to judge | L250 | .40 hrs |
| 11/28/12 | JMH | Review and analyze motion of withdrawal and approve for submission | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $1,017.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 1.00 hrs | 376.00 /hr | 376.00 |
| Alecia H. Cockrell | 1.30 hrs | 145.00 /hr | 188.50 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jonathan Hooks | 1.70 hrs | 241.00 /hr | 409.70 |

TOTAL FEES          4.30 hrs              $1,017.70

**TOTAL CHARGES FOR THIS INVOICE**          $1,017.70

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301043

INVOICE #  830103

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301043
     Orwick, David - 718267
     Loan No. 0601800717
     TC # 718267

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | CWH | Review and analyze status of the foreclosure and judgment efforts by default counsel (since BABC has not yet been allowed to withdraw by the court) | L210 | .20 hrs |
| 12/03/12 | MPE | Research docket to determine current status and determine current default counsel | L110 | .40 hrs |
| 12/03/12 | JMH | Evaluate status of matter | L120 | .20 hrs |
| 12/10/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 12/12/12 | DCL | Prepare withdrawal papers | L120 | .20 hrs |
| 12/13/12 | DCL | Advise GMACM regarding case resolution | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $348.30

EXPENSES

07        Filing Fees                                  5.00

TOTAL COSTS FOR THIS MATTER           $5.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301043

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Dana C. Lumsden | .40 hrs | 376.00 /hr | 150.40 |
| Jonathan Hooks | .30 hrs | 241.00 /hr | 72.30 |
| Melisa P. Palmer | .40 hrs | 149.00 /hr | 59.60 |

TOTAL FEES                    1.30 hrs                        $348.30

TOTAL EXPENSES                                               $5.00

**TOTAL CHARGES FOR THIS INVOICE**                          $353.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301044

INVOICE #  813731

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301044
     Melinder, Christina (Flat) - 690220
     Loan No. 7429589419
     TC # 690220

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 09/05/12 | phn | Review procedural posture and determine status of pending motion for summary judgment and replies | L120 | .40 hrs |
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |
| 09/11/12 | phn | Analysis of pleadings and effect of bankruptcy order | L120 | .30 hrs |
| 09/11/12 | phn | Draft notice of bankruptcy | L210 | .60 hrs |
| 09/11/12 | HTC | Consider whether notice of bankruptcy is needed | L120 | .10 hrs |
| 09/24/12 | phn | Draft correspondence on necessity of notice of bankruptcy | L120 | .30 hrs |
| 09/24/12 | CWH | Review and analyze issues with borrower's suit for attorneys' fees and bankruptcy stay impact | L210 | .20 hrs |
| 09/25/12 | MST | Draft Notice of Bankruptcy and Supplemental Servicing Order and prepare for filing and service | L210 | .70 hrs |
| 09/25/12 | MCG | Review and revise notice of filing final supplemental bankruptcy order | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $691.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          PAGE    2
                                                               OCTOBER 30, 2012

                                                               0G2012-301044

                                                               FED ID NO. 63-0243316

01          Copy Charges                                                   0.00

BILLING SUMMARY

     Melanie Thompson          .70 hrs    150.00 /hr          105.00
     Hope Cannon               .10 hrs    315.00 /hr           31.50
     Christian W. Hancock      .20 hrs    330.00 /hr           66.00
     Michael C. Griffin        .40 hrs    323.00 /hr          129.20
     Preston H. Neel          1.80 hrs    200.00 /hr          360.00


TOTAL FEES                    3.20 hrs                        $691.70

TOTAL CHARGES FOR THIS INVOICE                               $691.70

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301044

INVOICE #  818639

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301044
     Melinder, Christina (Flat) - 690220
     Loan No. 7429589419
     TC # 690220

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | phn | Draft October 2012 status update | L190 | .20 hrs |
| 10/03/12 | phn | Communications with the Court regarding sua sponte hearing on Homecomings bankruptcy | L230 | .40 hrs |
| 10/03/12 | phn | Prepare for Thursday's hearing on Homecomings bankruptcy | L230 | .30 hrs |
| 10/04/12 | HTC | Telephone conference with the court | L120 | .20 hrs |
| 10/04/12 | phn | Attend sua sponte hearing on Homecomings' bankruptcy | L230 | .80 hrs |
| 10/04/12 | phn | Plan and prepare for sua sponte hearing on Homecomings' notice of bankruptcy | B110 | .50 hrs |
| 10/05/12 | phn | Draft email to P.Stokes regarding judge's request for a joint status report on Homecomings' bankruptcy | L120 | .50 hrs |
| 10/12/12 | phn | Draft and review communications regarding joint status report on bankruptcy | L120 | .60 hrs |
| 10/15/12 | phn | Draft email to opposing counsel and case manager related to Court's order to submit joint status report on Homecomings bankruptcy | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
NOVEMBER 17, 2012

0G2012-301044

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/15/12 | phn | Review and analyze email correspondence from case manager regarding bankruptcy and joint status report | L120 | .50 hrs |
| 10/15/12 | HTC | Exchange emails with client and opposing counsel regarding effect of bankruptcy stay | L120 | .10 hrs |
| 10/17/12 | phn | Phone call from opposing counsel R.Edwards | L120 | .30 hrs |
| 10/19/12 | MST | Finalize Joint Status Report and prepare for filing and service | L210 | .40 hrs |
| 10/19/12 | phn | Revise, edit, and file joint status report | L210 | 2.10 hrs |
| 10/23/12 | phn | Review and analysis of Court's order staying all claims | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$1,514.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
| Preston H. Neel | 6.80 hrs | 200.00 /hr | 1,360.00 |

TOTAL FEES          7.50 hrs                          $1,514.50

TOTAL CHARGES FOR THIS INVOICE                          $1,514.50

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301044

INVOICE #  821120

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301044
     Melinder, Christina (Flat) - 690220
     Loan No. 7429589419
     TC # 690220

PROFESSIONAL SERVICES

11/01/12  phn  Draft status report for client          L190      .20 hrs

          TOTAL FEES FOR THIS MATTER                              $40.00

BILLING SUMMARY

   Preston H. Neel          .20 hrs   200.00 /hr        40.00

TOTAL FEES               0.20 hrs                       $40.00

**TOTAL CHARGES FOR THIS INVOICE**                      **$40.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301044

INVOICE #  830105

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301044
     Melinder, Christina (Flat) - 690220
     Loan No. 7429589419
     TC # 690220

## PROFESSIONAL SERVICES

| 12/03/12 | phn | Draft status report for client | L190 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                    $40.00

## BILLING SUMMARY

| Preston H. Neel | .20 hrs | 200.00 /hr | 40.00 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | $40.00 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**          **$40.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301045

INVOICE #  813732

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301045
     Moulds, Dan D. and Crystle M. - 715979
     Loan No. 7434172565
     TC # 715979

PROFESSIONAL SERVICES

09/04/12   JJPH  Prepare status report to client          L120      .10 hrs
                 regarding settlement and closing

              TOTAL FEES FOR THIS MATTER
                                                                   $25.00

BILLING SUMMARY

   Joshua J. Phillips         .10 hrs   250.00 /hr        25.00

TOTAL FEES                   0.10 hrs
                                                        $25.00

TOTAL CHARGES FOR THIS INVOICE
                                                        $25.00

              ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 17, 2012
1100 Virginia Drive                                         0G2012-301045
Fort Washington, PA 19034

                                                            INVOICE #  818640

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0G2012-301045
         Moulds, Dan D. and Crystle M. - 715979
         Loan No. 7434172565
         TC # 715979

PROFESSIONAL SERVICES

10/02/12   JJPH Prepare status report to client           L120      .10 hrs
                regarding closing memorandum

10/02/12   JJPH Complete closing memorandum                L120      .30 hrs

10/03/12   JJPH Email correspondence to client regarding   L120      .10 hrs
                closing memorandum


           TOTAL FEES FOR THIS MATTER                              $125.00


BILLING SUMMARY

    Joshua J. Phillips           .50 hrs   250.00 /hr        125.00


TOTAL FEES                    0.50 hrs                      $125.00

**TOTAL CHARGES FOR THIS INVOICE**                         $125.00

            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301047

INVOICE #  813733

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301047
     Hooker, Ashley (Hooker v. GMAC) - 713410
     Loan 654904136
     TC # 713410

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | ES | Status update on extranet re: court ordered case stayed pending bankruptcy | L240B | .10 hrs |
| 09/20/12 | ES | Read court notation regarding plaintiff's counsel advised court that bankrupty expected to be discharged by January and order that counsel will provide status update on Dec. 11 | L240B | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $37.00

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Erin Saltaformaggio | .20 hrs | 185.00 /hr | 37.00 |

TOTAL FEES                    0.20 hrs                    $37.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$37.00**

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301047

INVOICE #  818848

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301047
     Hooker, Ashley (Hooker v. GMAC) - 713410
     Loan 654904136
     TC # 713410

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | ES | Status update on extranet | L240B | .10 hrs |
| 10/05/12 | ES | E-mail correspondence with client re notice of bankruptcy | L240B | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $37.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Erin Saltaformaggio | .20 hrs | 185.00 /hr | 37.00 |

TOTAL FEES            0.20 hrs                       $37.00

**TOTAL CHARGES FOR THIS INVOICE**              $37.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301047

INVOICE #  821121

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301047
     Hooker, Ashley (Hooker v. GMAC) - 713410
     Loan 654904136
     TC # 713410

PROFESSIONAL SERVICES

11/01/12  ES   Draft status report for client re: case     L240B     .10 hrs
               stayed pending bankruptcy

               TOTAL FEES FOR THIS MATTER                             $18.50

BILLING SUMMARY

    Erin Saltaformaggio          .10 hrs    185.00 /hr        18.50

TOTAL FEES                     0.10 hrs                   $18.50

**TOTAL CHARGES FOR THIS INVOICE**                       **$18.50**

                ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301047

INVOICE #  830107

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301047
     Hooker, Ashley (Hooker v. GMAC) - 713410
     Loan 654904136
     TC # 713410

## PROFESSIONAL SERVICES

| Date | | Description | | | |
|------|----|-------------|------|------|--------|
| 12/03/12 | ES | Draft status update on extranet re: case stayed pending bankrupcty | L240B | .10 hrs | |
| | | TOTAL FEES FOR THIS MATTER | | | $18.50 |

## BILLING SUMMARY

|  |  |  |  |
|------|------|--------|--------|
| Erin Saltaformaggio | .10 hrs | 185.00 /hr | 18.50 |
| TOTAL FEES | 0.10 hrs | | $18.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$18.50** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301049

INVOICE #  813734

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re: 0G2012-301049
    Prappas, George (American National Title v. GMAC) - 714803
    Loan No. 7438832008
    TC # 714803

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/03/12 | KSA | Status report regarding finalizing settlement agreement | L120 | .10 hrs |
| 09/11/12 | KSA | Review signed settlement and provide to plaintiff's counsel to finalize settlement and dismissal | L120 | .30 hrs |
| 09/19/12 | GP | Review and analyze changes to settlement agreement | L160 | .80 hrs |
| 09/20/12 | GP | Revise settlement agreement to incorporate opposing counsel's changes | L160 | .40 hrs |
| 09/20/12 | GP | Draft e-mail to client representative regarding settlement agreement | L160 | .50 hrs |
| 09/21/12 | GP | Draft e-mails to opposing counsel regarding settlement agreement | L160 | .60 hrs |
| 09/25/12 | GP | Draft e-mails to opposing counsel regarding settlement agreement | L160 | .80 hrs |
| 09/25/12 | GP | Revise settlement agreement | L160 | .20 hrs |
| 09/25/12 | GP | Telephone conference with client representative regarding settlement agreement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301049

