

### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301065

INVOICE #  820584

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301065
    Fowler, Raymond - 715285
    Loan No. 7429215148
    TC # 715285

| | | |
|---|---|---|
| 01 | Copy Charges | |
| 35 | Express Mail/Fedex | 0.00 |
| | | 0.00 |

TOTAL FEES            0.00 hrs           $.00

**TOTAL CHARGES FOR THIS INVOICE**       $.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301065

INVOICE #  821130

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301065
     Fowler, Raymond - 715285
     Loan No. 7429215148
     TC # 715285

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .20 hrs |
| 11/02/12 | JDV | Review conformed copy of Amended Order | L210 | .20 hrs |
| 11/03/12 | JAM | Review email correspondence regarding draft Motion to Dismiss and Amended Notice of Bankruptcy | L210 | .10 hrs |
| 11/06/12 | JAM | Research e-service issues regarding opposing counsel | L190 | .20 hrs |
| 11/17/12 | AHC | Review judicial calendar for possible dates for hearing on Motion to Dismiss Amended Counterclaims and Third Party Claims and prepare memorandum regarding same | L110 | .30 hrs |
| 11/19/12 | JDV | Analysis of Third Party Defendant Law Offices of David J. Stern P.A.'s Motion to Dismiss Amended Third Party Complaint | L210 | .20 hrs |
| 11/26/12 | JDV | Revise Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant | L310 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301065

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/26/12 | AHC | Telephone conference with opposing counsel regarding availability for hearing on Motion to Dismiss | L240 | .30 hrs |
| 11/26/12 | AHC | Confirm court availability and schedule hearing on Motion to Dismiss | L240 | .30 hrs |
| 11/27/12 | AHC | Telephone conference and follow-up correspondence with CourtCall regarding hearing on Motion to Dismiss Amended Counterclaim | L240 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$472.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | 1.30 hrs | 145.00 /hr | 188.50 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | 1.10 hrs | 219.00 /hr | 240.90 |

TOTAL FEES                    2.70 hrs                    $472.90

**TOTAL CHARGES FOR THIS INVOICE**                    **$472.90**

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301065

INVOICE #  830124

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301065
     Fowler, Raymond - 715285
     Loan No. 7429215148
     TC # 715285

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $21.90

EXPENSES

| 07 | Filing Fees | |
|---|---|---|
| 20 | Airline Tickets | 60.00 |
| 21 | Travel Expense | 1,262.40 |
| 23 | Meal Expense | 492.83 |
| | | 65.16 |

TOTAL COSTS FOR THIS MATTER        $1,880.39

BILLING SUMMARY

| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |
|---|---|---|---|

TOTAL FEES        0.10 hrs                $21.90

TOTAL EXPENSES                        $1,880.39



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
JANUARY 23, 2013

0G2012-301065

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,902.29

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301066

INVOICE #  818851

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301066
     Liber, Kristi
     Loan # 03073355004 Ally Matter # 715873
     TC # 715873

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/01/12 | JCCO | Send email to borrower's counsel regarding status of settlement discussions | L160 | .40 hrs |
| 10/03/12 | JCCO | Call opposing counsel to discuss reinstating case and his client's current settlement position | L160 | .20 hrs |
| 10/08/12 | MST | Prepare status report and forward to client | L140 | .20 hrs |
| 10/17/12 | JCCO | Draft motion to return case to active docket | L250 | .70 hrs |
| 10/19/12 | JCCO | Draft Motion to Return Claims to Active Docket and send to client for review | L250 | .60 hrs |
| 10/26/12 | JCCO | Provide FNMA with status update | L140 | .10 hrs |
| 10/28/12 | MST | Analysis of pleadings and recent activity and prepare case status update for client | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $480.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
NOVEMBER 19, 2012

0G2012-301066

FED ID NO. 63-0243316

BILLING SUMMARY

| Melanie Thompson | .60 hrs | 150.00 /hr | 90.00 |
| Jonathan Cobb | 2.00 hrs | 195.00 /hr | 390.00 |

| TOTAL FEES | 2.60 hrs | | $480.00 |

**TOTAL CHARGES FOR THIS INVOICE**          $480.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301066

INVOICE #  821131

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301066
     Liber, Kristi
     Loan # 03073355004 Ally Matter # 715873
     TC # 715873

PROFESSIONAL SERVICES

| Date | | | | |
|---|---|---|---|---|
| 11/06/12 | ERP  Draft status report for attorney review | L120 | .20 hrs |
| 11/06/12 | JCCO Revise status report for client | L140 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$69.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Emily R. Powell | .20 hrs | 150.00 /hr | 30.00 |
| Jonathan Cobb | .20 hrs | 195.00 /hr | 39.00 |

TOTAL FEES          0.40 hrs                    $69.00

**TOTAL CHARGES FOR THIS INVOICE**          $69.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301066

INVOICE #  830125

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301066
     Liber, Kristi
     Loan # 03073355004 Ally Matter # 715873
     TC # 715873

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/12/12 | JCCO | Review response to motion to return case to active docket and formulate outline for oral argument on hearing | L450 | 1.80 hrs |
| 12/13/12 | JCCO | Prepare for and attend hearing on motion to return claims to active docket and negotiate with opposing counsel regarding what claims to return to active docket | L450 | 4.00 hrs |
| 12/13/12 | GWG | Work on legal arguments for hearing on summary judgment and bankruptcy issues | L210 | 1.50 hrs |
| 12/14/12 | JCCO | Draft proposed order on motion to reinstate claims to active docket and discuss the same with opposing counsel and client | L250 | 3.60 hrs |
| 12/17/12 | JCCO | Telephone call from judge's clerk regarding proposed order and emails with client and opposing counsel regarding the same | L250 | .60 hrs |
| 12/18/12 | JCCO | View and respond to email from B.Kirby regarding his suggested edits to proposed order to reinstate and make changes to document | L250 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                    PAGE        2
                                                                          JANUARY 23, 2013

                                                                          0G2012-301066

                                                                          FED ID NO. 63-0243316

12/19/12    JCCO    File proposed order on motion to          L250        .20 hrs
                    reinstate case to active docket

12/19/12    MST     Receipt and review of order regarding     L110        .20 hrs
                    returning case to administrative docket

            TOTAL FEES FOR THIS MATTER                                    $2,472.00

BILLING SUMMARY

    Melanie Thompson          .20 hrs    150.00 /hr            30.00
    Jonathan Cobb           10.50 hrs    195.00 /hr         2,047.50
    Graham W. Gerhardt       1.50 hrs    263.00 /hr           394.50

TOTAL FEES                  12.20 hrs                       $2,472.00

TOTAL CHARGES FOR THIS INVOICE                             $2,472.00

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301070

INVOICE #  813745

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

    Re:  0G2012-301070
         Housewright, Rick (Lori)
         Loan No. 0306307507; Matter No. 718085
         TC # 718085

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |
| 09/18/12 | phn | Draft email to R.Meeker requesting information on foreclosure rescission | L120 | .20 hrs |
| 09/20/12 | phn | Email exchange correspondence with R.Meeker regarding settlement status | L160 | .40 hrs |
| 09/26/12 | phn | Review email correspondence from R.Meeker regarding foreclosure rescission | L120 | .20 hrs |
| 09/28/12 | phn | Review and analysis of Plaintiffᴁs foreclosure rescission and asset plan | L120 | .80 hrs |

                TOTAL FEES FOR THIS MATTER

                                                        $360.00

BILLING SUMMARY

    Preston H. Neel          1.80 hrs   200.00 /hr       360.00

TOTAL FEES                   1.80 hrs                    $360.00

**TOTAL CHARGES FOR THIS INVOICE**                       $360.00

                ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301070

INVOICE #  818650

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301070
     Housewright, Rick (Lori)
     Loan No. 0306307507; Matter No. 718085
     TC # 718085

## PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | phn | Draft October 2012 status update | L190 | .20 hrs |
| 10/07/12 | phn | Review email from loss mitigation regarding modification | B110 | .20 hrs |
| 10/09/12 | phn | Email exchange with R.Meeker regarding loss mitigation asset plan and analysis | L120 | .50 hrs |
| 10/10/12 | phn | Attend conference call with opposing counsel regarding loss mitigation options | L120 | .60 hrs |
| 10/17/12 | phn | Email correspondence with R.Meeker regarding asset plan and loan modification | L120 | .20 hrs |
| 10/24/12 | phn | Email to R.Meeker regarding loss mitigation plan and Plaintiff's questions regarding escrow analysis | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $380.00

## BILLING SUMMARY

Preston H. Neel           1.90 hrs    200.00 /hr        380.00

TOTAL FEES                1.90 hrs                   $380.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 17, 2012

0G2012-301070

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                  $380.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301070

INVOICE #  821132

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0G2012-301070
         Housewright, Rick (Lori)
         Loan No. 0306307507; Matter No.  718085
         TC # 718085

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | phn | Draft status report for client | L190 | .20 hrs |
| 11/05/12 | phn | Email to R.Meeker requesting status of loan modification agreement | L120 | .20 hrs |
| 11/14/12 | phn | Review and analysis of loan modification documents | L120 | .50 hrs |
| 11/15/12 | phn | Conference call with opposing counsel regarding new terms of loan modification | L120 | .50 hrs |
| 11/15/12 | phn | Email R.Meeker with redline changes to loan modification agreement | L120 | .30 hrs |
| 11/15/12 | GWG | Work on settlement agreement and loan modification agreement | L160 | 1.10 hrs |
| 11/16/12 | phn | Email from R.Meeker in reference to redline edit to loan modification documents | L120 | .20 hrs |
| 11/19/12 | GWG | Work on release and settlement documents | L160 | .70 hrs |
| 11/19/12 | phn | Revise and edit settlement and release agreement | L160 | 1.30 hrs |
| 11/19/12 | phn | Draft joint motion to dismiss | L210 | .40 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301070

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 11/19/12 | phn | Email exchange with R.Meeker regarding settlement agreement and changes | L160 | .20 hrs |
| 11/19/12 | phn | Review loss mitigation summary and revise for R.Meeker | L120 | .30 hrs |
| 11/20/12 | phn | Revise, edit, and finalize settlement agreements | L160 | 1.10 hrs |
| 11/20/12 | phn | Draft email to opposing counsel attaching settlement agreements | L160 | .30 hrs |
| 11/26/12 | phn | Email exchange with opposing counsel regarding finalization of loan modification and settlement | L160 | .40 hrs |
| 11/27/12 | phn | Email and phone conversations with opposing counsel regarding terms and conditions of settlement and release agreement and loan modification documents | L160 | .60 hrs |
| 11/27/12 | phn | Email to R.Meeker requesting clarification on loan modification terms and conditions | L160 | .20 hrs |
| 11/29/12 | phn | Draft letter to opposing counsel confirming terms and conditions of settlement | L160 | .30 hrs |
| 11/29/12 | phn | Email exchange with case manager and opposing counsel regarding settlement terms and conditions | L160 | .60 hrs |

TOTAL FEES FOR THIS MATTER

$1,993.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301070

FED ID NO. 63-0243316

BILLING SUMMARY

| Graham W. Gerhardt | 1.80 hrs | 263.00 /hr | 473.40 |
|---|---|---|---|
| Preston H. Neel | 7.60 hrs | 200.00 /hr | 1,520.00 |

TOTAL FEES                      9.40 hrs                    $1,993.40

**TOTAL CHARGES FOR THIS INVOICE**                    $1,993.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301070

INVOICE #  830127

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301070
     Housewright, Rick (Lori)
     Loan No. 0306307507; Matter No. 718085
     TC # 718085

## PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 12/03/12 | phn | Draft status report for client | L190 | .20 hrs |
| 12/04/12 | phn | Email exchange with opposing counsel regarding executed copies of agreements | L120 | .30 hrs |
| 12/06/12 | phn | Compare and analysis of executed loan modification documents from opposing counsel | L120 | .80 hrs |
| 12/24/12 | phn | Revise and edit joint motion to dismiss plaintiffs' claims with prejudice | L210 | .20 hrs |
| 12/24/12 | phn | Draft letter to opposing counsel in reference to signed and executed settlement and release agreement and joint motion to dismiss. | B110 | .30 hrs |
| 12/26/12 | phn | Revise and edit correspondence to opposing counsel regarding copies of loss mitigation documents | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$420.00

## BILLING SUMMARY

| | | | |
|--|--|--|--|
| Preston H. Neel | 2.10 hrs | 200.00 /hr | 420.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
JANUARY 23, 2013

0G2012-301070

FED ID NO. 63-0243316

TOTAL FEES                    2.10 hrs              $420.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                    $420.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301073

INVOICE #  813746

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301073
     Clancy, Gurney C. and Dorothy
     Loan No. 307289696; Matter No. 719617
     TC # 719617

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JJPH | Prepare status report to client regarding notice of bankruptcy | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$25.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .10 hrs | 250.00 /hr | 25.00 |

TOTAL FEES          0.10 hrs          $25.00

**TOTAL CHARGES FOR THIS INVOICE**          $25.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301073

INVOICE #  818852

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301073
     Clancy, Gurney C. and Dorothy
     Loan No. 307289696; Matter No. 719617
     TC # 719617

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | JJPH | Prepare status report to client regarding automatic stay and borrowers' counterclaims | L110 | .10 hrs |
| 10/16/12 | JDR | Analyze discovery issues | L120 | .20 hrs |
| 10/16/12 | JJPH | Review and analyze remaining claims in connection with motion for summary judgment | L240 | .30 hrs |
| 10/23/12 | JDR | Telephone conference with P.Whaley regarding status of litigation. | P500 | .20 hrs |
| 10/24/12 | JDR | Conference with P.Whaley regarding status of case and whether his client is amenable to discussing a reasonable resolution of this matter. | P500 | .20 hrs |
| 10/25/12 | JDR | In-person conference with P.Whaley regarding possible avenues to resolve this matter short of trial. | P500 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$334.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301073

FED ID NO. 63-0243316

BILLING SUMMARY

    Joshua J. Phillips              .40 hrs    250.00 /hr         100.00
    Jonathan Rose                   .80 hrs    293.00 /hr         234.40

TOTAL FEES                        1.20 hrs                       $334.40

**TOTAL CHARGES FOR THIS INVOICE**                               $334.40

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301073

INVOICE # 821133

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301073
     Clancy, Gurney C. and Dorothy
     Loan No. 307289696; Matter No. 719617
     TC # 719617

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/02/12 | JJPH | Prepare status report to client | L120 | .10 hrs |
| 11/26/12 | JDR | Leave voicemail with P.Whaley regarding whether or not he has had a discussion with his clients following our recent in-person discussion about possible resolution of this case. | P500 | .10 hrs |
| 11/26/12 | JDR | Review e-mail from J.Ho regarding whether borrowers intend to pursue their counterclaims | L190 | .10 hrs |
| 11/26/12 | JDR | Draft and send status update to J.Ho regarding my recent conference with borrower's counsel and regarding possible avenues to resolve this case. | L120 | .20 hrs |
| 11/26/12 | JJPH | Email correspondence with J.Ho regarding borrower's counterclaims | L120 | .10 hrs |
| 11/28/12 | JDR | Attempt to contact Judge Bates' deputy to determine if, in general, Judge Bates is amenable to motions to compel mediation. | P500 | .10 hrs |
| 11/28/12 | JDR | Draft and send e-mail to J.Ho regarding possible mediation. | P500 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301073

