

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301093

FED ID NO. 63-0243316

BILLING SUMMARY

Nader Raja                    1.30 hrs    280.00 /hr          364.00
Kerry Keane                    .40 hrs    160.00 /hr           64.00


TOTAL FEES                    1.70 hrs                        $428.00

**TOTAL CHARGES FOR THIS INVOICE**                           $428.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301094

INVOICE #  813763

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301094
     Sands, Sharon - 707254
     TC # 707254

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | JHP | Provide monthly status update to client. | L120 | .10 hrs |
| 09/04/12 | JHP | Review Order from Court granting dismissal of Travelers Insurance Company | L240 | .10 hrs |
| 09/04/12 | JHP | Emails to/from client contacts R.Meeker and P.Stokes advising of Court's order closing case due to bankruptcy filing and requesting approval to close file | L240 | .20 hrs |
| 09/04/12 | JHP | Review Order from court administratively closing file | L240 | .10 hrs |
| 09/04/12 | BG | Correspondence with client regarding file monitoring in light of administrative closing | L120 | .10 hrs |
| 09/04/12 | ABB | Receive and review Order regarding Dismissal and telephone conference with Judge Russell's office regarding same | L110 | .20 hrs |
| 09/05/12 | ABB | Assimilation and compilation of Plaintiff's Motion to Dismiss regarding pleadings index | L110 | .10 hrs |
| 09/05/12 | ABB | Assimilation and compilation of Administrative Closing Order regarding bankruptcy | L110 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301094

FED ID NO. 63-0243316

| 09/06/12 | JHP | Email from client contact P.Stokes to discuss keeping file open despite administrative closing of case by court | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $226.00

BILLING SUMMARY

| Allison Burke | .40 hrs | 150.00 /hr | 60.00 |
| Jon H. Patterson | .60 hrs | 245.00 /hr | 147.00 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

TOTAL FEES            1.10 hrs                $226.00

**TOTAL CHARGES FOR THIS INVOICE**            $226.00

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301094

INVOICE #  818861

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301094
     Sands, Sharon - 707254
     TC # 707254

PROFESSIONAL SERVICES

10/02/12   JHP   Provided monthly status update to client       L120       .10 hrs
                 advising of status of case


                 TOTAL FEES FOR THIS MATTER                              $24.50

BILLING SUMMARY

   Jon H. Patterson            .10 hrs    245.00 /hr          24.50


TOTAL FEES                   0.10 hrs                    $24.50

**TOTAL CHARGES FOR THIS INVOICE**                       $24.50

***** TOTAL DUE UPON RECEIPT *****

### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301094

INVOICE #  821147

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301094
     Sands, Sharon - 707254
     TC # 707254

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $49.00

BILLING SUMMARY

Jon H. Patterson          .20 hrs   245.00 /hr        49.00

TOTAL FEES                 0.20 hrs                    $49.00

**TOTAL CHARGES FOR THIS INVOICE**                    $49.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301094

INVOICE #  830162

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

    Re:  0G2012-301094
       Sands, Sharon - 707254
       TC # 707254

<u>PROFESSIONAL SERVICES</u>

12/28/12   JHP   Provided monthly status report to client   L120   .10 hrs

            TOTAL FEES FOR THIS MATTER

$24.50

<u>BILLING SUMMARY</u>

   Jon H. Patterson           .10 hrs   245.00 /hr        24.50

TOTAL FEES                 0.10 hrs                    $24.50

**TOTAL CHARGES FOR THIS INVOICE**

$24.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301095

INVOICE #  813764

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301095
Brackney, Charles - 704177
Loan No. 7421902750
TC # 704177

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/21/12 | BG | Receipt / review of new counterclaims | L120 | .20 hrs |
| 09/21/12 | JHP | Review email and enclosed pleadings sent by client on new counterclaims filed by borrower | L210 | 1.30 hrs |
| 09/24/12 | ABB | Retrieval of docket report regarding counterclaim filed and initial file review | L110 | .30 hrs |
| 09/24/12 | ABB | Draft Notice of Appearance | L110 | .50 hrs |
| 09/26/12 | JHP | Draft and prepare for filing the answer to borrower's counterclaim | L210 | 1.10 hrs |
| 09/26/12 | BG | Calculate time for response | L120 | .20 hrs |
| 09/26/12 | MST | Finalize Answer and Notice of Appearance and prepare for filing and service via federal express, certified mail and first class U.S. Mail | L210 | .90 hrs |
| 09/26/12 | MST | Draft letter to court clerk enclosing Answer and Notice of Appearance | L110 | .20 hrs |
| 09/26/12 | MST | E-mail to opposing counsel enclosing courtesy copies of Answer and Notice of Appearance | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                    PAGE      2
                                                                          OCTOBER 30, 2012

                                                                          0G2012-301095

                                                                          FED ID NO. 63-0243316

                    TOTAL FEES FOR THIS MATTER                          $979.00

        01          Copy Charges                                                   0.00
        35          Express Mail/Fedex                                              0.00

    BILLING SUMMARY

        Melanie Thompson          1.30 hrs      150.00 /hr          195.00
        Allison Burke              .80 hrs      150.00 /hr          120.00
        Jon H. Patterson          2.40 hrs      245.00 /hr          588.00
        Blake Goodsell             .40 hrs      190.00 /hr           76.00


    TOTAL FEES                     4.90 hrs                         $979.00

    **TOTAL CHARGES FOR THIS INVOICE**                             $979.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301095

INVOICE #  818862

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301095
     Brackney, Charles - 704177
     Loan No. 7421902750
     TC # 704177

PROFESSIONAL SERVICES

10/05/12   ABB   Receive and review stamped pleadings        L110      .20 hrs
                 from the court regarding appearances and
                 update file regarding same

            TOTAL FEES FOR THIS MATTER                               $30.00

BILLING SUMMARY

   Allison Burke          .20 hrs   150.00 /hr        30.00

TOTAL FEES              0.20 hrs                    $30.00

TOTAL CHARGES FOR THIS INVOICE                     $30.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301095

INVOICE #  820592

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301095
     Brackney, Charles - 704177
     Loan No. 7421902750
     TC # 704177
 01      Copy Charges
                                                                        0.00


TOTAL FEES                      0.00 hrs
                                                        $.00
**TOTAL CHARGES FOR THIS INVOICE**
                                                        $.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301095

INVOICE #  821148

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301095
     Brackney, Charles - 704177
     Loan No. 7421902750
     TC # 704177

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|--|-------------|------|-------|
| 11/13/12 | JHP | Updated information for file | L120 | .30 hrs |
| 11/14/12 | ACRA | Draft status report | L190 | .10 hrs |
| 11/19/12 | ACRA | Draft request for discovery | L350 | 2.30 hrs |
| 11/29/12 | JHP | Revised and edited first set of discovery to borrower, including requests for admission, requests for production and interrogatories | L310 | 1.10 hrs |
| 11/30/12 | ACRA | Revise interrogatories and requests for admission and production | L310 | .50 hrs |

TOTAL FEES FOR THIS MATTER

$896.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 1.40 hrs | 245.00 /hr | 343.00 |
| Ann Craft | .50 hrs | 195.00 /hr | 97.50 |
| Ann Craft | 2.40 hrs | 190.00 /hr | 456.00 |

TOTAL FEES          4.30 hrs                    $896.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301095

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $896.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301095

INVOICE #  830165

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301095
     Brackney, Charles - 704177
     Loan No. 7421902750
     TC # 704177

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | ACRA | Draft case status report for client | L190 | .10 hrs |
| 12/03/12 | JHP | Reviewed final discovery requests to borrower and prepared for service | L310 | .40 hrs |
| 12/04/12 | JHP | Email to borrower enclosing first set of discovery | L310 | .10 hrs |
| 12/04/12 | ABB | Analysis and review of case documentation to determine case status regarding case taxonomy | L110 | .20 hrs |
| 12/04/12 | ABB | Compilation and redactions to discovery including exhibits in preparation for serving same | L110 | .50 hrs |
| 12/04/12 | ABB | Serve discovery upon C.Brackney via U.S mail and calendar deadlines regarding same | L110 | .20 hrs |
| 12/07/12 | JHP | Revised and edited litigation memo to client | L120 | .20 hrs |
| 12/07/12 | ACRA | Reviewed file information and drafted ilab form | L190 | 2.10 hrs |
| 12/07/12 | BG | Work on initial litigation summary | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301095

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/10/12 | BG | Correspondence with foreclosure counsel regarding underlying documentation | L120 | .10 hrs |
| 12/10/12 | JHP | Email from borrower to discuss address change | L190 | .10 hrs |
| 12/17/12 | JHP | Emails to/from borrower to discuss agreement to extend borrower's discovery response deadline | L310 | .20 hrs |
| 12/28/12 | JHP | Email to borrower to discuss potential resolution to case | L160 | .10 hrs |
| 12/28/12 | JHP | Email to client contact R.Meeker to check on potential cash for keys authority | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $896.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Allison Burke | .90 hrs | 150.00 /hr | 135.00 |
| Jon H. Patterson | 1.20 hrs | 245.00 /hr | 294.00 |
| Blake Goodsell | .20 hrs | 190.00 /hr | 38.00 |
| Ann Craft | 2.20 hrs | 195.00 /hr | 429.00 |

TOTAL FEES                4.50 hrs              $896.00

**TOTAL CHARGES FOR THIS INVOICE**                $896.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301096

INVOICE # 813765

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301096
     Meguid, Hassan (Meguid v. Mortgage Elec. Regis Sys) - 697887
     Loan No. 47405607
     TC # 697887

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | JHP | Provide monthly status update to client. | L120 | .10 hrs |
| 09/04/12 | ABB | Finalize Amended Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with the Court and prepare for service upon all parties via federal express and/or certified mail | L110 | .30 hrs |
| 09/12/12 | BG | Revisions to Motion for Summary Judgment and affidavit in support | L210 | .30 hrs |
| 09/19/12 | JHP | Review bankruptcy court notice regarding meeting of creditors for borrower's bankruptcy | L210 | .10 hrs |
| 09/19/12 | JHP | Email to client contact P.Stokes advising of bankruptcy notice setting hearing on meeting of creditors and to generally discuss strategy | L120 | .10 hrs |
| 09/19/12 | BG | Evaluate issues caused by borrowers most recent bankruptcy filing | L120 | .10 hrs |
| 09/19/12 | BG | Correspondence with client regarding relief from stay representation in borrower bankruptcy | L120 | .10 hrs |
| 09/19/12 | RLB | Review borrower's bankruptcy case | B410 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301096

FED ID NO. 63-0243316

| 09/25/12 | RLB | Continue review of bankruptcy docket and schedules of borrower | B410 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER

$878.50

EXPENSES

| 07 | Filing Fees | | 14.06 |

TOTAL COSTS FOR THIS MATTER

$14.06

BILLING SUMMARY

| Allison Burke | .30 hrs | 150.00 /hr | 45.00 |
| Rashad L. Blossom | 2.50 hrs | 266.00 /hr | 665.00 |
| Jon H. Patterson | .30 hrs | 245.00 /hr | 73.50 |
| Blake Goodsell | .50 hrs | 190.00 /hr | 95.00 |

TOTAL FEES          3.60 hrs                 $878.50

TOTAL EXPENSES                               $14.06

**TOTAL CHARGES FOR THIS INVOICE**          **$892.56**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301096

INVOICE #  818863

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301096
     Meguid, Hassan (Meguid v. Mortgage Elec. Regis Sys) - 697887
     Loan No. 47405607
     TC # 697887

PROFESSIONAL SERVICES

10/02/12   JHP   Provided monthly status update to client   L120      .10 hrs
                 advising of status of case

                    TOTAL FEES FOR THIS MATTER
                                                              $24.50

BILLING SUMMARY

   Jon H. Patterson          .10 hrs   245.00 /hr        24.50

TOTAL FEES                  0.10 hrs                   $24.50

**TOTAL CHARGES FOR THIS INVOICE**
                                                      $24.50

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301096

INVOICE #  821149

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301096
     Meguid, Hassan (Meguid v. Mortgage Elec. Regis Sys) - 697887
     Loan No. 47405607
     TC # 697887

## PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/02/12 | BG | Receipt / review of motion to dismiss by the trustee in borrower bankruptcy case | L210 | .10 hrs |
| 11/02/12 | RLB | Review status of borrower's bankruptcy case | L190 | .30 hrs |
| 11/02/12 | JHP | Reviewed bankruptcy information from bankruptcy court on likely dismissal of borrower's bankruptcy case | L210 | .10 hrs |
| 11/02/12 | JHP | Email to client contact P.Stokes advising of bankruptcy information from bankruptcy court on likely dismissal of borrower's bankruptcy case | L120 | .10 hrs |
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/21/12 | RLB | Review order of dismissal by bankruptcy court | L250 | .10 hrs |
| 11/21/12 | BG | Check status of Motion to Dismiss bankruptcy and evaluate plan of action for further handling | L120 | .20 hrs |
| 11/21/12 | JHP | Reviewed correspondence to client contact P.Stokes regarding dismissal of borrower's bankruptcy case | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          PAGE    2
                                                               NOVEMBER 30, 2012

