

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
NOVEMBER 30, 2012

0G2012-301120

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.20 hrs | 330.00 /hr | 396.00 |
| James Warmoth | 13.60 hrs | 241.00 /hr | 3,277.60 |
| Monica Wilson | 4.70 hrs | 263.00 /hr | 1,236.10 |
| Lucinda Kish | 7.90 hrs | 65.00 /hr | 513.50 |
| Melisa P. Palmer | 3.30 hrs | 149.00 /hr | 491.70 |

| | | |
|---|---|---|
| TOTAL FEES | 30.70 hrs | $5,914.90 |

**TOTAL CHARGES FOR THIS INVOICE**                    $5,914.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301120

INVOICE #  830193

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301120
     Lewis, Joyce L. (MERS v. Lewis) - 693575
     0437801806
     TC # 693575

<u>PROFESSIONAL SERVICES</u>

| 11/07/12 | JWA | Evaluate litigation strategy in light of results of hearing on motion for default or to strike | L120 | .30 hrs |
| 12/03/12 | CWH | Review and analyze documents from the origination file and try to match up the terms with borrower's allegations | L120 | .20 hrs |
| 12/03/12 | LADA | Review of documents for potential production | L320 | 3.50 hrs |
| 12/03/12 | LADA | Receipt and review of Order regarding recent hearing and deadlines contained therein | L240B | .20 hrs |
| 12/03/12 | JWA | Receipt and review of Order denying default and granting motion to strike | L120 | .30 hrs |
| 12/03/12 | JWA | Receipt and review of notice of hearing | L120 | .10 hrs |
| 12/13/12 | JWA | Receive and review email regarding status of appeal | L120 | .20 hrs |
| 12/13/12 | JWA | Email client regarding status of appeal | L120 | .20 hrs |
| 12/14/12 | JWA | Email detailed update to client | L120 | .20 hrs |
| 12/17/12 | JWA | Email to client regarding strategy | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301120

FED ID NO. 63-0243316

12/31/12    JWA    Receipt and review of notice of        L120        .10 hrs
                   cancellation of hearing

                   TOTAL FEES FOR THIS MATTER                      $692.10

BILLING SUMMARY

    Christian W. Hancock        .20 hrs    330.00 /hr        66.00
    James Warmoth              1.60 hrs    241.00 /hr       385.60
    Lucinda Kish               3.70 hrs     65.00 /hr       240.50

TOTAL FEES                     5.50 hrs                    $692.10

**TOTAL CHARGES FOR THIS INVOICE**                         **$692.10**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301121

INVOICE #  818664

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301121
     Paksima, Zaytoon
     Loan # 7440253359 Ally Matter # 718605
     TC # 718605

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|-----|-------------|------|-------|
| 10/01/12 | BG | Draft status update regarding bankruptcy stay | L190 | .10 hrs |
| 10/22/12 | ABB | Review file and determine recent stubs regarding case transfer assignment to estate in order to properly document and update file regarding same | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $34.00

EXPENSES

07      Filing Fees                                     14.06

        TOTAL COSTS FOR THIS MATTER                   $14.06

BILLING SUMMARY

| | | | |
|------|--------|---------|-------|
| Allison Burke | .10 hrs | 150.00 /hr | 15.00 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

TOTAL FEES         0.20 hrs                  $34.00

TOTAL EXPENSES                              $14.06

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301121

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                    $48.06

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301121

INVOICE #  821166

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301121
     Paksima, Zaytoon
     Loan # 7440253359 Ally Matter # 718605
     TC # 718605

## PROFESSIONAL SERVICES

| 11/01/12 | BG | Draft status report for client regarding proffer of evidence and deposition of GMAC | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                      $19.00

## BILLING SUMMARY

| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |

TOTAL FEES                     0.10 hrs                   $19.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$19.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301122

INVOICE #  813784

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301122
     Porter, Lolina - 705274
     TC # 705274

PROFESSIONAL SERVICES

09/05/12  EWS  Draft status report to client.          L190     .20 hrs

              TOTAL FEES FOR THIS MATTER                         $53.20

BILLING SUMMARY

   Eric Smith           .20 hrs   266.00 /hr        53.20

TOTAL FEES             0.20 hrs                    $53.20

**TOTAL CHARGES FOR THIS INVOICE**                  **$53.20**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301122

INVOICE #  818878

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301122
     Porter, Lolina - 705274
     TC # 705274

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/12 | EWS | Draft status update. | L190 | .10 hrs |
| 10/18/12 | KW | Review and analyze Court's order denying motion to lift the bankruptcy stay | L240 | .10 hrs |
| 10/31/12 | KW | Reviewed Notice filed by M.Robinson | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER              $63.60

EXPENSES

58        FED DOCKET SERV-PACER                          9.60

TOTAL COSTS FOR THIS MATTER          $9.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Eric Smith | .10 hrs | 266.00 /hr | 26.60 |
| Kristi Wilcox | .20 hrs | 185.00 /hr | 37.00 |

TOTAL FEES          0.30 hrs                    $63.60

TOTAL EXPENSES                              $9.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301122

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $73.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301122

INVOICE #  830195

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301122
     Porter, Lolina - 705274
     TC # 705274

PROFESSIONAL SERVICES

12/04/12   AHC   Draft status report for attorney review      L190      .20 hrs

          TOTAL FEES FOR THIS MATTER                                 $29.00

BILLING SUMMARY

    Alecia H. Cockrell          .20 hrs   145.00 /hr        29.00

TOTAL FEES                    0.20 hrs                    $29.00

**TOTAL CHARGES FOR THIS INVOICE**                        **$29.00**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301123

INVOICE #  813785

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301123
     Pata, Michael - 717577
     Loan No. 061980042
     TC # 717577

PROFESSIONAL SERVICES

09/11/12   NJV   Attend case strategy telephone conference   L120      .60 hrs

09/28/12   JWA   Prepare client update                       B110      .10 hrs

            TOTAL FEES FOR THIS MATTER

                                                                      $178.90

BILLING SUMMARY

    Nicholas J. Voelker          .60 hrs    258.00 /hr        154.80
    James Warmoth                .10 hrs    241.00 /hr         24.10

TOTAL FEES                      0.70 hrs                      $178.90

TOTAL CHARGES FOR THIS INVOICE                               $178.90

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301123

INVOICE #  818879

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301123
     Pata, Michael - 717577
     Loan No. 061980042
     TC # 717577

PROFESSIONAL SERVICES

| 10/01/12 | JWA | Receipt and review of Attorney General solicitation | B110 | .70 hrs |
| 10/02/12 | BAW | Review borrower's loan file | L120 | .90 hrs |
| 10/05/12 | BAW | Study Lake County docket on Motion for Judgment on the pleadings | L250 | .80 hrs |
| 10/18/12 | JWA | Review file for compliance with bankruptcy order | B110 | .30 hrs |
| 10/22/12 | BAW | Telephone conference with J.Warmoth regarding hearing on motion for judgment on the pleadings | L250 | .20 hrs |
| 10/23/12 | LADA | Review of file and documents for original loan file | L140 | .30 hrs |
| 10/23/12 | JWA | Review and file original loan documents | B110 | .30 hrs |
| 10/25/12 | LADA | Draft notice regarding loan documentation | L210 | .10 hrs |
| 10/25/12 | LADA | Research docket entry of email for opposing counsel and service of same | L210 | .10 hrs |
| 10/25/12 | LADA | Review of file for designations filed by opposing counsel | L140 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301123

FED ID NO. 63-0243316

10/30/12   JWA   Review and revise notice of filing                L210        .20 hrs
                 original documents


                      TOTAL FEES FOR THIS MATTER                          $1,047.50

     01        Copy Charges
                                                                                 0.00

BILLING SUMMARY

     Brian Wahl                    1.90 hrs    320.00 /hr        608.00
     James Warmoth                 1.50 hrs    241.00 /hr        361.50
     Lucinda Kish                  1.20 hrs     65.00 /hr         78.00


TOTAL FEES                         4.60 hrs                   $1,047.50

**TOTAL CHARGES FOR THIS INVOICE**                            $1,047.50

           ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301123

INVOICE #  820605

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301123
     Pata, Michael - 717577
     Loan No. 061980042
     TC # 717577
35      Express Mail/Fedex                                      0.00


TOTAL FEES               0.00 hrs                  $.00

**TOTAL CHARGES FOR THIS INVOICE**                $.00

          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301123

INVOICE #  821167

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301123
     Pata, Michael - 717577
     Loan No. 061980042
     TC # 717577

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/05/12 | JWA | Prepare client update | L120 | .10 hrs |
| 11/05/12 | LADA | Draft and finalize notice of filing original loan documents | L210 | .50 hrs |
| 11/05/12 | LADA | Review and analysis of pleadings for designation of borrower's counsel for compliance with Florida service requirements | L140 | .80 hrs |
| 11/19/12 | JWA | Review and analysis of bankruptcy stay and counterclaims in preparation for setting hearing on motion for judgment on pleadings | L120 | .30 hrs |
| 11/20/12 | LADA | Research hearing dates regarding Florida foreclosure matter | L240B | .40 hrs |
| 11/21/12 | JWA | Prepare letter to court regarding setting hearing on permitted claims | L120 | .30 hrs |
| 11/30/12 | JWA | Draft status report for client | B110 | .10 hrs |

            TOTAL FEES FOR THIS MATTER

                                                $303.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301123

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| James Warmoth | .80 hrs | 241.00 /hr | 192.80 |
| Lucinda Kish | 1.70 hrs | 65.00 /hr | 110.50 |

TOTAL FEES                    2.50 hrs                              $303.30

**TOTAL CHARGES FOR THIS INVOICE**                              $303.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0G2012-301124

INVOICE #  824617

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301124
     Reynolds, Mable (Reynolds v. Brian Sheldon and GMAC)
     601775805 - 690325
     TC # 690325

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/14/12 | CM | Review pleadings and case file to determine the borrower's current delinquent status | L120 | 2.50 hrs |
| 05/14/12 | GWG | Factual research into loan file regarding payment history, changes in loan terms, and current foreclosure status | L110 | 1.40 hrs |
| 05/14/12 | GWG | Legal research into treatment of release of liability waivers in residential and construction loan agreements | L120 | 1.60 hrs |
| 05/14/12 | MST | Analysis of plaintiff's designation of expert witnesses in preparation of background search and update file regarding same. | L120 | .30 hrs |
| 05/15/12 | GWG | Review depo and other client documents that might affect whether the defendant is covered by the Chapter 11 bankruptcy | L120 | 1.20 hrs |
| 05/15/12 | CM | Review borrower's pleadings and case file to determine current owner of the note/account to determine the applicability of the bankruptcy stay | L120 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
DECEMBER 12, 2012

0G2012-301124

FED ID NO. 63-0243316

| 05/15/12 | CM | Draft email to client providing case summary and requesting information on current holder of the note/account | L240B | .70 hrs |
| 05/15/12 | CM | Review and analyze matter and determine if bankruptcy stay is in place and, if so, how it will impact the case | L120 | .30 hrs |
| 05/15/12 | CWH | Review and analyze whether GMAC Bank is still doing business and, if settlement offer, if they are wrapped up in the bankruptcy stay | L110 | .10 hrs |
| 05/16/12 | CM | In light of updated information, analyze matter and determine if bankruptcy stay is in place, and, if so, how it will impact the case | L120 | .10 hrs |
| 05/16/12 | JCCO | Review construction contract documents, loan draws, and third-party inspector's reports to weigh the strengths and weaknesses of plaintiff's claims | L110 | 1.50 hrs |
| 05/16/12 | CM | Review loan documents and payment history to resolve disbursement issues and to assess Plaintiff's claims in preparation for upcoming depositions | L120 | 1.50 hrs |
| 05/17/12 | GWG | Review client documents and documents produced by plaintiff in preparation for upcoming depositions | L320 | 3.60 hrs |
| 05/18/12 | MST | Telephone call with probate court regarding Deed of Trust and conference with attorney regarding same. | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
DECEMBER 12, 2012

0G2012-301124

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 05/21/12 | CM | Call to client regarding applicability of bankruptcy stay | L210 | .50 hrs |
| 05/21/12 | GWG | Conferences regarding effect of the bankruptcy automatic stay on this matter | L120 | .70 hrs |
| 05/21/12 | GWG | Legal research into state law requirements regarding substitution of the real party in interest | L120 | .70 hrs |
| 05/22/12 | GWG | Review all pleadings, discovery and documents produced in preparation for summary judgment arguments and upcoming depositions | L330 | 9.50 hrs |
| 05/22/12 | CM | Review case file and relevant Texas cases to prepare for drafting Motion for Summary Judgment | L240 | 3.30 hrs |
| 05/22/12 | CM | Review inspection reports, draw requests, and other documents related to disbursements to prep for deposition and to analyze Plaintiff's claims regarding the propriety of the disbursements | L120 | 5.90 hrs |
| 05/23/12 | MST | Receipt and review updated title report, forward to attorneys and update file regarding same. | L110 | .30 hrs |
| 05/23/12 | GWG | Review servicing notes received from client and work on supplemental document production to plaintiff | L320 | 1.00 hrs |
| 05/23/12 | GWG | Factual and legal research into plaintiff's expert witnesses | L420 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
DECEMBER 12, 2012

0G2012-301124

FED ID NO. 63-0243316

| 05/23/12 | GWG | Legal research for summary judgment arguments on plaintiff's claims | L240 | 2.00 hrs |
|----------|-----|---|------|----------|
| 05/23/12 | GWG | Legal research regarding possible notice requirement for summary judgment hearings | L240 | .40 hrs |
| 05/23/12 | RK | Conference regarding litigation strategy | L120 | .40 hrs |
| 05/23/12 | CM | Complete review/comparison of inspection reports, draw requests, and disbursement-related documents | L110 | 1.40 hrs |
| 05/23/12 | CM | Email Susan Young to set up phone conference | L110 | .30 hrs |
| 05/23/12 | CM | Review Plaintiff's designation of expert witnesses for compliance with Texas Rules and continue research for Motion for Summary Judgment | L210 | 2.90 hrs |
| 05/23/12 | CM | Telephone Call with Susan Young. | L110 | .50 hrs |
| 05/24/12 | RK | Review Texas law in cases involving construction loans | L120 | 1.90 hrs |
| 05/24/12 | CM | Begin drafting factual summary for the Motion for Summary Judgment and continue to review Texas case law applicable to Plaintiff's claims | L240 | 3.40 hrs |
| 05/25/12 | MST | Draft letter to Board of Law Examiners regarding pro hac vice admission for C. Miller. | L140 | .40 hrs |
| 05/25/12 | ABB | Redaction of documents to be produced regarding loan file | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301124

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 05/25/12 | CM | Review original responses to requests for production of documents and prepare supplemental production to be sent to Plaintiff's Counsel, following receipt of new documentation | L310 | 1.30 hrs |
| 05/25/12 | CM | Review Plaintiff's default hearing testimony | L130 | .40 hrs |
| 05/25/12 | CM | Prepare deposition binder | L330 | 2.50 hrs |
| 05/25/12 | CM | Call to client regarding matter | L110 | .10 hrs |
| 05/25/12 | GWG | Work on arguments in support of our motion for summary judgment | L240 | 2.20 hrs |
| 05/25/12 | GWG | Conference calls with client regarding disbursements of the construction loan | L110 | .80 hrs |
| 05/25/12 | GWG | Factual research and review of client documents in preparation for the deposition of borrower | L330 | 3.20 hrs |
| 05/28/12 | CM | Continue drafting Motion for Summary Judgment and reviewing relevant caselaw | L240 | 1.50 hrs |
| 05/29/12 | GWG | Calls with J. Ingham regarding upcoming deposition schedule, expert disclosures, and remaining documents to be produced, | L390 | .50 hrs |
| 05/29/12 | GWG | Prepare exhibits to be used at the plaintiff's deposition | L330 | 2.50 hrs |
| 05/29/12 | MST | Schedule court reporter for plaintiff's deposition, notify attorneys and update file regarding same. | L140 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
DECEMBER 12, 2012

0G2012-301124

FED ID NO. 63-0243316

| 05/29/12 | MST | Revise letter to Board of Law Examiners enclosing payment for pro hac vice admission and forward via Federal Express. | L110 | .40 hrs |
| 05/29/12 | CM | Complete deposition prep binder | L330 | .50 hrs |
| 05/29/12 | CM | Continue reviewing Texas caselaw relevant to the borrower's First Amended Complaint | L240 | 7.20 hrs |
| 05/30/12 | CM | Continue preparing motion for summary judgment | L240 | 5.50 hrs |
| 05/30/12 | CM | Draft and revise application for pro hac vice admission into the 170th Judicial District Court in McLennan County, Texas | L210 | .30 hrs |
| 05/30/12 | MST | Obtain title report for property, schedule plaintiff's deposition with SetDepo and draft Pro Hac Admission Application for C. Miller | L110 | 1.80 hrs |
| 05/30/12 | MST | E-mails from and to SetDepo regarding confirmation of plaintiff's deposition, notify attorneys and update file and calendar regarding same. | L110 | .30 hrs |
| 05/30/12 | GWG | Prepare for borrower's deposition | L330 | 2.60 hrs |
| 05/31/12 | GWG | Deposition preparation with client and T. Maxwell | L330 | 2.50 hrs |
| 05/31/12 | GWG | Work on client affidavit to be used in support of our motion for summary judgment | L240 | 1.40 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    7
DECEMBER 12, 2012

0G2012-301124

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Time |
|---|---|---|---|---|
| 05/31/12 | GWG | Draft motion to continue trial date and correspond with J. Ingham and C. Childers regarding same | L250 | 1.40 hrs |
| 05/31/12 | GWG | Prepare materials for use in upcoming deposition preparation of witness | L330 | 1.30 hrs |
| 05/31/12 | GWG | Legal research into possible summary judgment arguments | L240 | .80 hrs |
| 05/31/12 | GWG | Review medical records received from plaintiff's counsel | L310 | .60 hrs |
| 05/31/12 | MST | Receive acknowledgment letter from the Board of Law Examiners in preparation of drafting Pro Hac Vice Motion for C. Miller | L120 | .20 hrs |
| 05/31/12 | MST | Draft Motion for Pro Hac Vice Admission for C. Miller | L210 | .60 hrs |
| 05/31/12 | MST | Draft Motion of Texas Attorney to be filed with Motion for Pro Hac Vice Motion | L210 | .40 hrs |
| 05/31/12 | MST | Telephone call and e-mails with court reporter regarding expedited delivery of deposition transcript | L110 | .20 hrs |
| 05/31/12 | CM | Prepare for and participate in deposition prep conference call | L330 | 3.40 hrs |
| 05/31/12 | CM | Draft and revise summary judgment affidavit and prepare the exhibits thereto | L240 | 5.40 hrs |

