

### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
JANUARY 23, 2013

0G2012-301136

FED ID NO. 63-0243316

| 12/18/12 | ABB | Draft Second Revised Notice of Hearing regarding summary judgment before Judge Corley | L110 | .50 hrs |
|----------|-----|------|------|---------|
| 12/20/12 | ABB | Multiple communications via telephone and e-mail with opposing counsel and the Court regarding continuance of docket call set for December 21, 2012 and update file regarding same | L110 | .30 hrs |
| 12/28/12 | JHP | Provided monthly status report to client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $362.50

BILLING SUMMARY

| Allison Burke | 1.60 hrs | 150.00 /hr | 240.00 |
|---------------|----------|------------|--------|
| Jon H. Patterson | .50 hrs | 245.00 /hr | 122.50 |

TOTAL FEES               2.10 hrs                   $362.50

**TOTAL CHARGES FOR THIS INVOICE**               $362.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301137

INVOICE # 819517

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301137
     Del Rio, Miguel and Xiomara (U S. Bank v. Del Rio)
     7441428588
     TC # 696274

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 06/04/12 | MPE | Research docket to determine current case status. | L110 | .20 hrs |
| 06/06/12 | KE | Email communication regarding status of initial case analysis form sent to attorney for review | L140 | .10 hrs |
| 06/28/12 | KE | Review and analyze file to revise initial case analysis form for attorney review | L120 | .90 hrs |
| 07/23/12 | DCT | Continue drafting motion for summary judgment | L190 | 7.50 hrs |
| 07/24/12 | DCT | Continue drafting motion for summary judgment | L190 | 3.50 hrs |
| 07/26/12 | DCT | Finalize exhibits for motion for summary judgment | L190 | .10 hrs |
| 07/27/12 | HTC | Review and edit motion for summary judgment on counterclaims and affirmative defenses | L240 | 1.30 hrs |
| 07/30/12 | HTC | Review and revise affidavit in support of motion for summary judgment | L250 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301137

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 07/30/12 | DCT | Revise motion for summary judgment; draft affidavit in support of same; email same to client for review and execution of affidavit | L190 | 4.00 hrs |
| 08/01/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 08/02/12 | DCT | Finalize motion for summary judgment in light of executed affidavit and prepare for filing same | L190 | .20 hrs |
| 08/03/12 | JAM | Final review of Plaintiff's Motion for Summary Judgment and Memo in Support prior to submission to Court | L210 | .70 hrs |
| 08/03/12 | JAM | Assemble exhibits to Motion for Summary Judgment | L210 | .40 hrs |
| 08/03/12 | JAM | Draft correspondence to Duval County Clerk enclosing Motion for Summary Judgment | L210 | .20 hrs |
| 08/07/12 | JAM | Research Judge Gates' hearing procedures | L230 | .20 hrs |
| 08/10/12 | JAM | Telephone call to Court regarding Judge Garcia-Wood's special set procedures and review online scheduling system | L230 | .30 hrs |
| 08/14/12 | AHC | Telephone conference regarding dates of availability for hearing on Plaintiff's Motion for Summary Judgment and correspondence to opposing counsel regarding same | L240 | .80 hrs |
| 08/17/12 | DCT | Conference regarding billing procedures | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301137

FED ID NO. 63-0243316

| 08/20/12 | AHC | Telephone conference with judicial assistant regarding hearing on Motion for Summary Judgment | L240 | .30 hrs |
|---|---|---|---|---|
| 08/20/12 | AHC | Draft and finalize Notice of Hearing and correspondence to opposing counsel | L240 | 1.00 hrs |
| 09/11/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 09/12/12 | DCT | Review loss mitigation package and forward to client | L190 | .10 hrs |
| 09/14/12 | DCT | Emails with client regarding loan modification options | L190 | .10 hrs |
| 09/17/12 | JAM | Review interrogatory and Request for Production responses | L310 | .70 hrs |
| 09/20/12 | AHC | Telephone conference and follow-up correspondence regarding copy of Order filed by the Court | L110 | .80 hrs |
| 09/24/12 | DCT | Email O.Arcia regarding request for deposition and discovery | L190 | .40 hrs |
| 09/25/12 | AHC | Correspondence regarding inspection of note | L320 | .20 hrs |
| 09/26/12 | DCT | Emails with borrowers' counsel regarding depositions, modification options and borrowers' income; emails regarding hearing on motion for summary judgment | L190 | .80 hrs |
| 09/28/12 | AHC | Correspondence regarding inspection of note prior to hearing on motion for summary judgment | L320 | .20 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

| 10/02/12 | AHC | Correspondence from and to co-counsel and opposing counsel regarding inspection of document | L320 | .20 hrs |
| 10/04/12 | DCT | Draft status report regarding motion for summary judgment hearing set for 10/26/12 | L190 | .10 hrs |
| 10/11/12 | DCT | Revise ILAB | L190 | .20 hrs |
| 10/12/12 | DCT | Finish revising ILAB | L190 | .90 hrs |
| 10/15/12 | DCT | Email loan modification denial letters to borrowers' counsel | L190 | .10 hrs |
| 10/19/12 | DCT | Review affidavit of borrowers' expert; email H.Franchi regarding same; email borrowers' counsel regarding missing report | L190 | .20 hrs |
| 10/19/12 | JAM | Telephone call with G.Pinkston regarding audit | L190 | .10 hrs |
| 10/21/12 | DCT | Review report of borrowers' expert | L190 | .90 hrs |
| 10/22/12 | DCT | Begin drafting motion to strike affidavit and report of M.Donaldson; email H.Franchi regarding updated financial's and reconsideration of loan modification request | L190 | 5.20 hrs |
| 10/22/12 | HTC | Review affidavit an report submitted by borrowerÆs counsel in opposition to motion for summary judgment and review and revise opposition to same | L240 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
NOVEMBER 27, 2012

0G2012-301137

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/23/12 | DCT | Continue drafting motion to strike affidavit and report of M.Donaldson; email client regarding hearing cancellation and updated financial package | L190 | 4.30 hrs |
| 10/23/12 | AHC | Telephone conference with judicial assistant to confirm hearing scheduled for October 26 and follow-up correspondence to judicial assistant and opposing counsel regarding court-cancellation of hearing | L110 | .80 hrs |
| 10/26/12 | AHC | Telephone conference and follow-up email regarding dates of availability for hearing on Motion for Summary Judgment | L110 | .20 hrs |
| 10/29/12 | AHC | Follow-up email regarding dates of availability for hearing on Motion for Summary Judgment | L110 | .20 hrs |
| 10/29/12 | AHC | Correspondence to coordinate hearing date for Motion for Summary Judgment | L110 | .20 hrs |
| 10/29/12 | DCT | Emails regarding hearing dates | L190 | .10 hrs |
| 10/30/12 | AHC | Correspondence to coordinate hearing date for Motion for Summary Judgment | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER
LESS DISCOUNT
NET FEES

$8,858.30
(2,069.04)
$6,789.26

EXPENSES



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301137

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| 20 | Airline Tickets | | 475.20 |

TOTAL COSTS FOR THIS MATTER        $475.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Karalia Ezell | 1.00 hrs | 150.00 /hr | 150.00 |
| Hope Cannon | 3.20 hrs | 315.00 /hr | 1,008.00 |
| Alecia H. Cockrell | 5.10 hrs | 145.00 /hr | 739.50 |
| Jamie Mathews | 3.20 hrs | 145.00 /hr | 464.00 |
| Darrell Clay Tucker | 29.00 hrs | 223.00 /hr | 6,467.00 |
| Melisa P. Palmer | .20 hrs | 149.00 /hr | 29.80 |

TOTAL FEES        41.70 hrs        $6,789.26

TOTAL EXPENSES        $475.20

**TOTAL CHARGES FOR THIS INVOICE**        **$7,264.46**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301137

INVOICE #  821584

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301137
     Del Rio, Miguel and Xiomara (U S. Bank v. Del Rio)
     7441428588
     TC # 696274

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/02/12 | DCT | Draft status report for client review | L190 | .10 hrs |
| 11/05/12 | AHC | Correspondence from and to foreclosure counsel regarding date of hearing on plaintiff's Motion for Summary Judgment | L250 | .20 hrs |
| 11/07/12 | AHC | Final review and revision of Notice of Hearing and Certificate of Service of Order Setting Hearing and correspondence to counsel of record regarding same | L250 | 1.20 hrs |
| 11/08/12 | DCT | Email client regarding new hearing date | L190 | .10 hrs |
| 11/08/12 | AHC | Correspondence from and to counsel for defendant regarding change in address for service of documents | L190 | .20 hrs |
| 11/09/12 | DCT | Email borrowers' counsel regarding modification denial | L190 | .10 hrs |
| 11/12/12 | DCT | Email modification denial letters to borrowers' counsel | L190 | .10 hrs |
| 11/26/12 | DCT | Emails with client regarding details of loan modification decision | L190 | .20 hrs |
| 11/28/12 | DCT | Emails with client regarding details of loan modification decision | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301137

FED ID NO. 63-0243316

| 11/29/12 | DCT | Emails with client and borrowers' counsel regarding details of loan modification decision | L190 | 1.00 hrs |
|----------|-----|------|------|----------|

|  | TOTAL FEES FOR THIS MATTER |  | $633.40 |
|--|--|--|--|

| 35 | Express Mail/Fedex |  | 0.00 |
|----|--------------------|--|------|

**BILLING SUMMARY**

| Alecia H. Cockrell | 1.60 hrs | 145.00 /hr | 232.00 |
| Darrell Clay Tucker | 1.80 hrs | 223.00 /hr | 401.40 |

| TOTAL FEES | 3.40 hrs |  | $633.40 |
|------------|----------|--|---------|

| **TOTAL CHARGES FOR THIS INVOICE** |  | **$633.40** |
|--|--|--|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301138

INVOICE #  819518

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301138
     Pearlman, Louis J. (Kapila v. Frischetti) - 691865
     32127
     TC # 691865

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 06/01/12 | CWH | Review and analyze settlement issues | L110 | .20 hrs |
| 06/01/12 | RLB | Draft status report for client | L190 | .30 hrs |
| 06/05/12 | RLB | Review notice of mediation | L160 | .10 hrs |
| 06/05/12 | RLB | E-mail and telephone call to opposing counsel regarding mediation | L160 | .20 hrs |
| 06/08/12 | RLB | Review bankruptcy filings regarding order for mediation | L160 | 1.50 hrs |
| 06/08/12 | RLB | E-mail to opposing counsel regarding mediation | L160 | .20 hrs |
| 06/12/12 | RLB | Telephone call to opposing counsel regarding mediation | L160 | .10 hrs |
| 06/12/12 | RLB | E-mails to local counsel regarding mediation | L160 | .20 hrs |
| 06/13/12 | RLB | Draft mediation statement | L160 | 2.30 hrs |
| 06/13/12 | RLB | E-mail to mediator regarding mediation statement | L160 | .10 hrs |
| 06/18/12 | RLB | Telephone call to opposing counsel regarding mediation | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301138

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 06/21/12 | RLB | E-mail to client regarding mediation | L160 | .10 hrs |
| 06/25/12 | RLB | Teleconferences with J.Hoy regarding upcoming mediation and general status of case | L160 | 1.00 hrs |
| 06/25/12 | RLB | Several e-mails to and from J.Hoy regarding case history and recommendations to resolve case | L160 | 2.00 hrs |
| 06/25/12 | RLB | Draft settlement proposal | L160 | .50 hrs |
| 06/25/12 | RLB | E-mail to opposing counsel regarding settlement offer | L160 | .40 hrs |
| 06/25/12 | RLB | Review history of case to bring J.Hoy up to speed | L160 | 1.80 hrs |
| 06/26/12 | RLB | Teleconference with M.Hayes regarding settlement | L160 | .80 hrs |
| 06/26/12 | RLB | E-mails to and from client regarding settlement discussions | L160 | .60 hrs |
| 06/26/12 | RLB | E-mails to M.Hayes confirming settlement and requesting W-9 | L160 | .20 hrs |
| 06/28/12 | RLB | Draft settlement agreement | L160 | 1.00 hrs |
| 06/29/12 | RLB | Continue draft of settlement agreement | L160 | 1.60 hrs |
| 06/29/12 | RLB | E-mail to client regarding settlement agreement | L160 | .10 hrs |
| 07/02/12 | RLB | Draft monthly status report for client regarding settlement | L190 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301138

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 07/06/12 | RLB | E-mail to local counsel regarding status conference | L160 | .10 hrs |
| 07/09/12 | RLB | Respond to client's request for bankruptcy stay status and/or confirmation that no stay applies | B410 | .10 hrs |
| 07/09/12 | RLB | Review and respond to e-mail from local counsel regarding settlement | L160 | .10 hrs |
| 07/10/12 | RLB | E-mails to client regarding settlement status | L160 | .20 hrs |
| 07/11/12 | RLB | Review and respond to e-mail from local counsel regarding status conference | L160 | .10 hrs |
| 07/13/12 | RLB | Revise settlement agreement | L160 | 2.50 hrs |
| 07/13/12 | RLB | Review and respond to e-mails from client regarding settlement terms | L160 | .50 hrs |
| 08/01/12 | RLB | Draft client status report regarding settlement | L190 | .10 hrs |
| 08/02/12 | RLB | Review and respond to e-mail regarding cases pending against Ally Bank | L190 | .20 hrs |
| 08/08/12 | RLB | E-mails to C.Hancock regarding status of settlement | L160 | .20 hrs |
| 08/14/12 | RLB | Teleconference and e-mails to and from client regarding settlement | L160 | .20 hrs |
| 08/14/12 | RLB | Status report for client regarding settlement recommendation | L160 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301138

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 08/20/12 | RLB | Review and respond to e-mail from local counsel regarding resolution of objection to claim | B190 | .10 hrs |
| 08/22/12 | RLB | Review and respond to e-mail from M.Hayes regarding settlement | L160 | .10 hrs |
| 08/30/12 | RLB | Review and respond to e-mail from client regarding settlement | L160 | .10 hrs |
| 09/06/12 | RLB | Telephone call and email to client regarding settlement | L160 | .20 hrs |
| 09/07/12 | RLB | E-mail to client regarding case status | L160 | .10 hrs |
| 09/07/12 | RLB | Draft monthly status report regarding settlement | L190 | .10 hrs |
| 09/08/12 | RLB | Draft settlement agreement | L160 | 2.40 hrs |
| 09/10/12 | RLB | Revise settlement agreement | L160 | .80 hrs |
| 09/10/12 | RLB | E-mails to and from client regarding revised settlement agreement | L160 | .40 hrs |
| 09/10/12 | RLB | Emails to and from local counsel regarding settlement agreement | L160 | .20 hrs |
| 09/10/12 | RLB | E-mail to client regarding status conference | L160 | .10 hrs |
| 09/11/12 | RLB | Teleconference with client regarding settlement issues | L160 | .70 hrs |
| 09/11/12 | RLB | E-mail to M.Hayes regarding draft of settlement agreement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301138

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 09/11/12 | RLB | E-mails to and from local counsel regarding status conference | L160 | .50 hrs |
| 09/12/12 | RLB | Respond to e-mails from local counsel regarding status conference | L160 | .30 hrs |
| 09/27/12 | RLB | Respond to e-mail from client regarding settlement agreement | L160 | .10 hrs |
| 09/28/12 | RLB | E-mail to client regarding settlement check | L160 | .20 hrs |
| 10/01/12 | RLB | Draft monthly report regarding status conference and settlement | L190 | .10 hrs |
| 10/03/12 | RLB | E-mail to M.Hayes regarding signed settlement agreement | L160 | .20 hrs |
| 10/11/12 | RLB | Telephone call to opposing counsel regarding settlement | L160 | .20 hrs |
| 10/16/12 | RLB | Review and respond to e-mail from opposing counsel regarding settlement agreement | L160 | .10 hrs |
| 10/16/12 | RLB | E-mail to client regarding settlement agreement | L160 | .10 hrs |
| 10/23/12 | RLB | Review and analyze motion to approve compromise | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER
LESS DISCOUNT                           $7,407.60
NET FEES                                (1,208.32)
                                        $6,199.28



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      6
NOVEMBER 27, 2012

0G2012-301138

FED ID NO. 63-0243316

EXPENSES

61      Local Counsel Fees                                      744.00

TOTAL COSTS FOR THIS MATTER                $744.00

BILLING SUMMARY

Christian W. Hancock        .20 hrs    330.00 /hr        66.00
Rashad L. Blossom        27.50 hrs    266.00 /hr      7,315.00

TOTAL FEES                    27.70 hrs              $6,199.28

TOTAL EXPENSES                                       $744.00

**TOTAL CHARGES FOR THIS INVOICE**              $6,943.28

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301138

INVOICE #  821586

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301138
     Pearlman, Louis J. (Kapila v. Frischetti) - 691865
     32127
     TC # 691865

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | RLB | Draft monthly status report for client | L190 | .10 hrs |
| 11/27/12 | RLB | Review order approving settlement agreement | L160 | .10 hrs |
| 11/27/12 | RLB | E-mail to client regarding order approving settlement agreement | L160 | .10 hrs |
| 11/29/12 | RLB | Revise closing memo | L160 | .40 hrs |
| 11/29/12 | RLB | Draft letter to M.Hayes enclosing settlement check | L160 | .40 hrs |
| 11/30/12 | KK | Draft closing memorandum to send to client regarding resolution of case | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$340.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Rashad L. Blossom | 1.10 hrs | 266.00 /hr | 292.60 |
| Kerry Keane | .30 hrs | 160.00 /hr | 48.00 |

TOTAL FEES

1.40 hrs                    $340.60

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 30, 2012

0G2012-301138

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**

$340.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301138

INVOICE #  830211

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301138
     Pearlman, Louis J. (Kapila v. Frischetti) - 691865
     32127
     TC # 691865

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/04/12 | RLB | Review and respond to e-mail from M.Hayes regarding settlement check | L160 | .10 hrs |
| 12/19/12 | RLB | Review order of dismissal | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER $53.20

BILLING SUMMARY

| Rashad L. Blossom | .20 hrs | 266.00 /hr | 53.20 |
|---|---|---|---|

TOTAL FEES              0.20 hrs                    $53.20

**TOTAL CHARGES FOR THIS INVOICE**              $53.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301139

INVOICE #  819519

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301139
     Lowe, Charles R. - 700282
     Loan No. 7435799754
     TC # 700282

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 06/20/12 | MMB | Prepare for hearing on motion to escrow funds | L440 | 1.50 hrs |
| 06/20/12 | MMB | Draft and revise proposed orders in preparation for hearing on motion to escrow funds | L440 | .40 hrs |
| 06/20/12 | CET | Reading and analyzing the proposed order granting the motion to escrow in preparation for the hearing on the motion to escrow. | L240 | .30 hrs |
| 06/21/12 | MMB | Attend hearing regarding motion to escrow funds in Jasper, Tennessee | L210 | 8.20 hrs |
| 06/21/12 | CET | Analyzing the initial results of the hearing on the Motion to Escrow. | L240 | .20 hrs |
| 06/21/12 | CET | Telephone conversation with plaintiff's counsel regarding the initial results of the hearing, his ex parte communications with the court, the bankruptcy stay and modification thereto, and settlement discussions. | L240 | .90 hrs |
| 06/21/12 | CET | Analysis of follow-up hearing on the Motion to Escrow and plaintiff's filings with regard to the bankruptcy. | L240 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301139

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/21/12 | CET | Telephone conference with plaintiff's counsel regarding settlement discussions and the necessity for his client to complete the loan modification paperwork. | L240 | .50 hrs |
| 06/21/12 | CET | Email correspondence with plaintiff's counsel regarding loan modification paperwork to be completed. | L240 | .20 hrs |
| 06/24/12 | MMB | Draft and revise summary judgment brief and affidavit in support of same | L240 | 1.50 hrs |
| 06/25/12 | MMB | Draft and revise motion for summary judgment and statement of undisputed facts | L240 | 1.40 hrs |
| 06/25/12 | CET | Revising Memorandum in Support of Motion for Summary Judgment. | L240 | .60 hrs |
| 06/25/12 | CET | Analyzing the proposed Affidavit in Support of the Motion for Summary Judgment. | L240 | .40 hrs |
| 06/25/12 | CET | Email correspondence with L. Delehey regarding the status of the hearing on the motion to escrow funds and the draft motion for summary judgment and supporting documents. | L240 | .30 hrs |
| 06/26/12 | CET | Email correspondence with J. Ho regarding the draft motion for summary judgment and affidavit in support. | L240 | .20 hrs |
| 06/26/12 | CET | Telephone conversation with J. Ho regarding suggested revisions to the affidavit in support of the motion for summary judgment. | L240 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301139

