**EXHIBIT B**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31,2012**

**Compensation by Matter**

| Task Code | Matter Description | Total Billed Hours | Total Compensation[8] |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 0.5 | $245.25 |
| 3 | Business Operations and Advice | 2.4 | $563.40 |
| 4 | Case Administration | 1.9 | $654.75 |
| 7 | Fee/Employment Applications | 28.4 | $7,373.70 |
| 8 | Fee/Employment Objections | 16.0 | $4,516.20 |
| 17 | PLS Litigation | 424.2 | $140,617.60[9] |
| 18 | Litigation (Other) | 9.0 | $950.40 |
| 19 | Government/Regulatory | 1.3 | $327.60 |
| 23 | Meetings of Creditors | 0.6 | $294.30 |
| 25 | Discovery or Rule 2004 Requests | 3.6 | $1,413.00 |
| 30 | For all matters related to the Examiner | 0.3 | $71.55 |
| **Total Fees Incurred** | | **488.2** | **$157,027.75** |

---

[8] All fees listed, unless otherwise indicated, are after application of a 10 percent discount.

[9] In addition to the 10 percent discount, one of the matters in the PLS Litigation Task Code is subject to a fixed fee arrangement.