## EXHIBIT C

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONALS BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| J. Langdon | Trial<br><br>MN License No. 0171931 | $610.00 | 132.6 | $72,797.40 |
| T. Kelly | Finance and Restructuring<br><br>MN License No. 0189960 | $545.00 | 6.3 | $3,090.15 |
| S. Marsden | Trial<br><br>Utah License No. 4879 | $450.00 | 2.0 | $810.00 |
| **Associates and Of Counsel** | | | | |
| M. Clark | Finance and Restructuring<br><br>MN License No. 028211X | $440.00 | 12.1 | $4,791.60 |
| L. McGlinn | Trial<br><br>CA License No. 161756 | $395.00 | 12.5 | $4,443.75 |

| J. Mikhailevich | Finance and Restructuring NY License No. 4841557 | $340.00 | 10.8 | $3,304.80 |
|---|---|---|---|---|
| B. Smith | Trial MN License No. 0387223 | $325.00 | 133.0 | $29,500.00[10] |
| J. Stilson | Trial MN License No. 0392913 | $315.00 | 14.6 | $4,139.10 |
| E. Hulsebos | Finance and Restructuring MN License No. 0390389 | $265.00 | 34.5 | $8,228.25 |
| M. Stinson | Trial MN License No. 0392482 | $235.00 | 2.2 | $465.30 |
| A. Brantingham | Trial MN License No. 0389952 | $235.00 | 81.0 | $17,131.50 |

---

[10] Total compensation listed for B. Smith is after application of write-off for fixed fee arrangement.

| | | | | |
|---|---|---|---|---|
| E. Ruda | Trial | $235.00 | 0.2 | $42.30 |
| | MN License No. 0393370 | | | |
| K. Zinsmaster | Trial | 235.00 | 8.3 | $1,755.45 |
| | MN License No. 0391299 | | | |
| **Paraprofessionals** | | | | |
| V. Perisho | Trial | $240.00 | 1.5 | $324.00 |
| C. Miller | Trial | $225.00 | 3.7 | $749.25 |
| M. Stark | Trial | $225.00 | 0.9 | $182.25 |
| S. Jarzyna | Library | $225.00 | 1.3 | $263.25 |
| N. Bussiere | Trial | $220.00 | 17.0 | $3,366.00 |
| R. Knudson | Trial | $220.00 | 3.8 | $752.40 |
| A. Ballentine | Trial | $100.00 | 0.8 | $72.00 |
| A. Jarboe | Trial | $100.00 | 0.4 | $36.00 |
| J. Kragness | Trial | $100.00 | 8.7 | $783.00 |

| Professionals Totals | Blended Rate | | |
|---|---|---|---|
| Total Fees Incurred (After 10% discount and Flat Fee Adjustment) | | 488.2 | $157,027.75 |
| Total Fees | | | |