## EXHIBIT D

### SUMMARY OF EXPENSES INCURRED BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012

| Expense Category | Amount |
|---|---:|
| ALM Media, Inc. – electronic monitoring of court docket | $13.23 |
| Travel Expense – J. Langdon | $5.25 |
| CD/DVD copies | $40.00 |
| Filing Fee | $20.00 |
| Clerk of Court – confirmed copy of court documents | $40.00 |
| Riverside Court Web – copies of legal documents | $4.00 |
| Pacer Services | $3.30 |
| **Total** | **$125.78** |