

**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

December 6, 2012
Invoice No. 1840568

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through November 30, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $1,037.00 |
| Less 10% Discount | -$103.70 |
| Total For Current Legal Fees | $933.30 |
| **Total For Current Invoice** | **$933.30** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

December 6, 2012
Invoice No. 1840568

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client No.: 719440**

**For Legal Services Rendered Through November 30, 2012**

| 11/01/12 | J. Langdon | 305.00 | 0.50 | 17 | Finalize proofs of claim for individuals |
|---|---|---|---|---|---|
| 11/02/12 | J. Langdon | 244.00 | 0.40 | 17 | Finalize proofs of claim on behalf of individual defendants |
| 11/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding J. Jones proof of claim |
| 11/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding D. Wold proof of claim |
| 11/07/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding follow-up on proofs of claim |
| 11/08/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding filing proofs of claim |
| 11/27/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft correspondence regarding individual proofs of claim |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                   December 6, 2012
Client-Matter No.: 355050-00360                                              Page 2
Invoice No.: 1840568

**Total Hours**                          1.70

|  |  |
|---|---|
| Subtotal for Legal Fees | $1,037.00 |
| Less 10% Discount | -$103.70 |
| Total for Legal Fees | $933.30 |
| Total This Invoice | $933.30 |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 1.70 | 610.00 | 1,037.00 |
| **Total all Timekeepers** | | **1.70** | | **1,037.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

December 12, 2012
Invoice No. 1840569

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through November 30, 2012**

## INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $8,747.00 |
| Less 10% Discount | -$874.70 |
| Total For Current Legal Fees | $7,872.30 |
| **Total For Current Invoice** | **$7,872.30** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

December 12, 2012
Invoice No. 1840569

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

---

**For Legal Services Rendered Through November 30, 2012**

| Date | Attorney | Amount | Hours | Code | Description |
|------|----------|-------:|------:|-----:|-------------|
| 11/01/12 | M. Clark | 44.00 | 0.10 | 17 | Review bar date order |
| 11/01/12 | M. Clark | 440.00 | 1.00 | 17 | Revise claim and attachment |
| 11/01/12 | M. Clark | 44.00 | 0.10 | 17 | Prepare cover letter to claims agent (Paradis) |
| 11/01/12 | M. Clark | 264.00 | 0.60 | 17 | Revise claim and attachment (Duncan) |
| 11/01/12 | M. Clark | 352.00 | 0.80 | 17 | Revise claim and attachment (Flees) |
| 11/01/12 | M. Clark | 88.00 | 0.20 | 17 | Revise claim and attachment (Young) |
| 11/01/12 | M. Clark | 88.00 | 0.20 | 17 | Revise claim and attachment (Jones) |
| 11/01/12 | M. Clark | 176.00 | 0.40 | 17 | Revise claim and attachment (Katzmark) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                      December 12, 2012
Client-Matter No.: 355050-00361                                                Page 2
Invoice No.: 1840569

| | | | | | |
|---|---|---|---|---|---|
| 11/01/12 | M. Clark | 176.00 | 0.40 | 17 | Revise claim and attachment (Steinhagen) |
| 11/01/12 | M. Clark | 132.00 | 0.30 | 17 | Revise claim and attachment (Lundsten) |
| 11/01/12 | M. Clark | 220.00 | 0.50 | 17 | Revise claim and attachment (Olson) |
| 11/01/12 | M. Clark | 220.00 | 0.50 | 17 | Revise claim and attachment (Walker) |
| 11/01/12 | J. Langdon | 122.00 | 0.20 | 17 | Review orders regarding scheduling issues |
| 11/01/12 | J. Langdon | 305.00 | 0.50 | 17 | Finalize proofs of claim for individuals |
| 11/01/12 | N. Bussiere | 286.00 | 1.30 | 17 | Prepare proof of claims |
| 11/02/12 | J. Langdon | 244.00 | 0.40 | 17 | Finalize proofs of claim on behalf of individual defendants |
| 11/02/12 | N. Bussiere | 198.00 | 0.90 | 17 | Prepare proof of claims |
| 11/05/12 | A. Brantingham | 141.00 | 0.60 | 17 | Review draft brief in opposition to plaintiff's motion to amend complaint |
| 11/05/12 | A. Brantingham | 117.50 | 0.50 | 17 | Email co-defendant's counsel with comments on brief |
| 11/05/12 | M. Clark | 220.00 | 0.50 | 17 | Review Wold claims |
| 11/05/12 | M. Clark | 88.00 | 0.20 | 17 | Email to J. Langdon regarding Wold claims and claim objections |
| 11/05/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding motion to amend strategy and brief |
| 11/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding J. Jones proof of claim |
| 11/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding D. Wold proof of claim |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    December 12, 2012
Client-Matter No.: 355050-00361                                              Page 3
Invoice No.: 1840569

