**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
Howard O. Godnick
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel to Cerberus Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
Residential Capital, LLC, et al.,[1]                      :    Case No. 12-12020 (MG)
                                                          :
                    Debtors.                              :    Jointly Administered
---------------------------------------------------------- x

**JOINDER IN ALLY FINANCIAL, INC.'S OBJECTION TO MOTION OF**
**THE EXAMINER FOR ENTRY OF AN ORDER MODIFYING THE**
**UNIFORM PROTECTIVE ORDER FOR EXAMINER DISCOVERY**

Cerberus Capital Management, L.P. ("Cerberus") hereby objects to the Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery [Dkt. No. 3092], and joins Ally Financial, Inc.'s ("Ally") Objection to Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery ("Ally's Objection") [Dkt No. 3155] and the accompanying arguments in support of the Ally's Objection.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

Cerberus adopts and incorporates by reference herein all of the arguments and authorities contained in Ally's Objection, including Ally's proposed modifications to the Protective Order [Dkt No. 3155]. Nothing contained herein shall constitute a waiver of any rights or remedies of Cerberus under the Bankruptcy Code or applicable law, including, without limitation, the right to supplement this Joinder, further object, or raise any other additional arguments at a later date.

For the foregoing reasons, Cerberus respectfully requests that the Court deny the Examiner's motion to modify the Protective Order or, in the alternative, grant the Examiner's motion subject to the modifications discussed and set forth in Ally's Objection and proposed order.

Dated: March 13, 2013
New York, New York

**SCHULTE ROTH & ZABEL LLP**

By:   /s/ Howard O. Godnick
Adam C. Harris
Howard O. Godnick
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel to Cerberus Capital Management, L.P.*