Michael Luskin
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205

*Attorneys for Goldin Associates L.L.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
RESIDENTIAL CAPITAL, LLC et al.,                          :    Case No. 12-12020 (MG)
                                                          :
                        Debtor.                           :
                                                          :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Stephan E. Hornung, hereby certify that on March 13, 2013, I caused Goldin Associates L.L.C.'s Objection to the Examiner's Motion for Entry of an Order Modifying the Uniform Protective Order [Docket No. 3146] to be served through ECF notification upon all parties who receive notice in this case pursuant to the Court's ECF filing system, by Hand on the parties listed on the attached Schedule A, by Federal Express Overnight Delivery on the parties listed on the attached Schedule B, and by electronic mail on the parties listed on the attached Schedule C.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of March 2013.

/s/ Stephan E. Hornung

<u>Schedule A</u>

| | |
|---|---|
| Brown Rudnick LLP<br>Attn: Mary Orenstein<br>Seven Times Square<br>New York, NY 10036 | Chadbourne & Parke LLP<br>Attn: Howard Seife, David M. LeMay, Robert J. Gayda and Marc B. Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Citibank, N.A.<br>Attn: Bobbie Theivakumaran<br>390 Greenwich St., 6th Floor<br>New York, NY 10013 | Clifford Chance US LLP<br>Attn: Jennifer C. DeMarco and Adam Lesman<br>31 West 52nd Street<br>New York, NY 10019 |
| Kelley Drye & Warren LLP<br>Attn: James S. Carr and Eric R. Wilson<br>101 Park Avenue<br>New York, NY 10178 | Kirkland & Ellis LLP<br>Attn: Richard M. Cieri, Ray C. Schrock and Stephen E. Hessler<br>601 Lexington Avenue<br>New York, NY 10022 |
| Kramer Levin Naftallis & Frankel LLP<br>Attn: Doug H. Mannal, Kenneth H. Eckstein, Thomas Moers Mayer and Jeffrey Trachtman<br>1177 Avenue of the Americas<br>New York, NY 10036 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn.: Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Morrison & Foerster LLP<br>Attn.: Larren M. Nashelsky<br>1290 Avenue of the Americas<br>New York, NY 10104 | Office of the United States Attorney for the Southern District of New York<br>Attn.: United States Attorney Preet Bharara<br>One St. Andrews Plaza<br>New York, NY 10007 |
| Ropes & Gray LLP<br>Attn.: Keith Wofford and D. Ross Martin<br>1211 Avenue of the Americas<br>New York, NY 10036 | Securities & Exchange Commission<br>Attn.: George S. Canellos, Regional Director<br>3 World Financial Center, Suite 400<br>New York, NY 10281 |
| Skadden Arps Slate Meagher & Flom LLP<br>Attn: Ken Ziman, Jonathan H. Hofer, Sarah M. Ward and Suzanne D. T. Lovett<br>Four Times Square<br>New York, NY 10036 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay Street, 4W<br>New York, NY 10286 |
| United States Attorney's Office for the Southern District of New York, Civil Division<br>Attn: Joseph Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | United States Trustee for the Southern District of New York<br>Attn.: Tracy Hope Davis, Linda A. Rifkin and Brian S. Masumoto<br>33 Whitehall Street, 21st Floor, Region 2<br>New York, NY 10004 |

<u>Schedule B</u>

Deutsche Bank Trust Company Americas
Attn: Kelvin Vargas
25 De Forest Ave.
Summit, NJ 07901

Fannie Mae
Attn: Peter McGonigle
1835 Market Street, Suite 2300
Philadelphia, PA 19103

Gibbs & Bruns LLP
Attn: Robert J. Madden
1100 Louisiana, Suite 5300
Houston, TX 77002

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104

Office of the New York State Attorney General
Attn.: Nancy Lord and Enid M. Stuart
The Capitol
Albany, NY 12224

Securities & Exchange Commission
Attn.: Secretary of the Treasury
100 F. St., NE
Washington, DC 20549

United States Department of Justice
Attn.: United States Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Avenue, NW
Washington, DC 20530

Schedule C

| | |
|---|---|
| swissnergross@brownrudnick.com | hseife@chadbourne.com |
| dlemay@chadbourne.com | rgayda@chadbourne.com |
| mroitman@chadbourne.com | bobbie.theivakumaran@citi.com |
| jennifer.demarco@cliffordchance.com | adam.lesman@cliffordchance.com |
| rosa.mendez@db.com | Brendan.meyer@db.com |
| kelvin.vargas@db.com | peter_mcgonigle@fanniemae.com |
| catherine_lasher@fanniemae.com | kpatrick@gibbsbruns.com |
| shumphries@gibbsbruns.com | kpatrick@gibbsbruns.com |
| kdwbankruptcydepartment@kelleydrye.com | richard.cieri@kirkland.com |
| ray.schrock@kirkland.com | richard.cieri@kirkland.com |
| stephen.hessler@kirkland.com | projectrodeo@kirkland.com |
| William.b.Solomon@ally.com | Timothy.Devine@ally.com |
| john.bellaver@ally.com | tklestadt@klestadt.com |
| jcorneau@klestadt.com | keckstein@kramerlevin.com |
| tmayer@kramerlevin.com | dmannal@kramerlevin.com |
| jtrachtman@kramerlevin.com | pbentley@kramerlevin.com |
| dmannal@kramerlevin.com | szide@kramerlevin.com |
| guzzi@milbank.com | Tammy.Hamzehpour@gmacrescap.com |
| iane.citron@ally.com | Jill.horner@gmacrescap.com |
| Colette.wahl@gmacrescap.com | Deanna.horst@gmacrescap.com |
| William.thompson@gmacrescap.com | William.tyson@gmacrescap.com |
| Eileen.oles@gmacrescap.com | Lauren.delehey@gmacrescap.com |
| Julie.busch@gmacrescap.com | lnashelsky@mofo.com |

Schedule C Continued

| | |
|---|---|
| glee@mofo.com | lmarinuzzi@mofo.com |
| jmoldovan@morrisoncohen.com | bankruptcy@morrisoncohen.com |
| rdakis@morrisoncohen.com | cmomjian@attorneygeneral.gov |
| Nancy.Lord@OAG.State.NY.US | enid.stuart@OAG.State.NY.US |
| joseph.cordaro@usdoj.gov | Ross.martin@ropesgray.com |
| keith.wofford@ropesgray.com | Ross.martin@ropesgray.com |
| secbankruptcy@sec.gov | secbankruptcy@sec.gov |
| newyork@sec.gov | bankruptcynoticeschr@sec.gov |
| jhofer@skadden.com | nikolay.kodes@skadden.com |
| ken.ziman@skadden.com | sarah.ward@skadden.com |
| suzanne.lovett@skadden.com | robert.major@bnymellon.com |
| Glenn.Gillett@usdoj.gov | AskDOJ@usdoj.gov |
| Tracy.Davis2@usdoj.gov | Linda.Riffkin@usdoj.gov |
| Brian.Masumoto@usdoj.gov | kelly.j.rentz@wellsfargo.com |
| Sharon.Squillario@wellsfargo.com | mary.l.sohlberg@wellsfargo.com |
| kristi.garcia@wellsfargo.com | |