# EXHIBIT B

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition | 11.80 | $9,505.00 |
| Bankruptcy Litigation | 374.40 | $292,172.00 |
| General Case Administration | 1.20 | $1,146.00 |
| Meeting of Creditors | 6.50 | $6,207.50 |
| PSZJ Retention | 35.50 | $25,765.50 |
| Hearings | 2.30 | $2,196.50 |
| Non-working Travel | 11.50 | $4,686.25 |
| **TOTAL SERVICES:** | **443.20** | **$341,678.75** |

DOCS_NY:29054.6