# EXHIBIT C

### SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL
### FOR PERIOD SEPTEMBER 19, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| Dean A. Ziehl, Partner | 1978 | $955.00 | 32.90 | $31,419.50 |
| Robert J. Feinstein, Partner | 1982 | $955.00 | 68.10 | $65,035.50 |
| Robert B. Orgel, Partner | 1981 | $875.00 | 19.20 | $16,800.00 |
| Jeremy V. Richards, Partner | 1982 | $875.00 | 1.20 | $1,050.00 |
| Alan J. Kornfeld, Partner | 1987 | $860.00 | 5.70 | $4,902.00 |
| Henry C. Kevane, Partner | 1986 | $407.50 | 11.50 | $4,686.25 |
| Henry C. Kevane, Partner | 1986 | $815.00 | 85.20 | $69,438.00 |
| John A. Morris, Partner | 1991 | $815.00 | 89.90 | $73,268.50 |
| David J. Barton, Partner | 1981 | $795.00 | 3.00 | $2,385.00 |
| Stanley E. Goldich, Partner | 1980 | $795.00 | 5.30 | $4,213.50 |
| Ilan D. Scharf, Partner | 2002 | $575.00 | 70.90 | $40,767.50 |
| Steven J. Kahn, Of Counsel | 1977 | $745.00 | 0.10 | $74.50 |
| Maria A Bove, Of Counsel | 2001 | $645.00 | 4.70 | $3,031.50 |
| Gina F. Brandt, Of Counsel | 1976 | $615.00 | 11.30 | $6,949.50 |
| Jeffrey Kandel, Of Counsel | 1984 | $615.00 | 8.30 | $5,104.50 |
| Scotta E. McFarland, Of Counsel | 1993 | $615.00 | 2.30 | $1,414.50 |
| Gabrielle A. Rohwer, Of Counsel | 1997 | $595.00 | 12.50 | $7,437.50 |
| Cia H. Mackle, Of Counsel | 2006 | $450.00 | 2.10 | $945.00 |
| Jason H. Rosell, Associate | 2010 | $425.00 | 3.20 | $1,360.00 |
| Leslie A. Forrester, Paralegal | N/A | $295.00 | 1.30 | $383.50 |
| Denise A. Harris, Paralegal | N/A | $265.00 | .50 | $132.50 |
| Thomas J. Brown, Paralegal | N/A | $220.00 | 4.00 | $880.00 |
| **TIME CHARGES TOTAL:** | | | 443.20 | $341,678.75 |
| **Blended Hourly Rate (Attorneys and Paralegals)** | | | 443.20 | $770.94 |
| **Blended Hourly Rate (Attorneys)** | | | 437.40 | $777.97 |

DOCS_NY:29054.6