# EXHIBIT D

## SUMMARY OF DISBURSEMENTS

| Expense Category | Total Expenses |
|---|---|
| Airline Fare | $1,185.80 |
| Auto Travel Expense | $297.05 |
| Conference Call | $25.70 |
| Hotel Expense | $500.00 |
| Pacer – Court Research | $59.70 |
| Reproduction Expense | $10.80 |
| Reproduction/Scan Copy | $212.80 |
| Westlaw Legal Research | $1,941.40 |
| Working Meals | $40.00 |
| **TOTAL DISBURSEMENTS:** | $4,273.25 |

DOCS_NY:29054.6