UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

In re:                                                                      Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.,                    Chapter 11

               Debtors.                                        Jointly Administered

                                                      **Related Docket No:   2849**

---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF MASAYO RICHARDSON'S MOTION SEEKING LIMITED DISCOVERY FROM THE DEBTORS AND RELIEF FROM STAY IMPOSED BY THE FHFA ORDER

**PLEASE TAKE NOTICE** that Masayo Richardson withdraws the *Motion of Masayo Richardson Seeking Limited Discovery From the Debtors and Relief From Stay Imposed by the FHFA Order* [Docket No. 2849].

DATED:      March 13, 2013
                     New York, NY

                                                    By: /s/ Carolyn E. Coffey
                                                    Carolyn E. Coffey, of counsel to
                                                    Jeanette Zelhof, Esq.
                                                    299 Broadway, 4th Floor
                                                   New York, NY 10007
                                                   Telephone: (212) 417-3700
                                                   Fax: (212) 417-3891

                                                    *Attorneys for Masayo Richardson*

1