Hearing Date: **April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
Response Date: **April 4, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

---

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF DAVID**
**AND LESLIE KINWORTHY REQUESTING RELIEF FROM THE**
**AUTOMATIC STAY TO APRIL 11, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of David and Leslie Kinworthy Requesting Relief from the Automatic Stay* [Docket No. 2660] (the "Motion"), previously scheduled to be heard on March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1082081

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Debtors to file a response to the Motion has been extended from March 14, 2013 at 4:00 p.m. (Prevailing Eastern Time) to **April 4, 2013 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: March 14, 2013
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*