**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Robert K. Dakis, Esq.

*Attorneys for the Independent Directors*
*of the Residential Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | : | |
| | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES FOR**
**REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FILED UNDER 11 U.S.C.§330**

**SECOND INTERIM FEE APPLICATION**

Name of Applicant:        Morrison Cohen LLP

Time Period:        September 1, 2012 through December 31, 2012

Role in the Case:        Attorneys for the Independent Directors
        of the Residential Capital, LLC

Fees Incurred for Counsel:        $751,416.50

Expenses Incurred:        $12,391.71[1]

Blended Hourly Rate for Fees        $605.00
Incurred during Compensation Period

---

[1] This amount reflects a $2,682.06 voluntary reduction.

## PRIOR QUARTERLY FEE APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Allowed Fees | Allowed Expenses |
|------------|----------------|----------------|--------------------|--------------|------------------|
| 10/19/2012<br><br>[ECF#1904]<br><br>First Interim Fee Application | 5/14/12-8/31/12 | $325,625.50 | $4,248.73 | $319,039.50[2] | $3,099.23[3] |

---

[2] This amount reflects voluntary reductions agreed to at the request of the US Trustee.

[3] This amount reflects voluntary reductions agreed to at the request of the US Trustee.

**Schedule 1**

**COMPENSATION BY PROFESSIONAL**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|-------------------|------|-------|--------|
| **PARTNERS** | | | | |
| Joseph T. Moldovan | 1983 | $685.00 | 477.80 | $327,293.00 |
| Michael Connolly | 1986 | $570.00 | 146.80 | $83,676.00 |
| David Piedra | 1992 | $575.00 | 352.10 | $202,457.50 |
| Jack Levy | 1977 | $605.00 | 11.70 | $7,078.50 |
| David Lerner | 1981 | $585.00 | 2.50 | $1,462.50 |
| Eitan Tabak | 1994 | $485.00 | 0.80 | $388.00 |
| **SENIOR COUNSEL** | | | | |
| Robert K. Dakis | 2005 | $525.00 | 168.40 | $88,410.00 |
| **ASSOCIATES** | | | | |
| Neil Siegel | 1979 | $450.00 | 32.70 | $14,715.00 |
| Rebecca Saenger | 2004 | $380.00 | 19.00 | $7,220.00 |
| **PARAPROFESSIONALS/OTHERS** | | | | |
| Mariola Wiatrak | N/A | $215.00 | 62.70 | $12,771.00 |
| Jason Reid | N /A | $360.00 | 14.50 | $5,220.00 |
| Lucy Mahecha | N/A | $250.00 | 2.90 | $725.00 |
| **TOTAL** | | | **1,291.90** | **751,416.50** |

**Schedule 2**

**HOURS AND FEES FOR THE SECOND INTERIM COMPENSATION PERIOD AS RENDERED BY CATEGORY**

| Category | Hours | Fees |
|---|---|---|
| Case Administration | 39.20 | $8,544.00 |
| Fee/Employment Applications | 39.90 | $15,497.00 |
| Fee/Employment Objections | 17.10 | $8,185.00 |
| Board of Directors Matters | 1,195.70 | $719,190.50 |
| **Total** | **1,291.90** | **$751,416.50** |

**Schedule 3**

**NUMBER OF HOURS SPENT ON THE PROJECT**

| NAME | CASE ADMINISTRATION | FEE/EMPLOYMENT APPLICATION | FEE/EMPLOYMENT OBJECTIONS | BOARD OF DIRECTORS MATTERS | TOTAL |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Joseph T. Moldovan | | 0.40 | | 477.40 | 477.80 |
| Michael Connolly | | | | 146.80 | 146.80 |
| David Piedra | | | | 352.10 | 352.10 |
| Jack Levy | | | | 11.70 | 11.70 |
| David Lerner | | | | 2.50 | 2.50 |
| Eitan Tabak | | | | 0.80 | 0.80 |
| **SENIOR COUNSEL** | | | | | |
| Robert K. Dakis | | 24.00 | 8.10 | 136.30 | 168.40 |
| **ASSOCIATES** | | | | | |
| Neil Siegel | | | 8.50 | 24.20 | 32.70 |
| Rebecca Saenger | | | | 19.00 | 19.00 |
| **PARAPROFESSIONALS/ OTHERS** | | | | | |
| Mariola Wiatrak | 38.40 | 15.50 | 0.50 | 8.30 | 62.70 |
| Jason Reid | 0.80 | | | 13.70 | 14.50 |
| Lucy Mahecha | | | | 2.90 | 2.90 |
| **TOTAL** | | | | | **1,291.90** |

### Schedule 4

### SUMMARY OF EXPENSES

| Description | Total |
|---|---|
| Telephone/Facsimile | $1,135.70 |
| Photocopying | $162.26 |
| Printing | $2.59 |
| Postage | $171.54 |
| Court Services (Pacer) | 1,566.80 |
| Overtime | $168.13 |
| Overtime Meals | $392.87 |
| CourtCall | $553.00 |
| Messenger | $619.50 |
| Professional Fees | $5,468.72 |
| Database search | $2,150.60 |
| **TOTAL** | **$12,391.71**[4] |

---

[4] Amount reflects $2,682.06 of voluntary reduction.

**MORRISON COHEN LLP**
909 Third Avenue
New York, New 10022
Joseph T. Moldovan
Robert K. Dakis
Telephone: (212) 735-8600

*Counsel for the Independent Directors of*
*Residential Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | : | |
| | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**SECOND INTERIM APPLICATION OF MORRISON COHEN LLP FOR
ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND EXPENSES INCURRED DURING THE PERIOD
SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

Morrison Cohen LLP ("MoCo"), Counsel to the Independent Directors of Residential

Capital, LLC (the "Independent Directors"), by this application (the "Application"), respectfully

moves this Court, pursuant to sections 330 and 331 of title 11 of the United States Code, §§ 101-

1532 (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals entered July 17, 2012 ( the "Compensation Order"), for

allowance of interim compensation for professional services rendered in the amount of $751,416.50

and reimbursement of actual, reasonable and necessary out-of-pocket expenses incurred in the

amount of $12,391.71, during the period beginning September 1, 2012 through and including

December 31, 2012 (the "Fee Period"), and, in support thereof, respectfully represents as follows:

#4417640 v4 \020530 \0002

## JURISDICTION

1.      This Court has jurisdiction to hear and determine the Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on January 29, 2013 (the "Amended Guidelines"), a certification regarding compliance with the Amended Guidelines is attached hereto as Exhibit A.

## GENERAL BACKGROUND

2.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). No trustee has been appointed in these Chapter 11 cases.

3.      On May 16, 2012, the United States Trustee for the Southern District of New York appointed a nine member official committee of unsecured creditors (the "Creditors' Committee").

4.      On June 20, 2012, the Court directed that an examiner be appointed [Docket No. 454], and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner (the "Examiner") to investigate, inter alia, various transfers and transactions involving the Debtors and their affiliates as well as the events immediately preceding the commencement of the Chapter 11 Cases [Docket No. 674].

5.      No plan or disclosure statement has been filed in those cases. The Debtors' exclusive period to file a plan terminates on April 30, 2013, unless further extended by Order of the Court.

## RETENTION OF MOCO

6.      On September 5, 2012, the Debtors filed their Motion for the Entry of an Order Under Sections 105 and 363 of the Bankruptcy Code Authorizing the Reimbursement of Expenses Including Counsel Fees Incurred by the Independent Directors (the "Retention Motion").

7.      On September 27, 2012, this Court entered the Order Under Sections 105 and 363 of the Bankruptcy Code Authorizing the Reimbursement of Expenses Including Counsel Fees Incurred by the Independent Directors (the "Retention Order").  A true and correct copy of the Retention Order is attached hereto as Exhibit B.  Pursuant to the Retention Order, the Debtors are authorized to reimburse reasonable expenses, including reasonable charges for professional services rendered and disbursements incurred by Morrison Cohen as counsel to the Independent Directors.

8.      As set forth in the Retention Application, the Independent Directors retained MoCo in connection with corporate governance, investigation and litigation matters.  In addition, MoCo represents the Independent Directors in considering a number of corporate, finance, transactional and financial services matters relating to the Debtors.  MoCo also advised and continues to advise the Independent Directors with respect to a number of transactions that are and/or may be the subject of the investigation by the Examiner.  Morrison Cohen further advised, and continues to advise, the Independent Directors on discrete issues arising in these Chapter 11 cases, including issues relating to Ally Financial, the sale of the Debtors' assets, litigation concerning the RMBS Trust Settlement Agreements, and discovery relating thereof.

9.      To that end, MoCo has served as counsel to the Independent Directors and has rendered legal services for the benefit of the Independent Directors during the Fee Period.

#4417640 v4 \020530 \0002

3

## MONTHLY FEE STATEMENTS AND QUARTERLY APPLICATIONS

10.     On October 19, 2012, MoCo filed its First Interim Fee Application for Compensation of Services Rendered and Reimbursement of Expenses (the "First Interim Fee Application") as counsel for the Independent Directors for the period of May 14, 2012 through August 31, 2012. Pursuant to the First Interim Fee Application, MoCo sought fees in the amount of $325,625.50 and reimbursement in the amount $4,248.73.  By this court's order dated December 28, 2012, MoCo was awarded fees in the amount of $319,039.50 and reimbursement in the amount $3,099.23[5].

11.     For the period from September 1, 2012 through and including September 30, 2012, MoCo submitted a monthly fee statement (the "Monthly Fee Statement").  Through the Monthly Fee Statement, MoCo has requested interim fee compensation in the amount of $53,389.20 (representing 80% of the fees billed by MoCo from September 1, 2012 through September 30, 2012) and expenses incurred in the total amount of $1,784.34 (100% of the expenses billed by MoCo from September 1, 2012 through September 30, 2012).

12.     For the period from October 1, 2012 through and including October 31, 2012, MoCo submitted a monthly fee statement (the "Monthly Fee Statement").  Through the Monthly Fee Statement, MoCo has requested interim fee compensation in the amount of $156,350.80 (representing 80% of the fees billed by MoCo from October 1, 2012 through October 31, 2012) and expenses incurred in the total amount of $4,018.92 (100% of the expenses billed by MoCo from October 1, 2012 through October 31, 2012).

13.     For the period from November 1, 2012 through and including November 30, 2012, MoCo submitted a monthly fee statement (the "Monthly Fee Statement").  Through the Monthly Fee

---

[5] These sums represented voluntary reductions made at the request of the US Trustee.

Statement, MoCo has requested interim fee compensation in the amount of $187,396.40 (representing 80% of the fees billed by MoCo from November 1, 2012 through November 30, 2012) and expenses incurred in the total amount of $1,277.84 (100% of the expenses billed by MoCo from November 1, 2012 through November 30, 2012).

14.    For the period from December 1, 2012 through and including December 31, 2012, MoCo submitted a monthly fee statement (the "Monthly Fee Statement").  Through the Monthly Fee Statement, MoCo has requested interim fee compensation in the amount of $203,996.80 (representing 80% of the fees billed by MoCo from December 1, 2012 through December 31, 2012) and expenses incurred in the total amount of $7,992.67 (100% of the expenses billed by MoCo from December 1, 2012 through December 31, 2012).

15.    This Application is MoCo's second quarterly fee application and seeks payment of interim compensation and reimbursement of expenses for services rendered to the Independent Directors in amounts that have been invoiced to the Debtors for the period from September 1, 2012 through December 31, 2012.

16.    Pursuant to the Compensation Order, if no timely objections are filed to MoCo's monthly fee statements, MoCo is paid 80% of its fees and 100% of its expenses.

17.    This Application requests that the Court (a) approve interim fees in the total amount of $751,416.50 (including the 20% of such fees "held back"), and reasonable out-of-pocket expenses in the amount of $12,391.71[6] incurred by MoCo for services rendered in the Chapter 11 Cases during the Fee Period and (b) award and order to be paid[7] to MoCo the balance of any such fees,

---

[6] This amount reflects voluntary reductions made by MoCo of $2,682.06.

[7] Pursuant to its Retention Motion, MoCo holds a retainer received pre-petition.  MoCo has been crediting approved fees against the retainer.  Once the retainer has been exhausted, MoCo will be paid by the estate.

costs and expenses that remain unpaid, after deducting interim payments already received by MoCo

pursuant to the Compensation Order.[8]

18.    The fees and expenses requested are reasonable, and all amounts requested were for

actual and necessary services rendered on behalf of the Independent Directors.

19.    MoCo has not entered into any agreement, express or implied, with any other party

for the purpose of fixing or sharing fees or other compensation to be paid for professional services

rendered in these cases.  No promises have been received by MoCo or any member thereof as to

compensation in connection with these cases other than in accordance with the provisions of the

Bankruptcy Code.  The Independent Directors were provided with a copy of the Application in

advance of its filing and approve of the amounts requested herein.

## SUMMARY OF PROFESSIONAL SERVICES RENDERED

20.    Pursuant to the guidelines promulgated by the United States Trustee, MoCo classified

all services performed for which compensation is sought into separate categories.  MoCo attempted

to place the services performed in the category that best relates to the services provided.  However,

because certain services may relate to one or more categories, services pertaining to one category

may be included in another category.  Schedule 1, attached hereto, lists each timekeeper, his or her

respective billing rate, professional information, and the total number of hours expended on this

case.  Schedule 2, attached hereto, summarizes the professional and paraprofessional time expended

by project category.  Timekeeping entries and MoCo invoices provide detailed descriptions of all

services rendered by each of these categories.  Exhibit C, attached hereto, contains time entry

---

[8] Pursuant to the Compensation Order, MoCo requested and was paid $601,133.20 on account of accrued fees and $15,073.77 on account of accrued expenses.  MoCo will credit the amount owing for unpaid fees by $2,682.06 to reflect the voluntary reductions taken after the monthly fee period.  As such, the balance owing to MoCo on account of fees in the Fee Period shall be $147,601.24 (which is calculated as $150,283.30 minus the $2,682.06 credit).

records broken down in tenths of an hour by project category, based on the U.S. Trustee Guidelines, setting forth a detailed description of services performed by each attorney and paraprofessional on behalf of the Independent Directors.

21.    The following summary is intended only to highlight key services rendered by MoCo in certain project billing categories where MoCo has expended a considerable number of hours on behalf of the Independent Directors, and is not meant to be a detailed description of all of the work performed.

### A.    Case Management/Calendar Maintenance (Hours: 39.20, Fees:$8,544.00)

22.    MoCo serves as counsel to the Independent Directors in respect of numerous matters, including various estate transactions and litigations, and the examination presently ongoing. Accordingly, during this Fee Period, a MoCo paralegal spent time reviewing pleadings filed each day in the ResCap cases and various adversary proceedings.  In order to create cost savings to the estate, MoCo has arranged for a specially-trained paralegal (who bills at a rate lower than a first year associate) to conduct a review and assessment of newly filed pleadings (including, without limitation, whether the pleadings raise issues of concern to the Independent Directors, or were filed in connection with the examination in which the Independent Directors are witnesses), so that attorneys can be directed only to those pleadings most relevant to the interests of the Independent Directors.  These statements are part of MoCo's representation of the Independent Directors, and are integral to their discharge of their duties.

### B.    Fee/Employment Applications (Hours:_39.90, Fees: $15,497.00)

23.    Pursuant to the Bankruptcy Code, Local Rules, and the Compensation Order, MoCo prepared and served four monthly fee statements (the "Fee Statements") for approval and allowance of compensation for actual, reasonable and necessary professional services rendered, and

reimbursement of expenses for actual reasonable and necessary expenses incurred during those fee periods. Each Fee Statement contained extensive records of the work performed by MoCo.

24.     MoCo attorneys also prepared the First Interim Fee Application during this Fee Period. Preparing the First Interim Fee Application involved consolidating MoCo's fees and expenses for four monthly fee statements and preparing a detailed narrative in the pleading describing these efforts. Extensive time was also spent organizing the time entries and preparing the charts and the summary descriptions of the work done throughout the First Interim Fee Application.

### C.    Fee/Employment Objections (Hours: _17.10, Fees:$8,185.00)

25.     During this Fee Period, MoCo attorneys spend time reviewing and addressing objections to the First Interim Fee Application raised by the United States Trustee. While MoCo believes that it creates significant value to these estate (which is only accentuated by MoCo's below-market rates), the United States Trustee raised certain issues with MoCo' bills. As a result of this work, MoCo agreed to voluntarily reduce its bills, creating additional value to these estates.

### D.    Board of Directors Issues (Hours 1,195.90, Fees: $719,190.50)

26.     Time billed to this category generally relates to issues that MoCo, as counsel to the Independent Directors, are handling at the direction of the Independent Directors. Generally, time billed in this category falls into three categories:

27.     Board of Directors Meetings and Inquiries. As counsel for the Independent Directors, MoCo attorneys are tasked with participating in meetings of the full board of directors as well as subcommittee meetings of the Independent Directors and the subcommittees upon which they sit. Additionally, the Independent Directors often make inquiries as to the status of the cases and the procedural and substantive issues raised therein. Given the size and complexity of these cases, this task requires a significant expenditure of resources. In order to diligently perform this task, MoCo attorneys review and consider many of the numerous pleadings filed in these cases, and also consider

#4417640 v4 \020530 \0002

general corporate and restructuring developments.  In performing this review, MoCo attorneys review each relevant pleading as well as hearing transcripts in order to remain abreast of the procedural and substantive issues pending in these proceedings.  MoCo attorneys also listen to or attend each hearing in order to provide real time updates to the Independent Directors of any key developments in these cases.

28.    <u>Examiner Issues</u>.   On June 20, 2012, the Court directed that an examiner be appointed, and on July 3, 2012, the Court appointed the Examiner.  The Examiner's Counsel requested interviews of each of the four current Independent Directors, as well as one former independent director also represented by MoCo.  During the Fee Period, MoCo attorneys spent considerable time preparing the five Independent Directors for their interviews with the Examiner. This preparation included:

- Review of voluminous documents (including prior fairness opinions, emails, board presentations, handwritten notes, board minutes, transactional documents, etc.) relevant to each Independent Director's examination;

- Meetings with each Independent Director prior to his or her interview with the Examiner and his professionals;

- Appearing with and representing the Independent Director at one or more lengthy interviews by the Examiner's Counsel;

- Corresponding and communicating with counsel for the Examiner and the Debtors with respect to the interviews;

- Responding to party submissions to the Examiner, particularly insofar as parties alleged possible wrongdoing by the Independent Directors in approving certain transactions.

29.    MoCo also worked to produce certain documents from the Independent Directors directly to the Examiner, and to respond to substantive inquiries made by the Examiner's counsel

and other professionals.  These responses often required discussions with MoCo attorneys that worked on the transactions to which the Examiner's questions relate.  These attorneys may not be tasked with day to day matters in the bankruptcy cases, but given their experience and history with the underlying transactions, it was more efficient to involve these attorneys than to attempt to reconstruct the issues.  In many cases, these inquiries required review of contemporaneous documentation and consultation with Debtors' employees and/or counsel.

30.    Additionally, MoCo has spent time liaising with the Debtors' main bankruptcy counsel to understand the procedural and substantive issues involved in the Examiner's investigation.  MoCo will continue to work with the Debtors' counsel in responding to the Examiner's inquiries.

31.    <u>Committee Communications</u>.    In addition to the discovery attendant to the Examiner's investigation, MoCo also worked with counsel for the Debtors in addressing inquiries and document requests made by the Creditors' Committee to the Independent Directors.  In connection with responding to these inquiries, MoCo attorneys spent time reviewing documents regarding certain pre-petition transactions.  MoCo also reviewed documents relating to the proposed settlement between the Debtors and Ally Financial Services.  During the Fee Period, MoCo attorneys also attended meetings with the Creditors' Committee, including a lengthy meeting concerning alleged claims against Ally.  MoCo attorneys evaluated assessed and discussed the presentation with the Independent Directors and also attended a lengthy meeting with counsel for Ally Financial, Inc. concerning a response to the Committee Presentation.

32.    <u>RMBS Litigation</u>:    Additionally, during this Fee Period, MoCo represented the Independent Directors in connection with discovery issues relating to Debtors' Motion pursuant to Fed. R. Bankr. P. 9019 For Approval of the RMBS Trust Settlement Agreements [Docket # 320]. Counsel for Wilmington Trust (indenture trustee for the Senior Unsecured Notes), served subpoenas

#4417640 v4 \020530 \0002

10

for the production of documents, and attendance at depositions, against two Independent Directors. During this Fee Period, MoCo attorneys (i) made inquiry of these Independent Directors regarding responsive documents they may have in their possession, (ii) assisted Debtors' lead counsel in preparing both Independent Director for their depositions, (although one was cancelled at the very last minute), (iii) responded to document requests, and (iv) produced documents and an extensive privilege log.  This representation included reviewing thousands of documents to determine if they were responsive to the requests made by Wilmington.  It also required coordination with Debtors' counsel to determine whether any documents produced were duplicative of documents produced by the Debtors in response to similar subpoenas, and whether documents were appropriately the subject of privilege.  In addition, MoCo attorneys reviewed the voluminous submissions of the objections to the RMBS 9019 motion, particularly insofar as the submission contended that the Independent Directors had purportedly acted improperly in approving the RMBS settlement, and assisted Debtor's primary bankruptcy counsel in drafting responsive pleadings.

33.    <u>Auction of Debtors' Assets</u>.  During this Fee Period, MoCo attorneys attended and advised the Independent Directors in connection with the Debtors' sale of assets pursuant to [order]. As the auction and bidding process required the full board to be present at all times to evaluate and approve the terms of any proposed bids, MoCo attorneys were present to advise in this connection.

## **ALLOWANCE OF COMPENSATION**

34.    The factors to be considered in awarding attorneys fees as enumerated in *In re First Colonial Corp. of America*, 544 F.2d 1291, 1298-99 (5th Cir. 1977), have been adopted by most courts, including the Bankruptcy Court for the Southern District of New York.  *See, e.g., In re Drexel Burnham Lambert Group, Inc.*, 133 B.R. 13, 22 n.5 (Bankr. S.D.N.Y. 1991).  Indeed, a majority of the *First Colonial* factors are now codified in section 330(a)(3). See, e.g., 3 L. King, et al., *Collier on Bankruptcy* at ¶ 330.04[3][c] (15th ed. rev 2008).

#4417640 v4 \020530 \0002

11

35.     Section 330(a)(1)(A) of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person, "reasonable compensation for actual, necessary services rendered." Section 330(a)(3)(A), in turn, provides that:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
>
> (E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

36.     The congressional policy expressed above provides for adequate compensation in order to continue to attract qualified and competent professionals to bankruptcy cases. *In re Busy Beaver Bldg. Ctrs., Inc.*, 19 F.3d 833, 850 (3d Cir. 1994) ("Congress rather clearly intended to provide sufficient economic incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.") (citation and internal quotation marks omitted); *In re Drexel Burnham Lambert Group, Inc.*, 133 B.R. at 18 (Bankr. S.D.N.Y. 1991) ("Congress' objective on requiring that the market, not the Court, establish attorneys' rates was to ensure that bankruptcy cases were staffed by appropriate legal specialists."). MoCo respectfully submits that the consideration of these factors should result in this Court's allowance of the full compensation sought.

### A.    The Time and Labor Required

37.    The professional services rendered by MoCo required the continuous expenditure of time and effort, under time pressures which at times necessitated providing services late into the evening and, on a number of occasions, over weekends and holidays.  The services rendered required a high degree of professional competence and expertise in order to be administered with skill and dispatch.  Mindful of the cost of these cases, however, MoCo staffed the case leanly so as to efficiently handle each issue for which it was tasked.  Moreover, MoCo's pre-petition representation of the Independent Directors lessened the time necessary for MoCo attorneys to familiarize themselves with the issues.  During the Fee Period, Period, approximately 1,291.90 recorded hours were expended by MoCo's partners, associates, and legal assistants in providing the requested professional services.  MoCo's hourly billing rates, as set out in Schedule 1, are computed at the rates MoCo regularly charges its hourly clients.  MoCo's hourly rates are based on, and largely lower than, compensation charged by comparably skilled practitioners in cases other than cases under title 11.

### B.    The Necessity of The Services and Benefit to the Estate

38.    These Chapter 11 Cases are among the most active bankruptcy cases presently pending.  Indeed, many of the complex issues regarding the Debtors' operations and relationships with affiliates are hotly contested, with significant legal and factual issues being raised by the parties.  As detailed above, the services MoCo provided to the Independent Directors were necessary to assist the Debtors in preserving and enhancing the value of the Debtors' estates and conferred substantial benefit to the Debtors' unsecured creditors.  MoCo's services have furthered and will continue to further the Independent Directors obligations and will continue to maximize estate value.

C.      **The Novelty and Difficulty of Issues Presented in the Cases**

39.      Novel and complex issues have arisen in the course of the Chapter 11 Cases, and it

can be anticipated that other such issues will be encountered.  In these cases, as in many others in

which the firm is involved, MoCo's effective advocacy and creative approach to problem solving

have helped clarify and resolve difficult issues and will continue to prove beneficial.

D.      **The Experience, Reputation and Ability of the Attorneys**

40.      MoCo has extensive experience in the areas of insolvency, workouts and corporate

reorganizations.  MoCo's services on behalf of the Independent Directors have been rendered in a

highly efficient manner by attorneys who have achieved a high degree of expertise in these areas.

The skill and competency of the MoCo attorneys who have represented the Independent Directors

have ensured that these cases have been administered in the most efficient and expeditious manner.

**DISBURSEMENTS**

41.      MoCo has incurred a total of $12,391.71 in expenses in connection with representing

the Independent Directors during the Fee Period.  MoCo records all expenses incurred in connection

with  the  performance  of  professional  services.    A  summary  of  these  expenses  and  detailed

descriptions of these expenses, is annexed hereto as Exhibit D.

42.      In connection with the reimbursement of expenses, MoCo's policy is to charge its

clients in all areas of practice for expenses, other than fixed and routine overhead expenses, incurred

in connection with representing its clients.  The expenses charged to MoCo's clients include, among

other things, telephone and telecopy toll and other charges, mail and express mail charges, special or

hand  delivery  charges,  photocopying  charges,  out-of-town  travel  expenses,  local  transportation

expenses, expenses for working meals, computerized research and transcription costs.

43.      MoCo charges the Independent Directors for expenses at rates consistent with those

charged to MoCo's other bankruptcy clients, which rates are equal to or less than the rates charged

by MoCo to its non-bankruptcy clients.  MoCo seeks reimbursement from the Debtors at the following rates for the following expenses: (a) $0.7 per page for photocopying; (b) no charge for incoming facsimiles; and (c) toll charges only for outgoing facsimiles.  In accordance with section 330 of the Bankruptcy Code, the Local Guidelines and with the U.S. Trustee Guidelines, MoCo seeks reimbursement only for the actual cost of such expenses to MoCo.

44.    In providing or obtaining from third parties services which are reimbursable by clients, MoCo does not include in such reimbursable amount any costs of investment, equipment or capital outlay.

45.    MoCo regularly charges its non-bankruptcy clients for ordinary business hourly fees and expenses for secretarial, library, word processing and other staff services because such items are not included in the firm's overhead for the purpose of setting the billing rates.  However, MoCo is not requesting reimbursement of such expenses in this Application and will not seek reimbursement from the Debtors of such expenses in future applications.  Nevertheless, MoCo reserves its rights with respect to such expenses until such time as an order is entered regarding its final fee application.

46.    Attorneys at MoCo have not incurred expenses for luxury accommodations or deluxe meals.  Throughout the Fee Period, MoCo has been keenly aware of cost considerations and has tried to minimize the expenses charged to the Debtors' estates.

## NOTICES

47.    Notice of this Application, as set forth in the Compensation Order, has been given to (a) counsel for the Debtors, Morrison & Foerster LLP (Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) counsel for the Official Committee of Unsecured Creditors (the

#4417640 v4 \020530 \0002

"Creditors' Committee"), c/o Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth H. Eckstein and Douglas H. Mannal); (d) counsel for Ally Financial Inc., Kirkland & Ellis, 601 Lexington Avenue, New York, NY 10022 (Attn: Richard M. Cieri and Ray C. Schrock); and (e) counsel for Barclays Bank PLC, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 (Attn: Kenneth S. Ziman and Jonathan H. Hofer).

## **CONCLUSION**

WHEREFORE, MoCo respectfully requests the Court to enter an order, conforming to the amounts set forth in Fee Schedule A (1) attached hereto as Exhibit E (a) allowing MoCo (i) interim compensation for professional services rendered as counsel for the Independent Directors during the Fee Period in the amount of $751,416.50 and (ii) reimbursement of expenses incurred in connection with rendering such services in the aggregate amount of $12,391.71, for a total award of $763,808.21; (b) authorizing and directing the Debtors to pay to MoCo any and all such amounts less any amounts already received for services rendered and expenses incurred during the Fee Period; and (c) granting such further relief as is just and necessary.

Dated: New York, New York
March 14, 2013

MORRISON COHEN LLP

By:     */s/ Joseph T. Moldovan*
        Joseph T. Moldovan
        Robert K. Dakis
        909 Third Avenue
        New York, New York 10022
        Telephone:  (212) 735-8600
        Fax:  (212) 735-8708
        jmoldovan@morrisoncohen.com
        www.morrisoncohen.com

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : | |
| | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

_____:

### CERTIFICATION UNDER AMENDED GUIDELINES FOR PROFESSIONALS IN RESPECT OF SECOND INTERIM APPLICATION OF MORRISON COHEN LLP FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED DURING THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012

Pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on January 29, 2013 (the "Amended Guidelines"), and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "U.S. Trustee Guidelines" and, together with the Amended Guidelines, the "Guidelines"), the undersigned, a partner with the firm Morrison Cohen LLP ("MoCo"), counsel to the Independent Directors (the "Independent Directors") of Residential Capital, LLC (together with its affiliated debtors and debtors in possession in the above-captioned cases "ResCap" or the "Debtors"), hereby certifies with respect to MoCo's second application for allowance of interim compensation for services rendered and for reimbursement of expenses, dated March 14, 2013, (the "Application"), for the period September 1, 2012 through and including December 31, 2012 (the "Fee Period") as follows:

1.    I am the professional designated by MoCo in respect of compliance with the Guidelines.

2.      I make this certification in support of the Application, for interim compensation and

reimbursement of expenses for the Fee Period, in accordance with the Amended Guidelines, except

as may be specifically noted in the Application or this Certification.

3.      In respect of section B.1 of the Amended Guidelines, I certify that:

a.      I have read the Application.

b.      To the best of my knowledge, information and belief formed after reasonable
inquiry, the fees and disbursements sought fall within the Amended
Guidelines.

c.      Except to the extent that fees or disbursements are prohibited by the
Amended Guidelines, the fees and disbursements sought are billed at rates in
accordance with practices customarily employed by MoCo and generally
accepted by MoCo's clients.

d.      In providing a reimbursable service to the Independent Directors, MoCo does
not make a profit on that service, whether the service is performed by MoCo
in-house or through a third party.

4. In respect of section B.2 of the Amended Guidelines, I certify that MoCo has provided

statements of MoCo's fees and disbursements accrued by serving monthly statements in accordance

with the Compensation Order (as defined in the Application) except that completing reasonable and

necessary internal accounting and review procedures have, at times, precluded filing fee statements

within the time periods established in the Compensation Order.

5.      In respect of section B.3 of the Amended Guidelines, I certify that copies of the

Application are being provided to (a) the Debtors, (b) counsel for the Debtors, (c) counsel for the

Committee, and (d) and the Office of the United States Trustee.

#4426706 v1 \020530 \0002

Dated  March 14, 2013
      New York, New York

**MORRISON COHEN LLP**


By:     */s/ Joseph T. Moldovan*
        Joseph T. Moldovan
        909 Third Avenue
        New York, New York 10022
        Telephone:  (212) 735-8600
        Fax:  (212) 735-8708
        jmoldovan@morrisoncohen.com
        www.morrisoncohen.com

        *Counsel to the Independent*
        *Directors of Residential Capital LLC*

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------    )
                                               )
In re:                                         )    Case No. 12-12020 (MG)
                                               )
RESIDENTIAL CAPITAL, LLC, et al.,              )    Chapter 11
                                               )
                          Debtors.             )    Jointly Administered
                                               )
-------------------------------------------    )
```

### ORDER UNDER SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AUTHORIZING THE REIMBURSEMENT OF EXPENSES INCLUDING COUNSEL FEES INCURRED BY THE INDEPENDENT DIRECTORS

Upon the motion (the "Motion")[1] of the Debtors, as debtors and debtors in possession (collectively, the "Debtors"), for the entry of an order (this "Order") under sections 105 and 363 of the Bankruptcy Code, authorizing the reimbursement of expenses including counsel fees incurred by the Independent Directors, upon the Moldovan Declaration and upon the Hamzehpour Declaration; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, DECREED AND ADJUDGED THAT:**

1.    The Motion is granted to the extent provided herein.

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

2.      The Debtors are authorized to satisfy, pay, and reimburse on behalf of the Independent Directors all reasonable expenses, including reasonable charges for professional services rendered and disbursements incurred by Morrison Cohen as counsel to the Independent Directors.

3.      Morrison Cohen shall be compensated and reimbursed in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the guidelines established by the Executive Office of the United States Trustee, and such other procedures as may be fixed by order of this Court (collectively, the "Compensation Guidelines").

4.      Morrison Cohen shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the Compensation Guidelines.

5.      Prior to any increases in Morrison Cohen's hourly rates, Morrison Cohen shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee and any official committee.  The supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether Morrison Cohen's client has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

8.    Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

Date:
     September 27, 2012
     New York, New York

                             **/s/Martin Glenn**
                                 MARTIN GLENN
                    United States Bankruptcy Judge

# EXHIBIT C

# MorrisonCohen LLP

020530      RESCAP, LLC
020530-0002  CHAPTER 11

DATE:      11/14/12
INVOICE # : 229138

TAMMY HAMZEHPOUR, GENERAL COUNSEL
GMAC RESCAP
ONE MERIDIAN CROSSINGS, SUITE 100
MINNEAPOLIS, MN  55423

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE | B110 | Case Administration | | |
| 09/04/12 | MW | REVIEW COURT FILINGS FOR 9/1/12-9/4/12 (.60); UPDATE DEPT CALENDAR ACCORDINGLY (.1). | 0.70 | 150.50 |
| 09/05/12 | MW | REVIEW COURT FILINGS FOR 9/5/12. | 0.40 | 86.00 |
| 09/06/12 | MW | REVIEW COURT FILINGS FOR 9/6/12. | 0.40 | 86.00 |
| 09/07/12 | MW | REVIEW COURT FILINGS FOR 9/7/12 (.40); UPDATE DEPT CALENDAR (.2). | 0.60 | 129.00 |
| 09/10/12 | MW | REVIEW COURT FILINGS FOR 9/8/12 THROUGH 9/10/12. | 0.60 | 129.00 |
| 09/11/12 | MW | REVIEW COURT FILINGS FOR 9/11/12. | 0.40 | 86.00 |
| 09/12/12 | MW | REVIEW COURT FILINGS FOR 9/12/12. | 0.40 | 86.00 |
| 09/17/12 | MW | REVIEW COURT FILINGS FOR 9/15/12 THROUGH 9/17/12. | 0.60 | 129.00 |
| 09/18/12 | MW | REVIEW COURT FILINGS FOR 9/18/12. | 0.30 | 64.50 |
| 09/19/12 | MW | REVIEW COURT FILINGS FOR 9/19/12. | 0.30 | 64.50 |
| 09/20/12 | MW | REVIEW COURT FILINGS FOR 9/20/12 (.40); UPDATE DEPT CALENDAR (.1). | 0.50 | 107.50 |
| 09/21/12 | MW | REVIEW COURT FILINGS FOR 9/21/12. | 0.40 | 86.00 |
| 09/24/12 | MW | REVIEW COURT FILINGS FOR 9/22/12 THROUGH 9/24/12. | 0.50 | 107.50 |
| 09/25/12 | MW | REVIEW COURT FILINGS FOR 9/25/12. | 0.40 | 86.00 |
| 09/26/12 | MW | REVIEW COURT FILINGS FOR 9/26/12. | 0.40 | 86.00 |
| 09/27/12 | MW | REVIEW COURT FILINGS FOR 9/27/12 (.40); UPDATE DEPT CALENDAR (.10). | 0.50 | 107.50 |
| TOTAL TASK CODE | B110 | Case Administration | 7.40 | 1591.00 |
| TASK CODE | B160 | Fee/Employment Applications | | |
| 09/04/12 | RKD | EMAILS WITH N. MOSS REGARDING MOCO RETENTION APPLICATION/ 363 MOTION (.6). | 0.60 | 315.00 |

909 Third Avenue, New York, NY  10022-4731 * p:212.735.8600 * f:212.735.8708 * www.morrisoncohen.com

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 11/14/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 229138 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/05/12 | RKD | REVIEW FINAL FORM OF MOCO RETENTION MOTION (.9); REVISE FINAL FORM OF MOLDOVAN DECLARATION IN SUPPORT OF SAME (.8); OFFICE CONFERENCES WITH J. MOLDOVAN REGARDING FILING (.6); EMAILS WITH N. MOSS REGARDING SAME (.4). | 2.70 | 1,417.50 |
| 09/14/12 | RKD | EMAILS WITH N. MOSS REGARDING COMMITTEE RESPONSE TO RETENTION MOTION (.9); TELEPHONE CONFERENCE WITH N. MOSS REGARDING SAME (.1); REVIEW COMMITTEE RESERVATION OF RIGHTS FOR SAME (.4); EMAILS WITH J. MOLDOVAN AND M. CONNOLLY REGARDING SAME (.2). | 1.60 | 840.00 |
| 09/16/12 | JTM | EMAILS RD AND MC RE RETENTION ISSUES. | 0.40 | 274.00 |
| 09/18/12 | MW | REVISE INVOICE FOR MAY 14, 2012 THROUGH AUGUST 31, 2012. | 0.80 | 172.00 |
| 09/19/12 | RKD | EMAILS WITH N. MOSS REGARDING COMMITTEE RESPONSE TO RETENTION MOTION. | 0.30 | 157.50 |
| 09/26/12 | MW | REVISE INVOICE FOR PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012 (1.4); FOLLOW UP WITH ACCOUNTING RE: SAME (.2). | 1.60 | 344.00 |
| 09/27/12 | RKD | PREPARE FOR (.4) AND ATTEND OMNIBUS HEARING (INCLUDING MOTION FOR APPROVAL OF REIMBURSEMENT OF MOCO FEES (1.8). | 2.20 | 1,155.00 |
| 09/28/12 | MW | FURTHER REVISIONS TO MAY 14, 2012 THROUGH AUGUST 31, 2012 INVOICE (1.0); O/C WITH ACCOUNTING RE: SAME (.2).O/C WITH RKD RE: SAME (.2). | 1.40 | 301.00 |
| 09/28/12 | RKD | REVIEW DRAFT MONTHLY FEE STATEMENT FOR PERIODS FROM MAY 2012 THROUGH AUGUST 2012 FOR PRIVILEGE AND CONFIDENTIAL INFORMATION (2.6); OFFICE CONFERENCE WITH M. WIATRAK REGARDING SAME (.2); DRAFT MEMORANDUM BANKRUPTCY BILLING PROCESS FOR LEGAL TEAM (3.9). | 6.70 | 3,517.50 |
| TOTAL TASK CODE | B160 | Fee/Employment Applications | 18.30 | 8493.50 |
| TASK CODE | B260 | Board of Directors Matters | | |
| 09/02/12 | JTM | CALLS TO FORMER RESCAP DIRECTORS. | 0.20 | 137.00 |
| 09/04/12 | JTM | REVIEW AND RESPOND TO INDIE QUESTIONS RE KEIP. | 0.40 | 274.00 |
| 09/04/12 | JTM | RESPOND TO INQUIRY FROM INDEPENDENT DIRECTOR RE KEIP DECISION. | 0.70 | 479.50 |

# Morrison Cohen LLP

| | | | |
|---|---|---|---|
| 020530 | RESCAP, LLC | DATE: | 11/14/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 229138 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/04/12 | JTM | REVIEW OBJECTION OF WILMINGTON, JUNIOR SECUREDS, AURELIUS CAPITAL MANAGEMENT, LP TO DEBTORS' MOTION TO EXTEND EXCLUSIVITY, UNDERLYING MOTION. | 1.20 | 822.00 |
| 09/04/12 | MC | REVIEW COURT DOCUMENTS INCLUDING ENGAGEMENT LETTER AND RELATED PETITION (1.8); T/C'S INDEPENDENT DIRECTORS (.7). | 2.50 | 1,425.00 |
| 09/05/12 | DAP | CONF W/ JTM RE: RESCAP EXAMINER DISCOVERY (.3); REV. EMAIL FROM EXAMINER'S COUNSEL (.1). | 0.40 | 230.00 |
| 09/05/12 | JTM | EMAILS WITH MOFO AND CHADBOURNE RE INDEPANDANT DIRECTOR REPRESENTATION ISSUES AND RESPONSE TO INTERVIEW REQUESTS (.8); REVIEW CORRESPONDENCE FROM EXAMINER COUNSEL RE REQUESTS FOR INFORMATION (.4); REVIEW CC EXLUSIVITY OBJ (.4); ANALYSIS OF KEIP ISSUES (.5); REV GOLDIN SUBPOENA (.3). | 2.40 | 1,644.00 |
| 09/06/12 | DAP | CONF JTM CONCERNING BOARD MEETING (.1); CONF JTM CONCERNING EXAMINER MEETING WITH FTI CONSULTING (.2). | 0.30 | 172.50 |
| 09/06/12 | JTM | REVIEW BOARD PACKAGE FOR MEETING (1.10); REVIEW MOTION FOR BORROWER COMM, SUBSERVICING MOTION AND OPPS (1.2); CALLS MOFO RE FORMER DIRECTORS (.2); REVIEW CLAIMS PRESENTATION FOR EXAMINER MEETING (1.4). | 3.90 | 2,671.50 |
| 09/06/12 | MC | REVIEW MATERIALS IN PREPARATION FOR BOARD MEETING. | 2.50 | 1,425.00 |
| 09/07/12 | DAP | BOARD OF DIRECTORS MEETING (1.5); MEETING WITH EXAMINER AND FTI RE: DAMAGES ANALYSIS (2.4); MEETING JTM, MC, RD RE: SAME (.6). | 4.50 | 2,587.50 |
| 09/07/12 | JTM | ATTEND BOARD MEETING (1.7); ATTEND FTI PRESENTATION TO EXAMINER (2.4); REVIEW MATERIAL FOR PRESENTATION (1.0); EMAIL CHADBOURNE RE FORMER DIRECTORS (.1); STRATEGY MEETING WITH RKD & MC (.7). | 5.90 | 4,041.50 |
| 09/07/12 | MC | PREPARATION FOR (.3) AND PARTICIPATION IN BOARD MEETINGS (1.7), REVIEW OF EXAMINERS FILING AND RELATED DOCUMENTS (.8); MEETING WITH JTM & RKD RE: ALLY SETTLEMENT (.7). | 3.50 | 1,995.00 |

# **Morrison**Cohen LLP

| | | | | |
|---|---|---|---|---|
| 020530 | RESCAP, LLC | | DATE: | 11/14/12 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 229138 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/07/12 | RKD | PARTICIPATE IN TELEPHONE CONFERENCE WITH EXAMINER AND DEBTORS' COUNSEL REGARDING COMPONENTS OF ALLY SETTLEMENT (2.4); OFFICE CONFERENCE WITH J. MOLDOVAN, D. PIEDRA, AND M. CONNOLLY REGARDING SAME (.7). | 3.10 | 1,627.50 |
| 09/10/12 | JTM | REVIEW FILINGS IN CONNECTION WITH RMBS SETTLEMENT - MOTIONS AND OPPOSITION (2.0); ANALYSIS OF SAME (.9). | 2.90 | 1,986.50 |
| 09/10/12 | MC | REVIEW RBMS LETTER AND RELATED DOCUMENTS; O/C'S (1.0); FOLLOW UP W/ INDEPENDENT DIRECTORS (.5). | 1.50 | 855.00 |
| 09/11/12 | JTM | CALLS WITH COUNSEL TO GOLDIN RE SUBPOENA (.6); OCS RD AND NS RE SAME (.3). | 0.90 | 616.50 |
| 09/11/12 | MC | REVIEW COURT DOCUMENTS RE: RMBS SETTLEMENTS. | 2.00 | 1,140.00 |
| 09/12/12 | JTM | REVIEW NOTEHOLDER CORRESPONDENCE, ANALYSIS OF SAME (.8); DISCUSSION RE SAME WITH CLIENTS (.6). | 1.40 | 959.00 |
| 09/12/12 | MC | REVIEW UPDATE ON HEARING (1.0); FOLLOW UP W/ INDEPENDENT DIRECTORS (.5). | 1.50 | 855.00 |
| 09/13/12 | JTM | REVIEW MATERIALS RE RMBS SETTLEMENT. | 2.60 | 1,781.00 |
| 09/13/12 | MC | REVIEW AUELIUS LETTER TO DEBTORS (.5); FOLLOW UP (.2). | 0.70 | 399.00 |
| 09/14/12 | JTM | ANALYSIS OF MATERIAL FOR DIRECTORS, BOARD PACKAGE (.9); REVIEW BORROWER COMMITTEE OPP PAPERS (.8); OC RD RE COMMITTEE ISSUES W MOCO RETENTION (.4). | 2.10 | 1,438.50 |
| 09/14/12 | MC | REVIEW QUESTIONS FROM EXAMINER (2.5); CORRESPONDENCE RE: SAME (.5). | 3.00 | 1,710.00 |
| 09/17/12 | MC | PREPARATION FOR (.5) AND PARTICIPATION IN BOARD MEETING (1.5); FOLLOW UP W/ INDEPENDENT DIRECTORS (.5). | 2.50 | 1,425.00 |
| 09/18/12 | JTM | REVIEW OBJECTIONS TO RMBS SETTLEMENT AND ANALYSIS OF SAME (3.9); TC COUNSEL TO FORMER DIRECTORS (.4). | 4.30 | 2,945.50 |
| 09/19/12 | JTM | ATTEND RMBS SETTLEMENT CONFERENCE (3.4); REVIEW UCC RES OF RTS RE MOCO RETENTION, TC DEBTOR'S COUNSEL RE SAME (.5). | 3.90 | 2,671.50 |
| 09/19/12 | MC | REVIEW EXAMINER INFORMAL INFORMATION REQUESTS. | 1.50 | 855.00 |
| 09/20/12 | JTM | ANALYSIS OF MATERIAL FROM RMBS HEARING (2.8); RESEARCH RE SAME (1.8). | 4.60 | 3,151.00 |

# **Morrison**Cohen<sub>LLP</sub>

| | | |
|---|---|---|
| 020530 | RESCAP, LLC | DATE:    11/14/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 229138 |

FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/25/12 | JTM | TCS COUNSEL FOR GOLDIN RE DISCOVERY, OC RD RE SAME (.7); REVIEW HOMEOWNER COMMITTEE MOTIONS AND RELATED DOCS (.9); EMAILS DEBTORS COUNSEL RE JUNIOR SECUREDS (.2). | 1.90 | 1,301.50 |
| 09/25/12 | MC | T/C W/ JIM TANENBAUM, FOLLOW UP (.5); FOLLOW UP RE: APPLICATION (.5). | 1.00 | 570.00 |
| 09/26/12 | DAP | CONF M. CONNOLLY RE: DISCOVERY ISSUES CONCERNING RMBS SETTLEMENT (.3); EMAIL CORRESPONDENCE RE: SAME (.2). | 0.50 | 287.50 |
| 09/26/12 | MC | O/C W DAP RE: RMBS SETTLEMENT (.3); REVIEW DOCUMENTS RE SAME (1.2). | 1.50 | 855.00 |
| 09/27/12 | DAP | EMAIL CORRESPONDENCE FROM DEBTOR'S COUNSEL REGARDING DOCUMENT PRODUCTION BY INDEPENDENT DIRECTORS IN CONNECTION WITH RMBS SETTLEMENT HEARING (.2); PREP FOR AND ATTEND MEETING WITH JTM AND RKD CONCERNING DISCOVERY PROTOCOLS (.9); EMAIL CORRESPONDENCE TO INDEPENDENT DIRECTORS REGARDING DOCUMENTS (.3); REVIEW APPROXIMATELY 40 PAGES HANDWRITTEN NOTES OF PAM WEST FOR RESPONSIVENESS REGARDING RMBS SETTLEMENT (.6). | 2.00 | 1,150.00 |
| 09/27/12 | JTM | APPEAR AT HEARING RE MOCO RETENTION, PRICE WATERHOUSE FORECLOSURE REVIEW, RMBS DISCOVERY ISSUES, BORROWER COMMITTEE (3.4); PREP FOR (.3) AND MTG WITH DAP AND RKD RE DISCOVERY AND INDEPENDANT DIRECTOR ISSUES (.9); EMAILS FROM COUNSEL TO WILMINGTON TRUST RE DISCOVERY, TC RE SAME (.4); TCS DEBTORS RE DISCOVERY COORDINATION (.4). | 5.40 | 3,699.00 |
| 09/27/12 | MC | ATTENTION TO SCHEDULING DEPOSITIONS (1.0); CORRESPONDENCE; O/C'S; T/C'S (.5). | 1.50 | 855.00 |
| 09/27/12 | RKD | REVIEW 486 DOCUMENTS FROM GOLDIN IN CONNECTION WITH EXAMINER ISSUES (2.3); OFFICE CONFERENCE WITH J. MOLDOVAN AND D. PIEDRA REGARDING EXAMINER ISSUES (.9); EMAILS WITH A. TALESNICK (LUSKIN) REGARDING GOLDIN PRODUCTION (.3). | 3.50 | 1,837.50 |
| 09/28/12 | DAP | EMAIL CORRESPONDENCE REGARDING DOCUMENT PRODUCTION (.2); TELEPHONE CALL WITH INDEPENDENT DIRECTOR TED SMITH CONCERNING STATUS AND RMBS SETTLEMENT (.5). | 0.70 | 402.50 |

# **Morrison**Cohen<sub>LLP</sub>

| | | |
|---|---|---|
| 020530 | RESCAP, LLC | DATE: 11/14/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 229138 |

FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 09/28/12 | JTM | REVIEW GOLDIN EMAILS IN CONNECTION WITH DOC PRODUCTION (.8); TCF COUNSEL TO WILMINGTON RE DISCOVERY AND REVIEW OF SUBPOENA RE SAME (1.1) CALLS AND EMAILS DEBTORS COUNSEL AND DAP RE RMBS DISCOVERY (.2). | 2.10 | 1,438.50 |
| 09/28/12 | MC | REVIEW RMBS SETTLEMENT TERMS, MATERIALS; FOLLOW UP CONFERENCE CALLS W/ INDEPENDENT DIRECTORS (1.5); REVIEW REPORTS (.5); SCHEDULING DEPOSITIONS (1.0). | 3.00 | 1,710.00 |
| 09/28/12 | NS | RESUME REVIEW OF DOCUMENTS IN ELECTRONIC DATABASE RE: INFORMATION PROVIDED TO THE BOARD AND INDEPENDENT DIRECTORS. | 0.50 | 225.00 |
| TOTAL TASK CODE | B260 | Board of Directors Matters | 90.50 | 56652.00 |
| GRAND TOTAL FEES | | | 116.20 | 66,736.50 |
| | | TOTAL FEES SERVICES _____ $ | | 66,736.50 |

# **Morrison**Cohen<sub>LLP</sub>

020530          RESCAP, LLC
020530-0002   CHAPTER 11

DATE:        12/06/12
INVOICE # : 230023

TAMMY HAMZEHPOUR, GENERAL COUNSEL
GMAC RESCAP
ONE MERIDIAN CROSSINGS, SUITE 100
MINNEAPOLIS, MN  55423

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE | B110 | Case Administration | | |
| 10/01/12 | MW | REVIEW COURT FILINGS FROM 9/29/12 THROUGH 10/1/12; (.4); UPDATE CALENDAR (.1); DAILY E-MAIL DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.70 | 150.50 |
| 10/02/12 | MW | REVIEW COURT FILINGS FOR 10/2/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/04/12 | MW | REVIEW COURT FILINGS FROM 10/3/12 TO 10/4/12 (.3); UPDATE CALENDAR (.3);  E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.80 | 172.00 |
| 10/05/12 | MW | REVIEW COURT FILINGS FOR 10/5/12 (.4); REVIEW SCHEDULING ORDER RE: RMBS SETTLEMENTS (.2); DIARY ALL DEADLINES (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 1.20 | 258.00 |
| 10/08/12 | MW | REVIEW COURT FILINGS FOR 10/6/12 THROUGH 10/8/12 (.5);  E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.70 | 150.50 |
| 10/09/12 | MW | REVIEW COURT FILINGS FOR 10/9/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/10/12 | MW | REVIEW COURT FILINGS FOR 10/10/12 (.4); REVIEW ORDER RE RMBS SETTLEMENTS (.2); UPDATE CALENDAR (.2); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 1.00 | 215.00 |
| 10/11/12 | MW | REVIEW COURT FILINGS FOR 10/11/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/12/12 | MW | REVIEW COURT FILINGS FOR 10/12/12 (4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/15/12 | MW | REVIEW COURT FILINGS FROM 10/13/12 THROUGH 10/15/12 (.4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/16/12 | MW | REVIEW COURT FILINGS FOR 10/16/12 (.4); UPDATE DEPT CALENDAR (.1); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.70 | 150.50 |

# **Morrison**Cohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230023 | |

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | MW | REVIEW DOCUMENTS FOR 10/17/12 (.4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/18/12 | MW | REVIEW COURT FILINGS FOR 10/18/12 (.4) E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/19/12 | MW | REVIEW COURT FILINGS FOR 10/19/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/22/12 | MW | REVIEW COURT FILINGS FOR 10/22/12 (.4) E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/23/12 | MW | REVIEW COURT FILINGS FOR 10/23/12; (.4); UPDATE CALENDAR (.1); DAILY E-MAIL DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.70 | 150.50 |
| 10/24/12 | MW | REVIEW COURT FILING FOR 10/24/12 (.4); REVIEW THIRD SCHEDULING ORDER RE DEBTORS' MOTION FOR APPROVAL OF RMBS SETTLEMENTS (.1); CALENDAR ALL DEADLINES (.2); E-DAILY MAIL DOCKET TO ATTORNEYS WITH PLEADINGS (.3). | 1.00 | 215.00 |
| 10/25/12 | MW | RETRIEVE COURT FILINGS FOR 10/25/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/26/12 | MW | REVIEW COURT FILINGS FOR 10/26/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/29/12 | MW | REVIEW COURT FILINGS FOR 10/27/12 THROUGH 10/29/12 (.4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| 10/30/12 | MW | REVIEW COURT FILINGS FOR 10/30/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.50 | 107.50 |
| 10/31/12 | MW | REVIEW COURT FILINGS FOR 10/31/12 (.4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH PLEADINGS (.2). | 0.60 | 129.00 |
| TOTAL TASK CODE | B110 | Case Administration | 14.50 | 3117.50 |
| TASK CODE  B160 | | Fee/Employment Applications | | |
| 10/08/12 | MW | REVIEW MAY 14, 2012 THROUGH AUGUST 31, 2012 MC INVOICE (.7); START DRAFTING EXHIBITS TO FIRST FEE APP (1.3). | 2.00 | 430.00 |
| 10/12/12 | MW | REVIEW SEPTEMBER INVOICE (.7); REVISE SAME (.4); FOLLOW UP WITH ACCOUNTING (.1). | 1.20 | 258.00 |
| 10/16/12 | RKD | DRAFT NARRATIVE SECTION OF FIRST INTERIM FEE APPLICATION(4.1); REVIEW MONTHLY FEE STATEMENTS IN CONNECTION WITH SAME (.8). | 4.90 | 2,572.50 |

# **Morrison**Cohen~LLP~

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230023 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | MW | PER RKD REVISE FIRST INTERIM FEE APPLICATION. | 0.80 | 172.00 |
| 10/17/12 | RKD | REVISE NARRATIVE SECTION OF FIRST INTERIM FEE APPLICATION (2.6); EMAILS WITH M. WIATRAK REGARDING SAME (.3). | 2.90 | 1,522.50 |
| 10/18/12 | MW | REVIEW BACKUP PROVIDED BY ACCOUNTING (.6); PREPARE DETAILED EXPENSES CHART (2.7). | 3.30 | No Charge |
| 10/18/12 | RKD | REVISE FEE APPLICATION TO INCORPORATE J. MOLDOVAN'S COMMENTS (.3); OFFICE CONFERENCE WITH M. WIATRAK REGARDING FEE APPLICATION (.2). | 0.50 | 262.50 |
| 10/19/12 | MW | FURTHER REVISIONS TO EXHIBITS TO FEE APPLICATION (1.8); O/C AND MULTIPLE E-MAILS WITH RKD RE: SAME (.4); E-MAIL COMPLETE DOCUMENTS TO MOFO FOR FILING (.1). | 2.50 | 537.50 |
| 10/19/12 | RKD | FINAL REVISIONS TO FEE APPLICATION (1.1); OFFICE CONFERENCE WITH M. WIATRAK REGARDING FILING SAME (.2); EMAILS WITH M. WIATRAK AND E. RICHARDS (MOFO) REGARDING FILING SAME (.3). | 1.60 | 840.00 |
| TOTAL TASK CODE | B160 | Fee/Employment Applications | 19.70 | 6595.00 |
| TASK CODE | B260 | Board of Directors Matters | | |
| 10/01/12 | DAP | CONFERENCE JTM RE: WILMINGTON TRUST SUBPOENA AND RESPONSE (.4); REVIEW SUBPOENA (.2); EMAIL CLIENTS (.2). | 0.80 | 460.00 |
| 10/01/12 | JTM | REVIEW FANNIE MAE OBJECTION. | 0.30 | 205.50 |
| 10/01/12 | MC | REVIEW RMBS DISCOVERY REQUESTS (.7); FOLLOW UP W/ INDEPENDENT DIRECTORS (.8). | 1.50 | 855.00 |
| 10/01/12 | NS | REVIEW OVER 100 DOCUMENTS IN ELECTRONIC DATABASE RE: FACTORS CONSIDERED IN SELECTION OF FINANCIAL ADVISORS, INFORMATION AND FACTORS WEIGHED BY BOARD RE: COMPANY'S FINANCIAL CONDITION IN FALL 2008 (TO BE CONTINUED). | 3.10 | 1,395.00 |
| 10/02/12 | DAP | MEETING WITH JTM AND RKD CONCERNING PREPARATION FOR DEPOSITION OF INDEPENDENT DIRECTORS AND DOCUMENT PRODUCTION (.4); EMAIL DARRYL RAINS (.2); REVIEW MATERIALS FOR DEPO PREPARATION (.8). | 1.40 | 805.00 |
| 10/02/12 | JTM | TC MOFO, RAINES RE RMBS DISCOVERY (.2); O/C WITH DAP AND RKD RE WILMINGTON DOCUMENT REQUESTS (.4). | 0.60 | 411.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230023 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | MC | REVIEW DRAFT RESPONSE TO CREDITORS COMMITTEE (.5); ATTENTION TO SCHEDULING OF DEPOSITIONS; O/C'S, T/C'S, CORRESPONDENCE (1.5). | 2.00 | 1,140.00 |
| 10/02/12 | RKD | OFFICE CONFERENCE WITH J. MOLDOVAN AND D. PIEDRA REGARDING WILMINGTON DOCUMENT REQUESTS (.4); DRAFT RESPONSE TO DOCUMENT REQUESTS (1.1); REVISE SAME TO INCORPORATE COMMENTS FROM D. PEIDRA (.2). | 1.70 | 892.50 |
| 10/03/12 | DAP | CONFERENCES WITH JTM RE: DISCOVERY AND DEPOSITIONS OF INDEPENDENT DIRECTORS (.8); TELEPHONE CALL WITH MARK LIGHTNER (.3); RESEARCH CONCERNING COMPLIANCE COMMITTEE AND RMBS SETTLEMENT (.8); EMAIL CORRESPONDENCE AND CONFERENCE JTM RE: SAME (.2). | 2.10 | 1,207.50 |
| 10/03/12 | JPR | EXECUTE "RMBS" TERM SEARCH IN FILESITE FOR D. PIEDRA. | 0.30 | 108.00 |
| 10/03/12 | JTM | REVIEW RMBS MATERIAL IN CONNECTION WITH PROPOSED DIRECTOR DEPOS (4.0); CONFERENCE WITH DAP REGARDING DISCOVERY (.8); CALL W CLEARY RE DISCOVERY (.4); CALL WITH MOFO RE PWC RETENTION (.3); CALL WITH PAM WEST AND DP RE SAME (.7); REVIEW COMPLIANCE COMMITTEE MATERIAL IN CONNECTION WITH PWC RETENTION ISSUES (3.7). | 9.90 | 6,781.50 |
| 10/03/12 | MC | REVIEW FINAL BOARD OVERSIGHT PLAN. | 2.00 | 1,140.00 |
| 10/04/12 | DAP | COURT CALL REGARDING SCHEDULING MATTERS FOR 9019 HEARING (1.6); CONFERENCES WITH JTM AND R. DAKIS REGARDING DOCUMENT PRODUCTION AND PRIVILEGE ISSUES (.6); EMAIL CORRESPONDENCE WITH INDEPENDENT DIRECTORS CONCERNING DEPOSITIONS AND DISCOVERY (.6); TELEPHONE CALL TO COUNSEL FOR WILMINGTON TRUST CONCERNING DEPOSITION SCHEDULING (.4); RECEIVE AND REVIEW SUBPOENA FOR EDWARD SMITH (.4); EMAIL TO EDWARD SMITH (.2); RESEARCH REGARDING DOCUMENT PRODUCTION AND PRIVILEGE ISSUES FOR INDEPENDENT DIRECTORS (1.5). | 6.30 | 3,622.50 |
| 10/04/12 | JTM | COURT APPEARANCE RE RMBS DISCOVERY ISSUES (1.8) EMAILS TEAM RE DISCOVERY ISSUES AND OTHER MATTERS DISCUSSED DURING HEARING (.6); MTG WITH DAP, MC & RKD RE SAME (.9); REVIEW MATERIALS IN CONNECTION WITH DISCOVERY DEMAND (3.9). | 7.20 | 4,932.00 |
| 10/04/12 | MC | REVIEW FIGIC ISSUES RE: REVIEW OF RMBS APPROVAL PROCESS (1.5); O/C'S (.5). | 2.00 | 1,140.00 |

# **Morrison**Cohen LLP

| 020530 | RESCAP, LLC | DATE: 12/06/12 |
|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230023 |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | DAP | CONFERENCE WITH JTM AND R. DAKIS CONCERNING DISCOVERY RELATING TO RMBS (.7); COMMUNICATIONS WITH MOFO RE: DISCOVERY (.3); PREPARE DEPOSITION OUTLINE FOR TED SMITH DEPOSITION (3.1); REVIEW FILED DISCLOSURES CONCERNING 9019 HEARING (.7); REVIEW MOTION PAPERS (.7). | 5.50 | 3,162.50 |
| 10/05/12 | JTM | MEETING W RD, DP, MC RE SUBPOENAS AND DISCOVERY RE RMBS SETTLEMENT (.7); CONTINUED REVIEW OF RMBS MATTERS FOR COMPLIANCE AND DEPOSITION PREP (7.4). | 8.10 | 5,548.50 |
| 10/05/12 | MC | PREPARATION FOR BOARD MEETINGS (1.5); REVIEW DOCUMENTS REGARDING RMSB DISCOVERY REQUEST (.5); O/C'S (1.0). | 3.00 | 1,710.00 |
| 10/05/12 | RKD | OFFICE CONFERENCE WITH J. MOLDOVAN, M. CONNOLLY, AND D. PIEDRA REGARDING RMBS LITIGATION (.7); OFFICE CONFERENCES WITH J. RIED REGARDING PREPARING REVIEW TOOL FOR SAME (.3). | 1.00 | 525.00 |
| 10/08/12 | DAP | EMAIL CORRESPONDENCE WITH INDEPENDENT DIRECTORS CONCERNING BOARD MEETING (.4); EMAIL CORRESPONDENCE DARRYL RAINS REGARDING DISCOVERY (.2); PREPARE POWERPOINT PRESENTATION FOR TED SMITH MEETING (3.5). | 4.10 | 2,357.50 |
| 10/08/12 | JTM | BOARD CALL (1.0); PREP FOR SMITH AND MACK DEPOS (4.2); POST BOARD CALL DISCUSSION WITH TEAM RE DEPOS AND AUCTION PROCESS (.6); REVIEW DEBTORS STATEMENT RE PRICE WATERHOUSE (.4). | 6.20 | 4,247.00 |
| 10/08/12 | MC | PREPARATION FOR AND PARTICIPATION IN BOARD MEETING (2.0); FOLLOW UP RE: INDEPENDENT DIRECTOR ISSUES; O/C'S (1.5). | 3.50 | 1,995.00 |
| 10/09/12 | DAP | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH DARRYL RAINS CONCERNING DISCOVERY AND INDEPENDENT DIRECTOR DEPOSITIONS (1.5); CONFER WITH JTM AND RD REGARDING INDEPENDENT DIRECTOR DISCOVERY AND PRIVILEGE ISSUES (.8); CONFERENCE CALL WITH ALL INDEPENDENT DIRECTORS CONCERNING BOARD MEETING, BANKRUPTCY STATUS, ETC. (.8); PREPARE FOR AND ATTEND PREPARATION OF TED SMITH FOR DEPOSITION (3.5); RESEARCH REGARDING PRIVILEGE ISSUES (1.0). | 7.60 | 4,370.00 |
| 10/09/12 | JPR | EXPORT OF INTERNAL E-MAILS FOR E-DISCOVERY ISSUES. | 3.50 | 1,260.00 |

# MorrisonCohen LLP

| | | | | |
|---|---|---|---|---|
| 020530 | RESCAP, LLC | | DATE: | 12/06/12 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 230023 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/09/12 | JTM | CALL W RAINES AND RD AND DP RE DISCOVERY ISSUES (1.0); MTG W/ DP AND RD RE SAME AND PRIV LOG (.4); CALL W INDEPENDENT DIRECTORS RE ALL OPEN MATTERS, DEPOS, DISCOVERY, RMBS, SALE (1); MTG W/ DAP, MC AND TED SMITH, DEPO PREP (1.9); REVIEW FILINGS RE RMBS OBJECTIONS AND RESPONSES (.6). | 4.90 | 3,356.50 |
| 10/09/12 | MC | REVIEW DOCUMENTS FOR DEPOSITION PREPARATION (TED SMITH). | 2.50 | 1,425.00 |
| 10/10/12 | DAP | PREPARE FOR AND ATTEND HEARING IN BANKRUPTCY COURT CONCERNING 9019 MOTION CONCERNING RMBS SETTLEMENT (2.5); EMAIL CORRESPONDENCE WITH INDEPENDENT DIRECTORS (.4); TELEPHONE CALL TO DARRYL RAINS REGARDING DISCOVERY (.2). | 3.10 | 1,782.50 |
| 10/10/12 | JPR | UPLOAD FILESITE DATA TO FTP FOR PROCESSING. COMMUNICATION WITH D4 RE: PROCESSING SPECIFICATIONS. | 1.10 | 396.00 |
| 10/10/12 | JTM | APPEAR AT HEARING RE PRICE WATERHOUSE, RMBS DISCOVERY ISSUES, KEIP (2.5); REVIEW RMBS DISCOVERY MATERIAL, PRIVILEGE ISSUES (3.7); O/C WITH MC RE STATUS (.5). | 6.70 | 4,589.50 |
| 10/10/12 | MC | PREPARATION FOR DEPOSITION OF INDEPENDENT DIRECTORS (1.5); FOLLOW UP ON VARIOUS ISSUES W/ JTM (.5). | 2.00 | 1,140.00 |
| 10/11/12 | DAP | EMAIL CORRESPONDENCE WITH JOHN MACK AND TED SMITH REGARDING DEPOSITION PREPARATION (.4); CONFERENCE WITH AND EMAIL WITH JTM REGARDING 9019 HEARING DISCOVERY AND DEPOSITIONS (.6); TELEPHONE CALL WITH DARRYL RAINS REGARDING 9019 MOTION REGARDING RMBS SETTLEMENT (.6); EMAIL MOCO TEAM REGARDING WITNESS PREPARATION (.3); REVIEW MATERIALS RELATING TO RMBS SETTLEMENT (3.5). | 5.40 | 3,105.00 |
| 10/11/12 | JTM | PREP FOR RMBS DISCOVERY AND REVIEW MATERIALS RE SAME (3.3). | 4.20 | 2,877.00 |
| 10/11/12 | JTM | REVIEW KEIP AND RELEASE ISSUES (1); REVIEW PLEADINGS (2). | 3.00 | 2,055.00 |
| 10/11/12 | MC | PREPARATION FOR BOARD MEETING (.5); REVIEW COURT PLEADINGS FOR DETERMINE EFFECT ON INDEPENDENT DIRECTORS (1.0). | 1.50 | 855.00 |

# MorrisonCohen LLP

| | | |
|---|---|---|
| 020530 | RESCAP, LLC | DATE:    12/06/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 230023 |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/12/12 | DAP | REVIEW MATERIALS AND ATTEND BOARD MEETING OF RESCAP (1.3); REVIEW MATERIALS AND ATTEND CONFERENCE CALL WITH ALLY COUNSEL AND OFFICERS REGARDING D&O / E&O INSURANCE (1.3); EMAIL CORRESPONDENCE CONCERNING D&O ISSUES (.3); EMAIL CORRESPONDENCE WITH DARRYL RAINS REGARDING WITNESS PREP (.2); EMAIL WITH JOHN MACK RE: DEPOSITION AND MEETING (.2); EMAIL CORRESPONDENCE TED SMITH RE: DEPOSITION (.2); RESEARCH RE: SHARED SERVICES AGREEMENT OBLIGATIONS (.4); RESEARCH RE: CURRENT D&O PACKAGE AND OBLIGATION TO RENEW (1.5). | 5.40 | 3,105.00 |
| 10/12/12 | JTM | BOARD CALL (1.1); REVIEW MATERIAL IN PREP FOR BOARD CALL (.7); OCS DAP RE INSURANCE ISSUES (.3); REVIEW PLEADINGS (2.5); REVIEW INSURANCE MATERIALS (.7). | 5.30 | 3,630.50 |
| 10/12/12 | MC | PREPARATION FOR AND PARTICIPATION IN BOARD MEETING (1.5); FOLLOW UP W/ JTM AND DAP (.5). | 2.00 | 1,140.00 |
| 10/15/12 | DAP | TELEPHONE CALL WITH MARK LIGHTNER (.3); TELEPHONE CALL WITH DARRYL RAINS (.2); PREP FOR MEETING JOHN MACK (.4); EMAIL CORRESP JOHN MACK & TED SMITH RE: DEPOSITIONS (.2); REVIEW KEIP MATERIAL (1.1). | 2.20 | 1,265.00 |
| 10/16/12 | DAP | PREP FOR AND ATTEND PREPARATION MEETING WITH JOHN MACK, DARRYL RAINS, ANTHONY PRINCI, JAMIE LEVITT (3.5); MEETING WITH JTM CONCERNING DISCOVERY (.7); DOC REVIEW FOR DEPOSITION (.4); PREPARE OUTLINE FOR TED SMITH DEPO PREP (.8). | 5.40 | 3,105.00 |
| 10/16/12 | JTM | DEPO PREP JOHN MACK AND MOFO RAINES, PRINCI, LEVITT (3.4); MTG WITH DAP RE DISC ISSUES (.7); REVIEW KEIP MATERIAL FOR HEARING (2.2); OC RD AND TEAM RE PRIV LOG (.6). | 6.90 | 4,726.50 |
| 10/17/12 | DAP | MEETING WITH JOHN MACK RE: DISCOVERY, STATUS, KEIP, SALE AUCTION ISSUES (1.5); PREPARE FOR AND ATTEND HEARING IN COURT (1.0). | 2.50 | 1,437.50 |
| 10/17/12 | JPR | COMMUNICATION WITH D4 REGARDING USER SET UP FOR R. DAKIS. | 0.30 | 108.00 |
| 10/17/12 | JTM | MEETING WITH INDEPENDENT DIRECTORS RE KEIP HEARING (1.8); APPEAR AT HEARING RE KEIP (2.1). | 3.90 | 2,671.50 |
| 10/17/12 | MC | MEETING W/ JOHN MACK (1.1). PREPARATION FOR AND PARTICIPATION IN COMPENSATION COMMITTEE MEETING (1.9). | 3.00 | 1,710.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : | 230023 |

**FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012**

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | RKD | REVIEW 192 DOCUMENTS IN REVIEW DATABASE (3.6); EMAILS WITH D. PIEDRA REGARDING REVIEW PROCESS (.3). | 3.90 | 2,047.50 |
| 10/18/12 | DAP | PREP FOR AND MEET WITH EDWARD SMITH REGARDING DEPOSITION PREPARATION. | 5.50 | 3,162.50 |
| 10/18/12 | JTM | PREP TED SMITH FOR RMBS DEPO. | 4.80 | 3,288.00 |
| 10/18/12 | RKD | REVIEW 273 DOCUMENTS IN REVIEW DATABASE. | 3.90 | 2,047.50 |
| 10/19/12 | JTM | REVIEW DEBTORS MOTION RE REMEDIATION (.3); EMAILS AMONG BOARD AND MOFO RE ALLY SETTLEMENT (.8); REVIEW LATEST STATUS UPDATE (.1); REV ALLY DISCOVERY RESPONSE (.3). | 1.40 | 959.00 |
| 10/19/12 | RKD | REVIEW 142 DOCUMENTS IN REVIEW DATABASE. | 2.40 | 1,260.00 |
| 10/22/12 | DAP | MEETING WITH TED SMITH REGARDING PREPARATION FOR DEPOSITION (3.5); PREPARE FOR AND ATTEND RESCAP BOARD MEETING AT MOFO (3.5). | 7.00 | 4,025.00 |
| 10/22/12 | JTM | MTG SMITH, PIEDRA RE RMBS DEPOS AND PREP (3.2); ATTEND AND PREP FOR BOARD MEETING AT MOFO (3.6). | 6.80 | 4,658.00 |
| 10/22/12 | MC | PREPARATION FOR (1.6) AND ATTENDANCE AT BOARD MEETING (2.6). | 4.20 | 2,394.00 |
| 10/22/12 | RKD | REVIEW 901 DOCUMENTS FOR PRIVILEGE AND RESPONSIVENESS IN RESPONSE TO WILMINGTON SUBPOENA. | 8.70 | 4,567.50 |
| 10/23/12 | DAP | PREPARE FOR (2.0) AND ATTEND AUCTION OF THE RESCAP PLATFORM ON BEHALF OF INDEPENDENT DIRECTORS AND CONFERENCES WITH DIRECTORS AND COUNSEL THROUGHOUT (9.8). | 11.80 | 6,785.00 |
| 10/23/12 | JTM | AUCTION MATTERS THROUGHOUT DAYS, DISCUSSIONS WITH BOARD MEMBERS AND TEAM MEMBERS RE SAME (3.4); EMAILS COUNSEL TO THE EXAMINER (.2); EMAILS BOARD MEMBERS INTERVIEWS (.3). | 3.90 | 2,671.50 |
| 10/23/12 | MC | PREPARE FOR (1.0); AND ATTEND BANKRUPTCY AUCTION (5.2). | 6.20 | 3,534.00 |
| 10/23/12 | RKD | REPRESENT INDEPENDENT DIRECTORS AT AUCTION OF SERVICING PLATFORM. | 13.10 | 6,877.50 |

# MorrisonCohen LLP

| | | | | | |
|---|---|---|---|---|---|
| 020530 | RESCAP, LLC | | | DATE: | 12/06/12 |
| 020530-0002 | CHAPTER 11 | | | INVOICE # : 230023 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/12 | DAP | PREPARE FOR AND ATTEND CONTINUATION OF AUCTION FOR PLATFORM (3.3); CONF INDEPENDENTS RE: CONSENT ORDER COMPLIANCE COMMITTEE (.4); EMAIL CORRESPONDENCE DARRYL RAINS CONCERNING RMBS SETTLEMENT DISCOVERY ISSUES (.4). | 4.10 | 2,357.50 |
| 10/24/12 | DAP | REVIEW PRIVILEGE LOG / DOCUMENT PRODUCTION FROM INDEPENDENT DIRECTORS WHO RECEIVED A SUBPOENA (.8); CONFERENCE J MOLDOVAN CONCERNING DISCOVERY ISSUES (.3); EMAIL CORRESPONDENCE WITH EXAMINER'S COUNSEL REGARDING INTERVIEWS OF INDEPENDENT DIRECTORS (.3). | 1.40 | 805.00 |
| 10/24/12 | JPR | COORDINATE DOCUMENT PRODUCTION WITH D4. | 1.30 | 468.00 |
| 10/24/12 | JTM | BOARD MTG RE BIDDER QUALIFICATION AND AUCTION ISSUES (1.2); MTG WITH INDIES RE SALES PROCESS (2.2). | 3.40 | 2,329.00 |
| 10/24/12 | JTM | OCS RD AND DP RE PRODUCTION FOR RMBS TRUSTEES INCLUDING REVIEW OF MATERIAL (1.7). | 1.70 | 1,164.50 |
| 10/24/12 | MC | FURTHER ATTENDANCE AT THE AUCTION (2.9); BOARD MEETING (2.2). | 5.10 | 2,907.00 |
| 10/24/12 | RKD | REPRESENT INDEPENDENT DIRECTORS AT CONTINUED AUCTION OF SERVICING PLATFORM (1.8); ATTEND BOARD MEETING TO DISCUSS WHOLE LOAN PLATFORM (2.2). | 4.00 | 2,100.00 |
| 10/24/12 | RKD | REVIEW 401 DOCUMENTS FOR PRIVILEGE AND RESPONSIVENESS IN RESPONSE TO WILMINGTON SUBPOENA. | 3.90 | 2,047.50 |
| 10/25/12 | DAP | CONFS JTM REGARDING 363 AUCTION FOR PORTFOLIO (.4); REVIEW OF DOCUMENTS FOR PRIVILEGE LOG / PRODUCTION OF INDEPENDENT DIRECTORS PURSUANT TO SUBPOENA FROM WILMINGTON TRUST (1.5); CONFS R. DAKIS REGARDING DISCOVERY (.4). | 2.30 | 1,322.50 |
| 10/25/12 | JPR | COORDINATE DISCOVERY ISSUES WITH CASE TEAM (.4); COORDINATE DOCUMENT PRODUCTION WITH D4 (.8). | 1.20 | 432.00 |
| 10/25/12 | JTM | ATTEND AUCTION AND ADVISE INDIES RE ISSUES ARISING (4.3); EMAILS CHADBOURNE RE EXAMINER REQUESTS (.2); OCS INDIES RE SAME (.4). | 4.90 | 3,356.50 |
| 10/25/12 | JTM | OCS RKD AND DAP RE PRODUCTION ISSUES RE PRIVILEGE. | 0.40 | 274.00 |
| 10/25/12 | MW | PREPARE CALENDAR OF AVAILABLE DATES FOR SCHEDULING DEPOSITIONS AND INTERVIEWS WITH INDEPENDENT DIRECTORS. | 1.60 | 344.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230023 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | MC | ATTENDANCE AT BANKRUPTCY AUCTION. | 5.50 | 3,135.00 |
| 10/25/12 | RKD | REPRESENT INDEPENDENT DIRECTORS AT AUCTION OF WHOLE LOAN PLATFORM. | 3.40 | 1,785.00 |
| 10/25/12 | RKD | EMAILS WITH J. MOLDOVAN AND D. PEIDRA REGARDING DOCUMENT PRODUCTION (.4); TELEPHONE CONFERENCE WITH D. CLARK (MOFO) REGARDING DOCUMENT REVIEW (.4). | 0.80 | 420.00 |
| 10/26/12 | DAP | PREPARE FORMAL RESPONSES TO SUBPOENAS (1.5); FINALIZE DOCUMENTS AND PRIVILEGE LOG FOR PRODUCTION (2.0); CONFERENCE WITH R. DAKIS RE: SAME (.4). | 3.90 | 2,242.50 |
| 10/26/12 | JPR | EXPORT PRIVLOG DATA OUT OF RELATIVITY FOR R. DAKIS. COORDINATE DOCUMENT PRODUCTION WITH D4. | 2.10 | 756.00 |
| 10/26/12 | JTM | OCS RD RE RMBS PRODUCTION (.4) REV PRIV LOG AND RESPONSES (1.0); CONFERENCE WITH DAP & RKD RE SAME (.4). | 1.80 | 1,233.00 |
| 10/26/12 | RKD | FINALIZE PRODUCTION OF DOCUMENTS (1.1); DRAFT PRIVILEGE LOG (6.2); REVISE MACK RESPONSE TO SUBPOENA (.7); PREPARE COVER LETTER FOR DISCOVERY RESPONSE (.4); CONFERENCE WITH D. PIEDRA AND J. MOLDOVAN REGARDING SAME (.4). | 8.80 | 4,620.00 |
| 10/29/12 | DAP | CONFERENCES WITH J. MOLDOVAN AND CORRESPONDENCE WITH INDEPENDENT DIRECTORS REGARDING DEPOSITIONS OF INDEPENDENT DIRECTORS AND EXAMINER INTERVIEWS OF INDEPENDENT DIRECTORS (1.8); TELEPHONE CONFERENCE CALL WITH J. LEAVITT MOFO REGARDING EXAMINER INTERVIEWS AND DEPOSITIONS (.4); EMAIL CORRESPONDENCE RE: SAME (.5). | 2.70 | 1,552.50 |
| 10/29/12 | JTM | MULTIPLE TCS AND EMAILS THROUGHOUT DAY RE ALL INDIE DIRECTORS RE EXAMINER INTERVIEWS (1.8); COORDATION OF SAME (1.3); EMAILS AND CALL WITH MARC ASHLEY RE SAME (.6); EMAILS MOFO RE SAME (.6). | 4.30 | 2,945.50 |
| 10/30/12 | JTM | MULTIPLE EMAILS WITH EXAMINER COUNSEL, MOFO, AND MOCO TEAM RE EXAMINER INTERVIEWS. (1.3); EMAILS RE APPROVAL OF APA (.4). | 1.70 | 1,164.50 |
| 10/31/12 | DAP | TELEPHONE CONFERENCE CALL WITH MOFO REGARDING INDEPENDENT DIRECTOR DEPOSITIONS AND EXAMINER INTERVIEWS (.4); EMAIL CORRESPONDENCE REGARDING SAME (.5). | 0.90 | 517.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : | 230023 |

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 10/31/12 | JTM | CONTINUED EMAILS AND CALLS RE EXAMINER INTERVIEWS WITH ALL INDEPENDANT DIRECTORS (.7); EMAILS MOFO RE SAME (.7); EMAILS ALLY COUNSEL RE GARVEY INTERVIEW (.3). | 1.70 | 1,164.50 |
| 10/31/12 | MC | REVIEW STATUS DISCOVERY SCHEDULE. | 1.60 | 912.00 |
| 10/31/12 | MC | REVIEW DRAFT WAIVER LETTER. | 0.60 | 342.00 |
| TOTAL TASK CODE | B260 | Board of Directors Matters | 313.70 | 185726.00 |
| GRAND TOTAL FEES | | | 347.90 | 195,438.50 |

TOTAL FEES SERVICES    ⸺⸺⸺⸺⸺⸺⸺⸺ $        195,438.50

# **Morrison**Cohen~LLP~

| | |
|---|---|
| 020530        RESCAP, LLC | DATE:        12/06/12 |
| 020530-0002   CHAPTER 11 | INVOICE # : 230242 |

TAMMY HAMZEHPOUR, GENERAL COUNSEL
GMAC RESCAP
ONE MERIDIAN CROSSINGS, SUITE 100
MINNEAPOLIS, MN  55423

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE | B110 | Case Administration | | |
| 11/01/12 | MW | REVIEW COURT FILINGS FOR 11/1/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH COPIES OF PLEADINGS (.2). | 0.50 | 107.50 |
| 11/02/12 | MW | RETRIEVE COURT FILINGS FOR 11/8/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/05/12 | MW | REVIEW COURT FILINGS FOR 11/3/12 THROUGH 11/5/12 (.4); E-MAIL DAILY DOCKET TO ATTORNEYS WITH COPIES OF PLEADINGS (.2). | 0.60 | 129.00 |
| 11/06/12 | MW | REVIEW COURT FILINGS FOR 11/6/12 (.3); E-MAIL DAILY DOCKET TO ATTORNEYS WITH COPIES OF PLEADINGS (.2). | 0.50 | 107.50 |
| 11/07/12 | MW | CALENDAR FOR ATTORNEYS DEPOSITIONS. | 0.30 | 64.50 |
| 11/07/12 | MW | RETRIEVE COURT FILINGS FOR 11/7/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/08/12 | MW | RETRIEVE COURT FILINGS FOR 11/8/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/09/12 | MW | REVIEW COURT FILINGS FOR 11/9/12 (.3); E-MAIL TO ATTORNEYS  DAILY DOCKET WITH COPIES OF PLEADINGS (.2). | 0.50 | 107.50 |
| 11/12/12 | MW | REVIEW COURT FILINGS FOR 11/10/12 THROUGH 11/12/12 (.3); E-MAIL TO ATTORNEYS  DAILY DOCKET WITH COPIES OF PLEADINGS (.2). | 0.50 | 107.50 |
| 11/13/12 | MW | RETRIEVE COURT FILINGS FOR 11/13/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/14/12 | MW | RETRIEVE COURT FILINGS FOR 11/14/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/15/12 | MW | RETRIEVE COURT FILINGS FOR 11/15/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/16/12 | MW | RETRIEVE COURT FILINGS FOR 11/16/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |

# **Morrison**Cohen LLP

| | | | | |
|---|---|---|---|---|
| 020530 | RESCAP, LLC | | DATE: | 12/06/12 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 230242 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/19/12 | MW | RETRIEVE COURT FILINGS FROM 11/17/12 THROUGH 11/19/12; E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/20/12 | MW | RETRIEVE COURT FILINGS FOR 11/20/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/21/12 | MW | RETRIEVE COURT FILINGS FOR 11/21/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/26/12 | MW | REVIEW COURT FILINGS FROM 11/22/12 THROUGH 11/26/12 (.7); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.80 | 172.00 |
| 11/27/12 | MW | RETRIEVE COURT FILINGS FOR 11/27/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 11/28/12 | MW | RETRIEVE COURT FILINGS FOR 11/8/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/29/12 | MW | RETRIEVE COURT FILINGS FOR 11/29/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 11/30/12 | MW | REVIEW COURT FILINGS FOR 11/30/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| TOTAL TASK CODE | | B110      Case Administration | 9.90 | 2128.50 |
| TASK CODE | B160 | Fee/Employment Applications | | |
| 11/08/12 | MW | REVISIONS TO MC SEPTEMBER INVOICE. | 0.70 | 150.50 |
| TOTAL TASK CODE | | B160      Fee/Employment Applications | 0.70 | 150.50 |
| TASK CODE | B260 | Board of Directors Matters | | |
| 11/01/12 | DAP | EMAIL WITH COUNSEL FOR WILMINGTON TRUST REGARDING DISCOVERY (.2); E-MAIL WITH RKD RE PRIVILEGE LOG (.3); EMAIL REGARDING BOARD MEETING (.2); REV. BOARD MTG MATERIALS (.4); REVIEW 9019 PLEADINGS (1.5). | 2.30 | 1,322.50 |
| 11/01/12 | JTM | DISCUSSIONS WITH BOARD MEMBERS CONCERNING EXAMINER INTERVIEWS. | 0.60 | 411.00 |
| 11/01/12 | MC | REVIEW COMPENSATION COMMITTEE MATERIALS (1.1); FOLLOW UP RE: DISCOVERY SCHEDULE (.9). | 2.00 | 1,140.00 |
| 11/01/12 | RKD | EMAILS WITH D. PEIDRA REGARDING SCHEDULING CALL WITH COUNSEL FOR WILMINGTON RE: PRIV LOG (.3); EMAILS WITH M. LIGHTNER (CLEARY) REGARDING SAME (.1). | 0.40 | 210.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230242 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | DAP | PREP FOR AND ATTEND TELEPHONIC MEETING OF BOARD OF DIRECTORS OF RESCAP (1.3); REVIEW ASSET PURCHASE AGREEMENT CHANGES RE: AUCTION (1.0); TELEPHONE CONFERENCE CALL WITH TED SMITH, PAM WEST AND KARN CHOPRA RE: AUCTION PROCESS, APA CHANGES (1.5); REVIEW RESOLUTION CONCERNING UNANIMOUS WRITTEN CONSENT FOR APPROVAL OF APA'S WITH OCWEN AND BERKSHIRE (.5); TELEPHONE CALL WITH COUNSEL FOR WILMINGTON TRUST REGARDING DOCUMENT PRODUCTION AND PRIVILEGE LOG (.3); TELEPHONE CALL WITH R. DAKIS RE: SAME (.3); ISSUES CONCERNING CLAIM BAR DATE AND PROOF OF CLAIM FOR INDEPENDENT DIRECTORS (.5). | 5.30 | 3,047.50 |
| 11/02/12 | JTM | PREPARATION FOR (1.3) AND PARTICIPATION IN BOARD MEETING (1.1); MEETING OF INDEPENDENT DIRECTORS (.8); DISCUSSION WITH SMITH RE BOARD ISSUES (.4); DISCUSSION WITH ILANY RE SAME (.5). | 4.10 | 2,808.50 |
| 11/02/12 | MC | PREPARATION FOR (2.4) AND PARTICIPATION IN BOARD MEETING (1.2); COMPENSATION COMMITTEE MEETING (.9) AND MEETING OF INDEPENDENT DIRECTORS (.8). | 5.30 | 3,021.00 |
| 11/02/12 | RKD | TELEPHONE CONFERENCE WITH D. PEIDRA REGARDING CALL WITH COUNSEL FOR WILMINGTON RE: PRIV LOG (.3); TELEPHONE CONFERENCE WITH M. LIGHTNER (CLEARY), AND D. PIEDRA REGARDING SAME (.3); FOLLOW UP EMAILS WITH D. PIEDRA (.1). | 0.70 | 367.50 |
| 11/04/12 | DAP | TELEPHONE CONFERENCE CALL WITH BOARD OF DIRECTORS CONCERNING REQUEST FOR ADDITIONAL BOARD MEMBER (2.6); TELEPHONE CALL AND EMAIL EXCHANGE WITH JOE MOLDOVAN AND MICHAEL CONNOLLY REGARDING SAME (.5). | 3.10 | 1,782.50 |
| 11/04/12 | JTM | TELEPHONE CONFERENCE CALL WITH BOARD OF DIRECTORS CONCERNING REQUEST FOR ADDITIONAL BOARD MEMBER (.8); TELEPHONE CALL AND EMAIL EXCHANGE WITH DP AND MICHAEL CONNOLLY REGARDING SAME (.5). | 1.30 | 890.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 12/06/12 |
|--------|-------------|---|-------|----------|
| 020530-0002 | CHAPTER 11 | | INVOICE # : 230242 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 11/05/12 | DAP | CONFERENCE WITH JOE MOLDOVAN AND MICHAEL CONNOLLY REGARDING RECAP OF SUNDAY BOARD CALL (.4); TELEPHONE CALL WITH JOHN MACK REGARDING DISCUSSIONS WITH CREDITOR CONSTITUENTS (.9); TELEPHONE CALL WITH DAVID BROWN MOFO RE: DISCOVERY (.2); REVIEW MATERIAL IN PREP FOR DEPOSITIONS (1.0); EMAIL CORRESPONDENCE REGARDING SCHEDULING OF DEPOSITIONS (.4); BEGIN DEPOSITION PREPARATION OUTLINE (.6). | 3.70 | 2,127.50 |
| 11/05/12 | JTM | COURT CONFERENCE RE RMBS DISCOVERY (1.2); OC DP RE SUNDAY BOARD CALL (.4); CALL WITH PAM WEST AND JOHN MACK RE SAME (.8); EMAIL DEBTOR RE IMPACT OF HURRICANE ON BAR DATE (.2). | 2.60 | 1,781.00 |
| 11/05/12 | MW | PREPARE PROOF OF CLAIM FORMS ON BEHALF OF EACH DIRECTOR. | 1.00 | 215.00 |
| 11/05/12 | MC | TELEPHONIC CONFERENCE W/ P. WEST AND J. MACK REGARDING DISCOVERY AND OTHER MATTERS (.7); CONF W/ JTM AND DAP RE BOARD CALL (.4). | 1.10 | 627.00 |
| 11/05/12 | RKD | DRAFT PROOF OF CLAIM FORMS FOR INDEPENDENT DIRECTORS (1.2); DRAFT RIDER TO J. MACK PROOF OF CLAIM FORM (2.1); EMAILS WITH J. MOLDOVAN ET AL., REGARDING SAME (.2). | 3.50 | 1,837.50 |
| 11/06/12 | DAP | TELEPHONE CALL TED SMITH REGARDING DISCOVERY (5); REVIEW DEPO PREP MATERIALS REGARDING RMBS 9019 MOTION (1.0). | 1.50 | 862.50 |
| 11/06/12 | JTM | DEPO PREP FOR MACK AND SMITH INCLUDING DOC REVIEW. | 6.40 | 4,384.00 |
| 11/06/12 | MC | REVIEW DOCUMENTS IN PREP FOR T. SMITH DEPO. | 1.90 | 1,083.00 |
| 11/06/12 | RKD | EDIT PRIVILEGE LOG TO INCLUDE ADDITIONAL DESCRIPTIONS REQUESTED BY WILMINGTON COUNSEL (3.1); REVIEW DOCUMENTS IN CONNECTION WITH SAME (1.2); EMAILS WITH D. PEIDRA REGARDING SAME (.3). | 4.60 | 2,415.00 |
| 11/07/12 | DAP | EMAILS AND TELEPHONE CALLS WITH INDEPENDENT DIRECTORS AND COUNSEL FROM MOFO CONCERNING DEPOSITION SCHEDULING OF MACK AND TED SMITH, PREPARATION AND DISCOVERY (1.0). | 1.00 | 575.00 |
| 11/07/12 | JL | PREPARE FOR AUDIT COMMITTEE MEETING. | 1.80 | 1,089.00 |
| 11/07/12 | JTM | PREP FOR MACK AND SMITH DEPOS INCLUDING EXTENSIVE DOCUMENT REVIEW (6.3); EMAILS WITH EXAMINER COUNSEL (.1). | 6.40 | 4,384.00 |

# MorrisonCohen LLP

| | | |
|---|---|---|
| 020530 | RESCAP, LLC | DATE:     12/06/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 230242 |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | MW | RETRIEVE MOTIONS RELATED TO RMBS SETTLEMENTS (.2); E-MAIL RE SAME TO DAP (.1). | 0.30 | 64.50 |
| 11/07/12 | MC | REVIEW MATERIALS (I.E. PLEADINGS AND PRESENTATIONS) TO PREPARE FOR EXAMINER INTERVIEW. | 1.60 | 912.00 |
| 11/07/12 | RKD | FURTHER EDITS TO PRIVILEGE LOG TO INCORPORATE ADDITIONAL DESCRIPTIONS (.9); DRAFT KEY OF ATTORNEYS ON PRIVILEGE LOG (.3); EMAILS WITH D. PIEDRA REGARDING SAME (.2); EMAILS WITH M. LIGHTNER, ET AL., RE SAME (.2). | 1.60 | 840.00 |
| 11/08/12 | DAP | ATTEND DEPOSITION OF RUCKDASCHEL (5.0); REVIEW 9019 MOTION AND PREP FOR MEETINGS WITH INDEPENDENT DIRECTORS MACK AND SMITH IN PREPARATION FOR DEPOSITIONS (3.5). | 8.50 | 4,887.50 |
| 11/08/12 | JL | ATTEND AUDIT COMMITTEE CALL/MEETING. | 2.50 | 1,512.50 |
| 11/08/12 | JTM | REVIEW DOCUMENTS FOR RMBS DEPO PREP. | 3.20 | 2,192.00 |
| 11/08/12 | MC | ATTEND AUDIT COMMITTEE MEETING (.8); REVIEW MATERIALS IN CONNECTION W/ SAME (.6); ATTENTION TO INDEPENDENT DIRECTOR INQUIRIES (.7). | 2.10 | 1,197.00 |
| 11/08/12 | RKD | REVISE DRAFT RIDER TO INDEPENDENT DIRECTORS PROOF OF CLAIM (.9); DRAFT PROOF OF CLAIM FOR P. WEST (1.1); DRAFT PROOF OF CLAIM FOR T. SMITH (1.1); DRAFT PROOF OF CLAIM FOR J. ILANY (1.4); EMAILS WITH J. MOLDOVAN, M. CONNOLLY AND D. PIEDRA REGARDING SAME (.2). | 4.70 | 2,467.50 |
| 11/09/12 | DAP | TELEPHONE CALL BROWN AT MOFO RE: EXAMINER INTERVIEWS AND DISCOVERY (.2); EMAIL J. LEVITT RE: MACK (.2); CONF JTM RE: DEPOSITIONS (.2); DEPO SCHEDULING (.2); REVIEW PROOF OF CLAIM ISSUE FOR INDEPENDENTS RE: INDEMNIFICATION (.3); DEPOSITION PREP FOR 9019 DEPOS (1.0). | 2.10 | 1,207.50 |
| 11/09/12 | JTM | ATTEND SPECIAL BOARD MEETING. | 1.00 | 685.00 |
| 11/09/12 | MW | FURTHER REVISIONS TO PROOFS OF CLAIM. | 1.20 | 258.00 |
| 11/09/12 | MC | PREPARATION FOR (2.0) AND PARTICIPATION IN BOARD MEETING (1.0); REVIEW OF PROOFS OF CLAIM (2.1); REVIEW SUMMERY (.3). | 5.20 | 2,964.00 |

# **Morrison**Cohen~LLP~

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230242 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/09/12 | RKD | EMAIL WITH J. MACK REGARDING PROOF OF CLAIM (.2); EMAILS WITH P. WEST REGARDING PROOF OF CLAIM (.2); EMAILS WITH T. SMITH REGARDING PROOF OF CLAIM (.3); EMAILS WITH J. ILANY REGARDING PROOF OF CLAIM (.4); REVISIONS TO ILANY PROOF OF CLAIM (.2); DRAFT PROOF OF CLAIM FOR K. HIRTLER-GARVEY (1.1); EMAILS WITH K. HIRTLER GARVEY REGARDING SAME (.2). | 2.60 | 1,365.00 |
| 11/12/12 | DAP | PREP FOR AND ATTEND DEPOSITION OF THOMAS MARANO (7.5); CONFERENCE JOE MOLDOVAN RE: SAME (.5). | 8.00 | 4,600.00 |
| 11/12/12 | JL | EMAIL EXCHANGE WITH MOLDOVAN RE AUDIT COMMITTEE. | 0.20 | 121.00 |
| 11/12/12 | JTM | ATTEND MARANO DEPOSITION IN RMBS MATTER (7.5); CONFERENCE WITH DAP RE SAME (.5); MEETING WITH JOHN MACK RE RMBS DEPOSITION AND OTHER BOARD MATTERS (1.6). | 9.60 | 6,576.00 |
| 11/12/12 | MC | MEETING W/ INDEPENDENT DIRECTORS (2.3); REVIEW DOCUMENTS FOR DEPOSITIONS (1.8). | 4.10 | 2,337.00 |
| 11/13/12 | DAP | PREP FOR AND ATTEND PORTION OF DEPOSITION OF TAMMY HAMZEHPOUR BY TELEPHONE (4.5); DEPOSITION PREPARATION WITH JOHN MACK AT MOFO (4.5); DOCUMENT AND EXHIBIT REVIEW FOR DEPOSITION (1.0). | 10.00 | 5,750.00 |
| 11/13/12 | JTM | MTG WITH JOHN MACK, MOFO AND OTHERS FOR MACK DEPO PREP (4.6); ATTEND HAMZEPOUR DEPOSITION (6.2). | 10.80 | 7,398.00 |
| 11/13/12 | MW | COORDINATE FILING OF ILANY AND HIRTLER-GARVEY'S PROOFS OF CLAIM. | 0.60 | 129.00 |
| 11/14/12 | DAP | MEETING AT MOFO FOR PREP FOR JOHN MACK DEPO (1.5); ATTEND DEPOSITION OF JOHN MACK (3.2); REVIEW EXHIBITS AND PREPARE DEPOSITION MATERIALS FOR PREPARATION OF TED SMITH (3.5). | 8.20 | 4,715.00 |
| 11/14/12 | JTM | PARTICIPATE IN JOHN MACK DEPOSITION (3.2); MTG WITH COMMITTEE AND COUNSEL (1.4); MTG WITH INDIES RE COMMITTEE AND OPEN MATTERS (6.2). | 10.80 | 7,398.00 |
| 11/14/12 | MW | TRIP TO MOFO OFFICE TO PICK UP J. MACK'S PROOF OF CLAIM (.7); COORDINATE FILING SAME WITH THE BANKRUPTCY COURT (.2). | 0.90 | 193.50 |
| 11/14/12 | MC | MEETING W/ INDEPENDENT DIRECTORS AND COUNSEL (2.8); FOLLOW UP CORRESPONDENCE (.3). | 3.10 | 1,767.00 |

# **Morrison**Cohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 230242 |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 11/15/12 | DAP | DEPOSITION PREPARATION WITH TED SMITH (4.0); MEETING AT MOFO FOR PREPARATION OF TED SMITH (3.0); MEETING WITH MOFO CONCERNING JOHN MACK DEPOSITION TRANSCRIPT, STRATEGY FOR REMAINING DEPOSITIONS, 9019 HEARING AND EXAMINER INTERVIEWS (1.5). | 8.50 | 4,887.50 |
| 11/15/12 | JL | REVIEW MATERIAL AND ATTEND COMPENSATION COMMITTEE MEETING. | 1.40 | 847.00 |
| 11/15/12 | JTM | PREP TED SMITH FOR DEPOSITION (8.2); REVIEW MACK TR (1.3) AND DISCUSS SAME WITH TEAM (.6). | 10.10 | 6,918.50 |
| 11/15/12 | MW | FILE WEST AND SMITH'S PROOF OF CLAIM. | 1.20 | 258.00 |
| 11/16/12 | DAP | EMAIL CORRESPONDENCE WITH MOFO CONCERNING JOHN MACK AND TED SMITH EXAMINATIONS (.5); REVIEW JOHN MACK TRANSCRIPT (.5); PREPARE FOR EXAMINER INTERVIEWS OF INDEPENDENT DIRECTORS (1.2); RMBS DISCOVERY (.9); REC/REV LETTER FROM MALONEY CONCERNING ADD'L DOCUMENTS (.2); TELEPHONE CALL WITH JAMIE LEVITT AND ARIEL RUIZ (.3). | 3.80 | 2,185.00 |
| 11/16/12 | JTM | DISCUSSION WITH DP CONCERNING RMBS DISCOVERY (.9) REVIEW TRANSCRIPTS OF DEPOSITIONS, MARANO, WHITLINGER, MACK (7.3); TC GL RE SALE HEARING (.2). | 8.40 | 5,754.00 |
| 11/18/12 | DAP | EMAIL CORRESPONDENCE WITH JOHN MACK CONCERNING SALE HEARING. | 0.60 | 345.00 |
| 11/19/12 | DAP | IN COURT TO ATTEND SALE HEARING WITH JOHN MACK (5.5); REVIEW TRANSCRIPT OF JOHN MACK TESTIMONY (.5); TELEPHONE CALL WITH PETER DAY / MOFO CONCERNING EXAMINER INTERVIEWS OF INDEPENDENT DIRECTORS (1.0). | 7.00 | 4,025.00 |
| 11/19/12 | JTM | APPEAR AT SALE HEARING DISCUSSIONS AND WITH DIRECTORS DURING COURSE OF SAME (7.6); REVIEW MACK TR AND OTHER TRS RE RMBS SETTLEMENT (3.8). | 11.40 | 7,809.00 |
| 11/19/12 | RKD | REPRESENT BOARD OF DIRECTORS AT HEARING TO APPROVE SALE CONTRACT. | 6.40 | 3,360.00 |
| 11/20/12 | DAP | REVIEW TRANSCRIPT OF JOHN MACK DEPOSITION (2.6); LENGTHY MEETING WITH JOHN MACK REGARDING DEPOSITION AND PREP FOR UPCOMING EXAMINER INTERVIEW (4.0); TELEPHONE CALL JAMIE LEVITT / MOFO CONCERNING DISCOVERY ISSUES (.5); O/C WITH JTM RE SAME (.4). | 7.50 | 4,312.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230242 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/12 | JTM | REVIEW MATERIAL TO RESPOND TO EXAMINER SUBPOENA (2.1); OCS DP AND RD RE SAME (.4); MTG WITH MACK AND DP RE DEPOSITION (2.1); COMP COMMITTEE MEETING (1.3). | 5.90 | 4,041.50 |
| 11/20/12 | MC | PREPARATION FOR (1.2) AND PARTICIPATION IN COMPENSATION COMMITTEE MEETING (1.0). | 2.20 | 1,254.00 |
| 11/21/12 | DAP | RECEIVE AND REVIEW FINAL TRANSCRIPTS OF TOM MARANO, TAMMY HAMZEHPOUR, AND JOHN RUCKDASCHEL (4.2); EMAIL CORRESPONDENCE WITH EXAMINER'S COUNSEL REGARDING SUBPOENA RESPONSE (.2); FINALIZE REVIEW OF MACK TRANSCRIPT (1.4). | 5.80 | 3,335.00 |
| 11/21/12 | JTM | REVIEW REVISED MACK AND HAMZEPOUR TRANSCRIPTS. | 2.60 | 1,781.00 |
| 11/21/12 | MC | REVIEW SALE ORDERS. | 3.20 | 1,824.00 |
| 11/23/12 | JTM | REVIEW MATERIALS IN PREP FOR EXAMINER INTERVIEWS, BOARD BOOKS, PRESENTATIONS, OTHER DOCUMENTS AND MATERIALS. | 8.80 | 6,028.00 |
| 11/24/12 | DAP | TELEPHONE MEETING WITH JOHN MACK CONCERNING 9019 RMBS ISSUES. | 2.50 | 1,437.50 |
| 11/25/12 | JTM | CONTINUED REVIEW OF EXAMINER MATERIALS IN CONNECTION WITH PREP FOR EXAMINATIONS. | 4.70 | 3,219.50 |
| 11/26/12 | DAP | TELEPHONE CALL AND PREPARATION WITH JONATHAN ILANY AND JOE MOLDOVAN (2.5); REVIEW MATERIALS FOR ILANY PREPARATION (2.5); RECEIVE AND REVIEW EXAMINER SUBMISSIONS FROM FGIC, MBIA, SENIOR UNSECURED NOTE HOLDERS AND COMMITTEE OF UNSECURED CREDITORS (4.5); TELEPHONE CALL WITH JAMIE LEVITT (.4). | 9.90 | 5,692.50 |
| 11/26/12 | JTM | MEETING WITH DAP & J. ILANY RE ILANY DEPO (2.5); REVIEW MATERIALS FOR PREP FOR ILANY EXAMINATION (3.4). | 8.90 | 6,096.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 230242 |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 11/27/12 | DAP | REVIEW MATERIALS FOR ILANY PREPARATION (2.2); ATTEND PREPARATION SESSION FOR JONATHAN ILANY INTERVIEW (5.5); TELEPHONE CALL WITH DARRYL RAINS CONCERNING JOHN MACK (.4); TELEPHONE CALL WITH TED SMITH CONCERNING EXAMINER INTERVIEW (.4); PREPARE FOR ILANY INTERVIEW (1.4); DRAFT LETTER TO TOM MALONEY CONCERNING MACK SUBPOENA (.8); EMAIL CORRESPONDENCE JAMIE LEVITT REGARDING DISCOVERY (.4); REVIEW EMAIL CORRESPONDENCE FROM CLEARY GOTTLEIB REGARDING SUBPOENA (.4); DRAFT EMAIL TO TOM MALONEY (.6); O/C WITH RFD RE EXAMINER SUBPOENA (.3). | 12.40 | 7,130.00 |
| 11/27/12 | JTM | REVIEW MATERIAL FOR JOHN ILANY EXAMINATION (5.4); PREP ILANY FOR  EXAMINATION (6.2). | 11.60 | 7,946.00 |
| 11/27/12 | RKD | OFFICE CONFERENCE WITH D. PIEDRA REGARDING ILANY RESPONSE TO EXAMINER SUBPOENA (.3); REVISE PRIVILEGE LOG TO RESPONSE TO ILANY SUBPOENA (1.1); DRAFT RESPONSE TO ILANY SUBPOENA (1.2); EMAILS WITH J. MOLDOVAN AND D. PIEDRA REGARDING SAME (.3); EMAIL WITH C. CHILD REGARDING SAME (.2). | 3.10 | 1,627.50 |
| 11/28/12 | DAP | PREPARE FOR AND ATTEND EXAMINER INTERVIEW WITH JONATHAN ILANY (7.0); TELEPHONE CALL WITH DARRYL RAINS REGARDING DEPOSITION (.4); PREPARE FOR TED SMITH INTERVIEW PREP (1.5). | 8.90 | 5,117.50 |
| 11/28/12 | JTM | PARTICIPATE IN ILANY EXAMINATION (6.1); REVIEW MATERIAL FOR TED SMITH EXAMINATION (4.8). | 10.90 | 7,466.50 |
| 11/28/12 | MC | PARTICIPATION IN TELEPHONE BOARD MEETING. | 0.90 | 513.00 |
| 11/28/12 | RKD | REVIEW EXAMINER PROTECTIVE ORDER (.8); EMAILS WITH S. HOURANG (LUSKIN) REGARDING EXAMINER ISSUES WITH GOLDIN PRODUCTION (.6); REVIEW DOCUMENTS MARKED AS HIGHLY CONFIDENTIAL IN CONNECTION WITH SAME (2.3). | 3.70 | 1,942.50 |
| 11/29/12 | DAP | PREPARE FOR AND MEET WITH TED SMITH TO PREPARE FOR EXAMINER INTERVIEW (6.5); REVIEW MATERIALS FOR EXAMINER INTERVIEW (1.5); REVISE MACK TRANSCRIPT (1.0); TELEPHONE CALL JOHN MACK CONCERNING DISCOVERY (.5). | 9.50 | 5,462.50 |
| 11/29/12 | JTM | REVIEW MATERIAL FOR TED SMITH EXAMINATION (6.6); PREP TED SMITH FOR EXAMINATION (6.8). | 13.40 | 9,179.00 |

# **Morrison**Cohen<sub>LLP</sub>

| 020530 | RESCAP, LLC | DATE: | 12/06/12 |
|--------|-------------|-------|----------|
| 020530-0002 | CHAPTER 11 | INVOICE # : 230242 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 11/29/12 | MW | SEARCH FOR VARIOUS PRESENTATIONS BY SKADDEN AND MOFO (.8); E-MAIL SAME TO RKD (.1); FOLLOW UP WITH JTM RE: SAME (.1). | 1.00 | 215.00 |
| 11/30/12 | DAP | PREP FOR AND ATTEND EXAMINER INTERVIEW OF EDWARD F. SMITH III (7.0); EMAIL CORRESPONDENCE WITH JAMIE LEVITT RE: DISCOVERY (.4); REVIEW PROPOSED LETTER TO MARK ASHLEY (.4); BEGIN RESEARCH CONCERNING DIRECTOR BREACH OF FIDUCIARY DUTY ASSERTIONS CONTAINED IN BRIEF SUBMITTED TO THE EXAMINER BY COUNSEL FOR WILMINGTON TRUST (1.5). | 9.30 | 5,347.50 |
| 11/30/12 | ET | REVIEWED MATERIALS IN PREPARATION OF TED SMITH EXAMINATION. | 0.80 | 388.00 |
| 11/30/12 | JTM | PREP FOR TED SMITH EXAMINER EXAMINATION (3.4); APPEAR AT TED SMITH EXAMINATION (5.8). | 9.20 | 6,302.00 |
| TOTAL TASK CODE | B260 | Board of Directors Matters | 379.00 | 231966.50 |
| GRAND TOTAL FEES | | | 389.60 | 234,245.50 |
| | | TOTAL FEES SERVICES _____ $ | | 234,245.50 |

# **Morrison**Cohen~LLP~

| | | |
|---|---|---|
| 020530 | RESCAP, LLC | DATE:    02/11/13 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 232437 |

TAMMY HAMZEHPOUR, GENERAL COUNSEL
GMAC RESCAP
ONE MERIDIAN CROSSINGS, SUITE 100
MINNEAPOLIS, MN  55423

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE | B110 | Case Administration | | |
| 12/04/12 | MW | REVIEW COURT FILINGS FOR 12/4/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.30 | 64.50 |
| 12/05/12 | MW | REVIEW COURT FILINGS FOR 12/5/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/06/12 | MW | REVIEW COURT FILINGS FOR 12/6/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/07/12 | JPR | UPLOADED DATA TO D4 FOR PROCESSING TO RELATIVITY. | 0.80 | 288.00 |
| 12/11/12 | MW | REVIEW COURT FILINGS FOR 12/11/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/12/12 | MW | REVIEW COURT FILINGS FOR 12/12/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| 12/13/12 | MW | REVIEW COURT FILINGS FOR 12/13/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/13/12 | MW | PREPARING BINDERS FOR JTM WITH DOCUMENTS SUBMITTED PER EXAMINER'S REQUEST. | 2.60 | 559.00 |
| 12/14/12 | MW | REVIEW COURT FILINGS FOR 12/14/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/18/12 | MW | REVIEW COURT FILINGS FOR 12/18/12 (.2); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.30 | 64.50 |
| 12/19/12 | MW | REVIEW COURT FILINGS FOR 12/19/12 (.3); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.40 | 86.00 |
| 12/20/12 | MW | REVIEW COURT FILINGS FOR 12/20/12 (.4); E-MAIL DAILY DOCKET WITH PLEADINGS (.1). | 0.50 | 107.50 |
| TOTAL TASK CODE | B110 | Case Administration | 7.40 | 1707.00 |
| TASK CODE | B160 | Fee/Employment Applications | | |
| 12/07/12 | MW | REVIEW MC NOVEMBER INVOICE (.3); REVISE SAME(.5); DRAFT COVER LETTER (.4). | 1.20 | 258.00 |

# **Morrison**Cohen<sub>LLP</sub>

| | | | | | |
|---|---|---|---|---|---|
| 020530 | RESCAP, LLC | | | DATE: | 02/11/13 |
| 020530-0002 | CHAPTER 11 | | | INVOICE # : | 232437 |

| | | | | |
|---|---|---|---|---|
| TOTAL TASK CODE | B160 | Fee/Employment Applications | 1.20 | 258.00 |

| | | | | |
|---|---|---|---|---|
| TASK CODE | B170 | Fee/Employment Objections | | |
| 12/07/12 | MW | REVIEW US TRUSTEE OBJECTION TO FEE APPLICATIONS (.4); E-MAIL SAME TO RKD (.1). | 0.50 | 107.50 |
| 12/07/12 | RKD | REVISE MONTHLY FEE STATEMENTS TO REMOVE CONFIDENTIAL MATERIALS (1.1); OFFICE CONFERENCE WITH M. WIATRAK REGARDING SAME (.1); EMAILS WITH M. CONNOLLY REGARDING SAME (.1); REVIEW UST OBJECTION TO MOCO FIRST QUARTERLY FEE APPLICATION (.7); OFFICE CONFERENCE WITH J. MOLDOVAN REGARDING SAME (.1). | 2.10 | 1,102.50 |
| 12/12/12 | NS | CONFERENCE WITH ROBERT DAKIS RE: PORTION OF U.S. TRUSTEE'S OMNIBUS OBJECTION TO INTERIM FEE APPLICATIONS RELEVANT TO MORRISON COHEN (MOCO), AND NEED FOR A PROMPT INFORMAL RESPONSE (0.2); REVIEW RELEVANT PORTIONS OF U.S. TRUSTEE'S OBJECTION AND MOCO FIRST INTERIM FEE APPLICATION (0.6). | 0.80 | 360.00 |
| 12/13/12 | NS | ANALYSIS OF U.S. TRUSTEE'S FEE APPLICATION OBJECTION AND DRAFT A SUMMARY RESPONSE (4.5); DRAFT A TRANSMITTAL E-MAIL TO U.S. TRUSTEE'S ATTORNEYS WITH THE SUMMARY RESPONSE AND REQUESTING A CONFERENCE CALL TO DISCUSS THEIR OBJECTION AND THE MOCO RESPONSE (0.3). | 4.80 | 2,160.00 |
| 12/14/12 | NS | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH U.S. TRUSTEE'S ATTORNEYS RE: MOCO PORTION OF U.S. TRUSTEE'S OMNIBUS OBJECTION TO FIRST INTERIM FEE APPLICATIONS AND THE MOCO RESPONSE (1.7); FOLLOW-UP EXPENSE AND FEE CALCULATIONS TO ADDRESS QUESTIONS POSED BY THE U.S. TRUSTEE'S ATTORNEYS DURING CONFERENCE CALL (0.5); DRAFT SUPPLEMENTAL E-MAIL REPLY TO U.S. TRUSTEE'S ATTORNEYS WITH ANSWERS AND COUNTER-OFFER TO RESOLVE THE OBJECTION (0.3); REVIEW REPLY E-MAIL FROM U.S. TRUSTEE'S ATTORNEY ACCEPTING THE MOCO COUNTER-OFFER TO RESOLVE THE OBJECTION, ADVISE ROBERT DAKIS (0.1). | 2.60 | 1,170.00 |
| 12/14/12 | RKD | TELEPHONE CONFERENCE WITH B. MASOMOTO, M. DRISCOLL AND N. SIEGEL REGARDING UST OBJECTION TO MOCO FEE APPLICATION (.6); OFFICE CONFERENCES WITH J. MOLDOVAN, AND M. CONNOLLY REGARDING SAME (.2); EMAILS WITH J. LEVY, ET AL., REGARDING SAME (.1). | 0.90 | 472.50 |

# Morrison Cohen LLP

| 020530 | RESCAP, LLC | DATE: | 02/11/13 |
|--------|-------------|-------|----------|
| 020530-0002 | CHAPTER 11 | INVOICE # : 232437 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 12/18/12 | NS | FOLLOW-UP COMMUNICATIONS WITH U.S. TRUSTEE'S COUNSEL CONFIRMING RESOLUTION OF THEIR FEE OBJECTION. | 0.30 | 135.00 |
| 12/20/12 | RKD | ATTEND OMNIBUS HEARING, INCLUDING HEARING ON FEE APPLICATIONS (5.1). | 5.10 | 2,677.50 |
| TOTAL TASK CODE | B170 | Fee/Employment Objections | 17.10 | 8185.00 |
| TASK CODE   B260 | | Board of Directors Matters | | |
| 12/01/12 | DAP | REVIEW AND COMMENT ON PROPOSED LETTER TO CLEARY CONCERNING IB FINANCE TRANSACTION ISSUE RAISED DURING EXAMINER INTERVIEW OF TED SMITH (.5); EMAIL CORRESPONDENCE WITH JAMIE LEVITT RE: SAME (.4); REVIEW NOTES REGARDING INDEPENDENT DIRECTOR COMMITTEE MEETINGS (.4); REVIEW DOCUMENT PRODUCTION FOR CLEARY (.4). | 1.70 | 977.50 |
| 12/01/12 | JTM | REVIEW AND RESPOND TO EMAILS RE PRODUCTION OF MATERIAL TO EXAMINER AND WILMINGTON (.9); REVIEW PROPOSED EMAIL TO COUNSEL FOR EXAMINER RE SMITH EXAMINATION (.5). | 1.40 | 959.00 |
| 12/02/12 | JTM | REVIEW OF MATERIAL POST TED SMITH EXAMINATION FOR SUPPLEMENAL SUBMISSION TO EXAMINER. | 3.70 | 2,534.50 |
| 12/03/12 | DAP | REVIEW MATERIALS FOR JOHN MACK INTERVIEW PREPARATION (3.5); MEET WITH JOHN MACK FOR INTERVIEW PREPARATION (4.5); CONFERENCE JTM AND LEVITT AT MOFO RE: 9019 STATUS AND STRATEGY (.5); REVIEW MACK DEPOSITION TRANSCRIPT FOR FURTHER CHANGES (.5); RECEIVE/REVIEW CORRESPONDENCE FROM TOM MALONEY CONCERNING SUBPOENA TO JOHN MACK (.4); PREPARE RESPONSE TO MALONEY LETTER (.5). | 9.90 | 5,692.50 |
| 12/03/12 | JTM | PREP JOHN MACK FOR EXAMINATION BY EXAMINER (4.4); REVIEW MATERIALS IN CONNECTION WITH SAME (3.7); REVIEW MOTION TO APPOINT MEDIATOR (.8). | 8.90 | 6,096.50 |
| 12/04/12 | DAP | REVIEW MATERIALS FOR EXAMINER INTERVIEW BINDER (4.5) PREPARE FOR THE EXAMINER INTERVIEW OF JOHN MACK, MEETING WITH JOHN MACK, JOE MOLDOVAN AND JAMIE LEVITT AT MOFO (5.5); CORRESPONDENCE WITH MOFO RE: SAME (.4); ATTEND TO COLLECTION OF DOCUMENTS FROM FORMER DIRECTOR KARIN HIRTLER-GARVEY (.8); CORRESPONDENCE JOEL HAIMS AT MOFO CONCERNING D&O INSURANCE RENEWAL/EXTENSION FOR INDEPENDENTS (.6). | 11.80 | 6,785.00 |

# Morrison Cohen LLP

| 020530 | RESCAP, LLC | DATE: | 02/11/13 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 232437 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 12/04/12 | JTM | REVIEW MATERIALS AND PREP JOHN MACK FOR EXAMINATION. | 8.60 | 5,891.00 |
| 12/04/12 | MC | PREPARATION FOR (.9) AND PARTICIPATION IN COMPENSATION COMMITTEE MEETING (1.1). | 2.00 | 1,140.00 |
| 12/05/12 | DAP | PREPARE FOR EXAMINER INTERVIEW OF JOHN MACK (2.2); ATTEND EXAMINER INTERVIEW OF JOHN MACK (5.0); REVIEW CREDITOR'S SUBMISSIONS TO THE EXAMINER WHICH ASSERT POTENTIAL CLAIMS AGAINST DIRECTORS AND BEGIN PREPARATION FOR A RESPONSE TO SAME (3.0); RESEARCH CONCERNING <br><br> REDACTED FOR PRIVILEGE (2.6); <br><br> DISCUSSIONS WITH FTI REGARDING FORENSIC EXAMINATION OF EMAIL OF JOHN MACK (.6). | 13.40 | 7,705.00 |
| 12/05/12 | JTM | PREP FOR (4.2) AND PARTICIPATE IN MACK EXAMINATION (4.0). | 8.20 | 5,617.00 |
| 12/06/12 | DAP | CONFERENCE CALL WITH FTI CONCERNING REVIEW OF JOHN MACK COMPUTER (.5); COORDINATE THE SEARCH AND REVIEW OF JOHN MACK COMPUTER FOR RESPONSIVE DOCUMENTS (.8); RESEARCH <br><br> REDACTED FOR PRIVILEGE (3.3); DRAFT RESPONSE TO WILMINGTON TRUST EXAMINER SUBMISSION (7.0); COMMUNICATIONS WITH MOFO RE: SAME (.5). | 12.10 | 6,957.50 |
| 12/06/12 | JTM | TC DAN DONOVAN RE GARVEY INTERVIEW (.2); OC DP RE SAME (.1); TC K&E W/ DP RE GARVEY INTERVIEW (.7); MEETING WITH GARVEY AND MC FOR PREP (2) PREP FOR GARVEY INTERVIEW (6.3). | 9.30 | 6,370.50 |
| 12/06/12 | MC | MEETING W/ KARIN HIRTLER-GARVEY IN PREPARATION FOR INTERVIEW. | 1.50 | 855.00 |
| 12/07/12 | JL | PARTICIPATE IN COMPENSATION COMMITTEE CALL | 0.50 | 302.50 |
| 12/07/12 | JTM | BOARD CALL (.5); COMP COM CALL (.7); REVIEW MATERIAL FOR EXAMINER AND REVIEW EXAMINER SUBMISSIONS (4.6). | 5.80 | 3,973.00 |
| 12/07/12 | LM | PREPARE ERRATA SHEET FOR DEPOSITION TRANSCRIPT OF JOHN MACK. | 2.30 | 575.00 |
| 12/07/12 | RKD | EMAILS WITH J. LEVITT, D. RAINS AND J. MACK REGARDING DEPOSITION ERRATA SHEET (.3). | 0.30 | 157.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 02/11/13 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 232437 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 12/09/12 | JTM | REVIEW PARTIES' SUBMISSIONS TO EXAMINER (3.8); REVIEW MARANO DEPO TRANSCRIPT (2.7); REVIEW PROPOSED MACK ERRATA (.9). | 7.40 | 5,069.00 |
| 12/10/12 | JTM | OCS RD RE EXPERT DEPOSITIONS (.2); EMAILS DEBTORS' COUNSEL RE SAME (.2); CONTINUED REVIEW OF RMBS SUBMISSIONS (3.7); PREP FOR GARVEY EXAMINER INTERVIEW (3.1); REVIEW THIRD PARTY EXAMINER SUBMISSIONS (3.4). | 10.70 | 7,329.50 |
| 12/10/12 | MC | REVIEW RMBS SUBMISSIONS. | 3.70 | 2,109.00 |
| 12/10/12 | RKD | REVIEW DRAFT RESPONSE TO RMBS SETTLEMENT FROM WILMINGTON (.7); REVIEW DRAFT RMBS RESPONSE FROM FGIC (.8); REVIEW DRAFT RMBS RESPONSE FROM COMMITTEE (.7); CREATE CHART OF J. MACK REFERENCES IN SAME (1.2); EMAILS WITH E. HAMMERQUIST (FTI) REGARDING MACK EMAIL COLLECTION (.2). | 3.60 | 1,890.00 |
| 12/11/12 | DAP | EMAIL CORRESPONDENCE DAKIS REGARDING MACK DOCUMENT SEARCH AND RESPONSES (.3). | 0.30 | 172.50 |
| 12/11/12 | JTM | REVIEW PROPOSED DRAFT EXAMINER RESPONSE (4.2); REVIEW CIERI LETTER TO UCC (.4); REVIEW DRAFT BOARD PRESENTATION (1.6). | 6.20 | 4,247.00 |
| 12/11/12 | MC | REVIEW CREDITORS COMMITTEE/AFI DOCUMENTS. | 1.60 | 912.00 |
| 12/12/12 | DL | CONF. JTM RE: GOVERNANCE ISSUES AND STATUS. | 0.30 | 175.50 |
| 12/12/12 | DAP | CONFS JTM RE: BK CASE STRATEGY PRESENTATION FOR BOARD (.8); REV MATERIAL IN PREP FOR PAM WEST INTERVIEW (.8); CORRESPONDENCE MOFO RE: EXAMINER RESPONSES (.2). | 1.80 | 1,035.00 |
| 12/12/12 | JTM | ALL HANDS CALL RE BOARD STRATEGY PRESENTATION (1.4); REVIEW OF MATERIAL IN CONNECTION WITH SAME (2.2); PREP FOR WEST EXAMINER INTERVIEW (3.2); REVIEW OF RMBS LITIGANTS SUBMISSIONS AND PROPOSED RESPONSEAS (2.9); REVIEW EXAMINER SUBMISSIONS (2.1); TC JON ILANY RE UCC ISSUES (.4). | 12.20 | 8,357.00 |
| 12/13/12 | DL | CONF. JTM, MC, DAP, JL, RD RE: GOVERNANCE ISSUES DUTIES OF DIRECTORS, STATUS OF CLAIMS OF COMPETING CREDITORS CLASSES. | 1.20 | 702.00 |
| 12/13/12 | DL | REVIEW BOARD PRESENTATION MATERIALS. | 1.00 | 585.00 |

# **Morrison**Cohen<sub>LLP</sub>

| | | |
|---|---|---|
| 020530 | RESCAP, LLC | DATE:    02/11/13 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 232437 |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 12/13/12 | DAP | MEETING WITH JOHN MACK AT MOCO CONCERNING DEPOSITION AND EXAMINER INTERVIEW (2.5); REVIEW DRAFT RESPONSES TO EXAMINER SUBMISSIONS BY VARIOUS CREDITOR CONSTITUANTS (4.5); LENGTHY TELEPHONE CALL WITH TED SMITH CONCERNING THE STATUS OF BANKRUPTCY CASE AND STRATEGY IN PREPARATION FOR BOARD MEETING (1.9); REVIEW BOARD MEETING DECK AND MATERIALS IN PREP FOR BOARD MEETING (1.2); MEETING WITH JTM, RKD, DAP, MC, DL AND JL REGARDING STATUS AND STRATEGY FOR CASE (1.2). | 11.30 | 6,497.50 |
| 12/13/12 | JL | O/C WITH JRM, DAP, MC, DL AND RKD RE GOVERNANCE ISSUES (1.2); REVIEW BOARD MATERIAL FOR 12/14/12 MEETING (1.3). | 2.50 | 1,512.50 |
| 12/13/12 | JTM | REVIEW AND COMMENT ON PROPOSED SUBMISSIONS TO EXAMINER: JSN/SUN (3.2); STEERING COMMITTEE/TAL FRANKLIN (3.9); OMNIBUS (PLS AND MONOLINE) (3.6); MEETING WITH JOHN MACK AND DP RE RMBS DEPOSITION (.5); MEETING WITH MOCO TEAM RE CASE STRATEGY GOING FORWARD (1.2). | 12.40 | 8,494.00 |
| 12/13/12 | LM | UPDATED THE CHANGES TO THE ERRATA SHEET OF JOHN MACK. | 0.60 | 150.00 |
| 12/13/12 | MC | REVIEW BOARD MATERIALS. | 3.30 | 1,881.00 |
| 12/13/12 | RKD | CONFERENCE WITH J. MOLDOVAN, J. LEVY, D. PIEDRA, M. CONNOLLY, AND D. LERNER REGARDING PLAN PROCESS AND INDEPENDENT DIRECTOR ISSUES (1.2). | 1.20 | 630.00 |
| 12/13/12 | RKD | OFFICE CONFERENCE WITH J. MOLDOVAN AND D. PIEDRA REGARDING RMBS DISCOVERY FROM INDEPENDENT DIRECTORS (.2); TELEPHONE CALL WITH M. DOLAN (CLEARY) REGARDING J. MACK DOCUMENT REQUESTS (.2); FOLLOW UP EMAILS WITH M. DOLAN REGARDING SAME (.8); FOLLOW UP EMAILS WITH D. PIEDRA REGARDING SAME (.3); EMAILS WITH E. HAMMERQUIST REGARDING MACK EMAIL SEARCHES (.2). | 1.70 | 892.50 |
| 12/14/12 | DAP | PREPARE FOR AND ATTEND MEETING OF BOARD OF DIRECTORS (3.2); MEETING WITH JOHN MACK CONCERNING ERRATA OF DEPOSITION (1.5); FINALIZE ERRATA SHEET (.5); ATTEND TO SERVICE OF ERRATA SHEET (.5); PREPARE FOR INTERVIEW OF PAM WEST AND ATTEND TO DOCUMENT COLLECTION ISSUES (1.5); CONFERENCES WITH RKD, JTM, JL, MC AND DL RE EXAMINER'S WORK PLAN (1.1) REVIEW MATERIALS FOR PAM WEST INTERVIEW (.5). | 8.80 | 5,060.00 |

# **Morrison**Cohen LLP

| 020530 | RESCAP, LLC | DATE: | 02/11/13 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 232437 |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 12/14/12 | JPR | COORDINATE PROCESSING OF CLIENT DATA BY D4. | 1.00 | 360.00 |
| 12/14/12 | JTM | BOARD MEETING (3); REVIEW OF MATERIALS IN CONNECTION WITH SAME (1.3); MEETING WITH INDIES RE SAME (1); OC RD RE UST ISSUES R E FEE APP (.3); PREP FOR NEXT ROUND OF EXAMINER EXAMINATIONS INCLUDING REVIEW OF PRIOR FAIRNESS OPINIONS AND RELATED MATERIALS (2.2); CONFERENCES WITH RKD, DAP, JL, MC AND DL RE EXAMINER'S WORK PLAN (1.1). | 8.80 | 6,028.00 |
| 12/14/12 | MC | ATTENDANCE AT BOARD MEETING AT MORRISON FOERSTER (1.4); CONFERENCE WITH RKD, JTM, JL, DAP AND DL RE PLAN OR REORGANIZATION ISSUES FROM INDEPENDENT DIRECTOR (1.1). | 2.50 | 1,425.00 |
| 12/14/12 | RKD | OFFICE CONFERENCE WITH J. MOLDOVAN, J. LEVY, M. CONNOLLY, D. LERNER, AND D. PIEDRA REGARDING EXAMINER'S WORK PLAN AND PLAN OF REORGANIZATION ISSUES FOR INDEPENDENT DIRECTORS (1.1); REPRESENT INDEPENDENT DIRECTORS AT BOARD MEETING (3.1); EMAILS WITH E. HAMMERQUIST REGARDING J. MACK EMAIL SEARCHES (.2). | 4.40 | 2,310.00 |
| 12/16/12 | JTM | REVIEW PREP MATERIALS FOR PAM WEST AND KARIN HIRTLER GARVEY FOR EXAMINER INTERVIEWS. | 7.20 | 4,932.00 |
| 12/17/12 | DAP | REVIEW MATERIALS FOR PAM WEST EXAMINER INTERVIEW PREP (2.5); ATTEND PREPARATION MEETING WITH PAM WEST, JOE MOLDOVAN, JAMIE LEVITT IN CONNECTION WITH PREPARATION OF PAM WEST FOR EXAMINER INTERVIEW (5.5); ATTEND TO JOHN MACK ERRATA (.5); REVIEW EXPERT REPORTS AND BEGIN PREPARATION FOR EXPERT CROSS EXAMINATION (2.5). | 11.00 | 6,325.00 |
| 12/17/12 | JPR | COORDINATE RESCAP DOCUMENT PRODUCTION. ASSIST SETUP OF MACK DOCUMENT REVIEW BATCHES FOR N. SIEGEL AND R. SAENGER. | 1.60 | 576.00 |
| 12/17/12 | JTM | PAM WEST EXAMINER PREP (5.4); CONTINUED PREP FOR SAME (3.2); MEETING AT MOFO WITH STRATEGY TEAM (1); MEETING WITH PAM WEST AND TED SMITH AND MICHAEL CONNOLLY RE EXAMINATIONS AND PROGRESS OF CASE (1.5). | 11.10 | 7,603.50 |
| 12/17/12 | MC | REVIEW COURT DOCUMENTS (2.3). ATTENDANCE AT MEETINGS AT MORRISON FORESTER (2.6). | 4.90 | 2,793.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 02/11/13 |
|---|---|---|---|---|
| 020530-0002 | CHAPTER 11 | | INVOICE # : 232437 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 12/17/12 | NS | CONFERENCE WITH ROBERT DAKIS RE: REDACTED FOR PRIVILEGE (0.4); REVIEW DOCUMENT REQUEST, CONFIRM BATCHES OF DOCUMENTS TO REVIEW IN DATABASE, REVIEW 96 DOCUMENTS IN DATABASE (2.3). | 2.70 | 1,215.00 |
| 12/17/12 | RKD | REVIEW 502 J. MACK DOCUMENTS (4.9); PRODUCE K. HIRTLER-GARVEY DOCUMENTS TO EXAMINER (.3); EMAILS WITH D. PIEDRA REGARDING DOCUMENT PRODUCTION (.2); OFFICE CONFERENCE WITH N. SIEGEL REGARDING DOCUMENT REVIEW (.4). | 5.80 | 3,045.00 |
| 12/18/12 | DAP | PREP FOR AND ATTEND EXAMINER INTERVIEW OF PAM WEST (6.5); CONFS DAKIS RE: MACK PRODUCTION (.6); REVIEW DRAFT PRIV LOG FOR MACK PRODUCTION (.6); REVIEW K&E BINDER FOR KARIN HIRTLER-GARVEY INTERVIEW (2.5); ANALYSIS OF ROSSI EXPERT REPORT (FIGIC) (1.0). | 11.20 | 6,440.00 |
| 12/18/12 | JL | REVIEW AUDIT COMMITTEE MEETING PACKAGE. | 0.80 | 484.00 |
| 12/18/12 | JTM | PAM WEST EXAMINATION BY CHADBOURNE (6); OCS DAP AND RD RE MACK DISCOVERY AND PRODUCTION (.6); PREP FOR KH GARVEY EXAMINATION INCLUDING REVIEW OF MATERIALS AND DECKS (4.6); REVIEW PRIVILEGE LOG (.7). | 11.90 | 8,151.50 |
| 12/18/12 | MW | PREPARE REVISE LETTER FORWARDING THE ERRATA SHEETS FOR THE DEPOSITION OF JOHN MACK. | 0.50 | 107.50 |
| 12/18/12 | NS | REVIEW 1,015 ELECTRONIC DOCUMENTS FOR SUPPLEMENTAL PRODUCTION PURSUANT TO WILMINGTON TRUST DOCUMENT REQUESTS (9.8); O/C WITH RKD AND NS RE SAME (.3). | 10.10 | 4,545.00 |
| 12/18/12 | RS | REVIEW DOCUMENTS 1100 (8.8); T/C WITH N. SIEGEL AND R. DAKIS RE: SAME (.3); REVIEW DOCUMENT REQUESTS (.5). | 9.60 | 3,648.00 |
| 12/18/12 | RKD | REVIEW 812 J. MACK DOCUMENTS (5.8); REVIEW ROSSI EXPERT REPORT IN PREPARATION FOR DEPOSITION (1.4); EMAILS WITH D. PIEDRA AND J. MOLDOVAN REGARDING SAME (.6); O/C WITH RS AND NS RE DOCUMENT REVIEW (.3). | 8.10 | 4,252.50 |

# **Morrison**Cohen<sub>LLP</sub>

| | | | | |
|---|---|---|---|---|
| 020530 | RESCAP, LLC | | DATE: | 02/11/13 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 232437 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 12/19/12 | DAP | REVIEW ROSSI EXPERT REPORT AND PREPARE QUESTIONS FOR ROSSI DEPOSITION EXAMINATION (3.5); ATTEND ROSSI DEPOSITION (5.0); MEETING WITH KARIN HIRTLER-GARVEY CONCERNING EXAMINER INTERVIEW (.5); CONF R. DAKIS RE: PRIVILEGE LOG AND DOCUMENT PRODUCTION FOR JOHN MACK (.5). | 9.50 | 5,462.50 |
| 12/19/12 | JL | PARTICIPATE IN AUDIT COMMITTEE CALL. | 2.00 | 1,210.00 |
| 12/19/12 | JTM | KARIN HIRTLER GARVEY PREP FOR EXAMINATION WITH MOFO AND DP (6.0); CONTINUED PREP POST MTG (3.1); OC RD RE PRIVILEGE LOG (.5). | 9.60 | 6,576.00 |
| 12/19/12 | MC | PREPARATION OF WITNESS FOR EXAMINER REVIEW. | 5.90 | 3,363.00 |
| 12/19/12 | NS | REVIEW 725 DOCUMENTS IN DATABASE FOR URGENT SUPPLEMENTAL DOCUMENT PRODUCTION. | 5.90 | 2,655.00 |
| 12/19/12 | RS | CORRECT CODING ON 324 DOCUMENTS (5.2); REVIEW AND CODE 819 DOCUMENTS (4.2). | 9.40 | 3,572.00 |
| 12/19/12 | RKD | REVIEW 113 J. MACK DOCUMENTS (1.1); REVISE PRIVILEGE LOG TO INCORPORATE NEW DOCUMENTS (5.7); ATTEND ROSSI DEPOSITION (4.7); O/C WITH DAP RE PRVIVILEGE LOG (.5). | 12.00 | 6,300.00 |
| 12/20/12 | DAP | PREP FOR (1.0) AND ATTEND INTERVIEW OF KARIN HIRTLER-GARVEY (6.5); CONFS R. DAKIS CONCERNING MACK PRODUCTION AND UPDATED PRIV LOG (.6). | 8.10 | 4,657.50 |
| 12/20/12 | JPR | COORDINATE RESCAP DOCUMENT PRODUCTION. | 1.00 | 360.00 |
| 12/20/12 | JTM | PREP FOR (1.9) KARIN HIRTLER GARVEY EXAMINATION AT CHADBOURNE (6.2); EMAILS MOFO RE PACHULSKI RETENTION QUESTIONS (.2); EMAIL NILENE EVANS RE ALLY ERMINATION OF SERVICING AGREEMENT (.4); OCS RKD AND DAP RE ADDITIONAL MACK FILE REVIEW AND PRODUCTION (.6). | 9.10 | 6,233.50 |
| 12/20/12 | MC | ATTENDANCE AT EXAMINER'S INTERVIEW OF KARIN HIRTLER GARVEY. | 7.20 | 4,104.00 |
| 12/20/12 | NS | REVIEW 212 DOCUMENTS IN ELECTRONIC DATABASE FOR URGENT SUPPLEMENTAL DOCUMENT PRODUCTION. | 1.90 | 855.00 |
| 12/20/12 | RKD | CONTINUE REVISING J. MACK PRIVILEGE LOG TO INCORPORATE NEW DOCUMENTS (3.6); PREPARE DOCUMENTS FOR SUPPLEMENTAL PRODUCTION (1.2); EMAILS WITH J. MOLDOVAN AND D. PIEDRA REGARDING SAME (.6). | 5.70 | 2,992.50 |

# **Morrison**Cohen<sub>LLP</sub>

| | | |
|---|---|---|
| 020530 | RESCAP, LLC | DATE:    02/11/13 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 232437 |

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/12 | DAP | EMAIL CORRESPONDENCE WITH JOHN MACK RE: EMAIL PRODUCTION (.4); NUMEROUS EMAILS WITH PAM WEST RE: EXAMINER DOCUMENT PRODUCTION (.4); REVIEW MATERIALS PRODUCED BY PAM WEST (.4); REVIEW AND REVISE PROPOSED LETTER TO COUNSEL FOR WILMINGTON TRUST CONCERNING MACK PRODUCTION AND UPDATED PRIV LOG (.4); EMAIL CORRESPONDENCE J. LEVITT AT MOFO RE: 9019 DELIVERABLES IN EARLY JANUARY (.4). | 2.00 | 1,150.00 |
| 12/21/12 | JPR | COORDINATE RESCAP DOCUMENT PRODUCTION. | 0.30 | 108.00 |
| 12/21/12 | JTM | REVIEW MACK PRODUCTION TO WILMINGTON (1.3); GOLDIN DECKS RE FAIRNESS OF VARIOUS TRANSACTIONS (2.4). | 3.70 | 2,534.50 |
| 12/21/12 | JTM | REVIEW DRAFT RESPONSE RE RMBS DISPUTE (2.4). | 2.40 | 1,644.00 |
| 12/21/12 | MC | PREPARATION FOR AND PARTICIPATION IN BOARD MEETING (1.2); REVIEW WEEKLY REPORT (.3); REVIEW DOCKET (.4). | 1.90 | 1,083.00 |
| 12/27/12 | JTM | REVIEW LITIGATION ASSESSMENT AND BOARD PRESENTATION IN CONNECTION WITH UPCOMING BOARD MEETING. | 1.20 | 822.00 |
| 12/28/12 | JTM | REVIEW BOARD PACKAGE IN CONNECTION WITH BOARD CALL (.8); BOARD CALL (1.4); POST CAL WITH INDEPENDANT DIRECTORS (.6); CALL WITH JIM TANNENBAUM (.2); CALL WITH J ILANY, BOARD MEMBER (.4); ADDITIONAL VALL WITH INDEPENDANT DIRECTORS RE UCC ISSUES (.4); REVIEW CORRESPONDENCE RE COMMUNICATIONS WITH UCC (.3). | 4.10 | 2,808.50 |
| 12/28/12 | MC | PREPARATION FOR AND PARTICIPATION IN BOARD MEETINGS (2.6); PREPARATION FOR AND PARTICIPATION IN MEETING W/ INDEPENDENT DIRECTORS (.6). | 3.20 | 1,824.00 |
| TOTAL TASK CODE | B260 | Board of Directors Matters | 412.50 | 244846.00 |
| GRAND TOTAL FEES | | | 438.20 | 254,996.00 |
| | | TOTAL FEES SERVICES    _____ $ | | 254,996.00 |

# EXHIBIT D

**Morrison Cohen LLP**
September 1, 2012 to December 31, 2012

**Expense Detail**

| Row Number | Date of Service | Nature of Expense | Timekeeper Last Name | Timekeeper First Name | Expense Description | Expense ($) |
|---|---|---|---|---|---|---|
| 1. | 8/14/2012 | Court Filings and Misc | Moldovan | Joseph | CourtCall charge for telephonic hearing | $30.00 |
| 2. | 8/23/2012 | Court Filings and Misc | Moldovan | Joseph | CourtCall charge for telephonic hearing | $58.00 |
| 3. | 9/21/2012 | Court Filings and Misc | Moldovan | Joseph | CourtCall charge for telephonic hearing | $72.00 |
| 4. | 9/21/2012 | Court Filings and Misc | Moldovan | Joseph | CourtCall charge for telephonic hearing | $72.00 |
| 5. | 9/25/2012 | Court Filings and Misc | Moldovan | Joseph | CourtCall charge for telephonic hearing | $114.00 |
| 6. | 10/23/2012 | Court Filings and Misc | Moldovan | Joseph | CourtCall charge for telephonic hearing | $65.00 |
| 7. | 11/14/2012 | Court Filings and Misc | Moldovan | Joseph | CourtCall charge for telephonic hearing | $30.00 |
| 8. | 12/6/2012 | Court Filings and Misc | Moldovan | Joseph | CourtCall charge for telephonic hearing | $112.00 |
| | | | | | TOTAL | $553.00 |
| | | | | | | |
| 9. | 9/17/2012 | Telephone/Facsimile | Connolly | Michael | Charge for hosting conference call with Ind. Dir. | $101.68 |
| 10. | 10/9/2012 | Telephone/Facsimile | Moldovan | Joseph | Charge for hosting conference call with Ind. Dir. | $177.94 |
| 11. | 10/9/2012 | Telephone/Facsimile | Piedra | David | Charge for hosting conference call with Ind. Dir. | $135.30 |
| 12. | 10/30/2012 | Telephone/Facsimile | Moldovan | Joseph | Charge for hosting conference call with Ind. Dir. | $54.94 |
| 11. | 11/2/2012 | Telephone/Facsimile | Reid | Ivonne | Charge for hosting conference call with Ind. Dir. | $24.60 |
| 12. | 11/2/2012 | Telephone/Facsimile | Connolly | Michael | Charge for hosting conference call with Ind. Dir. | $210.74 |
| 13. | 11/5/2012 | Telephone/Facsimile | Moldovan | Joseph | Charge for hosting conference call with Ind. Dir. | $33.62 |
| 14. | 12/6/2012 | Telephone/Facsimile | Moldovan | Joseph | Charge for hosting conference call with Ind. Dir. | $82.00 |
| 15. | 12/14/2012 | Telephone/Facsimile | Siegel | Neil | Charge for hosting conference call with Ind. Dir. | $101.68 |
| 16. | 12/17/2012 | Telephone/Facsimile | Moldovan | Joseph | Charge for hosting conference call with Ind. Dir. | $84.46 |
| 17. | 12/28/2012 | Telephone/Facsimile | Connolly | Michael | Charge for hosting conference call with Ind. Dir. | $128.74 |
| | | | | | TOTAL | $1,135.70 |

| # | Date | Type | | | Description | Amount |
|---|---|---|---|---|---|---|
| 18. | 9/10/2012 | Photocopying | Rose | Deirdre | Photocopying-96 page@ $0.07 p/p | $6.72 |
| 19. | 9/10/2012 | Photocopying | Rose | Deirdre | Photocopying- 2 pages@ $0.07 p/p | $0.14 |
| 20. | 10/19/2012 | Photocopying | Rivera | Tillson | Photocopying- 601 pages@ $0.07 p/p | $42.07 |
| 21. | 11/5/2012 | Photocopying | Murray | Tameka | Photocopying-494 pages@ $0.07 p/p | $34.58 |
| 22. | 11/5/2012 | Photocopying | Rose | Deirdre | Photocopying- 10 pages@ 0.07 p/p | $0.70 |
| 23. | 11/5/2012 | Photocopying | Rose | Deirdre | Photocopying-2 page@ $0.07 p/p | $0.14 |
| 24. | 11/13/2012 | Photocopying | Wiatrak | Mariola | Photocopying- 8 pages@ $0.07 p/p | $0.56 |
| 25. | 11/13/2012 | Photocopying | Wiatrak | Mariola | Photocopying- 3 pages@ $0.07 p/p | $0.21 |
| 26. | 11/14/2012 | Photocopying | Wiatrak | Mariola | Photocopying-4 pages@ $0.07 p/p | $0.28 |
| 27. | 11/15/2012 | Photocopying | Piedra | David | Photocopying- 442 pages@ 0.07 p/p | $30.94 |
| 28. | 11/15/2012 | Photocopying | Piedra | David | Photocopying- 2 pages@ 0.07 p/p | $0.14 |
| 29. | 11/21/2012 | Photocopying | Rose | Deirdre | Photocopying-18 page@ $0.07 p/p | $1.26 |
| 30. | 11/26/2012 | Photocopying | Rose | Deirdre | Photocopying- 1 page@ $0.07 p/p | $0.07 |
| 31. | 12/6/2012 | Photocopying | Wiatrak | Mariola | Photocopying- 70 pages@ $0.07 p/p | $4.90 |
| 32. | 12/13/2012 | Photocopying | Rivera | Tillson | Photocopying-202 pages@ $0.07 p/p | $14.14 |
| 33. | 12/13/2012 | Photocopying | Wiatrak | Mariola | Photocopying- 39 pages@ 0.07 p/p | $2.73 |
| 34. | 12/13/2012 | Photocopying | Wiatrak | Mariola | Photocopying-3 pages@ 0.07 p/p | $0.21 |
| 35. | 12/14/2012 | Photocopying | Wiatrak | Mariola | Photocopying- 8 pages@ 0.07 p/p | $0.56 |
| 36. | 12/14/2012 | Photocopying | Rivera | Louis | Photocopying- 313 pages@ 0.07 p/p | $21.91 |
| | | | | | TOTAL | $162.26 |
| | | | | | | |
| 37. | 12/13/2012 | Printing | Lerner | David | Printing-12 pages@ $0.07 p/p | $0.84 |
| 38. | 12/13/2012 | Printing | Lerner | David | Printing-25 pages@ $0.07 p/p | $1.75 |
| | | | | | TOTAL | $2.59 |
| | | | | | | |
| 39. | 9/5/2012 | Postage/Courier Service | Murray | Tameka | First Class Postage | $2.70 |
| 40. | 11/6/2012 | Postage/Courier Service | Rose | Deirdre | Federal Express | $63.93 |
| 41. | 12/14/2012 | Postage/Courier Service | Wiatrak | Mariola | Federal Express | $44.37 |
| 42. | 12/14/2012 | Postage/Courier Service | Wiatrak | Mariola | Federal Express | $44.37 |
| 43. | 12/17/2012 | Postage/Courier Service | Dakis | Robert | Federal Express | $16.17 |
| | | | | | TOTAL | $171.54 |
| | | | | | | |
| 44. | 12/13/2012 | Court Services | Wiatrak | Mariola | Pacer access | $841.10 |

| # | Date | Category | Last | First | Description | Amount |
|---|------|----------|------|-------|-------------|--------|
| 45. | 12/31/2012 | Court Services | Wiatrak | Mariola | Pacer access | $725.70 |
| | | | | | TOTAL | $1,566.80 |
| 46. | 11/29/2012 | Overtime | Reid | Ivonne | Overtime charge | $168.13 |
| 47. | 8/8/2012 | Meals | Connolly | Michael | Lunch | $18.85 |
| 48. | 10/18/2012 | Meals | Reid | Ivonne | Lunch for client | $10.35 |
| 49. | 11/6/2012 | Meals | Dakis | Robert | Lunch with David Piedra at the meeting | $39.63 |
| 50. | 11/15/2012 | Meals | Rose | Deirdre | David Piedra's lunch with Ted Smith | $24.04 |
| 51. | 7/25/2012 | Meals | Connolly | Michael | Business Dinner with Joseph Moldovan, , Jack Levy and John Mack | $80.00 |
| 52. | 10/17/2012 | Meals | Connolly | Michael | Business Dinner with Joseph Moldovan John Mack and David Piedra | $80.00 |
| 53. | 10/24/2012 | Meals | Connolly | Michael | Business Dinner with Pam West, Ted Smith, John Mack, Jonathan Iliany, Tammy Hamzehpour and Joe Modlovan | $140.00 |
| | | | | | TOTAL | $392.87 |
| | 9/10/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to Kramer Levin | $17.50 |
| | 10/5/2012 | Messenger | Dakis | Robert | Hand delivery of documents to Skadden Arps | $17.50 |
| | 10/5/2012 | Messenger | Dakis | Robert | Hand delivery of documents to Kirkland Ellis | $17.50 |
| | 10/5/2012 | Messenger | Dakis | Robert | Hand delivery of documents to Morrison Foerster | $17.50 |
| | 10/5/2012 | Messenger | Dakis | Robert | Hand delivery of documents to Office of US Trustee | $17.50 |
| | 10/5/2012 | Messenger | Dakis | Robert | Hand delivery of documents to Kramer Levin | $17.50 |
| | 10/26/2012 | Messenger | Dakis | Robert | Hand delivery of documents to Kramer Levin | $17.50 |
| | 10/26/2012 | Messenger | Dakis | Robert | Hand delivery of documents to Cleary Gottlieb | $80.00 |
| | 10/26/2012 | Messenger | Dakis | Robert | Hand delivery of documents to Morrison Foerster | $100.00 |
| | 11/13/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to bankruptcy court | $100.00 |
| | 10/14/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to bankruptcy court | $17.50 |
| | 11/16/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to US Trustee | $57.00 |
| | 11/16/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to Skadden Arps | $17.50 |
| | 11/16/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to Kirkland Ellis | $17.50 |

| Date | Category | | | Description | Amount |
|---|---|---|---|---|---|
| 11/16/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to Morrison Foerster | $17.50 |
| 11/16/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to Kramer Levin | $17.50 |
| 11/16/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to US Trustee | $17.50 |
| 11/19/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to US Trustee | $17.50 |
| 11/19/2012 | Messenger | Wiatrak | Mariola | Hand delivery of documents to US Trustee | $17.50 |
| | | | | TOTAL | $619.50 |
| | | | | | |
| | | | | | |
| 6/30/2012 | Professional Fees | Reid | Jason | Hosting Monthly Data Storage/Monthly User Access/ESI Processing | $1,288.26 |
| 8/31/2012 | Professional Fees | Reid | Jason | Hosting Monthly Data Storage/Monthly User Access | $494.56 |
| 9/30/2012 | Professional Fees | Reid | Jason | Hosting Monthly Data Storage/Monthly User Access | $494.56 |
| 10/31/2012 | Professional Fees | Reid | Jason | Hosting Monthly Data Storage/Monthly User | $2,438.47 |
| 11/20/2012 | Professional Fees | Reid | Jason | Hosting Monthly Data Storgae/Monthly User Access | $752.87 |
| | | | | TOTAL | $5,468.72 |
| | | | | | |
| 8/31/2012 | Database Search | | | Lexis charges | $243.06 |
| 11/30/2012 | Database Search | | | Lexis charges | $162.84 |
| 12/31/2012 | Database Search | | | Lexis charges | $1,744.70 |
| | | | | TOTAL | $2,150.60 |
| | | | | | |

# **<u>EXHIBIT E</u>**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Morrison Cohen LLP | March ___, 2013, ECF No.____ | $751,416.50 | | $12,391.71 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |