**EXHIBIT B**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

**Compensation by Matter**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 932-050 | Restructuring | 55.7 | $8,478.50 |
| 932-051 | Stay Motion | 17.5 | $4,856.00 |
| 932-053 | Administrative[1] | 24.2 | $5,472.50 |
| 932-054 | SEC Post-Petition | 671.2 | $122,001.00 |
| 932-057 | RMBS Trust Settlement | 1,671.0 | $356,937.00 |
| 932-058 | Securities Claims | 81.4 | $15,007.50 |
| 932-059 | Monoline Claims | 356.3 | $82,951.00 |
| 932-060 | ResCap Discovery Issues | 593.5 | $118,067.00 |
| 932-062 | Automatic Stay Issues | 9.1 | $1,878.00 |
| 932-064 | Examiner | 4,786.9 | $958,345.00 |
| 621-1122 | Michael A. Fox[2] | 0.0 | $0.00 |
| 621-1124 | Nicholas Stincic | 9.9 | $2,544.00 |
| 621-1127 | Diane E. Clark | 0.6 | $156.00 |
| 621-1128 | David Long | 4.1 | $1,126.00 |
| 621-1140 | Freddie Hoop | 1.4 | $364.00 |
| 621-1145 | James Walton, Jr. | 1.3 | $338.00 |
| 621-1155 | National Remediation Project | 113.3 | $24,381.00 |
| 096-1006 | City of Cleveland | 1.2 | $300.00 |
| 096-1009 | Deborah A. Charity | 15.2 | $3,224.00 |
| 096-1011 | Emily Bradac | 53.5 | $11,273.00 |
| 096-1012 | Eric C. Rogers | 25.2 | $5,259.50 |
| 096-1029 | Lamar Bridges | 0.4 | $104.00 |
| 096-1030 | Larry J. King | 2.5 | $490.00 |
| 096-1041 | Patricia Joanne McNerney | 0.4 | $88.00 |

---

[1] These totals reflect a reduction of 25.40 hours and $5,860.00 based on the Court's requirement that firms not bill for time spent preparing invoices

[2] These totals reflect the Debtors' request for a reduction of .20 hours and $52.00 associated with this matter in October

| | | | |
|---|---|---:|---:|
| 096-1044 | Ray E. Potter | 4.9 | $931.00 |
| 096-1045 | Raymond Thomas | 1.7 | $365.00 |
| 096-1048 | Ronald McGinn | 12.8 | $2,467.00 |
| 096-1058 | Timothy Bryant[3] | 27.2 | $6,097.00 |
| 096-1061 | Cleveland Housing Renewal Project | 1.3 | $338.00 |
| 096-1062 | Jamie L. Gindele | 0.9 | $192.00 |
| 096-1078 | Ronald L. Markus[4] | 20.0 | $3,858.00 |
| 096-1097 | Richard M. Guiliano | 0.9 | $199.00 |
| 096-1112 | Thang Nguyen | 4.5 | $869.00 |
| 096-1114 | Mardean Bridges | 17.8 | $3,429.00 |
| 096-1116 | Jack H. Donnelly | 3.5 | $671.00 |
| 096-1127 | Rebecca L. Folden | 0.9 | $171.00 |
| 096-1128 | City of Cleveland Municipal Court Action | 5.9 | $1,475.00 |
| 096-1133 | Shawn W. Ferrell | 0.5 | $130.00 |
| 096-1134 | Jeffrey A. Secrest | 3.6 | $880.00 |
| 096-1140 | Steven T. Biermann | 1.2 | $249.00 |
| 096-1143 | Jeanette Jordon | 1.4 | $364.00 |
| 096-1145 | Niesreen Abdalla | 16.9 | $3,432.00 |
| 096-1146 | Vicki J. Mayse | 0.4 | $72.00 |
| 096-1148 | James M. Unger | 0.4 | $104.00 |
| 096-1150 | Melissa D. Lallo | 61.1 | $12,030.00 |
| 096-1151 | David P. Joyce | 0.6 | $156.00 |
| 096-1153 | Danna Rogers | 0.3 | $54.00 |
| 096-1157 | Stephanie J. Ramm | 2.2 | $404.00 |
| 096-1159 | Deborah Ann Shanks | 0.2 | $36.00 |
| 096-1160 | Linda R. Heeter | 0.3 | $54.00 |
| 096-1163 | Elizabeth Campbell | 13.5 | $2,511.00 |
| 096-1169 | Theodore Klotz II | 0.7 | $134.00 |
| 096-1170 | H. Marc Chrysler | 0.1 | $26.00 |
| 096-1171 | Jon G. Paglio | 41.7 | $8,842.00 |
| 096-1172 | William J. Barrett | 1.2 | $232.00 |
| 096-1173 | Price Hill Will | 58.9 | $13,221.00 |

---

[3] These totals reflect the Debtors' request for a reduction of 1.3 hours and $242.00 associated with this matter in September and the Debtors' request for a reduction of .20 hours and $38.00 associated with this matter in October

[4] These totals reflect the Debtors' request for a reduction of .20 hours and $52.00 associated with this matter in November

| | | | |
|---|---|---:|---:|
| 096-1174 | Harold W. Rapp | 4.7 | $914.00 |
| 096-1175 | Melissa Fox | 18.3 | $3,494.00 |
| 096-1176 | Mark R. Bernard | 0.3 | $70.00 |
| 096-1179 | Bertha O. Cameron | 0.1 | $26.00 |
| 096-1180 | Christopher M. Weber | 1.7 | $381.00 |
| 096-1181 | Louise R. Young-Berdalla | 0.8 | $159.00 |
| 096-1182 | Tyrone McIntyre | 1.4 | $364.00 |
| 096-1183 | Jamah Jackson | 35.2 | $9,152.00 |
| 096-1184 | Ngozi Nkemere | 6.0 | $1,544.00 |
| 096-1185 | Lisa M. Ramey | 41.4 | $8,216.00 |
| 096-1186 | George W. Roberts | 1.6 | $416.00 |
| 096-1187 | Martha A. Richner | 7.5 | $1,526.00 |
| 096-1189 | Bernard Turzynski | 20.7 | $3,894.00 |
| 096-1192 | Judith G. Bigelow | 16.8 | $3,056.00 |
| 096-1195 | William A. Thorman III | 0.4 | $80.00 |
| 096-1196 | Kevin B. Shetzer | 0.4 | $72.00 |
| 096-1197 | Michael W. Richmond | 0.2 | $36.00 |
| 096-1198 | Nancy M. Pannell | 4.7 | $862.00 |
| 096-1199 | Larry Crosser | 24.2 | $4,628.00 |
| 096-1201 | Robert D. Kehoe | 0.4 | $80.00 |
| 096-1202 | Kirksey Property | 1.0 | $260.00 |
| 096-1203 | Caley Coleff | 21.7 | $4,142.00 |
| 096-1204 | Carolyn J. Huffman | 0.9 | $170.00 |
| 096-1205 | Charles H. Loudermilk | 5.5 | $1,246.00 |
| 096-1206 | Kevin D. Edwards | 43.6 | $7,327.00 |
| 096-1207 | Orlinda Beatty | 7.4 | $1,396.00 |
| 096-1208 | Michael J. Schuessler | 15.2 | $2,915.00 |
| 096-1209 | Jesus Laboy | 0.9 | $162.00 |
| 096-1210 | Kevin W. Bolds, Jr. | 0.7 | $150.00 |
| 096-1211 | Michael A. Marinin | 1.6 | $288.00 |
| 096-1212 | Felix R. Aponte | 32.3 | $6,500.00 |
| 096-1213 | Robert L. Rhodes | 2.3 | $462.00 |
| 096-1215 | John V. Seel | 2.7 | $494.00 |
| 096-1216 | Robert H. Denny | 29.8 | $5,744.00 |
| 096-1217 | John Cummings | 12.8 | $2,432.00 |
| 096-1218 | Shawn D. Hindall | 0.5 | $98.00 |

| | | | |
|---|---|---|---|
| 096-1219 | Nancy George | 6.0 | $1,200.00 |
| 096-1220 | Robert C. Luft | 5.3 | $986.00 |
| 096-1221 | Richard E. Jackson | 6.1 | $1,162.00 |
| 096-1222 | John M. Wysocki | 6.7 | $1,262.00 |
| 096-1223 | Christopher C. Dubay | 10.3 | $1,910.00 |
| 096-1224 | Ronald E. Saunders | 7.2 | $1,379.00 |
| 096-1225 | Gene Bucnaventura McKinley | 11.7 | $2,242.00 |
| 096-1226 | Amy Jo Abner | 3.7 | $770.00 |
| 096-1227 | Charles M. Lawler | 11.4 | $2,268.00 |
| 096-1228 | Robert J. Baker | 9.4 | $1,767.00 |
| 096-1229 | Mae Huggins | 2.5 | $469.00 |
| 096-1230 | Christine M. Falkosky | 1.0 | $190.00 |
| 096-1231 | Robert S. Dinkins | 1.1 | $214.00 |
| 096-1232 | Dale R. Earl | 2.7 | $538.00 |
| 096-1233 | John T. Walker | 1.5 | $302.00 |
| 096-1234 | Kellie J. Boyer | 1.9 | $366.00 |
| **Total Fees Incurred:** | | **9,257.50** | **$1,877,415.00** |