# EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey A. Lipps *(1981)* | Litigation-Ohio | $360.00 | 485.0 | $174,600.00 |
| David A. Wallace *(1985)* | Litigation-Ohio, Maryland | $260.00 | 287.6 | $74,776.00 |
| Jennifer A.L. Battle *(1999)* | Litigation-Ohio, New York, Pennsylvania | $250.00 | 631.5 | $157,875.00 |
| Angela M. Paul *(1997)* | Litigation-Ohio, Florida | $250.00 | 615.5 | $153,875.00 |
| Joel E. Sechler *(2003)* | Litigation-Ohio | $190.00 | 353.5 | $67,165.00 |
| **Associates and Of Counsel** | | | | |
| Michael N. Beekhuizen *(1995)* | Litigation-Ohio | $250.00 | 181.9 | $45,475.00 |
| David A. Beck *(2000)* | Litigation-Ohio | $230.00 | 756.7 | $174,041.00 |
| Heather L Buchanan *(2000)* | Litigation-Ohio, Pennsylvania | $240.00 | 72.4 | $17,376.00 |
| Segev Phillips *(2008)* | Litigation-Massachusetts, Ohio (pending) | $220.00 | 680.3 | $149,666.00 |
| A. Benjamin Winkler *(2005)* | Litigation-Ohio | $220.00 | 43.9 | $9,658.00 |
| David J. Barthel *(2005)* | Litigation-Ohio | $210.00 | 676.7 | $142,107.00 |
| Anthony J. Molnar *(2006)* | Litigation-Ohio | $210.00 | 510.6 | $107,226.00 |
| Colleen A. Check *(2009)* | Litigation-Illinois | $200.00 | 25.8 | $5,160.00 |
| Steven C. Moeller *(2006)* | Litigation-Illinois, New York (pending) | $200.00 | 223.3 | $44,660.00 |
| Michael J. Boyle *(2008)* | Litigation-Ohio, California | $180.00 | 91.6 | $16,488.00 |
| Nichole M. Reiss *(2005)* | Litigation-Ohio | $180.00 | 4.6 | $828.00 |
| Karen M. Cadieux *(2005)* | Litigation-Ohio | $180.00 | 444.9 | $80,082.00 |
| Jeffrey R. Corcoran *(2011)* | Litigation-Ohio | $180.00 | 556.6 | $100,188.00 |
| Mallory M. Mohler *(2012)* | Litigation-Ohio | $160.00 | 479.0 | $76,640.00 |

| | | | | |
|---|---|---|---|---|
| Jacob D. Rhode *(2012)* | Litigation-Ohio | $160.00 | 555.2 | $88,832.00 |
| Erik P. Henry *(2009)* | Litigation-Ohio | $160.00 | 31.3 | $5,008.00 |
| Amanda E. George *(2012)* | Litigation-Ohio | $160.00 | .4 | $64.00 |
| Gretchen N. Marty *(2010)* | Litigation-Ohio | $150.00 | 767.6 | $115,140.00 |
| Tyler K. Ibom *(2010)* | Litigation-Ohio | $150.00 | 158.2 | $23,730.00 |
| **Professionals Totals** | | **Blended Rate** | | |
| | | **$212.03** | **8,634.1** | **$1,830,660.00** |
| **Paraprofessionals** | | | | |
| Veronica L. Sholl | Litigation | $75.00 | 482.7 | $36,202.50 |
| Robert B. Samson | Litigation | $75.00 | 136.7 | $10,252.50 |
| Brittany N. Stone | Litigation | $75.00 | 4.0 | $300.00 |
| **Paraprofessionals Totals** | | **Blended Rate** | | |
| | | **$75.00** | **623.4** | **$46,755.00** |
| **Total Fees Incurred** | | **$202.80** | **9,257.5** | **$1,877,415.00** |