# EXHIBIT D

## SUMMARY OF EXPENSES INCURRED BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Expense Category | Amount |
|---|---|
| Federal Express | $5,365.02 |
| Mileage | $2,564.90 |
| Parking | $1170.78 |
| Rental Car/Gas | $880.65 |
| Hotel | $17,045.32 |
| Food/Beverage[1] | $2,022.15 |
| Airfare | $32,996.05 |
| Taxi/Car[2] | $2,738.15 |
| Court Fees | $1,201.75 |
| Bellman | $136.50 |
| Witness Fees | $1,598.30 |
| Deposition Transcripts | $537.75 |
| WiFi | $33.90 |
| Outside Copying | $63,494.73 |
| Litigation Support Vendors | $509,227.73[3] |
| American Express Travel | $66.00 |
| **Total** | **$641,079.68** |

---

[1] These totals reflect a reduction of $797.38 based on the Court's establishing a $20 per person per meal cap.
[2] These totals reflect a reduction of $86.79 based on the Court's requirement that firms not bill cab fares or car service within New York City.
[3] The Litigation Support Vendors category includes $508,883.23 in contract document reviewer time for which a more detailed breakdown is attached.

| Invoice No. | Meal Details | Orignal Amount Billed | Adjusted Amount Requested |
|---|---|---|---|
| 51628 | JAL Dinner 9/18/12 | $100.00 | $20.00 |
| 51628 | JAL Breakfast 9/19/12 | $17.50 | $17.50 |
| 51628 | JAL Lunch 9/19/12 | $16.00 | $16.00 |
| 51628 | VLS Lunch 9/17/12 | $22.31 | $20.00 |
| 51628 | VLS Dinner 9/17/12 (on hotel charge) | $38.20 | $20.00 |
| 51628 | VLS Lunch 9/18/12 | $10.98 | $10.98 |
| 51628 | VLS Lunch 9/19/12 | $3.99 | $3.99 |
| 51628 | VLS Lunch 9/19/12 | $2.48 | $2.48 |
| 51628 | VLS Lunch 9/19/12 | $2.65 | $2.65 |
| 51639 | JALB Breakfast 9/11/12 | $1.79 | $1.79 |
| 51639 | JALB Dinner 9/11/12 | $48.56 | $20.00 |
| 51639 | JALB Dinner 9/11/12 | $2.18 | $0.00 |
| 51639 | JAL Breakfast 9/10/12 | $5.00 | $5.00 |
| 51639 | JAL Lunch 9/10/12 | $19.50 | $19.50 |
| 51639 | JAL Dinner 9/10/12 | $75.00 | $20.00 |
| 51639 | JAL/JALB Breakfast 9/11/12 | $36.00 | $36.00 |
| 51639 | JAL Lunch 9/11/12 | $39.00 | $20.00 |
| 51639 | JAL Dinner 9/11/12 | $62.50 | $20.00 |
| 51639 | JAL Breakfast 9/12/12 | $6.50 | $6.50 |
| 51633 | JAL Breakfast 9/24/12 | $5.00 | $5.00 |
| 51633 | JAL Dinner 9/24/12 | $95.00 | $20.00 |
| 51633 | JAL Breakfast 9/25/12 | $17.50 | $17.50 |
| 51633 | JAL Dinner 9/25/12 | $82.50 | $20.00 |
| 51633 | JAL Breakfast 9/26/12 | $17.50 | $17.50 |
| 51633 | JAL Dinner 9/26/12 | $15.22 | $15.22 |
| 51591 | VW (Messenger) Lunch 9/18/12 | $3.75 | $3.75 |
| 51834 | JALB Dinner 10/2/12 | $10.23 | $10.23 |
| 51834 | JALB Lunch 10/3/12 | $7.76 | $7.76 |
| 51834 | JALB Lunch 10/4/12 | $6.70 | $6.70 |
| 51834 | JALB Dinner 10/4/12 | $41.56 | $20.00 |
| 51835 | JAL Dinner 10/15/12 | $50.00 | $20.00 |
| 51835 | JAL Lunch 10/6/12 | $5.25 | $5.25 |
| 51835 | JAL Dinner 10/16/12 | $38.50 | $20.00 |
| 51835 | JAL Breakfast 10/7/12 | $4.22 | $4.22 |
| 51840 | JAL Breakfast 10/4/12 | $5.00 | $5.00 |
| 51840 | JAL Dinner 10/4/12 | $95.00 | $20.00 |
| 51840 | JAL Breakfast 10/5/12 | $17.50 | $17.50 |
| 51840 | JAL Dinner 10/5/12 | $15.00 | $15.00 |
| 51840 | JAL Lunch 10/28/12 | $14.86 | $14.86 |
| 51840 | JAL Dinner 10/28/12 | $85.14 | $20.00 |
| 51840 | JAL Breakfast 10/29/12 | $17.50 | $17.50 |
| 51840 | JAL Lunch 10/29/12 | $16.29 | $16.29 |
| 51840 | JAL Dinner 10/29/12 | $52.00 | $20.00 |

| | | | |
|---|---|---|---|
| 51840 | JAL Breakfast 10/30/12 | $17.50 | $17.50 |
| 51840 | JAL Lunch 10/30/12 | $9.72 | $9.72 |
| 51840 | JAL Dinner 10/30/12 | $52.15 | $20.00 |
| 51772 | VW (messenger) Lunch 10/12/12 | $2.50 | $2.50 |
| 51782 | JES/Mr. Montoya Lunch 10/23/12 | $20.40 | $20.40 |
| 51807 | KMC Lunch 10/12/12 | $5.69 | $5.69 |
| 52563 | JAL/JALB Breakfast 11/16/12 | $27.33 | $27.33 |
| 52563 | JAL Breakfast 11/16/12 | $2.16 | $2.16 |
| 52563 | JAL Lunch 11/17/12 | $9.40 | $9.40 |
| 52563 | JAL Breakfast 11/18/12 | $11.66 | $11.66 |
| 52563 | JAL Breakfast 11/18/12 | $2.70 | $2.70 |
| 52563 | JAL Lunch 11/18/12 | $9.43 | $9.43 |
| 52563 | JAL/JALB Breakfast 11/19/12 | $23.33 | $23.33 |
| 52563 | JAL Breakfast 11/20/12 | $11.66 | $11.66 |
| 52563 | JAL Dinner 11/15/12 | $20.00 | $20.00 |
| 52563 | JAL Dinner 11/16/12 | $20.00 | $20.00 |
| 52563 | JAL Dinner 11/17/12 | $20.00 | $20.00 |
| 52563 | JAL Dinner 11/18/12 | $20.00 | $20.00 |
| 52563 | JAL Dinner 11/19/12 | $20.00 | $20.00 |
| 52563 | JAL Breakfast 11/16/12 | $2.00 | $2.00 |
| 52563 | JAL Lunch 11/26/12 | $12.74 | $12.74 |
| 52563 | JAL/DAB Dinner 11/26/12 | $40.00 | $40.00 |
| 52559 | DAB Breakfast 11/13/12 | $1.80 | $1.80 |
| 52559 | DAB Dinner 11/13/12 | $20.00 | $20.00 |
| 52559 | DAB Dinner 11/26/12 | $16.65 | $16.65 |
| 52565 | JAL 11/9/12 Breakfast | $17.50 | $17.50 |
| 52565 | JAL 11/10/12 Breakfast | $17.50 | $17.50 |
| 52565 | JAL 11/10/12 Lunch | $15.00 | $15.00 |
| 52565 | JAL Dinner 11/8/12 | $20.00 | $20.00 |
| 52565 | JAL Dinner 11/9/12 | $20.00 | $20.00 |
| 52565 | JAL Dinner 11/11/12 | $12.17 | $12.17 |
| 52565 | JAL Breakfast 11/12/12 | $20.00 | $20.00 |
| 52565 | JAL Dinner 11/12/12 | $20.00 | $20.00 |
| 52565 | JAL Breakfast 11/13/12 | $20.00 | $20.00 |
| 52565 | JAL Dinner 11/13/12 | $20.00 | $20.00 |
| 52565 | JALB Breakfast 11/16/12 | $19.76 | $19.76 |
| 52565 | JALB Dinner 11/15/12 | $63.12 | $20.00 |
| 52565 | JALB Dinner 11/16/12 | $5.00 | $5.00 |
| 52565 | JAL/JALB Breakfast 11/16/12 | $13.67 | $12.67 |
| 52565 | JAL Dinner 11/16/12 | $18.00 | $0.00 |
| 52565 | JAL Breakfast 11/16/12 | $1.09 | $1.09 |
| 52565 | JAL Dinner 11/17/12 | $4.70 | $0.00 |
| 52565 | JAL Breakfast 11/18/12 | $5.84 | $5.64 |
| 52565 | JAL Breakfast 11/18/12 | $1.36 | $0.00 |
| 52565 | JAL Lunch 11/18/12 | $4.72 | $4.72 |
| 52565 | JAL Breakfast 11/19/12 | $11.67 | $11.67 |
| 52565 | JAL Breakfast 11/20/12 | $5.84 | $5.84 |

| | | | |
|---|---|---|---|
| 52565 | JAL Lunch 11/17/12 | $20.00 | $10.60 |
| 52565 | JAL Dinner 11/15/12 | $20.00 | $0.00 |
| 52565 | JAL Dinner 11/18/12 | $20.00 | $0.00 |
| 52565 | JAL Dinner 11/19/12 | $20.00 | $0.00 |
| 52565 | JALB Breakfast 11/27/12 | $3.90 | $3.90 |
| 52565 | JALB Breakfast 11/27/12 | $16.10 | $16.10 |
| 52565 | JALB Lunch 11/27/12 | $13.83 | $13.83 |
| 52565 | JALB Dinner 11/27/12 | $6.09 | $6.09 |
| 52565 | JAL Breakfast 11/28/12 | $5.00 | $5.00 |
| 52565 | JAL Breakfast 11/29/12 | $17.50 | $17.50 |
| 52565 | JAL Lunch 11/29/12 | $11.76 | $11.76 |
| 52565 | JAL Breakfast 11/30/12 | $17.50 | $17.50 |
| 52565 | JAL Dinner 11/30/12 | $14.89 | $14.89 |
| 52565 | JAL Dinner 11/28/12 | $20.00 | $20.00 |
| 52565 | JAL Dinner 11/29/12 | $20.00 | $20.00 |
| 52826 | JALB Lunch 11/18/12 | $12.74 | $12.74 |
| 52826 | JALB Lunch 11/21/12 | $14.69 | $14.69 |
| 52826 | JALB Dinner 11/18/12 | $20.00 | $20.00 |
| 52826 | JALB Breakfast 11/20/12 | $20.00 | $20.00 |
| 52826 | JALB Lunch 11/20/12 | $20.00 | $20.00 |
| 52826 | JALB Breakfast 11/21/12 | $20.00 | $20.00 |
| 52826 | JAL Lunch 12/20/12 | $12.75 | $12.75 |
| 52826 | DAB Breakfast 12/19/12 | $6.92 | $6.92 |
| 52826 | DAB Lunch 12/20/12 | $8.95 | $8.95 |
| 52826 | DAB Dinner 12/19/12 | $17.74 | $17.74 |
| 52826 | DAB Dinner 12/20/12 | $20.00 | $20.00 |
| 52826 | JAL/DAB Breakfast 12/20/12 | $34.81 | $34.81 |
| 52823 | JAL Breakfast 12/5/12 | $5.00 | $5.00 |
| 52823 | JAL Dinner 12/6/12 | $20.00 | $20.00 |
| 52823 | JRC Dinner 12/11/12 | $4.00 | $4.00 |
| 52823 | JRC Dinner 12/12/12 | $10.25 | $10.25 |
| 52823 | JRC Dinner 12/13/12 | $4.25 | $4.25 |
| 52823 | JRC Lunch 12/12/12/ | $8.00 | $8.00 |
| 52823 | JRC Lunch 12/13/12 | $7.00 | $7.00 |
| 52823 | JRC Breakfast 12/12/12 | $7.00 | $7.00 |
| 52823 | JRC Breakfast 12/13/12 | $5.00 | $5.00 |
| 52883 | JALB Lunch 12/6/12 | $13.07 | $13.07 |
| 52883 | JALB Breakfast 12/6/12 | $20.00 | $20.00 |
| 52883 | JALB Lunch 12/7/12 | $20.00 | $20.00 |
| 52883 | JALB Dinner 12/6/12 | $20.00 | $20.00 |
| 52883 | JALB/Ms. Scaggs Dinner 12/7/12 | $40.00 | $40.00 |
| 52883 | JAL/JRC Breakfast 12/13/12 | $35.00 | $35.00 |
| 52883 | JAL/JALB Dinner 12/14/12 | $35.00 | $35.00 |
| 52883 | JALB Lunch 12/13/12 | $11.92 | $11.92 |
| 52883 | JALB Breakfast 12/14/12 | $7.07 | $7.07 |
| 52883 | JAL Dinner 12/12/12 | $20.00 | $20.00 |
| 52883 | JAL Dinner 12/13/12 | $20.00 | $20.00 |

## Second Interim Meal Expenses

| | | | |
|---|---|---|---|
| 52883 | JRC Dinner 12/19/12 | $10.43 | $10.43 |
| 52883 | JRC Dinner 12/20/12 | $12.10 | $12.10 |
| **Totals:** | | **$2,735.14** | **$1,937.76** |

Second Interim Transportation Expenses

| Invoice No. | Timekeeper | Location | Transportation Details | Orignal Amount Billed | Adjusted Amount Requested |
|---|---|---|---|---|---|
| 51628 | JAL | NYC | Airport to Downtown 9/18/12 | $47.25 | $47.25 |
| 51628 | JAL | NYC | Hotel to Court 9/19/12 | $27.50 | $0.00 |
| 51628 | JAL | NYC | Court to Hotel 9/19/12 | $23.62 | $0.00 |
| 51628 | JAL | NYC | Downtown to Airport 9/19/12 | $60.00 | $60.00 |
| 51628 | VLS | PA | Airport to Downtown 9/17/12 | $134.25 | $134.25 |
| 51639 | JALB | NYC | Airport to Downtown 9/11/12 | $43.50 | $43.50 |
| 51639 | JALB | NYC | Downtown to Airport 9/11/12 | $79.30 | $79.30 |
| 51639 | JAL | NYC | Airport to Downtown 9/10/12 | $42.50 | $42.50 |
| 51639 | JAL | NYC | Hotel to Court 9/11/12 | $27.30 | $0.00 |
| 51639 | JAL | NYC | Downtown to Airport 9/12/12 | $60.00 | $60.00 |
| 51633 | JAL | NYC | Airport to Downtown 9/24/12 | $54.36 | $54.36 |
| 51633 | JAL | NYC | Downtown to Airport 9/26/12 | $60.00 | $60.00 |
| 51835 | JAL | NYC | Airport to Downtown 10/15/12 | $20.00 | $20.00 |
| 51835 | JAL | NYC | Hotel to Meetings 10/16/12 | $8.37 | $0.00 |
| 51835 | JAL | NYC | Downtown to Airport 10/17/12 | $30.00 | $30.00 |
| 51840 | JAL | NYC | Airport to Downtown 10/4/12 | $46.00 | $46.00 |
| 51840 | JAL | NYC | Downtown to Airport 10/5/12 | $60.00 | $60.00 |
| 51840 | JAL | NYC | Airport to Downtown 10/28/12 | $45.37 | $45.37 |
| 51840 | JAL | NYC | Downtown to Airport 10/31/12 | $66.00 | $66.00 |
| 52563 | JAL | NYC | Airport to Downtown 11/15/12 | $26.73 | $26.73 |
| 52563 | JAL | NYC | Downtown to Airport 11/20/12 | $40.00 | $40.00 |
| 52563 | DAB | NYC | Airport to Downtown 11/26/12 | $40.10 | $40.10 |
| 52563 | DAB | NYC | Downtown to Airport 11/26/12 | $46.10 | $46.10 |
| 52559 | DAB | NYC | Airport to Downtown 11/13/12 | $47.90 | $47.90 |
| 52559 | DAB | NYC | Downtown to Airport 12/5/12 | $44.76 | $44.76 |
| 52565 | JAL | NYC | Airport to Downtown 11/8/12 | $43.80 | $43.80 |
| 52565 | JAL | NYC | Downtown to Airport 11/10/12 | $60.00 | $60.00 |
| 52565 | JAL | CA | Airport to Downtown 11/11/12 | $55.20 | $55.20 |
| 52565 | JAL | CA | Downtown to Airport 11/14/12 | $60.00 | $60.00 |
| 52565 | JALB | NYC | Airport to Downtown 11/15/12 | $50.15 | $50.15 |
| 52565 | JALB | NYC | Downtown to Airport 11/16/12 | $51.74 | $51.74 |
| 52565 | JAL | NYC | Airport to Downtown 11/15/12 | $13.37 | $13.37 |
| 52565 | JAL | NYC | Downtown to Airport 11/20/12 | $20.00 | $20.00 |
| 52565 | JALB | NYC | Airport to Downtown 11/26/12 | $60.00 | $60.00 |
| 52565 | JALB | NYC | Downtown to Airport 11/27/12 | $70.00 | $70.00 |
| 52565 | JAL | NYC | Downtown to Airport 11/30/12 | $60.00 | $60.00 |
| 52565 | JAL | NYC | Airport to Downtown 11/28/12 | $59.05 | $59.05 |
| 52826 | JALB | NYC | Airport to Downtown 11/18/12 | $41.99 | $41.99 |
| 52826 | JALB | NYC | Downtown to Airport 11/21/12 | $65.00 | $65.00 |
| 52826 | JAL | NYC | Downtown to Airport 12/20/12 | $63.00 | $63.00 |
| 52826 | DAB | NYC | Airport to Downtown 12/19/12 | $42.50 | $42.50 |
| 52826 | DAB | NYC | Downtown to Airport 12/20/12 | $56.50 | $56.50 |
| 52823 | JAL | NYC | Airport to Downtown 12/5/12 | $49.12 | $49.12 |

**Second Interim Transportation Expenses**

| | | | | | |
|---|---|---|---|---|---|
| 52823 | JAL | NYC | Downtown to Airport 12/6/12 | $60.00 | $60.00 |
| 52823 | SKS | NYC | Downtown to Airport 12/7/12 | $65.00 | $65.00 |
| 52823 | DAB | NYC | Downtown to Airport 12/10/12 | $49.56 | $49.56 |
| 52823 | DAB | NYC | Airport to Downtown 12/10/12 | $56.16 | $56.16 |
| 52823 | JRC | NYC | Airport to Downtown 12/11/12 | $43.70 | $43.70 |
| 52823 | JRC | NYC | Downtown to Airport 12/13/12 | $69.50 | $69.50 |
| 52883 | JALB | NYC | Airport to Downtown 12/6/12 | $47.30 | $47.30 |
| 52883 | JALB | NYC | Downtown to Airport 12/7/12 | $62.10 | $62.10 |
| 52883 | JAL | NYC | Airport to Downtown 12/12/12 | $61.50 | $61.50 |
| 52883 | JAL | NYC | Downtown to Airport 12/14/12 | $60.00 | $60.00 |
| 52883 | JALB | NYC | Airport to Downtown 12/13/12 | $48.49 | $48.49 |
| 52883 | JALB | NYC | Downtown to Airport 12/14/12 | $60.00 | $60.00 |
| 52883 | JRC | MN | Downtown to Airport 12/20/12 | $39.30 | $39.30 |
| **Totals:** | | | | **$2,824.94** | **$2,738.15** |

## Second Interim Contract Attorney Expenses

| Invoice No. | Company | Amount Billed | Breakdown of Charges |
|---|---|---|---|
| 51635 | Lumen Legal | $4,512.82 | 132.73 hours x $34.00 per hour = $4,512.82 |
| 51635 | Robert Half | $8,059.75 | 242.77 hours x $31.10 per hour + $509.60 in taxes = $8,059.75 |
| 51635 | Lumen Legal | $57,418.52 | 1688.78 hours x $34.00 per hour = $57,418.52 |
| 51635 | Lumen Legal | $45,125.14 | 1327.21 hours x $34.00 per hour = $45,125.14 |
| 51633 | Lumen Legal | $722.84 | 21.26 hours x $34.00 per hour = $722.84 |
| 51633 | Lumen Legal | $14,511.88 | 426.82 hours x $34.00 per hour = $14,511.88 |
| 51834 | Lumen Legal | $55,058.24 | 1619.36 hours x $34.00 per hour = $55,058.24 |
| 51834 | Lumen Legal | $27,133.64 | 653.38 hours x $34.00 per hour +129.44 hours x $38.00 per hour = $27,133.64 |
| 51835 | Lumen Legal | $11,163.56 | 328.34 hours x $34.00 per hour = $11,163.56 |
| 51840 | Lumen Legal | $12,048.92 | 354.38 hours x $34.00 per hour = $12,048.92 |
| 51840 | Robert Half | $45,334.59 | 1365.53 hours x $31.10 per hour + $2,866.59 in taxes = $45,334.59 |
| 51840 | Lumen Legal | $27,214.96 | 800.44 hours x $34.00 per hour = $27,214.96 |
| 51840 | Lumen Legal | $12,923.40 | 380.10 hours x $34.00 per hour = $12,923.40 |
| 52562 | Robert Half | $102,836.71 | 3,097.56 hours x $31.10 per hour + $6,502.47 in taxes = $102,836.71 |
| 52820 | Lumen Legal | $9,434.86 | 256.54 hours x $34.00 per hour + 18.75 hours x 38.00 per hour = $9,434.86 |
| 52826 | Lumen Legal | $1,093.44 | 32.16 hours x $34.00 per hour = $1,093.44 |
| 52883 | Lumen Legal | $15,048.44 | 98.31 hours x $34.00 per hour + 308.05 hours x $38.00 per hour = $15,048.44 |
| 52883 | Lumen Legal | $8,603.70 | 245.82 hours x $35.00 per hour = $8,603.70 |
| 52883 | Lumen Legal | $24,462.90 | 698.94 hours x $35.00 per hour = $24,462.90 |
| 52883 | Lumen Legal | $26,174.92 | 417.68 hours x $34.00 per hour + 315.10 hours x $38.00 per hour = $26,174.92 |
| **Total Hours:** | **14959.45** | | **Total Amount Billed: $508,883.23** |