# EXHIBIT B

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 141 | PSA Amendments | 1,168.10 | $530,727.15 |
| 142 | General Bankruptcy Administration | 8.50 | $3,401.93 |
| 143 | Retention | 17.70 | $7,570.37 |
| 144 | Compensation | 104.10 | $56,743.20[5] |
| 146 | Securitization Questions | 43.60 | $31,827.26 |
| 148 | Resolution of Pre-Bankruptcy Transactions | 76.70 | $43,708.47 |

---

[5] During the Application Period, Orrick voluntarily reduced its hours in connection with reviewing, revising and finalizing its monthly time records by 33.60 hours resulting in a voluntary reduction of fees in the amount of $22,555.50. Those totals are calculated as follows: a voluntary reduction of 5.50 hours resulting in fees of $3,396.25 for September 1-30, 2012; a voluntary reduction of 4.60 hours resulting in fees of $2,840.50 for October 1-31, 2012; a voluntary reduction of 19.00 hours resulting in fees of $13,540.00 for November 1-30, 2012; and a voluntary reduction of 4.50 hours resulting in fees of $2,778.75 for December 1-31, 2012. Orrick also voluntarily reduced its hours in connection with defending its first interim fee application in response to the U.S. Trustee's objections by 40.90 hours resulting in fees of $24,393.60. Orrick is aware of Judge Bernstein's August 24, 2010 decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held that reviewing and editing time records is not compensable. Judge Bernstein also stated that fees incurred in connection with defending against an objection to a fee application are, in some instances, not compensable from a debtor's estate. Accordingly, Orrick is not seeking compensation from the Debtors' estates for any of these fees.

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 151 | Termination of Servicing Contracts | 0.90 | $786.60 |
| **Total Hours & Fees Incurred** | | **1,419.60** | **$674,764.98** |