# EXHIBIT C

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners/Of Counsel** | | | | |
| Katharine I. Crost | Structured Finance<br>1978 | $874.00 | 29.50 | $25,783.00 |
| Robert J. Gloistein | Corporate<br>1966 | $736.00 | 3.80 | $2,796.80 |
| Martin B. Howard | Structured Finance<br>1986 | $731.50 | 140.10 | $102,483.15 |
| Stephen J. Jackson | Tax<br>1996 | $736.25 | 32.20 | $23,707.27 |
| Dora Y. Mao | Structured Finance<br>1987 | $660.25 | 1.20 | $792.30 |
| Lorraine S. McGowen | Restructuring<br>1986 | $875.00 | 5.50 | $4,812.50 |
| Thomas C. Mitchell | Restructuring<br>1985 | $790.00 | 6.60 | $5,214.00 |
| Thomas J. Welsh | Insurance<br>1989 | $703.00 | 1.40 | $984.20 |
| Kenneth Whyburn | Tax<br>1980 | $755.24 | 0.50 | $377.62 |

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates** | | | | |
| Spencer C. Barrowes | Banking & Debt Capital Markets<br>2005 | $451.25 | 19.30 | $8,709.14 |
| Duane K. Beasley | Structured Finance<br>2000 | $612.75 | 344.20 | $210,908.74 |
| Dennis M. Bent | Structured Finance<br>2005 | $451.25 | 177.50 | $80,097.10 |
| Sarah R. Briesinger | Litigation<br>2008 | $247.00 | 4.40 | $1,086.80 |
| Paul E. Clancy III | Structured Finance<br>2011 | $165.00 | 12.70 | $2,095.50 |
| Amie Davis | Structured Finance<br>2005 | $530.00 | 10.30 | $5,459.00 |
| James Duff | Structured Finance<br>2006 | $517.75 | 22.10 | $11,442.29 |
| John A. Farmer | Banking & Debt Capital Markets<br>2004 | $342.00 | 153.50 | $52,497.00 |
| Debra L. Felder | Restructuring<br>2002 | $617.50 | 84.90 | $52,425.75 |
| Njoki Gatimu | Structured Finance<br>2008 | $495.00 | 18.00 | $8,910.00 |
| Christopher R. Giles | Practice & Client Services<br>2006 | $152.00 | 37.50 | $5,700.00 |
| Mary E. Knutsen | Practice & Client Services<br>1999 | $152.00 | 2.50 | $380.00 |

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James M. Larkin | Tax<br>2002 | $641.25 | 9.10 | $5,835.39 |
| Stephen C. Lessard | Tax<br>2007 | $546.25 | 6.10 | $3,332.13 |
| S. Chris Min | Structured Finance<br>2006 | $510.00 | 37.80 | $19,278.00 |
| Kara F. Moskowitz | Structured Finance<br>2005 | $530.00 | 3.20 | $1,696.00 |
| Scott M. Pearsall | Restructuring<br>2009 | $451.24 | 1.80 | $812.23 |
| Brandon D. Skosnik | Emerging Companies<br>2007 | $209.00 | 2.90 | $606.10 |
| Lyndsay M. Sullivan | Global Corporate Solutions<br>2002 | $90.25 | 4.30 | $388.08 |
| Benita J. Sumey | Practice & Client Services<br>1992 | $237.50 | 0.60 | $142.50 |
| Sarah R. Weissman | Emerging Companies<br>2009 | $190.00 | 8.00 | $1,520.00 |
| **Paralegals/Paraprofessionals** | | | | |
| Norman A. Coliane | Document Review Specialist | $76.00 | 31.00 | $2,356.00 |
| Michael DiBartolomeo | Document Review Specialist | $76.00 | 17.60 | $1,337.60 |
| Michael J. Fillinger | Senior Research Specialist | $232.75 | 3.50 | $814.63 |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 33.00 | $8,464.50 |
| Margaret A. Goetz | Paralegal | $242.25 | 52.00 | $12,597.04 |
| Renee L. Gray | Document Reviewer | $76.00 | 1.00 | $76.00 |

4

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Caitlin Jonassen | Paralegal | $76.00 | 1.50 | $114.00 |
| Bala Kumar | Document Review Specialist | $76.00 | 20.00 | $1,520.00 |
| Colin W. Lounsberry | Paralegal | $152.00 | 0.30 | $45.60 |
| Frances McKeown | Research Specialist | $232.75 | 0.30 | $69.82 |
| Hannah R. Rizor | Paralegal | $76.00 | 0.70 | $53.20 |
| Christina A. Rose | Legal Paralegal – Document Review | $80.00 | 22.50 | $1,800.00 |
| Nicholas Schafer | Document Review Specialist | $76.00 | 22.50 | $1,710.00 |
| Jaime Updegraff | Document Review Specialist | $76.00 | 27.00 | $2,052.00 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 5.20 | $1,482.00 |
| **Total Professional Hours and Fees** | | | **1,419.60** | **$674,764.98** |
| **Total Hourly Blended Rate (excluding paralegals/paraprofessionals)** | | | | **$541.92** <br><br> ($640,272.59/ 1181.50 hrs = $541.92) |