# EXHIBIT D

### SUMMARY OF EXPENSES INCURRED BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Expense Category | Amount |
|---|---|
| CourtCall | $37.00 |
| Court Filing Fee – Pro Hac Vice Application Fee | $200.00 |
| Hand Delivery | $107.50 |
| Pacer | $84.00 |
| Taxi | $182.93 |
| **Total** | **$611.43** |

### Detail Regarding Taxi Expense

As noted above, Orrick seeks reimbursement of $182.93 for taxi transportation expenses incurred during the Application Period. As shown in the chart below, these taxi expenses comply with the Local Guidelines and the procedures articulated by the Bankruptcy Court during the December 20, 2012 hearing.

| Name and Position of Person Incurring Expense | Date/Time Incurred | Trip Origin | Trip Destination | Amount Incurred |
|---|---|---|---|---|
| Spencer C. Barrowes (Associate) | 7/4/12 (Federal holiday) 7:14pm | Orrick NY Office | Attorneys' Home | $12.12 |
| Spencer C. Barrowes (Associate) | 7/12/12 Approx. 9pm | Orrick NY Office | Attorneys' Home | $11.87 |
| Spencer C. Barrowes (Associate) | 7/24/12 Approx. 9pm | Orrick NY Office | Attorneys' Home | $13.25 |

2

| Name and Position of Person Incurring Expense | Date/Time Incurred | Trip Origin | Trip Destination | Amount Incurred |
|---|---|---|---|---|
| Spencer C. Barrowes (Associate) | 8/7/12 Approx. 9pm | Orrick NY Office | Attorneys' Home | $12.75 |
| Spencer C. Barrowes (Associate) | 8/8/12 Approx. 9pm | Orrick NY Office | Attorneys' Home | $12.75 |
| Spencer C. Barrowes (Associate) | 8/20/12 Approx. 9pm | Orrick NY Office | Attorneys' Home | $14.00 |
| Spencer C. Barrowes (Associate) | 8/27/12 Approx. 9pm | Orrick NY Office | Attorneys' Home | $13.37 |
| Spencer C. Barrowes (Associate) | 9/5/12 9:14pm | Orrick NY Office | Attorneys' Home | $18.62 |
| Spencer C. Barrowes (Associate) | 9/6/12 9:14pm | Orrick NY Office | Attorneys' Home | $11.87 |
| S. Chris Min (Associate) | 9/4/12 8:50pm | Orrick NY Office | Attorneys' Home | $30.13 |
| S. Chris Min (Associate) | 9/5/12 8:15pm | Orrick NY Office | Attorneys' Home | $32.20 |
| **TOTAL:** | | | | **$182.93** |