# **EXHIBIT E**

**Exhibit E-1:** **Orrick's Fourth Monthly Fee Statement for the Time Period September 1, 2012 – September 30, 2012**

**Exhibit E-2:** **Orrick's Fifth Monthly Fee Statement for the Time Period October 1, 2012 – October 31, 2012**

**Exhibit E-3:** **Orrick's Sixth Monthly Fee Statement for the Time Period November 1, 2012 – November 30, 2012**

**Exhibit E-4:** **Orrick's Seventh Monthly Fee Statement for the Time Period December 1, 2012 – December 31, 2012**