**EXHIBIT E-3**
**ORRICK'S FOURTH MONTHLY FEE STATEMENT**
**FOR THE TIME PERIOD**
**<u>NOVEMBER 1, 2012 – NOVEMBER 30, 2012</u>**



ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

*tel* +1-212-506-5000
*fax* +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

January 15, 2013

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
      Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
      and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
      Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
      Jonathan H. Hofer

> Re:   <u>In re Residential Capital, LLC, et al.,</u> **Case No. 12-12020:**
>       **Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP**
>       **for the time period November 1, 2012 through November 30, 2012**

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("Orrick") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "Debtors" or the "Company") for the time period November 1, 2012 through November 30,



ORRICK

January 15, 2013
Page 2

2012 (the "Invoice Period"), which was served on the parties listed in paragraph 2(a) of the
Order on January 15, 2013 (the "Monthly Fee Statement").[1]

In the absence of a timely objection, the Debtors shall pay $80,094.44, consisting of the sum of
(a) $80,057.44, an amount equal to 80% of the fees ($80,057.44= $100,071.80 x 0.80) and (b)
100% of the expenses ($37.00) being requested in the Monthly Fee Statement.

Objections to the Monthly Fee Statement are due by February 4, 2013 (*i.e.*, 20 days after the date
of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors,
including total hours worked and rates applied,[2] and all reasonable out-of-pocket costs and
expenses. The following is intended to serve as a summary description of the primary services
rendered by Orrick during the Invoice Period. This summary is derived from the time records of
the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**),
which time records were maintained regularly and entered contemporaneously with the rendition
of the services by each Orrick attorney and paraprofessional in the ordinary course of practice.
Orrick has incurred actual out-of-pocket costs and expenses in connection with providing
services to the Debtors. Orrick, in the ordinary course of its legal practice, uses the most
economical and efficient method, or, where appropriate, outside vendors, when incurring
expenses. Reimbursement of expenses incurred by Orrick to outside vendors is limited to the
actual amounts billed to, or paid by, Orrick.

---

[1] Orrick was retained as Special Securitization Transactional and Litigation Counsel pursuant to the *Order
Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1
Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special
Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012,*
entered by the Bankruptcy Court on July 27, 2012 (Dkt. No. 930).

[2] Orrick began representing the Company more than twenty years ago. In connection with its
longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for
legal services rendered. Orrick has agreed to continue to bill the Company at its discounted hourly rates
(subject to annual rate increases) during these Chapter 11 cases. Accordingly, the fees included in this
Monthly Fee Statement reflect Orrick's discounted hourly rates. The "Timekeeper Summary" in Orrick's
invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the
"Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.


ORRICK

January 15, 2013
Page 3

PSA Amendments (Matter 141)

Orrick reviewed various private label securitizations for insurer information and required insurer consents. In addition, Orrick reviewed and analyzed various pooling and servicing agreements and responded to comments and questions from the Debtors, the Debtors' counsel, certain rating agencies and various whole loan counterparties regarding servicing agreement amendments and related consent. Orrick also communicated with Debtors' counsel regarding payment of servicing fees under DBALT securitizations and responded to inquiries from the Debtors regarding the status of negotiations with whole loan counterparties. Orrick participated in numerous telephone conferences with the Debtors, the Debtors' counsel, and others regarding the pooling and servicing agreement amendments. Orrick reviewed and drafted amendments for various entities, including, for example, Bayview, Fannie Mae, Belco Community Credit Union and HIS Asset Securitization Corporation. Orrick also researched various note deals to determine the identity of the owner trustee. In addition, Orrick reviewed and responded to inquiries from Mayer Brown regarding Impac loans. In connection with this matter, Orrick devoted 165.70 hours resulting in fees of $86,876.46 and $37.00 in expenses.

General Bankruptcy Administration (Matter 142)

Orrick corresponded internally regarding the bar date and proof of claim issues for Orrick and followed up regarding the same. In connection with this matter, Orrick devoted 0.20 hours resulting in fees of $123.50 and no expenses.

Retention (Matter 143)

Orrick corresponded internally regarding an application to expand the scope of its employment and reviewed the order approving its retention in these Chapter 11 cases. Orrick also began drafting its application to expand the scope of its employment. In connection with this matter, Orrick devoted 4.70 hours resulting in fees of $2,618.50 and no expenses.



ORRICK

January 15, 2013
Page 4

Compensation (Matter 144)

Orrick prepared its monthly fee statement for the time period October 1, 2012 through October 31, 2012 . Orrick also corresponded internally regarding compensation issues, the status of payments from the Debtors and the application of its retainer.  In addition, Orrick reviewed the Bankruptcy Court docket and related pleadings in connection with quarterly fee applications.  In connection with this matter, Orrick devoted 12.20 hours resulting in fees of $7,244.70 and no expenses.[3]

Securitization Questions (Matter 146)

Orrick reviewed certain securitization structures that include certificate insurers and transaction documents related to the securitizations and noted the voting rights provisions related to the insurer and insured certificates.  Orrick also researched certain voting rights issues.  In connection with this matter, Orrick devoted 2.80 hours resulting in fees of $1,734.70 and no expenses.

Resolution of Pre-Bankruptcy Transactions (Matter 148)

Orrick reviewed certain mortgage loan schedules for certain securitizations and corresponded with GMACM regarding the same.  Orrick also advised the Debtors regarding a securitization with various counterparties and a November 2010 residual sale.  In addition, Orrick reviewed certain securitization documents to advise as to certificate holdings.  In connection with this matter, Orrick devoted 2.80 hours resulting in fees of $1,473.94 and no expenses.

---

[3] Orrick devoted an additional 19.00 hours resulting in fees of $13,540.00 in connection with reviewing, revising and finalizing its monthly time records.  Orrick is aware of Judge Bernstein's August 24, 2010 decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held that reviewing and editing time records is not compensable.  Accordingly, Orrick is not seeking compensation from the Debtors' estates for such fees.



**ORRICK**

January 15, 2013
Page 5

## COMPENSATION SUMMARY

### NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Partners & Senior Counsel** | | | | |
| Katharine I. Crost | Partner | $874.00 | 1.40 | $1,223.60 |
| Martin B. Howard | Partner | $731.50 | 29.20 | $21,359.80 |
| Lorraine S. McGowen | Partner | $875.00 | 0.30 | $262.50 |
| Thomas C. Mitchell | Partner | $790.00 | 1.20 | $948.00 |
| **Associates** | | | | |
| Duane K. Beasley | Senior Associate | $612.75 | 59.20 | $36,274.84 |
| Dennis M. Bent | Contract Associate | $451.25 | 26.60 | $12,003.30 |
| Paul E. Clancy III | Associate | $165.00 | 1.10 | $181.50 |
| James Duff | Contract Associate | $517.75 | 4.70 | $2,433.43 |
| John A. Farmer | Contract Associate | $342.00 | 40.90 | $13,987.80 |
| Debra L. Felder | Senior Associate | $617.50 | 15.00 | $9,262.50 |
| S. Chris Min | Managing Associate | $510.00 | 0.20 | $102.00 |
| Brandon D. Skosnik | Career Associate | $209.00 | 2.30 | $480.70 |



ORRICK

January 15, 2013
Page 6

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| Paralegals/Paraprofessionals | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 1.80 | $461.70 |
| Margaret A. Goetz | Paralegal | $242.25 | 4.50 | $1,090.13 |
| TOTAL: | | | 188.40 | $100,071.80 |
| Total Hourly Blended Rate (excluding paralegals/paraprofessionals): | | | | $541.02 ($98,519.97/182.10 hrs = $541.02 |



**ORRICK**

January 15, 2013
Page 7

## COMPENSATION BY PROJECT CATEGORY

### NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Matter 141: PSA Amendments | 165.70 | $86,876.46 |
| Matter 142: General Bankruptcy Administration | 0.20 | $123.50 |
| Matter 143: Retention | 4.70 | $2,618.50 |
| Matter 144: Compensation | 12.20 | $7,244.70 |
| Matter 146: Securitization Questions | 2.80 | $1,734.70 |
| Matter 148: Resolution of Pre-Bankruptcy Transactions | 2.80 | $1,473.94 |
| **TOTAL:** | **188.40** | **$100,071.80** |

### EXPENSE SUMMARY

### NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Expense Category | Total |
|---|---|
| CourtCall | $37.00 |
| **TOTAL:** | **$37.00** |



ORRICK

January 15, 2013
Page 8

### SUMMARY OF ALL COMPENSATION PREVIOUSLY REQUESTED

Since May 14, 2012, Orrick has served the following monthly fee statements and interim fee applications:

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of Jan. 15, 2013 |
|---|---|---|---|---|---|
| May 14, 2012 – June 30, 2012 First Monthly Fee Statement | $311,664.09 | $249,331.27 | $204.00 | $249,535.27 | $236,234.22 ($181,861.88 of that amount was applied to the remaining amount of Orrick's pre-petition retainer) |
| July 1, 2012 – July 31, 2012 Second Monthly Fee Statement | $257,980.85 | $206,384.68 | $452.22 | $206,836.90 | $186,457.67 |
| Aug. 1, 2012 – Aug. 31, 2012 Third Monthly Fee Statement | $163,712.13 | $130,969.70 | $21.90 | $130,991.60 | $130,991.43 |
| May 14, 2012 – Aug. 31, 2012 First Interim Fee Application | $733,357.07 | $586,685.65 | $678.12 | $587,363.77 | -- |
| Sept. 1, 2012 – Sept. 30, 2012 Fourth Monthly Fee Statement | $198,762.14 | $159,009.71 | $193.43 | $159,203.14 | $159,203.06 |
| Oct. 1, 2012 – Oct. 31, 2012 Fifth Monthly Fee Statement | $305,468.57 | $244,374.86 | $381.00 | $244,755.86 | $32,426.18 |

Please contact me if you have any questions regarding the foregoing.



**ORRICK**

January 15, 2013
Page 9

Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost

Enclosure

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP INVOICES FOR THE TIME PERIOD NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

Residential Capital
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437
Attn: John G. Ruckdaschel, Esq.

December 31, 2012
Client No. 11474
Invoice No. 1399058

Orrick Contact: Katharine I. Crost

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2012 in connection with the matters described on the attached pages: | $ | 100,071.80 |
| DISBURSEMENTS as per attached pages: | | 37.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **100,108.80** |

Matter(s): 11474/141, 142, 143, 144, 146, 148
732838

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$487,890.45
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP*<br>*Lockbox #774619*<br>*4619 Solutions Center*<br>*Chicago, IL 60677-4006*<br>*Reference: 11474/ Invoice: 1399058* | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 11474/ Invoice: 1399058*<br>*E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP*<br>*c/o Wells Fargo*<br>*Attn: Lockbox #774619*<br>*350 East Devon Avenue*<br>*Itasca, IL 60143*<br>*(213) 614-3248*<br>*Reference: 11474/ Invoice: 1399058* |

Residential Capital - 11474                                  December 31, 2012
page 2                                                       Invoice No. 1399058


Residential Capital                                          December 31, 2012
8400 Normandale Lake Blvd, Suite 350                         Client No. 11474
Minneapolis, MN 55437                                        Invoice No. 1399058
Attn: John G. Ruckdaschel, Esq.


                                            Orrick Contact: Katharine I. Crost


For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter: 141 - PSA Amendments**
**Matter: 732838**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/06/12 | B. Skosnik | Telephone conference with C. Min (Orrick Associate), N. Gatimu (Orrick Associate), C. Peterson (Orrick Wheeling Document Review Services), B. Sumey (Orrick Wheeling Document Review Services), D. Shetterly (Orrick Wheeling Document Review Services), C. Giles (Orrick Wheeling Document Review Services) and L. Baynes (Orrick Wheeling Document Review Services) regarding reviewing various private label securitizations for insurer information and required insurer consents (0.6); review SEC filings regarding same (1.7). | 2.30 |
| 11/01/12 | J. Farmer | Review and analyze pooling and servicing agreements. | 5.00 |
| 11/01/12 | D. Beasley | Respond to requests from D. Citron (ResCap) and P. Kollydas (ResCap) regarding pooling and servicing agreement amendments and status of consents. | 2.50 |
| 11/01/12 | M. Howard | Teleconference with D. Citron (ResCap), J. Ruckdaschel (ResCap), M. Woehr (ResCap), A. Barrage (Morrison and Foerster), M. Beck (Morrison and Foerster) and N. Rosenbaum (Morrison and Foerster) on rating agency consent to servicing transfer to Ocwen (0.5); discussions with J. Von Gorp (Mayer Brown) on rating agency consents and pooling and servicing agreement amendments (0.7); various emails and teleconferences with ResCap on rating agency consents and pooling and servicing agreement amendments (2.4). | 3.60 |
| 11/02/12 | J. Farmer | Review and analyze pooling and servicing agreements. | 5.60 |
| 11/02/12 | D. Beasley | Respond to requests from Mayer Brown regarding pooling and servicing agreement amendments (1.0); telephone conferences with P. Kollydas regarding same (0.5); respond to requests from Impac (0.2). | 1.70 |

Residential Capital - 11474                                    December 31, 2012
page 3                                                        Invoice No. 1399058

| 11/02/12 | M. Howard | Discussions with J. Van Gorp (Mayer Brown) on monolines and rating agencies (0.5); emails and phone calls with ResCap on status of pooling and servicing agreement amendments (1.0). | 1.50 |
|----------|-----------|---|------|
| 11/05/12 | P. Clancy III | Review procedures for, and prepare with respect to, due diligence review of servicing agreements, pooling and servicing agreements and related documents with respect to advance facility and amendment provisions. | 1.10 |
| 11/05/12 | D. Bent | Review and provide comments to the issues spreadsheet (0.4); review and prepare email to PNC Bank regarding Advance Facility Amendment (0.3); contact Quicken Loans to discuss Advance Facility Amendment (0.1); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), M. Carnevale (ResCap) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (1.0). | 1.80 |
| 11/05/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), M. Carnevale (ResCap) and D. Bent (Orrick Contract Associate) regarding Pooling and Servicing Agreement amendments. | 1.00 |
| 11/05/12 | M. Howard | Discussions with J. Newton (Morrison and Foerster) on servicing fee payments in waterfall. | 0.50 |
| 11/06/12 | D. Bent | Review various agreements per M. Brunken's (ResCap) request to determine the appropriate consenting party (0.3); email communication with K. Spraga regarding same (0.1); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (1.0). | 1.40 |
| 11/06/12 | D. Beasley | Respond to requests from P. Kollydas regarding status of negotiations with whole loan counterparties (1.5); follow-up with various whole loan counterparties (1.5); follow-up regarding requests from Mayer Brown (1.5); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap and D. Bent (Orrick Contract Associate) regarding Pooling and Servicing Agreement amendments (1.0). | 5.50 |
| 11/06/12 | M. Howard | Discussions with N. Rosenbaum (Morrison and Foerster) and J. Newton (Morrison and Foerster) on payments of servicing fees under DBALT securitizations and review same. | 1.00 |

Residential Capital - 11474
page 4

December 31, 2012
Invoice No. 1399058

| 11/07/12 | D. Bent | Telephone conference with M. Schoffelen (ResCap) regarding Pooling and Servicing Agreement amendments (0.4); telephone conference with P. Kollydas (ResCap), S. Nygard (Arnold & Porter), B. Danner (Arnold & Porter), W. Walenczyk (Aurora) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.4). | 0.80 |
|---|---|---|---|
| 11/07/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap), S. Nygard (Arnold & Porter), B. Danner (Arnold & Porter), W. Walenczyk (Aurora) and D. Bent (Orrick Contract Associate) regarding Pooling and Servicing Agreement amendments (0.4); review and respond to questions from P. Kollydas (ResCap) and K. Spraga (ResCap) regarding same (1.0); review and respond to requests from whole loan counterparties (1.0); telephone conferences with P. Kollydas (ResCap) regarding pooling and servicing agreement amendments (.5). | 2.90 |
| 11/07/12 | M. Howard | Discussions with C. Schares (ResCap), N. Rosenbaum (Morrison and Foerster) and J. Newton (Morrison and Foerster) on payments of servicing fees under DBALT securitizations (0.5); emails with ResCap regarding RAC consents to Ocwen transfer (0.5). | 1.00 |
| 11/08/12 | D. Bent | Review underlying servicing agreements, draft and distribute amendments for Bayview, Fannie Mae, Belco Community Credit Union and HSI Asset Securitization Corporation. | 3.20 |
| 11/08/12 | D. Beasley | Telephone conferences with P. Kollydas regarding pooling and servicing agreement amendments and whole loan agreement amendments (1.5); respond to requests from Mayer Brown regarding same (0.5); respond to request from Impac and various other whole loan counterparties (2.0); follow-up with various whole loan counterparties (1.0). | 5.00 |
| 11/08/12 | M. Howard | Review of Deloitte letter. | 1.20 |
| 11/09/12 | D. Bent | Review underlying servicing agreements, draft and distribute amendments for Amalgamated Bank and One West Bank, FSB (0.5); review and research the successor entity to Luminent Mortgage Capital, Inc. and Maia Mortgage Finance Statutory Trust (0.5); review and revise the weekly tracking spreadsheet and email final copy to K. Spraga (ResCap) (0.3); telephone conferences with M. Schoffelen (ResCap) regarding Pooling and Servicing Agreement amendments (0.5); telephone conference with M. Carnevale (ResCap) regarding Pooling and Servicing Agreement amendments (0.5). | 2.30 |
| 11/09/12 | J. Duff | Review Servicing Agreements and analyze Servicing Agreements with respect to termination fees and termination procedures, and note results regarding same. | 2.70 |

Residential Capital - 11474                                      December 31, 2012
page 5                                                          Invoice No. 1399058

| 11/09/12 | D. Beasley | Respond to requests from P. Kollydas and K. Spraga regarding pooling and servicing agreement amendments (1.5); follow-up regarding requests from whole loan counterparties (1.0); review and respond to Ocwen's comments to form of omnibus amendment (0.5) | 3.00 |
|---|---|---|---|
| 11/09/12 | M. Howard | Emails and discussions with ResCap on amendments and affidavit. | 1.70 |
| 11/12/12 | M. Goetz | Research various note deals to determine the identity of the Owner Trustee. | 1.50 |
| 11/12/12 | D. Bent | Research various counterparty statuses on the Pooling and Servicing Agreement amendments and email findings to K. Spraga (ResCap) (0.5); review various private label securitization deals to determine the identity of the owner trustee (0.2); email communication with C. Greco (JP Morgan Chase) and various Nationstar contacts regarding Pooling and Servicing Agreement amendments (0.3); telephone conference with R. Maney (Wilmington Trust Company) regarding Pooling and Servicing Agreement amendments (0.2); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), D. Citron (ResCap) and M. Carnevale (ResCap) regarding Pooling and Servicing Agreement amendments (0.8). | 2.00 |
| 11/12/12 | D. Beasley | Review and respond to requests from P. Kollydas regarding pooling and servicing agreement amendments (2.0); various telephone conferences with P. Kollydas and M. Schoffelen (ResCap) regarding same (1.0); follow-up with various whole loan counterparties (2.0); respond to questions regarding impact of asset purchase agreement on pooling and servicing agreement amendments (1.0). | 6.00 |
| 11/12/12 | M. Howard | Various discussions with ResCap on status of pooling and servicing agreement amendments. | 0.50 |
| 11/13/12 | J. Farmer | Review and analyze servicing agreements for advance facility and amendment provisions. | 3.80 |
| 11/13/12 | D. Bent | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Carnevale (ResCap), M. Howard (Orrick Partner) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (1.0); telephone conference with M. Schoffelen (ResCap), M. Guss (Bayview Asset Management), R. Hagan (Bingham) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.6). | 1.60 |

Residential Capital - 11474                                   December 31, 2012
page 6                                                        Invoice No. 1399058

| 11/13/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Carnevale (ResCap), M. Howard (Orrick Partner) and D. Bent (Orrick Contract Associate) regarding Pooling and Servicing Agreement amendments (1.0); telephone conference with M. Schoffelen (ResCap), M. Guss (Bayview Asset Management), R. Hagan (Bingham) and D. Bent (Orrick Contract Associate) regarding Pooling and Servicing Agreement amendments (0.6); follow-up regarding various requests from whole loan counterparties (1.0); follow-up regarding questions from Mayer Brown (1.0); telephone conferences with P. Kollydas regarding status of consents (1.5). | 5.10 |
| 11/13/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Carnevale (ResCap) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (1.0); review of sample pooling and servicing agreements for waterfall provisions and email to J. Ruckdaschel (ResCap) regarding same (0.7); emails to Mayer Brown on insurer consents for pooling and servicing agreement amendments (0.2). | 1.90 |
| 11/13/12 | K. Crost | Emails with M. Howard and J. Ruckdaschel regarding Pooling Agreement question. | 0.60 |
| 11/14/12 | D. Bent | Telephone conference with P. Kollydas (ResCap), B. Ribet (Goldman Sachs), G. Silber (Goldman Sachs), B. Lantos (Goldman Sachs) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.4); telephone conference with P. Kollydas (ResCap) regarding Pooling and Servicing Agreement amendments (0.1); telephone conference with P. Kollydas (ResCap) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (0.4); telephone conference with M. Brunken (ResCap) regarding Pooling and Servicing Agreement amendments (0.2). | 1.10 |
| 11/14/12 | S. Min | Review pooling and servicing agreement documents for K. Crost (Orrick partner) and M. Howard (Orrick partner). | 0.20 |

Residential Capital - 11474                                           December 31, 2012
page 7                                                                Invoice No. 1399058

| | | | |
|---|---|---|---|
| 11/14/12 | D. Beasley | Telephone conferences with P. Kollydas regarding whole loan counterparties and status update charts (1.5); telephone conference with P. Kollydas (ResCap), B. Ribet (Goldman Sachs), G. Silber (Goldman Sachs), B. Lantos (Goldman Sachs) and D. Bent (Orrick Contract Associate) regarding Pooling and Servicing Agreement amendments (0.4); telephone conference with P. Kollydas (ResCap) and D. Bent (Orrick Contract Associate) regarding Pooling and Servicing Agreement amendments (0.4); follow-up regarding open items with various whole loan counterparties (1.5); respond to requests from various whole loan counterparties (1.5); respond to requests from P. Kollydas and K. Spraga regarding pooling and servicing agreement amendments (1.0); telephone conference with H. Gundmundson regarding comments to omnibus amendment and whole loan counterparty issues (0.5). | 6.80 |
| 11/14/12 | M. Howard | Various emails and calls with ResCap regarding pooling and servicing agreements. | 1.10 |
| 11/15/12 | M. Goetz | Review underlying agreements and draft amendments to various whole loan counterparty servicing agreements. | 2.80 |
| 11/15/12 | D. Bent | Revise spreadsheet provided by M. Schoffelen (ResCap) to identify applicable underlying servicing agreements and next steps (0.5); telephone conference with M. Schoffelen (ResCap) regarding the same (0.1); email communication with M. Schoffelen (ResCap) regarding Advantage Bank and Sun Trust Bank (0.1); review and provide comments on various drafts of servicing agreement amendments drafted by M. Goetz (Orrick Paralegal) (0.9); email communication with J. Kibler (Allen & Overy) regarding HSBC Bank's status on the Pooling and Servicing Agreement amendments (0.1). | 1.70 |
| 11/15/12 | D. Beasley | Respond to requests from P. Kollydas regarding pooling and servicing agreement amendments (1.5); follow-up with various whole loan counterparties (2.0); update status reports (0.5); respond to requests from Mayer Brown regarding amendments (0.5). | 4.50 |
| 11/15/12 | M. Howard | Teleconference with D. Citron (ResCap) and J. Ruckdaschel (ResCap) on diligence for pooling and servicing agreements (0.9); discussions with P. Kollydas (ResCap) on diligence for pooling and servicing agreements (1.1); various emails and calls with ResCap regarding pooling and servicing agreements (1.1). | 3.10 |
| 11/16/12 | M. Howard | Various emails and calls with ResCap regarding pooling and servicing agreements. | 1.40 |

Residential Capital - 11474                                         December 31, 2012
page 8                                                             Invoice No. 1399058

| 11/19/12 | D. Bent | Review and respond to email from ResCap related to the Pooling and Servicing Agreement amendments (0.2); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap) and M. Carnevale (ResCap) regarding Pooling and Servicing Agreement amendments (0.9). | 1.10 |
|---|---|---|---|
| 11/19/12 | D. Beasley | Respond to questions from Mayer Brown regarding pooling and servicing agreement amendments and Impac loans (1.0); respond to questions from various whole loan counterparties (0.5); respond to requests from P. Kollydas and K. Spraga (1.0). | 2.50 |
| 11/19/12 | M. Howard | Various emails and calls with ResCap regarding pooling and servicing agreements. | 1.20 |
| 11/20/12 | J. Farmer | Review and revise analysis of servicing agreements (4.0); update analysis of parties required to amend servicing agreements (1.0). | 5.00 |
| 11/20/12 | D. Bent | Review the underlying Servicing Agreements, draft and distribute Amendments for TriCounty Federal Credit Union, Philadelphia Federal Credit Union, North Jersey Federal Credit Union, Merck Sharpe & Dohme Federal Credit Union, Firstrust Bank, Sun National Bank, Healthcare Employees Federal Credit Union and CTCE Federal Credit Union (1.3); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Carnevale (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and M. Howard (Orrick Partner) regarding Pooling and Servicing Agreement amendments (0.5); telephone conference with M. Carnevale (ResCap) regarding Pooling and Servicing Agreement amendments (0.2). | 2.00 |
| 11/20/12 | D. Beasley | Review and respond to questions from Mayer Brown regarding Impac loans (0.7); respond to requests from K. Spraga and P. Kollydas (ResCap) regarding pooling and servicing agreement amendments (0.3) | 1.00 |
| 11/20/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Carnevale (ResCap) and J. Ruckdaschel (ResCap In-House Attorney) regarding Pooling and Servicing Agreement amendments (0.5); various emails and calls with ResCap regarding pooling and servicing agreements (0.5). | 1.00 |
| 11/20/12 | T. Mitchell | Telephone conferences with M. Howard regarding Eligible Account and FDIC issues (0.1); research regarding FDIC issues (0.4). | 0.50 |

Residential Capital - 11474                                            December 31, 2012
page 9                                                                  Invoice No. 1399058

| 11/21/12 | J. Farmer | Review and revise analysis of servicing agreements (3.0); update analysis of parties required to amend servicing agreements (0.5). | 3.50 |
|---|---|---|---|
| 11/21/12 | D. Bent | Review the underlying Servicing Agreements, draft and distribute Amendments for EAB Mortgage Company, Inc., Hudson City Savings Bank and Silvergate Bank (1.4); review the Merck Sharpe & Dohme Federal Credit Union Servicing Agreement in order to respond to an email request from M. Schoffelen (ResCap) (0.2). | 1.60 |
| 11/21/12 | M. Howard | Emails and calls with ResCap regarding pooling and servicing agreements. | 0.70 |
| 11/23/12 | J. Farmer | Review and revise analysis of servicing agreements (3.3); update analysis of parties required to amend servicing agreements (1.0). | 4.30 |
| 11/24/12 | J. Farmer | Update master analysis of requirements to amend servicing agreements. | 4.00 |
| 11/25/12 | J. Farmer | Update master analysis of requirements to amend servicing agreements. | 4.10 |
| 11/26/12 | J. Farmer | Update master analysis of requirements to amend servicing agreements. | 5.60 |
| 11/26/12 | D. Bent | Review and respond to email from M. Schoffelen regarding Firstrust Bank (0.1); review emails to prepare for telephone conference with ResCap regarding pooling and servicing agreement amendments (0.1); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), D. Citron (ResCap) and M. Carnevale (ResCap) regarding Pooling and Servicing Agreement amendments (0.5). | 0.70 |
| 11/26/12 | M. Howard | Emails and calls with ResCap regarding pooling and servicing agreements. | 1.20 |
| 11/27/12 | D. Bent | Email communication with A. Barrage (Morrison & Foerster), P. Kollydas (ResCap) and M. Schoffelen (ResCap) regarding expenses that can be reimbursed to counterparties on the advance facility amendments (0.4); review, redact and distribute to Mayer Brown a spreadsheet highlighting the non-consenting parties (0.4); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Carnevale (ResCap) and M. Howard (Orrick Partner) regarding Pooling and Servicing Agreement amendments (0.7). | 1.50 |

Residential Capital - 11474                                        December 31, 2012
page 10                                                           Invoice No. 1399058

| 11/27/12 | D. Beasley | Respond to requests from P. Kollydas (ResCap) regarding pooling and servicing agreement amendments (1.0); various telephone conferences with P. Kollydas (ResCap) and M. Schoffelen (ResCap) regarding same (0.5); respond to requests from various whole loan agreement counterparties (1.5). | 3.00 |
|---|---|---|---|
| 11/27/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), M. Brunken (ResCap), D. Citron (ResCap), H. Anderson (ResCap), M. Carnevale (ResCap) and D. Bent (Orrick Associate) regarding Pooling and Servicing Agreement amendments (1.2); emails and calls with ResCap regarding same (1.4). | 2.60 |
| 11/27/12 | T. Mitchell | Review RAC and assignment issues (.3); telephone conference with M. Howard regarding same (.2). | 0.50 |
| 11/28/12 | D. Bent | Telephone conference with B. Salotto (Firstrust Bank), J. Entwisle (Firstrust Bank) and M. Schoffelen (ResCap) regarding amendment to Firstrust Participation and Servicing Agreement (0.3); telephone conferences with M. Schoffelen (ResCap) regarding Firstrust Bank and Citimortgage Servicing Agreements (0.2). | 0.50 |
| 11/28/12 | D. Beasley | Telephone conference with P. Kollydas (ResCap) regarding Impac loans and Lehman loans (0.7); respond to requests from various whole loan counterparties (1.5); respond to requests from Mayer Brown (1.0); review and comment on due diligence and status charts (1.0). | 4.20 |
| 11/28/12 | M. Howard | Emails and calls with ResCap regarding pooling and servicing agreements. | 1.40 |
| 11/29/12 | D. Bent | Telephone conference with M. Schoffelen (ResCap) regarding EAB Mortgage amendment and SASCO 1995-2 amendment. | 0.40 |
| 11/29/12 | D. Beasley | Respond to requests from Mayer Brown (1.0); respond to requests from P. Kollydas (ResCap) (1.0); respond to questions from D. Citron (ResCap) and K. Spraga (ResCap) regarding negotiations and rating agencies and whole loan counterparties (1.5). | 3.50 |
| 11/29/12 | M. Howard | Emails and calls with ResCap regarding pooling and servicing agreements. | 1.20 |
| 11/30/12 | D. Bent | Review and revise spreadsheet based on contacts with third parties (0.5); email communication with Amalgamated Bank, Citibank, Fannie Mae and Wilmington Trust (0.3); review Collateral Rights Agreement sent by Amalgamated Bank and underlying Servicing Agreement for Amalgamated Bank to determine if ResCap could consent to the Collateral Rights Agreement and email communication to J. Ruckdaschel (ResCap In-House Attorney) regarding the same (0.4). | 1.20 |

Residential Capital - 11474                                December 31, 2012
page 11                                                    Invoice No. 1399058

| 11/30/12 | D. Beasley | Respond to request from Mayer Brown (0.5); respond to requests from P. Kollydas and K. Spraga (ResCap) (0.5). | 1.00 |
| 11/30/12 | M. Howard | Review Federal Home Loan Bank agreement. | 0.50 |
| 11/30/12 | T. Mitchell | Review proposed agreement from Amalgamated Bank (.1); telephone conference with M. Howard regarding same (.1). | 0.20 |

Total Hours                165.70
Total For Services                              $86,876.46

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 59.20 | 650.00 | 38,480.00 | 612.75 | 36,274.84 |
| Dennis M. Bent | 24.90 | 495.00 | 12,325.50 | 451.25 | 11,236.16 |
| Paul E. Clancy III | 1.10 | 375.00 | 412.50 | 165.00 | 181.50 |
| Katharine I. Crost | 0.60 | 895.00 | 537.00 | 874.00 | 524.40 |
| James Duff | 2.70 | 550.00 | 1,485.00 | 517.75 | 1,397.93 |
| John A. Farmer | 40.90 | 360.00 | 14,724.00 | 342.00 | 13,987.80 |
| Margaret A. Goetz | 4.30 | 265.00 | 1,139.50 | 242.25 | 1,041.68 |
| Martin B. Howard | 28.30 | 795.00 | 22,498.50 | 731.50 | 20,701.45 |
| Sie Ne C. Min | 0.20 | 575.00 | 115.00 | 510.00 | 102.00 |
| Thomas C. Mitchell | 1.20 | 825.00 | 990.00 | 790.00 | 948.00 |
| Brandon D. Skosnik | 2.30 | 220.00 | 506.00 | 209.00 | 480.70 |
| Total All Timekeepers | 165.70 | | $93,213.00 | | $86,876.46 |

Disbursements
    CourtCall                          37.00
                    Total Disbursements                    $37.00

**Total For This Matter**                        **$86,913.46**

For Legal Services Rendered Through November 30, 2012 in Connection With:

## Matter: 142 - General Bankruptcy Administration
### Matter: 732840

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/06/12 | D. Felder | Email correspondence with L. McGowen and T. Mitchell regarding proof of claim issues for Orrick and follow-up regarding same. | 0.20 |

Total Hours                0.20
Total For Services                              $123.50

Residential Capital - 11474                                      December 31, 2012
page 12                                                         Invoice No. 1399058

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 0.20 | 650.00 | 130.00 | 617.50 | 123.50 |
| Total All Timekeepers | 0.20 | | $130.00 | | $123.50 |

**Total For This Matter**                                        **$123.50**

For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter:  143 - Retention**
**Matter: 732843**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/08/12 | D. Fullem | Confer with D. Felder regarding expanding scope of Orrick's employment. | 0.40 |
| 11/08/12 | D. Felder | Review approval order and application regarding scope of engagement (.5); email correspondence to K. Crost, L. McGowen and T. Mitchell regarding same (.1); conference with D. Fullem regarding preparation of supplemental application to expand scope of employment and follow-up regarding same (.9). | 1.50 |
| 11/08/12 | L. McGowen | Review and respond to e-mail from D. Felder regarding supplementing order approving retention to address new litigation matter. | 0.30 |
| 11/09/12 | D. Fullem | Confer with D. Felder regarding drafting of motion to expand Orrick employment. | 0.30 |
| 11/09/12 | D. Felder | Email correspondence with K. Crost regarding expanding scope of Orrick's engagement (.5); email correspondence with D. Fullem regarding same (.1); review docket regarding omnibus hearing dates (.5); begin drafting application to expand scope of engagement (.8). | 1.90 |
| 11/12/12 | D. Fullem | Review emails between D. Felder and E. Echtman regarding Orrick's expanded employment. | 0.30 |

Total Hours                    4.70
Total For Services                            $2,618.50

Residential Capital - 11474                                    December 31, 2012
page 13                                                        Invoice No. 1399058

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 3.40 | 650.00 | 2,210.00 | 617.50 | 2,099.50 |
| Debra O. Fullem | 1.00 | 270.00 | 270.00 | 256.50 | 256.50 |
| Lorraine S. McGowen | 0.30 | 895.00 | 268.50 | 875.00 | 262.50 |
| Total All Timekeepers | 4.70 | | $2,748.50 | | $2,618.50 |

**Total For This Matter**                      **$2,618.50**

For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter: 144 - Compensation**
**Matter: 732844**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/12 | D. Fullem | Review email from D. Felder regarding status of hearing/objection dates for interim quarterly fee applications. | 0.20 |
| 11/01/12 | D. Felder | Email correspondence with S. Vucelick, K. Crost, M. Howard and L. McGowen regarding compensation issues and application of retainer (.4); review notice of hearing and objection deadline on interim fee application and email correspondence with K. Crost, M. Howard and L. McGowen regarding same (.2); update spreadsheet regarding compensation issues and review correspondence from S. Vucelick regarding same (.6). | 1.20 |
| 11/05/12 | D. Fullem | Review recent ResCap bankruptcy filings regarding quarterly fee applications. | 0.20 |
| 11/06/12 | D. Felder | Email correspondence with M. Howard and S. Vucelick regarding application of refund and related issues. | 0.30 |
| 11/14/12 | D. Fullem | Review ResCap recent bankruptcy filings regarding quarterly fee applications. | 0.20 |
| 11/14/12 | D. Felder | Conference with P. Reyes regarding status of October invoice and review same. | 0.50 |
| 11/20/12 | D. Felder | Conference with P. Reyes regarding status of October fee statement and follow-up regarding same. | 0.50 |
| 11/26/12 | D. Felder | Email correspondence to/from S. Vucelick, M. Howard and K. Crost regarding compensation issues, work-in-progress, and status of payments from Debtors. | 0.50 |
| 11/28/12 | D. Felder | Email correspondence with S. Vucelick, J. Dolan, K. Crost and M. Howard regarding compensation and payment issues (.9); prepare October monthly fee statement (3.5). | 4.40 |

Residential Capital - 11474
page 14

December 31, 2012
Invoice No. 1399058

| | | | |
|---|---|---|---|
| 11/29/12 | D. Felder | Telephone conference with S. Vucelick regarding payment and retainer issues (.2); review email correspondence from S. Vucelick regarding same and follow-up (.4); review and revise October monthly fee statement and follow-up regarding same (1.4). | 2.00 |
| 11/30/12 | D. Fullem | Review recently filed pleadings regarding quarterly fee applications. | 0.20 |
| 11/30/12 | D. Felder | Review and revise October monthly fee statement. | 2.00 |

Total Hours      12.20

Total For Services      $7,244.70

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 11.40 | 650.00 | 7,410.00 | 617.50 | 7,039.50 |
| Debra O. Fullem | 0.80 | 270.00 | 216.00 | 256.50 | 205.20 |
| Total All Timekeepers | 12.20 | | $7,626.00 | | $7,244.70 |

**Total For This Matter**      **$7,244.70**

For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter: 146 - Securitization questions**
**Matter: 732846**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/07/12 | J. Duff | Review securitization structures that include certificate insurers and transaction documents related to the securitizations and note the voting rights provisions related to the insurer and insured certificates. | 2.00 |
| 11/07/12 | K. Crost | Research regarding voting rights. | 0.80 |

Total Hours      2.80

Total For Services      $1,734.70

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Katharine I. Crost | 0.80 | 895.00 | 716.00 | 874.00 | 699.20 |
| James Duff | 2.00 | 550.00 | 1,100.00 | 517.75 | 1,035.50 |
| Total All Timekeepers | 2.80 | | $1,816.00 | | $1,734.70 |

**Total For This Matter**      **$1,734.70**

Residential Capital - 11474                                    December 31, 2012
page 15                                                        Invoice No. 1399058

For Legal Services Rendered Through November 30, 2012 in Connection With:

**Matter: 148 - Resolution of Pre-Bankruptcy Transactions**
**Matter: 732848**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/01/12 | M. Goetz | Review mortgage loan schedule for certain securitizations and email to T. Felix at GMACM regarding same. | 0.20 |
| 11/01/12 | D. Bent | Telephone conference with M. Brunken (ResCap) regarding various securitizations (0.1); review, redact and distribute Form of Term Sheet to D. Citron (ResCap) (0.2). | 0.30 |
| 11/09/12 | D. Bent | Email communication with SNR Denton regarding the closing of various securitizations and ResCap's signature pages to the Assignment, Assumption and Recognition Agreement. | 0.10 |
| 11/20/12 | M. Howard | Discussions with T. Witten (ResCap) and J. Ruckdaschel (ResCap) on custodial accounts requirements. | 0.90 |
| 11/29/12 | D. Bent | Telephone conference with M. Schoffelen (ResCap) regarding November 2010 residual sale. | 0.20 |
| 11/30/12 | D. Bent | Review certain securitization documents regarding certificate holdings. | 1.10 |

|  |  |  |
|---|---|---|
| Total Hours | 2.80 | |
| Total For Services | | $1,473.94 |

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|--------------------|-------|-----------|-------------|-------------|---------------|
| Dennis M. Bent | 1.70 | 495.00 | 841.50 | 451.26 | 767.14 |
| Margaret A. Goetz | 0.20 | 265.00 | 53.00 | 242.25 | 48.45 |
| Martin B. Howard | 0.90 | 795.00 | 715.50 | 731.50 | 658.35 |
| Total All Timekeepers | 2.80 | | $1,610.00 | | $1,473.94 |

**Total For This Matter**                        **$1,473.94**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 188.40 | |
| Total Fees, all Matters | | $100,071.80 |
| Total Disbursements, all Matters | | $37.00 |
| Total Amount Due | | $100,108.80 |