**EXHIBIT E-4**
**ORRICK'S FOURTH MONTHLY FEE STATEMENT**
**FOR THE TIME PERIOD**
**DECEMBER 1, 2012 – DECEMBER 31, 2012**



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

January 24, 2013

## VIA ELECTRONIC MAIL AND OVERNIGHT MAIL

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Re:    **In re Residential Capital, LLC, et al., Case No. 12-12020:**
    **Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP**
    **for the time period December 1, 2012 through December 31, 2012**

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("Orrick") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "Debtors" or the "Company") for the time period December 1, 2012 through December 31,



ORRICK

January 24, 2013
Page 2

2012 (the "Invoice Period"), which was served on the parties listed in paragraph 2(a) of the Order on January 24, 2013 (the "Monthly Fee Statement").[1]

In the absence of a timely objection, the Debtors shall pay $56,369.98, consisting of 80% of the fees sought in this Monthly Fee Statement ($70,462.47 x 0.80). There are no expenses sought in this Monthly Fee Statement.

Objections to the Monthly Fee Statement are due by February 13, 2013 (*i.e.*, 20 days after the date of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors, including total hours worked and rates applied,[2] and all reasonable out-of-pocket costs and expenses. The following is intended to serve as a summary description of the primary services rendered by Orrick during the Invoice Period. This summary is derived from the time records of the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**), which time records were maintained regularly and entered contemporaneously with the rendition of the services by each Orrick attorney and paraprofessional in the ordinary course of practice. Orrick has incurred actual out-of-pocket costs and expenses in connection with providing services to the Debtors. Orrick, in the ordinary course of its legal practice, uses the most economical and efficient method, or, where appropriate, outside vendors, when incurring expenses. Reimbursement of expenses incurred by Orrick to outside vendors is limited to the actual amounts billed to, or paid by, Orrick.

---

[1] Orrick was retained as Special Securitization Transactional and Litigation Counsel pursuant to the *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012*, entered by the Bankruptcy Court on July 27, 2012 (Dkt. No. 930).

[2] Orrick began representing the Company more than twenty years ago. In connection with its longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for legal services rendered. Orrick has agreed to continue to bill the Company at its discounted hourly rates (subject to annual rate increases) during these Chapter 11 cases. Accordingly, the fees included in this Monthly Fee Statement reflect Orrick's discounted hourly rates. The "Timekeeper Summary" in Orrick's invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the "Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.



ORRICK

January 24, 2013
Page 3

PSA Amendments (Matter 141)

Orrick reviewed and analyzed various pooling and servicing agreements and responded to comments and questions from the Debtors, Morrison & Foerster, Mayer Brown, Ocwen, certain rating agencies and various whole loan counterparties regarding servicing agreement amendments and related consent.  Orrick also responded to inquiries from the Debtors regarding Ocwen and Impac issues and provided updates on the status of the pooling and servicing agreement amendment process.  In addition, Orrick participated in numerous telephone conferences with the Debtors, Morrison & Foerster, Mayer Brown, various counterparties and others regarding the pooling and servicing agreement amendments.  Orrick also reviewed and drafted amendments for various entities.  In connection with this matter, Orrick devoted 39.50 hours resulting in fees of $24,232.17 and no expenses.

General Bankruptcy Administration (Matter 142)

Orrick prepared, filed and served an application for admission *pro hac vice.*  Orrick also reviewed the Bankruptcy Court docket regarding upcoming omnibus hearing dates.  In connection with this matter, Orrick devoted 2.30 hours resulting in fees of $632.70 and no expenses.

Retention (Matter 143)

Orrick corresponded internally regarding an application to expand the scope of its employment and reviewed the order approving its retention in these Chapter 11 cases.  Orrick began drafting its application to expand the scope of its employment and corresponded with the Debtors and Morrison & Foerster regarding the same.  In connection with this matter, Orrick devoted 13.00 hours resulting in fees of $4,951.87 and no expenses.

Compensation (Matter 144)

Orrick prepared its monthly fee statements for the time period October 1-31, 2012 and November 1-30, 2012.  In addition, Orrick participated telephonically in the December 20, 2012 hearing regarding its first interim fee application and corresponded internally regarding the same.  Orrick also reviewed and revised the proposed order and schedule approving its first interim fee



ORRICK

January 24, 2013
Page 4

application and communicated with Morrison & Foerster regarding the same. In connection with this matter, Orrick devoted 15.40 hours resulting in fees of $10,055.00 and no expenses.[3]

<u>Resolution of Pre-Bankruptcy Transactions (Matter 148)</u>

Orrick reviewed various mortgage loan purchase agreements and advised the Debtors regarding the same. In addition, Orrick drafted, reviewed and revised a mortgage loan purchase agreement and interim servicing agreement and communicated with the Debtors, Morrison & Foerster, Centerview Partners and others regarding the same. Orrick also advised the Debtors regarding 2010 residual sale questions. Orrick communicated with the Debtors, Morrison & Foerster, Centerview Partners, Kramer Levin and others regarding the FHA sale documents. In connection with this matter, Orrick devoted 55.10 hours resulting in fees of $30,590.73 and no expenses.

---

[3] Orrick devoted an additional 4.50 hours resulting in fees of $2,778.75 in connection with reviewing, revising and finalizing its monthly time records. Orrick also devoted 40.90 hours resulting in fees of $24,393.60 in connection with defending its first interim fee application in response to the U.S. Trustee's objections. Orrick is aware of Judge Bernstein's August 24, 2010 decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held, among other things, that reviewing and editing time records is not compensable. Judge Bernstein also stated that fees incurred in connection with defending against an objection to a fee application are, in some instances, not compensable from a debtor's estate. Accordingly, Orrick is not seeking compensation from the Debtors' estates for these fees.



**ORRICK**

January 24, 2013
Page 5

## COMPENSATION SUMMARY

### DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Partners & Senior Counsel** | | | | |
| Katharine I. Crost | Partner | $874.00 | 0.30 | $262.20 |
| Martin B. Howard | Partner | $731.50 | 23.70 | $17,336.55 |
| Stephen J. Jackson | Partner | $736.25 | 1.50 | $1,104.38 |
| Dora Y. Mao | Senior Counsel | $660.25 | 1.20 | $792.30 |
| Lorraine S. McGowen | Partner | $875.00 | 2.10 | $1,837.50 |
| Thomas C. Mitchell | Partner | $790.00 | 2.50 | $1,975.00 |
| | | | | |
| Duane K. Beasley | Senior Associate | $612.75 | 24.30 | $14,889.85 |
| Dennis M. Bent | Contract Associate | $451.25 | 37.20 | $16,786.58 |
| Debra L. Felder | Senior Associate | $617.50 | 17.30 | $10,682.75 |
| Kara Moskowitz | Senior Associate | $530.00 | 3.20 | $1,696.00 |



**ORRICK**

January 24, 2013
Page 6

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 9.20 | $2,359.80 |
| Margaret A. Goetz | Paralegal | $242.25 | 1.00 | $242.24 |
| Frances McKeown | Research Specialist | $232.75 | 0.30 | $69.82 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 1.50 | $427.50 |
| **TOTAL:** | | | **125.30** | **$70,462.47** |
| Total Hourly Blended Rate (excluding paralegals/paraprofessionals): | | | | **$594.56**<br><br>$67,363.11<br>/113.30 hrs<br>= $594.56 |



**ORRICK**

January 24, 2013
Page 7

## COMPENSATION BY PROJECT CATEGORY

### DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Matter 141:  PSA Amendments | 39.50 | $24,232.17 |
| Matter 142:  General Bankruptcy Administration | 2.30 | $632.70 |
| Matter 143:  Retention | 13.00 | $4,951.87 |
| Matter 144:  Compensation | 15.40 | $10,055.00 |
| Matter 148:  Resolution of Pre-Bankruptcy Transactions | 55.10 | $30,590.73 |
| **TOTAL:** | **125.30** | **$70,462.47** |

## EXPENSE SUMMARY

### DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Expense Category | Total |
|---|---:|
| **TOTAL:** | **$0.00** |



**ORRICK**

January 24, 2013
Page 8

## SUMMARY OF ALL COMPENSATION PREVIOUSLY REQUESTED

Since May 14, 2012, Orrick has served the following monthly fee statements and interim fee applications:

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of Jan. 23, 2013 |
|---|---|---|---|---|---|
| May 14, 2012 – June 30, 2012 First Monthly Fee Statement | $311,664.09 | $249,331.27 | $204.00 | $249,535.27 | $236,234.22 ($181,861.88 of that amount was applied to the remaining amount of Orrick's pre-petition retainer) |
| July 1, 2012 – July 31, 2012 Second Monthly Fee Statement | $257,980.85 | $206,384.68 | $452.22 | $206,836.90 | $186,457.67 |
| Aug. 1, 2012 – Aug. 31, 2012 Third Monthly Fee Statement | $163,712.13 | $130,969.70 | $21.90 | $130,991.60 | $130,991.43 |
| May 14, 2012 – Aug. 31, 2012 First Interim Fee Application | $733,357.07 | $586,685.65 | $678.12 | $587,363.77 | -- |
| Sept. 1, 2012 – Sept. 30, 2012 Fourth Monthly Fee Statement | $198,762.14 | $159,009.71 | $193.43 | $159,203.14 | $159,203.06 |
| Oct. 1, 2012 – Oct. 31, 2012 Fifth Monthly Fee Statement | $305,468.57 | $244,374.86 | $381.00 | $244,755.86 | $32,426.18 |
| Nov. 1, 2012 – Nov. 20, 2012 | $100,071.80 | $80,057.44 | $37.00 | $80,094.44 | $0.00 |



**ORRICK**

January 24, 2013
Page 9

Please contact me if you have any questions regarding the foregoing.

Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost


Enclosure

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# DECEMBER 1, 2012
# THROUGH DECEMBER 31, 2012

Residential Capital
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437
Attn: John G. Ruckdaschel, Esq.

January 24, 2013
Client No. 11474
Invoice No. 1402235

Orrick Contact: Katharine I. Crost

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2012 in connection with the matters described on the attached pages: | $ | 70,462.47 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **70,462.47** |

Matter(s): 11474/141, 142, 143, 144, 148
732838

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$437,761.03
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP*<br>*Lockbox #774619*<br>*4619 Solutions Center*<br>*Chicago, IL 60677-4006*<br>*Reference: 11474/ Invoice: 1402235* | ***ACH & Wire Transfers:***<br>***ABA Number 121000248***<br>***SWIFT CODE: WFBIUS6S***<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 11474/ Invoice: 1402235*<br>*E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP*<br>*c/o Wells Fargo*<br>*Attn: Lockbox #774619*<br>*350 East Devon Avenue*<br>*Itasca, IL 60143*<br>*(213) 614-3248*<br>*Reference: 11474/ Invoice: 1402235* |

Residential Capital
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437
Attn:  John G. Ruckdaschel, Esq.

January 24, 2013
Client No. 11474
Invoice No. 1402235

Orrick Contact: Katharine I. Crost

For Legal Services Rendered Through December 31, 2012 in Connection With:

**Matter:  141 - PSA Amendments**
**Matter: 732838**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/03/12 | D. Bent | Review One West servicing agreement and email from M. Schoffelen (ResCap) regarding One West Bank's request for servicing transfer (0.2); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), K. Spraga (ResCap), D. Citron (ResCap) and M. Carnevale (ResCap) regarding Pooling and Servicing Agreement amendments (0.4). | 0.60 |
| 12/03/12 | D. Beasley | Telephone conferences with H. Gudmundsson (Mayer Brown) regarding amendments (0.7); respond to requests from P. Kollydas and K. Spraga (ResCap) regarding same (1.5); review and respond to requests from trustees and whole loan counterparties (1.0). | 3.20 |
| 12/03/12 | M. Howard | Various discussions and emails with ResCap on consents with respect to pooling and servicing agreement amendments. | 1.80 |
| 12/04/12 | D. Bent | Review and revise master spreadsheet provided by Mayer Brown (0.2); telephone conference with P. Fleming (ResCap), H. Anderson (ResCap), P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), R. Bluhm (ResCap), B. Weingarten (Centerview Partners), P. Bennett (Centerview Partners), R. Kielty (Centerview Partners), R. Delgado (Ocwen), I. Javier (Ocwen), J. McNeill (Home Loan Servicing Solutions), M. Beck (Morrison & Foerster), A. Barrage (Morrison & Foerster), M. Howard (Orrick Partner) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (1.0); telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), H. Anderson (ResCap), K. Spraga (ResCap) and M. Howard (Orrick Partner) regarding Pooling and Servicing Agreement amendments (0.4). | 1.60 |

Residential Capital - 11474                                          January 24, 2013
page 2                                                           Invoice No. 1402235

| 12/04/12 | D. Beasley | Telephone conference with P. Fleming (ResCap), H. Anderson (ResCap), P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), R. Bluhm (ResCap), B. Weingarten (Centerview Partners), P. Bennett (Centerview Partners), R. Kielty (Centerview Partners), R. Delgado (Ocwen), I. Javier (Ocwen), J. McNeill (Home Loan Servicing Solutions), M. Beck (Morrison & Foerster), A. Barrage (Morrison & Foerster), M. Howard (Orrick Partner) and D. Bent (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (1.0); respond to requests from D. Citron and P. Kollydas (ResCap) regarding follow-up items for omnibus amendments to ResCap securitization servicing agreements (1.5). | 2.50 |
| 12/04/12 | M. Howard | Telephone conference with P. Fleming (ResCap), H. Anderson (ResCap), P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), R. Bluhm (ResCap), B. Weingarten (Centerview Partners), P. Bennett (Centerview Partners), R. Kielty (Centerview Partners), R. Delgado (Ocwen), I. Javier (Ocwen), J. McNeill (Home Loan Servicing Solutions), M. Beck (Morrison & Foerster), A. Barrage (Morrison & Foerster), D. Bent (Orrick Associate) and D. Beasley (Orrick Senior Associate) regarding Pooling and Servicing Agreement amendments (1.0); telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), H. Anderson (ResCap), K. Spraga (ResCap) and D. Bent (Orrick Associate) regarding Pooling and Servicing Agreement amendments (0.4); various discussions and emails with ResCap on consents with respect to pooling and servicing agreement amendments (0.8). | 2.20 |
| 12/05/12 | D. Bent | Review and revise master spreadsheet provided by Mayer Brown (1.3); review, revise and distribute Form of Omnibus Amendment to Standard & Poors, Moody's Investors Service, Inc., Fitch Ratings and DBRS, Inc. (1.1). | 2.40 |
| 12/05/12 | D. Beasley | Respond to requests from P. Kollydas and K. Spraga (ResCap) (1.5); respond to requests from trustees and rating agencies (1.0). | 2.50 |
| 12/05/12 | M. Howard | Various discussions and emails with ResCap on pooling and servicing agreement amendments. | 0.50 |

Residential Capital - 11474                                                    January 24, 2013
page 3                                                                    Invoice No. 1402235

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/06/12 | D. Bent | Review and respond to email from T. Swanson (Moody's Investor Service) regarding Pooling and Servicing Agreement amendments (0.1); telephone conference with N. Hanson (Fitch Ratings) regarding Pooling and Servicing Agreement amendments (0.1); telephone conference with C. Hyun (DBRS, Inc.) regarding Pooling and Servicing Agreement amendments (0.1). | 0.30 |
| 12/06/12 | D. Beasley | Respond to requests from rating agencies and trustees regarding omnibus amendment (0.5); respond to requests from K. Spraga and P. Kollydas regarding negotiations with whole loan counterparties (1.0); respond to emails from Mayer Brown regarding status of amendment process (1.0). | 2.50 |
| 12/06/12 | M. Howard | Various discussions with ResCap on Ocwen and Impac requests and open issues on amendments. | 0.50 |
| 12/07/12 | M. Goetz | Revise Amendment to Belco SA and redline. | 0.10 |
| 12/07/12 | D. Bent | Review, revise and distribute the master spreadsheet to K. Spraga (ResCap) (0.4); email revised drafts of Form of Omnibus Amendment to Wells Fargo, U.S. Bank, Deutsche Bank and Bank of New York Mellon (0.2); email revised draft of Belco Amendment for final sign-off (0.2); telephone conference with M. Howard (Orrick Partner), D. Beasley (Orrick Senior Associate), J. Von Gorp (Mayer Brown Partner) and H. Gudmundsson (Mayer Brown) regarding Pooling and Servicing Agreement amendments (0.7); telephone conference with N. Hanson (Fitch Ratings) regarding Pooling and Servicing Agreement amendments (0.1); telephone conference with P. Kollydas regarding Pooling and Servicing Agreement amendments (0.1). | 1.70 |
| 12/07/12 | D. Beasley | Telephone conference with M. Howard (Orrick Partner), D. Bent (Orrick Associate), J. Von Gorp (Mayer Brown Partner) and H. Gudmundsson (Mayer Brown) regarding Pooling and Servicing Agreement amendments (0.7); telephone conference with J. Malloy (Impac) regarding status of servicing agreements for Impac loans and potential comments to such agreement (0.5); respond to requests from Mayer Brown regarding pooling and servicing agreement amendments (1.0). | 2.20 |
| 12/07/12 | D. Mao | Review sample of pooling and servicing agreements, indentures and trust agreements to respond to query from J. Ruckdaschel regarding master servicer and depositor obligations, draft and circulate analysis. | 1.20 |

Residential Capital - 11474                                          January 24, 2013
page 4                                                              Invoice No. 1402235

| | | | |
|---|---|---|---|
| 12/07/12 | M. Howard | Telephone conference with D. Bent (Orrick Associate), D. Beasley (Orrick Senior Associate), J. Von Gorp (Mayer Brown Partner) and H. Gudmundsson (Mayer Brown) regarding Pooling and Servicing Agreement amendments (0.7); review amendments regarding same (0.4). | 1.10 |
| 12/10/12 | D. Bent | Telephone conference with P. Fleming (ResCap), H. Anderson (ResCap), P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), R. Delgado (Ocwen), I. Javier (Ocwen), J. Von Gorp (Mayer Brown Partner), H. Gudmundsson (Mayer Brown Associate) and M. Howard (Orrick Senior Partner) regarding Pooling and Servicing Agreement amendments (0.3); email communication with D. Horton (Mayer Brown) regarding Pooling and Servicing Agreement amendments (0.1). | 0.40 |
| 12/10/12 | D. Beasley | Review and respond to emails from P. Kollydas and K. Spraga (ResCap) regarding amendments (1.5); follow-up regarding questions from Mayer Brown and whole loan counterparties (0.7). | 2.20 |
| 12/10/12 | M. Howard | Telephone conference with P. Fleming (ResCap), H. Anderson (ResCap), P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), R. Delgado (Ocwen), I. Javier (Ocwen), J. Van Gorp (Mayer Brown), H. Gudmundsson (Mayer Brown) and D. Bent (Orrick Associate) regarding Pooling and Servicing Agreement amendments (0.3); various emails and calls with ResCap on pooling and servicing amendments (1.2). | 1.50 |
| 12/11/12 | D. Bent | Telephone conferences with T. Miller (Silvergate Bank) and J. Bonino (Silvergate Bank) regarding the Pooling and Servicing Agreement amendment. | 0.20 |
| 12/11/12 | D. Beasley | Respond to requests from trustees and Mayer Brown (1.0); revise omnibus amendments (1.5). | 2.50 |
| 12/11/12 | M. Howard | Review issues regarding Bank of New York and concerns on pooling and servicing agreement amendments. | 0.40 |
| 12/12/12 | D. Bent | Telephone conference with J. Bonino (Silvergate Bank) regarding PSA amendments. | 0.10 |
| 12/13/12 | D. Bent | Telephone conference with K. Barr (Silvergate Bank), J. Bonino (Silvergate Bank) and M. Schoffelen (ResCap) regarding Silvergate amendments (0.2); telephone conference with D. Natter (SNR Denton) regarding Pooling and Servicing Agreement amendments (0.1); telephone conference with M. Schoffelen (ResCap) regarding PSA amendments (0.1). | 0.40 |

Residential Capital - 11474                                    January 24, 2013
page 5                                                    Invoice No. 1402235

| 12/13/12 | M. Howard | Various discussions with counterparties on pooling and servicing agreement amendments and open items. | 1.20 |
| 12/14/12 | D. Bent | Review, revise and distribute the master spreadsheet to K. Spraga (ResCap). | 0.20 |
| 12/17/12 | D. Bent | Telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and M. Howard (Orrick Senior Partner) regarding Pooling and Servicing Agreement amendments. | 0.30 |
| 12/17/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), D. Citron (ResCap), M. Carnevale (ResCap), M. Brunken (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and D. Bent (Orrick Associate) regarding Pooling and Servicing Agreement amendments (0.3); emails to Mayer Brown on status of amendments (0.3). | 0.60 |
| 12/18/12 | D. Beasley | Respond to requests from M. Schoffelen (ResCap) and P. Kollydas (ResCap) regarding pooling and servicing agreement amendments. | 1.00 |
| 12/20/12 | D. Bent | Telephone conference with D. Coelho-Adam (Seward & Kissel) regarding the Pooling and Servicing Agreement amendments. | 0.10 |
| 12/28/12 | S. Jackson | Review and respond to queries from J. Ruckdaschel regarding transfer of REMIC residuals to Ocwen. | 1.50 |

Total Hours                      39.50
Total For Services               $24,232.17

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 18.60 | 650.00 | 12,090.00 | 612.75 | 11,397.17 |
| Dennis M. Bent | 8.30 | 495.00 | 4,108.50 | 451.25 | 3,745.40 |
| Margaret A. Goetz | 0.10 | 265.00 | 26.50 | 242.25 | 24.22 |
| Martin B. Howard | 9.80 | 795.00 | 7,791.00 | 731.50 | 7,168.70 |
| Stephen J. Jackson | 1.50 | 775.00 | 1,162.50 | 736.25 | 1,104.38 |
| Dora Y. Mao | 1.20 | 695.00 | 834.00 | 660.25 | 792.30 |
| Total All Timekeepers | 39.50 | | $26,012.50 | | $24,232.17 |

**Total For This Matter**                      **$24,232.17**

Residential Capital - 11474
page 6

January 24, 2013
Invoice No. 1402235

For Legal Services Rendered Through December 31, 2012 in Connection With:

**Matter:  142 - General Bankruptcy Administration**
**Matter: 732840**

| | | | |
|---|---|---|---|
| 12/19/12 | G. Willey | Prepare, file and serve pro hac vice application for D. Felder and follow-up regarding same. | 1.50 |
| 12/27/12 | D. Fullem | Review email from D. Felder regarding 2013 omnibus hearings schedule and follow-up regarding same. | 0.80 |

Total Hours             2.30
Total For Services                     $632.70

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra O. Fullem | 0.80 | 270.00 | 216.00 | 256.50 | 205.20 |
| Gerald L. Willey | 1.50 | 300.00 | 450.00 | 285.00 | 427.50 |
| Total All Timekeepers | 2.30 | | $666.00 | | $632.70 |

**Total For This Matter**              **$632.70**

Residential Capital - 11474                                                January 24, 2013
page 7                                                                  Invoice No. 1402235

For Legal Services Rendered Through December 31, 2012 in Connection With:

## Matter: 143 - Retention
**Matter: 732843**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 12/14/12 | F. McKeown | Research for D. Fullem regarding supplemental disclosure issues. | 0.30 |
| 12/14/12 | D. Fullem | Review email from D. Felder regarding research issues for expansion of Orrick's employment. | 0.70 |
| 12/14/12 | D. Fullem | Begin draft of application to expand employment of Orrick. | 1.50 |
| 12/14/12 | D. Fullem | Review/respond to email from D. Felder regarding expanding Orrick's employment in the case. | 0.20 |
| 12/14/12 | D. Fullem | Review email from E. Echtman regarding Orrick's expanded employment pleadings. | 0.10 |
| 12/14/12 | D. Felder | Email correspondence from E. Echtman regarding expansion of scope of employment (.1); follow-up emails to D. Fullem regarding same and review draft complaint regarding same (.6). | 0.70 |
| 12/17/12 | D. Fullem | Continue draft of Orrick's expanded employment application. | 1.00 |
| 12/17/12 | D. Fullem | Follow-up with D. Felder regarding pleadings for Orrick's expanded employment. | 0.50 |
| 12/18/12 | D. Fullem | Prepare draft of supplemental application to expand employment of Orrick as special counsel to Debtors. | 3.80 |
| 12/18/12 | D. Fullem | Confer with D. Felder regarding draft of supplemental application to expand employment of Orrick (0.3); email summary of certain information on same to D. Felder (0.1). | 0.40 |
| 12/26/12 | D. Felder | Review draft complaint in connection with expanded scope of Orrick's employment and supplemental retention application regarding same. | 1.00 |
| 12/27/12 | D. Felder | Telephone call to L. Marinuzzi (Morrison & Foerster) regarding Orrick's application to expand scope of retention (.1); revise application regarding same (1.0). | 1.10 |
| 12/28/12 | D. Felder | Email correspondence to L. Marinuzzi (Morrison & Foerster) regarding application to expand scope of Orrick's employment (.2); review and revise application (1.5). | 1.70 |

|  | Total Hours | 13.00 |  |
|--|-------------|-------|--|
|  | Total For Services |  | $4,951.87 |

Residential Capital - 11474  
page 8

January 24, 2013  
Invoice No. 1402235

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 4.50 | 650.00 | 2,925.00 | 617.50 | 2,778.75 |
| Debra O. Fullem | 8.20 | 270.00 | 2,214.00 | 256.50 | 2,103.30 |
| Frances N. McKeown | 0.30 | 245.00 | 73.50 | 232.75 | 69.82 |
| Total All Timekeepers | 13.00 | | $5,212.50 | | $4,951.87 |

**Total For This Matter**          **$4,951.87**

Residential Capital - 11474                                      January 24, 2013
page 9                                                    Invoice No. 1402235

For Legal Services Rendered Through December 31, 2012 in Connection With:

**Matter: 144 - Compensation**
**Matter: 732844**

| | | | |
|---|---|---|---|
| 12/03/12 | D. Felder | Review and revise October monthly fee statement (2.0); email correspondence with S. Vucelick regarding same (.4). | 2.40 |
| 12/03/12 | K. Crost | Review October monthly fee statement. | 0.30 |
| 12/03/12 | L. McGowen | Review and make comments to monthly fee statement (.2); exchange e-mails with D. Felder regarding monthly fee statement (.1); review e-mail from D. Felder regarding hearing on Orrick's fee application (.1). | 0.40 |
| 12/04/12 | D. Fullem | Review email from D. Felder to notice parties regarding Orrick's October fee application. | 0.20 |
| 12/04/12 | D. Felder | Review, revise and finalize October monthly fee statement. | 1.80 |
| 12/05/12 | D. Felder | Update spreadsheet regarding monthly fee statements and follow-up regarding same. | 0.80 |
| 12/19/12 | L. McGowen | Review and respond to e-mails from D. Felder regarding hearing on fee applications (.3); telephone conference with D. Felder regarding attending hearing on fee applications (.4). | 0.70 |
| 12/20/12 | D. Felder | Review issues regarding November monthly fee statement. | 1.00 |
| 12/20/12 | D. Felder | Telephonic participation in December 20, 2012 hearing regarding first interim fee applications, Debtors' motions to appoint and examiner and to extend the exclusive periods, and other agenda items (4.5); follow-up email correspondence with K. Crost, L. McGowen, and M. Howard regarding summary of same (.2). | 4.70 |
| 12/20/12 | D. Felder | Review draft order approving interim fee applications and schedule A attached thereto (.3); email correspondence with E. Richards and L. Marinuzzi regarding corrections to same (.2). | 0.50 |
| 12/20/12 | L. McGowen | Telephone conference with D. Felder regarding hearing on Orrick fee application. | 0.80 |
| 12/21/12 | L. McGowen | Review and respond to e-mail regarding order approving fee application. | 0.20 |
| 12/26/12 | D. Felder | Draft November monthly fee statement (1.1); email correspondence with S. Vucelick regarding same (.5). | 1.60 |

|  |  |
|---|---|
| Total Hours | 15.40 |
| Total For Services | $10,055.00 |

Residential Capital - 11474
page 10

January 24, 2013
Invoice No. 1402235

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Katharine I. Crost | 0.30 | 895.00 | 268.50 | 874.00 | 262.20 |
| Debra Felder | 12.80 | 650.00 | 8,320.00 | 617.50 | 7,904.00 |
| Debra O. Fullem | 0.20 | 270.00 | 54.00 | 256.50 | 51.30 |
| Lorraine S. McGowen | 2.10 | 895.00 | 1,879.50 | 875.00 | 1,837.50 |
| Total All Timekeepers | 15.40 | | $10,522.00 | | $10,055.00 |

**Total For This Matter          $10,055.00**

Residential Capital - 11474                                           January 24, 2013
page 11                                                          Invoice No. 1402235

For Legal Services Rendered Through December 31, 2012 in Connection With:

**Matter: 148 - Resolution of Pre-Bankruptcy Transactions**
**Matter: 732848**

| | | | |
|---|---|---|---|
| 12/04/12 | D. Bent | Review precedent and begin drafting the Mortgage Loan Purchase and Interim Servicing Agreement for the FHA non-performing loan trade (2.6); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Brunken (ResCap) and M. Howard (Orrick Partner) regarding the same (0.5). | 3.10 |
| 12/04/12 | M. Howard | Telephone conference with P. Kollydas (ResCap) regarding MLPA (0.3); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Brunken (ResCap) and D. Bent (Orrick Associate) regarding MLPA (0.5). | 0.80 |
| 12/05/12 | M. Goetz | Review definitions and section references in Mortgage Loan Purchase & Interim Servicing Agreement per D. Bent. | 0.90 |
| 12/05/12 | D. Bent | Review and revise the Mortgage Loan Purchase and Interim Servicing Agreement. | 0.90 |
| 12/05/12 | M. Howard | Review of Mortgage Loan Purchase Agreement. | 0.60 |
| 12/06/12 | D. Bent | Review, revise and distribute the Mortgage Loan Purchase and Interim Servicing Agreement for the FHA non-performing deal (1.4); review and provide comments on the Offering Sheet (1.4); telephone conference with P. Kollydas (ResCap) regarding same (0.2). | 3.00 |
| 12/06/12 | D. Beasley | Review and comment on form of mortgage loan purchase agreement. | 1.00 |
| 12/06/12 | M. Howard | Discussions with ResCap on legal and business points in mortgage loan purchase agreement. | 1.50 |
| 12/06/12 | T. Mitchell | Review issues regarding conditions precedent. | 0.10 |
| 12/07/12 | D. Bent | Review and revise the Mortgage Loan Purchase and Interim Servicing Agreement for GMACWL 2013-1 (3.4); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and D. Beasley (Orrick Senior Associate) regarding same (1.0); telephone conference with M. Brunken regarding same (ResCap) (0.1); review and provide comments on the Offering Sheet (0.5). | 5.00 |

Residential Capital - 11474                                          January 24, 2013
page 12                                                         Invoice No. 1402235

| 12/07/12 | D. Beasley | Review and respond to emails regarding form of mortgage loan purchase agreement for early-buyout loans (0.2); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and D. Bent (Orrick Contract Associate) regarding the Mortgage Loan Purchase and Interim Servicing Agreement for GMACWL 2013-1 (1.0). | 1.20 |
|---|---|---|---|
| 12/07/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Brunken (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and D. Beasley (Orrick Senior Associate) regarding the Mortgage Loan Purchase and Interim Servicing Agreement for GMACWL 2013-1 (1.0); review mortgage loan purchase agreement (0.6). | 1.60 |
| 12/07/12 | T. Mitchell | Revise form of MLPA regarding bankruptcy issues (.2); telephone conference with D. Bent regarding same (.1). | 0.30 |
| 12/10/12 | D. Bent | Review, revise and distribute the Mortgage Loan Purchase and Interim Servicing Agreement for GMACWL 2013-1 (0.4); telephone conference with P. Kollydas (ResCap) regarding same (0.1). | 0.50 |
| 12/10/12 | K. Moskowitz | Conference with M. Howard regarding Wells Fargo transfer of certificates issue. | 0.20 |
| 12/10/12 | M. Howard | Review mortgage loan purchase agreement. | 0.80 |
| 12/11/12 | D. Bent | Review, revise and distribute drafts of the Mortgage Loan Purchase and Interim Servicing Agreement (0.8); telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and M. Howard (Orrick Senior Partner) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet for GMACWL 2013-1 (0.5); telephone conference with P. Fleming (ResCap), P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Schaefer (ResCap), J. Ruckdaschel (ResCap In-House Attorney), K. Chopra (Centerview Partners), R. Kielty (Centerview Partners), T. Goren (Morrison & Foerster), M. Beck (Morrison & Foerster) and M. Howard (Orrick Senior Partner) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet for GMACWL 2013-1 (0.4); telephone conference with P. Kollydas (ResCap) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet for GMACWL 2013-1 (0.1). | 1.80 |
| 12/11/12 | K. Moskowitz | Review documents to determine history of transferred certificates and transfer documentation in connection with Wells Fargo issue. | 1.50 |

Residential Capital - 11474
page 13

January 24, 2013
Invoice No. 1402235

| 12/11/12 | M. Howard | Telephone conference with P. Kollydas (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and D. Bent (Orrick Associate) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet for GMACWL 2013-1 (0.5); telephone conference with P. Fleming (ResCap), P. Kollydas (ResCap), M. Schoffelen (ResCap), M. Schaefer (ResCap), J. Ruckdaschel (ResCap In-House Attorney), K. Chopra (Centerview Partners), R. Kielty (Centerview Partners), T. Goren (Morrison & Foerster), M. Beck (Morrison & Foerster) and D. Bent (Orrick Associate) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet for GMACWL 2013-1 (0.4). | 0.90 |
| 12/12/12 | D. Bent | Review, revise and distribute drafts of the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet (0.6); telephone conferences with M. Schoffelen regarding same (0.3); telephone conference with P. Kollydas regarding same (0.1). | 1.00 |
| 12/12/12 | K. Moskowitz | Call with J. Ruckdaschel, M. Schoffelen and M. Howard regarding Wells Fargo certificate transfer issue (0.5); review emails and records and provide email response summarizing status of certificates and transfer documentation (1.0). | 1.50 |
| 12/12/12 | M. Howard | Review mortgage loan purchase agreement (0.9); teleconference with J. Ruckdaschel (ResCap), M. Schoffelen (ResCap) and K. Moskowitz (Orrick Associate) on 2010 residual sale questions (0.5); emails and review of correspondence relating to 2010 residual sales (0.9). | 2.30 |
| 12/13/12 | D. Bent | Review and distribute drafts of Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet (0.1); telephone conference with P. Kollydas (ResCap) regarding same (0.1). | 0.20 |
| 12/17/12 | D. Bent | Review and revise the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet for GMACWL 2013-1 FHA (2.3); telephone conference with M. Schoffelen and P. Kollydas regarding the same (0.4). | 2.70 |
| 12/17/12 | D. Bent | Email communication with J. Ruckdaschel (ResCap In-House Attorney) regarding the status of the RALI 2005-QO3 New York common law trust. | 0.10 |
| 12/17/12 | D. Beasley | Review and respond to questions from ResCap regarding mortgage loan purchase agreement for FHA insured loans. | 1.00 |
| 12/17/12 | M. Howard | Discussions with ResCap on comments to mortgage loan purchase agreement. | 0.40 |

Residential Capital - 11474                                      January 24, 2013
page 14                                                    Invoice No. 1402235

| 12/18/12 | D. Bent | Distribute revised drafts of the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet (0.3); email communication with T. Goren (Morrison & Foerster) regarding Mortgage Loan Purchase and Interim Servicing Agreement for GMACWL 2013-1 FHA (0.4); telephone conference with T. Mitchell (Orrick Bankruptcy Partner) regarding Mortgage Loan Purchase and Interim Servicing Agreement for GMACWL 2013-1 FHA (0.3); telephone conference with J. Ruckdaschel (ResCap In-House Attorney) and T. Mitchell (Orrick Bankruptcy Partner) regarding Mortgage Loan Purchase and Interim Servicing Agreement for GMACWL 2013-1 FHA (0.1). | 1.10 |
| 12/18/12 | D. Bent | Draft and distribute Request for Withdrawal of the Registration Statement for Phoenix Residential Securities LLC. | 0.70 |
| 12/18/12 | T. Mitchell | Telephone conference with D. Bent regarding MLPISA and bankruptcy issues (.2); telephone conference with J. Ruckdaschel regarding same (2.); review and revise e-mail to Morrison & Foerster regarding bankruptcy issues (.2); telephone conference with D. Bent regarding strategy (.1). | 0.70 |
| 12/19/12 | D. Bent | Review and revise the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet (1.0); telephone conference with P. Kollydas (ResCap), J. Ruckdaschel (ResCap In-House Attorney), T. Goren (Morrison & Foerster), M. Crespo (Morrison & Foerster) and T. Mitchell (Orrick Partner) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and related documents for GMACWL 2013-1 (1.0); telephone conference with P. Kollydas (ResCap) and M. Schoffelen (ResCap) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and related documents for GMACWL 2013-1 (0.7). | 2.70 |
| 12/19/12 | M. Howard | Review open items on mortgage loan purchase agreement. | 0.70 |
| 12/19/12 | T. Mitchell | Telephone conference with P. Kollydas (ResCap), J. Ruckdaschel (ResCap In-House Attorney), T. Goren (Morrison & Foerster), M. Crespo (Morrison & Foerster) and D. Bent (Orrick Associate) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and related documents for GMACWL 2013-1 (1.0); review documents regarding same (.1); telephone conference with D. Bent regarding same (.1). | 1.20 |

Residential Capital - 11474                                        January 24, 2013
page 15                                                      Invoice No. 1402235

| | | | |
|---|---|---|---|
| 12/20/12 | D. Bent | Review and revise the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet (2.4); telephone conference with P. Kollydas (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Schoffelen (ResCap) and W. Tyson (ResCap) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and related documents for GMACWL 2013-1 (0.5); telephone conference with P. Kollydas (ResCap) and M. Schoffelen (ResCap) regarding the Mortgage Loan Purchase and Interim Servicing Agreement and related documents for GMACWL 2013-1 (0.2). | 3.10 |
| 12/20/12 | T. Mitchell | Telephone conferences with D. Bent regarding compliance law issues in MLPISA. | 0.20 |
| 12/21/12 | D. Bent | Review, revise and distribute Request for Withdrawal for the Phoenix Residential Securities Registration Statement. | 0.20 |
| 12/21/12 | D. Bent | Review, revise and distribute drafts of the Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet (0.6); telephone conference with P. Kollydas (ResCap) regarding same (0.1). | 0.70 |
| 12/21/12 | D. Beasley | Review and respond to questions from P. Kollydas (ResCap) and J. Ruckdaschel (ResCap In-house Counsel) regarding mortgage loan purchase agreement for FHA loans. | 0.50 |
| 12/26/12 | M. Howard | Review open issues on mortgage loan purchase agreement. | 1.40 |
| 12/27/12 | D. Bent | Telephone conference with P. Fleming (ResCap), P. Kollydas (ResCap), M. Rosen (ResCap), M. Schoffelen (ResCap), W. Tyson (ResCap), J. Ruckdaschel (ResCap In-House Counsel), K. Chopra (Centerview Partners), R. Kielty (Centerview Partners), T. Goren (Morrison & Foerster), M. Beck (Morrison & Foerster), M. Crespo (Morrison & Foerster), J. Marines (Morrison & Foerster), S. Krouner (Kramer Levin), R. Rudder (Kramer Levin), J. Shifer (Kramer Levin), S. Zide (Kramer Levin), J. Dermont (Moelis & Company), A. Waldman (Moelis & Company), A. Gibler (Moelis & Company), B. Klein (Moelis & Company), L. Parsons (Moelis & Company) and Y. Rozov (Moelis & Company) regarding the FHA sale documents. | 1.20 |

Residential Capital - 11474
page 16

January 24, 2013
Invoice No. 1402235

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/27/12 | M. Howard | Telephone conference with P. Fleming (ResCap), P. Kollydas (ResCap), M. Rosen (ResCap), M. Schoffelen (ResCap), W. Tyson (ResCap), J. Ruckdaschel (ResCap In-House Counsel), K. Chopra (Centerview Partners), R. Kielty (Centerview Partners), T. Goren (Morrison & Foerster), M. Beck (Morrison & Foerster), M. Crespo (Morrison & Foerster), J. Marines (Morrison & Foerster), S. Krouner (Kramer Levin), R. Rudder (Kramer Levin), J. Shifer (Kramer Levin), S. Zide (Kramer Levin), J. Dermont (Moelis & Company), A. Waldman (Moelis & Company), A. Gibler (Moelis & Company), B. Klein (Moelis & Company), L. Parsons (Moelis & Company), Y. Rozov (Moelis & Company) and D. Bent (Orrick Associate) regarding the FHA sale documents and follow-up regarding same. | 1.30 |
| 12/28/12 | D. Bent | Review the comments submitted on the GMACWL 2013-1 FHA Mortgage Loan Purchase and Interim Servicing Agreement and Offering Sheet by the UCC (.8); telephone conference with M. Schoffelen regarding the same (0.1). | 0.90 |
| 12/28/12 | M. Howard | Discussions with ResCap on MLPA. | 0.80 |
| 12/29/12 | D. Beasley | Review and respond to emails from Morrison & Foerster and Kirkland & Ellis regarding certain transactions (1.0); review comments to the mortgage loan purchase agreement regarding the FHA loans (1.0). | 2.00 |
| 12/31/12 | M. Howard | Review issues regarding MLPA. | 0.80 |

Total Hours                    55.10
Total For Services                    $30,590.73

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 5.70 | 650.00 | 3,705.00 | 612.75 | 3,492.68 |
| Dennis M. Bent | 28.90 | 495.00 | 14,305.50 | 451.25 | 13,041.18 |
| Margaret A. Goetz | 0.90 | 265.00 | 238.50 | 242.25 | 218.02 |
| Martin B. Howard | 13.90 | 795.00 | 11,050.50 | 731.50 | 10,167.85 |
| Thomas C. Mitchell | 2.50 | 825.00 | 2,062.50 | 790.00 | 1,975.00 |
| Kara F. Moskowitz | 3.20 | 675.00 | 2,160.00 | 530.00 | 1,696.00 |
| Total All Timekeepers | 55.10 | | $33,522.00 | | $30,590.73 |

**Total For This Matter**                    **$30,590.73**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 125.30 | |
| Total Fees, all Matters | | $70,462.47 |
| Total Disbursements, all Matters | | $0.00 |
| Total Amount Due | | $70,462.47 |