UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                           )ss:
COUNTY OF NEW YORK  )

Denise A. Harris, being duly sworn, affirms, deposes and says: I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein. On March 14, 2013, I caused to be served the *First Interim Application Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period From September 19, 2012 Through December 31, 2012,* by causing true and correct copies to be served via FedEx, an overnight courier upon:

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601

_____
Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
14th day of March, 2013

_____
G. KAREN BROWN
Notary Public, State of New York
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2015