**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, <br><br> Debtors. | Case No. 12-12020 (MG) <br><br> Chapter 11 <br><br> Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

Denise A. Harris, being duly sworn, affirms, deposes and says: I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein. On March 13, 2013, I caused to be served the *First Interim Application Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period From September 19, 2012 Through December 31, 2012,* by causing true and correct copies to be served via FedEx, an overnight courier upon those parties as listed on the attached Service List.

_____
Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
14th day of March, 2013

_/s/ G. Karen Brown_____
G. KAREN BROWN
Notary Public, State of New York
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2015

DOCS_NY:29223.1 73839/001

## Service List

Morrison & Foerster LLP
Attn:   Larren M. Nashelsky
        Gary S. Lee
        Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, New York  10104-0050

Office of the United States Trustee
for the Southern District of New York
Attn:   Tracy Hope Davis
        Linda A. Riffkin
        Brian S. Masumoto
33 Whitehall Street
21st Floor
New York, NY 10004

Official Committee of Unsecured Creditors
c/o Kramer Levin Naftalis & Frankel LLP
Attn:   Kenneth H. Eckstein
        Douglas H. Mannal
1177 Avenue of the Americas,
New York, NY 10036

Ally Financial Inc.
Kirkland & Ellis
Attn:   Richard M. Cieri
        Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   Kenneth S. Ziman
        Jonathan H. Hofer
4 Times Square
New York, New York 10036