

Invoice submitted to:                                                                                                  Fed ID # 11-3489052


Committee of Unsecured Creditors' Committee
.

Invoice Date:      February 20, 2013
062429     062429   Residential Capital, LLC- Counsel to Creditors' Committee
                    File # 062429
Invoice #      91438
             Professional services

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| **Case Administration** |  |  |  |  |  |
| 12/01/12 | BWP | Review email from Yolanda Rucker to SA ResCap Borrower address; draft response to same | | 0.30 | 45.00 |
| 12/03/12 | RJF | Review correspondence from Amy Lewis enclosing email and call log from 11/30/12 | | 0.10 | 55.00 |
| 12/03/12 | RJF | Prepare email correspondence to Brian Powers regarding Borrower Motion to Certify Class Claim | | 0.10 | 55.00 |
| 12/03/12 | RJF | Review correspondence from Brian Powers responding to my email relating to Borrower Motion to Certify Class Claim | | 0.10 | 55.00 |
| 12/03/12 | RJF | Telephone call from unknown caller regarding borrower inquiry | | 0.20 | 105.00 |
| 12/03/12 | BP | Confer with Brian W. Powers regarding pending class action filed against the Debtors; discuss the status of certification of the class action and how the Debtors chapter 11 case may be affected; project possible issues that may arise as to borrowers claims in the class action | | 0.20 | 39.00 |
| 12/03/12 | BWP | Telephone call from John Smith on SA ResCap hotline regarding bankruptcy process | | 0.30 | 45.00 |
| 12/03/12 | BWP | Telephone call from Jeff Rager on SA ResCap hotline regarding bankruptcy process | | 0.20 | 30.00 |
| 12/03/12 | BWP | Telephone call from Edward Morris on SA ResCap | | 0.20 | 30.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91438 | Page | 2 |
|---|---|---|---|---|---|
| | | hotline regarding bankruptcy process | | | |
| 12/03/12 | BWP | Review various emails from Committee counsel re: Rowena Drennen Motion to Certify Class Claim | 0.30 | | 45.00 |
| 12/03/12 | BWP | Confer with Berlinda Pierre-Louis regarding pending class action filed against the Debtors; discuss the status of certification of the class action and how the Debtors chapter 11 case may be affected; project possible issues that may arise as to borrowers claims in the class action | 0.20 | | 30.00 |
| 12/03/12 | BWP | Review filed supplemental affidvait of service of bar date notice | 0.20 | | 30.00 |
| 12/03/12 | BWP | Review motion of Rowena Drennen to certify class claim and memorandum of law regarding same (.9); draft memorandum to Ronald J. Friedman re: same (.5) | 1.40 | | 210.00 |
| 12/04/12 | RJF | Review correspondence from Rachael Ringer regarding Committee call/meeting | 0.10 | | 55.00 |
| 12/04/12 | RJF | Review correspondence from Amy Lewis enclosing email and call log from 12/4/12 | 0.10 | | 55.00 |
| 12/04/12 | BP | Review correspondence from Elisa Coccia regarding e-mail inquiry received regarding regarding bankruptcy process; draft reply | 0.20 | | 39.00 |
| 12/04/12 | BWP | Telephone call from Myrlende Roumain on SA ResCap hotline regarding bankruptcy process | 0.10 | | 15.00 |
| 12/04/12 | BWP | Telephone call from Jay P. Slowey on SA ResCap hotline regarding bankruptcy process | 0.30 | | 45.00 |
| 12/04/12 | BWP | Telephone call from Unknown Caller on SA ResCap hotline regarding bankruptcy process | 0.10 | | 15.00 |
| 12/05/12 | RJF | Review correspondence from Doug Mannal regarding next Committee call | 0.10 | | 55.00 |
| 12/05/12 | BP | Review e-mail log from December 4, 2012; draft e-mail to Maria Konstantopoulos in response to inquiry regarding bankruptcy process | 0.30 | | 58.50 |
| 12/05/12 | BWP | Telephone call from Cindy Juhl on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/05/12 | BWP | Telephone call from Linda Bailey on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/05/12 | BWP | Review objection of Debtors to class certification motion; draft memo to Ronald J. Friedman re: same | 2.70 | | 405.00 |
| 12/05/12 | BWP | Review Epiq call and email logs in connection with ensuring responses have been given to same | 0.40 | | 60.00 |
| 12/06/12 | RJF | Review correspondence from Peter McElvain regarding Morgan Stanley | 0.10 | | 55.00 |
| 12/06/12 | RJF | Review correspondence from Rachael Ringer | 0.10 | | 55.00 |

| 062429 | | Committee Unsecured Creditors | Invoice # 91438 | Page | 3 |
|---|---|---|---|---|---|
| | | regarding Morgan Stanley | | | |
| 12/06/12 | RJF | Review correspondence from Peter McElvain of Allstate regarding Morgan Stanley | 0.10 | | 55.00 |
| 12/06/12 | RJF | Review correspondence from Amy Lewis enclosing Email and Call Log for 12/5/12 | 0.10 | | 55.00 |
| 12/06/12 | RJF | Review correspondence from Stephen Zide regarding Wall Street Journal Article regarding Mortgage-Practice Monitor | 0.10 | | 55.00 |
| 12/06/12 | BP | Review e-mail from Maria Konstanpoulos regarding whether her company has funded the Debtors or if her company has invested with any of the Debtors; reply to e-mail | 0.30 | | 58.50 |
| 12/06/12 | BWP | Telephone call from Keith Caudill on SA ResCap hotline regarding bankruptcy process | 0.10 | | 15.00 |
| 12/06/12 | BWP | Telephone call from Ed Wortman on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/07/12 | RJF | Review correspondence from Amy Lewis enclosing call log from 12/6/12 | 0.10 | | 55.00 |
| 12/07/12 | BP | Confer with Brian Powers regarding borrower issues surrounding Home Equity Line of Credit and its status as of petition date; discuss its effects on borrowers | 0.10 | | 19.50 |
| 12/07/12 | BWP | Telephone call from Joe Ruffino on SA ResCap hotline regarding bankruptcy process | 0.30 | | 45.00 |
| 12/07/12 | BWP | Telephone call from Steven Small on SA ResCap hotline regarding bankruptcy process | 0.30 | | 45.00 |
| 12/07/12 | BWP | Confer with Berlinda Pierre-Louis regarding borrower issues regarding HELOCs | 0.10 | | 15.00 |
| 12/10/12 | RJF | Review correspondence from Tim Conklin enclosing call log from 12/7/12 | 0.10 | | 55.00 |
| 12/10/12 | BWP | Telephone call from Mark Dubois on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/11/12 | RJF | Review correspondence from Brian Powers regarding objection to fees by the United States Trustee | 0.10 | | 55.00 |
| 12/11/12 | RJF | Review correspondence from Amy Lewis enclosing email log for ResCap from 12/10 | 0.10 | | 55.00 |
| 12/11/12 | RJF | Review correspondence from Rachael Ringer enclosing a brief overview of the ways in which we believe special regulatory counsel will be able to assist the Committee | 0.10 | | 55.00 |
| 12/11/12 | BWP | Telephone call from Herbert Daniels on SA ResCap hotline regarding bankruptcy process | 0.30 | | 45.00 |
| 12/11/12 | BWP | Review correspondence from Mike Wilen to SA | 0.20 | | 30.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91438 | Page | 4 |
|---|---|---|---|---|---|
| | | ResCap borrower email address (.1); draft response to same (.1) | | | |
| 12/12/12 | RJF | Review correspondence from Amy Lewis enclosing Email and Call Log from 12/11/12 | 0.10 | | 55.00 |
| 12/12/12 | BWP | Telephone call from Joseph Ruffino on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/12/12 | BWP | Telephone call from Amanda at Kensington Vanguard on SA ResCap hotline regarding bankruptcy process | 0.10 | | 15.00 |
| 12/13/12 | RJF | Review correspondence from Rachael Ringer regarding Committee update | 0.10 | | 55.00 |
| 12/13/12 | RJF | Review correspondence from Amy Lewis enclosing email log from 12/12/12 | 0.10 | | 55.00 |
| 12/13/12 | BWP | Telephone call from Gina Dominique on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/14/12 | BP | Telephone call with Lisa Baker regarding Proof of Claim notice received | 0.20 | | 39.00 |
| 12/17/12 | RJF | Review correspondence from Rachael Ringer update | 0.10 | | 55.00 |
| 12/17/12 | RJF | Conference with Brian Powers regarding pending adversary proceedings | 0.10 | | 55.00 |
| 12/17/12 | RJF | Confer with Brian Powers regarding open adversary proceedings in Debtors' case in connection with resolution of borrower issues in same | 0.10 | | 52.50 |
| 12/17/12 | BP | Confer with Brian Powers regarding e-mails from Nelil Larkin regarding foreclosure in Oregon; discuss status of Debtors' case and adversary proceedings filed by borrowers of the Debtors; discuss possible resolution of borrower issues in related adversary proceedings | 0.30 | | 58.50 |
| 12/17/12 | BWP | Telephone call from Salvador Macias on SA ResCap hotline regarding bankruptcy process | 0.10 | | 15.00 |
| 12/17/12 | BWP | Confer with Berlinda Pierre-Louis regarding e-mails from Neil Larkin regarding foreclosure in Oregon; discuss status of case and adversary proceedings filed by borrowers of the Debtors; discuss possible resolution of borrower issues in related adversary proceedings | 0.30 | | 45.00 |
| 12/17/12 | BWP | Review emails from Neil Larkins to SA ResCap borrower email address (.2); draft response to same (.1) | 0.30 | | 45.00 |
| 12/17/12 | BWP | Review open adversary proceedings in Debtors' case in connection with borrower issues in same | 0.50 | | 75.00 |
| 12/17/12 | BWP | Confer with Ronald J. Friedman re: open adversary proceedings in Debtors' case in connection with resolution of borrower issues in same | 0.10 | | 15.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91438 | Page | 5 |
|---|---|---|---|---|---|
| 12/17/12 | BWP | Review fax from Neil Larkins regarding his mortgage and effect of bankruptcy (.1); telephone call to same in response (.2) | 0.30 | | 45.00 |
| 12/18/12 | RJF | Review correspondence from Amy Lewis enclosing call log from 12/17/12 | 0.10 | | 55.00 |
| 12/18/12 | RJF | Review correspondence from Kenneth Eckstein regarding meetings with AFI | 0.10 | | 55.00 |
| 12/18/12 | BWP | Telephone call from Alex Deroezk on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/18/12 | BWP | Telephone call from Aerris Koplin on SA ResCap hotline regarding bankruptcy process | 0.40 | | 60.00 |
| 12/19/12 | RJF | Prepare email correspondence to Doug Mannal regarding adversary proceedings | 0.10 | | 55.00 |
| 12/19/12 | RJF | Review correspondence from Doug Mannal regarding class claim | 0.10 | | 55.00 |
| 12/19/12 | RJF | Review correspondence from Rachael Ringer regarding meeting | 0.10 | | 55.00 |
| 12/19/12 | RJF | Review correspondence from Rachael Ringer regarding 12/20/13 hearing | 0.10 | | 55.00 |
| 12/19/12 | RJF | Review correspondence from Rachael Ringer regarding agenda for hearing | 0.10 | | 55.00 |
| 12/19/12 | RJF | Review correspondence from Rachael Ringer regarding agenda and preparations for hearing | 0.25 | | 131.25 |
| 12/19/12 | BP | Telephone call with Charles Turner regarding Proof of Claim notice and discuss reasons why he would need to file a claim, if any reasons exist | 0.20 | | 39.00 |
| 12/19/12 | BP | Update call log chart | 0.20 | | 39.00 |
| 12/19/12 | BWP | Telephone call from David Caine on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/20/12 | RJF | Review correspondence from Elise Frejka enclosing stay relief, foreclosures spreadsheet and case calendar | 0.10 | | 55.00 |
| 12/20/12 | RJF | Prepare email correspondence to Rachael Ringer regarding hearing | 0.10 | | 55.00 |
| 12/20/12 | RJF | Review correspondence from Amy Lewis enclosing email and call log for 12/19/12 | 0.10 | | 55.00 |
| 12/20/12 | RJF | Review correspondence from Justin S. Krell regarding hearing | 0.10 | | 55.00 |
| 12/20/12 | RJF | Review correspondence from Rachael Ringer regarding analysis of borrower claims | 0.10 | | 55.00 |
| 12/20/12 | RJF | Review correspondence from Brian Powers regarding analysis of borrower claims | 0.10 | | 55.00 |
| 12/20/12 | RJF | Review correspondence from Rachael Ringer | 0.10 | | 55.00 |

| 062429 | | Committee Unsecured Creditors | Invoice # 91438 | Page | 6 |
|---|---|---|---|---|---|
| | | regarding analysis of borrower claims | | | |
| 12/20/12 | RJF | Review correspondence from Rachael Ringer regarding update on various relief from stay matters | 0.10 | | 55.00 |
| 12/20/12 | JSK | Prepare for and attend hearings in connection with motions regarding exclusive periods to file a plan, appointment of a plan mediator, various lift stay motions and several pretrial conferences; confer with Ronald J. Friedman regarding same | 8.00 | | 2,480.00 |
| 12/20/12 | BWP | Telephone call from Edward Yule on SA ResCap hotline regarding bankruptcy process | 0.10 | | 15.00 |
| 12/20/12 | BWP | Telephone call from Shandra Sanfilipo on SA ResCap hotline regarding bankruptcy process | 0.10 | | 15.00 |
| 12/20/12 | BWP | Telephone call from Harold Walter on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/20/12 | BWP | Review complaint and Debtors' motion to dismiss in Van Wagner v. Residential Funding Company, LLC, et al. (Adv. Proc. No. 12-01913 (MG)) in connection with pretrial conference; draft memorandum to Justin S. Krell re: same | 0.50 | | 75.00 |
| 12/20/12 | BWP | Review complaint, Debtors' motion to dismiss, and plaintiff's response in Williams v. GMAC Mortgage, LLC, et al. (Adv. Proc. No. 12-01896 (MG)) in connection with hearing on motion to dismiss; draft memo to Justin S. Krell re: same | 0.70 | | 105.00 |
| 12/20/12 | BWP | Review Balensiefer, Raja, and Donaghy motions for relief from the automatic stay in connection with hearings on same; draft memorandum to Justin S. Krell re: same | 0.60 | | 90.00 |
| 12/20/12 | BWP | Confer with Justin S. Krell re: 12/20 hearing on lift stay motions and motions to dismiss and relevant issues in same | 0.20 | | 30.00 |
| 12/20/12 | BWP | Confer with Justin S. Krell re: open adversary proceedings brought by borrowers and strategies for resolving same | 0.60 | | 90.00 |
| 12/20/12 | BWP | Confer with Sara Greenberg re: review of adversary proceedings brought by borrowers in connection with resolution of same | 0.10 | | 15.00 |
| 12/21/12 | RJF | Review correspondence from Amy Lewis regarding email and call log from 12/20/12 | 0.10 | | 55.00 |
| 12/21/12 | RJF | Review correspondence from Hugo Suarez regarding 12/21/2012 call log | 0.10 | | 52.50 |
| 12/21/12 | JSK | Prepare for and attend conference call with Ronald J. Friedman, Elise Frejka and Doug Mannal; confer with Ronald J. Friedman regarding case strategy going forward | 0.50 | | 155.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91438 | Page | 7 |
|---|---|---|---|---|---|
| 12/21/12 | JSK | Review docket and related adversary proceeding relating to Borrower actions [.4]; confer with Brian Powers regarding preparation of litigation chart and updating status of same [.2] | 0.60 | | 186.00 |
| 12/21/12 | BWP | Review docket and related adversary proceeding relating to Borrower actions [1.1]; confer with Justin S. Krell regarding preparation of litigation chart and updating status of same [.2] | 1.30 | | 195.00 |
| 12/26/12 | RJF | Review correspondence from Stephen Zide enclosing Committee update | 0.10 | | 55.00 |
| 12/26/12 | JSK | Confer with Brian Powers re: strategy for handling borrower adversary proceedings, analysis of borrower claims, and lift stay motions filed by borrowers | 0.30 | | 93.00 |
| 12/26/12 | JSK | Confer with Ronald J. Friedman and Brian Powers re: strategy for handling borrower adversary proceedings, analysis of borrower claims, and lift stay motions filed by borrowers | 0.20 | | 62.00 |
| 12/26/12 | BP | Review e-mail from Rachel Ringer of Kramer Levin regarding status of case | 0.50 | | 97.50 |
| 12/26/12 | BP | Confer with Brian Powers regarding status of case; discuss upcoming schedule in case as to Creditors Committee's roles in Debtors' claims analysis and adversary proceedings filed against Debtors; discuss borrower inquiry regarding issues concerning payment on insurance claim and re-issuance of check wit correct names of payee | 0.50 | | 97.50 |
| 12/26/12 | BWP | Telephone call from Jason Smith on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/26/12 | BWP | Telephone call from Joel Burnbaum on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/26/12 | BWP | Confer with Berlinda Pierre-Louis regarding status of case; discuss upcoming schedule in case as to Creditors Committee's roles in Debtors' claims analysis and adversary proceedings filed against Debtors; discuss borrower inquiry regarding issues concerning payment on insurance claim and re-issuance of check with correct names of payee | 0.50 | | 75.00 |
| 12/26/12 | BWP | Confer with Justin S. Krell re: strategy for handling borrower adversary proceedings, analysis of borrower claims, and lift stay motions filed by borrowers | 0.30 | | 45.00 |
| 12/26/12 | BWP | Confer with Ronald J. Friedman and Justin S. Krell re: strategy for handling borrower adversary proceedings, analysis of borrower claims, and lift stay motions filed by borrowers | 0.20 | | 30.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91438 | Page | 8 |
|---|---|---|---|---|---|
| 12/27/12 | RJF | Review correspondence from Walter Curchack regarding escrow | 0.10 | | 55.00 |
| 12/27/12 | RJF | Review correspondence from Stephen Zide regarding escrow | 0.10 | | 55.00 |
| 12/27/12 | RJF | Review correspondence from Kimberly Murray enclosing 12/27/13 call log | 0.10 | | 55.00 |
| 12/27/12 | BP | Confer with Brian Powers regarding litigation chart preparation; discuss status of same; review chart with details of lift stay motions filed and follow up required for same | 0.20 | | 39.00 |
| 12/27/12 | BP | Review e-mail log from 12/26 | 0.10 | | 19.50 |
| 12/27/12 | BWP | Telephone call from Michael Kalbfleisch on SA ResCap hotline regarding bankruptcy process | 0.20 | | 30.00 |
| 12/27/12 | BWP | Confer with Berlinda Pierre-Louis regarding litigation chart preparation; discuss status of same; review chart with details of lift stay motions filed and follow up required for same | 0.20 | | 30.00 |
| 12/28/12 | RJF | Review correspondence from Rachael Ringer enclosing daily update | 0.10 | | 55.00 |
| 12/28/12 | BP | Telephone call with David Daniels regarding letter received regarding refinancing his GMAC mortgage; draft e-mail to Brian Powers regarding same | 0.20 | | 39.00 |
| 12/28/12 | BP | Telephone call with David Daniels regarding clarification to inquiry concerning possible refinancing of mortgage; update admin chart | 0.20 | | 39.00 |
| | | **Subtotal** **Case Administration** | 36.05 | | $9,033.75 |
| **Claims Admin/Ob** | | | | | |
| 12/04/12 | RJF | Telephone call with Elise Frejka from Kramer Levin regarding borrower concerns and Class Proof of Claim | 0.20 | | 105.00 |
| 12/21/12 | JSK | Confer with Brian Powers re: analysis of borrower claims and strategy for accomplishing same | 0.40 | | 124.00 |
| 12/21/12 | BWP | Confer with Justin S. Krell re: analysis of borrower claims and strategy for accomplishing same | 0.40 | | 60.00 |
| | | **Subtotal** **Claims Admin/Ob** | 1.00 | | $289.00 |
| **Fee Objections** | | | | | |
| 12/11/12 | BWP | Review omnibus objection of United States Trustee to applications for professional compensation | 1.10 | | 165.00 |
| | | **Subtotal** **Fee Objections** | 1.10 | | $165.00 |
| **Litigation** | | | | | |
| 12/04/12 | RJF | Telephone call with Norm Rosenbaum regarding | 0.20 | | 105.00 |

| 062429 | | Committee Unsecured Creditors | Invoice # 91438 | Page | 9 |
|---|---|---|---|---|---|
| | | borrower adversary proceedings | | | |
| 12/04/12 | RJF | Review correspondence from Rachael Ringer regarding Debtors' Opposition To Motion To Apply Bankruptcy Rule 7023 And To Certify Class Claims | 0.10 | | 52.50 |
| 12/04/12 | RJF | Review correspondence from Rachael Ringer regarding updates on Next Committee Call, Motion to Appoint a Mediator, RMBS Scheduling Order, Executive Compensation Update and Notice of Presentment re: Extension of Time to Assume/Reject | 0.10 | | 52.50 |
| 12/04/12 | RJF | Review correspondence from Rachael Ringer enclosing Debtors response to the class cert motion | 0.70 | | 367.50 |
| 12/05/12 | RJF | Review pending adversary proceedings in anticipation of committee call | 0.50 | | 262.50 |
| 12/05/12 | RJF | Review correspondence from Rachael Ringer regarding committee call | 0.10 | | 52.50 |
| 12/05/12 | RJF | Conference with Brian Powers regarding class claim motion and borrower issues | 0.20 | | 105.00 |
| 12/06/12 | RJF | Review correspondence from Rachael Ringer regarding updates on Revised Mediation Motion, AFI DIP/Cash Collateral Stipulation, Residential Funding of Canada De Minimis Asset Sale and Morgan Stanley Bar Date Extension | 0.10 | | 52.50 |
| 12/07/12 | RJF | Review correspondence from Rachael Ringer regarding updates on Executive Compensation Statement, Motion to Appoint a Mediator and Motion to Extend Exclusivity, Article re: Ocwen | 0.10 | | 52.50 |
| 12/10/12 | RJF | Review correspondence from Rachael Ringer regarding Special Regulatory Counsel Interviews | 0.10 | | 52.50 |
| 12/11/12 | RJF | Review correspondence from Rachael Ringer regarding updates on Next Committee Call, Letter from AFI and Committee Statement re: Executive Compensation | 0.10 | | 52.50 |
| 12/11/12 | RJF | Review correspondence from Rachael Ringer regarding updates on Revised Executive Compensation Pleading and Preliminary Claims Presentation, U.S. Trustee Objection to Professionals' Fees. | 0.10 | | 52.50 |
| 12/14/12 | RJF | Review correspondence from Rachael Ringer regarding updates on Revised Statement re: Exclusivity/Mediator, Letter to Kathy Patrick, Objections/Responses to Exclusivity and Mediator Motions and Article re: AFI Response Letter | 0.10 | | 52.50 |
| 12/17/12 | RJF | Review correspondence from Stephen Zide regarding Debtor and its Advisors' analysis of FNMA and FHLMC cure claims for ResCap | 0.10 | | 52.50 |

| 062429 | Committee Unsecured Creditors | | Invoice # 91438 | Page | 10 |
|---|---|---|---|---|---|
| 12/19/12 | RJF | Review correspondence from Rachael Ringer regarding Committee Call and Meeting, Debtors' GSE Cure Claims Analysis, Debtors' Wind-Down Presentation, Debtors' Reply to Executive Compensation Objections/Statements, RMBS Scheduling Order, Replies to Mediator/Exclusivity Motion, Debtors' Reply to RMBS Trustee Rejection Procedures Objections and Meeting Minutes | 0.10 | | 55.00 |
| 12/19/12 | RJF | Conference with Justin S. Krell regarding preparation for and attendance at hearings | 0.25 | | 131.25 |
| 12/19/12 | RJF | Telephone call from Doug Mannal of Kramer Levin regarding hearings | 0.10 | | 52.50 |
| 12/20/12 | JSK | Confer with Brian Powers regarding open adversary proceedings brought by borrowers in connection with resolving same; review documents in connection with same; | 0.60 | | 186.00 |
| 12/20/12 | SG | Review open adversary proceedings brought by borrowers, and pleadings therein, in connection with resolution of same | 1.00 | | 150.00 |
| 12/20/12 | SG | Confer with Brian Powers regarding review of adversary proceedings brought by borrowers in connection with resolution of same | 0.10 | | 15.00 |
| 12/20/12 | BWP | Review open adversary proceedings brought by borrowers, and pleadings therein, in connection with resolution of same | 3.10 | | 465.00 |
| 12/22/12 | RJF | Review correspondence from Rachael Ringer regarding Cancelled - Next Week's Committee Call, Hearing Update, Plan Framework Discussion Materials, Plan Framework Discussion Materials, AFI Debt Repayment, Revised RMBS Allocation Formula, Allstate Letter re: Ally Securities, October Operating Report, Mass Mutual Discovery Motion and Meeting Minutes. | 0.10 | | 52.50 |
| 12/24/12 | RJF | Review correspondence from Stephen Zide regarding ResCap - Committee Update on FHA Loan Sale Motion and Ally Motion to Enforce the Automatic Stay. | 0.10 | | 52.50 |
| 12/26/12 | RJF | Review correspondence from Stephen Zide regarding committee update on FHA Loan Sale Motion, AIP Motion, AFI Escrow Agreement and November Monthly Operating Report | 0.10 | | 52.50 |
| 12/26/12 | RJF | Review correspondence from Kimberly Murray enclosing 12/26 ResCap Email log. | 0.10 | | 52.50 |
| 12/26/12 | BWP | Review adversary proceedings filed by borrowers in connection with resolution of same | 2.40 | | 360.00 |
| 12/27/12 | BWP | Review adversary proceedings filed by borrowers in | 5.80 | | 870.00 |

| 062429 | | Committee Unsecured Creditors | Invoice # 91438 | Page | 11 |
|---|---|---|---|---|---|
| | | connection with resolution of same | | | |
| 12/28/12 | BWP | Review adversary proceedings filed by borrowers in connection with resolution of same (3.6); draft e-mail to Justin S. Krell regarding same (.1) | 3.70 | | 555.00 |
| | **Subtotal** | **Litigation** | 20.15 | | $4,414.75 |
| | | For professional services rendered | 58.30 | | $13,902.50 |

Atty/Para Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Friedman, Ronald J | 0.00 | 0.00 | $0.00 |
| Friedman, Ronald J | 4.20 | 525.00 | $2,205.00 |
| Friedman, Ronald J | 4.30 | 550.00 | $2,365.00 |
| Greenberg, Sara | 1.10 | 150.00 | $165.00 |
| Krell, Justin | 10.60 | 310.00 | $3,286.00 |
| Pierre- Louis, Berlinda | 3.70 | 195.00 | $721.50 |
| Powers, Brian W. | 34.40 | 150.00 | $5,160.00 |
| | 58.30 | | $13,902.50 |

Disbursements

| | 12/31/2012 | Pacer charges | | 86.70 |
|---|---|---|---|---|
| | 12/31/2012 | Pacer charges | | 4.80 |
| | 12/31/2012 | Pacer charges | | 15.00 |
| | | | TOTAL | $106.50 |

Disbursement Summary

| 001 | Pacer charges | $106.50 |
|---|---|---|
| | | $106.50 |

| Previous Balance | | $45,645.32 |
|---|---|---|
| Balance due | | $59,654.32 |