|  | Hearing Date: | April 11, 2013 at 10:00 a.m. (ET) |
|--|--|--|
|  | Objection Deadline: | March 25, 2013 at 4:00 p.m. (ET) |

SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Justin S. Krell

*Special Counsel for the*
*Official Committee of Unsecured Creditors*
*of Residential Capital, LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| In re: | Chapter 11 |
|--|--|
|  | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC a/k/a |  |
| RESIDENTIAL CAPITAL CORPORATION, et al. | (Jointly Administered) |
| Debtors. |  |

-----------------------------------------------------------------x

**FIRST INTERIM APPLICATION OF SILVERMANACAMPORA LLP, SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 25, 2012 THROUGH DECEMBER 31, 2012**

**CATEGORY CHART**

|   | CATEGORY | TOTAL HOURS | AMOUNT CHARGED | AVERAGE HOURLY RATE |
|---|---|---|---|---|
| 1 | Asset Sale | 30.50 | $8,246.50 | $270.38 |
| 2 | Case Administration | 181.45 | $39,849.25 | $219.62 |
| 3 | Claims Administration | 20.70 | $4,466.50 | $215.77 |
| 4 | Fee Objections | 1.10 | $165.00 | $150.00 |
| 5 | Litigation | 21.15 | $4,939.75 | $233.56 |
| 6 | Retention Orders | 4.70 | $1,858.00 | $395.32 |
|   |   |   |   |   |
|   | **Totals:** | **259.6** | **$59,525.00** |   |
|   | **Blended Hourly Rate:** |   |   | **$229.30** |

BPOWERS/1276995.1/062429