UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC | Case No. 12-12020-mg |
| Debtor | |

## NOTICE OF MOTION BY GARY CORTS TO VACATE STAY

PLEASE TAKE NOTICE that GARY CORTS, the owner of certain property that is the subject of a pending quite title action in the Supreme Court of the State of New York for the County of Orange, Index No. 2012-008004 ("Corts"), by his attorney, Joseph M. Saffioti, Esq. will move this Court, before the Hon. Martin Glenn, U.S. Bankruptcy Judge, on April 3, 2013 at 10:30, a.m. or as soon thereafter as counsel may be heard, at U.S. Bankruptcy Court, , One Bowling Green, New York, New York 10004, for an order to vacate the automatic stay, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, with respect to Debtor GMAC Mortgage, LLC's interest in the property identified on a Tax Map of the Town of Woodbury as Section 228, Block, 2, Lot 3, and as more particularly described in the attached motion.

Dated: March 12, 2013
      Newburgh, New York

                            Joseph M. Saffioti, Esq.
                            Attorney for Gary Corts
                            5031 Route 9W
                            Newburgh, New York 12550
                            (845) 562-3500

TO:    Clerk, U.S. Bankruptcy Court

SAFFIOTI & ANDERSON
5031 Route 9W
Newburgh, New York 12550
Telephone:       845.562.3500
Facsimile:       845.565.3117
Joseph M. Saffioti, Esq.
*Counsel for Movant Garry Corts*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| | Chapter II |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | |
| Debtors. | |

## MOTION FOR RELIEF FROM THE EFFECT OF SECTION 362 OF THE BANKRUPTCY CODE AUTHORIZING THE MOVANT TO SERVE GMAC MORTGAGE, LLC, IN AN ACTION TO QUIET TITLE TO A PARCEL OF REAL PROPERTY PREVIOUSLY ENCUMBERED BY A MORTGAGE HELD BY THE DEBTOR, BUT NOW FORECLOSED.

GARY CORTS, (hereinafter "Corts") hereby moves (the "Motion") for entry of an Order granting him relief from the automatic stay imposed by Section 362 of title 11 of the United States Code (the "Bankruptcy Code") authorizing him to effect service upon GMAC Mortgage, LLC (hereinafter "GMAC"), and obtain jurisdiction over GMAC in a certain Quiet Title action pending in the Supreme Court of the State of New York, County of Orange, Index No. Index No. 2012-008004. In support of the Motion the Movant relies upon , and incorporates by reference, his affidavit. In further support of the Motion, Corts, by and through his undersigned counsel, respectfully represents:

### JURISDICTION

1.      This court has jurisdiction to consider this motion under 28 U.S.C. §§ 157. Venue of this motion in this district is proper under 28 U.S.C. §1409. The statutory predicates for the relief requested herein are Bankruptcy Code Sections 105 and 1109(b). Relief is warranted under Bankruptcy Code § 362 (d)(2).

### BACKGROUND

2.      Corts is the owner of certain property that is the subject of a quite title action currently pending in the Supreme Court of the State of New York, County of Orange, Index No. 2012-008004. The property

owned by Mr. Corts was at one time encumbered by a mortgage held by one of the Debtors (GMAC Mortgage, LLC (hereinafter "GMAC")). The mortgage in question was foreclosed pursuant to an *In Rem* foreclosure prior to the Debtors' filing herein. Despite the foreclosure of the GMAC mortgage, Corts has been unable to obtain a policy of fee title insurance covering his property. Accordingly, he sought to enhance the quality of his title through the use of the previously referenced quiet title action. It was only after filing the action, and upon preparing to serve GMAC that Corts became aware of this action.

RELIEF REQUESTED

3.      By this motion Corts seeks relief from the effects of section 362 of the Bankruptcy Code, and leave to acquire jurisdiction over GMAC in the action pending in the Supreme Court of the State of New York .

MEMORANDUM OF LAW

4.      GMAC Mortgage, LLC (the "Debtor") is the owner and holder of a certain mortgage that, at one time, encumbered a parcel of real property commonly referred to as 15 Dogwood Drive, Central Valley, New York 10917 and more particularly identified on a Tax Map of the Village Of Woodbury as Section 228, Block 2, Lot 3 (the "Property").

5.      The said mortgage was executed by Saul Tcherikover and Gabriella Kave, in favor of Mortgage Electronic Registration Systems, Inc. as Nominee for GMAC Mortgage Corporation to secure a promissory note (the "Mortgage.")

6.      The Mortgage was thereafter assigned by MERS to the GMAC, by an assignment recorded in the Office of the Clerk of the County of Orange in Liber 12941 of Mortgages at Page 1826, et seq. on December 17, 2009. Copies of the Mortgage and the assignment are annexed hereto as Exhibit "A"

7.      In 2009, the County of Orange commenced an action in the Supreme Court of the State of New York, bearing Index Number 2009-12158, seeking to foreclose tax liens upon parcels of real property identified therein pursuant to Article 11 of the Real Property Tax Law of the State of New York. The Property was among those identified in the County's complaint.

8.      On June 28, 2011, well prior to the filing of the GMAC's petition, the Honorable Catherine M. Bartlett, A.S.C.J. signed a Judgment granting to the Enforcement Officer of Orange County the power to

execute a deed to the County of Orange, and to convey to the County full and complete title to all of the

parcels of real property that were the subject of the action, except those that were specifically excepted

by the Judgment. The Property was not excepted by the Judgment. A copy of the June 28, 2011

judgment is annexed hereto as Exhibit "B"

9.      On or about July 6, 2011 Joel Kleinman, Commissioner of Finance of the Orange County Finance

Department, pursuant to the June 28, 2011 Judgment of Foreclosure in Rem, executed a deed conveying

the Property to the County of Orange. A copy of the July 6, 20111 Deed is annexed hereto as Exhibit "C."

10.      On or about September 22, 2011 the County of Orange, then the owner of the Property by

virtue of the July 6, 2011 Deed conveyed the Property to the Movant, Garry Corts. A copy of the

September 22, 2011 Deed is annexed as Exhibit "D".

11.      As is set forth in the annexed affidavit of Garry Corts, because of the lack of a formal discharge

of the Debtor's mortgage, he was unable to obtain a policy of fee title insurance. In order to upgrade the

quality of his title Corts commenced a quite title action in the Supreme Court of the State of New York,

County of Orange, bearing Index No. 2012-008004. It was only upon making inquiry incident to service

of the Summons and Complaint in that action that Corts became aware of GMAC's bankruptcy, and his

inability to obtain jurisdiction over the debtor as a result of the effects of 11 U.S.C §362, and the

Automatic Stay.  This Motion followed.

12.      It is self-evident that Corts is entitled to relief from the effects of 11 U.S.C §362 (a) in that the

property of the Debtor at issue, the Mortgage, was foreclosed in its entirety prior to the filing of the

Petition herein. The In Rem foreclosure action of Orange County cut off any theoretical interest of the

Debtor in the Property prior to the petition date herein.

13.      As a result of the foreclosure, the property of the Debtor as issue, the Mortgage, no longer has

any value. Accordingly, it cannot be said to be necessary for an "effective reorganization."  Since the

property of the Debtor at issue in the Orange County action is not necessary for an effective

reorganization, the Movant is entitled to relief from the effect of 11 U.S.C. §362 (a)

WHEREFORE, Corts respectfully requests an order directing that the automatic stay herein be modified

and vacated so as to permit Corts to acquire jurisdiction over GMAC Mortgage, LLC, to continue with

prosecution of his Quite Title action, and for such other and further relief as the Court may deem just

and proper.


Dated:    March 12, 2013
          Newburgh, New York


                                                    Joseph M. Saffioti, Esq.
                                                    Attorney for Gary Corts
                                                    5031 Route 9W
                                                    Newburgh, New York 12550
                                                    (845) 562-3500

TO:       Clerk, U.S. Bankruptcy Court

          Parties on the Monthly Service List promulgated on March 1, 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chapter 11

In Re
GMAC MORTGAGE, LLC,

Case No.
12-12032-mg

Debtor

AFFIDAVIT OF MOVANT

STATE OF NEW YORK     )
COUNTY OF ORANGE      ) SS:

Garry Corts,("Corts"), being duly sworn, deposes and says:

1. GMAC Mortgage, LLC (the "Debtor") is the owner and holder of a certain mortgage that encumbered a parcel of real property commonly referred to as 15 Dogwood Drive, Central Valley, New York 10917 and more particularly identified on a Tax Map of the Village Of Woodbury as Section 228, Block 2, Lot 3 (the "Property").

2. The said mortgage was executed by Saul Tcherikover and Gabriella Kave, in favor of Mortgage Electronic Registration Systems, Inc. as Nominee for GMAC Mortgage Corporation securing a promissory note in an original principal amount of $270,000, and was recorded in the Office of the Clerk of the County of Orange in Liber 10053 of Mortgages at page 206, et seq. on December 20, 2002 (the "Mortgage.")

3. The Mortgage was thereafter assigned by MERS to the Debtor, by an assignment recorded in the Office of the Clerk of the County of Orange in Liber 12941 of Mortgages at Page 1826, et seq. on December 17, 2009.

4. In 2009, the County of Orange commenced an action in the Supreme Court of the State of New York, bearing Index Number 2009-12158, seeking to foreclose tax liens upon parcels of real property identified therein pursuant to Article 11 of the Real Property Tax Law of the State of New York. The Property was among those identified in the County's complaint.

5.  On June 28, 2011, well prior to the filing of the Debtors petition, the Honorable Catherine M. Bartlett, A.S.C.J. signed a Judgment granting to the Enforcement Officer of Orange County the power to execute a deed to the County of Orange, and to convey to the County full and complete title to all of the parcels of real property that were the subject of the action, except those that were specifically excepted by the Judgment.

6.  The Property was not excepted by the Judgment.

7.  On or about July 6, 2011 Joel Kleinman, Commissioner of Finance of the Orange County Finance Department, pursuant to the June 28, 2011 Judgment of Foreclosure in Rem, executed a deed conveying the Property to the County of Orange.

8.  On or about September 22, 2011 the County of Orange, then the owner of the Property by virtue of the July 6, 2011 Deed conveyed the Property to Garry Corts.

9.  Thereafter I attempted to convey insurable title only to discover that, as a result of the in rem foreclosure and the prior mortgages, title companies licensed to do business in the State of New York were unwilling to issue a policy of title insurance.

10. On my behalf, counsel filed a Summons and Verified Complaint in the office of the Clerk of the County of Orange on September 17, 2012.

11. Promptly upon filing the Summons and Verified Complaint, a process server was instructed to effect service upon all of the parties defendant.

12. It was only upon making inquiry incident to the completion of service, that I became aware of the Debtor's bankruptcy filing and the protection afforded to it pursuant to Section 362

Dated: Newburgh, New York
       March 4, 2013

X _____

GARRY CORTS

Signed and Sworn to before me
this 4th day of March, 2013

Notary Public

LEROY K. DAVIS JR.
Notary Public, State of New York
No. 01DA6...561
Qualified in Sullivan County
Commission Expires Oct. 20, 2015

# Exhibit A

O*J-15996

## ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
### THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

.ACK INK:
? PARTY(S) TO DOCUMENT

S HAUL TCHERIKOVER &
GABRIELLA KAVE

TO

GMAC MORTGAGE
CORPORATION

THIS IS PAGE ONE OF THE RECORDING

SECTION 3A BLOCK 1 LOT 3

RECORD AND RETURN TO:
(name and address)

GMAC MORTGAGE CORP.
100 WITMER ROAD
HORSHAM, PA  19084-0963
ATTN: CAPITAL MARKET

**ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY**

### DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE: DEED___ MORTGAGE _X_ SATISFACTION___ ASSIGNMENT___ OTHER___

## PROPERTY LOCATION

| | | |
|---|---|---|
| ___2089 BLOOMING GROVE (TN) | ___4289 MONTGOMERY (TN) | NO PAGES 23 CROSS REF.___ |
| ___2001 WASHINGTONVILLE (VLG) | ___4201 MAYBROOK (VLG) | CERT.COPY___ ADD'L X-REF.___ |
| ___2289 CHESTER (TN) | ___4203 MONTGOMERY (VLG) | MAP#___ PGS.___ |
| ___2201 CHESTER (VLG) | ___4205 WALDEN (VLG) | |
| ___2489 CORNWALL (TN) | ___4489 MOUNT HOPE (TN) | PAYMENT TYPE: CHECK ✓ |
| ___2401 CORNWALL (VLG) | ___4401 OTISVILLE (VLG) | CASH___ |
| ___2600 CRAWFORD (TN) | ___4600 NEWBURGH (TN) | CHARGE___ |
| ___2800 DEERPARK (TN) | ___4800 NEW WINDSOR (TN) | NO FEE___ |
| ___3089 GOSHEN (TN) | ___5089 TUXEDO (TN) | Taxable |
| ___3001 GOSHEN (VLG) | ___5001 TUXEDO PARK (VLG) | CONSIDERATION $___ |
| ___3003 FLORIDA (VLG) | ___5200 WALLKILL (TN) | TAX EXEMPT___ |
| ___3005 CHESTER (VLG) | ___5489 WARWICK (TN) | Taxable |
| ___3200 GREENVILLE (TN) | ___5401 FLORIDA (VLG) | MORTGAGE AMT. $ 270000 ⁰⁰ |
| ___3489 HAMPTONBURGH (TN) | ___5403 GREENWOOD LAKE (VLG) | DATE 10-17-2002 |
| ___3401 MAYBROOK (VLG) | ___5405 WARWICK (VLG) | |
| ___3689 HIGHLANDS (TN) | ___5600 WAWAYANDA (TN) | MORTGAGE TAX TYPE: |
| ___3601 HIGHLAND FALLS (VLG) | _X_5889 WOODBURY (TN) | ___ (A) COMMERCIAL/FULL 1% |
| ___3889 MINISINK (TN) | ___5801 HARRIMAN (VLG) | _X_ (B) 1 OR 2 FAMILY |
| ___3801 UNIONVILLE (VLG) | | ___ (C) UNDER $10,000 |
| ___4089 MONROE (TN) | **CITIES** | ___ (E) EXEMPT |
| ___4001 MONROE (VLG) | ___0900 MIDDLETOWN | ___ (F) 3 TO 6 UNITS |
| ___4003 HARRIMAN (VLG) | ___1100 NEWBURGH | ___ (I) NAT.PERSON/CR. UNION |
| ___4005 KIRYAS JOEL (VLG) | ___1300 PORT JERVIS | ___ (J) NAT.PER-CR.UN/1 OR 2 |
| | | ___ (K) CONDO |
| | ___9999 HOLD | |

*Donna L. Benson*

**DONNA L. BENSON**
ORANGE COUNTY CLERK

RECEIVED FROM: JADE Abstract

LIBER . OPC 206

ORANGE COUNTY CLERKS OFFICE  82833 MRL
RECORDED/FILED 12/20/2002 11:44:35 AM
FEES    74.00 EDUCATION FUND    20.00
SERIAL NUMBER  CT017033
          695.00 SPEC   675.00
BAS  1350.00 MTA             
MTG CNTL NO  42748      MTAX   2675.00

After Recording Return To:

GMAC Mortgage Corp..
100 Witmer Road
Horsham, PA 19044-0963
ATTN:  Capital Markets

——————————— [Space Above This Line For Recording Data] ———————

Loan No. 533556502
MIN 1000375-0533556502-7

# MORTGAGE

## WORDS USED OFTEN IN THIS DOCUMENT

(A)    "Security Instrument." This document, which is dated      October 17
2002        , together with all Riders to this document, will be called the "Security Instrument."
(B)    "Borrower."
Shaul Tcherikover and Gabriella Kave

whose address is
15  Dogwood Drive, Central Valley, NY 10917
sometimes will be called "Borrower" and sometimes simply "I" or "me."

(C)    "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate
corporation that is acting solely as a nominee for Lender and Lender's successors and assigns.
MERS is organized and existing under the laws of Delaware, and has an address and telephone
number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS. FOR PURPOSES OF
RECORDING THIS MORTGAGE, MERS IS THE MORTGAGEE OF RECORD.

 This property is or will be principally improved by a one or
 two-family house or dwelling only.
NEW YORK -- Single Family -- Fannie Mae/Freddie Mac
UNIFORM INSTRUMENT Form 3033  1/01

*(Page 1 of 21)*  15B376579    Initials: _____    346
GMACM - CMS.0027.NY (0001)

LIBER  . OPG **207**

(D)    "Lender."
GMAC Mortgage Corporation
will be called "Lender." Lender is a corporation or association which exists under the laws of
Pennsylvania                                      . Lender's address is
100 Witmer Road, P.O. Box 963, Horsham, PA  19044

(E)    "Note." The note signed by Borrower and dated    October 17
2002        , will be called the "Note." The Note shows that I owe Lender
Two Hundred Seventy Thousand and 00/100

Dollars (U.S. $   270,000.00      ) plus interest and other amounts that may be
payable. I have promised to pay this debt in Periodic Payments and to pay the debt in full by
November 1st                 ,  2032        .
(F)    "Property"   The property that is described below in the section title "Description of
the Property," will be called the "Property."
(G)    "Loan."  The "Loan" means the debt evidenced by the Note, plus interest, any
prepayment charges and late charges due under the Note, and all sums due under this Security
Instrument, plus interest.
(H)    "Sums Secured."  The amounts described below in the section titled "Borrower's
Transfer to Lender of Rights in the Property" sometimes will be called "Sums Secured."
(I)    "Riders."  All Riders attached to this Security Instrument that are signed by Borrower
will be called "Riders."  The following riders are to be signed by Borrower [check box as
applicable]:

| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Biweekly Payment Rider | ☐ 1-4 Family Rider |
| ☐ Other(s) [specify] | ☐ Planned Unit Development Rider | |

(J)    "Applicable Law."  All controlling applicable federal, state and local statutes,
regulations, ordinances and administrative rules and orders (that have the effect of law) as well
as all applicable final, non-appealable judicial opinions will be called "Applicable Law."
(K)    "Community Association Dues, Fees, and Assessments." All dues, fees, assessments
and other charges that are imposed on Borrower or the Property by a condominium association,
homeowners association or similar organization will be called "Community Association Dues,
Fees, and Assessments."
(L)    "Electronic Funds Transfer."  "Electronic Funds Transfer" means any transfer of
money, other than by check, draft, or similar paper instrument, which is initiated through an
electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct,
or authorize a financial institution to debit or credit an account.  Some common examples of an
Electronic Funds Transfer are point-of-sale transfers (where a card such as an asset or debit card
is used at a merchant), automated teller machine (or ATM) transactions, transfers initiated by
telephone, wire transfers, and automated clearinghouse transfers.
(M)    "Escrow Items."  Those items that are described in Section 3 will be called "Escrow
Items."

NEW YORK -- Single Family -- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT  Form 3033  1/01
GMACM - CMS.0027.NY (0001) (Page 2 of 21)                    Initials:

OPC 208

Jade Abstract Company, Inc.                    **TITLE NO:02J-15590**

As Agent for

## Lawyers Title Insurance Corporation

### SCHEDULE A (description of premises)

ALL that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being at Central Valley, Town of Woodbury, County of Orange and State of New York, known and designated as Lot No. 88 as shown on a certain map entitled, "Map of the North Subdivision of Oak Clove belonging to Central Valley Land Improvement Company, Central Valley, Orange County, New York", made by Fred J. Knight, C.E., dated June 1901 and filed in the Office of the Orange County Clerk on July 5, 1901 in the Town of Woodbury, Map Book No. 1 at pages 34-35, and as **Filed Map No. 929**, said lot being more particularly bounded and described as follows:

BEGINNING at the point of intersection of southwesterly line of Dogwood Drive and the division line between Lots 87 and 88 as shown on the aforesaid filed map; thence

1. running along said southwesterly line of Dogwood Drive, in a general easterly direction on a curve to the left having a radius of 337.00 feet, a distance of 107.64 feet to a point on the division line between Lots 88 and 89 as shown on the aforesaid filed map; thence

2. running along the same South 35° 30' 00" West 300.00 feet to a point on the northeasterly line of Summit Avenue; thence

3. running along the same in a general westerly direction, on a curve to the right having a radius of 323.47 feet, a distance of 186.31 feet to a point still on the northeasterly line of Summit Avenue; thence

4. running along same North 21° 30' 00" West 16.92 feet to a point on the division line between Lots 87 and 88 as shown on the aforesaid filed map; thence

5. running along same North 53° 48' 00" East 269.26 to the point or place of BEGINNING.

LIBER . OPG **211**

BY SIGNING BELOW, I accept and agree to the promises and agreements contained in pages 1 through 20 of this Security Instrument and in any Rider signed by me and recorded with it.

_Shaul Tcherikover_ _(signature)_ _____ (Seal)
Shaul Tcherikover                                          -Borrower

_Gabriella Kave_ _(signature)_ _____ (Seal)
Gabriella Kave                                            -Borrower

_____ (Seal)
                                                         -Borrower

_____ (Seal)
                                                         -Borrower

Witnesses:

NEW YORK – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT Form 3033  1/01
GMACM - CMS.0027.NY (0001) (Page 20 of 21)                    Initials:

LIBER    OPG 227

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
### THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE IN BLACK INK:
NAME(S) OF PARTY(S) TO DOCUMENT

MERS as nominee for
GMAC Mortgage Corp
TO
GMAC Mortgage LLC

SECTION 28 BLOCK 2 LOT 3

RECORD AND RETURN TO:
(name and address)

**WEBTITLE AGENCY**
69 Cascade Drive
Knowlton Building, Ste 202
Rochester, NY 14614

*THIS IS PAGE ONE OF THE RECORDING*

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY.

## DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE: DEED____ MORTGAGE____ SATISFACTION____ ASSIGNMENT √ OTHER____

## PROPERTY LOCATION

| | | |
|---|---|---|
| ____2089 BLOOMING GROVE (TN) | ____4289 MONTGOMERY (TN) | NO. PAGES 3 CROSS REF. / |
| ____2001 WASHINGTONVILLE (VLG) | ____4201 MAYBROOK (VLG) | CERT. COPY____ ADD'L X-REF. / |
| ____2003 SO. BLOOMING GROVE (VLG) | ____4203 MONTGOMERY (VLG) | MAP#____ PGS.____ |
| ____2289 CHESTER (TN) | ____4205 WALDEN (VLG) | |
| ____2201 CHESTER (VLG) | ____4489 MOUNT HOPE (TN) | PAYMENT TYPE: CHECK √ |
| ____2489 CORNWALL (TN) | ____4401 OTISVILLE (VLG) | CASH____ |
| ____2401 CORNWALL (VLG) | ____4600 NEWBURGH (TN) | CHARGE____ |
| ____2600 CRAWFORD (TN) | ____4800 NEW WINDSOR (TN) | NO FEE____ |
| ____2800 DEERPARK (TN) | ____5089 TUXEDO (TN) | |
| ____3089 GOSHEN (TN) | ____5001 TUXEDO PARK (VLG) | Taxable |
| ____3001 GOSHEN (VLG) | ____5200 WALLKILL (TN) | CONSIDERATION $____ |
| ____3003 FLORIDA (VLG) | ____5489 WARWICK (TN) | TAX EXEMPT____ |
| ____3005 CHESTER (VLG) | ____5401 FLORIDA (VLG) | Taxable |
| ____3200 GREENVILLE (TN) | ____5403 GREENWOOD LAKE (VLG) | MORTGAGE AMT. $____ |
| ____3489 HAMPTONBURGH (TN) | ____5405 WARWICK (VLG) | |
| ____3401 MAYBROOK (VLG) | ____5600 WAWAYANDA (TN) | MORTGAGE TAX TYPE: |
| ____3689 HIGHLANDS (TN) | ____5889 WOODBURY (TN) | ____ (A) COMMERCIAL/FULL 1% |
| ____3601 HIGHLAND FALLS (VLG) | ____5801 HARRIMAN (VLG) | ____ (B) 1 OR 2 FAMILY |
| ____3889 MINISINK (TN) | ____5809 WOODBURY (VLG) | ____ (C) UNDER $10,000 |
| ____3801 UNIONVILLE (VLG) | CITIES | ____ (E) EXEMPT. |
| ____4089 MONROE (TN) | ____0900 MIDDLETOWN | ____ (F) 3 TO 8 UNITS |
| ____4001 MONROE (VLG) | ____1100 NEWBURGH | ____ (I) NAT.PERSON/CR. UNION |
| ____4003 HARRIMAN (VLG) | ____1300 PORT JERVIS | ____ (J) NAT.PER-CR.UN/1 OR 2 |
| ____4005 KIRYAS JOEL (VLG) | | ____ (K) CONDO |
| | ____9999 HOLD | |

DONNA L. BENSON
ORANGE COUNTY CLERK

Received From _____ Relin

_____ assign

RECORDED/FILED
12/17/2009/  11:43:48
DONNA L. BENSON
County Clerk
ORANGE COUNTY, NY
FILE#20090123037
A/MTG / BK 12941PG 1826
RECORDING FEES.55.50
Receipt#1112769 hals

TW

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that Mortgage Electronic Registration Systems, Inc., as nominee for GMAC Mortgage Corporation, with an address of 3300 S.W. 34th Avenue, Suite 101, Ocala, FL 34474, P.O. Box 2026, Flint, Michigan 48501-2026, ( Assignor ), does hereby ASSIGN AND TRANSFER to GMAC Mortgage, LLC, with an address of 500 Enterprise Rd. #150, Horsham, PA 19044 ( Assignee ), all right, title and interest in and to that certain Mortgage executed by **Shaul Tcherikover and Gabriella Kave** as Mortgagor on October 17, 2002, and recorded in the Office of the Clerk of the County of Orange, State of New York, on December 2002, in Liber 10053 of Mortgages Page 206, given to secure the payment of a promissory note in the original amount of Two Hundred, Seventy Thousand, and 00/100 Dollars ($270,000.00) and interest. The real property secured by said Mortgage is located and known as **15 DOGWOOD DRIVE, CENTRAL VALLEY, New York 10917 (Section: 28 Block: 2 Lot: 3)**, and is more fully described in the Mortgage. Assignor does hereby assign and transfer to Assignee all rights accrued under said Mortgage and all indebtedness secured thereby.

THIS ASSIGNMENT is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

IN WITNESS WHEREOF, said Mortgage Electronic Registration Systems, Inc., as nominee for GMAC Mortgage Corporation has caused this instrument to be signed by its _Asst Secretary_ and attested to on this _27_ day of _November_, 2009.
Effective as of November 2, 2009.

By: _Kristine Wilson_
Name:
Title:

**Kristine Wilson**
**Assistant Secretary**

STATE OF _PA_ )
COUNTY OF _Montgomery_ ) ss.

On the _27_ day of _Nov._, 2009, before me the undersigned, personally appeared _Kristine Wilson_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual (s) name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/ they executed the same in his/her/their capacity (ies), and that his/her/their signature (s) on the instrument, the individual (s) or the person on behalf of which the individual (s) acted, executed the instrument and that such individual made such appearance before the undersigned in _Fort Washington, PA_

When recorded mail to:
Fein, Such and Crane, LLP
28 East Main St. Ste.1800
Rochester, NY 14614

_Thomas Strain_
Notary Public
My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THOMAS P. STRAIN, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires February 4, 2010

12090825

## SCHEDULE A *(description of premises)*

**ALL** that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being at Central Valley, Town of Woodbury, County of Orange and State of New York, known and designated as **Lot No. 88** as shown on a certain map entitled, "Map of the North Subdivision of **Oak Clove** belonging to Central Valley Land Improvement Company, Central Valley, Orange County, New York", made by Fred J. Knight, C.E., dated June 1901 and filed in the Office of the Orange County Clerk on July 5, 1901 in the Town of Woodbury, Map Book No. 1 at pages 34-35, and as **Filed Map No. 929**, said lot being more particularly bounded and described as follows:

**BEGINNING** at the point of intersection of southwesterly line of Dogwood Drive and the division line between Lots 87 and 88 as shown on the aforesaid filed map; thence

1. running along said southwesterly line of Dogwood Drive, in a general easterly direction on a curve to the left having a radius of 337.00 feet, a distance of 107.64 feet to a point on the division line between Lots 88 and 89 as shown on the aforesaid filed map; thence

2. running along the same South 35° 30' 00" West 300.00 feet to a point on the northeasterly line of Summit Avenue; thence

3. running along the same in a general westerly direction, on a curve to the right having a radius of 323.47 feet, a distance of 186.31 feet to a point still on the northeasterly line of Summit Avenue; thence

4. running along same North 21° 30' 00" West 16.92 feet to a point on the division line between Lots 87 and 88 as shown on the aforesaid filed map; thence

5. running along same North 53° 48' 00" East 269.26 to the point or place of BEGINNING.

# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

-----------------------------------------------------------X

In the Matter of the Foreclosure of Tax
Liens by Proceeding In Rem pursuant to
Article Eleven of the Real Property Tax
Law by the County of Orange

-----------------------------------------------------------X

ORIGINAL

JUN 27 2011

HON. CATHERINE M. BARTLETT

**JUDGMENT**

Index #: 2009-12158

Upon the List of Delinquent Taxes, duly affirmed the 4th day of November 2009 and duly

filed on the 4th day of November 2009 in the Office of the Clerk of the County of Orange, pursuant to

Title 3 of Article 11, of the Real Property Tax Law of the State of New York, upon the proof of

publication of said Notice of Foreclosure, pursuant to Section 1124 of the Real Property Tax Law of

the State of New York, upon due proof of the posting of said Notice of Foreclosure and of the due

mailing thereof in the State of New York, and upon the reading of the Affidavit of Regularity of Joel

Kleiman, Orange County Commissioner of Finance, sworn to the 13th day of April, 2011, the

Affidavit of Mary Ann Hesse, sworn to on the 13th day of April, 2011, Affidavit of Eric Ruscher,

sworn to on the 13th day of April, 2011, and the Affidavit of Charles Cimorelli, sworn to on the 31st

day of March, 2011, the Affidavit of John McCaffrey, sworn to on the 2nd day of May, 2011, the

Affidavit of Arlene Nelson, sworn to on the 19th day of April, 2011, the Affidavit of Bob Peary,

sworn to on the 18th day of April, 2011, showing that the time to have redeemed such parcels has

expired as provided in said Notice of Foreclosure, and that no Answer has been filed or served herein

except as and for the parcels listed in **"Exhibit "I"** attached thereto and it duly appearing that

Statements of Redemption of all parcels listed in said List of Delinquent Taxes which were redeemed

have been duly filed,

And the Court, having heard the allegations and proof of the parties and after due deliberation having been had, and the Court having made its decision herein containing a Statement of Facts and found the Conclusions of Law therein and directing as hereinafter stated,

NOW, on the Motion of Matthew J. Nothnagle, Senior Assistant County Attorney in the office of David L. Darwin, County Attorney for Orange County, attorney for Petitioner, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1.      The parcels of real property described in the revised List of Delinquent Taxes filed herein, and the additional parcels from earlier lists as described in the Affidavit of Joel Kleiman, which have since the commencement of this proceeding been redeemed, or for which a Stipulation of Withdrawal has been agreed to, have been removed from the Revised List of Delinquent Taxes attached hereto as **Exhibit "A."**

2.      All proceedings in this action were duly and properly taken, pursuant to Title 3, Article 11, of the Real Property Tax Law of the State of New York, and there has been full and due compliance with the provisions of said Title and Article of the Real Property Tax Law.

3.      The County of Orange is awarded possession of every parcel of real property described in said Revised List of Delinquent Taxes, attached hereto as **Exhibit "A,"** not heretofore redeemed, as to which no Answer has been interposed or no Bankruptcy stay or other judicial stay issued, and the Commissioner of Finance of the County of Orange, State of New York, is hereby directed to prepare, execute and cause to be recorded a deed conveying to the said County of Orange, New York, full and complete title to the said parcels of real estate in fee simple absolute.

4.      Upon the executing and recording of the deed or deeds hereinbefore directed, the County of Orange shall be seized of an estate in fee simple absolute in all the parcels of real property

therein described, together with the buildings thereon, and all persons including the people of the State of New York, infants, incompetents, absentees, and non-residents, who may have had any right, title, interest, claim, lien or equity of redemption in or upon such lands and buildings, shall be barred and forever foreclosed from all such right, title, interest, claim, lien or equity of redemption.

5.      The parcels set forth in **Exhibit "I"** of the application for judgment, for which Answers have been interposed, are hereby severed from this proceeding and Petitioner shall cause separate Index numbers to be assigned to each such Answer and shall further cause said severed proceedings to be assigned to an appropriate Justice for determination. (See, RPTL Sections 1123(7) and 1130(1).)   Such proceedings shall proceed until concluded according to the Real Property Tax Law or any other applicable law.

Dated:        June 28        , 2011
              Goshen, NY

ENTER

HONORABLE CATHERINE M. BARTLETT
Acting Supreme Court Justice
JUDGE NY STATE COURT OF CLAIMS
ACTING SUPREME COURT JUSTICE

# Exhibit C

C

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
## THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE IN BLACK INK:
NAME(S) OF PARTY(S) TO DOCUMENT

*Commissioner of Finance*
TO
*County of Orange*

VARIOUS  SEE INSIDE

SECTION____ BLOCK____ LOT____

RECORD AND RETURN TO:
(name and address)

COMMISSIONER OF FINANCE
255 MAIN STREET
GOSHEN, NEW YORK 10924

*THIS IS PAGE ONE OF THE RECORDING*

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY

## DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE: DEED ✓ MORTGAGE____ SATISFACTION____ ASSIGNMENT____ OTHER____

## PROPERTY LOCATION

____2089 BLOOMING GROVE (TN)
____2001 WASHINGTONVILLE (VLG)
____2003 SO. BLOOMING GROVE (VLG)
____2289 CHESTER (TN)
____2201 CHESTER (VLG)
____2489 CORNWALL (TN)
____2401 CORNWALL (VLG)
____2600 CRAWFORD (TN)
____2800 DEERPARK (TN)
____3089 GOSHEN (TN)
____3001 GOSHEN (VLG)
____3003 FLORIDA (VLG)
____3005 CHESTER (VLG)
____3200 GREENVILLE (TN)
____3489 HAMPTONBURGH (TN)
____3401 MAYBROOK (VLG)
____3689 HIGHLANDS (TN)
____3601 HIGHLAND FALLS (VLG)
____3889 MINISINK (TN)
____3801 UNIONVILLE (VLG)
____4089 MONROE (TN)
____4001 MONROE (VLG)
____4003 HARRIMAN (VLG)
____4005 KIRYAS JOEL (VLG)

____4289 MONTGOMERY (TN)
____4201 MAYBROOK (VLG)
____4203 MONTGOMERY (VLG)
____4205 WALDEN (VLG)
____4489 MOUNT HOPE (TN)
____4401 OTISVILLE (VLG)
____4600 NEWBURGH (TN)
____4800 NEW WINDSOR (TN)
____5089 TUXEDO (TN)
____5001 TUXEDO PARK (VLG)
____5200 WALLKILL (TN)
____5489 WARWICK (TN)
____5401 FLORIDA (VLG)
____5403 GREENWOOD LAKE (VLG)
____5405 WARWICK (VLG)
____5600 WAWAYANDA (TN)
____5889 WOODBURY (TN)
____5801 HARRIMAN (VLG)
____5809 WOODBURY (VLG)
**CITIES**
____0900 MIDDLETOWN
____1100 NEWBURGH
____1300 PORT JERVIS

____9999 HOLD

NO. PAGES _37_ GROSS REF.____
CERT. COPY____ ADD'L X-REF.____
MAPS____ POS.____

PAYMENT TYPE: CHECK____
                        CASH____
                        CHARGE____
                        NO FEE ✓

Taxable
CONSIDERATION $____
TAX EXEMPT____
Taxable
MORTGAGE AMT. $____

## MORTGAGE TAX TYPE:
____ (A) COMMERCIAL/FULL 1%
____ (B) 1 OR 2 FAMILY
____ (C) UNDER $10,000
____ (E) EXEMPT
____ (F) 3 TO 6 UNITS
____ (I) NAT.PERSON/CR. UNION
____ (J) NAT.PER-CR.UN/1 OR 2
____ (K) CONDO

DONNA L. BENSON
ORANGE COUNTY CLERK

Received From ___Orange County___

```
RECORDED/FILED
07/06/2011/ 10:57:54
DONNA L. BENSON
County Clerk
ORANGE COUNTY, NY
FILE#201100061844
DEED C W / BK 13196PG 0173
RECORDING FEE$ 0.00
TTX# 005107 T TAX 0.00
Receipt#1333047 mrl
```

# DEED

**THIS INDENTURE**, made the 6 day of July 2011 between **JOEL KLEIMAN, Commissioner of the Orange County Department of Finance, 255 Main Street, Goshen, NY, and Enforcement Officer of the County of Orange party of the first part.**

**COUNTY OF ORANGE**, a municipal corporation with offices at 255 Main Street, Goshen, County of Orange, State of New York, party of the second part

## WITNESSETH

THAT, **WHEREAS**, The County of Orange commenced a proceeding in Supreme Court, Orange County, (Index Number 2009-12158) to foreclose certain tax liens on properties located in the County of Orange, pursuant to Article 11 of the Real Property Tax Law of the State of New York and the final Judgment having been signed by the Honorable Catherine M Bartlett, Acting Supreme Court Justice on June 28, 2011 and the Enforcement Officer having been granted by said Judgment the power to execute a deed to the County of Orange concerning the properties which were the subject of said action, except those which were excepted by said Judgment

NOW, **THEREFORE**, pursuant to the terms of said Judgment, the Enforcement Officer hereby conveys and transfers to the County of Orange, full and complete title, in fee simple absolute, to the following described premises, together with the building and improvements as the same are described in the records of the County Clerk

| TOWN | PROPERTY ADDRESS | OWNER | TAX MAP NO. SEC. BLOCK LOT |
|------|------------------|-------|----------------------------|
| | | VARIOUS-SEE ATTACHED | |

IN PRESENCE OF:                                          COUNTY OF ORANGE

*Mary Ann Hesse*                                         *Joel Kleiman*
Mary Ann Hesse                                           JOEL KLEIMAN
255 Main St                                              COMMISSIONER OF FINANCE
Goshen, NY 10924

STATE OF NEW YORK:
                    SS:
COUNTY OF ORANGE:

On the 06 day of Jun in the year 2011 before me, the undersigned, a Notary Public in and for said State, personally appeared, Joel Kleiman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*[signature]*
NOTARY PUBLIC

SOPHIA A GRAHAM
NOTARY PUBLIC STATE OF NEW YORK
ORANGE COUNTY
LIC. #01GR62?3348
COMM. EXP. _____

TOWN WOODBURY

DEEDS - TAKEN ON DELINQUENT TAXES
JULY    6, 2011

PAGE 23
UTS59R

| SWIS   | SEC-BLOCK-LOT | OWNERS | | PROP CLASS- DESCR/ SCH DISTR | | PROP SIZE/ LOCATION | | ASSESSMENT |
|--------|---------------|--------|--|------------------------------|--|---------------------|--|------------|
| 335809 | 216-7-26 | LANDAU ISIDOR | | 314 Rural vac<10 MONROE-WOODBURY | 24 | 105  X  110 Edison | $ | 400 |
| 335809 | 216-7-27 | LANDAU ISIDOR | | 314 Rural vac<10 MONROE-WOODBURY | 25 | 105  X  118 Edison | $ | 410 |
| 335809 | 216-7-28 | LANDAU ISIDOR | | 314 Rural vac<10 MONROE-WOODBURY | 28 | 105  X  121 Edison | $ | 430 |
| 335809 | 216-7-29 | LANDAU ISIDOR | | 314 Rural vac<10 MONROE-WOODBURY | 30 | 105  X  125 Edison | $ | 440 |
| 335809 | 216-7-30 | LANDAU ISIDOR | | 314 Rural vac<10 MONROE-WOODBURY | 32 | 87   X  125 Edison | $ | 750 |
| 335809 | 223-1-17 | DUNDERBERG VENTURES LLC | | 311 Res vac land MONROE-WOODBURY | 120 | 6.80 Nininger | $ | 6330 |
| 335809 | 225-1-18 | DUNDERBERG VENTURES LLC | | 311 Res vac land MONROE-WOODBURY | 32 | 560  X  64 St Hwy 17 | $ | 2260 |
| 335809 | 226-2-3 | TCHERIKOVER SHAUL | KAVE GABRIELLA | 210 1 Family Res MONROE-WOODBURY | 15 | 1.00 Dogwood | $ | 14000 |
| 335809 | 245-1-90 | HIGHLANDERS REALTY LLC | | 311 Res vac land MONROE-WOODBURY | 14 | 86   X  81 Fordham | $ | 840 |
| 335809 | 245-1-146 | HIGHLANDERS REALTY LLC | | 311 Res vac land MONROE-WOODBURY | 4 | 71   X  149 Berkeley | $ | 940 |
| 335809 | 245-2-11 | ROLLING ACRES HIGHLAND | MILLS LLC | 692 Road/str/hwy MONROE-WOODBURY | | 1.10 College | $ | 100 |
| 335809 | 248-1-65 | THE GREENS AT WOODBURY LL | | 314 Rural vac<10 MONROE-WOODBURY | | 7.30 Greenwich | $ | 630 |
| 335809 | 248-1-66 | THE GREENS AT WOODBURY | LLC | 692 Road/str/hwy MONROE-WOODBURY | | .16 Greenwich | $ | 60 |

# Exhibit D

## ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
### THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE IN BLACK INK:
NAME(S) OF PARTY(S) TO DOCUMENT

SECTION _228_ BLOCK _2_ LOT _3_

RECORD AND RETURN TO:
(name and address)

County of Orange

TO

Garry Corts

Garry Corts
167 Bergen Circle
Slate Hill, N.Y. 10923

*THIS IS PAGE ONE OF THE RECORDING*

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY

### DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE: DEED _✓_ MORTGAGE___ SATISFACTION___ ASSIGNMENT___ OTHER___

## PROPERTY LOCATION

| | | |
|---|---|---|
| ___2089 BLOOMING GROVE (TN) | ___4289 MONTGOMERY (TN) | NO. PAGES _2_ CROSS REF.___ |
| ___2001 WASHINGTONVILLE (VLG) | ___4201 MAYBROOK (VLG) | CERT. COPY___ ADD'L X-REF.___ |
| ___2003 SO. BLOOMING GROVE (VLG) | ___4203 MONTGOMERY (VLG) | MAP#___ PGS.___ |
| ___2289 CHESTER (TN) | ___4205 WALDEN (VLG) | |
| ___2201 CHESTER (VLG) | ___4489 MOUNT HOPE (TN) | PAYMENT TYPE: CHECK___ |
| ___2489 CORNWALL (TN) | ___4401 OTISVILLE (VLG) | CASH _✓_ |
| ___2401 CORNWALL (VLG) | ___4600 NEWBURGH (TN) | CHARGE___ |
| ___2600 CRAWFORD (TN) | ___4300 NEW WINDSOR (TN) | NO FEE___ |
| ___2800 DEERPARK (TN) | ___5089 TUXEDO (TN) | |
| ___3089 GOSHEN (TN) | ___5001 TUXEDO PARK (VLG) | Taxable |
| ___3001 GOSHEN (VLG) | ___5200 WALLKILL (TN) | CONSIDERATION $ _50,000_ |
| ___3003 FLORIDA (VLG) | ___5489 WARWICK (TN) | TAX EXEMPT___ |
| ___3005 CHESTER (VLG) | ___5401 FLORIDA (VLG) | Taxable |
| ___3200 GREENVILLE (TN) | ___5403 GREENWOOD LAKE (VLG) | MORTGAGE AMT. $ ___ |
| ___3489 HAMPTONBURGH (TN) | ___5405 WARWICK (VLG) | |
| ___3401 MAYBROOK (VLG) | ___5600 WAWAYANDA (TN) | MORTGAGE TAX TYPE: |
| ___3689 HIGHLANDS (TN) | _✓_5889 WOODBURY (TN) | ___ (A) COMMERCIAL/FULL 1% |
| ___3601 HIGHLAND FALLS (VLG) | ___5801 HARRIMAN (VLG) | ___ (B) 1 OR 2 FAMILY |
| ___3889 MINISINK (TN) | ___5809 WOODBURY (VLG) | ___ (C) UNDER $10,000 |
| ___3801 UNIONVILLE (VLG) | CITIES | ___ (E) EXEMPT |
| ___4089 MONROE (TN) | ___0900 MIDDLETOWN | ___ (F) 3 TO 6 UNITS |
| ___4001 MONROE (VLG) | ___1100 NEWBURGH | ___ (I) NAT.PERSON/CR. UNION |
| ___4003 HARRIMAN (VLG) | ___1300 PORT JERVIS | ___ (J) NAT.PER-CR.UN/1 OR 2 |
| ___4005 KIRYAS JOEL (VLG) | | ___ (K) CONDO |
| | ___9999 HOLD | |

*Donna L. Benson (signature)*

**DONNA L. BENSON**
ORANGE COUNTY CLERK

Received From _____ G. Corts 

```
RECORDED/FILED
09/27/2011/  14:47:43
DONNA L. BENSON
County Clerk
ORANGE COUNTY, NY
FILE#20110086690
DEED R / BK 13229PG 0672
RECORDING FEES 180.00
TTX# 000889 T TAX 0.00
Receipt#1362741 srl
```

Book13229/Page672                           Page 1 of 2

## DEED

**THIS INDENTURE,** made the _27th_ day of September, 2011, between the **COUNTY OF ORANGE**, a municipal corporation with offices at 255 Main Street, Goshen, New York, party of the first part, and

**GARRY CORTS,** located at 167 Bergen Circle, Slate Hill, N. Y. 10923, party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of the sum of **ONE HUNDRED FIFTY THOUSAND and 00/100 ($150,000.00) DOLLARS,** and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** these certain plots, pieces or parcels of land, with the buildings and improvements thereon erected, situate, lying and being in the **TOWN OF WOODBURY, VILLAGE OF WOODBURY,** designated on the Orange County Tax Map as Section 228, Block 2, Lot 3.

**BEING** the same premises conveyed to the County of Orange by deed recorded in the Orange County Clerk's Office on July 6, 2011 in Liber 13196 of Deeds at Page 173. Said premises being formerly owned by County of Orange.

**TOGETHER,** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the centerlines thereof, exclusive of County streets and roads.

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises.

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

COUNTY OF ORANGE

EDWARD A. DIANA
COUNTY EXECUTIVE

STATE OF NEW YORK ) ss.:
COUNTY OF ORANGE )

On the _22nd_ day of September, 2011, before me, the undersigned, a Notary Public in and for said State, personally appeared EDWARD A. DIANA, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity; and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument; and that he signed his name thereto pursuant to Local Law No 7 of 2001, as amended, by authority of the County Legislature of said County.

NOTARY PUBLIC

SHERI HENTSCHEL
Notary Public, State of New York
No. 01HE 4943443
Qualified in Orange County
Commission Expires October 24, 2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

### AFFIDAVIT OF SERVICE.

I, Christine Gabrynowicz, depose and say that I am employed by Saffioti & Anderson, Counsel to Garry Corts, the Movant herein.

On March 14, 2013 I caused the following documents to be served via electronic mail upon the parties on the Monthly Service List attached hereto as Exhibit "A", and on March 12, 2013 via First Class mail upon the Special Service List attached hereto as Exhibit "B".

- Notice of Motion for relief from the effects of 11 U.S.C. 362 and attachments.

Dated:    March 14, 2013
          Newburgh, New York

_____
Christine Gabrynowicz

Subscribed and sworn to before me on this 12th day of March, 2013 by Christine Gabrnowicz, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

JOSEPH M. SAFFIOTI
Notary Public, State of New York
No. 4985013
Qualified in Orange County
Commission Expires August 5, 2013

# Exhibit A

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**MONTHLY SERVICE LIST AS OF MARCH 1, 2013**

ny-1056911

12-12020-mg    Doc 3080    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 2 of 7

**Residential Capital, LLC, et al.,**
**Case No. 12-12020 (MG)**
**Monthly Service List**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com | Counsel to the Examiner, Arthur J Gonzalez |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 | | 212-723-6753 | 646-291-3766 | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | | New York | NY | 10019 | | 212-878-8000 | 212-878-8375 | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 | | 201-593-2456 | | kelvin.vargas@db.com | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 | | 215-575-1508 | 240-699-2178 | peter_mcgonigle@fanniemae.com | Proposed Lender - Fannie EAF |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | | | 855-235-6787 | | Internal Revenue Service |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | | 800-913-6050 | | | Internal Revenue Service |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 | | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com; ray.schrock@kirkland.com; stephen.hessler@kirkland.com; william.b.solomon@kirkland.com; Timothy.Devine@ally.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 | | 212-446-4800 | 212-446-4900 | richard.cieri@kirkland.com; ray.schrock@kirkland.com; stephen.hessler@kirkland.com; william.b.solomon@kirkland.com; Timothy.Devine@ally.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kurtzman Carson Consultants | Alison M Tearnen Schepper | 2335 Alaska Ave | | El Segundo | CA | 90245 | | | | ecfpleadings@kccllc.com | Claims and Noticing Agent |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | NY | 10005 | | 212-530-5670 | 212-822-5670 | guzzi@milbank.com | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 | | | | | Residential Capital LLC |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenz Marinuzzi | 1290 Avenue of the Americas | | New York | NY | 10104 | | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com | Counsel to the Debtors |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 | | 518-474-5481 | | nancy.lord@ag.ny.gov; Enid.Stuart@OAG.State.NY.US | Office of the New York State Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | | 212-637-2220 | 212-637-2685; 914-993-1960; 212-637-2741; 202-772-8317 | joseph.cordaro@usdoj.gov | Office of the United States Attorney for the Southern District of New York |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9318 | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; NYROBankruptcy@sec.gov | Securities and Exchange Commission - NY Regional Office |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H Hofer | Four Times Square | | New York | NY | 10036 | | 212-735-3849 | 917-777-3849 | jonathan.hofer@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 | | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-2989 | suzanne.lovett@skadden.com | Counsel to Barclays Bank PLC |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 | | | | | Indenture Trustee under the Pre-Petition GSAP Facility |
| U.S. Department of Justice | US Attorney General, Eric H Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | 202-514-2000 | 202-307-6777 | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| United States Attorney's Office for the Southern District of New York Civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 | | | | joseph.cordaro@usdoj.gov | Counsel to the United States of America |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A Riffkin and Brian S Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 | | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 | | | | | GMHN Indenture Trustee at Corporate Trust Office |

Please visit www.kccllc.net/rescap for the most current version of this service list.

3/1/2013

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|------|-------------|---------|----------|------|----|----|---------|-------|-----|-------|-------------|

12-12020-mg    Doc 3060    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 4 of 7

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS | ADDRESS2 | CITY | ST | COUNTRY | ZIP | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fannie Mae; Federal National Mortgage 2006 Trust | Catherine Lasher | 950 East Paces Ferry Road, Suite 1900 | | Atlanta | GA | | 30326 | 404-398-6601 | 952-278-6601 | catherine_lasher@fanniemae.com | GSE - Fannie Mae; Counsel to Fannie Mae |

*(The remainder of this page is a dense multi-column service list containing dozens of entries with names, notice names, addresses, cities, states, ZIP codes, phone and fax numbers, email addresses, and descriptions. The small print and low resolution prevent an accurate, verbatim transcription of each cell.)*

Please visit www.kccllc.net/rescap for the most current version of the service list.

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Leeds Leeds LLP | Casey B Howard | 3 World Financial Center | | New York | NY | 10154 | | | | | Interested Party |
| Leeds & Leeds LLP | Walter H Curchack, Vadim J Rublenstein, A Debra W Miroff | 345 Park Ave | | New York | NY | 10154 | | | | | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | | | | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | | | | | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | | | | Counsel to Lead Plaintiff, in The Union Central Life Insurance Company, Ameritas Life Insurance Corp and Acacia Life Insurance Company and Cambridge Place Investments Management Inc. v. Countrywide et al |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | | | | | Counsel to Lead Plaintiff, in The Union Central Life Insurance Company, Ameritas Life Insurance Corp and Acacia Life Insurance Company |
| Maynard & Morris LLP | Amish R Doshi Esq | 1301 Plaza, The Plaza | | Roseland | NJ | 07068 | | | | | Counsel to Oracle America Inc |
| Maricopa County Tax Collector | Amish R Doshi Esq | 23 Green St Ste 302 | | Huntington | NY | 11743 | | | | | Counsel to Oracle America Inc |
| Menno, Tofferlis & Boyle PC / MBIA Insurance Corporation | Kevin H Marino & John A Boyle | 437 Southern Boulevard | | Chatham | NJ | 07928-1488 | | | | | Counsel to MBIA Insurance Corporation, n/k/a Morgan Stanley & Co. LLC |
| MCCREARY, VESELKA, BRAGG & ALLEN, P C | Lee Gordon | P.O. Box 1269 | | Round Rock | TX | 78680 | | | | | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| Michael Smith PC | Michael D Meek | 600 Travis St, Suite 7000 | | Houston | TX | 77002 | | | | | Counsel to GSE; Freddie Mac |
| Michael Smith PC | Michael D Meek | 600 Travis St, Suite 7000 | | Houston | TX | 77002 | | | | | Counsel to Freddie Mac |
| Missouri Department of Revenue | Ass Steven A Ginther Esq | Bankruptcy Unit PO Box 475 | | Jefferson City | MO | 65105-0475 | | | | | Counsel to Missouri Department of Revenue |
| Morgan, Lewis & Bockius LLP | James J Garrity Jr | 101 Park Ave | | New York | NY | 10178-0600 | | | | | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan, Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | | | | | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan, Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | | | | | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morganroth & Morganroth PLLC / Morris Nichols & Hamell LLP | Mayer Morganroth & Jeffrey B Morganroth | 344 N Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 | | | | | Counsel to Mary Critchley |
| | Lewis Ann Belluff | 405 Garden City Plaza | | Garden City | NY | 11530 | | | | | Counsel to DeWalsceren Reinsurance Corporation |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | | | | | Counsel to the Independent Directors of the Residential Capital |
| Morgan Cohen & Olsen LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | | | | | Counsel to Berkshire Hathaway Inc |
| Manger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | | | | | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E Momjian | Senior Deputy Attorney General, 14 th Floor | 21 S 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | | | | | Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Office of Shelder A Allen | Thomas Neuhhers | PO Box 2348 | | Stockton | CA | 95201 | | | | | County of San Joaquin |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian D Gurney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | | | | Counsel to Ambac Assurance Corporation |
| Paul H Pazetti | Paul H Pazetti | 4727 E Bell Rd Ste 45-360 | | Phoenix | AZ | 85032 | | | | | Counsel to Paul H Pazetti |
| Perkins Coie LLP | Brandon Johnson | PO Box 10069 | | Auburn | CA | 95603 | | | | | Counsel to 20% Plaintiffs |
| Peace County Office of the Treasurer/Tax Collector | Jerry McMurtry Deputy Tax Collector | 2976 Richardson Dr | | Auburn | CA | 95603 | | | | | Peace County Tax Collector |
| Pojatski Shpehart PC | John J Flanagan A Jason A Nagi | 963 Third Ave Ste 2020 | | New York | NY | 10022 | | | | | Counsel to Prepetition Plaintiffs and the Putative Class |
| Pojatski Rosin LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | | | | | Counsel to Assured Guaranty Municipal Corp. |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | | | | Counsel to Dallas OH1 Fee Owner LP |

12-12020-mg    Doc 3060    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 6 of 7

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | Eric D. Winston & Jeremy D. Anderson | 865 S Figueroa St 10th Fl | | Los Angeles | CA | 90017 | | 213-443-3000 | 213-443-3100 | ericwinston@quinnemanuel.com; jeremyanderson@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Company |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley; Michael J Roller | 51 Madison Ave 22nd Fl | | New York | NY; CO | 10010; 80202 | | 212-849-7000; 303-899-6110 | 212-849-7100; 303-899-6110 | susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com | Counsel to Juniper Investment Company, LLC |
| Rodovre Gelles Rochen A Dowd LLP | Christopher M Wood | One Montgomery Street Ste 1900 | Post Montgomery Center | San Francisco | CA | 94104 | | 415-288-4545 | 415-288-4534 | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Rodovre Gelles Rochen A Dowd LLP; Robert E Brown PC | Steven W Pepich | 655 West Broadway Ste 1900; 44 West St 12th Fl | | San Diego; New York | CA; NY | 92101; 10005 | | 619-231-1058; 212-766-9779 | 619-231-7423 | stevep@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Romero Law Firm | Martha D Romero | BMR Professional Building | | Whittier | CA | 90601 | | 562-907-6800 | 562-907-6805 | romerolaw@aol.com | Counsel to the County of San Bernardino, California a California Taxing Authority |
| Royse & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | ross.martin@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Royse & Gray LLP | D Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | | | | | Counsel to the Institutional Investors |
| Saul Ewing | D Carol Sasser Esq; Donna J Hall Esq | 1100 Schellenburger Woods Dr Ste 120; 5040 Corporate Woods Dr Ste 120 | | Kansas City; Virginia Beach; Virginia Beach | MO; VA; VA | 64117; 23452; 23452 | | 816-720-4615; 757-490-9264; 757-457-1485 | 816-520-3920; 757-491-2563; 757-491-1513 | dsasser@saul.com; dhall@saul.com | Counsel to American Residential Equities LLC; In its own individual capacity and its capacity as Trustee under that certain American Residential Equities LLC Master Trust Agreement |
| Saul Ewing | Mark Minuti | 222 Delaware Ave Ste 1200 | PO Box 1266 | Wilmington | DE | 19899 | | 302-421-6840 | | mminuti@saul.com | Counsel to American Residential Equities LLC; In its own individual capacity and its capacity as Trustee under that certain American Residential Equities LLC Master Trust Agreement dated August 8, 2006 |
| Saul Ewing | Nicolas J Nastasi | 1500 Market St 38th Fl | | Philadelphia | PA | 19102-2186 | | 215-972-8445 | | nnastasi@saul.com | Counsel to American Residential Equities LLC; In its own individual capacity and its capacity as Trustee under that certain American Residential Equities LLC Master Trust Agreement |
| Saul Ewing | Stephen B Ravin & Dipesh Patel | 555 Fifth Ave Ste 1700 | | New York | NY | 10017 | | 212-980-7200 | 212-980-7209 | sravin@saul.com; dpatel@saul.com | Counsel to American Residential Equities LLC; In its own individual capacity and its capacity as Trustee under that certain American Residential Equities LLC Master Trust Agreement |
| Scarinci & Hollenbeck LLC; Scrivani Staton A Dolan LLC | Mr R Glackustann Esq; Bennette U. Krenzer | 1100 Valley Brook Ave; 26 Broadway, 19th Floor | PO Box 790 | Lyndhurst; New York | NJ | 07071-0790; 10004 | | 201-896-4100; 212-344-9400 | | | Member of Official Committee of Unsecured Creditors |
| Schnader Harrison Segal & Lewis LLP; Schulte Roth & Zabel LLP | Barry A Brette & Richard A Barkasy; Adam J Harris | 1600 Market St Ste 3600; 919 Third Ave | | Philadelphia; New York | PA; NY | 19103-7286; 10022 | | 215-751-2000; 212-756-2000 | 215-751-2205; 212-593-5955 | bbrette@schnader.com; adam.harris@srz.com | Counsel to Paulson & Co Inc |
| Schulte Roth & Zabel LLP | Adam C Harris | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com | |
| Schulte Roth & Zabel LLP | David J Karp | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | david.karp@srz.com | |
| Schulte Roth & Zabel LLP | Howard O Godnick | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | howard.godnick@srz.com | |
| Schulte Roth & Zabel LLP | Margaret Gardner | 919 Third Ave | | New York | NY | 10036-2601 | | 212-756-2000 | 212-593-5955 | margaret.gardner@srz.com | |
| Schulte Roth & Zabel LLP | Michael O Cohen | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cohen@srz.com | |
| Secretary of State, Division of Corporations | | 99 Washington Ave Ste 600 | | Albany | NY | 12231-0001 | | | | | Secretary of the State |
| Secretary of State, Division of Corporations | | 123 Williams St | One Commerce Plz | | | | | | | | Secretary of the State, Division of Corporations |
| Seward & Kissel LLP | Greg S Bateman & Dale C Christensen Jr & Sagar Patel & Thomas Ross Hooper | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1536 | 212-480-8421 | bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com | Wells Fargo Bank, N.A. as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as of June 6, 2008; and Deutsche Trust Company of New York, as Separate Trustee |
| Seward & Kissel LLP | Ronald L Cohen Kevyan Das Mark D Kotwick Arlene R Alves & Laurie P Peronello | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200; 212-809-1802 | 212-480-8421 | cohen@sewkis.com; kotwick@sewkis.com | Counsel to US Bank National Association as Securitization Trustee, Counsel to US Bank as Master Servicer, & Counsel to US Bank NA as Trustee of Certain Mortgage Backed Securities Trusts |
| Shafferman & Feldman LLP; Shapiro Brian Weissman & Gans PA | Joel M Shafferman Esq; Thomas A Connal Esq | 286 Madison Ave Ste 502; 7500 Osceola Rd Ste 430 | | New York; Boca Raton | NY; FL | 10017; 33434 | | 212-977-7995; 561-477-1770 | 561-477-7722 | shaf@shafeldlaw.com; tconnal@sbwlawfirm.com | Counsel in NYCRL 2013-A Trust |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com; sfennessey@shearman.com | Counsel to Citibank NA; Counsel to Deutsche Bank FSB; US Bank NA as Trustee for Certain Securitization Trusts; Deutsche Bank Trust Company; Mortgage Pass-Through Certificates, Series 2006-1; Sun Trust Mortgage Inc. |
| Stein Warner & Roth LLP; Stinson Morrison Hecker LLP | Kelly Porcelli Deluca; Andrew W Muller | 1 Civic Plaza Dr, Ste 113; 1201 Walnut, Ste 2600 | | Carle Place; Kansas City | NY; MO | 11514; 64106 | | 516-742-1212; 816-842-8600 | 516-742-6535; 816-691-3495 | kdeluca@swr-law.com; amuller@stinson.com | Counsel to Wells Fargo Inc |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCORP Inc |
| Talcott Franklin PC; Talcott Franklin PC | Attn: Talcott J Franklin Esq | 208 N Market Street, Suite 200; 208 N Market Street, Suite 200 | | Dallas; Dallas | TX | 75202; 75202 | | 214-736-8730; 214-736-8730 | 877-577-1356; 877-577-1356 | tom@talcottfranklin.com; tom@talcottfranklin.com | Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS Holders |
| TCF National Bank; Tennessee Attorney General's Office | Senior Counsel; c/o TN Attorney General's Office | 200 Lake St 3rd Fl; Bankruptcy Division | | Wayzata; Nashville | MN; TN | 55391; 37202-0207 | | 952-475-7876; 615-532-2504 | 612-656-3865; 615-741-3334 | | Counsel to JPMorgan Chase Bank, NA; Tennessee Attorney General's Office |
| The Bank of New York Mellon | Attn Robert H Major Vice President | 8925 West Campus Circle | | Irving | TX | 75063 | | | | | Member of Official Committee of Unsecured Creditors |

12-12020-mg   Doc 3060   Filed 03/01/13   Entered 03/01/13 15:29:42   Main Document Pg 7 of 7

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 PO Box / Toronto-Dominion | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Garden Trust Company | Susan Khocher / Key B Brock Assistant Travis County Atty | 79 Wellington Street, West, 8th Floor | | Toronto-Dominion Centre | Toronto | ON | M5K 1A2 | Canada | 416-308-3825, 416-983-2044 | | Adam.Farkas@computershare.com; Christopher.Kingshott@computershare.com | Securitization Trustee |
| Travis County Attorney | | PO Box 1748 | | | Austin | TX | 78767 | | 512-854-9513, 512-854-4808 | | kay.brock@co.travis.tx.us | Counsel to The Motion Travis County, Tax Assessor Collector |
| U.S. Bank National Association | John, Matisse & Scott & David A Jason | 190 S. LaSalle Street | | | Chicago | IL | 60603 | | 312-325-0574 | | james.hooti@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | 60 Livingston Ave. | | | St. Paul | MN | 55107 | | 651-495-3839, 866-499-1924 | | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Denver Advise, Corporate Trust Services | West Side Flats, EP-Mn-WS3D | 60 Livingston Ave, 1106 U Street NW, Room 10016 | | St. Paul | MN | 55107 | | 651-495-3862, 866-817-7910 | | denver.advise@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Civil Division | | | Washington | DC | 20005 | | | | Glenn.Gillette@usdoj.gov | Counsel to GSE - Ginnie Mae |
| UMB Bank NA | Mark B Flannagan | 1010 Grand Blvd, 4th Floor | | | Kansas City | MO | 64106 | | 816-860-3009, 816-860-3029 | | Mark.Flannagan@umb.com | Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| US Bank Global Corporate Trust Services | James H Byrnes | 1 Federal St 3rd Fl | | | Boston | MA | 02110 | | 617-603-6442, 617-603-6644 | | james.byrnes@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Bank NA Corporate Trust Services Division | Laura L Moran | 1 Federal St 3rd Fl | | | Boston | MA | 02110 | | 617-603-6429, 617-603-6644 | | laura.moran@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| Venable Bender Shikowitz & Vaughan PC | William Vaughan & David M Stevens | 2500 City Center Square | 1100 Main St. | | Kansas City | MO | 64105 | | 816-471-6620, 816-471-4747 | | dstevens@venable.com | Counsel to Representative Plaintiffs and the Putitum Class |
| WW/Greentree/A Klenske LLP | Gary J Foster | 767 Fifth Ave. | | | New York | NY | 10153 | | 212-310-8000, 212-310-8007 | | gary.foster@weil.com | Counsel to Syncora Guarantee Inc. |
| Wells Fargo Bank, N.A. | Kelly Renz | Corporate Trust Services | 9062 Old Annapolis Road | | Columbia | MD | 21045 | | 410-884-2288, 410-715-2380 | | kelly.renz@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Knee Gaines Esq Senior Counsel | MAC T7409-010 | 4101 Wiseman Blvd | | San Antonio | TX | 78251 | | 210-543-5747, 210-543-3011 | | knee.gaines@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | 210 Second St NE | | | Minneapolis | MN | 55413 | | 612-333-4144, 612-886-2444 | | accessjustice@gmail.com | Claimant, Counsel to Prospective Claimant Roy Elliott & |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | 1155 Avenue of the Americas | | | New York | NY | 10036-2787 | | 212-819-8479, 212-354-8113 | | jshore@whitecase.com; isilverbrand@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes; Co-Counsel to the Ad Hoc Group of Junior Secured Noteholders |
| Walker Ferri & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | 787 Seventh Avenue | | | New York | NY | 10019 | | 212-728-8000, 212-728-8111 | | jhardy@willkie.com | Counsel to Monarch Alternative Capital LP |
| Wilmington Trust | Rayanne Mateu | 1100 N. Market St | | | Wilmington | DE | 19801 | | 302-636-4066, 302-636-4140 | | rmateu@wilmingtontrust.com | Indenture Trustee |
| Wilmington Trust NA | Julie J Becker Vice President | 50 South Sixth St Ste 1290 | | | Minneapolis | MN | 55402-1544 | | 612-217-5629, 612-217-5651 | | jbecker@wilmingtontrust.com | Counsel to Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn: David L Tillem | 3 Gannett Dr | | | White Plains | NY | 10604-3407 | | 914-323-7000 | | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | | New York | NY | 10166 | | 212-294-6700, 212-294-4700 | | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | 200 Park Avenue | | | New York | NY | 10166-4193 | | 212-294-6700, 212-294-4700 | | cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wolfmuth Maher & Deutsch LLP | Alan James N Lawler, Paul R Defilippo & Steven S Fitzgerald | One Gateway Center 9th Fl | | | Newark | NJ | 07102 | | 973-733-9200, 973-733-9292 | | jlawler@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wolfmuth Maher & Deutsch LLP | | 500 Fifth Ave 12th Fl | | | New York | NY | 10110 | | 212-382-3300, 212-382-0050 | | ben.kee.off@morganstanley.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laurie E. Neish | 1185 Avenue of the Americas, 31st Floor | | | New York | NY | 10036 | | 212-704-9600, 212-704-4256 | | gbush@zuckerman.com; lneish@zuckerman.com | Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura F. Neish | 1800 M Street, N.W., Suite 1000 | | | Washington | DC | 20036 | | 202-778-1800, 202-822-8106 | | gbush@zuckerman.com; lneish@zuckerman.com | Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

# Exhibit B

Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)
Special Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | COUNTRY | ST | ZIP | PHONE | FAX | EMAIL | DESCRIPTION |
|------|-------------|----------|----------|------|---------|-----|-----|-------|-----|-------|-------------|
| Chadbourne & Parke LLP | Attn Howard Seife & David M. LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | | NY | 10112 | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com | Counsel to the Examiner, Arthur J. Gonzalez |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | | NY | 10013 | 212-723-6753 | 646-291-3789 | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Clifford Chance US LLP | Jennifer C. DeMarco & Adam Lesman | 31 West 52nd St | | New York | | NY | 10019 | 212-878-8000 | 212-878-8375 | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | | NJ | 07901 | 201-593-2456 | | kelvin.vargas@db.com | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | | PA | 19103 | 215-575-1676 | 240-699-2173 | peter_mcgonigle@fanniemae.com | Prepetition Lender / Fannie EAF |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | | PA | 19104 | | 855-235-6787 | | Internal Revenue Service |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | | MD | 21201 | 800-913-9358 | | | Internal Revenue Service |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | | NY | 10178 | 212-808-7800 | 212-808-7897 | kdwbankruptcydepartment@kelleydrye.com | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | | NY | 10022 | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com; ray.schrock@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | | NY | 10022-4611 | 212-446-4800 | 212-446-4900 | richard.cieri@kirkland.com; ray.schrock@kirkland.com; stephen.hessler@kirkland.com; Timothy.Geiner@kirkland.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | | NY | 10036 | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kurtzman Carson Consultants | P Joe Morrow IV | 2335 Alaska Ave | | El Segundo | | CA | 90245 | | | pbenvenutti@kccllc.com; rescap@kccllc.com | Claims and Noticing Agent |
| Millbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | | NY | 10005 | 212-530-5670 | 212-822-5670 | guzzi@milbank.com; Tammy.Hamzehpour@gmacrescap.com; eric.odom@ally.com; ali.thomasson@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.tyson@gmacrescap.com; Elaan.cohen@gmacrescap.com; Lauren.delehey@gmacrescap.com; William.thompson@gmacrescap.com; Jake.trotta@gmacrescap.com | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | | NY | 10104 | | | msimon@mofo.com | Residential Capital LLC |
| Morrison & Foerster LLP | Larry Marinesky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | | NY | 10104 | 212-468-8000 | 212-468-7900 | glee@mofo.com; lmarinuzzi@mofo.com | Counsel to the Debtors |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | | NY | 12224-0341 | 518-474-5481 | 518-473-8963; 914-993-1962; | Nancy.Lord@OAG.State.NY.US; enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrew's Plaza | | New York | | NY | 10007 | 212-637-2200 | 212-637-2685; 914-993-1965; 212-637-2750; 212-772-8262 | joseph.cordaro@usdoj.gov | Office of the United States Attorney for the Southern District of New York |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | | DC | 20549 | 202-942-8088 | 202-772-9318 | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | | NY | 10281-1022 | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | | NY | 10036 | 212-735-3849 | 917-777-3849 | jhofer@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | | NY | 10036 | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | | NY | 10036 | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | | NY | 10036 | 212-735-3000 | 917-777-3368 | suzanne.lovett@skadden.com | Counsel to Barclays Bank PLC |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | | NY | 10286 | | | | Indenture Trustee under the Pre-Petition GSAP Facility |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | | DC | 20530-0001 | 202-514-2000 | 202-307-6777 | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| United States Attorney's Office for the Southern District of New York, Civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | | NY | 10007 | | | joseph.cordaro@usdoj.gov; Tracy.Doherty@usdoj.gov; Linda.Riffkin@usdoj.gov | Counsel to the United State of America |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | | NY | 10004 | 212-510-0500 | 212-668-2255 | Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | | MD | 21046 | | | | GMACM Indenture Trustee at Corporate Trust Office |