# **EXHIBIT 1**

**Excerpt of Bar Date Notice Affidavit of Service**

12-12020-mg    Doc 3185-1    Filed 03/14/13    Entered 03/14/13 15:39:50    Exhibit 1
Pg 4 of 45

Docket #1412  Date Filed: 9/11/2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
RESIDENTIAL CAPITAL, LLC, et al., [1]                         :    Case No. 12-12020 (MG)
                                                              :
                                                              :
                                                              :    (Jointly Administered)
                      Debtors.                                :
-------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before September 7, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the Monthly Service List attached hereto as **Exhibit A**, upon the Claimants and Notice Parties attached hereto as **Exhibit B**, upon the parties attached hereto as **Exhibit C**, via Overnight mail on service list attached hereto as **Exhibit D** for subsequent distribution to beneficial holders of the securities listed on the attached **Exhibit E**, and via Electronic mail upon the parties attached hereto as **Exhibit F**:

1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit G**

2. Proof of Claim Form attached here to as **Exhibit H**

*(This space intentionally left blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

1212020120911000000000007

B. On or before September 7, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the Creditor Matrix attached hereto as **Exhibit I**

   1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit G**

   2. [Customized] Proof of Claim Form

Dated: September 11, 2012

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th of September, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

2

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JULIO LUJAMBIO | | 417 S MAIN STREET | | | WALLINGFORD | CT | 06492 | |
| Julio Maldonado | | 3809 Twin Creek Dr | | | Arlington | TX | 76015 | |
| Julio Martinez | | 4910 Ave O 1/2 | | | Galveston | TX | 77551 | |
| JULIO MARTINEZ AND DYNAMIE | GROUP PUBLIC ADJ | 2152 SW 58TH AVE | | | MIAMI | FL | 33155-2243 | |
| JULIO MENDEZ JR | WANDA CRUZ MENDEZ | 229 STEWART AVE | | | KEARNY | NJ | 07032 | |
| JULIO MOLANO AND VILLEDA | ROOFING LLC | 815 COLLEY ST | | | LOWELL | AR | 72745-8844 | |
| JULIO QUILAMBAQUI AND MARIANAS | | 4419 N ALBANY AVE | CONSTRUCTION CORP AND MUSICK LOSS MTG INC | | CHICAGO | IL | 60625 | |
| JULIO R GARCIA INS AGENCY | | 19311 TOMBALL PKWY STE 205 | | | HOUSTON | TX | 77070 | |
| JULIO R. VILLEDA | SANDRA L. VILLEDA | 208 LOBLOLLY DRIVE | | | DURHAM | NC | 27712 | |
| JULIO RIVERA | | 1943 OAKWOOD PARKWAY | | | UNION | NJ | 07083 | |
| JULIO RIVERA TORO ATT AT LAW | | PO BOX 335090 | | | PONCE | PR | 00733 | |
| Julio Rosario | | 405 W Main St | | | Fairbank | IA | 50629 | |
| JULIO SOLANO VS GMAC MORTGAGE LLC | | LAW OFFICES OF RICHARD SAX | 448 SEBASTOPOL AVE | | SANTA ROSA | CA | 95401 | |
| JULIO TREVINO | OLGA G. TREVINO | 14828 BULLOCK RD | | | THREE RIVERS | MI | 49093 | |
| JULIP PROPERTIES INC. | | PO BOX 0085 | | | MERRICK | NY | 11566 | |
| JULITO AND TIFFANY EWING AND | | 6283 VALDEZ DR | PHOENIX CONTRACTOR | | REX | GA | 30273 | |
| JULIUS A RIVERA ATT AT LAW | | 309 MILL ST | | | POUGHKEEPSIE | NY | 12601 | |
| JULIUS A RIVERA JR ATT AT LAW | | 806 S ST | | | PEEKSKILL | NY | 10566 | |
| JULIUS AND CINDY SERIO AND | DANS HARDWOOD FLOORING | 4412 W ESTRELLA DR | | | LAVEEN | AZ | 85339-3216 | |
| JULIUS AND EVA BEKESI AND | | 3 KINGSTON ST | MICHELLE B HENDRIX | | BELMONT | NC | 28012 | |
| JULIUS C GIVENS | | P O BOX 58079 | | | FAIRBANKS | AK | 99711 | |
| JULIUS C JOB AND DUBE PLUS | | 52 S RD | CONSTRUCTION | | BOZRAH | CT | 06334 | |
| JULIUS E CRAWFORD ATT AT LAW | | 6419 MARKET ST | | | UPPER DARBY | PA | 19082 | |