LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile:  (312) 443-0336
Thomas J. Cunningham
J. Matthew Goodin

*Litigation Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*,[1] | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**SECOND INTERIM FEE APPLICATION OF LOCKE LORD LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012
<u>AS LITIGATION COUNSEL FOR DEBTORS</u>**

| | |
|---|---|
| Name of Applicant: | Locke Lord LLP ("Locke Lord") |
| Authorized to Provide Professional Services to: | Residential Capital, LLC and its related debtors (collectively, the "Debtors") |
| Date of Retention as: | *nunc pro tunc* to May 14, 2012[2] |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2012 through December 31, 2012 (the "Compensation Period") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $343,987.60 [$374,352 less $30,364.40 paid from retainer for portion of September invoice as permitted by OCP Order, as defined below] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $4,548.77 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are identified on <u>Exhibit 1</u> to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6].  As used herein, the term "Debtors" includes any such entities.

[2] Locke Lord was originally retained as an Ordinary Course Professional *nunc pro tunc* to May 14, 2012.  On January 17, 2012, the Court entered an order authorizing the retention of Locke Lord as a Retained Professional *nunc pro tunc* to September 1, 2012 [Docket No. 2652].

1

1963167v.2

This is the second **interim** fee application filed by Locke Lord in these cases. A summary of the Monthly Fee Reports and the First Interim Fee Application submitted by Locke Lord during these cases is as follows:

| Date Submitted | Period Covered | Requested Fees | Requested Expenses | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid | Fee Holdback |
|---|---|---|---|---|---|---|
| 9/20/12 | 5/14/2012 - 5/31/2012 | $41,909.99 | $856.05 | $33,527.99 | $856.05 | $8,382.00 |
| 10/2/2012 | 6/1/2012 - 6/30/2012 | $73,345.99 | $531.07 | $58,676.79 | $531.07 | $14,669.20 |
| 10/2/2012 | 7/1/2012 – 7/31/2012 | $111,661.76 | $301.35 | $89,329.41 | $301.35 | $22,332.35 |
| 10/17/2012 | 8/1/2012 – 8/31/2012 | $34,260.04 | $940.52 | $27,408.03 | $940.52 | $6,852.01 |
| 1st Interim [1886] 10/19/2012[3] | 5/14/2012 - 8/31/2012 | *$261,177.78* | *$2,628.99* | *$233,211.40[4]* | *$2,628.99* | *$25,912.38* |
| 11/12/2012 | 9/1/2012 – 9/30/2012 | $54,650.30 | $374.79 | $43,720.24 | $374.79 | $10,930.06 |
| 1/26/2013 | 10/1/2012 – 10/31/2012 | $153,254.60 | $1,612.10 | $122,603.68 | $1,612.10 | $30,650.92 |
| 1/28/2013 | 11/1/2012 – 11/30/2012 | $79,168.40 | $808.38 | $63,334.72 | $808.38 | $15,833.68 |
| 2/8/2013 | 12/1/2012 – 12/31/2012 | $56,914.30 | $1,753.50 | $45,531.44 | $1,753.50 | $11,382.86 |
| 2nd Interim [----] 3/14/2013 | 9/1/2012 – 12/31/2012 | *$343,987.60* | *$4,548.77* | *$275,190.08* | *$4,548.77* | *$68,797.52* |
| **Totals** | 5/14/2012 – 12/31/2012 | **$605,165.38** | **$7,177.76** | **$508,401.48** | **$7,177.76** | **$94,709.90** |

---

[3] On December 28, 2012, the Court entered its Order Granting Application for Allowance of Interim Compensation and Reimbursement of Expenses [Docket No. 2530].

[4] Locke Lord agreed to a $2,054 reduction to the amount of compensation sought in first interim fee request.

2

The Locke Lord professionals rendering services during this Compensation Period were:

| Name | Title | Billing Rate | Hours Billed | Total Billed |
| --- | --- | --- | --- | --- |
| Ackerberg, Julianne | Paralegal | 200.00 | 2.8 | $560.00 |
| Brissette, Jennifer | Associate | 343.00 | 3.4 | $1,166.20 |
| Castaneda, Kirsten | Senior Counsel | 448.00 | 15.6 | $6,988.80 |
| Collins, Johnathan E. | Associate | 312.00 | 4.4 | $1,372.80 |
| Costello, John F. | Senior Counsel | 320.00 | .5 | $160.00 |
| Cunningham, Thomas J. | Partner | 585.00 | 222.5 | $130,162.50 |
| Delrahim, Shiva S. | Associate | 380.00 | 11.7 | $4,446.00 |
| Froehlich, Joseph N. | Partner | 540.00 | 5.5 | $2,970.00 |
| Garner, Jennifer | Associate | 276.00 | 6.6 | $1,821.60 |
| Goodin, J. Matthew | Partner | 458.00 | 64.1 | $29,357.80 |
| Holz, Ryan M. | Associate | 295.00 | 26.8 | $7,906.00 |
| Kinney, Jennifer L. | Associate | 312.00 | 18.9 | $5,896.80 |
| Maye, Sherina E. | Associate | 276.00 | 151.3 | $41,758.80 |
| McClendon, Regina J. | Senior Counsel | 528.00 | 16.1 | $8,500.80 |
| Mimms, Sally | Associate | 317.00 | 11.3 | $3,582.10 |
| Perdew, P. Russell | Partner | 484.00 | 43.7 | $21,150.80 |
| Raynor, Brian | Associate | 264.00 | 54.3 | $14,335.20 |
| Richards, P. Nelsene | Paralegal | 216.00 | 1.1 | $237.60 |
| Rudinger, John Jr. | Associate | 224.00 | 3.5 | $784.00 |
| Sanders, Jason L. | Partner | 374.00 | 8.6 | $3,216.40 |
| Sargent, Douglas R. | Associate | 317.00 | 14.6 | $5,416.60 |
| Shetty, Chethan | Associate | 255.00 | 110.6 | $28,203.00 |
| Solitro, Daniel A. | Associate | 376.00 | 5.6 | $2,105.60 |
| Standa, David F. | Associate | 264.00 | 71.9 | $18,981.60 |
| Till, Tiffany B. | Paralegal | 238.00 | 45.6 | $10,852.80 |
| Viskocil, John E. | Associate | 282.00 | 2.5 | $705.00 |
| Webb, Julia C. | Associate | 295.00 | 112.3 | $33,128.50 |
| Wisniewski, Kevin | Associate | 295.00 | 2.9 | $855.50 |
| Wolber, Kurt | Associate | 244.00 | 1.5 | $366.00 |
| Yoxall, Thomas | Partner | 488.00 | .2 | $97.60 |
| **Totals** | | | 1040.4 | $387,086.40[5] |

---

[5] Due to an ongoing accounting reconciliation, this amount is $12,734.40 greater than the amount that Locke Lord is requesting in this Application.

3

1963167v.2

## SUMMARY OF REQUESTED COMPENSATION BY CASE[6]

### *INVOICES PAID OUT OF SEPTEMBER RETAINER PURSUANT TO OCP ORDER*

| Case Name/File No. | Total Hrs | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|
| 1000304-00000, Rubino, 9/2012 | 46.5 | $14,529.70 | $20.76 | $0.00 |
| 1000304-00000, Andreatos, 9/2012 | 24.1 | $9,185.60 | $206.00 | $0.00 |
| 1000304-00000, Regan, 9/2012 | 19.1 | $6,649.10 | $18.78 | $0.00 |
| **Totals** | 89.7 | $30,364.40 | $245.54 | |

### *INVOICES NOT PAID: APPROVAL BEING REQUESTED BY APPLICATION*

| Case Name/LL File No./Month of Service | Inv No | Total Hours | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|---|
| 1000304-00257, 1747 N Linder, 9/2012 | 967285 | 7.6 | 2,531.50 | 0.00 | 2,531.50 |
| 1000304-00214, Jefferson, 9/2012 | 967286 | 3.5 | 1,042.00 | 0.00 | 1,042.00 |
| 1000304-00161, Franklin, 9/2012 | 967291 | 1.3 | 377.30 | 0.00 | 377.30 |
| 1000304-00167, Goodman, 9/2012 | 967578 | 1.2 | 499.00 | 0.00 | 499.00 |
| 1000304-00174, Nora, 9/2012 | 967579 | 1.1 | 643.50 | 0.00 | 643.50 |
| 1000304-00180, Pogosian, 9/2012 | 967580 | 5.6 | 2,335.50 | 29.50 | 2,365.00 |
| 1000304-00183, Aguilar, 9/2012 | 967581 | 5.0 | 2,040.60 | 0.00 | 2,040.60 |
| 1000304-00187, Hall, 9/2012 | 967582 | .4 | 118.00 | 11.35 | 129.35 |
| 1000304-00188, 4836 W Superior, 9/2012 | 967584 | 8.8 | 2,822.80 | 52.00 | 2,874.80 |
| 1000304-00195, NCUA California, 9/2012 | 967585 | 1.7 | 905.60 | 0.00 | 905.60 |
| 1000304-00196, NCUA Kansas, 9/2012 | 967586 | 1.9 | 997.20 | 0.00 | 997.20 |
| 1000304-00211, Kral, 9/2012 | 967588 | 20.9 | 9,182.70 | 51.66 | 9,234.36 |
| 1000304-00212, Vasquez, 9/2012 | 967589 | 4.2 | 1,477.90 | 25.56 | 1,503.46 |
| 1000304-00217, Schwab, 9/2012 | 967592 | 2.1 | 1,101.50 | 0.00 | 1,101.50 |
| 1000304-00224, Bates (NJ), 9/2012 | 967593 | .5 | 270.00 | 0.00 | 270.00 |
| 1000304-00229, Scott, 9/2012 | 967594 | 1.5 | 750.90 | 0.00 | 750.90 |
| 1000304-00232, Dumas, 9/2012 | 967595 | .6 | 351.00 | 0.00 | 351.00 |
| 1000304-00236, Jackson Co, MO, 9/2012 | 967596 | .1 | 58.50 | 0.00 | 58.50 |
| 1000304-00242, Talford, 9/2012 | 967597 | .4 | 144.70 | 0.00 | 144.70 |

---

[6] Invoices setting forth the detailed time spent on each matter are attached to this Fee Petition as <u>Exhibit B</u>. Each invoice sets forth detailed information about the work performed and results obtained, including detailed time entries by timekeeper, hours billed and rates by timekeeper and by task code.

4

| Case Name/LL File No./Month of Service | Inv No | Total Hours | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|---|
| 1000304-00246, Hariston, 9/2012 | 967598 | 1.4 | 704.20 | 0.00 | 704.20 |
| 1000304-00247, Hernandez, 9/2012 | 967599 | 11.9 | 4,198.30 | 0.00 | 4,198.30 |
| 1000304-00248, Walker, 9/2012 | 967600 | 4.2 | 1,795.30 | 0.00 | 1,795.30 |
| 1000304-00249, St. Clair Co, 9/2012 | 967601 | 3.4 | 938.40 | 9.72 | 948.12 |
| 1000304-00253, Garcia, 9/2012 | 967604 | .3 | 111.30 | 0.00 | 111.30 |
| 1000304-00255, Green, 9/2012 | 968005 | 2.9 | 920.20 | 0.00 | 920.20 |
| 1000304-00256, 1323 S Millard, 9/2012 | 967607 | 10.9 | 3,622.60 | 0.00 | 3,622.60 |
| 1000304-00258, 4315 W Van Buren, 9/2012 | 967608 | .8 | 294.00 | 0.00 | 294.00 |
| 1000304-00259, 4717 S Bishop, 9/2012 | 967609 | 2.0 | 677.00 | 0.00 | 677.00 |
| 1000304-00260, 4935 W Hubbard, 9/2012 | 967610 | .2 | 52.80 | 0.00 | 52.80 |
| 1000304-00261, Phillips, 9/2012 | 967611 | .6 | 268.80 | 0.00 | 268.80 |
| 1000304-00262, 953 N Drake, 9/2012 | 967613 | 4.5 | 1,502.00 | 0.00 | 1,502.00 |
| 1000304-00219, FHLB Boston, 9/2012 | 967614 | 1.4 | 704.70 | 0.00 | 704.70 |
| 1000304-00220, FHLB Chgo, 9/2012 | 967615 | 1.6 | 872.50 | 20.00 | 892.50 |
| 1000304-00263, 5940-1 S MLK, 9/2012 | 967616 | 3.1 | 1,053.80 | 0.00 | 1,053.80 |
| 1000304-00264, 5948-3 S MLK, 9/2012 | 967617 | 4.6 | 1,502.00 | 188.50 | 1,690.50 |
| 1000304-00265, 12544 S Wallace, 9/2012 | 967618 | 4.5 | 1,552.40 | 6.50 | 1,558.90 |
| 1000304-00266, 12046 S. Edbrooke, 9/2012 | 967619 | 1.8 | 956.70 | 0.00 | 956.70 |
| 1000304-00267, Koenig & Strey, 9/2012 | 967620 | 2.7 | 1,061.10 | 0.00 | 1,061.10 |
| 1000304-00213, FHLB Indy, 9/2012 | 967591 | 7.2 | 4,212.00 | 0.00 | 4,212.00 |
| 1000304-00161, Franklin, 10/2012 | 971919 | .9 | 337.70 | 0.00 | 337.70 |
| 1000304-00219, FHLB Boston, 10/2012 | 972643 | 2.2 | 1,096.50 | 0.00 | 1,096.50 |
| 1000304-00220, FHLB Chgo, 10/2012 | 972646 | 3.5 | 1,742.70 | 0.00 | 1,742.70 |
| 1000304-00000, ResCap Bankr, 10/2012 | 972666 | 88.7 | 30,350.80 | 335.63 | 30,686.43 |
| 1000304-00174, Nora, 10/2012 | 972667 | 13.4 | 5,983.00 | 0.00 | 5,983.00 |
| 1000304-00178, Smith, 10/2012 | 972668 | 2.8 | 1,320.50 | 0.00 | 1,320.50 |
| 1000304-00179, Gardner, 10/2012 | 972669 | 3.2 | 1,541.80 | 0.00 | 1,541.80 |
| 1000304-00180, Pogosian, 10/2012 | 972670 | .8 | 321.70 | 37.00 | 358.70 |
| 1000304-00183, Aguilar, 10/2012 | 972672 | .1 | 31.70 | 0.00 | 31.70 |
| 1000304-11085, Sigler, 10/2012 | 972673 | 30.8 | 9,880.60 | 0.00 | 9,880.60 |
| 1000304-00192, Abucay, 10/2012 | 972675 | .6 | 274.80 | 0.00 | 274.80 |
| 1000304-00195, NCUA California, 10/2012 | 972676 | 1.0 | 496.10 | 0.00 | 496.10 |
| 1000304-00196, NCUA Kansas, 10/2012 | 972677 | 1.9 | 997.20 | 0.00 | 997.20 |
| 1000304-00197, Bates (Hawaii), 10/2012 | 972678 | .1 | 58.50 | 0.00 | 58.50 |

5

1963167v.2

| Case Name/LL File No./Month of Service | Inv No | Total Hours | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|---|
| 1000304-00203, Bates (DC), 10/2012 | 972679 | .1 | 58.50 | 0.00 | 58.50 |
| 1000304-00211, Kral, 10/2012 | 972680 | 15.9 | 7,588.10 | 0.00 | 7,588.10 |
| 1000304-00212, Vasquez, 10/2012 | 972681 | 2.8 | 934.20 | 0.00 | 934.20 |
| 1000304-00214, Jefferson, 10/2012 | 972682 | 9.4 | 3,222.90 | 0.00 | 3,222.90 |
| 1000304-00215, Matisi, 10/2012 | 972683 | 1.2 | 431.80 | 0.00 | 431.80 |
| 1000304-00222, Plymouth Co, IA, 10/2012 | 972684 | .1 | 58.50 | 0.00 | 58.50 |
| 1000304-00224, Bates (NJ), 10/2012 | 972685 | 1.2 | 648.00 | 0.00 | 648.00 |
| 1000304-00232, Dumas, 10/2012 | 972686 | 2.6 | 1,521.00 | 0.00 | 1,521.00 |
| 1000304-00233, Brown, 10/2012 | 972687 | .3 | 154.40 | 0.00 | 154.40 |
| 1000304-00236, Jackson Co, MO, 10/2012 | 972688 | .3 | 145.20 | 0.00 | 145.20 |
| 1000304-00238, Green Planet, 10/2012 | 972689 | .3 | 137.40 | 0.00 | 137.40 |
| 1000304-00278, 455 N Avers, 10/2012 | 972691 | 10.0 | 3,233.00 | 0.00 | 3,233.00 |
| 1000304-00280, 5027 W Huron, 10/2012 | 972692 | 3.9 | 1,241.10 | 0.00 | 1,241.10 |
| 1000304-00281, 1111 S Independence, 10/2012 | 972693 | 4.1 | 1,293.90 | 0.00 | 1,293.90 |
| 1000304-00282, 3719 W Grenshaw, 10/2012 | 972694 | 2.4 | 877.30 | 0.00 | 877.30 |
| 1000304-00247, Hernandez, 10/2012 | 972690 | .3 | 79.20 | 0.00 | 79.20 |
| 1000304-00248, Walker, 10/2012 | 972695 | 3.1 | 1,780.50 | 0.00 | 1,780.50 |
| 1000304-00251, Rubino, 10/2012 | 972696 | 9.3 | 4,080.90 | 26.35 | 4,107.25 |
| 1000304-00253, Garcia, 10/2012 | 972697 | 3.8 | 1,450.00 | 0.00 | 1,450.00 |
| 1000304-00217, Schwab, 10/2012 | 972671 | 1.0 | 521.50 | 0.00 | 521.50 |
| 1000304-00255, Green, 10/2012 | 972698 | 1.0 | 364.50 | 0.00 | 364.50 |
| 1000304-00256, 1323 S Millard, 10/2012 | 972699 | 4.6 | 1,547.70 | 0.00 | 1,547.70 |
| 1000304-00258, 4315 W Van Buren, 10/2012 | 972700 | 2.1 | 660.40 | 50.00 | 710.40 |
| 1000304-00261, Phillips, 10/2012 | 972701 | 13.1 | 6,046.90 | 0.00 | 6,046.90 |
| 1000304-00262, 953 N Drake, 10/2012 | 972702 | .2 | 82.30 | 9.00 | 91.30 |
| 1000304-00265, 12544 S Wallace, 10/2012 | 972703 | .3 | 175.50 | 0.00 | 175.50 |
| 1000304-00267, Koenig & Strey, 10/2012 | 972704 | 22.2 | 10,272.30 | 0.00 | 10,272.30 |
| 1000304-00268, Andreatos, 10/2012 | 972905 | 11.1 | 5,052.40 | 11.72 | 5,064.12 |
| 1000304-00270, 346 W 60th, 10/2012 | 972706 | 21.4 | 6,506.30 | 206.00 | 6,712.30 |
| 1000304-00271, 1637 S Kedvale, 10/2012 | 972707 | 4.7 | 1,944.40 | 206.00 | 2,150.40 |
| 1000304-00272, 1410 W 71st, 10/2012 | 972708 | 7.0 | 2,249.90 | 0.00 | 2,249.90 |
| 1000304-00273, 1863 S Komensky, 10/2012 | 972709 | 3.4 | 1,291.00 | 6.50 | 1,297.50 |
| 1000304-00274, 1417 E Marquette, 10/2012 | 972710 | 2.7 | 961.70 | 0.00 | 961.70 |
| 1000304-00275, 4812 Homerlee, 10/2012 | 972711 | 29.6 | 9,205.60 | 207.90 | 9,413.50 |

6

1963167v.2

| Case Name/LL File No./Month of Service | Inv No | Total Hours | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|---|
| 1000304-00276, 1330 State Street, 10/2012 | 972712 | 13.8 | 4,023.70 | 119.00 | 4,142.70 |
| 1000304-00279, 319 E Webster, 10/2012 | 972714 | 10.3 | 3,265.10 | 0.00 | 3,265.10 |
| 1000304-00188, 4836 W Superior, 10/2012 | 972735 | 3.6 | 1,250.00 | 0.00 | 1,250.00 |
| 1000304-00277, 5920 S Green, 10/2012 | 972358 | 17.8 | 5,715.20 | 0.00 | 5,715.20 |
| 1000304-00266, 12046 S Edbrooke, 10/2012 | 972351 | 2.0 | 659.50 | 0.00 | 659.50 |
| 1000304-00242, Talford, 10/2012 | 972313 | .7 | 217.90 | 0.00 | 217.90 |
| 1000304-00260, 4935 W Hubbard, 10/2012 | 972350 | 10.0 | 3,498.30 | 397.00 | 3,895.30 |
| 1000304-00257, 1747 N Linder, 10/2012 | 977636 | 10.7 | 2,984.20 | 0.00 | 2,984.20 |
| 1000304-00261, Phillips, 10/2012 | 977637 | 3.1 | 1,388.80 | 0.00 | 1,388.80 |
| 1000304-00261, Phillips, 11/2012 | 977638 | .9 | 380.30 | 0.00 | 380.30 |
| 1000304-00219, FHLB Boston, 11/2012 | 980269 | .4 | 208.60 | 0.00 | 208.60 |
| 1000304-00220, FHLB Chgo, 11/2012 | 980271 | 1.3 | 671.90 | 0.00 | 671.90 |
| 1000304-00000, ResCap Bankr, 11/2012 | 980294 | 6.1 | 3,568.50 | 233.86 | 3,802.36 |
| 1000304-00174, Nora, 11/2012 | 980295 | 27.1 | 10,907.60 | 0.00 | 10,907.60 |
| 1000304-00283, Lugo, 11/2012 | 980296 | 5.3 | 1,953.80 | 0.00 | 1,953.80 |
| 1000304-00178, Smith, 11/2012 | 980297 | .8 | 366.40 | 0.00 | 366.40 |
| 1000304-00179, Gardner, 11/2012 | 980298 | 1.0 | 483.40 | 0.00 | 483.40 |
| 1000304-00180, Pogosian, 11/2012 | 980299 | .6 | 267.40 | 0.00 | 267.40 |
| 1000304-00184, Bates (IN), 11/2012 | 980300 | .4 | 168.00 | 0.00 | 168.00 |
| 1000304-00185, Sigler, 11/2012 | 980301 | 4.9 | 1,825.10 | 0.00 | 1,825.10 |
| 1000304-00188, 4836 W Superior, 11/2012 | 980303 | 4.8 | 1,619.00 | 0.00 | 1,619.00 |
| 1000304-00196, NCUA Kansas, 11/2012 | 980304 | 3.8 | 1,969.00 | 0.00 | 1,969.00 |
| 1000304-00197, Bates (Hawaii), 11/2012 | 980305 | .4 | 234.00 | 0.00 | 234.00 |
| 1000304-00203, Bates (DC), 11/2012 | 980306 | .4 | 223.90 | 0.00 | 223.90 |
| 1000304-00211, Kral, 11/2012 | 980307 | 3.1 | 1,554.60 | 0.00 | 1,554.60 |
| 1000304-00212, Vasquez, 11/2012 | 980308 | .5 | 168.40 | 0.00 | 168.40 |
| 1000304-00214, Jefferson, 11/2012 | 980309 | .1 | 58.50 | 0.00 | 58.50 |
| 1000304-00215, Matisi, 11/2012 | 980310 | 5.9 | 2,194.40 | 0.00 | 2,194.40 |
| 1000304-00217, Schwab, 11/2012 | 980311 | 1.1 | 580.00 | 0.00 | 580.00 |
| 1000304-00222, Plymouth Co IA, 11/2012 | 980312 | .3 | 145.20 | 0.00 | 145.20 |
| 1000304-00223, Bates (VA), 11/2012 | 980313 | .4 | 234.00 | 0.00 | 234.00 |
| 1000304-00224, Bates (NJ), 11/2012 | 980314 | 1.5 | 810.00 | 0.00 | 810.00 |
| 1000304-00225, Clarke, 11/2012 | 980315 | .3 | 175.50 | 0.00 | 175.50 |
| 1000304-00229, Scott, 11/2012 | 980316 | .1 | 58.50 | 0.00 | 58.50 |

7

1963167v.2

| Case Name/LL File No./Month of Service | Inv No | Total Hours | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|---|
| 1000304-00232, Dumas, 11/2012 | 980317 | .6 | 351.00 | 0.00 | 351.00 |
| 1000304-00235, Jackson Co MO, 11/2012 | 980318 | .8 | 468.00 | 0.00 | 468.00 |
| 1000304-00242, Talford, 11/2012 | 980319 | .7 | 278.00 | 0.00 | 278.00 |
| 1000304-00246, Hairston, 11/2012 | 980320 | 3.1 | 1,588.30 | 0.00 | 1,588.30 |
| 1000304-00247, Hernandez, 11/2012 | 980321 | 4.1 | 1,403.40 | 0.00 | 1,403.40 |
| 1000304-00251, Rubino, 11/2012 | 980322 | 3.9 | 1,509.00 | 0.00 | 1,509.00 |
| 1000304-00252, Regan, 11/2012 | 980324 | 9.4 | 3,684.00 | 0.00 | 3,684.00 |
| 1000304-00253, Garcia, 11/2012 | 980325 | 2.6 | 686.40 | 0.00 | 686.40 |
| 1000304-00255, Green, 11/2012 | 980326 | 4.2 | 1,335.00 | 0.00 | 1,335.00 |
| 1000304-00256, 1323 S Millard, 11/2012 | 980327 | .1 | 29.50 | 0.00 | 29.50 |
| 1000304-00257, 1747 N Linder, 11/2012 | 980328 | 3.2 | 954.50 | 125.00 | 1,079.50 |
| 1000304-00259, 4717 S Bishop, 11/2012 | 980329 | .1 | 29.50 | 0.00 | 29.50 |
| 1000304-00260, 4935 W Hubbard, 11/2012 | 980330 | .7 | 179.60 | 0.00 | 179.60 |
| 1000304-00262, 953 N Drake, 11/2012 | 980333 | .5 | 234.50 | 0.00 | 234.50 |
| 1000304-00266, 12046 S Edbrooke, 11/2012 | 980334 | 5.9 | 1,797.80 | 0.00 | 1,797.80 |
| 1000304-00267, Koenig & Strey, 11/2012 | 980335 | 25.1 | 8,954.30 | 0.00 | 8,954.30 |
| 1000304-00268, Andreatos, 11/2012 | 980336 | 2.1 | 733.50 | 6.50 | 740.00 |
| 1000304-00270, 346 W 60th, 11/2012 | 980337 | 21.4 | 6,034.70 | 11.50 | 6,046.20 |
| 1000304-00271, 1637 S. Kedvale, 11/2012 | 980341 | .2 | 117.00 | 0.00 | 117.00 |
| 1000304-00272, 1410 W 71st, 11/2012 | 980342 | 3.5 | 1,036.80 | 14.00 | 1,050.80 |
| 1000304-00274, 1417 E Marquette, 11/2012 | 980343 | .5 | 147.50 | 24.00 | 171.50 |
| 1000304-00275, 4812 Homerlee, 11/2012 | 980344 | 5.9 | 2,014.90 | 14.48 | 2029.38 |
| 1000304-00276, 1330 State Street, 11/2012 | 980345 | 20.2 | 6,566.80 | 70.54 | 6,637.34 |
| 1000304-00277, 5920 S Green, 11/2012 | 980347 | 3.3 | 924.10 | 232.50 | 1,156.80 |
| 1000304-00279, 319 E Webster, 11/2012 | 980348 | 1.2 | 312.30 | 0.00 | 312.30 |
| 1000304-00280, 5027 W Huron, 11/2012 | 980350 | 2.7 | 795.60 | 14.00 | 809.60 |
| 1000304-00281, 1111 S Independence, 11/2012 | 980351 | 5.7 | 1,624.30 | 45.50 | 1,669.80 |
| 1000304-00282, 3719 W Grenshaw, 11/2012 | 980352 | 6.2 | 1,832.00 | 16.50 | 1,848.50 |
| 1000304-00284, 5121 S Union, 11/2012 | 980353 | 4.4 | 1,462.80 | 0.00 | 1,462.80 |
| 1000304-00285, 6032 S Lafayette, 11/2012 | 980354 | 3.5 | 1,257.30 | 0.00 | 1,257.30 |
| 1000304-00161, Franklin, 12/2012 | 982572 | 1.6 | 548.80 | 0.00 | 548.80 |
| 1000304-00178, Smith, 12/2012 | 983796 | .2 | 91.60 | 0.00 | 91.60 |
| 1000304-00179, Gardner, 12/2012 | 983797 | .2 | 91.60 | 0.00 | 91.60 |
| 1000304-00185, Sigler, 12/2012 | 983798 | .4 | 207.20 | 0.00 | 207.20 |

8

1963167v.2

| Case Name/LL File No./Month of Service | Inv No | Total Hours | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|---|
| 1000304-00188, 4836 W Superior, 12/2012 | 983800 | .9 | 259.80 | 0.00 | 259.80 |
| 1000304-00195, NCUA California, 12/2012 | 983801 | .6 | 312.90 | 0.00 | 312.90 |
| 1000304-00196, NCUA Kansas, 12/2012 | 983802 | .6 | 300.20 | 0.00 | 300.20 |
| 1000304-00211, Kral, 12/2012 | 983803 | .7 | 384.10 | 0.00 | 384.10 |
| 1000304-00215, Matisi, 12/2012 | 983804 | .3 | 154.40 | 0.00 | 154.40 |
| 1000304-00217, Schwab, 12/2012 | 983805 | 4.7 | 2,317.70 | 0.00 | 2,317.70 |
| 1000304-00222, Plymouth Co IA, 12/2012 | 983806 | .1 | 58.50 | 0.00 | 58.50 |
| 1000304-00224, Bates (NJ), 12/2012 | 983807 | .3 | 162.00 | 0.00 | 162.00 |
| 1000304-00229, Scott, 12/2012 | 983809 | .2 | 89.70 | 0.00 | 89.70 |
| 1000304-00232, Dumas, 12/2012 | 983810 | 2.1 | 1,228.50 | 0.00 | 1,228.50 |
| 1000304-00242, Talford, 12/2012 | 983811 | 1.2 | 455.20 | 0.00 | 455.20 |
| 1000304-00246, Hairston, 12/2012 | 983812 | .5 | 254.40 | 0.00 | 254.40 |
| 1000304-00247, Hernandez, 12/2012 | 983813 | 1.4 | 530.10 | 0.00 | 530.10 |
| 1000304-00251, Rubino, 12/2012 | 983814 | 4.8 | 1,633.80 | 0.00 | 1,633.80 |
| 1000304-00253, Garcia, 12/2012 | 983815 | .5 | 228.30 | 0.00 | 228.30 |
| 1000304-00255, Green, 12/2012 | 983816 | .3 | 175.50 | 0.00 | 175.50 |
| 1000304-00257, 1747 N Linder, 12/2012 | 983817 | 3.4 | 1,092.40 | 0.00 | 1,092.40 |
| 1000304-00260, 4935 W Hubbard, 12/2012 | 983818 | 1.8 | 475.20 | 6.00 | 481.20 |
| 1000304-00263, 5940-1 S MLK, 12/2012 | 983819 | 1.7 | 524.80 | 0.00 | 524.80 |
| 1000304-00264, 5948-3 S MLK, 12/2012 | 983820 | 2.3 | 881.50 | 0.00 | 881.50 |
| 1000304-00265, 12544 S Wallace, 12/2012 | 983821 | .1 | 26.40 | 0.00 | 26.40 |
| 1000304-00266, 12046 S Edbrooke, 12/2012 | 983822 | .2 | 59.00 | 0.00 | 59.00 |
| 1000304-00276, Koenig & Strey, 12/2012 | 983823 | 6.5 | 1,993.10 | 0.00 | 1,993.10 |
| 1000304-00270, 346 W 60th, 12/2012 | 983825 | 4.5 | 1,311.40 | 6.50 | 1,317.90 |
| 1000304-00275, 4812 Homerlee, 12/2012 | 983826 | 14.7 | 5,929.60 | 0.00 | 5,929.60 |
| 1000304-00276, 1330 State Street, 12/2012 | 983827 | 3.1 | 928.80 | 0.00 | 928.80 |
| 1000304-00277, 5920 S Green, 12/2012 | 983828 | .3 | 71.40 | 0.00 | 71.40 |
| 1000304-00219, FHLB Boston, 12/2012 | 983829 | .8 | 417.20 | 0.00 | 417.20 |
| 1000304-00283, Lugo, 12/2012 | 983830 | .4 | 131.00 | 0.00 | 131.00 |
| 1000304-00220, FHLB Chicago, 12/2012 | 983831 | 3.4 | 1,722.30 | 0.00 | 1,722.30 |
| 1000304-00285, 6032 S Lafayette, 12/2012 | 983832 | 1.7 | 455.00 | 39.00 | 494.00 |
| 1000304-00287, Anctil, 12/2012 | 983834 | 5.4 | 2,260.20 | 0.00 | 2,260.20 |
| 1000304-00288, Mays, 12/2012 | 983835 | 6.2 | 2,025.90 | 0.00 | 2,025.90 |
| 1000304-00289, Aribal, 12/2012 | 983836 | 5.0 | 2,518.60 | 0.00 | 2,581.60 |

1963167v.2

| Case Name/LL File No./Month of Service | Inv No | Total Hours | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|---|
| 1000304-00290, Singh, 12/2012 | 983837 | 5.1 | 2,690.70 | 0.00 | 2,690.70 |
| 1000304-00000, ResCap Bankr, 12/2012 | 983838 | 13.3 | 6,621.50 | 0.00 | 6,621.50 |
| 1000304-00284, 5121 S Union, 12/2012 | 983858 | 26.3 | 7,363.70 | 34.00 | 7,397.00 |
| 1000304-00286, Craig, 12/2012 | 983869 | 3.2 | 1,626.60 | 45.00 | 1,671.60 |
| 1000304-00212, Vasquez, 12/2012 | 983870 | 1.3 | 609.10 | 230.25 | 839.35 |
| 1000304-00252, Regan, 12/2012 | 983871 | 13.6 | 4,786.30 | 794.75 | 5,581.05 |
| 1000304-00280, 5027 W Huron, 12/2012 | 983872 | .4 | 176.00 | 206.00 | 382.00 |
| 1000304-00281, 1111 S Independence, 12/2012 | 983873 | 0.0 | 0.0 | 186.00 | 186.00 |
| 1000304-00282, 3719 W Grenshaw, 12/2012 | 983874 | 2.8 | 732.30 | 206.00 | 938.30 |
| **Totals** | | **922.3** | **$343,987.60** | **$4568.77** | |
| **Totals Including Amounts Satisfied by Retainer** | | **1,012** | **$374,352.00** | | |
| **Blended Hourly Rate** | | | **$369.91** | | |

## SUMMARY OF FEES REQUESTED BY PROJECT CODE

| **Project Category** | **Code** | **Hours Billed** | **Fees Generated** |
|---|---|---|---|
| Fact Investigation / Development | L110 | 49.6 | $14,583.00 |
| Analysis / Strategy | L120 | 433.7 | $175,421.50 |
| Document / File Management | L140 | 6.6 | $1,613.40 |
| Settlement / Non-Binding ADR | L160 | 10.6 | $3,873.50 |
| Other | L190 | 61.1 | $19,061.20 |
| Pleadings | L210 | 224.1 | $84,954.40 |
| Court Mandated Conferences | L230 | 58.3 | $17,753.20 |
| Dispositive Motions | L240 | 64 | $19,212.10 |
| Other Written Motions / Submissions | L250 | 11.1 | $4,199.40 |
| Written Discovery | L310 | 8.5 | $3,309.60 |
| Document Production | L320 | 59.5 | $23,772.20 |
| Other Discovery | L390 | 0.3 | $137.40 |
| Written Motions and Submissions | L430 | 7.5 | $2,645.20 |
| Trial and Hearing Attendance | L450 | 9.3 | $2,884.40 |
| Post-Trial Motions / Submissions | L460 | 1.4 | $532.00 |
| Appellate Motions/Submissions | L510 | 0.2 | $68.60 |
| Fee / Employment Applications | B160 | 7.3 | $1,927.20 |
| **Totals**[7] | | **1013.1** | **$375,948.30** |

---

[7] Due to an ongoing accounting reconciliation, these totals are 1.1 hours and $1,596.30 greater than the totals that Locke Lord is presenting in this Application.

10

1963167v.2

## EXPENSE SUMMARY

| EXPENSE CATEGORY | SERVICE PROVIDER (if applicable) | TOTAL EXPENSES |
|---|---|---|
| Court Fees | | $2,999.51 |
| Federal Express overnight mail | | $646.50 |
| Messenger Services | | $108.01 |
| Travel Expenses – Airfare | | $794.75 |
| | | |
| **Total:** | | $4,548.77 |

1963167v.2

LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile:  (312) 443-0336
Thomas J. Cunningham
J. Matthew Goodin

*Litigation Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*,[1] | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**SECOND INTERIM FEE APPLICATION OF LOCKE LORD LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012
AS LITIGATION COUNSEL FOR DEBTORS**

Locke Lord LLP  ("Locke Lord"), as litigation counsel to the Debtors, hereby submits its second interim fee application (the "Application"), which seeks compensation for services performed and reimbursement for expenses incurred by Locke Lord on behalf of the Debtors for the period from September 1, 2012 through December 31, 2012 (the "Compensation Period"). By this Application, and pursuant to sections 330 and 331 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), standing General Order M-447, the Order Under Bankruptcy Code Section 105(a), 327, and 330 and Bankruptcy Rule 2014 Authorizing Employment and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6].  As used herein, the term "Debtors" includes any such entities.

1

1963167v.2

Payment of Professionals Utilized in Ordinary Course of Business Nunc Pro Tunc to the Petition Date [Docket No. 799] (the "OCP Order"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 797] (the "Interim Compensation Procedures Order"), Locke Lord seeks (i) compensation in the amount of **$343,987.60** for the reasonable and necessary legal services Locke Lord rendered to Debtors during the Compensation Period, and (ii) reimbursement for the actual and necessary expenses that Locke Lord incurred in the amount of **$4,548.77** during the Compensation Period. In support hereof, Locke Lord respectfully states:

## I.
## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B). Venue of these cases and this Application is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This Application has been prepared by Locke Lord in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on January 29, 2013 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), and the Interim Compensation Procedures Order. Pursuant to the Local Guidelines, a certification regarding compliance with the same is attached hereto as Exhibit A.

3. The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code. The relief requested herein is also appropriate under the Interim Compensation Procedures Order entered by the Court in the above-captioned cases.

## II.
## BACKGROUND

4.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York (the "Court") commencing the above-captioned chapter 11 cases.

5.      The Debtors have continued in possession of their respective properties and have continued to operate and maintain their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      No trustee has been appointed in these cases. No party has filed a disclosure statement or a plan. On May 16, 2012, the United States Trustee for the Southern District of New York appointed an official committee of unsecured creditors (the "Committee").

7.      The Court entered the OCP Order on July 27, 2012. The OCP Order authorized the retention by the Debtors of Locke Lord (among other professionals; each, an "OCP"), in the ordinary course of business *nunc pro tunc* to the Petition Date, subject to Locke Lord's compliance with the OCP Procedures (as defined and outlined in the OCP Order). *See OCP Order*, ¶ 2. Locke Lord complied with the OCP Procedures, and its retention as an OCP was deemed approved on May 14, 2012.

8.      The OCP Order further provided that "[i]n the event an OCP reaches the OCP Case Limit (defined as $500,000 per OCP during the pendency of these Chapter 11 cases), the OCP will either file a retention application pursuant to section 327 of the Bankruptcy Code, or the Debtors shall seek to amend the OCP Case Limit." *See* OCP Order, ¶ 3(c).

1963167v.2

9.  Locke Lord exceeded the OCP Case Limit in September 2012.[2] To comply with the OCP Order, on January 3, 2013, the Debtors filed an application pursuant to section 327(e) of the Bankruptcy Code to retain Locke Lord as litigation counsel, *nunc pro tunc* to September 1, 2012 [Docket No. 2552]. The Court approved the retention application by entry of an Order on January 17, 2013 [Docket No. 2652].

### III.
### LOCKE LORD SERVICES DURING COMPENSATION PERIOD

10. During the Compensation Period, Locke Lord rendered services on behalf of the Debtors totaling **1,012** hours of professional time, for an average hourly rate of approximately **$369.91**. The total sum due to Locke Lord for professional services rendered on behalf of the Debtors during the Compensation Period is **$343,987.60**.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable considering: (a) the complexity of the underlying matters for which Locke Lord provides legal services; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code. *See, e.g.*, *In re Borders Group, Inc.*, 456 B.R. 195, 211 (Bankr. S.D.N.Y. 2011); *In re Mesa Air Group, Inc.*, 449 B.R. 441, 444 (Bankr. S.D.N.Y. 2011); *In re Moss*, 320 B.R. 143, 156-57 (Bankr. E.D. Mich. 2005); *In re Ray*, 314 B.R. 643, 662-63 (Bankr. M.D. Tenn. 2004).

12. These amounts were generated in the course of Locke Lord's representation of the Debtors in various capacities, including: (i) litigation counsel for national class actions relating to contested foreclosures; (ii) counsel for mortgage servicing litigation and related compliance

---

[2] The OCP Order allowed Locke Lord, as an OCP, to apply up to $50,000 of its retainer to each monthly postpetition invoice. *See* OCP Order, ¶ 3(d). Locke Lord exhausted its retainer with the application of $30,364.40 of its retainer to its September 2012 invoice.

4

1963167v.2

advice; and (iii) counsel for the coordination of responses to governmental inquiries and investigations. As of January 2013, the Debtors had retained Locke Lord in approximately 80 separate litigation matters, and the Debtors continue to retain Locke Lord as new matters arise during these Chapter 11 cases. During the Compensation Period, Locke Lord provided legal services in 79 of these matters.

13. Attached hereto as <u>Exhibit B</u> is Locke Lord's full and detailed statement for the Compensation Period setting forth: (a) a schedule listing the open matters in which Locke Lord provided the Debtors with legal services, as well as the fees generated and the expenses incurred by Locke Lord with respect to each matter; and (b) a detailed description of the services rendered by each Locke Lord attorney, stating the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services. Due to privilege and confidentiality, certain time entries have been redacted. The Debtors were provided with an unredacted copy of each invoice.

14. Each of these matters has its own unique demands. To provide a meaningful and accurate representation of the types of legal services performed by Locke Lord on behalf of the Debtors, each invoice in the attached <u>Exhibit B</u> contains a summary, broken down by ABA task code, of the services performed by Locke Lord in that particular matter. Additionally, the cover sheet submitted in conjunction with the Application contains a table that aggregates these task code totals across the 79 separate matters for which Locke Lord provided services during the Compensation Period.

## IV.
## **ACTUAL AND NECESSARY EXPENSES INCURRED BY LOCKE LORD**

15. Locke Lord customarily charges its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been

incurred except for representation of that particular client. Locke Lord charges its clients only the amount actually incurred by it in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, airfare, meals and lodging. In accordance with standing General Order M-447, all copying charges are billed at no more than $0.10 per page.

16. Locke Lord expended costs on behalf of the Debtors during the Compensation Period in the sum of **$4,548.77**. A detailed itemization and description of the disbursements made by Locke Lord on the Debtors' behalf during the Compensation Period is included in each of the invoices attached hereto as Exhibit B.

## V.
## REPRESENTATIONS AND CERTIFICATIONS

17. Although every effort has been made to include all fees and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Application due to delays caused by accounting during the Compensation Period. Locke Lord reserves the right to make further application to this Court for allowance of such fees and expenses not contained herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, standing General Order M-447, and the Interim Compensation Procedures Order.

18. Pursuant to standing General Order M-447, the undersigned hereby attests that: (a) he has read the Application; (b) to the best of his knowledge, information and belief formed after reasonable inquiry, the fees and expenses sough herein fall within the Amended Guidelines provided by standing General Order M-447, as well as the guidelines promulgated by the United States Trustee, except as specifically noted in the certification and described in the Application; (c) the fees and expenses sought herein are billed at rates and in accordance with practices

customarily employed by Locke Lord and generally accepted by the Locke Lord's clients; and

(d) Locke Lord does not make a profit on any expense for which it seeks reimbursement herein.

WHEREFORE, Locke Lord hereby requests the entry of an order substantially in the form attached hereto as <u>Exhibit B</u> allowing compensation in the amount of **$343,987.60** for the professional services rendered and the sum of **$4,548.77** for reimbursement of actual and necessary costs expended for the Debtors for the period from September 1, 2012 through December 31, 2012.

| | |
|---|---|
| Dated: March 14, 2013<br>New York, New York | */s/ Thomas J. Cunningham*<br><br>Thomas J. Cunningham<br>J. Matthew Goodin<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, Illinois  60606<br>Tel: (312) 443-0700<br>Fax: (312) 443-0336<br>tcunningham@lockelord.com<br>jmgoodin@lockelord.com |