# __EXHIBIT B__

# Litigation Code Set

Overview | Litigation Code Set | Sample Budget Format | Definitions | Background, Definitions, Principles, and Assumptions | Participants & Liaisons | Disclaimer & Copyright

**Litigation Code Set**
**L100 Case Assessment, Development and Administration**

  L110 Fact Investigation/Development
  L120 Analysis/Strategy
  L130 Experts/Consultants
  L140 Document/File Management
  L150 Budgeting
  L160 Settlement/Non-Binding ADR
  L190 Other Case Assessment, Development and Administration

**L200 Pre-Trial Pleadings and Motions**

  L210 Pleadings
  L220 Preliminary Injunctions/Provisional Remedies
  L230 Court Mandated Conferences
  L240 Dispositive Motions
  L250 Other Written Motions and Submissions
  L260 Class Action Certification and Notice

**L300 Discovery**

  L310 Written Discovery
  L320 Document Production
  L330 Depositions
  L340 Expert Discovery
  L350 Discovery Motions
  L390 Other Discovery

**L400 Trial Preparation and Trial**

  L410 Fact Witnesses
  L420 Expert Witnesses
  L430 Written Motions and Submissions
  L440 Other Trial Preparation and Support
  L450 Trial and Hearing Attendance
  L460 Post-Trial Motions and Submissions
  L470 Enforcement

**L500 Appeal**

  L510 Appellate Motions and Submissions
  L520 Appellate Briefs
  L530 Oral Argument



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

October 22, 2012
Invoice No.: 967285

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    $2,531.50

File Number:    1000304.00257
RE:    1747 North Linder, Chicago, IL (Hunt), #730463

Claim Number:        11506

Your File Number:        730463

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/10/12 | TJC | Emails re status of possible sale of property. | 0.20 |
| 09/10/12 | JCW | E-mails with F. Robinson regarding ████████ ████ | 0.20 |
| 09/17/12 | TJC | Email re upcoming status conference and determination of long term strategy for dealing with this property. | 0.10 |
| 09/17/12 | JCW | E-mail to GMAC Mortgage regarding ████████ ████████ | 0.10 |
| 09/18/12 | JCW | E-mails with GMAC Mortgage REO team regarding ████ ████ | 0.30 |
| 09/24/12 | TJC | Emails re status of effort to donate property and upcoming status conference and condition of property. | 0.10 |
| 09/24/12 | JCW | E-mails with GMAC Mortgage regarding ██████ | 0.20 |
| 09/24/12 | JCW | Telephone call with National Community Stabilization Trust regarding potential donation. | 0.30 |
| 09/25/12 | TJC | Emails re acceptance of property donation and documentation | 0.20 |

Ally Financial Inc.
File No.:  1000304.00257

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | of same. | |
| 09/25/12 | JCW | E-mails with GMAC Mortgage and National Community Stabilization Trust regarding documentation of donation transaction. | 0.30 |
| 09/25/12 | JCW | E-mails with GMAC Mortgage and National Community Stabilization Trust regarding transaction fee imposed by NCST. | 0.20 |
| 09/26/12 | TJC | Emails re upcoming administrative hearing and status of effort to donate property. | 0.30 |
| 09/26/12 | JCW | Prepare for 9/27 hearing. | 0.30 |
| 09/26/12 | JCW | E-mails with GMAC Mortgage regarding ██████ ███████████████████████████ | 0.60 |
| 09/26/12 | JCW | Create trial exhibit from photograph of cut weeds received from GMAC Mortgage. | 0.30 |
| 09/27/12 | TJC | Email from NCST re fee for donating property. | 0.10 |
| 09/27/12 | TJC | Review of report from today's administrative hearing. | 0.10 |
| 09/27/12 | JCW | Administrative hearing - GMAC Mortgage's liability for uncut weeds in April 2012. | 1.80 |
| 09/27/12 | JCW | E-mails with NCST regarding transaction/referral fee. | 0.30 |
| 09/27/12 | JCW | E-mail to K. Weiner regarding ███████████ | 0.10 |
| 09/27/12 | JCW | E-mail to GMAC Mortgage ██████████ | 0.20 |
| 09/27/12 | JCW | E-mails with GMAC Mortgage regarding ████████████████████ | 0.30 |
| 09/27/12 | JCW | Prepare for administrative hearing on GMAC Mortgage's liability for uncut weeds in April 2012. | 0.50 |
| 09/28/12 | TJC | NO CHARGE - Emails re status of transfer of property. | 0.10 |
| 09/28/12 | JCW | E-mails with J. Garner regarding ███████████ ████████ | 0.20 |
| 09/28/12 | JCW | E-mail to GMAC Mortgage ████████████ | 0.20 |
| | | **TOTAL HOURS** | **7.60** |

TOTAL FEES                                                    $2,590.00
Less  No Charge Entry                                          ($58.50)
**TOTAL ADJUSTED FEES**                                  **$2,531.50**

------------------------    BILLING PROFESSIONALS    ------------------------

Ally Financial Inc.
File No.:  1000304.00257

Invoice Date: October 22, 2012
Invoice No.:  967285
Page:  4

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.20 | 702.00 |
| J.C. Webb | Associate | 295.00 | 6.40 | 1,888.00 |
| **TIMEKEEPER TOTALS** | | | **7.60** | **$2,590.00** |
| **TOTAL BALANCE DUE** | | | | **$2,531.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

October 22, 2012
Invoice No.: 967286

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                        $1,042.00

File Number:   1000304.00214
RE:   Jefferson, Bakari v. GMAC Mortgage, 725137

**Your File Number:**        725137

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/02/12 | JLS | Work on motion to dismiss. | 0.10 |
| 09/17/12 | TJC | NO CHARGE - Email re notice of bankruptcy and motion to dismiss. | 0.10 |
| 09/17/12 | JLS | Conference with Ms. Kinney regarding ███████ | 0.10 |
| 09/17/12 | JLK | Revise motion to dismiss. | 1.30 |
| 09/17/12 | JLK | Draft correspondence to Ms. Stokes regarding ███████ ███████ | 0.30 |
| 09/28/12 | TJC | NO CHARGE - Emails re filing of notice of bankruptcy. | 0.10 |
| 09/28/12 | JLK | Revise motion to dismiss. | 0.80 |
| 09/28/12 | JLK | Evaluate exhibits in support of motion to dismiss. | 0.30 |
| 09/28/12 | JLK | Confer with Ms. Stokes regarding ███████ | 0.20 |
| 09/28/12 | JLK | Revise notice of suggestion of bankruptcy. | 0.20 |
| | | **TOTAL HOURS** | **3.50** |

TOTAL FEES                                        $1,159.00
Less No Charge Entries                            ($117.00)

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00214

Invoice Date: October 22, 2012
Invoice No.: 967286
Page: 3

## TOTAL ADJUSTED FEES                                         $1,042.00

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| J. L. Sanders | Partner | 374.00 | 0.20 | 74.80 |
| J. L. Kinney | Associate | 312.00 | 3.10 | 967.20 |
| **TIMEKEEPER TOTALS** | | | **3.50** | **$1,159.00** |
| **TOTAL BALANCE DUE** | | | | **$1,042.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

2200 Ross Avenue
Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Fax: (214) 740-8800
www.lockelord.com
Tax ID: 74-1164324

GMAC ResCap
Attn: Mr. David Hagens
One Meridian Crossings
Minneapolis, MN 55423

October 22, 2012
Invoice No.: 967291

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                              $377.30

File Number:   1000304.00161
RE:   Franklin, Tom vs. GMAC Mortgage, et al.

**Claim Number:**        11506

**Your File Number:**    702381

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/03/12 | JAB | Follow-up with P. Zellman re: ████████ | 0.10 |
| 09/04/12 | JAB | Exchange e-mails with P. Zellman re: ████████ | 0.10 |
| 09/05/12 | JAB | Investigate Rule 736 procedures and implications for foreclosure. | 0.20 |
| 09/05/12 | JAB | Exchange e-mails with P. Zellman re: ████████ | 0.10 |
| 09/05/12 | JAB | Confer with P. Hoefker re: ████████ | 0.20 |
| 09/05/12 | JAB | Update P. Zellman re: ████████ | 0.10 |
| 09/05/12 | JAB | Update T. Yoxall re: ████████ | 0.10 |
| 09/21/12 | TJC | NO CHARGE - Emails re whether a "re-breach" letter must be sent to Franklin. | 0.20 |

Ally Financial Inc.
File No.: 1000304.00161

Invoice Date: October 22, 2012
Invoice No.: 967291
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/21/12 | JAB | Exchange e-mails with P. Zellman re: ▮▮▮▮▮ | 0.10 |
| 09/21/12 | JAB | Exchange e-mails with P. Hoefker at Pite Duncan re: ▮▮▮▮▮ | 0.10 |
| | | **TOTAL HOURS** | **1.30** |

| | |
|---|---:|
| TOTAL FEES | $494.30 |
| Less No Charge Entry | ($117.00) |
| **TOTAL ADJUSTED FEES** | **$377.30** |

--------------------------- **BILLING PROFESSIONALS** ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| J. A. Brissette | Associate | 343.00 | 1.10 | 377.30 |
| **TIMEKEEPER TOTALS** | | | **1.30** | **$494.30** |

| | |
|---|---:|
| **TOTAL BALANCE DUE** | **$377.30** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T. G. Yoxall of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129, can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC ResCap
Attn: Sheila Gregory
One Meridian Crossings
Minneapolis, MN 55423

October 24, 2012
Invoice No.: 967578

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    $499.00

| | | |
|---|---|---|
| File Number: | 1000304.00167 | |
| RE: | Goodman, Carri vs. GMAC Mortgage | |

**Your File Number:**      697879

**Case Number:**      10 CH 264

**Court:**      Lake County, IL

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/05/12 | TJC | Review of letter received today from court threatening to DWP case if no action is taken. | 0.10 |
| 09/05/12 | TJC | Emails from/to Julie Webb re ████████████ | 0.20 |
| 09/05/12 | JCW | E-mails with Tom Cunningham regarding ████████ | 0.50 |
| 09/06/12 | TJC | Emails from Sheila Gregory and Julie Webb re ████████ | 0.20 |
| 09/06/12 | JCW | E-mails with GMAC Mortgage regarding ████████ | 0.20 |
| | | **TOTAL HOURS** | **1.20** |

**TOTAL FEES**                                    **$499.00**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00167

Invoice Date: October 24, 2012
Invoice No.: 967578
Page: 3

------------------------------     **BILLING PROFESSIONALS**     ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J.C. Webb | Associate | 295.00 | 0.70 | 206.50 |
| **TIMEKEEPER TOTALS** | | | **1.20** | **$499.00** |
| **TOTAL BALANCE DUE** | | | | **$499.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage Corporation
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967579

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012.                    $643.50

    File Number:  1000304.00174
         RE:  Nora v. GMAC Mortgage, #706615

**Your File Number:**        706615

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/07/12 | TJC | Emails from/to Manish Verma re ▮▮▮▮ ▮▮▮▮ | 0.20 |
| 09/24/12 | TJC | Emails from/to Natasha Campbell re ▮▮▮▮ | 0.20 |
| 09/25/12 | TJC | Emails from/to Natasha Campbell re ▮▮▮▮ | 0.20 |
| 09/30/12 | TJC | Review of order and opinion granting motion to dismiss on Rooker Feldman grounds. | 0.50 |
| | | **TOTAL HOURS** | **1.10** |
| | **TOTAL FEES** | | **$643.50** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| **TIMEKEEPER TOTALS** | | | **1.10** | **$643.50** |

Ally Financial Inc.
File No.:  1000304.00174

Invoice Date: October 24, 2012
Invoice No.:  967579
Page:  3

---

## TOTAL BALANCE DUE                                        $643.50

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

October 24, 2012
Invoice No.: 967580

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2012

$2,365.00

File Number:   1000304.00180
RE:   Pogosian, Khachik v. GMAC Mortgage, #702349

**Your File Number:**      702349

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/04/12 | TJC | Email from Kathy Priore re ███████████ ███████ | 0.10 |
| 09/04/12 | DAS | Correspondence re status of settlement. | 0.20 |
| 09/05/12 | DAS | Correspondence re status of settlement. | 0.20 |
| 09/10/12 | DAS | Correspondence re settlement and bankruptcy case status. | 0.20 |
| 09/11/12 | TJC | Emails from/to Regina McClendon and Dan Solitro re ████████████████████████ | 0.30 |
| 09/11/12 | TJC | Emails to/from Jennifer Scoliard and Kathy Priore re ████ | 0.30 |
| 09/11/12 | DAS | Correspondence re settlement and bankruptcy case status and call with opposing counsel. | 0.40 |
| 09/12/12 | DAS | Review case background and bankruptcy filings. | 0.30 |
| 09/14/12 | TJC | Emails from/to Jennifer Scoliard re ████████████ | 0.10 |
| 09/14/12 | TJC | Emails to/from Dan Solitro and Regina McClendon re ███████ ████████ | 0.20 |

Ally Financial Inc.
File No.:  1000304.00180

Invoice Date: October 24, 2012
Invoice No.:  967580
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/14/12 | DAS | Correspondence with opposing counsel; draft stipulation to continue hearing; correspondence with client. | 0.90 |
| 09/18/12 | DAS | Call with opposing counsel; draft and file stipulation to continue case management conference; correspondence with client. | 1.10 |
| 09/20/12 | DAS | Correspondence re settlement. | 0.20 |
| 09/24/12 | TJC | Emails re status of settlement. | 0.10 |
| 09/24/12 | DAS | Drat letter to opposing counsel; draft and file dismissal; correspondence with client re case status. | 0.50 |
| 09/27/12 | DAS | Call with court clerk; draft stipulation to transfer interest in claims to title company; call with defendants' counsel. | 0.50 |
| | | **TOTAL HOURS** | **5.60** |

| | **TOTAL FEES** | **$2,335.50** |
|---|---|---|

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| D. A. Solitro | Associate | 376.00 | 4.50 | 1,692.00 |
| **TIMEKEEPER TOTALS** | | | **5.60** | **$2,335.50** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 09/19/12 | Litigation Support Vendors - Court filing - joint stipulation to continue 8/16/12 case management conference, proposed order and filing fee w/LASC-Central. | 29.50 |
| | TOTAL EXPENSES | $29.50 |

| TOTAL FEES | $2,335.50 |
|---|---|
| TOTAL EXPENSES | $29.50 |
| TOTAL FEES AND EXPENSES | $2,365.00 |
| **TOTAL BALANCE DUE** | **$2,365.00** |

**PLEASE REMIT PAYMENT:**



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967581

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                     $2,040.60

File Number:    1000304.00183
RE:    Aguilar, Maria v. GMAC Mortgage, #713953

**Your File Number:**        713953

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/05/12 | TJC | Review of motion to transfer case from bankruptcy call back to regular calendar call and for permission to proceed against non-debtor entities. | 0.20 |
| 09/05/12 | TJC | Conference and emails with D. Sargent re ████████████ ████████████████████ | 0.20 |
| 09/05/12 | TJC | Email to Kathy Priore re ████████████████████████ ██████████████████████████ | 0.20 |
| 09/05/12 | DRS | Review calendar appointment regarding hearing on miscellaneous motion set for hearing on 09/10; review docket regarding same; voicemail and e-mail with opposing counsel regarding motion to remove case from bankruptcy stay calendar. | 0.80 |
| 09/06/12 | TJC | Emails from/to Kathy Priore re ████████████ | 0.20 |
| 09/06/12 | TJC | Conference with D. Sargent re ████████████████ | 0.20 |
| 09/06/12 | DRS | E-mails with client regarding ████████████████████ ███████████ e-mails with opposing counsel regarding same and need to serve GMACM with pleadings/papers filed. | 0.20 |

Ally Financial Inc.
File No.: 1000304.00183

Invoice Date: October 24, 2012
Invoice No.: 967581
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/10/12 | TJC | Conference with Doug Sargent re ███████ | 0.30 |
| 09/10/12 | DRS | Prepare for and attend hearing on motion to remove case from bankrtupcy stay calendar. | 2.20 |
| 09/11/12 | TJC | Review of order entered yesterday. | 0.10 |
| 09/11/12 | TJC | Email to Kathy Priore re ███████ | 0.10 |
| 09/11/12 | TJC | Emails from/to Kathy Priore re ███████ | 0.20 |
| 09/11/12 | DRS | E-mails with client regarding ███████ | 0.10 |
| | | **TOTAL HOURS** | **5.00** |

**TOTAL FEES**                                       **$2,040.60**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.70 | 994.50 |
| D.R. Sargent | Associate | 317.00 | 3.30 | 1,046.10 |
| **TIMEKEEPER TOTALS** | | | **5.00** | **$2,040.60** |

**TOTAL BALANCE DUE**                                **$2,040.60**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

October 24, 2012
Invoice No.: 967582

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2012

<u>$129.35</u>

File Number:   1000304.00187
RE:   Hall, Martin v. GMAC Mortgage, #715806

**Your File Number:**      715806

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/12 | JCW | Review check received from Hall. | 0.10 |
| 09/06/12 | JCW | Prepare letter to GMAC Mortgage ███████ | 0.20 |
| 09/06/12 | JCW | E-mail to GMAC Mortgage regarding ███████ | 0.10 |
| | | **TOTAL HOURS** | **0.40** |

**TOTAL FEES**                                          **$118.00**

------------------------ BILLING PROFESSIONALS ------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.C. Webb | Associate | 295.00 | 0.40 | 118.00 |
| **TIMEKEEPER TOTALS** | | | **0.40** | **$118.00** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00187

Invoice Date: October 24, 2012
Invoice No.:  967582
Page:  3

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 11.35 |
| | TOTAL EXPENSES | $11.35 |

| | | |
|---|---|---|
| TOTAL FEES | | $118.00 |
| TOTAL EXPENSES | | $11.35 |
| TOTAL FEES AND EXPENSES | | $129.35 |
| **TOTAL BALANCE DUE** | | **$129.35** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Shiela Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

October 24, 2012
Invoice No.: 967584

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2012

$2,874.80

File Number:   1000304.00188
RE:   4836 W. Superior, Chicago, IL (Fort), #715591

**Your File Number:**    715591

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/04/12 | JCW | E-mails with GMAC Mortgage regarding ██████████ | 0.30 |
| 09/14/12 | TJC | E-mails to and from and conference with Julie Webb re ████████ | 0.20 |
| 09/14/12 | JCW | Analyze City of Chicago's Reply in Support of Motion to Strike. | 0.40 |
| 09/14/12 | JCW | E-mail to GMAC Mortgage ████████ | 0.20 |
| 09/17/12 | TJC | Review of order granting GMACM's motion for summary judgment and email follow up re same. | 0.30 |
| 09/17/12 | TJC | Consideration of handling upcoming administrative hearings in relation to same property. | 0.30 |
| 09/17/12 | JCW | Prepare outline for argument on GMAC Mortgage's Motion for Summary Judgment and City's Motion to Dismiss Affirmative Defenses and Counterclaims. | 2.80 |
| 09/17/12 | JCW | Attend hearing on GMAC Mortgage's Motion for Summary Judgment and City's Motion to Dismiss Affirmative Defenses and Counterclaims. | 2.00 |

Ally Financial Inc.
File No.: 1000304.00188

Invoice Date: October 24, 2012
Invoice No.: 967584
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/17/12 | JCW | E-mails with GMAC Mortgage regarding ███████ ████ | 0.30 |
| 09/17/12 | JCW | Conference with Tiffany Till regarding ███████ ████ | 0.20 |
| 09/18/12 | TBT | Coordinate recordation of Notice of Order Regarding Ownership. | 0.40 |
| 09/19/12 | JCW | Prepare Notice of Order Regarding Ownership so 9/17 order can be recorded; e-mails with Tom Cunningham regarding ████ | 0.80 |
| 09/20/12 | TJC | Review of recorded order confirming that GMAC has no interest in the subject property. | 0.10 |
| 09/20/12 | JCW | Review recorded notice of order regarding ownership; circulate to GMAC Mortgage. | 0.30 |
| 09/20/12 | TBT | Receive, upload, and circulate recorded Notice of Order Regarding Ownership to litigation team. | 0.20 |
| | | **TOTAL HOURS** | **8.80** |
| | | **TOTAL FEES** | **$2,822.80** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.90 | 526.50 |
| J.C. Webb | Associate | 295.00 | 7.30 | 2,153.50 |
| T. B. Till | Paralegal | 238.00 | 0.60 | 142.80 |
| **TIMEKEEPER TOTALS** | | | **8.80** | **$2,822.80** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 09/26/12 | Cook County Recorder of Deeds - Record order re ownership. | 52.00 |
| | TOTAL EXPENSES | $52.00 |

| | |
|---|---|
| TOTAL FEES | $2,822.80 |
| TOTAL EXPENSES | $52.00 |

Ally Financial Inc.
File No.: 1000304.00188

Invoice Date: October 24, 2012
Invoice No.: 967584
Page: 4

TOTAL FEES AND EXPENSES                                    $2,874.80

**TOTAL BALANCE DUE**                                      **$2,874.80**

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967585

Total amount due for the legal services rendered in connection with the referenced matter through September 30, 2012          <u>$905.60</u>

> File Number:    1000304.00195
> RE:    NCUA v. GMAC Mortgage (California), #718805

|  |  |
|---|---|
| **Loan Number:** | 718805 |
| **Your File Number:** | 718805 |
| **Case Number:** | LACV11-6521 |
| **Court:** | USDC, Cent Dist, CA |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/12 | TJC | Review of order on defendants' motion to dismiss received today. | 0.50 |
| 09/06/12 | JMG | Review ECF notice and order re pending motions to dismiss. | 0.30 |
| 09/06/12 | JMG | Emails to W. Thompson and P. Zellmann re ████████ ██████ | 0.20 |
| 09/11/12 | TJC | Review of ECF re plaintiffs' submission of minute order. | 0.10 |
| 09/12/12 | TJC | Review of ECF notices received today. | 0.10 |
| 09/19/12 | TJC | Review of order received today setting deadline for amended complaint. | 0.10 |
| 09/19/12 | TJC | Review of ECF notice re plaintiffs and defendants positions regarding proposed order on defendants motions to dismiss and e-mails between and among joint defense counsel re | 0.20 |

Ally Financial Inc.
File No.: 1000304.00195

Invoice Date: October 24, 2012
Invoice No.: 967585
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | same. | |
| 09/19/12 | JMG | Monitor and review relevant ECF notices and filings. | 0.20 |
| | | **TOTAL HOURS** | **1.70** |
| | | **TOTAL FEES** | **$905.60** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.00 | 585.00 |
| J. M. Goodin | Partner | 458.00 | 0.70 | 320.60 |
| **TIMEKEEPER TOTALS** | | | **1.70** | **$905.60** |

**TOTAL BALANCE DUE**      **$905.60**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967586

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    <u>$997.20</u>

File Number:    1000304.00196
RE:    NCUA v. GMAC Mortgage (Kansas), #714943

| Loan Number: | 714943 |
|---|---|
| Your File Number: | 714943 |
| Case Number: | 11-CV-2340 RDR |
| Court: | USDC, Dist of Kansas |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/07/12 | TJC | Review of ECF notice received today regarding reply in support of motion to certify interlocutory appeal. | 0.10 |
| 09/10/12 | TJC | Review of ECF notices received today. | 0.10 |
| 09/19/12 | TJC | Review of order received today certifying issues for interlocutory appeal related to extender statute and follow up emails regarding same. | 0.40 |
| 09/19/12 | JMG | Review ECF notice and order certifying extender statute issue for direct appeal and email to W. Thompson and P. Zellmann advising of ▮▮▮▮. | 0.50 |
| 09/21/12 | TJC | Review of ECF notices received today. | 0.10 |
| 09/25/12 | TJC | Review of ECF notices received today. | 0.10 |
| 09/25/12 | JMG | Monitor and review ECF notices re docket activity. | 0.10 |

Ally Financial Inc.
File No.:  1000304.00196

Invoice Date: October 24, 2012
Invoice No.:  967586
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/28/12 | TJC | Email from joint defense counsel to 10th Circuit clerk re petition for leave to take interlocutory appeal. | 0.10 |
| 09/28/12 | TJC | Review of ECF notice. | 0.10 |
| 09/28/12 | JMG | Monitor and review ECF notices and docket activity. | 0.30 |
| | | **TOTAL HOURS** | **1.90** |

**TOTAL FEES**                                                                  **$997.20**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.00 | 585.00 |
| J. M. Goodin | Partner | 458.00 | 0.90 | 412.20 |
| **TIMEKEEPER TOTALS** | | | **1.90** | **$997.20** |

**TOTAL BALANCE DUE**                                                           **$997.20**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

October 24, 2012
Invoice No.: 967588

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2012

$9,234.36

File Number:   1000304.00211
RE:   Kral, Kenneth v. GMAC Mortgage, 725078

**Your File Number:**       725078

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/12 | TJC | Review and analysis of plaintiffs' opposition to GMACM's motion for leave to file a motion to modify stay and consideration of arguments for reply. | 0.50 |
| 09/06/12 | TJC | Emails re debtor's response in opposition to GMACM's motion for leave to file motion to modify stay. | 0.20 |
| 09/06/12 | JMG | Review, analysis of Kral's response to motion for leave to file motion for relief from stay and related emails. | 0.30 |
| 09/06/12 | RJM | Analyze Kral's opposition to motion for leave to file second motion for relief from stay. | 0.80 |
| 09/06/12 | RJM | Correspondence with Don Booth re ███████ ██████ | 0.30 |
| 09/07/12 | SSD | Review and analyze objection to motion for leave to file motion for relief from stay. | 0.80 |
| 09/07/12 | SSD | Multiple correspondence re: reply in support of motion for leave to file motion for relief from stay. | 0.40 |
| 09/07/12 | SSD | Draft reply in support of motion for leave to file motion for relief from stay. | 3.20 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: October 24, 2012
Invoice No.: 967588
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/10/12 | TJC | Emails re draft reply in support of motion to leave to file motion to modify stay. | 0.20 |
| 09/10/12 | JMG | Review draft reply in support of motion for leave to seek relief from stay and emails re same. | 0.30 |
| 09/10/12 | SSD | Review and revise reply in support of motion for leave to file second motion for relief from stay; multiple correspondence with R. McClendon re: ▮▮▮ file reply in support of motion for relief. | 1.10 |
| 09/10/12 | RJM | Correspondence with Don Booth re draft reply brief. | 0.20 |
| 09/14/12 | JMG | Various e-mails from/to D. Booth and litigation team re: ▮▮▮▮ | 0.50 |
| 09/14/12 | SSD | Correspondence with R. McClendon re: ▮▮▮▮ | 0.20 |
| 09/14/12 | RJM | Correspondence with Don Booth re ▮▮▮▮ | 0.20 |
| 09/14/12 | RJM | Analysis of validity of motion for leave to file motion for relief from stay if service transfer occurs. | 0.50 |
| 09/16/12 | RJM | Correspondence with Don Booth re ▮▮▮▮ | 0.30 |
| 09/17/12 | JMG | Various emails from/to litigation team and D. Booth re ▮▮▮▮ | 0.40 |
| 09/17/12 | JMG | Telephone conference with D. Booth and follow up emails re ▮▮▮ | 0.20 |
| 09/17/12 | SSD | Multiple correspondence re: transfer of note to new servicer and impact on hearing on motion for leave to file motion for relief from stay. | 0.50 |
| 09/17/12 | RJM | Analysis of strategy regarding bankruptcy court motion following servicing transfer. | 0.40 |
| 09/18/12 | JMG | Emails re 9/19 hearing and telephone conference with D. Booth re ▮▮▮ | 0.20 |
| 09/19/12 | TJC | Review of report from today's hearing on motion for leave to file motion to modify stay and review of proposed draft order and follow up e-mails re same. | 0.30 |
| 09/19/12 | JMG | Review email summarizing outcome of 9/19 hearing and follow up emails re same. | 0.30 |
| 09/19/12 | SSD | Prepare for and attend hearing on motion for leave to file second motion for relief from stay. | 3.70 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: October 24, 2012
Invoice No.: 967588
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/19/12 | SSD | Correspondence with Don Booth re: ███████████ | 0.40 |
| 09/19/12 | SSD | Draft proposed order granting motion for leave to file second motion for relief from stay. | 0.60 |
| 09/20/12 | SSD | Lodge proposed order granting motion for leave to file second motion for relief from stay. | 0.20 |
| 09/20/12 | SSD | Review and analyze certificate of service for adequacy in connection with proposed order granting motion for leave to file the second motion for relief from stay. | 0.20 |
| 09/24/12 | TJC | Review of motion for relief from stay filed by Kral in the GMACM bankruptcy case. | 0.30 |
| 09/24/12 | TJC | Emails to/from Don Booth and Jennifer Scoliard re ███████ | 0.20 |
| 09/24/12 | TJC | Email from Regina McClendon re ███████ | 0.10 |
| 09/24/12 | JMG | Review email re and final order granting leave to seek relief from stay in Kral bankruptcy proceeding. | 0.20 |
| 09/24/12 | JMG | Review, analysis of motion for relief from stay and supporting memorandum ResCap bankruptcy proceeding and various emails re same. | 1.20 |
| 09/24/12 | SSD | Review and analyze entered order granting leave to file the second motion for relief from stay. | 0.20 |
| 09/24/12 | SSD | Correspondence with Don Booth re: ███████ | 0.20 |
| 09/25/12 | TJC | Emails from/to Jennifer Scoliard and Don Booth re ███████ | 0.20 |
| 09/25/12 | TJC | Emails to/from Regina McClendon re ███████ | 0.20 |
| 09/25/12 | TJC | Emails from/to Jennifer Scoliard re ███████ | 0.10 |
| 09/25/12 | RJM | Analysis of plaintiffs' motion for relief from stay. | 0.60 |
| | | **TOTAL HOURS** | **20.90** |

**TOTAL FEES**                                                        **$9,182.70**

------------------------------    BILLING PROFESSIONALS    ------------------------------

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: October 24, 2012
Invoice No.: 967588
Page: 5

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 2.30 | 1,345.50 |
| J. M. Goodin | Partner | 458.00 | 3.60 | 1,648.80 |
| S. S. Delrahim | Associate | 380.00 | 11.70 | 4,446.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 3.30 | 1,742.40 |
| **TIMEKEEPER TOTALS** | | | **20.90** | **$9,182.70** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 51.66 |
| | TOTAL EXPENSES | $51.66 |

| | |
|---|---|
| TOTAL FEES | $9,182.70 |
| TOTAL EXPENSES | $51.66 |
| TOTAL FEES AND EXPENSES | $9,234.36 |
| **TOTAL BALANCE DUE** | **$9,234.36** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967589

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2012                                                                    $1,503.46

File Number:   1000304.00212
RE:   Vasquez, David v. GMAC Mortgage, LLC

**Your File Number:**        725258

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/04/12 | JLK | Confer with Plaintiff's counsel regarding Plaintiff's efforts to lift stay in bankruptcy matter; confer regarding extension of deadline to respond to written discovery. | 0.30 |
| 09/05/12 | JLS | Conference with Ms. Kinney regarding ███████ | 0.10 |
| 09/05/12 | JLK | Draft summary of analysis regarding removal of case to federal court. | 0.50 |
| 09/05/12 | JLK | Evaluate scheduling order. | 0.20 |
| 09/18/12 | TJC | Review of email setting forth recommendation that we remove this case to federal court based on "related to" jurisdiction of bankruptcy court. | 0.10 |
| 09/18/12 | JLS | Review and revise memorandum regarding removal. | 0.40 |
| 09/18/12 | JLK | Confer with Plaintiff's counsel regarding discovery requests. | 0.20 |
| 09/18/12 | JLK | Revise objections and responses to requests for production. | 0.60 |
| 09/18/12 | JLK | Confer with Ms. Stokes and Ms. Albright regarding ████████ | 0.60 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00212

Invoice Date: October 24, 2012
Invoice No.:  967589
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/19/12 | TJC | Emails from/to Page Stokes and Jennifer Scoliard re ██████ | 0.30 |
| 09/19/12 | JLK | Confer with Plaintiff's counsel regarding responses to Plaintiff's requests for production. | 0.20 |
| 09/24/12 | TJC | Email re summary of issues pertaining to removal and background of case. | 0.10 |
| 09/24/12 | JLK | Call with Ms. Scoliard regarding ██████ | 0.20 |
| 09/24/12 | JLK | Draft correspondence to Ms. Scoliard and Ms. Stokes ██████ | 0.40 |
| | | **TOTAL HOURS** | **4.20** |

**TOTAL FEES**     **$1,477.90**

------------------------------   BILLING PROFESSIONALS   ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J. L. Sanders | Partner | 374.00 | 0.50 | 187.00 |
| J. L. Kinney | Associate | 312.00 | 3.20 | 998.40 |
| **TIMEKEEPER TOTALS** | | | **4.20** | **$1,477.90** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 08/16/12 | Case File Xpress - Filing Fees | 25.56 |
| | TOTAL EXPENSES | $25.56 |

| | |
|---|---|
| TOTAL FEES | $1,477.90 |
| TOTAL EXPENSES | $25.56 |
| TOTAL FEES AND EXPENSES | $1,503.46 |
| **TOTAL BALANCE DUE** | **$1,503.46** |

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|--------------|--------------|-----------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

October 24, 2012
Invoice No.: 967592

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    $1,101.50

 File Number: 1000304.00217
 RE: Charles Schwab v. Residential, 701759

**Your File Number:**  701759

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/04/12 | JMG | Monitor and review relevant joint defense e-mails. | 0.30 |
| 09/05/12 | TJC | E-mails between and among joint defense counsel re ████████ | 0.20 |
| 09/05/12 | JMG | Monitor, review relevant joint defense emails. | 0.20 |
| 09/06/12 | TJC | Emails between and among joint defense counsel re ████████ | 0.20 |
| 09/10/12 | TJC | Emails re plaintiffs' revisions to draft protective order. | 0.10 |
| 09/20/12 | TJC | E-mails between and among joint defense counsel re ████████ | 0.20 |
| 09/25/12 | TJC | Emails between and among joint defense counsel re ████████ | 0.10 |
| 09/25/12 | JMG | Monitor and review ECF notices re docket activity. | 0.20 |
| 09/26/12 | TJC | Emails between and among joint defense counsel re ████████ | 0.10 |
| 09/27/12 | TJC | Emails between and among joint defense counsel re ████████ | 0.10 |

Ally Financial Inc.
File No.: 1000304.00217

Invoice Date: October 24, 2012
Invoice No.: 967592
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/28/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 09/28/12 | JMG | Monitor and review ECF notices and docket activity. | 0.30 |
| | | **TOTAL HOURS** | **2.10** |

**TOTAL FEES**      **$1,101.50**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| J. M. Goodin | Partner | 458.00 | 1.00 | 458.00 |
| **TIMEKEEPER TOTALS** | | | **2.10** | **$1,101.50** |

**TOTAL BALANCE DUE**      **$1,101.50**

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|--------------|--------------|-----------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967593

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    $270.00

    File Number:   1000304.00224
           RE:   Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

**Your File Number:**        725793

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/10/12 | JNF | Prepare, edit and finalize notice of bankruptcy. | 0.30 |
| 09/11/12 | JNF | Analyze court notice re filing of suggestion of bankruptcy. | 0.20 |
| | | **TOTAL HOURS** | **0.50** |
| | **TOTAL FEES** | | **$270.00** |

-------------------------    BILLING PROFESSIONALS    -------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.N Froehlich | Partner | 540.00 | 0.50 | 270.00 |
| **TIMEKEEPER TOTALS** | | | **0.50** | **$270.00** |
| **TOTAL BALANCE DUE** | | | | **$270.00** |

**PLEASE REMIT PAYMENT:**

Via US Mail:                    Via Courier:                    Via Wire:

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Hong Kong ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967594

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                               $750.90

File Number:   1000304.00229
RE:   Scott, Robert and Susan v. GMAC Mortgage, 726948

**Your File Number:**       726948

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/18/12 | TJC | Emails re status of case given that court has stayed the entire case. | 0.40 |
| 09/18/12 | TJC | Analysis of whether we can or should proceed with foreclosure in light of status and emails re same. | 0.50 |
| 09/18/12 | JLS | Work on case strategy regarding foreclosure. | 0.60 |
| | | **TOTAL HOURS** | **1.50** |
| | **TOTAL FEES** | | **$750.90** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.90 | 526.50 |
| J. L. Sanders | Partner | 374.00 | 0.60 | 224.40 |
| **TIMEKEEPER TOTALS** | | | **1.50** | **$750.90** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00229

Invoice Date: October 24, 2012
Invoice No.: 967594
Page: 3

## TOTAL BALANCE DUE                                   $750.90

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967595

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    $351.00

File Number:   1000304.00232
RE:   Dumas, Eugene v. GMAC Mortgage, 727332

**Your File Number:**          727332

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/21/12 | TJC | Emails from/to Beth Yanci re ███████████ ███████ | 0.20 |
| 09/21/12 | TJC | Email to borrowers' counsel re denial of request for loan modification. | 0.10 |
| 09/26/12 | TJC | Emails from/to Josef Culik re denial of Charest request for loan modification. | 0.30 |
| | | **TOTAL HOURS** | **0.60** |
| | | **TOTAL FEES** | **$351.00** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.60 | 351.00 |
| **TIMEKEEPER TOTALS** | | | **0.60** | **$351.00** |
| **TOTAL BALANCE DUE** | | | | **$351.00** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Hong Kong ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ally Financial Inc.
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967596

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    <u>$58.50</u>

File Number:   1000304.00236
RE:   Jackson County, MO, Recording Fee Litigation, 727570

**Claim Number:**        11506

**Your File Number:**    727570

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/10/12 | TJC | Review of ECF notice received today. | 0.10 |
| | | **TOTAL HOURS** | **0.10** |
| | **TOTAL FEES** | | **$58.50** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| **TIMEKEEPER TOTALS** | | | **0.10** | **$58.50** |
| **TOTAL BALANCE DUE** | | | | **$58.50** |

**PLEASE REMIT PAYMENT:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967597

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    $144.70

    File Number:   1000304.00242
    RE:   Talford v. GMAC Mortgage, LLC, 728481

**Your File Number:**        728481

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/20/12 | TJC | Email re update on motion to dismiss and plaintiff's failure to respond. | 0.10 |
| 09/20/12 | JLS | Conference with Mr. Wolber regarding ███████ | 0.10 |
| 09/20/12 | KMW | Email to J. Hoy regarding ██████████████ | 0.20 |
| | | **TOTAL HOURS** | **0.40** |
| | **TOTAL FEES** | | **$144.70** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| J. L. Sanders | Partner | 374.00 | 0.10 | 37.40 |
| K. M. Wolber | Associate | 244.00 | 0.20 | 48.80 |
| **TIMEKEEPER TOTALS** | | | **0.40** | **$144.70** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00242

Invoice Date: October 24, 2012
Invoice No.: 967597
Page: 3

## TOTAL BALANCE DUE $144.70

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ally Financial
Attn: Mr. Don Booth
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

October 24, 2012
Invoice No.: 967598

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                   $704.20

File Number:   1000304.00246
RE:   Hairston v. Residential Capital, LLC, et al.

Claim Number:        11506

Your File Number:    728660

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/11/12 | JMG | Review e-mail re: contact from borrower and follow-up w/ plaintiffs' counsel. | 0.20 |
| 09/11/12 | RJM | Analysis of plaintiff's voice mail message re upcoming foreclosure sale. | 0.30 |
| 09/11/12 | RJM | Correspondence with Don Booth re ██████████ ██████████ | 0.20 |
| 09/11/12 | RJM | Correspondence with Rebecca Salaeo re ██████████ ██████████ | 0.20 |
| 09/12/12 | JMG | E-mails to/from D. Booth re: ██████████ ██████████ | 0.30 |
| 09/12/12 | RJM | Correspondence with Don Booth re ██████████ ██████████ | 0.20 |
| | | **TOTAL HOURS** | **1.40** |
| | | **TOTAL FEES** | **$704.20** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00246

Invoice Date: October 24, 2012
Invoice No.: 967598
Page: 3

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| J. M. Goodin | Partner | 458.00 | 0.50 | 229.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 0.90 | 475.20 |
| **TIMEKEEPER TOTALS** | | | **1.40** | **$704.20** |
| **TOTAL BALANCE DUE** | | | | **$704.20** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC ResCap
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967599

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                           $4,198.30

File Number:   1000304.00247
RE:   Hernandez, Javier and Mariana v. GMAC Mortgage, LLC

Claim Number:        11506

Your File Number:    728939

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/05/12 | TJC | E-mails from and to David Standa re ████████ ████████████████████████████████ | 0.20 |
| 09/05/12 | DFS | Review form letter and final modification of stay order from bankruptcy proceeding. | 0.10 |
| 09/06/12 | DFS | Draft letter to opposing counsel regarding bankruptcy stay order. | 0.50 |
| 09/07/12 | DFS | File notice of bankruptcy filing with foreclosure court. | 0.40 |
| 09/10/12 | TJC | Emails re notice of bankruptcy. | 0.10 |
| 09/11/12 | TJC | Review, analysis of defendants' opposition to GMACM's motion to dismiss affirmative defenses and counterclaims. | 0.30 |
| 09/11/12 | DFS | Draft reply in support of motion to strike. | 3.50 |
| 09/12/12 | DFS | Draft reply in support of motion to strike. | 2.50 |
| 09/13/12 | TBT | Update internal chart. | 0.10 |
| 09/17/12 | DFS | Revise reply in support of motion to dismiss. | 1.00 |

Ally Financial Inc.
File No.: 1000304.00247

Invoice Date: October 24, 2012
Invoice No.: 967599
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/18/12 | TJC | Preparation of reply in support of motion to strike affirmative defenses. | 2.50 |
| 09/18/12 | TJC | Emails to/from David Standa re ███████ | 0.20 |
| 09/18/12 | DFS | Revise reply in support of motion to dismiss. Draft email to client regarding same. | 0.50 |
| | | **TOTAL HOURS** | **11.90** |
| | | **TOTAL FEES** | **$4,198.30** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 3.30 | 1,930.50 |
| D. F. Standa | Associate | 264.00 | 8.50 | 2,244.00 |
| T. B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **11.90** | **$4,198.30** |
| **TOTAL BALANCE DUE** | | | | **$4,198.30** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jennifer Best                                      October 24, 2012
Ally Financial                                         Invoice No.: 967600
1100 Virginia Drive
Fort Washington, PA 19034

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    <u>$1,795.30</u>

    File Number:   1000304.00248
    RE:   Walker, Reuben and Karen v. GMAC Mortgage, #728755

**Claim Number:**        11506

**Your File Number:**    728755

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/04/12 | TJC | Review of draft answer prepared by insurance defense counsel. | 0.30 |
| 09/04/12 | TJC | Emails to/from C. Shetty re ███████ | 0.10 |
| 09/05/12 | CGS | Review and analyze draft answer and affirmative defense to complaint. | 1.70 |
| 09/06/12 | TJC | Emails to/from Peter King re ████████ ███████ | 0.20 |
| 09/06/12 | TJC | Email to Christy Hancock re ████████ ███████ | 0.20 |
| 09/07/12 | TJC | Email to insurance defense counsel re ███████ | 0.20 |
| 09/10/12 | TJC | Emails from/to insurance defense counsel re ████ ███████ | 0.20 |
| 09/10/12 | TJC | Email to Christy Hancock re ████████████ | 0.30 |
| 09/10/12 | CGS | Review motion for entry of default order. | 0.20 |

Ally Financial Inc.
File No.: 1000304.00248

Invoice Date: October 24, 2012
Invoice No.: 967600
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/13/12 | TJC | Emails from/to Christy Hancock re ███████ ████████████████████ | 0.20 |
| 09/13/12 | TJC | Emails to plaintiffs' counsel re same. | 0.30 |
| 09/13/12 | TBT | Update internal chart. | 0.10 |
| 09/28/12 | TJC | Emails from co-defense counsel to Christy Hancock and her response re █████████████████ | 0.20 |

**TOTAL HOURS**    4.20

**TOTAL FEES**    $1,795.30

------------------------ **BILLING PROFESSIONALS** ------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 2.20 | 1,287.00 |
| C. G. Shetty | Associate | 255.00 | 1.90 | 484.50 |
| T. B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **4.20** | **$1,795.30** |

**TOTAL BALANCE DUE**    $1,795.30

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Laren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967601

Total amount due for the legal services rendered and expenses incurred in connection with the referenced matter through September 30, 2012

$948.12

File Number:  1000304.00249
RE:  St. Clair County, IL Recording Fee Litigation

**Claim Number:**    11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/05/12 | SEM | Prepare documents for filing. | 0.80 |
| 09/05/12 | SEM | Make revisions to notice of bankruptcy. | 0.30 |
| 09/05/12 | SEM | Phone conference with co-counsel. | 0.20 |
| 09/11/12 | SEM | Conduct legal research and analysis re: false statement. | 2.10 |
| | | **TOTAL HOURS** | **3.40** |
| | **TOTAL FEES** | | **$938.40** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| S. E. Maye | Associate | 276.00 | 3.40 | 938.40 |
| **TIMEKEEPER TOTALS** | | | **3.40** | **$938.40** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

Ally Financial Inc.
File No.:  1000304.00249

Invoice Date: October 24, 2012
Invoice No.:  967601
Page: 3

| EXPENSES | VALUE |
|---|---|
| FedEx Shipments | 9.72 |
| **TOTAL EXPENSES** | **$9.72** |

| | |
|---|---|
| TOTAL FEES | $938.40 |
| TOTAL EXPENSES | $9.72 |
| TOTAL FEES AND EXPENSES | $948.12 |
| **TOTAL BALANCE DUE** | **$948.12** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services
covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions
concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.
It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

October 24, 2012
Invoice No.: 967604

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    $111.30

File Number:   1000304.00253
RE:   Garcia, Minerva v. GMAC Mortgage

**Claim Number:**         11506

**Your File Number:**     729939

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/14/12 | TJC | Email from Kathy Priore re ████████████ | 0.10 |
| 09/14/12 | DFS | Phone call with opposing counsel regarding deed in lieu. | 0.20 |
| | | **TOTAL HOURS** | **0.30** |

**TOTAL FEES**                                                                 $111.30

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| D. F. Standa | Associate | 264.00 | 0.20 | 52.80 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$111.30** |
| **TOTAL BALANCE DUE** | | | | **$111.30** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

October 26, 2012
Invoice No.: 968005

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    $920.20

File Number:   1000304.00255
RE:   Green, Carla v. GMAC Mortgage

Claim Number:        11506

Your File Number:        729948

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/27/12 | TJC | Review of scheduling order entered today. | 0.10 |
| 09/27/12 | SEM | Prepare for court hearing. | 0.50 |
| 09/27/12 | SEM | Attend court hearing. | 1.60 |
| 09/27/12 | SEM | Communicate with borrower's counsel re: status and upcoming deadlines. | 0.30 |
| 09/28/12 | TJC | E-mail to Sheila Gregory re ███████████████ ██████████████████ | 0.30 |
| 09/28/12 | TBT | Update internal chart. | 0.10 |
| | | **TOTAL HOURS** | **2.90** |
| | | **TOTAL FEES** | **$920.20** |

-------------------------- **BILLING PROFESSIONALS** --------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00255

Invoice Date: October 26, 2012
Invoice No.:  968005
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.40 | 234.00 |
| S. E. Maye | Associate | 276.00 | 2.40 | 662.40 |
| T. B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **2.90** | **$920.20** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$920.20** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services
covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions
concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.
It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

October 24, 2012
Invoice No.: 967607

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    $3,622.60

      File Number:   1000304.00256
            RE:   1323 S. Millard, Chicago, IL (Denise Williamson)

**Claim Number:**        11506

**Your File Number:**        729854

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/12 | TJC | Email from S. Maye re ███████████████ | 0.10 |
| 09/06/12 | TJC | Telephone conference with Sheila Gregory re ████████ ████████████ | 0.10 |
| 09/06/12 | TJC | Conference re approach to hearing next week with regard to City's demand for fees. | 0.20 |
| 09/06/12 | SEM | Conference re: strategy and status of case in preparation of upcoming hearing. | 0.50 |
| 09/10/12 | TJC | Emails from Sheila Gregory and Sherina Maye re ████████ ████████████████ | 0.20 |
| 09/10/12 | SEM | Prepare for hearing. | 0.70 |
| 09/11/12 | TJC | Review of order entered this morning and email from Sherina Maye re ████ | 0.20 |
| 09/11/12 | TJC | Email to Sheila Gregory re ██████████████████ | 0.20 |
| 09/11/12 | SEM | Attend hearing. | 2.10 |

Ally Financial Inc.
File No.: 1000304.00256

Invoice Date: October 24, 2012
Invoice No.: 967607
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/11/12 | SEM | Draft status e-mail to client. | 0.40 |
| 09/24/12 | TJC | Review of order striking December 11 hearing and resetting case for late January. | 0.10 |
| 09/24/12 | TJC | Follow up emails re lack of notice for hearing and refiling motion to dismiss. | 0.30 |
| 09/24/12 | SEM | Respond to order sent by city counsel. | 0.40 |
| 09/24/12 | SEM | Conference re: strategy of case. | 0.30 |
| 09/24/12 | SEM | Draft outline for motion to show cause. | 0.50 |
| 09/24/12 | SEM | Communicate with city counsel. | 0.40 |
| 09/27/12 | SEM | Conference re: strategy and next steps. | 0.20 |
| 09/27/12 | SEM | Draft outline for motion to dismiss. | 0.60 |
| 09/28/12 | TJC | Emails re intention to file renewed motion to dismiss next week given ex parte continuance of case to January by new owner's counsel. | 0.30 |
| 09/28/12 | SEM | E-mail strategy to client. | 0.50 |
| 09/28/12 | SEM | Conference re: strategy. | 0.20 |
| 09/28/12 | SEM | Analyze recorded deed. | 0.20 |
| 09/28/12 | SEM | Phone conference with city counsel. | 0.40 |
| 09/28/12 | TBT | Update internal chart. | 0.10 |
| 09/30/12 | TJC | Preparation of motion to dismiss. | 0.30 |
| 09/30/12 | SEM | Draft motion to dismiss. | 1.40 |
| | | **TOTAL HOURS** | **10.90** |

**TOTAL FEES**                                    **$3,622.60**

--------------------------- **BILLING PROFESSIONALS** ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.00 | 1,170.00 |
| S. E. Maye | Associate | 276.00 | 8.80 | 2,428.80 |
| T. B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **10.90** | **$3,622.60** |

Ally Financial Inc.
File No.:  1000304.00256

## TOTAL BALANCE DUE                                          $3,622.60

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

October 24, 2012
Invoice No.: 967608

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                          $294.00

File Number:    1000304.00258
RE:    4315 West Van Buren, Chicago, IL (Allen), #730588

Claim Number:        11506

Your File Number:    730588

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/27/12 | TJC | Review of release of lien and satisfaction of judgment and consideration of issues pertaining to same. | 0.20 |
| 09/27/12 | JCW | E-mail to GMAC Mortgage regarding ███████████ ███████████████████ | 0.20 |
| 09/27/12 | JCW | Analyze letter from attorney for the City of Chicago. | 0.40 |
| | | **TOTAL HOURS** | **0.80** |

**TOTAL FEES**                                                      **$294.00**

-------------------------- BILLING PROFESSIONALS --------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| J.C. Webb | Associate | 295.00 | 0.60 | 177.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00258

Invoice Date: October 24, 2012
Invoice No.:  967608
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **0.80** | **$294.00** |
| **TOTAL BALANCE DUE** | | | | **$294.00** |

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

<u>Via Wire:</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

October 24, 2012
Invoice No.: 967609

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    $677.00

File Number:   1000304.00259
RE:   4717 South Bishop, Chicago, IL (Andino), #730593

**Claim Number:**        11506

**Your File Number:**        730593

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/05/12 | JCW | E-mails with GMAC Mortgage regarding ▮▮▮▮ | 0.20 |
| 09/05/12 | JCW | Telephone call to borrowers regarding additional documents needed to support loan modification application. | 0.10 |
| 09/05/12 | JCW | E-mail to borrowers regarding additional documents needed to support loan modification application. | 0.10 |
| 09/11/12 | TJC | Emails re status of attempt to contact borrower regarding loan modification. | 0.10 |
| 09/11/12 | JCW | Attempt to contact borrowers regarding additional documents needed to complete loan modification application. | 0.20 |
| 09/11/12 | JCW | E-mail to GMAC Mortgage regarding ▮▮▮▮ | 0.10 |
| 09/20/12 | TJC | Email re status of effort to reach borrower regarding potential loan modification. | 0.10 |
| 09/20/12 | JCW | E-mail to GMAC Mortgage regarding ▮▮▮▮ | 0.20 |

Ally Financial Inc.
File No.: 1000304.00259

Invoice Date: October 24, 2012
Invoice No.: 967609
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ███████████████████████ | |
| 09/25/12 | TJC | Email re status of effort to discuss loss mitigation with this borrower. | 0.10 |
| 09/25/12 | JCW | Prepare letter to borrowers regarding additional documents needed for loan modification review. | 0.40 |
| 09/25/12 | JCW | Review loan file to determine various potential addresses for borrowers. | 0.40 |
| | | **TOTAL HOURS** | **2.00** |
| | | **TOTAL FEES** | **$677.00** |

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| J.C. Webb | Associate | 295.00 | 1.70 | 501.50 |
| **TIMEKEEPER TOTALS** | | | **2.00** | **$677.00** |
| **TOTAL BALANCE DUE** | | | | **$677.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
Ally Financial Legal Staff
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967610

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    $52.80

File Number:   1000304.00260
RE:   4935 W Hubbard, Chicago, IL (Clara Williamson)

Claim Number:        11506

Your File Number:        730893

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/12/12 | DFS | Email city counsel regarding collection notices. | 0.20 |
| | | **TOTAL HOURS** | **0.20** |

**TOTAL FEES**                                                              **$52.80**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| D. F. Standa | Associate | 264.00 | 0.20 | 52.80 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$52.80** |

**TOTAL BALANCE DUE**                                                    **$52.80**

PLEASE REMIT PAYMENT:

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
Ally Financial Legal Staff
2711 N. Haskell Ave, Suite 900
Dallas, TX 75204

October 24, 2012
Invoice No.: 967611

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    $268.80

File Number:   1000304.00261
RE:   Phillips, Ryan v. GMAC Mortgage

Claim Number:        11506

Your File Number:        731251

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/13/12 | KMC | Continue review and redaction of loan modification documents. | 0.50 |
| 09/13/12 | KMC | Email to Ms. Northrup re ███████████████ | 0.10 |
| | | **TOTAL HOURS** | **0.60** |
| | **TOTAL FEES** | | **$268.80** |

------------------------   BILLING PROFESSIONALS   ------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| K. M. Castaneda | Senior Counsel | 448.00 | 0.60 | 268.80 |
| **TIMEKEEPER TOTALS** | | | **0.60** | **$268.80** |
| **TOTAL BALANCE DUE** | | | | **$268.80** |



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy                                          October 24, 2012
Ally Financial Legal Staff                         Invoice No.: 967613
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    $1,502.00

File Number:    1000304.00262
RE:    953 N Drake, Chicago, IL (Guardiola) #731306

Claim Number:        11506

Your File Number:        731306

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/04/12 | TJC | Review of order entered this morning dismissing GMACM and email re same. | 0.30 |
| 09/04/12 | JCW | Prepare for hearing. | 0.20 |
| 09/04/12 | JCW | Attend Municipal Court Hearing. | 1.50 |
| 09/04/12 | JCW | E-mail to GMAC Mortgage enclosing order dismissing GMAC Mortgage as a defendant. | 0.20 |
| 09/04/12 | JCW | E-mails with litigation team regarding strategy to avoid being named as a defendant in future cases. | 0.30 |
| 09/04/12 | JCW | E-mails with K. Weiner regarding ██████████ | 0.20 |
| 09/04/12 | JCW | Prepare draft "Complete Release of Mortgage". | 0.60 |
| 09/05/12 | TJC | Review of draft release of mortgage and emails re same. | 0.30 |
| 09/05/12 | JCW | E-mails with Tom Cunningham regarding ██████ ██████ | 0.10 |
| 09/05/12 | JCW | E-mails with GMAC Mortgage regarding ██████ | 0.10 |

Ally Financial Inc.
File No.: 1000304.00262

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ████████████████ | |
| 09/05/12 | TBT | Retrieve, organize, and upload additional contents of recorder's file; Circulate same to litigation team. | 0.50 |
| 09/19/12 | JCW | E-mail to GMAC Mortgage regarding ██████████ | 0.10 |
| 09/25/12 | TJC | Email from Jance Hoy re ████████████████ ████████████████ | 0.10 |
| | | **TOTAL HOURS** | **4.50** |

**TOTAL FEES**      **$1,502.00**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.70 | 409.50 |
| J.C. Webb | Associate | 295.00 | 3.30 | 973.50 |
| T. B. Till | Paralegal | 238.00 | 0.50 | 119.00 |
| **TIMEKEEPER TOTALS** | | | **4.50** | **$1,502.00** |

**TOTAL BALANCE DUE**      **$1,502.00**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

October 24, 2012
Invoice No.: 967614

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                          $704.70

File Number:   1000304.00219
RE:   FHLB Boston v. Residential, #713113

**Your File Number:**        713113

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/13/12 | TJC | Emails between and among joint defense counsel re ▇▇▇▇ | 0.20 |
| 09/13/12 | JMG | Monitor and review joint defense e-mail correspondence. | 0.20 |
| 09/17/12 | TJC | Review of ECF notices received today. | 0.10 |
| 09/19/12 | TJC | Emails between and among joint defense counsel re omnibus motion to dismiss briefing plan. | 0.10 |
| 09/19/12 | JMG | Monitor and review joint defense emails re motion to dismiss. | 0.20 |
| 09/25/12 | TJC | Review of ECF notices received today. | 0.10 |
| 09/25/12 | JMG | Monitor and review relevant joint defense emails and pleadings to ensure proper treatment of bankrupt entities. | 0.50 |
| | | **TOTAL HOURS** | **1.40** |

**TOTAL FEES**                                                    **$704.70**

------------------------------    BILLING PROFESSIONALS    ------------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00219

Invoice Date: October 24, 2012
Invoice No.:  967614
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J. M. Goodin | Partner | 458.00 | 0.90 | 412.20 |
| **TIMEKEEPER TOTALS** | | | **1.40** | **$704.70** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$704.70** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

October 24, 2012
Invoice No.: 967615

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2012                                                                $892.50

File Number:   1000304.00220
RE:   FHLB Chicago v. Residential, #704078

**Your File Number:**        704078

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/12/12 | TJC | Emails between and among joint defense counsel re ███ ███████████ | 0.10 |
| 09/13/12 | TJC | Emails between and among joint defense counsel re ███ ███████████ | 0.30 |
| 09/17/12 | TJC | Emails between and among joint defense counsel re ███ ███████████ | 0.30 |
| 09/19/12 | JMG | Review notice and orders denying motions to dismiss and email to W. Thompson and P. Zellmann advising on ███ | 0.50 |
| 09/20/12 | TJC | Emails between and among joint defense group re ███ ████████████████ | 0.40 |
|  |  | **TOTAL HOURS** | **1.60** |

|  | **TOTAL FEES** | **$872.50** |

---------------------------- **BILLING PROFESSIONALS** ----------------------------

Atlanta • Austin • Chicago • Dallas • Hong Kong • Houston • London • Los Angeles • New Orleans • New York • Sacramento • San Francisco • Washington DC

Ally Financial Inc.
File No.: 1000304.00220

Invoice Date: October 24, 2012
Invoice No.: 967615
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| J. M. Goodin | Partner | 458.00 | 0.50 | 229.00 |
| **TIMEKEEPER TOTALS** | | | **1.60** | **$872.50** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Court Fees | 20.00 |
| | TOTAL EXPENSES | $20.00 |

| | |
|---|---|
| TOTAL FEES | $872.50 |
| TOTAL EXPENSES | $20.00 |
| TOTAL FEES AND EXPENSES | $892.50 |
| **TOTAL BALANCE DUE** | **$892.50** |

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

<u>Via Wire:</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call J. M. Goodin of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967616

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    $1,053.80

File Number:   1000304.00263
RE:   5936-48 S MLK Drive (Jackson, 5940-1W) #731480

**Claim Number:**        11506

**Your File Number:**    731480

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/05/12 | JCW | E-mails with GMAC Mortgage regarding ███████ | 0.10 |
| 09/21/12 | TJC | Email from Julie Webb re ███████ | 0.10 |
| 09/21/12 | JCW | Prepare for 9/24 hearing. | 0.20 |
| 09/21/12 | JCW | Review appearances, answers and motions filed by other defendants. | 0.40 |
| 09/22/12 | TJC | Emails from/to Julie Webb re ███████ | 0.10 |
| 09/24/12 | TJC | Review of report from this morning's court appearance. | 0.10 |
| 09/24/12 | JCW | E-mail to GMAC Mortgage regarding ███████ | 0.20 |
| 09/24/12 | JCW | Attend initial case status hearing. | 1.20 |
| 09/25/12 | TJC | Review of orders entered at yesterday's hearing. | 0.20 |

Ally Financial Inc.
File No.: 1000304.00263

Invoice Date: October 24, 2012
Invoice No.: 967616
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/25/12 | JCW | E-mail to GMAC Mortgage █████████████████ | 0.10 |
| 09/25/12 | JCW | Telephone call to counsel for co-defendant ████████ ████████ | 0.10 |
| 09/25/12 | JCW | Telephone call to counsel for City to request copy of 9/24 orders. | 0.10 |
| 09/26/12 | JCW | Review additional appearances received from co-defendants. | 0.10 |
| 09/28/12 | TBT | Update internal chart. | 0.10 |
| | | **TOTAL HOURS** | **3.10** |

**TOTAL FEES**                                                                 **$1,053.80**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J.C. Webb | Associate | 295.00 | 2.50 | 737.50 |
| T. B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **3.10** | **$1,053.80** |

**TOTAL BALANCE DUE**                                                          **$1,053.80**

PLEASE REMIT PAYMENT:

| Via US Mail: | Via Courier: | Via Wire: |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967617

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2012

$1,690.50

File Number:   1000304.00264
RE:   5936-48 S MLK Drive (Sergenton, 5948-3), 731585

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/05/12 | JCW | E-mails with Tom Cunningham regarding ▮▮▮ | 0.10 |
| 09/05/12 | JCW | E-mails with GMAC Mortgage regarding ▮▮▮ | 0.10 |
| 09/06/12 | JCW | Prepare Appearance. | 0.20 |
| 09/06/12 | JCW | Pull docket sheet. | 0.10 |
| 09/06/12 | JCW | Prepare service copy of Appearance. | 0.10 |
| 09/06/12 | JCW | E-mail to Tom Cunningham regarding ▮▮▮ | 0.10 |
| 09/10/12 | JCW | Analyze fact package. | 1.00 |
| 09/21/12 | TJC | Email from Julie Webb re ▮▮▮ | 0.10 |
| 09/21/12 | JCW | Review appearances, answers and motions filed by other defendants. | 0.40 |
| 09/21/12 | JCW | Prepare for 9/24 hearing. | 0.20 |

Ally Financial Inc.
File No.: 1000304.00264

Invoice Date: October 24, 2012
Invoice No.: 967617
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/22/12 | TJC | Emails from/to Julie Webb re ███████ | 0.10 |
| 09/24/12 | TJC | Review of report from this morning's court appearance. | 0.10 |
| 09/24/12 | JCW | E-mail to GMAC Mortgage regarding ███████ | 0.20 |
| 09/24/12 | JCW | Attend initial case status hearing. | 1.20 |
| 09/25/12 | TJC | Review of orders entered at yesterday's hearing. | 0.20 |
| 09/25/12 | JCW | Telephone call to counsel for co-defendant to request copy of 9/24 orders. | 0.10 |
| 09/25/12 | JCW | E-mail to GMAC Mortgage ███████ | 0.10 |
| 09/25/12 | JCW | Telephone call to counsel for City to request copy of 9/24 orders. | 0.10 |
| 09/26/12 | JCW | Review additional appearances received from co-defendants. | 0.10 |
| | | **TOTAL HOURS** | **4.60** |

**TOTAL FEES**                                          **$1,502.00**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J.C. Webb | Associate | 295.00 | 4.10 | 1,209.50 |
| **TIMEKEEPER TOTALS** | | | **4.60** | **$1,502.00** |

| EXPENSES | VALUE |
|----------|-------|
| Clerk of the Circuit Court of Cook County - Appearance Fee | 186.00 |
| Clerk of the Circuit Court of Cook County | 2.50 |
| **TOTAL EXPENSES** | **$188.50** |

| | |
|---|---|
| TOTAL FEES | $1,502.00 |
| TOTAL EXPENSES | $188.50 |
| TOTAL FEES AND EXPENSES | $1,690.50 |

Ally Financial Inc.
File No.:  1000304.00264

Invoice Date: October 24, 2012
Invoice No.:  967617
Page:  4

## TOTAL BALANCE DUE                                    $1,690.50

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Residential Capital, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967618

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through September
30, 2012

$1,558.90

File Number:   1000304.00265
RE:   12544 S Wallace, Chicago, IL, 731757

**Claim Number:**      11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/12 | TJC | Review of new complaint received today from Beth McWilliams and analysis of approach to matter. | 0.50 |
| 09/06/12 | TJC | Emails from/to Beth McWilliams re ███████ | 0.10 |
| 09/06/12 | TJC | Emails to/from D. Standa re ███████████ | 0.20 |
| 09/06/12 | TJC | Emails re pulling title and tax documents to find out why Homecomings was named as a defendant in this case. | 0.10 |
| 09/07/12 | DFS | Review title search and tax records for subject property. | 0.20 |
| 09/07/12 | TBT | Retrieve and circulate recorder's records and property tax records to litigation team. | 0.60 |
| 09/12/12 | DFS | Review complaint and case file. | 0.30 |
| 09/18/12 | TBT | Retrieve several documents from the Cook County Recorder of Deeds; Circulate same to litigation team. | 0.20 |
| 09/19/12 | TJC | Conference with David Standa re ██████████████ | 0.30 |
| 09/19/12 | DFS | Reviewed two prior deeds and foreclosure action. | 0.20 |
| 09/24/12 | DFS | Attend hearing to obtain dismissal of Homecomings, LLC as a | 1.80 |

Ally Financial Inc.
File No.: 1000304.00265

Invoice Date: October 24, 2012
Invoice No.: 967618
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
|      |      | defendant.  |       |
|      |      | **TOTAL HOURS** | **4.50** |
|      |      | **TOTAL FEES** | **$1,552.40** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.20 | 702.00 |
| D. F. Standa | Associate | 264.00 | 2.50 | 660.00 |
| T. B. Till | Paralegal | 238.00 | 0.80 | 190.40 |
| **TIMEKEEPER TOTALS** | | | **4.50** | **$1,552.40** |

| EXPENSES | VALUE |
|----------|-------|
| Acquire copies of recorded documents | 6.50 |
| **TOTAL EXPENSES** | **$6.50** |

| | |
|---|---|
| TOTAL FEES | $1,552.40 |
| TOTAL EXPENSES | $6.50 |
| TOTAL FEES AND EXPENSES | $1,558.90 |
| **TOTAL BALANCE DUE** | **$1,558.90** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Residential Capital, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967619

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                                    $956.70

File Number:    1000304.00266
RE:    12046 S Edbrooke, Chicago, IL (Mandarino), 732235

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/06/12 | TJC | Review of new complaint received today from Beth McWilliams and analysis of approach to matter. | 0.50 |
| 09/06/12 | TJC | Emails from/to Beth McWilliams re same. | 0.20 |
| 09/06/12 | TJC | Emails to/from D. Standa re ▮▮▮▮▮ | 0.10 |
| 09/12/12 | DFS | Review complaint and case file. | 0.30 |
| 09/18/12 | TJC | Email from Beth McWilliams re ▮▮▮▮▮ | 0.10 |
| 09/19/12 | TJC | Conference with David Standa re ▮▮▮▮▮ | 0.30 |
| 09/19/12 | TJC | Emails to/from Beth McWilliams and others at GMACM re ▮▮▮▮▮ | 0.30 |
|  |  | **TOTAL HOURS** | **1.80** |

**TOTAL FEES**                                                                $956.70

----------------------    BILLING PROFESSIONALS    ----------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00266

Invoice Date: October 24, 2012
Invoice No.:  967619
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.50 | 877.50 |
| D. F. Standa | Associate | 264.00 | 0.30 | 79.20 |
| **TIMEKEEPER TOTALS** | | | **1.80** | **$956.70** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$956.70** |

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324



Ally Financial Inc.
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 24, 2012
Invoice No.: 967620

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    $1,061.10

File Number:   1000304.00267
RE:   GMAC Mortgage v. Koenig & Strey #722926

Claim Number:       11506

Your File Number:   722926

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/10/12 | PRP | Review complaint and answer; review state court docket; speak with Lauren Delehey and Abe Moore regarding ███ | 1.20 |
| 09/11/12 | PRP | Continue outlining plans for initial handling. | 0.20 |
| 09/14/12 | RMH | Draft motion for substitution of counsel and confer with former counsel regarding ███ | 0.50 |
| 09/17/12 | RMH | Confer with K&L Gates regarding ███ | 0.10 |
| 09/18/12 | RMH | Finalize motion to substitute counsel and attend to filing same. | 0.40 |
| 09/21/12 | RMH | Email K & L Gates to ███ | 0.10 |
| 09/27/12 | RMH | Obtain order granting substitution, send same to former counsel K & L Gates, and begin preparing appearance. | 0.20 |
| | | **TOTAL HOURS** | **2.70** |
| | | **TOTAL FEES** | **$1,061.10** |

Ally Financial Inc.
File No.:  1000304.00267

Invoice Date: October 24, 2012
Invoice No.:  967620
Page: 3

------------------------------    **BILLING PROFESSIONALS**    ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| P. R. Perdew | Partner | 484.00 | 1.40 | 677.60 |
| R.M. Holz | Associate | 295.00 | 1.30 | 383.50 |
| **TIMEKEEPER TOTALS** | | | **2.70** | **$1,061.10** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$1,061.10** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

October 24, 2012
Invoice No.: 967591

---

Total amount due for the legal services rendered in connection with the
referenced matter through September 30, 2012                    <u>$4,212.00</u>

File Number:   1000304.00213
RE:   FHLB Indianapolis v. Residential, #704371

**Your File Number:**      704371

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/03/12 | TJC | Emails between and among joint defense counsel re ███ | 0.10 |
| 09/04/12 | TJC | Emails between and among joint defense counsel re ███ | 0.30 |
| 09/07/12 | TJC | Emails between and among joint defense counsel re ███ | 0.10 |
| 09/10/12 | TJC | Emails re answers and affirmative defenses of other defendants. | 0.20 |
| 09/10/12 | TJC | Emails re communication from plaintiffs' counsel re possible change in judge. | 0.20 |
| 09/11/12 | TJC | Emails between and among joint defense counsel re ███ | 0.30 |
| 09/13/12 | TJC | Emails between and among joint defense counsel re ███ | 0.30 |
| 09/14/12 | TJC | E-mails between and among joint defense counsel re ███ | 0.30 |

Ally Financial Inc.
File No.: 1000304.00213

Invoice Date: October 24, 2012
Invoice No.: 967591
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 09/17/12 | TJC | E-mails between and among joint defense counsel re ███ | 0.20 |
| 09/18/12 | TJC | Emails between and among joint defense counsel re ███ | 0.20 |
| 09/19/12 | TJC | Emails between and among joint defense counsel re ███ | 0.20 |
| 09/20/12 | TJC | Emails between and among joint defense counsel re ███ | 0.20 |
| 09/20/12 | TJC | Email from bailiff re signed orders. | 0.10 |
| 09/24/12 | TJC | Emails re plaintiffs' proposed revisions to ESI protocol. | 0.10 |
| 09/24/12 | TJC | Emails between and among joint defense counsel re ███ | 0.10 |
| 09/25/12 | TJC | Emails between and among joint defense counsel re ███ | 0.20 |
| 09/26/12 | TJC | Emails between and among joint defense counsel re ███ | 3.60 |
| 09/27/12 | TJC | Emails between and among joint defense group re ███ | 0.20 |
| 09/28/12 | TJC | Emails between and among joint defense counsel re ███ | 0.20 |
| 09/28/12 | TJC | Emails between and among joint defense counsel re ███ | 0.10 |
|  |  | **TOTAL HOURS** | **7.20** |

**TOTAL FEES**                                                                 **$4,212.00**

-----------------------------   BILLING PROFESSIONALS   -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 7.20 | 4,212.00 |
| **TIMEKEEPER TOTALS** | | | **7.20** | **$4,212.00** |

**TOTAL BALANCE DUE**                                                          **$4,212.00**

**PLEASE REMIT PAYMENT:**



# Locke
# Lord LLP
### Attorneys & Counselors

2200 Ross Avenue
Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Fax: (214) 740-8800
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 16, 2012
Invoice No.: 971919

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                         $337.70

File Number:      1000304.00161
Re:               Franklin, Tom vs. GMAC Mortgage, et al.

Your File Number:  702381

| Fact Gathering | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/16/12  Exchange e-mails with P. Zellman re: ███████, investigate Plaintiff's Second Circuit appeal; e-mail P. Zellman re: ███████ | JAB | 0.50 | 171.50 |
|  |  | 0.50 | $171.50 |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/16/12  Review latest filings by Tom Franklin. | TGY | 0.20 | 97.60 |
|  |  | 0.20 | $97.60 |

| Appellate Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/02/12  Review Supreme Court's denial of Plaintiff's petition of writ for certiorar and e-mail P. Zellman and T. Yoxall re: █████ | JAB | 0.20 | 68.60 |
|  |  | 0.20 | $68.60 |

**TOTAL FEES**                                                        **$337.70**

**TIMEKEEPER SUMMARY:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00161

Invoice Date: November 16, 2012
Invoice No.:  971919
Page: 2

**Fact Gathering**

| | | | | |
|---|---|---|---|---|
| J. A. Brissette | Associate | $343.00 | 0.50 | $171.50 |
| | | | **0.50** | **$171.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T. G. Yoxall | Partner | $488.00 | 0.20 | $97.60 |
| | | | **0.20** | **$97.60** |

**Appellate Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. A. Brissette | Associate | $343.00 | 0.20 | $68.60 |
| | | | **0.20** | **$68.60** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$337.70**

TOTAL FEES                                                                                    $337.70

**TOTAL BALANCE DUE**                                                                 **$337.70**

Please remit payment to:
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

This statement is due upon receipt.  Please call T. G. Yoxall of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.   Mr. Michael Pierson in our Accounting Department (713) 226-1375 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972643

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                 $1,096.50

| File Number: | 1000304.00219 |
| Re: | FHLB Boston v. Residential, #713113 |

Your File Number:  713113

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 10/05/12 | Monitor and review joint defense e-mails re: ███ | JMG | 0.20 | 91.60 |
| 10/05/12 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 10/08/12 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 10/10/12 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 10/11/12 | Various emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| | | | 0.70 | $384.10 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/12 | Monitor and review relevant joint defense e-mails. | JMG | 0.30 | 137.40 |
| 10/10/12 | Monitor/review relevant joint defense e-mails. | JMG | 0.30 | 137.40 |
| | | | 0.60 | $274.80 |

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: November 20, 2012
Invoice No.: 972643
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/26/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |

| | Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Monitor and review joint defense e-mails re: motion to dismiss. | JMG | 0.20 | 91.60 |
| 10/11/12 | Monitor and review ECF notices re: docket activity - numerous initial pleading motions and related filings. | JMG | 0.50 | 229.00 |
| | | | **0.70** | **$320.60** |

## TOTAL FEES                                                                    $1,096.50

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.70** | **$384.10** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| | | | **0.60** | **$274.80** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| | | | **0.70** | **$320.60** |

## TIMEKEEPER SUMMARY TOTALS                                         $1,096.50

GMAC Mortgage, LLC
File No.:  1000304.00219

Invoice Date: November 20, 2012
Invoice No.:  972643
Page: 3

TOTAL FEES                                                                                              $1,096.50

**TOTAL BALANCE DUE**                                                                      **$1,096.50**

PLEASE REMIT PAYMENT TO:

**<u>Via US Mail:</u>**                                      **<u>Via Courier:</u>**
Locke Lord LLP                                  JPMorgan Chase
24259 Network Place                        525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL  60661
                                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972646

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $1,742.70

File Number:        1000304.00220
Re:                 FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Emails between and among joint defense counsel re █████ | TJC | 0.10 | 58.50 |
| 10/03/12 | Emails between and among joint defense counsel re █████ | TJC | 0.10 | 58.50 |
| 10/04/12 | Emails between and among joint defense counsel re █████ | TJC | 0.20 | 117.00 |
| 10/05/12 | Emails between and among joint defense counsel re █████ | TJC | 0.20 | 117.00 |
| 10/05/12 | Monitor and review joint defense e-mails re: █████ | JMG | 0.30 | 137.40 |
| 10/08/12 | Emails between and among joint defense counsel re █████ | TJC | 0.10 | 58.50 |
| 10/19/12 | Review various joint defense e-mails re: █████ | JMG | 0.60 | 274.80 |
| 10/19/12 | E-mails between and among joint defense counsel re █████ | TJC | 0.10 | 58.50 |
| 10/23/12 | Various joint defense e-mails re: █████ | JMG | 0.30 | 137.40 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00220

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/12 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 10/24/12 | E-mails between and among joint defense counsel re ███████ | TJC | 0.20 | 117.00 |
| 10/24/12 | Monitor/review electronic filing notices re: docket activity. | JMG | 0.10 | 45.80 |
| | | | 2.40 | $1,238.90 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Monitor and review relevant joint defense e-mails. | JMG | 0.30 | 137.40 |
| 10/08/12 | Monitor and review relevant joint defense e-mails. | JMG | 0.30 | 137.40 |
| 10/29/12 | Monitor and review electronic filing notices. | JMG | 0.20 | 91.60 |
| | | | 0.80 | $366.40 |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/12 | Monitor/review joint defense e-mails re: ███████ | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                        **$1,742.70**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.30 | $595.40 |
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| | | | 2.40 | $1,238.90 |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| | | | 0.80 | $366.40 |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | 0.30 | $137.40 |

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: November 20, 2012
Invoice No.:  972646
Page:  3

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,742.70**

TOTAL FEES                                                             $1,742.70

**TOTAL BALANCE DUE**                                                  **$1,742.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                          JPMorgan Chase
24259 Network Place                     525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                  Chicago, IL  60661
                                        Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972666

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    **$31,630.43**

File Number:      1000304.00000
Re:               Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

### Fee/Employment Applications

| Date | Description | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| 09/04/12 | Review court orders and fee application procedures in preparation for meeting with T. Cunningham, K. Morehouse & B. Roche; participate in meeting. | BAR | 2.80 | 739.20 |
| 10/25/12 | Finalize Locke Lord retention application, proposed order, and affidavit; draft email to T. Cunningham re: information needed for completion. | BAR | 4.50 | 1,188.00 |
| | | | **7.30** | **$1,927.20** |

### Analysis/Strategy

| Date | Description | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| 07/17/12 | Preliminary analysis for fee applications in Residential Capital bankruptcy; confer with T. Cunningham re: same. | BAR | 1.50 | 396.00 |
| 07/19/12 | Continue work on first monthly fee application for Residential Capital bankruptcy. | BAR | 2.50 | 660.00 |
| 08/14/12 | Research bar admission requirements for fee applicants. | BAR | 1.00 | 264.00 |
| 08/14/12 | E-mails to and from Jordan Wishnew re whether our OCP Questionnaire and Declaration have been served on the UST and Committee yet; E-mails to and from Brian Raynor re plan for prep and presentation of fee petitions. | TJC | 0.50 | 292.50 |

---