GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: November 20, 2012
Invoice No.: 972666
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/15/12 | E-mail from Rusty Perdew re call from Sue Policastro at Ally re handling of local counsel invoices; Conference with Rusty Perdew re same. | TJC | 0.40 | 234.00 |
| 08/28/12 | Email to Natasha Campbell and Jennifer Scoliard re ▮ | TJC | 0.20 | 117.00 |
| 08/28/12 | Emails from/to Casey Howard re pro hac vice motion and ECF notifications. | TJC | 0.20 | 117.00 |
| 08/28/12 | Emails to/from Jordan Wishnew at MoFo re how Locke Lord should proceed moving forward. | TJC | 0.30 | 175.50 |
| 08/28/12 | Consideration of how to handle application of retainer to pre-petition claim and how to handle billing for those amounts. | TJC | 0.50 | 292.50 |
| 08/28/12 | Review of docket to determine whether any objections to our OCP declaration and questionnaire were filed or served. | TJC | 0.40 | 234.00 |
| 09/04/12 | Conference with billing staff and Brian Raynor re how we are going to approach billing going forward and plan for dealing with OCP procedures; Review of all invoices from Petition date forward to determine which ones to pay from retainer under the $50,000 monthly OCP fee cap. | TJC | 3.60 | 2,106.00 |
| 09/05/12 | Conference with staff re compilation of monthly reports for UST and Committee re Locke Lord invoices. | TJC | 0.40 | 234.00 |
| 09/11/12 | Emails re status of preparation of monthly OCP reports. | TJC | 0.20 | 117.00 |
| 09/11/12 | Preparation of monthly OCP report for May 14-31, 2012 and emails re finalization and service of same. | TJC | 0.30 | 175.50 |
| 09/16/12 | Review of monthly OCP report for May 14-31 and redacted invoices attached to report. | TJC | 1.50 | 877.50 |
| 09/18/12 | Preparation of OCP Monthly Report for the month of June, 2012 and redaction of time entries; Review of redactions for May 14-31, 2012 OCP report and e-mails re same. | TJC | 1.00 | 585.00 |
| 09/21/12 | Emails from/to Casey Howard re approaching bar date and whether we need to file a proof of claim. | TJC | 0.20 | 117.00 |
| 09/21/12 | Emails from/to Tom Yoxall re procedures for billing the Franklin matter. | TJC | 0.20 | 117.00 |
| 09/22/12 | Emails to/from Brian Raynor and David Wirt re approaching bar date and whether we need to file a proof of claim. | TJC | 0.20 | 117.00 |
| 09/24/12 | Review bar date notice and order; email to T. Cunningham re: same. | BAR | 0.30 | 79.20 |
| 09/24/12 | Redaction of July bills for attachment to monthly OCP report; email from Brian Raynor re no need to file a proof of claim. | TJC | 1.50 | 877.50 |
| 10/17/12 | Examine court docket to determine status of hearings. | BAR | 0.20 | 52.80 |
| 10/21/12 | E-mails re preparation of petition to be retained as special counsel. | TJC | 0.20 | 117.00 |
| 10/31/12 | Review of conflicts checklist provided by Jordan Wishnew and coordination with conflicts staff to get conflicts checking project underway. | TJC | 0.70 | 409.50 |
| 10/31/12 | Emails to/from Jordan Wishnew re same. | TJC | 0.20 | 117.00 |
| | | | 18.20 | $8,881.50 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: November 20, 2012
Invoice No.: 972666
Page: 3

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/05/12 | Retrieve and circulate ResCap bankruptcy docket report to T. Cunningham. | TBT | 0.10 | 23.80 |
| 08/14/12 | Investigate requirements for admission to Southern District of New York; E-mail to litigation team regarding same. | TBT | 0.30 | 71.40 |
| 08/15/12 | Retrieve and circulate ResCap bankruptcy docket report. | TBT | 0.10 | 23.80 |
| 08/22/12 | Retrieve and circulate ResCap bankruptcy docket report. | TBT | 0.10 | 23.80 |
| 08/30/12 | Retrieve and circulate ResCap bankruptcy docket report. | TBT | 0.10 | 23.80 |
| 09/07/12 | Retrieve and circulate ResCap bankruptcy docket report. | TBT | 0.10 | 23.80 |
| 09/12/12 | Retrieve and circulate ResCap bankruptcy docket report to T. Cunningham. | TBT | 0.10 | 23.80 |
| 09/18/12 | Redact monthly fee statements for period of May 14-31, 2012 per Court's July 17, 2012 Order Establishing Procedures for Interim Compensation & Reimbursement of Expenses of Professionals. | TBT | 3.10 | 737.80 |
| 09/21/12 | Retrieve and circulate ResCap bankruptcy docket report. | TBT | 0.10 | 23.80 |
| 09/24/12 | Redact monthly fee statements for period of June 1-30, 2012 per Court's July 17, 2012 Order Establishing Procedures for Interim Compensation & Reimbursement of Expenses of Professionals. | TBT | 2.90 | 690.20 |
| 09/25/12 | Redact monthly fee statements for period of July 1-31, 2012 per Court's July 17, 2012 Order Establishing Procedures for Interim Compensation & Reimbursement of Expenses of Professionals. | TBT | 1.10 | 261.80 |
| 09/26/12 | Retrieve and circulate ResCap bankruptcy docket report. | TBT | 0.10 | 23.80 |
| 09/26/12 | Redact monthly fee statements for period of July 1-31, 2012 per Court's July 17, 2012 Order Establishing Procedures for Interim Compensation & Reimbursement of Expenses of Professionals. | TBT | 2.10 | 499.80 |
| 10/02/12 | Retrieve and circulate significant bankruptcy filings. | TBT | 0.10 | 23.80 |
| 10/03/12 | Redact monthly fee statements for period of August 1-31, 2012 per Court's July 17, 2012 Order Establishing Procedures for Interim Compensation & Reimbursement of Expenses of Professionals. | TBT | 1.70 | 404.60 |
| 10/04/12 | Redact monthly fee statements for period of August 1-31, 2012 per Court's July 17, 2012 Order Establishing Procedures for Interim Compensation & Reimbursement of Expenses of Professionals. | TBT | 0.40 | 95.20 |
| 10/05/12 | Retrieve and circulate ResCap bankruptcy docket report to T. Cunningham. | TBT | 0.10 | 23.80 |
| 10/17/12 | Retrieve and circulate ResCap bankruptcy docket report to T. Cunningham. | TBT | 0.10 | 23.80 |
| 10/18/12 | Organize exhibits to First Quarterly Fee Application of Locke Lord LLP for Compensation and Reimbursement of Expenses for the Period from May 14, 2012 through August 31, 2012 as Counsel Retained by Debtors in the Ordinary Course of Business. | TBT | 0.70 | 166.60 |
| 10/19/12 | Organize exhibits to First Quarterly Fee Application of Locke Lord LLP for Compensation and Reimbursement of Expenses for the Period from May 14, 2012 through August 31, 2012 as Counsel Retained by Debtors in the Ordinary Course of Business. | TBT | 1.40 | 333.20 |
| | | | **14.80** | **$3,522.40** |

GMAC Mortgage, LLC
File No.: 1000304.00000

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/23/12 | Continue preparation of fee application. | BAR | 3.00 | 792.00 |
| 07/25/12 | Confer with T. Cunningham and M. Goodin re: Ordinary Course Professional Questionnaire | BAR | 0.40 | 105.60 |
| 07/30/12 | Work on monthly fee application for ResCap bankruptcy; draft email to T. Cunningham and M. Goodin re: same. | BAR | 4.00 | 1,056.00 |
| 07/30/12 | Review of information pertaining to handling of retainer, amended questionnaire and emails re how we should proceed; preparation of template fee petition. | TJC | 0.30 | 175.50 |
| 08/01/12 | Emails re how to proceed with fee petitions. | TJC | 0.20 | 117.00 |
| 08/02/12 | Emails re procedure for obtaining approval of fees and format of fee petitions. | TJC | 0.20 | 117.00 |
| 08/06/12 | Preparation of template fee petition and exhibits re same. | TJC | 1.00 | 585.00 |
| 08/06/12 | Review of draft fee petition and discussion of how we might format bills and detailed time descriptions to attach as affidavits and process for redacting privileged information; review of docket. | TJC | 0.20 | 117.00 |
| 08/08/12 | E-mail to Jordan Wishnew re status of service of questionnaire and declaration on the UST and Committee and proposal for seeking approval of fees that exceed the OCP cap. | TJC | 0.20 | 117.00 |
| 08/16/12 | Emails to/from Brian Raynor re status of motions for admission pro hac vice. | TJC | 0.10 | 58.50 |
| 08/16/12 | Review of current docket and various orders, notices and pleadings. | TJC | 0.60 | 351.00 |
| 08/28/12 | Draft and file notice of appearance.  File pro hac vice application for T. Cunningham. | CBH | 0.50 | 295.00 |
| 09/05/12 | Review of ECF notices re yesterday's filings. | TJC | 0.20 | 117.00 |
| 09/06/12 | Review of daily ECF notices. | TJC | 0.10 | 58.50 |
| 09/12/12 | Work on fee application issues. | BAR | 3.10 | 818.40 |
| 09/14/12 | Work on monthly fee statement for May 2012. | BAR | 3.20 | 844.80 |
| 10/15/12 | Preparation of interim fee application and review of orders and procedures related to fee applications by OCPs. | TJC | 1.00 | 585.00 |
| 10/16/12 | Work on First Quarterly Fee Application. | BAR | 0.70 | 184.80 |
| 10/18/12 | Confer with T. Cunningham re: employment application. | BAR | 0.20 | 52.80 |
| 10/19/12 | Work on first quarterly fee application; confer with T. Cunningham. | BAR | 2.70 | 712.80 |
| 10/19/12 | Preparation of first interim fee petition and attention to various fee and billing issues. | TJC | 0.50 | 292.50 |
| 10/22/12 | Work on Locke Lord retention application. | BAR | 4.00 | 1,056.00 |
| 10/23/12 | Continue work on Locke Lord retention application, proposed order, and affidavit. | BAR | 6.00 | 1,584.00 |
| 10/24/12 | Continue drafting and editing Locke Lord employment application; examine court orders and retention applications entered thus far in ResCap bankruptcy; work on affidavit. | BAR | 7.50 | 1,980.00 |
| 10/26/12 | Continue work on Locke Lord retention application. | BAR | 2.50 | 660.00 |

GMAC Mortgage, LLC
File No.: 1000304.00000

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/26/12 | Preparation of Locke Lord retention application; E-mails to and from Brian Raynor re same. | TJC | 1.50 | 877.50 |
| 10/29/12 | Review Locke Lord retention application. | BAR | 1.00 | 264.00 |
| 10/31/12 | Preparation of application for retention of Locke Lord as special litigation counsel. | TJC | 2.00 | 1,170.00 |
| 10/31/12 | Preparation of application for retention of Locke Lord as special litigation counsel. | TJC | 2.00 | 1,170.00 |
| | | | **48.90** | **$16,314.70** |

| | Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | Finalize, file pro hac vice application for M. Goodin. | CBH | 1.10 | 649.00 |
| | | | **1.10** | **$649.00** |

**TOTAL FEES**                                                      **$31,294.80**

## TIMEKEEPER SUMMARY:

### Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. A. Raynor | Associate | $264.00 | 7.30 | $1,927.20 |
| | | | **7.30** | **$1,927.20** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 12.70 | $7,429.50 |
| B. A. Raynor | Associate | $264.00 | 5.50 | $1,452.00 |
| | | | **18.20** | **$8,881.50** |

### Other

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 14.80 | $3,522.40 |
| | | | **14.80** | **$3,522.40** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 10.10 | $5,908.50 |
| B. A. Raynor | Associate | $264.00 | 38.30 | $10,111.20 |

GMAC Mortgage, LLC
File No.:  1000304.00000

Invoice Date: November 20, 2012
Invoice No.:  972666
Page:  6

### Pleadings

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Associate | $590.00 | 0.50 | $295.00 |
| | | | 48.90 | $16,314.70 |

### Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Associate | $590.00 | 1.10 | $649.00 |
| | | | 1.10 | $649.00 |

## TIMEKEEPER SUMMARY TOTALS

$31,294.80

| EXPENSES | VALUE |
|---|---|
| Delivery Services/Messengers | 335.63 |
| **TOTAL EXPENSES** | **$335.63** |

| | |
|---|---|
| TOTAL FEES | $31,294.80 |
| TOTAL EXPENSES | $335.63 |
| TOTAL FEES AND EXPENSES | $31,630.43 |
| **TOTAL BALANCE DUE** | **$31,630.43** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage Corporation
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972667

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $23,517.10

File Number:        1000304.00174
Re:                 Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | E-mails with litigation team regarding ███████████ | JCW | 0.30 | 88.50 |
| 10/26/12 | Research timeliness of motion for reconsideration, briefing schedule and effect on deadline to appeal. | JCW | 0.40 | 118.00 |
| 10/29/12 | E-mails with Tom Cunningham and Rusty Perdew regarding ██████████████████████████ | JCW | 0.20 | 59.00 |
| | | | **0.90** | **$265.50** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Emails re deadline for notice of appeal. | TJC | 0.20 | 117.00 |
| 10/01/12 | Emails to/from Natasha Campbell and Jennifer Scoliard re ███████████ | TJC | 0.30 | 175.50 |
| 10/01/12 | Emails to/from Ken Urgwuadu and Manish Verma re ████████ | TJC | 0.20 | 117.00 |
| 10/01/12 | Preparation of letter to Amy Nelson re █████████ | TJC | 0.50 | 292.50 |
| 10/02/12 | Emails to/from David Potteiger re ███████████████ | TJC | 0.20 | 117.00 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: November 20, 2012
Invoice No.: 972667
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/26/12 | E-mails re deadlines for response to motion to reconsider and impact on deadline for notice of appeal. | TJC | 0.30 | 175.50 |
| 10/26/12 | E-mails to and from Natasha Campbell and Jennifer Scoliard re ▆▆▆▆▆▆▆ | TJC | 0.20 | 117.00 |
| 10/27/12 | E-mails to and from Natasha Campbell and Jennifer Scoliard re ▆▆▆▆▆▆▆ | TJC | 0.30 | 175.50 |
| 10/27/12 | E-mails to and from Rusty Perdew and Julie Webb re ▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | TJC | 0.20 | 117.00 |
| 10/28/12 | E-mails re analysis of Nora's briefs and arguments for responses. | TJC | 0.20 | 117.00 |
| 10/28/12 | E-mails from and to Natasha Campbell and Jennifer Scoliard re ▆▆▆▆▆▆ | TJC | 0.10 | 58.50 |
| 10/29/12 | E-mails from and to Natasha Campbell re ▆▆▆▆▆▆ ▆▆▆▆▆▆▆ | TJC | 0.20 | 117.00 |
| 10/29/12 | E-mails from and to Julie Webb and Rusty Perdew re arguments for responses in opposition to Nora motions. | TJC | 0.30 | 175.50 |
| 10/30/12 | Consideration and analysis of arguments for responses to motion for reconsideration and motion to vacate judgment. | TJC | 1.00 | 585.00 |
| 10/30/12 | Emails re same. | TJC | 0.30 | 175.50 |
| | | | 4.50 | $2,632.50 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Research Nora's deadline to appeal order dismissing case. | JCW | 1.50 | 442.50 |
| 10/31/12 | Research case law to support our responses to Nora's Motion for Reconsideration and Motion to Vacate Judgment. | JCW | 2.10 | 619.50 |
| | | | 3.60 | $1,062.00 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Review order dismissing Complaint. | JCW | 0.40 | 118.00 |
| 10/02/12 | Review of judgment received today and emails re whether deadline for notice of appeal runs from today or from date the opinion dismissing the case was issued. | TJC | 0.30 | 175.50 |
| 10/26/12 | Review Nora's motion for reconsideration of order granting her motion to dismiss. | JCW | 0.20 | 59.00 |
| 10/26/12 | Review and analysis of motion for reconsideration. | TJC | 0.40 | 234.00 |
| 10/27/12 | Review and analysis of Nora's motion to vacate judgment. | TJC | 1.00 | 585.00 |
| 10/28/12 | Analysis of Nora's briefs and consideration of arguments in opposition. | TJC | 0.80 | 468.00 |
| 10/29/12 | Analyze Nora's prior filings and briefs in District Court action to determine which, if any, arguments in Motion to Vacate are new. | JCW | 1.00 | 295.00 |
| 10/29/12 | Review Nora's Motion to Vacate Judgment of Dismissal. | JCW | 0.30 | 88.50 |

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: November 20, 2012
Invoice No.:  972667
Page:  3

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 4.40 | $2,023.00 |

**TOTAL FEES**                                                                    **$5,983.00**

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.90 | $265.50 |
| | | | **0.90** | **$265.50** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 4.50 | $2,632.50 |
| | | | **4.50** | **$2,632.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.60 | $1,062.00 |
| | | | **3.60** | **$1,062.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.50 | $1,462.50 |
| J.C. Webb | Associate | $295.00 | 1.90 | $560.50 |
| | | | **4.40** | **$2,023.00** |

**TIMEKEEPER SUMMARY TOTALS**                                            **$5,983.00**

TOTAL FEES                                                                        $5,983.00

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Donald Booth
Paralegal - Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

November 20, 2012
Invoice No.: 972668

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $1,320.50

File Number:     1000304.00178
Re:              Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/12 | Email from plaintiff's counsel re status of effort to have class settlements approved in the bankruptcy court and intention to file proof of claim for the full amount rather than the compromise amount. | TJC | 0.10 | 58.50 |
| 10/10/12 | Follow up emails to and from Lauren Delehey and Bill Thompson re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 10/23/12 | Teleconference w/ N. Rosenbaum and S. Martin re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | JMG | 0.40 | 183.20 |
| 10/25/12 | Review prior exposure and settlement analysis in preparation for same. | JMG | 0.50 | 229.00 |
| 10/26/12 | Review/analysis of correspondence from plaintiffs' counsel covering proposed POC and review/analysis of POC and supporting documentation. | JMG | 0.80 | 366.40 |
| | | | 2.00 | $954.10 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/12 | E-mails from/to plaintiffs' counsel re: intention to file claim in bankruptcy for full claim and treble damages. | JMG | 0.10 | 45.80 |
| 10/10/12 | Review status and e-mail to L. Delehey and D. Booth re: ▮▮▮▮ | JMG | 0.20 | 91.60 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00178

Invoice Date: November 20, 2012
Invoice No.: 972668
Page: 2

| | | **Other** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|---|---|
| | 10/25/12 | E-mail to plaintiffs' counsel re: call to discuss settlement status w/ bankruptcy counsel. | | JMG | 0.10 | 45.80 |
| | 10/30/12 | E-mails from/to ResCap bankruptcy counsel. | | JMG | 0.10 | 45.80 |
| | 10/31/12 | Emails from/to plaintiffs' counsel re status. | | JMG | 0.10 | 45.80 |
| | 10/31/12 | Telephone conference with W. Thompson re ▮▮▮▮ | | JMG | 0.20 | 91.60 |
| | | | | | **0.80** | **$366.40** |

**TOTAL FEES**                                          **$1,320.50**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.70 | $778.60 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **2.00** | **$954.10** |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| | | | **0.80** | **$366.40** |

**TIMEKEEPER SUMMARY TOTALS**                          **$1,320.50**

TOTAL FEES                                             $1,320.50

**TOTAL BALANCE DUE**                                 **$1,320.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Donald Booth
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

November 20, 2012
Invoice No.: 972669

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $1,541.80

File Number:    1000304.00179
Re:             Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/12 | Follow up emails to and from Lauren Delehey and Bill Thompson re ███████████████ | TJC | 0.20 | 117.00 |
| 10/10/12 | Email from plaintiff's counsel re status of effort to have class settlements approved in the bankruptcy court and intention to file proof of claim for the full amount rather than the compromise amount. | TJC | 0.10 | 58.50 |
| 10/23/12 | Teleconference w/ N. Rosenbaum and S. Martin re:███████ | JMG | 0.40 | 183.20 |
| 10/25/12 | Review prior exposure and settlement analysis in preparation for same. | JMG | 0.60 | 274.80 |
| 10/26/12 | Review/analysis of correspondence from plaintiffs' counsel covering proposed POC and review/analysis of POC and supporting documentation. | JMG | 0.80 | 366.40 |
| 10/30/12 | Emails re call with bankruptcy counsel later this week to discuss ███████████ | TJC | 0.20 | 117.00 |
| 10/31/12 | Email from Jordan Wishnew re ███████████████ | TJC | 0.10 | 58.50 |
| | | | 2.40 | $1,175.40 |

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: November 20, 2012
Invoice No.:  972669
Page: 2

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/12 | Review status and e-mail to L. Delehey and D. Booth re: ▉ | JMG | 0.20 | 91.60 |
| 10/10/12 | E-mails from/to plaintiffs' counsel re: intention to file claim in bankruptcy for full claim and treble damages. | JMG | 0.10 | 45.80 |
| 10/25/12 | E-mail to plaintiffs' counsel re: call to discuss settlement status w/ bankruptcy counsel. | JMG | 0.10 | 45.80 |
| 10/30/12 | E-mails from/to ResCap bankruptcy counsel. | JMG | 0.10 | 45.80 |
| 10/31/12 | Emails from/to plaintiff's counsel re status. | JMG | 0.10 | 45.80 |
| 10/31/12 | Telephone conference with W. Thompson re ▉ | JMG | 0.20 | 91.60 |
| | | | **0.80** | **$366.40** |

**TOTAL FEES**                                                                         **$1,541.80**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.80 | $824.40 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **2.40** | **$1,175.40** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| | | | **0.80** | **$366.40** |

**TIMEKEEPER SUMMARY TOTALS**                                                  **$1,541.80**

TOTAL FEES                                                                              $1,541.80

**TOTAL BALANCE DUE**                                                            **$1,541.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

November 20, 2012
Invoice No.: 972670

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                     $358.70

File Number:        1000304.00180
Re:                 Pogosian, Khachik v. GMAC Mortgage, #702349

Your File Number:  702349

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/11/12 | Review of current status. | TJC | 0.10 | 58.50 |
| 10/11/12 | Draft letter and address issues re assignment of deed of trust. | DAS | 0.20 | 75.20 |
| 10/24/12 | Review court docket and status of court order. | DAS | 0.20 | 75.20 |
| | | | **0.50** | **$208.90** |

| | **Settlement/Non-binding ADR** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/05/12 | Draft revised assignment of deed of trust. | DAS | 0.30 | 112.80 |
| | | | **0.30** | **$112.80** |

**TOTAL FEES**                                                    **$321.70**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| D. A. Solitro | Associate | $376.00 | 0.40 | $150.40 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00180

Invoice Date: November 20, 2012
Invoice No.: 972670
Page: 2

**Analysis/Strategy**

|  |  | 0.50 | $208.90 |

**Settlement/Non-binding ADR**

| D. A. Solitro | Associate | $376.00 | 0.30 | $112.80 |
|  |  |  | 0.30 | $112.80 |

**TIMEKEEPER SUMMARY TOTALS**                                           **$321.70**

| DATE | EXPENSES | VALUE |
| --- | --- | --- |
| 10/26/12 | Litigation Support Vendors - Court filing - joint stipulation to continue 10/1/12 case management conference, proposed order and filing fee w/LASC-Central. | 29.50 |
| 10/26/12 | Litigation Support Vendors - Court filing - request for dismissal w/LASC-Central. | 7.50 |
|  | TOTAL EXPENSES | $37.00 |

| TOTAL FEES | $321.70 |
| --- | --- |
| TOTAL EXPENSES | $37.00 |
| TOTAL FEES AND EXPENSES | $358.70 |

**TOTAL BALANCE DUE**                                                         **$358.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972672

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                              $31.70

File Number:        1000304.00183
Re:                 Aguilar, Maria v. GMAC Mortgage, #713953

Your File Number:  713953

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 10/04/12 | Voicemails to and from foreclosure counsel regarding status. | DRS | 0.10 | 31.70 |
| | | | **0.10** | **$31.70** |
| **TOTAL FEES** | | | | **$31.70** |

**TIMEKEEPER SUMMARY:**

| **Analysis/Strategy** | | | | |
|---|---|---|---|---|
| D.R. Sargent | Associate | $317.00 | 0.10 | $31.70 |
| | | | **0.10** | **$31.70** |
| **TIMEKEEPER SUMMARY TOTALS** | | | | **$31.70** |
| TOTAL FEES | | | | $31.70 |
| **TOTAL BALANCE DUE** | | | | **$31.70** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00183

Invoice Date: November 20, 2012
Invoice No.: 972672
Page: 2

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

November 20, 2012
Invoice No.: 972673

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

<u>$9,880.60</u>

File Number:        1000304.00185
Re:                 Sigler, Eyal v. GMAC Mortgage, LLC, #689067

Your File Number:  689067

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Review of current status and strategy. | TJC | 0.20 | 117.00 |
| 10/02/12 | Emails to/from Doug Sargent re███████████████ ███████████████ | TJC | 0.20 | 117.00 |
| 10/18/12 | E-mails from and to Doug Sargent re███████████ | TJC | 0.20 | 117.00 |
| 10/21/12 | E-mail to Kathy Priore and Sheila Gregory re██████ ███████████ | TJC | 0.40 | 234.00 |
| 10/22/12 | Telephone conference with Christine Buen re████████████ | TJC | 0.20 | 117.00 |
| 10/24/12 | E-mails from Christine Buen re████████████████████ | TJC | 0.10 | 58.50 |
| 10/24/12 | E-mail to Doug Sargent re████ | TJC | 0.10 | 58.50 |
| 10/29/12 | E-mails re requested revisions to draft affidavit in support of motion for summary judgment. | TJC | 0.20 | 117.00 |
| | | | **1.60** | **$936.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Review pleadings for the purpose of drafting motion for summary judgment. | CGS | 1.20 | 306.00 |

GMAC Mortgage, LLC
File No.: 1000304.00185

Invoice Date: November 20, 2012
Invoice No.: 972673
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/21/12 | Preparation of motion for summary judgment. | TJC | 2.30 | 1,345.50 |
| 10/24/12 | Revise affidavit in support of motion for summary judgment. | CGS | 0.60 | 153.00 |
| 10/25/12 | Review of revised affidavit in support of motion for summary judgment and e-mails re same. | TJC | 0.40 | 234.00 |
| | | | **4.50** | **$2,038.50** |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/13/12 | Draft motion for summary judgment. | CGS | 5.00 | 1,275.00 |
| 10/15/12 | Draft motion for summary judgment. | CGS | 1.80 | 459.00 |
| 10/16/12 | Draft and revise motion for summary judgment. | CGS | 6.30 | 1,606.50 |
| 10/17/12 | Review and revise motion for summary judgment and supporting affidavit. | DRS | 0.80 | 253.60 |
| 10/18/12 | Review and revise motion for summary judgment and supporting affidavit. | DRS | 5.30 | 1,680.10 |
| 10/21/12 | Review and revise motion for summary judgment; e-mails with litigation team regarding same. | DRS | 0.80 | 253.60 |
| 10/25/12 | Review and revise affidavit in support of motion for summary judgment. | DRS | 0.60 | 190.20 |
| 10/25/12 | Revise affidavit in support of motion for summary judgment. | CGS | 1.30 | 331.50 |
| 10/29/12 | Revise affidavit in support of motion for summary judgment. | CGS | 0.50 | 127.50 |
| 10/30/12 | Review and revise motion for summary judgment and supporting affidavit. | DRS | 2.30 | 729.10 |
| | | | **24.70** | **$6,906.10** |

## TOTAL FEES

$9,880.60

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
| | | | **1.60** | **$936.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.70 | $1,579.50 |
| C. G. Shetty | Associate | $255.00 | 1.80 | $459.00 |
| | | | **4.50** | **$2,038.50** |

GMAC Mortgage, LLC
File No.: 1000304.00185

Invoice Date: November 20, 2012
Invoice No.: 972673
Page: 3

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 14.90 | $3,799.50 |
| D.R. Sargent | Associate | $317.00 | 9.80 | $3,106.60 |
| | | | 24.70 | $6,906.10 |

**TIMEKEEPER SUMMARY TOTALS**        $9,880.60

TOTAL FEES        $9,880.60

**TOTAL BALANCE DUE**        **$9,880.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Donald Booth
Paralegal - Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

November 20, 2012
Invoice No.: 972675

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                          $274.80

File Number:        1000304.00192
Re:                 Abucay v. GMAC Mortgage, LLC, #718914

Your File Number:  718914

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | Teleconference w/ D. Booth re: ███████████ | JMG | 0.30 | 137.40 |
| 10/24/12 | Monitor/review relevant joint defense e-mails. | JMG | 0.30 | 137.40 |
| | | | 0.60 | $274.80 |

**TOTAL FEES**                                                          **$274.80**

**TIMEKEEPER SUMMARY:**

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.60 | $274.80 |
| | | | | 0.60 | $274.80 |

**TIMEKEEPER SUMMARY TOTALS**                                          **$274.80**

TOTAL FEES                                                              $274.80

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00192

Invoice Date: November 20, 2012
Invoice No.:  972675
Page:  2

**TOTAL BALANCE DUE**                                                                                    **$274.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                    JPMorgan Chase
24259 Network Place                              525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                           Chicago, IL  60661
                                                 Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972676

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                    $496.10

File Number:          1000304.00195
Re:                   NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/12 | Emails from plaintiff's counsel re amended complaint. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Review of ECF notice received today regarding first amended complaint. | TJC | 0.10 | 58.50 |
| 10/29/12 | Review ECF notice of manual filing re: amended complaint. | JMG | 0.20 | 91.60 |
| 10/30/12 | Summary review of First Amended Complaint and e-mail to W. Thompson and P. Zellman forwarding same. | JMG | 0.50 | 229.00 |
| 10/31/12 | Review of ECF notice received today regarding filing of first amended complaint. | TJC | 0.10 | 58.50 |
| | | | **0.90** | **$437.60** |

**TOTAL FEES**                                                                      **$496.10**

---

**TIMEKEEPER SUMMARY:**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00195

Invoice Date: November 20, 2012
Invoice No.:  972676
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.90** | **$437.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                  **$496.10**

TOTAL FEES                                                                                              $496.10

**TOTAL BALANCE DUE**                                                                         **$496.10**

PLEASE REMIT PAYMENT TO:

| <u>Via US Mail:</u> | <u>Via Courier:</u> |
|---|---|
| Locke Lord LLP | JPMorgan Chase |
| 24259 Network Place | 525 West Monroe Street, 8th Floor |
| Chicago, IL 60673-1242 | Chicago, IL  60661 |
| | Attn: Locke Lord LLP Box #24259 |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972677

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    **$997.20**

File Number:        1000304.00196
Re:                 NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/12 | Review of ECF notice re filing of supplemental authority today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/04/12 | Monitor and review ECF notices. | JMG | 0.10 | 45.80 |
| 10/29/12 | Monitor and review electronic filing notices - answers and initial pleading motions. | JMG | 0.50 | 229.00 |
| 10/31/12 | Monitor and review ECF notices and joint defense emails. | JMG | 0.20 | 91.60 |
| | | | **0.80** | **$366.40** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/02/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/02/12 | Review ECF notices re: docket activity. | JMG | 0.10 | 45.80 |
| 10/04/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/05/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: November 20, 2012
Invoice No.: 972677
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | Review of ECF notice received today from Tenth Circuit re NCUAB's response to petition for leave to take interlocutory appeal. | TJC | 0.10 | 58.50 |
| 10/29/12 | Review of ECF notices received today re codefendant motions to dismiss and answers. | TJC | 0.30 | 175.50 |
| 10/31/12 | Review of ECF notice received today from 10th Circuit. | TJC | 0.10 | 58.50 |
| | | | 1.00 | $572.30 |

**TOTAL FEES** $997.20

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| | | | 0.10 | $58.50 |

**Other**

| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
|---|---|---|---|---|
| | | | 0.80 | $366.40 |

**Pleadings**

| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | 1.00 | $572.30 |

**TIMEKEEPER SUMMARY TOTALS** $997.20

TOTAL FEES $997.20

**TOTAL BALANCE DUE** $997.20

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972678

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

$58.50

| | | |
|---|---|---|
| File Number: | 1000304.00197 | |
| Re: | Bates, Barrett (Hawaii) v. GMAC Mortgage LLC, #719244 | |

Your File Number:  719244

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/12 | Review of notice of extension of briefing schedule. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |

**TOTAL FEES**                                                **$58.50**

**TIMEKEEPER SUMMARY:**

| Pleadings | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | $58.50 |

**TIMEKEEPER SUMMARY TOTALS**                                **$58.50**

TOTAL FEES                                                    $58.50

**TOTAL BALANCE DUE**                                        **$58.50**



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972679

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                   $58.50

File Number:      1000304.00203
Re:               Bates, Barrett (DC) v. GMAC Mortgage, #720605

Your File Number:  720605

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Analysis/Strategy** | | | |
| 10/12/12 | Emails re extension of deadline for appellant to file his brief. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |

**TOTAL FEES**                                                                    **$58.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | HOURS | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$58.50**

TOTAL FEES                                                                        $58.50

**TOTAL BALANCE DUE**                                                             **$58.50**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

November 20, 2012
Invoice No.: 972680

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

$7,588.10

File Number:    1000304.00211
Re:             Kral, Kenneth v. GMAC Mortgage, 725078

Your File Number:  725078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Telephone conference with GMACM and MoFo lawyers re ▮▮▮ | RJM | 0.50 | 264.00 |
| 10/02/12 | Preparation for conference call this morning to discuss ▮▮▮ | TJC | 0.30 | 175.50 |
| 10/02/12 | Conference call with counsel for MoFo re ▮▮▮ | TJC | 0.40 | 234.00 |
| 10/02/12 | Review/analysis of amended complaint, MFR motion and memorandum in preparation for call w/ N. Campbell and ResCap bankruptcy counsel. | JMG | 2.20 | 1,007.60 |
| 10/22/12 | Conference call with GMACM bankruptcy counsel to discuss ▮▮▮ | RJM | 0.60 | 316.80 |
| 10/22/12 | Teleconference w/ same. | JMG | 0.80 | 366.40 |
| 10/23/12 | Teleconference w/ N. Rosenbaum and S. Martin re: ▮▮▮ | JMG | 0.70 | 320.60 |
| 10/23/12 | Telephone conference with GMAC's BK counsel regarding ▮▮▮ | RJM | 0.50 | 264.00 |
| 10/24/12 | Various e-mails from/to bankruptcy counsel at MoFo re: ▮▮▮ | JMG | 0.70 | 320.60 |

GMAC Mortgage, LLC
File No.: 1000304.00211

Invoice Date: November 20, 2012
Invoice No.: 972680
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 6.70 | $3,269.50 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Correspondence with Joe Roberts re dismissal by Stricker. | RJM | 0.20 | 105.60 |
| 10/02/12 | Correspondence with Don Booth re ███████ | RJM | 0.20 | 105.60 |
| 10/25/12 | Review e-mails correspondence from plaintiffs' counsel re: possible settlement and related e-mails from/to ResCap bankruptcy counsel re: ███ | JMG | 0.30 | 137.40 |
| 10/26/12 | E-mails from/to bankruptcy counsel re: ███████ | JMG | 0.20 | 91.60 |
| | | | 0.90 | $440.20 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Teleconference w/ N. Campbell, J. Scolliard et al. re: ████ | JMG | 0.50 | 229.00 |
| 10/02/12 | Various e-mails re: Stricker settlement and dismissal of class case. | JMG | 0.20 | 91.60 |
| 10/16/12 | E-mails re:  status of response to motion for relief. | JMG | 0.10 | 45.80 |
| 10/22/12 | Various e-mails from/to litigation team and ResCap bankruptcy counsel at MoFo. | JMG | 0.50 | 229.00 |
| | | | 1.30 | $595.40 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Draft stipulation of dismissal as to plaintiff Stricker. | RJM | 0.30 | 158.40 |
| 10/22/12 | Revise draft opposition to Kral's motion for relief from stay. | RJM | 0.80 | 422.40 |
| 10/22/12 | Review/revise draft objection to motion for relief from stay. | JMG | 3.50 | 1,603.00 |
| 10/23/12 | Review/analysis of amended complaint and revised opposition to motion for relief from stay. | JMG | 1.20 | 549.60 |
| 10/24/12 | Review revised draft opposition and related declaration and further revisions of same. | JMG | 1.20 | 549.60 |
| | | | 7.00 | $3,283.00 |

**TOTAL FEES**          **$7,588.10**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 4.40 | $2,015.20 |
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |

GMAC Mortgage, LLC
File No.: 1000304.00211

Invoice Date: November 20, 2012
Invoice No.:  972680
Page: 3

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 1.60 | $844.80 |
| | | | **6.70** | **$3,269.50** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.40 | $211.20 |
| | | | **0.90** | **$440.20** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.30 | $595.40 |
| | | | **1.30** | **$595.40** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 5.90 | $2,702.20 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.10 | $580.80 |
| | | | **7.00** | **$3,283.00** |

**TIMEKEEPER SUMMARY TOTALS**      **$7,588.10**

TOTAL FEES      $7,588.10

**TOTAL BALANCE DUE**      **$7,588.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972681

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                                    $934.20

File Number:        1000304.00212
Re:                 Vasquez, David v. GMAC Mortgage, LLC, 725258

Your File Number:  725258

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Evaluate removal options. | JLK | 0.20 | 62.40 |
| 10/01/12 | Work on removal issues. | JLS | 0.10 | 37.40 |
| 10/03/12 | Emails re objections and responses to plaintiffs' discovery requests and status of removal issue. | TJC | 0.10 | 58.50 |
| 10/03/12 | Confer with Ms. Scoliard regarding ███████ | JLK | 0.20 | 62.40 |
| 10/04/12 | Emails re deadline for removal of case based on "related to" jurisdiction. | TJC | 0.20 | 117.00 |
| 10/09/12 | Conference with Ms. Kinney regarding ███████ | JLS | 0.10 | 37.40 |
| 10/16/12 | E-mails regarding removal strategy. | JLS | 0.10 | 37.40 |
| 10/16/12 | Follow up with Ms. Scoliard regarding ███████████ ████ | JLK | 0.10 | 31.20 |
| 10/16/12 | Emails re decision not to remove case using bankruptcy "related to" jurisdiction. | TJC | 0.10 | 58.50 |
| | | | 1.20 | $502.20 |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/26/12 | Evaluate and process documents for attorney review in preparation of production. | PNR | 0.70 | 151.20 |
| | | | 0.70 | $151.20 |

GMAC Mortgage, LLC
File No.: 1000304.00212

Invoice Date: November 20, 2012
Invoice No.:  972681
Page: 2

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Confer with Ms. Stokes and Ms. Albright regarding ▮▮▮▮▮ | JLK | 0.30 | 93.60 |
| 10/11/12 | Confer with Plaintiff's counsel regarding document production. | JLK | 0.20 | 62.40 |
| 10/16/12 | Confer with plaintiff's counsel regarding document production. | JLK | 0.10 | 31.20 |
| 10/26/12 | Evaluate documents to be produced. | JLK | 0.30 | 93.60 |
| | | | **0.90** | **$280.80** |

**TOTAL FEES**                                                         **$934.20**

### TIMEKEEPER SUMMARY:

#### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.30 | $112.20 |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| J. L. Kinney | Associate | $312.00 | 0.50 | $156.00 |
| | | | **1.20** | **$502.20** |

#### Document/File Management

| | | | | |
|---|---|---|---|---|
| P. N. Richards | Paralegal | $216.00 | 0.70 | $151.20 |
| | | | **0.70** | **$151.20** |

#### Document Production

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 0.90 | $280.80 |
| | | | **0.90** | **$280.80** |

**TIMEKEEPER SUMMARY TOTALS**                       **$934.20**

TOTAL FEES                                                 **$934.20**

**TOTAL BALANCE DUE**                                     **$934.20**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661



# Locke
# Lord
### LLP
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972682

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

$3,222.90

File Number:        1000304.00214
Re:                 Jefferson, Bakari v. GMAC Mortgage, 725137

Your File Number:  725137

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 10/17/12 | E-mail re draft of reply in support of motion to dismiss. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |
| | | | | |
| **Document/File Management** | | ATTY | HOURS | VALUE |
| 10/01/12 | Download and review multiple ECF's from Court e-filing and email to team. | PNR | 0.20 | 43.20 |
| 10/28/12 | Review e-mails and ECF filings. | PNR | 0.10 | 21.60 |
| | | | **0.30** | **$64.80** |
| | | | | |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 10/13/12 | Review and analysis of Plaintiffs' response in opposition to motion to dismiss and consideration of arguments for reply. | TJC | 0.50 | 292.50 |
| 10/23/12 | Review and analysis of order granting in part and denying in part GMACM's motion to dismiss; E-mails to and from Jason Sanders and Jennifer Kinney re ▮ | TJC | 0.50 | 292.50 |
| 10/23/12 | Review order granting and denying in part motion to dismiss. | JLS | 0.30 | 112.20 |
| | | | **1.30** | **$697.20** |

GMAC Mortgage, LLC
File No.: 1000304.00214

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/15/12 | Review response to motion to dismiss. | JLK | 0.20 | 62.40 |
| 10/15/12 | Draft correspondence to Ms. Stokes regarding ███████ | JLK | 0.20 | 62.40 |
| 10/17/12 | Draft reply in support of Defendants' Motion to Dismiss Plaintiff's lawsuit. | JLK | 5.20 | 1,622.40 |
| | | | **5.60** | **$1,747.20** |

| Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/13/12 | Evaluate Plaintiff's opposition to Motion to Dismiss and reply arguments. | JLK | 0.80 | 249.60 |
| 10/19/12 | Revise reply in support of motion to dismiss. | JLK | 0.90 | 280.80 |
| 10/23/12 | Evaluate order partially granting motion to dismiss. | JLK | 0.40 | 124.80 |
| | | | **2.10** | **$655.20** |

## TOTAL FEES
$3,222.90

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| P. N. Richards | Paralegal | $216.00 | 0.30 | $64.80 |
| | | | **0.30** | **$64.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.30 | $112.20 |
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| | | | **1.30** | **$697.20** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 5.60 | $1,747.20 |
| | | | **5.60** | **$1,747.20** |

GMAC Mortgage, LLC
File No.: 1000304.00214

**Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 2.10 | $655.20 |
| | | | **2.10** | **$655.20** |

**TIMEKEEPER SUMMARY TOTALS**                **$3,222.90**

TOTAL FEES             $3,222.90

**TOTAL BALANCE DUE**          **$3,222.90**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972683

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012     <u>$431.80</u>

File Number:      1000304.00215
Re:              Matisi, James v. GMAC Mortgage, 724934

Your File Number:   724934

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Download and review ECF's from Court e-filing and email to team. | PNR | 0.10 | 21.60 |
| | | | **0.10** | **$21.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Review and analyze scheduling order. | JLS | 0.10 | 37.40 |
| 10/04/12 | Review scheduling order and provide client analysis of important next steps. | JEC | 0.20 | 62.40 |
| 10/04/12 | Review petition to analyze claims and draft notice of bankruptcy stay, detailing which claims of plaintiff are stayed and which are not. | JEC | 0.50 | 156.00 |
| 10/04/12 | Review notice of bankruptcy stay. | JLS | 0.10 | 37.40 |
| 10/04/12 | Review of scheduling order received today and emails re same. | TJC | 0.20 | 117.00 |
| | | | **1.10** | **$410.20** |

**TOTAL FEES**             **$431.80**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00215

Invoice Date: November 20, 2012
Invoice No.:  972683
Page:  2

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| P. N. Richards | Paralegal | $216.00 | 0.10 | $21.60 |
| | | | **0.10** | **$21.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.20 | $74.80 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| J. E. Collins | Associate | $312.00 | 0.70 | $218.40 |
| | | | **1.10** | **$410.20** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$431.80**

TOTAL FEES                                                                           $431.80

**TOTAL BALANCE DUE**                                                        **$431.80**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972684

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                    $58.50

File Number:        1000304.00222
Re:                 Plymouth County, Iowa (Raymond) v. GMAC, 725977

Your File Number: 725977

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | Review of order denying motion for reconsideration. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                         **$58.50**

**TIMEKEEPER SUMMARY:**

| Pleadings | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$58.50**

TOTAL FEES                                                                              $58.50

**TOTAL BALANCE DUE**                                                                   **$58.50**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972685

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $648.00

File Number:        1000304.00224
Re:                 Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

Your File Number:  725793

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/11/12 | Review email from counsel for co-defendants re ███ ███████ | JNF | 0.10 | 54.00 |
| 10/11/12 | Formulate strategy for motion to remand. | JNF | 0.20 | 108.00 |
| 10/12/12 | Review emails from counsel for co-defendants re ████ | JNF | 0.10 | 54.00 |
| 10/15/12 | Review emails from counsel for co-defendants re ████ ███ | JNF | 0.20 | 108.00 |
| 10/18/12 | Review emails from counsel for co-defendants re ███ | JNF | 0.10 | 54.00 |
| | | | 0.70 | $378.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/11/12 | Analyze motion to remand filed by plaintiff. | JNF | 0.20 | 108.00 |
| 10/15/12 | Review court notice re pro hac vice admission of R. Perdew. | JNF | 0.10 | 54.00 |
| 10/18/12 | Analyze proposed response to plaintiff's motion for remand. | JNF | 0.20 | 108.00 |
| | | | 0.50 | $270.00 |

**TOTAL FEES**                                                              **$648.00**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00224

Invoice Date: November 20, 2012
Invoice No.:  972685
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.70 | $378.00 |
| | | | **0.70** | **$378.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.50 | $270.00 |
| | | | **0.50** | **$270.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$648.00**

TOTAL FEES                                                                   $648.00

**TOTAL BALANCE DUE**                                                        **$648.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972686

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                         $1,521.00

File Number:        1000304.00232
Re:                 Dumas, Eugene v. GMAC Mortgage, 727332

Your File Number:  727332

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/04/12 | Review of correspondence from Joseph Culik re denial of request for purported HAMP modification. | TJC | 0.20 | 117.00 |
| 10/04/12 | Emails to/from Natasha Campbell, Beth Yanci and Lauren Delehey re ▮ | TJC | 0.30 | 175.50 |
| 10/10/12 | Email to Josef Kulik re basis for denial of both HAMP and traditional loan mod requests and denial that there was any violation of HAMP. | TJC | 0.40 | 234.00 |
| 10/10/12 | Email from Beth Yanci re ▮ | TJC | 0.10 | 58.50 |
| 10/12/12 | Email from borrower's counsel re amount of income used to determine whether the borrowers qualified for a loan modification and email to Beth Yanci re ▮ | TJC | 0.20 | 117.00 |
| 10/25/12 | E-mail from borrower's counsel re income GMACM assumed for purposes of determining the borrower did not qualify for a loan modification. | TJC | 0.10 | 58.50 |
| 10/25/12 | E-mail to Natasha Campbell, Lauren Delehey and Beth Yanci re ▮ | TJC | 0.20 | 117.00 |
| 10/26/12 | E-mail from Beth Yanci re ▮ | TJC | 0.10 | 58.50 |
| 10/26/12 | E-mail to Charest's counsel re status of effort to obtain the information he is requesting. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00232

Invoice Date: November 20, 2012
Invoice No.: 972686
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Review of Massachusetts statute requiring provision of payoff statement upon request. | TJC | 0.20 | 117.00 |
| 10/29/12 | E-mail from Beth Yanci re ██████████████████ | TJC | 0.10 | 58.50 |
| 10/29/12 | E-mails to and from borrower's counsel re amount of income used to determine borrowers' qualification for loan modification and his request for a payoff statement pursuant to Massachusetts law. | TJC | 0.20 | 117.00 |
| 10/30/12 | Email to Beth Yanci, Natasha Campbell and Lauren Delehey re ████████████████ | TJC | 0.20 | 117.00 |
| 10/31/12 | Email from Beth Yanci re ████████████████ | TJC | 0.10 | 58.50 |
| | | | 2.60 | $1,521.00 |

**TOTAL FEES**                                                                                           **$1,521.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 2.60 | $1,521.00 |
| | | | | 2.60 | $1,521.00 |

**TIMEKEEPER SUMMARY TOTALS**                                                       **$1,521.00**

TOTAL FEES                                                                                          $1,521.00

**TOTAL BALANCE DUE**                                                                    **$1,521.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972687

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

$154.40

File Number:          1000304.00233
Re:                   Brown, James v. GMAC Mortgage, 727326

Your File Number:  727326

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Emails re lack of reaction from court after we filed revised notice of bankruptcy. | TJC | 0.10 | 58.50 |
| 10/03/12 | E-mail Ms. Hoy regarding ███████████ | JLS | 0.10 | 37.40 |
| 10/18/12 | E-mail from Jance Hoy re ██████████████ ███████ | TJC | 0.10 | 58.50 |
| | | | 0.30 | $154.40 |

**TOTAL FEES**                                                          **$154.40**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.30 | $154.40 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00233

Invoice Date: November 20, 2012
Invoice No.: 972687
Page: 2

**TIMEKEEPER SUMMARY TOTALS**                                          **$154.40**


TOTAL FEES                                                              $154.40

**TOTAL BALANCE DUE**                                                   **$154.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL  60661
                                          Attn: Locke Lord LLP Box #24259


This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972688

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $145.20

File Number:        1000304.00236
Re:                 Jackson County, MO, Recording Fee Litigation, 727570

Your File Number:  727570

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/12 | Review amended complaint and draft e-mail to Lauren Delehey regarding ▮▮▮ | PRP | 0.30 | 145.20 |
| | | | 0.30 | $145.20 |

**TOTAL FEES**                                                      $145.20

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.30 | $145.20 |
| | | | 0.30 | $145.20 |

**TIMEKEEPER SUMMARY TOTALS**                                      $145.20

**TOTAL FEES**                                                     $145.20

**TOTAL BALANCE DUE**                                              $145.20



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972689

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                          **$137.40**

File Number:        1000304.00238
Re:                 Green Planet Servicing, LLC v. GMAC Mortgage, 728450

Your File Number:  728450

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/12 | E-mails from/to local counsel and review order of dismissal and e-mail to L. Delehey and D. Booth re: ▓▓▓▓▓▓ | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                                          **$137.40**

### TIMEKEEPER SUMMARY:

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | 0.30 | $137.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                           **$137.40**

TOTAL FEES                                                                              $137.40

**TOTAL BALANCE DUE**                                                                   **$137.40**



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972691

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

$3,233.00

File Number:        1000304.00278
Re:                 455 N Avers, Chicago, IL (Pickett), #733358

Your File Number:  733358

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/22/12 | Conference with Sherina Maye regarding ███████████ | JCW | 0.20 | 59.00 |
| 10/24/12 | Revise draft initial case assessment. | JCW | 0.10 | 29.50 |
| 10/24/12 | Conference with Sherina Maye regarding ███████████ ██████ | JCW | 0.30 | 88.50 |
| 10/31/12 | Review e-mails reporting on 10/30 hearing. | JCW | 0.10 | 29.50 |
| | | | **0.70** | **$206.50** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/12 | Analyze foreclosure docket and recordings. | SEM | 0.60 | 165.60 |
| 10/18/12 | Conference with Tom to ██████ | SEM | 0.30 | 82.80 |
| 10/18/12 | E-mails from and to Beth McWilliams re ████ | TJC | 0.20 | 117.00 |
| 10/18/12 | E-mail from Tiffany Till with background information on the property and e-mail to Beth McWilliams re ████ | TJC | 0.30 | 175.50 |
| 10/22/12 | Conference with J. Webb re: ████████ | SEM | 0.40 | 110.40 |
| 10/22/12 | Analyze fact package. | SEM | 0.90 | 248.40 |
| 10/22/12 | Draft initial case assessment. | SEM | 0.60 | 165.60 |
| 10/24/12 | Revise initial case assessment and send to client. | SEM | 0.40 | 110.40 |

GMAC Mortgage, LLC
File No.: 1000304.00278

Invoice Date: November 20, 2012
Invoice No.:  972691
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/12 | Preparation of initial case assessment. | TJC | 0.20 | 117.00 |
| 10/27/12 | Draft email to J. Webb re: ███████████ | SEM | 0.60 | 165.60 |
| 10/27/12 | Analyze documents sent by client. | SEM | 1.10 | 303.60 |
| 10/29/12 | Conference with Julie to ███████ | SEM | 0.40 | 110.40 |
| 10/30/12 | Draft status email to client re: ████ | SEM | 0.40 | 110.40 |
| 10/30/12 | Emails from/to Sherina Maye re ██████████ | TJC | 0.30 | 175.50 |
| | | | **6.70** | **$2,158.20** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/19/12 | Retrieve Chapter 13-11 (Vacant, Abandoned & Deteriorating Buildings) and Chapter 13-12 (Enforcement of Building, Electrical & Fire Regulations) of the Chicago Municipal Code; locate portions of the Chicago Municipal Code that (a) defines owners; (b) defines mortgagees; and (c) requires owners to take certain actions in relation to vacant buildings. | TBT | 0.10 | 23.80 |
| | | | **0.10** | **$23.80** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/12 | Read and analyze complaint. | SEM | 0.60 | 165.60 |
| 10/18/12 | Review of complaint and various initial pleadings and documents. | TJC | 0.50 | 292.50 |
| | | | **1.10** | **$458.10** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Prepare for court hearing. | SEM | 0.50 | 138.00 |
| 10/30/12 | Attend hearing. | SEM | 0.90 | 248.40 |
| | | | **1.40** | **$386.40** |

**TOTAL FEES**                                                           **$3,233.00**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| | | | **0.70** | **$206.50** |

GMAC Mortgage, LLC
File No.:  1000304.00278

Invoice Date: November 20, 2012
Invoice No.:  972691
Page: 3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| S. E. Maye | Associate | $276.00 | 5.70 | $1,573.20 |
| | | | **6.70** | **$2,158.20** |

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| S. E. Maye | Associate | $276.00 | 0.60 | $165.60 |
| | | | **1.10** | **$458.10** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 1.40 | $386.40 |
| | | | **1.40** | **$386.40** |

**TIMEKEEPER SUMMARY TOTALS** | | | | **$3,233.00**

TOTAL FEES | | | | $3,233.00

**TOTAL BALANCE DUE** | | | | **$3,233.00**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972692

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $1,241.10

File Number:        1000304.00280
Re:                 5027 W Huron Street (Hester), #733364

Your File Number:   733364

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Conference with David Standa regarding █████████ | JCW | 0.10 | 29.50 |
| | | | 0.10 | $29.50 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Cook County Assessor to locate relative parcel numbers for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 2.10 | 499.80 |
| 10/25/12 | Review complaint, foreclosure file, and title record. | DFS | 0.30 | 79.20 |
| 10/25/12 | E-mails from and to Beth McWilliams re █████ | TJC | 0.20 | 117.00 |
| 10/25/12 | Review of initial package of information from Tiffany Till. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.:  1000304.00280

Invoice Date: November 20, 2012
Invoice No.:  972692
Page:  2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Preparation of initial case assessment and e-mail re same. | TJC | 0.20 | 117.00 |
| 10/29/12 | Draft initial case assessment memo. | DFS | 0.40 | 105.60 |
| | | | **3.30** | **$977.10** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | Review and analysis of new complaint and consideration of approach. | TJC | 0.30 | 175.50 |
| 10/25/12 | Review Complaint and next hearing date. | JCW | 0.20 | 59.00 |
| | | | **0.50** | **$234.50** |

**TOTAL FEES**                                                **$1,241.10**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| D. F. Standa | Associate | $264.00 | 0.70 | $184.80 |
| T. B. Till | Paralegal | $238.00 | 2.10 | $499.80 |
| | | | **3.30** | **$977.10** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.50** | **$234.50** |

**TIMEKEEPER SUMMARY TOTALS**                           **$1,241.10**

**TOTAL FEES**                                          $1,241.10

**TOTAL BALANCE DUE**                                 **$1,241.10**



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972693

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $1,293.90

File Number:        1000304.00281
Re:                 1111 S Independence (Baker), #733609

Your File Number:   733609

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Fact Investigation/Development** | | | | |
| 10/29/12 | Conference with David Standa regarding ████████ | JCW | 0.10 | 29.50 |
| | | | 0.10 | **$29.50** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 10/25/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Cook County Assessor to locate relative parcel numbers for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 2.10 | 499.80 |
| 10/25/12 | Review complaint, multiple foreclosure files, title record, and condo declaration. | DFS | 0.50 | 132.00 |
| 10/25/12 | E-mails from and to Beth McWilliams re ████ | TJC | 0.20 | 117.00 |
| 10/25/12 | Review of initial package of information from Tiffany Till. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00281

Invoice Date: November 20, 2012
Invoice No.: 972693
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Preparation of initial case assessment and e-mails re same. | TJC | 0.20 | 117.00 |
| 10/29/12 | Draft initial case assessment memo. | DFS | 0.40 | 105.60 |
| | | | **3.50** | **$1,029.90** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | Review and analysis of new complaint and consideration of approach. | TJC | 0.30 | 175.50 |
| 10/25/12 | Review Complaint and next hearing date. | JCW | 0.20 | 59.00 |
| | | | **0.50** | **$234.50** |

**TOTAL FEES**                                                                                **$1,293.90**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
|---|---|---|---|---|
| | | | **0.10** | **$29.50** |

### Analysis/Strategy

| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.90 | $237.60 |
| T. B. Till | Paralegal | $238.00 | 2.10 | $499.80 |
| | | | **3.50** | **$1,029.90** |

### Pleadings

| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.50** | **$234.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$1,293.90**

TOTAL FEES                                                                                $1,293.90

**TOTAL BALANCE DUE**                                                                **$1,293.90**


# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972694

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $877.30

File Number:        1000304.00282
Re:                 3719 W Grenshaw (Sanders, May), #733604

Your File Number:   733604

| Fact Investigation/Development | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Conference with Chethan Shetty regarding ███████ | JCW | 0.10 | 29.50 |
| 10/29/12 | Revise Initial Case Assessment. | JCW | 0.20 | 59.00 |
| | | | 0.30 | $88.50 |

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Cook County Assessor to locate relative parcel numbers for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.10 | 261.80 |
| 10/25/12 | E-mails from and to Beth McWilliams re ███████ | TJC | 0.20 | 117.00 |
| 10/25/12 | Review of initial package of information from Tiffany Till. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.:  1000304.00282

Invoice Date: November 20, 2012
Invoice No.:  972694
Page:  2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 10/29/12 | Preparation of initial case assessment and e-mail re same. | TJC | 0.20 | 117.00 |
| | | | **1.60** | **$554.30** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Pleadings** | | | | |
| 10/25/12 | Review Complaint and next hearing date. | JCW | 0.20 | 59.00 |
| 10/25/12 | Review and analysis of new complaint and consideration of approach. | TJC | 0.30 | 175.50 |
| | | | **0.50** | **$234.50** |

**TOTAL FEES**                                                                                                 **$877.30**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| T. B. Till | Paralegal | $238.00 | 1.10 | $261.80 |
| | | | **1.60** | **$554.30** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.50** | **$234.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$877.30**

TOTAL FEES                                                                                               $877.30

**TOTAL BALANCE DUE**                                                                          **$877.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                              **Via Courier:**
Locke Lord LLP                                          JPMorgan Chase


**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012

Invoice No.: 972690

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                           <u>$79.20</u>

File Number:        1000304.00247
Re:                 Hernandez, Javier and Mariana v. GMAC Mortgage, LLC
                    728939

Your File Number: 728939

| | **Pleadings** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|---|
| 10/29/12 | Draft courtesy copy letter to judge. | | DFS | 0.30 | 79.20 |
| | | | | 0.30 | **$79.20** |

**TOTAL FEES**                                                                    **$79.20**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| D. F. Standa | | Associate | $264.00 | 0.30 | $79.20 |
| | | | | 0.30 | **$79.20** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$79.20**

TOTAL FEES                                                                          $79.20

**TOTAL BALANCE DUE**                                                              **$79.20**

---



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jennifer Best
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972695

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                             $1,780.50

File Number:     1000304.00248
Re:              Walker, Reuben and Karen v. GMAC Mortgage, #728755

Your File Number:  728755

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Analysis/Strategy** | | | |
| 10/02/12 | E-mails from and to Christy Hancock re ███████ | TJC | 0.20 | 117.00 |
| 10/03/12 | Review of status of responsive pleading and strategy for resolution of matter. | TJC | 0.20 | 117.00 |
| 10/03/12 | Email to Peter King re ███████ | TJC | 0.20 | 117.00 |
| 10/03/12 | Review of correspondence from plaintiffs' counsel re automatic stay. | TJC | 0.10 | 58.50 |
| 10/03/12 | Email to Christy Hancock re ███████ | TJC | 0.20 | 117.00 |
| 10/03/12 | Emails from/to Peter King re ███████ | TJC | 0.30 | 175.50 |
| 10/03/12 | Review letter from plaintiff's counsel re: motion for default. | CGS | 0.10 | 25.50 |
| 10/04/12 | Email from Christy Hancock re ███████ | TJC | 0.20 | 117.00 |
| 10/08/12 | Emails from/to Christy Hancock and Peter King re ███████ | TJC | 0.20 | 117.00 |
| 10/11/12 | Emails from insurance defense counsel re ███████ | TJC | 0.10 | 58.50 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00248

Invoice Date: November 20, 2012
Invoice No.: 972695
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/12/12 | E-mails from and to Christy Hancock ███████████ ████████████████████████ | TJC | 0.50 | 292.50 |
| 10/16/12 | Email from insurance defense counsel re ██████ ████████████ | TJC | 0.20 | 117.00 |
| 10/17/12 | E-mail to Peter King ████████████ | TJC | 0.20 | 117.00 |
| | | | **2.70** | **$1,546.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Review of order entered last week re prove up and order setting deadline for GMACM and MERS' responsive pleadings. | TJC | 0.10 | 58.50 |
| 10/04/12 | Review, analysis of plaintiffs' motion for summary judgment received today and forwarded same to Christy Hancock. | TJC | 0.30 | 175.50 |
| | | | **0.40** | **$234.00** |

**TOTAL FEES**           **$1,780.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.60 | $1,521.00 |
| C. G. Shetty | Associate | $255.00 | 0.10 | $25.50 |
| | | | **2.70** | **$1,546.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**TIMEKEEPER SUMMARY TOTALS**       **$1,780.50**

**TOTAL FEES**       $1,780.50

**TOTAL BALANCE DUE**       **$1,780.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                    <u>Via Courier:</u>
Locke Lord LLP               JPMorgan Chase



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

November 20, 2012
Invoice No.: 972696

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $4,107.25

| File Number: | 1000304.00251 |
| --- | --- |
| Re: | Rubino, Prosper v. GMAC Mortgage, 729705 |

Your File Number:  729705

| | Analysis/Strategy | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 10/10/12 | Emails from/to S. Maye re ▮▮▮ | TJC | 0.20 | 117.00 |
| 10/10/12 | Email to Sheila Gregory and Kathy Priore re ▮▮▮▮▮▮ | TJC | 0.30 | 175.50 |
| 10/10/12 | Email from plaintiff's counsel re request that we accept a tender on an amount sufficient to rescind the loan to avoid an appeal. | TJC | 0.10 | 58.50 |
| 10/10/12 | Consideration of how to respond to request that we permit rescission of loan. | TJC | 0.30 | 175.50 |
| 10/11/12 | Email to borrower's counsel responding to his demand for rescission and offering alternatives. | TJC | 0.30 | 175.50 |
| 10/11/12 | Emails from/to Kathy Priore re ▮▮▮ | TJC | 0.30 | 175.50 |
| 10/11/12 | Communicate with borrower's counsel and T. Cunningham re: Rubino's request for rescission. | SEM | 0.70 | 193.20 |
| 10/22/12 | E-mails to and from Sherina Maye re ▮ | TJC | 0.10 | 58.50 |
| 10/22/12 | E-mail to Kathy Priore, Christine Buen and Sheila Gregory re ▮ | TJC | 0.30 | 175.50 |
| 10/23/12 | Review of status of case and Supreme Court Rules re finality of orders and appeal process and procedure. | TJC | 0.40 | 234.00 |
| 10/23/12 | E-mail to Kathy Priore and Sheila Gregory re ▮▮▮▮ | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00251

Invoice Date: November 20, 2012
Invoice No.: 972696
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/12 | E-mails to and from Sherina Maye re ███████ | TJC | 0.10 | 58.50 |
| 10/23/12 | Conference with Sherina Maye re ███████ | TJC | 0.10 | 58.50 |
| 10/23/12 | Conduct legal research and analysis re: appealing a non-final judgment and whether dismissal with counterclaim is a final judgment. | SEM | 0.60 | 165.60 |
| 10/23/12 | Contact foreclosure counsel re: appeal. | SEM | 0.30 | 82.80 |
| 10/24/12 | E-mail from foreclosure counsel re ███████ | TJC | 0.10 | 58.50 |
| 10/26/12 | E-mails to and from Kathy Priore re ███████ | TJC | 0.30 | 175.50 |
| 10/26/12 | E-mails re filing of motion to dismiss appeal. | TJC | 0.20 | 117.00 |
| 10/27/12 | E-mails re filing motion to dismiss appeal. | TJC | 0.20 | 117.00 |
| 10/29/12 | Conference with foreclosure counsel. | SEM | 0.30 | 82.80 |
| | | | 5.40 | $2,571.90 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/22/12 | Read and analyze Rubino's notice of appeal. | SEM | 0.40 | 110.40 |
| 10/22/12 | Review of Defendant's notice of appeal. | TJC | 0.10 | 58.50 |
| 10/25/12 | Preparation of motion to dismiss premature appeal. | TJC | 0.30 | 175.50 |
| 10/25/12 | Draft GMACM's motion to dismiss appeal. | SEM | 1.40 | 386.40 |
| 10/26/12 | Preparation of motion to dismiss appeal. | TJC | 0.70 | 409.50 |
| 10/27/12 | Review of revised draft of motion to dismiss appeal. | TJC | 0.30 | 175.50 |
| 10/29/12 | Finalize motion to dismiss. | SEM | 0.40 | 110.40 |
| 10/29/12 | Draft cover letter to clerk. | SEM | 0.30 | 82.80 |
| | | | 3.90 | $1,509.00 |

## TOTAL FEES                                                                    $4,080.90

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 3.50 | $2,047.50 |
| S. E. Maye | Associate | $276.00 | 1.90 | $524.40 |
| | | | 5.40 | $2,571.90 |

### Pleadings

GMAC Mortgage, LLC
File No.: 1000304.00251

Invoice Date: November 20, 2012
Invoice No.: 972696
Page: 3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.40 | $819.00 |
| S. E. Maye | Associate | $276.00 | 2.50 | $690.00 |
| | | | 3.90 | $1,509.00 |

**TIMEKEEPER SUMMARY TOTALS**                                        **$4,080.90**

| **EXPENSES** | **VALUE** |
|---|---|
| FedEx Shipments | 11.35 |
| Appearance fee for Appellee GMAC Mortgage LLC | 15.00 |
| **TOTAL EXPENSES** | **$26.35** |

TOTAL FEES                                                        $4,080.90

TOTAL EXPENSES                                                        $26.35

TOTAL FEES AND EXPENSES                                        $4,107.25

**TOTAL BALANCE DUE**                                        **$4,107.25**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

November 20, 2012

Invoice No.: 972697

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $1,450.00

File Number:        1000304.00253
Re:                 Garcia, Minerva v. GMAC Mortgage, 729939

Your File Number:  729939

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/12 | E-mail from David Standa re ▓▓▓▓▓▓ | TJC | 0.10 | 58.50 |
| 10/18/12 | E-mail to Kathy Priore re ▓▓▓ | TJC | 0.10 | 58.50 |
| 10/19/12 | E-mails to and from Chethan Shetty re ▓▓▓▓▓▓ | TJC | 0.10 | 58.50 |
| 10/19/12 | E-mails from and to Kathy Priore re ▓▓▓▓▓▓ | TJC | 0.20 | 117.00 |
| 10/26/12 | Review docket regarding lienholder defendants. | DFS | 0.10 | 26.40 |
| 10/26/12 | E-mails to and from David Standa re ▓▓▓▓▓▓ | TJC | 0.10 | 58.50 |
| 10/26/12 | E-mails to and from foreclosure counsel regarding ▓▓▓▓▓ | TBT | 0.10 | 23.80 |
| 10/27/12 | E-mails to and from David Standa re ▓▓▓▓▓▓ | TJC | 0.30 | 175.50 |
| 10/27/12 | Exchange emails regarding consent foreclosure and case strategy. | DFS | 0.20 | 52.80 |
| 10/30/12 | Conference with D. Standa re ▓▓▓▓▓ | TJC | 0.40 | 234.00 |

GMAC Mortgage, LLC
File No.:  1000304.00253

Invoice Date: November 20, 2012
Invoice No.:  972697
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/12 | Draft email to client regarding ▮▮▮▮▮▮ ▮▮▮▮ | DFS | 0.50 | 132.00 |
| | | | 2.20 | $995.50 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/31/12 | Email from Kathy Priore re ▮▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/12 | Attend hearing on motion to dismiss. | DFS | 1.50 | 396.00 |
| | | | 1.50 | $396.00 |

**TOTAL FEES**                                                           **$1,450.00**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
| D. F. Standa | Associate | $264.00 | 0.80 | $211.20 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **2.20** | **$995.50** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.50 | $396.00 |
| | | | **1.50** | **$396.00** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,450.00**

TOTAL FEES                                                               $1,450.00

GMAC Mortgage, LLC
File No.: 1000304.00253

Invoice Date: November 20, 2012
Invoice No.:  972697
Page:  3

**TOTAL BALANCE DUE**                                              **$1,450.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                        JPMorgan Chase
24259 Network Place                   525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                Chicago, IL   60661
                                      Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972671

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                          $521.50

File Number:        1000304.00217
Re:                 Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/12/12 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 10/24/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 10/25/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 10/26/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| | | | **0.50** | **$292.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | Monitor/review relevant joint defense e-mails concerning discovery matters. | JMG | 0.20 | 91.60 |
| 10/30/12 | Monitor/review relevant joint defense e-mails. | JMG | 0.30 | 137.40 |
| | | | **0.50** | **$229.00** |

**TOTAL FEES**                                                           **$521.50**

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: November 20, 2012
Invoice No.: 972671
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$521.50**

TOTAL FEES                                                                                    $521.50

**TOTAL BALANCE DUE**                                                                    **$521.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

November 20, 2012
Invoice No.: 972698

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

$364.50

File Number:       1000304.00255
Re:                Green, Carla v. GMAC Mortgage, 729948

Your File Number:  729948

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/12 | Review of docket report, vacant building registry, and e-mail from Tiffany Till re initial research results re background. | TJC | 0.10 | 58.50 |
| 10/11/12 | Preparation of initial case assessment. | TJC | 0.20 | 117.00 |
| 10/31/12 | Draft email to opposing counsel re: borrower's response to motion to dismiss and strike. | CGS | 0.20 | 51.00 |
| | | | **0.50** | **$226.50** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/25/12 | Prepare for hearing. | SEM | 0.50 | 138.00 |
| | | | **0.50** | **$138.00** |

**TOTAL FEES**                                                      **$364.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
|---|---|---|---|---|

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00255

Invoice Date: November 20, 2012
Invoice No.: 972698
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 0.20 | $51.00 |
| | | | **0.50** | **$226.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 0.50 | $138.00 |
| | | | **0.50** | **$138.00** |

**TIMEKEEPER SUMMARY TOTALS**                                     **$364.50**

TOTAL FEES                                                          $364.50

**TOTAL BALANCE DUE**                                             **$364.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

November 20, 2012
Invoice No.: 972699

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

$1,547.70

| File Number: | 1000304.00256 |
| Re: | 1323 S. Millard, Chicago, IL (Denise Williamson), 729854 |

Your File Number:  729854

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/12/12 | Draft status email to client. | SEM | 0.50 | 138.00 |
| 10/23/12 | Draft status email to client. | SEM | 0.40 | 110.40 |
| 10/24/12 | Communicate with client re: ▮▮▮▮▮▮ | SEM | 0.60 | 165.60 |
| | | | **1.50** | **$414.00** |

| | **Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/12 | Preparation of motion to dismiss and emails re same. | TJC | 0.80 | 468.00 |
| 10/11/12 | Finalize motion to dismiss and exhibits. | SEM | 0.60 | 165.60 |
| 10/11/12 | Prepare motion for filing. | SEM | 0.30 | 82.80 |
| 10/23/12 | Review of order from this morning's court appearance dismissing GMACM. | TJC | 0.10 | 58.50 |
| | | | **1.80** | **$774.90** |

| | **Court Mandated Conferences** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/22/12 | Prepare for hearing on motion to dismiss. | SEM | 0.60 | 165.60 |
| 10/23/12 | Attend hearing on motion to dismiss. | SEM | 0.70 | 193.20 |
| | | | **1.30** | **$358.80** |

GMAC Mortgage, LLC
File No.: 1000304.00256

Invoice Date: November 20, 2012
Invoice No.: 972699
Page: 2

**TOTAL FEES**                                                                                    **$1,547.70**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 1.50 | $414.00 |
| | | | **1.50** | **$414.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| S. E. Maye | Associate | $276.00 | 0.90 | $248.40 |
| | | | **1.80** | **$774.90** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 1.30 | $358.80 |
| | | | **1.30** | **$358.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$1,547.70**

TOTAL FEES                                                                                         $1,547.70

**TOTAL BALANCE DUE**                                                                      **$1,547.70**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

November 20, 2012
Invoice No.: 972700

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                    $710.40

File Number:          1000304.00258
Re:                   4315 West Van Buren, Chicago, IL (Allen), #730588

Your File Number:   730588

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/12 | E-mail to GMAC Mortgage ███████ ███ | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Emails re status of obtaining satisfaction of judgment and release. | TJC | 0.10 | 58.50 |
| 10/24/12 | E-mail re satisfaction of judgment. | TJC | 0.10 | 58.50 |
| | | | 0.20 | $117.00 |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/12 | Coordinate recordation of Notice of Satisfaction of Judgment. | TBT | 0.20 | 47.60 |
| | | | 0.20 | $47.60 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Review Satisfaction of Judgment. | JCW | 0.20 | 59.00 |
| 10/01/12 | Telephone call with attorney for City of Chicago to request corrected Satisfaction. | JCW | 0.30 | 88.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00258

Invoice Date: November 20, 2012
Invoice No.: 972700
Page: 2

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | E-mail to GMAC Mortgage regarding ████████ ████ | JCW | 0.10 | 29.50 |
| 10/08/12 | Leave voicemail for counsel for City of Chicago regarding status of revised Satisfaction to correct judgment date. | JCW | 0.10 | 29.50 |
| 10/09/12 | Telephone call with counsel for City of Chicago regarding preparation of revised Satisfaction to correct judgment date. | JCW | 0.20 | 59.00 |
| 10/19/12 | Retrieve Chapter 13-11 (Vacant, Abandoned & Deteriorating Buildings) and Chapter 13-12 (Enforcement of Building, Electrical & Fire Regulations) of the Chicago Municipal Code; locate portions of the Chicago Municipal Code that (a) defines owners; (b) defines mortgagees; and (c) requires owners to take certain actions in relation to vacant buildings. | TBT | 0.10 | 23.80 |
| 10/22/12 | Review revised Satisfaction of Judgment received from City. | JCW | 0.10 | 29.50 |
| 10/22/12 | Prepare Notice of Satisfaction for recording. | JCW | 0.20 | 59.00 |
| 10/23/12 | Revise Notice of Satisfaction of Judgment. | JCW | 0.20 | 59.00 |
| | | | **1.50** | **$436.80** |

**TOTAL FEES**                                                                 **$660.40**

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.20** | **$47.60** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.40 | $413.00 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |

GMAC Mortgage, LLC
File No.: 1000304.00258

Invoice Date: November 20, 2012
Invoice No.: 972700
Page: 3

**Other**

|  | 1.50 | $436.80 |

**TIMEKEEPER SUMMARY TOTALS**                  $660.40

| **EXPENSES** | **VALUE** |
|---|---|
| Cook County Recorder of Deeds - Record satisfaction of judgement | 50.00 |
| **TOTAL EXPENSES** | **$50.00** |

TOTAL FEES              $660.40

TOTAL EXPENSES              $50.00

TOTAL FEES AND EXPENSES              $710.40

**TOTAL BALANCE DUE**              **$710.40**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
GMAC Mortgage, LLC
2711 N. Haskell Ave, Suite 900
Dallas, TX 75204

November 20, 2012
Invoice No.: 972701

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

<u>$6,046.90</u>

File Number:          1000304.00261
Re:                         Phillips, Ryan v. GMAC Mortgage, 731251

Your File Number:  731251

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/01/12 | Review of status and strategy. | TJC | 0.10 | 58.50 |
| 10/15/12 | Review of status of matter and email to Kirsten Castaneda re ▮ | TJC | 0.30 | 175.50 |
| 10/16/12 | Emails from Kirsten Castaneda re ▮ | TJC | 0.30 | 175.50 |
| 10/29/12 | E-mail re follow up on request for production of documents, status and strategy. | TJC | 0.30 | 175.50 |
| | | | **1.00** | **$585.00** |

| | **Document Production** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/04/12 | Review and redact documents for production to HUD. | KMC | 3.70 | 1,657.60 |
| 09/05/12 | Review and redact additional documents for production to HUD. | KMC | 2.30 | 1,030.40 |
| 09/12/12 | Prepare initial production to HUD with response letter. | KMC | 0.80 | 358.40 |
| 09/17/12 | Review and redact additional documents for production; redact event log for further review; review notes screens. | KMC | 2.60 | 1,164.80 |
| 09/20/12 | Complete initial review and redaction of documents for production to HUD, with response letter. | KMC | 2.40 | 1,075.20 |
| 10/19/12 | E-mails from and to Kirsten Castaneda and Tiffany Till re ▮ | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00261

Invoice Date: November 20, 2012
Invoice No.: 972701
Page: 2

| Document Production | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 12.10 | $5,461.90 |

**TOTAL FEES**                                                                                         **$6,046.90**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| | | | **1.00** | **$585.00** |

**Document Production**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| K. M. Castaneda | Senior Counsel | $448.00 | 11.80 | $5,286.40 |
| | | | **12.10** | **$5,461.90** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$6,046.90**

TOTAL FEES                                                                                              $6,046.90

**TOTAL BALANCE DUE**                                                                        **$6,046.90**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972702

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    <u>$91.30</u>

File Number:        1000304.00262
Re:                 953 N Drake, Chicago, IL (Guardiola), #731306

Your File Number:  731306

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Analysis/Strategy** | | | |
| 10/22/12 | E-mails re status of release of mortgage. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Other** | | | |
| 10/19/12 | Retrieve Chapter 13-11 (Vacant, Abandoned & Deteriorating Buildings) and Chapter 13-12 (Enforcement of Building, Electrical & Fire Regulations) of the Chicago Municipal Code; locate portions of the Chicago Municipal Code that (a) defines owners; (b) defines mortgagees; and (c) requires owners to take certain actions in relation to vacant buildings. | TBT | 0.10 | 23.80 |
| | | | 0.10 | **$23.80** |

**TOTAL FEES**                                                        **$82.30**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00262

Invoice Date: November 20, 2012
Invoice No.: 972702
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$82.30**

| EXPENSES | VALUE |
|---|---|
| Acquire copies of documents recorded against subject property | 9.00 |
| **TOTAL EXPENSES** | **$9.00** |

| | |
|---|---|
| TOTAL FEES | $82.30 |
| TOTAL EXPENSES | $9.00 |
| TOTAL FEES AND EXPENSES | $91.30 |
| **TOTAL BALANCE DUE** | **$91.30** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972703

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    <u>$175.50</u>

File Number:        1000304.00265
Re:                 12544 S Wallace, Chicago, IL, 731757

Your File Number: 731757

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/12 | Review of status and follow up e-mails re obtaining copy of order dismissing case. | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**                                                      **$175.50**

<u>**TIMEKEEPER SUMMARY:**</u>

| | Analysis/Strategy | | | |
|---|---|---|---|---|
| | T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | | 0.30 | $175.50 |

**TIMEKEEPER SUMMARY TOTALS**                                       **$175.50**

TOTAL FEES                                                          $175.50

**TOTAL BALANCE DUE**                                               **$175.50**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972704

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $10,272.30

File Number:       1000304.00267
Re:                GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Exchange e-mails with K&L Gates regarding providing file materials. | PRP | 0.20 | 96.80 |
| 10/26/12 | Analyze Illinois case law concerning whether Koenig and Strey can raise challenges to the reasonableness of GMAC's settlement in the underlying action. | RMH | 0.80 | 236.00 |
| 10/30/12 | Continue analyzing Illinois case law regarding whether Koenig and Stray can defend the third party action by challenging GMAC's settlement of the underlying action. | RMH | 0.60 | 177.00 |
| 10/30/12 | Conference call with Patrick Lerch regarding ███████████ ███████████ | PRP | 0.50 | 242.00 |
| 10/31/12 | Continue analyzing Illinois law regarding Koenig and Strey's right to challenge GMAC's settlement in the underlying litigation. | RMH | 0.60 | 177.00 |
| | | | **2.70** | **$928.80** |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Review file and confer with former counsel regarding turnover of remaining file materials. | RMH | 0.30 | 88.50 |
| 10/04/12 | Attend to turnover of remaining files from opposing counsel. | RMH | 0.10 | 29.50 |
| | | | **0.40** | **$118.00** |

GMAC Mortgage, LLC
File No.: 1000304.00267

| | **Court Mandated Conferences** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/31/12 | Attend case management conference. | PRP | 2.20 | 1,064.80 |
| | | | **2.20** | **$1,064.80** |

| | **Written Discovery** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Analyze file to prepare to respond to written discovery requests. | RMH | 0.10 | 29.50 |
| 10/12/12 | Continue revising draft responses to interrogatories. | PRP | 1.30 | 629.20 |
| 10/15/12 | Continue revising draft interrogatory responses. | PRP | 1.20 | 580.80 |
| | | | **2.60** | **$1,239.50** |

| | **Document Production** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/12 | Review discovery requests exchanged by both parties and begin reviewing documents gathered by GMACM. | PRP | 2.70 | 1,306.80 |
| 10/09/12 | Continue reviewing documents for production by GMACM. | PRP | 1.00 | 484.00 |
| 10/10/12 | Continue review of documents from related case and outlining plans for responding to discovery. | PRP | 5.70 | 2,758.80 |
| 10/11/12 | Continue review of file material and revising responses to discovery requests; draft e-mail to Lauren Delehey regarding ■■■■■ | PRP | 3.30 | 1,597.20 |
| 10/17/12 | Review e-mails from Todd Underhill regarding ■■■■■ | PRP | 0.80 | 387.20 |
| 10/26/12 | Conference call with Lauren Delehey and Todd Underhill regarding ■■■■■ | PRP | 0.80 | 387.20 |
| | | | **14.30** | **$6,921.20** |

**TOTAL FEES**                                                                 **$10,272.30**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.70 | $338.80 |
| R.M. Holz | Associate | $295.00 | 2.00 | $590.00 |
| | | | **2.70** | **$928.80** |

### Document/File Management

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.40 | $118.00 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: November 20, 2012
Invoice No.: 972704
Page: 3

### Document/File Management

|  |  |  | 0.40 | $118.00 |
|---|---|---|---|---|

### Court Mandated Conferences

| P. R. Perdew | Partner | $484.00 | 2.20 | $1,064.80 |
|---|---|---|---|---|
|  |  |  | **2.20** | **$1,064.80** |

### Written Discovery

| P. R. Perdew | Partner | $484.00 | 2.50 | $1,210.00 |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.10 | $29.50 |
|  |  |  | **2.60** | **$1,239.50** |

### Document Production

| P. R. Perdew | Partner | $484.00 | 14.30 | $6,921.20 |
|---|---|---|---|---|
|  |  |  | **14.30** | **$6,921.20** |

**TIMEKEEPER SUMMARY TOTALS**        $10,272.30

TOTAL FEES        $10,272.30

**TOTAL BALANCE DUE**        **$10,272.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Kathy Priore
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN 55437

November 20, 2012
Invoice No.: 972705

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                    $5,064.12

File Number:        1000304.00268
Re:                 Andreatos v. GMAC, 1118 W. Fulton, 732582

Your File Number:  732582

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/04/12 | Email to Sheila Gregory re ▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 10/09/12 | Telephone conference with Sheila Gregory re ▮▮▮▮ | TJC | 0.40 | 234.00 |
| 10/10/12 | E-mails to and from Sheila Gregory, Kathy Priore and Jennifer Scoliard re ▮▮▮▮ | TJC | 0.60 | 351.00 |
| 10/10/12 | Preparation of letter to Christine Garner re improper naming of "GMAC" as a defendant in the case and indication that RFC would be the proper party. | TJC | 0.50 | 292.50 |
| 10/11/12 | Emails from/to Joe Herbas, foreclosure lawyer representing Bank of America, regarding background and status of quiet title case. | TJC | 0.50 | 292.50 |
| 10/15/12 | Telephone conference with Christine Buen re ▮▮▮▮ | TJC | 0.20 | 117.00 |
| 10/15/12 | Emails from/to Kathy Priore and Jennifer Scoliard re ▮▮▮ | TJC | 0.20 | 117.00 |
| 10/22/12 | Telephone call from counsel retained by title insurance company re ▮▮▮▮ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.:  1000304.00268

Invoice Date: November 20, 2012
Invoice No.:  972705
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/12 | Telephone conference with counsel for title insurer re ███ | TJC | 0.20 | 117.00 |
| 10/23/12 | E-mails from and to counsel for title insurer re ███ | TJC | 0.20 | 117.00 |
| 10/23/12 | E-mail to Kathy Priore, Sheila Gregory and Christine Buen re ███ | TJC | 0.30 | 175.50 |
| 10/24/12 | E-mails from and to Jim Larson re ███ | TJC | 0.30 | 175.50 |
| 10/24/12 | E-mail to Kathy Priore, Sheila Gregory and Christine Buen re ███ | TJC | 0.30 | 175.50 |
| 10/24/12 | E-mails from and to Christine Sparks at Attorneys' Title Guaranty re coverage. | TJC | 0.10 | 58.50 |
| 10/24/12 | E-mail to Kathy Priore, Sheila Gregory and Christine Buen re ███ | TJC | 0.10 | 58.50 |
| 10/25/12 | E-mail to Kathy Priore, Sheila Gregory and Christine Buen re ███ | TJC | 0.20 | 117.00 |
| 10/25/12 | Multiple e-mails to and from Jim Larson re ███ | TJC | 0.60 | 351.00 |
| 10/25/12 | E-mail to Kathy Priore, Sheila Gregory and Christine Buen re ███ | TJC | 0.10 | 58.50 |
| 10/25/12 | Review of reservation of rights letter from ATG. | TJC | 0.10 | 58.50 |
| 10/26/12 | E-mail from Kathy Priore re ███ | TJC | 0.10 | 58.50 |
| 10/26/12 | E-mail to Chethan Shetty re ███ | TJC | 0.10 | 58.50 |
| 10/29/12 | E-mails from and to Chethan Shetty re ███ | TJC | 0.20 | 117.00 |
| 10/30/12 | Emails from/to insurance defense counsel re ███ | TJC | 0.30 | 175.50 |
| | | | 5.90 | $3,451.50 |

| Document/File Management | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Retrieve and circulate to litigation team the list of documents recorded against the subject property in Cook County; retrieve and circulate to litigation team the documents from Ally's Secure Document Delivery System. | TBT | 0.40 | 95.20 |
| 10/09/12 | Retrieve and circulate recorded Judicial Sales Deed to litigation team. | TBT | 0.30 | 71.40 |
| 10/25/12 | Compile and coordinate transfer of electronic files to James A. Larson at Larson & Associates, P.C. | TBT | 0.60 | 142.80 |
| | | | 1.30 | $309.40 |

GMAC Mortgage, LLC
File No.: 1000304.00268

Invoice Date: November 20, 2012
Invoice No.:  972705
Page:  3

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/04/12 | Review of order entered this morning and conference with C. Shetty re ▮ | TJC | 0.20 | 117.00 |
| 10/27/12 | Review of appearance filed for GMACM by insurance defense counsel and e-mails re same. | TJC | 0.20 | 117.00 |
| 10/29/12 | Draft motion to withdraw. | CGS | 0.20 | 51.00 |
| 10/30/12 | Draft and file motion to withdraw. | CGS | 1.00 | 255.00 |
| 10/30/12 | Preparation of motion for leave to withdraw. | TJC | 0.30 | 175.50 |
| | | | **1.90** | **$715.50** |

| | **Court Mandated Conferences** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/04/12 | Conference with C. Shetly re ▮▮ | TJC | 0.20 | 117.00 |
| 10/04/12 | Attend hearing on plaintiff's motion for TRO. | CGS | 1.80 | 459.00 |
| | | | **2.00** | **$576.00** |

## TOTAL FEES

**$5,052.40**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 5.90 | $3,451.50 |
| | | | **5.90** | **$3,451.50** |

### Document/File Management

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 1.30 | $309.40 |
| | | | **1.30** | **$309.40** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| C. G. Shetty | Associate | $255.00 | 1.20 | $306.00 |
| | | | **1.90** | **$715.50** |

### Court Mandated Conferences

GMAC Mortgage, LLC
File No.:  1000304.00268

Invoice Date: November 20, 2012
Invoice No.:  972705
Page:  4

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| C. G. Shetty | Associate | $255.00 | 1.80 | $459.00 |
| | | | **2.00** | **$576.00** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$5,052.40**

| **EXPENSES** | **VALUE** |
|---|---|
| FedEx Shipments | 11.72 |
| **TOTAL EXPENSES** | **$11.72** |

TOTAL FEES                                                          $5,052.40

TOTAL EXPENSES                                                      $11.72

TOTAL FEES AND EXPENSES                                            $5,064.12

**TOTAL BALANCE DUE**                                              **$5,064.12**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                           JPMorgan Chase
24259 Network Place                      525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                   Chicago, IL  60661
                                         Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972706

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $6,712.30

File Number:        1000304.00270
Re:                 346 W. 60th, Chicago, IL (Knazze), #733068

Your File Number:  733068

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | E-mails with litigation team regarding new case. | JCW | 0.30 | 88.50 |
| 10/04/12 | E-mails with litigation team regarding recorded documents. | JCW | 0.20 | 59.00 |
| 10/04/12 | Review recorded documents. | JCW | 0.40 | 118.00 |
| 10/04/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; e-mail research findings to litigation team. | TBT | 0.60 | 142.80 |
| 10/05/12 | Revise draft initial case assessment. | JCW | 0.50 | 147.50 |
| 10/05/12 | E-mails with GMAC Mortgage regarding ███████ ███████ | JCW | 0.20 | 59.00 |
| 10/05/12 | E-mails with Sherina Maye regarding ███████ ███████ | JCW | 0.30 | 88.50 |
| 10/09/12 | Conference with Tom Cunningham and Tiffany Till regarding ███ | JCW | 0.10 | 29.50 |
| 10/22/12 | Conference with Sherina Maye regarding ███████ | JCW | 0.20 | 59.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00270

Invoice Date: November 20, 2012
Invoice No.:  972706
Page: 2

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/26/12 | E-mail to Sherina Maye regarding ███████████ | JCW | 0.10 | 29.50 |
| 10/29/12 | Review documents related to ownership circulated by Sherina Maye. | JCW | 0.30 | 88.50 |
| 10/29/12 | E-mails with Sherina Maye regarding ███████ ███████ | JCW | 0.20 | 59.00 |
| 10/31/12 | Review e-mails reporting on 10/30 hearing. | JCW | 0.10 | 29.50 |
| | | | 3.50 | $998.30 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | E-mails with Tiffany Till regarding ███████ | JCW | 0.20 | 59.00 |
| 10/03/12 | Conference with Julie re: ███████ | SEM | 0.50 | 138.00 |
| 10/04/12 | Analyze ownership activity and record of title. | SEM | 0.50 | 138.00 |
| 10/04/12 | Research foreclosure activity. | SEM | 0.60 | 165.60 |
| 10/04/12 | Draft initial case assessment. | SEM | 0.70 | 193.20 |
| 10/04/12 | Conference with Sherina Maye regarding ███████ | JCW | 0.30 | 88.50 |
| 10/05/12 | Conference with Julie Webb re: ███████ | SEM | 0.40 | 110.40 |
| 10/05/12 | Preparation of initial case assessment and exposure analysis. | TJC | 0.30 | 175.50 |
| 10/05/12 | Analyze recording documents. | SEM | 1.00 | 276.00 |
| 10/08/12 | Analyze recordings. | SEM | 0.70 | 193.20 |
| 10/08/12 | Analyze vacant registry and foreclosure docket. | SEM | 0.60 | 165.60 |
| 10/08/12 | Analyze loan file and payment history. | SEM | 1.10 | 303.60 |
| 10/10/12 | E-mails with Sherina Maye regarding ███████ | JCW | 0.20 | 59.00 |
| 10/15/12 | Analyze housing court chart and update status and strategy. | SEM | 0.80 | 220.80 |
| 10/16/12 | Review of notices re pending demolition and emails re same; emails re FACT package and additional information. | TJC | 0.30 | 175.50 |
| 10/25/12 | Analyze additional documents sent by client. | SEM | 1.60 | 441.60 |
| 10/27/12 | Draft email to J. Webb re: ███████ | SEM | 0.50 | 138.00 |
| 10/29/12 | Communicate with Tom Cunningham re: ███████ | SEM | 0.40 | 110.40 |
| 10/29/12 | Review additional documents. | SEM | 0.70 | 193.20 |
| 10/29/12 | Draft strategy email to client. | SEM | 0.50 | 138.00 |
| 10/29/12 | Preparation of initial case assessment and e-mails re same and strategy for initial court appearance. | TJC | 0.20 | 117.00 |
| 10/30/12 | Emails re next steps and strategy. | TJC | 0.30 | 175.50 |
| 10/30/12 | Email to Beth McWilliams re ███████ ███████ | TJC | 0.20 | 117.00 |
| 10/30/12 | Emails to/from J. Webb and S. Maye re ███████ | TJC | 0.20 | 117.00 |
| 10/30/12 | Conference with S. Maye re ███████ | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00270

Invoice Date: November 20, 2012
Invoice No.: 972706
Page: 3

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/12 | Draft strategy email to client. | SEM | 0.50 | 138.00 |
| 10/30/12 | Conference with Tom Cunningham and J. Webb re:██████ | SEM | 0.50 | 138.00 |
| 10/31/12 | E-mails with Sherina Maye regarding ████████ ████ | JCW | 0.20 | 59.00 |
| | | | **14.20** | **$4,461.60** |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/04/12 | Retrieve, upload, and circulate to litigation team several recorded documents from the Cook County Recorder of Deeds. | TBT | 0.30 | 71.40 |
| | | | **0.30** | **$71.40** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Review Complaint. | JCW | 0.30 | 88.50 |
| 10/03/12 | Read and analyze complaint. | SEM | 0.90 | 248.40 |
| 10/05/12 | Draft appearance. | SEM | 0.30 | 82.80 |
| 10/30/12 | Review of order entered this morning. | TJC | 0.10 | 58.50 |
| | | | **1.60** | **$478.20** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Prepare for court hearing. | SEM | 0.60 | 165.60 |
| 10/30/12 | Attend hearing. | SEM | 1.20 | 331.20 |
| | | | **1.80** | **$496.80** |

**TOTAL FEES**                                                          **$6,506.30**


**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 2.90 | $855.50 |
| T. B. Till | Paralegal | $238.00 | 0.60 | $142.80 |
| | | | **3.50** | **$998.30** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.70 | $994.50 |

GMAC Mortgage, LLC
File No.:  1000304.00270

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.90 | $265.50 |
| S. E. Maye | Associate | $276.00 | 11.60 | $3,201.60 |
| | | | **14.20** | **$4,461.60** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | **0.30** | **$71.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| S. E. Maye | Associate | $276.00 | 1.20 | $331.20 |
| | | | **1.60** | **$478.20** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 1.80 | $496.80 |
| | | | **1.80** | **$496.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$6,506.30**

| | **VALUE** |
|---|---|
| **EXPENSES** | |
| Clerk of the Circuit Court of Cook County - Appearance | 206.00 |
| **TOTAL EXPENSES** | **$206.00** |

| | |
|---|---|
| TOTAL FEES | $6,506.30 |
| TOTAL EXPENSES | $206.00 |
| TOTAL FEES AND EXPENSES | $6,712.30 |
| **TOTAL BALANCE DUE** | **$6,712.30** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor