

# Locke
# Lord

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972707

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                                    $2,150.40

File Number:        1000304.00271
Re:                 1637 S. Kedvale, Chicago, IL (Jermaine Williams), #732238

Your File Number:  732238

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Emails and conferences with D. Standa re ███████████ | TJC | 0.20 | 117.00 |
| 10/02/12 | Emails from/to Beth McWilliams re ██████ ████████████ | TJC | 0.30 | 175.50 |
| 10/02/12 | Review, analysis of pleadings and related papers, background emails, etc. to understand what is up tomorrow and what position to take. | TJC | 0.50 | 292.50 |
| 10/02/12 | Emails from/to Beth McWilliams and others re ████████ | TJC | 0.20 | 117.00 |
| 10/02/12 | Review assignment of mortgage.  Email client regarding ████████ | DFS | 0.30 | 79.20 |
| 10/03/12 | Emails from/to Beth McWilliams re ███████ | TJC | 0.20 | 117.00 |
| 10/03/12 | Conference with D. Standa re ████ | TJC | 0.10 | 58.50 |
| 10/11/12 | Emails from/to Avery Simmons at Bradley Arant re ██████ | TJC | 0.30 | 175.50 |
| 10/16/12 | Email re sending assignment to be recorded. | TJC | 0.10 | 58.50 |
| | | | **2.20** | **$1,190.70** |

GMAC Mortgage, LLC
File No.: 1000304.00271

Invoice Date: November 20, 2012
Invoice No.: 972707
Page: 2

| Document/File Management | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Retrieve and circulate to litigation team the documents from Ally's secure message system. | TBT | 0.10 | 23.80 |
| | | | **0.10** | **$23.80** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Review of order entered at this morning's hearing and follow up emails re same. | TJC | 0.30 | 175.50 |
| 10/04/12 | Prepare appearance on behalf of GMAC. | DFS | 0.20 | 52.80 |
| | | | **0.50** | **$228.30** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/12 | Attend status hearing. | DFS | 1.90 | 501.60 |
| | | | **1.90** | **$501.60** |

**TOTAL FEES**  **$1,944.40**

### TIMEKEEPER SUMMARY:

#### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.90 | $1,111.50 |
| D. F. Standa | Associate | $264.00 | 0.30 | $79.20 |
| | | | **2.20** | **$1,190.70** |

#### Document/File Management

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

#### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.50** | **$228.30** |

#### Court Mandated Conferences

GMAC Mortgage, LLC
File No.: 1000304.00271

Invoice Date: November 20, 2012
Invoice No.: 972707
Page: 3

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.90 | $501.60 |
| | | | **1.90** | **$501.60** |

**TIMEKEEPER SUMMARY TOTALS**            **$1,944.40**

| | VALUE |
|---|---|
| **EXPENSES** | |
| Clerk of the Circuit Court of Cook County - Appearance | 206.00 |
| **TOTAL EXPENSES** | **$206.00** |

| | |
|---|---|
| TOTAL FEES | $1,944.40 |
| TOTAL EXPENSES | $206.00 |
| TOTAL FEES AND EXPENSES | $2,150.40 |
| **TOTAL BALANCE DUE** | **$2,150.40** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972708

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $2,249.90

File Number:        1000304.00272
Re:                 1410 W 71st Street (McGee), #732985

Your File Number:   732985

| | | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/05/12 | | E-mails regarding who has already appeared on behalf of GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 10/06/12 | | E-mails with Tom Cunningham regarding ███████ | JCW | 0.20 | 59.00 |
| 10/08/12 | | Review initial case assessment. | JCW | 0.10 | 29.50 |
| 10/09/12 | | Conference regarding case status and next steps. | JCW | 0.10 | 29.50 |
| 10/16/12 | | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Cook County Assessor to locate relative parcel numbers for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.00 | 238.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00272

Invoice Date: November 20, 2012
Invoice No.:  972708
Page: 2

| | **Fact Investigation/Development** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Cook County Assessor to locate relative parcel numbers for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.30 | 309.40 |
| 10/22/12 | Conference with David Standa regarding ███████ | JCW | 0.10 | 29.50 |
| | | | **3.00** | **$753.90** |

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | Review of various pleadings, orders and background material re new matter and consideration of approach to same. | TJC | 0.50 | 292.50 |
| 10/05/12 | Emails from/to Beth McWilliams re ███ | TJC | 0.20 | 117.00 |
| 10/05/12 | Review servicing notes. | DFS | 0.40 | 105.60 |
| 10/08/12 | Review title record. Draft case assessment email to client. | DFS | 0.50 | 132.00 |
| 10/16/12 | Review of email summarizing background and various documents related to matter. | TJC | 0.30 | 175.50 |
| 10/17/12 | Phone call to the city regarding inspector. | DFS | 0.10 | 26.40 |
| 10/18/12 | Exchange emails with client regarding ███████ | DFS | 0.30 | 79.20 |
| 10/18/12 | E-mail from Tiffany Till re ███████ | TJC | 0.30 | 175.50 |
| 10/23/12 | Exchange emails with Beth McWilliams regarding ███████ | DFS | 0.50 | 132.00 |
| 10/23/12 | E-mails re status and strategy. | TJC | 0.10 | 58.50 |
| | | | **3.20** | **$1,294.20** |

| | **Document/File Management** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |
| 10/09/12 | Coordinate transfer of file from foreclosure counsel. | TBT | 0.20 | 47.60 |
| 10/15/12 | Follow up e-mail to foreclosure counsel to coordinate transfer of file. | TBT | 0.10 | 23.80 |
| 10/18/12 | Receipt and cursory review of file from foreclosure counsel; organize and upload pleadings as individual documents; e-mail to litigation team regarding same. | TBT | 0.20 | 47.60 |
| | | | **0.60** | **$142.80** |

GMAC Mortgage, LLC
File No.: 1000304.00272

Invoice Date: November 20, 2012
Invoice No.: 972708
Page: 3

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | Analyze Order setting next court hearing. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

**TOTAL FEES**                                                          **$2,249.90**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| T. B. Till | Paralegal | $238.00 | 2.30 | $547.40 |
| | | | **3.00** | **$753.90** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.40 | $819.00 |
| D. F. Standa | Associate | $264.00 | 1.80 | $475.20 |
| | | | **3.20** | **$1,294.20** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.60 | $142.80 |
| | | | **0.60** | **$142.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$2,249.90**

TOTAL FEES                                                             $2,249.90

**TOTAL BALANCE DUE**                                                  **$2,249.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                    **Via Courier:**
Locke Lord LLP                     JPMorgan Chase



**Locke**
**Lord**
LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972709

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    <u>$1,297.50</u>

File Number:        1000304.00273
Re:                 1863 S Komensky, Chicago, IL (Jones), #732315

Your File Number:  732315

| Fact Investigation/Development | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | E-mails regarding new case. | JCW | 0.20 | 59.00 |
| 10/06/12 | E-mails regarding case status and intake. | JCW | 0.20 | 59.00 |
| 10/09/12 | Conference regarding case status and next steps. | JCW | 0.10 | 29.50 |
| 10/09/12 | Conference regarding review of deed and plan for 10/10 hearing. | JCW | 0.20 | 59.00 |
| | | | **0.70** | **$206.50** |

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | Review of various pleadings, orders and background material re new matter and consideration of approach to same. | TJC | 0.50 | 292.50 |
| 10/05/12 | Emails from/to Beth McWilliams re ▮▮▮ | TJC | 0.20 | 117.00 |
| 10/05/12 | Review of deed and release of lien and forwarded same to Julie Webb and Chethan Shetty. | TJC | 0.20 | 117.00 |
| 10/05/12 | Review city ordinance violation notice. | CGS | 0.30 | 76.50 |
| 10/09/12 | Review deed and release of lien in preparation for hearing on city ordinance violation. | CGS | 0.50 | 127.50 |
| 10/10/12 | Email to Beth McWilliams re ▮▮▮ | TJC | 0.20 | 117.00 |
| | | | **1.90** | **$847.50** |

GMAC Mortgage, LLC
File No.:  1000304.00273

Invoice Date: November 20, 2012
Invoice No.:  972709
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Pleadings** | | | |
| 10/10/12 | Review of order entered at this morning's hearing dismissing GMACM with prejudice and report re same. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |
| | **Court Mandated Conferences** | ATTY | HOURS | VALUE |
| 10/10/12 | Attend hearing on city ordinance violation. | CGS | 0.70 | 178.50 |
| | | | **0.70** | **$178.50** |

**TOTAL FEES**                                                        **$1,291.00**


**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| | | | **0.70** | **$206.50** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| C. G. Shetty | Associate | $255.00 | 0.80 | $204.00 |
| | | | **1.90** | **$847.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 0.70 | $178.50 |
| | | | **0.70** | **$178.50** |

**TIMEKEEPER SUMMARY TOTALS**                              **$1,291.00**

GMAC Mortgage, LLC
File No.: 1000304.00273

Invoice Date: November 20, 2012
Invoice No.:  972709
Page:  3

| | VALUE |
|---|---|
| **EXPENSES** | |
| Clerk of the Circuit Court of Cook County - Copy Complaint | 6.50 |
| **TOTAL EXPENSES** | **$6.50** |

| | |
|---|---|
| TOTAL FEES | $1,291.00 |
| TOTAL EXPENSES | $6.50 |
| TOTAL FEES AND EXPENSES | $1,297.50 |
| **TOTAL BALANCE DUE** | **$1,297.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972710

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                          <u>$961.70</u>

File Number:        1000304.00274
Re:                 1417 E. Marquette, Chicago, IL (Yisrael), #732978

Your File Number: 732978

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/06/12 | E-mails regarding case status and intake. | JCW | 0.20 | 59.00 |
| 10/08/12 | Review initial case assessment. | JCW | 0.10 | 29.50 |
| 10/09/12 | Conference with Tom Cunningham and Tiffany Till regarding ███ ███ | JCW | 0.10 | 29.50 |
| 10/16/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Cook County Assessor to locate relative parcel numbers for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 0.90 | 214.20 |
| 10/22/12 | Conference with David Standa regarding ███████ | JCW | 0.10 | 29.50 |
| | | | **1.40** | **$361.70** |

GMAC Mortgage, LLC
File No.: 1000304.00274

Invoice Date: November 20, 2012
Invoice No.: 972710
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/06/12 | Review of pleadings and background of documents regarding new matter and consideration of approach to resolution; emails from/to Beth McWilliams re same. | TJC | 0.50 | 292.50 |
| 10/08/12 | Review title record. Draft case assessment email to client. | DFS | 0.50 | 132.00 |
| 10/16/12 | Review of email summarizing background and various documents related to matter. | TJC | 0.30 | 175.50 |
| | | | **1.30** | **$600.00** |

**TOTAL FEES** $961.70

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| T. B. Till | Paralegal | $238.00 | 0.90 | $214.20 |
| | | | **1.40** | **$361.70** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| D. F. Standa | Associate | $264.00 | 0.50 | $132.00 |
| | | | **1.30** | **$600.00** |

**TIMEKEEPER SUMMARY TOTALS** **$961.70**

TOTAL FEES $961.70

**TOTAL BALANCE DUE** **$961.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972711

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $9,413.50

File Number:        1000304.00275
Re:                 4812 Homerlee Ave, East Chicago, IN (Guess), #732922

Your File Number: 732922

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/05/12 | Conference regarding Notice of Hearing. | JCW | 0.20 | 59.00 |
| 10/06/12 | Review Local Rules of Circuit Court of Lake County Indiana to determine deadline for appeal. | JCW | 0.30 | 88.50 |
| 10/06/12 | E-mails regarding case status and intake. | JCW | 0.20 | 59.00 |
| 10/08/12 | E-mails with litigation team regarding ████████ ████████ | JCW | 0.40 | 118.00 |
| 10/08/12 | Conference with Chethan Shetty regarding ████████ ████████ | JCW | 0.20 | 59.00 |
| 10/09/12 | Conference regarding case status and next steps. | JCW | 0.10 | 29.50 |
| 10/09/12 | E-mails with litigation team regarding ████████ ████ | JCW | 0.80 | 236.00 |
| 10/09/12 | Review file to locate subject parcel numbers; conduct online search for each of the three parcel numbers to identify documents recorded against subject property; conduct online search for the grantee of the 2007 Sheriff's Deed (the Bank of New York entity) to identify documents recorded against the subject property; conduct search via Lake County's Assessor's Office to retrieve report for subject property; e-mail to litigation team regarding findings. | TBT | 1.20 | 285.60 |
| 10/22/12 | Conference with Chethan Shetty regarding ████████ ████ | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00275

Invoice Date: November 20, 2012
Invoice No.: 972711
Page: 2

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/12 | E-mails with litigation team regarding status of filing, service and fact investigation. | JCW | 0.90 | 265.50 |
| 10/23/12 | E-mail to GMAC Mortgage with update on case status and request for update on search for deed to third party. | JCW | 0.20 | 59.00 |
| 10/23/12 | Telephone conference with Lake County Recorder's Office and Lake County Auditor's Office to obtain ownership history information for the subject property; retrieve and circulate ownership history to litigation team. | TBT | 0.40 | 95.20 |
| 10/29/12 | E-mail to Chethan Shetty regarding ███████████ | JCW | 0.10 | 29.50 |
| 10/31/12 | E-mails with Chethan Shetty regarding ███████ ██████ | JCW | 0.30 | 88.50 |
| 10/31/12 | E-mail to GMAC Mortgage regarding ███████████ | JCW | 0.10 | 29.50 |
| | | | 5.60 | $1,560.80 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/06/12 | Review of pleadings and background documents regarding new matter and consideration of approach to resolution; E-mails from and to Beth McWilliams re ██████ Consideration of strategy in light of Monday deadline to review 9/26 order; E-mails to and from Rusty Perdew and Julie Webb re ███████████ | TJC | 0.70 | 409.50 |
| 10/08/12 | Conference with Chethan Shetty and Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| 10/08/12 | Emails to/from Beth McWilliams re ███████████████████ ██████████████████. | TJC | 0.40 | 234.00 |
| 10/08/12 | Review administrative complaint and order entered by East Chicago Board of Public Safety and outline plans for initial handling. | PRP | 0.80 | 387.20 |
| 10/08/12 | E-mails re whether we can extend deadline and whether today actually is the deadline to challenge 9/26 order, need to obtain documents from Lake County Recorder's office, etc. | TJC | 0.30 | 175.50 |
| 10/08/12 | Review notice of violation and research for the purposes of determining how to respond to City of East Chicago Board of Public Safety notice and appeal of order. | CGS | 3.20 | 816.00 |
| 10/09/12 | E-mails with GMAC Mortgage regarding ███████████ | JCW | 0.30 | 88.50 |
| 10/09/12 | Conference with Chethan Shetty regarding ██████████ | JCW | 0.30 | 88.50 |
| 10/11/12 | Draft letter to City of East Chicago Building Department seeking record of findings made at 9/26/12 administrative hearing. | CGS | 0.80 | 204.00 |
| 10/23/12 | Review online docket and phone call with Lake County Clerk to determine status of service on defendants of verified petition for judicial review. | CGS | 0.60 | 153.00 |
| 10/23/12 | Review status of efforts to obtain deed. | PRP | 0.10 | 48.40 |
| 10/23/12 | E-mails re status of service of process and strategy for resolving matter. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00275

Invoice Date: November 20, 2012
Invoice No.: 972711
Page: 3

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/12 | Phone call with clerk of court to determine status of service on defendants. | CGS | 0.20 | 51.00 |
| 10/31/12 | Phone call with opposing counsel regarding service of complaint and motion for extension of time to answer complaint. | CGS | 0.30 | 76.50 |
| 10/31/12 | Emails re status and strategy. | TJC | 0.20 | 117.00 |
| | | | **8.60** | **$3,083.10** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/09/12 | E-mails regarding determination of amount of filing fee and check request. | JCW | 0.40 | 118.00 |
| 10/19/12 | Retrieve Chapter 13-11 (Vacant, Abandoned & Deteriorating Buildings) and Chapter 13-12 (Enforcement of Building, Electrical & Fire Regulations) of the Chicago Municipal Code; locate portions of the Chicago Municipal Code that (a) defines owners; (b) defines mortgagees; and (c) requires owners to take certain actions in relation to vacant buildings; e-mails findings to T. Cunningham. | TBT | 0.10 | 23.80 |
| | | | **0.50** | **$141.80** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | Analyze Notice of Hearing. | JCW | 0.30 | 88.50 |
| 10/08/12 | Draft verified complaint for judicial review. | CGS | 3.10 | 790.50 |
| 10/08/12 | Preparation of petition for administrative review of September 26 order and emails re same. | TJC | 0.20 | 117.00 |
| 10/09/12 | Review and revise draft complaint for judicial review. | PRP | 1.60 | 774.40 |
| 10/09/12 | Revise draft Complaint. | JCW | 0.90 | 265.50 |
| 10/09/12 | Preparation of petition for review of September 26 order and emails re petition for review. | TJC | 0.40 | 234.00 |
| 10/09/12 | Prepare verified petition for judicial review for filing. | CGS | 3.90 | 994.50 |
| 10/09/12 | Draft verified complaint for judicial review. | CGS | 2.40 | 612.00 |
| 10/10/12 | Draft appearances; review online docket to check status of verified petition for judicial review; circulate copies of all filings. | CGS | 1.90 | 484.50 |
| 10/29/12 | Review Appearance and Answer filed by attorney for Lake County Commissioners. | JCW | 0.20 | 59.00 |
| | | | **14.90** | **$4,419.90** |

**TOTAL FEES**                                                                                    **$9,205.60**

<u>**TIMEKEEPER SUMMARY:**</u>

GMAC Mortgage, LLC
File No.:  1000304.00275

Invoice Date: November 20, 2012
Invoice No.:  972711
Page: 4

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 4.00 | $1,180.00 |
| T. B. Till | Paralegal | $238.00 | 1.60 | $380.80 |
| | | | **5.60** | **$1,560.80** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.90 | $435.60 |
| T.J. Cunningham | Partner | $585.00 | 2.00 | $1,170.00 |
| C. G. Shetty | Associate | $255.00 | 5.10 | $1,300.50 |
| J.C. Webb | Associate | $295.00 | 0.60 | $177.00 |
| | | | **8.60** | **$3,083.10** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.50** | **$141.80** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.60 | $774.40 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| C. G. Shetty | Associate | $255.00 | 11.30 | $2,881.50 |
| J.C. Webb | Associate | $295.00 | 1.40 | $413.00 |
| | | | **14.90** | **$4,419.90** |

**TIMEKEEPER SUMMARY TOTALS**      **$9,205.60**

| **EXPENSES** | **VALUE** |
|---|---|
| Clerk of the Circuit Court of Lake County - Fee for Filing Complaint and service of summons on five defendants | 192.00 |
| Retrieval of documents recorded against 4812 Homerlee Ave. property | 15.90 |
| **TOTAL EXPENSES** | **$207.90** |

GMAC Mortgage, LLC
File No.: 1000304.00275

Invoice Date: November 20, 2012
Invoice No.: 972711
Page: 5

TOTAL FEES                                                    $9,205.60

TOTAL EXPENSES                                                 $207.90

TOTAL FEES AND EXPENSES                                      $9,413.50

**TOTAL BALANCE DUE**                                       **$9,413.50**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
### LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972712

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    **$4,142.70**

File Number:      1000304.00276
Re:               1330 State Street, Alton, IL (Berry), #732622

Your File Number:  732622

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/06/12 | E-mails regarding case status and intake. | JCW | 0.20 | 59.00 |
| 10/09/12 | Conference with Tom Cunningham and Tiffany Till regarding ███████ | JCW | 0.10 | 29.50 |
| 10/10/12 | Review fact package. | JCW | 0.50 | 147.50 |
| 10/10/12 | Revise initial case assessment. | JCW | 0.40 | 118.00 |
| 10/10/12 | Conduct search to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Circuit Court of Madison County to determine whether there is a foreclosure action pending against the subject borrowers; conduct search via Madison County Assessor's Office to retrieve property tax information for the last three years; conduct search via Madison County Planning and Building Codes Department to determine whether the subject property has been registered as vacant pursuant to the Abandoned Property Ordinance; left message with Planning and Building Codes Department regarding same; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.20 | 285.60 |
| 10/15/12 | Conduct follow up research to determine whether the property has been registered as vacant; e-mail to litigation team regarding ███ | TBT | 0.20 | 47.60 |
| 10/22/12 | Conference regarding case status and next steps. | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00276

Invoice Date: November 20, 2012
Invoice No.: 972712
Page: 2

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/22/12 | E-mail to Tiffany Till regarding ██████████ | JCW | 0.10 | 29.50 |
| 10/31/12 | Conference with Sherina Maye regarding ██████████ | JCW | 0.20 | 59.00 |
| | | | 3.10 | $834.70 |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/06/12 | Review of pleadings and background documents regarding new matter and consideration of approach to resolution, and emails from/to Beth McWilliams re ██████ | TJC | 0.50 | 292.50 |
| 10/09/12 | Analyze foreclosure report, servicing notes and vacant registry report. | SEM | 2.30 | 634.80 |
| 10/10/12 | Conference with J. Webb re: ██████████ | SEM | 0.40 | 110.40 |
| 10/10/12 | Analyze background documents. | SEM | 0.60 | 165.60 |
| 10/10/12 | Draft initial case assessment. | SEM | 1.10 | 303.60 |
| 10/10/12 | Review of docket report, vacant building registry, and email from T. Till re ██████████ | TJC | 0.10 | 58.50 |
| 10/11/12 | Preparation of initial case assessment. | TJC | 0.20 | 117.00 |
| 10/15/12 | Analyze vacant property findings. | SEM | 0.40 | 110.40 |
| 10/23/12 | Draft letter re: extension of time to city counsel. | SEM | 0.50 | 138.00 |
| 10/25/12 | Analyze complaint and loan file. | SEM | 0.70 | 193.20 |
| 10/30/12 | Conference with J. Webb to discuss ██████ | SEM | 0.50 | 138.00 |
| | | | 7.30 | $2,262.00 |

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/19/12 | Retrieve Chapter 13-11 (Vacant, Abandoned & Deteriorating Buildings) and Chapter 13-12 (Enforcement of Building, Electrical & Fire Regulations) of the Chicago Municipal Code; locate portions of the Chicago Municipal Code that (a) defines owners; (b) defines mortgagees; and (c) requires owners to take certain actions in relation to vacant buildings; e-mails findings to T. Cunningham. | TBT | 0.10 | 23.80 |
| 10/23/12 | Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |
| 10/30/12 | Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |
| | | | 0.30 | $71.40 |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/06/12 | Read and analyze complaint. | SEM | 1.10 | 303.60 |
| 10/12/12 | Prepare appearance in matter. | SEM | 0.60 | 165.60 |
| 10/25/12 | Draft outline for answers. | SEM | 0.80 | 220.80 |
| 10/30/12 | Outline answer. | SEM | 0.60 | 165.60 |
| | | | 3.10 | $855.60 |

GMAC Mortgage, LLC
File No.: 1000304.00276

Invoice Date: November 20, 2012
Invoice No.: 972712
Page: 3

**TOTAL FEES**                                                                     **$4,023.70**

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.70 | $501.50 |
| T. B. Till | Paralegal | $238.00 | 1.40 | $333.20 |
| | | | **3.10** | **$834.70** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| S. E. Maye | Associate | $276.00 | 6.50 | $1,794.00 |
| | | | **7.30** | **$2,262.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | **0.30** | **$71.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 3.10 | $855.60 |
| | | | **3.10** | **$855.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$4,023.70**

**EXPENSES**                                                                         **VALUE**
Filing Fees - Madison County Circuit Clerk Appearance/fee on behalf of GMAC            119.00
Mortgage, LLC
**TOTAL EXPENSES**                                                                    **$119.00**

TOTAL FEES                                                                           $4,023.70

TOTAL EXPENSES                                                                         $119.00

TOTAL FEES AND EXPENSES                                                              $4,142.70

GMAC Mortgage, LLC
File No.: 1000304.00276

Invoice Date: November 20, 2012
Invoice No.:  972712
Page:  4

**TOTAL BALANCE DUE**                                                    **$4,142.70**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                              <u>Via Courier:</u>
Locke Lord LLP                          JPMorgan Chase
24259 Network Place                     525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                  Chicago, IL  60661
                                        Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 20, 2012
Invoice No.: 972714

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                          $3,265.10

File Number:        1000304.00279
Re:                 319 E. Webster, Clinton, IL (Barnett), #733211

Your File Number:   733211

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/15/12 | Review Notices of Violation received from City of Clinton. | JCW | 0.20 | 59.00 |
| 10/16/12 | Telephone conference with DeWitt County Recorder's Office and DeWitt County Assessor's Office to inquire about all documents recorded against the subject property, to obtain grantor, grantee, and recordation details for the last three deeds, and to obtain the most recent recorded deed; conduct search to retrieve Parcel Data sheet for the subject property; conduct search to determine whether there is a foreclosure action pending against the subject borrower; conduct search to determine whether the subject property has been registered as vacant; conduct search to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.50 | 357.00 |
| 10/19/12 | Online research to locate relevant portion of the Clinton City Code pertaining to the subject violations; e-mail to litigation team regarding same; e-mail to library staff regarding request for relative section of International Building Code (2000). | TBT | 0.60 | 142.80 |
| 10/22/12 | E-mails to and from the library staff regarding retrieval of the relative section of the International Property Maintenance Code (2003). | TBT | 0.10 | 23.80 |
| 10/22/12 | Conference with Chethan Shetty regarding ██████████ █████ | JCW | 0.20 | 59.00 |
| | | | 2.60 | $641.60 |

GMAC Mortgage, LLC
File No.: 1000304.00279

Invoice Date: November 20, 2012
Invoice No.: 972714
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/15/12 | Emails from/to Beth McWilliams re ███████████ | TJC | 0.30 | 175.50 |
| 10/15/12 | Emails to/from Julie Webb and other attorneys re ███████ | TJC | 0.20 | 117.00 |
| 10/16/12 | Review of email from T. Till re ███████████ | TJC | 0.20 | 117.00 |
| 10/16/12 | Email to Beth McWilliams re ███████████ | TJC | 0.20 | 117.00 |
| 10/16/12 | Review notices of violation issued to Residential Funding Co. by City of Clinton. | CGS | 0.30 | 76.50 |
| 10/17/12 | Research City of Clinton Municipal Code and phone calls with city officials for the purpose of determining basis for holding RFC liable for alleged code violations. | CGS | 1.80 | 459.00 |
| 10/17/12 | E-mail to Beth McWilliams re ███████████ | TJC | 0.30 | 175.50 |
| 10/18/12 | Research land records and City of Clinton Municipal Code to determine city's basis for issuing notices of violation to RFC. | CGS | 0.30 | 76.50 |
| 10/19/12 | Research to determine violator's right to appeal administrative decisions pursuant to City of Clinton Municipal Code. | CGS | 0.50 | 127.50 |
| 10/19/12 | E-mails re authority supporting alleged violations. | TJC | 0.20 | 117.00 |
| 10/19/12 | Conference with Chethan Shetty re ███████████ | TJC | 0.10 | 58.50 |
| 10/22/12 | Draft letter to Chief of Police of City of Clinton re: the city's basis for issuing notices of violation to RFC. | CGS | 2.30 | 586.50 |
| 10/23/12 | Draft emails to City of Clinton officials for the purpose of determining city's FOIA officer and to determine whether appearance is necessary at administrative hearing. | CGS | 0.50 | 127.50 |
| 10/23/12 | E-mails re contact from Chief of Police re tomorrow's hearing. | TJC | 0.10 | 58.50 |
| | | | **7.30** | **$2,389.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/15/12 | Review of series of administrative violations and consideration of approach to same. | TJC | 0.40 | 234.00 |
| | | | **0.40** | **$234.00** |

**TOTAL FEES**                                                                 **$3,265.10**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | | Associate | $295.00 | 0.40 | $118.00 |

GMAC Mortgage, LLC
File No.:  1000304.00279

Invoice Date: November 20, 2012
Invoice No.:  972714
Page:  3

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 2.20 | $523.60 |
| | | | **2.60** | **$641.60** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
| C. G. Shetty | Associate | $255.00 | 5.70 | $1,453.50 |
| | | | **7.30** | **$2,389.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                        **$3,265.10**

TOTAL FEES                                                                                      $3,265.10

**TOTAL BALANCE DUE**                                                                    **$3,265.10**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

November 20, 2012
Invoice No.: 972735

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $1,250.00

File Number:        1000304.00188
Re:                 4836 W. Superior, Chicago, IL (Fort), #715591

Your File Number:  715591

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | Conference with D. Standa regarding ■■■■■ | JCW | 0.20 | 59.00 |
| 10/05/12 | E-mail to GMAC Mortgage enclosing today's orders. | JCW | 0.10 | 29.50 |
| 10/31/12 | E-mails with David Standa regarding ■■■■■ ■■■■■ | JCW | 0.10 | 29.50 |
| 10/31/12 | Review new Notices of Violation received from GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 10/31/12 | E-mails with GMAC Mortgage regarding ■■■■■ ■■■ | JCW | 0.20 | 59.00 |
| | | | 0.80 | $236.00 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | Review of report from this afternoon's administrative hearing re tickets issued and review of orders dismissing those proceedings. | TJC | 0.20 | 117.00 |
| 10/05/12 | Follow up emails re same. | TJC | 0.10 | 58.50 |
| 10/18/12 | E-mails re this afternoon's administrative hearing and non-suit of notice of violation. | TJC | 0.20 | 117.00 |
| 10/31/12 | Follow up emails re same and plan to bring these to the attention of the police officers in charge of the troubled building unit and as further support for our request for a meeting with them. | TJC | 0.20 | 117.00 |
| | | | 0.70 | $409.50 |

GMAC Mortgage, LLC
File No.: 1000304.00188

Invoice Date: November 20, 2012
Invoice No.:  972735
Page: 2

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/12 | Conference with Chethan Shetty regarding ███████ | JCW | 0.20 | 59.00 |
| 10/05/12 | Review orders from today's hearing. | JCW | 0.20 | 59.00 |
| 10/08/12 | Update chart of Chicago Building Code Violation matters. | JCW | 0.20 | 59.00 |
| 10/22/12 | Review e-mails from 10/11-21. | JCW | 0.20 | 59.00 |
| 10/22/12 | E-mail to GMAC Mortgage ████████████ ███████ | JCW | 0.10 | 29.50 |
| | | | **0.90** | **$265.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/31/12 | Review of new notices or violation received from the City. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/12 | Attend hearing on municipal code violations. | CGS | 1.10 | 280.50 |
| | | | **1.10** | **$280.50** |

**TOTAL FEES**                                                             **$1,250.00**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| | | | **0.80** | **$236.00** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **0.70** | **$409.50** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.90 | $265.50 |
| | | | **0.90** | **$265.50** |

### Pleadings

GMAC Mortgage, LLC
File No.:  1000304.00188

Invoice Date: November 20, 2012
Invoice No.:  972735
Page:  3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.10 | $280.50 |
| | | | **1.10** | **$280.50** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,250.00**

TOTAL FEES                                                            $1,250.00

**TOTAL BALANCE DUE**                                             **$1,250.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 19, 2012
Invoice No.: 972358

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012          $5,715.20

File Number:      1000304.00277
Re:               5920 S Green, Chicago, IL (Wilson), #732962

Your File Number: 732962

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/06/12 | E-mails with Tom Cunningham regarding ███████████ | JCW | 0.20 | 59.00 |
| 10/09/12 | Conference with Tom Cunningham and Tiffany Till regarding ████ | JCW | 0.10 | 29.50 |
| 10/10/12 | Review fact package. | JCW | 0.50 | 147.50 |
| 10/10/12 | Revise initial case assessment. | JCW | 0.40 | 118.00 |
| 10/10/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.20 | 285.60 |
| 10/22/12 | E-mail to Sherina Maye regarding ████████████████ | JCW | 0.10 | 29.50 |
| 10/22/12 | Review loan file to locate public document containing loan number for use in connecting account to servicing transfer agreement. | JCW | 0.20 | 59.00 |
| 10/22/12 | Conference with Sherina Maye regarding ██████████ | JCW | 0.20 | 59.00 |

---

GMAC Mortgage, LLC
File No.: 1000304.00277

Invoice Date: November 19, 2012
Invoice No.: 972358
Page: 2

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/22/12 | Conference with Sherina Maye regarding ███████████ | JCW | 0.20 | 59.00 |
| 10/24/12 | Review assignment circulated by GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 10/24/12 | Conference with Tom Cunningham regarding ██████ | JCW | 0.20 | 59.00 |
| 10/24/12 | E-mail to GMAC Mortgage regarding ██████ | JCW | 0.10 | 29.50 |
| 10/26/12 | Review revised assignment circulated by GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 10/26/12 | E-mails with GMAC Mortgage regarding ████████████ ██████ | JCW | 0.30 | 88.50 |
| 10/26/12 | E-mail to GMAC Mortgage enclosing ████████ ████████ | JCW | 0.20 | 59.00 |
| | | | **4.20** | **$1,170.60** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/06/12 | Review of pleadings and background documents regarding new matter and consideration of approach to resolution, and emails from/to Beth McWilliams re ██████ | TJC | 0.50 | 292.50 |
| 10/10/12 | Analyze foreclosure record, vacant registry record and servicing notes. | SEM | 1.30 | 358.80 |
| 10/10/12 | Draft initial case assessment. | SEM | 0.90 | 248.40 |
| 10/22/12 | E-mails re tomorrow's court appearance and status of obtaining information to show we have no interest in this property. | TJC | 0.20 | 117.00 |
| 10/22/12 | Review of information received today. | TJC | 0.10 | 58.50 |
| 10/22/12 | Communicate with client re: ████████████████ | SEM | 0.50 | 138.00 |
| 10/22/12 | Analyze servicing transfer agreement received from GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 10/23/12 | Draft email to client re: ████████ | SEM | 0.50 | 138.00 |
| 10/23/12 | Conference with J. Webb to discuss ██████ | SEM | 0.40 | 110.40 |
| 10/23/12 | Review of status report and order from this morning's court appearance. | TJC | 0.20 | 117.00 |
| 10/23/12 | Conference with Sherina Maye re ██████ | TJC | 0.10 | 58.50 |
| 10/24/12 | Conference with Julie Webb re ████████████ ██████ | TJC | 0.10 | 58.50 |
| 10/24/12 | E-mails re preparation of assignment. | TJC | 0.10 | 58.50 |
| 10/25/12 | Communicate with client re: ████████████ ███ | SEM | 0.40 | 110.40 |
| 10/26/12 | Conference with Julie Webb re ████████████████ ██████ | TJC | 0.50 | 292.50 |
| 10/26/12 | NO CHARGE - E-mail re revised assignment. | TJC | 0.10 | 58.50 |
| | | | **6.10** | **$2,274.50** |

GMAC Mortgage, LLC
File No.: 1000304.00277

Invoice Date: November 19, 2012
Invoice No.: 972358
Page: 3

| **Other** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 10/09/12 | Meet with litigation team to discuss ████████ | TBT | 0.20 | 47.60 |
| 10/19/12 | Retrieve Chapter 13-11 (Vacant, Abandoned & Deteriorating Buildings) and Chapter 13-12 (Enforcement of Building, Electrical & Fire Regulations) of the Chicago Municipal Code; locate portions of the Chicago Municipal Code that (a) defines owners; (b) defines mortgagees; and (c) requires owners to take certain actions in relation to vacant buildings. | TBT | 0.10 | 23.80 |
| | | | 0.30 | $71.40 |

| **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 10/06/12 | Read and analyze complaint. | SEM | 1.20 | 331.20 |
| 10/25/12 | Draft Affidavit in Support of Motion to Dismiss. | JCW | 1.20 | 354.00 |
| 10/25/12 | Draft Motion to Dismiss all claims against GMAC Mortgage. | JCW | 1.30 | 383.50 |
| 10/26/12 | Revise Motion to Dismiss per Tom Cunningham comments. | JCW | 0.30 | 88.50 |
| 10/26/12 | Revise Affidavit in Support of Motion to Dismiss per Tom Cunningham comments. | JCW | 0.20 | 59.00 |
| 10/26/12 | Preparation of Rule 2-619 motion to dismiss and affidavit in support and e-mails re same. | TJC | 0.60 | 351.00 |
| 10/26/12 | Read and analyze draft of motion to dismiss. | SEM | 0.70 | 193.20 |
| | | | 5.50 | $1,760.40 |

| **Court Mandated Conferences** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|
| 10/22/12 | Prepare for upcoming court hearing. | SEM | 0.70 | 193.20 |
| 10/23/12 | Attend hearing. | SEM | 1.10 | 303.60 |
| | | | 1.80 | $496.80 |

| | |
|---|---|
| **Less No Charge Entry** | **($58.50)** |
| **TOTAL ADJUSTED FEES** | **$5,715.20** |

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.00 | $885.00 |
| T. B. Till | Paralegal | $238.00 | 1.20 | $285.60 |
| | | | **4.20** | **$1,170.60** |

GMAC Mortgage, LLC
File No.:  1000304.00277

Invoice Date: November 19, 2012
Invoice No.: 972358
Page:  4

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.90 | $1,111.50 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| S. E. Maye | Associate | $276.00 | 4.00 | $1,104.00 |
| | | | **6.10** | **$2,274.50** |

### Other

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | **0.30** | **$71.40** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| J.C. Webb | Associate | $295.00 | 3.00 | $885.00 |
| S. E. Maye | Associate | $276.00 | 1.90 | $524.40 |
| | | | **5.50** | **$1,760.40** |

### Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 1.80 | $496.80 |
| | | | **1.80** | **$496.80** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$5,773.70**

TOTAL FEES                                                              $5,773.70

Less No Charge Entry                                                    ($58.50)

TOTAL ADJUSTED FEES                                                     $5,715.20

**TOTAL BALANCE DUE**                                                   **$5,715.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 19, 2012
Invoice No.: 972351

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $659.50

| File Number: | 1000304.00266 |
| Re: | 12046 S Edbrooke, Chicago, IL (Mandarino), 732235 |

Your File Number:  732235

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/22/12 | Conference with David Standa regarding ▓▓▓▓▓▓ | JCW | 0.10 | 29.50 |
| | | | 0.10 | $29.50 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | Review of status report and follow-up e-mails re this morning's court appearance. | TJC | 0.20 | 117.00 |
| 10/17/12 | Conference with David Standa re ▓▓▓▓▓▓ | TJC | 0.20 | 117.00 |
| 10/24/12 | NO CHARGE - E-mails re status and strategy. | TJC | 0.20 | 117.00 |
| | | | 0.60 | $351.00 |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/12 | Attend hearing on foreclosure counsel's motion to withdraw. Conference with city's attorney regarding case caption and named defendants. | DFS | 1.50 | 396.00 |
| | | | 1.50 | $396.00 |

**Less No Charge Entry**                                ($117.00)

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00266

Invoice Date: November 19, 2012
Invoice No.: 972351
Page: 2

## TOTAL ADJUSTED FEES                                              $659.50

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **0.60** | **$351.00** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.50 | $396.00 |
| | | | **1.50** | **$396.00** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$776.50**

TOTAL FEES                                                          $776.50

Less No Charge Entry                                               ($117.00)

TOTAL ADJUSTED FEES                                                 $659.50

**TOTAL BALANCE DUE**                                              **$659.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

November 19, 2012
Invoice No.: 972313

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                             $217.90

File Number:        1000304.00242
Re:                 Talford v. GMAC Mortgage, LLC, 728481

Your File Number:  728481

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | NO CHARGE - Emails re status of plaintiffs' response to motion to dismiss. | TJC | 0.10 | 58.50 |
| 10/02/12 | Conference with Mr. Wolber regarding ▮▮▮▮ | JLS | 0.10 | 37.40 |
| 10/02/12 | Prepare update for J. Hoy regarding ▮▮▮▮ | KMW | 0.20 | 48.80 |
| 10/03/12 | Emails re filing of notice re plaintiffs' failure to respond to motion to dismiss. | TJC | 0.10 | 58.50 |
| | | | 0.50 | $203.20 |

| | Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Prepare and file Notice of Non-Filing regarding plaintiff's lack of response to Defendant's Motion to Dismiss. | KMW | 0.30 | 73.20 |
| | | | 0.30 | $73.20 |

| | | |
|---|---|---|
| **Less No Charge Entries** | | ($58.50) |
| **TOTAL ADJUSTED FEES** | | $217.90 |

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00242

Invoice Date: November 19, 2012
Invoice No.: 972313
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| K. M. Wolber | Associate | $244.00 | 0.20 | $48.80 |
| | | | **0.50** | **$203.20** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| K. M. Wolber | Associate | $244.00 | 0.30 | $73.20 |
| | | | **0.30** | **$73.20** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$276.40**

TOTAL FEES                                                       $276.40

Less No Charge Entries                                          ($58.50)

TOTAL ADJUSTED FEES                                              $217.90

**TOTAL BALANCE DUE**                                            **$217.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 19, 2012
Invoice No.: 972350

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                    $3,895.30

File Number:      1000304.00260
Re:               4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| Fact Investigation/Development | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/22/12 | Conference with David Standa regarding ███████ | JCW | 0.10 | 29.50 |
| 10/26/12 | Conference with David Standa regarding ███████ | JCW | 0.10 | 29.50 |
| 10/29/12 | Revise letter to City of Chicago Police Department regarding pattern of serving Notices of Violation on Homecomings with regard to this property. | JCW | 0.50 | 147.50 |
| 10/31/12 | E-mails with David Standa regarding ███████ | JCW | 0.10 | 29.50 |
| | | | **0.80** | **$236.00** |

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/12 | Draft email regarding Friday's hearing. | DFS | 0.10 | 26.40 |
| 10/09/12 | Emails re possible declaratory judgment action to get Homecomings off title. | TJC | 0.20 | 117.00 |
| 10/09/12 | Conference with David Standa re ███████ interest in subject property. | TJC | 0.40 | 234.00 |
| 10/09/12 | Draft email to client regarding ███████ | DFS | 0.20 | 52.80 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: November 19, 2012
Invoice No.: 972350
Page: 2

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/10/12 | Email from Jance Hoy re ███████████████████ | TJC | 0.10 | 58.50 |
| 10/12/12 | Emails re fines imposed so far. | TJC | 0.10 | 58.50 |
| 10/12/12 | Review administrative fine dollar amounts, draft email to Jance regarding ████ | DFS | 0.20 | 52.80 |
| 10/16/12 | Email to Jance Hoy re ██████ | TJC | 0.20 | 117.00 |
| 10/17/12 | E-mails from and to Jance Hoy re ███████████████ ██████ | TJC | 0.20 | 117.00 |
| 10/17/12 | Follow up e-mails to and from David Standa re ████ | TJC | 0.20 | 117.00 |
| 10/19/12 | E-mail from Jance Hoy re ██████████████ ██████ | TJC | 0.20 | 117.00 |
| 10/24/12 | NO CHARGE - E-mails re additional notices of violation received and status of effort to discuss matter with the city and get it resolved once and for all. | TJC | 0.20 | 117.00 |
| 10/24/12 | Phone call with city's attorney regarding notices of violations being issued by police department. | DFS | 0.30 | 79.20 |
| 10/26/12 | Draft letter to Chicago Police Department regarding Notices of Violation. | DFS | 0.60 | 158.40 |
| 10/29/12 | Revise letter to police department. | DFS | 0.30 | 79.20 |
| 10/29/12 | Review of proposed letter to City Police Department re continued notices of violation. | TJC | 0.30 | 175.50 |
| 10/30/12 | Emails to/from Jance Hoy re ████████████████ ████████████ | TJC | 0.20 | 117.00 |
| | | | 4.00 | $1,794.30 |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/15/12 | Start drafting declaratory judgment complaint. | DFS | 0.30 | 79.20 |
| 10/16/12 | Draft declaratory judgment complaint. | DFS | 1.50 | 396.00 |
| 10/16/12 | Review and revise draft Complaint for Declaratory Judgment. | JCW | 1.00 | 295.00 |
| 10/16/12 | Preparation of complaint seeking declaratory judgment that GMACM has no interest in the property and that Defendant's attempt to deed the property to GMACM is void. | TJC | 0.40 | 234.00 |
| 10/23/12 | File complaint for declaratory judgment. | DFS | 0.30 | 79.20 |
| | | | 3.50 | $1,083.40 |

| Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/05/12 | Attend administrative law hearing regarding recent violations. | DFS | 1.90 | 501.60 |
| | | | 1.90 | $501.60 |

**Less No Charge Entries**                                                                ($117.00)

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: November 19, 2012
Invoice No.: 972350
Page: 3

**TOTAL ADJUSTED FEES**                                                   **$3,498.30**


**TIMEKEEPER SUMMARY:**


**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| | | | **0.80** | **$236.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.30 | $1,345.50 |
| D. F. Standa | Associate | $264.00 | 1.70 | $448.80 |
| | | | **4.00** | **$1,794.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| D. F. Standa | Associate | $264.00 | 2.10 | $554.40 |
| J.C. Webb | Associate | $295.00 | 1.00 | $295.00 |
| | | | **3.50** | **$1,083.40** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.90 | $501.60 |
| | | | **1.90** | **$501.60** |


**TIMEKEEPER SUMMARY TOTALS**                                            **$3,615.30**



| EXPENSES | VALUE |
|---|---|
| Sheriff of Cook County - Sheriff service | 60.00 |
| Clerk of the Circuit Court of Cook County - New complaint | 337.00 |
| **TOTAL EXPENSES** | **$397.00** |


TOTAL FEES                                                                $3,615.30

Less No Charge Entries                                                   ($117.00)

TOTAL ADJUSTED FEES                                                       $3,498.30

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: November 19, 2012
Invoice No.:  972350
Page: 4

| | |
|---|---|
| TOTAL EXPENSES | $397.00 |
| TOTAL FEES AND EXPENSES | $3,895.30 |
| **TOTAL BALANCE DUE** | **$3,895.30** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

December 17, 2012
Invoice No.: 977636

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012

<u>$2,984.20</u>

File Number:        1000304.00257
Re:                 1747 North Linder, Chicago, IL (Hunt), #730463

Your File Number:   730463

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | E-mails with GMAC Mortgage and litigation team regarding ███████ | JCW | 0.40 | 118.00 |
| 10/04/12 | E-mails with GMAC Mortgage regarding ███████ | JCW | 0.50 | 147.50 |
| 10/05/12 | E-mails with GMAC Mortgage and litigation team regarding ███ | JCW | 0.30 | 88.50 |
| 10/15/12 | E-mails with J. Garner regarding ███████ | JCW | 0.20 | 59.00 |
| 10/16/12 | E-mails with J. Hoy regarding ███████ | JCW | 0.20 | 59.00 |
| 10/23/12 | Review revised transfer declaration and quit claim deed circulated by J. Garner. | JCW | 0.60 | 177.00 |
| 10/23/12 | E-mail to GMAC Mortgage regarding ███████ | JCW | 0.10 | 29.50 |
| 10/23/12 | E-mail to donee's representation regarding draft transfer declaration and quit claim deed. | JCW | 0.10 | 29.50 |
| 10/29/12 | E-mails with National Community Stabilization Trust regarding draft transfer declaration and quit claim deed. | JCW | 0.30 | 88.50 |
| | | | **2.70** | **$796.50** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00257

Invoice Date: December 17, 2012
Invoice No.:  977636
Page:  2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/12 | Email from Florie Robinson re ██████████ | TJC | 0.10 | 58.50 |
| 10/02/12 | Attend call with J. Webb re: ██████████ | JRG | 0.20 | 55.20 |
| 10/03/12 | Telephone Calls regarding water certification service and preparation of Full Payment Certificate | JA | 0.20 | 40.00 |
| 10/04/12 | Complete drafts of all Transfer Tax Declarations ( Cook County, State of Illinois and City of Chicago) . | JA | 0.70 | 140.00 |
| 10/04/12 | Discuss missing information with attorney and prepare e-mail to request same. | JA | 0.70 | 140.00 |
| 10/04/12 | NO CHARGE - Emails re status of obtaining water certification necessary to record deed transferring title to property. | TJC | 0.10 | 58.50 |
| 10/04/12 | Draft email to J. Webb re: ██████████ | JRG | 0.30 | 82.80 |
| 10/05/12 | NO CHARGE - Emails re status and process of getting property deeded to charity. | TJC | 0.20 | 117.00 |
| 10/05/12 | Finalize and scan Water Certification to proper parties. | JA | 0.50 | 100.00 |
| 10/18/12 | Correspond with water certification service re: application. | JRG | 0.20 | 55.20 |
| 10/22/12 | E-mails re preparation of quitclaim deed. | TJC | 0.10 | 58.50 |
| 10/22/12 | Review of draft quit claim deed. | TJC | 0.10 | 58.50 |
| 10/24/12 | NO CHARGE - E-mails re status of transfer of title to property. | TJC | 0.20 | 117.00 |
| 10/29/12 | E-mails re donation of property. | TJC | 0.20 | 117.00 |
| | | | 3.80 | $1,198.20 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Meet with J. Ackerberg re: ██████████ ██████████ | JRG | 0.30 | 82.80 |
| 10/03/12 | Draft Quit Claim Deed. | JA | 0.10 | 20.00 |
| 10/04/12 | Call water certification expediting service re: survey. | JRG | 0.20 | 55.20 |
| 10/04/12 | Meet with J. Ackerberg re: ██████████ | JRG | 0.30 | 82.80 |
| 10/04/12 | Revise water certification from J. Ackerberg. | JRG | 0.30 | 82.80 |
| 10/16/12 | Draft email to J. Webb re: ██████████ | JRG | 0.30 | 82.80 |
| 10/16/12 | Prepare transfer tax form on EZ Declaration website. | JRG | 1.20 | 331.20 |
| 10/22/12 | Revise transfer documents per responses from J. Webb. | JRG | 0.70 | 193.20 |
| 10/22/12 | Revisions to Quitclaim Deed and EZ dec per attorney's instructions. | JA | 0.30 | 60.00 |
| 10/23/12 | Correspond with J. Webb re: ██████████ | JRG | 0.20 | 55.20 |
| | | | 3.90 | $1,046.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/12 | Conference with J. Garner regarding ██████████ ██████████ | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: December 17, 2012
Invoice No.: 977636
Page: 3

| | | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/22/12 | | Review draft transfer declaration. | JCW | 0.30 | 88.50 |
| 10/22/12 | | E-mail to J. Garner enclosing ███████ | JCW | 0.10 | 29.50 |
| 10/22/12 | | Review e-mails from 10/11-21. | JCW | 0.20 | 59.00 |
| | | | | **0.80** | **$236.00** |

**Less No Charge Entries** _____ ($292.50)

**TOTAL ADJUSTED FEES** $2,984.20

**TIMEKEEPER SUMMARY:**

### Fact Investigation/Development

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 2.70 | $796.50 |
| | | | **2.70** | **$796.50** |

### Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| J. R. Garner | Associate | $276.00 | 0.70 | $193.20 |
| J. Ackerberg | Paralegal | $200.00 | 2.10 | $420.00 |
| | | | **3.80** | **$1,198.20** |

### Settlement/Non-binding ADR

| | | | | | |
|---|---|---|---|---|---|
| J. R. Garner | Associate | $276.00 | 3.50 | $966.00 |
| J. Ackerberg | Paralegal | $200.00 | 0.40 | $80.00 |
| | | | **3.90** | **$1,046.00** |

### Other

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| | | | **0.80** | **$236.00** |

**TIMEKEEPER SUMMARY TOTALS** $3,276.70

**TOTAL FEES** $3,276.70

GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: December 17, 2012
Invoice No.:  977636
Page: 4

| | |
|---|---:|
| Less No Charge Entries | ($292.50) |
| TOTAL ADJUSTED FEES | $2,984.20 |
| **TOTAL BALANCE DUE** | **$2,984.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
GMAC Mortgage, LLC
2711 N. Haskell Ave, Suite 900
Dallas, TX 75204

December 17, 2012
Invoice No.: 977637

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2012                           $1,388.80

File Number:      1000304.00261
Re:               Phillips, Ryan v. GMAC Mortgage, 731251

Your File Number:  731251

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/12 | Telephone call from G. Arnson (HUD) re request for unredacted copy of page 40 from third part of second production. | KMC | 0.10 | 44.80 |
| 10/10/12 | Draft letter to G. Arnson re unredacted copy of requested page. | KMC | 0.10 | 44.80 |
| 10/17/12 | Review and redact transaction log for production to HUD in response to request. | KMC | 2.00 | 896.00 |
| 10/17/12 | Draft cover letter for production of transaction log. | KMC | 0.10 | 44.80 |
| 10/19/12 | E-mail from G. Arnson (HUD investigator) re request to view unredacted copies of produced documents; e-mail to T. Cunningham re ████████████ | KMC | 0.10 | 44.80 |
| 10/29/12 | E-mail and telephone conference with Ms. DeSilva and Ms. Northrup re ████████████ | KMC | 0.20 | 89.60 |
| 10/29/12 | Review foreclosure file and pull documents for production to HUD. | KMC | 0.50 | 224.00 |
| | | | 3.10 | $1,388.80 |

**TOTAL FEES**                                                           $1,388.80

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00261

Invoice Date: December 17, 2012
Invoice No.: 977637
Page: 2

**Document Production**

| | | | | | |
|---|---|---|---|---|---|
| K. M. Castaneda | | Senior Counsel | $448.00 | 3.10 | $1,388.80 |
| | | | | 3.10 | $1,388.80 |

**TIMEKEEPER SUMMARY TOTALS**          $1,388.80

TOTAL FEES          $1,388.80

**TOTAL BALANCE DUE**          **$1,388.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
GMAC Mortgage, LLC
2711 N. Haskell Ave, Suite 900
Dallas, TX 75204

December 17, 2012
Invoice No.: 977638

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $380.30

File Number:        1000304.00261
Re:                 Phillips, Ryan v. GMAC Mortgage, 731251

Your File Number:  731251

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | E-mails re current status and strategy. | TJC | 0.30 | 175.50 |
| 11/05/12 | Confer with J. Costello and T. Cunningham re status of HUD proceeding. | KMC | 0.10 | 44.80 |
| 11/05/12 | Address issues regarding HUD investigation of disability complaint in loan modification process. | JC | 0.50 | 160.00 |
| | | | 0.90 | $380.30 |

**TOTAL FEES**                                                      **$380.30**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| J. Costello | Counsel | $320.00 | 0.50 | $160.00 |
| K. M. Castaneda | Senior Counsel | $448.00 | 0.10 | $44.80 |
| | | | 0.90 | $380.30 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00261

Invoice Date: December 17, 2012
Invoice No.:  977638
Page: 2

**TIMEKEEPER SUMMARY TOTALS**                                    **$380.30**

TOTAL FEES                                                        $380.30

**TOTAL BALANCE DUE**                                            **$380.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                         **Via Courier:**
Locke Lord LLP                           JPMorgan Chase
24259 Network Place                      525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                   Chicago, IL  60661
                                         Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord**
_LLP_
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980269

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                              $208.60

File Number:        1000304.00219
Re:                 FHLB Boston v. Residential, #713113

Your File Number:  713113

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/09/12 | E-mails between and among joint defense counsel re ███ ███ | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/12 | Monitor and review relevant joint defense emails. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                              $208.60

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: December 31, 2012
Invoice No.: 980269
Page: 2

### Analysis/Strategy

|  |  |  | 0.20 | $117.00 |

### Other

| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|  |  |  | 0.20 | $91.60 |

**TIMEKEEPER SUMMARY TOTALS**                           $208.60

TOTAL FEES                                              $208.60

**TOTAL BALANCE DUE**                                   $208.60

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980271

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012

$671.60

File Number:    1000304.00220
Re:            FHLB Chicago v. Residential, #704078

Your File Number: 704078

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Analysis/Strategy** | | | |
| 11/09/12 | Monitor and review filings re: interlocutory appeal. | JMG | 0.20 | 91.60 |
| 11/16/12 | Emails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 11/19/12 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 11/19/12 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 11/21/12 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 11/25/12 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 11/26/12 | Monitor, review joint defense emails and filings. | JMG | 0.30 | 137.40 |
| | | | 1.10 | $580.00 |
| | **Other** | ATTY | HOURS | VALUE |
| 11/21/12 | Monitor and review relevant joint defense emails. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: December 31, 2012
Invoice No.:  980271
Page:  2

## TOTAL FEES                                                                                   $671.60

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **1.10** | **$580.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

## TIMEKEEPER SUMMARY TOTALS                                                    $671.60

TOTAL FEES                                                                             $671.60

## TOTAL BALANCE DUE                                                              $671.60

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980294

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $3,802.36

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | Telephone calls from and to conflicts search staff re preparation of Schedule to Declaration in Support of Retention application re current and former clients on Debtors' conflicts checklist. | TJC | 0.40 | 234.00 |
| 11/05/12 | E-mail to Jordan Wishnew re revised draft of retention application. | TJC | 0.20 | 117.00 |
| 11/07/12 | E-mails from and to Jordan Wishnew re retention application. | TJC | 0.20 | 117.00 |
| 11/08/12 | Telephone conference with Norm Rosenbaum re claims of indemnified employees. | TJC | 0.10 | 58.50 |
| 11/12/12 | Redaction of invoices for submission to notice parties; review of draft OCP report for September and draft cover letter re same. | TJC | 2.10 | 1,228.50 |
| 11/13/12 | Telephone conference with Jordan Wishnew re draft retention application. | TJC | 0.20 | 117.00 |
| 11/13/12 | Emails from/to Jordan Wishnew re draft retention application. | TJC | 0.20 | 117.00 |
| 11/13/12 | Emails and conferences with staff regarding accounting for fees accrued and paid in connection with amounts in retention application. | TJC | 0.40 | 234.00 |
| 11/14/12 | Emails from/to Jordan Wishnew re revisions to spreadsheet to support retention application. | TJC | 0.10 | 58.50 |
| 11/14/12 | Revise spreadsheet to support retention application. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00000

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/28/12 | E-mails re duplicate payments received and review of records to sort out why additional payments were made on certain invoices and how to resolve that issue going forward; Conference call with Donna McFadden re invoices and payments given current status of Locke Lord's retention; Preparation of Locke Lord retention application; E-mails to and from Jordan Wishnew re revisions to retention application. | TJC | 1.10 | 643.50 |
| | | | **5.20** | **$3,042.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Preparation of schedule to declaration in support of retention application regarding Conflicts List. | TJC | 0.90 | 526.50 |
| | | | **0.90** | **$526.50** |

**TOTAL FEES**                                                                                         **$3,568.50**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 5.20 | $3,042.00 |
| | | | **5.20** | **$3,042.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | **0.90** | **$526.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                   **$3,568.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 10/17/12 | FedEx Shipments | 24.88 |
| 10/17/12 | FedEx Shipments | 22.47 |
| 10/17/12 | FedEx Shipments | 22.47 |
| 10/17/12 | FedEx Shipments | 12.44 |
| 10/17/12 | FedEx Shipments | 24.88 |
| 11/12/12 | FedEx Shipmentd | 22.57 |
| 11/12/12 | FedEx Shipments | 22.57 |
| 11/12/12 | FedEx Shipments | 22.57 |
| 11/12/12 | FedEx Shipments | 22.57 |
| 11/12/12 | FedEx Shipments | 22.57 |
| 11/14/12 | FedEx Shipments | 13.87 |
| | TOTAL | $233.86 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: December 31, 2012
Invoice No.: 980294
Page: 3

| | |
|---|---|
| TOTAL FEES | $3,568.50 |
| TOTAL EXPENSES | $233.86 |
| TOTAL FEES AND EXPENSES | $3,802.36 |
| **TOTAL BALANCE DUE** | **$3,802.36** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980295

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                              $10,907.60

File Number:        1000304.00174
Re:                 Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Analyze case law to support Responses to Nora's Motion for Reconsideration and Motion to Vacate Judgment. | JCW | 1.10 | 324.50 |
| 11/01/12 | Review of existing conflict waiver/engagement letters with Urgwuadu and Verma. | TJC | 0.40 | 234.00 |
| 11/01/12 | E-mails to and from Manish Verma re ■■■■■■ | TJC | 0.30 | 175.50 |
| 11/01/12 | E-mail to Ken Ugwuadu re ■■■■■■ | TJC | 0.20 | 117.00 |
| 11/01/12 | Telephone conference with Natasha Campbell re ■■■■■■ | TJC | 0.20 | 117.00 |
| 11/01/12 | Telephone conference with Brian Raynor re ■■■■■■ | TJC | 0.10 | 58.50 |
| 11/01/12 | Telephone call to Manish Verma re ■■■ | TJC | 0.10 | 58.50 |
| 11/01/12 | E-mail to Manish Verma re ■■■ | TJC | 0.20 | 117.00 |
| 11/02/12 | E-mail from Manish Verma ■■■■■■ | TJC | 0.10 | 58.50 |
| 11/02/12 | E-mail from Ken Ugwuadu re ■■■■■■ | TJC | 0.10 | 58.50 |
| 11/02/12 | E-mails from and to Brian Raynor re ■■■■■■ | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00174

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | E-mail to Natasha Campbell and Jennifer Scoliard re ██████████ | TJC | 0.30 | 175.50 |
| 11/06/12 | Telephone call from Norm Rosenbaum re ████████ ██████ | TJC | 0.10 | 58.50 |
| 11/08/12 | E-mails from and to Ken Ugwuadu re ████████ | TJC | 0.20 | 117.00 |
| 11/08/12 | Telephone conference with Ken Ugwuadu re ██████ | TJC | 0.10 | 58.50 |
| 11/13/12 | Emails re responses to motions to reconsider and vacate judgment. | TJC | 0.30 | 175.50 |
| 11/13/12 | Emails to/from Natasha Campbell and Jennifer Scoliard re ██████ | TJC | 0.30 | 175.50 |
| 11/13/12 | Emails to/from Natasha Campbell and Jennifer Scoliard re ██████ | TJC | 0.30 | 175.50 |
| | | | **4.60** | **$2,372.00** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Retrieve and circulate list of deadlines/hearings to T. Cunningham. | TBT | 0.10 | 23.80 |
| 11/12/12 | E-mail to litigation team regarding ████████████ | JCW | 0.10 | 29.50 |
| 11/13/12 | File Response to Motion for Reconsideration. | JCW | 0.30 | 88.50 |
| 11/13/12 | File Response to Motion to Vacate Judgment. | JCW | 0.30 | 88.50 |
| | | | **0.80** | **$230.30** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Draft Response to Nora's Motion for Reconsideration. | JCW | 1.00 | 295.00 |
| 11/02/12 | Prepare proof of claim for Kenneth Ugwuadu. | BAR | 0.80 | 211.20 |
| 11/03/12 | Draft Response to Nora's Motion to Vacate Judgment. | JCW | 2.20 | 649.00 |
| 11/04/12 | Draft Response to Nora's Motion for Reconsideration. | JCW | 1.10 | 324.50 |
| 11/04/12 | Draft Response to Nora's Motion to Vacate Judgment. | JCW | 4.50 | 1,327.50 |
| 11/04/12 | Preparation of responses in opposition to motions to reconsider and to vacate judgment. | TJC | 0.50 | 292.50 |
| 11/05/12 | Preparation of responses in opposition to Nora's motions to reconsider and to vacate judgment. | TJC | 0.80 | 468.00 |
| 11/05/12 | Preparation of proofs of claim for Manish Verma and Ken Ugwuadu and e-mails to and from Verma and Ugwuadu re same. | TJC | 1.00 | 585.00 |
| 11/05/12 | Continue working on proofs of claim. | BAR | 1.50 | 396.00 |
| 11/06/12 | Preparation of proof of claim for indemnification for Ken Ugwuadu and e-mails from and to Ugwuadu re same. | TJC | 0.40 | 234.00 |
| 11/06/12 | Preparation of responses in opposition to motions to reconsider and to vacate judgment. | TJC | 2.50 | 1,462.50 |
| 11/08/12 | Confer with T. Cunningham re: ██████████ | BAR | 0.10 | 26.40 |

GMAC Mortgage, LLC
File No.: 1000304.00174

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/09/12 | Revise Response to Motion for Reconsideration. | JCW | 0.80 | 236.00 |
| 11/09/12 | Revise Response to Motion to Vacate Judgment. | JCW | 0.80 | 236.00 |
| 11/09/12 | Preparation of responses in opposition to motion to reconsider and motion to vacate judgment. | TJC | 0.40 | 234.00 |
| 11/13/12 | Preparation of responses to motions to reconsider and to vacate judgment. | TJC | 0.50 | 292.50 |
| 11/13/12 | Revise Response to Motion for Reconsideration per Rusty Perdew comments. | JCW | 1.10 | 324.50 |
| 11/13/12 | Revise Response to Motion to Vacate Judgment regarding Rusty Perdew comments. | JCW | 0.50 | 147.50 |
| 11/13/12 | Review and revise response to plaintiffs' motion to vacate judgment. | PRP | 0.80 | 387.20 |
| 11/16/12 | Review of co-defendant's joinders in our oppositions to motions to reconsider and to vacate judgment. | TJC | 0.20 | 117.00 |
| 11/16/12 | Review responses to Nora's post-judgment motions filed by other defendants. | JCW | 0.20 | 59.00 |
| | | | **21.70** | **$8,305.30** |

**TOTAL FEES**                                                                                         **$10,907.60**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 3.50 | $2,047.50 |
| J.C. Webb | Associate | $295.00 | 1.10 | $324.50 |
| | | | **4.60** | **$2,372.00** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.80** | **$230.30** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.80 | $387.20 |
| T.J. Cunningham | Partner | $585.00 | 6.30 | $3,685.50 |
| B. A. Raynor | Associate | $264.00 | 2.40 | $633.60 |

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: December 31, 2012
Invoice No.:  980295
Page:  4

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 12.20 | $3,599.00 |
| | | | **21.70** | **$8,305.30** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$10,907.60**

TOTAL FEES                                                                                              $10,907.60

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

December 31, 2012
Invoice No.: 980296

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                        $1,953.80

File Number:          1000304.00283
Re:                   Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number:  734282

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/12 | Review correspondence and consider strategy. | JLS | 0.20 | 74.80 |
| 11/12/12 | Review of complaint and emails from and to Don Booth and Jason Sanders re ▓▓▓ | TJC | 0.50 | 292.50 |
| 11/13/12 | NO CHARGE - Preparation of initial case assessment and follow up emails. | TJC | 0.30 | 175.50 |
| 11/13/12 | Evaluate Plaintiff Sandra Lugo's Original Petition. | JLK | 0.50 | 156.00 |
| 11/13/12 | Draft summary of analysis of Plaintiff Sandra Lugo's claims against GMACM. | JLK | 0.50 | 156.00 |
| 11/13/12 | Review and revise initial case analysis. | JLS | 0.30 | 112.20 |
| 11/16/12 | Review and revise letter to opposing counsel and review and analyze order supplementing stay. | JLS | 0.50 | 187.00 |
| 11/18/12 | Review and revise correspondence to opposing counsel and e-mail Mr. Booth regarding ▓▓▓ | JLS | 0.20 | 74.80 |
| 11/18/12 | Emails re draft letter to plaintiff's counsel. | TJC | 0.10 | 58.50 |
| 11/20/12 | Review and revise letter to Plaintiff's counsel regarding violation of the automatic stay and review petition. | JLS | 0.40 | 149.60 |
| 11/21/12 | Review and analyze case law asserted in correspondence to opposing counsel. | JLS | 0.30 | 112.20 |
| 11/21/12 | Review notice of stay. | JLS | 0.10 | 37.40 |

GMAC Mortgage, LLC
File No.: 1000304.00283

Invoice Date: December 31, 2012
Invoice No.: 980296
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/12 | Review correspondence to opposing counsel regarding the automatic stay. | JLS | 0.10 | 37.40 |
| 11/26/12 | E-mail Mr. Booth correspondence and notice of bankruptcy stay. | JLS | 0.10 | 37.40 |
| | | | 4.10 | $1,661.30 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/13/12 | Evaluate Plaintiff's lawsuit. | JLK | 0.50 | 156.00 |
| 11/13/12 | Draft initial analysis of Plaintiff's lawsuit. | JLK | 0.40 | 124.80 |
| 11/21/12 | Prepare notice of bankruptcy. | JLK | 0.60 | 187.20 |
| | | | 1.50 | $468.00 |

**Less No Charge Entry** ($175.50)

**TOTAL ADJUSTED FEES** $1,953.80

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| J. L. Sanders | Partner | $374.00 | 2.20 | $822.80 |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| J. L. Kinney | Associate | $312.00 | 1.00 | $312.00 |
| | | | 4.10 | $1,661.30 |

**Pleadings**

| J. L. Kinney | Associate | $312.00 | 1.50 | $468.00 |
|---|---|---|---|---|
| | | | 1.50 | $468.00 |

**TIMEKEEPER SUMMARY TOTALS** $2,129.30

TOTAL FEES $2,129.30

Less No Charge Entry ($175.50)

TOTAL ADJUSTED FEES $1,953.80

**TOTAL BALANCE DUE** $1,953.80

PLEASE REMIT PAYMENT TO:



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

December 31, 2012
Invoice No.: 980297

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $366.40

File Number:        1000304.00178
Re:                 Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Teleconference w/ counsel for FATCO. | JMG | 0.20 | 91.60 |
| 11/06/12 | E-mail to N. Rosenbaum re: ███████ | JMG | 0.10 | 45.80 |
| 11/12/12 | Emails from/to D. Booth re ███████████ ██████ | JMG | 0.10 | 45.80 |
| 11/13/12 | Telephone conference with D. Booth re ███████ | JMG | 0.10 | 45.80 |
| | | | 0.50 | $229.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/12 | Review proofs of claim. | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                    $366.40

**TIMEKEEPER SUMMARY:**

Other

GMAC Mortgage, LLC
File No.:  1000304.00178

Invoice Date: December 31, 2012
Invoice No.:  980297
Page: 2

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.50 | $229.00 |
| | | | | **0.50** | **$229.00** |

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.30 | $137.40 |
| | | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$366.40**

TOTAL FEES                                                                                        $366.40

**TOTAL BALANCE DUE**                                                                     **$366.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

December 31, 2012
Invoice No.: 980298

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                            $483.40

File Number:        1000304.00179
Re:                 Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | E-mails re status of effort to respond to Plaintiffs' threat to either seek relief from stay or prosecute class action in the bankruptcy case. | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Teleconference w/ counsel for FATCO. | JMG | 0.20 | 91.60 |
| 11/06/12 | E-mail to N. Rosenbaum re: ███████ | JMG | 0.10 | 45.80 |
| 11/12/12 | Emails from/to D. Booth re ███████████ | JMG | 0.10 | 45.80 |
| 11/13/12 | Telephone conference with D. Booth re ████████ | JMG | 0.10 | 45.80 |
| | | | 0.50 | $229.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/12 | Review proof of claim. | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                                    $483.40

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: December 31, 2012
Invoice No.: 980298
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$483.40**

TOTAL FEES                                                          $483.40

**TOTAL BALANCE DUE**                                               **$483.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

December 31, 2012
Invoice No.: 980299

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $267.40

File Number:          1000304.00180
Re:                   Pogosian, Khachik v. GMAC Mortgage, #702349

Your File Number:  702349

| | Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/08/12 | E-mails re current status. | | TJC | 0.10 | 58.50 |
| 11/16/12 | Review file, stipulation and close file. | | DAS | 0.40 | 150.40 |
| | | | | **0.50** | **$208.90** |

| | Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/16/12 | Email from Dan Solitro re ███████ | | TJC | 0.10 | 58.50 |
| | | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                      **$267.40**

**TIMEKEEPER SUMMARY:**

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| D. A. Solitro | Associate | $376.00 | 0.40 | $150.40 |
| | | | **0.50** | **$208.90** |

GMAC Mortgage, LLC
File No.:  1000304.00180

Invoice Date: December 31, 2012
Invoice No.:  980299
Page:  2

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$267.40** |
| TOTAL FEES | $267.40 |
| **TOTAL BALANCE DUE** | **$267.40** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980300

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                    $168.00

| File Number: | 1000304.00184 |
| Re: | Bates, Barrett (Indiana) v. GMAC Mortgage, LLC #713892 |

Your File Number:  713892

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/12/12 | Phone call with county clerk to correct mistake on online docket re: appearance. | CGS | 0.20 | 51.00 |
| | | | 0.20 | **$51.00** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/09/12 | Review of appellant's motion for an extension of briefing schedule and follow up e-mails re same. | TJC | 0.20 | 117.00 |
| | | | 0.20 | **$117.00** |

**TOTAL FEES**                                                                    **$168.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 0.20 | $51.00 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00184

Invoice Date: December 31, 2012
Invoice No.: 980300
Page: 2

| | | | | | |
|---|---|---|---|---|---|
| **Analysis/Strategy** | | | | | |
| | | | | 0.20 | $51.00 |
| **Pleadings** | | | | | |
| T.J. Cunningham | | Partner | $585.00 | 0.20 | $117.00 |
| | | | | 0.20 | $117.00 |

**TIMEKEEPER SUMMARY TOTALS**                                              **$168.00**

TOTAL FEES                                                                              $168.00

**TOTAL BALANCE DUE**                                                          **$168.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

December 31, 2012
Invoice No.: 980301

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $1,825.10

File Number:        1000304.00185
Re:                 Sigler, Eyal v. GMAC Mortgage, LLC, #689067

Your File Number:  689067

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/12/12 | Review of status and emails to/from Doug Sargent re ▇▇▇ | TJC | 0.30 | 175.50 |
| 11/20/12 | E-mail to Kathy Priore and Sheila Gregory re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | TJC | 0.30 | 175.50 |
| | | | **0.60** | **$351.00** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/20/12 | Review and revise draft affidavit to support motion for summary judgment. | TJC | 0.90 | 526.50 |
| | | | **0.90** | **$526.50** |

| | **Dispositive Motions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/08/12 | Revise affidavit in support of motion for summary judgment. | CGS | 1.50 | 382.50 |
| 11/12/12 | Review and revise motion for summary judgment affidavit. | DRS | 0.90 | 285.30 |
| 11/13/12 | Revise affidavit in support of motion for summary judgment. | CGS | 0.60 | 153.00 |
| 11/20/12 | Review and revise motion for summary judgment affidavit; e-mails with client regarding ▇▇▇ | DRS | 0.40 | 126.80 |

GMAC Mortgage, LLC
File No.: 1000304.00185

Invoice Date: December 31, 2012
Invoice No.: 980301
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Dispositive Motions** | | | 3.40 | **$947.60** |

**TOTAL FEES** $1,825.10

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **0.60** | **$351.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | **0.90** | **$526.50** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 2.10 | $535.50 |
| D.R. Sargent | Associate | $317.00 | 1.30 | $412.10 |
| | | | **3.40** | **$947.60** |

**TIMEKEEPER SUMMARY TOTALS** $1,825.10

TOTAL FEES $1,825.10

**TOTAL BALANCE DUE** **$1,825.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Shiela Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

December 31, 2012
Invoice No.: 980303

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $1,619.00

File Number:        1000304.00188
Re:                 4836 W. Superior, Chicago, IL (Fort), #715591

Your File Number:  715591

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/12 | E-mail to GMAC Mortgage ███████████ | JCW | 0.10 | 29.50 |
| 11/13/12 | Review e-mail from GMAC Mortgage regarding ██████ ███████ | JCW | 0.10 | 29.50 |
| 11/26/12 | E-mail to GMAC Mortgage regarding ███████████ ████████████ | JCW | 0.30 | 88.50 |
| | | | **0.50** | **$147.50** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | Review of additional notices of violation received today and e-mail from Kathy Priore re ██████ Consideration of approach to resolution of continuing problems with City issuing notices on properties we've already established we have no interest in. | TJC | 0.40 | 234.00 |
| 11/26/12 | E-mails re contact from City attorney today in response to our letters regarding continued notices of violation. | TJC | 0.30 | 175.50 |
| | | | **0.70** | **$409.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/12/12 | Prepare letter to Chicago Police Department regarding repeated improper notices of violation. | JCW | 1.00 | 295.00 |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00188

Invoice Date: December 31, 2012
Invoice No.: 980303
Page: 2

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/12/12 Prepare letter to counsel for the City of Chicago regarding repeated improper notices of violation. | JCW | 1.00 | 295.00 |
| 11/14/12 Revise letters to City of Chicago counsel and police department regarding continued notices of violation to GMAC Mortgage. | JCW | 0.70 | 206.50 |
| 11/14/12 Prepare exhibits for letters to City of Chicago. | JCW | 0.50 | 147.50 |
| 11/26/12 Telephone call with counsel for the City of Chicago regarding continued practice of issuing tickets to GMAC Mortgage for this property. | JCW | 0.30 | 88.50 |
| 11/29/12 Leave voicemail for S. Gregory ███████ | JCW | 0.10 | 29.50 |
| | | **3.60** | **$1,062.00** |

**TOTAL FEES**                                                                                           **$1,619.00**

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **0.70** | **$409.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.60 | $1,062.00 |
| | | | **3.60** | **$1,062.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                              **$1,619.00**

TOTAL FEES                                                                                              $1,619.00

**TOTAL BALANCE DUE**                                                                          **$1,619.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980304

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    <u>$1,969.00</u>

File Number:        1000304.00196
Re:                 NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/12 | E-mails between and among joint defense counsel re ███████ ████████ | TJC | 0.10 | 58.50 |
| 11/26/12 | E-mail from plaintiff's counsel re ████████████ | TJC | 0.10 | 58.50 |
| 11/27/12 | E-mails between and among joint defense counsel re █████ ███████████ | TJC | 0.10 | 58.50 |
| 11/28/12 | E-mails between and among joint defense counsel re ███████████ | TJC | 0.10 | 58.50 |
| 11/29/12 | E-mails between and among joint defense counsel re █████ ███████████ | TJC | 0.10 | 58.50 |
| | | | 0.50 | $292.50 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | Monitor and review ECF notices re: docket activity in district and appellate courts. | JMG | 0.40 | 183.20 |
| 11/16/12 | Monitor and review relevant ECF notices re docket activity in district and circuit court proceedings. | JMG | 0.30 | 137.40 |
| 11/20/12 | Monitor/review relevant ECF notices in district and circuit court. | JMG | 0.20 | 91.60 |
| | | | 0.90 | $412.20 |

GMAC Mortgage, LLC
File No.: 1000304.00196

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | Review of ECF notices received today, including review of order granting leave to take interlocutory appeal. | TJC | 0.20 | 117.00 |
| 11/07/12 | Review of ECF notices received today. | TJC | 0.30 | 175.50 |
| 11/08/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/09/12 | Review of ECF notices. | TJC | 0.10 | 58.50 |
| 11/15/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/16/12 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 11/19/12 | Review of ECF notices received today. | TJC | 0.20 | 117.00 |
| 11/19/12 | Monitor and review relevant ECF notices re docket activity in district and circuit courts. | JMG | 0.30 | 137.40 |
| 11/20/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/30/12 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **1.60** | **$897.90** |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Monitor/review relevant docket activity in district and appellate courts. | JMG | 0.40 | 183.20 |
| 11/06/12 | Monitor/review relevant docket activity in district and appellate courts. | JMG | 0.40 | 183.20 |
| | | | **0.80** | **$366.40** |

## TOTAL FEES

**$1,969.00**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| | | | **0.90** | **$412.20** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: December 31, 2012
Invoice No.: 980304
Page: 3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
| | | | **1.60** | **$897.90** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| | | | **0.80** | **$366.40** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$1,969.00**

TOTAL FEES                                                                      $1,969.00

**TOTAL BALANCE DUE**                                              **$1,969.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980305

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $234.00

File Number:        1000304.00197
Re:                 Bates, Barrett (Hawaii) v. GMAC Mortgage LLC, #719244

Your File Number:  719244

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/12 | Review of Plaintiff's opening appellate brief. | TJC | 0.40 | 234.00 |
| | | | 0.40 | **$234.00** |

**TOTAL FEES**                                                      **$234.00**

**TIMEKEEPER SUMMARY:**

Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | 0.40 | $234.00 |

**TIMEKEEPER SUMMARY TOTALS**                                       **$234.00**

TOTAL FEES                                                          $234.00

**TOTAL BALANCE DUE**                                               **$234.00**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980306

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                          $223.90

File Number:        1000304.00203
Re:                 Bates, Barrett (DC) v. GMAC Mortgage, #720605

Your File Number:  720605

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | Draft e-mail to Lauren Delehey regarding ███████ | PRP | 0.10 | 48.40 |
| | | | 0.10 | $48.40 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | Review of Plaintiff-Appellants' opening brief filed today. | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**                                                           **$223.90**

### TIMEKEEPER SUMMARY:

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.10 | $48.40 |
| | | | 0.10 | $48.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00203

Invoice Date: December 31, 2012
Invoice No.:  980306
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS** — **$223.90**

TOTAL FEES — $223.90

**TOTAL BALANCE DUE** — **$223.90**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

December 31, 2012
Invoice No.: 980307

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                $1,554.60

File Number:        1000304.00211
Re:                 Kral, Kenneth v. GMAC Mortgage, 725078

Your File Number:  725078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | Review and analysis of response to rule to show cause why case should not be dismissed. | TJC | 0.30 | 175.50 |
| 11/28/12 | Various emails from/to bankruptcy counsel and in-house counsel re ██████████ | JMG | 0.40 | 183.20 |
| 11/29/12 | Review emails from/to plaintiff's counsel and related emails from/to S. Martin, J. Scoliard, et al. re substantive issues in class action. | JMG | 0.50 | 229.00 |
| 11/29/12 | Analysis of response to Kral's correspondence re ownership and servicing of loan. | RJM | 0.40 | 211.20 |
| | | | **1.60** | **$798.90** |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/12 | Analysis of plaintiff's settlement proposal. | RJM | 0.40 | 211.20 |
| 11/21/12 | Review, analysis of settlement proposal and emails to/from L. Delehey, N. Rosenbaum, et al. | JMG | 0.40 | 183.20 |
| | | | **0.80** | **$394.40** |

GMAC Mortgage, LLC
File No.: 1000304.00211

| | | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/02/12 | | Review ECF notice and order to show cause re: dismissal pursuant to Rule 4. | JMG | 0.20 | 91.60 |
| 11/02/12 | | Analysis of court's order re plaintiff's failure to prosecute, plaintiff's response thereto. | RJM | 0.40 | 211.20 |
| 11/02/12 | | Review of order received today directing the plaintiffs to show cause why the case should not be dismissed for want of prosecution. | TJC | 0.10 | 58.50 |
| | | | | 0.70 | $361.30 |

**TOTAL FEES** $1,554.60

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.40 | $211.20 |
| | | | 1.60 | $798.90 |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.40 | $211.20 |
| | | | 0.80 | $394.40 |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.40 | $211.20 |
| | | | 0.70 | $361.30 |

**TIMEKEEPER SUMMARY TOTALS** $1,554.60

TOTAL FEES $1,554.60

**TOTAL BALANCE DUE** $1,554.60



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980308

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $168.40

File Number:        1000304.00212
Re:                 Vasquez, David v. GMAC Mortgage, LLC, 725258

Your File Number:  725258

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/12 | Work on case strategy. | JLS | 0.20 | 74.80 |
| 11/15/12 | Evaluate scheduling order and impending deadlines. | JLK | 0.30 | 93.60 |
| | | | 0.50 | $168.40 |

**TOTAL FEES**                                              **$168.40**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.20 | $74.80 |
| J. L. Kinney | Associate | $312.00 | 0.30 | $93.60 |
| | | | 0.50 | $168.40 |

**TIMEKEEPER SUMMARY TOTALS**                              **$168.40**

TOTAL FEES                                                 $168.40

GMAC Mortgage, LLC
File No.:  1000304.00212

Invoice Date: December 31, 2012
Invoice No.:  980308
Page:  2

**TOTAL BALANCE DUE**                                                    **$168.40**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980309

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012      <u>$58.50</u>

File Number:      1000304.00214
Re:      Jefferson, Bakari v. GMAC Mortgage, 725137

Your File Number: 725137

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Pleadings** | | | | |
| 11/06/12 | Review of order resetting case. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**      **$58.50**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**      **$58.50**

TOTAL FEES      $58.50

**TOTAL BALANCE DUE**      **$58.50**

PLEASE REMIT PAYMENT TO:

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980310

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                    $2,194.40

File Number:        1000304.00215
Re:                 Matisi, James v. GMAC Mortgage, 724934

Your File Number:  724934

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/12 | Consideration and analysis of upcoming deadlines. | JLS | 0.10 | 37.40 |
| 11/19/12 | Emails re draft motion to dismiss. | TJC | 0.20 | 117.00 |
| 11/20/12 | E-mail Mr. Collins regarding sending MERS an update. | JLS | 0.10 | 37.40 |
| | | | **0.40** | **$191.80** |

| | **Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/13/12 | Review of plaintiff's first amended complaint and emails re same. | TJC | 0.20 | 117.00 |
| 11/13/12 | Review of motion for extension of time filed by plaintiff. | TJC | 0.10 | 58.50 |
| 11/17/12 | Preparation of motion to dismiss and emails re same. | TJC | 0.50 | 292.50 |
| | | | **0.80** | **$468.00** |

| | **Dispositive Motions** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/16/12 | Draft motion to dismiss first amended complaint. | JEC | 0.40 | 124.80 |
| 11/17/12 | Draft motion to dismiss first amended complaint. | JEC | 3.00 | 936.00 |
| 11/26/12 | Draft order granting motion to dismiss first amended complaint. | JEC | 0.20 | 62.40 |
| | | | **3.60** | **$1,123.20** |

GMAC Mortgage, LLC
File No.:  1000304.00215

| Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/17/12 | Review and revise motion to dismiss. | JLS | 0.20 | 74.80 |
| 11/19/12 | Review and revise motion to dismiss. | JLS | 0.50 | 187.00 |
| 11/26/12 | Review and revise motion to dismiss. | JLS | 0.40 | 149.60 |
| | | | **1.10** | **$411.40** |

**TOTAL FEES**        **$2,194.40**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.20 | $74.80 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.40** | **$191.80** |

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **0.80** | **$468.00** |

**Dispositive Motions**

| | | | | | |
|---|---|---|---|---|---|
| J. E. Collins | Associate | $312.00 | 3.60 | $1,123.20 |
| | | | **3.60** | **$1,123.20** |

**Written Motions/Submissions**

| | | | | | |
|---|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 1.10 | $411.40 |
| | | | **1.10** | **$411.40** |

**TIMEKEEPER SUMMARY TOTALS**        **$2,194.40**

TOTAL FEES        $2,194.40

**TOTAL BALANCE DUE**        **$2,194.40**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980311

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    <u>$580.00</u>

File Number:        1000304.00217
Re:                 Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | E-mails re subpoenas issued to Bank of America and Countrywide. | TJC | 0.10 | 58.50 |
| 11/20/12 | E-mail re protective order. | TJC | 0.10 | 58.50 |
| 11/27/12 | E-mails between and among joint defense counsel re ███████ ██████████ | TJC | 0.20 | 117.00 |
| | | | 0.40 | $234.00 |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/12 | Review joint defense emails re third party discovery issues. | JMG | 0.20 | 91.60 |
| 11/15/12 | Emails re CoreLogic subpoena. | TJC | 0.10 | 58.50 |
| 11/30/12 | E-mail from joint defense counsel re responses to discovery in companion FHLB San Francisco case. | TJC | 0.10 | 58.50 |
| | | | 0.40 | $208.60 |

| | Other Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/03/12 | Monitor and review joint defense e-mails re: ████████ ████ | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: December 31, 2012
Invoice No.: 980311
Page: 2

## TOTAL FEES                                                    $580.00


### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**Written Discovery**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.40** | **$208.60** |

**Other Discovery**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                    $580.00

TOTAL FEES                                                       $580.00

**TOTAL BALANCE DUE**                                            $580.00

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980312

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                              $145.20

File Number:        1000304.00222
Re:                 Plymouth County, Iowa (Raymond) v. GMAC, 725977

Your File Number: 725977

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/20/12 | Review appellate scheduling order and draft e-mail to Lauren Delehey regarding ▮▮▮▮▮ | PRP | 0.30 | 145.20 |
| | | | 0.30 | $145.20 |

**TOTAL FEES**                                                             $145.20

**TIMEKEEPER SUMMARY:**

| **Analysis/Strategy** | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.30 | $145.20 |
| | | | 0.30 | $145.20 |

**TIMEKEEPER SUMMARY TOTALS**                                              $145.20

**TOTAL FEES**                                                             $145.20

**TOTAL BALANCE DUE**                                                      **$145.20**

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980313

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $234.00

| | | |
|---|---|---|
| File Number: | 1000304.00223 | |
| Re: | Bates, Barrett (Virginia) v. GMAC Mortgage, 725637 | |

Your File Number:  725637

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/16/12 | Conference re service of amended complaint and proposed strategy for response. | TJC | 0.20 | 117.00 |
| 11/16/12 | Emails re strategy for response to amended complaint. | TJC | 0.20 | 117.00 |
| | | | 0.40 | $234.00 |

**TOTAL FEES**                                                              $234.00

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | 0.40 | $234.00 |

**TIMEKEEPER SUMMARY TOTALS**                                               $234.00

TOTAL FEES                                                                  $234.00

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00223

Invoice Date: December 31, 2012
Invoice No.:  980313
Page:  2

## TOTAL BALANCE DUE                                                                    $234.00

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                        **Via Courier:**
Locke Lord LLP                                          JPMorgan Chase
24259 Network Place                                    525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                                 Chicago, IL   60661
                                                       Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.