

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980314

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                      $810.00

File Number:         1000304.00224
Re:                  Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

Your File Number:  725793

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Review emails from joint defense counsel re ███████ | JNF | 0.10 | 54.00 |
| 11/08/12 | Formulate strategy for motion to dismiss. | JNF | 0.10 | 54.00 |
| 11/12/12 | Review emails from joint defense counsel re ███████ | JNF | 0.20 | 108.00 |
| 11/13/12 | Review email from joint defense counsel re ███████ ███████ | JNF | 0.10 | 54.00 |
| 11/13/12 | Analyze remand order. | JNF | 0.10 | 54.00 |
| 11/14/12 | Review emails from joint defense counsel re ███████ | JNF | 0.10 | 54.00 |
| 11/16/12 | Review emails from joint defense counsel re ███████ | JNF | 0.30 | 162.00 |
| 11/19/12 | Review emails from joint defense counsel re ███████ | JNF | 0.20 | 108.00 |
| 11/28/12 | Prepare email re deadlines for motion to dismiss under NJ rules. | JNF | 0.30 | 162.00 |
| | | | 1.50 | $810.00 |

**TOTAL FEES**                                                                        $810.00

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00224

Invoice Date: December 31, 2012
Invoice No.: 980314
Page: 2

**Analysis/Strategy**

| J.N Froehlich | Partner | $540.00 | 1.50 | $810.00 |
|---|---|---|---|---|
| | | | **1.50** | **$810.00** |

**TIMEKEEPER SUMMARY TOTALS** | | | | **$810.00**

TOTAL FEES | | | | $810.00

**TOTAL BALANCE DUE** | | | | **$810.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Page Stokes
GMAC Mortgage, LLC
2711 North Haskell Avenue
Suite 900
Dallas, TX 75204

December 31, 2012
Invoice No.: 980315

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                   $175.50

File Number:      1000304.00225
Re:               Clarke, Daniel v. GMAC Mortgage, LLC,  #725976

Your File Number:  725976

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | E-mails from and to Rosemary Meeker re ▮▮▮▮▮▮▮▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 11/06/12 | Review of status of case. | TJC | 0.10 | 58.50 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**                                                        **$175.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 0.30 | $175.50 |

**TIMEKEEPER SUMMARY TOTALS**                                          **$175.50**

TOTAL FEES                                                             $175.50

GMAC Mortgage, LLC
File No.: 1000304.00225

Invoice Date: December 31, 2012
Invoice No.: 980315
Page: 2

## TOTAL BALANCE DUE                                                    $175.50

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980316

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                      $58.50

File Number:        1000304.00229
Re:                 Scott, Robert and Susan v. GMAC Mortgage, 726948

Your File Number:  726948

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 11/09/12 | E-mails re status. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |
| **TOTAL FEES** | | | | **$58.50** |

**TIMEKEEPER SUMMARY:**

| **Analysis/Strategy** | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |
| **TIMEKEEPER SUMMARY TOTALS** | | | | **$58.50** |
| TOTAL FEES | | | | $58.50 |
| **TOTAL BALANCE DUE** | | | | **$58.50** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980317

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012

$351.00

File Number:      1000304.00232
Re:               Dumas, Eugene v. GMAC Mortgage, 727332

Your File Number:  727332

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | E-mails from and to Beth Yanci re ▬▬▬ | TJC | 0.10 | 58.50 |
| 11/07/12 | E-mail to borrower's counsel re ▬▬▬ | TJC | 0.10 | 58.50 |
| 11/30/12 | Emails from/to Beth Yanci re ▬▬▬▬▬▬ ▬▬▬ | TJC | 0.20 | 117.00 |
| 11/30/12 | Email to counsel for Dumases re loan modification package. | TJC | 0.20 | 117.00 |
| | | | 0.60 | $351.00 |

**TOTAL FEES**                                                    **$351.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | 0.60 | $351.00 |

**TIMEKEEPER SUMMARY TOTALS**                                    **$351.00**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00232

Invoice Date: December 31, 2012
Invoice No.:  980317
Page: 2

TOTAL FEES                                                                                          $351.00

**TOTAL BALANCE DUE**                                                                    **$351.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                JPMorgan Chase
24259 Network Place                        525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL   60661
                                                       Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980318

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $468.00

File Number:        1000304.00236
Re:                 Jackson County, MO, Recording Fee Litigation, 727570

Your File Number:  727570

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/28/12 | Review of status of matter and numerous ECF notices. | TJC | 0.50 | 292.50 |
| | | | 0.50 | $292.50 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Review of numerous ECF notices re responsive pleadings filed today. | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**                                                          $468.00

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
|---|---|---|---|---|
| | | | 0.50 | $292.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00236

Invoice Date: December 31, 2012
Invoice No.: 980318
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 0.30 | $175.50 |

**TIMEKEEPER SUMMARY TOTALS**                                                                $468.00

TOTAL FEES                                                                                          $468.00

**TOTAL BALANCE DUE**                                                                          $468.00

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980319

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                   $278.00

File Number:        1000304.00242
Re:                 Talford v. GMAC Mortgage, LLC, 728481

Your File Number:  728481

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | E-mails from Jance Hoy re ▮▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 11/01/12 | E-mails with opposing counsel regarding the new servicer of the loan. | JLS | 0.20 | 74.80 |
| 11/01/12 | Conference with J. Sanders regarding ▮▮▮▮▮ | KMW | 0.20 | 48.80 |
| 11/07/12 | E-mail opposing counsel regarding Green Planet representation. | JLS | 0.10 | 37.40 |
| | | | 0.70 | $278.00 |

**TOTAL FEES**                                                                    $278.00

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.30 | $112.20 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| K. M. Wolber | Associate | $244.00 | 0.20 | $48.80 |

GMAC Mortgage, LLC
File No.:  1000304.00242

Invoice Date: December 31, 2012
Invoice No.:  980319
Page: 2

**Analysis/Strategy**

0.70      $278.00

**TIMEKEEPER SUMMARY TOTALS**                                   $278.00

TOTAL FEES                                                      $278.00

**TOTAL BALANCE DUE**                                          $278.00

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL  60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

December 31, 2012
Invoice No.: 980320

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                     $1,588.30

File Number:       1000304.00246
Re:                Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/26/12 | Correspondence with plaintiff's counsel re foreclosure sale inquiry. | RJM | 0.20 | 105.60 |
| | | | 0.20 | $105.60 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | Summary review of amended complaint; E-mails from/to litigation team re: ▒▒▒▒ | JMG | 0.50 | 229.00 |
| 11/06/12 | Analysis of first amended complaint. | RJM | 0.50 | 264.00 |
| 11/26/12 | E-mails re contact by Plaintiff's counsel and status and strategy given automatic stay. | TJC | 0.20 | 117.00 |
| 11/27/12 | Review, respond to various emails from/to litigation team, D. Booth and plaintiff's counsel re status and impact of stay on pending sale. | JMG | 0.60 | 274.80 |
| 11/27/12 | E-mails re borrower's apparent threat to file a motion for TRO re upcoming foreclosure sale. | TJC | 0.30 | 175.50 |
| 11/27/12 | Telephone conference with plaintiff's counsel re request for postponement of foreclosure sale. | RJM | 0.30 | 158.40 |
| 11/27/12 | Correspondence with Don Booth re ▒▒▒▒▒▒▒▒ | RJM | 0.30 | 158.40 |
| 11/28/12 | Review correspondence from Don Booth re ▒▒▒▒▒▒▒▒ | RJM | 0.20 | 105.60 |

GMAC Mortgage, LLC
File No.: 1000304.00246

Invoice Date: December 31, 2012
Invoice No.: 980320
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 2.90 | $1,482.70 |

**TOTAL FEES**                                                                                                    **$1,588.30**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.20 | $105.60 |
| | | | 0.20 | $105.60 |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.10 | $503.80 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.30 | $686.40 |
| | | | 2.90 | $1,482.70 |

**TIMEKEEPER SUMMARY TOTALS**                                                                **$1,588.30**

**TOTAL FEES**                                                                                                    $1,588.30

**TOTAL BALANCE DUE**                                                                                       **$1,588.30**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980321

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                  $1,403.40

File Number:     1000304.00247
Re:              Hernandez, Javier and Mariana v. GMAC Mortgage, LLC
                 728939

Your File Number:  728939

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Conference with David Standa re ███████ | TJC | 0.40 | 234.00 |
| 11/05/12 | Conference with David Standa following hearing re ██████ ███████ | TJC | 0.40 | 234.00 |
| 11/05/12 | Follow-up e-mails re status and strategy in light of today's ruling. | TJC | 0.20 | 117.00 |
| 11/19/12 | Email foreclosure counsel regarding status of amended complaint. | DFS | 0.20 | 52.80 |
| | | | 1.20 | $637.80 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/12 | Review amended complaint. | DFS | 0.40 | 105.60 |
| | | | 0.40 | $105.60 |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Attend oral argument on motion to strike defendants' affirmative defenses. | DFS | 2.50 | 660.00 |
| | | | 2.50 | $660.00 |

**TOTAL FEES**                                                                   **$1,403.40**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00247

Invoice Date: December 31, 2012
Invoice No.:  980321
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **1.20** | **$637.80** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.40 | $105.60 |
| | | | **0.40** | **$105.60** |

### Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 2.50 | $660.00 |
| | | | **2.50** | **$660.00** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$1,403.40** |
| TOTAL FEES | $1,403.40 |
| **TOTAL BALANCE DUE** | **$1,403.40** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

December 31, 2012
Invoice No.: 980322

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012

$1,509.00

File Number:    1000304.00251
Re:             Rubino, Prosper v. GMAC Mortgage, 729705

Your File Number:  729705

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/03/12 | Review of plaintiffs notice of filing of notice of appeal and docketing statement. | TJC | 0.20 | 117.00 |
| 11/20/12 | Conference with T. Cunningham re █████ | SEM | 0.30 | 82.80 |
| 11/20/12 | Phone conference with borrower's counsel. | SEM | 0.40 | 110.40 |
| 11/20/12 | Read and analyze borrower's motion to extend time and response to motion to dismiss. | SEM | 0.90 | 248.40 |
| 11/20/12 | Draft status email to T. Cunningham. | SEM | 0.30 | 82.80 |
| 11/20/12 | Read and analyze court opinion. | SEM | 0.60 | 165.60 |
| 11/21/12 | E-mail to Kathy Priore and Sheila Gregory re ███████ | TJC | 0.30 | 175.50 |
| | | | **3.00** | **$982.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/12 | Review of Rubino's motion for an extension of time to file response to motion to dismiss appeal. | TJC | 0.30 | 175.50 |
| 11/21/12 | Review and analysis of Rubino's response to the motion to dismiss appeal. | TJC | 0.40 | 234.00 |
| 11/21/12 | Review of Appellate Court order granting GMACM's motion to dismiss and trial court order entered November 16 setting case for further status in April. | TJC | 0.20 | 117.00 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00251

Invoice Date: December 31, 2012
Invoice No.:  980322
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.90 | $526.50 |

**TOTAL FEES** $1,509.00

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| S. E. Maye | Associate | $276.00 | 2.50 | $690.00 |
| | | | 3.00 | $982.50 |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | 0.90 | $526.50 |

**TIMEKEEPER SUMMARY TOTALS** $1,509.00

TOTAL FEES $1,509.00

**TOTAL BALANCE DUE** $1,509.00

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

December 31, 2012
Invoice No.: 980324

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012

$3,684.00

File Number:      1000304.00252
Re:               Regan, Kim v. GMAC Mortgage, 729617

Your File Number:  729617

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/03/12 | Review of order on motion to strike affirmative defenses. | TJC | 0.10 | 58.50 |
| 11/03/12 | E-mail to Sheila Gregory re ██████████████ | TJC | 0.40 | 234.00 |
| 11/03/12 | Review of affirmative defenses and briefing on motion to strike, review of status of motion for summary judgment. | TJC | 0.40 | 234.00 |
| 11/15/12 | Email to Sheila Gregory re ██████████████ ██████████████ | TJC | 0.40 | 234.00 |
| 11/15/12 | Review status of obtaining various documents from client. | TJC | 0.40 | 234.00 |
| 11/15/12 | Conference with C. Shetty re ██████████████ ██████████████ | TJC | 0.30 | 175.50 |
| 11/26/12 | Conference re best way to approach reply to affirmative defenses. | TJC | 0.20 | 117.00 |
| 11/26/12 | E-mail to Sheila Gregory re ██████████████ ██████████ | TJC | 0.30 | 175.50 |
| 11/28/12 | E-mail from Sheila Gregory re ██████████████ ██████████ | TJC | 0.10 | 58.50 |
| | | | **2.60** | **$1,521.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/12 | Review, analysis of defendant's amended answer and affirmative defenses and consideration of strategy for possible response. | TJC | 0.50 | 292.50 |
| 11/15/12 | Review and analyze amended answer and affirmative defenses and request to produce. | CGS | 0.90 | 229.50 |
| 11/26/12 | Draft answer to Regan's amended answer and affirmative defenses. | CGS | 3.50 | 892.50 |
| 11/26/12 | Preparation of answer to affirmative defenses. | TJC | 0.30 | 175.50 |
| 11/28/12 | Finalize and file answer to Regan's amended answer and affirmative defenses. | CGS | 1.10 | 280.50 |
| | | | **6.30** | **$1,870.50** |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/12 | Review, analysis of defendant's request for production of documents and consideration of how to handle our responses. | TJC | 0.50 | 292.50 |
| | | | **0.50** | **$292.50** |

**TOTAL FEES**                                                                                    **$3,684.00**

**TIMEKEEPER SUMMARY:**

| | Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| | T.J. Cunningham | Partner | $585.00 | 2.60 | $1,521.00 |
| | | | | **2.60** | **$1,521.00** |
| | **Pleadings** | | | | |
| | T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | C. G. Shetty | Associate | $255.00 | 5.50 | $1,402.50 |
| | | | | **6.30** | **$1,870.50** |
| | **Written Discovery** | | | | |
| | T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | | **0.50** | **$292.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$3,684.00**

**TOTAL FEES**                                                                                    $3,684.00

GMAC Mortgage, LLC
File No.:  1000304.00252

Invoice Date: December 31, 2012
Invoice No.:  980324
Page:  3

**TOTAL BALANCE DUE**                                    **$3,684.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                          <u>Via Courier:</u>
Locke Lord LLP                              JPMorgan Chase
24259 Network Place                        525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                     Chicago, IL   60661
                                           Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

December 31, 2012
Invoice No.: 980325

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                         $686.40

File Number:        1000304.00253
Re:                 Garcia, Minerva v. GMAC Mortgage, 729939

Your File Number:  729939

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | Phone call with client regarding ███████ | DFS | 0.10 | 26.40 |
| | | | **0.10** | **$26.40** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/19/12 | Draft motion for default judgment. | DFS | 1.00 | 264.00 |
| 11/20/12 | Finalize and file motion for default judgment. | DFS | 1.50 | 396.00 |
| | | | **2.50** | **$660.00** |

**TOTAL FEES**                                                          **$686.40**

**TIMEKEEPER SUMMARY:**

| | Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| | D. F. Standa | Associate | $264.00 | 0.10 | $26.40 |
| | | | | **0.10** | **$26.40** |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00253

Invoice Date: December 31, 2012<br>Invoice No.: 980325<br>Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 2.50 | $660.00 |
| | | | **2.50** | **$660.00** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$686.40** |

| | |
|---|---|
| TOTAL FEES | $686.40 |

| | |
|---|---|
| **TOTAL BALANCE DUE** | **$686.40** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

**Locke
Lord** LLP

Attorneys & Counselors

Ms. Sheila Gregory                                          December 31, 2012
GMAC Mortgage, LLC                                      Invoice No.: 980326
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                          <u>$1,335.00</u>

File Number:        1000304.00255
Re:                 Green, Carla v. GMAC Mortgage, 729948

Your File Number:  729948

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | E-mail to Sheila Gregory re █████████████ | TJC | 0.20 | 117.00 |
| 11/28/12 | E-mail to Sheila Gregory re █████████████ | TJC | 0.30 | 175.50 |
| 11/28/12 | Respond to client email re: ██████ | CGS | 0.10 | 25.50 |
| | | | **0.60** | **$318.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Review of Defendant's response to our motion to strike. | TJC | 0.20 | 117.00 |
| 11/01/12 | Review borrower's response to motion to strike affirmative defenses. | CGS | 0.60 | 153.00 |
| 11/28/12 | Review of order entered yesterday on motion to strike affirmative defenses. | TJC | 0.10 | 58.50 |
| | | | **0.90** | **$328.50** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/27/12 | Prepare for oral argument on motion to strike affirmative defenses. | CGS | 1.50 | 382.50 |
| 11/27/12 | Attend oral argument on motion to strike affirmative defenses. | CGS | 1.20 | 306.00 |
| | | | **2.70** | **$688.50** |

GMAC Mortgage, LLC
File No.:  1000304.00255

Invoice Date: December 31, 2012
Invoice No.:  980326
Page:  2

**TOTAL FEES**                                                                                   **$1,335.00**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| C. G. Shetty | Associate | $255.00 | 0.10 | $25.50 |
| | | | **0.60** | **$318.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| C. G. Shetty | Associate | $255.00 | 0.60 | $153.00 |
| | | | **0.90** | **$328.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 2.70 | $688.50 |
| | | | **2.70** | **$688.50** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,335.00**

TOTAL FEES                                                                            $1,335.00

**TOTAL BALANCE DUE**                                                      **$1,335.00**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

December 31, 2012
Invoice No.: 980327

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    <u>$29.50</u>

File Number:        1000304.00256
Re:                 1323 S. Millard, Chicago, IL (Denise Williamson), 729854

Your File Number:  729854

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/29/12 Review e-mail from City attorney regarding latest administrative actions. | JCW | 0.10 | 29.50 |
| | | **0.10** | **$29.50** |

**TOTAL FEES**                                                         **$29.50**

<u>**TIMEKEEPER SUMMARY:**</u>

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$29.50**

TOTAL FEES                                                             $29.50

**TOTAL BALANCE DUE**                                                  **$29.50**



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

December 31, 2012
Invoice No.: 980328

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012 **$1,079.50**

File Number:    1000304.00257
Re:    1747 North Linder, Chicago, IL (Hunt), #730463

Your File Number:  730463

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | E-mails with litigation team regarding ████ | JCW | 0.10 | 29.50 |
| 11/06/12 | E-mails with GMAC Mortgage regarding ████ | JCW | 0.10 | 29.50 |
| 11/07/12 | E-mails with GMAC Mortgage regarding ████ | JCW | 0.10 | 29.50 |
| 11/12/12 | E-mails with GMAC Mortgage regarding ████ | JCW | 0.20 | 59.00 |
| 11/12/12 | E-mails with J. Garner regarding ████ | JCW | 0.20 | 59.00 |
| 11/14/12 | E-mail to donee regarding signature on Transfer Declaration Form. | JCW | 0.10 | 29.50 |
| | | | **0.80** | **$236.00** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Email J. Ackerberg re: ████ | JRG | 0.20 | 55.20 |
| 11/07/12 | E-mails re status of property donation. | TJC | 0.20 | 117.00 |
| 11/12/12 | Email J. Webb re: ████ | JRG | 0.20 | 55.20 |
| 11/14/12 | NO CHARGE - Emails re status of donation of property and preparation of documents necessary to effectuate transfer. | TJC | 0.30 | 175.50 |
| 11/14/12 | Draft email to J. Webb re: ████ ████ | JRG | 0.40 | 110.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: December 31, 2012
Invoice No.: 980328
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/12 | Email J. Ackerberg re: ███████ | JRG | 0.30 | 82.80 |
| 11/14/12 | Call J. Webb re: ███████ | JRG | 0.10 | 27.60 |
| 11/14/12 | Review revised transfer tax form. | JRG | 0.10 | 27.60 |
| 11/14/12 | Call title company re: filing fees and submission of transfer tax form. | JRG | 0.20 | 55.20 |
| 11/14/12 | Receive, review and forward water certification and revise EZDEC accordingly. | JA | 0.20 | 40.00 |
| | | | **2.20** | **$746.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/12 | E-mails with J. Garner regarding ███████ | JCW | 0.40 | 118.00 |
| 11/16/12 | Revise chart of GMAC Mortgage Housing Violation Cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| | | | **0.50** | **$147.50** |

| | | |
|---|---|---|
| **Less No Charge Entry** | | **($175.50)** |
| **TOTAL ADJUSTED FEES** | | **$954.50** |

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| | | | **0.80** | **$236.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| J. R. Garner | Associate | $276.00 | 1.50 | $414.00 |
| J. Ackerberg | Paralegal | $200.00 | 0.20 | $40.00 |
| | | | **2.20** | **$746.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: December 31, 2012
Invoice No.: 980328
Page: 3

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,130.00**

| **EXPENSES** | **VALUE** |
|---|---|
| Chicago Water Certification for 1747 N. Linder (GMAC Mort. Corp./Westside Urban Dev.); Stamped Paid | 125.00 |
| **TOTAL EXPENSES** | **$125.00** |

| | |
|---|---|
| TOTAL FEES | $1,130.00 |
| Less No Charge Entry | ($175.50) |
| TOTAL ADJUSTED FEES | $954.50 |
| TOTAL EXPENSES | $125.00 |
| TOTAL FEES AND EXPENSES | $1,079.50 |
| **TOTAL BALANCE DUE** | **$1,079.50** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

December 31, 2012
Invoice No.: 980329

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                    $29.50

File Number:        1000304.00259
Re:                 4717 South Bishop, Chicago, IL (Andino), #730593

Your File Number:  730593

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | Return telephone call from Mr. Andino regarding submission of P&L Statement. | JCW | 0.10 | 29.50 |
| | | | 0.10 | **$29.50** |

**TOTAL FEES**                                                                     **$29.50**

**TIMEKEEPER SUMMARY:**

| Other | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | 0.10 | **$29.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$29.50**

TOTAL FEES                                                                         $29.50

**TOTAL BALANCE DUE**                                                              **$29.50**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980330

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                    $179.60

File Number:         1000304.00260
Re:                  4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/27/12 | Review research regarding Ms. Williamson's whereabouts. | DFS | 0.30 | 79.20 |
| | | | 0.30 | $79.20 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/12 | Coordinate with library staff to retrieve alternate contact information for Clara Williamson for service purposes. | TBT | 0.20 | 47.60 |
| | | | 0.20 | $47.60 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/28/12 | Draft alias summons. | DFS | 0.20 | 52.80 |
| | | | 0.20 | $52.80 |

**TOTAL FEES**                                                                 $179.60

**TIMEKEEPER SUMMARY:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: December 31, 2012
Invoice No.: 980330
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.30 | $79.20 |
| | | | **0.30** | **$79.20** |

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.20** | **$47.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.20** | **$52.80** |

**TIMEKEEPER SUMMARY TOTALS**                                           **$179.60**

TOTAL FEES                                                             $179.60

**TOTAL BALANCE DUE**                                                  **$179.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980333

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                             <u>$234.50</u>

File Number:        1000304.00262
Re:                 953 N Drake, Chicago, IL (Guardiola), #731306

Your File Number:  731306

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/07/12    E-mails with GMAC Mortgage regarding ███████ | JCW | 0.20 | 59.00 |
|  |  | **0.20** | **$59.00** |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/07/12    E-mails from Jance Hoy re ████████████ | TJC | 0.30 | 175.50 |
|  |  | **0.30** | **$175.50** |

**TOTAL FEES**                                                              **$234.50**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
|  |  |  | **0.20** | **$59.00** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00262

Invoice Date: December 31, 2012
Invoice No.:  980333
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**             **$234.50**

TOTAL FEES             $234.50

**TOTAL BALANCE DUE**             **$234.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980334

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012          $1,797.80

| | | |
|---|---|---|
| File Number: | 1000304.00266 | |
| Re: | 12046 S Edbrooke, Chicago, IL (Mandarino), 732235 | |

Your File Number:  732235

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/12 | Review status of investigation and litigation in preparation for call with GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | E-mail from Beth McWilliams re ███████ | TJC | 0.10 | 58.50 |
| 11/14/12 | Email from David Standa re ██████████ ███████ | TJC | 0.10 | 58.50 |
| 11/14/12 | Conference with D. Standa re ██████████ | TJC | 0.20 | 117.00 |
| 11/26/12 | Exchange emails with client regarding status of case and fact package.  Review fact package. | DFS | 2.00 | 528.00 |
| 11/26/12 | E-mails re current status and strategy and need for FACT package to evaluate borrower suggestion of a short sale, issues pertaining to transfer of property by borrower. | TJC | 0.30 | 175.50 |
| 11/29/12 | Discuss ██████████████ with David Standa and GMAC Mortgage. | JCW | 0.30 | 88.50 |
| 11/29/12 | Conference call with Beth ██████████ | DFS | 0.20 | 52.80 |
| | | | 3.20 | $1,078.80 |

GMAC Mortgage, LLC
File No.: 1000304.00266

Invoice Date: December 31, 2012
Invoice No.: 980334
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Court Mandated Conferences** | | | | |
| 11/14/12 | Attend status hearing and address issue regarding mortgage assignments. | DFS | 2.50 | 660.00 |
| | | | **2.50** | **$660.00** |

**TOTAL FEES**                                                                    **$1,797.80**


**TIMEKEEPER SUMMARY:**

| | | | HOURS | VALUE |
|---|---|---|---|---|
| **Fact Investigation/Development** | | | | |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |
| **Analysis/Strategy** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| D. F. Standa | Associate | $264.00 | 2.20 | $580.80 |
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **3.20** | **$1,078.80** |
| **Court Mandated Conferences** | | | | |
| D. F. Standa | Associate | $264.00 | 2.50 | $660.00 |
| | | | **2.50** | **$660.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$1,797.80**

TOTAL FEES                                                                        $1,797.80

**TOTAL BALANCE DUE**                                                             **$1,797.80**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980335

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $8,954.30

| | | |
|---|---|---|
| File Number: | 1000304.00267 | |
| Re: | GMAC Mortgage v. Koenig & Strey, #722926 | |

Your File Number: 722926

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/09/12 | Draft e-mail to Lauren Delehey ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | PRP | 2.60 | 1,258.40 |
| 11/09/12 | Complete research and analysis into ability of Koenig & Strey to challenge the reasonableness of the underlying settlement and draft email memorandum to Rusty Perdew detailing same. | RMH | 2.30 | 678.50 |
| 11/12/12 | Exchange e-mails with Todd Underhill regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | PRP | 0.20 | 96.80 |
| 11/14/12 | Speak with Todd Underhill regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | PRP | 0.80 | 387.20 |
| 11/15/12 | Conference call with Donna Pond regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | PRP | 1.20 | 580.80 |
| 11/21/12 | Review current status and plans for moving case towards summary judgment. | PRP | 0.20 | 96.80 |
| 11/28/12 | Speak with Patrick Lerch regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | PRP | 0.50 | 242.00 |
| 11/30/12 | Draft e-mail to Lauren Delehey regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | PRP | 0.20 | 96.80 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: December 31, 2012
Invoice No.: 980335
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 8.00 | $3,437.30 |

| | Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/12 | Research and investigate Illinois law regarding an assignor's duty to mitigate damages caused by the assignee's failure to pay rent. | RMH | 1.90 | 560.50 |
| 11/30/12 | Analyze Illinois authority regarding whether an indemnitor can challenge the reasonableness of an indemnitee's settlement and whether that is a question susceptible to summary judgment. | RMH | 0.60 | 177.00 |
| | | | 2.50 | $737.50 |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/12 | Continue preparing document production and written discovery responses. | RMH | 1.30 | 383.50 |
| 11/30/12 | Finalize and attend to filing responses to interrogatories and requests to produce. | RMH | 0.60 | 177.00 |
| | | | 1.90 | $560.50 |

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/12 | Analyze and consider initial documents received from clients in preparation for production of same. | RMH | 0.50 | 147.50 |
| 11/16/12 | Separate conference calls with Kathy Priore and Patrick Lerch regarding ▓▓▓▓▓▓▓▓▓▓▓ | PRP | 2.20 | 1,064.80 |
| 11/16/12 | Attend and participate in conference call with Kathy Priore regarding ▓▓▓▓▓▓▓▓▓ | RMH | 0.70 | 206.50 |
| 11/17/12 | Email Todd Underhill to discuss ▓▓▓▓▓▓ | RMH | 0.30 | 88.50 |
| 11/19/12 | Continue thorough analysis of files received from previous counsel in preparation for upcoming document production and to determine necessary elements of a motion for summary judgment. | RMH | 4.20 | 1,239.00 |
| 11/19/12 | Conference call with Todd Underhill and Kathy Priore regarding ▓▓▓▓▓▓ | PRP | 0.30 | 145.20 |
| 11/20/12 | Continue thorough examination and analysis of file received from previous counsel in preparation for document production and motion for summary judgment. | RMH | 1.70 | 501.50 |
| 11/21/12 | Complete examination of file materials received from previous counsel and begin outlining potential motion for summary judgment. | RMH | 2.40 | 708.00 |
| 11/27/12 | Begin preparing documents received to date from in-house personnel for production. | RMH | 0.40 | 118.00 |
| | | | 12.70 | $4,219.00 |

**TOTAL FEES** $8,954.30

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: December 31, 2012
Invoice No.: 980335
Page: 3

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 5.70 | $2,758.80 |
| R.M. Holz | Associate | $295.00 | 2.30 | $678.50 |
| | | | **8.00** | **$3,437.30** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 2.50 | $737.50 |
| | | | **2.50** | **$737.50** |

### Written Discovery

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 1.90 | $560.50 |
| | | | **1.90** | **$560.50** |

### Document Production

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 2.50 | $1,210.00 |
| R.M. Holz | Associate | $295.00 | 10.20 | $3,009.00 |
| | | | **12.70** | **$4,219.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$8,954.30**

TOTAL FEES                                                        $8,954.30

**TOTAL BALANCE DUE**                                             **$8,954.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Kathy Priore
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN 55437

December 31, 2012
Invoice No.: 980336

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $740.00

File Number:      1000304.00268
Re:               Andreatos v. GMAC, 1118 W. Fulton, 732582

Your File Number:  732582

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | E-mail to Kathy Priore and Sheila Gregory re ▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 11/03/12 | Review of appearance for BofA received today. | TJC | 0.10 | 58.50 |
| 11/07/12 | E-mail to Kathy Priore re ▮▮▮ | TJC | 0.20 | 117.00 |
| | | | 0.50 | $292.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | Review of order entered this morning granting leave to withdraw. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | Attend status hearing and motion to withdraw. | CGS | 1.50 | 382.50 |
| | | | 1.50 | $382.50 |

**TOTAL FEES**                                                    $733.50

### TIMEKEEPER SUMMARY:

GMAC Mortgage, LLC
File No.: 1000304.00268

Invoice Date: December 31, 2012
Invoice No.: 980336
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.50 | $382.50 |
| | | | **1.50** | **$382.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$733.50**

| EXPENSES | VALUE |
|---|---|
| Acquire Copies of documents recorded against the property | 6.50 |
| **TOTAL EXPENSES** | **$6.50** |

TOTAL FEES                                                                 $733.50

TOTAL EXPENSES                                                             $6.50

TOTAL FEES AND EXPENSES                                                    $740.00

**TOTAL BALANCE DUE**                                                      **$740.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980337

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012          $6,046.20

File Number:      1000304.00270
Re:               346 W. 60th, Chicago, IL (Knazze), #733068

Your File Number:  733068

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/11/12 | Conduct legal research and analysis for motion to dismiss. | SEM | 1.90 | 524.40 |
| 11/16/12 | Conduct legal research and analysis re: due process. | SEM | 1.10 | 303.60 |
| 11/19/12 | Draft status email to client. | SEM | 0.50 | 138.00 |
| 11/19/12 | Conference with J. Webb to ██████ | SEM | 0.40 | 110.40 |
| 11/21/12 | Draft email to client re: ███████████ | SEM | 0.30 | 82.80 |
| 11/21/12 | Conference with J. Webb re: ██████ | SEM | 0.20 | 55.20 |
| 11/23/12 | E-mails re status of obtaining affidavit to support motion to dismiss. | TJC | 0.20 | 117.00 |
| 11/26/12 | Communicate with client re: ████ | SEM | 0.30 | 82.80 |
| 11/26/12 | Analyze assigned affidavit. | SEM | 0.20 | 55.20 |
| 11/29/12 | Draft status email to client re: ████ | SEM | 0.30 | 82.80 |
| 11/29/12 | Prepare cover letter. | SEM | 0.40 | 110.40 |
| | | | 5.80 | $1,662.60 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Review status of matter. | JCW | 0.10 | 29.50 |

GMAC Mortgage, LLC
File No.: 1000304.00270

Invoice Date: December 31, 2012
Invoice No.: 980337
Page: 2

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/15/12 | Retrieve and circulate list of documents recorded against the subject property and the Amended Lis Pendens to litigation team. | TBT | 0.30 | 71.40 |
| 11/16/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/16/12 | Research standard for showing violation of substantive due process in Illinois. | JCW | 0.60 | 177.00 |
| 11/19/12 | E-mails with Sherina Maye regarding ██████ | JCW | 0.30 | 88.50 |
| | | | 1.40 | $395.90 |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/08/12 | Draft outline for motion to dismiss. | SEM | 1.40 | 386.40 |
| 11/09/12 | Draft outline for motion to dismiss. | SEM | 0.60 | 165.60 |
| 11/09/12 | Begin draft of motion to dismiss. | SEM | 2.30 | 634.80 |
| 11/13/12 | Complete draft of motion to dismiss. | SEM | 3.40 | 938.40 |
| 11/14/12 | Revise draft Motion to Dismiss to add additional arguments. | JCW | 1.00 | 295.00 |
| 11/15/12 | Revise Affidavit in Support of Motion to Dismiss. | JCW | 0.40 | 118.00 |
| 11/15/12 | Revise Motion to Dismiss to add additional arguments. | JCW | 0.60 | 177.00 |
| 11/15/12 | Add additional arguments and finalize motion to dismiss. | SEM | 1.20 | 331.20 |
| 11/16/12 | Revise Motion to Dismiss. | JCW | 0.20 | 59.00 |
| 11/16/12 | Revise Affidavit in Support of Motion to Dismiss. | JCW | 0.30 | 88.50 |
| 11/19/12 | Make revisions to brief and affidavit. | SEM | 0.90 | 248.40 |
| 11/26/12 | Finalize motion to dismiss with confirmation from affidavit. | SEM | 0.60 | 165.60 |
| 11/29/12 | Make revisions. | SEM | 0.50 | 138.00 |
| 11/29/12 | Finalize motion. | SEM | 0.30 | 82.80 |
| 11/29/12 | Revise Motion to Dismiss. | JCW | 0.50 | 147.50 |
| | | | 14.20 | $3,976.20 |

**TOTAL FEES**                                             $6,034.70

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 5.60 | $1,545.60 |
| | | | 5.80 | $1,662.60 |

GMAC Mortgage, LLC
File No.: 1000304.00270

Invoice Date: December 31, 2012
Invoice No.: 980337
Page: 3

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.10 | $324.50 |
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | **1.40** | **$395.90** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.00 | $885.00 |
| S. E. Maye | Associate | $276.00 | 11.20 | $3,091.20 |
| | | | **14.20** | **$3,976.20** |

**TIMEKEEPER SUMMARY TOTALS**                                   **$6,034.70**

| | VALUE |
|---|---|
| **EXPENSES** | |
| Acquire Copies of documents recorded against the property | 11.50 |
| **TOTAL EXPENSES** | **$11.50** |

| | |
|---|---|
| TOTAL FEES | $6,034.70 |
| TOTAL EXPENSES | $11.50 |
| TOTAL FEES AND EXPENSES | $6,046.20 |
| **TOTAL BALANCE DUE** | **$6,046.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980341

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012     $117.00

| File Number: | 1000304.00271 |
| Re: | 1637 S. Kedvale, Chicago, IL (Jermaine Williams), #732238 |

Your File Number: 732238

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | E-mails re contacts at Green Tree re recorded assignment. | TJC | 0.20 | 117.00 |
| | | | 0.20 | **$117.00** |

**TOTAL FEES**     **$117.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.20 | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**     **$117.00**

TOTAL FEES     $117.00

**TOTAL BALANCE DUE**     **$117.00**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00271

Invoice Date: December 31, 2012
Invoice No.:  980341
Page:  2

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980342

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012          <u>$1,050.80</u>

File Number:          1000304.00272
Re:                        1410 W 71st Street (McGee), #732985

Your File Number:  732985

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/29/12 | Conduct search via City of Chicago's vacant buildings database to determine registration status of the subject property; e-mail to litigation team regarding ███ | TBT | 0.20 | 47.60 |
| 11/29/12 | Review status of investigation and litigation in preparation for call with GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | 0.40 | $106.60 |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/02/12 | Email client regarding ███████████ | DFS | 0.30 | 79.20 |
| 11/08/12 | Draft letter to city's counsel regarding appearance. | DFS | 0.10 | 26.40 |
| 11/29/12 | Conference call with Beth regarding ██████ | DFS | 0.20 | 52.80 |
| | | | 0.60 | $158.40 |

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/01/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/16/12 | Review status of matter. | JCW | 0.10 | 29.50 |

GMAC Mortgage, LLC
File No.: 1000304.00272

Invoice Date: December 31, 2012
Invoice No.:   980342
Page: 2

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/12 | Discuss case status, remaining requests for information or documents and action items with David Standa and GMAC Mortgage. | JCW | 0.30 | 88.50 |
| | | | 0.50 | $147.50 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | Review of order from yesterday's court appearance and status report re current status and strategy. | TJC | 0.30 | 175.50 |
| 11/07/12 | File appearance. | DFS | 0.20 | 52.80 |
| | | | 0.50 | $228.30 |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Attend status hearing. | DFS | 1.50 | 396.00 |
| | | | 1.50 | $396.00 |

**TOTAL FEES** $1,036.80

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | 0.40 | $106.60 |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.60 | $158.40 |
| | | | 0.60 | $158.40 |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | 0.50 | $147.50 |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00272

Invoice Date: December 31, 2012
Invoice No.: 980342
Page: 3

### Pleadings

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.50** | **$228.30** |

### Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.50 | $396.00 |
| | | | **1.50** | **$396.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,036.80**

| **EXPENSES** | **VALUE** |
|---|---|
| Acquire Copies of documents recorded against the property | 14.00 |
| **TOTAL EXPENSES** | **$14.00** |

TOTAL FEES                                                      $1,036.80

TOTAL EXPENSES                                                    $14.00

TOTAL FEES AND EXPENSES                                        $1,050.80

**TOTAL BALANCE DUE**                                          **$1,050.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL  60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980343

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                                    $171.50

File Number:        1000304.00274
Re:                 1417 E. Marquette, Chicago, IL (Yisrael), #732978

Your File Number:  732978

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/12 | Review status of investigation and litigation in preparation for call with GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/16/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/29/12 | Discuss case status, remaining requests for information or documents and action items with David Standa and GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | 0.30 | $88.50 |

**TOTAL FEES**                                                                      **$147.50**

## TIMEKEEPER SUMMARY:

Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00274

Invoice Date: December 31, 2012
Invoice No.: 980343
Page: 2

**Fact Investigation/Development**

|  |  |  | 0.20 | $59.00 |
|---|---|---|---|---|

**Other**

| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
|---|---|---|---|---|
|  |  |  | 0.30 | $88.50 |

**TIMEKEEPER SUMMARY TOTALS**                                    $147.50

| **EXPENSES** | **VALUE** |
|---|---|
| Acquire Copies of documents recorded against the property | 24.00 |
| **TOTAL EXPENSES** | **$24.00** |

TOTAL FEES                                                      $147.50

TOTAL EXPENSES                                                   $24.00

TOTAL FEES AND EXPENSES                                         $171.50

**TOTAL BALANCE DUE**                                          **$171.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980344

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $2,029.38

File Number:    1000304.00275
Re:             4812 Homerlee Ave, East Chicago, IN (Guess), #732922

Your File Number:  732922

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | E-mails with litigation team regarding ███████████ | JCW | 0.20 | 59.00 |
| 11/30/12 | E-mails with GMAC Mortgage regarding ██████████ | JCW | 0.10 | 29.50 |
| 11/30/12 | Telephone conference with and online search via the Lake County Treasurer's Office to determine who has been receiving tax bills and paying property taxes since the sale in December 2007; e-mail to litigation team regarding research findings. | TBT | 0.50 | 119.00 |
| | | | 0.80 | $207.50 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Phone call with opposing counsel regarding motion for priority of action and counsel's answer and appearance. | CGS | 0.30 | 76.50 |
| 11/09/12 | Phone call with county clerk to determine status of appearances of defendants and City of East Chicago's motion for priority of action. | CGS | 0.30 | 76.50 |
| 11/09/12 | E-mails re hearing set for December 20. | TJC | 0.10 | 58.50 |
| 11/15/12 | Review city ordinance regarding imposition of lien on property owners failing to pay penalties or cost of demolition. | CGS | 0.20 | 51.00 |
| 11/15/12 | Review motion for expedited treatment and outline plans for response. | PRP | 0.40 | 193.60 |

GMAC Mortgage, LLC
File No.: 1000304.00275

Invoice Date: December 31, 2012
Invoice No.: 980344
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/26/12 | Analyze Indiana Unsafe Building Act for the purpose of determining GMACM's liability if it fails to prove it is not in title to the property. | CGS | 0.70 | 178.50 |
| 11/28/12 | Research to determine whether unrecorded deed in Indiana is sufficient to transfer title. | CGS | 0.50 | 127.50 |
| 11/28/12 | Review current status and outline issues for research and plans for future handling. | PRP | 0.40 | 193.60 |
| 11/28/12 | Review of information pertaining to evidence of ownership of property and consideration of strategy in light of absence of evidence that property was ever sold, including analysis of impact of automatic stay on matter given uncertain status of ownership of the property. | TJC | 0.30 | 175.50 |
| 11/29/12 | Exchange e-mails with Beth McWilliams regarding ███████ ██████ | PRP | 0.30 | 145.20 |
| 11/30/12 | Research to determine whether GMACM has been paying taxes on the subject property. | CGS | 0.10 | 25.50 |
| | | | 3.60 | $1,301.90 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/16/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/28/12 | E-mails with litigation team regarding ███████████████████ | JCW | 0.30 | 88.50 |
| | | | 0.50 | $147.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Review of motion for priority of action received today and e-mail re same. | TJC | 0.30 | 175.50 |
| 11/01/12 | Review City of East Chicago's Motion for Priority of Action. | CGS | 0.60 | 153.00 |
| 11/01/12 | Review City's Motion for Priority Action. | JCW | 0.10 | 29.50 |
| | | | 1.00 | $358.00 |

**TOTAL FEES** $2,014.90

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| T. B. Till | Paralegal | $238.00 | 0.50 | $119.00 |
| | | | 0.80 | $207.50 |

GMAC Mortgage, LLC
File No.: 1000304.00275

Invoice Date: December 31, 2012
Invoice No.: 980344
Page: 3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.10 | $532.40 |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| C. G. Shetty | Associate | $255.00 | 2.10 | $535.50 |
| | | | **3.60** | **$1,301.90** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| C. G. Shetty | Associate | $255.00 | 0.60 | $153.00 |
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **1.00** | **$358.00** |

**TIMEKEEPER SUMMARY TOTALS**     **$2,014.90**

| EXPENSES | VALUE |
|---|---|
| Delivery Services/Messengers | 14.48 |
| **TOTAL EXPENSES** | **$14.48** |

TOTAL FEES     $2,014.90

TOTAL EXPENSES     $14.48

TOTAL FEES AND EXPENSES     $2,029.38

**TOTAL BALANCE DUE**     **$2,029.38**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259



# Locke
# Lord
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980345

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $6,637.34

File Number:      1000304.00276
Re:               1330 State Street, Alton, IL (Berry), #732622

Your File Number:  732622

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/03/12 | E-mails with litigation team regarding ██████████████ | JCW | 0.40 | 118.00 |
| 11/04/12 | Review Note and Mortgage. | JCW | 0.10 | 29.50 |
| 11/04/12 | E-mail to litigation team regarding ██████████ ██████████ | JCW | 0.20 | 59.00 |
| 11/05/12 | E-mails with litigation team regarding ██████████ █████ | JCW | 0.30 | 88.50 |
| 11/06/12 | E-mails with GMAC Mortgage regarding ██████████ | JCW | 0.20 | 59.00 |
| 11/06/12 | E-mails with Sherina Maye regarding ██████████ | JCW | 0.10 | 29.50 |
| 11/06/12 | E-mails with litigation team regarding ██████████ | JCW | 0.20 | 59.00 |
| 11/27/12 | E-mails with litigation team regarding ██████████ | JCW | 0.20 | 59.00 |
| | | | 1.70 | $501.50 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | Analyze additional loan documents. | SEM | 0.80 | 220.80 |

GMAC Mortgage, LLC
File No.: 1000304.00276

Invoice Date: December 31, 2012
Invoice No.: 980345
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/03/12 | Conduct research and analysis re: Alton's municipal code re: mortgagees. | SEM | 0.90 | 248.40 |
| 11/03/12 | Communicate with T. Cunningham re: ███████ | SEM | 0.70 | 193.20 |
| 11/03/12 | Review of copy of note we were provided which indicates GMACM owns the loan and that it was never securitized. | TJC | 0.20 | 117.00 |
| 11/03/12 | E-mails re draft answer and whether we should pursue a motion to dismiss. | TJC | 0.20 | 117.00 |
| 11/04/12 | E-mails re whether this loan is really owned by GMACM or not. | TJC | 0.30 | 175.50 |
| 11/05/12 | E-mails re whether to answer or move to dismiss and whether GMACM actually owns this loan or not. | TJC | 0.30 | 175.50 |
| 11/05/12 | Communicate with T. Cunningham and J. Webb re: ████████ ███ | SEM | 0.60 | 165.60 |
| 11/05/12 | Communicate with client re: ████████ | SEM | 0.90 | 248.40 |
| 11/06/12 | Communicate with client re: ████████ | SEM | 0.60 | 165.60 |
| 11/06/12 | Phone conference with city counsel re: potential extension. | SEM | 0.30 | 82.80 |
| 11/06/12 | Draft email to client re: ███████ | SEM | 0.50 | 138.00 |
| 11/06/12 | Communicate with T. Cunningham and J. Webb re: ███████ | SEM | 0.40 | 110.40 |
| 11/06/12 | Numerous e-mails re whether GMACM owns this loan or it has been securitized and how we prove GMACM no longer owns the note. | TJC | 0.40 | 234.00 |
| 11/08/12 | E-mails to and from Sherina Maye and Julie Webb re answer and affirmative defenses given lack of evidence that the loan was securitized and GMACM no longer has any interest in it. | TJC | 0.20 | 117.00 |
| 11/12/12 | Draft status email to client. | SEM | 0.40 | 110.40 |
| 11/16/12 | Telephone conference with counsel for the City of Alton re entering order that no relief is being sought against GMAC except a demo order. | TJC | 0.30 | 175.50 |
| 11/16/12 | Draft status update to client. | SEM | 0.50 | 138.00 |
| 11/26/12 | Communicate with T. Cunningham re: ████████ ███ | SEM | 0.30 | 82.80 |
| 11/26/12 | Conference with J. Webb re ████████ | SEM | 0.40 | 110.40 |
| 11/26/12 | Analyze letter from city counsel. | SEM | 0.60 | 165.60 |
| 11/26/12 | E-mails re City of Alton's proposal to demo the building on the subject property and status of proposed order excusing further participation of GMACM in the case. | TJC | 0.40 | 234.00 |
| 11/26/12 | Review of letter and proposed "notice of appearance" sent by City of Alton and consideration of how to respond. | TJC | 0.40 | 234.00 |
| 11/28/12 | Analyze letter from City attorney and develop action plan with Sherina Maye. | JCW | 0.20 | 59.00 |
| 11/28/12 | Communicate with city counsel re: proposed order. | SEM | 0.40 | 110.40 |
| 11/28/12 | Conference with J. Webb re: ████████ ███ | SEM | 0.50 | 138.00 |
| | | | **11.70** | **$4,067.30** |

GMAC Mortgage, LLC
File No.: 1000304.00276

Invoice Date: December 31, 2012
Invoice No.:  980345
Page: 3

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/07/12 | Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |
| 11/16/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/20/12 | Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |
| | | | **0.40** | **$106.60** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/12 | Preparation of answer and affirmative defenses. | TJC | 0.30 | 175.50 |
| 11/02/12 | Draft answer. | SEM | 2.10 | 579.60 |
| 11/03/12 | Revise draft Answer. | JCW | 0.80 | 236.00 |
| 11/05/12 | Finalize answer. | SEM | 0.50 | 138.00 |
| 11/05/12 | Revise Answer. | JCW | 0.50 | 147.50 |
| 11/06/12 | Make revisions to answer. | SEM | 0.40 | 110.40 |
| 11/07/12 | Finalize answer and affirmative defenses for client. | SEM | 0.50 | 138.00 |
| 11/12/12 | Revise Answer. | JCW | 0.40 | 118.00 |
| 11/12/12 | Finalize answer and affidavit for filing. | SEM | 0.90 | 248.40 |
| | | | **6.40** | **$1,891.40** |

## TOTAL FEES                                                            **$6,566.80**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.70 | $501.50 |
| | | | **1.70** | **$501.50** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.70 | $1,579.50 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| S. E. Maye | Associate | $276.00 | 8.80 | $2,428.80 |
| | | | **11.70** | **$4,067.30** |

GMAC Mortgage, LLC
File No.: 1000304.00276

Invoice Date: December 31, 2012
Invoice No.: 980345
Page: 4

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.40** | **$106.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| J.C. Webb | Associate | $295.00 | 1.70 | $501.50 |
| S. E. Maye | Associate | $276.00 | 4.40 | $1,214.40 |
| | | | **6.40** | **$1,891.40** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$6,566.80**

| EXPENSES | VALUE |
|---|---|
| Delivery Services/Messengers | 29.74 |
| Acquire Copies of documents recorded against the property | 40.80 |
| **TOTAL EXPENSES** | **$70.54** |

TOTAL FEES                                                                          $6,566.80

TOTAL EXPENSES                                                                      $70.54

TOTAL FEES AND EXPENSES                                                            $6,637.34

**TOTAL BALANCE DUE**                                                              **$6,637.34**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax-ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980347

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                              $1,156.60

File Number:        1000304.00277
Re:                 5920 S Green, Chicago, IL (Wilson), #732962

Your File Number: 732962

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/07/12 E-mails with Sherina Maye regarding ███████ | JCW | 0.20 | 59.00 |
| | | **0.20** | **$59.00** |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/07/12 Draft status email to client. | SEM | 0.30 | 82.80 |
| | | **0.30** | **$82.80** |

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/01/12 Update chart of hearing code violation matters for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 11/16/12 Revise chart of GMAC Mortgage Housing Violation Cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| | | **0.20** | **$59.00** |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/06/12 Revise Motion to Dismiss. | JCW | 0.30 | 88.50 |
| 11/06/12 Make revisions to brief. | SEM | 0.50 | 138.00 |

GMAC Mortgage, LLC
File No.:  1000304.00277

Invoice Date: December 31, 2012
Invoice No.:  980347
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/12 | Finalize affidavit citations. | SEM | 0.80 | 220.80 |
| 11/06/12 | Analyze exhibits. | SEM | 0.40 | 110.40 |
| 11/06/12 | Draft notice of motion. | SEM | 0.30 | 82.80 |
| 11/06/12 | Draft appearance. | SEM | 0.30 | 82.80 |
| | | | **2.60** | **$723.30** |

**TOTAL FEES**                                      **$924.10**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 0.30 | $82.80 |
| | | | **0.30** | **$82.80** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| S. E. Maye | Associate | $276.00 | 2.30 | $634.80 |
| | | | **2.60** | **$723.30** |

**TIMEKEEPER SUMMARY TOTALS**                        **$924.10**

| EXPENSES | VALUE |
|---|---|
| Acquire Copies of documents recorded against the property | 26.50 |
| Clerk of the Circuit Court of Cook County - Appearance | 206.00 |

GMAC Mortgage, LLC
File No.: 1000304.00277

Invoice Date: December 31, 2012
Invoice No.: 980347
Page: 3

| **EXPENSES** | **VALUE** |
|---|---|
| **TOTAL EXPENSES** | **$232.50** |

| | |
|---|---|
| TOTAL FEES | $924.10 |
| TOTAL EXPENSES | $232.50 |
| TOTAL FEES AND EXPENSES | $1,156.60 |
| **TOTAL BALANCE DUE** | **$1,156.60** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
#### LLP
###### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980348

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012 $312.30

File Number:        1000304.00279
Re:                 319 E. Webster, Clinton, IL (Barnett), #733211

Your File Number:  733211

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | Draft email to City of Webster Chief of Police to determine new hearing date on city ordinance violations. | CGS | 0.20 | 51.00 |
| 11/09/12 | Review and analyze fact package. | CGS | 0.70 | 178.50 |
| | | | 0.90 | $229.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/09/12 | E-mail to litigation team regarding ███████ | TBT | 0.10 | 23.80 |
| 11/16/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| | | | 0.30 | $82.80 |

**TOTAL FEES** $312.30

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

GMAC Mortgage, LLC
File No.: 1000304.00279

Invoice Date: December 31, 2012
Invoice No.: 980348
Page: 2

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 0.90 | $229.50 |
| | | | **0.90** | **$229.50** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.30** | **$82.80** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$312.30**

TOTAL FEES                                                       $312.30

**TOTAL BALANCE DUE**                                            **$312.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
### LLP
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980350

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $809.60

File Number:      1000304.00280
Re:               5027 W Huron Street (Hester), #733364

Your File Number:  733364

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/29/12  Review status of matter. | JCW | 0.20 | 59.00 |
| | | 0.20 | $59.00 |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/06/12  Review of report from yesterday's court appearance. | TJC | 0.20 | 117.00 |
| 11/08/12  Draft letter to city's counsel regarding appearance. | DFS | 0.10 | 26.40 |
| 11/29/12  Conference call with Beth regarding ▮▮▮▮▮ | DFS | 0.20 | 52.80 |
| | | 0.50 | $196.20 |

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/01/12  Review status of matter. | JCW | 0.10 | 29.50 |
| 11/16/12  Revise chart of GMAC Mortgage Housing Violation Cases for circulation to GMAC Mortgage. | JCW | 0.10 | 29.50 |
| 11/29/12  Discuss case status, remaining requests for information or documents and action items with David Standa and GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | 0.40 | $118.00 |

GMAC Mortgage, LLC
File No.:  1000304.00280

Invoice Date: December 31, 2012
Invoice No.:  980350
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | File appearance. | DFS | 0.20 | 52.80 |
| | | | **0.20** | **$52.80** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/12 | Attend status hearing. | DFS | 1.40 | 369.60 |
| | | | **1.40** | **$369.60** |

**TOTAL FEES** **$795.60**

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| D. F. Standa | Associate | $264.00 | 0.30 | $79.20 |
| | | | **0.50** | **$196.20** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| | | | **0.40** | **$118.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.20** | **$52.80** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.40 | $369.60 |
| | | | **1.40** | **$369.60** |

GMAC Mortgage, LLC
File No.: 1000304.00280

Invoice Date: December 31, 2012
Invoice No.:  980350
Page: 3

## TIMEKEEPER SUMMARY TOTALS                                          $795.60

| EXPENSES | VALUE |
|---|---|
| Acquire Copies of documents recorded against the property | 14.00 |
| **TOTAL EXPENSES** | **$14.00** |

| | |
|---|---|
| TOTAL FEES | $795.60 |
| TOTAL EXPENSES | $14.00 |
| TOTAL FEES AND EXPENSES | $809.60 |
| **TOTAL BALANCE DUE** | **$809.60** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980351

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                    $1,669.80

File Number:        1000304.00281
Re:                 1111 S Independence (Baker), #733609

Your File Number:  733609

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/12 | Review status of investigation and litigation in preparation for call with GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/08/12 | Draft letter to city's counsel regarding appearance. | DFS | 0.10 | 26.40 |
| 11/18/12 | Review fact package. | DFS | 0.50 | 132.00 |
| 11/19/12 | Address issue regarding receiver for other two units in building. | DFS | 0.20 | 52.80 |
| 11/19/12 | Status update with D. Standa. | SEM | 0.30 | 82.80 |
| 11/21/12 | Phone call with counsel for mortgagee on other two units regarding state of property and appointment of receiver. | DFS | 0.80 | 211.20 |
| 11/26/12 | Review of e-mail summary of this morning's court appearance. | TJC | 0.20 | 117.00 |
| 11/29/12 | Conference call with Beth regarding ███████ | DFS | 0.20 | 52.80 |
| | | | 2.30 | $675.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Review status of matter. | JCW | 0.10 | 29.50 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00281

| | Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/16/12 | Review status of matter. | | JCW | 0.10 | 29.50 |
| 11/29/12 | Discuss case status, remaining requests for information or documents and action items with David Standa and GMAC Mortgage. | | JCW | 0.30 | 88.50 |
| | | | | **0.50** | **$147.50** |

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/07/12 | File appearance. | | DFS | 0.20 | 52.80 |
| | | | | **0.20** | **$52.80** |

| | Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/19/12 | Attend hearing. | | SEM | 1.90 | 524.40 |
| 11/19/12 | Prepare for court hearing. | | SEM | 0.60 | 165.60 |
| | | | | **2.50** | **$690.00** |

## TOTAL FEES

**$1,624.30**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| D. F. Standa | Associate | $264.00 | 1.80 | $475.20 |
| S. E. Maye | Associate | $276.00 | 0.30 | $82.80 |
| | | | **2.30** | **$675.00** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

### Pleadings

GMAC Mortgage, LLC
File No.: 1000304.00281

Invoice Date: December 31, 2012
Invoice No.: 980351
Page: 3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.20** | **$52.80** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 2.50 | $690.00 |
| | | | **2.50** | **$690.00** |

**TIMEKEEPER SUMMARY TOTALS**                                            **$1,624.30**

**EXPENSES**                                                                              **VALUE**
Acquire Copies of documents recorded against the property                 45.50
**TOTAL EXPENSES**                                                            **$45.50**

TOTAL FEES                                                                            $1,624.30

TOTAL EXPENSES                                                                      $45.50

TOTAL FEES AND EXPENSES                                                      $1,669.80

**TOTAL BALANCE DUE**                                                      **$1,669.80**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                                    <u>Via Courier:</u>
Locke Lord LLP                                   JPMorgan Chase
24259 Network Place                              525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                           Chicago, IL  60661
                                                 Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980352

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                          $1,848.50

File Number:        1000304.00282
Re:                 3719 W Grenshaw (Sanders, May), #733604

Your File Number: 733604

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/27/12 | E-mails with Chethan Shetty regarding ▅▅▅▅▅▅ | JCW | 0.20 | 59.00 |
| 11/30/12 | E-mails with GMAC Mortgage regarding ▅▅▅▅ | JCW | 0.10 | 29.50 |
| | | | **0.30** | **$88.50** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/12 | Review public records for the purpose of determining ownership of subject property. | CGS | 1.70 | 433.50 |
| 10/29/12 | Draft initial case assessment memorandum. | CGS | 0.40 | 102.00 |
| 11/07/12 | Review of report from this morning's court appearance and order extending deadline to respond to complaint. | TJC | 0.20 | 117.00 |
| 11/09/12 | E-mails re status. | TJC | 0.10 | 58.50 |
| 11/16/12 | Emails from/to C. Shetty and J. Webb re ▅▅▅▅ | TJC | 0.20 | 117.00 |
| 11/16/12 | Email to Beth McWilliams re ▅▅▅ | TJC | 0.20 | 117.00 |
| 11/27/12 | Draft status update email. | CGS | 0.40 | 102.00 |
| | | | **3.20** | **$1,047.00** |

GMAC Mortgage, LLC
File No.: 1000304.00282

Invoice Date: December 31, 2012
Invoice No.:  980352
Page: 2

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| 11/16/12 | Review status of matter. | JCW | 0.10 | 29.50 |
| | | | **0.20** | **$59.00** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/12 | Review complaint. | CGS | 0.50 | 127.50 |
| 11/09/12 | Review foreclosure docket for subject property. | CGS | 0.30 | 76.50 |
| | | | **0.80** | **$204.00** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/12 | Attend initial status hearing. | CGS | 1.70 | 433.50 |
| | | | **1.70** | **$433.50** |

**TOTAL FEES**  **$1,832.00**

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
|---|---|---|---|---|
| | | | **0.30** | **$88.50** |

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 2.50 | $637.50 |
| | | | **3.20** | **$1,047.00** |

**Other**

| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
|---|---|---|---|---|
| | | | **0.20** | **$59.00** |

**Pleadings**

| C. G. Shetty | Associate | $255.00 | 0.80 | $204.00 |
|---|---|---|---|---|

GMAC Mortgage, LLC
File No.:  1000304.00282

Invoice Date: December 31, 2012
Invoice No.:  980352
Page: 3

**Pleadings**

|  |  |  | 0.80 | $204.00 |
|---|---|---|---|---|

**Court Mandated Conferences**

| C. G. Shetty | Associate | $255.00 | 1.70 | $433.50 |
|---|---|---|---|---|
|  |  |  | 1.70 | $433.50 |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,832.00**


| **EXPENSES** | **VALUE** |
|---|---|
| Acquire Copies of documents recorded against the property | 16.50 |
| **TOTAL EXPENSES** | **$16.50** |

| TOTAL FEES | $1,832.00 |
|---|---|
| TOTAL EXPENSES | $16.50 |
| TOTAL FEES AND EXPENSES | $1,848.50 |
| **TOTAL BALANCE DUE** | **$1,848.50** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980353

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012

$1,462.80

File Number:        1000304.00284
Re:                      5121 S Union (Rauscher), #734248

Your File Number:  734248

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/12 | Discuss case status and background with David Standa and GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/19/12 | Email to Beth McWilliams re ▮▮▮▮▮▮▮▮▮▮▮▮▮ | TJC | 0.30 | 175.50 |
| 11/19/12 | Review of emails and background materials re new matter and analysis of issues we need to address. | TJC | 0.30 | 175.50 |
| 11/20/12 | Review of e-mail re housing court and foreclosure dockets and documents and results of research re vacant building registry, etc. | TJC | 0.40 | 234.00 |

GMAC Mortgage, LLC
File No.: 1000304.00284

Invoice Date: December 31, 2012
Invoice No.: 980353
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Cook County Assessor to locate relative parcel numbers for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.00 | 238.00 |
| 11/29/12 | Review emails regarding status of case. | DFS | 0.20 | 52.80 |
| 11/30/12 | Review prior orders, correspondence, and recorder's file. | DFS | 2.00 | 528.00 |
| | | | 4.20 | $1,403.80 |

**TOTAL FEES**                                                                                                          **$1,462.80**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| D. F. Standa | Associate | $264.00 | 2.20 | $580.80 |
| T. B. Till | Paralegal | $238.00 | 1.00 | $238.00 |
| | | | **4.20** | **$1,403.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                                          **$1,462.80**

**TOTAL FEES**                                                                                                          $1,462.80

**TOTAL BALANCE DUE**                                                                                          **$1,462.80**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 31, 2012
Invoice No.: 980354

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2012                      $1,257.30

File Number:        1000304.00285
Re:                 6032 S. Lafayette (McCamey). #734245

Your File Number:  734245

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/29/12 Discuss case status and background with David Standa and GMAC Mortgage. | JCW | 0.20 | 59.00 |
| | | 0.20 | $59.00 |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/19/12 Review of emails and background materials re new matter and analysis of issues we need to address. | TJC | 0.40 | 234.00 |
| 11/19/12 Email to Beth McWilliams re ███████████████ ████████████████ | TJC | 0.30 | 175.50 |
| 11/20/12 Review of e-mail re housing court and foreclosure dockets and documents and results of research re vacant building registry, etc. | TJC | 0.40 | 234.00 |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00285

Invoice Date: December 31, 2012
Invoice No.: 980354
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/12 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve significant documents recorded against the subject property; conduct search via Cook County Assessor to locate relative parcel numbers for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.00 | 238.00 |
| 11/29/12 | Review emails regarding status of case. | DFS | 0.20 | 52.80 |
| 11/30/12 | Review prior orders and correspondence. | DFS | 1.00 | 264.00 |
| | | | 3.30 | $1,198.30 |

**TOTAL FEES** $1,257.30

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | 0.20 | $59.00 |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| D. F. Standa | Associate | $264.00 | 1.20 | $316.80 |
| T. B. Till | Paralegal | $238.00 | 1.00 | $238.00 |
| | | | 3.30 | $1,198.30 |

**TIMEKEEPER SUMMARY TOTALS** $1,257.30

**TOTAL FEES** $1,257.30

**TOTAL BALANCE DUE** $1,257.30

PLEASE REMIT PAYMENT TO:

Via US Mail:
Locke Lord LLP
24259 Network Place

Via Courier:
JPMorgan Chase
525 West Monroe Street, 8th Floor



# Locke Lord LLP

Attorneys & Counselors

2200 Ross Avenue
Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Fax: (214) 740-8800
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 15, 2013
Invoice No.: 982572

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012      <u>$548.80</u>

File Number:      1000304.00161
Re:      Franklin, Tom vs. GMAC Mortgage, et al.

Your File Number: 731528

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/10/12 | Draft summary of work performed from May - August 2012 based on review of old e-mails, time entries, and filed documents per client request. | JAB | 1.60 | 548.80 |
| | | | **1.60** | **$548.80** |

**TOTAL FEES**      **$548.80**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. A. Brissette | Associate | $343.00 | 1.60 | $548.80 |
| | | | **1.60** | **$548.80** |

**TIMEKEEPER SUMMARY TOTALS**      **$548.80**

TOTAL FEES      $548.80

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00161

Invoice Date: January 15, 2013
Invoice No.:  982572
Page:  2

**TOTAL BALANCE DUE**                                                    **$548.80**

Please remit payment to:
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

This statement is due upon receipt.  Please call T. G. Yoxall of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.   Mr. Michael Pierson in our Accounting Department (713) 226-1375 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.  It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth                                       January 24, 2013
GMAC Mortgage, LLC                                Invoice No.: 983796
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                     <u>$91.60</u>

File Number:        1000304.00178
Re:                 Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/05/12  Emails from/to D. Booth re █████████ | JMG | 0.20 | 91.60 |
| | | **0.20** | **$91.60** |

**TOTAL FEES**                                                        **$91.60**

<u>**TIMEKEEPER SUMMARY:**</u>

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$91.60**

TOTAL FEES                                                           $91.60

**TOTAL BALANCE DUE**                                                **$91.60**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983797

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $91.60

File Number:        1000304.00179
Re:                 Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/12 | Emails from/to D. Booth re ███████████ | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                      **$91.60**

**TIMEKEEPER SUMMARY:**

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | 0.20 | $91.60 |

**TIMEKEEPER SUMMARY TOTALS**                                      **$91.60**

TOTAL FEES                                                          $91.60

**TOTAL BALANCE DUE**                                              **$91.60**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983798

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                          $207.20

| | File Number: | 1000304.00185 |
|---|---|---|
| | Re: | Sigler, Eyal v. GMAC Mortgage, LLC, #689067 |

Your File Number:  689067

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/18/12 | Review of status and email to Sheila Gregory and Kathy Priore re ▇▇▇▇▇▇▇▇▇▇▇▇ | TJC | 0.30 | 175.50 |
| | | | 0.30 | **$175.50** |

| | **Dispositive Motions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/18/12 | E-mails with client ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | DRS | 0.10 | 31.70 |
| | | | 0.10 | **$31.70** |

**TOTAL FEES**                                                           **$207.20**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 0.30 | **$175.50** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00185

Invoice Date: January 24, 2013
Invoice No.: 983798
Page:  2

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| D.R. Sargent | Associate | $317.00 | 0.10 | $31.70 |
| | | | 0.10 | **$31.70** |

**TIMEKEEPER SUMMARY TOTALS** | | | | **$207.20**

TOTAL FEES | | | | $207.20

**TOTAL BALANCE DUE** | | | | **$207.20**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983800

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $259.80

File Number:        1000304.00188
Re:                 4836 W. Superior, Chicago, IL (Fort), #715591

Your File Number:  715591

| | **Fact Investigation/Development** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | E-mails with GMAC Mortgage regarding ▮▮▮ | JCW | 0.20 | 59.00 |
| | | | 0.20 | **$59.00** |

| | **Document/File Management** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/19/12 | Acquire copy of order entered on December 17, 2012. | TBT | 0.10 | 23.80 |
| | | | 0.10 | **$23.80** |

| | **Other** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | E-mails with counsel for the City regarding dismissal of latest round of tickets issued to GMAC Mortgage. | JCW | 0.40 | 118.00 |
| 12/03/12 | Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |
| 12/11/12 | Prepare for 12/17 hearing to ensure City does not seek relief against GMAC Mortgage or Fannie Mae. | JCW | 0.10 | 29.50 |
| | | | 0.60 | **$177.00** |

**TOTAL FEES**                                                                     **$259.80**

<u>**TIMEKEEPER SUMMARY:**</u>

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00188

Invoice Date: January 24, 2013
Invoice No.: 983800
Page: 2

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.60 | $177.00 |
| | | | **0.60** | **$177.00** |

**TIMEKEEPER SUMMARY TOTALS**                    **$259.80**

TOTAL FEES                                      $259.80

**TOTAL BALANCE DUE**                           **$259.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC                                                January 24, 2013
Attn: Ms. Natasha Campbell                                   Invoice No.: 983801
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $312.90

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 12/21/12 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 12/27/12 | Review of ECF notice re order setting briefing schedule on motion to strike. | TJC | 0.10 | 58.50 |
| | | | 0.20 | $117.00 |
| | | | | |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 12/13/12 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |
| | | | | |
| **Dispositive Motions** | | ATTY | HOURS | VALUE |
| 12/14/12 | Monitor and review relevant pleading activity. | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                         $312.90

**TIMEKEEPER SUMMARY:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: January 24, 2013
Invoice No.: 983801
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$312.90**

TOTAL FEES                                                            $312.90

**TOTAL BALANCE DUE**                                               **$312.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983802

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $300.20

File Number:          1000304.00196
Re:                   NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Monitor/review ECF notices in 10th Circuit appellate proceedings. | JMG | 0.40 | 183.20 |
| | | | 0.40 | $183.20 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Review of order received from 10th Circuit today. | TJC | 0.10 | 58.50 |
| 12/03/12 | Review of various ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | 0.20 | $117.00 |

**TOTAL FEES**                                                                     $300.20

**TIMEKEEPER SUMMARY:**

| Other | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | 0.40 | $183.20 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00196

Invoice Date: January 24, 2013
Invoice No.:  983802
Page:  2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.20 | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                                            **$300.20**

TOTAL FEES                                                                      $300.20

**TOTAL BALANCE DUE**                                                      **$300.20**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983803

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                          $384.10

File Number:        1000304.00211
Re:                 Kral, Kenneth v. GMAC Mortgage, 725078

Your File Number:  725078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/12/12 | Review of Plaintiffs' status report in response to order to show cause. | TJC | 0.10 | 58.50 |
| 12/13/12 | E-mail to Don Booth, Jennifer Scoliard and Lauren Delehey re ▮▮▮ | TJC | 0.30 | 175.50 |
| | | | 0.40 | $234.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/18/12 | Review status of MFR proceedings in ResCap bankruptcy. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/11/12 | Review of notice received from District Court setting matter for rule to show cause why it should not be dismissed due to the automatic stay. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

**TOTAL FEES**                                                             $384.10

**TIMEKEEPER SUMMARY:**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00211

Invoice Date: January 24, 2013
Invoice No.: 983803
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$384.10**

TOTAL FEES                                                       $384.10

**TOTAL BALANCE DUE**                                            **$384.10**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.