

# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983804

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    <u>$154.40</u>

| | |
|---|---|
| File Number: | 1000304.00215 |
| Re: | Matisi, James v. GMAC Mortgage, 724934 |

Your File Number: 724934

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/27/12 | E-mails re failure of plaintiff to file an opposition to our motion to dismiss and intention to file a notice of non-opposition. | TJC | 0.20 | 117.00 |
| 12/27/12 | E-mail Mr. Collins regarding ▇▇▇▇ | JLS | 0.10 | 37.40 |
| | | | 0.30 | **$154.40** |

**TOTAL FEES**                                                    **$154.40**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.30 | $154.40 |

**TIMEKEEPER SUMMARY TOTALS**                                     **$154.40**

**TOTAL FEES**                                                    $154.40

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00215

**TOTAL BALANCE DUE**                                                                 **$154.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983805

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $2,317.70

| File Number: | 1000304.00217 |
| Re: | Charles Schwab v. Residential, 701759 |

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/12 | Emails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 12/05/12 | Emails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 12/07/12 | Emails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 12/10/12 | Monitor and review relevant joint defense email re ███████ | JMG | 0.30 | 137.40 |
| 12/10/12 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 12/17/12 | Review service emails and plaintiff's second set of production requests. | JMG | 0.40 | 183.20 |
| 12/17/12 | Review prior correspondence re post-petition discovery and email to W. Thompson, et al. re ███████ | JMG | 0.40 | 183.20 |
| 12/17/12 | Follow up emails with bankruptcy counsel re ███████ | TJC | 0.10 | 58.50 |
| 12/17/12 | Email from plaintiffs' counsel re discovery issued to "all defendants" and review of discovery requests. | TJC | 0.10 | 58.50 |
| 12/17/12 | Emails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: January 24, 2013
Invoice No.: 983805
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/18/12 | Email from/to N. Rosenbaum (MoFo) re ███████ | JMG | 0.20 | 91.60 |
| 12/19/12 | Review, analysis of discovery order in related proceeding and emails re same. | JMG | 0.40 | 183.20 |
| 12/19/12 | E-mails re approach to response to recently issued discovery requests to "all defendants" including Debtors. | TJC | 0.10 | 58.50 |
| 12/20/12 | Review of notice of entry of order regarding confidentiality. | TJC | 0.10 | 58.50 |
| 12/20/12 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 12/20/12 | Various emails from/to plaintiff's counsel and joint defense counsel re discovery issues. | JMG | 0.30 | 137.40 |
| 12/21/12 | Draft letter objecting to second request for production on basis of stay and emails re same. | JMG | 0.90 | 412.20 |
| 12/21/12 | E-mails re draft letter to Plaintiffs' counsel re recent discovery requests and application of the automatic stay to them. | TJC | 0.10 | 58.50 |
| 12/23/12 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 12/24/12 | Monitor and review emails re written discovery. | JMG | 0.20 | 91.60 |
| | | | **4.30** | **$2,121.80** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Monitor/review joint defense emails re discovery issues. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES** $2,317.70

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 3.10 | $1,419.80 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| | | | **4.30** | **$2,121.80** |

GMAC Mortgage, LLC
File No.: 1000304.00217

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                       **$2,317.70**

TOTAL FEES                    $2,317.70

**TOTAL BALANCE DUE**             **$2,317.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983806

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $58.50

File Number:        1000304.00222
Re:                 Plymouth County, Iowa (Raymond) v. GMAC, 725977

Your File Number:  725977

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/27/12 | E-mails re further extension of schedule for appellate briefing. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

**TOTAL FEES**                                                                    **$58.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | $58.50 |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$58.50**

TOTAL FEES                                                                         $58.50

**TOTAL BALANCE DUE**                                                             **$58.50**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey                                          January 24, 2013
GMAC Mortgage, LLC                                    Invoice No.: 983807
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                     $162.00

| | File Number: | 1000304.00224 |
|---|---|---|
| | Re: | Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793 |

Your File Number: 725793

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/06/12 | Review proposed stipulation extending return date for motion to dismiss. | JNF | 0.10 | 54.00 |
| 12/06/12 | Review emails from joint defense counsel re ███████ | JNF | 0.10 | 54.00 |
| 12/10/12 | Review emails from joint defense counsel re ███████ | JNF | 0.10 | 54.00 |
| | | | 0.30 | $162.00 |

**TOTAL FEES**                                                         **$162.00**

**TIMEKEEPER SUMMARY:**

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.30 | $162.00 |
| | | | 0.30 | $162.00 |

**TIMEKEEPER SUMMARY TOTALS**                                 **$162.00**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00224

Invoice Date: January 24, 2013
Invoice No.:  983807
Page:  2

TOTAL FEES                                                                    $162.00

**TOTAL BALANCE DUE**                                            **$162.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                     JPMorgan Chase
24259 Network Place                           525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                       Chicago, IL   60661
                                                            Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983809

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $89.70

File Number:        1000304.00229
Re:                 Scott, Robert and Susan v. GMAC Mortgage, 726948

Your File Number:  726948

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Email re status and strategy. | TJC | 0.10 | 58.50 |
| 12/04/12 | Correspond with client regarding ██████████ | JEC | 0.10 | 31.20 |
| | | | 0.20 | $89.70 |

**TOTAL FEES**                                                                     **$89.70**

### TIMEKEEPER SUMMARY:

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| J. E. Collins | Associate | $312.00 | 0.10 | $31.20 |
| | | | 0.20 | $89.70 |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$89.70**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00229

Invoice Date: January 24, 2013
Invoice No.: 983809
Page: 2

TOTAL FEES                                                              $89.70

**TOTAL BALANCE DUE**                                                   **$89.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL   60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983810

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $1,228.50

File Number:        1000304.00232
Re:                 Dumas, Eugene v. GMAC Mortgage, 727332

Your File Number:  727332

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Email from borrower's counsel re loan modification documents. | TJC | 0.10 | 58.50 |
| 12/03/12 | Emails to/from Beth Yanci re ██████████████████ | TJC | 0.20 | 117.00 |
| 12/06/12 | Telephone call from counsel for the Charests regarding loan modification. | TJC | 0.10 | 58.50 |
| 12/10/12 | E-mails to and from Beth Yanci re ████████████████ ████████████ | TJC | 0.10 | 58.50 |
| 12/10/12 | E-mail from borrowers' counsel re short sale proposal. | TJC | 0.10 | 58.50 |
| 12/11/12 | E-mails to and from Beth Yanci re ████ | TJC | 0.10 | 58.50 |
| 12/11/12 | E-mail from borrowers' attorney re address to return loan modification documents to. | TJC | 0.10 | 58.50 |
| 12/12/12 | E-mail from Beth Yanci re ████████████████ ██████████ | TJC | 0.10 | 58.50 |
| 12/12/12 | E-mails to and from borrowers' counsel re same. | TJC | 0.20 | 117.00 |
| 12/26/12 | E-mails from and to Charest's counsel re status of their proposal for a short sale. | TJC | 0.20 | 117.00 |
| 12/31/12 | Emails from/to plaintiffs' counsel re information contained on statement recently received by his clients and request for consent to speak directly to GMACM loss mit personnel. | TJC | 0.50 | 292.50 |
| 12/31/12 | Emails to/from Lauren Delehey and Beth Yanci re ██████████ ████████████ | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00232

Invoice Date: January 24, 2013
Invoice No.: 983810
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 2.10 | $1,228.50 |

**TOTAL FEES** $1,228.50

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.10 | $1,228.50 |
| | | | 2.10 | $1,228.50 |

**TIMEKEEPER SUMMARY TOTALS** $1,228.50

TOTAL FEES $1,228.50

**TOTAL BALANCE DUE** $1,228.50

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983811

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012

$455.20

File Number:      1000304.00242
Re:               Talford v. GMAC Mortgage, LLC, 728481

Your File Number: 728481

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Emails re whether dismissal is with or without prejudice and whether this completes the matter. | TJC | 0.10 | 58.50 |
| 12/03/12 | Review and analyze order granting motion to dismiss. | JLS | 0.20 | 74.80 |
| | | | 0.30 | $133.30 |

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Email from Jance Hoy re ███████████ | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Review of order granting motion to dismiss. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Review Court's order granting motion to dismiss. | KMW | 0.40 | 97.60 |
| 12/03/12 | Prepare status updates regarding order of dismissal. | KMW | 0.20 | 48.80 |
| | | | 0.60 | $146.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00242

Invoice Date: January 24, 2013
Invoice No.: 983811
Page: 2

**TOTAL FEES**                                              **$455.20**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.20 | $74.80 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.30** | **$133.30** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| K. M. Wolber | Associate | $244.00 | 0.60 | $146.40 |
| | | | **0.60** | **$146.40** |

**TIMEKEEPER SUMMARY TOTALS**                                **$455.20**

TOTAL FEES                                                 $455.20

**TOTAL BALANCE DUE**                                        **$455.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

January 24, 2013
Invoice No.: 983812

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $254.40

File Number:        1000304.00246
Re:                 Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/28/12 | Review of status and ECF notice received today. | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/11/12 | Emails from/to D. Booth re ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                                     $254.40

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
|---|---|---|---|---|
| | | | 0.20 | $117.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00246

Invoice Date: January 24, 2013
Invoice No.: 983812
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | 0.30 | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**             **$254.40**

TOTAL FEES             $254.40

**TOTAL BALANCE DUE**             **$254.40**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983813

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $530.10

| | File Number: | 1000304.00247 |
| | Re: | Hernandez, Javier and Mariana v. GMAC Mortgage, LLC 728939 |

Your File Number:  728939

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/26/12 | Review and analysis of borrower's interrogatories and requests for admission. | TJC | 0.50 | 292.50 |
| 12/26/12 | Review discovery requests issued by borrowers. | DFS | 0.90 | 237.60 |
| | | | 1.40 | $530.10 |

**TOTAL FEES**                                                                      $530.10

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| D. F. Standa | Associate | $264.00 | 0.90 | $237.60 |
| | | | 1.40 | $530.10 |

**TIMEKEEPER SUMMARY TOTALS**                                                       $530.10

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00247

Invoice Date: January 24, 2013
Invoice No.:  983813
Page:  2

TOTAL FEES                                                                      $530.10

**TOTAL BALANCE DUE**                                                           **$530.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                              **Via Courier:**
Locke Lord LLP                               JPMorgan Chase
24259 Network Place                          525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                       Chicago, IL   60661
                                             Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

January 24, 2013
Invoice No.: 983814

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $1,633.80

File Number:        1000304.00251
Re:                 Rubino, Prosper v. GMAC Mortgage, 729705

Your File Number:  729705

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Email to Kathy Priore and Sheila Gregory re ██████ ████████ | TJC | 0.20 | 117.00 |
| 12/05/12 | Confer with T. Cunningham re: ████████ | SEM | 0.70 | 193.20 |
| 12/10/12 | E-mail to Sheila Gregory and Kathy Priore re ████ ████████████ | TJC | 0.30 | 175.50 |
| 12/10/12 | Draft status email to client and phone conference with borrower's counsel. | SEM | 0.60 | 165.60 |
| 12/13/12 | E-mails from and to Sherina Maye re ██████ | TJC | 0.10 | 58.50 |
| 12/17/12 | Email to Kathy Priore and Sheila Gregory re ████████ ████████ | TJC | 0.30 | 175.50 |
| | | | **2.20** | **$885.30** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Review of order received today granting extension of time for plaintiff to file his response to motion to dismiss appeal and re-affirming prior order dismissing case. | TJC | 0.10 | 58.50 |
| 12/05/12 | Analyze Order received from Appellate Court. | SEM | 0.30 | 82.80 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00251

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Pleadings** | | | | |
| 12/13/12 | Finalize Motion to Withdraw and prepare for filing. | SEM | 0.50 | 138.00 |
| 12/17/12 | Finalize Motion to Withdraw. | SEM | 0.70 | 193.20 |
| | | | **1.60** | **$472.50** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Written Discovery** | | | | |
| 12/10/12 | Analyze borrower's discovery requests to GMAC and confer with T. Cunningham re: status and strategy. | SEM | 0.60 | 165.60 |
| 12/19/12 | Draft letter to foreclosure counsel re: ▮▮▮▮▮ | SEM | 0.40 | 110.40 |
| | | | **1.00** | **$276.00** |

**TOTAL FEES**                                                                              **$1,633.80**


**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| S. E. Maye | Associate | $276.00 | 1.30 | $358.80 |
| | | | **2.20** | **$885.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| S. E. Maye | Associate | $276.00 | 1.50 | $414.00 |
| | | | **1.60** | **$472.50** |

**Written Discovery**

| | | | | |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 1.00 | $276.00 |
| | | | **1.00** | **$276.00** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$1,633.80**

TOTAL FEES                                                                                    $1,633.80

**TOTAL BALANCE DUE**                                                              **$1,633.80**

PLEASE REMIT PAYMENT TO:



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

January 24, 2013
Invoice No.: 983815

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                          $228.30

| File Number: | 1000304.00253 |
| Re: | Garcia, Minerva v. GMAC Mortgage, 729939 |

Your File Number:  729939

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/07/12 | Review opposing counsel's motion to withdraw. | DFS | 0.20 | 52.80 |
| 12/07/12 | Review of motion for leave to withdraw as counsel for defendant received today. | TJC | 0.10 | 58.50 |
| 12/07/12 | Conference with D. Standa re ███████████ | TJC | 0.20 | 117.00 |
| | | | 0.50 | $228.30 |

**TOTAL FEES**                                                              $228.30

**TIMEKEEPER SUMMARY:**

| Pleadings | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | 0.50 | $228.30 |

**TIMEKEEPER SUMMARY TOTALS**                                              $228.30

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00253

TOTAL FEES                                                                                      $228.30

**TOTAL BALANCE DUE**                                                             **$228.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                  JPMorgan Chase
24259 Network Place                         525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                     Chicago, IL   60661
                                                       Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

January 24, 2013
Invoice No.: 983816

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $175.50

File Number:       1000304.00255
Re:                Green, Carla v. GMAC Mortgage, 729948

Your File Number:  729948

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Emails re preparation of motion for leave to withdraw. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Emails from/to Sheila Gregory re ███████████ | TJC | 0.20 | 117.00 |
| | | | 0.20 | **$117.00** |

**TOTAL FEES**                                                     **$175.50**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| | | | 0.10 | $58.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00255

Invoice Date: January 24, 2013
Invoice No.: 983816
Page: 2

**Written Discovery**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$175.50**

TOTAL FEES                                                        $175.50

**TOTAL BALANCE DUE**                                            **$175.50**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

January 24, 2013
Invoice No.: 983817

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                     $1,092.40

File Number:      1000304.00257
Re:               1747 North Linder, Chicago, IL (Hunt), #730463

Your File Number:  730463

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/13/12 | Update and forward revised EZDEC. | JA | 0.10 | 20.00 |
| 12/31/12 | Emails to/from counsel for property donee re status. | TJC | 0.10 | 58.50 |
| 12/31/12 | Emails re status of obtaining water certification. | TJC | 0.10 | 58.50 |
| 12/31/12 | Research deadline for filing water certification. | JRG | 0.30 | 82.80 |
| | | | 0.60 | $219.80 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Emails re status of completing donation of property. | TJC | 0.20 | 117.00 |
| 12/04/12 | Correspond with J. Webb re: ▮ | JRG | 0.20 | 55.20 |
| 12/07/12 | Communicate with J. Webb re: ▮ | JRG | 0.20 | 55.20 |
| 12/13/12 | Review revised transfer tax form from J. Ackerberg. | JRG | 0.10 | 27.60 |
| 12/31/12 | Email J. Webb re: ▮ | JRG | 0.10 | 27.60 |
| | | | 0.80 | $282.60 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |

---

GMAC Mortgage, LLC
File No.:  1000304.00257

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | E-mails with representative of donee regarding execution of transfer declaration. | JCW | 0.20 | 59.00 |
| 12/07/12 | E-mails with J. Garner regarding ███████████ | JCW | 0.10 | 29.50 |
| 12/13/12 | Review next steps to complete transfer of property. | JCW | 0.20 | 59.00 |
| 12/13/12 | Conference with J. Garner regarding ████████ ████████ | JCW | 0.20 | 59.00 |
| 12/13/12 | Telephone call with Westside Urban Development regarding property transfer. | JCW | 0.10 | 29.50 |
| 12/13/12 | Telephone call with counsel for Westside Urban Development regarding property transfer. | JCW | 0.10 | 29.50 |
| 12/14/12 | Leave voicemail for counsel for Westside Urban Development regarding finalizing donation. | JCW | 0.10 | 29.50 |
| 12/18/12 | Leave voicemail for counsel for Westside Urban Development. | JCW | 0.10 | 29.50 |
| 12/18/12 | E-mail to counsel for Westside Urban Development. | JCW | 0.10 | 29.50 |
| 12/20/12 | Leave voicemail for counsel for Westside Urban Development. | JCW | 0.10 | 29.50 |
| 12/21/12 | Telephone call with counsel for Westside Urban Development regarding donation. | JCW | 0.20 | 59.00 |
| 12/21/12 | E-mail draft Quit Claim Deed and transfer declaration to counsel for Westside Urban Development for review. | JCW | 0.10 | 29.50 |
| 12/31/12 | E-mail to GMAC Mortgage regarding ███████████ | JCW | 0.10 | 29.50 |
| 12/31/12 | E-mails with opposing counsel regarding review of transfer declaration and draft quit claim deed. | JCW | 0.20 | 59.00 |
| | | | **2.00** | **$590.00** |

**TOTAL FEES**                                                                                    **$1,092.40**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| J. R. Garner | Associate | $276.00 | 0.30 | $82.80 |
| J. Ackerberg | Paralegal | $200.00 | 0.10 | $20.00 |
| | | | **0.60** | **$219.80** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| J. R. Garner | Associate | $276.00 | 0.60 | $165.60 |

GMAC Mortgage, LLC
File No.:  1000304.00257

Invoice Date: January 24, 2013
Invoice No.:  983817
Page:  3

**Settlement/Non-binding ADR**

|  |  |  |  | 0.80 | $282.60 |

**Other**

| J.C. Webb | | Associate | $295.00 | 2.00 | $590.00 |
| | | | | 2.00 | **$590.00** |

**TIMEKEEPER SUMMARY TOTALS** | | | | | **$1,092.40**

TOTAL FEES | | | | | $1,092.40

**TOTAL BALANCE DUE** | | | | | **$1,092.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983818

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    <u>$481.20</u>

File Number:        1000304.00260
Re:                 4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/07/12 | Attend administrative hearing regarding code violations. | DFS | 1.80 | 475.20 |
| | | | **1.80** | **$475.20** |

**TOTAL FEES**                                                          **$475.20**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.80 | $475.20 |
| | | | 1.80 | $475.20 |

**TIMEKEEPER SUMMARY TOTALS**                                          **$475.20**

GMAC Mortgage, LLC
File No.:  1000304.00260

Invoice Date: January 24, 2013
Invoice No.:  983818
Page:  2

| **EXPENSES** | **VALUE** |
|---|---|
| Clerk of the Circuit Court of Cook County - Alias Summons | 6.00 |
| **TOTAL EXPENSES** | **$6.00** |

| | |
|---|---|
| TOTAL FEES | $475.20 |
| TOTAL EXPENSES | $6.00 |
| TOTAL FEES AND EXPENSES | $481.20 |
| **TOTAL BALANCE DUE** | **$481.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983819

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012

<u>$524.80</u>

File Number:        1000304.00263
Re:                 5936-48 S MLK Drive (Jackson, 5940-1W) #731480

Your File Number:  731480

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 12/17/12 | Review of summary of status report from this morning's court appearance. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |
| **Document/File Management** | | **ATTY** | **HOURS** | **VALUE** |
| 12/19/12 | Obtain copy of Order entered on December 17, 2012. | TBT | 0.10 | 23.80 |
| | | | 0.10 | **$23.80** |
| **Other** | | **ATTY** | **HOURS** | **VALUE** |
| 12/03/12 | Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |
| 12/17/12 | E-mail to GMAC Mortgage regarding ███████████ | JCW | 0.20 | 59.00 |
| 12/18/12 | E-mails with GMAC Mortgage regarding ███████████ ███████████ | JCW | 0.20 | 59.00 |
| | | | 0.50 | **$147.50** |
| **Court Mandated Conferences** | | **ATTY** | **HOURS** | **VALUE** |
| 12/11/12 | Prepare for 12/17 hearing. | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00263

Invoice Date: January 24, 2013
Invoice No.: 983819
Page: 2

| | Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/17/12 | Attend Status hearing. | | JCW | 0.80 | 236.00 |
| | | | | **1.00** | **$295.00** |

**TOTAL FEES**                                                                 **$524.80**


**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 0.10 | $58.50 |
| | | | | **0.10** | **$58.50** |

**Document/File Management**

| | | | | | |
|---|---|---|---|---|---|
| T. B. Till | | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | | **0.10** | **$23.80** |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | | Associate | $295.00 | 0.50 | $147.50 |
| | | | | **0.50** | **$147.50** |

**Court Mandated Conferences**

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | | Associate | $295.00 | 1.00 | $295.00 |
| | | | | **1.00** | **$295.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                 **$524.80**


TOTAL FEES                                                                     $524.80

**TOTAL BALANCE DUE**                                                         **$524.80**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors


111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983820

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $881.50

| File Number: | 1000304.00264 |
| Re: | 5936-48 S MLK Drive (Sergenton, 5948-3), 731585 |

Your File Number:  731585

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Fact Investigation/Development** | | | | |
| 12/03/12 | E-mails with GMAC Mortgage regarding ▮▮▮▮▮ | JCW | 0.30 | 88.50 |
| | | | 0.30 | **$88.50** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 12/03/12 | Emails from/to Beth McWilliams re ▮▮▮▮▮ | TJC | 0.30 | 175.50 |
| 12/17/12 | Review of summary of status report from this morning's court appearance. | TJC | 0.10 | 58.50 |
| 12/18/12 | Email from Beth McWilliams with ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 12/20/12 | E-mail from Beth McWilliams re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 12/24/12 | E-mail from Beth McWilliams re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| | | | 0.70 | **$409.50** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Other** | | | | |
| 12/03/12 | Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |
| 12/17/12 | E-mail to GMAC Mortgage regarding ▮▮▮▮▮ | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.:  1000304.00264

Invoice Date: January 24, 2013
Invoice No.: 983820
Page:  2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Other** | | | | |
| | | | **0.30** | **$88.50** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Court Mandated Conferences** | | | | |
| 12/11/12 | Prepare for 12/17 hearing. | JCW | 0.20 | 59.00 |
| 12/17/12 | Attend Status hearing. | JCW | 0.80 | 236.00 |
| | | | **1.00** | **$295.00** |

**TOTAL FEES**                                                    **$881.50**

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **0.70** | **$409.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.00 | $295.00 |
| | | | **1.00** | **$295.00** |

**TIMEKEEPER SUMMARY TOTALS**                        **$881.50**

TOTAL FEES                                                      $881.50

**TOTAL BALANCE DUE**                                    **$881.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                          <u>Via Courier:</u>



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983821

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                          $26.40

|  | File Number: | 1000304.00265 |
|--|--------------|---------------|
|  | Re: | 12544 S Wallace, Chicago, IL, 731757 |

Your File Number:  731757

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|-------|-------------------|------|-------|-------|
| 12/07/12 | Phone call to city's counsel regarding September 24 Order. | DFS | 0.10 | 26.40 |
| | | | 0.10 | $26.40 |

**TOTAL FEES**                                                               $26.40

**TIMEKEEPER SUMMARY:**

| Analysis/Strategy | | | | |
|-------------------|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.10 | $26.40 |
| | | | 0.10 | $26.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                $26.40

TOTAL FEES                                                                   $26.40

**TOTAL BALANCE DUE**                                                        $26.40

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983822

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012          <u>$59.00</u>

| File Number: | 1000304.00266 |
| --- | --- |
| Re: | 12046 S Edbrooke, Chicago, IL (Mandarino), 732235 |

Your File Number:  732235

| Fact Investigation/Development | | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 12/04/12 | Telephone call with GMAC Mortgage regarding ████ ████ | JCW | 0.10 | 29.50 |
| | | | 0.10 | $29.50 |

| Other | | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 12/03/12 | Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |
| | | | 0.10 | $29.50 |

**TOTAL FEES**          **$59.00**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
| --- | --- | --- | --- | --- |
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | 0.10 | $29.50 |

GMAC Mortgage, LLC
File No.:  1000304.00266

Invoice Date: January 24, 2013
Invoice No.:  983822
Page:  2

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$59.00** |
| | |
| TOTAL FEES | $59.00 |
| | |
| **TOTAL BALANCE DUE** | **$59.00** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983823

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012

$1,993.10

| File Number: | 1000304.00267 |
| Re: | GMAC Mortgage v. Koenig & Strey, #722926 |

Your File Number:   722926

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/10/12  Exchange e-mails with Todd Underhill and Patrick Lerch regarding ███████ | PRP | 0.10 | 48.40 |
| | | 0.10 | $48.40 |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/11/12  Prepare for upcoming status conference, consider additional discovery required to prepare motion for summary judgment, and confer with Rusty Perdew regarding ████ | RMH | 0.80 | 236.00 |
| | | 0.80 | $236.00 |

| Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/12/12  Attend and participate in hearing at status conference and draft email update to Lauren Delehey with ████████ | RMH | 1.50 | 442.50 |
| | | 1.50 | $442.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00267

| | **Written Discovery** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/19/12 | Email opposing counsel to establish agreed plan for producing documents and responding to outstanding discovery. | RMH | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

| | **Document Production** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/04/12 | Analyze additional correspondence and other documentation in preparation for upcoming production. | RMH | 1.60 | 472.00 |
| 12/06/12 | Analyze additional correspondence and other documentation in preparation for upcoming production. | RMH | 0.80 | 236.00 |
| 12/10/12 | Analyze additional correspondence and other documentation and organize and prepare same for production. | RMH | 1.20 | 354.00 |
| 12/11/12 | Exchange e-mails with Todd Underhill regarding ███████████ ███████; outline plans for depositions. | PRP | 0.30 | 145.20 |
| | | | **3.90** | **$1,207.20** |

**TOTAL FEES**                                                           **$1,993.10**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.10 | $48.40 |
| | | | **0.10** | **$48.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.80 | $236.00 |
| | | | **0.80** | **$236.00** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 1.50 | $442.50 |
| | | | **1.50** | **$442.50** |

**Written Discovery**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: January 24, 2013
Invoice No.: 983823
Page: 3

**Document Production**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.30 | $145.20 |
| R.M. Holz | Associate | $295.00 | 3.60 | $1,062.00 |
| | | | 3.90 | $1,207.20 |

**TIMEKEEPER SUMMARY TOTALS**        **$1,993.10**

TOTAL FEES        $1,993.10

**TOTAL BALANCE DUE**        **$1,993.10**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983825

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $1,317.90

| File Number: | 1000304.00270 |
| Re: | 346 W. 60th, Chicago, IL (Knazze), #733068 |

Your File Number:  733068

| **Fact Investigation/Development** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/11/12  Conference with Sherina Maye regarding ████████ ██████ | JCW | 0.30 | 88.50 |
| | | 0.30 | $88.50 |

| **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/10/12  Telephone conference with city counsel and strategize case with J. Webb. | SEM | 0.90 | 248.40 |
| 12/11/12  Draft status email to client. | SEM | 0.50 | 138.00 |
| 12/11/12  Review of status report from this morning's court appearance and proposed strategy. | TJC | 0.20 | 117.00 |
| | | 1.60 | $503.40 |

| **Other** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/03/12  Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |
| | | 0.10 | $29.50 |

GMAC Mortgage, LLC
File No.: 1000304.00270

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/12 | Telephone call with city counsel re: Motion to Dismiss. | SEM | 0.40 | 110.40 |
| | | | **0.40** | **$110.40** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/07/12 | Prepare for upcoming hearing. | SEM | 0.70 | 193.20 |
| 12/11/12 | Attend court. | SEM | 1.40 | 386.40 |
| | | | **2.10** | **$579.60** |

**TOTAL FEES**                                                  **$1,311.40**

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
|---|---|---|---|---|
| | | | **0.30** | **$88.50** |

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
|---|---|---|---|---|
| S. E. Maye | Associate | $276.00 | 1.40 | $386.40 |
| | | | **1.60** | **$503.40** |

**Other**

| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
|---|---|---|---|---|
| | | | **0.10** | **$29.50** |

**Pleadings**

| S. E. Maye | Associate | $276.00 | 0.40 | $110.40 |
|---|---|---|---|---|
| | | | **0.40** | **$110.40** |

**Court Mandated Conferences**

| S. E. Maye | Associate | $276.00 | 2.10 | $579.60 |
|---|---|---|---|---|
| | | | **2.10** | **$579.60** |

GMAC Mortgage, LLC
File No.: 1000304.00270

Invoice Date: January 24, 2013
Invoice No.:  983825
Page:  3

## TIMEKEEPER SUMMARY TOTALS

$1,311.40

| EXPENSES | VALUE |
|---|---|
| Acquire copies of documents recorded against subject property | 6.50 |
| **TOTAL EXPENSES** | **$6.50** |

TOTAL FEES                                                                         $1,311.40

TOTAL EXPENSES                                                                       $6.50

TOTAL FEES AND EXPENSES                                                          $1,317.90

**TOTAL BALANCE DUE**                                                            **$1,317.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983826

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $5,929.60

File Number:        1000304.00275
Re:                 4812 Homerlee Ave, East Chicago, IN (Guess), #732922

Your File Number:  732922

**Fact Investigation/Development**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Review status of litigation and investigation in preparation for call with GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 12/04/12 | Telephone call with GMAC Mortgage regarding ███████ | JCW | 0.20 | 59.00 |
| 12/12/12 | E-mails with litigation team and GMAC Mortgage regarding ████████ | JCW | 0.30 | 88.50 |
| 12/13/12 | E-mails with litigation team regarding ███████ | JCW | 0.20 | 59.00 |
| 12/14/12 | E-mails with litigation team regarding ███████ | JCW | 0.20 | 59.00 |
| | | | 1.10 | $324.50 |

**Analysis/Strategy**

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Phone call with GMACM regarding ██████ | CGS | 0.30 | 76.50 |
| 12/12/12 | Draft email to GMACM regarding █████ | CGS | 0.70 | 178.50 |
| 12/12/12 | E-mail setting forth ███████ | TJC | 0.10 | 58.50 |
| 12/12/12 | Review evidence regarding sale of property and draft e-mail to Beth McWilliams regarding ████████ | PRP | 2.20 | 1,064.80 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00275

Invoice Date: January 24, 2013
Invoice No.: 983826
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/13/12 | E-mail from Beth McWilliams re ███████ | TJC | 0.10 | 58.50 |
| 12/13/12 | Exchange e-mails with Beth McWilliams regarding ███████ | PRP | 0.20 | 96.80 |
| 12/14/12 | Exchange e-mails and speak with Beth McWilliams regarding ███████ | PRP | 0.60 | 290.40 |
| 12/14/12 | Review "state form" regarding conveyance of subject property from BONY to third-party purchaser. | CGS | 0.40 | 102.00 |
| 12/17/12 | Draft affidavit for John Schlick re: sale of subject property to third-party. | CGS | 1.50 | 382.50 |
| 12/19/12 | Review emails to and from GMACM and phone call with GMACM regarding ███████ | CGS | 1.10 | 280.50 |
| 12/19/12 | Exchange multiple e-mails with Beth McWilliams regarding ███████ | PRP | 0.50 | 242.00 |
| 12/19/12 | Speak with counsel for City of East Chicago regarding hearing on motion for priority and dismissal of trustee. | PRP | 0.40 | 193.60 |
| 12/19/12 | E-mails re deed and possible resolution of matter. | TJC | 0.10 | 58.50 |
| 12/20/12 | Review emails to and from GMACM re: ███████ | CGS | 0.40 | 102.00 |
| | | | **8.60** | **$3,185.10** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/17/12 | Revise affidavit for John Schlick of GMAC. | PRP | 0.20 | 96.80 |
| | | | **0.20** | **$96.80** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/20/12 | Attend hearing on City's motion for priority of action. | PRP | 4.80 | 2,323.20 |
| | | | **4.80** | **$2,323.20** |

## TOTAL FEES                                                                  **$5,929.60**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | | Associate | $295.00 | 1.10 | $324.50 |
| | | | | **1.10** | **$324.50** |

GMAC Mortgage, LLC
File No.:  1000304.00275

Invoice Date: January 24, 2013
Invoice No.:  983826
Page: 3

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 3.90 | $1,887.60 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| C. G. Shetty | Associate | $255.00 | 4.40 | $1,122.00 |
| | | | **8.60** | **$3,185.10** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| | | | **0.20** | **$96.80** |

### Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 4.80 | $2,323.20 |
| | | | **4.80** | **$2,323.20** |

**TIMEKEEPER SUMMARY TOTALS**                                         **$5,929.60**

TOTAL FEES                                                                  $5,929.60

**TOTAL BALANCE DUE**                                                  **$5,929.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983827

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                               $928.80

File Number:       1000304.00276
Re:                1330 State Street, Alton, IL (Berry), #732622

Your File Number:  732622

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/06/12 Revise e-mail to GMAC Mortgage regarding ▮▮▮▮ | JCW | 0.70 | 206.50 |
| | | 0.70 | $206.50 |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/04/12 Conference with J. Webb re: ▮▮▮▮ | SEM | 0.30 | 82.80 |
| 12/05/12 Telephone call with city counsel and draft status email to client. | SEM | 0.90 | 248.40 |
| 12/06/12 E-mail to Beth McWilliams recommending ▮▮▮▮ ▮▮▮▮ | TJC | 0.10 | 58.50 |
| 12/12/12 Review of docket showing current status of matter. | TJC | 0.10 | 58.50 |
| 12/17/12 Communicate with client re: ▮▮▮▮ | SEM | 0.40 | 110.40 |
| | | 1.80 | $558.60 |

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/03/12 Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |
| 12/12/12 Retrieve and circulate docket report to litigation team. | TBT | 0.10 | 23.80 |

GMAC Mortgage, LLC
File No.:  1000304.00276

Invoice Date: January 24, 2013
Invoice No.:  983827
Page:  2

| | | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| | **Other** | | | | |
| | | | | 0.20 | $53.30 |
| | | | | | |
| | **Pleadings** | | ATTY | HOURS | VALUE |
| 12/04/12 | Telephone call with clerk re: filing of Answer. | | SEM | 0.40 | 110.40 |
| | | | | 0.40 | $110.40 |

**TOTAL FEES**      $928.80

### TIMEKEEPER SUMMARY:

| | | | | | |
|---|---|---|---|---|---|
| | **Fact Investigation/Development** | | | | |
| | J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| | | | | 0.70 | $206.50 |
| | **Analysis/Strategy** | | | | |
| | T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | S. E. Maye | Associate | $276.00 | 1.60 | $441.60 |
| | | | | 1.80 | $558.60 |
| | **Other** | | | | |
| | J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | | 0.20 | $53.30 |
| | **Pleadings** | | | | |
| | S. E. Maye | Associate | $276.00 | 0.40 | $110.40 |
| | | | | 0.40 | $110.40 |

**TIMEKEEPER SUMMARY TOTALS**      $928.80

TOTAL FEES      $928.80

**TOTAL BALANCE DUE**      $928.80

PLEASE REMIT PAYMENT TO:



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983828

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $71.40

File Number:          1000304.00277
Re:                   5920 S Green, Chicago, IL (Wilson), #732962

Your File Number:  732962

| Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/21/12  Upload and circulate to litigation team ▮▮▮▮▮▮▮▮ | TBT | 0.30 | 71.40 |
| | | 0.30 | $71.40 |

**TOTAL FEES**                                                                     $71.40

### TIMEKEEPER SUMMARY:

**Document/File Management**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | 0.30 | $71.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                      $71.40

TOTAL FEES                                                                         $71.40

**TOTAL BALANCE DUE**                                                              $71.40

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983829

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                        <u>$417.20</u>

File Number:        1000304.00219
Re:                 FHLB Boston v. Residential, #713113

Your File Number:  713113

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/12/12 | Monitor and review relevant joint defense emails re ███ | JMG | 0.20 | 91.60 |
| 12/12/12 | E-mail re Fitch and Moody's responses and objections to discovery requests. | TJC | 0.10 | 58.50 |
| 12/18/12 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 12/26/12 | Monitor and review joint defense emails re ███ | JMG | 0.20 | 91.60 |
| 12/26/12 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 12/27/12 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| | | | 0.80 | $417.20 |

**TOTAL FEES**                                                        $417.20

<u>**TIMEKEEPER SUMMARY:**</u>

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: January 24, 2013
Invoice No.: 983829
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.80** | **$417.20** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$417.20**

TOTAL FEES                                                                  $417.20

**TOTAL BALANCE DUE**                                                **$417.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983830

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                    $131.00

File Number:         1000304.00283
Re:                  Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number:  734282

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | E-mail notice of bankruptcy stay to Mr. Booth. | JLS | 0.10 | 37.40 |
| 12/12/12 | Call with co-defendant's counsel regarding ███████ ███████ | JLK | 0.30 | 93.60 |
| | | | 0.40 | $131.00 |

**TOTAL FEES**                                                          **$131.00**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| J. L. Kinney | Associate | $312.00 | 0.30 | $93.60 |
| | | | 0.40 | $131.00 |

**TIMEKEEPER SUMMARY TOTALS**                                           **$131.00**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00283

Invoice Date: January 24, 2013
Invoice No.:  983830
Page:  2

TOTAL FEES                                                                          $131.00

**TOTAL BALANCE DUE**                                                      **$131.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                         JPMorgan Chase
24259 Network Place              525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242          Chicago, IL   60661
                                              Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983831

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                              $1,722.30

File Number:          1000304.00220
Re:                   FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 12/06/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 12/07/12 | Emails between and among joint defense counsel. | TJC | 0.10 | 58.50 |
| 12/11/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 12/12/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 12/13/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 12/13/12 | Monitor and review relevant joint defense correspondence. | JMG | 0.30 | 137.40 |
| 12/18/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 12/19/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 12/20/12 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: January 24, 2013
Invoice No.: 983831
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/12 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 12/29/12 | Emails between and among joint defense counsel re ███████ ██████████ | TJC | 0.20 | 117.00 |
| | | | **1.60** | **$897.90** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/06/12 | Monitor, review relevant joint defense emails. | JMG | 0.40 | 183.20 |
| 12/12/12 | Monitor and review relevant joint defense emails. | JMG | 0.20 | 91.60 |
| 12/18/12 | Monitor/review relevant joint defense emails. | JMG | 0.20 | 91.60 |
| 12/20/12 | Monitor, review joint defense emails. | JMG | 0.30 | 137.40 |
| | | | **1.10** | **$503.80** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/10/12 | Monitor and review electronic filing notices re docket activity. | JMG | 0.20 | 91.60 |
| 12/21/12 | Monitor and review docket activity. | JMG | 0.50 | 229.00 |
| | | | **0.70** | **$320.60** |

**TOTAL FEES**                                                                    **$1,722.30**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
| | | | **1.60** | **$897.90** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.10 | $503.80 |
| | | | **1.10** | **$503.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| | | | **0.70** | **$320.60** |

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: January 24, 2013
Invoice No.:  983831
Page:  3

**TIMEKEEPER SUMMARY TOTALS**                                             **$1,722.30**

TOTAL FEES                                                                $1,722.30

**TOTAL BALANCE DUE**                                                     **$1,722.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                              **Via Courier:**
Locke Lord LLP                               JPMorgan Chase
24259 Network Place                          525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                       Chicago, IL   60661
                                             Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983832

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    <u>$494.00</u>

File Number:        1000304.00285
Re:                 6032 S. Lafayette (McCamey). #734245

Your File Number:  734245

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Telephone call with GMAC Mortgage regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | JCW | 0.20 | 59.00 |
| | | | 0.20 | **$59.00** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Review online dockets for collection action and for building court action. | DFS | 0.60 | 158.40 |
| 12/07/12 | Review fact package. | DFS | 0.60 | 158.40 |
| | | | 1.20 | **$316.80** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Review administrative code violation orders and collection case orders. | DFS | 0.30 | 79.20 |
| | | | 0.30 | **$79.20** |

**TOTAL FEES**                                                    **$455.00**

GMAC Mortgage, LLC
File No.:  1000304.00285

Invoice Date: January 24, 2013
Invoice No.:  983832
Page:  2

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.20 | $316.80 |
| | | | **1.20** | **$316.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.30 | $79.20 |
| | | | **0.30** | **$79.20** |

**TIMEKEEPER SUMMARY TOTALS**                                 **$455.00**

| | |
|---|---|
| **EXPENSES** | **VALUE** |
| Acquire copies of documents recorded against subject property | 39.00 |
| **TOTAL EXPENSES** | **$39.00** |

TOTAL FEES                                                          $455.00

TOTAL EXPENSES                                                      $39.00

TOTAL FEES AND EXPENSES                                             $494.00

**TOTAL BALANCE DUE**                                              **$494.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Lauren Delehey
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983834

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $2,260.20

File Number:        1000304.00287
Re:                 Anctil v. GMAC Mortgage, LLC #734876

Your File Number: 734876

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Review, analysis of complaint and assess applicability of lift stay order and related bankruptcy issues. | JMG | 0.50 | 229.00 |
| 12/03/12 | Emails from/to Lauren Delehey re ██████████████ | TJC | 0.20 | 117.00 |
| 12/03/12 | Emails to/from Joe Froehlich re ██████████ | TJC | 0.20 | 117.00 |
| 12/05/12 | Edit Notice of Bankruptcy and letter to plaintiff's counsel re bankruptcy filing and effect of automatic stay. | JNF | 0.30 | 162.00 |
| 12/10/12 | Formulate strategy for ██████████ | JNF | 0.20 | 108.00 |
| 12/11/12 | Formulate strategy for ██████████ | JNF | 0.10 | 54.00 |
| 12/11/12 | E-mail to Lauren Delehey re ██████████ | TJC | 0.20 | 117.00 |
| | | | 1.70 | $904.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Various emails re notice of bankruptcy and stay violation letter. | JMG | 0.20 | 91.60 |
| 12/11/12 | Emails re notice of bankruptcy stay. | JMG | 0.20 | 91.60 |
| | | | 0.40 | $183.20 |

GMAC Mortgage, LLC
File No.: 1000304.00287

Invoice Date: January 24, 2013
Invoice No.: 983834
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Review, analysis of complaint and analysis of whether automatic stay applies. | TJC | 0.80 | 468.00 |
| | | | 0.80 | $468.00 |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/12 | Prepare notice of bankruptcy and letter regarding same. | JEV | 0.80 | 225.60 |
| 12/06/12 | Research Southern District of New York rules of procedure related to filing notice of bankruptcy; revise notice of bankruptcy and letter regarding same. | JEV | 0.60 | 169.20 |
| 12/10/12 | Revise and prepare for filing notice of bankruptcy; prepare notice of appearance; research S.D.N.Y. court rules regarding notice of bankruptcy filing requirements. | JEV | 1.10 | 310.20 |
| | | | 2.50 | $705.00 |

**TOTAL FEES**                                                                                     **$2,260.20**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| J.N Froehlich | Partner | $540.00 | 0.60 | $324.00 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | 1.70 | $904.00 |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | 0.40 | $183.20 |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | 0.80 | $468.00 |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J.E. Viskocil | Associate | $282.00 | 2.50 | $705.00 |
| | | | 2.50 | $705.00 |

GMAC Mortgage, LLC
File No.:  1000304.00287

Invoice Date: January 24, 2013
Invoice No.:  983834
Page:  3

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$2,260.20** |
| | |
| TOTAL FEES | $2,260.20 |
| | |
| **TOTAL BALANCE DUE** | **$2,260.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983835

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $2,025.90

File Number:     1000304.00288
Re:              Mays, Matthew v. GMAC Mortgage, LLC, 734852

Claim Number: 11506
Your File Number: 734852

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Analysis of applicability of automatic stay to this matter. | TJC | 0.20 | 117.00 |
| 12/03/12 | Emails from/to Don Booth re ▓▓▓▓▓ | TJC | 0.20 | 117.00 |
| 12/03/12 | Emails to/from Jason Sanders re ▓▓▓▓▓ | TJC | 0.20 | 117.00 |
| 12/05/12 | Review automatic stay requirements for analysis with borrower's claims; draft notice of bankruptcy for federal court; draft letter to opposing counsel regarding the same; circulate for review. | JRJ | 0.90 | 201.60 |
| 12/08/12 | Draft letter to opposing counsel regarding the automatic stay. | JLS | 0.10 | 37.40 |
| 12/11/12 | Review correspondence with client and notice of bankruptcy documents for filing. | JRJ | 0.20 | 44.80 |
| 12/11/12 | Review and revise suggestion of bankruptcy stay. | JLS | 0.30 | 112.20 |
| 12/12/12 | Review letter to opposing counsel and notice of bankruptcy stay. | JLS | 0.30 | 112.20 |
| 12/13/12 | Send notice of bankruptcy to Mr. Booth. | JLS | 0.10 | 37.40 |
| 12/15/12 | E-mail Judge's clerk regarding certificate of conference. | JLS | 0.10 | 37.40 |
| 12/17/12 | Work on case strategy. | JLS | 0.40 | 149.60 |
| | | | **3.00** | **$1,083.60** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00288

Invoice Date: January 24, 2013
Invoice No.: 983835
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Review, analysis of complaint and emails summarizing background of matter. | TJC | 0.50 | 292.50 |
| 12/04/12 | Review petition and discuss strategy moving forward; review bankruptcy documents and other client provided documents; draft and circulate initial case assessment memorandum. | JRJ | 2.30 | 515.20 |
| 12/11/12 | Review complaint, Pacer for the status of the litigation, and review and revise correspondence to borrower's counsel. | JLS | 0.30 | 112.20 |
| 12/13/12 | Review filings in federal court and email correspondence from client regarding ▮▮▮▮ | JRJ | 0.10 | 22.40 |
| | | | 3.20 | $942.30 |

**TOTAL FEES** $2,025.90

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 1.30 | $486.20 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| J. Rudinger, Jr. | Associate | $224.00 | 1.10 | $246.40 |
| | | | 3.00 | $1,083.60 |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.30 | $112.20 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| J. Rudinger, Jr. | Associate | $224.00 | 2.40 | $537.60 |
| | | | 3.20 | $942.30 |

**TIMEKEEPER SUMMARY TOTALS** $2,025.90

**TOTAL FEES** $2,025.90

**TOTAL BALANCE DUE** $2,025.90

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983836

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $2,518.60

File Number:       1000304.00289
Re:                Aribal, Antoniette v. GMAC Mortgage LLC, 735347

Your File Number: 735347

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/14/12 | Email from Lauren Delehey re ███████ | TJC | 0.10 | 58.50 |
| 12/15/12 | Emails from/to Matt Goodin re ███ | TJC | 0.20 | 117.00 |
| 12/17/12 | Conference with Matt Goodin re ███████████ | TJC | 0.30 | 175.50 |
| 12/17/12 | Email from Jennifer Scoliard re ███████████████████ | TJC | 0.10 | 58.50 |
| 12/17/12 | Review and analysis of complaint and consideration of what plaintiff is attempting to achieve with this case. | TJC | 0.60 | 351.00 |
| 12/17/12 | Review, analysis of class action complaint with exhibits and emails from/to N. Campbell and L. Delehey re ████ | JMG | 1.20 | 549.60 |
| 12/18/12 | Analysis of strategy issues and review of relevant bankruptcy court orders. | JMG | 0.60 | 274.80 |
| 12/18/12 | Various emails from/to J. Scoliard, L. Delehey, et al. re ████ | JMG | 0.30 | 137.40 |
| 12/19/12 | Prepare for and participate in telephone conference with L. Delehey, N. Rosenbaum (MoFo), et al. | JMG | 0.50 | 229.00 |
| | | | **3.90** | **$1,951.30** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00289

Invoice Date: January 24, 2013
Invoice No.: 983836
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/15/12 | Review, analysis of complaint. | TJC | 0.50 | 292.50 |
| 12/19/12 | Draft, revise notice of bankruptcy and stay violation letter and various emails re same. | JMG | 0.60 | 274.80 |
| | | | 1.10 | $567.30 |

**TOTAL FEES**      **$2,518.60**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.60 | $1,190.80 |
| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
| | | | 3.90 | $1,951.30 |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | 1.10 | $567.30 |

**TIMEKEEPER SUMMARY TOTALS**      **$2,518.60**

TOTAL FEES      $2,518.60

**TOTAL BALANCE DUE**      **$2,518.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983837

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $2,690.70

File Number:     1000304.00290
Re:              Singh, James v. ETS Services LLC, 735143

Your File Number:  735143

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/16/12 | Review docket in prior action by plaintiff Singh. | RJM | 0.80 | 422.40 |
| 12/17/12 | Correspondence with co-defendant Wells Fargo's counsel re removal to federal court. | RJM | 0.40 | 211.20 |
| | | | **1.20** | **$633.60** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/14/12 | Review complaint, motion to consolidate and related documents received from D. Booth and emails re ▮▮▮▮▮ | JMG | 0.40 | 183.20 |
| 12/14/12 | Email from Don Booth re ▮▮▮ | TJC | 0.10 | 58.50 |
| 12/15/12 | Emails from/to Regina McClendon re ▮▮ | TJC | 0.20 | 117.00 |
| 12/16/12 | Draft letter to plaintiff's counsel re bankruptcy stay. | RJM | 0.40 | 211.20 |
| 12/16/12 | Correspondence with Don Booth re ▮▮▮ | RJM | 0.30 | 158.40 |
| 12/17/12 | Correspondence with Don Booth re ▮▮▮ | RJM | 0.20 | 105.60 |
| 12/28/12 | Correspondence with Don Booth re ▮▮▮ | RJM | 0.20 | 105.60 |
| | | | **1.80** | **$939.50** |

GMAC Mortgage, LLC
File No.:  1000304.00290

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/28/12 | Review notice of dismissal as to ETS and emails re same. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/14/12 | Analysis of new complaint. | RJM | 0.70 | 369.60 |
| 12/15/12 | Review, analysis of complaint. | TJC | 0.30 | 175.50 |
| 12/16/12 | Draft notice of bankruptcy. | RJM | 0.60 | 316.80 |
| 12/28/12 | Review dismissal of ETS without prejudice. | RJM | 0.20 | 105.60 |
| 12/28/12 | Review of order dismissing ETS from case. | TJC | 0.10 | 58.50 |
| | | | **1.90** | **$1,026.00** |

**TOTAL FEES**                                                            **$2,690.70**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 1.20 | $633.60 |
| | | | **1.20** | **$633.60** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.10 | $580.80 |
| | | | **1.80** | **$939.50** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |

GMAC Mortgage, LLC
File No.:  1000304.00290

Invoice Date: January 24, 2013
Invoice No.:  983837
Page:  3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 1.50 | $792.00 |
| | | | 1.90 | $1,026.00 |

**TIMEKEEPER SUMMARY TOTALS**                                                                    **$2,690.70**

TOTAL FEES                                                                                                        $2,690.70

**TOTAL BALANCE DUE**                                                                                    **$2,690.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983838

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $6,621.50

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/07/12 | Telephone call to Jordan Wishnew at MoFo re ▉▉▉▉ | TJC | 0.10 | 58.50 |
| 12/07/12 | Email to Jordan Wishnew re ▉▉ | TJC | 0.10 | 58.50 |
| 12/10/12 | E-mail from Jordan Wishnew re ▉▉▉▉▉▉ | TJC | 0.10 | 58.50 |
| 12/10/12 | Telephone conference with Jordan Wishnew re ▉▉▉▉ | TJC | 0.20 | 117.00 |
| 12/14/12 | Emails re Thursday's hearing. | TJC | 0.10 | 58.50 |
| 12/14/12 | Telephone conference with Jordan Wishnew re ▉▉▉▉▉ | TJC | 0.20 | 117.00 |
| 12/19/12 | Preparation for tomorrow's hearing on interim fee petition. | TJC | 1.00 | 585.00 |
| 12/20/12 | Attendance at hearing pertaining to interim fee petition. | TJC | 3.50 | 2,047.50 |
| 12/21/12 | E-mails re order entered yesterday and process for getting remaining fees paid. | TJC | 0.20 | 117.00 |
| 12/21/12 | E-mails to and from Kathy Morehouse re ▉▉▉▉▉ | TJC | 0.30 | 175.50 |
| 12/26/12 | Review of current billing and invoicing practices and changes we need to make in light of court's comments at presentation of fee petitions last week. | TJC | 0.40 | 234.00 |

---

GMAC Mortgage, LLC
File No.: 1000304.00000

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/31/12 | Emails to/from Kathy Morehouse re ▇▇▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | TJC | 0.20 | 117.00 |
| | | | 6.40 | $3,744.00 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/12/12 | Review the United States Trustee's Objection to Fee Application; create chart of attorneys' fees identifying the hours spent and fees billed for each matter as objected to by the United States Trustee. | TBT | 2.00 | 476.00 |
| 12/14/12 | Prepare binder for hearing. | TBT | 0.60 | 142.80 |
| | | | 2.60 | $618.80 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/07/12 | Preparation of retention application. | TJC | 0.30 | 175.50 |
| 12/10/12 | Review of US Trustee's omnibus objection to interim fee petitions. | TJC | 0.50 | 292.50 |
| 12/11/12 | Revision of retention application per conversation with Jordan Wishnew yesterday. | TJC | 0.50 | 292.50 |
| 12/12/12 | Preparation of response to Trustee's objection to interim fee petition. | TJC | 1.00 | 585.00 |
| 12/17/12 | Review Reply in support of first quarterly fee application and confer with T. Cunningham re: ▇▇▇▇ | BAR | 0.80 | 211.20 |
| 12/31/12 | Review of order approving interim fee application and consideration of how we now apply the order to the outstanding invoices given reductions plus 10% holdback. | TJC | 0.40 | 234.00 |
| | | | 3.50 | $1,790.70 |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/12/12 | Preparation for next week's hearing on interim fee petition. | TJC | 0.80 | 468.00 |
| | | | 0.80 | $468.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL FEES** | | | | **$6,621.50** |

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 6.40 | $3,744.00 |
| | | | 6.40 | $3,744.00 |

### Other

GMAC Mortgage, LLC
File No.:  1000304.00000

Invoice Date: January 24, 2013
Invoice No.:  983838
Page:  3

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 2.60 | $618.80 |
| | | | **2.60** | **$618.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.70 | $1,579.50 |
| B. A. Raynor | Associate | $264.00 | 0.80 | $211.20 |
| | | | **3.50** | **$1,790.70** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **0.80** | **$468.00** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$6,621.50**

TOTAL FEES                                                                                     $6,621.50

**TOTAL BALANCE DUE**                                                            **$6,621.50**

PLEASE REMIT PAYMENT TO:

<ins>Via US Mail:</ins>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<ins>Via Courier:</ins>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983858

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $7,397.70

File Number:      1000304.00284
Re:               5121 S Union (Rauscher), #734248

Your File Number:  734248

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Telephone call with GMAC Mortgage regarding ▮▮▮ | JCW | 0.20 | 59.00 |
| 12/04/12 | Review status of litigation and investigation in preparation for call with GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 12/19/12 | Conference with D. Standa regarding ▮▮▮ | JCW | 0.30 | 88.50 |
| | | | 0.70 | $206.50 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Review email trail between Deutsche Bank and GMAC; review court filings in collection actions and in administrative code violations actions. | DFS | 0.80 | 211.20 |
| 12/04/12 | Phone call with Beth McWilliams regarding ▮▮▮ | DFS | 0.20 | 52.80 |
| 12/05/12 | Attend hearing on rules to show cause in collection action against Deutsche Bank. | DFS | 2.00 | 528.00 |
| 12/07/12 | Review fact package. | DFS | 0.60 | 158.40 |
| 12/19/12 | Exchange emails with client regarding ▮▮▮ | DFS | 2.30 | 607.20 |

GMAC Mortgage, LLC
File No.: 1000304.00284

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/19/12 | NO CHARGE E-mails re tomorrow's court appearance and position we are to take. | TJC | 0.30 | 175.50 |
| 12/20/12 | E-mails re amounts of checks required to resolve case. | TJC | 0.10 | 58.50 |
| 12/20/12 | Exchange phone calls and emails with Deutsche Bank's counsel, city of Chicago's counsel and client regarding satisfaction of judgment amount in collection action. | DFS | 2.50 | 660.00 |
| 12/21/12 | Conference calls with Deutsche Bank, Deutsche Bank's counsel, and client regarding collection action, rule to show cause, and timing of payment to satisfy judgment. | DFS | 2.50 | 660.00 |
| 12/23/12 | Exchange emails with city of Chicago's counsel regarding payoff letters. | DFS | 0.20 | 52.80 |
| 12/24/12 | Exchange emails and phone calls with city of Chicago's counsel, Deutsche Bank's counsel, and GMAC regarding check process for payment of judgment amount. | DFS | 0.90 | 237.60 |
| 12/26/12 | Exchange emails and phone calls with city of Chicago's counsel, Deutsche Bank's counsel and GMAC regarding check process and possible wire transfer to satisfy judgment amount. | DFS | 1.50 | 396.00 |
| 12/27/12 | Exchange emails and phone calls with city of Chicago's counsel, Deutsche Bank's counsel and GMAC regarding wire transfer to satisfy judgment amount and agreement to continue hearing on rule to show cause. | DFS | 1.80 | 475.20 |
| 12/28/12 | Exchange emails and phone calls with city of Chicago's counsel, Deutsche Bank's counsel and GMAC regarding wire instructions and confirmation. | DFS | 0.80 | 211.20 |
| | | | 16.50 | $4,484.40 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/28/12 | Conference call with J. Hoy regarding ███████████████ e-mail to opposing counsel regarding payment/wire confirmation; conference call with opposing counsel regarding payment/wire confirmation and entry of order dismissing case. | KAW | 0.70 | 206.50 |
| 12/31/12 | Emails re status of satisfaction of judgment. | TJC | 0.20 | 117.00 |
| | | | 0.90 | $323.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/20/12 | Conferences with D. Standa regarding ████████████████████ | JCW | 0.40 | 118.00 |
| 12/20/12 | Conference with D. Standa regarding ███████████ | JCW | 0.40 | 118.00 |
| 12/21/12 | Online research via Cook County Recorder of Deeds to determine whether anything new has been recorded pertaining to the two collection cases. | TBT | 0.10 | 23.80 |
| 12/21/12 | Conference with GMAC Mortgage and Deutsche Bank regarding ██████████████████ | JCW | 1.00 | 295.00 |

GMAC Mortgage, LLC
File No.:  1000304.00284

Invoice Date: January 24, 2013
Invoice No.: 983858
Page: 3

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/12 | Conferences with litigation team and GMAC Mortgage regarding ▮▮▮▮▮▮▮▮▮▮▮▮ | JCW | 1.00 | 295.00 |
| | | | 2.90 | $849.80 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/12 | Review of orders from today's court appearance and email summary of same. | TJC | 0.30 | 175.50 |
| 12/20/12 | Review of order entered this morning. | TJC | 0.10 | 58.50 |
| | | | 0.40 | $234.00 |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/20/12 | Attend hearing on rule to show cause issued in collection action. | DFS | 3.00 | 792.00 |
| 12/27/12 | Attend Hearing on the City of Chicago's rule to show cause for failure to respond to citation to discover assets; conference with City's attorney regarding payment of outstanding amounts due; conference call with J. Hoy regarding ▮▮▮▮▮▮▮▮ | KAW | 2.20 | 649.00 |
| | | | 5.20 | $1,441.00 |

**Less No Charge Entry**                                                                   ($175.50)

**TOTAL ADJUSTED FEES**                                                              $7,363.70


## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| | | | 0.70 | $206.50 |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| D. F. Standa | Associate | $264.00 | 16.10 | $4,250.40 |
| | | | 16.50 | $4,484.40 |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| K.A. Wisniewski | Associate | $295.00 | 0.70 | $206.50 |

GMAC Mortgage, LLC
File No.: 1000304.00284

Invoice Date: January 24, 2013
Invoice No.: 983858
Page: 4

**Settlement/Non-binding ADR**

|  |  |  | 0.90 | $323.50 |
|---|---|---|---|---|

**Other**

| J.C. Webb | Associate | $295.00 | 2.80 | $826.00 |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
|  |  |  | **2.90** | **$849.80** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
|---|---|---|---|---|
|  |  |  | **0.40** | **$234.00** |

**Court Mandated Conferences**

| D. F. Standa | Associate | $264.00 | 3.00 | $792.00 |
|---|---|---|---|---|
| K.A. Wisniewski | Associate | $295.00 | 2.20 | $649.00 |
|  |  |  | **5.20** | **$1,441.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$7,539.20**

| EXPENSES | VALUE |
|---|---|
| Acquire copies of documents recorded against subject property | 34.00 |
| **TOTAL EXPENSES** | **$34.00** |

| TOTAL FEES | $7,539.20 |
|---|---|
| Less No Charge Entry | ($175.50) |
| TOTAL ADJUSTED FEES | $7,363.70 |
| TOTAL EXPENSES | $34.00 |
| TOTAL FEES AND EXPENSES | $7,397.70 |
| **TOTAL BALANCE DUE** | **$7,397.70** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Minneapolis, MN 55437

January 24, 2013
Invoice No.: 983869

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $1,671.60

File Number:      1000304.00286
Re:                     Craig, Jana v. GMAC Mortgage, LLC #734793

Your File Number:  734793

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/30/12 | Preliminary review/analysis of complaint and application of lift-stay order and emails re same. | JMG | 0.60 | 274.80 |
| 12/08/12 | NO CHARGE E-mail from Regina McClendon re ▮▮▮▮ | TJC | 0.10 | 58.50 |
| 12/08/12 | Correspondence with plaintiff's counsel re automatic stay. | RJM | 0.40 | 211.20 |
| 12/08/12 | Correspondence with Don Booth re ▮▮▮▮ | RJM | 0.20 | 105.60 |
| | | | 1.30 | $650.10 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/01/12 | Analysis of new complaint. | RJM | 0.70 | 369.60 |
| 12/08/12 | Draft notice of bankruptcy stay. | RJM | 0.60 | 316.80 |
| 12/11/12 | Finalize notice of bankruptcy stay. | RJM | 0.20 | 105.60 |
| 12/11/12 | Correspondence with Don Booth re ▮▮▮▮ | RJM | 0.20 | 105.60 |
| | | | 1.70 | $897.60 |

GMAC Mortgage, LLC
File No.: 1000304.00286

Invoice Date: January 24, 2013
Invoice No.: 983869
Page: 2

| | Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/10/12 | Review draft notice of stay and related correspondence and various emails re same. | | JMG | 0.30 | 137.40 |
| | | | | 0.30 | $137.40 |

| | | |
|---|---|---|
| **Less No Charge Entry** | | **($58.50)** |

| | | |
|---|---|---|
| **TOTAL ADJUSTED FEES** | | **$1,626.60** |

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.60 | $316.80 |
| | | | **1.30** | **$650.10** |

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 1.70 | $897.60 |
| | | | **1.70** | **$897.60** |

**Other Written Motions/Submissions**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | | **$1,685.10** |

| | VALUE |
|---|---|
| **EXPENSES** | |
| Messenger Service - Nationwide Legal Express LLC - Invoice 315057 | 45.00 |
| **TOTAL EXPENSES** | **$45.00** |

| | |
|---|---|
| TOTAL FEES | $1,685.10 |
| Less No Charge Entry | ($58.50) |
| TOTAL ADJUSTED FEES | $1,626.60 |

GMAC Mortgage, LLC
File No.: 1000304.00286

| | |
|---|---:|
| TOTAL EXPENSES | $45.00 |
| TOTAL FEES AND EXPENSES | $1,671.60 |
| **TOTAL BALANCE DUE** | **$1,671.60** |

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983870

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                          <u>$839.35</u>

File Number:        1000304.00212
Re:                 Vasquez, David v. GMAC Mortgage, LLC, 725258

Your File Number:  725258

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/15/12 | Review of status of matter. | TJC | 0.30 | 175.50 |
| 12/16/12 | Review of current status and emails re same. | TJC | 0.40 | 234.00 |
| 12/16/12 | Confer regarding case strategy and next steps. | JLK | 0.10 | 31.20 |
| 12/16/12 | Work on case strategy. | JLS | 0.20 | 74.80 |
| 12/17/12 | Confer with Ms. Stokes and Ms. Albright regarding ███████ ████████ | JLK | 0.30 | 93.60 |
| | | | 1.30 | $609.10 |

**TOTAL FEES**                                                    **$609.10**

**<u>TIMEKEEPER SUMMARY:</u>**

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.20 | $74.80 |
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| J. L. Kinney | Associate | $312.00 | 0.40 | $124.80 |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00212

Invoice Date: January 24, 2013
Invoice No.:  983870
Page:  2

**Analysis/Strategy**

|  |  |  |
|---|---|---|
| | 1.30 | **$609.10** |

**TIMEKEEPER SUMMARY TOTALS**                                            **$609.10**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 230.25 |
| | TOTAL EXPENSES | $230.25 |

TOTAL FEES                                                              $609.10

TOTAL EXPENSES                                                         $230.25

TOTAL FEES AND EXPENSES                                               $839.35

**TOTAL BALANCE DUE**                                                 **$839.35**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

January 24, 2013
Invoice No.: 983871

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012          $5,581.05

File Number:       1000304.00252
Re:                Regan, Kim v. GMAC Mortgage, 729617

Your File Number:  729617

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/18/12 | Review 11/28/12 order re: motion for summary judgment and motion to strike affirmative defenses. | CGS | 0.10 | 25.50 |
| 12/21/12 | E-mails attempting to obtain clarification regarding recent order received from judge that seems to contradict previous order on motion for summary judgment. | TJC | 0.30 | 175.50 |
| 12/22/12 | E-mails to and from Chethan Shetty re ███████████ ████████████████████ | TJC | 0.30 | 175.50 |
| | | | 0.70 | $376.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/19/12 | Update status chart. | TBT | 0.10 | 23.80 |
| | | | 0.10 | $23.80 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/18/12 | Review of order received today on motion for summary judgment and review of inconsistencies between today's order and earlier order on motion to strike affirmative defenses and summary judgment. | TJC | 0.40 | 234.00 |
| | | | 0.40 | $234.00 |

GMAC Mortgage, LLC
File No.: 1000304.00252

Invoice Date: January 24, 2013
Invoice No.: 983871
Page: 2

| Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/19/12 Telephone call with St. Clair County Clerk of Court for the purpose of determining status of summary judgment motion and pending affirmative defenses. | CGS | 0.50 | 127.50 |
| | | 0.50 | $127.50 |

| Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/03/12 Review of status of preparation of objections and responses to Regan's document requests. | TJC | 0.30 | 175.50 |
| 12/04/12 Preparation of objections and responses to requests for production of documents. | TJC | 0.40 | 234.00 |
| 12/04/12 Draft objections and responses to defendants' request for production of documents. | CGS | 4.20 | 1,071.00 |
| 12/05/12 Draft objections and responses to defendants' request for production of documents. | CGS | 2.00 | 510.00 |
| 12/05/12 Preparation of objections and responses to requests for production of documents. | TJC | 0.50 | 292.50 |
| 12/07/12 Preparation of objections and responses to defendant's first request for production of documents. | TJC | 0.90 | 526.50 |
| 12/07/12 Emails to/from Chethan Shetty re ███████████ ████████████████████ | TJC | 0.20 | 117.00 |
| 12/07/12 Email to Sheila Gregory re ███████████ █████████████ | TJC | 0.30 | 175.50 |
| 12/10/12 Draft affidavit of completeness for the purposes of responding to borrowers' document production requests. | CGS | 2.10 | 535.50 |
| 12/11/12 Revise affidavit of completeness of document production. | CGS | 0.20 | 51.00 |
| 12/11/12 E-mail to Sheila Gregory re ███████████ ████████████████████ | TJC | 0.40 | 234.00 |
| 12/13/12 Finalize and serve responses and objections to borrowers' request to produce documents. | CGS | 0.40 | 102.00 |
| | | 11.90 | $4,024.50 |

## TOTAL FEES

$4,786.30

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| C. G. Shetty | Associate | $255.00 | 0.10 | $25.50 |

GMAC Mortgage, LLC
File No.: 1000304.00252

**Analysis/Strategy**

| | | | 0.70 | $376.50 |
|---|---|---|---|---|

**Other**

| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
|---|---|---|---|---|
| | | | 0.10 | $23.80 |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
|---|---|---|---|---|
| | | | 0.40 | $234.00 |

**Written Discovery**

| C. G. Shetty | Associate | $255.00 | 0.50 | $127.50 |
|---|---|---|---|---|
| | | | 0.50 | $127.50 |

**Document Production**

| T.J. Cunningham | Partner | $585.00 | 3.00 | $1,755.00 |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 8.90 | $2,269.50 |
| | | | 11.90 | $4,024.50 |

**TIMEKEEPER SUMMARY TOTALS**                                          **$4,786.30**

**EXPENSES**                                                                          **VALUE**
Expense of trip of Chethan Shetty on 09/26-09/27 for transportation, coach airfare,          794.75
lodging, and (meals 34.25) for travel to St. Clair County, IL to attend oral argument on
motion to strike affirmative defenses and motion for summary judgment
**TOTAL EXPENSES**                                                                    **$794.75**

TOTAL FEES                                                                            $4,786.30

TOTAL EXPENSES                                                                        $794.75

TOTAL FEES AND EXPENSES                                                               $5,581.05

**TOTAL BALANCE DUE**                                                                 **$5,581.05**

PLEASE REMIT PAYMENT TO:



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983872

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    $382.00

File Number:        1000304.00280
Re:                 5027 W Huron Street (Hester), #733364

Your File Number:  733364

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Fact Investigation/Development** | | | | |
| 12/04/12 | Telephone call with GMAC Mortgage regarding ▮▮▮▮ | JCW | 0.10 | 29.50 |
| | | | 0.10 | **$29.50** |
| **Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 12/13/12 | E-mails re withdrawal and substitution of Codilis and completion of this matter. | TJC | 0.20 | 117.00 |
| | | | 0.20 | **$117.00** |
| **Other** | | ATTY | HOURS | VALUE |
| 12/03/12 | Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |
| | | | 0.10 | **$29.50** |

**TOTAL FEES**                                                     **$176.00**

**TIMEKEEPER SUMMARY:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00280

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$176.00**

| **EXPENSES** | **VALUE** |
|---|---|
| Clerk of the Circuit Court of Cook County - Appearance | 206.00 |
| **TOTAL EXPENSES** | **$206.00** |

TOTAL FEES                                                         $176.00

TOTAL EXPENSES                                                     $206.00

TOTAL FEES AND EXPENSES                                            $382.00

**TOTAL BALANCE DUE**                                             **$382.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC                                          January 24, 2013
Attn: Ms. Beth McWilliams                            Invoice No.: 983873
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                    <u>$186.00</u>

|  |  |
|---|---|
| File Number: | 1000304.00281 |
| Re: | 1111 S Independence (Baker), #733609 |

Your File Number:  733609

**TIMEKEEPER SUMMARY:**

**TIMEKEEPER SUMMARY TOTALS**                                      **$0.00**

| EXPENSES | VALUE |
|---|---|
| Clerk of the Circuit Court of Cook County - Appearance | 186.00 |
| **TOTAL EXPENSES** | **$186.00** |

TOTAL EXPENSES                                                      $186.00

**TOTAL BALANCE DUE**                                              **$186.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this
statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning
payments on your account.

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 24, 2013
Invoice No.: 983874

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 31, 2012                                      $938.30

File Number:      1000304.00282
Re:               3719 W Grenshaw (Sanders, May), #733604

Your File Number: 733604

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Review status of litigation and investigation in preparation for call with GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 12/04/12 | Telephone call with GMAC Mortgage regarding ███████ | JCW | 0.20 | 59.00 |
| | | | 0.40 | **$118.00** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/12 | Phone call with GMACM regarding ██████ | CGS | 0.40 | 102.00 |
| 12/04/12 | Phone call with opposing counsel regarding extension of time to answer complaint and potential dismissal of GMACM. | CGS | 0.30 | 76.50 |
| 12/13/12 | Phone call with opposing counsel regarding motion to extend time to answer complaint and potential dismissal of GMACM. | CGS | 0.20 | 51.00 |
| | | | 0.90 | **$229.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/12 | Revise chart of GMAC Mortgage Illinois housing code matters. | JCW | 0.10 | 29.50 |
| 12/07/12 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |

GMAC Mortgage, LLC
File No.: 1000304.00282

Invoice Date: January 24, 2013
Invoice No.: 983874
Page: 2

| | ATTY | HOURS | VALUE |
|---|---|---|---|
| **Other** | | | |
| | | **0.20** | **$53.30** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Other Written Motions/Submissions** | | ATTY | HOURS | VALUE |
| 12/05/12 | Draft motion to extend time to answer complaint. | CGS | 1.30 | 331.50 |
| | | | **1.30** | **$331.50** |

**TOTAL FEES**                                                                 **$732.30**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| | | | **0.40** | **$118.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 0.90 | $229.50 |
| | | | **0.90** | **$229.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.20** | **$53.30** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.30 | $331.50 |
| | | | **1.30** | **$331.50** |

**TIMEKEEPER SUMMARY TOTALS**                                       **$732.30**

| EXPENSES | VALUE |
|---|---|
| Clerk of the Circuit Court of Cook County - Appearance | 206.00 |
| **TOTAL EXPENSES** | **$206.00** |

GMAC Mortgage, LLC
File No.:  1000304.00282

Invoice Date: January 24, 2013
Invoice No.:  983874
Page:  3

| | |
|---|---:|
| TOTAL FEES | $732.30 |
| TOTAL EXPENSES | $206.00 |
| TOTAL FEES AND EXPENSES | $938.30 |
| **TOTAL BALANCE DUE** | **$938.30** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.