# **EXHIBIT C**

1965230v.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al.,[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LOCKE LORD LLP FOR THE PERIOD FROM SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

Upon consideration of the Second Interim Fee Application of Locke Lord LLP for Compensation and Reimbursement of Expenses for the Period from September 1, 2012 through December 31, 2012 as Litigation Counsel retained by Debtors (the "Application"); and a hearing having been held before this Court to consider the Application on _____; and notice having been given to the Federal Rules of Bankruptcy Procedures 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby

**ORDERED** that the Application is granted to the extent set forth in Schedule A.

Dated: New York, New York
_____

_____
United States Bankruptcy Judge
Southern District of New York

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6]. As used herein, the term "Debtors" includes any such entities.

1965230v.1