| | |
|---|---|
| MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Gary S. Lee<br>Norman S. Rosenbaum<br>James A. Newton<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* | PATTERSON BELKNAP WEBB &<br>TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>David W. Dykhouse<br>Brian P. Guiney<br><br>*Attorneys for Ambac Assurance Corporation*<br>*and the Segregated Account of Ambac*<br>*Assurance Corporation* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
)
In re:                                                                          )       Case No. 12-12020 (MG)
                                                                                      )
RESIDENTIAL CAPITAL, LLC, et al.,                    )       Chapter 11
                                                                                      )
                                        Debtors.                     )       Jointly Administered
                                                                                      )
---------------------------------------------------------------

**JOINT STATUS REPORT REGARDING EVIDENTIARY HEARING ON
OBJECTION AND RESERVATION OF RIGHTS OF AMBAC
ASSURANCE CORPORATION AND THE SEGREGATED ACCOUNT
OF AMBAC ASSURANCE CORPORATION TO PROPOSED
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

Residential Capital, LLC and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "**Debtors**") and Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation (collectively, "**Ambac**" and, together with the Debtors, the "**Parties**") hereby submit this joint status report in connection with the evidentiary hearing on the *Objection and Reservation of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation to Proposed Assumption and Assignment of Certain Executory Contracts* [Docket No. 1810] (the "**Objection**").

1

ny-1081859

**STATUS REPORT**

1. This joint status report is being submitted by the Parties pursuant to the Stipulation and Order Regarding the Sale Objection of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation entered by the Court on February 21, 2013 [Docket No. 2993] (the "**Scheduling Order**").

2. Since the Parties were last before the Court, the Parties have engaged in discussions regarding a potential resolution of the Objection, but to date no resolution has been reached. As a result, in accordance with the Scheduling Order, the Parties advise the Court that they intend to proceed with the hearing scheduled for March 28, 2013 at 2:00 p.m. (the "Hearing"). However, the Parties expect that they will continue their discussions in advance of the Hearing and have not foreclosed the possibility of resolving the matter in advance of the Hearing. .

3. The Parties have worked together to complete the briefing required by the Scheduling Order. On March 4, 2013, the Parties filed a Joint Stipulation of Facts [Docket No. 3094] (the "**Joint Stipulation**") in which they have agreed upon many of the background facts related to the Objection. The Parties also propose to include three exhibits to the Joint Stipulation, and continue to work together to verify and agree upon the content of those exhibits. In the event that the Parties are unable to reach agreement on any aspects of the exhibits to the Joint Stipulation, the Parties agreed that they may submit supplemental declarations setting forth their respective positions in connection with the open factual issues. In no event shall such declarations be submitted after March 21, 2013.

ny-1081859

4. On March 4, 2013, the Debtors filed their reply [Docket No. 3098] to the Objection. The Official Committee of Unsecured Creditors filed a joinder and reservations of rights to the Debtors reply [Docket No. 3099]. Thereafter, on March 11, 2013, Ambac filed its sur-reply [Docket No. 3136] in further support of the Objection. In support of its sur-reply, Ambac filed one declaration. The Debtors reserve the right to depose this declarant and to cross-examine the declarant at the Hearing. Upon agreement or submission of supplemental declarations in connection with the exhibits to the Joint Stipulation, as described above, the briefing on this matter will be complete.

New York, New York
Dated: March 14, 2013

/s/   Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

/s/   David W. Dykhouse
David W. Dykhouse
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Attorneys for Ambac Assurance Corporation
and the Segregated Account of Ambac
Assurance Corporation*