Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335945 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1391 Winick, Daniel S. and Claire
GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| DL | 11/01/12 | Analyze correspondence from plaintiff re setting time to resolve settlement issues. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 11/01/12 | Exchange correspondence with client and revise answer to complaint. | L210 | 0.40 | 288.00 | 115.20 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Exchange correspondence with plaintiff re efforts necessary to complete settlement and prepare correspondence to client re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 11/06/12 | Exchange correspondence with plaintiff and client re open issues with settlement and return of prior unpaid loan checks. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 11/07/12 | Analyze correspondence from client re status of loan modification on account and application of prior proceeds for loan. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/07/12 | Exchange correspondence with plaintiff re making late loan payments and reviewing account after modification was entered into loan system, and prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 11/13/12 | Prepare correspondence to plaintiff re status of loan account and resolving further issues to finalize settlement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/15/12 | Exchange correspondence with client re obtaining copy of loan modification and open issues with settlement. | L160 | 0.20 | 288.00 | 57.60 |

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335945 CLIENT GMAC ResCap 
MATTER Winick, Daniel S. & Claire

| | | | | | | |
|---|---|---|---|---|---|---|
| DL | 11/26/12 | Exchange correspondence with plaintiff re discussion open issues with settlement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/28/12 | Exchange further correspondence with plaintiff re issues with resolving settlement and discussion of proposals to finalize settlement. | L160 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **2.80** | | **$806.40** |

**COSTS & EXPENSES**

| | | | |
|---|---|---|---|
| 11/20/12 | First Legal Network, LLC; Transmittal of filing to court; SDSC- San Diego 10/25/12. Advance ck. $435.00 | | 503.00 |
| 11/20/12 | First Legal Network, LLC; Transmittal of filing to court; San Diego County Court 10/29/12 | | 37.25 |
| | **TOTAL COSTS & EXPENSES** | **$540.25** | |

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.30 | $662.40 |
| L190 | Other Case Assessment | 0.10 | $28.80 |
| L210 | Pleadings | 0.40 | $115.20 |
| | **TOTAL** | **2.80** | **$806.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.80 | 288.00 | $806.40 |
| | **Total** | | **2.80** | | **$806.40** |

| | | |
|---|---|---|
| PRIOR FEES | $1,774.80 | |
| | FEES | $806.40 |
| | COSTS & EXPENSES | $540.25 |
| | **TOTAL THIS INVOICE** | **$1,346.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

...Network LLC

...844250 LOS ANGELES, CA 90084–4250

... 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 370326 | 23103 |
| Invoice Date | Total Due |
| 10/31/12 | 5,932.30 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 370326 | 10/31/12 | 5,932.30 | 4 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/24/12 RESEARCH-FORWARD SAME | 9528315 | FSR DAY | KCSC-BAKERSFIELD 1415 TRUXTON AVENUE BAKERSFIELD CA 93301 Caller: Terri Keller Case No.: S-1500-CV-275768 WDP OBTAIN COPY OF REQ Signed: COPIED/EMAILED/ROR | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: NAKODAR VS FIDELITY FOR DISMISSAL FILED Ref: 15314.0135 | Base Chg : 145.00 Research : 11.25 | 156.25 |
| 10/25/12 FILING-FAX/PDF | 9528963 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks Wait: 15 Min Case No.: 37-2012-00104357 Please file and conf Signed: FILED/PDF | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO CA 92101 Case Title: Winick v. GMAC et al orm the attached. Pl Ref: 19000-1391 | Base Chg : 29.75 PDF Chg : 38.25 Adv/Wit CK: 435.00 | 503.00 |
| 10/26/12 FILING-BRANCH FAX/PDF | 9529481 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Liz C. Roberts Case No.: LASC - SC118348 Please advance First Signed: FILED | LA County Court-Santa Monica 1725 Main St SANTA MONICA CA 90401 Case Title: Williams, Larry Appearance Fees for Ref: 70000.0993 | Base Chg : 62.50 PDF Chg : 27.00 Adv/Wit CK: 435.00 | 524.50 |
| 10/29/12 FILING-FAX/PDF | 9529966 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks Case No.: 37-2012-00104357 Please file and conf Signed: lodged/pdf | San Diego County Court 330 W Broadway SAN DIEGO CA 92101 Case Title: Winick v. ETS, et al orm. Thank you!! Ref: 19000-1391 | Base Chg : 29.75 PDF Chg : 7.50 | 37.25 |
| 10/29/12 FILING-FAX/PDF | 9529968 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks Case No.: BC485393 Please file and conf Signed: filed/pdf | LA County Court-Unlimited 111 N Hill St LOS ANGELES CA 90012 Case Title: Brooks v. GMAC, et a orm the attached. Th Ref: 19000-1286 | Base Chg : 29.75 PDF Chg : 40.50 | 70.25 |
| 10/29/12 FILING-BRANCH NEXT DAY | 9530072 | BFL | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Taylor Hankins Case No.: BC476990 Please file with cou Signed: FILED | LA County Court-Unlimited 111 N Hill St LOS ANGELES CA 90012 Case Title: Jones v. BAC Home Lo rt and return confor Ref: 70000.0541 | Base Chg : 16.75 | 16.75 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335946 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1394 | Golub-Smith, Katherine Ann<br>GMAC Matter No.: 733087 |

**TOTAL AMOUNT DUE** **$1,036.35**

***** REMITTANCE COPY *****

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335946 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1394 Golub-Smith, Katherine Ann
GMAC Matter No.: 733087

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| RJG | 11/27/12 | Analysis and evaluation of demurrer and pending case issues and attention to and response to Plaintiff's counsel regarding demurrer and litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **0.30** | | **$82.35** |

**COSTS & EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 11/20/12 | First Legal Network, LLC; Transmittal of filing to court; Santa Barbara County Court. Advance ck. $870.00 10/30/12 | 954.00 |
| | **TOTAL COSTS & EXPENSES** | **$954.00** |

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **0.30** | **$82.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **0.30** | | **$82.35** |

PRIOR FEES $631.35

| | |
|---|---|
| FEES | $82.35 |
| COSTS & EXPENSES | $954.00 |
| **TOTAL THIS INVOICE** | **$1,036.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

...al Network LLC

...844250 LOS ANGELES, CA 90084-4250

...: 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 370326 | 23103 |
| **Invoice Date** | **Total Due** |
| 10/31/12 | 5,932.30 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 370326 | 10/31/12 | 5,932.30 | 5 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/30/12<br>FILING-FAX/PDF | 9530419 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE CA 92605<br>Caller: Liz C. Roberts<br>Case No.: BC466513<br>Please advance fees<br>Signed: FILED/PDF | LA County Court-Unlimited<br>111 N Hill St<br>LOS ANGELES CA 90012<br>Case Title: Jackson<br>if necessary, then f<br>Ref: 70000.0309 | Base Chg : 29.75 | 29.75 |
| 10/30/12<br>FILING-BRANCH FAX/PDF | 9530561 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE CA 92605<br>Caller: Liz C. Roberts<br>Case No.: 1413042<br>Please advance First<br>Signed: filed | Santa Barbara County Court<br>1100 Anacapa St<br>SANTA BARBARA CA 93121<br>Case Title: Golub-Smith<br>Appearance Fees, if<br>Ref: 19000.1394 | Base Chg : 55.50<br>PDF Chg : 28.50<br>Adv/Wit CK: 870.00 | 954.00 |
| 10/30/12<br>FILING-FAX/PDF | 9530579 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE CA 92605<br>Caller: MARY CRONIN<br>Case No.: 109cv154578<br>MUST BE FILED TODAY<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE CA 95113<br>Case Title: GENA FLYNN V BANK OF<br>PDF CC<br>Ref: 11608.0566 | Base Chg : 64.75 | 64.75 |

Invoice Amount: 2,358.30
Fees Advanced: 3,574.00
**Total Amount Due:** 5,932.30

**Total** 5,932.30

**INVOICE PAYMENT DUE UPON RECEIPT**

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335947 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1395 | Simmons, Tot |
| | | GMAC Matter No.: 733154 |

**TOTAL AMOUNT DUE** **$3,823.98**

****** REMITTANCE COPY ******

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335947 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1395 Simmons, Tot
GMAC Matter No.: 733154

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/12/12 | Draft correspondence to client regarding status of the case and whether any legal impediments exist to proceed with the foreclosure process | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 11/13/12 | Corresponded with client regarding Plaintiff's ex parte application for a TRO and postponement of the foreclosure sale. | L190 | 0.40 | 238.50 | 95.40 |
| YS | 11/14/12 | Attend the hearing on plaintiff's ex parte application for a temporary restraining order in an effort to postpone the foreclosure sale and determine how to proceed based on the Court's ruling | L450 | 5.60 | 238.50 | 1,335.60 |
| YS | 11/14/12 | Draft client's notice of ruling on plaintiff's ex parte application for a temporary restraining order | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 11/26/12 | Reviewed conformed copy of Declaration of Non-Monetary Status for ETS. | L210 | 0.10 | 238.50 | 23.85 |
| YS | 11/30/12 | Attend the hearing on client's demurrer to plaintiff's complaint and determine how to proceed based on the Court's ruling | L450 | 4.20 | 238.50 | 1,001.70 |
| YS | 11/30/12 | Draft correspondence to client regarding outcome from hearing on demurrer to the complaint and proceeding forward with the client's defense in this case | L190 | 0.40 | 238.50 | 95.40 |

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335947 CLIENT GMAC ResCap 
MATTER Simmons, Tot

| | | | | | | |
|---|---|---|---|---|---|---|
| YS | 11/30/12 | Draft notice of ruling on client's demurrer to plaintiff's complaint | L210 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **11.90** | | **$2,838.15** |

**COSTS & EXPENSES**

| | | |
|---|---|---|
| 11/06/12 | One Legal, Inc.; Transmittal of filing to court; Defendant MGAC Mortgage, LLC's Notice of Demurrer and Demurrer to Plaintiff's Complaint; Memorandum of Points and...including Court Filing Fee $870 10/26/12 | 919.95 |
| 11/29/12 | Yaron Shaham; Transportation; Ex Parte Hearing, Vista CA. 11/14/12 | 65.88 |
| | **TOTAL COSTS & EXPENSES** | **$985.83** |

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 1.20 | $286.20 |
| L210 | Pleadings | 0.90 | $214.65 |
| L450 | Trial and Hearing Attendance | 9.80 | $2,337.30 |
| | **TOTAL** | **11.90** | **$2,838.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Shaham, Yaron | YS | Special Counsel | 11.40 | 238.50 | $2,718.90 |
| | **Total** | | **11.90** | | **$2,838.15** |

PRIOR FEES $2,739.60

| | |
|---|---|
| FEES | $2,838.15 |
| COSTS & EXPENSES | $985.83 |
| **TOTAL THIS INVOICE** | **$3,823.98** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



| | |
|---|---|
| **Cust. No.:** | 0000562 |
| **Invoice No.:** | 2098611 |
| **Inv. Date:** | 10/26/12 |
| **Due Date:** | 11/10/12 |
| **Total:** | $919.95 |
| **Terms:** | Net 15 |

26-0259046

SEVERSON & WERSON
ATTN: Accounting Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| **INVOICE No.** | |
|---|---|
| 2098611 | |
| **Date:** | 10/26/12 |
| **Cust. No.:** | 0000562 |

**Law Firm Contact:** Yaron Shaham
**Client File No.:** 19000.1395
**Case Short Title:** Tot Simmons V. GMAC Mortgage LLC

**Documents:** Defendant GMAC Mortgage, LLC's Notice of Demurrer and Demurrer to Plaintiff's Complaint; Memorandum of Points and...
**One Legal Branch:** San Diego
**Court:** Superior Court of California, San Diego County
**Description:**

| | |
|---|---|
| **COURT FILING FEE** | $870.00 |
| **COURT FILING SERVICE FEE** | $49.95 |

OK TO PAY: [signature]



| **Due Date** | 11/10/12 | **Total This Invoice** | $919.95 |
|---|---|---|---|

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335948 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1396 | Gilbert, Richard and Diana<br>GMAC Matter No.: 733271 |

**TOTAL AMOUNT DUE** **$4,336.40**

****** REMITTANCE COPY ******

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335948 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1396 Gilbert, Richard and Diana
GMAC Matter No.: 733271

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| WJI | 11/01/12 | Draft and revise demurrer to plaintiffs' fifteen cause of action complaint. | L210 | 5.20 | 256.50 | 1,333.80 |
| RJG | 11/02/12 | Review and revise the demurrer to the complaint. | L250 | 1.20 | 274.50 | 329.40 |
| WJI | 11/02/12 | Correspondence to opposing counsel regarding proof of service of the complaint. | L210 | 0.10 | 256.50 | 25.65 |
| WJI | 11/02/12 | Further revision and edit of demur to plaintiff's complaint. | L210 | 0.30 | 256.50 | 76.95 |
| WJI | 11/02/12 | Draft and revise correspondence to client regarding litigation status. | L210 | 0.20 | 256.50 | 51.30 |
| WJI | 11/06/12 | Final revision and edit of demur to plaintiff's complaint before filing. | L210 | 0.60 | 256.50 | 153.90 |
| WJI | 11/06/12 | Draft and revise request for judicial notice in support of demurrer to the complaint. | L210 | 0.40 | 256.50 | 102.60 |
| WJI | 11/19/12 | Initial draft responses to plaintiffs' request for production of documents. | L310 | 1.40 | 256.50 | 359.10 |
| WJI | 11/20/12 | Revise and edit objections to plaintiffs request for production of documents. | L310 | 0.80 | 256.50 | 205.20 |
| RJG | 11/28/12 | Review and revise the opposition to Plaintiffs' ex parte application for a temporary restraining order and the notice of bankruptcy stay. | L250 | 0.70 | 274.50 | 192.15 |
| WJI | 11/28/12 | Draft notice of bankruptcy and suggestion of automatic stay. | L210 | 0.50 | 256.50 | 128.25 |
| WJI | 11/28/12 | Draft response to preliminary injunction. | L210 | 2.50 | 256.50 | 641.25 |
| WJI | 11/28/12 | Draft notice of bankruptcy and suggestion of automatic stay. | L210 | 0.50 | 256.50 | 128.25 |

Severson &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335948 CLIENT GMAC ResCap 
MATTER Gilbert, Richard & Diana

| | | | | | | |
|---|---|---|---|---|---|---|
| WJI | 11/29/12 | Revise and edit discovery objections. | L310 | 0.20 | 256.50 | 51.30 |
| RJG | 11/30/12 | Analysis and evaluation of bankruptcy stay application to discovery issues and attention to discovery strategy. | L310 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **14.90** | | **$3,861.45** |

**COSTS & EXPENSES**

| | | | |
|---|---|---|---|
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Complaint, Request for Judicial Notice including Court Filing Fee $465 1st Apperance Fee 11/09/12 | | 474.95 |
| | **TOTAL COSTS & EXPENSES** | **$474.95** | |

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 10.30 | $2,641.95 |
| L250 | Other Written Motions | 1.90 | $521.55 |
| L310 | Written Discovery | 2.70 | $697.95 |
| | **TOTAL** | **14.90** | **$3,861.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 2.20 | 274.50 | $603.90 |
| Idleman, William J. | WJI | Associate | 12.70 | 256.50 | $3,257.55 |
| | **Total** | | **14.90** | | **$3,861.45** |

| | |
|---|---|
| PRIOR FEES | $6,760.80 |
| PRIOR COSTS & EXPENSES | $9.95 |

| | |
|---|---|
| FEES | $3,861.45 |
| COSTS & EXPENSES | $474.95 |
| **TOTAL THIS INVOICE** | **$4,336.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



| | |
|---|---|
| **Cust. No.:** | 0000562 |
| **Invoice No.:** | 5165708 |
| **Inv. Date:** | 11/9/12 |
| **Due Date:** | 11/24/12 |
| **Total:** | $474.95 |
| **Terms:** | Net 15 |

[illegible] & [illegible]ERSON
[illegible] Accounting
[illegible]adero Ctr
Suite 2600
San Francisco, CA 94111

| **INVOICE No.** 5165708 | |
|---|---|
| **Date:** | 11/9/12 |
| **Cust. No.:** | 0000562 |

**Law Firm Contact:** William J. Idleman

**Client File No.:** 19000.1396

**Case Short Title:** Richard C. Gilbert vs. GMAC Mortgage V. N/A

**Documents:** Demurrer to Complaint, Request for Judicial Notice

**One Legal Branch:**

**Court:** Superior Court of California, Orange County

**Description:**

| | |
|---|---|
| COURT FILING FEE | $465.00 |
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |

1st Appearance fee



| **Due Date** 11/24/12 | **Total This Invoice** $474.95 |
|---|---|

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335949 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1402 | Do, Janet Tran<br>GMAC Matter No.: 733302 |

**TOTAL AMOUNT DUE** **$2,781.75**

*** ***REMITTANCE COPY*** ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335949 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1402 Do, Janet Tran
GMAC Matter No.: 733302

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MAP | 10/17/12 | Research and retreive title documents. Prepare title chronology and title binder. | L190 | 1.80 | 130.50 | 234.90 |
| MAP | 10/23/12 | Research title documents for a recorded Lis Pendens, update title chronology and title binder. | L190 | 0.20 | 130.50 | 26.10 |
| MAP | 10/23/12 | Prepare a Withdrawal of Lis Pendens. | L210 | 0.30 | 130.50 | 39.15 |
| YS | 11/01/12 | Further drafting and revising of clients' demurrer, request for judicial notice, and proposed order in response to plaintiff's complaint | L210 | 1.10 | 238.50 | 262.35 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/15/12 | Further drafting and revising of clients' motion to expunge the lis pendens, the request for judicial notice, and the proposed order in response to the recorded lis pendens by plaintiff | L210 | 1.10 | 238.50 | 262.35 |
| JHT | 11/15/12 | Revised Motion to Expunge Lis Pendens and prepared for filing. | L210 | 0.40 | 238.50 | 95.40 |
| YS | 11/16/12 | Receipt, review and analysis of the notice of the Court's case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/16/12 | Receipt, review and analysis of plaintiff's counsel's notice of unavailability of plaintiff's counsel | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **5.20** | | **$991.80** |

**COSTS & EXPENSES**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335949 CLIENT GMAC ResCap 
MATTER Do, Janet Tran

| | | |
|---|---|---|
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Defendants IMPAC Funding Corporation's, IMPAC Secured Assets Corporation, as Trustee for Securitized Trust IMPAC...including Court Filing Fee $1740 11/07/12 | 1,789.95 |
| | **TOTAL COSTS & EXPENSES** | **$1,789.95** |

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 2.10 | $284.85 |
| L210 | Pleadings | 2.90 | $659.25 |
| | **TOTAL** | **5.20** | **$991.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 |
| Probert, Michelle | MAP | Paralegal | 2.30 | 130.50 | $300.15 |
| Shaham, Yaron | YS | Special Counsel | 2.50 | 238.50 | $596.25 |
| | **Total** | | **5.20** | | **$991.80** |

PRIOR FEES $4,970.70

| | |
|---|---|
| FEES | $991.80 |
| COSTS & EXPENSES | $1,789.95 |
| **TOTAL THIS INVOICE** | **$2,781.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

26-0259046

**REMIT PAYMENT TO:**
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 7180525 |
| Inv. Date: | 11/7/12 |
| Due Date: | 11/22/12 |
| Total: | $1,789.95 |
| Terms: | Net 15 |

SEVERSON & WERSON
ATTN: Accounting Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 7180525 | |
| Date: | 11/7/12 |
| Cust. No.: | 0000562 |

**Law Firm Contact:** Yaron Shaham

**Client File No.:** 19000.1402

**Case Short Title:** Janet Tran Do V. North County Real Estate, Inc., et al.

**Documents:** Defendants IMPAC Funding Corporation's, IMPAC Secured Assets Corporation, as Trustee for Securitized Trust IMPAC...

**One Legal Branch:** Los Angeles

**Court:** Superior Court of California, Los Angeles County

**Description:**

| | |
|---|---|
| COURT FILING FEE | $1,740.00 |
| COURT FILING SERVICE FEE | $49.95 |

OK TO PAY: [signature]



| Due Date | 11/22/12 | Total This Invoice | $1,789.95 |
|---|---|---|---|

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335950 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1403 | Ruiz, Ramona |
| | | GMAC Matter No.: 733426 |

**TOTAL AMOUNT DUE** **$4,637.55**

****** REMITTANCE COPY ******

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335950 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1403 Ruiz, Ramona
GMAC Matter No.: 733426

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MAP | 10/19/12 | Research and retreive title documents. | L190 | 1.10 | 130.50 | 143.55 |
| MAP | 10/20/12 | Prepare a title chronology and title binder. | L190 | 1.30 | 130.50 | 169.65 |
| DL | 11/01/12 | Draft demurrer to complaint re alleged violation of federal regulations regarding loans and loan servicing. | L430 | 1.10 | 288.00 | 316.80 |
| DL | 11/02/12 | [19000.1403] Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/06/12 | Draft notice of bankruptcy stay and prepare correspondence to client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 11/06/12 | Draft and revise demurrer re claims under federal RESPA and credit reporting statutes, rescission, fraud, unfair competition, breach of fiduciary duty, breach of contract, tort/conversion claims. | L430 | 3.20 | 288.00 | 921.60 |
| DL | 11/07/12 | Finalize demurrer to complaint with 29 causes of action and prepare request for judicial notice. | L430 | 2.70 | 288.00 | 777.60 |
| DL | 11/13/12 | Prepare correspondence to client re filing preemptory challenge to assigned judge. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/16/12 | Prepare preemptory challenge to assigned judge. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 11/21/12 | Analyze order granting preemptory challenge against assigned judge. | L110 | 0.20 | 288.00 | 57.60 |
| DL | 11/27/12 | Analyze order granting preemptory challenge and reassigning case. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/28/12 | Prepare notice of new hearing date for | L430 | 0.20 | 288.00 | 57.60 |

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335950 CLIENT GMAC ResCap
MATTER Ruiz, Ramona



| | | | | | | |
|---|---|---|---|---|---|---|
| | | demurrer. | | | | |
| DL | 11/30/12 | Prepare notice of reassignment to new judge. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **11.20** | | **$2,847.60** |

**COSTS & EXPENSES**

| | | |
|---|---|---|
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Notice of BK, Demurrer, Request for Judicial Notice including Court Filing Fee $1740 1st App Fees: Homecomings Deutsche ETS Mers 11/09/12 | 1,789.95 |
| | **TOTAL COSTS & EXPENSES** | **$1,789.95** |

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L190 | Other Case Assessment | 3.10 | $514.80 |
| L430 | Written Motions/Submissions | 7.90 | $2,275.20 |
| | **TOTAL** | **11.20** | **$2,847.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 8.80 | 288.00 | $2,534.40 |
| Probert, Michelle | MAP | Paralegal | 2.40 | 130.50 | $313.20 |
| | **Total** | | **11.20** | | **$2,847.60** |

PRIOR FEES $1,638.45

| | |
|---|---|
| FEES | $2,847.60 |
| COSTS & EXPENSES | $1,789.95 |
| **TOTAL THIS INVOICE** | **$4,637.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

OK
RJB
(PER DML)

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| **Cust. No.:** 0000562 |
|---|
| **Invoice No.:** 7180818 |
| **Inv. Date:** 11/9/12 |
| **Due Date:** 11/24/12 |
| **Total:** $1,789.95 |
| **Terms:** Net 15 |

| **INVOICE No.** 7180818 | |
|---|---|
| **Date:** | 11/9/12 |
| **Cust. No.:** | 0000562 |

**Law Firm Contact:** David Liu

**Client File No.:** 19000-1403

**Case Short Title:** Ruiz, Ramona V. Homecomings Financial

**Documents:** Notice of BK, Demurrer, Request for Judicial Notice

**One Legal Branch:** Los Angeles

**Court:** Superior Court of California, Los Angeles County

**Description:**

1st App Fees:

Homecomings
Deutsche
ETS
MERS

| | |
|---|---|
| COURT FILING FEE | $1,740.00 |
| COURT FILING SERVICE FEE | $49.95 |



| **Due Date** 11/24/12 | **Total This Invoice** $1,789.95 |
|---|---|

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335951 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1405 | Sanchez, Artemio Vasquez<br>GMAC Matter No.: 733553 |

**TOTAL AMOUNT DUE** **$2,117.10**

*** ***REMITTANCE COPY*** ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335951 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1405 Sanchez, Artemio Vasquez
GMAC Matter No.: 733553

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MAP | 10/29/12 | Research and retreive title documents. Prepare a title chronology and a title binder. | L190 | 1.70 | 130.50 | 221.85 |
| YS | 11/02/12 | Draft correspondence to client regarding causes of action in the complaint which are not stayed by the Court's order on the application of the bankruptcy stay against the client | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.10** | | **$317.25** |

**COSTS & EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Executive Trustee Services, LLC's Declaration of Non-Monetary Status 11/05/12 | 9.95 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; efendat's GMAC Mortgage, LLC's Mortgage, LLC's Electronic Registration Systems, Inc's and US Bank National Association...including Court Filing Fee $1770 11/06/12 | 1,779.95 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Defendants GMAC Mortagage, LLC's Homecomings Financial, LLC's Executive Trustee Services, LLC dba ETS Services....11/07/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$1,799.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335951 CLIENT GMAC ResCap 
MATTER Sanchez, Artemio Vasquez

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 2.10 | $317.25 |
| | **TOTAL** | **2.10** | **$317.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Probert, Michelle | MAP | Paralegal | 1.70 | 130.50 | $221.85 |
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |
| | **Total** | | **2.10** | | **$317.25** |

PRIOR FEES $3,409.65

| | |
|---|---|
| FEES | $317.25 |
| COSTS & EXPENSES | $1,799.85 |
| **TOTAL THIS INVOICE** | **$2,117.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| | |
|---|---|
| **Cust. No.:** | 0000562 |
| **Invoice No.:** | 5164420 |
| **Inv. Date:** | 11/6/12 |
| **Due Date:** | 11/21/12 |
| **Total:** | $1,779.95 |
| **Terms:** | Net 15 |

| **INVOICE No.** | |
|---|---|
| 5164420 | |
| **Date:** | 11/6/12 |
| **Cust. No.:** | 0000562 |

**Law Firm Contact:** Yaron Shaham

**Client File No.:** 19000.1405

**Case Short Title:** Artemio Vasquez Sanchez vs. HIC STAR CORPORATION V. N/A

**Documents:** Defendants GMAC Mortgage, LLC's, Mortgage Electronic Registration Systems, Inc.'s and US Bank National Association...

**One Legal Branch:**

**Court:** Superior Court of California, Orange County

**Description:**

| | |
|---|---|
| **COURT FILING FEE** | $1,770.00 |
| **E-FILING SERVICE FEE - UNLIMITED** | $9.95 |

OK TO PAY: [signature]



| **Due Date** | 11/21/12 | **Total This Invoice** | $1,779.95 |
|---|---|---|---|

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335952 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1407 | Harre, James and Martha<br>GMAC Matter No.: 733509 |

**TOTAL AMOUNT DUE** **$2,085.60**

***** *REMITTANCE COPY* *****

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Severson &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335952 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1407 Harre, James and Martha
GMAC Matter No.: 733509

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MAP | 10/19/12 | Research and retreive title documents. | L190 | 0.80 | 130.50 | 104.40 |
| MAP | 10/20/12 | Prepare a title chronology and title binder. | L190 | 0.90 | 130.50 | 117.45 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.80** | | **$245.70** |

**COSTS & EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Notice of Demurrer and Demurrer to Plaintiff's Complaint; Memorandum of Points and Authorities ...11/02/12 | 49.95 |
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's Notice of Demurrer and Demurrer to Plaintiff's Complaint; Memorandum of Points and Authorities...including Court Filing Fee $1740 11/02/12 | 1,789.95 |
| | **TOTAL COSTS & EXPENSES** | **$1,839.90** |

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 1.80 | $245.70 |
| | **TOTAL** | **1.80** | **$245.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Probert, Michelle | MAP | Paralegal | 1.70 | 130.50 | $221.85 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335952 CLIENT GMAC ResCap
MATTER Harre, James & Martha



| | | |
|---|---|---|
| **Total** | **1.80** | **$245.70** |

PRIOR FEES $3,289.95

| | |
|---|---|
| FEES | $245.70 |
| COSTS & EXPENSES | $1,839.90 |
| **TOTAL THIS INVOICE** | **$2,085.60** |

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| **Cust. No.:** 0000562 |
|---|
| **Invoice No.:** 2023472 |
| **Inv. Date:** 11/2/12 |
| **Due Date:** 11/17/12 |
| **Total:** $1,789.95 |
| **Terms:** Net 15 |

| **INVOICE No.** 2023472 | |
|---|---|
| **Date:** | 11/2/12 |
| **Cust. No.:** | 0000562 |

**Law Firm Contact:** Yaron Shaham

**Client File No.:** 19000.1407

**Case Short Title:** James G. Harre V. Deutsche Bank Securities Inc., et al.

**Documents:** Defendants' Notice of Demurrer and Demurrer to Plaintiffs' Complaint; Memorandum of Points and Authorities...

**One Legal Branch:** Riverside

**Court:** Superior Court of California, San Bernardino County

**Description:**

| | |
|---|---|
| **COURT FILING FEE** | $1,740.00 |
| **COURT FILING SERVICE FEE** | $49.95 |

OK TO PAY: [signature]



| **Due Date** 11/17/12 | **Total This Invoice** $1,789.95 |
|---|---|

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335953 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 1408 | Grant, Mary<br>GMAC Matter No.: 733509 |

**TOTAL AMOUNT DUE** **$1,396.35**

*** ***REMITTANCE COPY*** ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335953 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1408 Grant, Mary
GMAC Matter No.: 733509

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MAP | 10/19/12 | Research and retreive title documents. | L190 | 0.70 | 130.50 | 91.35 |
| MAP | 10/20/12 | Prepare a title chronology and title binder. | L190 | 0.90 | 130.50 | 117.45 |
| MAP | 10/22/12 | Additional title research for Substitution of Trustee and the operative Deed of Trust. Update the title chronology and title binder. | L190 | 0.40 | 130.50 | 52.20 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/08/12 | Review and analysis of client's correspondence regarding attempt to modify plaintiff's loan in light of allegations contained in the complaint | L120 | 0.40 | 238.50 | 95.40 |
| YS | 11/20/12 | Draft and prepare clients' case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **2.90** | | **$475.65** |

**COSTS & EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's and Federal Home Loan Mortgage Corporation's Notice of Demurrer and Demurrer to...including Court Filing Fee $870 10/29/12 | 920.70 |

**TOTAL COSTS & EXPENSES** **$920.70**

**BILLING SUMMARY**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335953 CLIENT GMAC ResCap 
MATTER Grant, Mary

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L190 | Other Case Assessment | 2.10 | $284.85 |
| L210 | Pleadings | 0.40 | $95.40 |
| | **TOTAL** | **2.90** | **$475.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Probert, Michelle | MAP | Paralegal | 2.00 | 130.50 | $261.00 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **2.90** | | **$475.65** |

PRIOR FEES $2,576.25

| | |
|---|---|
| FEES | $475.65 |
| COSTS & EXPENSES | $920.70 |
| **TOTAL THIS INVOICE** | **$1,396.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| **INVOICE No.** | |
|---|---|
| 7179597 | |
| **Date:** | 10/29/12 |
| **Cust. No.:** | 0000562 |

| | |
|---|---|
| **Cust. No.:** | 0000562 |
| **Invoice No.:** | 7179597 |
| **Inv. Date:** | 10/29/12 |
| **Due Date:** | 11/13/12 |
| **Total:** | $920.70 |
| **Terms:** | Net 15 |

**Law Firm Contact:** Yaron Shaham
**Client File No.:** 19000.1408
**Case Short Title:** Mary Grant V. GMAC Mortgage, LLC

**Documents:** Defendants GMAC Mortgage, LLC's and Federal Home Loan Mortgage Corporation's Notice of Demurrer and Demurrer to...
**One Legal Branch:** Los Angeles
**Court:** Superior Court of California, Los Angeles County
**Description:**

| | |
|---|---|
| **COURT FILING FEE** | $870.00 |
| **COURT FILING SERVICE FEE** | $49.95 |
| **COURT FILING COPY CHARGE** | $0.75 |

OK TO PAY: [signature]



| **Due Date** | 11/13/12 | **Total This Invoice** | $920.70 |
|---|---|---|---|

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335958 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0132 | Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.<br>GMAC Matter No.: 688951 |

**TOTAL AMOUNT DUE** **$4,295.16**

****** REMITTANCE COPY ******

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335958 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 0132 Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
GMAC Matter No.: 688951

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MAP | 10/02/12 | Prepare 2 Notices for Continued Depositions. | L330 | 0.40 | 130.50 | 52.20 |
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| GWJ | 11/02/12 | Drafting of case status report to client. | L120 | 0.20 | 261.00 | 52.20 |
| GWJ | 11/02/12 | Preparation of subpoena to second mortgage servicer. | L310 | 0.30 | 261.00 | 78.30 |
| ERB | 11/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| KKB | 11/02/12 | Review file and draft subpoena to SLS | L310 | 1.00 | 148.50 | 148.50 |
| GWJ | 11/05/12 | Analysis and evaluation of bankruptcy documents from Plaintiff. | L110 | 0.20 | 261.00 | 52.20 |
| GWJ | 11/06/12 | Analysis and evaluation of factual hearing and background investigation on accounting since 2005. | L110 | 1.50 | 261.00 | 391.50 |
| GWJ | 11/06/12 | Conference with K. Brown regarding factual hearing. | L110 | 0.50 | 261.00 | 130.50 |
| GWJ | 11/06/12 | Correspondence with client regarding factual investigation. | L110 | 0.20 | 261.00 | 52.20 |
| KKB | 11/06/12 | Research Plaintiff's claims, through BK filings, client docs, accounting records, etc. and create timeline of case. | L110 | 6.00 | 148.50 | 891.00 |
| GWJ | 11/07/12 | Correspondence with Plaintiff regarding factual investigation. | L110 | 0.30 | 261.00 | 78.30 |
| GWJ | 11/07/12 | Correspondence with client regarding case analysis and strategy plan. | L120 | 2.60 | 261.00 | 678.60 |
| KKB | 11/07/12 | Review and scan multiple documents and forward to GRW to attach to client email | L110 | 0.70 | 148.50 | 103.95 |
| GWJ | 11/08/12 | Drafting of case analysis report for | L120 | 1.60 | 261.00 | 417.60 |

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335958 CLIENT GMAC ResCap 
MATTER Pierce, Stephen D.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | client. | | | | |
| GWJ | 11/08/12 | Conference with T. Buell regarding case assessment. | L120 | 0.20 | 261.00 | 52.20 |
| ERB | 11/08/12 | Analysis of exposure and liability and strategize re disposition and options for resolution. | L120 | 0.50 | 279.00 | 139.50 |
| KKB | 11/09/12 | Review multiple emails re service of subpoena on SLS | L310 | 0.50 | 148.50 | 74.25 |
| GWJ | 11/14/12 | Analysis and evaluation of Plaintiff's signed deposition transcripts. | L330 | 0.30 | 261.00 | 78.30 |
| GWJ | 11/26/12 | Correspondence with client regarding factual investigation. | L110 | 0.20 | 261.00 | 52.20 |
| KKB | 11/29/12 | Review docs sent and compare with request | L110 | 1.50 | 148.50 | 222.75 |
| GWJ | 11/30/12 | Analysis and evaluation of client documents. | L110 | 0.30 | 261.00 | 78.30 |
| GWJ | 11/30/12 | Correspondence with client regarding accounting. | L110 | 0.20 | 261.00 | 52.20 |
| GWJ | 11/30/12 | Telephone call with Plaintiff regarding factual investigation and settlement. | L160 | 0.30 | 261.00 | 78.30 |
| GWJ | 11/30/12 | Correspondence with client regarding settlement options. | L160 | 0.20 | 261.00 | 52.20 |
| KKB | 11/30/12 | Office conference with GRW re investigation and subpoena | L110 | 1.00 | 148.50 | 148.50 |
| | | **TOTAL** | | **21.00** | | **$4,237.65** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/09/12 | Genevieve Walser-Jolly; Transportation; Travel to and from Hering on MJOP, San Bernardino, CA 10/25/12 | 57.51 |
| | **TOTAL COSTS & EXPENSES** | **$57.51** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 12.60 | $2,253.60 |
| L120 | Analysis/Strategy | 5.20 | $1,368.00 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $130.50 |
| L210 | Pleadings | 0.20 | $54.00 |
| L310 | Written Discovery | 1.80 | $301.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335958 CLIENT GMAC ResCap 
MATTER Pierce, Stephen D.

| | | | |
|---|---|---|---|
| L330 | Depositions | 0.70 | $130.50 |
| | **TOTAL** | **21.00** | **$4,237.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| Walser-Jolly, Genevieve | GWJ | Associate | 9.10 | 261.00 | $2,375.10 |
| Brown, Kimberly | KKB | Paralegal | 10.70 | 148.50 | $1,588.95 |
| Probert, Michelle | MAP | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| **Total** | | | **21.00** | | **$4,237.65** |

| | |
|---|---|
| PRIOR FEES | $63,788.15 |
| PRIOR COSTS & EXPENSES | $5,473.43 |

| | |
|---|---|
| FEES | $4,237.65 |
| COSTS & EXPENSES | $57.51 |
| **TOTAL THIS INVOICE** | **$4,295.16** |

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335959 JBS

December 19, 2012

n/a
n/a

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 9997 | ResCap Bankruptcy Issues |
| | | GMAC Matter No.: 733619 |

**TOTAL AMOUNT DUE** **$3,420.00**

***** REMITTANCE COPY *****

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335959 JBS December 19, 2012

n/a
n/a
Matter 19000 9997 ResCap Bankruptcy Issues
GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| DMG | 11/02/12 | Review issues in connection with case handling mortgage foreclosure cases under automatic stay | L120 | 1.00 | 382.50 | 382.50 |
| DHC | 11/02/12 | Conference with Accounting Dept. re amounts owing pre-petition and documentation for Proofs of Claim. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/05/12 | Review and revise Proofs of Claim and attachments. | L190 | 2.50 | 337.50 | 843.75 |
| DHC | 11/15/12 | Review Proposed forms of Order approving sale of assets to Berkshire and Hathaway and OCWEN. | L190 | 2.00 | 337.50 | 675.00 |
| DHC | 11/19/12 | Drafting of Monthly Statement for Compensation and Expense Reimbursement for October 2012. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/19/12 | Drafting of correspondence to Noticed Parties re Monthly Statement for Compensation and Expense Reimbursement for October 2012. | L190 | 0.50 | 337.50 | 168.75 |
| DHC | 11/19/12 | Review and revise Exhibits to Monthly Statement for Compensation and Expense Reimbursement for October, 2012. | L190 | 1.00 | 337.50 | 337.50 |
| DHC | 11/30/12 | Review Bankruptcy Court docket re objection to interim application for compensation and reimbursement of expenses. | L190 | 1.00 | 337.50 | 337.50 |
| | | **TOTAL** | | **10.00** | | **$3,420.00** |

**COSTS & EXPENSES**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335959 CLIENT GMAC ResCap 
MATTER ResCap Bankruptcy Issues

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $382.50 |
| L190 | Other Case Assessment | 9.00 | $3,037.50 |
| | **TOTAL** | **10.00** | **$3,420.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 9.00 | 337.50 | $3,037.50 |
| Geck, Duane | DMG | Member | 1.00 | 382.50 | $382.50 |
| | **Total** | | **10.00** | | **$3,420.00** |

| | |
|---|---|
| PRIOR FEES | $34,303.50 |
| PRIOR COSTS & EXPENSES | $2,164.20 |

| | |
|---|---|
| FEES | $3,420.00 |
| **TOTAL THIS INVOICE** | **$3,420.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335966 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1430 | Fuchs, Bill and Family Trust<br>GMAC Matter No.: 734146 |

**TOTAL AMOUNT DUE** **$5,461.65**

*** ***REMITTANCE COPY*** ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335966 JBS

December 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter 19000 1430 Fuchs, Bill and Family Trust
GMAC Matter No.: 734146

FOR PROFESSIONAL SERVICES RENDERED 01/01/1994 11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| RRF | 11/05/12 | Obtain 2007 DOT. | L110 | 0.20 | 112.50 | 22.50 |
| ACS | 11/08/12 | Prepare draft notice of bankruptcy | L250 | 0.80 | 288.00 | 230.40 |
| ACS | 11/08/12 | Analyze facts, title documents, dockets in plaintiff's other cases | L110 | 0.60 | 288.00 | 172.80 |
| ACS | 11/08/12 | Outline motion to dismiss complaint | L240 | 0.80 | 288.00 | 230.40 |
| ACS | 11/08/12 | Prepare waiver of service of summons | L210 | 0.30 | 288.00 | 86.40 |
| ACS | 11/08/12 | Analyze claims in complaint & defenses to same | L210 | 1.00 | 288.00 | 288.00 |
| JBS | 11/09/12 | Analysis and evaluation of complaint and email from client | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 11/09/12 | Open New File Including Sending Confirmation to Client re Receipt and Contact Attorney Assignment; Review Initial Correspondence and Pleadings, Court Docket for Additional Pleadings and Calendar Dates; Draft New Matter Form and Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 11/09/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| ACS | 11/09/12 | Prepare motion to dismiss complaint | L240 | 1.30 | 288.00 | 374.40 |
| ACS | 11/09/12 | Analyze factual allegations in complaint, title documents, status of representation of other defendants | L110 | 0.50 | 288.00 | 144.00 |
| ACS | 11/09/12 | Revise draft bankruptcy notice | L250 | 0.40 | 288.00 | 115.20 |
| ACS | 11/13/12 | Phone conversation with plaintiff re: status of service of summons, address of record, response to complaint | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 11/13/12 | Revise waiver of service of summons | L210 | 0.20 | 288.00 | 57.60 |
| ACS | 11/13/12 | Prepare correspondence to plaintiff re: waiver of service, address of record | L190 | 0.20 | 288.00 | 57.60 |

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335966 CLIENT GMAC ResCap 
MATTER Fuchs, Bill & Family Trust

| | | | | | | |
|---|---|---|---|---|---|---|
| ACS | 11/13/12 | Analyze status of eviction, report of legal threats by plaintiff against listing agent, update to client re: same | L110 | 0.40 | 288.00 | 115.20 |
| ACS | 11/13/12 | Analyze fact package received from client | L110 | 0.70 | 288.00 | 201.60 |
| ACS | 11/15/12 | Analyze additional unlawful detainer documents from client | L110 | 0.30 | 288.00 | 86.40 |
| ACS | 11/15/12 | Analyze amendment to complaint filed by Plaintiff | L210 | 0.30 | 288.00 | 86.40 |
| RRF | 11/19/12 | Obtain title docs & prepare property profile. | L110 | 1.00 | 112.50 | 112.50 |
| ACS | 11/19/12 | Prepare motion to dismiss complaint | L240 | 0.70 | 288.00 | 201.60 |
| ACS | 11/20/12 | Prepare motion to dismiss complaint | L240 | 3.40 | 288.00 | 979.20 |
| ACS | 11/21/12 | Analyze title history of subject property | L110 | 0.40 | 288.00 | 115.20 |
| ACS | 11/29/12 | Analyze motion for preliminary injunction | L220 | 0.50 | 288.00 | 144.00 |
| ACS | 11/29/12 | Analyze addenda to complaint | L210 | 0.30 | 288.00 | 86.40 |
| ACS | 11/29/12 | Draft motion to dismiss complaint | L240 | 2.30 | 288.00 | 662.40 |
| ACS | 11/30/12 | Prepare motion to dismiss complaint | L240 | 1.20 | 288.00 | 345.60 |
| | | **TOTAL** | | **19.80** | | **$5,461.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 4.10 | $970.20 |
| L120 | Analysis/Strategy | 1.30 | $407.25 |
| L190 | Other Case Assessment | 0.90 | $196.20 |
| L210 | Pleadings | 2.10 | $604.80 |
| L220 | Preliminary Injunctions/Provis | 0.50 | $144.00 |
| L240 | Dispositive Motions | 9.70 | $2,793.60 |
| L250 | Other Written Motions | 1.20 | $345.60 |
| | **TOTAL** | **19.80** | **$5,461.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 16.90 | 288.00 | $4,867.20 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement

Severson
&Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 335966 CLIENT GMAC ResCap 
MATTER Fuchs, Bill & Family Trust

| | | | | | |
|---|---|---|---|---|---|
| Firoozabadi, Rozie | RRF | Paralegal | 1.20 | 112.50 | $135.00 |
| | **Total** | | **19.80** | | **$5,461.65** |

| | |
|---|---|
| FEES | $5,461.65 |
| **TOTAL THIS INVOICE** | **$5,461.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received will appear on a later statement