FED ID NO. 63-0243316

| 09/25/12 | GP | Draft e-mail to client representative regarding settlement | L160 | .30 hrs |
| 09/27/12 | GP | Draft e-mail to opposing counsel regarding settlement agreement | L120 | .30 hrs |
| 09/27/12 | GP | Telephone conference with opposing counsel regarding settlement agreement | L120 | .40 hrs |
| 09/27/12 | KSA | Email communications regarding finalizing settlement | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                       $988.60

41       Computerized Legal Research-Westlaw
                                                                     0.00

BILLING SUMMARY

| Keith S. Anderson | .70 hrs | 223.00 /hr | 156.10 |
| Grant Premo | 4.50 hrs | 185.00 /hr | 832.50 |

TOTAL FEES                 5.20 hrs                  $988.60

**TOTAL CHARGES FOR THIS INVOICE**                  **$988.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301049

INVOICE #  818641

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301049
     Prappas, George (American National Title v. GMAC) - 714803
     Loan No. 7438832008
     TC # 714803

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | KSA | Draft case status report regarding finalzing settlement | L120 | .10 hrs |
| 10/01/12 | GP | Consider strategy for proceeding with settlement | L120 | .30 hrs |
| 10/02/12 | GP | Review Rule 11 agreement | L160 | .50 hrs |
| 10/02/12 | GP | Draft e-mail to client representative regarding Rule 11 agreement and settlement agreement | L160 | .60 hrs |
| 10/03/12 | GP | Draft e-mail to opposing counsel regarding settlement agreement | L160 | .60 hrs |
| 10/03/12 | GP | Telephone conference with opposing counsel regarding settlement agreement | L160 | .50 hrs |
| 10/04/12 | GP | Telephone conference with client representative regarding settlement agreement | L160 | .10 hrs |
| 10/04/12 | GP | Analyze documents related to settlement | L160 | .90 hrs |
| 10/05/12 | GP | Telephone conference with opposing counsel regarding settlement agreement | L160 | .40 hrs |
| 10/05/12 | GP | Draft e-mail to client representative regarding settlement agreement | L160 | .20 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                    PAGE    2
                                                                          NOVEMBER 17, 2012

                                                                          0G2012-301049

                                                                          FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/12/12 | KSA | Review email communication from counsel regarding finalizing settlement and send to P.Stokes with discussion | L120 | .40 hrs |
| 10/12/12 | GP | Review documents and evaluate strategy for completing settlement | L120 | 1.20 hrs |
| 10/12/12 | GP | Review and analyze documents to consider possible production to complete settlement | L160 | 2.40 hrs |
| 10/15/12 | GP | Draft letter to opposing counsel regarding settlement agreement | L160 | 2.30 hrs |
| 10/15/12 | GP | Review documents to be produced with settlement agreement for confidentiality issues | L160 | .80 hrs |
| 10/15/12 | GP | Draft confidentiality agreement | L160 | 1.70 hrs |
| 10/15/12 | GP | Consider strategy for completing settlement | L160 | .80 hrs |
| 10/15/12 | KSA | Research relationship between parties to finalize settlement agreement with counsel | L120 | 1.00 hrs |
| 10/15/12 | KSA | Conference call with P.Stokes and G.Albright regarding settlement | L120 | .30 hrs |
| 10/16/12 | KSA | Review and edit letter to plaintiff's counsel and POA to provide to plaintiff to finalize settlement agreement | L120 | .30 hrs |
| 10/16/12 | GP | Review and analyze documents related to settlement | L160 | 2.40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
NOVEMBER 17, 2012

0G2012-301049

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/16/12 | GP | Revise letter to opposing counsel regarding settlement | L160 | .40 hrs |
| 10/16/12 | GP | Consider strategy regarding completing settlement | L160 | .60 hrs |
| 10/17/12 | GP | Draft e-mail to opposing counsel regarding settlement | L160 | .30 hrs |
| 10/18/12 | GP | Draft e-mail to client representative regarding settlement | L120 | .50 hrs |
| 10/18/12 | GP | Review and analyze e-mail from opposing counsel | L120 | .20 hrs |
| 10/18/12 | GP | Review and analyze additional documents for possible production to complete settlement | L160 | 1.50 hrs |
| 10/24/12 | GP | Draft e-mail to opposing counsel regarding settlement | L160 | .40 hrs |
| 10/25/12 | GP | Draft e-mail to client representative regarding settlement | L210 | .50 hrs |
| 10/25/12 | GP | Review and analyze documents to possibly produce in settlement | L210 | .50 hrs |
| 10/31/12 | GP | Consider strategy regarding completing settlement agreement | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                           $4,334.80

| | | |
|---|---|---|
| 01 | Copy Charges | |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| | | 0.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 17, 2012

0G2012-301049

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 2.10 hrs | 223.00 /hr | 468.30 |
| Grant Premo | 20.90 hrs | 185.00 /hr | 3,866.50 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 23.00 hrs | | $4,334.80 |

**TOTAL CHARGES FOR THIS INVOICE**                    $4,334.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301049

INVOICE #  821122

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301049
     Prappas, George (American National Title v. GMAC) - 714803
     Loan No. 7438832008
     TC # 714803

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | KSA | Draft status report regarding settlement with BONY | L120 | .10 hrs |
| 11/02/12 | GP | Prepare for call with client representative regarding issues surrounding settlement | L160 | 1.20 hrs |
| 11/02/12 | GP | Telephone conference with client representative regarding issues surrounding settlement | L160 | .20 hrs |
| 11/05/12 | GP | Draft e-mail to client representative regarding settlement agreement | L160 | .20 hrs |
| 11/05/12 | GP | Review and analyze e-mail from opposing counsel regarding settlement agreement and consider strategy | L160 | .70 hrs |
| 11/05/12 | KSA | Review email from plaintiff's counsel and analyze RFC resolutions and POA | L120 | .50 hrs |
| 11/06/12 | KSA | Email and telephone discussions with P.Stokes regarding finalizing settlement | L110 | .30 hrs |
| 11/06/12 | KSA | Telephone discussion with BONY's representative regarding signing agreement | L160 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301049

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/12 | KSA | Draft signature agreement for BONY's representative and send to P.Stokes for review | L160 | .50 hrs |
| 11/06/12 | GP | Draft memo regarding status of action and settlement | L160 | .80 hrs |
| 11/06/12 | GP | Draft e-mail to client representative regarding settlement | L160 | .40 hrs |
| 11/07/12 | GP | Telephone conference with opposing counsel regarding settlement agreement | L160 | .10 hrs |
| 11/07/12 | GP | Consider strategy for completing settlement | L160 | .60 hrs |
| 11/07/12 | KSA | Telephone discussion with Schwarz's counsel regarding signatures | L120 | .20 hrs |
| 11/07/12 | KSA | Review of correspondence for status of requests | L120 | .20 hrs |
| 11/07/12 | KSA | Email to B&NY's representative with documents to be signed and guidance | L120 | .20 hrs |
| 11/08/12 | KSA | Multiple telephone and email discussions with P.Stokes and BONY's representative regarding finalizing settlement | L120 | 1.00 hrs |
| 11/13/12 | KSA | Communications with BONY's representatives regarding signing of documents to finalize settlement | L120 | .30 hrs |
| 11/13/12 | GP | Draft e-mail to opposing counsel regarding settlement agreement | L160 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301049

FED ID NO. 63-0243316

| 11/27/12 | KSA | Review settlement agreement and correspondence from plaintiff's counsel and forward to G.Albright and P.Stokes | L160 | .20 hrs |
|---|---|---|---|---|
| 11/28/12 | KSA | Draft letter and send original deed to plaintiff's counsel with agreed final order to complete settlement | L120 | .30 hrs |
| 11/29/12 | KSA | Receipt of settlement check and forwarded to G.Albright and email communications with plaintiff's counsel regarding final dismissal | L110 | .30 hrs |

                    TOTAL FEES FOR THIS MATTER              $1,850.70

    01        Copy Charges
                                                                    0.00

BILLING SUMMARY

    Keith S. Anderson        4.40 hrs    223.00 /hr        981.20
    Grant Premo              4.70 hrs    185.00 /hr        869.50

TOTAL FEES               9.10 hrs                  $1,850.70

**TOTAL CHARGES FOR THIS INVOICE**                  $1,850.70

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301049

INVOICE #  830109

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301049
     Prappas, George (American National Title v. GMAC) - 714803
     Loan No. 7438832008
     TC # 714803

PROFESSIONAL SERVICES

12/20/12   KSA   Response email to G.Albright regarding        L120      .20 hrs
                 rescission of FCL and final disposition
                 of case


                 TOTAL FEES FOR THIS MATTER
                                                                       $44.60

BILLING SUMMARY

    Keith S. Anderson         .20 hrs   223.00 /hr          44.60

TOTAL FEES                 0.20 hrs
                                                            $44.60

**TOTAL CHARGES FOR THIS INVOICE**
                                                            **$44.60**

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301050

INVOICE #  813735

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301050
     Parker, Michael & Nancy - 707812
     Loan No. 7412632697
     TC # 707812

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | BG | Correspondence with client regarding trial postponement and order of hearing outstanding motions | L230 | .20 hrs |
| 09/04/12 | JHP | Emails to/from client contact K.Dutill to discuss update on case and pre-trial conference and upcoming trial setting and general strategy | L120 | .40 hrs |
| 09/05/12 | ABB | Analysis and review of file materials and update notebook in preparation for upcoming hearing on Motion to Strike | L110 | .90 hrs |
| 09/05/12 | JHP | Emails to/from client contact K.Dutill to discuss upcoming hearing on motion to strike and pre-trial conference | L120 | .20 hrs |
| 09/05/12 | JHP | Email to and phone call from counsel for borrowers to discuss upcoming pre-trial conference and general status of case | L190 | .20 hrs |
| 09/05/12 | JHP | Review response to Motion to Strike filed by borrowers on eve of hearing on Motion to Strike | L250 | .40 hrs |
| 09/05/12 | BG | Correspondence with client regarding trial posture and scheduling | L230 | .10 hrs |
| 09/06/12 | BG | Correspondence regarding Court ruling | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 30, 2012

0G2012-301050

FED ID NO. 63-0243316

| 09/06/12 | JHP | Review multiple motions still pending before court in preparation for motions hearing and pre-trial conference with court | L240 | 2.80 hrs |
|---|---|---|---|---|
| 09/06/12 | JHP | Attend pre-trial and motions hearing and discuss motions and trial issues with Court and opposing counsel | L450 | 2.40 hrs |
| 09/06/12 | JHP | Numerous emails and phone calls to/from client to discuss outcome of pre-trial and motions hearing and to discuss trial date and pre-trial issues and settlement possibilities and to notify of exact trial setting and date by court | L450 | .80 hrs |
| 09/06/12 | JHP | Draft and file response to opposition brief to motion to strike filed by borrowers on eve of motions hearing | L240 | 1.80 hrs |
| 09/06/12 | JHP | Research state law on issue of timeliness of filing of motion to strike evidentiary submission of borrowers in opposition to motion to strike | L240 | 1.20 hrs |
| 09/06/12 | JHP | Review notice from court regarding trial scheduling calendar for week of trial and email court to discuss trial schedule | L450 | .20 hrs |
| 09/06/12 | JHP | Revise and edit trial memo at client's request | L440 | .80 hrs |
| 09/06/12 | ABB | Assimilation and compilation of borrower's Reply to Motion to Strike and update pleadings file | L110 | .20 hrs |
| 09/07/12 | SMC | Meeting with J.Patterson on trustee issue | L190 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301050

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/07/12 | BG | Correspondence with client regarding witness and exhibit lists and settlement before trial | L160 | .20 hrs |
| 09/07/12 | BG | Correspondence call with client regarding settlement | L160 | .20 hrs |
| 09/07/12 | JHP | Revise and edit trial memo and trial budget and send to client for review | L440 | 1.00 hrs |
| 09/07/12 | JHP | Numerous phone calls and emails to/from counsel for borrowers to discuss settlement offers and counter-offers and to finalize and confirm settlement terms | L160 | 1.00 hrs |
| 09/07/12 | JHP | Numerous phone calls and emails to/from client contact to discuss issues for upcoming trial and to discuss settlement offers and counter-offers from borrowers and to confirm settlement terms | L160 | 1.30 hrs |
| 09/07/12 | JHP | Revise and edit exhibit list and witness lists for trial | L440 | .70 hrs |
| 09/07/12 | JHP | Emails to/from court to discuss trial setting next week and to notify of settlement | L450 | .20 hrs |
| 09/10/12 | ABB | Assimilation and compilation of stamped filing from the Court regarding response to Motion to Strike and update pleading regarding same | L110 | .20 hrs |
| 09/11/12 | JHP | Draft and edit settlement agreement and sent to client contact for review | L160 | .70 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
OCTOBER 30, 2012

0G2012-301050

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/17/12 | JHP | Email from counsel for borrowers to discuss status of settlement agreement | L160 | .10 hrs |
| 09/18/12 | JHP | Email to client contact to check on update on settlement agreement | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $4,502.70

## EXPENSES

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 21 | Travel Expense | 261.96 |
| 23 | Meal Expense | 12.00 |

TOTAL COSTS FOR THIS MATTER                          $273.96

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Stewart M. Cox | .40 hrs | 358.00 /hr | 143.20 |
| Allison Burke | 1.30 hrs | 150.00 /hr | 195.00 |
| Jon H. Patterson | 16.30 hrs | 245.00 /hr | 3,993.50 |
| Blake Goodsell | .90 hrs | 190.00 /hr | 171.00 |

TOTAL FEES                      18.90 hrs                  $4,502.70

TOTAL EXPENSES                                            $273.96

**TOTAL CHARGES FOR THIS INVOICE**                      $4,776.66

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301050

INVOICE #  818642

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301050
Parker, Michael & Nancy - 707812
Loan No. 7412632697
TC # 707812

PROFESSIONAL SERVICES

| 10/01/12 | JHP | Email to client contact K.Dutill to check on status of draft settlement agreement | L160 | .10 hrs |
|---|---|---|---|---|
| 10/01/12 | BG | Draft status update regarding final settlement arrangements | L190 | .10 hrs |
| 10/03/12 | JHP | Emails to/from client contact K.Dutill to discuss settlement agreement draft | L160 | .20 hrs |
| 10/05/12 | JHP | Emails to/from client contact K.Dutill to discuss update on client's review of settlement agreement draft | L160 | .10 hrs |
| 10/10/12 | JHP | Review order from court setting deadline to file settlement paperwork | L230 | .10 hrs |
| 10/10/12 | JHP | Email to client contact K.Dutill to check on status of settlement agreement and forwarding revised settlement agreement | L160 | .20 hrs |
| 10/10/12 | JHP | Revise and edit settlement agreement with changes suggested by client | L160 | .40 hrs |
| 10/11/12 | JHP | Emails to/from client to discuss revisions and edits to settlement agreement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301050

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/11/12 | ABB | Receive and review Settlement Order from Judge Reid and update file regarding same | L110 | .20 hrs |
| 10/11/12 | ABB | Calendar information pertaining to settlement order and settlement documents regarding upcoming deadline | L110 | .20 hrs |
| 10/11/12 | BG | Correspondence with client regarding revisions to proposed settlement agreement | L160 | .30 hrs |
| 10/15/12 | BG | Contact client to resolve settlement agreement language | L160 | .10 hrs |
| 10/15/12 | BG | Revise settlement agreement to reflect new client input | L160 | .10 hrs |
| 10/17/12 | JHP | Emails to/from client contact K.Dutill to request approval to send settlement agreement to borrowers and to discuss final revisions | L160 | .30 hrs |
| 10/18/12 | BG | Correspondence with client regarding draft of settlement agreement | L160 | .10 hrs |
| 10/19/12 | JHP | Email to counsel for borrowers enclosing settlement agreement for review and execution by borrowers | L160 | .20 hrs |
| 10/29/12 | JHP | Emails to/from client contact K.Dutill to discuss status of settlement | L160 | .30 hrs |
| 10/29/12 | JHP | Emails to/from counsel for borrowers to discuss whether his clients will be out of property | L160 | .20 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 17, 2012

0G2012-301050

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/29/12 | BG | Correspondence with client regarding settlement agreement and failure to vacate as specified in the agreement | L160 | .20 hrs |
| 10/30/12 | BG | Correspondence with borrower regarding settlement disputes and failure to vacate premises in specified period | L160 | .10 hrs |
| 10/30/12 | JHP | Emails to/from client contact K.Dutill to discuss settlement agreement issues | L160 | .10 hrs |
| 10/31/12 | BG | Correspondence with opposing counsel regarding settlement agreement extension | L160 | .10 hrs |
| 10/31/12 | JHP | Emails to/from client contact K.Dutill to discuss revisions to settlement agreement | L160 | .40 hrs |
| 10/31/12 | JHP | Revise and edit settlement agreement with changes regarding vacate date by borrowers | L160 | .30 hrs |
| 10/31/12 | JHP | Emails to/from counsel for borrowers to discuss agreement by client to allow borrowers additional 30 days to vacate property | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$1,077.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .40 hrs | 150.00 /hr | 60.00 |
| Jon H. Patterson | 3.30 hrs | 245.00 /hr | 808.50 |
| Blake Goodsell | 1.10 hrs | 190.00 /hr | 209.00 |



BRADLEY ARANT
BOULT CUMMINGS
                LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 17, 2012

0G2012-301050

FED ID NO. 63-0243316

TOTAL FEES                     4.80 hrs                     $1,077.50

**TOTAL CHARGES FOR THIS INVOICE**

                                                            $1,077.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301050

INVOICE #  820579

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301050
     Parker, Michael & Nancy - 707812
     Loan No. 7412632697
     TC # 707812
01        Copy Charges
                                                                    0.00

TOTAL FEES                        0.00 hrs
                                                        $.00
**TOTAL CHARGES FOR THIS INVOICE**
                                                        $.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301050

INVOICE # 821123

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301050
     Parker, Michael & Nancy - 707812
     Loan No. 7412632697
     TC # 707812

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | BG | Draft status report for client regarding settlement agreement | L190 | .20 hrs |
| 11/01/12 | JHP | Emails to/from counsel for borrowers discussing terms of settlement agreement | L160 | .20 hrs |
| 11/01/12 | JHP | Email to client contact K.Dutill to discuss settlement agreement language and request by borrowers for extension of move-out date | L160 | .10 hrs |
| 11/02/12 | JHP | Numerous emails to/from client contact K.Dutill to discuss borrowers' request for additional time to vacate property and emails to/from client contact P.Stokes to discuss same and discuss changes and edits to settlement agreement language allowing for additional time to vacate property | L160 | 1.00 hrs |
| 11/02/12 | JHP | Numerous emails and phone calls to/from counsel for borrowers to discuss borrowers' request for additional time to vacate property and client's response | L160 | .50 hrs |
| 11/02/12 | JHP | Revised and edited settlement agreement with changes requested by borrowers for additional time to vacate | L160 | .50 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301050

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/12 | BG | Correspondence with client regarding settlement negotiations | L160 | .30 hrs |
| 11/02/12 | CWH | Settlement discussion with client contact to discuss additional moveout time | L160 | .20 hrs |
| 11/06/12 | JHP | Emails to/from counsel for borrowers to confirm settlement terms | L160 | .10 hrs |
| 11/06/12 | JHP | Emails to/from client contact K.Dutill to discuss status of borrowers executing settlement agreement | L160 | .20 hrs |
| 11/07/12 | JHP | Emails to/from client contact K.Dutill and phone call from client contact N.Campbell to discuss status of settlement agreement | L160 | .40 hrs |
| 11/07/12 | BG | Correspondence regarding enforcement of settlement agreement | L160 | .10 hrs |
| 11/08/12 | CWH | Review and analyze ongoing issues with the settlement agreement and terms of the cash-for-keys and personal property removal | L160 | .20 hrs |
| 11/08/12 | JHP | Emails to/from client contact K.Dutill and client contact N.Campbell regarding settlement agreement signed by client and regarding certain terms of agreement | L160 | .30 hrs |
| 11/09/12 | JHP | Email to counsel for borrowers enclosing signed settlement agreement from client and requesting borrowers to execute and return agreement | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301050

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/12/12 | JHP | Emails to/from client contact K.Dutill to discuss communications with borrower's counsel concerning execution and return of settlement agreement by borrowers | L160 | .20 hrs |
| 11/12/12 | JHP | Emails to/from counsel for borrowers to discuss execution and return of settlement agreement by borrowers | L160 | .20 hrs |
| 11/12/12 | BG | Correspondence regarding the execution of settlement agreement | L160 | .10 hrs |
| 11/14/12 | JHP | Emails to/from client contact K.Dutill to discuss whether borrowers have returned executed settlement agreement | L160 | .10 hrs |
| 11/14/12 | JHP | Email to counsel for borrowers to request update on when we will receive signed copy of settlement agreement | L160 | .10 hrs |
| 11/14/12 | BG | Correspondence with client regarding settlement agreement | L160 | .10 hrs |
| 11/15/12 | JHP | Emails to/from client contact K.Dutill to discuss status of settlement agreement execution by borrowers | L160 | .10 hrs |
| 11/16/12 | JHP | Email from client contact K.Dutill to discuss whether borrowers' counsel has responded to requests for update on execution of settlement agreement by borrowers | L160 | .10 hrs |
| 11/19/12 | BG | Correspondence with client regarding execution of settlement agreement | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301050

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/19/12 | JHP | Emails to/from client contact K.Dutill to discuss status of discussions with borrowers' counsel regarding borrowers executing settlement agreement | L160 | .20 hrs |
| 11/19/12 | JHP | Email to counsel for borrower requesting update on his clients' execution of settlement agreement | L160 | .10 hrs |
| 11/20/12 | JHP | Emails to/from client contact K.Dutill to discuss status of discussions with borrower's counsel regarding execution of settlement agreement | L160 | .30 hrs |
| 11/27/12 | JHP | Email and phone call to counsel for borrowers to discuss status of borrowers executing settlement agreement | L160 | .10 hrs |
| 11/29/12 | JHP | Email to counsel for borrowers to request update on status of his clients executing settlement agreement | L160 | .10 hrs |
| 11/29/12 | JHP | Emails to/from client contact K.Dutill regarding settlement agreement | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $1,577.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 330.00 /hr | 132.00 |
| Jon H. Patterson | 5.20 hrs | 245.00 /hr | 1,274.00 |
| Blake Goodsell | .90 hrs | 190.00 /hr | 171.00 |

TOTAL FEES                    6.50 hrs                $1,577.00

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
NOVEMBER 30, 2012

0G2012-301050

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,577.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301050

INVOICE # 830111

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301050
     Parker, Michael & Nancy - 707812
     Loan No. 7412632697
     TC # 707812

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | BG | Draft status report regarding settlement agreement | L190 | .10 hrs |
| 12/03/12 | BG | Correspondence with client regarding execution of settlement agreement | L160 | .20 hrs |
| 12/03/12 | JHP | Emails and phone calls to/from client contact K.Dutill and N.Campbell to discuss status of borrowers returning signed settlement agreement | L160 | .30 hrs |
| 12/03/12 | JHP | Phone call and email to counsel for borrowers to discuss status of borrowers returning signed settlement agreement | L160 | .30 hrs |
| 12/04/12 | JHP | Emails to/from client contact K.Dutill to discuss settlement agreement issues | L160 | .20 hrs |
| 12/06/12 | JHP | Emails to/from counsel for borrowers to discuss settlement agreement to be executed by borrowers | L160 | .20 hrs |
| 12/06/12 | JHP | Emails to/from client contact K.Dutill to discuss status of communications with borrowers' counsel about execution of settlement agreement | L160 | .10 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301050

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 12/07/12 | JHP | Emails to/from counsel for borrowers requesting signed copy of Settlement Agreement and requesting W-9 from borrowers | L160 | .10 hrs |
| 12/07/12 | JHP | Emails to/from client contact K.Dutill to discuss update on settlement agreement | L160 | .10 hrs |
| 12/10/12 | JHP | Emails to/from client contact to check status on whether borrowers have sent executed settlement agreement and to discuss correspondence with borrower's counsel regarding one request for change to terms | L160 | .50 hrs |
| 12/10/12 | JHP | Emails to/from counsel for borrowers to check on whether borrowers have sent executed settlement agreement and to discuss his client's one request for change to terms regarding deficiency language | L160 | .50 hrs |
| 12/10/12 | BG | Correspondence with client regarding settlement agreement and deficiency waiver | L160 | .20 hrs |
| 12/11/12 | JHP | Emails to/from counsel for borrowers to try to confirm final terms of settlement agreement with language concerning status of note post-settlement | L160 | .20 hrs |
| 12/12/12 | JHP | Phone call to/from and emails to/from client contact K.Dutill to discuss settlement issues and discussions with borrowers' counsel on note obligations/extinguishment following foreclosure and settlement | L160 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301050

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/12/12 | JHP | Emails to/from counsel for borrowers to discuss settlement terms and issues with language on further obligations of borrowers under the note and phone call from borrower to discuss same in detail | L160 | .90 hrs |
| 12/13/12 | JHP | Emails to/from client contacts N.Campbell and K.Dutill to confirm final settlement terms | L160 | .20 hrs |
| 12/13/12 | JHP | Emails to/from counsel for borrower to discuss final terms of settlement agreement | L160 | .10 hrs |
| 12/14/12 | JHP | Emails to/from counsel for borrowers confirming terms of settlement agreement language and discussing whether borrowers will be vacating property by date in agreement | L160 | .30 hrs |
| 12/14/12 | JHP | Email to client contact K.Dutill to advise that borrowers' counsel confirmed settlement terms | L160 | .10 hrs |
| 12/16/12 | JHP | Email to client contact K.Dutill to discuss amount to be requested of borrowers | L160 | .20 hrs |
| 12/17/12 | JHP | Emails to/from client contact K.Dutill to discuss new terms of settlement agreement concerning move-out date of borrowers | L160 | .10 hrs |
| 12/17/12 | JHP | Email to counsel for borrower advising of client's position on extension of move-out date by borrowers | L160 | .10 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
JANUARY 23, 2013

0G2012-301050

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/18/12 | JHP | Emails to/from client to discuss whether borrowers counsel has responded to settlement agreement emails and phone calls | L160 | .20 hrs |
| 12/19/12 | BG | Conversation with client regarding status of the case | L190 | .10 hrs |
| 12/20/12 | JHP | Emails to/from counsel for borrowers confirming final terms of settlement agreement and discussing time frame for execution by his clients of agreement | L160 | .30 hrs |
| 12/20/12 | JHP | Emails to/from client contact K.Dutill to discuss final terms of settlement agreement and to discuss agreement by borrowers to all terms and finalizing agreement language | L160 | .30 hrs |
| 12/20/12 | JHP | Revised and edited settlement agreement with final changes to agreement on new settlement funds terms | L160 | .50 hrs |
| 12/21/12 | JHP | Emails to/from counsel for borrowers sending final revised version of settlement agreement and discussing need for borrowers to execute agreement and email from borrowers counsel regarding same | L160 | .30 hrs |
| 12/27/12 | JHP | Emails to/from client contact K.Dutill to discuss update on execution of settlement agreement by borrowers | L160 | .10 hrs |
| 12/27/12 | JHP | Email to counsel for borrowers to request update on settlement agreement execution by borrowers | L160 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
JANUARY 23, 2013

0G2012-301050

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER

$1,902.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 7.30 hrs | 245.00 /hr | 1,788.50 |
| Blake Goodsell | .60 hrs | 190.00 /hr | 114.00 |

TOTAL FEES                7.90 hrs

$1,902.50

**TOTAL CHARGES FOR THIS INVOICE**

**$1,902.50**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301051

INVOICE #  813736

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301051
     Efrain Galvez v. Deutsche Bank National Trust Company -
     716587
     TC # 716587

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/10/12 | AHC | Receipt and initial review of Notice of Appeal and correspondence regarding same | L250 | .40 hrs |
| 09/12/12 | NJV | Emails to and from client pertaining to borrower's recent appeal | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $135.40

41        Computerized Legal Research-Westlaw
                                                                0.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Nicholas J. Voelker | .30 hrs | 258.00 /hr | 77.40 |

TOTAL FEES          0.70 hrs                  $135.40

**TOTAL CHARGES FOR THIS INVOICE**
                                             **$135.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301051

INVOICE #  818643

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301051
     Efrain Galvez v. Deutsche Bank National Trust Company -
     716587
     TC # 716587

PROFESSIONAL SERVICES

| 10/09/12 | JMH | Review and analyze docket from appellate court | L520 | .10 hrs |
| 10/10/12 | JMH | Evaluate possible resolution of case | L510 | .10 hrs |
| 10/12/12 | JMH | Receive and review appellate court's order granting appellants extension until December 9 to file appellate brief | L510 | .10 hrs |
| 10/12/12 | JMH | E-mail to client regarding order granting extension on appellant's brief | L510 | .10 hrs |
| 10/16/12 | JMH | Receive and review index to record on appeal | L210 | .40 hrs |
| 10/16/12 | AHC | Receipt and initial review of Index to Record on Appeal | L510 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$221.80

BILLING SUMMARY

| Alecia H. Cockrell | .20 hrs | 145.00 /hr | 29.00 |
| Jonathan Hooks | .80 hrs | 241.00 /hr | 192.80 |

TOTAL FEES          1.00 hrs                    $221.80

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301051

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$221.80

***** TOTAL DUE UPON RECEIPT *****

#### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301051

INVOICE #  821124

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301051
     Efrain Galvez v. Deutsche Bank National Trust Company -
     716587
     TC # 716587

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/06/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 11/28/12 | JMH | Evaluate status of matter in light of upcoming appellant briefing deadline | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $67.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Jonathan Hooks | .10 hrs | 241.00 /hr | 24.10 |

TOTAL FEES            0.40 hrs              $67.60

**TOTAL CHARGES FOR THIS INVOICE**          $67.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301051

INVOICE # 830113

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:    0G2012-301051
       Efrain Galvez v. Deutsche Bank National Trust Company -
       716587
       TC # 716587

## PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 12/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 12/11/12 | AHC | Receipt and initial review of Appellant's Initial Brief | L520 | .30 hrs |
| 12/17/12 | AHC | Telephone conference with appellant regarding Motion for Extension of Time | L510 | .30 hrs |
| 12/17/12 | AHC | Draft Notice of Appearance and Designation of Email Address and Motion for Extension of Time for attorney review | L510 | .60 hrs |

TOTAL FEES FOR THIS MATTER

$217.50

## BILLING SUMMARY

| | | | |
|------|------|------|------|
| Alecia H. Cockrell | 1.50 hrs | 145.00 /hr | 217.50 |
| TOTAL FEES | 1.50 hrs | | $217.50 |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
JANUARY 23, 2013

0G2012-301051

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    $217.50

\*\*\*\*\*  TOTAL DUE UPON RECEIPT  \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301054

INVOICE #  813737

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301054
     Smith, Mark A. - 712653
     Loan No. 602094738
     TC # 712653

PROFESSIONAL SERVICES

09/04/12  JJPH  Prepare status report to client
                regarding settlement and closing           L120      .10 hrs


              TOTAL FEES FOR THIS MATTER
                                                                   $25.00


BILLING SUMMARY

   Joshua J. Phillips           .10 hrs   250.00 /hr        25.00


TOTAL FEES                   0.10 hrs
                                                     $25.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                     **$25.00**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301054

INVOICE #  818644

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301054
     Smith, Mark A. - 712653
     Loan No. 602094738
     TC # 712653

PROFESSIONAL SERVICES

| Date | | | Code | Hours |
|---|---|---|---|---|
| 10/03/12 | JJPH | Prepare status report to client regarding remaining issues to be resolved | L110 | .10 hrs |
| 10/03/12 | JJPH | Complete closing memorandum | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                           $100.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .40 hrs | 250.00 /hr | 100.00 |

TOTAL FEES              0.40 hrs
                                        $100.00

**TOTAL CHARGES FOR THIS INVOICE**
                                        $100.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301055

INVOICE #  813738

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0G2012-301055
         Ezell, Joann - 712411
         Loan - 0359105201
         TC # 712411

PROFESSIONAL SERVICES

09/05/12   MMB   Attend to e-mail with M.Poblenz        P500      .30 hrs
                 regarding settlement

09/14/12   MMB   Attend to e-mail with M.Poblenz        P500      .20 hrs
                 regarding settlement


           TOTAL FEES FOR THIS MATTER                          $120.00


BILLING SUMMARY

    Melissa Burton          .50 hrs   240.00 /hr       120.00


TOTAL FEES                  0.50 hrs                   $120.00

TOTAL CHARGES FOR THIS INVOICE                       $120.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301055

INVOICE # 818645

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301055
     Ezell, Joann - 712411
     Loan - 0359105201
     TC # 712411

## PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | MST | Finalize Reply Brief in Support of Motion to Dismiss and prepare for filing and service | L210 | .80 hrs |
| 10/02/12 | phn | Draft October status report | L190 | .20 hrs |
| 10/15/12 | ADH | Receipt and review of email from P Stokes regarding status of dismissal; research same. | P200 | .50 hrs |
| 10/17/12 | ADH | Review filed notice of dismissal | L190 | .30 hrs |
| 10/19/12 | ADH | Email to P Stokes regarding notice of dismissal; copy of notice and signed settlement agreement to client. | L190 | .40 hrs |
| 10/21/12 | ADH | Research regarding notice of dismissal and question regarding filing notice of bankruptcy. | P200 | .50 hrs |

TOTAL FEES FOR THIS MATTER

$680.20

## EXPENSES

| 58 | FED DOCKET SERV-PACER | 24.10 |
|----|----------------------|-------|

TOTAL COSTS FOR THIS MATTER

$24.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301055

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .80 hrs | 150.00 /hr | 120.00 |
| Amy D. Hampton | 1.70 hrs | 306.00 /hr | 520.20 |
| Preston H. Neel | .20 hrs | 200.00 /hr | 40.00 |

TOTAL FEES                    2.70 hrs                                    $680.20

TOTAL EXPENSES                                                          $24.10

**TOTAL CHARGES FOR THIS INVOICE**                                   $704.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301055

INVOICE #  821125

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301055
     Ezell, Joann - 712411
     Loan - 0359105201
     TC # 712411

PROFESSIONAL SERVICES

11/01/12  phn  Draft status report for client          L190     .20 hrs

            TOTAL FEES FOR THIS MATTER
                                                              $40.00

BILLING SUMMARY

   Preston H. Neel          .20 hrs   200.00 /hr         40.00

TOTAL FEES                  0.20 hrs
                                                     $40.00
TOTAL CHARGES FOR THIS INVOICE
                                                     $40.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 9, 2013
0G2012-301055

INVOICE #  827896

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301055
     Ezell, Joann - 712411
     Loan - 0359105201
     TC # 712411


TOTAL FEES                 0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                     $.00

          ***** TOTAL DUE UPON RECEIPT *****

┌┐ | BRADLEY ARANT
└┘ | BOULT CUMMINGS
         LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301058

INVOICE #  813739

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301058
     Stallings, Thomas S. and Stephanie D. - 714133
     Loan No. 568965404
     TC # 714133

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/03/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 09/10/12 | JDV | Conference call with client to provide summary of case | L190 | .20 hrs |
| 09/11/12 | JDV | Telephone conversations with E.Cvetetic, defendants' attorney, regarding prior insurer and status of obtaining insurance coverage | L190 | .40 hrs |
| 09/11/12 | JDV | Communications with client regarding prior insurer and status of obtaining insurance coverage | L190 | .20 hrs |
| 09/17/12 | JDV | Email correspondence with client regarding identity of borrowers' previous insurer | L190 | .30 hrs |
| 09/17/12 | JDV | Email correspondence with E.Cvetetic, defendants' attorney, regarding identity of borrowers' previous insurer | L190 | .20 hrs |
| 09/21/12 | JDV | Email correspondence with client regarding identity of private insurers | L190 | .20 hrs |
| 09/21/12 | JDV | Telephone conversation with E.Cvetetic, defendants' attorney, regarding identity of private insurers | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

FED ID NO. 63-0243316

| 09/28/12 | JDV | Communications with E.Cvetetic, defendants' attorney, regarding attorney general settlement and defendants' procurement of insurance policy | L190 | .30 hrs |
|---|---|---|---|---|
| 09/28/12 | JDV | Email correspondence with client regarding defendants' procurement of insurance policy | L190 | .20 hrs |
| 09/30/12 | JDV | Email correspondence with E.Cvetetic, defendants' attorney, regarding defendants' new insurance policy with State Farm | L190 | .30 hrs |
| 09/30/12 | JDV | Email correspondence with client regarding defendants' new insurance policy with State Farm and closing of file | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                       $657.00

BILLING SUMMARY

Jose D. Vega            3.00 hrs   219.00 /hr       657.00

TOTAL FEES              3.00 hrs                  $657.00

**TOTAL CHARGES FOR THIS INVOICE**               **$657.00**

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301058

INVOICE #  818849

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301058
     Stallings, Thomas S. and Stephanie D. - 714133
     Loan No. 568965404
     TC # 714133

PROFESSIONAL SERVICES

10/01/12   JDV   Draft status update for client            L190     .10 hrs

10/01/12   JAM   Email correspondence regarding status of  L190     .10 hrs
                 file

                 TOTAL FEES FOR THIS MATTER                        $36.40

BILLING SUMMARY

   Jamie Mathews              .10 hrs   145.00 /hr        14.50
   Jose D. Vega               .10 hrs   219.00 /hr        21.90

TOTAL FEES                 0.20 hrs                      $36.40

**TOTAL CHARGES FOR THIS INVOICE**                      $36.40

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301058

INVOICE #  821126

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301058
     Stallings, Thomas S. and Stephanie D. - 714133
     Loan No. 568965404
     TC # 714133

PROFESSIONAL SERVICES

| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                        $21.90

BILLING SUMMARY

| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |
|---|---|---|---|

TOTAL FEES              0.10 hrs              $21.90

**TOTAL CHARGES FOR THIS INVOICE**              **$21.90**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301059

INVOICE # 813740

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re: 0G2012-301059
Dillard, Leonidas L. - 707801
Loan No. 0656503926
TC # 707801

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/11/12 | NJV | Review, analyze and edit motion for summary judgment as to borrower's permitted counterclaims and send for filing and service | L240 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER $335.40

BILLING SUMMARY

Nicholas J. Voelker        1.30 hrs   258.00 /hr      335.40

TOTAL FEES              1.30 hrs            $335.40

**TOTAL CHARGES FOR THIS INVOICE**        $335.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301059

INVOICE #  818646

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301059
     Dillard, Leonidas L. - 707801
     Loan No. 0656503926
     TC # 707801

### PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | MCG | Review pleadings and prepare case status update | C300 | .20 hrs |
| 10/03/12 | MCG | Correspondence with J.Ho regarding borrower's request for loan modification | C300 | .10 hrs |
| 10/03/12 | MCG | Correspondence with borrower's regarding request for loan modification and insurance carrier's settlement offer | C400 | .10 hrs |
| 10/03/12 | MCG | Correspondence with insurance carrier's counsel regarding settlement offer | C400 | .10 hrs |
| 10/04/12 | MCG | Correspondence with counsel for title insurance carrier regarding borrower's settlement demand | L160 | .10 hrs |
| 10/08/12 | MCG | Correspondence with counsel for borrower regarding renewed settlement offer | C400 | .10 hrs |
| 10/09/12 | MCG | Correspondence with counsel for borrower regarding settlement demand | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $258.40



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
NOVEMBER 17, 2012

0G2012-301059

FED ID NO. 63-0243316

BILLING SUMMARY

   Michael C. Griffin     .80 hrs  323.00 /hr    258.40

TOTAL FEES            0.80 hrs         $258.40

**TOTAL CHARGES FOR THIS INVOICE**     **$258.40**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301061

INVOICE # 813741

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301061
     Poswalk, Robert (Flat) - 709618
     Loan No. 0381007737
     TC # 709618

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/03/12 | KSA | Status report regarding notice of appeal filed | L120 | .10 hrs |
| 09/12/12 | AHC | Review docket regarding status of briefing schedule and prepare memo regarding same | L110 | .30 hrs |
| 09/12/12 | AHC | Correspondence to appeal clerk regarding copy of record on appeal | L510 | .20 hrs |
| 09/12/12 | AHC | Draft appearance of counsel form for attorney review | L510 | .20 hrs |
| 09/13/12 | MJA | Research on appeal documents and status | L510 | .40 hrs |
| 09/13/12 | JA | Review briefing notice and 5th circuit rules and develop strategy regarding appeal | L120 | .80 hrs |
| 09/18/12 | JA | Draft appellee brief | L520 | 6.50 hrs |
| 09/19/12 | JA | Continued draft of appellee brief and research issues regarding Texas law | L120 | 1.50 hrs |
| 09/20/12 | JA | Review Appeal record | L120 | .30 hrs |
| 09/21/12 | JA | Draft appellee brief | L520 | 1.00 hrs |
| 09/21/12 | JA | Research issues regarding Texas law | L120 | 2.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301061

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 09/24/12 | JA | Draft appellee brief | L520 | 4.50 hrs |
| 09/24/12 | JA | Research issues regarding Texas law | L120 | 2.00 hrs |
| 09/25/12 | JA | Draft appellee brief | L520 | 2.00 hrs |
| 09/25/12 | JA | Review record and research issues regarding Texas law | L120 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                                        $7,074.60

41        Computerized Legal Research-Westlaw
                                                                         0.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Marc J. Ayers | .40 hrs | 297.00 /hr | 118.80 |
| Jeff Anderson | 22.40 hrs | 305.00 /hr | 6,832.00 |
| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |
| Keith S. Anderson | .10 hrs | 223.00 /hr | 22.30 |

TOTAL FEES              23.60 hrs              $7,074.60

**TOTAL CHARGES FOR THIS INVOICE**              **$7,074.60**

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301061

INVOICE #  818647

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301061
     Poswalk, Robert (Flat) - 709618
     Loan No. 0381007737
     TC # 709618

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | KSA | Draft case status report regarding appeal status | L120 | .10 hrs |
| 10/02/12 | KSA | Review and analyze appellant brief and outline arguments after review of trial court pleadings and case law | L520 | 2.10 hrs |
| 10/02/12 | JA | Review appellants' brief and record excerpts | L520 | 1.00 hrs |
| 10/02/12 | JA | Research on briefing strategy | L520 | .50 hrs |
| 10/02/12 | JA | Draft appellee brief | L520 | .80 hrs |
| 10/02/12 | GP | Review and analyze appeals brief | L120 | 1.20 hrs |
| 10/03/12 | JA | Draft appellee brief | L520 | 2.00 hrs |
| 10/03/12 | AHC | Initial review of appellant's brief including retrieval of case and statute citations and organization of same for attorney review | L520 | 1.00 hrs |
| 10/03/12 | KSA | Research bankruptcy implications for case | L120 | .20 hrs |
| 10/04/12 | KSA | Respond to email regarding status of case and bankruptcy filing | L120 | .60 hrs |
| 10/04/12 | JA | Draft appellee brief | L520 | 2.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 17, 2012

0G2012-301061

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/07/12 | JA | Draft appellee brief | L520 | 4.80 hrs |
| 10/08/12 | JA | Draft appellee brief argument statement | L520 | 4.80 hrs |
| 10/09/12 | JA | Draft appellee brief argument statement | L520 | 6.50 hrs |
| 10/10/12 | JA | Draft appellee brief argument regarding fee cap claim | L520 | 7.00 hrs |
| 10/10/12 | MJA | Research on bankruptcy notice issue | L510 | .30 hrs |
| 10/11/12 | JA | Draft appellee brief argument regarding cure claim and declaratory judgment | L520 | 6.80 hrs |
| 10/11/12 | KSA | Review and edit brief | L520 | 1.20 hrs |
| 10/11/12 | GP | Review appeals brief | L120 | .40 hrs |
| 10/12/12 | JA | Draft appellee brief response to declaratory judgment claim | L520 | 1.00 hrs |
| 10/18/12 | KSA | Research need to file bankruptcy notice during appeal | L120 | .40 hrs |
| 10/18/12 | KSA | Draft notice of bankruptcy | L210 | .80 hrs |
| 10/18/12 | JA | Review and edit notice of bankruptcy | L120 | .80 hrs |
| 10/18/12 | MJA | Research on bankruptcy issues for possible appellate submission | L510 | .40 hrs |
| 10/18/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental bankruptcy order | L210 | .40 hrs |
| 10/19/12 | JB | Work on matters regarding strategy on appeal | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 17, 2012

0G2012-301061

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/19/12 | JA | Conference regarding notice of bankruptcy and appeal | L120 | .50 hrs |
| 10/19/12 | MST | Analysis of filing status of Notice of Bankruptcy and update review sheet regarding same | L140 | .20 hrs |
| 10/19/12 | KSA | Analyze notice of bankruptcy for use with appeal brief filing | L120 | .40 hrs |
| 10/22/12 | JA | Prepare notice of bankruptcy for filing | L120 | .30 hrs |
| 10/22/12 | JA | Review rules regarding record excerpts | L120 | .30 hrs |
| 10/22/12 | MJA | Review of and revisions to draft appellee brief | L520 | 1.70 hrs |
| 10/23/12 | AHC | Final review and revision of Appellee's Brief, Record Excerpts, and Notice of Bankruptcy | L520 | .80 hrs |
| 10/23/12 | JA | Finalize brief and record excerpts for filing and service | L120 | 4.30 hrs |
| 10/24/12 | AHC | Research regarding record excerpts filed | L510 | .20 hrs |
| 10/25/12 | AHC | Follow-up email regarding amended record excerpts | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER                 $16,332.90

| Code | Description | Amount |
|------|-------------|--------|
| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      4
NOVEMBER 17, 2012

0G2012-301061

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .20 hrs | 150.00 /hr | 30.00 |
| Marc J. Ayers | 2.40 hrs | 297.00 /hr | 712.80 |
| Jeff Anderson | 44.20 hrs | 305.00 /hr | 13,481.00 |
| Alecia H. Cockrell | 2.30 hrs | 145.00 /hr | 333.50 |
| Keith S. Anderson | 5.80 hrs | 223.00 /hr | 1,293.40 |
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| James Bailey | .30 hrs | 190.00 /hr | 57.00 |
| Grant Premo | 1.60 hrs | 185.00 /hr | 296.00 |

TOTAL FEES            57.20 hrs                    $16,332.90

**TOTAL CHARGES FOR THIS INVOICE**               $16,332.90

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301061

INVOICE #  820580

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301061
     Poswalk, Robert (Flat) - 709618
     Loan No. 0381007737
     TC # 709618

TOTAL FEES                    0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**                        $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301061

INVOICE #  821127

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301061
Poswalk, Robert (Flat) - 709618
Loan No. 0381007737
TC # 709618

PROFESSIONAL SERVICES

| 11/01/12 | KSA | Draft status report regarding appellee's brief and notice of bankruptcy filed | L120 | .10 hrs |
|---|---|---|---|---|
| 11/03/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                           $65.80

BILLING SUMMARY

| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
|---|---|---|---|
| Keith S. Anderson | .10 hrs | 223.00 /hr | 22.30 |

TOTAL FEES                    0.40 hrs                    $65.80

**TOTAL CHARGES FOR THIS INVOICE**                    **$65.80**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301062

INVOICE #  813742

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301062
English, Michelle  (Flat) - 709816
Loan No. 0425172707
TC # 709816

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 09/03/12 | KW | Draft monthly status report | L190 | .10 hrs |
| 09/06/12 | KW | Correspond with opposing counsel on settlement options | P500 | .20 hrs |
| 09/06/12 | KW | Reviewed response from client regarding deed in lieu | P300 | .10 hrs |
| 09/06/12 | KW | Email client contact to update on withdrawal of short sale option and borrower's request to proceed with deed in lieu | P300 | .20 hrs |
| 09/11/12 | KW | Review suggested changes/edits for Notice of Bankruptcy | L250 | .10 hrs |
| 09/11/12 | JDR | Edit draft notice of bankruptcy. | L250 | .30 hrs |
| 09/13/12 | KW | Research facts requested by loss mitigation for processing deed in lieu | C100 | .50 hrs |
| 09/13/12 | KW | Update client on settlement progress | C100 | .10 hrs |
| 09/18/12 | KW | Edit and revise notice of bankruptcy | L250 | 1.00 hrs |
| 09/18/12 | KW | Provide client contact with finalized notice of bankruptcy for review and approval | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          PAGE    2
                                                                OCTOBER 30, 2012

                                                                0G2012-301062

                                                                FED ID NO. 63-0243316

| 09/18/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental bankruptcy order | L210 | .40 hrs |
| 09/25/12 | KW | Review correspondence from client approving filing | L250 | .10 hrs |
| 09/28/12 | KW | Prepare notice of bankruptcy and filed same | P400 | .40 hrs |
| 09/28/12 | KW | Provide update to client regarding filing | L250 | .10 hrs |

              TOTAL FEES FOR THIS MATTER                        $772.10

    01        Copy Charges
                                                                    0.00

BILLING SUMMARY

    Jonathan Rose              .30 hrs    293.00 /hr         87.90
    Michael C. Griffin         .40 hrs    323.00 /hr        129.20
    Kristi Wilcox             3.00 hrs    185.00 /hr        555.00


TOTAL FEES                    3.70 hrs                    $772.10

**TOTAL CHARGES FOR THIS INVOICE**                       **$772.10**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301062

INVOICE #  818648

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301062
     English, Michelle  (Flat) - 709816
     Loan No. 0425172707
     TC # 709816

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | KW | Draft monthly status report | L190 | .10 hrs |
| 10/03/12 | KW | Email client contact regarding settlement progress | P500 | .10 hrs |
| 10/03/12 | KW | Reviewed client response on progress of settlement analysis in loss mitigation department | P500 | .10 hrs |
| 10/03/12 | KW | Teleconference with opposing counsel regarding settlement status | P500 | .10 hrs |
| 10/04/12 | KW | Review client contact's confidential correspondence related to update from loss mitigation | L190 | .20 hrs |
| 10/16/12 | KW | Review response from loss mitigation requesting additional information | P500 | .10 hrs |
| 10/16/12 | JDR | Review e-mail from J.Hoy regarding additional information needed for consideration of potential settlement. | P500 | .10 hrs |
| 10/16/12 | JDR | E-mail correspondence with J.Hoy regarding my correspondence with J.Bleidt regarding additional financial information requested. | P500 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301062

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 10/16/12 | JDR | E-mail to J.Bleidt regarding additional information needed to evaluate settlement possibility. | P500 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $235.90

| 02 | Postage Charges | 0.00 |
|---|---|---|
| 35 | Express Mail/Fedex | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | .30 hrs | 293.00 /hr | 87.90 |
| Kristi Wilcox | .70 hrs | 185.00 /hr | 129.50 |

TOTAL FEES                        1.00 hrs              $235.90

**TOTAL CHARGES FOR THIS INVOICE**                        **$235.90**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301062

INVOICE #  821128

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301062
English, Michelle  (Flat) - 709816
Loan No. 0425172707
TC # 709816

PROFESSIONAL SERVICES

| 11/01/12 | KW | Reviewed status of settlement negotiations and corresponded with opposing counsel regarding information needed for deed in lieu application | P300 | .30 hrs |
| 11/01/12 | KW | Emailed client contact regarding status of deed in lieu | P300 | .10 hrs |
| 11/07/12 | KW | Briefly reviewed response from opposing counsel regarding client questions | C100 | .10 hrs |
| 11/08/12 | KW | Reviewed new GMAC instructions on settlement negotiations | P100 | .10 hrs |
| 11/09/12 | KW | Reviewed responses from T.English and K.Gardner regarding information needed to complete deed in lieu analysis | C100 | .30 hrs |
| 11/09/12 | KW | Responded to J. Bleidt's correspondence | P500 | .10 hrs |
| 11/09/12 | KW | Reviewed J.Hoy's response and provided her a copy of email to opposing counsel | P500 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$222.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301062

FED ID NO. 63-0243316

BILLING SUMMARY

   Kristi Wilcox               1.20 hrs   185.00 /hr        222.00

TOTAL FEES                 1.20 hrs                     $222.00

**TOTAL CHARGES FOR THIS INVOICE**                     **$222.00**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301062

INVOICE #  830116

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301062
English, Michelle  (Flat) - 709816
Loan No. 0425172707
TC # 709816

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | KW | Drafted monthly status report for client | L190 | .10 hrs |
| 12/06/12 | KW | Reviewed response from client relating to deed in lieu | P300 | .10 hrs |
| 12/06/12 | JDR | Review e-mail from J.Hoy regarding case assessment. | L190 | .10 hrs |
| 12/07/12 | JDR | Supervisory review of case status and recent correspondence in preparation for conference with J.Hoy today. | L120 | .30 hrs |
| 12/07/12 | JDR | Prepare for and participate in telephone conference with J.Hoy regarding case status and resolution. | L190 | .40 hrs |
| 12/07/12 | JDR | Call J.Bleidt regarding overdue discovery and other issues. | L310 | .10 hrs |
| 12/10/12 | JDR | Research issue of setoff | L190 | .20 hrs |
| 12/11/12 | JDR | E-mail to J.Bleidt regarding and forwarding (again) notice of bankruptcy. | L190 | .10 hrs |
| 12/11/12 | JDR | Telephone conference with J.Bleidt regarding status of litigation and effect of bankruptcy. | L190 | .20 hrs |
| 12/11/12 | KW | Reviewed update on John Bleidt's position | P300 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301062

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/12/12 | JDR | Review e-mail from J.Bleidt regarding settlement proposal. | P500 | .10 hrs |
| 12/19/12 | KW | Drafted updated case assessment in light of loss mitigation denials and notice of bankruptcy | P300 | .80 hrs |
| 12/20/12 | KW | Communicated settlement offer to client contact | P300 | .10 hrs |
| 12/20/12 | KW | Reviewed supplemental report on J.Bleidt's position that his clients would not submit further paperwork | P500 | .10 hrs |
| 12/21/12 | KW | Summarized GMAC's position with regards to settlement for update to opposing counsel | P500 | .20 hrs |
| 12/21/12 | KW | Teleconference with J.Hoy related to proposed settlement | P300 | .20 hrs |
| 12/21/12 | JDR | E-mail to J.Hoy regarding settlement offer. | P500 | .10 hrs |
| 12/21/12 | JDR | Review e-mail from J.Hoy regarding settlement offer. | P500 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $812.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | 1.70 hrs | 293.00 /hr | 498.10 |
| Kristi Wilcox | 1.70 hrs | 185.00 /hr | 314.50 |

TOTAL FEES            3.40 hrs              $812.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
JANUARY 23, 2013

0G2012-301062

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $812.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301063

INVOICE #  813743

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301063
     Gardner, Mary - 711738
     Loan No. 0359528707
     TC # 711738

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | JHP | Correspondene to/from counsel regarding status update to court and requesting that it be re-filed | L230 | .10 hrs |
| 09/05/12 | ABB | Assimilation and compilation of filed documents received from Federal Court via e-mail regarding bankruptcy status | L110 | .20 hrs |
| 09/05/12 | ABB | Assimilation and compilation of filed bankruptcy filing received from the Court via e-mail and update pleadings regarding same | L110 | .20 hrs |
| 09/05/12 | JHP | Emails to/from all counsel to discuss joint motion to extend deadlines and review joint motion for approval | L250 | .30 hrs |
| 09/06/12 | ABB | Assimilation and compilation of Joint Motion to Extend Deadlines and update pleadings regarding same | L110 | .20 hrs |
| 09/10/12 | ABB | Receive document from Montgomery County regarding status conference and telephone conference with Court due to case being removed to federal court and update file regarding same | L110 | .20 hrs |
| 09/10/12 | JHP | Review Order from court reinstating case for limited purpose | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301063

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/11/12 | JHP | Emails to/from all counsel to discuss deposition dates for GMAC and other parties | L330 | .20 hrs |
| 09/11/12 | JHP | Email to client contacts K.Priore and S.Gregory to discuss status of case and borrower's counsel's request for deposition dates | L330 | .10 hrs |
| 09/11/12 | ABB | Receipt of Order lifting stay and Assimilation and compilation of same and update pleadings | L110 | .20 hrs |
| 09/11/12 | ABB | Receive and review Order regarding deadlines due to case reinstatement from bankruptcy | L110 | .10 hrs |
| 09/11/12 | ABB | Written summarization of new Scheduling Order and calendar imperative information as well as update pleadings file | L110 | .30 hrs |
| 09/12/12 | ABB | Analysis and review of client communications regarding deposition dates and update file regarding same | L110 | .10 hrs |
| 09/12/12 | JHP | Emails to/from all counsel to discuss deposition scheduling | L330 | .20 hrs |
| 09/13/12 | JHP | Emails from counsel to discuss deposition scheduling | L330 | .10 hrs |
| 09/13/12 | BG | Correspondence between counsel regarding deposition scheduling | L330 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301063

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/14/12 | JHP | Emails to/from client contact K.Priore to discuss update on deposition scheduling and document production to borrower | L330 | .20 hrs |
| 09/14/12 | JHP | Email from counsel for borrower to discuss deposition scheduling | L330 | .10 hrs |
| 09/17/12 | JHP | Emails to/from all counsel to discuss deposition scheduling | L330 | .10 hrs |
| 09/17/12 | BG | Correspondence regarding deposition scheduling | L330 | .10 hrs |
| 09/19/12 | BG | Correspondence with client regarding proffer of evidence concerning service transfer procedures | L120 | .10 hrs |
| 09/19/12 | JHP | Phone conference with all counsel to discuss deposition scheduling | L330 | .30 hrs |
| 09/19/12 | JHP | Emails to/from client to discuss discovery issues and potential deposition dates | L330 | .30 hrs |
| 09/20/12 | JHP | Emails to/from all counsel to discuss deposition scheduling | L330 | .30 hrs |
| 09/20/12 | JHP | Review documents from client in preparation for additional discovery production to borrower | L320 | .70 hrs |
| 09/20/12 | JHP | Emails to/from state court judge's office to discuss fact that case was removed to federal court last year | L190 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
OCTOBER 30, 2012

0G2012-301063

FED ID NO. 63-0243316

| 09/21/12 | JHP | Emails to/from all counsel to discuss deposition scheduling | L330 | .30 hrs |
|---|---|---|---|---|
| 09/24/12 | BG | Correspondence with client regarding transfer protocols | L120 | .20 hrs |
| 09/24/12 | JHP | Phone conference with client contacts to discuss documents to be produced to borrower and to discuss deposition of representative of client as required by agreement between client and borrower | L120 | .40 hrs |
| 09/24/12 | JHP | Phone call to counsel for borrower to discuss scope of discovery sought by borrower and to discuss deposition dates for client representative | L330 | .30 hrs |
| 09/25/12 | JHP | Email from client contact providing dates for client to be available for deposition | L330 | .10 hrs |
| 09/26/12 | JHP | Email to all counsel proposing date of October 23 for client's deposition | L330 | .10 hrs |
| 09/27/12 | JHP | Emails to/from client contact to discuss October 23 deposition date for client and to discuss whether client is available on any other dates | L330 | .20 hrs |
| 09/27/12 | JHP | Emails to/from all counsel to discuss potential dates for GMAC deposition | L330 | .10 hrs |
| 09/27/12 | JHP | Draft proposed proffer of client for testimony to be given at upcoming deposition | L330 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
OCTOBER 30, 2012

0G2012-301063

FED ID NO. 63-0243316

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/27/12 | JHP | Email to client contacts to discuss propose proffer of client's testimony for upcoming deposition and attaching documents to be produced to borrower | L120 | .30 hrs | |
| 09/27/12 | BG | Correspondence with client regarding deposition dates and potential production to opposing counsel | L330 | .10 hrs | |
| 09/28/12 | JHP | Email from client contact to discuss update on corporate representative for deposition and to discuss general issues regarding deposition | L330 | .10 hrs | |

TOTAL FEES FOR THIS MATTER                                     $1,686.50

01          Copy Charges

                                                                   0.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Allison Burke | 1.50 hrs | 150.00 /hr | 225.00 |
| Jon H. Patterson | 5.50 hrs | 245.00 /hr | 1,347.50 |
| Blake Goodsell | .60 hrs | 190.00 /hr | 114.00 |

TOTAL FEES                     7.60 hrs              $1,686.50

**TOTAL CHARGES FOR THIS INVOICE**              **$1,686.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301063

INVOICE #  818850

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301063
     Gardner, Mary - 711738
     Loan No. 0359528707
     TC # 711738

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | JHP | Email from counsel for borrower to confirm that client will allow court reporter to be present at borrower's counsel's office for deposition of GMAC representative | L330 | .10 hrs |
| 10/01/12 | BG | Draft status update regarding setting of depositions and proffer of evidence | L190 | .10 hrs |
| 10/01/12 | ABB | Receipt, review and compilation of Witness List from opposing counsel and update file regarding same | L110 | .20 hrs |
| 10/02/12 | JHP | Email to client contacts S.Gregory and K.Priore to discuss deposition of client | L330 | .10 hrs |
| 10/04/12 | JHP | Emails to/from client contacts to discuss upcoming deposition of client | L330 | .20 hrs |
| 10/05/12 | JHP | Revise proffer of testimony to include information on deponent | L330 | .20 hrs |
| 10/05/12 | JHP | Emails to/from client contacts and deponent to discuss proffer and upcoming deposition | L330 | .30 hrs |
| 10/05/12 | JHP | Review amended deposition notice for co-defendant MGC Mortgage | L330 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301063

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/05/12 | JHP | Review deposition notice from Plaintiff for corporate representative of GMAC | L330 | .20 hrs |
| 10/05/12 | JHP | Email to client to discuss deposition notice from Plaintiff for corporate representative of GMAC | L330 | .10 hrs |
| 10/08/12 | JHP | Revise and edit amended discovery responses of client | L310 | 1.00 hrs |
| 10/08/12 | JHP | Emails to/from client contacts to discuss amended discovery responses of client | L310 | .20 hrs |
| 10/08/12 | JHP | Prepared for witness preparation for 30(b)(6) deposition by reviewing prior stipulation and prior discovery responses of client | L330 | .60 hrs |
| 10/08/12 | JHP | Witness preparation with 30(b)(6) representative and client representative | L330 | .40 hrs |
| 10/08/12 | JHP | Email to counsel for borrower to discuss objections to corporate representative deposition notice and attaching proffer of testimony of deponent and other documents to be produced by client prior to deposition | L330 | .40 hrs |
| 10/08/12 | JHP | Emails to/from client contacts to discuss proposed email to borrower's counsel regarding client's objections to deposition notice for client representative | L330 | .30 hrs |
| 10/08/12 | BG | Correspondence with client regarding deposition notice | L330 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 19, 2012

0G2012-301063

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/09/12 | BG | Correspondence with opposing counsel regarding of discovery requests | L120 | .10 hrs |
| 10/09/12 | JHP | Emails to/from client contacts to discuss amended discovery responses of GMAC and forwarding prior responses for client representative to review | L310 | .30 hrs |
| 10/09/12 | JHP | Emails to/from counsel for borrower to discuss issues client has with deposition notice as drafted for 30(b)(6) deposition of borrower and to discuss upcoming deposition of MGC | L330 | .30 hrs |
| 10/12/12 | JHP | Email from client enclosing signed amended discovery responses | L310 | .10 hrs |
| 10/15/12 | JHP | Email to counsel for borrower to discuss upcoming deposition of GMAC | L330 | .10 hrs |
| 10/16/12 | ABB | Finalize and assemble GMAC's Amended Responses to Plaintiff's Discovery Propounded to GMAC and service same upon all parties via e-mail and certified mail | L110 | .50 hrs |
| 10/16/12 | JHP | Emails to and from client contact K. Priore and rep T. Maxwell to discuss upcoming deposition | L330 | .30 hrs |
| 10/16/12 | JHP | Emails and phone calls to/from counsel for borrower to discuss deposition start time | L330 | .20 hrs |
| 10/16/12 | BG | Develop objections to deposition notice | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 19, 2012

0G2012-301063

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/17/12 | BG | Correspondence with client regarding depositions, objections thereto, and impact on proffer of evidence | L330 | .10 hrs |
| 10/17/12 | ABB | Assimilation and compilation of e-mail communications pertaining to upcoming deposition of the borrower | L110 | .10 hrs |
| 10/17/12 | JHP | Emails and phone calls to/from counsel for borrower to discuss continued disputes between borrower and client over scope of deposition testimony of GMAC representative | L330 | .50 hrs |
| 10/17/12 | JHP | Emails to/from client contact and corporate witness and GMAC employee to discuss deposition testimony and issues between counsel for borrower and client over scope of testimony | L330 | .50 hrs |
| 10/18/12 | JHP | Emails and phone calls to/from client contact K.Priore and J.Aguirre to discuss scope of deposition testimony and to discuss strategy | L330 | .50 hrs |
| 10/18/12 | JHP | Draft and edit letter to counsel for borrower regarding client's position on scope of deposition testimony | L330 | 1.00 hrs |
| 10/18/12 | JHP | Emails to/from client contact K.Priore to discuss letter to counsel for borrower | L120 | .20 hrs |
| 10/19/12 | JHP | Phone calls and emails to/from client contact K.Priore to discuss affidavit concerning authentication of documents | L330 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
NOVEMBER 19, 2012

0G2012-301063

FED ID NO. 63-0243316

| 10/19/12 | JHP | Emails and phone calls to/from counsel for borrower to discuss unresolved issues regarding scope of deposition testimony of GMAC | L330 | .60 hrs |
|---|---|---|---|---|
| 10/19/12 | JHP | Review servicing notes in detail and provide copy to client contact | L330 | .80 hrs |
| 10/19/12 | JHP | Email to representative T.Maxwell and client employee J.Aguirre regarding deposition | L330 | .10 hrs |
| 10/19/12 | JHP | Email to all counsel confirming deposition of GMAC is postponed | L330 | .10 hrs |
| 10/19/12 | BG | Review correspondence from opposing counsel to bankruptcy counsel regarding interpretation of bankruptcy stipulation and corporate representative deposition | L120 | .10 hrs |
| 10/19/12 | BG | Evaluate opposing counselÆs request for different information in proffer of evidence | L120 | .40 hrs |
| 10/19/12 | BG | Review correspondence from opposing counsel to bankruptcy counsel regarding interpretation of bankruptcy stipulation and corporate representative deposition | L120 | .10 hrs |
| 10/23/12 | BG | Receipt / review of additional documents referenced by Plaintiff regarding the servicing transfer | L120 | .10 hrs |
| 10/23/12 | JHP | Email from client contact K.Priore to discuss facts surrounding loan transfer and servicing notes and attaching additional documents from loan file | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
NOVEMBER 19, 2012

0G2012-301063

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/12 | ABB | Assimilation and compilation of client documents | L110 | .20 hrs |
| 10/24/12 | JHP | Email to client contact K.Priore to discuss service transfer issues | L120 | .10 hrs |
| 10/26/12 | JHP | Email to client contact K.Priore to discuss status of affidavit | L310 | .10 hrs |
| 10/26/12 | JHP | Email from client regarding insurance | L320 | .30 hrs |
| 10/29/12 | JHP | Email from counsel for borrower to discuss deposition | L330 | .10 hrs |
| 10/29/12 | JHP | Email to client forwarding deposition related email received from counsel for borrower | L330 | .10 hrs |
| 10/30/12 | BG | Correspondence with opposing counsel regarding need for a deposition of corporate representative despite proffer of evidence | L330 | .10 hrs |
| 10/31/12 | JHP | Emails to/from client contact K.Priore to discuss deposition related issues | L330 | .30 hrs |
| 10/31/12 | JHP | Phone call to counsel for borrower to discuss deposition issues and requested scope of client's deposition testimony | L330 | .30 hrs |
| 10/31/12 | BG | Correspondence with opposing counsel regarding deposition of GMAC | L330 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$3,494.50

01          Copy Charges

0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      7
NOVEMBER 19, 2012

0G2012-301063

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.00 hrs | 150.00 /hr | 150.00 |
| Jon H. Patterson | 12.10 hrs | 245.00 /hr | 2,964.50 |
| Blake Goodsell | 2.00 hrs | 190.00 /hr | 380.00 |

TOTAL FEES              15.10 hrs                    $3,494.50

**TOTAL CHARGES FOR THIS INVOICE**                   $3,494.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive                                          NOVEMBER 30, 2012
Fort Washington, PA 19034                                    0G2012-301063

                                                             INVOICE #   820582

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0G2012-301063
         Gardner, Mary - 711738
         Loan No. 0359528707
         TC # 711738
    01        Copy Charges
                                                                        0.00


TOTAL FEES                      0.00 hrs
                                                         $.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                         $.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301063

INVOICE #  821129

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301063
     Gardner, Mary - 711738
     Loan No. 0359528707
     TC # 711738

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | BG | Draft status report for client regarding proffer of evidence and deposition of GMAC | L190 | .20 hrs |
| 11/01/12 | JHP | Emails to/from all other counsel to discuss scheduling of GMAC corporate representative deposition | L330 | .20 hrs |
| 11/01/12 | JHP | Email from client contact K.Priore regarding corporate representative deposition dates for November | L330 | .10 hrs |
| 11/02/12 | JHP | Numerous emails to/from client contacts K.Priore and S.Gregory to discuss deposition scheduling and additional document production to borrower | L330 | .50 hrs |
| 11/02/12 | JHP | Emails to/from all counsel to discuss update on potential dates for GMAC corporate representative deposition and to confirm date for November 23 | L330 | .50 hrs |
| 11/06/12 | JHP | Emails to/from client contact K.Priore to discuss additional documents to produce to borrower | L320 | .20 hrs |
| 11/06/12 | JHP | Provided monthly status update to client | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301063

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 11/07/12 | ABB | Assemble, review and bates label documents for production labeled GMAC-000057-000090 | L110 | .90 hrs |
| 11/07/12 | JHP | Emails to/from client confirming production of documents | L320 | .20 hrs |
| 11/07/12 | JHP | Email to all counsel enclosing additional responsive documents of client | L320 | .20 hrs |
| 11/08/12 | JHP | Emails to/from client contacts K.Priore and S.Gregory to confirm deposition date and time for GMAC corporate representative deposition | L120 | .30 hrs |
| 11/13/12 | JHP | Phone call from client contact S.Gregory to discuss upcoming deposition | L330 | .20 hrs |
| 11/14/12 | JHP | Emails to/from client contact S.Gregory to discuss and confirm time for pre-deposition scheduling call | L330 | .10 hrs |
| 11/15/12 | JHP | Emails to/from client contacts to confirm deposition date of client | L330 | .10 hrs |
| 11/16/12 | ABB | Assimilation and compilation of documents and bates-label same in preparation for production | L110 | .30 hrs |
| 11/16/12 | JHP | Email to all counsel with additional document produced by client | L330 | .20 hrs |
| 11/16/12 | JHP | Emails from client contact S.Gregory attaching various documents for deposition preparation | L330 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301063

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/19/12 | JHP | Reviewed chronology of account from client | L330 | .30 hrs |
| 11/19/12 | JHP | Prepared for and participated in deposition preparation conference call with client contacts S.Gregory and K.Priore and client representative | L330 | .60 hrs |
| 11/19/12 | JHP | Email to client representative providing documents for deposition preparation and discussing and confirming time for deposition | L330 | .30 hrs |
| 11/20/12 | JHP | Emails to/from counsel for MGC to discuss upcoming deposition of GMAC corporate representative | L330 | .20 hrs |
| 11/21/12 | JHP | Email to/from client contacts K.Priore and S.Gregory and client representativeto discuss upcoming deposition | L330 | .70 hrs |
| 11/23/12 | JHP | Prepared for and defended deposition of GMAC representative via telephone | L330 | 3.80 hrs |
| 11/23/12 | JHP | Emails and phone calls to/from all counsel to discuss exhibits and documents to be utilized during deposition of GMAC representative | L330 | .50 hrs |
| 11/23/12 | JHP | Emails and phone calls to/from client representative to discuss deposition | L330 | .50 hrs |
| 11/23/12 | JHP | Emails to/from client contacts K.Priore and S.Gregory to discuss deposition | L330 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301063

FED ID NO. 63-0243316

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/27/12 | JHP | Email to client contacts K.Priore and S.Gregory and client representativeattaching copy of deposition transcript | L330 | .20 hrs |
| 11/29/12 | JHP | Reviewed deposition transcript in detail | L330 | .70 hrs |
| 11/29/12 | JHP | Emails to/from all counsel to discuss upcoming dispositive motions deadline and to discuss that client should be dismissed soon | L190 | .10 hrs |
| 11/30/12 | JHP | Reviewed motion for extension of time and order regarding same filed by co-defendant MGC and emailed counsel for borrower to determine when borrower would be dismissing client per the stipulated bankruptcy order | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $2,986.50

01        Copy Charges                                   0.00

BILLING SUMMARY

| | | | |
|------|------|------|------|
| Allison Burke | 1.20 hrs | 150.00 /hr | 180.00 |
| Jon H. Patterson | 11.30 hrs | 245.00 /hr | 2,768.50 |
| Blake Goodsell | .20 hrs | 190.00 /hr | 38.00 |

TOTAL FEES          12.70 hrs          $2,986.50

**TOTAL CHARGES FOR THIS INVOICE**          $2,986.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301063

INVOICE # 830120

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301063
     Gardner, Mary - 711738
     Loan No. 0359528707
     TC # 711738

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/30/12 | ABB | Receive and review correspondence regarding deposition transcript of Mr. Maxwell and e-mail communications regarding same | L110 | .20 hrs |
| 12/03/12 | JHP | Reviewed proposed Motion to Dismiss Complaint against client | L240 | .20 hrs |
| 12/03/12 | JHP | Email to client contacts K.Priore and S.Gregory to discuss Motion to Dismiss Complaint against client to | L240 | .10 hrs |
| 12/03/12 | BG | Correspondence with client regarding voluntary dismissal and file closure | L120 | .10 hrs |
| 12/04/12 | JHP | Email from client contact S.Gregory approving the filing of the motion to dismiss from plaintiff | L240 | .10 hrs |
| 12/04/12 | JHP | Email to counsel for borrower confirming client's approval to file motion to dismiss client from case | L240 | .10 hrs |
| 12/04/12 | JHP | Reviewed filed copy of motion to dismiss client | L240 | .10 hrs |
| 12/05/12 | JHP | Email to client contacts K.Priore and S.Gregory attaching copy of motion to dismiss and discussing file closure | L240 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301063

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/05/12 | JHP | Reviewed order from court dismissing case against client, with prejudice | L240 | .10 hrs |
| 12/06/12 | JHP | Email to client contacts S.Greogry and K.Priore enclosing copy of Order dismissing client | L240 | .10 hrs |
| 12/14/12 | ABB | Assimilation and compilation of court notices regarding pre-removal state court matter and update file | L110 | .20 hrs |
| 12/20/12 | ABB | Prepare documents regarding case dismissal and draft closing memo regarding case disposal | L110 | .50 hrs |
| 12/27/12 | ABB | Revisions to memo and finalize same as well as forward with attachments to client regarding disposal of case | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                  $419.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.20 hrs | 150.00 /hr | 180.00 |
| Jon H. Patterson | .90 hrs | 245.00 /hr | 220.50 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

TOTAL FEES            2.20 hrs                          $419.50

**TOTAL CHARGES FOR THIS INVOICE**
                                                        $419.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301065

INVOICE #  813744

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301065
     Fowler, Raymond - 715285
     Loan No. 7429215148
     TC # 715285

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/10/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 09/10/12 | AHC | Review docket regarding status of proposed order | L110 | .20 hrs |
| 09/11/12 | JMH | Evaluate status of bankruptcy and impact on motion to dismiss various claims | L120 | .30 hrs |
| 09/11/12 | HTC | Review notes of hearing on motion to dismiss and ensure that order reflects claims that have been stayed | L250 | .10 hrs |
| 09/12/12 | HTC | Review and revise proposed order on motion to dismiss to ensure compliance with notice of bankruptcy | L250 | .20 hrs |
| 09/12/12 | JMH | Evaluate whether to revise proposed order to account more clearly for bankruptcy | L250 | .20 hrs |
| 09/12/12 | JMH | Revise proposed order to account more clearly for bankruptcy | L250 | .30 hrs |
| 09/13/12 | JMH | Evaluate appropriate language for order dismissing counter- and third-party claims without prejudice | L250 | .30 hrs |
| 09/14/12 | JMH | Revise proposed order transmission to trial court judge | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301065

FED ID NO. 63-0243316

| 09/17/12 | AHC | Correspondence to opposing counsel regarding proposed Order | L250 | .20 hrs |
|---|---|---|---|---|
| 09/17/12 | JMH | Review and approve proposed order for circulation to opposing counsel | L210 | .20 hrs |
| 09/19/12 | JMH | Evaluate status of matter | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                          $538.10

41        Computerized Legal Research-Westlaw
                                                                        0.00

BILLING SUMMARY

| Hope Cannon | .30 hrs | 315.00 /hr | 94.50 |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |
| Jonathan Hooks | 1.60 hrs | 241.00 /hr | 385.60 |

TOTAL FEES            2.30 hrs                  $538.10

**TOTAL CHARGES FOR THIS INVOICE**                  **$538.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301065

INVOICE #  818649

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301065
     Fowler, Raymond - 715285
     Loan No. 7429215148
     TC # 715285

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | JMH | Draft status report to client | L120 | .10 hrs |
| 10/12/12 | JMH | E-mails to and from client regarding status of matter | L120 | .30 hrs |
| 10/16/12 | JDV | Review Amended Counter and Third Party Claims | L210 | .40 hrs |
| 10/24/12 | JDV | Draft Amended Notice of Bankruptcy | L210 | .50 hrs |
| 10/24/12 | JDV | Email correspondence with client regarding review of notice of bankruptcy | L210 | .20 hrs |
| 10/24/12 | JDV | Draft Motion to Dismiss Amended Counter and Third Party Claims | L210 | 2.50 hrs |
| 10/24/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental order in bankruptcy | L210 | .40 hrs |
| 10/30/12 | HTC | Review and revise motion to dismiss amended claims | L250 | .50 hrs |
| 10/31/12 | JDV | Revise Motion to Dismiss Amended Counter and Third Party Claims | L210 | 1.00 hrs |

              TOTAL FEES FOR THIS MATTER

                                              $1,390.50

  01        Copy Charges

                                                  0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 17, 2012

0G2012-301065

FED ID NO. 63-0243316

| 35 | Express Mail/Fedex | | | | 0.00 |

BILLING SUMMARY

| Hope Cannon | .50 hrs | 315.00 /hr | 157.50 |
| Michael C. Griffin | .40 hrs | 323.00 /hr | 129.20 |
| Jonathan Hooks | .40 hrs | 241.00 /hr | 96.40 |
| Jose D. Vega | 4.60 hrs | 219.00 /hr | 1,007.40 |

| TOTAL FEES | 5.90 hrs | | $1,390.50 |

**TOTAL CHARGES FOR THIS INVOICE**          $1,390.50

***** TOTAL DUE UPON RECEIPT *****