FED ID NO. 63-0243316

| 11/28/12 | JDR | Attempt to contact P.Whaley regarding possible mediation; leave message with assistant. | P500 | .10 hrs |
|---|---|---|---|---|
| 11/28/12 | JDR | Review e-mail from J.Ho regarding possible mediation. | P500 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$284.40

BILLING SUMMARY

| Joshua J. Phillips | .20 hrs | 250.00 /hr | 50.00 |
|---|---|---|---|
| Jonathan Rose | .80 hrs | 293.00 /hr | 234.40 |

TOTAL FEES                1.00 hrs

$284.40

**TOTAL CHARGES FOR THIS INVOICE**

**$284.40**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301073

INVOICE #  830132

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301073
     Clancy, Gurney C. and Dorothy
     Loan No. 307289696; Matter No. 719617
     TC # 719617

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/04/12 | JJPH | Prepare status report to client regarding counterclaims and right to foreclose | L120 | .10 hrs |
| 12/06/12 | JDR | E-mail to P.Whaley seeking his response to my letter of last week. | P500 | .10 hrs |
| 12/13/12 | JDR | Take call from P.Whaley and explore settlement avenues. | P500 | .30 hrs |
| 12/13/12 | JDR | Draft and send correspondence to J.Ho regarding my discussion with opposing counsel regarding settlement issues and my thoughts regarding same. | P500 | .20 hrs |
| 12/14/12 | JDR | Respond by e-mail to J.Ho's inquiry regarding proof of claim. | C100 | .10 hrs |
| 12/14/12 | JDR | Review e-mail correspondence from J.Ho regarding proof of claim. | C100 | .10 hrs |

TOTAL FEES FOR THIS MATTER                   $259.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .10 hrs | 250.00 /hr | 25.00 |
| Jonathan Rose | .80 hrs | 293.00 /hr | 234.40 |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301073

FED ID NO. 63-0243316

TOTAL FEES                 0.90 hrs                    $259.40

**TOTAL CHARGES FOR THIS INVOICE**
                                                       $259.40

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301074

INVOICE #  813747

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301074
     Mitchell, Laurie Foster - 719598
     Loan No. 741726550
     TC # 719598

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/04/12 | RK | Draft status report to client | L120 | .10 hrs |
| 09/11/12 | GWG | Calls and correspondence with client and opposing counsel regarding possible settlement | L160 | .70 hrs |
| 09/13/12 | GWG | Review plaintiff's discovery requests | L310 | .20 hrs |
| 09/19/12 | GWG | Work on letter to S. Johnson regarding proposed settlement terms | L160 | .50 hrs |
| 09/19/12 | GWG | Draft correspondence with plaintiff's counsel regarding discovery extension and amount required to reinstate | L160 | .20 hrs |
| 09/19/12 | RK | Draft responses to discovery requests | L120 | 2.50 hrs |
| 09/26/12 | RK | Draft remaining portion of discovery responses | L120 | .70 hrs |
| 09/27/12 | RK | Review initial portion of client documents in preparation for discovery production | L120 | 1.60 hrs |
| 09/27/12 | GWG | Work on responses to plaintiff's discovery requests and document production | L310 | 3.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301074

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/28/12 | GWG | Review plaintiff's discovery responses and document production | L320 | 1.70 hrs |
| 09/28/12 | RK | Redact privileged information from client documents | L120 | 2.30 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $3,015.20 |
| 01    Copy Charges | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 6.40 hrs | 263.00 /hr | 1,683.20 |
| Riley Key | 7.20 hrs | 185.00 /hr | 1,332.00 |
| TOTAL FEES | 13.60 hrs | | $3,015.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$3,015.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301074

INVOICE #  818853

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301074
     Mitchell, Laurie Foster - 719598
     Loan No. 741726550
     TC # 719598

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | RK | Review all documents in production | L120 | .90 hrs |
| 10/03/12 | GWG | Correspondence with opposing counsel and client regarding payoff amount | L160 | .20 hrs |
| 10/04/12 | GWG | Work on responses to plaintiff's interrogatories and requests for production | L310 | 1.00 hrs |
| 10/04/12 | GWG | Review and analyze plaintiff's production in response to our document requests | L320 | 1.20 hrs |
| 10/04/12 | GWG | Draft memo to client regarding bankruptcy issues | L120 | .30 hrs |
| 10/04/12 | RK | Review discovery responses provided by Plaintiff | L120 | .20 hrs |
| 10/05/12 | GWG | Edit memo to client regarding bankruptcy issues | L120 | .20 hrs |
| 10/08/12 | GWG | Correspondence and calls regarding payoff amount | L160 | .30 hrs |
| 10/08/12 | GWG | Legal research for summary judgment motion as to plaintiff's remaining claim | L240 | 1.70 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301074

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/09/12 | GWG | Draft motion to extend mediation deadline and call regarding same | L250 | .60 hrs |
| 10/11/12 | GWG | Work on document production and responses to plaintiff's discovery requests | L310 | 1.90 hrs |
| 10/11/12 | GWG | Correspondence with opposing counsel regarding extension of deadline for discovery responses | L310 | .10 hrs |
| 10/15/12 | GWG | Work on document production to plaintiff | L320 | 1.10 hrs |
| 10/17/12 | GWG | Work on brief in support of motion for summary judgment | L240 | 3.00 hrs |
| 10/19/12 | GWG | Work on memo to client regarding bankruptcy issues | L120 | .20 hrs |
| 10/22/12 | GWG | Revise summary judgment brief and exhibits | L240 | 1.50 hrs |
| 10/24/12 | GWG | Review updated title report and revise summary judgment brief accordingly | L240 | .40 hrs |
| 10/24/12 | RK | Draft motion for summary judgment | L240 | 4.60 hrs |
| 10/24/12 | RK | Draft declaration in support of motion for summary judgment | L240 | 1.80 hrs |
| 10/24/12 | MST | Obtain and analyze updated title report for activity during past year on property | L120 | .60 hrs |
| 10/25/12 | RK | Revise motion for summary judgment | L240 | .30 hrs |
| 10/25/12 | GWG | Finalize summary judgment brief and exhibits thereto | L240 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 19, 2012

0G2012-301074

FED ID NO. 63-0243316

| 10/29/12 | RK | Finalize motion for summary judgment in preparation for filing | L240 | .70 hrs |
|---|---|---|---|---|
| 10/31/12 | MST | Review of Order granting motion to extend mediation deadlines and update file regarding same | L190 | .20 hrs |
| 10/31/12 | GWG | Draft settlement correspondence to opposing counsel | L160 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $5,716.40

01        Copy Charges                                    0.00

BILLING SUMMARY

| Melanie Thompson | .80 hrs | 150.00 /hr | 120.00 |
|---|---|---|---|
| Graham W. Gerhardt | 15.30 hrs | 263.00 /hr | 4,023.90 |
| Riley Key | 8.50 hrs | 185.00 /hr | 1,572.50 |

TOTAL FEES            24.60 hrs                    $5,716.40

**TOTAL CHARGES FOR THIS INVOICE**            $5,716.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301074

INVOICE #  820586

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301074
     Mitchell, Laurie Foster - 719598
     Loan No. 741726550
     TC # 719598

EXPENSES

| | | |
|---|---|---|
| 65 | Title Search Fee | 65.00 |
| | TOTAL COSTS FOR THIS MATTER | $65.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $65.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$65.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301074

INVOICE # 821134

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301074
     Mitchell, Laurie Foster - 719598
     Loan No. 741726550
     TC # 719598

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 11/02/12 | GWG | Calls with S. Foster and P. Stokes regarding reinstatement | L160 | .40 hrs |
| 11/13/12 | GWG | Calls and correspondence with P. Stokes and S.Foster regarding reinstatement | L160 | .80 hrs |
| 11/13/12 | MST | Telephone call with court clerk regarding proposed order | L110 | .20 hrs |
| 11/15/12 | MST | Revise proposed order and e-mail to court clerk | L210 | .40 hrs |
| 11/15/12 | MST | Telephone call with court clerk regarding proposed order | L110 | .20 hrs |
| 11/15/12 | GWG | Review plaintiff's opposition to summary judgment | L240 | .30 hrs |
| 11/15/12 | GWG | Legal research for reply brief in support of summary judgment | L240 | 1.30 hrs |
| 11/15/12 | MST | Telephone call with court clerk regarding proposed order | L110 | .20 hrs |
| 11/16/12 | RK | Conference regarding reply brief for motion for summary judgment | L240 | .50 hrs |
| 11/16/12 | RK | Review response to our motion for summary judgment and draft of reply brief | L240 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 30, 2012

0G2012-301074

FED ID NO. 63-0243316

| 11/16/12 | RK | Review case law cited in draft of reply brief | L240 | .90 hrs |
|---|---|---|---|---|
| 11/16/12 | GWG | Work on summary judgment reply brief | L240 | 2.80 hrs |
| 11/19/12 | GWG | Calls with S. Foster regarding potential settlement | L160 | .30 hrs |
| 11/19/12 | GWG | Correspondence with Court regarding cancellation of mediation requirement | L160 | .20 hrs |
| 11/19/12 | MST | Finalize Reply Brief in Further Support of Motion for Summary Judgment and prepare for filing and service | L210 | .80 hrs |
| 11/20/12 | MST | Review of order regarding cancellation of mediation requirement and deadline | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $2,348.30

BILLING SUMMARY

| Melanie Thompson | 2.00 hrs | 150.00 /hr | 300.00 |
|---|---|---|---|
| Graham W. Gerhardt | 6.10 hrs | 263.00 /hr | 1,604.30 |
| Riley Key | 2.40 hrs | 185.00 /hr | 444.00 |

TOTAL FEES              10.50 hrs                         $2,348.30

**TOTAL CHARGES FOR THIS INVOICE**                       $2,348.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301074

INVOICE #  830133

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301074
     Mitchell, Laurie Foster - 719598
     Loan No. 741726550
     TC # 719598

PROFESSIONAL SERVICES

| 12/03/12 | RK | Review Court's order denying motion for summary judgment | L120 | .40 hrs |
| 12/03/12 | RK | Review law from the Fifth Circuit regarding affidavits in support of motions for summary judgment | L120 | 4.90 hrs |
| 12/03/12 | GWG | Legal research for objections to magistrate's report and recommendations | L210 | 2.80 hrs |
| 12/03/12 | GWG | Work on arguments in support of objections to the magistrate's recommendations | L240 | 3.10 hrs |
| 12/03/12 | ACU | Research to be used in objections to the report and recommendation of a magistrate judge. | C200 | 1.40 hrs |
| 12/04/12 | ACU | Continue research to be used in objections to the report and recommendation of a magistrate judge. | C200 | 4.20 hrs |
| 12/04/12 | RK | Draft portion of objection to Magistrate Judge's findings | L240 | 7.10 hrs |
| 12/05/12 | RK | Draft portion of objection to magistrate judge's report | L240 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301074

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 12/05/12 | RK | Draft remaining portion of objections to magistrate judge's report and recommendation | L240 | 4.90 hrs |
| 12/05/12 | GWG | Correspondence with client and S. Foster regarding detailed escrow analysis | L160 | 1.20 hrs |
| 12/05/12 | GWG | Work on objections pursuant to 28 U.S.C. 636 | L210 | 1.50 hrs |
| 12/05/12 | ACU | Research to be used in objections to the report and recommendation of a magistrate judge. | C200 | 2.60 hrs |
| 12/05/12 | ACU | Draft standard of review to be used in objections to the report and recommendation of a magistrate judge. | C200 | .40 hrs |
| 12/06/12 | GWG | Work on objections to the magistrate's report and recommendations | L210 | 5.90 hrs |
| 12/06/12 | RK | Revise objection to magistrate report and recommendation | L240 | 4.40 hrs |
| 12/07/12 | RK | Revise objections to magistrate judge's report | L240 | 1.80 hrs |
| 12/07/12 | RK | Conference with P.Stokes regarding declaration in support of objection to magistrate judge's report | L120 | .40 hrs |
| 12/07/12 | GWG | Work on summary judgment arguments and revised client declaration in support of summary judgment | L240 | 1.90 hrs |
| 12/07/12 | GWG | Call with L. Frame regarding escrow issues | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      PAGE    3
                                                            JANUARY 23, 2013

                                                            0G2012-301074

                                                            FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/07/12 | ACU | Proof read Objections to Recommendation of a Magistrate Judge before filing. | L250 | .20 hrs |
| 12/11/12 | GWG | Correspondence with S. Foster and P. Stokes and L. Frame regarding updated reinstatement quote | L160 | .60 hrs |
| 12/13/12 | RK | Revise objections to magistrate judge's report in preparation for filing | L240 | 1.90 hrs |
| 12/27/12 | RK | Review response in opposition to the objections to the magistrate judge's report | L240 | .70 hrs |
| 12/31/12 | GWG | Review plaintiff's response to our objections to the magistrate's report and recommendation | L210 | .40 hrs |

                    TOTAL FEES FOR THIS MATTER                    $11,699.10

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Graham W. Gerhardt | 17.70 hrs | 263.00 /hr | 4,655.10 |
| Riley Key | 28.80 hrs | 185.00 /hr | 5,328.00 |
| Alison Smith | 8.80 hrs | 195.00 /hr | 1,716.00 |

TOTAL FEES                55.30 hrs                $11,699.10

**TOTAL CHARGES FOR THIS INVOICE**                $11,699.10

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0G2012-301075

INVOICE #  824591

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301075
     Lafitte, Elizabeth Bowen - 703911
     Loan No. 7438678286
     TC # 703911

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 05/14/12 | MRP | Review preliminary instructions from Morrison Foerster regarding bankruptcy | L120 | .10 hrs |
| 05/15/12 | RJC | Update bankruptcy list for class action | L120 | .20 hrs |
| 05/16/12 | RJC | Draft update on case for latest request for information for pending ResCap bankruptcy proceeding | L120 | .30 hrs |
| 05/16/12 | MRP | Prepare, proof, and revise notice of stay | L250 | .30 hrs |
| 05/17/12 | MRP | Review scheduling order | L250 | .10 hrs |
| 05/18/12 | MCG | Review and file notice of filing bankruptcy | L210 | .20 hrs |
| 05/18/12 | MRP | Review updated instructions from GMAC regarding stay | L120 | .10 hrs |
| 05/18/12 | MRP | Finalize stay notice | L250 | .10 hrs |
| 05/21/12 | RJC | Memo exchanges with client and M. Pennington regarding scope of stay and impact on claims | L120 | .40 hrs |
| 05/22/12 | RJC | Research into history of Residential Funding Corp, reorganization and successor involvement in ResCap bankruptcy for purposes of argument development for response to Court's | L240 | 1.90 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
DECEMBER 12, 2012

0G2012-301075

FED ID NO. 63-0243316

inquiry on effect of ResCap bankruptcy
as well as potential June 4th argument
on motion to dismiss claims

| 05/22/12 | RJC | Review Whitlinger affidavit filed in support of ResCap bankruptcy, and provided by client (N. Campbell), for background in preparation for June 4th hearing | L240 | .70 hrs |
| 05/22/12 | MRP | Review inquiry from Judge as to scope of stay | L250 | .10 hrs |
| 05/22/12 | MRP | Exchange multiple memos with client regarding scope of stay | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $1,514.10

BILLING SUMMARY

| Michael R. Pennington | 1.00 hrs | 424.00 /hr | 424.00 |
| Robert Campbell | 3.50 hrs | 293.00 /hr | 1,025.50 |
| Michael C. Griffin | .20 hrs | 323.00 /hr | 64.60 |

TOTAL FEES                     4.70 hrs               $1,514.10

**TOTAL CHARGES FOR THIS INVOICE**                    $1,514.10

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301076

INVOICE #  813748

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301076
     Lipinski, Margaret A. - 720586
     Loan no. 0359189385
     TC # 720586

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/12/12 | AHC | Draft memorandum regarding final disposition of file for attorney review and correspondence to client regarding same | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                          $58.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.40 hrs | $58.00 |

**TOTAL CHARGES FOR THIS INVOICE**                                 $58.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301077

INVOICE #  813749

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301077
     Cottell, Fiona
     Loan #7433684529 Ally #722608
     TC # 722608

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .10 hrs |
| 09/04/12 | HTC | Review email to client regarding changes to settlement agreement | L120 | .10 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/12/12 | HTC | Review and exchange emails regarding changes to settlement agreement | L120 | .10 hrs |
| 09/12/12 | MW | Correspondence with R.Meeker regarding recommended course of action and potential need for current payoff in negotiations with opposing counsel | L120 | .20 hrs |
| 09/13/12 | MW | Correspondence with R.Meeker regarding proposed course of action | L120 | .20 hrs |
| 09/18/12 | MW | Correspondence with J.Pierce regarding proposals in negotiations with counter-proposals involving draft agreement provisions | L120 | .50 hrs |
| 09/19/12 | MW | Correspondence with opposing counsel J.Pierce enclosing current payoff statement for loan and requesting response to counter-terms | L120 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301077

FED ID NO. 63-0243316

| 09/24/12 | MW | Correspondence with opposing counsel J.Pierce regarding settlement agreement | C400 | .30 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                        $496.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .20 hrs | 315.00 /hr | 63.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |
| Monica Wilson | 1.40 hrs | 263.00 /hr | 368.20 |

TOTAL FEES            2.00 hrs                        $496.60

**TOTAL CHARGES FOR THIS INVOICE**                    $496.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301077

INVOICE #  818854

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re: 0G2012-301077
        Cottell, Fiona
        Loan #7433684529 Ally #722608
        TC # 722608

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | MW | Correspondence with J.Pierce, opposing counsel, regarding status of documents | L120 | .20 hrs |
| 10/01/12 | MW | Draft status update regarding litigation strategy | L320 | .10 hrs |
| 10/03/12 | HTC | Review and analyze case status and next steps | L120 | .10 hrs |
| 10/05/12 | MW | Correspondence with J.Pierce regarding litigation documents | L120 | .20 hrs |
| 10/10/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |

                    TOTAL FEES FOR THIS MATTER                    $206.50


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 315.00 /hr | 31.50 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Monica Wilson | .50 hrs | 263.00 /hr | 131.50 |

    TOTAL FEES           0.90 hrs                    $206.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE        2
NOVEMBER  19,  2012

0G2012-301077

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                                    $206.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301077

INVOICE #  821135

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

    Re:  0G2012-301077
         Cottell, Fiona
         Loan #7433684529 Ally #722608
         TC # 722608

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | MW | Draft status report for client regarding litigation strategy | L120 | .10 hrs |
| 11/06/12 | MW | Correspondence with opposing counsel J.Pierce regarding response to negotiations | L120 | .20 hrs |
| 11/19/12 | MW | Review and analyze procedural posture of action in light of revised litigation strategy | L120 | .50 hrs |
| 11/26/12 | MW | Correspondence with J.Pierce regarding documents in ongoing litigation | C400 | .10 hrs |

                TOTAL FEES FOR THIS MATTER                         $236.70

BILLING SUMMARY

    Monica Wilson          .90 hrs   263.00 /hr      236.70

TOTAL FEES              0.90 hrs                   $236.70

**TOTAL CHARGES FOR THIS INVOICE**                 $236.70

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301077

INVOICE # 830137

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301077
     Cottell, Fiona
     Loan #7433684529 Ally #722608
     TC # 722608

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/06/12 | MW | Review and analyze procedural basis for judgment and action in preparation to implement revised litigation strategy | L120 | .80 hrs |
| 12/07/12 | HTC | Consider issues relating to consent to vacate judgment | L120 | .10 hrs |
| 12/13/12 | HTC | Consider issues relating to procedural hurdles to consenting to motion to vacate | L120 | .20 hrs |
| 12/13/12 | KK | Telephone calls to clerk regarding options in vacating judgment in case | L110 | .20 hrs |
| 12/13/12 | KK | Research docket to determine status of case | L110 | .10 hrs |
| 12/13/12 | MW | Correspondence with R.Meeker regarding procedural posture of action and litigation strategy | L120 | .30 hrs |
| 12/14/12 | MW | Research and analyze procedural issue in preparation for drafting motion | L120 | 1.10 hrs |
| 12/14/12 | MW | Draft and revise motion regarding Florida Rule 1.540 and motion filed by borrower, including arguments regarding default and extension of service of process time upon ruling on motion to avoid potentially problematic issue | L320 | 4.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    PAGE    2
                                                          JANUARY 23, 2013

                                                          0G2012-301077

                                                          FED ID NO. 63-0243316

12/17/12   HTC   Review and consider issues relating to      L120    .10 hrs
                 consent to vacate

12/28/12   MW    Review and revise pleading to be filed      L250    1.50 hrs
                 and noticed for hearing given
                 implementation of revised litigation
                 strategy


           TOTAL FEES FOR THIS MATTER

                                                          $2,225.40

BILLING SUMMARY

   Hope Cannon              .40 hrs    315.00 /hr        126.00
   Monica Wilson           7.80 hrs    263.00 /hr      2,051.40
   Kerry Keane              .30 hrs    160.00 /hr         48.00


TOTAL FEES               8.50 hrs

                                                      $2,225.40

**TOTAL CHARGES FOR THIS INVOICE**

                                                      **$2,225.40**

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301078

INVOICE #  813750

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301078
     Farrell, Patrick (Farrell v. GMAC) - 692660
     359244301
     TC # 692660

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | MW | Review and update case status regarding strategy moving forward | L120 | .10 hrs |
| 09/04/12 | MW | Correspondence with H.Franchi regarding mediation date to be scheduled pursuant to case management scheduling order entered by court | L120 | .20 hrs |
| 09/05/12 | MW | Review and analyze filings in consolidated action regarding notices of forced place insurance and alleged qualified written requests submitted by borrower | L120 | 1.20 hrs |
| 09/05/12 | MW | Correspondence with H.Franchi regarding request for further correspondence documents and alleged qualified written request | L120 | .20 hrs |
| 09/05/12 | MW | Correspondence with H.Franchi regarding notice of bankruptcy status in action | L120 | .10 hrs |
| 09/05/12 | MW | Draft and revise notice of bankruptcy for consolidated action on behalf of debtor entity | L320 | .90 hrs |
| 09/06/12 | MCG | Review pleadings and revise notice of filing supplemental order of bankruptcy | L210 | .90 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301078

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/10/12 | MW | Review and analyze correspondence with borrower | L120 | .60 hrs |
| 09/11/12 | MW | Review and analyze QWR and response | L120 | .60 hrs |
| 09/11/12 | MW | Correspondence with H.Franchi regarding document requests in action | L120 | .10 hrs |
| 09/12/12 | MW | Review and revise notice of bankruptcy regarding borrower's claims in consolidated action for all remaining allegations | L120 | .70 hrs |
| 09/13/12 | MPE | Research all case dockets and related case dockets for recent filings. | L110 | .50 hrs |
| 09/13/12 | MPE | Finalize and electronically file Notice of bankruptcy. | L210 | .50 hrs |
| 09/13/12 | MCG | Review pleadings and revise notice of filing supplemental bankruptcy order | L210 | .50 hrs |
| 09/14/12 | MW | Correspondence with pro se borrower regarding attendance at noticed mediation November 9 | L120 | .20 hrs |
| 09/18/12 | MW | Correspondence with H.Franchi regarding filed notice of bankruptcy and moving forward with litigation pending review of loan by independent board pursuant to national settlement agreement | L120 | .20 hrs |
| 09/18/12 | MPE | Per J.Ho; correspondence with mediator for additional dates. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          PAGE      3
                                                               OCTOBER 30, 2012

                                                               0G2012-301078

                                                               FED ID NO. 63-0243316

| Date | Staff | Description | Code | Hours |
|---|---|---|---|---|
| 09/19/12 | MPE | Telephone call and email correspondence with mediator and borrower regarding trial conflict and rescheduling of mediation. | L110 | .20 hrs |
| 09/19/12 | MPE | Draft and finalize amended notice of mediation. | L210 | .30 hrs |
| 09/19/12 | MPE | Email correspondence with P.Stokes regarding change in hearing time and verify attendance. | L110 | .20 hrs |
| 09/19/12 | MW | Correspondence with J.Ho regarding upcoming mediation date | L120 | .20 hrs |
| 09/24/12 | MW | Review and analyze forced place insurance documents in preparation for upcoming mediation and implementation of revised litigation strategy | C300 | .50 hrs |
| 09/25/12 | MW | Review and analysis of litigation strategy in preparation for upcoming mediation | L120 | .40 hrs |

                         TOTAL FEES FOR THIS MATTER                    $2,365.90


BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Michael C. Griffin | 1.40 hrs | 323.00 /hr | 452.20 |
| Monica Wilson | 6.20 hrs | 263.00 /hr | 1,630.60 |
| Melisa P. Palmer | 1.90 hrs | 149.00 /hr | 283.10 |

TOTAL FEES              9.50 hrs                    $2,365.90

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
OCTOBER 30, 2012

0G2012-301078

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$2,365.90

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 19, 2012
1100 Virginia Drive                                        0G2012-301078
Fort Washington, PA 19034

INVOICE #  818855

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301078
     Farrell, Patrick (Farrell v. GMAC) - 692660
     359244301
     TC # 692660

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | MW | Draft status update regarding litigation strategy | L320 | .10 hrs |
| 10/04/12 | MW | Review and analyze pending motions at the time of bankruptcy regarding hearing dates and potential claims in response to client request | L120 | .40 hrs |
| 10/11/12 | MW | Review confirmation letter from mediator | L120 | .20 hrs |
| 10/12/12 | MW | Review and analyze proof of claim documents filed by borrower in litigation as well as bankruptcy action | L120 | .30 hrs |
| 10/16/12 | CWH | Review and analyze borrower's objections to mediation | L210 | .20 hrs |
| 10/16/12 | MPE | Telephone call with mediators office regarding borrowers visit | L110 | .30 hrs |
| 10/16/12 | MPE | Research docket to determine current status | L110 | .40 hrs |
| 10/16/12 | MPE | Receive and review borrower's motion to cancel mediation and motion to strike | L110 | .30 hrs |
| 10/16/12 | MW | Review and analyze document allegedly filed in action pursuant to mediator's correspondence | L120 | .40 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301078

FED ID NO. 63-0243316

| Date | Atty | Description | Task | Hours |
|---|---|---|---|---|
| 10/16/12 | MW | Correspondence with H.Franchi and P.Stokes regarding latest court filings and litigation strategy | L120 | .20 hrs |
| 10/17/12 | MW | Conference with clerk of court regarding latest filing by pro se borrower and upcoming consent mediation | L120 | .40 hrs |
| 10/18/12 | MW | Review and analyze new production of documents | L120 | .80 hrs |
| 10/23/12 | MW | Review and analyze procedural posture of action | L120 | .50 hrs |
| 10/23/12 | MW | Draft and revise request for telephonic hearing of motion to mediate pursuant to latest filing | L320 | .40 hrs |
| 10/24/12 | MPE | Finalize and electronically submit Motion for Telephone hearing on the Motion for Mediation. | L210 | .30 hrs |
| 10/24/12 | CWH | Review and revise motion to the court regarding mediation | L210 | .10 hrs |
| 10/24/12 | MW | Review and revise request for telephonic hearing regarding motion to mediate | L320 | .30 hrs |
| 10/25/12 | MW | Review and analyze borrower's correspondence responding to motion to appear telephonically | L120 | .20 hrs |
| 10/25/12 | MPE | Receive and review response from borrower regarding motion to mediate. | L110 | .20 hrs |
| 10/29/12 | CWH | Review and approve draft order regarding mediation | L210 | .10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                    PAGE     3
                                                                         NOVEMBER 19, 2012

                                                                         0G2012-301078

                                                                         FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 10/29/12 | MW | Draft and revise proposed order in preparation for upcoming hearing on motion for mediation pursuant to local court rules | L320 | .60 hrs |
| 10/29/12 | MW | Correspondence with P.Stokes and H.Franchi regarding status of upcoming mediation and upcoming hearing | L120 | .20 hrs |
| 10/30/12 | MW | Correspondence with P.Stokes regarding upcoming mediation and hearing on motion to mediate | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                 $1,723.10

01          Copy Charges
35          Express Mail/Fedex                                            0.00
                                                                         0.00

BILLING SUMMARY

  Christian W. Hancock       .40 hrs    330.00 /hr         132.00
  Monica Wilson            5.20 hrs    263.00 /hr       1,367.60
  Melisa P. Palmer         1.50 hrs    149.00 /hr         223.50

TOTAL FEES                 7.10 hrs                    $1,723.10

**TOTAL CHARGES FOR THIS INVOICE**                    $1,723.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301078

INVOICE #  820588

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301078
     Farrell, Patrick (Farrell v. GMAC) - 692660
     359244301
     TC # 692660

### EXPENSES

| | | |
|---|---|---|
| 12 | Court Costs - Pleadings | 55.00 |
| | TOTAL COSTS FOR THIS MATTER | $55.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $55.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $55.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301078

INVOICE # 821136

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301078
     Farrell, Patrick (Farrell v. GMAC) - 692660
     359244301
     TC # 692660

PROFESSIONAL SERVICES

| 11/01/12 | MW | Draft status report for client regarding litigation strategy | L120 | .10 hrs |
| 11/02/12 | MW | Review and analysis of procedural posture of action in light of noticed upcoming hearing before new judge | L120 | 1.10 hrs |
| 11/05/12 | MW | Review and analyze correspondence and pleading history with borrower in preparation for argument of hearing before new Judge S.Winesett | L120 | .90 hrs |
| 11/05/12 | MW | Attend and argue hearing on plaintiff's motion to mediate before Judge S.Winesett in Lee County, Florida | L230 | 1.00 hrs |
| 11/05/12 | MW | Correspondence with P.Stokes and H.Franchi regarding hearing on mediation presently set and results of ruling in order and instructions from judge | L120 | .20 hrs |
| 11/05/12 | MPE | Assist with hearing on Motion to Mediate and deadlines for the next 30 days before Judge Winesett will continue with order for mediation or all parties. | L450 | .80 hrs |
| 11/05/12 | MPE | Research district courts to assist with case strategy | L110 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301078

FED ID NO. 63-0243316

| 11/05/12 | MPE | Telephone conference with judicial assistant and court call to finalize hearing details and review all recently filed motions to prepare for hearing on Motion to Mediate. | L450 | 1.90 hrs |
| 11/06/12 | MPE | Review order received from judge after November 5, 2012 hearing and determine deadlines for all requirements. | L110 | .30 hrs |
| 11/06/12 | MW | Review and analyze order submitted by court, including contact information for all parties listed by clerk in preparation for serving pursuant to court's instructions at hearing | L120 | .40 hrs |
| 11/06/12 | MW | Correspondence with P.Stokes and H.Franchi regarding order in yesterday's hearing and calendared deadlines | L120 | .30 hrs |
| 11/07/12 | MPE | Pursuant to Judge's order at the November 5, 2012 hearing, determine all relevant parties needed for mediation in both cases.  Research file back to 2007 to determine all parties properly named and served in the first, second, third and fourth amended complaint and further research to determine parties dismissed throughout history of file, and any changes in representatio | L110 | 6.20 hrs |
| 11/16/12 | MPE | Receive and review borrower's motion to dismiss parties and amend complaint to determine remaining parties in case. | L110 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301078

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/21/12 | MW | Review and analyze document filed by pro se borrower in response to court order on motion hearing | L120 | .90 hrs |
| 11/21/12 | MW | Correspondence with P.Stokes and H.Franchi regarding notice and motion filed by pro se borrower and status of pending litigation | L120 | .30 hrs |
| 11/21/12 | MW | Review and analyze documents sent by pro se borrower directly to Wells Fargo in light of ongoing litigation | L120 | .70 hrs |
| 11/25/12 | CWH | Review and analyze borrower's motion to amend the complaint and determine which parties were dropped and which are purportedly added | L210 | .20 hrs |
| 11/25/12 | CWH | Review and analyze the possible complaint that Farrell sent to Wells Fargo | L210 | .20 hrs |
| 11/26/12 | CWH | Review and analyze documents in file regarding insurance and Farrell's history of debt elimination attempts | L110 | .50 hrs |
| 11/26/12 | MPE | Detailed review of all insurance documents and update timeline of case events. | L110 | 1.20 hrs |
| 11/27/12 | MW | Review and analyze documents sent by pro se borrower and recently-filed documents, in preparation for conference regarding litigation strategy | C300 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                    PAGE     4
                                                                          NOVEMBER 30, 2012

                                                                          0G2012-301078

                                                                          FED ID NO. 63-0243316

| 11/28/12 | MW | Conference with P.Stokes and L.Santiago regarding updated litigation strategy and recent developments in action | C400 | .60 hrs |
| 11/28/12 | MW | Review and analyze position of defendants in action regarding representation and recent filing by pro se borrower, in preparation for drafting response | C300 | .50 hrs |
| 11/28/12 | CWH | Attend conference call with investor's attorney on this contested matter | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                 $4,198.90

BILLING SUMMARY

| Christian W. Hancock | 1.10 hrs | 330.00 /hr | 363.00 |
| Monica Wilson | 7.90 hrs | 263.00 /hr | 2,077.70 |
| Melisa P. Palmer | 11.80 hrs | 149.00 /hr | 1,758.20 |

TOTAL FEES            20.80 hrs              $4,198.90

**TOTAL CHARGES FOR THIS INVOICE**                    $4,198.90

***** TOTAL DUE UPON RECEIPT *****

セ



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301078

INVOICE # 830139

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301078
     Farrell, Patrick (Farrell v. GMAC) - 692660
     359244301
     TC # 692660

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/02/12 | MW | Draft and revise response in opposition to borrower's motion to amend adding additional parties to action | L320 | 2.90 hrs |
| 12/03/12 | MW | Review and analyze fifth amended complaint filed by pro se borrower | L120 | .50 hrs |
| 12/03/12 | MW | Correspondence with H.Franchi regarding fifth amended complaint and litigation strategy | L120 | .20 hrs |
| 12/03/12 | MW | Draft status update for client regarding continued litigation strategy | L320 | .10 hrs |
| 12/03/12 | CWH | Review and analyze proposed 5th Amended Complaint review and revise defendant's motion in opposition to defendant's motion for leave to amend counterclaims and third-party claims | L210 | .90 hrs |
| 12/10/12 | MW | Review and analyze pro se borrower's motion for summary judgment and request for judicial notice | L120 | .30 hrs |
| 12/12/12 | MW | Correspondence with M.Parrino, counsel for co-defendant, regarding procedural posture of action and moving forward | L120 | .50 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301078

FED ID NO. 63-0243316

| 12/12/12 | MW | Correspondence with pro se borrower regarding amenable hearing dates for motion | L120 | .30 hrs |
|---|---|---|---|---|
| 12/13/12 | MW | Conference with R.Cole, counsel for co-defendant, regarding newly-filed motions by pro se borrower and hearing dates moving forward | L120 | .60 hrs |
| 12/13/12 | MW | Review and analyze parties not noticed for voluntary dismissal, given consolidation, and in light of litigation strategy moving forward | L120 | .60 hrs |
| 12/13/12 | MW | Correspondence with H.Franchi regarding local counsel D.Bakalar | L120 | .30 hrs |
| 12/13/12 | MW | Review and revise response in opposition and motion to strike | L320 | .70 hrs |
| 12/13/12 | MPE | Review all recently filings to assist with determining relevant parties in case. | L110 | .40 hrs |
| 12/13/12 | MPE | Review all recent filings by borrower in order to assist with case strategy. | L110 | .90 hrs |
| 12/13/12 | MPE | Research all case dockets to determine status. | L110 | .40 hrs |
| 12/14/12 | CWH | Review motion to dismiss filed by newly added defendants | L210 | .10 hrs |
| 12/14/12 | CWH | Review and revise motion to strike/motion in opposition to motion to amend | L210 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301078

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/14/12 | KK | Review, finalize, and prepare response and motion for e-filing in Lee County, Florida Clerk of Court | L110 | .50 hrs |
| 12/14/12 | KK | Email counsel regarding service of documents e-filed in Lee County, Florida | L110 | .10 hrs |
| 12/14/12 | MW | Correspondence with counsel for codefendant R.Cole regarding her client's motion to dismiss and hearing | C400 | .30 hrs |
| 12/14/12 | MW | Research and analyze proper plaintiff designation in newly-asserted claims by borrower, in preparation for revision of response in opposition and motion to strike | L120 | .50 hrs |
| 12/14/12 | MW | Revise and analyze draft response in opposition and motion to strike in preparation for filing | L120 | .90 hrs |
| 12/17/12 | MW | Correspondence with L.Santiago regarding update on litigation filings and strategy | L120 | .20 hrs |
| 12/17/12 | MW | Correspondence with P.Stokes and H.Franchi regarding borrower update and recent filings and oppositions | L120 | .20 hrs |
| 12/17/12 | MPE | Review client documents to determine notices set in 2007 | L110 | .50 hrs |
| 12/18/12 | MW | Conference with H.Franchi and P.Stokes regarding particular issue and strategy moving forward with litigation | L120 | .60 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
JANUARY 23, 2013

0G2012-301078

FED ID NO. 63-0243316

| 12/18/12 | MW | Review and analyze loan documents in preparation for continued draft of motion in implementation of litigation strategy | L120 | .50 hrs |
|---|---|---|---|---|
| 12/21/12 | MW | Correspondence with pro se borrower regarding hearing dates | L120 | .20 hrs |
| 12/21/12 | KK | Review Judge's hearing calendar and telephone calls to judicial assistant regarding upcoming hearing | L110 | .30 hrs |
| 12/22/12 | MPE | Research docket to determine status of case | L110 | .20 hrs |
| 12/22/12 | MPE | Review docket and case file to determine all recently filed motions by default counsel. | L110 | .40 hrs |
| 12/27/12 | MW | Review and analyze borrower's correspondence in response to recent filing | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                $3,771.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.20 hrs | 330.00 /hr | 396.00 |
| Monica Wilson | 10.70 hrs | 263.00 /hr | 2,814.10 |
| Melisa P. Palmer | 2.80 hrs | 149.00 /hr | 417.20 |
| Kerry Keane | .90 hrs | 160.00 /hr | 144.00 |

TOTAL FEES          15.60 hrs                $3,771.30



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                              PAGE     5
                                                                   JANUARY 23, 2013

                                                                   0G2012-301078

                                                                   FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $3,771.30

                    ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301080

INVOICE #  813751

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301080
     Hinson, Robert A. (Bankruptcy) - 700284
     Loan No. - 8446038941
     TC # 700284

## PROFESSIONAL SERVICES

| Date | | | | |
|------|---|---|---|---|
| 09/04/12 | CLHA | Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs |
| 09/20/12 | CLHA | Advise co-counsel regarding status of settlement | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $172.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .50 hrs | 345.00 /hr | 172.50 |

TOTAL FEES                    0.50 hrs                    $172.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$172.50**

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301080

INVOICE #  818651

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re: 0G2012-301080
    Hinson, Robert A. (Bankruptcy) - 700284
    Loan No. - 8446038941
    TC # 700284

PROFESSIONAL SERVICES

| 10/01/12 | CLHA | Analyze pleadings and related documents and advise client regarding status and potential strategy | L120 | .20 hrs |
| 10/05/12 | CLHA | Conference call with client to discuss current status and action items | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $103.50

BILLING SUMMARY

Christopher L. Hawkins     .30 hrs    345.00 /hr     103.50

TOTAL FEES               0.30 hrs                  $103.50

**TOTAL CHARGES FOR THIS INVOICE**                  $103.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301080

INVOICE #  821137

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301080
     Hinson, Robert A. (Bankruptcy) - 700284
     Loan No. - 8446038941
     TC # 700284

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CLHA | Analyze recent pleadings and client documents and advise client regarding status and strategy | L120 | .20 hrs |
| 11/27/12 | CLHA | Conference call with client regarding action plan | L120 | .10 hrs |
| 11/30/12 | KK | Draft closing memorandum to send to client regarding resolution of case | L110 | .20 hrs |

                TOTAL FEES FOR THIS MATTER                              $135.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .30 hrs | 345.00 /hr | 103.50 |
| Kerry Keane | .20 hrs | 160.00 /hr | 32.00 |

TOTAL FEES              0.50 hrs                        $135.50

**TOTAL CHARGES FOR THIS INVOICE**                     **$135.50**

            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301080

INVOICE #  830142

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301080
     Hinson, Robert A. (Bankruptcy) - 700284
     Loan No. - 8446038941
     TC # 700284

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | CLHA Provide status update to client | | L120 | .20 hrs |
| 12/13/12 | CLHA Follow up with counsel for Container Mutual regarding settlement agreement | | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $138.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .40 hrs | 345.00 /hr | 138.00 |

TOTAL FEES                0.40 hrs              $138.00

**TOTAL CHARGES FOR THIS INVOICE**              **$138.00**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301081

INVOICE #  813752

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301081
     Luria, Neil F. as Trustee to the Taylor, Bean & Whitaker
     Plan Trust; Matter No. 717815
     TC # 717815

PROFESSIONAL SERVICES

| 09/07/12 | RLB | Draft monthly status report regarding bankruptcy | L190 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $26.60

BILLING SUMMARY

| Rashad L. Blossom | .10 hrs | 266.00 /hr | 26.60 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | $26.60 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                           **$26.60**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301081

INVOICE #  818652

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301081
     Luria, Neil F. as Trustee to the Taylor, Bean & Whitaker
     Plan Trust; Matter No. 717815
     TC # 717815

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|---|---|---|---|---|
| 10/01/12 | RLB | Draft monthly status report regarding stay of proceeding | L190 | .10 hrs |
| 10/04/12 | RLB | Analyze complaint relative to amended notice of bankruptcy | L190 | .10 hrs |
| 10/04/12 | RLB | Draft amended notice of bankruptcy | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER

$186.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .70 hrs | 266.00 /hr | 186.20 |

TOTAL FEES            0.70 hrs            $186.20

**TOTAL CHARGES FOR THIS INVOICE**            **$186.20**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301081

INVOICE #  821138

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301081
     Luria, Neil F. as Trustee to the Taylor, Bean & Whitaker
     Plan Trust; Matter No. 717815
     TC # 717815

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/21/12 | RLB | Review status of case | L190 | .10 hrs |
| 11/28/12 | KK | Research and review PACER to determine and monitor activity in case | L110 | .20 hrs |
| 11/29/12 | KK | Research and review docket to determine status of case | L110 | .20 hrs |
| 11/30/12 | KK | Draft status report for client | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                      $149.20

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
| Kerry Keane | .60 hrs | 160.00 /hr | 96.00 |

TOTAL FEES            0.80 hrs                  $149.20

**TOTAL CHARGES FOR THIS INVOICE**             **$149.20**

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301082

INVOICE #  830143

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301082
Harris, Beverley
Loan No. 0591276407; Matter No. 718350
TC # 718350

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | GWG | Review plaintiff's motion for non-suit | L210 | .20 hrs |
| 12/20/12 | MST | Obtain and analyze current docket sheet, forward to attorney and update file regarding same | L110 | .30 hrs |
| 12/20/12 | GWG | Search state court file for ruling on plaintiff's non-suit | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $150.20

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Melanie Thompson | .30 hrs | 150.00 /hr | | 45.00 |
| Graham W. Gerhardt | .40 hrs | 263.00 /hr | | 105.20 |

TOTAL FEES                          0.70 hrs                    $150.20

TOTAL CHARGES FOR THIS INVOICE                                $150.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301083

INVOICE #  813753

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301083
     Davis, James and Jarvill, Patricia (Flat) - 709242
     Loan No. 600495364
     TC # 709242

PROFESSIONAL SERVICES

09/17/12   GWG   Review proof of claim and correspond        L120      .60 hrs
                 with client regarding proof of claim and
                 bankruptcy issues

           TOTAL FEES FOR THIS MATTER                                  $157.80

BILLING SUMMARY

   Graham W. Gerhardt         .60 hrs   263.00 /hr         157.80

TOTAL FEES                    0.60 hrs                     $157.80

**TOTAL CHARGES FOR THIS INVOICE**                        **$157.80**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301084

INVOICE #  813754

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301084
     McClanahan, Michael - 717294
     Loan No. 7440317295
     TC # 717294

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .20 hrs |
| 09/10/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $87.30

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jose D. Vega | .20 hrs | 219.00 /hr | 43.80 |

TOTAL FEES          0.50 hrs              $87.30

**TOTAL CHARGES FOR THIS INVOICE**          $87.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301084

INVOICE #  818856

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301084
     McClanahan, Michael - 717294
     Loan No. 7440317295
     TC # 717294

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/05/12 | JDV | Draft Response in Opposition to Defendants' Motion for Summary Judgment | L210 | 3.40 hrs |
| 10/10/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 10/11/12 | HTC | Review and revise opposition to motion for summary judgment | L240 | .10 hrs |
| 10/12/12 | HTC | Continue reviewing and revising motion for summary judgment | L240 | .80 hrs |
| 10/12/12 | JDV | Communications with client regarding assessment of case | L190 | .30 hrs |
| 10/15/12 | JDV | Revise Response in Opposition to Defendant's Motion for Summary Judgment | L210 | 1.00 hrs |
| 10/15/12 | JDV | Communications with client regarding response in opposition to motion for summary judgment | L190 | .30 hrs |
| 10/15/12 | JAM | Review emails regarding breach letter | L110 | .10 hrs |
| 10/16/12 | HTC | Consider issues relating to opposition to motion for summary judgment and need for affidavit | L240 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301084

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/16/12 | CWH | Review and analyze status and strategy in case in light of borrower's motion for summary judgment | L120 | .30 hrs |
| 10/16/12 | JAM | Review email correspondence regarding attorney representation of the Borrower | L190 | .10 hrs |
| 10/16/12 | JAM | Review email correspondence regarding Motion to Dismiss | L240 | .10 hrs |
| 10/17/12 | JDV | Communications with R.Combs regarding regional legal counsel | L190 | .20 hrs |
| 10/18/12 | JDV | Communications with R.Ranson, defendants' attorney, regarding hearing on motion for summary judgment | L190 | .20 hrs |
| 10/18/12 | JDV | Communications with client regarding litigation strategy and resolution | L190 | .50 hrs |
| 10/18/12 | JDV | Communications with J.Kronn regarding hearing on motion for summary judgment | L190 | .50 hrs |
| 10/18/12 | JDV | Draft affidavit in support of response in opposition to defendants' motion for summary judgment | L250 | .50 hrs |
| 10/18/12 | HTC | Review emails summarizing conversations with Encompass | L120 | .10 hrs |
| 10/22/12 | JDV | Email correspondence with client regarding review of response in opposition to motion for summary judgment | L210 | .20 hrs |
| 10/22/12 | JDV | Communications with J.Kron regarding authentication of insurance records | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
NOVEMBER 19, 2012

0G2012-301084

FED ID NO. 63-0243316

| 10/23/12 | CWH | Review and analyze issues for upcoming motion for summary judgment | L210 | .20 hrs |
| 10/23/12 | JDV | Email correspondence with client regarding documentation in support of affidavit for response in opposition to defendants' motion for summary judgment | L190 | .40 hrs |
| 10/24/12 | JAM | Final review of Notice of Filing Documents | L210 | .20 hrs |
| 10/24/12 | JAM | Draft email service to opposing counsel | L210 | .20 hrs |
| 10/24/12 | JDV | Revise Notice of Filing Documents Produced by Defendants | L250 | .20 hrs |
| 10/24/12 | JDV | Review executed affidavit in support of response in opposition to defendants' motion for summary judgment | L250 | .20 hrs |
| 10/24/12 | JAM | Conference with J.Vega regarding discovery issues and Notice of Filing | L310 | .20 hrs |
| 10/24/12 | JAM | Review documents produced by defendants | L310 | .20 hrs |
| 10/24/12 | JAM | Redact documents to be filed with Court | L310 | .00 hrs |
| 10/24/12 | JAM | Draft correspondence to Seminole County Clerk enclosing Notice of Filing to be docketed | L310 | .20 hrs |
| 10/25/12 | JDV | Revise Response in Opposition to Motion for Summary Judgment pursuant to executed affidavit in support | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 19, 2012

0G2012-301084

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/25/12 | JDV | Email correspondence with client regarding executed affidavit in support of response in opposition to motion for summary judgment | L190 | .20 hrs |
| 10/26/12 | JDV | Prepare Response in Opposition for service and filing | L210 | .30 hrs |
| 10/26/12 | JDV | Review Stipulation for Substitution of Counsel and Order Granting Substitution of Counsel | L210 | .20 hrs |
| 10/26/12 | JAM | Review Judge Rudisill's procedures for hearings and telephone call to Court to confirm hearing | L230 | .30 hrs |
| 10/26/12 | JAM | Final proof and revisions to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment and prepare exhibits to same | L210 | 1.20 hrs |
| 10/30/12 | JAM | Assist attorney with preparation for hearing on Motion for Summary Judgment, including drafting Notice of Appearance, telephone calls to JA, faxing copy of Notice of Appearance to Court, and draft correspondence to Court forwarding Notice of Appearance for docketing | L440 | 1.30 hrs |
| 10/30/12 | JDV | Analysis of summary judgment evidence | L120 | 1.20 hrs |
| 10/30/12 | JDV | Telephone conversation with R.Ranson, defendants' attorney, regarding hearings on defendants' motion for summary judgment and plaintiff's motion to dismiss counterclaims and loss mitigation options | L120 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
NOVEMBER 19, 2012

0G2012-301084

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 10/30/12 | HTC | Prepare for hearing on motion for summary judgment | L240 | .10 hrs |
| 10/30/12 | HTC | Continue preparing for hearing on borrower's motion for summary judgment | L250 | 2.50 hrs |
| 10/31/12 | HTC | Prepare for and attendance at hearing on defendants' motion for summary judgment | L230 | 4.00 hrs |

|  |  |  |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $5,741.60 |
| 01 | Copy Charges | |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
|  |  | 0.00 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hope Cannon | 8.10 hrs | 315.00 /hr | 2,551.50 |
| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |
| Jamie Mathews | 4.40 hrs | 145.00 /hr | 638.00 |
| Jose D. Vega | 10.90 hrs | 219.00 /hr | 2,387.10 |

| | | |
|---|---|---|
| TOTAL FEES | 23.90 hrs | $5,741.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $5,741.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301084

INVOICE #  820590

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301084
     McClanahan, Michael - 717294
     Loan No. 7440317295
     TC # 717294

EXPENSES

| 20 | Airline Tickets | 1,291.20 |
| 21 | Travel Expense | 453.68 |
| 23 | Meal Expense | 56.49 |

TOTAL COSTS FOR THIS MATTER          $1,801.37

TOTAL FEES           0.00 hrs           $.00

TOTAL EXPENSES                         $1,801.37

**TOTAL CHARGES FOR THIS INVOICE**     $1,801.37

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301084

INVOICE #  821139

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301084
     McClanahan, Michael - 717294
     Loan No. 7440317295
     TC # 717294

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | JDV | Email correspondence with R.Ranson, regarding loan workout package | L190 | .20 hrs |
| 11/01/12 | JDV | Draft order on plaintiff's motion for summary judgment | L210 | .40 hrs |
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
| 11/01/12 | HTC | Draft update to client regarding status of hearing on defendants& motion for summary judgment | L120 | .10 hrs |
| 11/02/12 | JDV | Review defendants' proposed order partially granting motion for summary judgment and proposed correspondence to the court | L210 | .30 hrs |
| 11/02/12 | JDV | Revise order on plaintiff's motion for summary judgment | L210 | .30 hrs |
| 11/05/12 | AHC | Draft proposed Order granting Motion to Dismiss for attorney review | L250 | .30 hrs |
| 11/05/12 | AHC | Review and organization of pleadings and preparation of hearing notebook for hearing on motion to dismiss | L250 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301084

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/05/12 | HTC | Review and revise proposed order on motion for summary judgment | L240 | .20 hrs |
| 11/06/12 | JDV | Analysis of federal law regarding issues raised in Amended Counterclaim | L120 | 1.00 hrs |
| 11/06/12 | JDV | Analysis of pleadings and client documents in preparation of hearing on motion to dismiss amended counterclaims | L120 | 1.90 hrs |
| 11/07/12 | JDV | Prepare for hearing on motion to dismiss defendants' amended counterclaims | L450 | 1.00 hrs |
| 11/07/12 | JDV | Attend hearing on motion to dismiss defendants' amended counterclaims | L450 | 2.10 hrs |
| 11/07/12 | JDV | Communications with R.Ranson, defendants' attorney, regarding mediation | L190 | .30 hrs |
| 11/08/12 | HTC | Review update on motion to dismiss hearing | L120 | .10 hrs |
| 11/08/12 | JDV | Revise Order on Motion to Dismiss Defendants' Amended Counterclaims | L210 | .20 hrs |
| 11/08/12 | JDV | Email correspondence with client regarding hearing on motion to dismiss defendants' amended counterclaim | L190 | .20 hrs |
| 11/08/12 | JAM | Conference regarding Judge's ruling on Plaintiff's Motion to Dismiss Amended Counterclaim and prepare initial draft of proposed Order | L250 | .60 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301084

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/09/12 | JDV | Email correspondence with R.Ranson, defendants' attorney, regarding proposed order on defendants' amended counterclaims | L190 | .20 hrs |
| 11/09/12 | JDV | Revise proposed order on defendants' amended counterclaims | L210 | .20 hrs |
| 11/10/12 | JAM | Confirm docketing of Notice of Filing Documents Produced by Defendants and Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment | L210 | .20 hrs |
| 11/12/12 | JAM | Telephone conference and emails with B.Dease regarding A.Ranson's review and approval of proposed order regarding amended counterclaim | L210 | .30 hrs |
| 11/12/12 | JDV | Draft letter to Judge Rudisill regarding proposed order on motion to dismiss amended counterclaims | L190 | .20 hrs |
| 11/13/12 | JAM | Final review of proposed order and prepare conformed copies and return envelopes for filing with proposed order | L210 | .30 hrs |
| 11/19/12 | JAM | Review Court's Order on Deutsche Bank's Motion to Dismiss Counterclaim | L210 | .10 hrs |
| 11/19/12 | JDV | Review conformed copies of Order Granting Partial Summary Judgment and Order on Motion to Dismiss Amended Counterclaims | L210 | .20 hrs |
| 11/26/12 | JDV | Communications with B.Deas, assistant to defendants' attorney, regarding mediation | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301084

FED ID NO. 63-0243316

| 11/26/12 | JAM | Telephone conferences with C.Ranson's office regarding informal mediation | L160 | .40 hrs |
| 11/30/12 | JDV | Communications with client regarding return of defendants' monthly payment | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                     $2,604.80

BILLING SUMMARY

| Hope Cannon | .40 hrs | 315.00 /hr | 126.00 |
| Alecia H. Cockrell | 1.30 hrs | 145.00 /hr | 188.50 |
| Jamie Mathews | 1.90 hrs | 145.00 /hr | 275.50 |
| Jose D. Vega | 9.20 hrs | 219.00 /hr | 2,014.80 |

TOTAL FEES           12.80 hrs               $2,604.80

**TOTAL CHARGES FOR THIS INVOICE**               $2,604.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301084

INVOICE #  830145

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301084
     McClanahan, Michael - 717294
     Loan No. 7440317295
     TC # 717294

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 12/02/12 | CWH | Exchange e-mails with client about timing of funds received from borrower | L110 | .10 hrs |
| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .20 hrs |
| 12/04/12 | JDV | Draft Answer to Amended Counterclaims | L210 | 2.60 hrs |
| 12/04/12 | JAM | Confirm docketing of Order of Dismissal on Counts III and IV | L210 | .20 hrs |
| 12/05/12 | JDV | Communications with R.Ranson, defendants' attorney, regarding filing of Answer to Amended Counterclaim and status of loan workout package | L190 | .30 hrs |
| 12/07/12 | JDV | Review defendants' completed loan workout package | L190 | .20 hrs |
| 12/10/12 | JDV | Email correspondence with client regarding summary of case and defendants' completed loan workout package | L190 | .50 hrs |
| 12/11/12 | JDV | Communications with R.Ranson, defendants' attorney, regarding defendants' completion of Form 4506T | L190 | .40 hrs |
| 12/13/12 | HTC | Review and revise answer to complaint | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301084

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 12/14/12 | JAM | Conference with J.Vega regarding filing of Answer to Amended Counterclaim and telephone call to B.Dease regarding deadline or filing answer to Amended Counterclaim | L210 | .00 hrs |
| 12/14/12 | JDV | Communications with R.Ranson, defendants' attorney, regarding extension of time to file Answer | L210 | .20 hrs |
| 12/14/12 | JDV | Revise Answer | L210 | .80 hrs |
| 12/14/12 | JDV | Prepare Answer for service and filing | L210 | .80 hrs |
| 12/18/12 | JAM | Telephone call from A.Ranson regarding status of modification | L190 | .30 hrs |
| 12/20/12 | JDV | Communications with R.Ranson, defendants' attorney, regarding conciliation conference | L160 | .30 hrs |
| 12/20/12 | JDV | Email correspondence with client regarding scheduling of conciliation conference | L160 | .20 hrs |
| 12/28/12 | JDV | Telephone conversation with R.Ranson, defendants' attorney, regarding conciliation conference | L190 | .20 hrs |
| 12/28/12 | JDV | Communications with client regarding conciliation conference | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,774.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                    PAGE    3
                                                                          JANUARY 23, 2013

                                                                          0G2012-301084

                                                                          FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .50 hrs | 315.00 /hr | 157.50 |
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Jamie Mathews | .50 hrs | 145.00 /hr | 72.50 |
| Jose D. Vega | 6.90 hrs | 219.00 /hr | 1,511.10 |

TOTAL FEES                        8.00 hrs                        $1,774.10

**TOTAL CHARGES FOR THIS INVOICE**                               $1,774.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301085

INVOICE #  813755

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301085
     Hanna, Ben and Donna (Flat) - 709246
     Loan No. 7432838308
     TC # 709246

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | RK | Draft status report to client | L120 | .10 hrs |
| 09/06/12 | GWG | Correspondence with client regarding status of motion to reconsider | L210 | .20 hrs |
| 09/07/12 | GWG | Analyze judge's order regarding plaintiff's motion to reconsider and client's bankruptcy | L210 | .20 hrs |
| 09/11/12 | GWG | Call and correspondence with client regarding ruling on motion to reconsider and bankruptcy order | L120 | .40 hrs |
| 09/25/12 | MST | Analysis of docket sheet and pleadings and update taxonomy and opposing counsel report regarding motions filed, outcome of motions, ruling judge and research for same | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$288.90

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| Graham W. Gerhardt | .80 hrs | 263.00 /hr | 210.40 |
| Riley Key | .10 hrs | 185.00 /hr | 18.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
OCTOBER 30, 2012

0G2012-301085

FED ID NO. 63-0243316

TOTAL FEES                    1.30 hrs                          $288.90

**TOTAL CHARGES FOR THIS INVOICE**
                                                                $288.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive                                              NOVEMBER 17, 2012
Fort Washington, PA 19034                                        0G2012-301085

                                                                 INVOICE #  818653

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0G2012-301085
         Hanna, Ben and Donna (Flat) - 709246
         Loan No. 7432838308
         TC # 709246

PROFESSIONAL SERVICES

10/02/12  RK    Draft status report for client
                                                    L120      .10 hrs

10/03/12  GWG   Correspondence with client regarding
                status of litigation                L120      .20 hrs

10/04/12  GWG   Draft memo to client regarding
                bankruptcy issues                   L120      .30 hrs

10/05/12  GWG   Edit memo to client regarding bankruptcy
                issues                              L120      .20 hrs

10/19/12  GWG   Work on memo to client regarding
                bankruptcy issues                   L120      .10 hrs


          TOTAL FEES FOR THIS MATTER
                                                              $228.90


BILLING SUMMARY

   Graham W. Gerhardt         .80 hrs    263.00 /hr      210.40
   Riley Key                  .10 hrs    185.00 /hr       18.50


TOTAL FEES                   0.90 hrs                   $228.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 17, 2012

0G2012-301085

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$228.90

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301085

INVOICE #  821140

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301085
     Hanna, Ben and Donna (Flat) - 709246
     Loan No. 7432838308
     TC # 709246

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/12/12 | GWG | Correspondence with client regarding identity of all named defendants | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                       $52.60

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Graham W. Gerhardt | .20 hrs | 263.00 /hr | 52.60 |

TOTAL FEES              0.20 hrs              $52.60

**TOTAL CHARGES FOR THIS INVOICE**              **$52.60**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301085

INVOICE #  830147

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301085
     Hanna, Ben and Donna (Flat) - 709246
     Loan No. 7432838308
     TC # 709246

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | GWG | Correspondence with client regarding status of bankruptcy and eviction process | L120 | .30 hrs |
| 12/19/12 | GWG | Correspondence with client regarding status of eviction process | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$131.50

### BILLING SUMMARY

Graham W. Gerhardt          .50 hrs    263.00 /hr        131.50

TOTAL FEES                  0.50 hrs                     $131.50

**TOTAL CHARGES FOR THIS INVOICE**
                                                         **$131.50**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301086

INVOICE #  813756

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301086
     Evans, Anderson - 700546
     289 Dixie Road, Memphis, TN 38109
     Loan 473708030
     TC # 700546

## PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 09/03/12 | CET | Providing status update to client. | L240 | .20 hrs |
| 09/12/12 | JJPH | Telephone conference with chancery court clerk regarding hearing on motion to alter or amend | L240 | .20 hrs |
| 09/14/12 | JJPH | Draft, edit, and finalize notice of hearing | L240 | .80 hrs |
| 09/19/12 | JJPH | Telephone call and email correspondence to chancery court clerk regarding hearing date | L240 | .20 hrs |
| 09/27/12 | JJPH | Plan and prepare for hearing on motion to set aside order granting summary judgment | L240 | .50 hrs |
| 09/27/12 | CET | Analyzing oral argument to present at the hearing on the motion to reconsider. | L240 | .30 hrs |
| 09/28/12 | JJPH | Prepare for and represent client at hearing on Plaintiff's motion to set aside | L240 | 2.20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,121.50

01        Copy Charges

                                                    0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301086

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | 3.90 hrs | 250.00 /hr | 975.00 |
| Christopher E. Thorsen | .50 hrs | 293.00 /hr | 146.50 |

TOTAL FEES                4.40 hrs                $1,121.50

**TOTAL CHARGES FOR THIS INVOICE**                $1,121.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301086

INVOICE #  817886

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301086
     Evans, Anderson - 700546
     289 Dixie Road, Memphis, TN 38109
     Loan 473708030
     TC # 700546

<u>EXPENSES</u>

| | | |
|---|---|---|
| 01 | Copy Charges | |
| 02 | Postage Charges | 0.00 |
| 21 | Travel Expense | 0.00 |
| 35 | Express Mail/Fedex | 235.96 |
| | | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $235.96


TOTAL FEES            0.00 hrs                $.00

TOTAL EXPENSES                              $235.96

**TOTAL CHARGES FOR THIS INVOICE**          $235.96

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301086

INVOICE # 818654

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301086
     Evans, Anderson - 700546
     289 Dixie Road, Memphis, TN 38109
     Loan 473708030
     TC # 700546

## PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 10/01/12 | CET | Providing status update for client. | L240 | .20 hrs |
| 10/03/12 | CET | Analyzing the proposed order on the motion to set aside the order of dismissal. | L240 | .30 hrs |
| 10/03/12 | JJPH | Draft, revise, and finalize proposed order denying Plaintiff's motion to set aside summary judgment order | L250 | .70 hrs |
| 10/03/12 | JJPH | Telephone conference with chancery court clerk regarding proposed order | L240 | .10 hrs |
| 10/03/12 | JJPH | Email correspondence to Vanessa Keeler regarding proposed order | L240 | .10 hrs |
| 10/16/12 | JJPH | Email correspondence with Lauren Delehey regarding order denying motion to set aside | L240 | .20 hrs |
| 10/18/12 | JJPH | Email correspondence to Lauren Delehey regarding signed order denying motion to set aside | L240 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$446.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301086

FED ID NO. 63-0243316

BILLING SUMMARY

Joshua J. Phillips          1.20 hrs    250.00 /hr        300.00
Christopher E. Thorsen       .50 hrs    293.00 /hr        146.50

TOTAL FEES                  1.70 hrs                    $446.50

**TOTAL CHARGES FOR THIS INVOICE**                     $446.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301086

INVOICE # 821141

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301086
     Evans, Anderson - 700546
     289 Dixie Road, Memphis, TN 38109
     Loan 473708030
     TC # 700546

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/08/12 | CET | Email correspondence with L. Delehey regarding finalizing the litigation. | L240 | .20 hrs |
| 11/08/12 | JJPH | Emails with L.Delehey regarding order denying motion to set aside and order granting summary judgment | L240 | .20 hrs |
| 11/14/12 | JJPH | Emails with J.Ho regarding eviction and marketing of property | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$158.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .40 hrs | 250.00 /hr | 100.00 |
| Christopher E. Thorsen | .20 hrs | 293.00 /hr | 58.60 |

TOTAL FEES                     0.60 hrs                     $158.60

**TOTAL CHARGES FOR THIS INVOICE**                     **$158.60**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301086

INVOICE #  830149

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301086
     Evans, Anderson - 700546
     289 Dixie Road, Memphis, TN 38109
     Loan 473708030
     TC # 700546

PROFESSIONAL SERVICES

12/02/12   CET   Providing statutes report to the client.   L240      .20 hrs

           TOTAL FEES FOR THIS MATTER
                                                                     $58.60

BILLING SUMMARY

   Christopher E. Thorsen        .20 hrs    293.00 /hr        58.60

TOTAL FEES                   0.20 hrs
                                                         $58.60

**TOTAL CHARGES FOR THIS INVOICE**
                                                         $58.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301087

INVOICE #  813757

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301087
     Stabins, Crissy (Denby Trustee v. GMACM)
     Loan No. 8900004969; Ally No. 719360
     TC # 719360

PROFESSIONAL SERVICES

| Date | | | | |
|---|---|---|---|---|
| 09/04/12 | CLHA Analyze recent bankruptcy pleadings and correspondence and advise client regarding status and strategy | L120 | .20 hrs | |

TOTAL FEES FOR THIS MATTER                                $69.00

BILLING SUMMARY

Christopher L. Hawkins       .20 hrs    345.00 /hr       69.00

TOTAL FEES                   0.20 hrs                   $69.00

**TOTAL CHARGES FOR THIS INVOICE**                       $69.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301087

INVOICE #  818857

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301087
     Stabins, Crissy (Denby Trustee v. GMACM)
     Loan No. 8900004969; Ally No. 719360
     TC # 719360

PROFESSIONAL SERVICES

10/05/12   CLHA  Conference call with client to discuss        L120        .10 hrs
                 current status and action items

           TOTAL FEES FOR THIS MATTER
                                                                            $34.50

BILLING SUMMARY

   Christopher L. Hawkins          .10 hrs     345.00 /hr          34.50

TOTAL FEES                         0.10 hrs
                                                                  $34.50

TOTAL CHARGES FOR THIS INVOICE
                                                                  $34.50

               ***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301087

INVOICE #  821142

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:   0G2012-301087
      Stabins, Crissy (Denby Trustee v. GMACM)
      Loan No. 8900004969; Ally No. 719360
      TC # 719360

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CLHA | Analyze recent pleadings and client documents and advise client regarding status and strategy | L120 | .20 hrs |
| 11/27/12 | CLHA | Conference call with client regarding action plan | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER            $103.50

BILLING SUMMARY

Christopher L. Hawkins        .30 hrs    345.00 /hr        103.50

TOTAL FEES              0.30 hrs              $103.50

**TOTAL CHARGES FOR THIS INVOICE**              **$103.50**

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301087

INVOICE #  830150

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301087
Stabins, Crissy (Denby Trustee v. GMACM)
Loan No. 8900004969; Ally No. 719360
TC # 719360

PROFESSIONAL SERVICES

| 12/03/12 | CLHA | Provide status update to client | L120 | .20 hrs |
|----------|------|---------------------------------|------|---------|
| 12/26/12 | CLHA | Check status of case to be sure court still considers the matter stayed | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $138.00

BILLING SUMMARY

| Christopher L. Hawkins | .40 hrs | 345.00 /hr | 138.00 |
|------------------------|---------|------------|--------|

TOTAL FEES                       0.40 hrs            $138.00

**TOTAL CHARGES FOR THIS INVOICE**            $138.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301089

INVOICE #  813758

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301089
     Reed, Clarence and Frances Hollis - 706870
     Loan No. 601587522
     TC # 706870

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 09/03/12 | JHP | Provided monthly status update to client. | L120 | .10 hrs |
| 09/05/12 | ABB | Telephone conference with Judge Stewart's office regarding upcoming hearing and stay regarding same as well as e-mail communications pertaining to conversation | L110 | .20 hrs |
| 09/11/12 | JHP | Email to counsel for borrower to find out status on temporary loan modification agreement | L160 | .10 hrs |
| 09/14/12 | JHP | Email from counsel for borrower indicating his client was to be sending his signed temporary loan modification agreement | L160 | .10 hrs |
| 09/19/12 | JHP | Review order from court staying certain claims due to bankruptcy suggestion filing | L250 | .10 hrs |
| 09/19/12 | JHP | Email to/from client contact K.Dutill to check on status of loan modification agreement sent to borrower | L160 | .10 hrs |
| 09/19/12 | BG | Receipt / review of order staying monetary damages | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301089

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 09/24/12 | ABB | Assimilation and compilation of received Order from the Court regarding bankruptcy status and update pleadings regarding same | L110 | .20 hrs |
| 09/24/12 | CWH | Review status of case, where court has agreed some claims are stayed | L210 | .10 hrs |
| 09/26/12 | JHP | Email to/from client contact K.Dutill to discuss update on whether borrower intends to execute and return temporary loan modification agreement | L160 | .20 hrs |
| 09/26/12 | JHP | Emails to/from counsel for borrower to discuss whether borrower intends to execute and return temporary loan modification agreement | L160 | .20 hrs |
| 09/29/12 | JHP | Review executed temporary loan modification agreement from borrower and send to client | L160 | .20 hrs |
| 09/29/12 | JHP | Email to counsel for borrowers acknowledging receipt of signed temporary modification agreement and requesting first payment | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$406.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Allison Burke | .40 hrs | 150.00 /hr | 60.00 |
| Jon H. Patterson | 1.20 hrs | 245.00 /hr | 294.00 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
OCTOBER 30, 2012

0G2012-301089

FED ID NO. 63-0243316

TOTAL FEES                  1.80 hrs                              $406.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                                  $406.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301089

INVOICE #  818858

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301089
     Reed, Clarence and Frances Hollis - 706870
     Loan No. 601587522
     TC # 706870

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | JHP | Emails to/from counsel for borrower to discuss that we are in need of borrower's first payment under temporary loan modification agreement immediately | L120 | .20 hrs |
| 10/01/12 | JHP | Emails to/from client contact K.Dutill to discuss borrower's loan status | L160 | .20 hrs |
| 10/01/12 | BG | Correspondence with client regarding trial modification | L230 | .10 hrs |
| 10/01/12 | ABB | Analysis and review of multiple e-mail communications regarding loan modification agreement and update file regarding same | L110 | .20 hrs |
| 10/02/12 | JHP | Provided monthly status update to client advising of status of case | L120 | .10 hrs |
| 10/08/12 | JHP | Emails to/from client contact K.Dutill to discuss loan modification agreement and to discuss strategy regarding same | L160 | .40 hrs |
| 10/08/12 | BG | Correspondence with client regarding change of address and loan modification | L120 | .10 hrs |
| 10/09/12 | BG | Correspondence with client regarding loan modification | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301089

FED ID NO. 63-0243316

10/30/12   JHP   Emails to/from client contact K.Dutill          L120      .10 hrs
                 to discuss status of case

                 TOTAL FEES FOR THIS MATTER                                 $351.00


BILLING SUMMARY

     Allison Burke            .20 hrs    150.00 /hr         30.00
     Jon H. Patterson        1.00 hrs    245.00 /hr        245.00
     Blake Goodsell           .40 hrs    190.00 /hr         76.00


TOTAL FEES                   1.60 hrs                      $351.00

**TOTAL CHARGES FOR THIS INVOICE**                          $351.00

         ***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301089

INVOICE #  821143

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301089
     Reed, Clarence and Frances Hollis - 706870
     Loan No. 601587522
     TC # 706870

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/05/12 | JHP | Emails to/from client contact K.Dutill to discuss that we will get hearing date set on motion for summary judgment | L120 | .10 hrs |
| 11/30/12 | JHP | Emails to/from client contact K.Dutill to discuss status of attempts to obtain new hearing date on motion for summary judgment | L120 | .10 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $98.00

BILLING SUMMARY

Jon H. Patterson          .40 hrs   245.00 /hr       98.00

TOTAL FEES                 0.40 hrs                  $98.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$98.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301089

INVOICE #  830153

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301089
     Reed, Clarence and Frances Hollis - 706870
     Loan No. 601587522
     TC # 706870

## PROFESSIONAL SERVICES

| Date | Init | Description | Task | Hours |
|------|------|-------------|------|-------|
| 12/05/12 | ABB | Extensive telephone conferences with Judge's clerk regarding status of summary judgment in order to set hearing regarding same and further e-mail communications regarding status | L110 | .30 hrs |
| 12/06/12 | JHP | Email to/from client contact K.Dutill discussing status of motion for summary judgment hearing | L120 | .10 hrs |
| 12/10/12 | ABB | Finalize Status Report regarding Bankruptcy and prepare same for filing and for service upon parties | L110 | .30 hrs |
| 12/28/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$139.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .60 hrs | 150.00 /hr | 90.00 |
| Jon H. Patterson | .20 hrs | 245.00 /hr | 49.00 |

TOTAL FEES

0.80 hrs

$139.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301089

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $139.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301090

INVOICE #  813759

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301090
     Flannigan, Ryan - 688129
     Loan Nos.  0360107952 AND 036017953
     TC # 688129

PROFESSIONAL SERVICES

| Date | Atty | Description | Task | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | MW | Review and update case status regarding potential for resolution | L120 | .10 hrs |
| 09/11/12 | RBB | Review and analysis of correspondence to/from A.Koury regarding (attached) Joint settlement and Release agreement for case status update | L140 | .20 hrs |
| 09/11/12 | RBB | Review and analysis of correspondence to/from M.Verma regarding (attached) Joint settlement and Release agreement for case status update | L140 | .20 hrs |
| 09/12/12 | MW | Correspondence with A.Koury requesting response confirmation of agreement with terms and conditions | L120 | .20 hrs |
| 09/13/12 | MW | Review and analyze procedural posture of action in preparation for implementation of strategy moving forward | L120 | .30 hrs |
| 09/13/12 | MW | Review and revise draft notice of bankruptcy | L320 | .40 hrs |
| 09/13/12 | RBB | Review and analysis of Defendant (Borrower)'s Answer, affirmative defenses and counterclaim | L140 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301090

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/13/12 | RBB | Prepare notice of bankruptcy filing and supplemental service order | L140 | .30 hrs |
| 09/13/12 | RBB | Review and analysis of correspondence to/from A.Koury regarding (attached) Joint settlement and release agreement for case status update | L140 | .10 hrs |
| 09/17/12 | RBB | Revise Notice of Bankruptcy and Supplemental Servicing Order for attorney signature | L140 | .10 hrs |
| 09/17/12 | RBB | Prepare signed copy of Notice of Bankruptcy and Supplemental Servicing Order and its exhibit for e-filing | L140 | .20 hrs |
| 09/17/12 | RBB | E-file signed copy of Notice of Bankruptcy and Supplemental Servicing Order and its exhibit | L140 | .30 hrs |
| 09/17/12 | MCG | Review pleadings and revise notice of filing supplemental bankruptcy order | L210 | .70 hrs |
| 09/18/12 | RBB | Prepare copies of Notice of Bankruptcy Filing and Supplemental Servicing Order and proof of e-filing | L140 | .10 hrs |
| 09/24/12 | RBB | Review and analysis of correspondence to/from A.Koury regarding (attached) settlement agreement and renewing negotiations with opposing counsel for case status update | L140 | .20 hrs |
| 09/24/12 | MW | Correspondence with A.Koury regarding terms and conditions of proposed settlement agreement | C400 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301090

FED ID NO. 63-0243316

09/25/12    DCL    Review revised Settlement Agreement        L120        .20 hrs

TOTAL FEES FOR THIS MATTER                                $929.80

35        Express Mail/Fedex

0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | .20 hrs | 376.00 /hr | 75.20 |
| Robert B. Benson | 2.10 hrs | 149.00 /hr | 312.90 |
| Michael C. Griffin | .70 hrs | 323.00 /hr | 226.10 |
| Monica Wilson | 1.20 hrs | 263.00 /hr | 315.60 |

TOTAL FEES        4.20 hrs                $929.80

TOTAL CHARGES FOR THIS INVOICE            $929.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301090

INVOICE #  818859

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301090
     Flannigan, Ryan - 688129
     Loan Nos.  0360107952 AND 036017953
     TC # 688129

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | RBB | Review and analysis of correspondence to/from A.Koury regarding, attached, joint settlement agreement for case status update | L140 | .10 hrs |
| 10/01/12 | MW | Draft status update regarding litigation strategy | L320 | .10 hrs |
| 10/01/12 | MW | Correspondence with A.Koury of CoreLogic regarding litigation strategy | L120 | .20 hrs |
| 10/05/12 | MPE | Revise settlement agreement to reflect new client information and draft letter to opposing counsel regarding terms and deadline for acceptance. | L110 | .60 hrs |
| 10/08/12 | RBB | Document production: Exhibit for draft of settlement agreement for attorney review | L140 | .10 hrs |
| 10/08/12 | MCG | Review and analyze pleadings and revise notice of filing final supplemental bankruptcy order | L210 | .50 hrs |
| 10/08/12 | MW | Draft and revise letter to K.Olsen, opposing counsel, regarding status of action | L320 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301090

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/08/12 | MW | Review and revise proposed draft settlement agreement | L320 | .60 hrs |
| 10/10/12 | MW | Correspondence with M.Verma regarding litigation documents and strategy | L120 | .20 hrs |
| 10/10/12 | MW | Review and revise amended notice of bankruptcy and supplemental servicing order for filing | L320 | .30 hrs |
| 10/10/12 | RBB | Review and analysis of correspondence to/from M.Verma regarding GMAC's notice of bankruptcy and filing of supplemental servicing order and proposed settlement agreement for case status update | L140 | .10 hrs |
| 10/10/12 | RBB | Assist attorney with finalizing GMAC's notice of bankruptcy and filing of supplemental servicing order | L140 | .40 hrs |
| 10/10/12 | RBB | Prepare correspondence to opposing counsel regarding, attached copy of GMAC's notice of bankruptcy and filing of supplemental servicing order | L140 | .10 hrs |
| 10/11/12 | RBB | Review and analysis of correspondence regarding enclosed letter to K.Olsen regarding proposed settlement agreement and his follow up questions/requests for revisions for case status update | L140 | .20 hrs |
| 10/11/12 | MPE | Review case to determine status of settlement and assist with consent judgment. | L110 | .60 hrs |
| 10/11/12 | MW | Review and revise consent foreclosure judgment documents | L320 | .70 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 19, 2012

0G2012-301090

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/11/12 | MW | Conference with K.Olsen, opposing counsel, regarding paragraphs in litigation documents and questions regarding their impact, including second mortgage documents | L120 | .60 hrs |
| 10/11/12 | MW | Correspondence with M.Verma regarding conference with opposing counsel and litigation strategy | L120 | .20 hrs |
| 10/12/12 | RBB | Review and analysis of correspondence to/from M.Verma regarding opposing counsel's questions regarding proposed settlement agreement for case status update | L140 | .10 hrs |
| 10/15/12 | MW | Correspondence with M.Verma regarding litigation analysis | L120 | .20 hrs |
| 10/16/12 | RBB | Review and analysis of correspondence to/from M.Verma regarding servicing of loan | L140 | .10 hrs |
| 10/16/12 | MW | Correspondence with M.Verma regarding litigation strategy and research of documents | L120 | .50 hrs |
| 10/17/12 | MW | Review and analyze new correspondence from opposing counsel | L120 | .20 hrs |
| 10/17/12 | MW | Revew and revise draft consent foreclosure judgment to accompany agreement as exhibit | L320 | .20 hrs |
| 10/17/12 | RBB | Review and analysis of case file documents and pleadings | L140 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 19, 2012

0G2012-301090

FED ID NO. 63-0243316

| 10/17/12 | RBB | Prepare Final Judgment of Foreclosure for attorney review | L140 | .60 hrs |
| 10/17/12 | RBB | Review and analysis of case file documents and pleadings in order to prepare Stipulated Consent to Final Summary Judgment | L140 | .40 hrs |
| 10/17/12 | RBB | Prepare Stipulated Consent to Final Summary Judgment for attorney review | L140 | .60 hrs |
| 10/17/12 | RBB | Conference with foreclosure counsel to determine attorney currently assigned to this case | L140 | .10 hrs |
| 10/18/12 | MW | Correspondence with M.Verma regarding draft consent foreclosure judgment | L120 | .40 hrs |
| 10/18/12 | MW | Conference with opposing counsel K.Olsen regarding proposed revisions to agreement | L120 | .50 hrs |
| 10/24/12 | MW | Correspondence with M.Verma regarding loan documents | L120 | .20 hrs |
| 10/24/12 | CWH | Assist with getting settlement implemented and getting figures for consent judgment | L160 | .20 hrs |
| 10/24/12 | MPE | Telephone call with M.Verma regarding status of judgment figures needed to resolve case. | L110 | .30 hrs |
| 10/26/12 | DCL | Review latest version of Settlement Agreement | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$2,625.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                PAGE      5
                                                                      NOVEMBER 19, 2012

                                                                      0G2012-301090

                                                                      FED ID NO. 63-0243316

        35          Express Mail/Fedex
                                                                                        0.00

        BILLING SUMMARY

            Christian W. Hancock          .20 hrs      330.00 /hr            66.00
            Dana C. Lumsden               .20 hrs      376.00 /hr            75.20
            Robert B. Benson             3.30 hrs      149.00 /hr           491.70
            Michael C. Griffin            .50 hrs      323.00 /hr           161.50
            Monica Wilson                6.00 hrs      263.00 /hr         1,578.00
            Melisa P. Palmer             1.50 hrs      149.00 /hr           223.50


        TOTAL FEES                      11.70 hrs                       $2,625.70

        **TOTAL CHARGES FOR THIS INVOICE**                              $2,625.70

                    ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301090

INVOICE #  821144

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301090
     Flannigan, Ryan - 688129
     Loan Nos.  0360107952 AND 036017953
     TC # 688129

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | MW | Draft status report of client regarding litigation strategy | L120 | .10 hrs |
| 11/02/12 | MW | Review and analyze complaint in connection with specific allegations related to litigation strategy | L120 | .20 hrs |
| 11/05/12 | MW | Review and analyze recent correspondence from opposing counsel in light of continuing negotiations | L120 | .40 hrs |
| 11/05/12 | MPE | Telephone conference with M.Verma to determine status of previously requested judgment figures. | L110 | .20 hrs |
| 11/05/12 | MPE | Research docket to determine status | L110 | .20 hrs |
| 11/07/12 | MW | Review and revise draft agreement pursuant to negotiations with opposing counsel | L320 | .80 hrs |
| 11/08/12 | MW | Review new correspondence from opposing counsel regarding negotiations | L120 | .30 hrs |
| 11/09/12 | MW | Correspondence with M.Verma regarding negotiations with opposing counsel | L120 | .10 hrs |
| 11/09/12 | MPE | Review and revise foreclosure judgment based on updated judgment figures. | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301090

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/09/12 | MPE | Research docket to confirm status and fees paid. | L110 | .20 hrs |
| 11/12/12 | DCL | Telephone conference with M. Wilson regarding status of settlement | L120 | .20 hrs |
| 11/15/12 | DCL | Review and edit proposed Settlement Agreement | L120 | .40 hrs |
| 11/30/12 | MW | Correspondence with M.Verma regarding recent filing by borrower and status of pending litigation | C400 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                   $968.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | .60 hrs | 376.00 /hr | 225.60 |
| Monica Wilson | 2.20 hrs | 263.00 /hr | 578.60 |
| Melisa P. Palmer | 1.10 hrs | 149.00 /hr | 163.90 |

TOTAL FEES          3.90 hrs                    $968.10

**TOTAL CHARGES FOR THIS INVOICE**              **$968.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301090

INVOICE # 830154

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301090
     Flannigan, Ryan - 688129
     Loan Nos.  0360107952 AND 036017953
     TC # 688129

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | MW | Draft status update for client regarding continued litigation strategy | L320 | .10 hrs |
| 12/10/12 | MW | Correspondence with K.Olsen regarding posture of action moving forward and negotiations | L120 | .40 hrs |
| 12/10/12 | DCL | Review and edit settlement documents | L120 | .50 hrs |
| 12/11/12 | MPE | Draft and finalize final judgment of foreclosure using updated figures. | L110 | 1.10 hrs |
| 12/11/12 | MW | Conference with opposing counsel K.Olsen regarding recent correspondences, terms and conditions of negotiated documents, ongoing litigation and filed notices | L120 | .50 hrs |
| 12/12/12 | MW | Draft and revise documents in light of continued negotiation for litigation, pursuant to correspondence with opposing counsel and M.Verma | L320 | .90 hrs |
| 12/12/12 | MPE | Receive and review final judgment documents to prepare for opposing counsel. | L110 | .20 hrs |
| 12/13/12 | DCL | Review and edit Settlement Agreement, Release and stipulated Foreclosure Judgment | L120 | 1.00 hrs |

### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301090

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/13/12 | MW | Review and revise negotiated document to match filed pleadings in action prior to serving on opposing counsel | L320 | .70 hrs |
| 12/13/12 | MW | Correspondence with opposing counsel K.Olsen regarding enclosure of negotiated documents, timeline for consideration and acceptance, and revision of documents moving forward | L120 | .40 hrs |
| 12/17/12 | MW | Correspondence with opposing counsel K.Olsen regarding amended documents and negotiations | C400 | .20 hrs |
| 12/18/12 | DCL | Analyze Flannigans' comments | L120 | .20 hrs |
| 12/18/12 | MW | Correspondence with K.Olsen regarding negotiations and status of documents | L120 | .30 hrs |
| 12/21/12 | MW | Review and analyze latest correspondence from opposing counsel K.Olsen regarding negotiations | L120 | .30 hrs |
| 12/21/12 | MW | Draft and revise correspondence in response to opposing counsel regarding negotiations | L320 | .80 hrs |

TOTAL FEES FOR THIS MATTER                                                          $2,042.70

35        Express Mail/Fedex
                                                                                        0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 1.70 hrs | 376.00 /hr | 639.20 |
| Monica Wilson | 4.60 hrs | 263.00 /hr | 1,209.80 |
| Melisa P. Palmer | 1.30 hrs | 149.00 /hr | 193.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301090

FED ID NO. 63-0243316

TOTAL FEES                 7.60 hrs                    $2,042.70

**TOTAL CHARGES FOR THIS INVOICE**                    $2,042.70

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301091

INVOICE #  813760

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301091
     Kaur, Jasbir - 702513
     Loan No. 0602060439
     TC # 702513

PROFESSIONAL SERVICES

09/03/12  JHP  Provide monthly status update to client     L120      .10 hrs

                TOTAL FEES FOR THIS MATTER                          $24.50

BILLING SUMMARY

     Jon H. Patterson          .10 hrs    245.00 /hr        24.50

TOTAL FEES                    0.10 hrs                  $24.50

**TOTAL CHARGES FOR THIS INVOICE**                      $24.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301091

INVOICE #  818860

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0G2012-301091
      Kaur, Jasbir - 702513
      Loan No. 0602060439
      TC # 702513

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | JHP | Email to client contacts P.Stokes and G.Albright with update on case | L120 | .20 hrs |
| 10/02/12 | JHP | Provided monthly status update to client advising of status of case | L120 | .10 hrs |
| 10/15/12 | ABB | Analysis and review of file and preparation of settlement documents in order to dispose of case | L110 | .40 hrs |
| 10/15/12 | ABB | Draft closing memo regarding case disposal | L110 | .30 hrs |
| 10/16/12 | JHP | Revise closing memo to client | L120 | .10 hrs |
| 10/17/12 | ABB | E-mail communications with client including attachments regarding case settlement and update file regarding same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                      $233.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .90 hrs | 150.00 /hr | 135.00 |
| Jon H. Patterson | .40 hrs | 245.00 /hr | 98.00 |

TOTAL FEES                      1.30 hrs                    $233.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
NOVEMBER 19, 2012

0G2012-301091

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                              $233.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301092

INVOICE #  813761

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301092
     Fernandez, Luis R.
     Loan No. 7436417018; Ally No. 720116
     TC # 720116

PROFESSIONAL SERVICES

| 09/05/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $58.00

BILLING SUMMARY

| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |

| TOTAL FEES | 0.40 hrs | | $58.00 |

**TOTAL CHARGES FOR THIS INVOICE**                           $58.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301092

INVOICE #  818655

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301092
     Fernandez, Luis R.
     Loan No. 7436417018; Ally No.  720116
     TC # 720116

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/04/12 | JW | Review and analyze file to determine next steps required in action | L120 | .90 hrs |
| 10/04/12 | JW | Receive and revise Notice of Appearance | L210 | .10 hrs |
| 10/22/12 | JW | Email J.Holtgren regarding payoff quote | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $209.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Jay Wright | 1.10 hrs | 190.00 /hr | | 209.00 |
| TOTAL FEES | 1.10 hrs | | | $209.00 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$209.00**

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301092

INVOICE #  821145

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301092
     Fernandez, Luis R.
     Loan No. 7436417018; Ally No. 720116
     TC # 720116

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                     $43.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |

TOTAL FEES            0.30 hrs                    $43.50

**TOTAL CHARGES FOR THIS INVOICE**              $43.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          JANUARY 23, 2013
1100 Virginia Drive                                            0G2012-301092
Fort Washington, PA 19034

                                                               INVOICE #  830155

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301092
     Fernandez, Luis R.
     Loan No. 7436417018; Ally No. 720116
     TC # 720116

PROFESSIONAL SERVICES

12/01/12   AHC   Review docket and draft status report     L190      .30 hrs
                 for attorney review and catalog
                 information on comprehensive tracking
                 chart


           TOTAL FEES FOR THIS MATTER                                $43.50

BILLING SUMMARY

   Alecia H. Cockrell        .30 hrs   145.00 /hr        43.50


TOTAL FEES              0.30 hrs
                                           $43.50

**TOTAL CHARGES FOR THIS INVOICE**            $43.50

        ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301093

INVOICE #  813762

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301093
     Moore, Michael W. - 700772
     TC # 700772

PROFESSIONAL SERVICES

| Date | Atty | Description | Task | Hours |
|------|------|-------------|------|-------|
| 09/02/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 09/05/12 | NSR | Conference regarding case strategy | L120 | .20 hrs |
| 09/10/12 | NSR | Conference regarding case strategy and status of title and liens on subject property | L120 | .90 hrs |
| 09/10/12 | NSR | Draft letter to opposing counsel, D.Tate, regarding case history and outline of demand for mediation | L120 | 1.10 hrs |
| 09/10/12 | NSR | Draft second amended notice of bankruptcy | L250 | .20 hrs |
| 09/10/12 | NSR | Review and analyze case file regarding history of settlement discussions | L250 | .40 hrs |
| 09/10/12 | NSR | Review and analyze pleadings and foreclosure file regarding requested relief in Complaint and strategy for proceeding | L250 | 1.20 hrs |
| 09/10/12 | MCG | Analysis regarding mediation of matter and whether bankruptcy applies to borrower's claims | L120 | .70 hrs |
| 09/11/12 | NSR | Draft client e-mail to J.Ho regarding status of matter and strategy for proceeding | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301093

FED ID NO. 63-0243316

| 09/11/12 | NSR | Review and analyze foreclosure file and status of title | L120 | .30 hrs |
| 09/11/12 | NSR | Review and revise letter to opposing counsel, D.Tate, regarding mediation and settlement history | L120 | .20 hrs |
| 09/11/12 | NSR | Telephone conference with court appointed mediator regarding scheduling of mediation | L160 | .20 hrs |
| 09/11/12 | NSR | Exchange e-mails with court appointed mediator and opposing counsel regarding scheduling of mediation | L160 | .20 hrs |
| 09/11/12 | NSR | Telephone conference with client, J.Ho, regarding mediation and case strategy | L160 | .20 hrs |
| 09/11/12 | NSR | Draft first set of requests for production of documents to Plaintiff | L310 | 1.30 hrs |
| 09/11/12 | NSR | Draft first set of interrogatories to Plaintiff | L310 | 1.60 hrs |
| 09/11/12 | MCG | Review pleadings and revise supplemental notice of bankruptcy | L210 | .40 hrs |
| 09/11/12 | MCG | Review and revise demand letter to borrower's counsel | C400 | .70 hrs |
| 09/11/12 | MCG | Review and analyze quitclaim deed to borrower vacating foreclosure sale deed | C300 | .30 hrs |
| 09/12/12 | RBB | Review NC State general rules of practice for superior court as well as the local rules for Buncombe county (NC) for rules regarding pre-trial schedule/case management plan | L140 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
OCTOBER 30, 2012

0G2012-301093

FED ID NO. 63-0243316

| 09/12/12 | RBB | Conference with Trial Court Administrator for Buncombe county (NC) to request copy of pre-trial schedule/case management plan for this case | L140 | .10 hrs |
|---|---|---|---|---|
| 09/12/12 | RBB | Conference with Clerk of Court for Buncombe county (NC) to request copy of pre-trial schedule/case management plan for this case | L140 | .20 hrs |
| 09/12/12 | MCG | Review and revise interrogatories to borrower | L310 | .60 hrs |
| 09/12/12 | MCG | Review and revise requests for production to borrower | L310 | .60 hrs |
| 09/12/12 | NSR | Exchange e-mails with D.Tate, counsel for borrower, regarding attendance at mediation and status of junior lien | L160 | .20 hrs |
| 09/12/12 | NSR | Review and analyze local rules for Buncombe County, North Carolina regarding applicable trial deadlines | L440 | .20 hrs |
| 09/13/12 | NSR | Exchange e-mails with J.Ho regarding scheduling of mediation | L160 | .10 hrs |
| 09/13/12 | NSR | Exchange e-mails with D.Tate, counsel for plaintiffs, regarding mediation and balance of proceeds held in trust from sale of property | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
OCTOBER 30, 2012

0G2012-301093

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/14/12 | NSR | Exchange e-mails with D.Tate, counsel for Plaintiff, regarding status of funds from sale of property and attachment detailing balance of associated trust account | L160 | .20 hrs |
| 09/14/12 | NSR | Exchange e-mails with J.Ho regarding confirmation of date for mediation and amount of funds remaining from sale of property | L160 | .10 hrs |
| 09/17/12 | NSR | Exchange e-mails with D.Tate, counsel for borrower, regarding discussions with junior lienholder | L160 | .10 hrs |
| 09/18/12 | NSR | Detailed review of 104 pages of call notes and payment history | L120 | 1.80 hrs |
| 09/18/12 | NSR | Review and analyze 277 page fact package and foreclosure file | L120 | 2.10 hrs |
| 09/18/12 | RBB | Review and analysis of notes (38 pages) received from the client | L140 | .20 hrs |
| 09/19/12 | NSR | Draft confidential mediation position statement in preparation for upcoming mediation | L160 | 4.90 hrs |
| 09/19/12 | NSR | Review and revise confidential mediation position statement | L160 | .60 hrs |
| 09/19/12 | MCG | Review and revise mediation position statement | L160 | 1.10 hrs |
| 09/20/12 | RBB | Document production: exhibits A-F | L140 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
OCTOBER 30, 2012

0G2012-301093

FED ID NO. 63-0243316

| 09/20/12 | NSR | Prepare mediation materials, including confidential position statement, exhibits and case law, for service on mediator | L160 | .60 hrs |
|---|---|---|---|---|
| 09/21/12 | NSR | Review and analyze e-mail from J.Ho with attached payoff statement | L120 | .30 hrs |
| 09/21/12 | NSR | Telephone conference with D.Tate, counsel for borrower, regarding negotiations with junior lien holder | L160 | .20 hrs |
| 09/23/12 | NSR | Prepare for mediation regarding borrower's claims for wrongful foreclosure | L160 | 1.10 hrs |
| 09/24/12 | NSR | Appear for The Bank of New York Mellon Trust Company and attend mediation regarding borrower's claims regarding wrongful foreclosure at opposing counsel's office | L160 | 7.20 hrs |
| 09/26/12 | NSR | Attend mediation with A.Bradshaw, mediator, and D.Tate, opposing counsel, regarding borrowers' claims against GMAC Mortgage, LLC and The Bank of New York Mellon Trust Company | L160 | 3.30 hrs |
| 09/27/12 | NSR | Telephone conference with J.Ho regarding approval of settlement terms | L160 | .10 hrs |
| 09/27/12 | NSR | Draft e-mail to D.Tate, counsel for borrower, and A.Bradshaw, mediator, regarding proposed settlement terms | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $10,518.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
OCTOBER 30, 2012

0G2012-301093

FED ID NO. 63-0243316

EXPENSES

| 01 | Copy Charges | 0.00 |
| 21 | Travel Expense | 145.41 |
| 23 | Meal Expense | 20.00 |
| 35 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $165.41

BILLING SUMMARY

| Robert B. Benson | 1.30 hrs | 149.00 /hr | 193.70 |
| Michael C. Griffin | 4.40 hrs | 323.00 /hr | 1,421.20 |
| Nader Raja | 31.80 hrs | 280.00 /hr | 8,904.00 |

TOTAL FEES              37.50 hrs              $10,518.90

TOTAL EXPENSES                                $165.41

**TOTAL CHARGES FOR THIS INVOICE**            $10,684.31

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301093

INVOICE #  817887

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301093
     Moore, Michael W. - 700772
     TC # 700772

EXPENSES

| | | | |
|---|---|---|---|
| 01 | Copy Charges | | 0.00 |
| 50 | Mediation Fee | | 825.00 |
| | TOTAL COSTS FOR THIS MATTER | | $825.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $825.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$825.00** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301093

INVOICE #  818656

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301093
     Moore, Michael W. - 700772
     TC # 700772

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 10/10/12 | NSR | Exchange e-mails with D.Tate, counsel for borrower, regarding status of consent from PNC | L160 | .10 hrs |
| 10/11/12 | MCG | Review and revise settlement agreement | L160 | .50 hrs |
| 10/11/12 | NSR | Draft settlement agreement | L160 | 2.60 hrs |
| 10/12/12 | NSR | Telephone conference with client regarding status of settlement | L120 | .10 hrs |
| 10/17/12 | NSR | Telephone conference with client regarding terms of proposed settlement agreement | L160 | .20 hrs |
| 10/18/12 | NSR | Draft e-mail to D.Tate, counsel for borrower, regarding deadline for completion of sale | L160 | .10 hrs |
| 10/24/12 | NSR | Draft updated litigation settlement proposal regarding settlement of borrower's wrongful foreclosure claims | L160 | .70 hrs |
| 10/24/12 | NSR | Review and revise proposed settlement agreement per client comments | L160 | .20 hrs |
| 10/25/12 | NSR | Telephone conference with client regarding settlement agreement revisions | L160 | .10 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301093

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/26/12 | NSR | Review and revise settlement agreement per client comments | L160 | .20 hrs |
| 10/29/12 | NSR | Telephone conference with client regarding final form of settlement agreement | L160 | .10 hrs |
| 10/29/12 | NSR | Correspondence with D.Tate, counsel for borrower, regarding settlement deadline and agreement | L160 | .20 hrs |
| 10/31/12 | NSR | Correspondence with D.Tate regarding settlement deadline and status | L160 | .30 hrs |
| 10/31/12 | NSR | Analyze options for completing settlement | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                  $1,589.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .50 hrs | 323.00 /hr | 161.50 |
| Nader Raja | 5.10 hrs | 280.00 /hr | 1,428.00 |

TOTAL FEES                    5.60 hrs                    $1,589.50

**TOTAL CHARGES FOR THIS INVOICE**                              **$1,589.50**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301093

INVOICE #  821146

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301093
     Moore, Michael W. - 700772
     TC # 700772

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/01/12 | NSR | Correspondence with D.Tate, counsel for borrower, regarding status of settlement | L160 | .20 hrs |
| 11/01/12 | NSR | Draft status report for client | L190 | .10 hrs |
| 11/05/12 | NSR | Correspondence with D.Tate, counsel for borrower, regarding status of negotiations with PNC Bank | L160 | .20 hrs |
| 11/06/12 | NSR | Review e-mails from D.Tate regarding status of negotiations with PNC Bank | L160 | .20 hrs |
| 11/19/12 | NSR | Draft e-mail to D.Tate, counsel for borrower, regarding history of settlement offers to PNC | L160 | .10 hrs |
| 11/26/12 | NSR | Correspondence with client regarding borrower's settlement negotiations with PNC Bank | L160 | .10 hrs |
| 11/27/12 | NSR | Telephone conference with client regarding proceeds from unauthorized sale of property and status of second lien | L160 | .10 hrs |
| 11/29/12 | NSR | Correspondence with opposing counsel regarding proceeds from sale of property | L160 | .10 hrs |
| 11/29/12 | NSR | Correspondence with client regarding disbursement of sale proceeds | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301093

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/30/12 | NSR | Correspondence with opposing counsel regarding details of settlement with PNC and disbursement of funds | L160 | .20 hrs |
| 11/30/12 | NSR | Correspondence with client regarding potential settlement terms and wiring instructions | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $448.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | 1.60 hrs | 280.00 /hr | 448.00 |
| TOTAL FEES | 1.60 hrs | | $448.00 |

**TOTAL CHARGES FOR THIS INVOICE**                     **$448.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301093

INVOICE #  830157

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301093
     Moore, Michael W. - 700772
     TC # 700772

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 12/03/12 | NSR | Correspondence with client regarding wire confirmation for proceeds from sale of borrower's property | L160 | .20 hrs |
| 12/14/12 | NSR | Correspondence with D.Tate, opposing counsel, regarding HUD-1 statement for sale of property | L120 | .10 hrs |
| 12/19/12 | KK | Telephone call with opposing counsel regarding HUD-1 settlement statement and status of case | L110 | .20 hrs |
| 12/20/12 | KK | Receive and review HUD 1 settlement statement from opposing counsel | L110 | .20 hrs |
| 12/21/12 | NSR | Review and analyze HUD-1 statement regarding sale of collateral | L160 | .30 hrs |
| 12/28/12 | NSR | Draft letter to D.Tate, counsel for borrower, regarding HUD-1 for sale of the property and remaining issues for settlement of the case | L160 | .40 hrs |
| 12/28/12 | NSR | Review and revise proposed settlement agreement | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $428.00