                                                               0G2012-301096

                                                               FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/27/12 | BG | Correspondence regarding bankruptcy dismissal | L120 | .10 hrs |
| 11/27/12 | JHP | Reviewed order from bankruptcy court dismissing debtor's bankruptcy case | L210 | .10 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |

                  TOTAL FEES FOR THIS MATTER
                                                                      $329.40

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rashad L. Blossom | .40 hrs | 266.00 /hr | 106.40 |
| Jon H. Patterson | .60 hrs | 245.00 /hr | 147.00 |
| Blake Goodsell | .40 hrs | 190.00 /hr | 76.00 |

TOTAL FEES            1.40 hrs                    $329.40

**TOTAL CHARGES FOR THIS INVOICE**
                                                 **$329.40**

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301096

INVOICE #  830167

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301096
     Meguid, Hassan (Meguid v. Mortgage Elec. Regis Sys) - 697887
     Loan No. 47405607
     TC # 697887

PROFESSIONAL SERVICES

12/28/12  JHP  Provided monthly status report to client   L120     .10 hrs

                TOTAL FEES FOR THIS MATTER
                                                              $24.50

BILLING SUMMARY

   Jon H. Patterson          .10 hrs   245.00 /hr        24.50

TOTAL FEES                   0.10 hrs
                                                    $24.50
TOTAL CHARGES FOR THIS INVOICE
                                                    $24.50

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301097

INVOICE #  813766

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301097
     Valdes, Noella E.
     0601867427
     (14281 SW 175th Terrace, Miami, FL)
     TC # 718371

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | MW | Review and update case status regarding appeal status | L120 | .10 hrs |
| 09/06/12 | AHC | Review trial and appellate dockets and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .40 hrs |
| 09/10/12 | MW | Research timing provisions in Florida Rules of Appellate procedure and controlling precedent regarding time | L320 | 1.10 hrs |
| 09/13/12 | AHC | Review docket regarding status of record on appeal and initial brief of appellant and prepare memo regarding same | L110 | .30 hrs |
| 09/13/12 | MPE | Research all case dockets to determine if there are any recent filings. | L110 | .30 hrs |
| 09/18/12 | MW | Research Florida precedent regarding appellate proceedings and motion to dismiss | L120 | 1.50 hrs |
| 09/25/12 | AHC | Review docket to determine status of appellant's initial brief | L110 | .20 hrs |
| 09/25/12 | MJA | Research on viability of motion to dismiss appeal | L510 | .20 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301097

FED ID NO. 63-0243316

| 09/25/12 | MW | Analysis of appellate docket and Florida Rules of Appellate Procedure with revision of litigation strategy moving forward | C300 | 1.00 hrs |
| 09/28/12 | MJA | Conference with opposing counsel on extension request | L510 | .10 hrs |
| 09/28/12 | MW | Review and analyze appellate docket in light of opposing counsel's most recent correspondence and in preparation for development of litigation strategy moving forward | C300 | .70 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,421.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .30 hrs | 297.00 /hr | 89.10 |
| Alecia H. Cockrell | .90 hrs | 145.00 /hr | 130.50 |
| Monica Wilson | 4.40 hrs | 263.00 /hr | 1,157.20 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

TOTAL FEES
                   5.90 hrs                                    $1,421.50

**TOTAL CHARGES FOR THIS INVOICE**

                                                               **$1,421.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301097

INVOICE # 818864

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301097
     Valdes, Noella E.
     0601867427
     (14281 SW 175th Terrace, Miami, FL)
     TC # 718371

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart and correspondence to client regarding same | L190 | .50 hrs |
| 10/01/12 | MW | Draft status update regarding litigation strategy | L320 | .10 hrs |
| 10/01/12 | MW | Review and analyze procedural posture of appeal in light of filing | L120 | .40 hrs |
| 10/15/12 | MW | Review and analyze procedural posture of appeal | L120 | .30 hrs |
| 10/15/12 | MW | Correspondence with A.Price, local co-counsel, regarding docket status and inquiry | L120 | .20 hrs |
| 10/15/12 | AHC | Telephone conference regarding appellant's extension of time to file initial brief | L110 | .30 hrs |
| 10/22/12 | CWH | Review and approve notice of bankruptcy | L210 | .10 hrs |
| 10/22/12 | MW | Review and analysis of procedural posture of action regarding appellant's filing and court's granting of motion | L120 | .70 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301097

FED ID NO. 63-0243316

| 10/22/12 | MW | Draft and revise notice in preparation for filing with trial court | L320 | .30 hrs |
|---|---|---|---|---|
| 10/22/12 | MW | Draft and revise notice in preparation for filing with appellate court | L320 | .20 hrs |
| 10/23/12 | MPE | Finalize and e-serve Notice of bankruptcy. | L110 | .30 hrs |
| 10/24/12 | AHC | Correspondence to court regarding Notice of Bankruptcy | L510 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $801.30

35          Express Mail/Fedex
                                                                  0.00

BILLING SUMMARY

| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Alecia H. Cockrell | 1.00 hrs | 145.00 /hr | 145.00 |
| Monica Wilson | 2.20 hrs | 263.00 /hr | 578.60 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

TOTAL FEES            3.60 hrs            $801.30

**TOTAL CHARGES FOR THIS INVOICE**
                                            $801.30

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301097

INVOICE #  820594

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301097
     Valdes, Noella E.
     0601867427
     (14281 SW 175th Terrace, Miami, FL)
     TC # 718371
35       Express Mail/Fedex

                                                                    0.00


TOTAL FEES                    0.00 hrs
                                                        $.00
**TOTAL CHARGES FOR THIS INVOICE**
                                                        $.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301097

INVOICE #  821150

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301097
     Valdes, Noella E.
     0601867427
     (14281 SW 175th Terrace, Miami, FL)
     TC # 718371

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | MW | Draft status report for client regarding litigation strategy | L120 | .10 hrs |
| 11/02/12 | MW | Review and analyze complaint in connection with specific allegations related to litigation strategy | L120 | .20 hrs |
| 11/02/12 | MW | Conference with local co-counsel M.Admire regarding notice filed in court action | L120 | .30 hrs |
| 11/09/12 | MW | Review and analyze docket and procedural posture of appellate action in preparation for implementing strategy moving forward | L120 | .50 hrs |
| 11/09/12 | MW | Draft and revise appellee's motion to dismiss | L320 | 2.40 hrs |
| 11/09/12 | MW | Review and revise motion to dismiss | L320 | .60 hrs |
| 11/09/12 | MW | Correspondence with P.Stokes regarding pendency of appeal and recent filing of motion to dismiss | L120 | .20 hrs |
| 11/09/12 | MPE | Finalize and electronically submit Motion to Dismiss for Failure to Timely File Initial Brief. | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301097

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/09/12 | MPE | Research docket to confirm status. | L110 | .20 hrs |
| 11/12/12 | CWH | Review and analyze borrower's counsel's statements regarding his belief that appeal is stayed | L120 | .10 hrs |
| 11/12/12 | MW | Review and analyze ongoing litigation strategy in response to correspondence from opposing counsel | L120 | .20 hrs |
| 11/16/12 | MW | Review procedural posture of action in light of revised litigation strategy | L120 | .70 hrs |
| 11/16/12 | AHC | Telephone conference with clerk of court regarding status of decision on Motion to Dismiss and memorandum regarding same | L110 | .30 hrs |
| 11/28/12 | AHC | Telephone conference with clerk of court regarding status of decision on Motion to Dismiss and memorandum regarding same | L110 | .40 hrs |
| 11/28/12 | MW | Review procedural posture of action in light of litigation strategy | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,629.20

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Alecia H. Cockrell | .70 hrs | 145.00 /hr | 101.50 |
| Monica Wilson | 5.40 hrs | 263.00 /hr | 1,420.20 |
| Melisa P. Palmer | .50 hrs | 149.00 /hr | 74.50 |

TOTAL FEES            6.70 hrs                $1,629.20

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
NOVEMBER 30, 2012

0G2012-301097

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$1,629.20

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301097

INVOICE #  830168

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301097
     Valdes, Noella E.
     0601867427
     (14281 SW 175th Terrace, Miami, FL)
     TC # 718371

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | MW | Draft status update for client regarding continued litigation strategy | L320 | .10 hrs |
| 12/03/12 | MPE | Research state court docket to confirm any additional motions. | L110 | .20 hrs |
| 12/10/12 | MW | Review and analyze opinion from Third District Court of Appeal dismissing appeal of borrower and granting appellant's motion to dismiss appeal | L120 | .60 hrs |
| 12/10/12 | MW | Review and analyze options for proceeding forward in trial court action | L120 | .90 hrs |
| 12/10/12 | MW | Correspondence with client regarding end of appeal and options moving forward | L120 | .20 hrs |
| 12/11/12 | MW | Draft and revise closing memorandum regarding victory in trial and appellate matters leading to end of action | L320 | .50 hrs |
| 12/11/12 | MCG | Review and revise closing memorandum | C300 | .20 hrs |
| 12/12/12 | MW | Correspondence with client enclosing closing memorandum and ending action | L120 | .20 hrs |
| 12/12/12 | MW | Correspondence regarding resolution of litigation on loan at issue | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301097

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                              $804.50

BILLING SUMMARY

| Michael C. Griffin | .20 hrs | 323.00 /hr | 64.60 |
| Monica Wilson | 2.70 hrs | 263.00 /hr | 710.10 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |

| TOTAL FEES | 3.10 hrs | | $804.50 |

**TOTAL CHARGES FOR THIS INVOICE**                    **$804.50**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301099

INVOICE #  813767

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301099
     Gasque, Carrie - 700507
     Loan No. 307220753
     TC # 700507

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | MW | Review and analysis of status of note | L120 | .20 hrs |
| 09/11/12 | MW | Correspondence with client regarding investor name and status in action | L120 | .20 hrs |
| 09/12/12 | MW | Review and analyze response regarding investor status response for loan with reporting entity/master servicer information | L120 | .50 hrs |
| 09/14/12 | MW | Correspondence with opposing counsel L.Drysdale regarding loans serviced by GMAC but not owned by GMAC | L120 | .30 hrs |
| 09/17/12 | MW | Review and analyze motion to dismiss filed by co-defendant | L120 | .80 hrs |
| 09/17/12 | MW | Review and analyze secure document regarding servicing and ownership of loan | L120 | .60 hrs |
| 09/17/12 | CWH | Review email from borrower's counsel about identity of investor and reaffirm information with client | L120 | .20 hrs |
| 09/21/12 | MW | Review and analyze posture of action in development of litigation strategy | L660 | .50 hrs |

TOTAL FEES FOR THIS MATTER

$881.30



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301099

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Monica Wilson | 3.10 hrs | 263.00 /hr | 815.30 |

TOTAL FEES                          3.30 hrs                                  $881.30

**TOTAL CHARGES FOR THIS INVOICE**                                    **$881.30**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301099

INVOICE #  818865

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301099
     Gasque, Carrie - 700507
     Loan No. 307220753
     TC # 700507

PROFESSIONAL SERVICES

| Date | | | | | |
|------|---|---|---|---|---|
| 10/01/12 | MW | Draft status update regarding litigation strategy | L320 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $26.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | .10 hrs | 263.00 /hr | 26.30 |

TOTAL FEES            0.10 hrs                $26.30

**TOTAL CHARGES FOR THIS INVOICE**            $26.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301099

INVOICE #  821151

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301099
     Gasque, Carrie - 700507
     Loan No. 307220753
     TC # 700507

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | MW | Draft status report for client regarding litigation strategy | L120 | .10 hrs |
| 11/02/12 | MW | Review and analyze complaint in connection with specific allegations related to litigation strategy | L120 | .20 hrs |
| 11/06/12 | CWH | Follow-up with client with questions about allowances and documentation | L120 | .20 hrs |
| 11/15/12 | MW | Review and analyze transfer records relative to litigation strategy | L120 | .30 hrs |
| 11/16/12 | CWH | Review client's email about the master servicer and flow agreement and respond to same | L120 | .20 hrs |
| 11/26/12 | CWH | Follow-up with client on need for investor information | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$322.80

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |
| Monica Wilson | .60 hrs | 263.00 /hr | 157.80 |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301099

FED ID NO. 63-0243316

TOTAL FEES                    1.10 hrs                        $322.80

**TOTAL CHARGES FOR THIS INVOICE**
                                                              $322.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301099

INVOICE #  830171

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301099
     Gasque, Carrie - 700507
     Loan No. 307220753
     TC # 700507

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 12/03/12 | MW | Draft status update for client regarding continued litigation strategy | L320 | .10 hrs |
| 12/21/12 | CWH | Exchange e-mails with client regarding documentation of investor relationship | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $122.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Monica Wilson | .10 hrs | 263.00 /hr | 26.30 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |

TOTAL FEES              0.50 hrs                    $122.10

**TOTAL CHARGES FOR THIS INVOICE**
                                                   $122.10

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301100

INVOICE #  813768

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301100
     Odongo, Maurice - 714375
     Loan No. 7439864125
     TC # 714375

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 09/04/12 | RK | Draft initial portion of motion for summary judgment | L120 | 1.00 hrs |
| 09/04/12 | RK | Draft status report setting forth case strategy | L120 | .10 hrs |
| 09/05/12 | RK | Draft remaining portion of motion for summary judgment | L120 | 2.60 hrs |
| 09/05/12 | RK | Revise motion for summary judgment | L120 | .50 hrs |
| 09/05/12 | GWG | Work on renewed motion for summary judgment | L210 | 3.00 hrs |
| 09/07/12 | RK | Prepare motion for summary judgment for filing | L120 | .40 hrs |
| 09/07/12 | RK | Draft correspondence to Plaintiff enclosing recently filed documents | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$1,695.50

EXPENSES

| | | | |
|---|---|---|---|
| 01 | Copy Charges | | 0.00 |
| 07 | Filing Fees | | 22.23 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301100

FED ID NO. 63-0243316

TOTAL COSTS FOR THIS MATTER                                    $22.23

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 3.00 hrs | 263.00 /hr | 789.00 |
| Riley Key | 4.90 hrs | 185.00 /hr | 906.50 |

TOTAL FEES                     7.90 hrs                      $1,695.50

TOTAL EXPENSES                                              $22.23

**TOTAL CHARGES FOR THIS INVOICE**                          **$1,717.73**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301100

INVOICE #  817888

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301100
     Odongo, Maurice - 714375
     Loan No. 7439864125
     TC # 714375

EXPENSES

| | | |
|---|---|---|
| 20 | Airline Tickets | 643.60 |
| 21 | Travel Expense | 55.00 |
| 23 | Meal Expense | 22.63 |
| | TOTAL COSTS FOR THIS MATTER | $721.23 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $721.23 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$721.23** |

***** TOTAL DUE UPON RECEIPT *****

БRADLEY ARANT
ВOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301100

INVOICE #  818657

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301100
     Odongo, Maurice - 714375
     Loan No. 7439864125
     TC # 714375

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | RK | Prepare for upcoming hearing on motion for summary judgment | L120 | 3.70 hrs |
| 10/02/12 | RK | Draft status report for client | L120 | .10 hrs |
| 10/02/12 | GWG | Preparation for summary judgment hearing | L240 | 1.80 hrs |
| 10/03/12 | GWG | Legal research in preparation for summary judgment hearing | L240 | 1.70 hrs |
| 10/03/12 | RK | Prepare for and attend hearing on motion for summary judgment | L120 | 12.40 hrs |
| 10/04/12 | RK | Draft correspodnence to R.Meeker regarding hearing on motion for summary judgment | L120 | .20 hrs |
| 10/11/12 | GWG | Review summary judgment opinion and closing memorandum to client | L210 | .20 hrs |
| 10/19/12 | GWG | Work on memo to client regarding bankruptcy issues | L120 | .20 hrs |
| 10/28/12 | MST | Review of correspondence and pleadings regarding briefing, settlement negotiations and opposing counsel and update database regarding same | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $4,119.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301100

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .40 hrs | 150.00 /hr | 60.00 |
| Graham W. Gerhardt | 3.90 hrs | 263.00 /hr | 1,025.70 |
| Riley Key | 16.40 hrs | 185.00 /hr | 3,034.00 |

TOTAL FEES                   20.70 hrs                      $4,119.70

**TOTAL CHARGES FOR THIS INVOICE**                      $4,119.70

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301101

INVOICE #  818658

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301101
Grisham, James - 719346
Loan No. 7424831675
TC # 719346

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/29/12 | MST | Finish closing memorandum and forward to client | L120 | .30 hrs |
| 10/29/12 | AHC | Draft memorandum regarding final disposition of file for attorney review and correspondence to client regarding same | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $103.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .30 hrs | 150.00 /hr | 45.00 |
| Alecia H. Cockrell | .40 hrs | 145.00 /hr | 58.00 |

TOTAL FEES              0.70 hrs                    $103.00

**TOTAL CHARGES FOR THIS INVOICE**              $103.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301102

INVOICE #  818659

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301102
     Rode, Richard D.
     Loan No. 7435631023; Matter No. 716371
     TC # 716371

PROFESSIONAL SERVICES

10/09/12  GWG  Call with client regarding bankruptcy        L120      .30 hrs
               issues

               TOTAL FEES FOR THIS MATTER                             $78.90

BILLING SUMMARY

   Graham W. Gerhardt          .30 hrs   263.00 /hr          78.90

TOTAL FEES                 0.30 hrs                   $78.90

**TOTAL CHARGES FOR THIS INVOICE**                   $78.90

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301102

INVOICE #  821152

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301102
     Rode, Richard D.
     Loan No. 7435631023; Matter No. 716371
     TC # 716371

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/06/12 | GWG | Review plaintiff's motion to lift stay | L210 | .20 hrs |
| 11/06/12 | GWG | Correspondence with client regarding plaintiff's motion to lift stay | L210 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                    $105.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .40 hrs | 263.00 /hr | 105.20 |

| | | |
|---|---|---|
| TOTAL FEES | 0.40 hrs | $105.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$105.20** |

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301103

INVOICE #  813769

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301103
     Valeeva, Galina  and Evalina Okouneva - 706906
     Loan No. 601307040
     TC # 706906

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | JMH | E-mails to and from client regarding response to motion to strike | L210 | .20 hrs |
| 09/10/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 09/11/12 | JMH | Receive and review notice of conditional acceptance from borrower | L210 | .20 hrs |
| 09/25/12 | CWH | Review and analyze posture of case, determine remaining claims and strategy to bring suit to completion | L120 | .40 hrs |
| 09/26/12 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 09/26/12 | MPE | Email correspondence with default counsel regarding case status. | L110 | .20 hrs |
| 09/28/12 | CWH | Phone call with default counsel regarding strategy and plan to case resolution | L120 | .30 hrs |
| 09/28/12 | CWH | Phone call with client regarding strategy and issues to follow-up on in case | L120 | .20 hrs |
| 09/28/12 | CWH | Review and revise letter to borrower's counsel to confirm his representation of one or both borrowers | L110 | .20 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301103

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/28/12 | CWH | Draft email to client setting out status/go-forward plan | L110 | .20 hrs |
| 09/28/12 | MPE | Research docket and recently filed pleadings in preparation for conference call with default counsel | L110 | .30 hrs |
| 09/28/12 | MPE | Research public records to determine status of power of attorney status for borrower. | L110 | .30 hrs |
| 09/28/12 | MPE | Draft and finalize letter to opposing counsel regarding representation of borrower. | L110 | .60 hrs |
| 09/28/12 | MPE | Email and telephone correspondence with A.Drew regarding original note and complaint | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$832.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.30 hrs | 330.00 /hr | 429.00 |
| Jonathan Hooks | .50 hrs | 241.00 /hr | 120.50 |
| Melisa P. Palmer | 1.90 hrs | 149.00 /hr | 283.10 |

TOTAL FEES

3.70 hrs

$832.60

**TOTAL CHARGES FOR THIS INVOICE**

$832.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301103

INVOICE # 818866

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re: 0G2012-301103
Valeeva, Galina  and Evalina Okouneva - 706906
Loan No. 601307040
TC # 706906

PROFESSIONAL SERVICES

| 10/01/12 | CWH | Exchange e-mails with borrower's counsel about their receipt of our letter and their plan to set motion to withdraw for hearing | L110 | .20 hrs |
|---|---|---|---|---|
| 10/01/12 | CWH | Update client on today's contact with borrower's counsel and his comments about the second borrower | L110 | .20 hrs |
| 10/02/12 | JMH | Draft status report to client | L120 | .10 hrs |
| 10/02/12 | JMH | Review and analyze status of matter | L120 | .10 hrs |
| 10/21/12 | JMH | Review pleadings and posture of file to verify that borrower filed no claims against GMAC | L120 | .40 hrs |
| 10/31/12 | CWH | Follow-up with default counsel on her efforts to get case set for trial | L110 | .10 hrs |
| 10/31/12 | MPE | Research docket to confirm status. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $339.40

35      Express Mail/Fedex

0.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                PAGE      2
                                                                      NOVEMBER 19, 2012

                                                                      0G2012-301103

                                                                      FED ID NO. 63-0243316

<u>BILLING SUMMARY</u>

    Christian W. Hancock          .50 hrs      330.00 /hr         165.00
    Jonathan Hooks                .60 hrs      241.00 /hr         144.60
    Melisa P. Palmer              .20 hrs      149.00 /hr          29.80

TOTAL FEES                      1.30 hrs                         $339.40

**TOTAL CHARGES FOR THIS INVOICE**                              $339.40

                    ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301103

INVOICE #  821153

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301103
     Valeeva, Galina  and Evalina Okouneva - 706906
     Loan No. 601307040
     TC # 706906

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/06/12 | CWH | Draft status report for client | L120 | .10 hrs |
| 11/06/12 | CWH | Follow-up on whether borrower's counsel ever set his motion to withdraw for hearing | L120 | .10 hrs |
| 11/06/12 | MPE | Research docket to determine if opposing counsel has withdrawn from case or if it is moving forward with trial. | L110 | .30 hrs |
| 11/08/12 | CWH | Follow-up with borrower's counsel on his motion to withdraw | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $143.70

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

TOTAL FEES                0.60 hrs                $143.70

**TOTAL CHARGES FOR THIS INVOICE**                $143.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301103

INVOICE #  830173

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301103
Valeeva, Galina  and Evalina Okouneva - 706906
Loan No. 601307040
TC # 706906

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/14/12 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 12/14/12 | MPE | Draft status report. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $59.60

## BILLING SUMMARY

Melisa P. Palmer          .40 hrs   149.00 /hr        59.60

TOTAL FEES                 0.40 hrs                    $59.60

**TOTAL CHARGES FOR THIS INVOICE**                    **$59.60**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301104

INVOICE #  818660

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301104
     Stanley, John
     Loan No. 0656531939; Matter No. 714944
     TC # 714944

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/12/12 | phn | Research lis pendens issues on instruction of Freddie Mac | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                     $100.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Preston H. Neel | .50 hrs | 200.00 /hr | 100.00 |

TOTAL FEES              0.50 hrs           $100.00

**TOTAL CHARGES FOR THIS INVOICE**          **$100.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301105

INVOICE #  813770

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301105
     Millar, Linda - 701016
     Loan No. 0475579496
     TC # 701016

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/07/12 | CSM | Draft status report | B110 | .10 hrs |
| 09/10/12 | CSM | Draft letter to borrower demanding immediate responses to written discovery requests | L390 | .50 hrs |
| 09/12/12 | MPE | Receive and review order scheduling case management conference for relevant deadlines and required documents. | L110 | .20 hrs |
| 09/19/12 | CSM | E-mail correspondence with client regarding status of borrower's discovery responses | L310 | .10 hrs |
| 09/19/12 | CSM | Draft second letter to borrower requesting conference regarding status of discovery responses and demanding immediate provision of discovery responses | L310 | .40 hrs |
| 09/25/12 | KK | Research and review docket and previous filings to determine status of case and prepare for upcoming case management conference | L110 | .50 hrs |
| 09/25/12 | MW | Review and analyze notice of hearing and procedural posture of action in preparation for upcoming hearing | C300 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 30, 2012

0G2012-301105

FED ID NO. 63-0243316

| 09/28/12 | MW | Review and analyze borrower's new correspondence and recorded quitclaim deed in preparation for upcoming hearing | C300 | .60 hrs |
|---|---|---|---|---|
| 09/28/12 | CSM | Review pleadings filed by borrower is preparation for case management conference | L190 | .50 hrs |
| 09/28/12 | KK | Receive and review Notice of Designation of Email Address filed by foreclosure counsel and update certificate of service | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                   $884.80

BILLING SUMMARY

| Monica Wilson | 1.00 hrs | 263.00 /hr | 263.00 |
|---|---|---|---|
| Cory S. Menees | 1.60 hrs | 300.00 /hr | 480.00 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |

TOTAL FEES              3.50 hrs                    $884.80

**TOTAL CHARGES FOR THIS INVOICE**                    $884.80

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301105

INVOICE #  817889

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re: 0G2012-301105
    Millar, Linda - 701016
    Loan No. 0475579496
    TC # 701016

EXPENSES

| | | |
|---|---|---:|
| 01 | Copy Charges | 0.00 |
| 12 | Court Costs - Pleadings | 133.68 |
| 20 | Airline Tickets | 332.05 |
| 21 | Travel Expense | 411.07 |
| 23 | Meal Expense | 20.72 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

TOTAL COSTS FOR THIS MATTER          $897.52

TOTAL FEES          0.00 hrs          $.00

TOTAL EXPENSES          $897.52

**TOTAL CHARGES FOR THIS INVOICE**          $897.52

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301105

INVOICE # 818867

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re: 0G2012-301105
Millar, Linda - 701016
Loan No. 0475579496
TC # 701016

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | KK | Research official records to determine status of recorded deeds, review pleadings and material for case management conference on October 2, 2012, email foreclosure counsel to confirm location of original mortgage documents, and draft notice of appearance | L110 | .70 hrs |
| 10/01/12 | CSM | Draft motion for order compelling discovery | L250 | 1.70 hrs |
| 10/01/12 | MW | Review and analyze procedural posture of action regarding filings on docket | L120 | .70 hrs |
| 10/02/12 | MW | Attend and argue case management conference | L140 | 1.50 hrs |
| 10/02/12 | MW | Review and analyze recent filings and recorded documents involving property | L120 | .90 hrs |
| 10/02/12 | CSM | Draft monthly status report | B110 | .10 hrs |
| 10/02/12 | CSM | Emails with client regarding outcome of status hearing and impact on case strategy | L120 | .20 hrs |
| 10/09/12 | MPE | Research property status to assist caller regarding buying property. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301105

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/09/12 | MPE | Research docket to confirm status. | L110 | .20 hrs |
| 10/12/12 | CSM | Draft letter to borrower regarding possible consent to foreclosure judgment | L160 | .80 hrs |
| 10/20/12 | CWH | Review and analyze status of file and steps to resolution, given borrower's desire to release the property | L120 | .20 hrs |
| 10/22/12 | CSM | Review and analyze statement of counterclaims | L190 | .40 hrs |
| 10/22/12 | CSM | Draft notice of bankruptcy | L190 | .40 hrs |
| 10/22/12 | CSM | Draft letter to borrower regarding filing of notice of bankruptcy and consequences of bankruptcy stay | C400 | .20 hrs |
| 10/22/12 | CSM | Emails with client regarding judgment figures and assignment of default counsel to case | C400 | .20 hrs |
| 10/22/12 | LADA | Revise and finalize notice of bankruptcy and servicing order | L210 | .70 hrs |
| 10/23/12 | MPE | Review file to determine remaining issues and email H.Franchi regarding case status and plan of action. | L110 | .40 hrs |
| 10/23/12 | CSM | Outline answer to counterclaims and arguments for summary judgment on same | L210 | 1.70 hrs |
| 10/24/12 | MPE | Review of foreclosure counsel's requirements and email correspondence with C.Morgan regarding judgment figures, summary judgment, and remaining counterclaims. | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
NOVEMBER 19, 2012

0G2012-301105

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/24/12 | LADA | Telephone conference regarding judicial case conference availability | L220 | .40 hrs |
| 10/25/12 | MW | Review and analyze procedural posture of action in light of upcoming hearing | L120 | .30 hrs |
| 10/25/12 | CSM | Draft section of brief in support of summary judgment directed at borrower's counterclaims | L240 | 2.30 hrs |
| 10/26/12 | LADA | Telephone conference with Clerk regarding extension of case management conference | L210 | .50 hrs |
| 10/26/12 | LADA | Draft motion and order to continue case management conference | L210 | .50 hrs |
| 10/29/12 | LADA | Draft supporting documents for summary judgment motion | L210 | 1.60 hrs |
| 10/29/12 | LADA | Follow-up correspondence to Court regarding status of matter in light of bankruptcy filing | L240B | .20 hrs |
| 10/30/12 | CSM | Draft section of brief in support of motion summary judgment | L240 | 2.90 hrs |
| 10/30/12 | MPE | Receive and review judgment figures and affidavit of indebtedness for preparation of summary judgment motion. | L110 | .20 hrs |
| 10/31/12 | LADA | Telephone conference with supervisory clerk regarding case management conference continuance in light of bankruptcy filing | L190 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 19, 2012

0G2012-301105

FED ID NO. 63-0243316

| 10/31/12 | LADA | Continue drafting supporting documents for summary judgment | L210 | .50 hrs |
| 10/31/12 | MW | Review and revise motion for continuance of upcoming court-scheduled hearing | L320 | .50 hrs |

TOTAL FEES FOR THIS MATTER

$5,028.70

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Monica Wilson | 3.90 hrs | 263.00 /hr | 1,025.70 |
| Cory S. Menees | 10.90 hrs | 300.00 /hr | 3,270.00 |
| Lucinda Kish | 5.10 hrs | 65.00 /hr | 331.50 |
| Melisa P. Palmer | 1.50 hrs | 149.00 /hr | 223.50 |
| Kerry Keane | .70 hrs | 160.00 /hr | 112.00 |

TOTAL FEES

22.30 hrs

$5,028.70

**TOTAL CHARGES FOR THIS INVOICE**

**$5,028.70**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301105

INVOICE #   820596

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:   0G2012-301105
      Millar, Linda - 701016
      Loan No. 0475579496
      TC # 701016

EXPENSES

| | | |
|---|---|---:|
| 20 | Airline Tickets | 434.55 |
| 21 | Travel Expense | 147.89 |
| 23 | Meal Expense | 7.38 |
| | TOTAL COSTS FOR THIS MATTER | $589.82 |

| | | |
|---|---|---:|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $589.82 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $589.82 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301105

INVOICE #  821154

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301105
     Millar, Linda - 701016
     Loan No. 0475579496
     TC # 701016

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/01/12 | LADA | Revise and finalize motion to continue judicial case management conference | L210 | .90 hrs |
| 11/01/12 | LADA | Correspondence with clerk regarding motion and order on judicial case management conference | L210 | .30 hrs |
| 11/01/12 | MW | Review and revise motion in preparation for filing with court | L210 | .40 hrs |
| 11/06/12 | LADA | Correspondence with court case managers regarding continuance of case management conference | L210 | .40 hrs |
| 11/06/12 | MPE | Multiple telephone conference and email correspondence with the judicial assistant, clerk and foreclosure department in preparation for case management conference and to determine status of motion to continue. | L450 | 2.10 hrs |
| 11/06/12 | MPE | Review and revise affidavit in support of summary judgment. | L110 | .20 hrs |
| 11/06/12 | CSM | Draft case status report | B110 | .10 hrs |
| 11/07/12 | LADA | Correspondence with Court regarding appearance at case management conference | L230 | .30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301105

FED ID NO. 63-0243316

| 11/08/12 | LADA | Revise affidavit and exhibits regarding summary judgment | L210 | .90 hrs |
|---|---|---|---|---|
| 11/08/12 | MW | Attend and argue case management conference before Judge Hugh Starnes regarding procedure moving forward to final judgment | L230 | .80 hrs |
| 11/12/12 | CSM | Emails with client regarding status of settlement negotiations, case strategy, and need for payment of tax bill on property subject to serviced mortgage | L190 | .30 hrs |
| 11/12/12 | MPE | Email correspondence with default counsel regarding affidavit of indebtedness and status of completion in order to move forward with summary judgment. | L110 | .20 hrs |
| 11/29/12 | CSM | Draft motion for summary judgment | L240 | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                     $1,440.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | 1.20 hrs | 263.00 /hr | 315.60 |
| Cory S. Menees | 1.90 hrs | 300.00 /hr | 570.00 |
| Lucinda Kish | 2.80 hrs | 65.00 /hr | 182.00 |
| Melisa P. Palmer | 2.50 hrs | 149.00 /hr | 372.50 |

TOTAL FEES                     8.40 hrs                     $1,440.10



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE       3
NOVEMBER 30, 2012

0G2012-301105

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                 $1,440.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301105

INVOICE #  830175

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301105
     Millar, Linda - 701016
     Loan No. 0475579496
     TC # 701016

PROFESSIONAL SERVICES

| 12/05/12 | CSM | Drafted case status report | B110 | .10 hrs |
| 12/07/12 | CSM | Draft motion to strike, for default, and for final judgment on default | L430 | 3.30 hrs |
| 12/10/12 | LADA | Finalize motion to resolve matter in accordance with Judge's instruction | L210 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,059.00

BILLING SUMMARY

| Cory S. Menees | 3.40 hrs | 300.00 /hr | 1,020.00 |
| Lucinda Kish | .60 hrs | 65.00 /hr | 39.00 |

TOTAL FEES              4.00 hrs              $1,059.00

**TOTAL CHARGES FOR THIS INVOICE**              $1,059.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301106

INVOICE #  813771

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301106
     Coe, Derrick - 704160
     Loan No. 476189428
     TC # 704160

PROFESSIONAL SERVICES

| 09/03/12 | CET | Providing status update to client. | L510 | .20 hrs |
| 09/27/12 | CET | Telephone conversation with J. Ho regarding the status of the appeal. | L510 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$117.20

BILLING SUMMARY

| Christopher E. Thorsen | .40 hrs | 293.00 /hr | 117.20 |

TOTAL FEES                    0.40 hrs                    $117.20

TOTAL CHARGES FOR THIS INVOICE

$117.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301106

INVOICE #  818868

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301106
     Coe, Derrick - 704160
     Loan No. 476189428
     TC # 704160

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/12 | CET | Providing status update for client. | L250 | .20 hrs |
| 10/18/12 | CET | Drafting and revising Notice of Bankruptcy. | L250 | .70 hrs |
| 10/22/12 | JJPH | Review and analyze issues in connection with GMAC bankruptcy | L120 | .10 hrs |
| 10/22/12 | JJPH | Review notice of bankruptcy and suggestion of automatic stay | L510 | .20 hrs |
| 10/22/12 | CWH | Review and approve the notice of bankruptcy in this appeal | L210 | .10 hrs |
| 10/22/12 | CWH | Review and analyze status of borrower's loan and state of the appeal | L210 | .20 hrs |
| 10/22/12 | CET | Drafting and revising Notice of Bankruptcy. | L250 | 1.40 hrs |
| 10/22/12 | CET | Drafting and revising cover letter to counsel for borrower accompanying Notice of Bankruptcy. | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $906.50

01        Copy Charges

                                                              0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301106

FED ID NO. 63-0243316

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .30 hrs | 250.00 /hr | 75.00 |
| Christian W. Hancock | .30 hrs | 330.00 /hr | 99.00 |
| Christopher E. Thorsen | 2.50 hrs | 293.00 /hr | 732.50 |

TOTAL FEES                        3.10 hrs                        $906.50

**TOTAL CHARGES FOR THIS INVOICE**                        $906.50

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301106

INVOICE #   821155

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301106
     Coe, Derrick - 704160
     Loan No. 476189428
     TC # 704160

## PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | CET | Providing status update to the client. | L250 | .20 hrs |
| 11/28/12 | CET | Email correspondence with L. Delehey regarding the borrower's counsel. | L250 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $146.50

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher E. Thorsen | .50 hrs | 293.00 /hr | 146.50 |

| | | |
|---|---|---|
| TOTAL FEES | 0.50 hrs | $146.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$146.50** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301106

INVOICE #  830177

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301106
     Coe, Derrick - 704160
     Loan No. 476189428
     TC # 704160

PROFESSIONAL SERVICES

12/01/12  AHC   Draft status report for attorney review    L190     .30 hrs
                and catalog information on comprehensive
                tracking chart

12/02/12  CET   Providing statutes report to the client.   L250     .20 hrs


          TOTAL FEES FOR THIS MATTER                       $102.10


BILLING SUMMARY

    Christopher E. Thorsen      .20 hrs    293.00 /hr        58.60
    Alecia H. Cockrell          .30 hrs    145.00 /hr        43.50


TOTAL FEES                  0.50 hrs                     $102.10

**TOTAL CHARGES FOR THIS INVOICE**                      **$102.10**


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301107

INVOICE #  813772

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301107
     Williams, Robert D. & Suzanne M. - 717397
     TC # 717397

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/14/12 | phn | Review DefendantÆs motion to remove lis pendens and notice of hearing | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $140.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Preston H. Neel | .40 hrs | 200.00 /hr | 80.00 |

TOTAL FEES                     0.40 hrs                    $140.00

**TOTAL CHARGES FOR THIS INVOICE**                         $140.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301107

INVOICE #  818869

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301107
     Williams, Robert D. & Suzanne M. - 717397
     TC # 717397

PROFESSIONAL SERVICES

| 10/05/12 | phn | Draft email to case manager regarding information on motions filed pre-bankruptcy and orders entered post bankruptcy | L120 | 1.10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER

$220.00

BILLING SUMMARY

| Preston H. Neel | 1.10 hrs | 200.00 /hr | 220.00 |
|---|---|---|---|

TOTAL FEES                    1.10 hrs            $220.00

**TOTAL CHARGES FOR THIS INVOICE**

$220.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301108

INVOICE #  813773

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301108
     Harris, Anthony L. (Flat) - 686391
     Loan No. 7427584768
     TC # 686391

PROFESSIONAL SERVICES

| 09/03/12 | JDV | Draft monthly status update for client | L190 | .10 hrs |
|---|---|---|---|---|
| 09/07/12 | JDV | Telephone conversation with S.Gregory regarding mediation | L190 | .30 hrs |
| 09/10/12 | JDV | Conference call with client to provide summary of case | L190 | .20 hrs |
| 09/11/12 | JDV | Discussions with client regarding mediation | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $197.10

BILLING SUMMARY

| Jose D. Vega | .90 hrs | 219.00 /hr | 197.10 |
|---|---|---|---|

TOTAL FEES                    0.90 hrs                $197.10

**TOTAL CHARGES FOR THIS INVOICE**                   **$197.10**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301108

INVOICE #  818870

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301108
     Harris, Anthony L. (Flat) - 686391
     Loan No. 7427584768
     TC # 686391

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/04/12 | JAM | Access online docket and review for recent case activity | L190 | .30 hrs |
| 10/08/12 | JDV | Draft Budget Memo for Trial | L190 | 1.00 hrs |
| 10/08/12 | JDV | Communications with client regarding mediation and budget | L190 | .40 hrs |
| 10/08/12 | JHP | Revise and edit trial budget | L120 | .30 hrs |
| 10/08/12 | ABB | Assimilation and compilation of e-mail communications pertaining to possible mediation and or trial | L110 | .20 hrs |
| 10/08/12 | JHP | Continue to revise and edit trial budget | L440 | .40 hrs |
| 10/15/12 | JDV | Email correspondence with client regarding litigation strategy | L190 | .50 hrs |
| 10/16/12 | JDV | Communications with N.Nelson, defendant's attorney, regarding mediation | L190 | .20 hrs |
| 10/18/12 | JDV | Communications with N.Nelson, defendant's attorney, regarding mediation | L190 | .30 hrs |
| 10/22/12 | JDV | Analysis of potential mediators | L120 | .90 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301108

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/25/12 | ABB | Research and multiple online inquiries regarding mediators and prepare 5 page spreadsheet regarding same | L110 | 2.10 hrs |
| 10/26/12 | ABB | Further efforts and research regarding mediators | L110 | .70 hrs |
| 10/31/12 | JDV | Review and prepare list of possible mediators for discussions with N.Nelson, defendant's attorney | L160 | .50 hrs |
| 10/31/12 | JDV | Communications with N.Nelson, defendant's attorney, regarding proposed mediators | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,562.90

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Allison Burke | 3.00 hrs | 150.00 /hr | 450.00 |
| Jon H. Patterson | .70 hrs | 245.00 /hr | 171.50 |
| Jose D. Vega | 4.10 hrs | 219.00 /hr | 897.90 |

TOTAL FEES                    8.10 hrs                    $1,562.90

**TOTAL CHARGES FOR THIS INVOICE**                    $1,562.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301108

INVOICE #  820598

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301108
Harris, Anthony L. (Flat) - 686391
Loan No. 7427584768
TC # 686391

EXPENSES

07        Filing Fees                                                     10.48

            TOTAL COSTS FOR THIS MATTER                    $10.48


TOTAL FEES              0.00 hrs                      $.00

TOTAL EXPENSES                                     $10.48

**TOTAL CHARGES FOR THIS INVOICE**             **$10.48**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301108

INVOICE #  821156

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301108
     Harris, Anthony L. (Flat) - 686391
     Loan No. 7427584768
     TC # 686391

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
| 11/12/12 | JDV | Communications with N.Nelson, defendant's attorney, regarding selection of mediator | L190 | .40 hrs |
| 11/12/12 | JDV | Email correspondence with client regarding status of mediation | L190 | .40 hrs |
| 11/14/12 | ABB | Analysis and review of file regarding status of mediation and assimilation and compilation of communications with client regarding same | L110 | .20 hrs |
| 11/20/12 | JDV | Review of defendant's document production and client documents in preparation of mediation | L160 | 1.20 hrs |
| 11/22/12 | ABB | Discuss mediation options in order to coordinate same with assigned attorney | L110 | .20 hrs |
| 11/22/12 | ABB | Telephone call to S.Crosby in order to coordinate mediation | L110 | .10 hrs |
| 11/22/12 | ABB | E-mail discussions with attachments to and from mediator's office in order to coordinate same | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/27/12 | JDV | Communications with client regarding attendance at mediation | L190 | .40 hrs |
| 11/27/12 | JDV | Analysis of available mediation dates and settlement strategy | L120 | .50 hrs |
| 11/27/12 | ABB | Further efforts in coordinating mediation including e-mail communications to and from mediator's office regarding same | L110 | .20 hrs |
| 11/27/12 | JHP | Correspondence with client to discuss mediation date and attendance | L160 | .20 hrs |
| 11/28/12 | JHP | Emails to client to discuss mediation | L160 | .10 hrs |
| 11/28/12 | JDV | Email correspondence with client regarding scheduling of mediation | L160 | .20 hrs |
| 11/30/12 | ABB | Telephone conference with client contact S.Gregory regarding mediation details and further e-mail communications regarding same | L110 | .30 hrs |
| 11/30/12 | ABB | Telephone conference to and from N.Nelson regarding mediation and details regarding same as well as follow up e-mail communications | L110 | .20 hrs |
| 11/30/12 | ABB | Preparation of document containing all information regarding case style, counsel information, case facts and forward same to mediator's office in order to finalize details | L110 | .50 hrs |
| 11/30/12 | JDV | Draft Mediation Position Statement | L190 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301108

FED ID NO. 63-0243316

11/30/12   JHP   Reviewed emails confirming date and time    L160    .10 hrs
for mediation


TOTAL FEES FOR THIS MATTER                          $1,521.80


BILLING SUMMARY

Allison Burke           1.90 hrs    150.00 /hr      285.00
Jon H. Patterson         .40 hrs    245.00 /hr       98.00
Jose D. Vega            5.20 hrs    219.00 /hr     1,138.80


TOTAL FEES              7.50 hrs                   $1,521.80

TOTAL CHARGES FOR THIS INVOICE                     $1,521.80


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301108

INVOICE #  830179

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301108
     Harris, Anthony L. (Flat) - 686391
     Loan No. 7427584768
     TC # 686391

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/03/12 | JDV | Draft November 2012 status report for client | L190 | .10 hrs |
| 12/03/12 | JDV | Email correspondence with client regarding coordination of attendance at mediation | L160 | .40 hrs |
| 12/04/12 | JHP | Email to client contact S.Gregory to discuss mediation | L160 | .10 hrs |
| 12/04/12 | JHP | Revised and edited mediation statement | L160 | .40 hrs |
| 12/04/12 | JDV | Revise mediation position statement | L190 | .50 hrs |
| 12/04/12 | JDV | Communications with client regarding issues concerning servicing of loan | L190 | .40 hrs |
| 12/04/12 | JDV | Prepare exhibits for mediation | L160 | .60 hrs |
| 12/05/12 | JDV | Communications with B.Roland, mediator's assistant, regarding scheduling of mediation | L160 | .40 hrs |
| 12/05/12 | JDV | Analysis of defendant's bank accounts in preparation of drafting subpoenas | L120 | .60 hrs |
| 12/05/12 | JHP | Reviewed mediation letter from mediator regarding mediation | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301108

FED ID NO. 63-0243316

| 12/10/12 | ABB | Analysis and review of client documents | L110 | .50 hrs |
| 12/10/12 | ABB | Preparation of Notice of Intent to Serve Rule 45 Subpoena | L110 | .50 hrs |
| 12/11/12 | ABB | Preparation of Rule 45 Subpoena to obtain financial records | L110 | .70 hrs |
| 12/11/12 | ABB | Preparation of second Rule 45 Subpoena to obtain financial records | L110 | .70 hrs |
| 12/11/12 | JDV | Communications with client regarding review of mediation position statement | L160 | .30 hrs |
| 12/12/12 | ABB | Further Analysis and review of information pertaining to mediation nd calendar details pertaining to same | L110 | .20 hrs |
| 12/12/12 | JDV | Communications with client regarding revisions to mediation position statement | L160 | .40 hrs |
| 12/13/12 | JHP | Emails to/from client contact S.Gregory to discuss upcoming mediation | L160 | .10 hrs |
| 12/14/12 | JDV | Communications with client regarding settlement authority at mediation | L190 | .30 hrs |
| 12/14/12 | JDV | Prepare mediation position statement and mediation binder | L160 | .70 hrs |
| 12/14/12 | ABB | Assimilation and compilation of Mediation Statement and forward same via e-mail to mediator's office with attachments | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301108

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/17/12 | ABB | Telephone conferences with mediator's office regarding upcoming mediation and fees associated with scheduling same | L110 | .20 hrs |
| 12/17/12 | ABB | Assimilation and compilation of all pleadings, court file, client documents, pay history, servicing notes, document productions, etc totaling 900 pages and create  binder regarding mediation preparation | L110 | 3.40 hrs |
| 12/17/12 | JHP | Substantial review of file in preparation for mediation, including review of pay history and servicing records and discovery produced in case by borrower | L160 | 2.50 hrs |
| 12/18/12 | JHP | Prepared for and attended mediation of case with client representative S.Gregory in Mobile, Alabama | L160 | 8.00 hrs |

                    TOTAL FEES FOR THIS MATTER                    $4,733.30

EXPENSES

21       Travel Expense
23       Meal Expense                                             518.14
                                                                  25.58
            TOTAL COSTS FOR THIS MATTER
                                                             $543.72



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     4
JANUARY 23, 2013

0G2012-301108

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 6.40 hrs | 150.00 /hr | 960.00 |
| Jon H. Patterson | 11.20 hrs | 245.00 /hr | 2,744.00 |
| Jose D. Vega | 4.70 hrs | 219.00 /hr | 1,029.30 |

TOTAL FEES              22.30 hrs                    $4,733.30

TOTAL EXPENSES                                       $543.72

**TOTAL CHARGES FOR THIS INVOICE**                   $5,277.02

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301109

INVOICE #  813774

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301109
Anderson, David and Lynne - 711608
Loan No. 7441592425
TC # 711608

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 09/04/12 | MSW | Exchange emails with opposing counsel and client regarding purchase offer on property | L120 | .20 hrs |
| 09/05/12 | MSW | Conversation with real estate agent regarding purchase offer | L120 | .20 hrs |
| 09/11/12 | MSW | Conversation with agent regarding purchase of property | L120 | .20 hrs |
| 09/18/12 | MSW | Exchange emails with listing agent, opposing counsel and client to coordinate updated price opinion of property | L120 | .20 hrs |
| 09/27/12 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $228.60

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

<u>BILLING SUMMARY</u>

Mark S. Wierman          .90 hrs    254.00 /hr       228.60

TOTAL FEES               0.90 hrs             $228.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE       2
OCTOBER 30, 2012

0G2012-301109

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE

$228.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301109

INVOICE #  818661

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301109
     Anderson, David and Lynne - 711608
     Loan No. 7441592425
     TC # 711608

PROFESSIONAL SERVICES

| 10/12/12 | MSW | Conversation with broker regarding short sale requirements | L160 | .20 hrs |
| 10/23/12 | MSW | Draft status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                     $76.20

BILLING SUMMARY

   Mark S. Wierman            .30 hrs   254.00 /hr        76.20

TOTAL FEES                    0.30 hrs                    $76.20

**TOTAL CHARGES FOR THIS INVOICE**                        $76.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301109

INVOICE #   821157

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301109
     Anderson, David and Lynne - 711608
     Loan No. 7441592425
     TC # 711608

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/15/12 | LADA | Review pleadings for notification and certification of compliance with Supreme Court administrative order regarding intervention efforts | L140 | .70 hrs |
| 11/26/12 | MSW | Exchange messages with client and broker regarding short sale requirements | L120 | .30 hrs |
| 11/27/12 | MSW | Drafting status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                  $147.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .40 hrs | 254.00 /hr | 101.60 |
| Lucinda Kish | .70 hrs | 65.00 /hr | 45.50 |

TOTAL FEES                    1.10 hrs                      $147.10

**TOTAL CHARGES FOR THIS INVOICE**                          $147.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301110

INVOICE # 813775

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301110
     Lemons, Angela - 702559
     Loan No. 306892423
     TC # 702559

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/12 | JHP | Provided monthly status update to client. | L120 | .10 hrs |
| 09/05/12 | ABB | Finalize Notice of Partial Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with Galveston County Texas and for service upon all parties via federal express | L110 | .40 hrs |
| 09/14/12 | BG | Follow-up on document request | L120 | .10 hrs |
| 09/14/12 | BG | Receipt / review of timeline of events from client and new information requested for dispositive motion | L120 | .20 hrs |
| 09/28/12 | BG | Revise dispositive motion and supporting exhibits | L240 | 1.80 hrs |
| 09/28/12 | BG | Confirm timeline of events regarding insurance proceeds | L120 | .40 hrs |
| 09/28/12 | BG | Correspondence to client confirming account balances on certain dates | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$597.50

## EXPENSES



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301110

FED ID NO. 63-0243316

07        Filing Fees                                              14.06

        TOTAL COSTS FOR THIS MATTER                      $14.06

BILLING SUMMARY

    Allison Burke          .40 hrs    150.00 /hr        60.00
    Jon H. Patterson       .10 hrs    245.00 /hr        24.50
    Blake Goodsell        2.70 hrs    190.00 /hr       513.00

TOTAL FEES                3.20 hrs                    $597.50

TOTAL EXPENSES                                        $14.06

**TOTAL CHARGES FOR THIS INVOICE**                   $611.56

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301110

INVOICE #  818871

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301110
     Lemons, Angela - 702559
     Loan No. 306892423
     TC # 702559

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | BG | Review servicing notes | L120 | .30 hrs |
| 10/01/12 | BG | Correspondence with client regarding servicing notes | L120 | .20 hrs |
| 10/01/12 | BG | Finalize Motion for Summary Judgment | L210 | .30 hrs |
| 10/01/12 | BG | Finalize Affidavit in Support of Motion for Summary Judgment | L210 | .30 hrs |
| 10/02/12 | JHP | Provide monthly status update to client advising of status of case | L120 | .10 hrs |
| 10/04/12 | BG | Finalize Motion for Summary Judgment | L210 | .40 hrs |
| 10/04/12 | BG | Finalize Affidavit in Support of Motion for Summary Judgment | L210 | .30 hrs |
| 10/16/12 | JHP | Revise and edit motion for summary judgment and affidavit in support of motion | L240 | .70 hrs |
| 10/17/12 | BG | Finalize Motion for Summary Judgment | L210 | .40 hrs |
| 10/17/12 | BG | Finalize Affidavit in Support of Motion for Summary Judgment | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 19, 2012

0G2012-301110

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/17/12 | BG | Correspondence to client requesting execution of Affidavit in Support of Motion for Summary Judgment and supplying motion for review prior to filing | L210 | .10 hrs |
| 10/23/12 | BG | Correspondence with client regarding requested loan documents | L120 | .10 hrs |
| 10/24/12 | BG | Correspondence with client regarding insurance | L120 | .10 hrs |
| 10/24/12 | BG | Revise Motion for Summary Judgment to reflect new information regarding insurance claim history | L210 | .30 hrs |
| 10/29/12 | ABB | Edits, compilation and multiple redactions to exhibits to be attached to Motion for Summary Judgment | L110 | 1.60 hrs |
| 10/29/12 | ABB | Edits and revisions to Motion for Summary Judgment and Brief | L110 | .30 hrs |
| 10/29/12 | ABB | Finalize Motion for Summary Judgment with Exhibits 1-3 and Exhibits A-G and prepare for electronic filing in Galveston County and for service upon parties via facsimile and U.S mail | L110 | .80 hrs |
| 10/29/12 | BG | Receipt of executed affidavit in support of Motion for Summary Judgment and file the same | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$1,190.00

01       Copy Charges

0.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    PAGE     3
                                                         NOVEMBER 19, 2012

                                                         0G2012-301110

                                                              FED ID NO. 63-0243316

BILLING SUMMARY

    Allison Burke              2.70 hrs    150.00 /hr         405.00
    Jon H. Patterson           .80 hrs     245.00 /hr         196.00
    Blake Goodsell            3.10 hrs     190.00 /hr         589.00


TOTAL FEES                     6.60 hrs                  $1,190.00

TOTAL CHARGES FOR THIS INVOICE                          $1,190.00

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301110

INVOICE #  820599

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301110
     Lemons, Angela - 702559
     Loan No. 306892423
     TC # 702559

<u>EXPENSES</u>

07        Filing Fees

                                                              16.10

          TOTAL COSTS FOR THIS MATTER

                                                    $16.10


TOTAL FEES              0.00 hrs

                                            $.00

TOTAL EXPENSES

                                          $16.10

**TOTAL CHARGES FOR THIS INVOICE**

                                          $16.10

          ***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301110

INVOICE # 821158

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301110
     Lemons, Angela - 702559
     Loan No. 306892423
     TC # 702559

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/20/12 | BG | Request hearing on Motion for Summary Judgment | L230 | .10 hrs |
| 11/28/12 | ABB | Retrieval of docket report to obtain information regarding summary judgment filing and possible need for a hearing date | L110 | .20 hrs |
| 11/28/12 | ABB | Telephone call to court coordinator in order to set up hearing on summary judgment | L110 | .10 hrs |
| 11/30/12 | ABB | Telephone call to court coordinator for Galveston County in order to coordinate hearing on summary judgment | L110 | .10 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$128.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Allison Burke | .40 hrs | 150.00 /hr | 60.00 |
| Jon H. Patterson | .20 hrs | 245.00 /hr | 49.00 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

BRADLEY ARANT.
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301110

FED ID NO. 63-0243316

TOTAL FEES                    0.70 hrs                    $128.00

**TOTAL CHARGES FOR THIS INVOICE**                    $128.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301110

INVOICE # 830182

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301110
     Lemons, Angela - 702559
     Loan No. 306892423
     TC # 702559

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | ABB | Telephone call to 10th District of Galveston County in order to coordinate hearing on Motion for Summary Judgment and leave voice message regarding same | L110 | .10 hrs |
| 12/04/12 | JHP | Reviewed letter from counsel for borrower requesting deposition dates for corporate representative of client | L330 | .10 hrs |
| 12/04/12 | JHP | Emails to/from client contact R.Meeker to request available dates for corporate representative for deposition | L330 | .10 hrs |
| 12/04/12 | ABB | Multiple telephone conference with Judge's office in order to obtain hearing date and coordinate same with parties and e-mail communications regarding same | L110 | .30 hrs |
| 12/04/12 | ABB | Preparation of Notice of Hearing regarding summary judgment | L110 | .50 hrs |
| 12/04/12 | ABB | Prepare Notice of Hearing for filing with the Court and for certified via e-mail and U.S mail | L110 | .20 hrs |
| 12/04/12 | ABB | Assimilation and compilation of stamped documents from the court pertaining to hearing and update file | L110 | .10 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301110

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 12/04/12 | BG | Receipt / review of correspondence from opposing counsel regarding deposition dates | L330 | .10 hrs |
| 12/12/12 | ABB | Assimilation and compilation of document(s) received via Pro Docs regarding upcoming hearing and update file regarding same | L110 | .20 hrs |
| 12/12/12 | ABB | Cancellation of hearing with all parties and Court Coordinator or Galveston County | L110 | .20 hrs |
| 12/12/12 | ABB | E-mail communications with attachments to and from opposing counsel regarding summary judgment | L110 | .20 hrs |
| 12/17/12 | JHP | Emails to/from client contacts R.Meeker and K.Krull to discuss deposition dates for corporate representative of client | L330 | .20 hrs |
| 12/17/12 | JHP | Drafted letter to counsel for borrower advising of available dates for corporate representative deposition of client | L330 | .20 hrs |
| 12/28/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$460.50

## EXPENSES

| 07 | Filing Fees | 16.10 |
|---|---|---|

TOTAL COSTS FOR THIS MATTER

$16.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301110

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.80 hrs | 150.00 /hr | 270.00 |
| Jon H. Patterson | .70 hrs | 245.00 /hr | 171.50 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

| | | |
|---|---|---|
| TOTAL FEES | 2.60 hrs | $460.50 |
| TOTAL EXPENSES | | $16.10 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $476.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301111

INVOICE #  813776

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301111
     Guzik, Frank S., Jr. (Bank of New York v. Almond)
     0423461565 AND 7422993410 - 688839
     TC # 688839

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .10 hrs |
| 09/07/12 | JDV | Email correspondence with P.Stokes regarding execution of settlement agreement | L160 | .40 hrs |
| 09/07/12 | JDV | Correspondence with J.Johnson, defendant's attorney, regarding defendant's review of new settlement agreement | L160 | .30 hrs |
| 09/13/12 | JDV | Review Litigation Settlement Proposal and Approval Form and executed Settlement and Release Agreement | L160 | .20 hrs |
| 09/13/12 | JDV | Email correspondence with P.Stokes regarding executed Settlement and Release Agreement | L160 | .20 hrs |
| 09/14/12 | JDV | Email correspondence with J.Johnson, defendant's attorney, regarding executed Settlement and Release Agreement | L160 | .20 hrs |
| 09/27/12 | JDV | Analysis of defendant's executed settlement agreement and correspondence | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301111

FED ID NO. 63-0243316

| 09/27/12 | JDV | Communications with J.Johnson, defendant's attorney, regarding attorney's execution of settlement agreement | L160 | .50 hrs |
| 09/27/12 | JDV | Communications with client regarding defendant's execution of settlement agreement | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $503.70

BILLING SUMMARY

   Jose D. Vega          2.30 hrs   219.00 /hr       503.70

TOTAL FEES               2.30 hrs                 $503.70

**TOTAL CHARGES FOR THIS INVOICE**                  $503.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301111

INVOICE #  818662

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301111
     Guzik, Frank S., Jr. (Bank of New York v. Almond)
     0423461565 AND 7422993410 - 688839
     TC # 688839

#### PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 10/01/12 | JDV | Draft status update for client | L190 | .10 hrs |
| 10/09/12 | JDV | Communications with J.Johnson, defendant's attorney, regarding cancellation of settlement check and issues concerning settlement agreement | L190 | .50 hrs |
| 10/10/12 | JDV | Communications with J.Johnson, defendant's attorney, regarding receipt of settlement check and execution of stipulations of dismissal | L190 | .20 hrs |
| 10/10/12 | JDV | Analysis of correspondence and settlement check from J.Johnson, defendant's attorney | L190 | .20 hrs |
| 10/10/12 | JDV | Prepare Stipulations and Orders of Dismissal for service | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$262.80

35    Express Mail/Fedex

0.00

#### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jose D. Vega | 1.20 hrs | 219.00 /hr | 262.80 |
| TOTAL FEES | 1.20 hrs | | $262.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 17, 2012

0G2012-301111

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$262.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301111

INVOICE #  821159

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301111
     Guzik, Frank S., Jr. (Bank of New York v. Almond)
     0423461565 AND 7422993410 - 688839
     TC # 688839

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .20 hrs |
| 11/09/12 | JDV | Review conformed copy of Order of Dismissal from St. Lucie County, Florida | L210 | .10 hrs |
| 11/09/12 | JDV | Email correspondence with client regarding closing of file | L190 | .20 hrs |
| 11/19/12 | JAM | Review and arrange recently received court documents in chronological order to complete file | L210 | .10 hrs |
| 11/26/12 | JAM | Review and analyze the claims in this case | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                     $167.50

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Jamie Mathews | .40 hrs | 145.00 /hr | 58.00 |
| Jose D. Vega | .50 hrs | 219.00 /hr | 109.50 |

TOTAL FEES            0.90 hrs            $167.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301111

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $167.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301112

INVOICE #  813777

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301112
     Martin, Mary Collette (Martin v. HFN) - 693729
     7434687927
     TC # 693729

PROFESSIONAL SERVICES

09/05/12  MMB   Draft and revise case status report          B110      .20 hrs

              TOTAL FEES FOR THIS MATTER                              $48.00

BILLING SUMMARY

   Melissa Burton           .20 hrs   240.00 /hr        48.00

TOTAL FEES                  0.20 hrs                   $48.00

TOTAL CHARGES FOR THIS INVOICE                        $48.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301112

INVOICE #  818663

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301112
     Martin, Mary Collette (Martin v. HFN) - 693729
     7434687927
     TC # 693729

PROFESSIONAL SERVICES

10/01/12   MMB   Draft and revise case status report           B110      .30 hrs

                  TOTAL FEES FOR THIS MATTER
                                                                          $72.00

BILLING SUMMARY

   Melissa Burton                    .30 hrs   240.00 /hr        72.00

TOTAL FEES                          0.30 hrs
                                                                $72.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                                **$72.00**

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301112

INVOICE #  821160

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301112
     Martin, Mary Collette (Martin v. HFN) - 693729
     7434687927
     TC # 693729

PROFESSIONAL SERVICES

11/01/12  CET   Providing status update to the client.      L250      .20 hrs

          TOTAL FEES FOR THIS MATTER                                          $58.60

BILLING SUMMARY

   Christopher E. Thorsen       .20 hrs   293.00 /hr        58.60

TOTAL FEES                     0.20 hrs                     $58.60

**TOTAL CHARGES FOR THIS INVOICE**                         **$58.60**

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301112

INVOICE #  830184

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301112
     Martin, Mary Collette (Martin v. HFN) - 693729
     7434687927
     TC # 693729

PROFESSIONAL SERVICES

12/02/12  CET  Providing statutes report to the client.   L250      .20 hrs

          TOTAL FEES FOR THIS MATTER                                 $58.60

BILLING SUMMARY

    Christopher E. Thorsen        .20 hrs   293.00 /hr        58.60

TOTAL FEES                     0.20 hrs                      $58.60

TOTAL CHARGES FOR THIS INVOICE                              $58.60

          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301113

INVOICE #  813778

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301113
     Patterson, Reginal and Diana (GMAC v. Patterson)
     0359311772 - 693708
     TC # 693708

PROFESSIONAL SERVICES

09/03/12  JHP  Provide monthly status update to client.   L120   .10 hrs

         TOTAL FEES FOR THIS MATTER

                                                              $24.50

BILLING SUMMARY

   Jon H. Patterson          .10 hrs   245.00 /hr        24.50

TOTAL FEES                   0.10 hrs
                                                      $24.50

**TOTAL CHARGES FOR THIS INVOICE**
                                                      **$24.50**

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301113

INVOICE # 818872

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301113
     Patterson, Reginal and Diana (GMAC v. Patterson)
     0359311772 - 693708
     TC # 693708

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|----|-------------|------|---------|
| 10/22/12 | BG | Update client on status of relief requested in underlying case | L120 | .20 hrs |
| 10/22/12 | BG | Evaluate need to file notice of bankruptcy in appellate court | L120 | .20 hrs |
| 10/22/12 | BG | Draft Notice of Bankruptcy | L210 | .60 hrs |
| 10/23/12 | BG | Correspondence with client regarding filing a Notice of Bankruptcy | L210 | .10 hrs |
| 10/23/12 | JHP | Review file and pleadings and draft email regarding bankruptcy notice | L120 | .80 hrs |

TOTAL FEES FOR THIS MATTER

$405.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .80 hrs | 245.00 /hr | 196.00 |
| Blake Goodsell | 1.10 hrs | 190.00 /hr | 209.00 |

TOTAL FEES

1.90 hrs

$405.00



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301113

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $405.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301113

INVOICE #  820601

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301113
     Patterson, Reginal and Diana (GMAC v. Patterson)
     0359311772 - 693708
     TC # 693708
01       Copy Charges                                                     0.00

TOTAL FEES                0.00 hrs                          $.00

**TOTAL CHARGES FOR THIS INVOICE**                         $.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301113

INVOICE #  821161

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301113
     Patterson, Reginal and Diana (GMAC v. Patterson)
     0359311772 - 693708
     TC # 693708

## PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|----|------------|------|-------|
| 11/02/12 | BG | Correspondence with client regarding notice of bankruptcy | L210 | .10 hrs |
| 11/02/12 | AC | Draft notices of bankruptcy and partial stay for trial court proceeding and appeal | L120 | 1.20 hrs |
| 11/02/12 | JHP | Emails to/from client contact N. Campbell to discuss | L120 | .30 hrs |
| 11/02/12 | JHP | Revised and edited Notice of Suggestion of Bankruptcy | L210 | .30 hrs |
| 11/05/12 | AHC | Final review and revision of Plaintiff's Notice of Partial Bankruptcy Stay and Supplemental Servicing Order for filing in the Circuit Court of Jefferson County | L250 | .30 hrs |
| 11/05/12 | AC | Finalize and file notice of bankruptcy and partial stay | L120 | .30 hrs |
| 11/05/12 | BG | Correspondence with client regarding Notices of Bankruptcy in the lower court and with the Alabama Supreme Court | L120 | .10 hrs |
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 30, 2012

0G2012-301113

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER

$567.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Jon H. Patterson | .80 hrs | 245.00 /hr | 196.00 |
| Aaron Chastain | 1.50 hrs | 193.00 /hr | 289.50 |
| Blake Goodsell | .20 hrs | 190.00 /hr | 38.00 |

TOTAL FEES          2.80 hrs                    $567.00

**TOTAL CHARGES FOR THIS INVOICE**

**$567.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301113

INVOICE #  830186

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301113
     Patterson, Reginal and Diana (GMAC v. Patterson)
     0359311772 - 693708
     TC # 693708

PROFESSIONAL SERVICES

12/28/12   JHP   Provided monthly status report to client   L120        .10 hrs

              TOTAL FEES FOR THIS MATTER
                                                                $24.50

BILLING SUMMARY

   Jon H. Patterson              .10 hrs   245.00 /hr         24.50

TOTAL FEES                       0.10 hrs
                                                             $24.50
TOTAL CHARGES FOR THIS INVOICE
                                                             **$24.50**

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301115

INVOICE #  813779

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301115
     Savitz, Jason (Deutsche Bank v. Savitz) - 686549
     7442384608
     TC # 686549

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/12 | MW | Review and update case status regarding strategy moving forward | L120 | .10 hrs |
| 09/05/12 | MW | Correspondence with opposing counsel B.Jacobs regarding posture of action | L120 | .50 hrs |
| 09/14/12 | MW | Correspondence with P.Stokes regarding status of borrower allegations and request for conference to consider potential options moving forward | L120 | .30 hrs |
| 09/19/12 | MW | Review and analyze formal motion for extension of time to respond to discovery requests filed by opposing counsel | L120 | .30 hrs |
| 09/20/12 | MW | Review documents on file in light of borrower's motion for extension of time | L120 | .50 hrs |
| 09/24/12 | MW | Review and analyze borrower's filed objections to discovery | C300 | .60 hrs |
| 09/24/12 | MW | Correspondence with P.Stokes regarding status of litigation and strategy moving forward | C400 | .30 hrs |
| 09/24/12 | CWH | Review and analyze discovery issues and develop strategy for suit | L310 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301115

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                              $749.80

BILLING SUMMARY

Christian W. Hancock        .20 hrs    330.00 /hr         66.00
Monica Wilson              2.60 hrs    263.00 /hr        683.80

TOTAL FEES                 2.80 hrs                      $749.80

**TOTAL CHARGES FOR THIS INVOICE**                      $749.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301115

INVOICE #  818873

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301115
     Savitz, Jason (Deutsche Bank v. Savitz) - 686549
     7442384608
     TC # 686549

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/12 | MW | Draft status update regarding litigation strategy | L320 | .10 hrs |
| 10/10/12 | MPE | Receive and review notices regarding objection to Defendant's Request for Production | L110 | .20 hrs |
| 10/10/12 | MW | Review and analyze documents filed by opposing counsel regarding non-conferred notices of hearing | L120 | .60 hrs |
| 10/12/12 | MW | Review and analyze procedural history of action | L120 | .60 hrs |
| 10/16/12 | MPE | Review cancellation of October 24, 2012 hearing for new deadlines. | L110 | .10 hrs |
| 10/26/12 | MW | Draft and revise correspondence to opposing counsel regarding moving forward with litigation and demand for deposition dates | L320 | 1.30 hrs |
| 10/29/12 | MW | Review and revise correspondence to opposing counsel B.Jacobs | L320 | .30 hrs |
| 10/29/12 | CWH | Review and analyze status of discovery disputes and revise letter to borrower's counsel on same | L310 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301115

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                              $873.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Monica Wilson | 2.90 hrs | 263.00 /hr | 762.70 |
| Melisa P. Palmer | .30 hrs | 149.00 /hr | 44.70 |

TOTAL FEES                3.40 hrs                    $873.40

**TOTAL CHARGES FOR THIS INVOICE**                     **$873.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301115

INVOICE #  821162

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301115
     Savitz, Jason (Deutsche Bank v. Savitz) - 686549
     7442384608
     TC # 686549

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 11/01/12 | MW | Draft status report for client regarding litigation strategy | L120 | .10 hrs |
| 11/26/12 | MW | Draft and revise letter to B.Jacobs, opposing counsel, regarding ongoing discovery in pending litigation | C400 | 1.60 hrs |

TOTAL FEES FOR THIS MATTER                                  $447.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Monica Wilson | 1.70 hrs | 263.00 /hr | 447.10 |

TOTAL FEES                    1.70 hrs                  $447.10

**TOTAL CHARGES FOR THIS INVOICE**                       **$447.10**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301115

INVOICE #  830188

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re: 0G2012-301115
Savitz, Jason (Deutsche Bank v. Savitz) - 686549
7442384608
TC # 686549

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | MW | Draft status update for client regarding continued litigation strategy | L320 | .10 hrs |
| 12/03/12 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 12/03/12 | MPE | Prepare initial draft of Notice of Deposition. | L210 | .40 hrs |
| 12/07/12 | MW | Review and analyze order issued from court setting deadline for upcoming document | L120 | .30 hrs |
| 12/10/12 | MW | Review and analysis of procedural posture of action in light of evaluation of litigation strategy moving forward and recent court orders and correspondence with opposing counsel | L120 | .90 hrs |
| 12/10/12 | MW | Correspondence with J.Ho regarding update on litigation strategy and borrower's position with counterclaims and potential exposure | L120 | .30 hrs |
| 12/11/12 | MW | Conference with J.Ho regarding litigation strategy moving forward and update on recent research relevant to potential revision of strategy | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301115

FED ID NO. 63-0243316

| 12/11/12 | CWH | Review and analyze values of home and settlement offers to date | L160 | .20 hrs |
|---|---|---|---|---|
| 12/18/12 | MPE | Review file and court order to assist with discovery responses | L110 | .50 hrs |
| 12/18/12 | MPE | Prepare initial draft of discovery responses per Court Order. | L310 | .90 hrs |
| 12/18/12 | MW | Review and analyze discovery documents in preparation for timely complying with relevant court order | L120 | .60 hrs |
| 12/21/12 | MW | Draft and revise responses to discovery served by borrower for timely verification | L320 | 2.50 hrs |
| 12/28/12 | MW | Review and revise draft discovery responses pursuant to approaching deadline | L310 | 1.20 hrs |
| 12/28/12 | MW | Draft and revise correspondence to opposing counsel regarding request for meeting moving forward | C400 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                          $2,415.40

35          Express Mail/Fedex
                                                         0.00

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
|---|---|---|---|
| Monica Wilson | 7.80 hrs | 263.00 /hr | 2,051.40 |
| Melisa P. Palmer | 2.00 hrs | 149.00 /hr | 298.00 |

TOTAL FEES          10.00 hrs          $2,415.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301115

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $2,415.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301116

INVOICE #  813780

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301116
     Williams, Samuel and Carolyn - 693701
     25112
     TC # 693701

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/10/12 | ES | Monthly status update to client | L240B | .10 hrs |
| 09/28/12 | ES | Read e-mail from client regarding financial packet and attachments to send to borrower | L240B | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $74.00

01        Copy Charges
                                                       0.00

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Erin Saltaformaggio | .40 hrs | 185.00 /hr | 74.00 |

TOTAL FEES            0.40 hrs              $74.00

**TOTAL CHARGES FOR THIS INVOICE**          **$74.00**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301116

INVOICE # 818874

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re: 0G2012-301116
    Williams, Samuel and Carolyn - 693701
    25112
    TC # 693701

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | ES | Status update on extranet re: pending motion | L240B | .10 hrs |
| 10/03/12 | ES | Analysis of AG solicitation attachments from client and respond to same | L240B | .50 hrs |
| 10/03/12 | ES | Email correspondence with opposing counsel re settlement | L240B | .20 hrs |
| 10/23/12 | CWH | Review and analyze status of pleadings and determine response | L210 | .20 hrs |
| 10/24/12 | ABB | Compilation of Opposition of Homecomings to Appellant Motion regarding Hearing, Motion for ReHearing and Opposition regarding same as well as update pleadings and file | L110 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                    $424.00

01        Copy Charges
                                                                  0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Allison Burke | .50 hrs | 150.00 /hr | 75.00 |
| Erin Saltaformaggio | .80 hrs | 185.00 /hr | 148.00 |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301116

FED ID NO. 63-0243316

TOTAL FEES                    1.50 hrs                    $424.00

**TOTAL CHARGES FOR THIS INVOICE**

$424.00

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301116

INVOICE #  821163

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301116
     Williams, Samuel and Carolyn - 693701
     25112
     TC # 693701

PROFESSIONAL SERVICES

| 11/01/12 | ES | Draft status report for client re: borrower's motion for rehearing | L240B | .10 hrs |
| 11/27/12 | ES | E-mails with H.Franchi re: status of motion for rehearing | L240B | .10 hrs |

TOTAL FEES FOR THIS MATTER $37.00

BILLING SUMMARY

| Erin Saltaformaggio | .20 hrs | 185.00 /hr | 37.00 |

| TOTAL FEES | 0.20 hrs | | $37.00 |

**TOTAL CHARGES FOR THIS INVOICE** $37.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301116

INVOICE #  830190

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301116
     Williams, Samuel and Carolyn - 693701
     25112
     TC # 693701

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | ES | Draft status update on extranet re: borrower's motion for rehearing still pending | L240B | .10 hrs |

TOTAL FEES FOR THIS MATTER                      $18.50

### EXPENSES

| | | | |
|---|---|---|---|
| 12 | Court Costs - Pleadings | | 75.00 |

TOTAL COSTS FOR THIS MATTER                     $75.00

### BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Erin Saltaformaggio | .10 hrs | 185.00 /hr | 18.50 |

| | | |
|---|---|---|
| TOTAL FEES | 0.10 hrs | $18.50 |
| TOTAL EXPENSES | | $75.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$93.50** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301117

INVOICE #  813781

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301117
     Mills, Joseph and Kathy - 713657
     Loan no. 7441373933
     TC # 713657

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/03/12 | KSA | Status report regarding appeal stayed | L120 | .10 hrs |
| 09/07/12 | AHC | Review docket and draft status report for attorney review and catalog information on comprehensive tracking chart | L190 | .30 hrs |
| 09/07/12 | AHC | Final review and revision of Motion to Reinstate | L510 | .30 hrs |
| 09/12/12 | AHC | Correspondence to opposing counsel regarding Motion to Reinstate Appeal | L510 | .20 hrs |
| 09/14/12 | KSA | Review response brief of appellant | L120 | .20 hrs |
| 09/15/12 | KSA | Review Appellant Response to Motion to Reinstate and draft reply | L120 | .40 hrs |
| 09/18/12 | KSA | Review Appellants' Response and draft Reply Motion to Support Reinstatement of Appeal | L110A | .70 hrs |
| 09/18/12 | AHC | Retrieval and initial review of Appellant's Response to Appellee's Motion to Reinstate | L510 | .30 hrs |
| 09/19/12 | MJA | Review and revise response to appellant's opposition to motion to lift stay of appeal | L510 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301117

FED ID NO. 63-0243316

| 09/21/12 | KSA | Edit, finalize and file reply brief in support of motion to reinstate | L250 | .40 hrs |
| 09/21/12 | CWH | Review and revise appellate reply brief regarding bankruptcy stay issues | L210 | .20 hrs |
| 09/24/12 | AHC | Final review and revision of Reply Brief in Support of Motion to Reinstate | L520 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $818.90

BILLING SUMMARY

| Marc J. Ayers | .50 hrs | 297.00 /hr | 148.50 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Alecia H. Cockrell | 1.40 hrs | 145.00 /hr | 203.00 |
| Keith S. Anderson | 1.80 hrs | 223.00 /hr | 401.40 |

TOTAL FEES              3.90 hrs                    $818.90

**TOTAL CHARGES FOR THIS INVOICE**              $818.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301117

INVOICE # . 818875

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301117
     Mills, Joseph and Kathy - 713657
     Loan no. 7441373933
     TC # 713657

PROFESSIONAL SERVICES

10/01/12   KSA   Draft case status report regarding        L120      .10 hrs
                 reinstating appeal

            TOTAL FEES FOR THIS MATTER
                                                                $22.30

BILLING SUMMARY

   Keith S. Anderson          .10 hrs   223.00 /hr        22.30

TOTAL FEES                  0.10 hrs
                                                   $22.30

TOTAL CHARGES FOR THIS INVOICE
                                                   $22.30

            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301118

INVOICE #  813782

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301118
     Cutler, Edith, Estate of - 720423
     Loan No. 7434382321
     TC # 720423

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/12 | JDV | Draft monthly status update for client | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $43.80

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jose D. Vega | .20 hrs | 219.00 /hr | 43.80 |

TOTAL FEES              0.20 hrs              $43.80

**TOTAL CHARGES FOR THIS INVOICE**              $43.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301118

INVOICE #  818876

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

    Re:  0G2012-301118
         Cutler, Edith, Estate of - 720423
         Loan No. 7434382321
         TC # 720423

PROFESSIONAL SERVICES

10/01/12  JDV  Draft status update for client           L190      .10 hrs


            TOTAL FEES FOR THIS MATTER                            $21.90


BILLING SUMMARY

    Jose D. Vega              .10 hrs   219.00 /hr        21.90


TOTAL FEES               0.10 hrs                      $21.90

TOTAL CHARGES FOR THIS INVOICE                        $21.90


             ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301118

INVOICE #  821164

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301118
     Cutler, Edith, Estate of - 720423
     Loan No. 7434382321
     TC # 720423

PROFESSIONAL SERVICES

| 11/01/12 | JDV | Draft October 2012 status report for client | L190 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                          $21.90

BILLING SUMMARY

| Jose D. Vega | .10 hrs | 219.00 /hr | 21.90 |
|---|---|---|---|

TOTAL FEES              0.10 hrs              $21.90

**TOTAL CHARGES FOR THIS INVOICE**                    $21.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 22, 2013
0G2012-301118

INVOICE #  829963

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301118
     Cutler, Edith, Estate of - 720423
     Loan No. 7434382321
     TC # 720423

TOTAL FEES                    0.00 hrs                    $.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                          $.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia.Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301120

INVOICE #  813783

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301120
     Lewis, Joyce L. (MERS v. Lewis) - 693575
     0437801806
     TC # 693575

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/12 | MPE | Research dates for hearing on motion for relief and motion to strike and correspond with borrower regarding confirmation. | L110 | .70 hrs |
| 09/05/12 | JWA | Check docket for status of hearing on motion to strike | L240 | .20 hrs |
| 09/19/12 | JWA | Review and analysis of strategy for motion to strike hearing | L240 | .20 hrs |
| 09/28/12 | JWA | Prepare client update | B110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $224.80

01        Copy Charges                                      0.00
35        Express Mail/Fedex                                0.00

BILLING SUMMARY

James Warmoth            .50 hrs    241.00 /hr      120.50
Melisa P. Palmer         .70 hrs    149.00 /hr      104.30

TOTAL FEES            1.20 hrs                    $224.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 30, 2012

0G2012-301120

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $224.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301120

INVOICE #  818877

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

FED ID NO. 63-0243316

Re:  0G2012-301120
     Lewis, Joyce L. (MERS v. Lewis) - 693575
     0437801806
     TC # 693575

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/01/12 | JWA | Review and analysis for hearings | C300 | .50 hrs |
| 10/12/12 | JWA | Prepare maximum exposure analysis | B110 | .50 hrs |
| 10/16/12 | MPE | Multiple telephone calls with borrower regarding availability for October 24, 2012 hearing. Reset hearing with judicial assistant and online during phone call | L110 | .70 hrs |
| 10/16/12 | MPE | Research docket to determine status. | L110 | .20 hrs |
| 10/16/12 | MPE | Cancel and draft notice of cancellation of October 24, 2012 hearing. | L210 | .70 hrs |
| 10/16/12 | MPE | Draft and finalize notice of hearing for November 7, 2012 and proposed order for judge's execution. | L210 | .90 hrs |
| 10/18/12 | JWA | Review file for compliance with bankruptcy order | B110 | .30 hrs |
| 10/19/12 | KK | Review pleadings and service on pleadings to confirm most recent filings to confirm consistency with borrower's address | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 19, 2012

0G2012-301120

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/25/12 | JWA | Emails with client regarding status of matter generally and upcoming hearing on motion to strike | B110 | .30 hrs |
| 10/29/12 | CWH | Review and analyze status of pleadings and discovery | L120 | .20 hrs |
| 10/30/12 | CWH | Email client regarding property valuation | L120 | .10 hrs |
| 10/30/12 | CWH | Review and analyze the newest round of written discovery from borrower | L310 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                          $987.10

01          Copy Charges
35          Express Mail/Fedex                                                   0.00
                                                                                0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 330.00 /hr | 165.00 |
| James Warmoth | 1.60 hrs | 241.00 /hr | 385.60 |
| Melisa P. Palmer | 2.50 hrs | 149.00 /hr | 372.50 |
| Kerry Keane | .40 hrs | 160.00 /hr | 64.00 |

TOTAL FEES                        5.00 hrs                    $987.10

**TOTAL CHARGES FOR THIS INVOICE**                    **$987.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301120

INVOICE #  820603

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301120
     Lewis, Joyce L. (MERS v. Lewis) - 693575
     0437801806
     TC # 693575

EXPENSES

| | | |
|---|---|---|
| 20 | Airline Tickets | 434.55 |
| 21 | Travel Expense | 123.39 |
| 23 | Meal Expense | 15.66 |

          TOTAL COSTS FOR THIS MATTER                      $573.60

TOTAL FEES                0.00 hrs                    $.00

TOTAL EXPENSES                                      $573.60

**TOTAL CHARGES FOR THIS INVOICE**                 $573.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301120

INVOICE # 821165

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301120
     Lewis, Joyce L. (MERS v. Lewis) - 693575
     0437801806
     TC # 693575

### PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/01/12 | JWA | Prepare argument and materials for hearing on motion for default and/or to strike | L210 | .80 hrs |
| 11/01/12 | MW | Review and analyze procedural posture of action in preparation for upcoming motion hearing | L210 | .70 hrs |
| 11/02/12 | JWA | Prepare arguments and materials for hearing on Motion for Default/strike | L120 | 1.10 hrs |
| 11/05/12 | JWA | Prepare client update | L120 | .10 hrs |
| 11/05/12 | MPE | Telephone conference with clerk to confirm file will be pulled in advance of November 7, 2012 hearing and draft proposed order for Judge's signature. | L110 | .50 hrs |
| 11/06/12 | MPE | Telephone call with judicial assistant to confirm hearing set for November 7, 2012 | L110 | .10 hrs |
| 11/06/12 | MPE | Research docket to determine any recent filings by borrower in preparation for hearing. | L110 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301120

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/06/12 | MW | Review and analyze discovery filed by borrower, outstanding motions, and pending motions, in preparation for upcoming hearing | L120 | 1.00 hrs |
| 11/06/12 | JWA | Review and analyze docket, recent borrower pleadings, and correspondence in preparation for hearing on motion to strike | L210 | .80 hrs |
| 11/07/12 | JWA | Teleconference regarding results of hearing on motion for default or to strike | L120 | .30 hrs |
| 11/07/12 | MW | Attend and argue hearing on plaintiff's motion for entry of default or in the alternative motion to strike pro se borrower's filings for failure to answer as ordered by the court | L210 | 1.20 hrs |
| 11/07/12 | MW | Prepare for upcoming hearing with analysis of filed documents, location of promissory note, and litigation history | L320 | .80 hrs |
| 11/07/12 | MW | Post-hearing analysis of posture of action in light of the court order and pending discovery disputes | L120 | .60 hrs |
| 11/08/12 | CWH | Review outcome from last hearing and revise proposed order for same | L210 | .20 hrs |
| 11/08/12 | MPE | Telephone conference with judicial assistant regarding requirement for Order based on hearing on November 7, 2012. | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
NOVEMBER 30, 2012

0G2012-301120

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/08/12 | MPE | Finalize order allowing borrower 15 days to file a responsive pleading and submit to judge for execution. | L110 | .70 hrs |
| 11/08/12 | MPE | Pursuant to Judge's request, review all pleadings to confirm that borrower's correct service address is listed. | L110 | .60 hrs |
| 11/08/12 | JWA | Review, revise, and submit proposed order | L320 | .40 hrs |
| 11/13/12 | JWA | Locate, review, and analyze documents for responses to requests for production of documents | L320 | 2.10 hrs |
| 11/13/12 | JWA | Review and analysis of file documentation in preparation for responding to requests for admission | L320 | .80 hrs |
| 11/15/12 | JWA | Emails with client regarding hearing results | L120 | .20 hrs |
| 11/15/12 | MPE | Research docket to determine status of proposed order submitted November 8, 2012. | L110 | .20 hrs |
| 11/15/12 | MPE | Telephone call with clerk of court to determine status of proposed Order submitted November 8, 2012 | L110 | .30 hrs |
| 11/15/12 | MPE | Email correspondence with M.Verma regarding outcome of November 7,2012 hearing on our Motion to Strike. | L110 | .20 hrs |
| 11/25/12 | CWH | Review and analyze Lewis's "answer" | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301120

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/25/12 | CWH | Exchange e-mails with Lewis regarding what motion she is trying to set for hearing | L210 | .10 hrs |
| 11/26/12 | LADA | Draft responses to document requests in Florida foreclosure matter | L310 | 1.20 hrs |
| 11/26/12 | JWA | Further analysis of file to identify social security income information in preparation for responding to requests for production | L210 | .80 hrs |
| 11/26/12 | JWA | Prepare written responses to requests for production | L320 | 1.40 hrs |
| 11/26/12 | JWA | Review and finalize document production responding to requests for production | L320 | .90 hrs |
| 11/26/12 | MW | Conference with T.Evans, clerk of court, regarding latest filing in action by pro se borrower and acceptable response to court | C400 | .40 hrs |
| 11/27/12 | CWH | Review and revise responses to requests for admission and request for production of documents and review documents to be produced | L310 | .40 hrs |
| 11/27/12 | JWA | Analysis of file in preparation for responding to requests for admissions | L120 | .70 hrs |
| 11/27/12 | JWA | Prepare responses to requests for admissions | L320 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
NOVEMBER 30, 2012

0G2012-301120

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/27/12 | JWA | Analysis of previous pleadings, docket and borrower motion in preparation for drafting motion to deem borrower motion answer to complaint | L120 | .80 hrs |
| 11/27/12 | JWA | Prepare motion | L210 | 1.40 hrs |
| 11/28/12 | CWH | Continue review of documents to be produced to Lewis | L310 | .10 hrs |
| 11/28/12 | CWH | Review and revise notice that Plaintiff will deem Lewis's answer to motion for summary judgment as the answer to complaint in order to expedite the case | L210 | .20 hrs |
| 11/28/12 | LADA | Revise and finalize notice regarding borrower's answer in Florida foreclosure matter | L210 | .50 hrs |
| 11/28/12 | LADA | Revise responses to discovery requests | L310 | .40 hrs |
| 11/28/12 | LADA | Review and analysis of files for documents responsive to discovery requests | L320 | 4.90 hrs |
| 11/29/12 | LADA | Revise additional discovery responses | L310 | .50 hrs |
| 11/30/12 | LADA | Draft notice of serving discovery responses in Florida foreclosure matter | L210 | .40 hrs |
| 11/30/12 | JWA | Draft status report for client | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$5,914.90