TOTAL FEES FOR THIS MATTER

$22,813.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
DECEMBER 12, 2012

0G2012-301124

FED ID NO. 63-0243316

EXPENSES

07         Filing Fees                                                       250.00

          TOTAL COSTS FOR THIS MATTER                         $250.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 5.50 hrs | 150.00 /hr | 825.00 |
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Allison Burke | .40 hrs | 150.00 /hr | 60.00 |
| Jonathan Cobb | 1.50 hrs | 195.00 /hr | 292.50 |
| Graham W. Gerhardt | 43.10 hrs | 263.00 /hr | 11,335.30 |
| Riley Key | 2.30 hrs | 185.00 /hr | 425.50 |
| Cam Miller | 53.20 hrs | 185.00 /hr | 9,842.00 |

TOTAL FEES              106.10 hrs                    $22,813.30

TOTAL EXPENSES                                        $250.00

**TOTAL CHARGES FOR THIS INVOICE**                   **$23,063.30**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

DECEMBER 12, 2012
0G2012-301124

INVOICE # 824621

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301124
     Reynolds, Mable (Reynolds v. Brian Sheldon and GMAC)
     601775805 - 690325
     TC # 690325

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 06/01/12 | CM | Review medical records provided by opposing counsel | L330 | 1.00 hrs |
| 06/01/12 | GWG | Prepare for depositions of borrower's | L330 | 3.50 hrs |
| 06/03/12 | GWG | Preparation for deposition of the plaintiff | L330 | 3.20 hrs |
| 06/03/12 | CM | Draft motion for summary judgment in Reynolds matter | L240 | 3.00 hrs |
| 06/03/12 | CM | Continue reviewing medical records in preparation for plaintiff's deposition | L330 | 1.00 hrs |
| 06/03/12 | MST | Extensive background searches of various persons and prepare memorandum to attorneys regarding information obtained. | L110 | 3.40 hrs |
| 06/04/12 | RK | Review law on waivers and releases | L120 | 1.30 hrs |
| 06/04/12 | CM | Prepare for and attend deposition of borrower | L330 | 9.00 hrs |
| 06/04/12 | CM | Prepare for deposition of T.Maxwell | L330 | 3.00 hrs |
| 06/04/12 | GWG | Prepare for and attend deposition of plaintiff | L330 | 12.30 hrs |
| 06/04/12 | GWG | Deposition preparation T.Maxwell | L330 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
DECEMBER 12, 2012

0G2012-301124

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 06/05/12 | GWG | Prepare for and attend deposition of T. Maxwell | L330 | 8.20 hrs |
| 06/05/12 | GWG | Review updated medical records received from plaintiff's counsel | L110 | .50 hrs |
| 06/05/12 | CM | Draft Texas Rule 194 Disclosures | L310 | 1.00 hrs |
| 06/05/12 | CM | Prepare for and attend deposition of T.Maxwell | L330 | 5.00 hrs |
| 06/05/12 | MST | Extensive background search and prepare memorandum to C. Miller regarding information obtained. | L110 | 3.40 hrs |
| 06/06/12 | MST | Finalize pro hac vice motions for C. Miller and prepare for filing. | L210 | .30 hrs |
| 06/06/12 | CM | Draft monthly status report for this matter | L120 | .20 hrs |
| 06/06/12 | CM | Revise motion for pro hac admission in the Reynolds matter | L240B | .80 hrs |
| 06/07/12 | MST | Revise and finalize Motion to Appear Pro Hac Vice Motion and Motion of Texas Attorney and prepare for filing and service. | L210 | .60 hrs |
| 06/11/12 | GWG | Calls to court regarding cancellation of the summary judgment hearing | L240 | .20 hrs |
| 06/12/12 | GWG | Review deposition of T. Maxwell | L330 | 1.50 hrs |
| 06/18/12 | GWG | Review plaintiff's deposition transcript | L330 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
DECEMBER 12, 2012

0G2012-301124

FED ID NO. 63-0243316

06/19/12    CM    Review new order and determine effect on    L120    .20 hrs
                          case

TOTAL FEES FOR THIS MATTER                      $14,683.00

EXPENSES

| 07 | Filing Fees | |
| 13 | Court Reporter Charges | 186.47 |
| 20 | Airline Tickets | 1,156.25 |
| 21 | Travel Expense | 1,929.40 |
| 23 | Meal Expense | 619.14 |
| 30 | Miscellaneous Expense | 171.44 |
| | | 1.31 |

TOTAL COSTS FOR THIS MATTER                      $4,064.01

BILLING SUMMARY

| Melanie Thompson | 7.70 hrs | 150.00 /hr | 1,155.00 |
| Graham W. Gerhardt | 33.50 hrs | 263.00 /hr | 8,810.50 |
| Riley Key | 1.30 hrs | 185.00 /hr | 240.50 |
| Cam Miller | 24.20 hrs | 185.00 /hr | 4,477.00 |

TOTAL FEES                      66.70 hrs                      $14,683.00

TOTAL EXPENSES                                            $4,064.01

**TOTAL CHARGES FOR THIS INVOICE**                      **$18,747.01**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301125

INVOICE #  813786

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301125
     Eaton, Donald and Kellly - 699859
     0652836506
     TC # 699859

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/03/12 | JHP | Provide monthly status update to client. | L120 | .10 hrs |
| 09/07/12 | ABB | Telephone conference with Judge Craig's office regarding status conference and e-mail communications with client regarding same | L110 | .20 hrs |
| 09/10/12 | ABB | Receive and review Notice of Hearing from Judge Craig in Lawrence County, Alabama | L110 | .10 hrs |
| 09/10/12 | ABB | Assimilation and compilation of hearing notice and update pleadings regarding same as well as calendar all information pertaining to status conference | L110 | .20 hrs |
| 09/10/12 | JHP | Review order from court setting status conference for October 5 | L230 | .10 hrs |
| 09/11/12 | JHP | Emails to/from client contact K.Dutill to discuss general update on case | L120 | .10 hrs |
| 09/19/12 | JHP | Emails to/from foreclosure counsel to discuss status of case | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$173.00



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 30, 2012

0G2012-301125

FED ID NO. 63-0243316

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .50 hrs | 150.00 /hr | 75.00 |
| Jon H. Patterson | .40 hrs | 245.00 /hr | 98.00 |

TOTAL FEES         0.90 hrs                    $173.00

**TOTAL CHARGES FOR THIS INVOICE**
$173.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 15, 2012
0G2012-301125

INVOICE #   817890

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301125
     Eaton, Donald and Kellly - 699859
     0652836506
     TC # 699859

EXPENSES

| | | |
|---|---|---:|
| 21 | Travel Expense | 93.24 |
| 23 | Meal Expense | 10.43 |
| | TOTAL COSTS FOR THIS MATTER | $103.67 |

TOTAL FEES            0.00 hrs                    $.00

TOTAL EXPENSES                                $103.67

**TOTAL CHARGES FOR THIS INVOICE**

$103.67

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301125

INVOICE #  818880

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301125
     Eaton, Donald and Kellly - 699859
     0652836506
     TC # 699859

### PROFESSIONAL SERVICES

| Date | Staff | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/02/12 | JHP | Provide monthly status update to client advising of status of case | L120 | .10 hrs |
| 10/05/12 | JHP | Prepare for and attend status and scheduling conference in case and discuss status of case with court and request and receive trial date | L230 | 4.50 hrs |
| 10/05/12 | JHP | Emails to/from client contact K.Dutill to advise of trial date and to discuss other issues discussed with court at scheduling conference | L120 | .20 hrs |
| 10/05/12 | BG | Review results of status conference with the court | L120 | .10 hrs |
| 10/08/12 | JHP | Emails to/from client contact K.Dutill to discuss status of summary judgment motion and to discuss and confirm availability of trial witness for December trial date | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,244.00

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 19, 2012

0G2012-301125

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 5.00 hrs | 245.00 /hr | 1,225.00 |
| Blake Goodsell | .10 hrs | 190.00 /hr | 19.00 |
| TOTAL FEES | 5.10 hrs | | $1,244.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | $1,244.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301125

INVOICE #  821168

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301125
     Eaton, Donald and Kellly - 699859
     0652836506
     TC # 699859

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/08/12 | JHP | Emails to/from client contact K.Dutill to discuss status of case and trial setting | L120 | .20 hrs |
| 11/09/12 | JHP | Emails to/from client to discuss upcoming trial date and outstanding motion for summary judgment | L450 | .10 hrs |
| 11/13/12 | JHP | Phone call to court to discuss upcoming trial date and outstanding summary judgment motion | L450 | .20 hrs |
| 11/13/12 | JHP | Emails to/from client contact K.Dutill and client contact J.Aguirre to discuss upcoming trial date and witness scheduling and general status | L450 | .30 hrs |
| 11/26/12 | JHP | Emails to/from client contact K.Dutill to discuss status conference | L120 | .10 hrs |
| 11/28/12 | ABB | Review of file and facts and draft Motion to Set Status Conference regarding summary judgment | L110 | .70 hrs |
| 11/28/12 | JHP | Revised and edited motion for status conference | L250 | .20 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301125

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | JHP | Emails to/from client contact K.Dutill to discuss filing motion for status conference | L120 | .10 hrs |
| 11/30/12 | JHP | Phone call from counsel for borrower to discuss case and trial setting and to confirm trial was not going forward Monday | L450 | .10 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |
| 11/30/12 | ABB | Finalize Motion for Status Conference and prepare same for filing via Ala-file as well as service upon parties | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $517.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.00 hrs | 150.00 /hr | 150.00 |
| Jon H. Patterson | 1.50 hrs | 245.00 /hr | 367.50 |

| | | |
|---|---|---|
| TOTAL FEES | 2.50 hrs | $517.50 |

TOTAL CHARGES FOR THIS INVOICE                    $517.50

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301125

INVOICE #  830197

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301125
     Eaton, Donald and Kellly - 699859
     0652836506
     TC # 699859

### PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 12/07/12 | JHP | Emails to/from client contact K.Dutill to discuss status on whether court has set hearing on summary judgment | L240 | .10 hrs |
| 12/28/12 | JHP | Emails to/from client contact K.Dutill to discuss whether court has set status conference | L120 | .10 hrs |
| 12/28/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $73.50

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | .30 hrs | 245.00 /hr | 73.50 |
| TOTAL FEES | 0.30 hrs | | $73.50 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$73.50** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301126

INVOICE #  818665

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301126
     Shaw, Linda and James (Shaw v. Bank of New York Mellon)
     7436282818
     TC # 695221

## PROFESSIONAL SERVICES

| Date | Atty | Description | | Hours |
|------|------|-------------|------|-------|
| 10/02/12 | JJPH | Prepare status report to client regarding loan modification papers | L120 | .10 hrs |
| 10/02/12 | JJPH | Complete closing memorandum | L120 | .30 hrs |
| 10/02/12 | JJPH | Email correspondence to Gia Albright regarding closing memorandum | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $125.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | .50 hrs | 250.00 /hr | 125.00 |

TOTAL FEES                    0.50 hrs              $125.00

**TOTAL CHARGES FOR THIS INVOICE**              $125.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301127

INVOICE #  813787

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301127
     Giampietro, Francis (Ali v. Giampietro) - 697162
     1705948778
     TC # 697162

PROFESSIONAL SERVICES

09/07/12   GWG   Calls with client regarding status of      L120      .40 hrs
                 case and appraisal of the property

         TOTAL FEES FOR THIS MATTER                                  $105.20

BILLING SUMMARY

   Graham W. Gerhardt          .40 hrs   263.00 /hr        105.20

TOTAL FEES                   0.40 hrs                     $105.20

TOTAL CHARGES FOR THIS INVOICE                           $105.20

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301127

INVOICE #  818881

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301127
     Giampietro, Francis (Ali v. Giampietro) - 697162
     1705948778
     TC # 697162

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/04/12 | GWG | Correspondence with client regarding value of the property | L160 | .20 hrs |
| 10/22/12 | MST | Analysis of filing status of Notice of Bankruptcy and update review sheet regarding same | L140 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$82.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .20 hrs | 150.00 /hr | 30.00 |
| Graham W. Gerhardt | .20 hrs | 263.00 /hr | 52.60 |

TOTAL FEES        0.40 hrs                    $82.60

**TOTAL CHARGES FOR THIS INVOICE**            $82.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301127

INVOICE #   821169

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301127
     Giampietro, Francis (Ali v. Giampietro) - 697162
     1705948778
     TC # 697162

### PROFESSIONAL SERVICES

| 11/21/12 | GWG | Review summary judgment brief of the Chodrow defendants | L240 | .30 hrs |
|---|---|---|---|---|
| 11/26/12 | GWG | Calls with C. Peckham and M. Martin regarding upcoming mediation strategy | L160 | .60 hrs |
| 11/26/12 | GWG | Correspondence with client regarding upcoming mediation | L160 | .20 hrs |
| 11/27/12 | GWG | Prepare for upcoming mediation | L160 | 2.10 hrs |
| 11/28/12 | GWG | Prepare for mediation | L160 | 2.90 hrs |
| 11/29/12 | GWG | Calls with M. Verma and E. Maynard regarding mediation strategy | L160 | .60 hrs |
| 11/29/12 | GWG | Preparation for December 5th mediation | L160 | 1.40 hrs |

TOTAL FEES FOR THIS MATTER                    $2,130.30

### BILLING SUMMARY

| Graham W. Gerhardt | 8.10 hrs | 263.00 /hr | 2,130.30 |
|---|---|---|---|
| TOTAL FEES | 8.10 hrs | | $2,130.30 |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301127

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $2,130.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301127

INVOICE #  830199

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301127
     Giampietro, Francis (Ali v. Giampietro) - 697162
     1705948778
     TC # 697162

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | GWG | Calls with M. Verma, M. Nareste and C. Peckham regarding settlement | L160 | 1.50 hrs |
| 12/05/12 | GWG | Prepare for and attend mediation | L160 | 4.20 hrs |
| 12/14/12 | GWG | Correspondence with mediator and M. Verma regarding acceptance of settlement offer | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $1,551.70

EXPENSES

50        Mediation Fee
                                                              695.00
          TOTAL COSTS FOR THIS MATTER
                                                        $695.00

BILLING SUMMARY

  Graham W. Gerhardt        5.90 hrs    263.00 /hr        1,551.70

TOTAL FEES                  5.90 hrs                   $1,551.70

TOTAL EXPENSES                                          $695.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
JANUARY 23, 2013

0G2012-301127

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $2,246.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301129

INVOICE #  813788

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301129
     Law, Theodore W., III - 713325
     Loan No. 0600933065
     TC # 713325

PROFESSIONAL SERVICES

09/27/12   MSW   Draft status report for client.          L120      .10 hrs

            TOTAL FEES FOR THIS MATTER                               $25.40

BILLING SUMMARY

    Mark S. Wierman          .10 hrs   254.00 /hr        25.40

TOTAL FEES                 0.10 hrs                   $25.40

**TOTAL CHARGES FOR THIS INVOICE**                   $25.40

          ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 17, 2012
0G2012-301129

INVOICE #  818666

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301129
     Law, Theodore W., III - 713325
     Loan No. 0600933065
     TC # 713325

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/15/12 | MSW | Review and analyze motion for injunctive relief and interpleader | L220 | .40 hrs |
| 10/16/12 | MSW | Revise letter to judge regarding bankruptcy stay and impact on forthcoming hearing | L230 | .20 hrs |
| 10/16/12 | LADA | Draft correspondence to Judge regarding hearing and bankruptcy filing | L240B | .50 hrs |
| 10/23/12 | MSW | Draft status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $210.30

01        Copy Charges

                                                          0.00

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .70 hrs | 254.00 /hr | 177.80 |
| Lucinda Kish | .50 hrs | 65.00 /hr | 32.50 |

TOTAL FEES           1.20 hrs           $210.30

**TOTAL CHARGES FOR THIS INVOICE**           $210.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301129

INVOICE #  821170

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301129
     Law, Theodore W., III - 713325
     Loan No. 0600933065
     TC # 713325

PROFESSIONAL SERVICES

| Date | | | | | |
|------|------|------|------|------|------|
| 11/27/12 | MSW | Drafting status report | | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $25.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .10 hrs | 254.00 /hr | 25.40 |

TOTAL FEES                    0.10 hrs
                                                $25.40

**TOTAL CHARGES FOR THIS INVOICE**
                                                **$25.40**

***** TOTAL DUE UPON RECEIPT *****



| | BRADLEY ARANT |
| BOULT CUMMINGS |
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301130

INVOICE #  813789

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301130
     Freedlund, Michael J. and Teresa A.
     Loan No. 7800550576; Ally No. 719469
     TC # 719469

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/07/12 | MST | Analysis of dismissal pleadings, prepare closing memo and update taxonomy and opposing counsel information | L120 | .70 hrs |
| 09/07/12 | MST | Obtain and analyze current docket sheet to determine case status and strategy | L210 | .30 hrs |
| 09/17/12 | MST | E-mail from client regarding closing of file and forward final closing memo | L110 | .20 hrs |
| 09/20/12 | KSA | Correspondence with plaintiff's counsel and B.Northrop-Day regarding borrowers vacating the property | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER

$269.20

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 1.20 hrs | 150.00 /hr | 180.00 |
| Keith S. Anderson | .40 hrs | 223.00 /hr | 89.20 |

TOTAL FEES          1.60 hrs          $269.20

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 30, 2012

0G2012-301130

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$269.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301130

INVOICE #  818882

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301130
Freedlund, Michael J. and Teresa A.
Loan No. 7800550576; Ally No. 719469
TC # 719469

## PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|-----|-------------|------|-------|
| 10/09/12 | MST | E-mail to client regarding original loan documents | L110 | .20 hrs |
| 10/10/12 | MST | Email from client regarding original file | L120 | .20 hrs |
| 10/10/12 | MST | Review e-mail from client regarding original file | L120 | .20 hrs |
| 10/10/12 | MST | Prepare letter to client enclosing documents | L120 | .30 hrs |
| 10/12/12 | MST | Prepare file for closing, prepare closing memo and forward to attorney for review | L140 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                $195.00

35       Express Mail/Fedex
                                                                        0.00

## BILLING SUMMARY

| | | | |
|--|--|--|--|
| Melanie Thompson | 1.30 hrs | 150.00 /hr | 195.00 |
| TOTAL FEES | 1.30 hrs | | $195.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
NOVEMBER 19, 2012

0G2012~301130

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                                       $195.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 30, 2012
0G2012-301131

INVOICE #  813790

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

Re:  0G2012-301131
     Spencer, Billy and Janet R. - 720738
     Loan No. 0602106864
     TC # 720738

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/06/12 | MSW | Draft responses to interrogatories | L310 | 1.10 hrs |
| 09/27/12 | MSW | Draft status report for client. | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $304.80

01        Copy Charges                                          0.00
35        Express Mail/Fedex                                    0.00

BILLING SUMMARY

Mark S. Wierman          1.20 hrs   254.00 /hr        304.80

TOTAL FEES                1.20 hrs               $304.80

**TOTAL CHARGES FOR THIS INVOICE**              $304.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 19, 2012
0G2012-301131

INVOICE #  818883

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301131
     Spencer, Billy and Janet R. - 720738
     Loan No. 0602106864
     TC # 720738

PROFESSIONAL SERVICES

10/23/12  MSW  Draft status report                          L120    .10 hrs

            TOTAL FEES FOR THIS MATTER                              $25.40

BILLING SUMMARY

   Mark S. Wierman          .10 hrs   254.00 /hr          25.40

TOTAL FEES                  0.10 hrs

                                                          $25.40

**TOTAL CHARGES FOR THIS INVOICE**                        $25.40

            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301131

INVOICE #  821171

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301131
     Spencer, Billy and Janet R. - 720738
     Loan No. 0602106864
     TC # 720738

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/15/12 | LADA | Review pleadings for notification and certification of compliance with Supreme Court administrative order regarding intervention efforts | L140 | .60 hrs |
| 11/27/12 | MSW | Drafting status report | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $64.40

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Mark S. Wierman | .10 hrs | 254.00 /hr | | 25.40 |
| Lucinda Kish | .60 hrs | 65.00 /hr | | 39.00 |

TOTAL FEES            0.70 hrs                    $64.40

**TOTAL CHARGES FOR THIS INVOICE**               $64.40

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301132

INVOICE #  819512

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301132
     Anderson, Cedric P. - 694866
     7442460325
     TC # 694866

## PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 06/12/12 | CET | Email correspondence with L. Delehey regarding the final order of dismissal. | L240 | .20 hrs |
| 07/02/12 | CET | Analyzing the final order in preparation for preparing a closing memo. | L240 | .30 hrs |
| 07/02/12 | CET | Providing status update to the client | L240 | .20 hrs |
| 08/01/12 | CET | Drafting and revising Closing Memo. | L240 | .20 hrs |
| 08/01/12 | CET | Email correspondence with L. Delehey regarding the Closing Memo and final order of dismissal. | L240 | .20 hrs |
| 09/10/12 | FS | E-mail correspondence with outside counsel regarding new matter against Plaintiffs | L120 | .20 hrs |
| 09/11/12 | CET | Email correspondence with P. England regarding new lawsuit received that was filed by the borrowers | L210 | .30 hrs |
| 09/11/12 | CET | Analyzing new lawsuit and request for fiat received from eviction counsel. | L210 | .50 hrs |
| 09/11/12 | CET | Email correspondence with L. Delehey regarding the status of servicing and instructions on defending Bank of America in new action. | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 27, 2012

0G2012-301132

FED ID NO. 63-0243316

| 09/11/12 | CET | Analyzing strategy, necessary filings, and attendance at hearing to defeat the new-filed action. | L210 | .60 hrs |
| 09/11/12 | CET | Email correspondence with L. Delehey regarding recommended course of immediate action in light of the injunction hearing and our conversations with P. England. | L210 | .40 hrs |
| 09/11/12 | CET | Analyzing removal | L210 | .30 hrs |
| 09/11/12 | FS | Telephone call with Bank of America counsel regarding new matter | L120 | .30 hrs |
| 09/11/12 | FS | Reviewing and analyzing Plaintiffs' Complaint | L210 | .20 hrs |
| 09/11/12 | FS | Telephone conversation with court clerk's office regarding case information and proceedings | L210 | .20 hrs |
| 09/11/12 | FS | Conferences regarding strategy in opposing new lawsuit | L120 | .50 hrs |
| 09/11/12 | FS | Conference call with L.Delehey regarding Plaintiffs' new lawsuit | L210 | .40 hrs |
| 09/11/12 | FS | E-mail correspondence with L.Delehey regarding handling new matter | L120 | .10 hrs |
| 09/11/12 | FS | Drafting and revising notice of special appearance and response in opposition to Plaintiffs' request for injunctive relief | L250 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301132

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/11/12 | FS | Telephone conversation with Bank of America counsel regarding handling new matter filed by Plaintiffs | L120 | .10 hrs |
| 09/12/12 | FS | Drafting and revising notice of special appearance and response in opposition to Plaintiffs' request for injunctive relief | L250 | 4.10 hrs |
| 09/12/12 | FS | Telephone conversation with opposing counsel regarding request for Plaintiffs to voluntarily dismiss lawsuit | L250 | .30 hrs |
| 09/12/12 | FS | Drafting and revising e-mail to opposing counsel regarding draft response to request for injunctive relief and request for voluntary dismissal of lawsuit | L250 | .20 hrs |
| 09/12/12 | FS | E-mail correspondence with Bank of America in-house counsel regarding new matter | L120 | .20 hrs |
| 09/12/12 | FS | Conference calls with opposing counsel regarding request for dismissal of lawsuit | L250 | .40 hrs |
| 09/12/12 | FS | Conference call with L.Delehey regarding legal strategy at injunction hearing | L120 | .20 hrs |
| 09/12/12 | FS | E-mail correspondence with opposing counsel regarding notice of special appearance and response in opposition to request for injunctive relief | L250 | .10 hrs |
| 09/13/12 | FS | Prepare for and attende injunction hearing in Chancery Court for Shelby County, Tennessee at Memphis | L250 | 8.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301132

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/13/12 | FS | E-mail correspondence with Bank of America in-house counsel regarding status of lawsuit | L250 | .10 hrs |
| 09/13/12 | FS | Telephone conversations with real estate agent in charge of eviction and re-sale of property regarding status of lawsuit and injunction | L120 | .30 hrs |
| 09/18/12 | CET | Analyzing the results of the hearing on the proposed injunction by borrower's counsel. | L240 | .30 hrs |
| 09/19/12 | FS | Drafting and revising proposed final order of dismissal | L240 | 1.20 hrs |
| 09/20/12 | FS | Conference regarding legal strategy in drafting proposed order of dismissal | L240 | .10 hrs |
| 09/20/12 | FS | Revising proposed order of dismissal with prejudice | L240 | .60 hrs |
| 09/20/12 | FS | Drafting and revising letter to court regarding proposed order of dismissal with prejudice | L240 | .20 hrs |
| 09/21/12 | FS | Telephone conversation with Judge's chambers regarding proposed order of dismissal | L240 | .10 hrs |
| 09/21/12 | FS | Revising proposed order of dismissal with prejudice | L240 | .20 hrs |
| 09/21/12 | FS | Drafting letter to court regarding revised proposed order of dismissal | L240 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     5
NOVEMBER 27, 2012

0G2012-301132

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/24/12 | CET | Analyzing revised Order requested by the court. | L210 | .30 hrs |
| 09/25/12 | FS | E-mail correspondence with Bank of America in-house counsel regarding status of proposed order of dismissal | L250 | .20 hrs |
| 09/25/12 | FS | E-mail correspondence regarding opening new matter in light of second lawsuit filed by Plaintiffs | L120 | .20 hrs |
| 09/26/12 | FS | Telephone conversation with court clerk regarding status of order of dismissal with prejudice | L250 | .10 hrs |
| 09/27/12 | FS | Telephone conversation with real estate agent responsible for eviction and re-sale of subject property regarding final order of dismissal | L250 | .20 hrs |
| 09/27/12 | FS | Telephone conversation with court clerk regarding final order of dismissal with prejudice | L250 | .10 hrs |
| 09/27/12 | FS | Telephone conversation with Bank of America in-house counsel regarding status of case and final order of dismissal with prejudice | L250 | .20 hrs |
| 09/27/12 | FS | E-mail correspondence with opposing counsel regarding final order of dismissal and status of eviction | L250 | .20 hrs |
| 09/27/12 | FS | E-mail correspondence with real estate agent responsible for eviction and re-sale of subject property regarding final order of dismissal | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301132

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/27/12 | FS | E-mail correspondence with Bank of America in-house counsel regarding final order of dismissal and case status | L250 | .10 hrs |
| 09/27/12 | FS | E-mail correspondence with L.Delehey regarding final order of dismissal and case status and strategy | L250 | .20 hrs |
| 09/27/12 | CET | Analyzing the final order regarding obtaining possession of the property. | L240 | .30 hrs |
| 10/02/12 | CET | Email correspondence with J. Ho regarding the status of the matter. | L240 | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $5,967.80 |
| LESS DISCOUNT | (732.34) |
| NET FEES | $5,235.46 |

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christopher E. Thorsen | 4.60 hrs | 293.00 /hr | 1,347.80 |
| Frankie Spero | 22.00 hrs | 210.00 /hr | 4,620.00 |

| | | |
|---|---|---|
| TOTAL FEES | 26.60 hrs | $5,235.46 |

**TOTAL CHARGES FOR THIS INVOICE**                    $5,235.46

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301132

INVOICE # 821574

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301132
     Anderson, Cedric P. - 694866
     7442460325
     TC # 694866

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | FS | Conference regarding strategy in responding to motion to alter or amend | L250 | .50 hrs |
| 11/01/12 | FS | Researching case information and status | L120 | .20 hrs |
| 11/01/12 | FS | Reviewing and analyzing plaintiffs' motion to alter or amend judgment | L250 | .20 hrs |
| 11/01/12 | CET | Providing status update to the client. | L240 | .20 hrs |
| 11/02/12 | CET | Reading and analyzing Motion to Set Aside Judgment received from new counsel for the borrowers. | L240 | .50 hrs |
| 11/23/12 | FS | E-mail correspondence with J.Ho regarding case status and strategy | C300 | .10 hrs |
| 11/29/12 | FS | Drafting and revising case status | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$457.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher E. Thorsen | .70 hrs | 293.00 /hr | 205.10 |
| Frankie Spero | 1.20 hrs | 210.00 /hr | 252.00 |

TOTAL FEES

1.90 hrs

$457.10

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301132

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                          $457.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301132

INVOICE #  830201

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301132
     Anderson, Cedric P. - 694866
     7442460325
     TC # 694866

PROFESSIONAL SERVICES

| 12/05/12 | FS | E-mail correspondence regarding transfer of matter | L120 | .10 hrs |
|---|---|---|---|---|
| 12/20/12 | FS | Reviewing case information and researching case status on court's website | L120 | .20 hrs |
| 12/20/12 | FS | E-mail correspondence with J.Ho regarding case status and strategy | L120 | .20 hrs |
| 12/21/12 | FS | Correspondence regarding case information and status | L120 | .10 hrs |
| 12/23/12 | FS | Researching case information on detainer action, Plaintiffs' wrongful foreclosure action, and Plaintiffs' second wrongful foreclosure action for purposes of determining case strategy and drafting response to plaintiffs' motion to alter or amend | L250 | .30 hrs |
| 12/23/12 | FS | Reviewing and analyzing Plaintiffs' motion to alter or amend judgment | L250 | .30 hrs |
| 12/23/12 | FS | Researching deadline for setting hearing date before motion is stricken | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301132

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 12/23/12 | FS | E-mail correspondence with real estate agent for subject property regarding status of eviction | L120 | .20 hrs |
| 12/23/12 | FS | Legal research regarding dismissal of complaint | L250 | .30 hrs |
| 12/23/12 | FS | Legal research regarding res judicata | L250 | .30 hrs |
| 12/26/12 | FS | Conference regarding case status and strategy | L120 | .10 hrs |
| 12/26/12 | FS | Telephone conversation with court clerk regarding status of writ of possession | L120 | .10 hrs |
| 12/26/12 | FS | Telephone conversations with listing agent for subject property regarding status of eviction | L120 | .20 hrs |
| 12/26/12 | FS | Drafting and revising response in opposition to Plaintiffs' motion to alter or amend judgment, including legal research on various issues | L250 | 3.00 hrs |
| 12/27/12 | FS | Drafting and revising response in opposition to Plaintiffs' motion to alter or amend judgment | L250 | 7.90 hrs |
| 12/27/12 | FS | Legal research on various legal issues pertaining to response in opposition to Plaintiffs' motion to alter or amend judgment | L250 | 1.60 hrs |
| 12/27/12 | FS | Conference regarding legal strategy for drafting response in opposition to Plaintiffs' motion to alter or amend judgment | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301132

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/28/12 | FS | Drafting and revising response in opposition to motion to alter or amend | L250 | 1.60 hrs |
| 12/28/12 | FS | E-mail correspondence with J.Ho regarding draft of response in opposition to Plaintiffs' motion to alter or amend and case strategy | L250 | .30 hrs |
| 12/28/12 | FS | Telephone call to court clerk regarding hearing date for motion to alter or amend judgment | L250 | .10 hrs |
| 12/28/12 | FS | Drafting and revising case status | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER

$3,654.00

**BILLING SUMMARY**

Frankie Spero          17.40 hrs    210.00 /hr      3,654.00

TOTAL FEES              17.40 hrs                    $3,654.00

**TOTAL CHARGES FOR THIS INVOICE**

$3,654.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301133

INVOICE #  819513

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301133
     Nichols, Carl G. and Liese M. (Nichols v. GMAC) - 696374
     359075168
     TC # 696374

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 06/03/12 | CET | Reading and analyzing Motion to Set Aside Order of Sanctions filed by borrowers. | L250 | .30 hrs |
| 06/03/12 | CET | Reading and analyzing Notice filed by borrowers. | L250 | .20 hrs |
| 06/08/12 | CET | Reading and analyzing Notice of Telephonic Hearing received from the Court. | L250 | .20 hrs |
| 06/19/12 | SS | Begin writing order staying proceedings on certain of plaintiff's claims pursuant to recent order in client's bankruptcy proceedings. | C200 | 1.50 hrs |
| 06/19/12 | CET | Reading and analyzing the recent pleadings and orders of the court and the bankruptcy court in preparation for the telephonic status conference with the District Court Judge. | L250 | 1.30 hrs |
| 06/19/12 | CET | Telephone conversation with T. Jones regarding the telephonic status conference scheduled by the district court judge. | L250 | .30 hrs |
| 06/19/12 | CET | Appearing for the status conference by telephone with the district court. | L250 | .70 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301133

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/19/12 | CET | Drafting and revising Notice of Filing Supplemental Bankruptcy Order. | L250 | .60 hrs |
| 06/19/12 | CET | Drafting and revising Response to Motion for Relief from Order filed by the plaintiff with respect to the court's entry of sanctions against plaintiffs. | L250 | 1.60 hrs |
| 06/19/12 | CET | Reading and analyzing Minute Entry posted by the court clerk regarding the status conference hearing. | L250 | .20 hrs |
| 06/20/12 | SS | Draft Order staying certain of plaintiffs' claims pursuant to Bankruptcy Order in Defendant's bankruptcy proceeding. | C200 | 1.70 hrs |
| 06/20/12 | CET | Analyzing the Complaint in connection with the Supplemental Order in the bankruptcy court partially lifting the stay as it relates to the borrowers Complaint. | L250 | .70 hrs |
| 06/21/12 | SS | Work on revising order staying proceedings pursuant to GMAC bankruptcy order. | C200 | .60 hrs |
| 06/22/12 | SS | Finish drafting order staying claims for monetary relief and allowing others to go forward in present case pursuant to client's bankruptcy proceedings in Southern District of New York. | C200 | 1.40 hrs |
| 06/22/12 | CET | Revising draft proposed Order of Partial Stay. | L250 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301133

FED ID NO. 63-0243316

| 06/22/12 | CET | Email correspondence with T. Jones regarding draft proposed Order of Partial Stay. | L250 | .20 hrs |
| 06/25/12 | CET | Analyzing the draft Order of Partial Stay. | L250 | .30 hrs |
| 06/27/12 | CET | Email correspondence with T. Jones regarding draft order regarding a partial stay in the litigation. | L250 | .20 hrs |
| 06/27/12 | CET | Reading and analyzing Order denying Plaintiffs' Motion to Alter or Amend. | L250 | .30 hrs |
| 07/02/12 | CET | Providing a status update to the client | L330 | .20 hrs |
| 07/03/12 | CET | Email correspondence with borrowers' counsel regarding the draft agreed order and scheduling depositions. | L250 | .20 hrs |
| 07/03/12 | CET | Email correspondence with L. Delehey regarding the draft agreed order. | L250 | .20 hrs |
| 07/03/12 | CET | Drafting and revising Agreed Order of Partial Stay to be filed with the Court. | L250 | 1.40 hrs |
| 07/03/12 | CET | Email correspondence with T. Jones regarding a deposition date for the plaintiffs. | L330 | .20 hrs |
| 07/03/12 | CWH | Review and analyze claims in case and revise notice regarding which are stayed and which are not | L110 | .20 hrs |
| 07/06/12 | CET | Email correspondence with T. Jones regarding approval to file Notice of Filing Agreed Order and Agreed Order. | L330 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301133

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|------------|------|-------|
| 07/06/12 | CET | Revising Notice of Filing Agreed Order. | L250 | .30 hrs |
| 07/06/12 | CET | Prepared for depositions of plaintiffs | L330 | 2.50 hrs |
| 07/09/12 | CET | Preparing for the depositions of the borrowers. | L330 | 2.40 hrs |
| 07/10/12 | CET | Preparing deposition outline for the depositions of the plaintiffs. | L330 | 2.50 hrs |
| 07/10/12 | CET | Preparing exhibits for the depositions of the plaintiffs. | L330 | 3.50 hrs |
| 07/10/12 | CET | Email correspondence with T. Jones regarding confirming the deposition and attendance by his clients of same. | L330 | .40 hrs |
| 07/11/12 | CET | Taking the deposition of Borrowers | L330 | 8.00 hrs |
| 07/11/12 | CET | Prepare for the depositions of the borrowers. | L330 | 1.50 hrs |
| 07/16/12 | CET | Reading and analyzing entered Agreed Order partially staying the proceedings. | L250 | .30 hrs |
| 07/23/12 | CET | Reading and analyzing Scheduling Order | L250 | .30 hrs |
| 07/26/12 | CET | Reading and analyzing the Court's Order awarding attorneys fees in connection with the motion for sanctions. | L250 | .20 hrs |
| 07/31/12 | CET | Drafting and revising Requests for Production of Documents to Plaintiffs. | L320 | 1.50 hrs |
| 07/31/12 | CET | Email correspondence with T. Jones regarding the RFPs and scheduling his clients depositions. | L320 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
NOVEMBER 27, 2012

0G2012~301133

FED ID NO. 63-0243316

| 08/01/12 | CET | Preparing status update for the client. | L250 | .20 hrs |
|---|---|---|---|---|
| 08/03/12 | CET | Drafting and revising the Initial Witness List for filing with the court pursuant to the scheduling order. | L250 | .70 hrs |
| 08/03/12 | CET | Email correspondence with T. Jones regarding the Witness List and taking the depositions of his clients. | L250 | .20 hrs |
| 08/09/12 | CET | Email correspondence with T. Jones regarding scheduling depositions of the plaintiffs and forwarding the witness list. | L330 | .20 hrs |
| 08/22/12 | CET | Telephone conversation with T. Jones's office regarding scheduling depositions. | L330 | .20 hrs |
| 09/03/12 | CET | Providing status update to client. | L330 | .20 hrs |
| 09/04/12 | CET | Email correspondence with T. Jones regarding completing discovery. | L330 | .20 hrs |
| 09/06/12 | CET | Drafting and revising the Joint Motion to Amend Scheduling Order. | L330 | .40 hrs |
| 09/06/12 | CET | Drafting and revising Agreed Order amending scheduling order. | L330 | .30 hrs |
| 09/06/12 | CET | Email correspondence with T. Jones regarding his clients' failure to confirm deposition dates and the proposed agreed order amending the scheduling order. | L330 | .30 hrs |
| 09/07/12 | CET | Drafting and revising Notice of Deposition for Borrower | L330 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                 PAGE      6
                                                                       NOVEMBER 27, 2012

                                                                       0G2012-301133

                                                                       FED ID NO. 63-0243316

| 09/07/12 | CET | Drafting and revising Notice of Deposition for Ms. Nichols. | L330 | .30 hrs |
| 09/07/12 | CET | Drafting and revising Joint Motion to Amend Scheduling Order. | L330 | .40 hrs |
| 09/07/12 | CET | Drafting and revising Agreed Order Amending Scheduling Order. | L330 | .40 hrs |
| 09/07/12 | CET | Email correspondence with T. Jones regarding draft joint motion and agreed order amending scheduling order. | L330 | .30 hrs |
| 09/07/12 | CET | Email correspondence with T. Jones regarding the Notices of Deposition for Plaintiffs. | L330 | .30 hrs |
| 09/07/12 | CET | Email correspondence with Judge Cleland's chambers regarding the proposed Agreed Order Amending Scheduling Order. | L330 | .20 hrs |
| 09/17/12 | CET | Email correspondence with T. Jones regarding his proposed Motion to Withdraw. | L250 | .30 hrs |
| 09/19/12 | CET | Email correspondence with T. Jones regarding the scheduled depositions of the Nichols. | L250 | .40 hrs |
| 09/21/12 | CET | Reading and analyzing Court's Order Requiring Plaintiffs to Show Cause as to why the case should not be dismissed. | L250 | .40 hrs |
| 09/21/12 | CET | Drafting and revising Declaration of C. Thorsen filed in support of the Court's Order to Show Cause. | L250 | 1.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301133

FED ID NO. 63-0243316

| 09/21/12 | CET | Drafting and revising Notice of Filing Declaration of C. Thorsen. | L250 | .40 hrs |
| 09/21/12 | CET | Telephone conversation with T. Jones regarding the Order to Show Cause and his position that he is going to file a motion to withdraw. | L250 | .40 hrs |
| 09/21/12 | CET | Analyzing the Complaint | L250 | .50 hrs |
| 09/25/12 | CET | Telephone conversation with the judge's clerk regarding scheduling a hearing on Plaintiffs' counsel's motion to withdraw and the order to show cause. | L240 | .30 hrs |
| 09/25/12 | CET | Analyzing the Complaint and the Order of Partial Stay | L240 | .50 hrs |
| 09/25/12 | CET | Researching relevant statutory and case law in support of the Motion for Summary Judgment. | L240 | 1.00 hrs |
| 09/25/12 | CET | Drafting and revising the Memorandum of Law in Support of Motion for Summary Judgment. | L240 | 4.40 hrs |
| 09/25/12 | CET | Reading and analyzing Notice of Hearing served by the court. | L240 | .20 hrs |
| 09/26/12 | CET | Drafting and revising Memorandum in Support of Motion for Summary Judgment. | L240 | 2.50 hrs |
| 09/26/12 | CET | Drafting and revising GMAC Representative Declaration in Support of Motion for Summary Judgment. | L240 | 1.00 hrs |
| 09/26/12 | CET | Researching Tennessee law | L240 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301133

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 09/26/12 | CET | Researching recent federal decisions dismissing complaints. | L240 | .40 hrs |
| 09/26/12 | CET | Email correspondence with J. Ho and L. Delehey regarding the draft Motion for Summary Judgment and supporting documents. | L240 | .20 hrs |
| 09/26/12 | CET | Compiling Exhibits to the Motion for Summary Judgment. | L240 | .40 hrs |
| 09/27/12 | CET | Telephone conversation with J. Ho regarding the draft Motion for Summary Judgment and Declaration. | L250 | .30 hrs |
| 09/28/12 | CET | Analyzing executed declaration of Stephen Maxwell in support of the motion for summary judgment. | L240 | .20 hrs |
| 09/28/12 | CET | Drafting and revising Motion for Summary Judgment. | L240 | .60 hrs |
| 09/28/12 | CET | Revising Memorandum in Support of Motion for Summary Judgment. | L240 | .50 hrs |
| 09/28/12 | CET | Drafting and revising Statement of Undisputed Facts in Support of Motion for Summary Judgment. | L240 | .70 hrs |
| 09/28/12 | CET | Researching local rules regarding filing motions for summary judgment. | L240 | .30 hrs |
| 09/28/12 | CET | Preparing exhibits to the motion for summary judgment. | L240 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          PAGE    9
                                                               NOVEMBER 27, 2012

                                                               0G2012-301133

                                                               FED ID NO. 63-0243316

| 09/28/12 | CET | Preparing Appendix of Unreported Decisions in Support of Motion for Summary Judgment. | L240 | .40 hrs |
| 10/01/12 | CET | Reading and analyzing Response to Order to Show Cause filed by Plaintiffs. | L250 | .40 hrs |
| 10/01/12 | CET | Drafting and revising Reply to Response to Order to Show Cause. | L250 | 1.50 hrs |
| 10/01/12 | CET | Drafting and revising Motion For Leave to File Reply. | L250 | .60 hrs |
| 10/01/12 | CET | Drafting and revising proposed order granting Motion for Leave to File Reply. | L250 | .30 hrs |
| 10/01/12 | CET | Email correspondence with T. Jones regarding meet and confer on the motion for leave to file reply. | L250 | .30 hrs |
| 10/01/12 | CET | Drafting and revising Certification of Meet and Confer with T. Jones on the Motion for Leave to File Reply. | L250 | .30 hrs |
| 10/01/12 | CET | Email correspondence with T. Jones regarding the notice of the hearing on the Order to Show Cause and his Motion to Withdraw to his clients. | L250 | .40 hrs |
| 10/01/12 | CET | Email correspondence with the judge's chambers regarding the proposed Order granting Motion for Leave to File Reply. | L250 | .20 hrs |
| 10/01/12 | CET | Providing status update for client. | L250 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    10
NOVEMBER 27, 2012

0G2012-301133

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/02/12 | CET | Preparing argument and documents for the hearing on the motion to withdraw and order to show cause. | L250 | 2.00 hrs |
| 10/02/12 | CET | Attending the hearing on the motion to withdraw and order to show cause in the federal court in Memphis. | L250 | 3.50 hrs |
| 10/02/12 | CET | Reading and analyzing Court's Order granting leave to file Reply. | L250 | .20 hrs |
| 10/02/12 | CET | Reading and analyzing Minute Entry entered by court. | L250 | .20 hrs |
| 10/03/12 | CET | Email correspondence with J. Ho regarding requesting a copy of the original loan file. | L250 | .20 hrs |
| 10/03/12 | CET | Telephone conversation with J. Ho regarding the hearing on the Order to Show Cause and the Motion to Withdraw and depositions. | L250 | .40 hrs |
| 10/03/12 | CET | Reading and analyzing Notice of Appearance filed on behalf of plaintiffs. | L250 | .20 hrs |
| 10/03/12 | BKI | Research at Shelby County Register of Deeds. | B110 | .20 hrs |
| 10/08/12 | CET | Telephone conversation with J. Ho regarding obtaining the original loan documents. | L330 | .20 hrs |
| 10/08/12 | CET | Telephone conversation with R. Gibson regarding the Borrowers depositions and the possibility of them voluntarily dismissing their case. | L330 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    11
NOVEMBER 27, 2012

0G2012-301133

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/09/12 | CET | Telephone conversation with R. Gibson regarding the rejection of allowing the Borrowers to dismiss their claims. | L330 | .30 hrs |
| 10/09/12 | CET | Telephone conversation with J. Ho regarding plaintiffs' request for an agreement to allow them to voluntarily dismiss their claims. | L330 | .20 hrs |
| 10/11/12 | CET | Reading and analyzing Order granting the Motion to Withdraw filed by T. Jones and suspending without final determination the Order to Show Cause. | L320 | .30 hrs |
| 10/22/12 | CET | Telephone conversation with R. Gibson regarding settlement, depositions and plaintiffs' document production. | L320 | .40 hrs |
| 10/22/12 | CET | Email correspondence with R. Gibson regarding plaintiff's document production. | L320 | .20 hrs |
| 10/23/12 | CET | Preparing for the depositions of plaintiffs. | L330 | 3.00 hrs |
| 10/23/12 | CET | Analyzing documents produced by plaintiffs in preparation for their deposition. | L330 | 2.80 hrs |
| 10/23/12 | CET | Email correspondence with R. Gibson regarding receipt of the plaintiffs' documents responsive to the discovery requests. | L320 | .30 hrs |
| 10/24/12 | CET | Taking the deposition of Borrower | L330 | 3.00 hrs |
| 10/24/12 | CET | Taking the deposition of Co - Borrower | L330 | 4.00 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    12
NOVEMBER 27, 2012

0G2012-301133

FED ID NO. 63-0243316

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $25,617.00 |
| LESS DISCOUNT | (1,739.06) |
| NET FEES | $23,877.94 |

**EXPENSES**

| | | |
|---|---|---|
| 13 | Court Reporter Charges | |
| 21 | Travel Expense | 612.00 |
| 58 | FED DOCKET SERV-PACER | 229.77 |
| | | 20.00 |
| | TOTAL COSTS FOR THIS MATTER | $861.77 |

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Christopher E. Thorsen | 84.00 hrs | 293.00 /hr | 24,612.00 |
| Barbara Kimmins | .20 hrs | 145.00 /hr | 29.00 |
| Stephen Strother | 5.20 hrs | 175.00 /hr | 910.00 |

| | | |
|---|---|---|
| TOTAL FEES | 89.60 hrs | $23,877.94 |
| TOTAL EXPENSES | | $861.77 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$24,739.71** |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301133

INVOICE # 821576

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301133
     Nichols, Carl G. and Liese M. (Nichols v. GMAC) - 696374
     359075168
     TC # 696374

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | CET | Providing status update to the client. | L250 | .20 hrs |
| 11/02/12 | CET | Telephone conversation with R. Gibson regarding settlement discussions with the Nichols. | L250 | .40 hrs |
| 11/08/12 | CET | Reading and analyzing Plaintiffs' Response to the Motion for Summary Judgment and Cross-Motion for Summary Judgment. | L240 | .30 hrs |
| 11/08/12 | CET | Reading and analyzing Plaintiffs' Memorandum in Support of Cross-Motion for Summary Judgment. | L240 | .50 hrs |
| 11/08/12 | CET | Reading and analyzing the Declaration of Liese Nichols in support of the Plaintiffs' Response to the Motion for Summary Judgment. | L240 | .30 hrs |
| 11/08/12 | CET | Drafting and revising GMAC's Reply in Support of Motion for Summary Judgment. | L240 | 2.50 hrs |
| 11/08/12 | CET | Reading and analyzing the deposition transcript of Liese Nichols to pull excerpts in support of the Motion for Summary Judgment to be used in the Reply. | L240 | 2.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301133

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 11/08/12 | CET | Researching W.D.TN. Local Rules regarding filing Replies in support of Rule 56 Motions for Summary Judgment. | L240 | .30 hrs |
| 11/09/12 | CET | Drafting and revising Reply in Support of Motion for Summary Judgment. | L240 | 5.40 hrs |
| 11/09/12 | CET | Reviewing Deposition Excerpts of the Deposition of Carl Nichols for use in the Reply in Support of the Motion for Summary Judgment. | L240 | .50 hrs |
| 11/09/12 | CET | Drafting and revising Notice of Filing Deposition Excerpts of Plaintiffs. | L240 | .40 hrs |
| 11/09/12 | CET | Drafting and revising Response to Plaintiff's Statement of Additional Undisputed Facts. | L240 | 1.50 hrs |
| 11/09/12 | CET | Drafting and revising Motion to Strike Cross-Motion for Summary Judgment filed by Plaintiffs. | L240 | 1.20 hrs |
| 11/13/12 | CET | Telephone conversation with R. Gibson regarding meet and confer requirements for the Motion to Strike Cross-Motion for Summary Judgment. | L250 | .30 hrs |
| 11/13/12 | CET | Revising the Motion to Strike Counter-Motion for Summary Judgment to include Certificate of Compliance. | L250 | .30 hrs |
| 11/13/12 | CET | Drafting and revising Proposed Order Granting Motion to Strike. | L250 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
NOVEMBER 30, 2012

0G2012-301133

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/13/12 | CET | Email correspondence with the judge's chambers accompanying the Proposed Motion to Strike. | L250 | .20 hrs |
| 11/14/12 | CET | Reading and analyzing Notice filed by plaintiffs' regarding compliance with the Court's Sanctions Orders. | L250 | .30 hrs |
| 11/16/12 | CET | Reading and analyzing Motion to Accept Late-Filed Counter-Motion filed by plaintiff. | L240 | .30 hrs |
| 11/16/12 | CET | Reading and analyzing proposed order granting motion to accept late filed counter-motion for summary judgment. | L240 | .20 hrs |
| 11/20/12 | CET | Email correspondence with J. Ho regarding the status of the summary judgment motion and plaintiff's cross-motion for summary judgment. | L240 | .40 hrs |
| 11/20/12 | CET | Email correspondence with R. Gibson regarding the status of the sanctions payments. | L240 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$5,420.50

EXPENSES

| 21 | Travel Expense | | 241.32 |
|---|---|---|---|

TOTAL COSTS FOR THIS MATTER

$241.32



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301133

FED ID NO. 63-0243316

BILLING SUMMARY

Christopher E. Thorsen    18.50 hrs    293.00 /hr    5,420.50

TOTAL FEES    18.50 hrs    $5,420.50

TOTAL EXPENSES    $241.32

**TOTAL CHARGES FOR THIS INVOICE**    **$5,661.82**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301133

INVOICE #  830203

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301133
     Nichols, Carl G. and Liese M. (Nichols v. GMAC) - 696374
     359075168
     TC # 696374

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/02/12 | CET | Providing statutes report to the client. | L240 | .20 hrs |
| 12/04/12 | CET | Drafting and revising Response to Motion to File Late Filed Motion for Summary Judgment. | L240 | 1.30 hrs |
| 12/04/12 | CET | Drafting and revising Response to Plaintiffs' Cross-Motion for Summary Judgment. | L240 | 3.70 hrs |
| 12/04/12 | CET | Drafting and revising Affidavit in Support of Response to Motion for Summary Judgment. | L240 | 1.30 hrs |
| 12/04/12 | CET | Culling exhibits to provide to the corporate witness for purposes of executing the affidavit. | L240 | .50 hrs |
| 12/04/12 | CET | Email correspondence with J. Ho regarding the draft response to the MSJ and draft affidavit. | L240 | .30 hrs |
| 12/04/12 | CET | Telephone conversation with J. Ho regarding the factual support for the claims and affidavit in response to the motion for summary judgment. | L240 | .40 hrs |
| 12/06/12 | CET | Email correspondence with J. Ho regarding the escrow statement. | L240 | .20 hrs |

# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301133

FED ID NO. 63-0243316

| 12/07/12 | JRB | Analyze and respond to questions regarding allocation of sanctions awards | B110 | .20 hrs |
| 12/07/12 | CET | Revising Response to Motion for Summary Judgment. | L240 | .50 hrs |
| 12/07/12 | CET | Drafting and revising Response to Statement of Additional Material Facts. | L240 | 1.00 hrs |
| 12/07/12 | CET | Reading and analyzing Affidavit received from Juan Aguirre. | L240 | .20 hrs |
| 12/07/12 | CET | Email correspondence with J. Aguirre and J. Ho regarding the revised affidavit. | L240 | .20 hrs |
| 12/20/12 | CET | Email correspondence with R. Gibson regarding his request for an extension to file reply brief. | L240 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $3,004.40

EXPENSES

    13        Court Reporter Charges
                                                          1,920.21
            TOTAL COSTS FOR THIS MATTER
                                              $1,920.21

BILLING SUMMARY

| Jay R. Bender | .20 hrs | 372.00 /hr | 74.40 |
| Christopher E. Thorsen | 10.00 hrs | 293.00 /hr | 2,930.00 |

TOTAL FEES          10.20 hrs

                                          $3,004.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
JANUARY 23, 2013

0G2012-301133

FED ID NO. 63-0243316

TOTAL EXPENSES                              $1,920.21

**TOTAL CHARGES FOR THIS INVOICE**              $4,924.61

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301134

INVOICE #  819514

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301134
     Silmon, Derrious (GMAC v. Silmon) - 695405
     0589910207
     TC # 695405

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 06/01/12 | JHP | Emails to/from client contact at MERS to provide status of case | L120 | .10 hrs |
| 06/04/12 | JHP | Provided monthly status update to client regarding motion for summary judgment | L120 | .10 hrs |
| 06/12/12 | JHP | Phone conference with client contact J.Hoy to discuss general facts and update on case and to discuss strategy | L120 | .10 hrs |
| 06/18/12 | JHP | Continue to revise and edit motion for summary judgment and corresponding brief in support thereof and revise and edite affidavit of corporate representative for motion and continue to review documents to be used as exhibits for motion | L240 | .90 hrs |
| 06/19/12 | BG | Finalize Motion for Summary Judgment | L210 | 1.10 hrs |
| 06/19/12 | BG | Finalize Affidavit in Support of Motion for Summary Judgment | L210 | .40 hrs |
| 06/19/12 | BG | Finalize exhibits in support of Motion for Summary Judgment | L210 | .30 hrs |
| 06/19/12 | BG | Request information for inclusion in Motion for Summary Judgment | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301134

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 06/22/12 | ABB | Review recent stay of case and update master bankruptcy chart | C100 | .20 hrs |
| 06/22/12 | BG | Final edits and preparations to Motion for Summary Judgment, supporting affidavit and exhibits | L210 | 1.70 hrs |
| 06/22/12 | BG | Receipt / review of payoff statement | L120 | .10 hrs |
| 06/22/12 | BG | Update client on status of bankruptcy stay in relation to the parties and posture of the case | L190 | .10 hrs |
| 06/22/12 | BG | Send draft Motion for Summary Judgment to J.Hoy for review | L210 | .10 hrs |
| 06/22/12 | JHP | Continue to revise and edit motion for summary judgment | L240 | 1.20 hrs |
| 06/25/12 | ABB | Review file and obtain certified foreclosure records and mortgage copies via Jefferson County Probate Court | L110 | .70 hrs |
| 06/25/12 | ABB | Correspondence to Jefferson County Probate with enclosures regarding certified documents | L110 | .20 hrs |
| 06/25/12 | ABB | Compilation of certified documents from probate court | L110 | .20 hrs |
| 06/26/12 | BG | Correspondence to client about revisions to Motion for Summary Judgment and affidavit in support | L210 | .10 hrs |
| 06/28/12 | JHP | Reviewed foreclosure file and foreclosure related documents | L240 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301134

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 06/29/12 | JHP | Continued to revise and edit motion for summary judgment and review documents | L240 | 1.90 hrs |
| 06/29/12 | JHP | Emails to/from foreclosure counsel and to client contact J.Hoy to discuss issue | L240 | .50 hrs |
| 06/29/12 | BG | Locate deed vesting title for use as an exhibit to our Motion for Summary Judgment | L120 | .30 hrs |
| 06/29/12 | BG | Make requested revisions to Motion for Summary Judgment | L210 | .30 hrs |
| 06/29/12 | BG | Confirm status of eviction petition | L190 | .20 hrs |
| 06/29/12 | BG | Send J.Hoy correspondence regarding plan of action | L190 | .10 hrs |
| 07/03/12 | JHP | Draft status report to client regarding motion for Summary Judgement | L120 | .10 hrs |
| 07/05/12 | JHP | Continue to revise and edit motion for summary judgment and to edit and revise business records affidavit of corporate representative of client | L240 | .80 hrs |
| 07/09/12 | BG | Respond to J.Hoy's request for bankruptcy stay status | L120 | .20 hrs |
| 07/09/12 | BG | Respond to J.Hoy's request for bankruptcy stay status and/or confirmation that no stay applies | L120 | .10 hrs |
| 07/09/12 | BG | Revise / Modify Motion for Summary Judgment | L210 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301134

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/09/12 | BG | Revise / Modify Affidavit in Support of Motion for Summary Judgment | L210 | .70 hrs |
| 07/09/12 | BG | Prepare exhibits in support of Motion for Summary Judgment and supporting affidavit | L210 | .50 hrs |
| 07/10/12 | BG | Request updated payoff quote for inclusion in Motion for Summary Judgment | L120 | .20 hrs |
| 07/10/12 | BG | Evaluate likely issue on Motion for Summary Judgment | L120 | .30 hrs |
| 07/12/12 | BG | Revisions to Motion for Summary Judgment | L210 | .60 hrs |
| 07/12/12 | BG | Revisions to Affidavit in Support of Motion for Summary Judgment | L210 | .30 hrs |
| 07/16/12 | BG | Send motion for summary judgment draft to counsel for MERS | L240 | .10 hrs |
| 07/16/12 | BG | Receipt of comments from MERS& counsel and incorporate into summary judgment motion | L120 | .20 hrs |
| 07/16/12 | JHP | Email from client contact K.Dutill regarding monthly escrow | L120 | .10 hrs |
| 07/18/12 | BG | Receipt of payoff statement and revisions to Motion for Summary Judgment | L210 | .20 hrs |
| 07/27/12 | JHP | Made final revisions and edits to motion for summary judgment and affidavit of corporate representative for motion for summary judgment | L240 | 2.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 07/27/12 | JHP | Email to client contact K.Dutill forwarding affidavit for motion for summary judgment and draft motion for summary judgment for review | L240 | .20 hrs |
| 07/27/12 | BG | Revisions to Motion for Summary Judgment prior to filing | L210 | .10 hrs |
| 07/31/12 | CWH | Review and analyze borrower's numerous counterclaims and history of foreclosure efforts | L210 | .20 hrs |
| 07/31/12 | JHP | Emails to and from client contact K.Dutill to discuss summary judgment motion and affidavit | L250 | .20 hrs |
| 07/31/12 | ABB | Analysis and review of e-mail communications regarding the affidavit of J.Agguire and update file | L110 | .20 hrs |
| 07/31/12 | BG | Draft Notice of Bankruptcy Order. | L210 | .40 hrs |
| 07/31/12 | BG | Send Notice of Bankruptcy Order for approval | L210 | .10 hrs |
| 08/01/12 | CWH | Review and revise bankruptcy notice | L210 | .20 hrs |
| 08/01/12 | ABB | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | .20 hrs |
| 08/01/12 | BG | Draft timeline of events for use in discussion about Notice of Bankruptcy | L120 | 1.50 hrs |
| 08/02/12 | ABB | Multiple telephone conference with Judge Still's office regarding hearing date | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301134

FED ID NO. 63-0243316

| 08/02/12 | ABB | Finalize GMAC's Notice of Bankruptcy and Supplemental Servicing Order with an exhibit and prepare same for filing with the Court as well as assimilation and compilation of 25 page Motion for Summary Judgment with 20 exhibits and prepare for filing in Jefferson County, Alabama and for service upon all parties | L110 | 1.60 hrs |
|---|---|---|---|---|
| 08/02/12 | JHP | Receive demand letter from borrowers's counsel and review to determine issue and liability of client | L190 | .40 hrs |
| 08/02/12 | JHP | Made final edits to motion for summary judgment and corresponding brief in support and prepare motion and exhibits for filing with court | L240 | 2.50 hrs |
| 08/02/12 | JHP | Revise and edite notice of suggestion of bankruptcy as to certain claims | L210 | .10 hrs |
| 08/03/12 | JHP | Phone conference with client to discuss status of case | L120 | .10 hrs |
| 08/03/12 | JHP | Revise notice of bankruptcy for service related information and email counsel for borrower to notify of filing of notice of bankruptcy | L210 | .20 hrs |
| 08/03/12 | ABB | Further preparation of bankruptcy filing per notification from the Court | L110 | .20 hrs |
| 08/06/12 | ABB | Further research regarding title documents and property search | L110 | .80 hrs |
| 08/06/12 | ABB | Research to obtain title records regarding property | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 08/06/12 | ABB | Review, analysis and compilation of title report | L110 | .20 hrs |
|----------|-----|--------------------------------------------------|------|---------|
| 08/06/12 | JHP | Provided status update to client regarding Motion for Summary Judgment | L120 | .10 hrs |
| 08/07/12 | JHP | Reviewe title report | L190 | .30 hrs |
| 08/07/12 | JHP | Review order from court setting status conference | L230 | .10 hrs |
| 08/07/12 | BG | Receipt/review of title report | L120 | .10 hrs |
| 08/09/12 | ABB | Telephone conference with Court clerk's office and Judge's clerk regarding upcoming status conference | L110 | .20 hrs |
| 08/09/12 | JHP | Email from counsel for borrower requesting GMAC to reconsider borrower for loan modification | L160 | .10 hrs |
| 08/09/12 | JHP | Email to client contact K.Dutill regarding loan modification | L120 | .10 hrs |
| 08/10/12 | JHP | Emails to/from client contact regarding loan modification | L160 | .20 hrs |
| 08/10/12 | JHP | Email to counsel for borrower acknowledging request to review borrower for loan modification and notifying counsel of current amount owed to bring loan current | L160 | .10 hrs |
| 08/21/12 | JHP | Prepare for and attend status conference before court to discuss pending bankruptcy issues and stay and to discuss upcoming trial date and summary judgment motion pending before court | L230 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     8
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 08/21/12 | JHP | Email to client contact K.Dutill to discuss outcome of status conference and to discuss general update on case | L120 | .20 hrs |
| 08/21/12 | JHP | Email to client contact K.Dutill to discuss status of loan modification discussions | L160 | .10 hrs |
| 08/21/12 | BG | Review results of hearing on scheduling and bankruptcy | L120 | .10 hrs |
| 08/21/12 | ABB | Create notebook in preparation for status conference regarding all filed pleadings and client documents | L110 | 1.50 hrs |
| 08/23/12 | JHP | Phone conference with state court judge to discuss bankruptcy issues with GMAC | L230 | .20 hrs |
| 08/23/12 | JHP | Email to bankruptcy counsel and client contacts for GMAC to discuss phone conference with state court judge | L120 | .20 hrs |
| 08/23/12 | BG | Correspondence with bankruptcy counsel about results of motion to stay hearing and need for conference call | L230 | .10 hrs |
| 08/27/12 | BG | Conference with bankruptcy counsel regarding permitted claims in the state court | L120 | .80 hrs |
| 08/27/12 | BG | Correspondence with client regarding the procedural posture of the case in light of the conversation with the bankruptcy court | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    9
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 08/27/12 | JHP | Emails to/from client and bankruptcy counsel to discuss status of case and upcoming hearing with bankruptcy court | L230 | .80 hrs |
| 08/28/12 | ABB | Draft Notice of Appearance and coordinate delivery with Court in preparation for telephonic hearing with Judge Glenn | L110 | .50 hrs |
| 08/28/12 | ABB | Finalize Amended Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with the Court and for service upon all parties | L110 | .50 hrs |
| 08/28/12 | ABB | Efforts in coordinating hearing  Court Call involving all counsel as well as bankruptcy Judge pertaining to case stay and current status and multiple communications between all parties | L110 | 1.50 hrs |
| 08/28/12 | ABB | Preparation of documents for telephonic hearing with all counsel and with bankruptcy court | L110 | .50 hrs |
| 08/28/12 | JHP | Emails and phone calls to/from bankruptcy counsel to discuss upcoming hearing before bankruptcy | L120 | .30 hrs |
| 08/28/12 | JHP | Emails to/from client contact J. Scoliard to discuss revised bankruptcy notice filing and to discuss hearing | L120 | .30 hrs |
| 08/28/12 | JHP | Emails to/from opposing counsel to discuss revised bankruptcy notice filing and to discuss hearing on whether state court judge can take up motion for summary judgment on eviction claim | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

| 08/28/12 | BG | Correspondence with client and bankruptcy counsel regarding upcoming hearing before bankruptcy court regarding permitted claims | L230 | .20 hrs |
| 08/28/12 | BG | Conversation regarding upcoming hearing and evaluate need to amend Notice of Bankruptcy Order | L230 | .30 hrs |
| 08/28/12 | BG | Evaluate impact of Legal doctrine on the case | L120 | .40 hrs |
| 08/28/12 | BG | Revise Notice of Bankruptcy Order | L210 | .20 hrs |
| 08/28/12 | BG | File Notice of Appearance | L210 | .10 hrs |
| 08/28/12 | BG | Send Notice of Bankruptcy to outside counsel | L210 | .10 hrs |
| 08/28/12 | BG | Correspondence with opposing counsel regarding stayed counterclaims and permitted affirmative defenses | L120 | .10 hrs |
| 08/28/12 | CWH | Review and analyze issues regarding state litigation and escalation of issues to bankruptcy court | L120 | .20 hrs |
| 08/29/12 | BG | Attend telephone hearing with bankruptcy judge | L230 | .80 hrs |
| 08/29/12 | BG | Correspondence and conversations with client regarding results of bankruptcy hearing and evaluate impact on this and other cases | L230 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    11
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 08/29/12 | BG | Conference call with client about possible alternatives to a stipulation before the bankruptcy court | L120 | .70 hrs |
| 08/29/12 | BG | Correspondence with opposing counsel regarding stipulation with the bankruptcy court and proposed new discovery | L120 | .40 hrs |
| 08/29/12 | JHP | Prepare for and participate in bankruptcy court hearing | L230 | 1.10 hrs |
| 08/29/12 | JHP | Numerous emails to/from client contacts and bankruptcy counsel to discuss issues raised by court during bankruptcy hearing and to discuss strategy and case posture | L120 | 1.50 hrs |
| 08/29/12 | JHP | Conference call with client contacts and with bankruptcy counsel to discuss strategy with respect to case following bankruptcy hearing | L120 | .80 hrs |
| 08/29/12 | JHP | Phone call to counsel for borrower to discuss issues following hearing with bankruptcy court | L190 | .40 hrs |
| 08/29/12 | JHP | Email to client contacts and bankruptcy counsel following discussion with counsel for borrower to discuss next steps and strategy | L120 | .40 hrs |
| 08/30/12 | JHP | Emails to/from client and bankruptcy counsel to discuss issues raised during prior day's bankruptcy hearing by bankruptcy judge | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    12
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 08/30/12 | JHP | Email to counsel for borrower to discuss time for conference call to discuss potential stipulation regarding stay order on case | L210 | .10 hrs |
|---|---|---|---|---|
| 08/30/12 | ABB | Assimilation and compilation of e-mails regarding strategy of case settlement and update file | L110 | .20 hrs |
| 08/31/12 | JHP | Reviewed  Milestone Report and  Summary | L190 | .10 hrs |
| 09/03/12 | JHP | Emails to/from counsel for borrower to confirm joint agreement to postpone trial scheduling order exchanges pending status of bankruptcy issues | L440 | .20 hrs |
| 09/03/12 | JHP | Provide monthly status update to client. | L120 | .10 hrs |
| 09/04/12 | JHP | Email to/from counsel for borrower to discuss dates for phone conference to discuss stipulation issues per bankruptcy court's requirement | L190 | .20 hrs |
| 09/05/12 | JHP | Emails to/from client contacts J.Scoliard, K.Dutill and N.Campbell to discuss call with counsel for Borrower | L120 | .50 hrs |
| 09/05/12 | JHP | Phone conference with client and bankruptcy counsel to discuss issues concerning proposal by bankruptcy court | L120 | .50 hrs |
| 09/05/12 | JHP | Phone conference with bankruptcy counsel and with counsel for borrower to discuss issues regarding proposed stipulation to be entered into among parties | L190 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

| | | | | |
|---|---|---|---|---|
| 09/05/12 | JHP | Draft and edited proposed stipulation and consent order | L210 | 1.00 hrs |
| 09/05/12 | JHP | Phone call to state court to inquire into upcoming jury trial dates | L450 | .30 hrs |
| 09/05/12 | JHP | Phone calls and emails to/from bankruptcy counsel to discuss strategy regarding stipulation and consent order | L120 | .30 hrs |
| 09/05/12 | BG | Correspondence with client regarding settlement and discovery dispute | L160 | .20 hrs |
| 09/06/12 | JHP | Emails to/from client to discuss issues relating to most recent call with borrower's counsel | L120 | .20 hrs |
| 09/07/12 | JHP | Emails to/from all counsel to determine available dates and times for follow-up call on issues to discuss for potential stipulation for bankruptcy court stay issues | L190 | .30 hrs |
| 09/09/12 | JHP | Email to counsel for borrower requesting information on amount of additional discovery needed by borrower in order to finalize issue with respect to whether parties can reach stipulation on bankruptcy issues | L190 | .10 hrs |
| 09/11/12 | JHP | Review order from court resetting trial date | L450 | .10 hrs |
| 09/11/12 | JHP | Emails to/from bankruptcy counsel and clients to discuss status of stipulation | L120 | .70 hrs |
| 09/12/12 | JHP | Emails from clients confirming strategy | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    14
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 09/12/12 | JHP | Email to counsel for borrower to discuss upcoming hearing date set by bankruptcy court for status update on efforts to reach stipulation and to discuss time to have call to discuss stipulation | L190 | .10 hrs |
| 09/12/12 | BG | Correspondence with opposing counsel regarding status conference with the bankruptcy court and trial continuance | L230 | .10 hrs |
| 09/14/12 | ABB | Receive and review Order regarding trial from the Court and calendar imperative information regarding same | L110 | .20 hrs |
| 09/17/12 | ABB | Review of emails and calendar information imperative to status update with Judge Glenn of bankruptcy court | L110 | .20 hrs |
| 09/17/12 | BG | Correspondence regarding upcoming status conference | L230 | .10 hrs |
| 09/17/12 | JHP | Review order from court setting status conference | L230 | .10 hrs |
| 09/18/12 | ABB | Receive and review Order from the Court regarding status conference and calendar information received regarding conference with Judge Still | L110 | .20 hrs |
| 09/24/12 | ABB | Analysis and review of file materials to verify file is in order in preparation for hearing | L110 | .20 hrs |
| 09/24/12 | ABB | Calendar information regarding Motion for Summary Judgment and update pleadings file regarding same | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE   15
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 09/24/12 | CWH | Review and analyze issues with ongoing efforts to reach stipulation/consent order in bankruptcy court | L210 | .10 hrs |
| 09/24/12 | BG | Correspondence with client regarding conference with court about bankruptcy stay and strategy for further handling | L120 | .20 hrs |
| 09/24/12 | JHP | Prepare for and attended status conference | L230 | 1.00 hrs |
| 09/24/12 | JHP | Emails to/from client and to bankruptcy counsel to discuss status conference in case in state court | L120 | .70 hrs |
| 09/25/12 | JHP | Emails to/from client contacts and bankruptcy counsel to discuss status of stipulation on state court hearing motion for summary judgment in its entirety | L120 | .40 hrs |
| 09/25/12 | BG | Conversations with Judge Still's assistant regarding stipulation and proposed order | L120 | .20 hrs |
| 09/25/12 | BG | Send stipulation to court | L120 | .10 hrs |
| 09/25/12 | BG | Speak with opposing counsel regarding stipulation and proposed order | L120 | .20 hrs |
| 09/25/12 | BG | Edit stipulation to court | L120 | .10 hrs |
| 09/25/12 | BG | Prepare for conference call with Judge Still regarding stipulation and proposed order | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    16
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 09/25/12 | BG | Conference call with Judge Still and opposing counsel regarding stipulation and proposed order | L120 | .20 hrs |
| 09/25/12 | BG | Draft and send update to bankruptcy counsel and client regarding conference with Judge Still and proposed strategy in advance of hearing before the bankruptcy court | L120 | .30 hrs |
| 09/25/12 | BG | Evaluate the impact of opposing counselÆs most recent arguments on the proposed stipulation and understanding before judge Glen | L120 | .50 hrs |
| 09/25/12 | ABB | Multiple telephone conference with Judge Glenn's office and CourtCall in order to schedule a live appearance regarding Residential Capital case | L110 | .70 hrs |
| 09/25/12 | ABB | Edits to Stipulation and communications with R.Hood regarding stipulation per telephone call from Judge | L110 | .50 hrs |
| 09/25/12 | ABB | Further e-mail communications and from Judge Still's office and with opposing counsel regarding Stipulation of Parties | L110 | .30 hrs |
| 09/26/12 | JHP | Email to counsel for borrower to remind of upcoming bankruptcy court hearing and to request update on borrower's changes/edits to proposed stipulation | L230 | .10 hrs |
| 09/27/12 | JHP | Prepare for and participate in (via phone conference) hearing in bankruptcy court regarding status of efforts to reach stipulation with borrower | L230 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301134

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/27/12 | JHP | Review letter from state court judge to bankruptcy court providing state court's view of case | L190 | .10 hrs |
| 09/27/12 | JHP | Emails to/from bankruptcy counsel and client to discuss upcoming bankruptcy court hearing and to discuss state court judge's correspondence to bankruptcy court | L120 | .30 hrs |
| 09/27/12 | JHP | Phone call from counsel for borrower to discuss borrower's concerns with language in proposed stipulation | L190 | .20 hrs |
| 09/27/12 | JHP | Emails to/from client and bankruptcy counsel following bankruptcy hearing | L120 | .50 hrs |
| 09/27/12 | JHP | Revise and edit proposed stipulation with borrower following hearing with bankruptcy court and send proposed stipulation to client for review | L210 | .70 hrs |
| 09/27/12 | BG | Update regarding conference call with Judge Glen and revisions to stipulation for relief from stay | L190 | .20 hrs |
| 09/27/12 | BG | Correspondence with client regarding discovery | L390 | .10 hrs |
| 09/27/12 | BG | Receipt / review of correspondence between Judge Still and Judge Glen | L120 | .10 hrs |
| 09/28/12 | JHP | Emails to/from client and bankruptcy counsel to discuss and review edits to stipulation for entry by bankruptcy court | L210 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/28/12 | JHP | Emails to/from counsel for borrower to discuss proposed stipulation regarding bankruptcy and reviewed suggested changes from borrower's counsel | L210 | .30 hrs |
| 10/01/12 | JHP | Emails to/from counsel for borrower regarding stipulation for bankruptcy court approval and revise and edit stipulation for bankruptcy court approval with changes suggested by borrower and send to borrower's counsel for review | L210 | .90 hrs |
| 10/01/12 | JHP | Emails to/from bankruptcy counsel to discuss stipulation | L120 | .30 hrs |
| 10/02/12 | ABB | Receive and review Order from Judge Still and calendar information regarding upcoming hearing and trial date | L110 | .40 hrs |
| 10/02/12 | JHP | Emails to/from client contact K.Dutill regarding November 13 trial | L410 | .30 hrs |
| 10/02/12 | JHP | Provide monthly status report to client concerning general status of case | L120 | .10 hrs |
| 10/02/12 | JHP | Emails to/from client and to/from bankruptcy counsel | L120 | .20 hrs |
| 10/03/12 | JHP | Email from client contact K.Dutill regarding trial | L410 | .10 hrs |
| 10/04/12 | JHP | General preparation for summary judgment hearing | L240 | .80 hrs |
| 10/04/12 | JHP | Revise and edit stipulation | L210 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    19
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 10/05/12 | JHP | Revise and edit stipulation of dismissal with changes from borrower's counsel and client changes | L210 | .60 hrs |
| 10/05/12 | JHP | Emails to/from client and to/from bankruptcy counsel to discuss revisions to stipulation | L210 | .70 hrs |
| 10/05/12 | JHP | Email to counsel for borrower enclosing final version of stipulation with changes suggested by borrower | L210 | .10 hrs |
| 10/05/12 | JHP | Emails to/from client contact K.Dutill to discuss abstract of title request from borrower | L120 | .60 hrs |
| 10/05/12 | JHP | Review Rule 56(f) affidavit and response brief filed by borrower in response to Motion for Summary Judgment | L240 | .60 hrs |
| 10/05/12 | BG | Correspondence with client regarding status of stipulation in the bankruptcy court | L120 | .20 hrs |
| 10/05/12 | BG | Correspondence with client regarding title abstract request from opposing counsel and possible bankruptcy implications | L120 | .10 hrs |
| 10/08/12 | ACRA | Analyze issues regarding plaintiff's Rule 56(f) motion for a continuance to conduct additional discovery | L120 | .70 hrs |
| 10/08/12 | JHP | Emails to/from counsel for borrower to continue to discuss stipulation language for bankruptcy order | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    20
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/08/12 | BG | Review recent filings of plaintiff, including affidavits of purported experts and evaluate response | L120 | .20 hrs |
| 10/08/12 | BG | Correspondence with client regarding stipulation in the bankruptcy court and summary judgement hearing | L230 | .10 hrs |
| 10/08/12 | BG | Receipt / review of affidavit of purported plaintiffÆs expert | L120 | .10 hrs |
| 10/08/12 | JHP | Review Rule 56(f) affidavit and response from borrower to motion for summary judgment and review affidavit of purported expert filed by borrower | L240 | .70 hrs |
| 10/08/12 | JHP | Emails to/from client contacts and bankruptcy counsel to discuss response and Rule 56(f) affidavit of borrower | L120 | .50 hrs |
| 10/08/12 | JHP | Reviewed case law cited by borrower in Rule 56(f) affidavit in preparation for response brief | L240 | .60 hrs |
| 10/08/12 | JHP | Email and phone call to court to advise of continuance needed for pending summary judgment hearing | L240 | .10 hrs |
| 10/08/12 | JHP | Emails to/from counsel for borrower to continue to discuss revisions requested by borrower for stipulation | L190 | .20 hrs |
| 10/08/12 | ABB | Receive and review Order from Judge Still regarding hearing on Motion for Summary Judgment | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    21
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| 10/08/12 | ABB | Review order and information regarding status hearing | L110 | .20 hrs |
|---|---|---|---|---|
| 10/09/12 | ACRA | Analyze arguments relating to plaintiff's rule 56(f) motion | L120 | 2.40 hrs |
| 10/09/12 | ACRA | Draft memo regarding issues related to plaintiff's rule 56(f) motion | L120 | .50 hrs |
| 10/09/12 | BG | Correspondence with Court regarding rescheduling of hearing based on delays securing the stipulation from the bankruptcy court | L230 | .10 hrs |
| 10/09/12 | JHP | Phone call from counsel for borrower to discuss finalizing bankruptcy stipulation filing | L210 | .30 hrs |
| 10/09/12 | JHP | Emails to/from bankruptcy counsel and to/from client to discuss stipulation to be filed in bankruptcy court and general status of motion for summary judgement | L120 | .50 hrs |
| 10/10/12 | JHP | Emails to/from bankruptcy counsel to discuss revisions to Stipulation between client and borrower | L120 | .30 hrs |
| 10/11/12 | JHP | Revise stipulation between client and borrower with final changes requested by borrower | L210 | .40 hrs |
| 10/11/12 | JHP | Email to client contacts K.Dutill, N.Campbell and J.Scoliard to discuss final revisions to stipulation and summary judgement hearing | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    22
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/11/12 | JHP | Email to counsel for borrower enclosing revised stipulation and requesting review and approval to file | L210 | .20 hrs |
| 10/11/12 | BG | Revisions to stipulation and correspondence to opposing counsel regarding the same | L210 | .40 hrs |
| 10/18/12 | ABB | Finalize Notice of Stipulation and Consent Order and Stipulation Consent from NY Bankruptcy Court and prepare same for electronic filing in Alabama and for service upon multiple parties | L110 | .40 hrs |
| 10/18/12 | BG | Receipt / review of Judge Glenǽs Order on stipulation | L120 | .10 hrs |
| 10/18/12 | JHP | Emails to/from bankruptcy counsel to discuss order entered by Court regarding Stipulation | L210 | .30 hrs |
| 10/18/12 | JHP | Draft and file Notice in state court advising court of entry by bankruptcy Court of agreed stipulation to allow state court case to proceed | L250 | .40 hrs |
| 10/18/12 | JHP | Continue to review file information and guidelines in preparation for hearing on motion for summary judgment and in preparation for filing responses to various pleadings and affidavits filed by borrower | L240 | 1.40 hrs |
| 10/18/12 | JHP | Began drafting Motion to Strike | L240 | 2.00 hrs |
| 10/18/12 | JHP | Case law research on issues for motion to strike | L240 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    23
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/12 | JHP | Emails to/from client contacts K.Dutill and J.Scoliard to discuss issues raised by borrower | L120 | .40 hrs |
| 10/18/12 | JHP | Review supplemental filing of borrower in response to motion for summary judgment | L240 | .60 hrs |
| 10/19/12 | JHP | Continue drafting and editing motion to strike | L240 | 1.80 hrs |
| 10/19/12 | JHP | Emails and phone calls to/from client contacts K.Dutill and J.Scoliard to discuss upcoming hearing on motion for summary judgment and issues raised by borrower in case | L240 | 1.50 hrs |
| 10/19/12 | JHP | Review documents from client preparation for hearing on motion for summary judgment | L240 | 1.80 hrs |
| 10/19/12 | JHP | Continue to review servicing guidelines and issuer guidelines in preparation for motion for summary judgment | L240 | 1.30 hrs |
| 10/19/12 | JHP | Review response of borrower to Motion to Strike | L240 | .20 hrs |
| 10/19/12 | JHP | Review Motion to Strike affidavit filed by borrower | L240 | .20 hrs |
| 10/19/12 | BG | Receipt / review of supplemental response to Motion for Summary Judgment | L120 | .20 hrs |
| 10/19/12 | BG | Correspondence with client regarding supplemental response to Motion for Summary Judgment | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    24
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/19/12 | BG | Evaluate Borrower's argument about Ginnie Mae note ownership | L120 | .30 hrs |
| 10/19/12 | BG | Review / revise Motion to Strike Affidavits in Support of Motion for Summary Judgment | L120 | .30 hrs |
| 10/19/12 | BG | Receipt / review of client documents and evaluate impact on pending summary judgment motion | L120 | .60 hrs |
| 10/19/12 | BG | Correspondence with client regarding case strategy relative to motion to strike additional evidence and hearing on motion or summary judgment | L120 | .20 hrs |
| 10/19/12 | BG | Receipt / Review of Objections to Motion to Strike | L120 | .20 hrs |
| 10/19/12 | BG | Conference with client regarding dispositive motion | L120 | .20 hrs |
| 10/22/12 | JHP | Emails to/from counsel for borrower to discuss potential cancellation of hearing on summary judgment | L240 | .20 hrs |
| 10/22/12 | BG | Correspondence with client regarding custodial information | L120 | .10 hrs |
| 10/23/12 | JHP | Review supplement to response to motion for summary judgment filed by borrower attaching affidavit of borrower | L240 | .50 hrs |
| 10/23/12 | BG | Receipt / review of affidavit of plaintiff in opposition to Motion for Summary Judgment | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    25
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/23/12 | ABB | Re-set matter with Judge Still due to conflict | L110 | .20 hrs |
| 10/23/12 | ABB | Receive and review Order re-setting case and calendar information pertaining to same | L110 | .20 hrs |
| 10/26/12 | JHP | Emails to/from client contact K.Dutill to discuss status of hearing on motion for summary judgment and pre-trial memo | L440 | .30 hrs |
| 10/26/12 | BG | Begin drafting Motion to Strike | L210 | .20 hrs |
| 10/30/12 | BG | Address issue of transfer | L120 | .20 hrs |
| 10/30/12 | ABB | Retrieval of docket report in assisting with motion draft to verify specific filing dates | L110 | .20 hrs |
| 10/30/12 | ACRA | Revise motion to strike affidavit | L210 | .30 hrs |
| 10/30/12 | ACRA | Draft motion to strike affidavit | L210 | 2.60 hrs |
| 10/31/12 | ACRA | Revise motion to strike affidavit | L210 | .40 hrs |
| 10/31/12 | ACRA | Analyze issues regarding constructive possession of note | L120 | .30 hrs |
| 10/31/12 | JHP | Continued to review guidelines and other information in preparation for summary judgment hearing and in preparation for drafting affidavit of client | L240 | 2.00 hrs |
| 10/31/12 | JHP | Emails to/from client contact K.Dutill and J.Scoliard to discuss issues for summary judgment hearing | L240 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    26
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/31/12 | JHP | Revise and edit motion to strike affidavit of borrower and prepared for filing | L250 | .50 hrs |
| 10/31/12 | JHP | Emails to/from client contact K.Dutill regarding affidavit of borrower | L250 | .10 hrs |
| 10/31/12 | MST | Revise letter to Judge Still regarding Motion to Strike Affidavit | L190 | .20 hrs |
| 10/31/12 | BG | Revise Motion to Strike Affidavit | L210 | .30 hrs |
| 10/31/12 | BG | Consider issue with second affidavit | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER               $23,499.50
LESS DISCOUNT                              (7,615.14)
NET FEES                                  $15,884.36

EXPENSES

| 30 | Miscellaneous Expense | 30.00 |
| 70S | Ready Conference | 4.45 |

TOTAL COSTS FOR THIS MATTER               $34.45

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Melanie Thompson | .20 hrs | 150.00 /hr | 30.00 |
| Christian W. Hancock | .70 hrs | 330.00 /hr | 231.00 |
| Allison Burke | 14.30 hrs | 150.00 /hr | 2,145.00 |
| Jon H. Patterson | 61.90 hrs | 245.00 /hr | 15,165.50 |
| Blake Goodsell | 24.00 hrs | 190.00 /hr | 4,560.00 |
| Ann Craft | 7.20 hrs | 190.00 /hr | 1,368.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    27
NOVEMBER 27, 2012

0G2012-301134

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 108.30 hrs | $15,884.36 |
| TOTAL EXPENSES | | $34.45 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$15,918.81** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301134

INVOICE #  821578

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301134
     Silmon, Derrious (GMAC v. Silmon) - 695405
     0589910207
     TC # 695405

PROFESSIONAL SERVICES

| 11/01/12 | ACRA | Analyze issues regarding standing | L120 | 1.00 hrs |
| 11/02/12 | BG | Correspondence with client regarding recommended course of action and responses to affidavits filed by borrower | L120 | .10 hrs |
| 11/02/12 | JHP | Reviewed response of borrower to Motion to Strike Affidavit of borrower | L250 | .30 hrs |
| 11/02/12 | JHP | Emails to/from client contacts K.Dutill and J.Scoliard to discuss strategy for hearing on motions set for following Monday | L120 | .50 hrs |
| 11/05/12 | BG | Correspondence with client regarding conditional denial of Motion for Summary Judgment and seeking stipulation from the bankruptcy court regarding additional discovery | L120 | .20 hrs |
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/05/12 | JHP | Prepared for and attended hearing on motion for summary judgment and various other outstanding motions | L240 | 1.80 hrs |
| 11/05/12 | JHP | Reviewed orders from court regarding summary judgment motions and trial setting | L240 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301134

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/05/12 | JHP | Emails to/from client contacts K.Dutill and J.Scoliard to discuss outcome of hearing and general strategy | L120 | .30 hrs |
| 11/06/12 | JHP | Emails to/from client contacts K.Dutill and J.Scoliard to discuss strategy on case | L120 | .10 hrs |
| 11/07/12 | JHP | Conference call with client contacts J.Scoliard and K.Dutill and bankruptcy counsel N.Rosenbaum to discuss recent orders from court on summary judgment and general strategy | L120 | .60 hrs |
| 11/07/12 | JHP | Email to counsel for borrower to discuss issue with bankruptcy stipulation and potential new discovery order from state court | L310 | .20 hrs |
| 11/09/12 | JHP | Reviewed trial scheduling order and trial date setting issued by Court | L440 | .20 hrs |
| 11/09/12 | JHP | Email to client to inform of trial scheduling order entry and to discuss discovery issues with respect to bankruptcy stay | L120 | .20 hrs |
| 11/09/12 | BG | Correspondence with client regarding entry of scheduling order | L120 | .10 hrs |
| 11/12/12 | ABB | Analysis, written calculation and calendaring voluminous deadlines per Trial Setting and also the Scheduling Order recently received from the Court | L110 | .60 hrs |
| 11/13/12 | JHP | Emails to/from client to discuss update on case | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301134

FED ID NO. 63-0243316

| 11/13/12 | BG | Receipt / review of order on Motion for Summary Judgment | L210 | .10 hrs |
| 11/14/12 | JHP | Reviewed order from court on summary judgment | L240 | .10 hrs |
| 11/14/12 | JHP | Email to client contacts K.Dutill and J.Scoliard and bankruptcy counsel to advise of summary judgment ruling and issue in order with respect to discovery scope | L240 | .20 hrs |
| 11/14/12 | JHP | Email from bankruptcy counsel to discuss whether bankruptcy court docket reflects notation of any stipulation regarding discovery plan in state court action | L120 | .10 hrs |
| 11/14/12 | BG | Correspondence with client regarding entry of order on Motion for Summary Judgment and the Court's arrangement with the bankruptcy judge | L210 | .10 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $1,643.50

01        Copy Charges

0.00

BILLING SUMMARY

| Allison Burke | .60 hrs | 150.00 /hr | 90.00 |
| Jon H. Patterson | 5.10 hrs | 245.00 /hr | 1,249.50 |
| Blake Goodsell | .60 hrs | 190.00 /hr | 114.00 |
| Ann Craft | 1.00 hrs | 190.00 /hr | 190.00 |

TOTAL FEES         7.30 hrs                $1,643.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301134

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$1,643.50

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301134

INVOICE # 830204

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301134
     Silmon, Derrious (GMAC v. Silmon) - 695405
     0589910207
     TC # 695405

PROFESSIONAL SERVICES

| 12/03/12 | ABB | Analysis and compilation of Response filed by Silmon with exhibits to GMAC's Motion to Strike and update pleadings regarding same | L110 | .20 hrs |
| 12/04/12 | JHP | Email to client contact K.Dutill to discuss discovery documents needed from client to respond to discovery from borrower | L310 | .10 hrs |
| 12/04/12 | JHP | Began working on document production to borrower per order on summary judgment from Court | L320 | .80 hrs |
| 12/07/12 | JHP | Reviewed interrogatory responses of borrower | L310 | .50 hrs |
| 12/07/12 | JHP | Reviewed responsive documents of borrower produced in discovery responses | L320 | .50 hrs |
| 12/10/12 | JHP | Emails to/from client contact K.Dutill to discuss borrower's discovery responses and general issues for case strategy | L310 | .40 hrs |
| 12/10/12 | BG | Receipt / review of plaintiffÆs discovery responses clarifying allegations and basis of proof | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301134

FED ID NO. 63-0243316

| 12/11/12 | ABB | Assimilation and compilation of Responses to Requests for Production and to Interrogatories and update discovery file regarding same | L110 | .20 hrs |
| 12/11/12 | JHP | Email from client contact K.Dutill to confirm that borrower continues to make registry payments and to discuss issues raised by borrower in discovery responses | L120 | .10 hrs |
| 12/12/12 | JHP | Emails and phone calls to/from client contact K.Dutill to discuss general status of case, discovery issues, and facts of case and note ownership issues | L120 | .80 hrs |
| 12/13/12 | BG | Evaluate response to PlaintiffÆs argument concerning alleged securitization and GNMA ôownershipö | L120 | .30 hrs |
| 12/17/12 | JHP | Email to eviction counsel to discuss standing of evicting party and to discuss foreclosure deed | L120 | .10 hrs |
| 12/17/12 | JHP | Substantial review of all client documents in preparation for production of documents to borrower, including review of servicing notes and redaction of servicing notes as well as review of all correspondence with borrower and origination file materials | L320 | 4.50 hrs |
| 12/17/12 | JHP | Email to client contact K.Dutill summarizing discovery and document production and to discuss general issues on case and strategy | L120 | .40 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
JANUARY 23, 2013

0G2012-301134

FED ID NO. 63-0243316

| Date | | Description | | |
|------|---|-------------|------|------|
| 12/18/12 | JHP | Emails to/from client contact K.Dutill to discuss documents for production to borrower | L320 | .20 hrs |
| 12/18/12 | JHP | Reviewed Custodial Agreement sent by client contact K.Dutill regarding GMAC and Ally Bank Custodial agreement for loan at issue | L320 | .50 hrs |
| 12/19/12 | JHP | Emails to/from eviction counsel to discuss issues with foreclosure and deed | L120 | .20 hrs |
| 12/27/12 | JHP | Reviewed most recent servicing history notes and prepared for production to borrower with redaction of privileged information | L320 | 2.00 hrs |
| 12/28/12 | ABB | Assimilation and compilation of documents in response to discovery and bates label same GMAC000001-GMAC000331 | L110 | 1.00 hrs |
| 12/28/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$3,049.00

BILLING SUMMARY

| | | | |
|------|-----------|---------|----------|
| Allison Burke | 1.40 hrs | 150.00 /hr | 210.00 |
| Jon H. Patterson | 11.20 hrs | 245.00 /hr | 2,744.00 |
| Blake Goodsell | .50 hrs | 190.00 /hr | 95.00 |

TOTAL FEES

13.10 hrs                          $3,049.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
JANUARY 23, 2013

0G2012-301134

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $3,049.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301135

INVOICE #  819515

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301135
     Davidson, Dorothy (GMAC v. Davidson) - 696111
     0304868789
     TC # 696111

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 06/04/12 | JHP | Provide monthly status report to client | L120 | .10 hrs |
| 06/04/12 | JHP | Email to foreclosure counsel to determine whether set-out of property has occurred | L190 | .10 hrs |
| 06/07/12 | JHP | Email to client contact to discuss status of case | L120 | .10 hrs |
| 06/08/12 | JHP | Emails to/from counsel for borrower to discuss agreed motion to continue hearing on damages | L250 | .20 hrs |
| 06/10/12 | JHP | Draft and file Unopposed Motion to Continue Hearing on Post-Judgment Damages | L250 | .70 hrs |
| 06/11/12 | JHP | Emails to/from client contact to discuss status of case and status of set-out of borrower | L120 | .20 hrs |
| 06/11/12 | RK | Prepare for and attend hearing regarding damages | L120 | 1.80 hrs |
| 06/12/12 | ABB | Analysis and review of Order from Judge Verin regarding hearing continuance and update file regarding same | L110 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

OG2012-301135

FED ID NO. 63-0243316

| Date | Staff | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 06/12/12 | JHP | Phone conference with client contact J.Hoy to discuss general facts and update on case and to discuss strategy | L120 | .10 hrs |
| 06/18/12 | BG | Correspondence to client regarding order regarding eviction | L210 | .10 hrs |
| 06/18/12 | ABB | Receipt and review of Notice of Appearance | L110 | .20 hrs |
| 06/19/12 | JHP | Phone call from sheriff's office regarding set-out | L190 | .20 hrs |
| 06/19/12 | JHP | Email to eviction counsel to discuss conversation with sheriff's office | L120 | .10 hrs |
| 06/20/12 | JHP | Review set out order fax from Sheriff and forward to Sirote & Permutt | L210 | .20 hrs |
| 06/22/12 | ABB | Review recent stay of case and update master chart | C100 | .20 hrs |
| 06/22/12 | BG | Update client on status of bankruptcy stay in relation to the parties and posture of the case | L190 | .10 hrs |
| 07/03/12 | JHP | Draft status report to client | L120 | .10 hrs |
| 07/03/12 | JHP | Draft and file motion to set hearing on motion to prove damages | L250 | .30 hrs |
| 07/05/12 | JHP | Review order from court setting hearing on motion to prove damages | L230 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301135

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 07/05/12 | JHP | Email to client contact  to discuss order from court setting hearing on motion to prove damages and discussing strategy for motion | L120 | .10 hrs |
| 07/05/12 | BG | Correspondence with client contact regarding request for damages | L120 | .10 hrs |
| 07/06/12 | ABB | Assimilation and compilation of filings regarding damages and receive and review Order regarding hearing and calendar information received | L110 | .60 hrs |
| 07/09/12 | BG | Respond to client contact for bankruptcy stay status | L120 | .10 hrs |
| 07/09/12 | JHP | Emails to/from client contact to discuss strategy | Li20 | .30 hrs |
| 07/19/12 | JHP | Emails to/from client contact to discuss witness for motion to prove damages and to discuss general status of case | L250 | .30 hrs |
| 07/20/12 | JHP | Emails to/from client contact to discuss motion to prove damages | L250 | .20 hrs |
| 07/20/12 | JHP | Emails and phone calls to/from counsel for borrower to discuss whether his client will agree to forego appeal in exchange for GMAC agreeing not to move forward on motion for post-judgment damages | L250 | .20 hrs |
| 07/23/12 | JHP | Emails to/from counsel for borrower to discuss hearing on motion to prove damages and potential cancellation of hearing | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      4
NOVEMBER 27, 2012

0G2012-301135

FED ID NO. 63-0243316

| 07/25/12 | JHP | Emails to/from client contact to discuss hearing on motion to prove damages | L250 | .20 hrs |
| 07/25/12 | JHP | Emails to/from counsel for borrower to confirm his agreement to request continuance of hearing on motion to prove damages | L250 | .10 hrs |
| 07/26/12 | ABB | Finalize Motion to Continue Hearing on Damages and prepare same for court filing and for service upon all parties and update file regarding same | L110 | .60 hrs |
| 07/26/12 | JHP | Draft and filed unopposed Motion to continue hearing on motion to prove damages | L250 | .40 hrs |
| 07/26/12 | JHP | Review order from court granting motion to continue hearing on motion to prove damages and rescheduling hearing to September | L250 | .10 hrs |
| 07/27/12 | ABB | Receive and review Order regarding hearing and calendar information regarding same | L110 | .20 hrs |
| 07/30/12 | ABB | Telephone conference with the Court regarding hearing to prove damages | L110 | .20 hrs |
| 07/31/12 | ABB | Analysis of file and draft monthly status update regarding case status and recent activity | L110 | .20 hrs |
| 08/03/12 | JHP | Phone conference with client to discuss status of case | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     5
NOVEMBER 27, 2012

0G2012-301135

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 08/06/12 | JHP | Provided status update to client regarding hearing on our Motion to Prove Damages | L120 | .10 hrs |
| 08/06/12 | JHP | Emails to/from counsel for borrower to discuss whether his client will agree to forego appeal in exchange for client agreeing to dismiss damages motion | L160 | .20 hrs |
| 08/07/12 | JHP | Emails to/from counsel for borrower to discuss upcoming hearing on motion for damages | L250 | .10 hrs |
| 08/30/12 | JHP | Email to counsel for borrower to discuss potential resolution to case | L160 | .10 hrs |
| 08/31/12 | JHP | Emails to/from counsel for borrower to discuss whether his client may consider offer of settlement for GMAC to dismiss its claims for post-judgment damages if borrower agrees not to appeal action | L160 | .10 hrs |
| 08/31/12 | JHP | Email to client contact K.Dutill to discuss email correspondence between myself and counsel for borrower | L120 | .10 hrs |
| 09/03/12 | JHP | Provide monthly status report to client | L120 | .10 hrs |
| 09/04/12 | JHP | Email from client contact K.Dutill to discuss resolution of matter | L120 | .10 hrs |
| 09/04/12 | BG | Correspondence with client regarding offers to borrower and hearing scheduling | L230 | .10 hrs |
| 09/05/12 | ABB | Calculate bills and expenses since November 2011 in preparation for hearing and e-mail communications regarding same | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301135

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/19/12 | CWH | Review and analyze issues with possible resolution of suit and client directives on same | L120 | .20 hrs |
| 09/19/12 | ABB | Calendar hearing information per notification from the Court and compilation of documents regarding same | L110 | .40 hrs |
| 09/19/12 | JHP | Emails to/from client contact K.Dutill and N.Campbell to discuss upcoming hearing on motion to prove damages | L240 | .70 hrs |
| 09/19/12 | JHP | Email and phone calls to/from opposing counsel to discuss potential resolution to post-judgment damages hearing | L160 | .30 hrs |
| 09/19/12 | JHP | Email from client representative J.Aguirre to discuss upcoming hearing on motion to prove damages | L120 | .10 hrs |
| 09/19/12 | BG | Correspondence with client about appeal and motion for damages and impact of GMAC bankruptcy on strategy | L120 | .20 hrs |
| 09/20/12 | JHP | Emails and phone calls to/from client contact K.Dutill to discuss potential resolution of case | L120 | .40 hrs |
| 09/20/12 | JHP | Emails and phone calls to/from opposing counsel to discuss potential resolution to case and review proposed order from borrower's counsel regarding same | L250 | .40 hrs |
| 09/21/12 | JHP | Emails and phone calls to/from client contact K.Dutill to discuss resolution of case and agreed language for order for court | L160 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     7
NOVEMBER 27, 2012

0G2012-301135

FED ID NO. 63-0243316

| 09/21/12 | JHP | Emails to/from counsel for borrower to discuss agreement on post-judgment damages and related settlement and to discuss upcoming hearing on motion to prove damages | L160 | .30 hrs |
|---|---|---|---|---|
| 09/21/12 | BG | Correspondence with client regarding agreement to settle damages component of the case | L160 | .20 hrs |
| 09/24/12 | JHP | Emails to/from counsel for borrower to discuss continuance of hearing on motion to prove damages and on agreement to file joint motion to continue hearing | L250 | .30 hrs |
| 09/24/12 | JHP | Emails to/from client contact K.Dutill to discuss motion to prove damages | L250 | .30 hrs |
| 09/24/12 | JHP | Draft and file motion to continue hearing on motion to prove damages | L250 | .20 hrs |
| 10/02/12 | JHP | Provide monthly status update to client advising of status of case | L120 | .10 hrs |
| 10/12/12 | JHP | Emails to/from Core Logic representative to discuss status of case | L120 | .50 hrs |
| 10/17/12 | JHP | Draft and edit settlement agreement | L160 | .90 hrs |
| 10/18/12 | JHP | Email to Core Logic with information requested on certain dates in litigation | L120 | .10 hrs |
| 10/23/12 | JHP | Emails to/from counsel for borrower to discuss continuance of hearing to prove damages | L250 | .30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      8
NOVEMBER 27, 2012

0G2012-301135

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/12 | JHP | Review order from court granting continuance of hearing on motion to prove damages | L250 | .10 hrs |
| 10/24/12 | ABB | Receive and review Motion to Continue regarding hearing and update file regarding same | L110 | .20 hrs |
| 10/26/12 | ABB | Assimilation and compilation of Order on Motion to Prove Damages same, calendar same and update file regarding hearing | L110 . | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $3,835.00
LESS DISCOUNT                                                     (11.68)
NET FEES                                                         $3,823.32

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Allison Burke | 3.80 hrs | 150.00 /hr | 570.00 |
| Jon H. Patterson | 11.00 hrs | 245.00 /hr | 2,695.00 |
| Riley Key | 1.80 hrs | 185.00 /hr | 333.00 |
| Blake Goodsell | .90 hrs | 190.00 /hr | 171.00 |

TOTAL FEES                    17.70 hrs                    $3,823.32

**TOTAL CHARGES FOR THIS INVOICE**                          $3,823.32

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301135

INVOICE #   821580

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301135
     Davidson, Dorothy (GMAC v. Davidson) - 696111
     0304868789
     TC # 696111

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/02/12 | JHP | Email from client contact K.Dutill authorizing terms of settlement agreement | L160 | .10 hrs |
| 11/02/12 | JHP | Email to counsel for borrower enclosing draft settlement agreement and requesting review and edits | L160 | .10 hrs |
| 11/05/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |
| 11/09/12 | JHP | Email to client contact K.Dutill notifying that borrower signed the settlement agreement and requesting that client execute as well | L160 | .10 hrs |
| 11/12/12 | JHP | Email from client contact K.Dutill to discuss client's requirement that W-9 be sent in order to issue settlement check to borrower | L160 | .10 hrs |
| 11/12/12 | JHP | Email to/from counsel for plaintiff to discuss that client needs W-9 of plaintiff to issue settlement check | L160 | .20 hrs |
| 11/13/12 | JHP | Emails to/from counsel for borrower regarding receipt of fully executed settlement agreement from borrower | L160 | .30 hrs |
| 11/14/12 | ABB | Receive and review Settlement Agreement and update file regarding same | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                        PAGE     2
                                                                              NOVEMBER 30, 2012

                                                                              0G2012-301135

                                                                              FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 11/27/12 | JHP | Reviewed fully executed settlement agreement from borrower and emailed counsel for borrower requesting W-9 for borrower | L160 | .10 hrs |
| 11/27/12 | JHP | Email to client contact K.Dutill enclosing executed settlement agreement from borrower and requesting signed agreement from client | L160 | .10 hrs |
| 11/30/12 | JHP | Draft status report for client | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER

                                                                              $348.50

BILLING SUMMARY

   Allison Burke                      .20 hrs     150.00 /hr              30.00
   Jon H. Patterson                  1.30 hrs     245.00 /hr             318.50

TOTAL FEES                           1.50 hrs
                                                                          $348.50

**TOTAL CHARGES FOR THIS INVOICE**
                                                                          $348.50

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301135

INVOICE #  830208

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301135
     Davidson, Dorothy (GMAC v. Davidson) - 696111
     0304868789
     TC # 696111

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/03/12 | JHP | Email to counsel for borrower to check on status of W-9 from borrower to get settlement check and close out file | L160 | .10 hrs |
| 12/17/12 | JHP | Emails to/from counsel for borrower to discuss upcoming hearing on motion to prove damages and to request authority to file dismissal paperwork and to discuss W-9 issues for borrower | L160 | .40 hrs |
| 12/17/12 | JHP | Emails to/from client contact K.Dutill to discuss W-9 from borrower and problems with initial W-9 submitted by borrower and to discuss return of original loan documents to client | L160 | .30 hrs |
| 12/17/12 | JHP | Drafted and filed joint motion for entry of Final Judgment to resolve case | L240 | .40 hrs |
| 12/17/12 | JHP | Emails to/from counsel for borrower requesting and receiving review and approval to file Joint Motion for Entry of Judgment | L240 | .20 hrs |
| 12/18/12 | ABB | Receive and review Motion and Order from the Court and update file regarding case dismissal and final judgment in preparation for closing file | L110 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301135

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 12/18/12 | JHP | Reviewed Order from court entering Final Judgment and closing case | L240 | .10 hrs |
| 12/28/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $422.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | .20 hrs | 150.00 /hr | 30.00 |
| Jon H. Patterson | 1.60 hrs | 245.00 /hr | 392.00 |

TOTAL FEES                    1.80 hrs                    $422.00

**TOTAL CHARGES FOR THIS INVOICE**                    **$422.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301136

INVOICE # 819516

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301136
     Clement, Lawrence E. & Sherry (GMAC v. Clement) - 689356
     0306408925
     TC # 689356

PROFESSIONAL SERVICES

| 06/01/12 | ABB | Telephone conference with court coordinator regarding hearing set on June 15, 2012 and retrieval of docket report regarding same | L110 | .30 hrs |
| 06/04/12 | ABB | Multiple telephone communications to and from the court coordinator and docketing clerk regarding upcoming hearing | L110 | .30 hrs |
| 06/04/12 | ABB | Analysis and review of file and preparation of Notice of Hearing | L110 | .50 hrs |
| 06/04/12 | ABB | Finalize Notice of Hearing regarding Motion for Summary Judgment and prepare same for filing and service upon all parties | L110 | .40 hrs |
| 06/04/12 | ABB | Preparation of correspondence with enclosures to Logan County District Court regarding summary judgment proceeding | L110 | .40 hrs |
| 06/13/12 | ABB | Cancellation Motion for Summary Judgment hearing with all parties and re-coordination of same with parties | L110 | .50 hrs |
| 06/13/12 | ABB | Draft revised Notice of Hearing regarding Motion for Summary Judgment | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

OG2012-301136

FED ID NO. 63-0243316

| 06/13/12 | ABB | Finalize Notice of Hearing and prepare for service among all parties and for filing with the Court | L110 | .30 hrs |
|---|---|---|---|---|
| 06/13/12 | ABB | Preparation of correspondence with enclosures to Logan County District Court regarding hearing and update file | L110 | .30 hrs |
| 06/13/12 | ABB | Preparation of correspondence to J.Jones and Borrower with enclosures regarding pending motion | L110 | .30 hrs |
| 06/13/12 | JMH | Draft status report for client regarding summary judgement motion | L120 | .10 hrs |
| 06/19/12 | JMH | Receive and review inquiry from Oklahoma attorney general's office | L250 | .60 hrs |
| 06/19/12 | JMH | Review prior correspondence and payment histories to verify facts relating to GMAC's servicing of account | L250 | .70 hrs |
| 06/19/12 | JMH | Research HAMP provisions | L250 | .40 hrs |
| 06/19/12 | JMH | Telephone conference with P.Paddyaker of Oklahoma attorney general's office regarding appropriate method of response to inquiry and other issues related to preparation of a response | L250 | .20 hrs |
| 06/19/12 | JMH | Draft letter to Oklahoma attorney general's office responding to allegations leveled by borrower | L250 | .90 hrs |
| 06/20/12 | JMH | E-mail to K.Krull regarding information needed pertaining to borrower's account | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301136

FED ID NO. 63-0243316

| 06/21/12 | JMH | E-mails to and from K.Krull regarding account information pertaining to borrower's account | L110 | .30 hrs |
| 06/21/12 | ABB | Receipt and review of court stamped documents regarding hearing and update file regarding same | L110 | .20 hrs |
| 06/22/12 | JMH | Telephone conference with K.Krull regarding Oklahoma attorney general's inquiry | L250 | .20 hrs |
| 06/22/12 | JMH | E-mails to and from K.Krull regarding payment history | L250 | .50 hrs |
| 06/22/12 | JMH | Review and analyze select payment history and notes regarding borrower's account | L250 | .30 hrs |
| 06/22/12 | JMH | Receive and review e-mail from R.Meeker forwarding voicemail from borrower | L250 | .20 hrs |
| 06/22/12 | JMH | E-mails to and from R.Meeker regarding Borrower's voicemail | L250 | .30 hrs |
| 06/22/12 | JMH | Prepare for telephone conference with borrower regarding allegations set forth in papers filed with Oklahoma attorney general | L250 | .30 hrs |
| 06/22/12 | KSA | Review plaintiff correspondence and prepare for motion for summary judgment | L240 | .40 hrs |
| 06/25/12 | JMH | E-mail to K.Krull regarding attorney general's inquiry | L250 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301136

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 06/26/12 | JMH | Telephone conferences with K.Krull regarding information pertaining to borrower's payment history | L250 | .40 hrs |
| 06/26/12 | JMH | E-mails to and from K.Krull regarding borrower's payment history | L250 | .80 hrs |
| 06/26/12 | JMH | Continue drafting response to Oklahoma attorney general's inquiry | L250 | .40 hrs |
| 06/27/12 | ABB | Finalize correspondence regarding investigation and preparation of Complaint Reply Form regarding same to be forwarded to the Attorney General's office | L110 | 1.10 hrs |
| 06/27/12 | JHP | Review notice of filing objection to summary judgment motion filed by borrower | L240 | .20 hrs |
| 06/27/12 | JMH | Receive and review entry of appearance of C.Wood as counsel for borrower | L210 | .10 hrs |
| 06/28/12 | JHP | Reviewed objection to motion for summary judgment and corresponding exhibits filed by borrower | L240 | .50 hrs |
| 06/28/12 | ERP | Initial review of 49 checks in preparation of drafting spreadsheet | L120 | .80 hrs |
| 06/28/12 | ERP | Initial draft of spreadsheet with money order/cashier's check number, date, and amount for 49 checks | L120 | .30 hrs |
| 06/28/12 | JMH | Receive and review borrower's objection to motion for summary judgment | L240 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301136

FED ID NO. 63-0243316

| 06/29/12 | ERP | Initial review of 164 checks in preparation of drafting spreadsheet | L120 | 4.10 hrs |
| 06/29/12 | ERP | Initial draft of spreadsheet with money order/cashier's check number, date, and amount for 164 checks | L120 | 1.20 hrs |
| 06/29/12 | JMH | Research deadlines in advance of summary-judgment hearing | L240 | .60 hrs |
| 06/29/12 | JMH | Draft response to borrower's objection to summary-judgment motion | L240 | .90 hrs |
| 07/03/12 | KSA | Edit reply brief in support of motion for summary judgment | L240 | .20 hrs |
| 07/03/12 | ABB | Receive and review documents from Judge Duel regarding hearing and compilation of same | L110 | .40 hrs |
| 07/03/12 | ABB | Communications with Judge Duel's office regarding required documents for hearing preparation | L110 | .20 hrs |
| 07/03/12 | JHP | Email from court notifying that summary judgment hearing on Friday will be canceled due to court being closed for death of county clerk | L240 | .10 hrs |
| 07/03/12 | JMH | Draft response to borrower's objection to summary-judgment motion | L240 | .90 hrs |
| 07/05/12 | ABB | Further communications to and from Judge Duel's office regarding hearing and locate attorney for opposing party regarding same | L110 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301136

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/05/12 | ABB | Retrieval of docket report to determine any recent case activity regarding case strategy | L110 | .20 hrs |
| 07/05/12 | ABB | Further efforts in re-coordinating hearing for new date | L110 | .40 hrs |
| 07/05/12 | ABB | Additional telephone conference to and from C.Woods' office to discuss re-coordination of hearing and correspondence with enclosures to C.Woods regarding same | L110 | .60 hrs |
| 07/05/12 | JMH | E-mail to K.Krull regarding borrower's default | L240 | .10 hrs |
| 07/05/12 | JMH | Revise response to objection to summary-judgment motion | L240 | .40 hrs |
| 07/06/12 | ABB | Telephone conference with opposing counsel regarding upcoming docket call | L110 | .10 hrs |
| 07/06/12 | ABB | Further extensive efforts in re-coordinating hearing on Motion for Summary Judgment with Judge Duel | L110 | .50 hrs |
| 07/09/12 | ABB | Further efforts in re-coordinating hearing on Motion for Summary Judgment | L110 | .20 hrs |
| 07/10/12 | JMH | Draft response to borrower's objection to summary-judgment motion | L240 | .90 hrs |
| 07/11/12 | JMH | Receive and review e-mails from K.Krull regarding details of borrower's account | L110 | .30 hrs |
| 07/11/12 | JMH | Telephone conference with K.Krull regarding borrower's account | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
NOVEMBER 27, 2012

0G2012-301136

FED ID NO. 63-0243316

| 07/11/12 | JMH | Telephone conference with P.Stokes regarding loan | L120 | .20 hrs |
| 07/11/12 | JMH | Evaluate language of mortgage | L120 | .30 hrs |
| 07/11/12 | JMH | E-mail to R.Meeker and P.Stokes regarding issues relating to file | L120 | .20 hrs |
| 07/11/12 | ABB | Preparation of second re-vised Notice of Hearing regarding Motion for Summary Judgment | L110 | .40 hrs |
| 07/13/12 | ABB | Preparation of correspondence with enclosures to Logan County Court regarding Motion for Summary Judgment | L110 | .30 hrs |
| 07/13/12 | JMH | Draft status report for client regarding hearing on summary judgement motion | L120 | .10 hrs |
| 07/13/12 | ERP | Initial review and analyze 56 pages of the objection to motion for summary judgment regarding attached cashier's checks and money orders | L120 | .90 hrs |
| 07/15/12 | CWH | Review and analyze status of file and motion for summary judgment efforts | L110 | .10 hrs |
| 07/17/12 | JHP | Emails to/from court coordinator to discuss hearing date on motion for summary judgment | L240 | .10 hrs |
| 07/24/12 | JMH | Review Borrower's counterclaim | L210 | .30 hrs |
| 07/24/12 | JMH | Draft notice of bankruptcy | L210 | .20 hrs |
| 07/24/12 | CWH | Review and analyze bankruptcy issues | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      8
NOVEMBER 27, 2012

0G2012-301136

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/25/12 | CWH | Review and analyze Borrower's counterclaims and review/approve notice of bankruptcy regarding same | L210 | .20 hrs |
| 07/25/12 | JMH | Revise notice of bankruptcy | L210 | .20 hrs |
| 07/26/12 | JMH | E-mail to R.Meeker regarding notice of bankruptcy | L210 | .10 hrs |
| 07/26/12 | ABB | Communications with Oklahoma Court in order to obtain information regarding continuance of summary judgment due to scheduling conflict | L110 | .20 hrs |
| 07/26/12 | ABB | Additional telephone conference with Judge Duel regarding available docket date and re-coordinate hearing with all parties set for September 7, 2012 | L110 | .50 hrs |
| 07/27/12 | ABB | Finalize details pertaining to hearing on summary  judgment and prepare Notice of Hearing for September 7, 2012 in Logan County, Oklahoma | L110 | .60 hrs |
| 07/27/12 | JMH | Receive and review e-mail from R.Meeker regarding notice of bankruptcy | L210 | .10 hrs |
| 07/30/12 | ABB | Finalize Notice of Hearing regarding summary judgment set for September 7, 2012 and prepare same for filing and for service upon parties via federal express as well for forwarding to the Judge | L110 | .50 hrs |
| 07/30/12 | ABB | Correspondence with enclosures to Logan County District Court and correspondence regarding same to Judge Duel | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    9
NOVEMBER 27, 2012

0G2012-301136

FED ID NO. 63-0243316

| 07/31/12 | ABB | Cancel August 3rd hearing with all parties | L110 | .20 hrs |
| 07/31/12 | JMH | Evaluate whether hearing on summary-judgment motion to be rescheduled | L450 | .10 hrs |
| 07/31/12 | JMH | Work on having notice of bankruptcy prepared for filing and service | L210 | .10 hrs |
| 08/01/12 | JHP | Revise and edit notice of suggestion of bankruptcy and prepare for filing | L210 | .50 hrs |
| 08/06/12 | ABB | Finalize GMAC's Notice of Bankruptcy and exhibit for filing in Logan County and for service upon parties via fax and certified mail | L110 | .40 hrs |
| 08/08/12 | ABB | Telephone conference with Court regarding receipt of bankruptcy filing and procedures regarding same | L110 | .10 hrs |
| 08/15/12 | JMH | Draft status report for client regarding rescheduling of hearing | L120 | .10 hrs |
| 08/31/12 | JMH | Receive and review notice of hearing | L450 | .10 hrs |
| 09/04/12 | JMH | Revise reply to defendant's objection summary-judgment motion | L240 | .30 hrs |
| 09/04/12 | JMH | Evaluate bankruptcy stay affects | L450 | .60 hrs |
| 09/04/12 | ABB | Cancellation of hearing with Judge, Court clerk's office and all parties including e-mails and telephone calls regarding same | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301136

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JHP | Revise and edite response in support of motion for summary judgment | L240 | .50 hrs |
| 09/04/12 | JHP | Review suggestion of bankruptcy and motion for summary judgment in preparation for upcoming hearing on motion for summary judgment | L240 | .40 hrs |
| 09/10/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 10/02/12 | JMH | Draft status report to client | L120 | .10 hrs |
| 10/24/12 | CWH | Review and analyze whether any portion of this matter can move forward | L120 | .20 hrs |
| 10/24/12 | JMH | Receive and review disposition docket listing matter as set for hearing | L230 | .20 hrs |
| 10/24/12 | JMH | Telephone conference with A.Collins coordination local counsel's appearance for GMAC at disposition docket | L230 | .20 hrs |
| 10/24/12 | JMH | Draft updated ILAB | L120 | .60 hrs |
| 10/25/12 | JMH | Evaluate steps necessary to have matter heard to extent not prohibited by bankruptcy stay | L120 | .20 hrs |
| 10/25/12 | CWH | Review and analyze the various counterclaims | L120 | .20 hrs |
| 10/30/12 | CWH | Follow-up on status of the various claims after GMAC filed notice of bankruptcy | L120 | .10 hrs |
| 10/30/12 | JMH | Research counterclaims asserted by borrower | L120 | .60 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    11
NOVEMBER 27, 2012

0G2012-301136

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/30/12 | JMH | Revise reply to borrower's summary-judgment objection | L240 | .90 hrs |
| 10/31/12 | JMH | Evaluate status of matter | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER            $8,130.90
LESS DISCOUNT                         (6,719.41)
NET FEES                              $1,411.49

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .90 hrs | 330.00 /hr | 297.00 |
| Emily R. Powell | 7.30 hrs | 150.00 /hr | 1,095.00 |
| Allison Burke | 12.00 hrs | 150.00 /hr | 1,800.00 |
| Keith S. Anderson | .60 hrs | 223.00 /hr | 133.80 |
| Jon H. Patterson | 2.30 hrs | 245.00 /hr | 563.50 |
| Jonathan Hooks | 17.60 hrs | 241.00 /hr | 4,241.60 |

TOTAL FEES             40.70 hrs                    $1,411.49

**TOTAL CHARGES FOR THIS INVOICE**                 $1,411.49

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301136

INVOICE #  821582

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301136
     Clement, Lawrence E. & Sherry (GMAC v. Clement) - 689356
     0306408925
     TC # 689356

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/02/12 | JHP | Email from foreclosure counsel advising of disposition docket setting in case | L210 | .10 hrs |
| 11/02/12 | JMH | Receive and review e-mail from local counsel regarding disposition docket hearing | L230 | .10 hrs |
| 11/08/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 11/12/12 | ABB | Begin coordinating hearing via e-mail to Judge Corley's office | L110 | .20 hrs |
| 11/13/12 | ABB | Further efforts in coordinating hearing on pending motions | L110 | .20 hrs |
| 11/14/12 | ABB | Further efforts in coordinating hearing on Motion for Summary Judgment with Judge Corley's office including e-mail communications and telephone calls | L110 | .20 hrs |
| 11/14/12 | ABB | Draft Revised Notice of Hearing regarding summary judgment | L110 | .50 hrs |
| 11/14/12 | ABB | Finalize Notice of Hearing and prepare the same for electronic filing with the Court via federal express and for service upon parties including via certified mail and facsimile to opposing attorneys, via e-mail to Court Coordinator, via federal express to | L110 | .60 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301136

FED ID NO. 63-0243316

Judge Corley in order to prepare for
hearing

| 11/14/12 | JMH | Verify date set for summary-judgment hearing | L450 | .20 hrs |
| 11/14/12 | JMH | E-mails to and from local counsel regarding summary-judgment hearing date and disposition docket appearance | L230 | .30 hrs |
| 11/15/12 | ABB | Finalized details pertaining to hearing with the Court and with parties | L110 | .20 hrs |
| 11/20/12 | JMH | Receive and review e-mail from A.Collins regarding announcement of case status at disposition docket | L230 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$502.30

35      Express Mail/Fedex

0.00

BILLING SUMMARY

| Allison Burke | 1.90 hrs | 150.00 /hr | 285.00 |
| Jon H. Patterson | .10 hrs | 245.00 /hr | 24.50 |
| Jonathan Hooks | .80 hrs | 241.00 /hr | 192.80 |

TOTAL FEES          2.80 hrs          $502.30

**TOTAL CHARGES FOR THIS INVOICE**          $502.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301136

INVOICE # 830209

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re: 0G2012-301136
    Clement, Lawrence E. & Sherry (GMAC v. Clement) - 689356
    0306408925
    TC # 689356

PROFESSIONAL SERVICES

| 12/06/12 | ABB | Track and manage service upon pro se borrower regarding hearing and update file regarding same | L110 | .20 hrs |
| 12/12/12 | ABB | Cancellation of hearing set for 12/21/12 regarding Motion for Summary Judgment and communications with the Court and Judge Corley's office regarding same | L110 | .30 hrs |
| 12/12/12 | ABB | Telephone conference with C.Wood's office regarding summary judgment hearing | L110 | .10 hrs |
| 12/12/12 | JHP | Email to opposing counsel to determine whether he will agree to postpone hearing on summary judgment until January or February | L240 | .10 hrs |
| 12/13/12 | ABB | Assimilation and compilation of e-mail communications to and from opposing counsel and Court Coordinator regarding agreeable date regarding hearing on motion for summary judgment | L110 | .20 hrs |
| 12/13/12 | JHP | Emails and phone calls to/from opposing counsel and to/from court to discuss and confirm new hearing date on motion for summary judgment | L230 | .30 hrs |