FED ID NO. 63-0243316

| 06/26/12 | CET | Revising the Affidavit in Support of the Motion for Summary Judgment. | L240 | .30 hrs |
| 06/27/12 | CET | Telephone conversation with J. Ho regarding revisions to the Affidavit in Support of the Motion for Summary Judgment. | L240 | .30 hrs |
| 06/27/12 | CET | Revising the Affidavit in Support of the Motion for Summary Judgment. | L240 | .30 hrs |
| 07/02/12 | MMB | Revise summary judgment pleadings in preparation for filing | L240 | 1.40 hrs |
| 07/02/12 | MMB | Draft status report to client | L190 | .30 hrs |
| 07/03/12 | MMB | Review and finalize summary judgment pleadings for filing | L240 | .90 hrs |
| 07/03/12 | MMB | Telephone conference with P.Durrence regarding scheduling summary judgment hearing | L240 | .20 hrs |
| 07/13/12 | MMB | Attend to e-mail with L.Delehey regarding possible loan modification | L240 | .20 hrs |
| 07/13/12 | CET | Meeting with borrower's counsel regarding settlement discussions and reviewing the loan modification paperwork. | L240 | 1.40 hrs |
| 07/18/12 | MMB | Strategize regarding next steps in light of receipt of plaintiff's loan modification application | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301139

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/19/12 | CET | Email correspondence with L. Delehey and J. Ho regarding the financial package and loss mitigation analysis. | L240 | .20 hrs |
| 07/23/12 | MMB | Telephone conferences with P.Durrence and clerk of Marion County Chancery court regarding loan modification and canceling hearing on motion to escrow funds | L210 | .40 hrs |
| 07/23/12 | CET | Analyzing communication received from P. Durrence regarding the hearings in the matter. | L240 | .20 hrs |
| 07/24/12 | CET | Email correspondence with J. Ho regarding additional information needed from the borrower in order to complete the loss mitigation analysis. | L240 | .30 hrs |
| 07/27/12 | CET | Analyzing the information required to complete the loan modification application. | L240 | .20 hrs |
| 07/27/12 | CET | Email correspondence with P. Durrence regarding additional information needed to process the loan mod application. | L240 | .20 hrs |
| 07/30/12 | CET | Analyzing the Notice of Partial Stay to be filed with the court. | L240 | .40 hrs |
| 07/30/12 | MMB | Review and analyze effect of recent bankruptcy court order on case | L190 | .20 hrs |
| 07/30/12 | MMB | Draft and revise notice regarding supplemental bankruptcy order | L210 | .80 hrs |
| 07/31/12 | MMB | Draft status report to client | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301139

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 07/31/12 | CET | Telephone conversation with plaintiff's counsel regarding additional information needed to process the loan mod application. | L240 | .40 hrs |
| 07/31/12 | CET | Email correspondence with plaintiff's counsel regarding the Dodd Frank Certification. | L240 | .30 hrs |
| 08/01/12 | CET | Preparing status update for the client. | L240 | .20 hrs |
| 08/02/12 | AHC | Draft status report regarding summary judgement motion | L190 | .10 hrs |
| 08/07/12 | CWH | Review and analyze borrower's eight (8) counterclaims and parse same for notice of bankruptcy | L210 | .20 hrs |
| 08/08/12 | MMB | Draft and revise notice regarding supplemental bankruptcy order | L210 | .30 hrs |
| 08/09/12 | MMB | Finalize supplemental notice of bankruptcy for filing | L210 | .40 hrs |
| 08/09/12 | CET | Email correspondence with L. Delehey regarding the draft notice of partial stay. | L240 | .20 hrs |
| 08/15/12 | CET | Email correspondence with J. Ho regarding additional information needed from the borrower for loss mit. | L240 | .20 hrs |
| 08/15/12 | CET | Email correspondence with borrower's counsel regarding the information needed from loss mit. | L240 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301139

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 08/22/12 | CET | Telephone conversation with borrower's counsel regarding additional requested documents. | L240 | .20 hrs |
| 08/30/12 | CET | Email correspondence with J. Ho regarding documents needed for loss mit. | L240 | .20 hrs |
| 09/03/12 | CET | Providing status update to client. | L240 | .20 hrs |
| 09/05/12 | MMB | Draft and revise case status | B110 | .20 hrs |
| 09/06/12 | CET | Email correspondence with J. Ho regarding additional information needed to process the loan mod application. | P300 | .20 hrs |
| 09/06/12 | CET | Telephone conversation with P. Durrence regarding additional information needed to process the loan mod application and the status of the borrower's willingness to modify the loan. | P300 | .50 hrs |
| 09/06/12 | CET | Email correspondence with P. Durrence regarding additional information needed to process the loan mod application. | P300 | .20 hrs |
| 09/11/12 | CET | Email correspondence with J. Ho regarding the requirement to provide the documents from borrower to loss mit regarding a loan mod. | P300 | .20 hrs |
| 09/11/12 | CET | Telephone conversation with P. Durrence regarding the requirement to receive the documents from Charles Lowe. | P300 | .40 hrs |
| 09/11/12 | CET | Email correspondence with P. Durrence regarding the requirement to receive the loss mit documents. | P300 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301139

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/21/12 | CET | Analyzing loss mit documents received from P. Durrence. | P300 | .40 hrs |
| 09/21/12 | CET | Email correspondence with J. Ho regarding the loss mit documents received from borrower's counsel. | P300 | .20 hrs |
| 09/27/12 | CET | Telephone conversation with J. Ho regarding additional material needed for the loan mod and litigation strategy. | P300 | .20 hrs |
| 09/27/12 | CET | Email correspondence with P. Durrence regarding additional requirements for the loan modification. | P300 | .20 hrs |
| 10/01/12 | MMB | Draft and revise case status report | B110 | .30 hrs |
| 10/01/12 | CET | Email correspondence with J. Ho regarding missing documents in the loan mod analysis. | P300 | .20 hrs |
| 10/01/12 | CET | Email correspondence with P. Durrence regarding missing documents in the loan mod analysis. | P300 | .20 hrs |
| 10/01/12 | CET | Telephone conversation with P. Durrence regarding his questions regarding the missing documents. | P300 | .40 hrs |
| 10/01/12 | CET | Telephone conversation with J. Ho regarding the documents previously provided in the loan mod analysis. | P300 | .40 hrs |
| 10/01/12 | CET | Providing status update for client. | P300 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
NOVEMBER 27, 2012

0G2012-301139

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/02/12 | CET | Email correspondence with J. Ho regarding loss mit keeping the loan mod window open. | P300 | .20 hrs |
| 10/03/12 | CET | Email correspondence with J. Ho regarding the status of the loan mod review and the summary judgment motion. | P300 | .20 hrs |
| 10/03/12 | CET | Telephone conversation with J. Ho regarding loss mit documentation and extension of the deadline. | P300 | .30 hrs |
| 10/03/12 | CET | Email correspondence with P. Durrence regarding the extension of the loss mit deadline to provide the documentation. | P300 | .20 hrs |
| 10/05/12 | CET | Telephone conversation with P. Durrence regarding materials needed for loan mod review. | P300 | .30 hrs |
| 10/05/12 | CET | Telephone conversation with J. Ho regarding materials needed for loan mod review. | P300 | .20 hrs |
| 10/05/12 | CET | Email correspondence with J. Ho regarding loan mod analysis. | P300 | .20 hrs |
| 10/12/12 | CET | Reading and analyzing faxed information from P. Durrence. | P300 | .30 hrs |

TOTAL FEES FOR THIS MATTER
LESS DISCOUNT
NET FEES

$9,328.50
(4,820.20)
$4,508.30



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301139

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Christopher E. Thorsen | 16.00 hrs | 293.00 /hr | 4,688.00 |
| Alecia H. Cockrell | .10 hrs | 145.00 /hr | 14.50 |
| Melissa Burton | 19.00 hrs | 240.00 /hr | 4,560.00 |

TOTAL FEES            35.30 hrs                    $4,508.30

**TOTAL CHARGES FOR THIS INVOICE**                $4,508.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301139

INVOICE #  821588

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301139
     Lowe, Charles R. - 700282
     Loan No. 7435799754
     TC # 700282

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | CET | Providing status update to the client. | P300 | .20 hrs |
| 11/05/12 | CET | Telephone conversation with P. Durrence regarding settlement discussions. | P300 | .60 hrs |
| 11/05/12 | CET | Email correspondence with J. Ho regarding formalizing a settlement keys offer. | P300 | .30 hrs |
| 11/15/12 | CET | Email correspondence with J. Ho regarding settlement discussions with the borrower. | P300 | .30 hrs |

TOTAL FEES FOR THIS MATTER

$410.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher E. Thorsen | 1.40 hrs | 293.00 /hr | 410.20 |

TOTAL FEES                          1.40 hrs                     $410.20

**TOTAL CHARGES FOR THIS INVOICE**

$410.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301139

INVOICE #  830212

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301139
     Lowe, Charles R. - 700282
     Loan No. 7435799754
     TC # 700282

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/02/12 | CET | Providing statutes report to the client. | P300 | .20 hrs |
| 12/20/12 | CET | Email correspondence with J. Ho regarding the status of the cash for keys offer. | P300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $117.20

BILLING SUMMARY

Christopher E. Thorsen      .40 hrs   293.00 /hr       117.20

TOTAL FEES                 0.40 hrs                  $117.20

**TOTAL CHARGES FOR THIS INVOICE**                  **$117.20**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301140

INVOICE # 819520

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301140
     Bradford, Ruth
     Loan #7401345681 Ally #721984
     TC # 721984

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 06/01/12 | KW | Worked with A.Cockrell to complete monthly status report | P100 | .10 hrs |
| 06/02/12 | AHC | Review docket and draft status report regarding hearing motion for judgement pleadings | L190 | .30 hrs |
| 06/04/12 | JDR | E-mail to J.Ho regarding and attaching financial package received from counsel for borrower, and regarding hearing set for this Friday on motion for judgment on the pleadings. | L240 | .10 hrs |
| 06/04/12 | JDR | Work on drafting reply to borrower's response to motion for judgment on the pleadings. | L240 | .70 hrs |
| 06/04/12 | JDR | Review e-mail and attached financial package received from K.Sanford. | P500 | .10 hrs |
| 06/05/12 | KW | Edited reply brief and filed it with the court | L240 | 1.50 hrs |
| 06/05/12 | KW | Called J.Ho to discuss upcoming hearing | P300 | .10 hrs |
| 06/05/12 | KW | Reviewed emails from opposing counsel K.Sanford regarding HAMP and incomplete financial package | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/05/12 | KW | Prepared outline for oral argument; reviewed payoff statement and supporting documentation | L240 | 1.20 hrs |
| 06/05/12 | JDR | Drafting reply to borrower's response to motion for judgment on the pleadings. | L240 | 1.70 hrs |
| 06/05/12 | JDR | E-mail correspondence with J.Ho regarding information needed from borrower to complete consideration of loan modification. | P500 | .10 hrs |
| 06/05/12 | JDR | E-mail correspondence back and forth with K.Sanford regarding additional documents needed from her client for consideration of loan modification, and her client's inability to supply those documents presently. | P500 | .20 hrs |
| 06/06/12 | KW | Call with J.Ho on corrected fees sheet and upcoming hearing | P300 | .10 hrs |
| 06/06/12 | BRE | Continue Internet research re commentary | L240 | .60 hrs |
| 06/06/12 | JDR | Prepare for hearing on motion for judgment on the pleadings. | L240 | 1.30 hrs |
| 06/07/12 | KW | Prepared exhibits and finalized argument outline for hearing on Motion for Judgment on the Pleadings | L120 | 1.00 hrs |
| 06/08/12 | KW | Attended hearing on Motion for Judgment on the Pleadings | L450 | 2.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 06/08/12 | KW | Reviewed opposing counsel's request for a loan modification; reviewed loss mitigation's response on documents needed for consideration | P500 | .30 hrs |
| 06/08/12 | JDR | Review e-mail from J.Ho regarding consideration of financial package. | P500 | .10 hrs |
| 06/08/12 | JDR | E-mail correspondence with K.Sanford regarding results of hearing on motion for judgment on the pleadings and regarding consideration of financial package. | P500 | .30 hrs |
| 06/11/12 | KW | Revised order; drafted letter to client contact J.Ho informing her of results from the Motion for Judgment on the Pleadings hearing | L240 | .60 hrs |
| 06/12/12 | KW | Revised Proposed Order and Prepared order for circulation to client contact J.Ho and opposing counsel Kate Sanford | L240 | .90 hrs |
| 06/12/12 | KW | Reviewed J.Ho response on loan modification application | P500 | .20 hrs |
| 06/12/12 | JDR | Revise proposed Order granting motion for judgment on the pleadings. | L240 | .60 hrs |
| 06/14/12 | KW | Reviewed correspondence with opposing counsel on executing our proposed order including certain findings of law | L250 | .30 hrs |
| 06/15/12 | JDR | Review e-mail from K.Sanford regarding proposed order granting motion for judgment on the pleadings and regarding possible loan modification. | L240 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| 06/15/12 | KW | Reviewed executed order from opposing counsel, K.Sanford, filed the same with the Court | L250 | .70 hrs |
| 06/15/12 | KW | Reviewed J.Ho email on loss mitigation's response on Borrower's HMP modification | P500 | .10 hrs |
| 06/21/12 | KW | Corresponded with client contact J.Ho and opposing counsel K.Sanford regarding documents needed for loan modification and the proposed terms of a loan modification from loss mitigation | P500 | .50 hrs |
| 06/29/12 | KW | Drafted letter to opposing counsel reviewing second loan modification terms | P500 | .70 hrs |
| 06/29/12 | KW | Email J.Ho about satisfaction of government's lien | L240 | .20 hrs |
| 06/29/12 | KW | Reviewed disclaimer and dismissal from government defendant | L240 | .10 hrs |
| 07/02/12 | KW | Reviewed response from opposing counsel, K.Sanford, on loan modification offer; emailed and called J.Ho on K.Sanford's questions | P500 | .40 hrs |
| 07/02/12 | KW | Prepared case status report | L120 | .10 hrs |
| 07/03/12 | KW | Responded to client email | L190 | .10 hrs |
| 07/06/12 | KW | Reviewed responses from Loss Mitigation Department; communicated with opposing counsel on terms of loan modification offer; memorialized discussions for record in email to A.Parker | P500 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| 07/09/12 | KW | Reviewed A.Parker email advising on status of loan modification acceptance | P500 | .10 hrs |
|---|---|---|---|---|
| 07/10/12 | KW | Corresponded with client contact J.Ho regarding proof of exemption; telephone call with opposing counsel at AppalRed clinic on documents produced; updated client on ability to re-do escrow analysis | C100 | .30 hrs |
| 07/10/12 | KW | Reviewed documents sent from borrower including exemption verification and proof of income necessary for loan modification settlement strategy | P500 | .10 hrs |
| 07/11/12 | KW | Reviewed case status and strategy for settling through loan modification | P300 | .10 hrs |
| 07/12/12 | KW | Reviewed correspondence from client J.Ho on extra documentation on proof of income and escrow analysis for Borrower | C100 | .20 hrs |
| 07/13/12 | KW | Reviewed and analyzed email correspondence on borrower's lack of a tax exemption | C100 | .20 hrs |
| 07/17/12 | KW | Emailed A.Parker about tax bill for Borrower | P500 | .20 hrs |
| 07/18/12 | KW | Reviewed response from opposing counsel on borrower's request for recalculated escrow amount; emailed client contact J.Ho regarding deadlines for loan modification offer | C400 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| 07/23/12 | KW | Reviewed opposing counsel, Addison Parker's response accepting loan modification offer on behalf of Borrower | C100 | .10 hrs |
|---|---|---|---|---|
| 07/23/12 | KW | Drafted correspondence to client to finalize loan modification | L120 | .20 hrs |
| 08/01/12 | KW | Drafted monthly status report regarding accepted loan modification offer | L190 | .10 hrs |
| 08/03/12 | KW | Reviewed updated settlement form required by client | P500 | .10 hrs |
| 08/14/12 | KW | Communications with J.Ho regarding steps necessary for completing loan modification and settlement | P300 | .40 hrs |
| 08/15/12 | KW | Drafting Agreed Order of Dismissal | L250 | .60 hrs |
| 08/15/12 | KW | Drafted settlement agreement | P500 | 1.30 hrs |
| 08/15/12 | KW | Drafted litigation settlement proposal | L120 | .20 hrs |
| 08/16/12 | KW | Drafted email to client contact regarding status of settlement | P500 | .10 hrs |
| 08/17/12 | KW | Communicated with J.Ho regarding settlement timeline | P500 | .20 hrs |
| 08/17/12 | KW | Emailed J.Ho drafts of settlement documents for review | P500 | .20 hrs |
| 08/17/12 | KW | Drafted and revised settlement documents | P500 | .60 hrs |
| 08/17/12 | JDR | Revise proposed settlement agreement. | P500 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/20/12 | KW | Edited and revised settlement documents pursuant to J.Ho changes | P500 | .30 hrs |
| 08/21/12 | KW | Made phone call to opposing counsel and left voicemail with S.Flanary regarding settlement documents | P500 | .20 hrs |
| 08/21/12 | KW | Left voicemail message for J.Ho regarding settlement documents | P500 | .10 hrs |
| 08/22/12 | KW | Emailed J.Ho regarding instructions for settlement | P500 | .10 hrs |
| 08/22/12 | KW | Reviewed loss mitigation's response on settlement documents | P300 | .10 hrs |
| 08/22/12 | KW | Reviewed opposing counsel's response on settlement question | P500 | .10 hrs |
| 08/24/12 | KW | Communicated with client regarding status of settlement package for Borrower | P500 | .30 hrs |
| 08/28/12 | KW | Edited and revised loan modification agreement | P500 | 1.00 hrs |
| 08/28/12 | KW | Called and emailed J.Ho and K.Dutill regarding loan modification agreement | L120 | .20 hrs |
| 08/29/12 | KW | Edited and revised settlement documents | P500 | .50 hrs |
| 08/29/12 | KW | Responded to J.Ho question regarding necessary inclusions in loan modification agreement | P500 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    8
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/29/12 | JDR | Review e-mail correspondence from J.Ho regarding settlement agreement, including review of the proposed settlement agreement. | P500 | .20 hrs |
| 08/30/12 | KW | Edited settlement agreement, agreed order of dismissal, and loan modification agreement and served on opposing counsel | P500 | .90 hrs |
| 08/30/12 | KW | Called Appalachian Defense Fund and spoke with A.Parker to discuss settlement timeline | P500 | .20 hrs |
| 08/30/12 | KW | Drafted letter to opposing counsel explaining settlement package and next steps | P500 | .30 hrs |
| 08/31/12 | KW | Provided J.Ho update on settlement status | P500 | .10 hrs |
| 09/03/12 | KW | Drafted monthly case status report | L190 | .10 hrs |
| 09/06/12 | KW | Call with opposing counsel regarding borrower's signatures on settlement documents | C100 | .10 hrs |
| 09/06/12 | KW | Updated client regarding settlement status and queried regarding borrower's payments | L120 | .10 hrs |
| 09/07/12 | KW | Corresponded with borrower's counsel regarding place first payment under loan modification and regarding borrower's inquiries about loan servicing | L190 | .30 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    9
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 09/07/12 | KW | Corresponded with client contact about borrower's servicing inquiries, payments under loan modification, and execution of settlement documents | P500 | .40 hrs |
| 09/10/12 | KW | Provided client contact update from borrower's counsel | L190 | .20 hrs |
| 09/10/12 | KW | Corresponded with borrower's counsel to confirm receipt of electronic copy of settlement documents and to review borrower's servicing questions | L190 | .20 hrs |
| 09/10/12 | KW | Reviewed settlement documents executed by borrower | P500 | .10 hrs |
| 09/13/12 | KW | Drafted letter to J.Ho regarding settlement documents and mailed originals via Fed-Ex to client | L190 | .50 hrs |
| 09/26/12 | KW | Corresponded with client contact regarding final settlement procedures/filings | P500 | .20 hrs |
| 09/26/12 | KW | Conference call with J.Ho regarding settlement matters | L160 | .10 hrs |
| 09/26/12 | KW | Emailed opposing counsel about borrower's payments while settlement is pending | L160 | .10 hrs |
| 09/28/12 | KW | Reviewed further instructions on processing loan modification paperwork as it might apply to the loan | L190 | .10 hrs |
| 10/02/12 | KW | Reviewed executed settlement agreement | P500 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    10
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | KW | Drafted monthly status report | L190 | .10 hrs |
| 10/02/12 | KW | Corresponded with client contact and obtained her instructions regarding filing final agreed order | P300 | .20 hrs |
| 10/09/12 | KW | Drafted letter to A.Parker regarding directing his client's inquiries through counsel until close of litigation | L190 | .50 hrs |
| 10/09/12 | KW | Called borrower's counsel regarding client's instructions to borrower | L190 | .10 hrs |
| 10/09/12 | KW | Participated in phone call with J.Ho regarding borrower's servicing inquiries | L190 | .10 hrs |
| 10/09/12 | KW | Provided client updates related to filing and letter to borrower's counsel | L190 | .20 hrs |
| 10/09/12 | KW | Prepared and filed agreed order of dismissal | P400 | .10 hrs |
| 10/19/12 | KW | Provided entered Agreed Order of Dismissal to client and requested final servicing instructions for borrower | L190 | .20 hrs |
| 10/19/12 | KW | Reviewed entered Agreed Order of Dismissal | L250 | .10 hrs |
| 10/22/12 | KW | Provided rationale for not filing a notice of bankruptcy in this case | P100 | .10 hrs |
| 10/22/12 | KW | Reviewed response from client on removing account from litigation and updating servicing contact information | C100 | .10 hrs |
| 10/22/12 | KW | Responded to J.Ho regarding case closing | P100 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE   11
NOVEMBER 27, 2012

OG2012-301140

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/22/12 | KW | Reviewed status of filing a Notice of Bankruptcy and provided updates to client database | L190 | .50 hrs |
| 10/25/12 | KW | Reviewed correspondence from J.Ho on deadlines | P100 | .10 hrs |
| 10/26/12 | KW | Drafted letter to borrower's counsel with instructions relating to servicing of modified loan post-litigation | C300 | .40 hrs |
| 10/26/12 | KW | Provided client contact with update regarding removing account from litigation hold | L190 | .10 hrs |
| 10/30/12 | JDR | Review post-litigation instructions and closing memo. | L190 | .20 hrs |
| 10/30/12 | KW | Drafted closing documents and updated database | P100 | .80 hrs |
| 10/30/12 | KW | Updated client contact that case is queued to close | P100 | .20 hrs |
| 10/30/12 | KW | Corresponded with borrower's counsel regarding closing file and transferring it out of litigation | P100 | .10 hrs |

TOTAL FEES FOR THIS MATTER
LESS DISCOUNT
NET FEES

$7,430.80
(3,384.24)
$4,046.56



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    12
NOVEMBER 27, 2012

0G2012-301140

FED ID NO. 63-0243316

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jonathan Rose | 6.10 hrs | 293.00 /hr | 1,787.30 |
| Beth Reisch | .60 hrs | 145.00 /hr | 87.00 |
| Alecia H. Cockrell | .30 hrs | 145.00 /hr | 43.50 |
| Kristi Wilcox | 29.10 hrs | 185.00 /hr | 5,383.50 |

TOTAL FEES             36.10 hrs                         $4,046.56

**TOTAL CHARGES FOR THIS INVOICE**                         $4,046.56

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301140

INVOICE #  821590

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301140
     Bradford, Ruth
     Loan #7401345681 Ally #721984
     TC # 721984

PROFESSIONAL SERVICES

11/01/12   KW   Drafted monthly status report                     P100     .10 hrs

              TOTAL FEES FOR THIS MATTER
                                                                          $18.50

BILLING SUMMARY

   Kristi Wilcox              .10 hrs   185.00 /hr          18.50

TOTAL FEES                   0.10 hrs
                                                           $18.50

TOTAL CHARGES FOR THIS INVOICE
                                                           $18.50

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301141

INVOICE #  819521

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301141
     Lawson, Harper - 700500
     6000 Reims Road, Houston, TX
     7440428134
     TC # 700500

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/01/12 | KSA | Status report regarding settlement offer | L120 | .10 hrs |
| 06/29/12 | KSA | Research pleadings and documents and outline possible motion for summary judgment for bill of review | L240 | .40 hrs |
| 07/02/12 | KSA | Status report on plaintiff's rejected offer of settlement | L120 | .10 hrs |
| 07/16/12 | KSA | Review pleadings and service letters sent and outline motion for summary judgment | L240 | .40 hrs |
| 07/19/12 | KSA | Review bill of review complaint, discovery responses, and outline motion for summary judgment for bill of review | L240 | .40 hrs |
| 07/23/12 | KSA | Analyze mediation order and email update to P.Stokes regarding strategy | L120 | .30 hrs |
| 07/23/12 | MST | Receipt and review of Order of Referral for mediation and update file regarding same. | L110 | .30 hrs |
| 07/23/12 | MST | Obtain and analyze exhibits to petition, conference with K. Anderson and update file regarding same. | L110 | .60 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301141

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 07/26/12 | KSA | Review Khyber motion for summary judgment and outline response | L240 | .30 hrs |
| 07/26/12 | GP | Review and analyze file and pleadings for motion for summary judgment | L240 | 1.70 hrs |
| 07/26/12 | CWH | Review and analyze Khyber Holdings motion for summary judgment and arguments in response to same | L110 | .20 hrs |
| 07/27/12 | KSA | Email update to P.Stokes with Khyber motion for summary judgment and our strategy | L120 | .30 hrs |
| 07/30/12 | GP | Draft affidavit to accompany motion for summary judgment | L240 | 2.10 hrs |
| 08/01/12 | KSA | Prepare status update regarding motion for summary judgment from Khyber and our cross motion for summary judgment | L120 | .10 hrs |
| 08/01/12 | GP | Research Texas law regarding service of process for motion for summary judgment | L240 | 1.30 hrs |
| 08/02/12 | GP | Research Texas law regarding standards for bill of review related to service of process | L240 | 1.20 hrs |
| 08/03/12 | GP | Draft motion for summary judgment | L240 | 5.40 hrs |
| 08/03/12 | KSA | Edit motion for summary judgment | L240 | .60 hrs |
| 08/03/12 | KSA | Research case law regarding Khyber | L120 | 1.00 hrs |
| 08/06/12 | KSA | Review and edit motion for summary judgment and prepare for oral argument at hearing | L240 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301141

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 08/06/12 | MST | Extensive review of exhibits included with Bill of Review, forward to attorney and update file regarding same. | L110 | .90 hrs |
| 08/06/12 | GP | Review and revise motion for summary judgment | L240 | 4.80 hrs |
| 08/07/12 | GP | Draft exhibits to motion for summary judgment | L240 | 1.80 hrs |
| 08/07/12 | MST | Finalize Motion for Summary Judgment, Exhibits A through N, and proposed order and prepare all for filing and service. | L210 | 1.10 hrs |
| 08/07/12 | MST | Telephone call with court clerk regarding hearing on Motion for Summary Judgment. | L110 | .20 hrs |
| 08/14/12 | MST | Telephone call with court clerk regarding Motion for Summary Judgment Hearing. | L110 | .20 hrs |
| 08/14/12 | MST | Draft Notice of Hearing regarding Motion for Summary Judgment and prepare for filing and service. | L210 | .70 hrs |
| 08/16/12 | GP | Review and revise reply to plaintiff's motion for summary judgment | L210 | .70 hrs |
| 08/16/12 | MST | Telephone call with court clerk regarding defendant's reply to review. | L110 | .20 hrs |
| 09/03/12 | KSA | Status report regarding pending motion for summary judgments set for hearing | L120 | .10 hrs |
| 09/11/12 | KSA | Review case history in preparation for motion for summary judgment hearing | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301141

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/11/12 | KSA | Draft letter regarding mediation to opposing counsel | L110 | .30 hrs |
| 09/12/12 | KSA | Email update to P.Stokes regarding case posture and upcoming dates with potential for mediation | L120 | .20 hrs |
| 09/18/12 | KSA | Draft and send letter regarding scheduling mediation | L120 | .20 hrs |
| 09/18/12 | KSA | Prepare for Motion for Summary Judgment hearing | L120 | .40 hrs |
| 09/21/12 | GP | Review and respond to escalation regarding California Trustee's Deed recording requirements | L120 | 2.40 hrs |
| 09/21/12 | GP | Consider strategy and potential arguments for responding to defendant's response to plaintiff's motion for summary judgment | L120 | 1.30 hrs |
| 09/21/12 | KSA | Prepare for motion for summary judgment hearing by review of pleadings and arguments | L240 | .40 hrs |
| 09/24/12 | GP | Analyze research on Texas law regarding standard for bill of review and consider arguments for response to plaintiff's reply to motion for summary judgment | L210 | 2.30 hrs |
| 09/25/12 | GP | Draft initial version of response to plaintiff's reply to motion for summary judgment | L210 | 1.20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301141

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/27/12 | KSA | Review case law and pleadings in preparation for motion for summary judgment hearing | L250 | 1.60 hrs |
| 09/28/12 | KSA | Review of pleadings and case law in preparation for motion for summary judgment hearing | L240 | 1.40 hrs |
| 09/28/12 | GP | Review and revise response to plaintiff's reply to motion for summary judgment | L210 | 2.70 hrs |
| 10/01/12 | KSA | Prepare oral argument for motion for summary judgment hearing | L240 | .60 hrs |
| 10/01/12 | GP | Consider strategy for summary judgment hearing | L120 | .80 hrs |
| 10/01/12 | MST | Analysis of e-filing receipts and service notifications regarding plaintiff's receipt of motion for summary judgment and hearing regarding same | L120 | .40 hrs |
| 10/01/12 | MST | Analysis of title report and update file regarding same | L120 | .40 hrs |
| 10/02/12 | MST | Analysis of title report, forward to attorney and update file regarding same | L110 | .40 hrs |
| 10/02/12 | GP | Draft outline for summary judgment hearing | L240 | 3.50 hrs |
| 10/03/12 | GP | Review and revise outline for summary judgment hearing | L240 | 2.30 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/03/12 | GP | Research and analyze cases cited by defendant in its motion for summary judgment | L240 | 1.50 hrs |
| 10/03/12 | GP | Research and analyze other cases filed against MERS by defendant | L240 | 1.10 hrs |
| 10/03/12 | GP | Consider strategy for summary judgment hearing | L240 | 1.00 hrs |
| 10/03/12 | KSA | Review case law, pleadings, and prepare for oral arguments of motion for summary judgment | L240 | 3.90 hrs |
| 10/03/12 | KSA | Discussion with other MERS' counsel regarding Khyber | L120 | .50 hrs |
| 10/03/12 | MST | Organize numerous documents and pleadings and prepare hearing notebook for motion for summary judgment | L110 | 2.60 hrs |
| 10/03/12 | MST | Retrieve motions and responses in preparation of hearing notebook and process payment for same | L110 | .60 hrs |
| 10/04/12 | MST | Final revisions and additions to attorney notebook in preparation of motion for summary judgment hearing | L110 | 1.10 hrs |
| 10/04/12 | KSA | Review pleadings and case law in preparation for motion for summary judgment hearing | L240 | 3.20 hrs |
| 10/04/12 | KSA | Outline and practice oral argument | L240 | 2.10 hrs |
| 10/04/12 | GP | Consider strategy and prepare for hearing on summary judgment | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301141

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/05/12 | MST | Finalize Affidavit of M.Thompson regarding service of pleadings in preparation of motion for summary judgment hearing | L210 | .30 hrs |
| 10/08/12 | GP | Review answer and consider possible affirmative defenses | L210 | .60 hrs |
| 10/08/12 | KSA | Update email to P.Stokes regarding hearing results | L120 | .30 hrs |
| 10/08/12 | KSA | Draft answer for underlying lawsuit | L210 | .40 hrs |
| 10/11/12 | KSA | Research answer in other Khyber cases, edit answer to underlying case and prepare for filing | L210 | .20 hrs |
| 10/11/12 | MST | Telephone calls with title company regarding certified copies of title documents pursuant to judge's request | L110 | .40 hrs |
| 10/16/12 | GP | Research Texas law regarding arguments for motion for summary judgment | L240 | 1.30 hrs |
| 10/16/12 | MST | Finalize Answer and prepare for filing and service | L210 | .80 hrs |
| 10/18/12 | KSA | Review pleadings in bill of review and underlying case for best course with foreclosing on the property from this point | L210 | .30 hrs |
| 10/19/12 | KSA | Email to P.Stokes with order granting bill of review and non-suiting case with explanation of status | L120 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     8
NOVEMBER 27, 2012

0G2012-301141

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/19/12 | KSA | Research title report and status of title on property and respond to P.Stokes inquiry | L120 | .50 hrs |
| 10/19/12 | MST | Obtain and analyze order granting motion for summary judgment, order denying motion for summary judgment and plaintiff's motion of non-suit | L210 | .60 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $14,452.70 |
| LESS DISCOUNT | (10,336.99) |
| NET FEES | $4,115.71 |

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 11.80 hrs | 150.00 /hr | 1,770.00 |
| Christian W. Hancock | .20 hrs | 330.00 /hr | 66.00 |
| Keith S. Anderson | 21.90 hrs | 223.00 /hr | 4,883.70 |
| Grant Premo | 41.80 hrs | 185.00 /hr | 7,733.00 |

| | | |
|---|---|---|
| TOTAL FEES | 75.70 hrs | $4,115.71 |

**TOTAL CHARGES FOR THIS INVOICE**        $4,115.71

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301141

INVOICE #  821591

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301141
     Lawson, Harper - 700500
     6000 Reims Road, Houston, TX
     7440428134
     TC # 700500

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | KSA | Draft status report regarding bill of review granted, underlying case dismissed | L120 | .10 hrs |
| 11/12/12 | MST | Review of order granting motion for summary judgment and prepare for recording in land records | L110 | .40 hrs |
| 11/26/12 | MST | Review correspondence from land records clerk regarding order and filing fees | L110 | .20 hrs |
| 11/27/12 | MST | Telephone call with court clerk regarding certified copy of order | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $142.30

EXPENSES

| | | |
|---|---|---|
| 08 | Recording Fees | 15.00 |
| 35 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER       $15.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301141

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | .80 hrs | 150.00 /hr | 120.00 |
| Keith S. Anderson | .10 hrs | 223.00 /hr | 22.30 |

TOTAL FEES             0.90 hrs                    $142.30

TOTAL EXPENSES                                     $15.00

**TOTAL CHARGES FOR THIS INVOICE**                 $157.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301141

INVOICE #  830214

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301141
     Lawson, Harper - 700500
     6000 Reims Road, Houston, TX
     7440428134
     TC # 700500

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/01/12 | KSA | Draft status report | L120 | .10 hrs |
| 12/06/12 | MST | Correspondence to court clerk regarding order granting motion for summary judgment and enclose payment for same | L140 | .40 hrs |
| 12/06/12 | MST | Telephone call with court clerk regarding certified copy of Order and recording fees | L110 | .20 hrs |
| 12/06/12 | MST | Obtain a complete certified copy of the Order granting motion for summary judgment and prepare for recording in Land Records | L210 | .30 hrs |
| 12/07/12 | MST | Revise and finalize letter to land records clerk regarding order on motion for summary judgment | L110 | .30 hrs |
| 12/14/12 | MST | Receive 2nd letter from clerk of Land Records regarding recorded order | L110 | .20 hrs |
| 12/20/12 | MST | Draft letter to court clerk enclosing revised order on motion for summary judgment with correct fee | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $292.30



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301141

FED ID NO. 63-0243316

<u>EXPENSES</u>

08        Recording Fees                                              9.00

            TOTAL COSTS FOR THIS MATTER
                                                              $9.00

<u>BILLING SUMMARY</u>

   Melanie Thompson           1.80 hrs    150.00 /hr        270.00
   Keith S. Anderson           .10 hrs    223.00 /hr         22.30

TOTAL FEES                    1.90 hrs
                                                          $292.30
TOTAL EXPENSES
                                                            $9.00
**TOTAL CHARGES FOR THIS INVOICE**
                                                          **$301.30**

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301142

INVOICE #  819522

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301142
     Ballou, Richard and Erin - 690586
     TC # 690586

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/25/12 | MPE | Research to determine outcome of property and research docket to determine status of notice of non-activity, telephone call with prior counsel to determine any changes in property status. | L110 | .80 hrs |
| 09/26/12 | AHC | Review and summary of case history per client request | L110 | 1.00 hrs |
| 10/01/12 | KK | Research and review foreclosure docket to determine status of case | L110 | .20 hrs |
| 10/01/12 | CWH | Draft analysis and update email to client with recommended course of action | L120 | .30 hrs |
| 10/01/12 | CWH | Review and analyze remaining issues in case and outstanding discovery to GMAC | L120 | .90 hrs |
| 10/01/12 | MPE | Review file to determine status of amended complaint and related filings. | L110 | .30 hrs |
| 10/01/12 | JWA | Receipt and review of borrower's discovery requests | L310 | 1.10 hrs |
| 10/02/12 | CWH | Strategy call with client | L120 | .20 hrs |
| 10/02/12 | CWH | Draft status report for client | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301142

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/02/12 | CWH | Review and analyze borrower's first interrogatories and exchange e-mails with opposing counsel regarding same | L310 | .20 hrs |
| 10/02/12 | KK | Telephone call with Freddie Mac representative regarding eviction procedure for property in matter and materials needed | L110 | .20 hrs |
| 10/02/12 | JWA | Review and analysis of pleadings, docket, divorce and bankruptcy cases, client documents, and property records | C300 | 2.70 hrs |
| 10/02/12 | LADA | Draft initial discovery responses | L310 | 2.40 hrs |
| 10/03/12 | JWA | Prepare memorandum summarizing standing issues and strategy | C300 | .80 hrs |
| 10/03/12 | JWA | Prepare responses to Requests for Admissions | C300 | .70 hrs |
| 10/03/12 | JWA | Prepare responses to Interrogatories | L310 | 1.10 hrs |
| 10/03/12 | JWA | Prepare responses to request for production of documents | L310 | .90 hrs |
| 10/03/12 | JWA | Review previous document production in preparation for responding to request for production of documents | L310 | 1.10 hrs |
| 10/03/12 | CWH | Discuss matter and discovery with case manager | L120 | .10 hrs |
| 10/04/12 | KK | Review and analyze discovery requests and assess any outstanding documents necessary to respond | L110 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/04/12 | CWH | Review and analyze matter and determine if Borrower still has rights to the property at all | L120 | .20 hrs |
| 10/04/12 | JWA | Research Florida law regarding offer of judgment | C300 | 1.20 hrs |
| 10/04/12 | JWA | Prepare offer of judgment | C300 | 1.10 hrs |
| 10/04/12 | MPE | Research docket to determine if opposing filed a notice of serving discovery. | L110 | .20 hrs |
| 10/04/12 | MPE | Email correspondence with default counsel regarding setting trial. | L110 | .00 hrs |
| 10/05/12 | MPE | Email correspondence with default counsel regarding case strategy and documents to submit to court. | L110 | .20 hrs |
| 10/05/12 | JWA | Review file for compliance with bankruptcy order | B110 | .30 hrs |
| 10/05/12 | CWH | Review and analyze issues of continued claims to property | L120 | .60 hrs |
| 10/05/12 | CWH | Draft strategy email to case manager | L120 | .20 hrs |
| 10/05/12 | CWH | Review and revise three sets of discovery responses | L310 | .80 hrs |
| 10/05/12 | MPE | Draft notice of discovery, finalize and electronically file with the Duval COunty Court. | L110 | .50 hrs |
| 10/08/12 | CWH | Exchange e-mails with client regarding history of the original note in this case | L110 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301142

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/08/12 | JWA | Prepare requests for admission to borrower | L310 | 1.10 hrs |
| 10/08/12 | JWA | Prepare interrogatories to borrower | L310 | .90 hrs |
| 10/08/12 | JWA | Revise offer of judgment to borrower | L210 | .90 hrs |
| 10/08/12 | LADA | Draft request for admissions to borrower | L310 | 1.20 hrs |
| 10/08/12 | LADA | Draft interrogatories to borrower | L310 | 1.10 hrs |
| 10/09/12 | JWA | Finalize discovery requests and offer of judgment to borrower | L210 | 2.20 hrs |
| 10/10/12 | CWH | Continue to review and analyze possible resolution of suit | L160 | .20 hrs |
| 10/11/12 | JWA | Prepare detailed letter to opposing counsel proposing settlement | C300 | 1.80 hrs |
| 10/12/12 | MPE | Review file for all information relating to divorce judgment. | L110 | .70 hrs |
| 10/15/12 | JWA | Revise and finalize settlement letter and offer of judgment | L160 | 1.20 hrs |
| 10/16/12 | CWH | Review and revise offer of judgment and cover letter to ex wife's counsel | L160 | .30 hrs |
| 10/23/12 | KK | Email client regarding LPS notes and further review and assess client documents in preparation of production | L110 | .30 hrs |
| 10/23/12 | JWA | Respond to discovery | B110 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     5
NOVEMBER 27, 2012

0G2012-301142

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/12 | CWH | Review and revise responses to borrower's requests for admission, interrogatories, and request for production of documents | L310 | .40 hrs |
| 10/24/12 | KK | Review and analyze 200 pages of client documents for redaction of confidential information in preparation of document production in case | L110 | .70 hrs |
| 10/25/12 | CWH | Review and finalize responses to borrower's requests for admission, interrogatories, and request for production of documents and send same to client for review and execution | L310 | .60 hrs |
| 10/25/12 | CWH | Review and finalize requests for admission and interrogatories to Erin Ballou | L310 | .30 hrs |
| 10/25/12 | LADA | Revise and finalize discovery responses | L310 | .10 hrs |
| 10/25/12 | LADA | Begin review and analysis of document for preparation of document production in response to discovery requests | L140 | 1.50 hrs |
| 10/25/12 | LADA | Revise and finalize written discovery responses | L310 | .80 hrs |
| 10/25/12 | LADA | Revise and finalize required notices regarding service of discovery responses | L210 | .40 hrs |
| 10/25/12 | JWA | Revise and finalize responses to discovery | L310 | .50 hrs |
| 10/26/12 | LADA | Draft and finalize notice regarding service of interrogatory responses | L310 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301142

FED ID NO. 63-0243316

| 10/26/12 | LADA | Revise and finalize last outstanding discovery responses | L310 | .70 hrs |
| 10/26/12 | KK | Receive and review LPS call notes | L110 | .20 hrs |
| 10/29/12 | CWH | Follow-up on whether prior counsel ever produced documents to Ballou's counsel | L320 | .20 hrs |
| 10/29/12 | LADA | Telephone conference with previous counsel regarding discovery requests, responses and documents prior to BABC involvement in matter | L390 | 1.10 hrs |
| 10/31/12 | LADA | Prepare complete inventory of 408 documents produced by previous counsel | L320 | 2.50 hrs |
| 10/31/12 | LADA | Continue review and analysis of document for preparation of document production in response to discovery requests | L140 | .10 hrs |
| 10/31/12 | CWH | Follow-up with client on whether a quit claim deed to investor is needed | L110 | .10 hrs |
| 10/31/12 | CWH | Exchange e-mails with client regarding status and strategy in case | L110 | .20 hrs |
| 10/31/12 | CWH | Exchange e-mails with client regarding lost note affidavit | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER
LESS DISCOUNT
NET FEES

$8,924.90
(6,567.68)
$2,357.22



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    7
NOVEMBER 27, 2012

0G2012-301142

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 6.20 hrs | 330.00 /hr | 2,046.00 |
| Alecia H. Cockrell | 1.00 hrs | 145.00 /hr | 145.00 |
| James Warmoth | 21.60 hrs | 241.00 /hr | 5,205.60 |
| Lucinda Kish | 12.40 hrs | 65.00 /hr | 806.00 |
| Melisa P. Palmer | 2.70 hrs | 149.00 /hr | 402.30 |
| Kerry Keane | 2.00 hrs | 160.00 /hr | 320.00 |

TOTAL FEES                45.90 hrs                    $2,357.22

**TOTAL CHARGES FOR THIS INVOICE**                    $2,357.22

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301142

INVOICE #  821593

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301142
     Ballou, Richard and Erin - 690586
     TC # 690586

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/12 | LADA | Review and analyze borrower responses to request for admissions | L390 | .40 hrs |
| 11/01/12 | CWH | Review and analyze documents previously produced in the suit in order to identify any additional productions that may be necessary | L320 | .30 hrs |
| 11/01/12 | CWH | Exchange e-mails with borrower's counsel regarding service of discovery requests upon them | L320 | .10 hrs |
| 11/01/12 | CWH | Contact default counsel to discuss file | L120 | .10 hrs |
| 11/01/12 | JWA | Receipt, review and analysis of borrower responses to requests for admissions | L120 | .50 hrs |
| 11/02/12 | CWH | Strategy discussion with default counsel | L120 | .20 hrs |
| 11/02/12 | LADA | Correspondence with borrower's counsel regarding offer and discovery requests | L190 | .30 hrs |
| 11/05/12 | JWA | Prepare monthly client update | L120 | .10 hrs |
| 11/06/12 | LADA | Correspondence with opposing counsel regarding status of receipt of documents, including prior to BABC involvement with matter | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301142

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/07/12 | LADA | Conduct background research on defendant borrower | L190 | 2.60 hrs |
| 11/07/12 | LADA | Conduct background research on homeowner's association | L190 | 1.30 hrs |
| 11/07/12 | CWH | Review and analyze borrower's counsel's settlement demands and email client regarding same | L160 | .20 hrs |
| 11/07/12 | CWH | Review and analyze E.Ballou's affirmative defenses to foreclosure and confirm details in the file on status of the property/loan | L120 | .90 hrs |
| 11/07/12 | CWH | Discussions with client regarding settlement and other issues with case | L160 | .40 hrs |
| 11/07/12 | CWH | Review and analyze property transfer and title issues in anticipation of settlement and email client regarding same | L120 | .40 hrs |
| 11/07/12 | CWH | Review and analyze background research on E.Ballou and email client regarding findings in same | L120 | .40 hrs |
| 11/07/12 | JWA | Review and analyze strategy memo | L120 | .20 hrs |
| 11/07/12 | JWA | Research and analysis of Florida and Federal law regarding notice of default | L210 | .70 hrs |
| 11/09/12 | LADA | Follow up correspondence with borrower's counsel regarding receipt of recent and prior documents | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301142

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/12/12 | CWH | Exchange e-mails with borrower's counsel regarding settlement possibilities | L160 | .20 hrs |
| 11/12/12 | CWH | Exchange e-mails with default counsel regarding settlement possibilities and title search | L160 | .20 hrs |
| 11/12/12 | CWH | Review and analyze title search report and then review R.Ballou's bankruptcy docket | L120 | .40 hrs |
| 11/12/12 | CWH | Draft advisory email to client regarding proposed settlement terms | L160 | .20 hrs |
| 11/13/12 | CWH | Draft correspondence to borrower's counsel with settlement counter proposal | L160 | .20 hrs |
| 11/13/12 | CWH | Review and revise notice of bankruptcy | L210 | .20 hrs |
| 11/13/12 | MPE | Draft and finalize suggestion of bankruptcy and submit to court electronically. | L210 | .40 hrs |
| 11/13/12 | LADA | Receipt and review of correspondence regarding supplemental discovery | L390 | .20 hrs |
| 11/14/12 | CWH | Review and analyze borrower's counsel settlement related email and exchange e-mails with client regarding same | L160 | .30 hrs |
| 11/14/12 | CWH | Email default counsel regarding strategy in case | L120 | .20 hrs |
| 11/14/12 | CWH | Email client regarding revision to an affidavit | L120 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 30, 2012

0G2012-301142

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/14/12 | JWA | Review and analysis of status of settlement negotiations | L120 | .20 hrs |
| 11/14/12 | JWA | Finalize responses to requests for production | L210 | .40 hrs |
| 11/15/12 | LDM | Researched Accurint for L. Kish to locate current address information regarding Ballou. | C200 | .20 hrs |
| 11/15/12 | CWH | Review and analyze borrower's counsel's latest emails regarding third party claims | L120 | .20 hrs |
| 11/15/12 | CWH | Begin drafting correspondence to borrower's counsel regarding status of the case, demise of settlement, and discovery | L120 | .20 hrs |
| 11/15/12 | CWH | Email client regarding outstanding discovery issues and request documentation for same | L320 | .20 hrs |
| 11/15/12 | CWH | Review and analyze additional documents from client and respond to same with questions | L120 | .20 hrs |
| 11/15/12 | CWH | Conference call with default counsel and client regarding matter and strategy | L120 | .40 hrs |
| 11/15/12 | CWH | Exchange e-mails with borrower's counsel and Morrison Foerster regarding bankruptcy issues | L120 | .20 hrs |
| 11/15/12 | APUC | Review and analyze a standing to bring a foreclosure suit | L660 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
NOVEMBER 30, 2012

0G2012-301142

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 11/15/12 | APUC | Review and analyze case law addressing necessary parties to a foreclosure suit | L660 | .80 hrs |
| 11/15/12 | LADA | Review of pleadings regarding jury request | L190 | .50 hrs |
| 11/16/12 | LADA | Review of additional information obtained regarding borrowers | L190 | 1.10 hrs |
| 11/16/12 | CWH | Discussion with Morrison Foerster regarding the scope of the bankruptcy order | L120 | .20 hrs |
| 11/16/12 | LDM | Researched Accurint for L. Kish to locate current address information for Erin Ballou. | C200 | .20 hrs |
| 11/16/12 | JWA | Receipt and review motion to compel production of documents | L120 | .20 hrs |
| 11/19/12 | CWH | Draft email to borrower's counsel regarding scope of the bankruptcy order | L120 | .20 hrs |
| 11/19/12 | LADA | Continue privilege review of documents for supplemental production | L320 | 3.90 hrs |
| 11/26/12 | CWH | Exchange e-mails with opposing counsel regarding their request for additional time on discovery | L310 | .10 hrs |
| 11/26/12 | CWH | Exchange e-mails with default counsel regarding the tenant in the property | L110 | .10 hrs |
| 11/27/12 | LADA | Correspondence with opposing counsel regarding receipt and response deadlines for discovery in Florida foreclosure matter | L390 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
NOVEMBER 30, 2012

0G2012-301142

FED ID NO. 63-0243316

| 11/27/12 | CWH | Follow-up with client on documents necessary for discovery responses | L310 | .10 hrs |
| 11/27/12 | CWH | Exchange e-mails with client regarding affidavit and who could sign same | L110 | .10 hrs |
| 11/27/12 | CWH | Continue efforts to contact Freddie Mac for information needed in suit | L110 | .30 hrs |
| 11/27/12 | CWH | Continue to revise/update discovery responses and review documents to be produced in this case | L320 | .40 hrs |
| 11/27/12 | CWH | Phone calls and emails with client about documents to be produced to opposing counsel | L320 | .30 hrs |
| 11/28/12 | CWH | Review and revise new set of request for production of documents and interrogatories to E.Ballou regarding tenants in the property | L310 | .20 hrs |
| 11/28/12 | LADA | Draft supplemental interrogatories to borrower in Florida foreclosure matter | L310 | .80 hrs |
| 11/28/12 | LADA | Draft supplemental document requests to borrower in Florida foreclosure matter | L310 | .50 hrs |
| 11/28/12 | LADA | Draft notice of service of discovery requests in Florida foreclosure matter | L210 | .50 hrs |
| 11/29/12 | LADA | Revise supplemental production in Florida foreclosure matter | L320 | 1.70 hrs |
| 11/30/12 | LADA | Privilege review and redaction of additional documents to potential production | L320 | .70 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301142

FED ID NO. 63-0243316

11/30/12   JWA   Draft status report for client          B110     .20 hrs

                TOTAL FEES FOR THIS MATTER                    $4,993.60

     01          Copy Charges                                        0.00
     41          Computerized Legal Research-Westlaw                 0.00

BILLING SUMMARY

   Christian W. Hancock         8.40 hrs    330.00 /hr      2,772.00
   James Warmoth                2.50 hrs    241.00 /hr        602.50
   Amy Puckett                  1.80 hrs    260.00 /hr        468.00
   Lucinda Kish                15.50 hrs     65.00 /hr      1,007.50
   Lori D. Martin                .40 hrs    210.00 /hr         84.00
   Melisa P. Palmer              .40 hrs    149.00 /hr         59.60

TOTAL FEES              29.00 hrs              $4,993.60

**TOTAL CHARGES FOR THIS INVOICE**            $4,993.60

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301142

INVOICE #  830215

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301142
     Ballou, Richard and Erin - 690586
     TC # 690586

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/03/12 | CWH | Follow-up with client on further information needed for document production | L320 | .10 hrs |
| 12/03/12 | CWH | Review materials for document production and redact confidential information from same | L320 | .50 hrs |
| 12/03/12 | CWH | Finalize interrogatories and request for production of documents to E. Ballou | L310 | .30 hrs |
| 12/03/12 | LADA | Review and revise additional documents for production | L320 | 1.80 hrs |
| 12/03/12 | LADA | Draft and finalize supplemental discovery responses and notice thereof | L310 | .90 hrs |
| 12/04/12 | CWH | Draft supplemental discovery response | L310 | .20 hrs |
| 12/04/12 | CWH | Email client regarding approval for supplemental discovery response | L310 | .10 hrs |
| 12/05/12 | LADA | Continue review and revision of potential supplemental document production | L320 | 1.10 hrs |
| 12/08/12 | CWH | Follow-up with client on various discovery items needed to produce to opposing party | L320 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301142

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 12/08/12 | CWH | Review and analyze additional documents regarding escrow outlays | L320 | .10 hrs |
| 12/10/12 | CWH | Review and redact additional documents regarding escrow outlays | L320 | .30 hrs |
| 12/10/12 | CWH | Email client regarding general strategy in suit | L120 | .20 hrs |
| 12/10/12 | LADA | Finalize supplemental document production in response to discovery requests | L320 | .70 hrs |
| 12/10/12 | LADA | Review and redaction of additional documents as potential supplement to responsive documents | L390 | 1.40 hrs |
| 12/11/12 | CWH | Draft update and strategy email to default counsel | L120 | .20 hrs |
| 12/11/12 | CWH | Exchange e-mails with client regarding affidavit issues | L120 | .10 hrs |
| 12/11/12 | CWH | Redact Fiserv call notes before production to borrower | L320 | .40 hrs |
| 12/17/12 | CWH | Review and analyze PACER docket for bankruptcy case and respond to default counsel's emails regarding same | L210 | .20 hrs |
| 12/18/12 | LADA | Review and analysis of status of pleadings and client documents | L190 | .50 hrs |
| 12/18/12 | LADA | Telephone conference with bankruptcy court regarding original documents | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301142

FED ID NO. 63-0243316

| 12/19/12 | CWH | Exchange e-mails with default counsel and client regarding future handling of suit | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,465.00

BILLING SUMMARY

| Christian W. Hancock | 3.10 hrs | 330.00 /hr | 1,023.00 |
| Lucinda Kish | 6.80 hrs | 65.00 /hr | 442.00 |

TOTAL FEES        9.90 hrs              $1,465.00

**TOTAL CHARGES FOR THIS INVOICE**              $1,465.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301143

INVOICE # 819523

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re: 0G2012-301143
Andrews, Kenneth L. and Lora P.
Loan No. 7800571689; Ally No. 722263
TC # 722263

PROFESSIONAL SERVICES

| 06/01/12 | NSR | Draft status report for client regarding dismall of claims | L190 | .10 hrs |
|---|---|---|---|---|
| 06/14/12 | NSR | Review and respond to client e-mail from J.Ho regarding status of case | L120 | .10 hrs |
| 07/02/12 | NSR | Draft status report for client regarding discovery | L120 | .10 hrs |
| 07/17/12 | MPE | Prepare initial draft of BONY's Request for Admissions and prepare exhibits A - C. | L310 | .70 hrs |
| 07/18/12 | MPE | Prepare initial draft of BONY's First Request for Production to Plaintiffs. | L310 | .90 hrs |
| 07/18/12 | MPE | Prepare initial draft of BONY's First Set of Interrogatories to Plaintiffs. | L310 | 1.10 hrs |
| 08/01/12 | NSR | Draft status report for client regarding discovery drafting | L120 | .10 hrs |
| 08/14/12 | NSR | Draft Amended Notice of Bankruptcy | L250 | .40 hrs |
| 09/02/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 09/26/12 | NSR | Draft first set of interrogatories for service on borrowers | L310 | 2.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301143

FED ID NO. 63-0243316

| 10/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
|---|---|---|---|---|
| 10/04/12 | NSR | Review and revise first set of interrogatories for service on borrowers | L310 | .90 hrs |
| 10/04/12 | NSR | Review and revise first set of request for production of documents for service on borrowers | L310 | 1.10 hrs |
| 10/04/12 | MPE | Review and redact documents for production | L320 | .30 hrs |
| 10/05/12 | NSR | Review and revise first set of requests for admissions for service on borrowers | L310 | .90 hrs |
| 10/05/12 | NSR | Review and analyze case file and pleadings regarding additional discovery needs | L310 | .40 hrs |
| 10/05/12 | NSR | Draft additional interrogatories for service on borrowers | L310 | .40 hrs |
| 10/05/12 | MCG | Review and revise requests for admissions to borrower | L310 | .40 hrs |
| 10/05/12 | MCG | Review and revise requests for production to borrower | L310 | .60 hrs |
| 10/05/12 | MCG | Review and revise interrogatories to borrower | L310 | .60 hrs |
| 10/09/12 | NSR | Telephone conference with J.Scarborough, counsel for borrowers, regarding litigation objectives | L120 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
NOVEMBER 27, 2012

0G2012-301143

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/12 | NSR | Analyze e-mail from J.Scarborough, counsel for borrowers, regarding discovery and settlement negotiations | L160 | .20 hrs |
| 10/25/12 | NSR | Telephone conference with client regarding case strategy | L120 | .20 hrs |
| 10/25/12 | MPE | Review and redact 161 pages of call notes. | L320 | 2.10 hrs |
| 10/26/12 | MPE | Review and redact 350 pages of client documents in preparation for document production. | L320 | 3.20 hrs |
| 10/30/12 | MPE | Review and redact additional 332 pages of client documents in preparation for response to production request. | L320 | 4.10 hrs |
| 10/31/12 | NSR | Review 682 pages of document production for privilege | L320 | 1.60 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $4,884.40 |
| LESS DISCOUNT | (3,320.65) |
| NET FEES | $1,563.75 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | 1.60 hrs | 323.00 /hr | 516.80 |
| Nader Raja | 9.00 hrs | 280.00 /hr | 2,520.00 |
| Melisa P. Palmer | 12.40 hrs | 149.00 /hr | 1,847.60 |

| | | |
|---|---|---|
| TOTAL FEES | 23.00 hrs | $1,563.75 |

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301143

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,563.75

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301143

INVOICE #  821596

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301143
     Andrews, Kenneth L. and Lora P.
     Loan No. 7800571689; Ally No. 722263
     TC # 722263

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 11/01/12 | RBB | Document production in response to discovery request | L140 | 1.30 hrs |
| 11/01/12 | NSR | Draft status report for client | L190 | .10 hrs |
| 11/05/12 | NSR | Correspondence with J.Scarborough regarding discovery responses and settlement discussions | L160 | .20 hrs |
| 11/07/12 | NSR | Telephone conference with J.Scarborough regarding plaintiff's demands for settlement | L160 | .20 hrs |
| 11/07/12 | NSR | Review and analyze plaintiff's responses to requests for admissions | L310 | .20 hrs |
| 11/19/12 | NSR | Review and analyze e-mail from J.Scarborough, counsel for borrower, with attached proof of claim | L120 | .10 hrs |
| 11/26/12 | NSR | Correspondence with client regarding history of settlement negotiations | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$445.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
NOVEMBER 30, 2012

0G2012-301143

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert B. Benson | 1.30 hrs | 149.00 /hr | 193.70 |
| Nader Raja | .90 hrs | 280.00 /hr | 252.00 |

| | | |
|---|---|---|
| TOTAL FEES | 2.20 hrs | $445.70 |

**TOTAL CHARGES FOR THIS INVOICE**
$445.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301143

INVOICE #  830218

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301143
Andrews, Kenneth L. and Lora P.
Loan No. 7800571689; Ally No. 722263
TC # 722263

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/01/12 | NSR | Draft status report for client | L120 | .10 hrs |
| 12/16/12 | NSR | Review and respond to e-mail from J.Scarborough, counsel for borrowers, regarding discovery responses and tentative settlement talks | L310 | .10 hrs |
| 12/21/12 | NSR | E-mail correspondence with J.Scarborough, borrowers' attorney, regarding settlement demands and discovery | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $84.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Nader Raja | .30 hrs | 280.00 /hr | 84.00 |
| TOTAL FEES | 0.30 hrs | | $84.00 |

**TOTAL CHARGES FOR THIS INVOICE**                  $84.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive                                                    NOVEMBER 27, 2012
Fort Washington, PA 19034                                             0G2012-301144

INVOICE # 819524

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301144
     Hunter, Heather W. - 714414
     Loan No.; 7417457264
     TC # 714414

PROFESSIONAL SERVICES

06/03/12   RK    Draft status report regarding reschulded        L120      .10 hrs
                 hearing

06/11/12   GWG   Correspondence and calls to plaintiff           L240      .40 hrs
                 and court regarding postponement of the
                 previously scheduled summary judgment
                 hearing

06/11/12   MST   E-mails from plaintiff regarding                L110      .20 hrs
                 rescheduling hearing date, update file
                 and calendar accordingly.

06/12/12   MST   Telephone call with court clerk                 L110      .20 hrs
                 regarding new hearing date.

06/12/12   MST   Draft Amended Notice of Hearing and             L210      .40 hrs
                 prepare for filing and service by
                 certified and regular U.S. Mail.

06/12/12   MST   Draft Notice of Appearance and prepare          L210      .40 hrs
                 for filing and service by certified and
                 regular U.S. Mail.

06/12/12   phn   Call court to reset motion for summary          L440      .30 hrs
                 judgment hearing based on plaintiffs
                 request to postpone hearing until July
                 10th



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301144

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 06/13/12 | phn | Review filed notice of appearance and notice of hearing for motion for summary judgment | L120 | .30 hrs |
| 06/13/12 | GWG | Correspondence with Borrower regarding amended notice of summary judgment hearing | L240 | .20 hrs |
| 06/13/12 | MST | Revise Notice of Appearance and Notice of Hearing and prepare for filing and service. | L210 | .50 hrs |
| 07/02/12 | ABB | Assimilation and compilation of pleadings including Complaint, Suggestion of Bankruptcy and Stay, Rule 16 Order, Motion to Remand, Memorandum and Brief, Response to Motion to Remand | L110 | .90 hrs |
| 07/02/12 | RK | Update status report regarding hearing on our motion for summary judgement | L120 | .10 hrs |
| 07/16/12 | GWG | Preparation for summary judgment hearing | L240 | .50 hrs |
| 07/16/12 | phn | Review current docket sheet to confirm plaintiff did not file a response | L120 | .20 hrs |
| 07/16/12 | MST | Telephone call with court clerk regarding hearing, notify attorneys and update file regarding same. | L110 | .40 hrs |
| 07/16/12 | MST | Obtain and analyze current docket sheet, forward to attorneys in preparation of hearing. | L110 | .40 hrs |
| 07/17/12 | phn | Plan and prepare for motion for summary judgment hearing | L230 | 4.20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301144

FED ID NO. 63-0243316

| 07/17/12 | GWG | Preparation for summary judgment hearing | L240 | .30 hrs |
|---|---|---|---|---|
| 07/18/12 | GWG | Factual research into plaintiffs' allegation | L110 | .30 hrs |
| 07/18/12 | GWG | Strategy conference regarding new date for the summary judgment hearing based on the Court's allowing plaintiffs to search for new counsel | L240 | .30 hrs |
| 07/18/12 | GWG | Call with client regarding occupancy of the property | L110 | .20 hrs |
| 07/18/12 | phn | Attend presiding docket and motion for summary judgment hearing | L230 | 2.80 hrs |
| 07/19/12 | MST | Finalize Notice of Hearing and prepare for filing and service. | L210 | .40 hrs |
| 07/19/12 | phn | Review Plaintiff&s claim regarding substantial payments on account and disputed balance | L120 | .50 hrs |
| 07/19/12 | phn | Draft notice of hearing and prepare for filing and service | L210 | .40 hrs |
| 07/20/12 | phn | Update local counsel spreadsheet for GMAC | L190 | .20 hrs |
| 07/23/12 | phn | Review email from plaintiff regarding her payment history and corresponding documents in support | B110 | .20 hrs |
| 07/31/12 | phn | Review Plaintiff&s payment history submitted via email | L120 | .30 hrs |
| 08/02/12 | RK | Draft status report regarding automatic stay | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301144

FED ID NO. 63-0243316

| 08/07/12 | GWG | Review and analyze documents forwarded by plaintiffs regarding amounts paid on the loan | L110 | 1.40 hrs |
| 08/09/12 | GWG | Work on summary judgment strategy in light of plaintiff's recent disclosures and claim to have an attorney | L240 | .80 hrs |
| 08/09/12 | phn | Review plaintiffÆs email  and voicemail requesting continuance | L120 | .20 hrs |
| 08/13/12 | GWG | Conference call with client | L120 | .20 hrs |
| 08/13/12 | phn | Review voicemail from D.Lent | L120 | .20 hrs |
| 08/14/12 | MST | Prepare pleadings for hearing notebook. | L110 | .40 hrs |
| 08/14/12 | phn | Phone call with D.Lent, plaintiffÆs husband | L120 | .30 hrs |
| 08/14/12 | phn | Verifying service on motion for summary judgment hearing | L120 | .20 hrs |
| 08/15/12 | phn | Draft counterclaim to prevent plaintiffÆs non-suit | L210 | 1.20 hrs |
| 08/15/12 | phn | Phone call with R.Davis, regarding motion for summary judgment hearing proposed settlement | L160 | .30 hrs |
| 08/15/12 | GWG | Research for and draft counterclaim for declaratory judgment | L210 | 1.00 hrs |
| 08/16/12 | GWG | Strategy conference regarding summary judgment hearing and possible non-suit | L240 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301144

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 08/16/12 | phn | Reviewed opposing counsel's notice of appearance and performed background research on his practice | L210 | .30 hrs |
| 08/16/12 | MST | Finalize Defendant's Original Counterclaim and prepare for filing and service | L210 | .60 hrs |
| 08/17/12 | phn | Review letter from opposing counsel requesting continuance | L120 | .20 hrs |
| 08/17/12 | phn | Email to client requesting payoff and update pay history | L120 | .20 hrs |
| 08/17/12 | phn | Research and analysis of insufficient time to file response | L120 | .70 hrs |
| 08/20/12 | MST | Obtain and analyze current docket sheet in preparation of upcoming hearing on Motion for Summary Judgment | L110 | .40 hrs |
| 08/20/12 | phn | Analysis of opposing counselÆs request for continuance | L120 | .50 hrs |
| 08/20/12 | phn | Researching law regarding motions to continue in antivipation of August 21,2012 hearing | L230 | .50 hrs |
| 08/20/12 | phn | Review current docket to determine if opposing counsel filed any motions prior to hearing | L120 | .30 hrs |
| 08/20/12 | phn | Phone calls with opposing counsel and his office regarding his motion to continue | L210 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301144

FED ID NO. 63-0243316

| 08/20/12 | phn | Review and analyze opposing counselÆs motion to continue | L210 | .30 hrs |
| 08/20/12 | phn | Prepare arguments for opposition to motion to continue and motion for summary judgment | L240 | 3.50 hrs |
| 08/21/12 | GWG | Prepare for summary judgment hearing | L240 | 1.40 hrs |
| 08/21/12 | phn | Prepare arguments for motion to continue and motion for summary judgment | L210 | 2.40 hrs |
| 08/21/12 | phn | Attend hearing and present oral arguments for opposition to motion for continuance | L230 | 1.00 hrs |
| 08/21/12 | phn | Discussions with opposing counsel regarding summary judgment arguments and loan payoff amounts | L120 | .70 hrs |
| 08/21/12 | phn | Obtain PlaintiffÆs consent to motion for summary judgment | L120 | .30 hrs |
| 08/21/12 | phn | Attend presiding docket to have presiding judge enter agreed order on summary judgment | L230 | .40 hrs |
| 08/21/12 | phn | Email to R.Meeker discussing the results of the hearing and requesting information on eviction process | L230 | .20 hrs |
| 08/21/12 | MST | Receipt and review of unclaimed certified mail from plaintiff and update file regarding same | L140 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    7
NOVEMBER 27, 2012

OG2012-301144

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/22/12 | GWG | Preparation for summary judgment hearing and hearing on plaintiff's motion to continue | L240 | 1.60 hrs |
| 08/23/12 | GWG | Analyze Rule  for appropriate foreclosure steps | L120 | 1.10 hrs |
| 08/23/12 | phn | Email exchange with R.Meeker regarding results of motion for summary judgment hearing and forthcoming eviction action | L230 | .40 hrs |
| 08/24/12 | GWG | Draft non-suit of counterclaim and closing memorandum to client | L210 | .60 hrs |
| 08/24/12 | phn | Review and analysis of opposing counselÆs fax regarding request for additional time to payoff loan | L120 | .20 hrs |
| 09/25/12 | MST | Analysis of docket sheet and pleadings and update taxonomy and opposing counsel report regarding motions filed, outcome of motions, ruling judge and research for same | L110 | .40 hrs |
| 09/26/12 | MST | Update taxonomy and opposing counsel reports | L140 | .30 hrs |
| 10/29/12 | phn | Review and analysis of correspondence from R.Meeker related to origination file | L120 | .30 hrs |

```
                 TOTAL FEES FOR THIS MATTER
                 LESS DISCOUNT                         $8,750.90
                 NET FEES                             (5,773.67)
                                                       $2,977.23
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
NOVEMBER 27, 2012

0G2012-301144

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Melanie Thompson | 5.20 hrs | 150.00 /hr | 780.00 |
| Allison Burke | .90 hrs | 150.00 /hr | 135.00 |
| Graham W. Gerhardt | 10.80 hrs | 263.00 /hr | 2,840.40 |
| Preston H. Neel | 24.70 hrs | 200.00 /hr | 4,940.00 |
| Riley Key | .30 hrs | 185.00 /hr | 55.50 |

TOTAL FEES             41.90 hrs                    $2,977.23

**TOTAL CHARGES FOR THIS INVOICE**                    $2,977.23

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301144

INVOICE #  821598

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301144
     Hunter, Heather W. - 714414
     Loan No.; 7417457264
     TC # 714414

PROFESSIONAL SERVICES

11/01/12  phn  Review correspondence and file regarding     L120     .20 hrs
               closing documents

                   TOTAL FEES FOR THIS MATTER
                                                                  $40.00

BILLING SUMMARY

   Preston H. Neel          .20 hrs   200.00 /hr        40.00

TOTAL FEES               0.20 hrs              $40.00

TOTAL CHARGES FOR THIS INVOICE               $40.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301145

INVOICE #  819525

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301145
     Wasserman, Michael - 711942
     Loan No. 0601831485
     TC # 711942

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 06/01/12 | phn | June 2012 status update | L120 | .20 hrs |
| 06/12/12 | phn | Email exchange with R.Meeker regarding plaintiff's financial information for loan modification review | L120 | .30 hrs |
| 06/12/12 | phn | Email to opposing counsel regarding plaintiffÆs failure to produce financial information in accordance with the Rule 11 agreement | L320 | .20 hrs |
| 06/19/12 | phn | Analysis of bankruptcy order and effect of relief from stay | L120 | .20 hrs |
| 07/02/12 | phn | Draft July status update | L190 | .20 hrs |
| 07/11/12 | phn | Phone call with opposing counsel regarding second scheduling conference and plaintiffÆs delinquent financial statements | L120 | .40 hrs |
| 07/27/12 | phn | Plan and prepare for second scheduling conference, draft proposed discovery, and document settlement opportunities | L230 | 1.60 hrs |
| 07/30/12 | phn | Attend Second Scheduling Conference | L230 | 1.70 hrs |
| 07/30/12 | phn | Plan and prepare for Second Scheduling Conference | L230 | 4.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301145

FED ID NO. 63-0243316

| 07/30/12 | phn | Review discovery and outstanding responses in preparation for trial | L230 | .30 hrs |
| 07/31/12 | GWG | Strategy conference regarding discovery and dispositive motion strategy | L120 | .50 hrs |
| 07/31/12 | phn | Phone call with opposing counsel regarding deposition and financial information for loan modification | L330 | .30 hrs |
| 07/31/12 | phn | Draft joint motion for discovery extension | L220 | .40 hrs |
| 07/31/12 | phn | Draft notice of deposition | L220 | .40 hrs |
| 07/31/12 | phn | Draft letter regarding deposition and discovery | L330 | .30 hrs |
| 07/31/12 | phn | Email exchange with R.Meeker regarding trial date and requesting payoff quote | L230 | .30 hrs |
| 07/31/12 | phn | Review Plaintiff&s partial financial package | L120 | .30 hrs |
| 08/01/12 | phn | Draft letter to opposing counsel regarding deposition notice and discovery | L330 | .30 hrs |
| 08/01/12 | phn | Draft notice of deposition | L190 | .50 hrs |
| 08/01/12 | phn | Review and analyze paper file for GMAC&s first discovery to Plaintiff and Plaintiff&s responses | L120 | .40 hrs |
| 08/01/12 | phn | Review and analyze Plaintiff&s designation of experts | L120 | .20 hrs |
| 08/02/12 | phn | Draft August status update | L190 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301145

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/03/12 | phn | Scheduling court reporting services for Plaintiff&#198;s deposition | L330 | .20 hrs |
| 08/03/12 | phn | Analysis of client documents to determine what additional information is needed for deposition | L330 | 2.90 hrs |
| 08/03/12 | phn | Email to R.Meeker requesting files for deposition | L330 | .30 hrs |
| 08/07/12 | phn | Call to court to determine procedure for setting hearings | L230 | .30 hrs |
| 08/08/12 | phn | Review Plaintiff&#198;s financials and opposing counsel&#198;s correspondence requesting a loan modification | L120 | .50 hrs |
| 08/08/12 | phn | Email to R.Meeker attaching Plaintiff&#198;s financial package and request for a loan modification | L120 | .20 hrs |
| 08/08/12 | phn | Review payoff and reinstatement quotes for incorporation into motion for summary judgment | L120 | .50 hrs |
| 08/08/12 | phn | Review foreclosure counsel&#198;s file 135 pages | L120 | 1.70 hrs |
| 08/08/12 | phn | Review and analyze 146 pages of call notes | L120 | 1.60 hrs |
| 08/08/12 | phn | Phone call with foreclosure counsel to discuss foreclosure file and procedural history in preparation for plaintiff&#198;s deposition | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301145

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/08/12 | phn | Draft email to opposing counsel to fulfill opposing counsel request for a word version of defendantÆs first discovery requests | L120 | .30 hrs |
| 08/08/12 | phn | Draft email to R.Meeker requesting status update on payoff and reinstatement quotes in preparation for plaintiffÆs deposition | L120 | .30 hrs |
| 08/08/12 | MST | Research foreclosure web site in Cooke County in attempt to obtain foreclosure application | L110 | .40 hrs |
| 08/08/12 | MST | E-mails to and from Thomson Reuters regarding foreclosure file for plaintiff. | L110 | .30 hrs |
| 08/09/12 | MST | E-mail to and from researcher regarding foreclosure file and conference with P. Neel regarding same. | L110 | .30 hrs |
| 08/09/12 | phn | Draft Motion for Summary Judgment | L210 | 3.50 hrs |
| 08/09/12 | phn | Draft Affidavit in Support | L210 | 1.20 hrs |
| 08/09/12 | phn | Gather support for Affidavit | L210 | .90 hrs |
| 08/09/12 | phn | Email exchange with opposing counsel regarding deposition set for August 13, 2012 | L330 | .40 hrs |
| 08/10/12 | GWG | Review and analyze summary judgment strategy and bankruptcy issues | L120 | 1.10 hrs |
| 08/10/12 | phn | Review and analyze foreclosure file and plaintiffÆs interrogatories, and admissions in preparation for deposition | L330 | 4.70 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301145

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 08/10/12 | phn | Prepare exhibit list and documents for deposition | L330 | 1.10 hrs |
| 08/10/12 | phn | Email exchange with opposing counsel regarding deposition and plaintiffÆs discovery responses | L330 | .30 hrs |
| 08/10/12 | phn | Draft notice of bankruptcy and email exchange with R. Meeker regarding its approval | L210 | .80 hrs |
| 08/10/12 | phn | Review and analyze Affidavit of R. Calhoun in support of motion for summary judgment | L210 | .40 hrs |
| 08/10/12 | phn | Email exchange with R.Meeker regarding loan modification | L120 | .50 hrs |
| 08/12/12 | phn | Plan and prepare for deposition | L330 | 2.80 hrs |
| 08/13/12 | phn | Prepare and take PlaintiffÆs deposition | L330 | 3.50 hrs |
| 08/13/12 | phn | Discussions with opposing counsel regarding loan modification and settlement | L160 | .30 hrs |
| 08/13/12 | phn | Revise and edit motion for summary judgment | L210 | 2.10 hrs |
| 08/13/12 | phn | Email from R.Meeker regarding recent payment history | L120 | .20 hrs |
| 08/13/12 | phn | Review pay history | L120 | .30 hrs |
| 08/13/12 | phn | Plan and prepare for service of notice of bankruptcy | L210 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301145

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/13/12 | phn | Review complete foreclosure application received from Cooke County Texas | L120 | .40 hrs |
| 08/13/12 | MST | Telephone call with court clerk regarding Notice of Bankruptcy. | L110 | .20 hrs |
| 08/13/12 | MST | Analysis of Application for Foreclosure from 2009. | L120 | .60 hrs |
| 08/13/12 | MST | Prepare letter to court clerk enclosing Notice of Bankruptcy to be filed with court. | L140 | .40 hrs |
| 08/13/12 | MST | Finalize Notice of Bankruptcy and proposed order and prepare for filing and service. | L190 | .60 hrs |
| 08/14/12 | phn | Review plaintiff's document production related to correspondence from D.Gamez at Pite Duncan | L120 | .50 hrs |
| 08/14/12 | phn | Order expedited transcripts | L120 | .40 hrs |
| 08/14/12 | phn | Review deposition transcript and testimony | L330 | 1.20 hrs |
| 08/14/12 | GWG | Work on brief in support of summary judgment | L240 | 1.10 hrs |
| 08/15/12 | GWG | Finalize summary judgment brief | L210 | 1.40 hrs |
| 08/15/12 | phn | Revise and edit motion for summary judgment with arguments and Plaintiff's deposition testimony | L210 | 2.50 hrs |
| 08/16/12 | phn | Review and analyze certified copy of plaintiff's deposition transcript | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
NOVEMBER 27, 2012

0G2012-301145

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 08/16/12 | MST | Prepare letter via federal express to clerk enclosing Motion for Summary Judgment | L140 | .40 hrs |
| 08/16/12 | MST | Finalize Motion for Summary Judgment, Exhibits 1-3 and Attachments A-L, proposed order and prepare all for filing and service | L210 | 1.40 hrs |
| 08/17/12 | phn | Email exchange with client regarding loan modification decision | L120 | .20 hrs |
| 08/17/12 | phn | Analyze and develop offer of settlement | L160 | .50 hrs |
| 08/20/12 | MST | Review notice from court regarding Notice of Bankruptcy and update file regarding same | L110 | .20 hrs |
| 08/20/12 | phn | Phone call with court regarding whether hearing had been set by Judge on our motion for summary judgment | L120 | .20 hrs |
| 08/23/12 | GWG | Strategy conference regarding bankruptcy and pending dispositive motion | L120 | .40 hrs |
| 08/28/12 | phn | Phone call with R.Meeker regarding upcoming trial deadline and pending motion for summary judgment | L230 | .30 hrs |
| 08/28/12 | phn | Email to R.Meeker enclosing letter to opposing counsel | L230 | .20 hrs |
| 08/28/12 | phn | Review and analysis of Plaintiffᴁs self employed documentation submitted for loan modification review | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
NOVEMBER 27, 2012

0G2012-301145

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 08/28/12 | phn | Edit and revise Plaintiff's self employed documentation to remove personal expenses | L120 | .20 hrs |
| 08/28/12 | phn | Email to opposing counsel regarding Plaintiff's self employed documentation and requesting confirmation of non-personal expense financials | L120 | .20 hrs |
| 09/01/12 | phn | Review email from opposing counsel containing Plaintiff's profit and loss statement as part of his loan modification documents | L120 | .30 hrs |
| 09/04/12 | phn | Email correspondence to R.Meeker attaching Plaintiff's profit and loss statement information needed for loan modification review | L120 | .20 hrs |
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |
| 09/06/12 | phn | Review trial readiness and confirm corporate witness for October 8, 2012 trial | L230 | .20 hrs |
| 09/10/12 | phn | Trial readiness memo, phone call with R.Meeker, verify witness for trial | L440 | .50 hrs |
| 09/10/12 | GWG | Review previous pleadings and correspondence and devise summary judgment and trial strategy | L120 | 3.50 hrs |
| 09/11/12 | phn | Phone call with court to determine motion for summary judgment hearing | L120 | .40 hrs |
| 09/11/12 | phn | Research and analysis of law on summary judgment hearings | L120 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    9
NOVEMBER 27, 2012

0G2012-301145

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/14/12 | phn | Research relief and appellate standard of review for denial of hearing request | L120 | 1.30 hrs |
| 09/16/12 | phn | Review and analysis of pleadings, bankruptcy and case law for hearing on motion for summary judgement setting | L230 | .50 hrs |
| 09/17/12 | phn | Review case law and prepare arguments for hearing on GMACÆs request for hearing | L230 | 4.20 hrs |
| 09/17/12 | phn | Attend hearing | L230 | 1.10 hrs |
| 09/18/12 | phn | Draft letter to opposing counsel notifying him of CourtÆs resetting of hearing on GMACÆs bankruptcy | L230 | .30 hrs |
| 09/18/12 | phn | Draft email to R.Meeker regarding trial cancellation | L230 | .30 hrs |
| 09/18/12 | GWG | Strategy conference regarding effect of bankrupty on scheduled summary judgment hearing and trial | L120 | .40 hrs |
| 09/21/12 | phn | Email exchange with R.Meeker regarding settlement | L160 | .30 hrs |
| 09/27/12 | phn | Review and analyze loan modification denial | L120 | .40 hrs |
| 09/27/12 | phn | Phone call with R.Meeker regarding settlement | L110 | .40 hrs |
| 09/27/12 | phn | Draft letter to opposing counsel with settlement | L160 | .30 hrs |
| 09/27/12 | phn | Review opposing counselÆs email regarding settlement | L160 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    10
NOVEMBER 27, 2012

0G2012-301145

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 09/28/12 | GWG | Strategy conference regarding settlement negotiations | L160 | .40 hrs |
| 10/01/12 | phn | Draft October 2012 status update | L190 | .20 hrs |
| 10/03/12 | phn | Review voicemail from plaintiffÆs counsel regarding settlement and hearing | L160 | .20 hrs |
| 10/03/12 | phn | Prepare for telephonic hearing on bankruptcy | L230 | 1.40 hrs |
| 10/03/12 | phn | Attend hearing on GMAC bankruptcy | L230 | .60 hrs |
| 10/03/12 | phn | Prepare analysis of CourtÆs ruling | L120 | 1.30 hrs |
| 10/03/12 | phn | Review opposing counselÆs proposed order | L120 | .40 hrs |
| 10/03/12 | GWG | Prepare for and attend hearing regarding possible stay of the case | L230 | 1.50 hrs |
| 10/04/12 | phn | Research law on motion to reconsider | C200 | .80 hrs |
| 10/05/12 | phn | Research and analysis of motion to reconsider judge's order on bankruptcy stay | L120 | .80 hrs |
| 10/09/12 | phn | Draft analysis of hearing for R.Meeker | L120 | .30 hrs |
| 10/10/12 | phn | Attend conference call regarding court's order to stay case | L120 | .30 hrs |
| 10/10/12 | GWG | Strategy conference regarding bankruptcy stay | L120 | .50 hrs |
| 10/11/12 | phn | Review plaintiffÆs draft of request for entry of order | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              PAGE    11
                                                                   NOVEMBER 27, 2012

                                                                   0G2012-301145

                                                                   FED ID NO. 63-0243316

| 10/22/12 | CWH | Review and analyze issues regarding court's refusal to allow permitted claims to go forward while GMAC's bankruptcy is still pending | L210 | .10 hrs |
| 10/30/12 | phn | Review and analyze Order staying case | L210 | .20 hrs |
| 10/30/12 | phn | Communications with R.Meeker regarding stay | L120 | .20 hrs |

|  | TOTAL FEES FOR THIS MATTER | $18,033.40 |
|  | LESS DISCOUNT | (4,685.40) |
|  | NET FEES | $13,348.00 |

### EXPENSES

| 20 | Airline Tickets |  |
| 21 | Travel Expense | 643.60 |
| 23 | Meal Expense | 209.65 |
|  |  | 14.49 |
|  | TOTAL COSTS FOR THIS MATTER | $867.74 |

### BILLING SUMMARY

| Melanie Thompson | 4.80 hrs | 150.00 /hr | 720.00 |
| Christian W. Hancock | .10 hrs | 330.00 /hr | 33.00 |
| Graham W. Gerhardt | 10.80 hrs | 263.00 /hr | 2,840.40 |
| Preston H. Neel | 72.20 hrs | 200.00 /hr | 14,440.00 |

| TOTAL FEES | 87.90 hrs | $13,348.00 |

| TOTAL EXPENSES | | $867.74 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    12
NOVEMBER 27, 2012

0G2012-301145

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $14,215.74

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301145

INVOICE #  821599

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301145
     Wasserman, Michael - 711942
     Loan No. 0601831485
     TC # 711942

PROFESSIONAL SERVICES

11/01/12  phn  November status update                      L190      .20 hrs

           TOTAL FEES FOR THIS MATTER
                                                                  $40.00

BILLING SUMMARY

    Preston H. Neel              .20 hrs   200.00 /hr        40.00

TOTAL FEES                       0.20 hrs
                                                            $40.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                            $40.00

           ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301145

INVOICE #  830219

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301145
     Wasserman, Michael - 711942
     Loan No. 0601831485
     TC # 711942

PROFESSIONAL SERVICES

| 12/03/12 | phn | Draft status report for client | L190 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                    $40.00

EXPENSES

| 21 | Travel Expense | 4.05 |
|---|---|---|

TOTAL COSTS FOR THIS MATTER          $4.05

BILLING SUMMARY

| Preston H. Neel | .20 hrs | 200.00 /hr | 40.00 |
|---|---|---|---|
| TOTAL FEES | 0.20 hrs | | $40.00 |
| TOTAL EXPENSES | | | $4.05 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$44.05** |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301146

INVOICE #  819526

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301146
     Harris, Hanalei & Quannah - 712541
     Loan No. 7441610813
     TC # 712541

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 06/01/12 | JJPH | Prepare status report to client regarding motion to proceed as a pauper and obligation to respond to complaint | L120 | .20 hrs |
| 06/01/12 | JJPH | Email correspondence with Delehey regarding foreclosure sale | L120 | .10 hrs |
| 06/01/12 | JDR | E-mail correspondence with L.Delehy regarding status of service. | L190 | .10 hrs |
| 06/06/12 | JDR | Review e-mail from L.Delehy regarding proceeding to sale of property. | L120 | .10 hrs |
| 06/06/12 | JJPH | Email correspondence regarding foreclosure | L120 | .10 hrs |
| 06/07/12 | JJPH | Review and analyze new complaint filed in state court seeking injunction of foreclosure file | L210 | .40 hrs |
| 06/07/12 | JJPH | Email correspondence with John Barney regarding injunction | L210 | .20 hrs |
| 06/07/12 | JJPH | Email correspondence to Delehey regarding new lawsuit and injunction | L210 | .20 hrs |
| 06/07/12 | JDR | Review complaint and temporary restraining order. | L210 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301146

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 06/07/12 | JDR | E-mail correspondence with J.Barney regarding notice of removal and consent to same. | L250 | .20 hrs |
| 06/07/12 | JDR | E-mail correspondence with L.Delehy regarding proposed removal of action to federal court. | L250 | .20 hrs |
| 06/08/12 | JJPH | Email correspondence with Delehey regarding injunction | L210 | .10 hrs |
| 06/08/12 | JJPH | Email correspondence with Delehey regarding removal | L210 | .10 hrs |
| 06/08/12 | JJPH | Email correspondence with John Barney regarding residency of Wilson & Associates' members | L210 | .10 hrs |
| 06/11/12 | JJPH | Telephone call to Delehey regarding representation of MERS in new state court action | L210 | .10 hrs |
| 06/11/12 | JJPH | Email correspondence from John Barney regarding removal | L210 | .10 hrs |
| 06/11/12 | JDR | Review and respond to e-mail from J.Barney regarding removal of new state court action. | L250 | .20 hrs |
| 06/12/12 | JDR | Revise draft Notice of Removal of new state court action. | L250 | 1.00 hrs |
| 06/12/12 | JDR | E-mail correspondence with L.Delehy regarding removal and service issues. | L250 | .10 hrs |
| 06/12/12 | JJPH | Email correspondence with Delehey regarding service of process on MERS | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301146

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/12/12 | JJPH | Telephone conference with Chancery court clerk re summons issued to MERS | L210 | .20 hrs |
| 06/12/12 | JJPH | Prepare notice of removal and other supporting papers | L210 | 2.20 hrs |
| 06/13/12 | JJPH | Review, edit, and finalize notice of removal, notice to state court, and other supporting papers | L210 | 2.30 hrs |
| 06/13/12 | JJPH | Email correspondence with Delehey regarding approval to file notice of removal | L210 | .10 hrs |
| 06/13/12 | JJPH | Email correspondence to Delehey regarding removal papers and response deadline | L210 | .10 hrs |
| 06/13/12 | JDR | Revise, finalize and file Notice of Removal, along with civil cover sheet and three exhibits. | L250 | 1.80 hrs |
| 06/13/12 | JDR | E-mail correspondence with L.Delehy receiving authorization to file notice of removal. | L250 | .10 hrs |
| 06/18/12 | JDR | Review e-mail and attachments from L.Delehy regarding service of process by Plaintiffs upon MERS. | L210 | .10 hrs |
| 06/19/12 | JJPH | Email correspondence from Delehey regarding service of process on MERS | L210 | .10 hrs |
| 06/19/12 | JJPH | Prepare motion to consolidate | L250 | .40 hrs |
| 06/20/12 | JJPH | Continue work on motion to consolidate cases and supporting memorandum | L250 | 2.20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301146

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 06/21/12 | JJPH | Review order to issue and effect service of process | L210 | .20 hrs |
| 06/26/12 | JJPH | Email correspondence regarding motion to extend response deadline | L250 | .10 hrs |
| 06/30/12 | JJPH | Email correspondence regarding motion to dismiss | L240 | .10 hrs |
| 07/01/12 | JDR | Drafting motion to dismiss Complaint. | L240 | 2.40 hrs |
| 07/02/12 | JDR | Draft and file motion for extension of time in which to respond to complaint, and memorandum; send copies by mail to plaintiffs. | L250 | .70 hrs |
| 07/02/12 | JJPH | Telephone call to borrower regarding motion for extension | L210 | .10 hrs |
| 07/02/12 | JJPH | Prepare certificate of consultation regarding motion for extension | L210 | .20 hrs |
| 07/03/12 | JJPH | Review MERS' motion for extension of time to file responsive pleading | L210 | .10 hrs |
| 07/03/12 | JJPH | Prepare proposed order granting motion for extension | L210 | .30 hrs |
| 07/03/12 | JJPH | Email correspondence to Court regarding proposed order granting motion for extension | L210 | .10 hrs |
| 07/05/12 | JJPH | Prepare status report to client regarding service on FNMA in the new federal suit | C300 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301146

FED ID NO. 63-0243316

| 07/06/12 | JJPH | Work on motion to dismiss federal lawsuit filed against MERS and supporting memorandum | L240 | .80 hrs |
|---|---|---|---|---|
| 07/10/12 | JJPH | Continue work on memorandum in support of MERS' motion to dismiss | L240 | .80 hrs |
| 07/11/12 | JJPH | Continue work on memorandum in support of MERS' motion to dismiss | L240 | 1.30 hrs |
| 07/11/12 | JJPH | Review Wilson & Associate's motion to dismiss and supporting memorandum | L240 | .20 hrs |
| 07/15/12 | JJPH | Review and revise memorandum of law in support of motion to dismiss | L240 | 2.30 hrs |
| 07/16/12 | JJPH | Review, edit, and finalize motion to dismiss, exhibits, and supporting memorandum | L240 | 1.60 hrs |
| 07/16/12 | JDR | Revise Memorandum in Support of Motion to Dismiss Complaint in its entirety. | L210 | 2.50 hrs |
| 07/17/12 | JJPH | Email correspondence regarding consultation requirement and proposed order | L240 | .10 hrs |
| 07/19/12 | JJPH | Email correspondence regarding summonses issued as to MERS and GMAC | L210 | .10 hrs |
| 07/19/12 | JDR | Review two docket notices from court clerk regarding issuance of summonses to GMAC and MERS. | L210 | .10 hrs |
| 07/23/12 | JDR | Brief review of second amended complaint. | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301146

FED ID NO. 63-0243316

| 07/23/12 | JJPH | Review and analyze Second Amended Complaint | L210 | .30 hrs |
| 07/24/12 | JJPH | Review notice of service on GMAC in federal action | L210 | .10 hrs |
| 07/24/12 | JJPH | Review and analyze federal rules regarding service of process | L210 | .70 hrs |
| 07/24/12 | JJPH | Prepare email to Delehey regarding notice of service on GMAC and responsive pleading | L210 | .20 hrs |
| 07/24/12 | JJPH | Email correspondence regarding 2nd Amended Complaint | L210 | .20 hrs |
| 07/24/12 | JJPH | Review summonses issued to Decision One, GMAC, MERS, and Wilson and Associates in federal action | L210 | .30 hrs |
| 07/24/12 | JJPH | Prepare letter to Borrowers regarding attempted service of process on MERS | L210 | .30 hrs |
| 07/24/12 | JDR | E-mail to L.Delehey regarding potential return of process served by MERS for service upon unauthorized person. | L250 | .10 hrs |
| 07/25/12 | JDR | Review correspondence from L.Delehey regarding return of MERS subpoena to borrower | L210 | .10 hrs |
| 07/26/12 | JJPH | Review opinion regarding prior case pending doctrine | L240 | .20 hrs |
| 08/02/12 | JDR | Review and analyze Plaintiff's response to motion to dismiss. | L240 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
NOVEMBER 27, 2012

0G2012-301146

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/02/12 | JJPH | Prepare status report to client regarding new lawsuits and motions to dismiss | L120 | .30 hrs |
| 08/07/12 | JJPH | Review court notice regarding re-assignment to Judge Fowlkes | L250 | .10 hrs |
| 08/08/12 | JJPH | Review Plaintiffs' response to MERS' motion to dismiss | L240 | .20 hrs |
| 08/10/12 | JJPH | Review Decision One's motion to exceed page limitations | L240 | .10 hrs |
| 08/10/12 | JJPH | Email correspondence to STET regarding loan origination file | L110 | .10 hrs |
| 08/10/12 | JJPH | Draft and edit GMAC motion to dismiss and supporting memorandum in second action | L240 | 2.70 hrs |
| 08/10/12 | JJPH | Initial review of loan origination file | L110 | .50 hrs |
| 08/10/12 | JDR | Review Decision One's Motion to Exceed Page Limitation. | L250 | .10 hrs |
| 08/10/12 | JDR | Analyze whether to file a Rule 12 motion | L240 | .20 hrs |
| 08/10/12 | JDR | Telephone conference with K.Telfeyan regarding Decision One's role in the litigation, and procedural history of the three related cases filed by the borrowers. | C100 | .30 hrs |
| 08/12/12 | JJPH | Continue work on memorandum in support of motion to dismiss | L240 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
NOVEMBER 27, 2012

0G2012-301146

FED ID NO. 63-0243316

| 08/13/12 | JJPH | Review, revise, and finalize motion to dismiss GMAC from second action and memorandum in support | L240 | 3.30 hrs |
| 08/13/12 | JJPH | Draft and revise motion to dismiss MERS from second action and memorandum in support | L240 | 1.50 hrs |
| 08/13/12 | JJPH | Email correspondence with Delehey regarding filing motion to dismiss on behalf of MERS in second action | L240 | .10 hrs |
| 08/13/12 | JDR | Revise Motion to Dismiss GMAC from Case No. 2224; revise supporting memorandum. | L240 | .60 hrs |
| 08/14/12 | JJPH | Review and analyze Decision One motion to dismiss, exhibits, and supporting memorandum | L240 | .30 hrs |
| 08/14/12 | JJPH | Review and revise MERS motion to dismiss and memorandum in second action | L240 | 1.10 hrs |
| 08/14/12 | JDR | Review Decision One motion to dismiss and supporting memorandum | L240 | .20 hrs |
| 08/17/12 | JJPH | Make further revisions and edits to MERS motion to dismiss and memorandum in support in second action | L240 | .50 hrs |
| 08/17/12 | JJPH | Review order granting motion for leave to file excess pages | L240 | .10 hrs |
| 08/27/12 | JJPH | Review and revise MERS' motion to dismiss and supporting memorandum | L240 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     9
NOVEMBER 27, 2012

0G2012-301146

FED ID NO. 63-0243316

| 08/27/12 | JJPH | Research federal law regarding service of process requirement and fair debt claims | L240 | .80 hrs |
|---|---|---|---|---|
| 08/28/12 | JJPH | Continue work on MERS motion to dismiss and supporting memorandum in second action | L240 | 2.70 hrs |
| 09/04/12 | JJPH | Prepare status report to client regarding motions to dismiss filed on behalf of MERS and GMAC and injunction orders | L120 | .20 hrs |
| 09/11/12 | JDR | Review and revise MERS motion to dismiss and memorandum in support thereof. | L240 | .60 hrs |
| 09/11/12 | JJPH | Review, edit, and finalize motion to dismiss and supporting memorandum on behalf of MERS in second action | L240 | 1.60 hrs |
| 10/02/12 | JJPH | Prepare status report to client regarding motions to dismiss | L120 | .30 hrs |
| 10/02/12 | JJPH | Email correspondence with Ho regarding status of motions to dismiss | L120 | .20 hrs |
| 10/03/12 | JJPH | Review order setting case for trial | L250 | .10 hrs |
| 10/03/12 | JJPH | Review and analyze scheduling order and trial setting | L250 | .20 hrs |
| 10/03/12 | JJPH | Email correspondence to Ho regarding scheduling order and trial setting | L250 | .10 hrs |
| 10/18/12 | JDR | Review Order Striking Second Amended Complaint and Show Cause Order. | L250 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          PAGE    10
                                                               NOVEMBER 27, 2012

                                                               0G2012-301146

                                                               FED ID NO. 63-0243316

| 10/18/12 | JJPH | Review order to show cause as to why GMAC's and MERS' motions to dismiss should not be granted | L240 | .20 hrs |
| 10/18/12 | JJPH | Email correspondence regarding show cause order | L240 | .10 hrs |
| 10/22/12 | JJPH | Review and analyze issues in connection with GMAC bankruptcy | L120 | .10 hrs |
| 10/22/12 | JJPH | Draft, edit, and finalize notice of bankruptcy and suggestion of automatic stay | L250 | 1.30 hrs |
| 10/22/12 | CWH | Review and analyze status of the various cases and determine whether notice of bankruptcy is needed | L210 | .40 hrs |
| 10/31/12 | JDR | Review and analyze Order Granting MERS's Motion for Extension of Time, Order Granting Wilson's Motion to Dismiss, Order Denying Without Prejudice MERS's Motion to Dismiss Without Prejudice, Order Certifying Appeal Not Taken in Good Faith, Order Denying Leave to Proceed In Forma Pauperis on Appeal, and correspondence Judgment. | L240 | .30 hrs |
| 10/31/12 | JJPH | Review judgment in favor of MERS and Wilson & Associates | L240 | .10 hrs |
| 10/31/12 | JJPH | Review and analyze order regarding motion to dismiss in the third action | L240 | .20 hrs |
| 10/31/12 | JJPH | Review summonses returned executed as to GMAC, MERS, Decision One, and Wilson & Associates | L210 | .20 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    11
NOVEMBER 27, 2012

0G2012-301146

FED ID NO. 63-0243316

10/31/12   JJPH  Review Plaintiffs' response to show        L240      .20 hrs
                 cause order


                 TOTAL FEES FOR THIS MATTER                    $14,295.30
                 LESS DISCOUNT                                  (5,139.03)
                 NET FEES                                        $9,156.27


BILLING SUMMARY

    Joshua J. Phillips       41.30 hrs    250.00 /hr     10,325.00
    Christian W. Hancock       .40 hrs    330.00 /hr        132.00
    Jonathan Rose            13.10 hrs    293.00 /hr      3,838.30


TOTAL FEES                   54.80 hrs                   $9,156.27

**TOTAL CHARGES FOR THIS INVOICE**                      $9,156.27
                                                        ==========

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301146

INVOICE #  821601

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301146
     Harris, Hanalei & Quannah - 712541
     Loan No. 7441610813
     TC # 712541

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/01/12 | JJPH | Email correspondence to Jacqueline Ho regarding order dismissing claims | L240 | .10 hrs |
| 11/02/12 | JJPH | Prepare status report to client | L120 | .20 hrs |
| 11/05/12 | JDR | Review e-mail correspondence from J.Ho regarding defendant's response to motion to dismiss. | L240 | .10 hrs |
| 11/07/12 | JJPH | Review Decision One's reply in support of motion to dismiss and attached documents | L240 | .20 hrs |
| 11/07/12 | JJPH | Review Decision One's Reply to Plaintiffs' response to show cause order and attached documents | L240 | .20 hrs |
| 11/08/12 | JJPH | Review Plaintiff's response to motion to dismiss | L240 | .20 hrs |
| 11/08/12 | JJPH | Review Plaintiff's response to show cause order | L240 | .20 hrs |
| 11/15/12 | JDR | Supervisory review of proposed reply brief regarding motion to show cause. | L250 | .30 hrs |
| 11/15/12 | JJPH | Prepare and finalize reply in support of motion to dismiss | L240 | 1.90 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          PAGE      2
                                                               NOVEMBER 30, 2012

                                                               0G2012-301146

                                                               FED ID NO. 63-0243316

| 11/21/12 | JJPH | Prepare case summary for client | L120 | .30 hrs |
|----------|------|--------------------------------|------|---------|
| 11/21/12 | JDR | Draft and send status report e-mail to L.Delehy. | L190 | .10 hrs |
| 11/21/12 | JDR | Review e-mail from T.Groves at MERS regarding status of this matter. | L190 | .10 hrs |

                 TOTAL FEES FOR THIS MATTER                     $1,000.80

BILLING SUMMARY

    Joshua J. Phillips        3.30 hrs    250.00 /hr        825.00
    Jonathan Rose              .60 hrs    293.00 /hr        175.80

TOTAL FEES                    3.90 hrs                    $1,000.80

**TOTAL CHARGES FOR THIS INVOICE**                        $1,000.80

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301146

INVOICE #  830221

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301146
Harris, Hanalei & Quannah - 712541
Loan No. 7441610813
TC # 712541

PROFESSIONAL SERVICES

| 12/03/12 | JJPH | Prepare status report to client regarding briefing on motion to dismiss | L120 | .10 hrs |
| 12/11/12 | JJPH | Review and analyze Plaintiff's response to motion to strike | L250 | .20 hrs |
| 12/11/12 | JJPH | Review notice of filing affidavit of Jeffrey Olson and attached documents | L250 | .20 hrs |
| 12/11/12 | JJPH | Review and analyze Plaintiff's memorandum in opposition to motion to dismiss | L240 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                                $175.00

BILLING SUMMARY

Joshua J. Phillips          .70 hrs   250.00 /hr        175.00

TOTAL FEES                  0.70 hrs                    $175.00

**TOTAL CHARGES FOR THIS INVOICE**                      $175.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301147

INVOICE #  819527

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301147
     Gutierrez, Armando - 712846
     Loan No. 7435997747
     TC # 712846

PROFESSIONAL SERVICES

| 04/30/12 | KE | Review and analyze email from attorney regarding status of Pro Hac Vice order | L120 | .10 hrs |
| 04/30/12 | KE | Review and analyze document from client for case strategy | L120 | .10 hrs |
| 04/30/12 | KE | Review and analyze email from client regarding necessary time frame for their office and case strategy | L120 | .30 hrs |
| 06/12/12 | JMH | Draft status report for client regarding suggestion of bankruptcy to GMAC | L120 | .10 hrs |
| 06/12/12 | JMH | E-mail to J.Sutton regarding contact information for loss mitigation department and issues relating to MERS | L120 | .10 hrs |
| 07/13/12 | JMH | Draft status report for client regarding possible dismissal | L120 | .10 hrs |
| 07/15/12 | CWH | Review and analyze status of litigation now that GMAC filed notice of bankruptcy | L210 | .10 hrs |
| 07/24/12 | JMH | Evaluate status of matter and steps to secure dismissal of MERS and GMAC | L120 | .20 hrs |
| 07/24/12 | JMH | Receive and review e-mail from J.Hoy regarding status of matter | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/24/12 | CWH | Review and analyze status of claims against GMAC and MERS | L210 | .20 hrs |
| 07/24/12 | CWH | Follow-up with J.Hoy on foreclosure | L210 | .20 hrs |
| 07/25/12 | JMH | E-mail to J.Hoy regarding suggestion of bankruptcy | L210 | .10 hrs |
| 08/02/12 | JMH | Receive and review letter from J.Sutton regarding restart of foreclosure process | L120 | .30 hrs |
| 08/02/12 | JAM | Access online docket and review recent case activity | L190 | .30 hrs |
| 08/03/12 | JMH | E-mails to and from J.Hoy regarding status of matter and of foreclosure | L120 | .30 hrs |
| 08/03/12 | JMH | Telephone conference with J.Hoy regarding status of matter and of foreclosure | L120 | .20 hrs |
| 08/09/12 | HTC | Review case status and issues relating to case | L120 | .20 hrs |
| 08/10/12 | JMH | E-mails to and from J.Hoy re revised notice of bankruptcy | L210 | .30 hrs |
| 08/10/12 | JMH | Evaluate status of case and any next steps needed to advance case to resolution | L120 | .10 hrs |
| 08/13/12 | JMH | Revise suggestion of bankruptcy to account for final order of bankruptcy court | L210 | .20 hrs |
| 08/14/12 | JMH | E-mail to J.Hoy regarding revised notice of bankruptcy | L210 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/14/12 | JMH | E-mail to J.Hoy regarding revised notice of bankruptcy | L210 | .10 hrs |
| 08/15/12 | JMH | Draft status report for client regarding summary judgment | L120 | .10 hrs |
| 08/21/12 | JMH | Receive and review e-mail from J.Hoy regarding correspondence from borrower | L120 | .10 hrs |
| 08/26/12 | JMH | Further revisions to notice of bankruptcy listing causes of action and claims asserted by borrower | L210 | .20 hrs |
| 08/26/12 | JMH | E-mail to J.Hoy regarding notice of bankruptcy | L210 | .10 hrs |
| 08/27/12 | JMH | E-mails to and from J.Hoy regarding notice of bankruptcy and strategy pertaining to dismissal of borrower's action against MERS | L120 | .20 hrs |
| 08/27/12 | JMH | Review and approve notice of bankruptcy for filing | L210 | .10 hrs |
| 08/28/12 | AHC | Final review and revision of Suggestion of Bankruptcy | L250 | .40 hrs |
| 08/28/12 | AHC | Correspondence to J.Sutton regarding Suggestion of Bankruptcy and Supplemental Servicing Order | L250 | .20 hrs |
| 08/28/12 | JMH | Research subject-matter jurisdiction | L240 | .40 hrs |
| 08/28/12 | JMH | Draft motion to dismiss | L240 | .70 hrs |
| 08/29/12 | JMH | Research regarding subject - matter jurisdiction | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 08/29/12 | JMH | Continue drafting motion to dismiss | L240 | .90 hrs |
| 08/29/12 | JMH | Telephone conference with B.Blake regarding MERS's involvement in loan foreclosure | L120 | .10 hrs |
| 09/10/12 | JMH | Draft status report for client | L120 | .10 hrs |
| 09/16/12 | JMH | Verify notice of bankruptcy filed with trial court | L210 | .10 hrs |
| 09/17/12 | JMH | Continue drafting motion to dismiss | L240 | .80 hrs |
| 09/18/12 | JMH | Continue drafting motion to dismiss | L240 | .80 hrs |
| 09/18/12 | JMH | E-mail to client regarding pleadings | L240 | .10 hrs |
| 09/18/12 | JMH | Telephone conference with client regarding motion to dismiss | L240 | .10 hrs |
| 09/19/12 | JMH | Evaluate status of matter | L120 | .10 hrs |
| 09/21/12 | JMH | Telephone conference with B.Blake regarding motion to dismiss | L240 | .20 hrs |
| 09/21/12 | JMH | Review assignment of mortgage recorded with Clerk of Court | L110 | .20 hrs |
| 09/28/12 | JMH | Revise motion to dismiss | L240 | .50 hrs |
| 10/02/12 | RV | Plan and prepare case strategy with H.Cannon as it is reassigned to R.Vann | L120 | .20 hrs |
| 10/02/12 | JMH | Draft status report to client | L120 | .10 hrs |
| 10/02/12 | HTC | Need description | L120 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 10/03/12 | RV | Review and analyze case history and strategy with J.Hooks | L120 | .20 hrs |
| 10/04/12 | RV | Draft memorandum to J.Hoy regarding case management and upcoming motion as to MERS | L190 | .10 hrs |
| 10/04/12 | RV | Review and analyze MERS' involvement in order to prepare dispositive motion | L120 | .20 hrs |
| 10/04/12 | RV | Review prior correspondence between J.Hooks and J.Hoy in regards to case history and strategy | L120 | .40 hrs |
| 10/05/12 | RV | Review and analyze all pleadings and correspondence between the parties in order to determine strategy for resolving claims filed against MERS | L120 | 1.50 hrs |
| 10/05/12 | RV | Research regarding declaratory judgment actions | L120 | .50 hrs |
| 10/05/12 | RV | Review and analyze pleadings, and other submissions concerning case strategy in conference with H.Cannon | L120 | .20 hrs |
| 10/05/12 | RV | Research regarding attorney's fees | L120 | .20 hrs |
| 10/05/12 | RV | Research pertaining to claims | L120 | .30 hrs |
| 10/05/12 | RV | Research Florida law pertaining to the filing of dispositive motions | L240 | .30 hrs |
| 10/05/12 | RV | Review and analyze florida law regarding declaratory judgment actions | L120 | .60 hrs |
| 10/05/12 | RV | Review and analyze mortgage, note, allonge, and other loan documents | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/05/12 | RV | Begin drafting motion for summary judgment for MERS | L240 | 2.10 hrs |
| 10/07/12 | RV | Research Florida case law for declaratory judgment actions | L120 | .50 hrs |
| 10/07/12 | RV | Review correspondence between borrower and GMAC and borrower's attorney regarding windstorm insurance requirements in order to incorporate into motion for summary judgment | L110 | .50 hrs |
| 10/07/12 | RV | Draft portions of motion for summary judgment for statement of facts, as well as MERS's argument | L240 | 1.70 hrs |
| 10/07/12 | RV | Review mortgage, note, loan servicing notes, borrower credit applications and other loan documents in order to incorporate into motion for summary judgment | L110 | .80 hrs |
| 10/08/12 | CWH | Review and analyze issues with motion to dismiss on behalf of MERS | L110 | .20 hrs |
| 10/08/12 | RV | Analyze strategy of motion for summary judgment to be filed by MERS with J.Vega regarding the use of GMAC's information in light of the case being stayed as to GMAC | L120 | .20 hrs |
| 10/08/12 | RV | Conference with C.Hancock regarding case strategy and filing of motion for summary judgment as to MERS | L120 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| Date | | Description | | |
|------|----|-------------|------|----------|
| 10/08/12 | RV | Draft section of motion for summary judgment regarding servicing history and particularly notices and letters sent to borrower regarding insurance | L240 | .50 hrs |
| 10/08/12 | RV | Draft correspondence to B.Blake of MERS regarding motion for summary judgment on behalf of MERS | L120 | .10 hrs |
| 10/08/12 | RV | Draft sections of motion for summary judgment as to MERS as to argument regarding subject matter jurisdiction | L240 | .70 hrs |
| 10/08/12 | RV | Draft section of motion for summary judgment regarding declaratory judgment | L240 | .30 hrs |
| 10/08/12 | RV | Draft motion for summary judgment argument pertaining to MERS | L240 | .30 hrs |
| 10/08/12 | RV | Review and analyze case law where MERS involved | L240 | 1.20 hrs |
| 10/08/12 | RV | Finish drafting motion for summary judgment as to MERS and prepare to send to client for review | L240 | 1.00 hrs |
| 10/08/12 | RV | Review and analyze arguments for motion for summary judgment with H.Cannon | L240 | .20 hrs |
| 10/08/12 | RV | Revise motion for summary judgment | L240 | .30 hrs |
| 10/08/12 | RV | Draft Affidavits for both MERS and GMAC to be incorporated into motion for summary judgment to be filed by MERS | L240 | .50 hrs |
| 10/08/12 | JMH | Evaluate strategy to resolve matter via dispositive motion | L120 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      8
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/08/12 | HTC | Review and revise motion for summary judgment | L240 | 1.70 hrs |
| 10/09/12 | HTC | Finalize review of motion for summary judgment after revisions were made per MERS | L240 | 1.10 hrs |
| 10/09/12 | RV | Phone conference with B.Blake at MERS regarding affidavits in support of motion for summary judgment | L240 | .20 hrs |
| 10/09/12 | RV | Draft memorandum to H.Cannon with revised strategy for affidavits in support of motion for summary judgment after conference with B.Blake at MERS | L240 | .10 hrs |
| 10/09/12 | RV | Review changes and suggestions made by H.Cannon to motion for summary judgment to be filed on behalf of MERS | L240 | .40 hrs |
| 10/10/12 | RV | Draft memorandum to J.Hoy with motion for summary judgment and affidavit to be filed on behalf of MERS | L240 | .10 hrs |
| 10/10/12 | RV | Draft Affidavit for GMAC to be filed with Motion for Summary Judgment to be filed on behalf of MERS | L240 | 1.00 hrs |
| 10/10/12 | RV | Research fact pack and loan file for necessary documents to be used with affidavit to be filed with motion for summary judgment to be filed on behalf of MERS | L240 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    9
NOVEMBER 27, 2012

OG2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/10/12 | RV | Review and analyze loan file documents, correspondence with borrower, and correspondence with opposing counsel regarding information to be used in affidavit to be filed with motion for summary judgment to be filed on behalf of MERS | L240 | .40 hrs |
| 10/10/12 | RV | Email exchange with J.Hoy | L240 | .20 hrs |
| 10/10/12 | RV | Phone conference with J.Hoy regarding motion for summary judgment and affidavit to be filed on behalf of MERS | L120 | .20 hrs |
| 10/10/12 | JMH | Develop strategy to finalize dispositive motion and push for resolution of case | L120 | .60 hrs |
| 10/11/12 | RV | Review memorandum from J.Hoy regarding motion for summary judgment to be filed on behalf of MERS | L240 | .10 hrs |
| 10/12/12 | RV | Review and analyze memorandums from J.Hoy, including attachments pertaining to wind coverage | L120 | .30 hrs |
| 10/12/12 | RV | Draft memorandum to H.Cannon regarding changes to be made to affidavit to be filed with motion for summary judgment | L120 | .10 hrs |
| 10/12/12 | RV | Draft memorandum to J.Hoy regarding affidavit to be executed to be filed with motion for summary judgment | L240 | .10 hrs |
| 10/12/12 | RV | Revise affidavit to be filed with motion for summary judgment and revise brief in support of motion for summary judgment with comments and suggestions from J.Hoy and H.Cannon | L240 | .60 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    10
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/12/12 | HTC | Review client and MERsÆ revisions to motion for summary judgment | L250 | .10 hrs |
| 10/15/12 | AHC | Final review and revision of Notice of Appearance and correspondence to opposing counsel regarding same | L210 | .40 hrs |
| 10/16/12 | RV | Draft memorandum to B.Blake of MERS regarding pending filing of motion for summary judgment on behalf of MERS | L240 | .10 hrs |
| 10/16/12 | RV | Review and analyze Notice of Appearance prior to filing | L250 | .10 hrs |
| 10/16/12 | RV | Review memorandum sent by B.Blake of MERS regarding suggested language to be used in regards to Affidavit to be filed with motion for summary judgment | L120 | .20 hrs |
| 10/16/12 | RV | Phone conference with B.Blake regarding revisions to be made to motion for summary judgment to be filed on behalf of MERS | L240 | .30 hrs |
| 10/16/12 | RV | Revise undisputed statement of facts regarding MERS with suggestions from B.Blake and incorporating language from the Mortgage | L240 | .50 hrs |
| 10/16/12 | RV | Research case law to incorporate into motion for summary judgment | L120 | .30 hrs |
| 10/17/12 | RV | Review and analyze national case law to be incorporated into motion for summary judgment | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    11
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| 10/17/12 | RV | Revise motion for summary judgment argument as to MERS background | L240 | .30 hrs |
|---|---|---|---|---|
| 10/17/12 | RV | Draft memorandum to B.Blake with revisions to motion for summary judgment | L240 | .10 hrs |
| 10/19/12 | RV | Draft memorandum to J.Hoy regarding argument in motion for summary judgment | L120 | .20 hrs |
| 10/19/12 | RV | Review and analyze executed affidavit provided by J.Hoy and comments and suggestions in motion for summary judgment | L240 | .30 hrs |
| 10/22/12 | RV | Phone conference with J.Hoy regarding motion for summary | L240 | .20 hrs |
| 10/22/12 | RV | Revise motion for summary judgment | L240 | .20 hrs |
| 10/22/12 | RV | Review and analyze motion for summary judgment, affidavit, and exhibits for filing | L240 | .20 hrs |
| 10/29/12 | HTC | Review email from, and consider response to, opposing counsel regarding request for corporate deposition | L120 | .10 hrs |
| 10/29/12 | RV | Research as to timing for motions for summary judgment and resulting hearings | L120 | .20 hrs |
| 10/29/12 | RV | Research local rules as to filing and timing for motions for summary judgment and resulting hearings | L120 | .30 hrs |
| 10/30/12 | RV | Analyze pleadings for scope of deposition | L120 | .30 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    12
NOVEMBER 27, 2012

0G2012-301147

FED ID NO. 63-0243316

| 10/30/12 | RV | Phone call to opposing counsel's office regarding summary judgment hearing and deposition of corporate rep | L120 | .10 hrs |
| 10/31/12 | RV | Draft memorandum to J.Hoy regarding corporate witness availability | L120 | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $9,349.70 |
| LESS DISCOUNT | 2,799.43 |
| NET FEES | $12,149.13 |

BILLING SUMMARY

| Karalia Ezell | .50 hrs | 150.00 /hr | 75.00 |
| Hope Cannon | 3.30 hrs | 315.00 /hr | 1,039.50 |
| Christian W. Hancock | .70 hrs | 330.00 /hr | 231.00 |
| Alecia H. Cockrell | 1.00 hrs | 145.00 /hr | 145.00 |
| Jamie Mathews | .30 hrs | 145.00 /hr | 43.50 |
| Jonathan Hooks | 9.70 hrs | 241.00 /hr | 2,337.70 |
| Richard Vann | 24.90 hrs | 220.00 /hr | 5,478.00 |

| TOTAL FEES | 40.40 hrs | | $12,149.13 |

**TOTAL CHARGES FOR THIS INVOICE**          **$12,149.13**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 30, 2012
0G2012-301147

INVOICE #  821602

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 11/30/12

Re:  0G2012-301147
     Gutierrez, Armando - 712846
     Loan No. 7435997747
     TC # 712846

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/02/12 | RV | Research rules of court for setting special set hearings for our motion for summary judgment | L120 | .30 hrs |
| 11/02/12 | RV | Draft memoranda to J.Hoy regarding corporate witness availability and strategy for deposition and hearing on motion for summary judgment | L120 | .30 hrs |
| 11/05/12 | RV | Draft status report for the client | L120 | .20 hrs |
| 11/06/12 | RV | Conference with Judge Cynamon's chambers regarding special set hearing on our motion for summary judgment filed on behalf of MERS and JA attempted to contact opposing counsel | L240 | .40 hrs |
| 11/07/12 | RV | Conference with Judge's chambers regarding hearing on motion for summary judgment and attempted conference with opposing counsel | L120 | .40 hrs |
| 11/07/12 | RV | Draft memorandum to J.Sutton regarding hearing on motion for summary judgment | L120 | .20 hrs |
| 11/07/12 | JMH | Develop strategy regarding hearing on summary-judgment motion | L450 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 30, 2012

0G2012-301147

FED ID NO. 63-0243316

| 11/09/12 | RV | Conference with J.Sutton and A.Gutierrez regarding opposing counsel's requests for resolution and our request for dismissal of MERS from complaint | L120 | .50 hrs |
| 11/09/12 | RV | Draft memorandum regarding status to J.Hoy | L120 | .30 hrs |
| 11/09/12 | RV | Review and analyze prior correspondence with opposing counsel to develop strategy | L120 | .30 hrs |
| 11/12/12 | RV | Email exchange regarding updated financial analysis for potential loan modification and hearing on motion for summary judgment | L120 | .40 hrs |
| 11/12/12 | RV | Review and analyze loan documents and workout package and correspondence submitted by borrower in order to assess viability of loan mod | L120 | 1.10 hrs |
| 11/12/12 | JMH | Review case file to determine when and whether borrower completed modification package and was reviewed, as well as result of same, and also to determine location of original note | L120 | .60 hrs |
| 11/21/12 | RV | Review and analyze correspondence from client regarding original note | L120 | .20 hrs |
| 11/27/12 | RV | Draft memorandum to opposing counsel regarding financials needed for loan mod application as well as setting MERS's motion for summary judgment for hearing | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 30, 2012

0G2012-301147

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/29/12 | RV | Conference with J.Hoy regarding new correspondence and financial information for A.Gutierrez | L120 | .20 hrs |
| 11/29/12 | RV | Review and analyze new financial information and correspondence from opposing counsel regarding potential workout package | L120 | .60 hrs |
| 11/29/12 | RV | Phone conference with opposing counsel regarding borrower's current financial condition, possible completion of financial package to analyze loan modification, duplicate insurance placed by borrower's agent and refund due to GMAC, and need for hearing on MERS's motion for summary judgment | L120 | .50 hrs |
| 11/29/12 | RV | Draft memorandum to opposing counsel regarding borrower's current financial condition, completion of financial package, and need for hearing on MERS's motion for summary judgment | L120 | .30 hrs |
| 11/29/12 | RV | Draft memorandum to J.Hoy regarding borrower's current financial condition, and borrower's proposed completion of financial package | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$1,644.80

01    Copy Charges

0.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    PAGE      4
                                                         NOVEMBER 30, 2012

                                                         0G2012-301147

                                                         FED ID NO. 63-0243316

BILLING SUMMARY

   Jonathan Hooks            .80 hrs    241.00 /hr        192.80
   Richard Vann            6.60 hrs    220.00 /hr      1,452.00


TOTAL FEES                 7.40 hrs                   $1,644.80

**TOTAL CHARGES FOR THIS INVOICE**                   **$1,644.80**

          ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

JANUARY 23, 2013
0G2012-301147

INVOICE #  830222

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/31/12

Re:  0G2012-301147
     Gutierrez, Armando - 712846
     Loan No. 7435997747
     TC # 712846

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 12/04/12 | RV | Draft memorandum to J.Sutton regarding setting hearing on MERS' motion for summary judgment and borrower's completion of the finance package | L120 | .20 hrs |
| 12/05/12 | RV | Draft status report for the client for November 2012 | L120 | .20 hrs |
| 12/05/12 | RV | Phone call to opposing counsel regarding financial package, financial condition, loan modification and refusal to conference call the judge's chambers in order to set a hearing on our motion for summary judgment | L120 | .50 hrs |
| 12/05/12 | RV | Conference call with Cindy of Judge Cynamon's chambers and Madeline of opposing counsel's, J.Sutton's, office setting hearing on MERS motion for summary judgment | L240B | .30 hrs |
| 12/05/12 | RV | Draft memorandum to J.Hoy regarding hearing on motion for summary judgment | L120 | .30 hrs |
| 12/05/12 | RV | Phone conference with A.Gutierrez and J.Sutton regarding completion of the finance package as related to money set aside for loan mod and extension of tax returns | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
JANUARY 23, 2013

0G2012-301147

FED ID NO. 63-0243316

| 12/05/12 | RV | Draft letter to J.Sutton regarding documents to be submitted with financial package and loan modification | L120 | .20 hrs |
| 12/05/12 | RV | Draft memorandum to J.Hoy regarding documents to be submitted with financial package and loan modification | L120 | .10 hrs |
| 12/05/12 | RV | Research placement and restrictions of funds in lawyer's trust accounts | L120 | .50 hrs |
| 12/05/12 | RV | Email exchange with J.Hoy regarding alternative documents for financial package to be submitted by A.Gutierrez as well as placement of block of money to be used in trust account | L120 | .30 hrs |
| 12/05/12 | RV | Phone conference with J.Hoy regarding delaying submitting the financial package | L120 | .20 hrs |
| 12/06/12 | RV | Analyze financial statements and loan modification package received by J.Sutton | L120 | .40 hrs |
| 12/06/12 | RV | Draft letter to J.Hoy with loan modification package received from J.Sutton, and letter regarding items needed to complete package | L120 | .10 hrs |
| 12/06/12 | RV | Draft letter to J.Sutton regarding missing items from the submitted financial package to be forwarded to loss mitigation for review for a loan modification | L120 | .10 hrs |
| 12/06/12 | RV | Draft memorandum to J.Hoy regarding acceptable documents in lieu of W-2 | L120 | .10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
JANUARY 23, 2013

0G2012-301147

FED ID NO. 63-0243316

| 12/06/12 | RV | Email exchange with J.Sutton regarding missing items from loan modification package | L120 | .40 hrs |
|---|---|---|---|---|
| 12/06/12 | RV | Draft memorandum to J.Hoy regarding copy of deposit | L120 | .20 hrs |
| 12/06/12 | RV | Analyze additional submissions by J.Sutton as to possible loan modification as well as self-employment documentation | L120 | .20 hrs |
| 12/07/12 | RV | Review and analyze newly submitted loan modification application | L120 | .40 hrs |
| 12/07/12 | RV | Draft memorandum to file regarding status of loan modification application and strategy for obtaining resolution to file prior to motion for summary judgment | L190 | .10 hrs |
| 12/07/12 | RV | Draft memorandum to J.Hoy with updated modification documents | L120 | .10 hrs |
| 12/07/12 | RV | Draft response to J.Sutton regarding updated modification documents | L120 | .30 hrs |
| 12/12/12 | RV | Review correspondence with J.Hoy regarding loss mitigation and loan modification package | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,232.00

BILLING SUMMARY

Richard Vann              5.60 hrs    220.00 /hr      1,232.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
JANUARY 23, 2013

0G2012-301147

FED ID NO. 63-0243316

TOTAL FEES                5.60 hrs                    $1,232.00

**TOTAL CHARGES FOR THIS INVOICE**
                                                     $1,232.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 27, 2012
0G2012-301148

INVOICE # 819528

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 10/31/12

Re:  0G2012-301148
     Forte, Michael - 713294
     Loan No. 7440494163
     TC # 713294

PROFESSIONAL SERVICES

| 06/01/12 | JDV | Draft status report for client | L190 | .20 hrs |
|---|---|---|---|---|
| 06/08/12 | JDV | Correspondence with A.Dinh, plaintiffs' attorney, regarding GMAC's continued review of plaintiffs' loan modification application | L190 | .30 hrs |
| 06/08/12 | JDV | Communications with P.Stokes regarding HELOC statute | L120 | .40 hrs |
| 06/08/12 | phn | Email exchange with P.Stokes regarding loan modification review | L120 | .20 hrs |
| 06/11/12 | JDV | Communications with P.Stokes regarding home equity loan statute | L190 | .30 hrs |
| 07/05/12 | JDV | Draft status update for client | L190 | .20 hrs |
| 07/05/12 | JDV | Follow up correspondence with P.Stokes regarding status of plaintiff's loan modification application | L160 | .20 hrs |
| 07/06/12 | JDV | Correspondence with A.Dinh, plaintiffs' attorney, regarding plaintiffs' settlement terms | L160 | .30 hrs |
| 07/06/12 | JDV | Correspondence with P.Stokes regarding plaintiffs' settlement terms | L160 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
NOVEMBER 27, 2012

0G2012-301148

FED ID NO. 63-0243316

| 07/06/12 | phn | Review and analyze opposing counsels assertion related to fair market value affidavit and evidence for HELOC argument and email exchange with P.Stokes | L120 | .40 hrs |
| 07/10/12 | phn | Review and analyze loan modification package from P.Stokes in preparation for phone call with opposing counsel | L110 | .30 hrs |
| 07/10/12 | JDV | Analysis of origination documents regarding proper execution of affidavits at closing in response to plaintiff's allegations | L120 | 1.00 hrs |
| 07/10/12 | JDV | Analysis of non-HAMP asset plan | L120 | .20 hrs |
| 07/10/12 | JDV | Correspondence with P.Stokes regarding non-Hamp asset plan and settlement offer | L190 | .30 hrs |
| 07/11/12 | JDV | Respond to P.Stokes Æ request for bankruptcy stay status and confirmation that no stay applies | L190 | .10 hrs |
| 07/13/12 | JDV | Correspondence with A.Dinh, plaintiff's attorney, regarding extension of time to respond to settlement offer | L160 | .20 hrs |
| 07/13/12 | JDV | Correspondence with P.Stokes regarding extension of time to respond to settlement offer | L160 | .20 hrs |
| 07/17/12 | JDV | Analysis of Texas Constitution | L120 | .20 hrs |
| 07/18/12 | JDV | Draft counteroffer to A.Dinh, plaintiffs' attorney | L160 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
NOVEMBER 27, 2012

0G2012-301148

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 07/18/12 | JDV | Correspondence with P.Stokes regarding counteroffer to plaintiffs | L160 | .50 hrs |
| 07/18/12 | GWG | Work on settlement counteroffer to plaintiff's counsel | L160 | .30 hrs |
| 07/18/12 | phn | Review voicemail from Anh Tuh Din regarding her counteroffer on the reinstatement figure | L120 | .20 hrs |
| 07/19/12 | ABB | Assist with preparation of correspondence to client and analysis and review of communications to and from client | L110 | .50 hrs |
| 07/24/12 | JDV | Analysis of plaintiff's counteroffer | L160 | .20 hrs |
| 07/24/12 | phn | Conference call with opposing counsel to discuss plaintiff's counter offer to the reinstatement figures | L160 | .40 hrs |
| 07/25/12 | phn | Review voicemail from opposing counsel regarding Plaintiffæs counter offer to reinstatement | L120 | .20 hrs |
| 07/26/12 | phn | E-mail exchange with P. Stokes regarding reinstatement offer | B110 | .30 hrs |
| 07/26/12 | phn | Conference call with opposing counsel wherein plaintiff's counter offer was rejected and terms of reinstatement were discussed | L160 | .30 hrs |
| 07/26/12 | phn | Review and analyze e-mail from opposing counsel regarding counteroffer | B110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE   4
NOVEMBER 27, 2012

0G2012-301148

FED ID NO. 63-0243316

| 07/26/12 | JDV | Correspondence with P.Stokes regarding analysis of plaintiffs' counteroffer | L160 | .50 hrs |
| 07/26/12 | JDV | Correspondence with A.Dinh, plaintiffs' attorney, regarding plaintiffs' counteroffer | L160 | .40 hrs |
| 07/30/12 | JDV | Analysis of Final Supplemental Order on plaintiff's lawsuit | L120 | .10 hrs |
| 07/30/12 | phn | Email from P.Stokes regarding the escrow analysis of Plaintiffǽs loan reinstatement quote | L120 | .20 hrs |
| 07/31/12 | phn | Conference call with opposing counsel regarding reinstatement offer | L120 | .30 hrs |
| 07/31/12 | phn | Email exchange with P.Stokes | L120 | .20 hrs |
| 08/01/12 | JDV | Draft status update for client regarding settlement discussions | L190 | .20 hrs |
| 08/02/12 | phn | Phone call with opposing counsel regarding reinstatement | L120 | .20 hrs |
| 08/07/12 | phn | Email exchange with case manger conveying plaintiffǽs counteroffer | L120 | .30 hrs |
| 08/08/12 | JDV | Correspondence with P.Stokes regarding plaintiff's acceptance of reinstatement offer | L160 | .20 hrs |
| 08/08/12 | phn | Review email from case manager regarding plaintiffǽs counter offer | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
NOVEMBER 27, 2012

0G2012-301148

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|------|--|-------------|------|-------|
| 08/08/12 | phn | Draft email to opposing counsel rejecting plaintiffÆs counteroffer and extending timeline for original offer | L120 | .20 hrs |
| 08/08/12 | phn | Review email from opposing counsel accepting original offer | L120 | .20 hrs |
| 08/08/12 | phn | Review and listen to opposing counselÆs voicemail regarding settlement offer | L160 | .20 hrs |
| 08/08/12 | phn | Draft email to case manager relaying opposing counselÆs acceptance | L160 | .20 hrs |
| 08/09/12 | phn | Phone conference with opposing counsel regarding Settlement and Release Agreement | L160 | .40 hrs |
| 08/09/12 | phn | Draft Settlement and Release Agreement | L160 | .40 hrs |
| 08/10/12 | phn | Revise and edit agreement and provide redline to P.Stokes | L120 | .70 hrs |
| 08/13/12 | phn | Email exchange and phone call with P.Stokes regarding settlement and release agreement language | L160 | .30 hrs |
| 08/14/12 | phn | Conference calls with opposing counsel regarding settlement agreement language and terms and follow-up questions with GMAC | L160 | 2.50 hrs |
| 08/15/12 | phn | Email exchange with P.Stokes regarding agreement | L120 | .30 hrs |
| 08/15/12 | phn | Email exchange with opposing counsel regarding plaintiffÆs first payment | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
NOVEMBER 27, 2012

0G2012-301148

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/15/12 | phn | Review voicemail from P.Stokes regarding pending questions for reinstatement quote | L120 | .10 hrs |
| 08/16/12 | phn | Call with opposing counsel regarding specific payment information for loan reinstatement | L120 | .30 hrs |
| 08/16/12 | phn | Review and analyze principal, interest, taxes and insurance payment information to ascertain correct payment amount | L120 | .30 hrs |
| 08/16/12 | phn | Email exchange with P.Stokes regarding current escrow figures | L120 | .50 hrs |
| 08/16/12 | JDV | Review escrow analysis | L190 | .30 hrs |
| 08/16/12 | JDV | Correspondence with P.Stokes regarding escrow analysis | L190 | .20 hrs |
| 08/17/12 | phn | Review correspondence from client regarding escrow information | L120 | .40 hrs |
| 08/17/12 | phn | Phone call with client to discuss the pending settlement and release agreement | L160 | .30 hrs |
| 08/20/12 | phn | Email to client regarding August escrow analysis for final reinstatement quote | L120 | .20 hrs |
| 08/20/12 | phn | Phone call with opposing counsel regarding removing the wife from the settlement agreement, the piti payment, and escrows | L160 | .40 hrs |
| 08/23/12 | phn | Voicemail from opposing counsel requesting information on PlaintiffÆs escrow portion of monthly payment | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 08/28/12 | phn | Phone call with opposing counsel regarding escrow analysis, remaining items to finalize draft of settlement agreement, | L120 | .50 hrs |
| 08/28/12 | phn | Email to P.Stokes enclosing draft of settlement agreement and discussion of call with opposing counsel | L160 | .30 hrs |
| 09/03/12 | JDV | Draft status update for client regarding finalizing the settlement agreement | L190 | .10 hrs |
| 09/04/12 | phn | Phone call with opposing counsel regarding the terms of the settlement agreement | L160 | .40 hrs |
| 09/04/12 | phn | Revise and edit the settlement agreement | L160 | .20 hrs |
| 09/04/12 | phn | Draft email correspondence to opposing counsel attaching revised settlement agreement | L160 | .20 hrs |
| 09/04/12 | phn | Review email correspondence from P.Stokes regarding settlement agreement | L160 | .10 hrs |
| 09/04/12 | phn | Review email correspondence from opposing counsel regarding Plaintiff's proof of insurance | L120 | .20 hrs |
| 09/04/12 | phn | Email exchange with P.Stokes forwarding Plaintiff's proof of insurance and discussing escrow | L120 | .30 hrs |
| 09/06/12 | phn | Draft September status update | L190 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
NOVEMBER 27, 2012

0G2012-301148

FED ID NO. 63-0243316

| 09/06/12 | phn | Review email correspondence from opposing counsel and executed settlement agreement | L160 | .50 hrs |
| 09/11/12 | phn | Email exchange with P.Stokes regarding settlement agreement and plaintiffsÆ august payment | L160 | .40 hrs |
| 09/12/12 | phn | Draft joint motion to dismiss | L210 | .90 hrs |
| 09/13/12 | GWG | Review and edit dismissal papers | L210 | .30 hrs |
| 09/14/12 | phn | Review email from P.Stokes regarding settlement agreement | L160 | .20 hrs |
| 09/17/12 | phn | Review email from plaintiffÆs counsel regarding September payment | L120 | .20 hrs |
| 09/19/12 | phn | Revise, edit and email joint motion to dismiss to opposing counsel | L210 | .40 hrs |
| 09/26/12 | phn | Review email from opposing counsel regarding payments and escrow change | L120 | .20 hrs |
| 10/01/12 | phn | Draft October 2012 status update | L190 | .20 hrs |
| 10/04/12 | phn | Review and analyze e-mail correspondence from opposing counsel regarding plaintiff's two payments towards loan modification and status of escrow analysis | B110 | .30 hrs |
| 10/16/12 | phn | Review correspondence from opposing counsel regarding settlement agreement | L160 | .20 hrs |
| 10/17/12 | phn | Phone call with opposing counsel | L120 | .30 hrs |