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| 11/06/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding opposition to motion to amend |
| 11/07/12 | A. Brantingham | 23.50 | 0.10 | 17 | Review brief in opposition to plaintiffs' motion to amend the complaint |
| 11/07/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding follow-up on proofs of claim |
| 11/07/12 | J. Langdon | 244.00 | 0.40 | 17 | Draft memoranda regarding opposition to motion to amend |
| 11/08/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding filing proofs of claim |
| 11/08/12 | J. Langdon | 122.00 | 0.20 | 17 | Review filings regarding motion to amend |
| 11/09/12 | J. Langdon | 61.00 | 0.10 | 17 | Review correspondence regarding motion hearing |
| 11/13/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding case status |
| 11/13/12 | J. Langdon | 305.00 | 0.50 | 17 | Prepare for hearing on motion to amend |
| 11/13/12 | J. Langdon | 1,464.00 | 2.40 | 17 | Attend hearing on motion to amend |
| 11/14/12 | J. Langdon | 61.00 | 0.10 | 17 | Review pleadings regarding bankruptcy issues |
| 11/19/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding motion to amend |
| 11/20/12 | J. Langdon | 122.00 | 0.20 | 17 | Review key bankruptcy pleadings |
| 11/21/12 | J. Langdon | 854.00 | 1.40 | 17 | Draft memoranda regarding individual defendants' background facts |
| 11/26/12 | J. Langdon | 183.00 | 0.30 | 17 | Review bankruptcy filings regarding status as to individual |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1840569

December 12, 2012
Page 4

defendants in investor actions

| | | | | |
|---|---|---|---|---|
| 11/27/12 | J. Langdon | 122.00 | 0.20 | 17 | Review correspondence regarding individual proofs of claim |
| 11/28/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 11/29/12 | J. Langdon | 122.00 | 0.20 | 17 | Review relevant bankruptcy filings |
| 11/30/12 | J. Langdon | 183.00 | 0.30 | 17 | Draft memoranda regarding individual defendants' potential liability |

**Total Hours**                          **18.10**

Subtotal for Legal Fees        **$8,747.00**

Less 10% Discount        **-$874.70**

Total for Legal Fees        **$7,872.30**

**Total This Invoice**        **$7,872.30**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 1.20 | 235.00 | 282.00 |
| M. Clark | Of Counsel | 5.80 | 440.00 | 2,552.00 |
| J. Langdon | Partner | 8.90 | 610.00 | 5,429.00 |
| N. Bussiere | Paralegal | 2.20 | 220.00 | 484.00 |
| **Total all Timekeepers** | | **18.10** | | **8,747.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

December 12, 2012
Invoice No. 1843177

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

**For Legal Services Rendered Through November 30, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $2,254.00 |
| Less 10% Discount | -$225.40 |
| Total For Current Legal Fees | $2,028.60 |
| **Total For Current Invoice** | **$2,028.60** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          December 12, 2012
One Meridian Crossings                                    Invoice No. 1843177
Minneapolis, MN 55423

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**

**For Legal Services Rendered Through November 30, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding amended complaint |
| 11/01/12 | J. Langdon | 305.00 | 0.50 | 17 | Finalize proofs of claim for individuals |
| 11/02/12 | J. Langdon | 244.00 | 0.40 | 17 | Finalize proofs of claim on behalf of individual defendants |
| 11/05/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding amended complaint |
| 11/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding D. Wold proof of claim |
| 11/06/12 | J. Langdon | 61.00 | 0.10 | 17 | Draft memoranda regarding J. Jones proof of claim |
| 11/07/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding follow-up on proofs of claim |
| 11/08/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft memoranda regarding filing |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



Residential Funding Company, LLC                                    December 12, 2012
Client-Matter No.: 355050-00368                                              Page 2
Invoice No.: 1843177

|  |  |  |  |  | proofs of claim |
|---|---|---|---|---|---|
| 11/27/12 | J. Langdon | 122.00 | 0.20 | 17 | Draft correspondence regarding individual proofs of claim |
| 11/28/12 | A. Brantingham | 235.00 | 1.00 | 17 | Review amended complaint |
| 11/28/12 | A. Brantingham | 399.50 | 1.70 | 17 | Begin drafting motion to dismiss |
| 11/29/12 | A. Brantingham | 399.50 | 1.70 | 17 | Continue drafting motion to dismiss amended complaint |

**Total Hours**                              **6.40**

| | |
|---|---|
| **Subtotal for Legal Fees** | **$2,254.00** |
| **Less 10% Discount** | **-$225.40** |
| **Total for Legal Fees** | **$2,028.60** |
| **Total This Invoice** | **$2,028.60** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 4.40 | 235.00 | 1,034.00 |
| J. Langdon | Partner | 2.00 | 610.00 | 1,220.00 |
| **Total all Timekeepers** | | **6.40** | | **2,254.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**™
DORSEY & WHITNEY LLP

THOMAS O. KELLY III
(612) 492-6029
FAX (612) 340-2868
kelly.tom@dorsey.com

January 22, 2013

**FEDEX**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn:   Larren M. Nashelsky, Gary S. Lee and
        Lorenzo Marinuzzi

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Linda A. Riffkin and
        Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Kenneth H. Eckstein and
        Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn:   Kenneth S. Ziman and
        Jonathan H. Hofer

Re:   *In re Residential Capital, LLC, et al.*
      Case No. 12-12020

Dear Counsel:

This letter is in correction of the letter sent to Counsel on January 18, 2013 (the "January 18 Letter"). The January 18 Letter contained two errors, (a) the total fees listed in the amount of $20,024.35 was incorrect, the total fees for the period of December 1, 2012 through December 31, 2012 (the "Period") were $22,024.35 (80% figure of $17,619.48 is correct), and (b) expenses were incorrectly listed as $8.85, the total expenses for the Period were $8.55.

Pursuant to the Court's July 17, 2012 *order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), Dorsey & Whitney LLP's monthly fee statements for the period December 1, 2012 through December 31, 2012 (the "Statements") were included in the January 18, 2013 Letter and reflect the correct amounts listed above. We call your attention to a formatting change in our invoices. At ResCap's request, we have applied our 10% discount to the hourly rate for each entry instead of on an aggregate basis as a separate bill entry.

⟨ ⟩⟩ **DORSEY**™

January 22, 2013
Page 2

In the absence of a timely objection, the Debtors shall pay $17,628.03, consisting of the sum of (a) $17,619.48, an amount equal to 80% of the fees ($17,619.48 = $22,024.35 x 0.80) and (b) 100% of the expenses ($8.55) being requested in the Statement.

Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,

Thomas O. Kelly III

Enclosures
cc:    Tammy Hamzehpour

1OC A NEW
CENTURY
OF SERVICE
1912 | 2012

◖◗◗ DORSEY™
DORSEY & WHITNEY LLP

THOMAS O. KELLY III
(612) 492-6029
FAX (612) 340-2868
kelly.tom@dorsey.com

January 18, 2013

**FEDEX**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn:   Larren M. Nashelsky, Gary S. Lee and
        Lorenzo Marinuzzi

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Linda A. Riffkin and
        Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Kenneth H. Eckstein and
        Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn:   Kenneth S. Ziman and
        Jonathan H. Hofer

          Re:   *In re Residential Capital, LLC, et al*.
                Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *order Establishing Procedures for Interim Compensation
and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey &
Whitney LLP's monthly fee statements for the period December 1, 2012 through December 31,
2012 (the "Statements"), which were served on the parties listed in paragraph (a) of the Order,
on January 17, 2013.  We call your attention to a formatting change in our invoices.  At
ResCap's request, we have applied our 10% discount to the hourly rate for each entry instead of
on an aggregate basis as a separate bill entry.

In the absence of a timely objection, the Debtors shall pay $17,628.03, consisting of the sum of
(a) $17,619.48, an amount equal to 80% of the fees ($17,619.48 = $20,024.35 x 0.80) and (b)
100% of the expenses ($8.85) being requested in the Statement.



January 18, 2013
Page 2

Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,

Thomas O. Kelly III

Enclosures
cc:     Tammy Hamzehpour



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

January 17, 2013
Invoice No. 1849597

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through December 31, 2012**

## INVOICE TOTAL

Total For Current Legal Fees       $1,913.40

**Total For Current Invoice**       **$1,913.40**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                          January 17, 2013
One Meridian Crossings                               Invoice No. 1849597
Minneapolis,  MN 55423

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client No.: 719440**

**For Legal Services Rendered Through December 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 12/06/12 | A. Brantingham | 126.90 | 0.60 | 17 | Draft proposed order granting motion to dismiss |
| 12/06/12 | A. Brantingham | 42.30 | 0.20 | 17 | Email court with courtesy copy of proposed order |
| 12/06/12 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda from and to court regarding proposed order |
| 12/06/12 | J. Langdon | 164.70 | 0.30 | 17 | Memoranda among defense counsel regarding proposed order |
| 12/12/12 | A. Brantingham | 42.30 | 0.20 | 17 | Review order granting motion to dismiss and email J. Langdon regarding same |
| 12/12/12 | J. Langdon | 164.70 | 0.30 | 17 | Review order granting motion to dismiss |
| 12/12/12 | J. Langdon | 219.60 | 0.40 | 17 | Memorandum to clients regarding order granting motion to dismiss |
| 12/12/12 | J. Langdon | 219.60 | 0.40 | 17 | Memorandum among co-counsel |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00360
Invoice No.: 1849597

January 17, 2013
Page 2

|            |            |        |      |    |                                                                              |
|------------|------------|--------|------|----|------------------------------------------------------------------------------|
|            |            |        |      |    | regarding order granting motion to dismiss                                   |
| 12/13/12   | J. Langdon | 219.60 | 0.40 | 17 | Review decision granting motion to dismiss                                   |
| 12/13/12   | J. Langdon | 439.20 | 0.80 | 17 | Memoranda to and from individual defendants regarding decision granting motion to dismiss |
| 12/31/12   | J. Langdon | 164.70 | 0.30 | 17 | Draft memorandum to K. Duncan regarding status of action and upcoming issues |

**Total Hours**                    **4.10**

**Total for Legal Fees**        $1,913.40

**Total This Invoice**          $1,913.40

**Timekeeper Summary**

| Timekeeper            | Class     | Hours    | Billed Rate | Amount       |
|-----------------------|-----------|----------|-------------|--------------|
| A. Brantingham        | Associate | 1.00     | 211.50      | 211.50       |
| J. Langdon            | Partner   | 3.10     | 549.00      | 1,701.90     |
| **Total all Timekeepers** |       | **4.10** |             | **1,913.40** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY

### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    January 17, 2013
One Meridian Crossings                                       Invoice No. 1849412
Minneapolis, MN 55423

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through December 31, 2012**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,921.50 |
| Total For Current Disbursements and Service Charges | $5.25 |
| **Total For Current Invoice** | **$1,926.75** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

January 17, 2013
Invoice No. 1849412

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client No.: 719458**

**For Legal Services Rendered Through December 31, 2012**

| Date | Attorney | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 12/03/12 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding bankruptcy proofs of claim |
| 12/03/12 | J. Langdon | 54.90 | 0.10 | 17 | Conference with J. Stilson regarding request from counsel for Ally Financial regarding discovery |
| 12/04/12 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding individual proofs of claim |
| 12/06/12 | J. Langdon | 109.80 | 0.20 | 17 | Review bankruptcy docket |
| 12/10/12 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 12/11/12 | J. Langdon | 54.90 | 0.10 | 17 | Review memorandum regarding motion to dismiss |
| 12/13/12 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 12/14/12 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1849412

January 17, 2013
Page 2

| | | | | | |
|---|---|---|---|---|---|
| 12/18/12 | J. Langdon | 109.80 | 0.20 | 17 | Review key bankruptcy filings |
| 12/20/12 | J. Langdon | 109.80 | 0.20 | 17 | Review key bankruptcy filings |
| 12/26/12 | J. Langdon | 164.70 | 0.30 | 17 | Review key bankruptcy filings |
| 12/27/12 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding voluntary dismissal |
| 12/28/12 | J. Langdon | 549.00 | 1.00 | 17 | Prepare for motion to dismiss argument |
| 12/31/12 | J. Langdon | 164.70 | 0.30 | 17 | Draft memorandum to K. Duncan regarding status of action and upcoming issues |

**Total Hours**                          **3.50**

**Total for Legal Fees**        **$1,921.50**

**Disbursements and Service Charges**

Travel Expense - Parking for James K. Langdon II while attending
hearing on motion to amend 11/13/12                                      5.25

**Total for Disbursements and Service Charges**        **$5.25**

**Total This Invoice**        **$1,926.75**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 3.50 | 549.00 | 1,921.50 |
| **Total all Timekeepers** | | **3.50** | | **1,921.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

January 17, 2013
Invoice No. 1849146

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

**For Legal Services Rendered Through December 31, 2012**

## INVOICE TOTAL

Total For Current Legal Fees                                    $5,440.50

**Total For Current Invoice                                     $5,440.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

January 17, 2013
Invoice No. 1849146

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**

---

**For Legal Services Rendered Through December 31, 2012**

| | | | | | |
|---|---|---|---|---|---|
| 12/03/12 | A. Brantingham | 423.00 | 2.00 | 17 | Continue drafting motion to dismiss amended complaint |
| 12/03/12 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 12/04/12 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding motion to dismiss |
| 12/07/12 | A. Brantingham | 211.50 | 1.00 | 17 | Continue drafting motion to dismiss amended complaint |
| 12/09/12 | A. Brantingham | 359.55 | 1.70 | 17 | Continue drafting motion to dismiss amended complaint |
| 12/10/12 | A. Brantingham | 296.10 | 1.40 | 17 | Complete draft of motion to dismiss amended complaint |
| 12/10/12 | A. Brantingham | 42.30 | 0.20 | 17 | Attend meet-and-confer conference call for motions to dismiss |
| 12/10/12 | J. Langdon | 933.30 | 1.70 | 17 | Revise motion to dismiss papers |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                    January 17, 2013
Client-Matter No.: 355050-00368                                               Page 2
Invoice No.: 1849146

| | | | | |
|---|---|---|---|---|
| 12/10/12 J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding hearing dates and briefing schedule |
| 12/10/12 S. Jarzyna | 263.25 | 1.30 | 17 | Conduct research to obtain Standard & Poor's credit rating histories on two RALI securities for A. Brantingham |
| 12/11/12 A. Brantingham | 105.75 | 0.50 | 17 | Revise draft brief in support of motion to dismiss amended complaint |
| 12/11/12 J. Langdon | 274.50 | 0.50 | 17 | Draft memoranda regarding brief in support of motion to dismiss |
| 12/12/12 A. Brantingham | 148.05 | 0.70 | 17 | Revise motion to dismiss amended complaint |
| 12/12/12 J. Langdon | 54.90 | 0.10 | 17 | Review proposed letter to court |
| 12/12/12 J. Langdon | 164.70 | 0.30 | 17 | Memorandum to co-defendants' counsel regarding proposed letter to court |
| 12/13/12 A. Brantingham | 296.10 | 1.40 | 17 | Draft supporting motion papers |
| 12/14/12 A. Brantingham | 549.90 | 2.60 | 17 | Finalize all motion to dismiss papers for filing |
| 12/14/12 J. Langdon | 768.60 | 1.40 | 17 | Review briefs and declarations filed in support of co-defendants' motions to dismiss |
| 12/17/12 J. Langdon | 54.90 | 0.10 | 17 | Review correspondence with court regarding motion to dismiss |
| 12/20/12 J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding briefing schedule on motion to dismiss |
| 12/31/12 J. Langdon | 164.70 | 0.30 | 17 | Draft memorandum to K. Duncan regarding status of action and upcoming issues |
| **Total Hours** | | **17.80** | | |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

DORSEY
DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00368
Invoice No.: 1849146

January 17, 2013
Page 3

| | |
|---|---|
| **Total for Legal Fees** | **$5,440.50** |

| | |
|---|---|
| **Total This Invoice** | **$5,440.50** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 11.50 | 211.50 | 2,432.25 |
| J. Langdon | Partner | 5.00 | 549.00 | 2,745.00 |
| S. Jarzyna | Paralegal | 1.30 | 202.50 | 263.25 |
| **Total all Timekeepers** | | **17.80** | | **5,440.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY
DORSEY & WHITNEY LLP

**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                                    January 17, 2013
Attn: Tammy Hamzehpour                              Invoice No. 1849595
1100 Virginia Drive
Fort Washington, PA  19034


Client-Matter No.: 479140-00003
ResCap Treasury General

---

**For Legal Services Rendered Through December 31, 2012**

## INVOICE TOTAL

Total For Current Legal Fees                              $5,633.10

**Total For Current Invoice**                            **$5,633.10**


For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                 Wire Instructions:
Dorsey & Whitney LLP                U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                          800 Nicollet Mall                        Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680      Minneapolis, MN  55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515

**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                          January 17, 2013
Attn: Tammy Hamzehpour                          Invoice No. 1849595
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 479140-00003**

**ResCap Treasury General**

**For Legal Services Rendered Through December 31, 2012**

| Date | Timekeeper | Amount | Hours | No. | Description |
|---|---|---|---|---|---|
| 12/03/12 | M. Stinson | 465.30 | 2.20 | 3 | Conferences with B. Smith, J. Langdon regarding anticipated protest and strategy for ResCap response |
| 12/03/12 | J. Langdon | 164.70 | 0.30 | 17 | Telephone conferences with B. Smith and J. Ruckdaschel regarding assistance in connection with protest rally |
| 12/05/12 | T. Kelly | 147.15 | 0.30 | 1 | Review files regarding Res Cap approval of liquidation of Viaduct and Flume |
| 12/05/12 | T. Kelly | 98.10 | 0.20 | 1 | Email to T. Farley regarding Res Cap approval of liquidation of Viaduct and Flume |
| 12/10/12 | E. Hulsebos | 95.40 | 0.40 | 8 | Review objections to fees |
| 12/10/12 | E. Hulsebos | 47.70 | 0.20 | 8 | Email with T. Kelly, J. Langdon and E. Schnabel regarding objections to fees |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1849595

January 17, 2013
Page 2

| | | | | |
|---|---|---|---|---|
| 12/12/12 | T. Kelly | 98.10 | 0.20 | 3 | Review U.S. Trustee objection and related information |
| 12/13/12 | E. Hulsebos | 47.70 | 0.20 | 8 | Conference with T. Kelly regarding response to objection |
| 12/13/12 | E. Hulsebos | 310.05 | 1.30 | 8 | Draft response to objection |
| 12/13/12 | E. Hulsebos | 71.55 | 0.30 | 8 | Draft email to U.S. Trustee regarding response to objection |
| 12/13/12 | T. Kelly | 147.15 | 0.30 | 7 | Conference with E. Hulsebos regarding objections to fee application and draft email to U.S. Trustee regarding same |
| 12/14/12 | E. Hulsebos | 119.25 | 0.50 | 8 | Draft email to U.S. Trustee |
| 12/14/12 | E. Hulsebos | 47.70 | 0.20 | 8 | Conference with T. Kelly regarding email to U.S. Trustee |
| 12/14/12 | T. Kelly | 98.10 | 0.20 | 7 | Review and reply to emails regarding fee application and conference with E. Hulsebos regarding same |
| 12/17/12 | E. Hulsebos | 190.80 | 0.80 | 8 | Finalize response to objection on fee application |
| 12/17/12 | E. Hulsebos | 119.25 | 0.50 | 8 | Coordinate filing of response to objection on fee application |
| 12/17/12 | J. Mikhailevich | 153.00 | 0.50 | 8 | Review Dorsey's response to the U.S. Trustee's objection to Dorsey's fee application in the Residential Capital bankruptcy |
| 12/17/12 | J. Mikhailevich | 91.80 | 0.30 | 8 | File and serve Dorsey's response to the U.S. Trustee's objection to Dorsey's fee application in the Residential Capital bankruptcy |
| 12/17/12 | T. Kelly | 49.05 | 0.10 | 8 | Review and revise response to U.S. Trustee objection |
| 12/19/12 | E. Hulsebos | 71.55 | 0.30 | 8 | Review email from E. Richards and respond to same |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1849595

January 17, 2013
Page 3

| | | | | |
|---|---|---|---|---|
| 12/19/12 | E. Hulsebos | 47.70 | 0.20 | 8 | Coordinate with J. Mikhailevich regarding attendance at hearing |
| 12/20/12 | E. Hulsebos | 119.25 | 0.50 | 8 | Email with J. Mikhailevich regarding hearing |
| 12/20/12 | J. Mikhailevich | 642.60 | 2.10 | 8 | Review all fee application documents and related objection in preparation for hearing before Judge Glenn |
| 12/20/12 | J. Mikhailevich | 1,468.80 | 4.80 | 8 | Attend hearing before Judge Glenn on fee applications on behalf of Dorsey and Whitney LLP |
| 12/20/12 | J. Mikhailevich | 153.00 | 0.50 | 8 | Multiple emails to working group |
| 12/20/12 | J. Mikhailevich | 153.00 | 0.50 | 8 | Draft email summarizing outcome of proceedings |
| 12/21/12 | E. Hulsebos | 71.55 | 0.30 | 8 | Review chart regarding allowed and requested fees |
| 12/21/12 | E. Hulsebos | 23.85 | 0.10 | 8 | Telephone conference with E. Richards regarding chart regarding allowed and requested fees |
| 12/21/12 | E. Hulsebos | 23.85 | 0.10 | 8 | Email with T. Kelly and J. Mikhailevich regarding chart regarding allowed and requested fees |
| 12/21/12 | J. Mikhailevich | 122.40 | 0.40 | 8 | Review proposed omnibus order resolve fee application objections |
| 12/21/12 | J. Mikhailevich | 30.60 | 0.10 | 8 | Email correspondence with working group regarding proposed omnibus order resolve fee application objections |
| 12/27/12 | E. Hulsebos | 71.55 | 0.30 | 7 | Telephone conference with T. Kelly and L. Shaw regarding unpaid amounts from first interim fee application |
| 12/27/12 | E. Hulsebos | 71.55 | 0.30 | 7 | Email E. Richards regarding unpaid amounts from first interim |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1849595

January 17, 2013
Page 4

fee application and regarding
timing on second fee application

**Total Hours**                     19.50

| | | |
|---|---|---|
| | **Total for Legal Fees** | **$5,633.10** |

| | | |
|---|---|---|
| | **Total This Invoice** | **$5,633.10** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Stinson | Associate | 2.20 | 211.50 | 465.30 |
| E. Hulsebos | Associate | 6.50 | 238.50 | 1,550.25 |
| J. Mikhailevich | Associate | 9.20 | 306.00 | 2,815.20 |
| T. Kelly | Partner | 1.30 | 490.50 | 637.65 |
| J. Langdon | Partner | 0.30 | 549.00 | 164.70 |
| **Total all Timekeepers** | | **19.50** | | **5,633.10** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn:  Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

January 17, 2013
Invoice No. 1849596

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through December 31, 2012**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $7,115.85 |
| Total For Current Disbursements and Service Charges | $3.30 |
| **Total For Current Invoice** | **$7,119.15** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                                  January 17, 2013
Attn: Tammy Hamzehpour                              Invoice No. 1849596
1100 Virginia Drive
Fort Washington, PA 19034

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**

---

**For Legal Services Rendered Through December 31, 2012**

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| 12/03/12 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Confer with J. Langdon regarding response to Lloyd's counsel |
| 12/03/12 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Conference with J. Stilson regarding response to insurance carrier |
| 12/03/12 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Conference with J. Stilson regarding strategy as to accounting firm claim |
| 12/04/12 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Draft memoranda regarding discovery issues |
| 12/05/12 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review memoranda from T. Underhill regarding discovery issues |
| 12/06/12 | E. Hulsebos | 95.40 | 0.40 | 4 | (MILA) Telephone conference with bankruptcy court regarding check |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap                                                          January 17, 2013
Client-Matter No.: 479140-00005                                              Page 2
Invoice No.: 1849596

| | | | | |
|---|---|---|---|---|
| 12/06/12 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding discovery issues |
| 12/06/12 | J. Langdon | 1,098.00 | 2.00 | 17 | (Nationwide) Review loan files before production |
| 12/07/12 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft letter to M. Ellis regarding document production |
| 12/07/12 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Analyze custodian and search terms issues |
| 12/07/12 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Finalize review of key documents |
| 12/07/12 | R. Knudson | 277.20 | 1.40 | 17 | (Nationwide) Prepare electronic document production |
| 12/07/12 | N. Bussiere | 79.20 | 0.40 | 17 | (Nationwide) Prepare production of client documents |
| 12/10/12 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review bankruptcy conference agenda |
| 12/10/12 | N. Bussiere | 19.80 | 0.10 | 17 | (Nationwide) Update document production index |
| 12/10/12 | N. Bussiere | 19.80 | 0.10 | 17 | (Nationwide) Prepare index to file |
| 12/11/12 | J. Stilson | 283.50 | 1.00 | 17 | (Nationwide) Work on draft response to Lloyd's |
| 12/11/12 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review Nationwide bankruptcy filings |
| 12/12/12 | J. Stilson | 481.95 | 1.70 | 17 | (Nationwide) Review file for purposes of drafting response to Lloyd's counsel |
| 12/12/12 | J. Stilson | 113.40 | 0.40 | 17 | (Nationwide) Begin drafting tolling agreement regarding PKF |
| 12/13/12 | J. Stilson | 368.55 | 1.30 | 17 | (Nationwide) Complete draft response to Lloyd's counsel |
| 12/13/12 | J. Stilson | 340.20 | 1.20 | 17 | (Nationwide) Complete draft of tolling agreement regarding PKF |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1849596

January 17, 2013
Page 3

| 12/13/12 | J. Stilson | 113.40 | 0.40 | 17 | (Nationwide) Review Client Guide to determine whether it included loss payee or causing GMAC to be beneficiary under client insurance policies |
|---|---|---|---|---|---|
| 12/13/12 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding discovery in California action |
| 12/14/12 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Correspondence to PKF's counsel with draft tolling agreement |
| 12/14/12 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review tolling agreement regarding accountants |
| 12/14/12 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to J. Stilson regarding tolling agreement regarding accountants |
| 12/14/12 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Review key bankruptcy filings |
| 12/17/12 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to J. Stilson regarding standstill with accountants |
| 12/18/12 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Revise letter to insurer regarding Nationwide judgment |
| 12/18/12 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Review Nationwide bankruptcy filings |
| 12/18/12 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Draft memoranda regarding allocation of servicing fees |
| 12/19/12 | J. Stilson | 198.45 | 0.70 | 17 | (Nationwide) Finalize response letter to Lloyd's counsel per J. Langdon edits |
| 12/19/12 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from J. Stilson regarding negotiations with Nationwide |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1849596

January 17, 2013
Page 4

|            |            |        |      |    |                                                                                             |
|------------|------------|--------|------|----|---------------------------------------------------------------------------------------------|
|            |            |        |      |    | carrier                                                                                     |
| 12/19/12   | J. Langdon | 164.70 | 0.30 | 17 | (Alliance) Draft memoranda regarding allocation and payment of servicing fees               |
| 12/20/12   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Draft memoranda regarding discovery issues                                     |
| 12/20/12   | J. Langdon | 164.70 | 0.30 | 17 | (Alliance) Prepare for and telephone conference with L. Siess-Gannon regarding payment of servicer fees in bankruptcy |
| 12/21/12   | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Draft memoranda regarding distribution of servicing proceeds                     |
| 12/26/12   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Review key bankruptcy filings                                                  |
| 12/26/12   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Draft notes regarding discovery issues                                        |
| 12/26/12   | J. Langdon | 54.90  | 0.10 | 17 | (Alliance) Draft notes regarding distribution of servicing proceeds                         |
| 12/27/12   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Draft memorandum regarding discovery                                          |
| 12/28/12   | J. Langdon | 164.70 | 0.30 | 17 | (Alliance) Memorandum to Morrison and Foerster counsel regarding servicing distribution     |
| 12/31/12   | J. Langdon | 54.90  | 0.10 | 17 | (Alliance) Draft memoranda regarding distribution of servicing fees                         |

**Total Hours**                      **17.90**

**Total for Legal Fees**         **$7,115.85**

## Disbursements and Service Charges

Pacer Service Center Electronic Court Searches                                            3.30

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                    January 17, 2013
Client-Matter No.: 479140-00005                                        Page 5
Invoice No.: 1849596

| | |
|---|---:|
| **Total for Disbursements and Service Charges** | **$3.30** |

| | |
|---|---:|
| **Total This Invoice** | **$7,119.15** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---:|---:|---:|
| J. Stilson | Associate | 7.10 | 283.50 | 2,012.85 |
| E. Hulsebos | Associate | 0.40 | 238.50 | 95.40 |
| J. Langdon | Partner | 8.40 | 549.00 | 4,611.60 |
| R. Knudson | Paralegal | 1.40 | 198.00 | 277.20 |
| N. Bussiere | Paralegal | 0.60 | 198.00 | 118.80 |
| **Total all Timekeepers** | | **17.90** | | **7,115.85** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY