# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335832    JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1197    Vargas, Raymond
GMAC Matter No.: 724684

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 11/06/12 | Telephone call with our client to discuss demurrer to first amended complaint results and final case issues. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 11/06/12 | Corresponded with client regarding case status and closing of file. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.50** | | **$130.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling 07/06/12 | 61.45 |
| 09/26/12 | First Legal Network, LLC; Court Services; LASC - Norwalk, CA 08/22/12 | 83.85 |

**TOTAL COSTS & EXPENSES**              **$145.30**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **0.50** | **$130.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **0.50** | | **$130.05** |

PRIOR FEES                         $6,049.35

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335832      CLIENT   GMAC ResCap                           Page      2
                          MATTER   Vargas, Raymond

PRIOR COSTS & EXPENSES                    $1,344.74

|                              |           |
|------------------------------|-----------|
| FEES                         | $130.05   |
| COSTS & EXPENSES             | $145.30   |
| **TOTAL THIS INVOICE**       | **$275.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335833     JBS                                            December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1200     Hernandez, Enrique
                    GMAC Matter No.: 724893

**TOTAL AMOUNT DUE**               **$286.54**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335833    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1200    Hernandez, Enrique
GMAC Matter No.: 724893

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/21/12 | Draft correspondence to client regarding status of the litigation, marketing the property for sale, and attempting to obtain the dismissal of the case due to plaintiff's failure to file an amended complaint | L190 | 0.40 | 238.50 | 95.40 |
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/15/12 | Receipt, review and analysis of plaintiff's counsel notice of motion and motion to be relieved as counsel | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/26/12 | Review and analysis of the notice of ruling on plaintiff's counsel's motion to be relieved as counsel of record | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.00** | | **$238.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 14123 Putnam Los Angeles, CA 09/21/12 | 18.29 |
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Unlimited 9/21/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$48.04** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335833 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Hernandez, Enrique | | | |

## BILLING SUMMARY

### Task Code and Description

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| | **TOTAL** | **1.00** | **$238.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | **Total** | | **1.00** | | **$238.50** |

PRIOR FEES            $7,997.40
PRIOR COSTS & EXPENSES     $675.78

| | |
|---|---|
| FEES | $238.50 |
| COSTS & EXPENSES | $48.04 |
| **TOTAL THIS INVOICE** | **$286.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335834    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1204     McLaine, Carol
                    GMAC Matter No.: 724911


**TOTAL AMOUNT DUE**          $2,978.60


*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335834    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1204    McLaine, Carol
                        GMAC Matter No.: 724911

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| LJT | 11/01/12 | Draft request for judicial notice in support of demurrer to second amended complaint, including review of client documents re agreement to letter received by plaintiff from 1st Federal to use as exhibit to same. | L250 | 0.90 | 130.50 | 117.45 |
| RJG | 11/01/12 | Review and revise the demurrer to the second amended complaint. | L250 | 1.10 | 274.50 | 301.95 |
| BAE | 11/01/12 | Draft memorandum of points and authorities supporting demurrer to second amended complaint. | L240 | 6.90 | 247.50 | 1,707.75 |
| BAE | 11/01/12 | Draft notice of demurrer and demurrer to second amended complaint. | L240 | 0.50 | 247.50 | 123.75 |
| BAE | 11/01/12 | Draft notice of bankruptcy and suggestion of automatic stay. | L220 | 0.50 | 247.50 | 123.75 |
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| LJT | 11/05/12 | Review note and exhibits to first amended complaint and draft request for judicial notice in support of demurrer to second amended complaint. | L250 | 1.30 | 130.50 | 169.65 |
| RJG | 11/05/12 | Drafted correspondence to Plaintiffs to advise regarding notice of bankruptcy and application of bankruptcy stay. | L120 | 0.30 | 274.50 | 82.35 |
| BAE | 11/27/12 | Email to client regarding court vacating all hearing dates due to GMAC bankruptcy. | L240 | 0.20 | 247.50 | 49.50 |
| BAE | 11/27/12 | Analysis of client strategy based on Court's vacating all hearing dates due to GMAC bankruptcy. | L240 | 0.30 | 247.50 | 74.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335834 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | McLaine, Carol | | | | |

| BAE | 11/30/12 | Emails with Plaintiff's counsel regarding stay on case from bankruptcy. | L210 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **12.50** | | **$2,878.65** |

### COSTS & EXPENSES

| | 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice including Court Filing Fee $60 11/07/12 | 99.95 |
| | | **TOTAL COSTS & EXPENSES** | **$99.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L210 | Pleadings | 0.50 | $128.25 |
| L220 | Preliminary Injunctions/Provis | 0.50 | $123.75 |
| L240 | Dispositive Motions | 7.90 | $1,955.25 |
| L250 | Other Written Motions | 3.30 | $589.05 |
| | **TOTAL** | **12.50** | **$2,878.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 8.70 | 247.50 | $2,153.25 |
| Tarwater, Linda | LJT | Paralegal | 2.20 | 130.50 | $287.10 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Gandy, Robert | RJG | Special Counsel | 1.40 | 274.50 | $384.30 |
| | **Total** | | **12.50** | | **$2,878.65** |

| PRIOR FEES | $15,158.25 |
| PRIOR COSTS & EXPENSES | $1,599.66 |

| | FEES | $2,878.65 |
| | COSTS & EXPENSES | $99.95 |
| | **TOTAL THIS INVOICE** | **$2,978.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335835    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1209    La Bella, Steven
                  GMAC Matter No.: 725278

**TOTAL AMOUNT DUE**              $395.55

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335835      JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1209      La Bella, Steven
                            GMAC Matter No.: 725278

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994            11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Exchange correspondence with plaintiff's real estate agent re possible short sale, review short sale documents and prepare correspondence to client re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Exchange correspondence with plaintiff and client re plaintiff's pending short sale and postponement of trustee's sale. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 11/06/12 | Analyze correspondence from client re denial of postponement of sale and prepare correspondence to plaintiff re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/06/12 | Analyze recorded withdrawal of lis pendens and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.20** | | **$345.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/14/12 | Benjamin A. Eilenberg; Transportation; Milleage and parking to San Bernardino Superior Court, Rancho Cucamonga Courthouse, to attend and represent client at hearing on GMAC's Demurrer, Motion to Expunge Lis Pendens and Case Management Conference 10/3/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                              **$49.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    335835 | CLIENT    GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER    La Bella, Steven | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 |
| L190 | Other Case Assessment | 0.80 | $230.40 |
| | **TOTAL** | **1.20** | **$345.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| | **Total** | | **1.20** | | **$345.60** |

| PRIOR FEES | $13,323.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,522.75 |

| | |
|---|---|
| FEES | $345.60 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$395.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335836    JBS                                     December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1225     Daly, Nellie C.
                         GMAC Matter No.: 726060

**TOTAL AMOUNT DUE**                    **$420.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335836    JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1225    Daly, Nellie C.
GMAC Matter No.: 726060

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 10/05/12 | Emails with opposing counsel regarding loan modification application. | L160 | 0.30 | 247.50 | 74.25 |
| BAE | 10/16/12 | Emails with client regarding settlement and loan modification. | L160 | 0.30 | 247.50 | 74.25 |
| BAE | 11/02/12 | Phone call with Amy Hartshorn regarding unidentified payment submitted to GMAC. | L160 | 0.20 | 247.50 | 49.50 |
| BAE | 11/02/12 | Phone call with opposing counsel James Gehr regarding unidentified payment submitted to GMAC. | L160 | 0.30 | 247.50 | 74.25 |
| BAE | 11/07/12 | Follow-up email with James Gehr regarding unidentified payment submitted to GMAC. | L160 | 0.10 | 247.50 | 24.75 |
| BAE | 11/08/12 | Email to Amy Hartshorn regarding unidentified payment submitted to GMAC. | L160 | 0.10 | 247.50 | 24.75 |
| BAE | 11/27/12 | Phone calls and emails with client regarding loan modification status and unknown "payment". | L160 | 0.30 | 247.50 | 74.25 |
| BAE | 11/28/12 | Follow-up email to Amy Hartshorn regarding unidentified payment submitted to GMAC. | L160 | 0.10 | 247.50 | 24.75 |
| | | **TOTAL** | | **1.70** | | **$420.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335836 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Daly, Nellie C. | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.70 | $420.75 | | | |
| | TOTAL | 1.70 | $420.75 | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | | 1.70 | 247.50 | $420.75 |
| | Total | | | 1.70 | | $420.75 |

PRIOR FEES                  $16,252.65
PRIOR COSTS & EXPENSES      $257.57

|  | FEES | $420.75 |
|---|---|---|
| TOTAL THIS INVOICE | | $420.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335837      JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1226 | Vaught, Robert and Melody |
| | | GMAC Matter No.: 726136 |

**TOTAL AMOUNT DUE**            $2,782.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335837    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1226    Vaught, Robert and Melody
GMAC Matter No.: 726136

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/02/12 | Follow up re: need for, preparation, approval and filing of Notice or Revised Notice of Bankruptcy Stay. | L120 | 0.20 | 270.00 | 54.00 |
| MJE | 11/02/12 | Receipt and review of Plaintiffs' CMC Statement | L230 | 0.30 | 279.00 | 83.70 |
| MJE | 11/02/12 | Receipt and review of settlement offer from D. Lewis and discussion re Plaiintiffs strategy to pursue claim against Wells Fargo; meeting and discussion with S. Hankins re same. | L120 | 1.00 | 279.00 | 279.00 |
| MJE | 11/06/12 | Review of file and docket and email exchange with J. Holtgren re status of sale | L190 | 0.50 | 279.00 | 139.50 |
| MJE | 11/07/12 | Phone call and email from counsel for Wells Fargo re status of second and third lien. | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 11/08/12 | Communicate with Plaintiffs' counsel re status of sale and made preparations for Case Management Conference | L230 | 0.50 | 279.00 | 139.50 |
| MJE | 11/12/12 | Phone call with Ms. Schauerman from Wells Fargo regarding status of second and third lien. | L160 | 0.30 | 279.00 | 83.70 |
| MJE | 11/13/12 | Exchange of emails and calls with D. Lewis re status of claim against Wells Fargo and phone call and email with Anne Shaureman from Wells re same. | L110 | 1.10 | 279.00 | 306.90 |
| MJE | 11/14/12 | Receipt and review of Notice of Withdrawal of Lis Pendens and prepare for Case Management Conference; emails with D. Lewis re same. | L190 | 1.10 | 279.00 | 306.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335837 | CLIENT   GMAC ResCap | | | | Page       2 |
|---|---|---|---|---|---|
| | MATTER   Vaught, Robert & Melody | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MJE | 11/14/12 | Receipt and review of HUD statement and revised approval letter and email with Plaintiff's counsel re same | L190 | 0.50 | 279.00 | 139.50 |
| MJE | 11/15/12 | Appear at Case Management Conference | L230 | 1.40 | 279.00 | 390.60 |
| MJE | 11/15/12 | Revise approval letter and deliver to Plaintiff's counsel | L140 | 0.50 | 279.00 | 139.50 |
| MJE | 11/19/12 | Receipt and review of closing documents from short sale from Plaintiff's counsel; draft and revision of email to J. Holtgren attaching same and discussing closing. | L160 | 0.60 | 279.00 | 167.40 |
| MJE | 11/19/12 | Exchange of emails with Plaintiff's counsel re status of dismissal | L190 | 0.20 | 279.00 | 55.80 |
| MJE | 11/27/12 | Draft and revision of email to Plaintiffs' counsel re dismissal | L140 | 0.20 | 279.00 | 55.80 |
| MJE | 11/28/12 | Exchange of emails with Plaintiffs' counsel re dismissal status | L140 | 0.20 | 279.00 | 55.80 |
| MJE | 11/29/12 | Receipt and review of request for dismissal and follow up emails with Plaintiffs' counsel re same. | L160 | 0.40 | 279.00 | 111.60 |
| MJE | 11/30/12 | Review of Court docket and email to J. Holtgren re dismissal and possible draft of settlement agreement | L160 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **9.70** | | **$2,704.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/13/12 | CourtCall, LLC; CourtCall - Conference Service; 11/15/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.10 | $306.90 |
| L120 | Analysis/Strategy | 1.20 | $333.00 |
| L140 | Document/File Management | 0.90 | $251.10 |
| L160 | Settlement/Non-Binding ADR | 1.60 | $446.40 |
| L190 | Other Case Assessment | 2.70 | $753.30 |
| L230 | Court Mandated Conferences | 2.20 | $613.80 |
| | **TOTAL** | **9.70** | **$2,704.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335837    CLIENT    GMAC ResCap                                    Page        3
                        MATTER    Vaught, Robert & Melody

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 9.50 | 279.00 | $2,650.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | Total | | 9.70 | | $2,704.50 |

PRIOR FEES                          $16,664.40
PRIOR COSTS & EXPENSES               $1,129.81

|  |  |
|---|---|
| FEES | $2,704.50 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,782.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335838      JBS                                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1239 | Garavito, Flora Margot |
| | | GMAC Matter No.: 726515 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**          **$597.15**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335838    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1239    Garavito, Flora Margot
GMAC Matter No.: 726515
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Analyze filed dismissal and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Exchange correspondence with plaintiff and client re making payments after loan modification was granted. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/06/12 | Exchange further correspondence with plaintiff and client re plaintiff's problems with making loan payment. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/12/12 | Exchange correspondence with client and plaintiff re making on-line payments. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/14/12 | Exchange multiple correspondence with borrower re problems with GMAC accepting loan payments and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 11/15/12 | Exchange further correspondence with plaintiff and client re problems with making loan payments after loan modification. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/16/12 | Exchange correspondence with client and plaintiff re settlement check and resolving issues with loan payments. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 11/20/12 | Prepare letter to plaintiff with settlement check. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.90** | | **$547.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335838 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Garavito, Flora Margot | | |

## COSTS & EXPENSES

11/06/12  One Legal, Inc.; Transmittal of filing to court;            49.95
Request for Dismissal * Plaintiff's Orig. Sig.
10/26/12

**TOTAL COSTS & EXPENSES**                                         **$49.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.50 | $144.00 | | | |
| L190 | Other Case Assessment | 1.40 | $403.20 | | | |
| | **TOTAL** | **1.90** | **$547.20** | | | |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|
| Liu, David | DL   Associate | 1.90 | 288.00 | $547.20 |
| | **Total** | **1.90** | | **$547.20** |

PRIOR FEES                                  $11,455.20
PRIOR COSTS & EXPENSES                 $272.80

| | | |
|---|---|---|
| | FEES | $547.20 |
| | COSTS & EXPENSES | $49.95 |
| | **TOTAL THIS INVOICE** | **$597.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335839     JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1245 | Boucher (Victorino) |
| | | GMAC Matter No.: 726876 |

**TOTAL AMOUNT DUE**          $753.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335839    JBS                                       December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1245    Boucher (Victorino)
GMAC Matter No.: 726876

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Analyze declarations re attempts at service on three defendants. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 11/16/12 | Analyze docket and order re status of extension for serving defendants. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/27/12 | Analyze order of case reassignment to new judge. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/29/12 | Exchange correspondence with district attorney's office re defendant recording fraudulent documents on property. | L190 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **1.10** | | **$316.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/06/12 | One Legal, Inc.; Transmittal of filing to court; Certificate of Progress 10/25/12 | 49.95 |
| 11/15/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; David Alan Boucher at 154A W. Foothill Blvd., #136. Upland, Ca. 10/18/12 | 89.90 |
| 11/15/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; David Alan Boucher at 15916 Tyrol Dr., Fontana Ca. 10/22/12 | 89.90 |
| 11/15/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Antonio Aguilera at 154A W. Foothill Blvd. #136. Upland Ca. 10/18/12 | 32.50 |
| 11/15/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Antonio Aguilera at 15916 | 32.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335839 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Boucher (Victorino) | | |

| | | |
|---|---|---:|
| | Tyrol Dr., Fontana, Ca. 10/22/12 | |
| 11/15/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Estella Aguilera at 15916 Tyrol Dr., Fontana, Ca. 10/22/12 | 32.50 |
| 11/15/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Estella Aguilera at 889 Estrella Street, Chula Vista, Ca. 10/18/12 | 76.90 |
| 11/15/12 | DDS Legal Support Systems; Serv Process, Subpoena Fees; Antonio Aguilera at 889 Estrella St., Chiula Vista, Ca. 10/18/12 | 32.50 |
| | **TOTAL COSTS & EXPENSES** | **$436.65** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L190      Other Case Assessment | 1.10 | $316.80 |
| **TOTAL** | **1.10** | **$316.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| | **Total** | | **1.10** | | **$316.80** |

| | |
|---|---|
| PRIOR FEES | $7,024.50 |
| PRIOR COSTS & EXPENSES | $128.74 |

| | |
|---|---|
| FEES | $316.80 |
| COSTS & EXPENSES | $436.65 |
| **TOTAL THIS INVOICE** | **$753.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335840     JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER    1246      Cypress, Brett M.
                            GMAC Matter No.: 727047

**TOTAL AMOUNT DUE**                    $856.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335840    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1246    Cypress, Brett M.
GMAC Matter No.: 727047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 10/03/12 | Prepare email to Plaintiff's counsel re: dismissal. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/16/12 | Prepare email to client, J. Holtgren, advising of dismissal. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/26/12 | Prepare email to Plaintiff's counsel, R. Breitman, re: dismissal of litigation. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 11/12/12 | Attention to correspondence disputing validity of sale, evaluate proposed response. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 11/13/12 | Review and analyze letter from Salazar demanding rescission of foreclosure sale. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 11/13/12 | Prepare email to S. Hankins re: rescission demand. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 11/13/12 | Prepare draft response letter to Salazar declining rescission. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 11/15/12 | Prepare email to client, J. Holtgren, re: new BK petition and proposed response letter to Salazar. | L120 | 0.50 | 270.00 | 135.00 |
| SMH | 11/19/12 | Attention to correspondence re additional bankruptcy, execute correspondence to purported part owner. | L190 | 0.30 | 333.00 | 99.90 |
| | | **TOTAL** | | **3.00** | | **$841.50** |

## COSTS & EXPENSES

10/31/12  Cardmember Service/Bank One (Acct #2707);                    15.00
          Court and Filing Fees;  LA@Court Online

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335840 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Cypress, Brett M. | | |

Civil Images 09/26/12

**TOTAL COSTS & EXPENSES**                                   $15.00

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.50 | $675.00 | | |
| L190 | Other Case Assessment | 0.50 | $166.50 | | |
| | TOTAL | 3.00 | $841.50 | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.50 | 270.00 | $675.00 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | Total | | 3.00 | | $841.50 |

PRIOR FEES                         $8,220.15
PRIOR COSTS & EXPENSES             $156.48

|  | FEES | $841.50 |
|---|---|---|
| | COSTS & EXPENSES | $15.00 |
| | TOTAL THIS INVOICE | $856.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335841      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1251      Kerns, Bryan and Denine
                     GMAC Matter No.: 727170

**TOTAL AMOUNT DUE**          $445.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335841    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1251    Kerns, Bryan and Denine
                         GMAC Matter No.: 727170

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/06/12 | Receipt, review and analysis of co-defendant First Team Real Estate's notice of ruling on demurrer | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/07/12 | Receipt, review and analysis of co-defendant Lender Processing Services' reply brief in light of opposition received to demurrer | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 11/07/12 | Receipt and review of Co-Defendant Lender Processing's Reply in support of their Demurrer. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 11/20/12 | Review and analysis of notice provided by co-defendant of ex parte to continue the trial date | L120 | 0.20 | 238.50 | 47.70 |
| JHT | 11/20/12 | Corresponded with co-Defendant's counsel regarding their ex parte application to continue trial. | L190 | 0.40 | 238.50 | 95.40 |
| YS | 11/26/12 | Review and analysis of co-defendant Aurora Loan Services' ex parte application to continue the trial date and related dates | L120 | 0.20 | 238.50 | 47.70 |
| YS | 11/29/12 | Review and analysis of co-defendant Deutsche Bank's reply briefs in support of its demurrer and motion to strike plaintiff's amended complaint | L120 | 0.20 | 238.50 | 47.70 |
| YS | 11/29/12 | Receipt, review and analysis of co-defendant Deutsche Bank's notice of continued hearing on its ex parte | L120 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335841 | CLIENT   GMAC ResCap | Page     2 |
|---|---|---|
| | MATTER   Kerns, Bryan & Denine | |

| | | | |
|---|---|---|---|
| application to continue the trial date | | | |
| **TOTAL** | | **1.80** | **$435.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/12/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's Homecomings Financial, LLC's Notice of Bankruptcy Stay and Suggestion of...10/16/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$9.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $214.65 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.40 | $101.70 |
| | **TOTAL** | **1.80** | **$435.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.60 | 238.50 | $143.10 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | | **Total** | **1.80** | | **$435.60** |

| | |
|---|---|
| PRIOR FEES | $6,814.80 |
| PRIOR COSTS & EXPENSES | $238.54 |

| | |
|---|---|
| FEES | $435.60 |
| COSTS & EXPENSES | $9.95 |
| **TOTAL THIS INVOICE** | **$445.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335842      JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1253       De Vico, Robert
                       GMAC Matter No.: 727337

**TOTAL AMOUNT DUE**              $476.09

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335842      JBS                                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1253      De Vico, Robert
                            GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/19/12 | Review and analysis of plaintiff's substitution of attorney form and the proposed order | L120 | 0.20 | 238.50 | 47.70 |
| YS | 11/19/12 | Draft correspondence to client regarding plaintiff subbing out his counsel of record and plaintiff now representing himself | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/21/12 | Meeting with plaintiff to discuss the subject loan, property, and possible settlement of the litigation | L190 | 0.50 | 238.50 | 119.25 |
| YS | 11/27/12 | Draft correspondence to client regarding plaintiff's settlement offer and possible resolution of the case | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/27/12 | Review and analysis of plaintiff's settlement offer and determine how to respond | L160 | 0.20 | 238.50 | 47.70 |
| YS | 11/28/12 | Receipt, review and analysis of the Court's order granting plaintiff's request to substitute out his counsel of record | L120 | 0.10 | 238.50 | 23.85 |
| YS | 11/29/12 | Receipt, review and analysis of correspondence from plaintiff regarding continuing the foreclosure sale date in light of the Court's injunction order | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.70** | | **$405.45** |

## COSTS & EXPENSES

11/07/12  NORCO Delivery Services; Court Services; US                                    24.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335842 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | De Vico, Robert | | | |

District Court Central. 10/16/12

| 11/07/12 | NORCO Delivery Services; Court Services; US District Court. 10/17/12 | 46.34 |
|---|---|---|

**TOTAL COSTS & EXPENSES**                                      **$70.64**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $119.25 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| | **TOTAL** | **1.70** | **$405.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.70 | 238.50 | $405.45 |
| | **Total** | | **1.70** | | **$405.45** |

| PRIOR FEES | $13,239.90 |
|---|---|
| PRIOR COSTS & EXPENSES | $121.97 |

| | FEES | $405.45 |
|---|---|---|
| | COSTS & EXPENSES | $70.64 |
| | **TOTAL THIS INVOICE** | **$476.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335843        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1254  | Stone, Lance |
|        |       | GMAC Matter No.: 727306 |

**TOTAL AMOUNT DUE**                    **$489.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335843      JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1254      Stone, Lance
GMAC Matter No.: 727306

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 11/02/12 | Analyze court docket re status of re-filing of dismissal. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/06/12 | Analyze multiple correspondence with client and eviction counsel re status of inspection of property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/07/12 | Analyze docket re status of dismissal and prepare correspondence to plaintiff's counsel re status of filing dismissal and withdrawal of lis pendens. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/12/12 | Analyze correspondence from eviction counsel re status of inspection on property. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 11/13/12 | Exchange correspondence with plaintiff re status of filing dismissal and withdrawal of lis pendens. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/15/12 | Analyze correspondence from eviction counsel re status of property inspection. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 11/20/12 | Analyze correspondence with eviction counsel re status of inspection of property. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 11/26/12 | Analyze correspondence with client and eviction counsel re inspection of property. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 11/27/12 | Analyze further correspondence with client and eviction counsel re arranging for inspection of property. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 11/29/12 | Exchange multiple correspondence with client and plaintiff's counsel re status of | L160 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335843 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | filing dismissal and recording withdrawal of lis pendens. | | | | | |
| DL | 11/30/12 | Analyze correspondence from eviction counsel re dismissal of eviction action. | L160 | | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **1.70** | | **$489.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.60 | $460.80 |
| L190 | Other Case Assessment | 0.10 | $28.80 |
| | **TOTAL** | **1.70** | **$489.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.70 | 288.00 | $489.60 |
| | **Total** | | **1.70** | | **$489.60** |

| | |
|---|---|
| PRIOR FEES | $21,230.40 |
| PRIOR COSTS & EXPENSES | $1,880.19 |

| | | |
|---|---|---|
| FEES | | $489.60 |
| **TOTAL THIS INVOICE** | | **$489.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335844   JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT   19000   GMAC ResCap
MATTER   1259   Garay, Sandra and Epigmenio
GMAC Matter No.: 727475

**TOTAL AMOUNT DUE**          $216.00

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335844    JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1259    Garay, Sandra and Epigmenio
GMAC Matter No.: 727475

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| KWF | 09/04/12 | Telephone conference with title counsel L120 re: case strategy. | 0.20 | 270.00 | 54.00 |
| KWF | 09/13/12 | Evaluate file status. prepare email to client, A. Hartshorn, following up re: status of junior lienholder. L190 | 0.20 | 270.00 | 54.00 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | 0.30 | 270.00 | 81.00 |
| KWF | 11/27/12 | Evaluate file status. Place call to client L120 re: same. | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | **0.80** | | **$216.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| | **TOTAL** | **0.80** | **$216.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.50 | 270.00 | $135.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | | **Total** | **0.80** | | **$216.00** |

PRIOR FEES                    $4,669.65
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 335844 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Garay, Sandra & Epigmenio | |

PRIOR COSTS & EXPENSES                    $131.78

FEES                        $216.00
**TOTAL THIS INVOICE**           **$216.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335845        JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1270       Lawrence, Marilyn
                       GMAC Matter No.: 725451

**TOTAL AMOUNT DUE**            **$214.65**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335845    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1270    Lawrence, Marilyn
                        GMAC Matter No.: 725451

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/12/12 | Receipt, review and analysis of plaintiff's request for additional time to file an amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/12/12 | Receipt, review and analysis of the Court's order granting plaintiff's request for additional time to file an amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/27/12 | Review and analysis of plaintiff's first amended complaint and determine how to respond | L120 | 0.30 | 238.50 | 71.55 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.90** | | **$214.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **0.90** | **$214.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335845 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Lawrence, Marilyn | | |

|  | **Total** | **0.90** | **$214.65** |
| --- | --- | --- | --- |

PRIOR FEES                    $1,184.40

|  | FEES | $214.65 |
| --- | --- | --- |
|  | **TOTAL THIS INVOICE** | **$214.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335846        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER       1273         Jackson, Juanita
                          GMAC Matter No.: 728508

**TOTAL AMOUNT DUE**                  **$268.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335846    JBS                         December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1273    Jackson, Juanita
                        GMAC Matter No.: 728508

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| SMH | 11/04/12 | Attention to status, update GMAC spreadsheet. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 11/04/12 | Analyze docket and title chronology and prepare correspondence to client re possible defense for First Federal Bank. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 11/07/12 | Exchange further correspondence with client confirming no need to represent First Federal Bank. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/28/12 | Analyze court docket re result of court's OSC re possible dismissal for failure to serve complaint. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.90** | | **$268.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L190 | Other Case Assessment | 0.60 | $181.80 |
| | **TOTAL** | **0.90** | **$268.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **0.90** | | **$268.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335846 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Jackson, Juanita | | |

PRIOR FEES                              $1,400.85

|  | FEES | $268.20 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$268.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335847      JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1286      Brooks, Eric E. and Jack T.
                      GMAC Matter No.: 729183

**TOTAL AMOUNT DUE**                    **$358.25**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335847      JBS                              December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1286      Brooks, Eric E. and Jack T.
                            GMAC Matter No.: 729183

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 11/02/12 | Analyze plaintiff's counsel's motion to withdraw as counsel. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Exchange correspondence with client re continuing hearing on motion for judgment on pleadings as plaintiff's counsel is withdrawing. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/07/12 | Prepare notice of continuance of hearing on motion for judgment on pleadings. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 11/28/12 | Exchange further correspondence with plaintiff's counsel re further continuance of hearing on motion for judgment on pleadings. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.00** | | **$288.00** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 11/20/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Unlimited 10/29/12 | | 70.25 |
| | **TOTAL COSTS & EXPENSES** | **$70.25** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L190    Other Case Assessment | 0.50 | $144.00 |
| L430    Written Motions/Submissions | 0.50 | $144.00 |
| **TOTAL** | **1.00** | **$288.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335847 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Brooks, Eric E. & Jack T. | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.00 | 288.00 | $288.00 |
| | **Total** | | **1.00** | | **$288.00** |

| | | |
|---|---|---|
| PRIOR FEES | $5,605.65 | |
| PRIOR COSTS & EXPENSES | $277.34 | |

| | |
|---|---|
| FEES | $288.00 |
| COSTS & EXPENSES | $70.25 |
| **TOTAL THIS INVOICE** | **$358.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335848      JBS                                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1291 | Allen, Pearlie |
| | | GMAC Matter No.: 728835 |

**TOTAL AMOUNT DUE**              $932.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335848     JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1291     Allen, Pearlie
                          GMAC Matter No.: 728835

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 11/01/12 | Settlement negotiations with opposing counsel. | L160 | 0.40 | 247.50 | 99.00 |
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| SMH | 11/02/12 | Attention to claims made, impact of bankruptcy, requirement for stay notice, review and edit same. | L190 | 0.40 | 333.00 | 133.20 |
| BAE | 11/02/12 | Draft notice of bankruptcy and suggestion of automatic stay. | L220 | 0.40 | 247.50 | 99.00 |
| SMH | 11/06/12 | Attention to trial and related deadlines. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/06/12 | Attention to C. Bonello's request for status update. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/07/12 | Attention to revisions to bankruptcy letter to opposing counsel. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 11/07/12 | Attention to C. Bonello email re bankruptcy notice. | L210 | 0.10 | 333.00 | 33.30 |
| SMH | 11/07/12 | Attention to trial date and related deadlines. | L120 | 0.20 | 333.00 | 66.60 |
| SMH | 11/07/12 | Attention to potential resolution via additional loan modification review. | L160 | 0.20 | 333.00 | 66.60 |
| SMH | 11/25/12 | Attention to N. Vaccaro inquiry. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/26/12 | Attention to settlement status. | L160 | 0.10 | 333.00 | 33.30 |
| KWF | 11/26/12 | Prepare email to client, N. Vaccaro, re: status of litigation. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **3.10** | | **$932.40** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    335848 | CLIENT    GMAC ResCap | | | Page         2 |
| --- | --- | --- | --- | --- |
| | MATTER   Allen, Pearlie | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
| --- | --- | --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.50 | $147.60 | | |
| L160 | Settlement/Non-Binding ADR | 0.70 | $198.90 | | |
| L190 | Other Case Assessment | 1.00 | $333.00 | | |
| L210 | Pleadings | 0.50 | $153.90 | | |
| L220 | Preliminary Injunctions/Provis | 0.40 | $99.00 | | |
| | **TOTAL** | **3.10** | **$932.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Eilenberg, Benjamin A. | BAE | Associate | 0.80 | 247.50 | $198.00 |
| Franich, Kerry | KWF | Associate | 0.30 | 270.00 | $81.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Hankins, Suzanne | SMH | Member | 1.80 | 333.00 | $599.40 |
| | **Total** | | **3.10** | | **$932.40** |

| PRIOR FEES | $3,676.05 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $1,643.88 |

| | FEES | $932.40 |
| --- | --- | --- |
| | **TOTAL THIS INVOICE** | **$932.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335849        JBS                                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1292  | Chavez, Joseph J. |
|        |       | GMAC Matter No.: 728841 |

**TOTAL AMOUNT DUE**                    $1,711.05

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | |
|---|---|
| Invoice No.    335849    JBS | December 18, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1292    Chavez, Joseph J.
GMAC Matter No.: 728841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| KWF | 11/01/12 | Prepare email to client, C. Bonello, with status update re: dsimissal of GMAC and ETS. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 11/13/12 | Analysis and evaluation of dismissal and stipulation for non-monetary status issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 11/13/12 | Reviewed case file and case notes in preparation for Case Management Conference. | L230 | 1.00 | 238.50 | 238.50 |
| RJG | 11/14/12 | Correspondence with our client to advise regarding case dismissal, stipulation regarding non-monetary status and pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| JHT | 11/14/12 | Attended Case Management Conference. | L230 | 4.50 | 238.50 | 1,073.25 |
| JHT | 11/14/12 | Drafted case update for Robert Gandy. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 11/15/12 | Correspondence with our client to advise regarding pending case and litigation strategy issues. | L120 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **6.70** | | **$1,633.05** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/13/12 | CourtCall, LLC; CourtCall - Conference Service; 11/14/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Séverson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335849 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Chavez, Joseph J. | | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $273.60 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L230 | Court Mandated Conferences | 5.50 | $1,311.75 |
| | **TOTAL** | **6.70** | **$1,633.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 5.70 | 238.50 | $1,359.45 |
| Franich, Kerry | KWF | Associate | 0.20 | 270.00 | $54.00 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **6.70** | | **$1,633.05** |

| PRIOR FEES | $4,715.55 |
|---|---|
| PRIOR COSTS & EXPENSES | $339.09 |

| | | |
|---|---|---|
| FEES | $1,633.05 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$1,711.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335850     JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1293 | Orozco, Javier and Ada |
| | | GMAC Matter No.: 729255 |

**TOTAL AMOUNT DUE**              $210.20

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335850    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1293    Orozco, Javier and Ada
                        GMAC Matter No.: 729255

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| DB | 11/02/12 | Review email from M. Resnik regarding loan modification application. | L160 | 0.10 | 256.50 | 25.65 |
| SMH | 11/05/12 | Attention to receipt of loan modification application. | L190 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **0.30** | | **$92.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/02/12 | CourtCall, LLC; CourtCall - Conference Service;  10/30/12 | 78.00 |
| 11/15/12 | DDS Legal Support Systems; Transmittal of filing to court; LASC- Central District 10/29/12 | 39.95 |
| | **TOTAL COSTS & EXPENSES** | **$117.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.10 | $25.65 |
| L190 | Other Case Assessment | 0.20 | $66.60 |
| | **TOTAL** | **0.30** | **$92.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 0.10 | 256.50 | $25.65 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | | **Total** | **0.30** | | **$92.25** |

| | |
|---|---|
| PRIOR FEES | $5,830.20 |
| PRIOR COSTS & EXPENSES | $1,053.64 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335850        CLIENT    GMAC ResCap                    Page        2
                             MATTER    Orozco, Javier & Ada

| | |
|---|---|
| FEES | $92.25 |
| COSTS & EXPENSES | $117.95 |
| **TOTAL THIS INVOICE** | **$210.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335851    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1294     Rozen, Kelly Joseph
                   GMAC Matter No.: 729236

**TOTAL AMOUNT DUE**            **$518.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335851      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1294      Rozen, Kelly Joseph
                          GMAC Matter No.: 729236

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/08/12 | Exchange correspondence with client and plaintiff's counsel re accessing property for BPO and status of tenant moving from property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/09/12 | Prepare correspondence to client re times and dates available for inspection of property. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 10/16/12 | Exchange correspondence with client and plaintiff's counsel re appraisal of property. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Exchange correspondence with plaintiff and client re status of appraisal of property. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/14/12 | Exchange correspondence with client re completion of BPO for property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/16/12 | Exchange correspondence with plaintiff re status of approval for deed in lieu of foreclosure. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/20/12 | Exchange correspondence with client and plaintiff re status of tenant moving from property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/21/12 | Exchange correspondence with plaintiff and client re status of tenant moving from property and settlement terms. | L160 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **1.80** | | **$518.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   335851      CLIENT   GMAC ResCap                      Page        2
                          MATTER   Rozen, Kelly Joseph

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.20 | $345.60 |
| L190 | Other Case Assessment | 0.60 | $172.80 |
| | **TOTAL** | **1.80** | **$518.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| | **Total** | | **1.80** | | **$518.40** |

| | |
|---|---|
| PRIOR FEES | $4,398.75 |
| PRIOR COSTS & EXPENSES | $577.52 |

| | |
|---|---|
| FEES | $518.40 |
| **TOTAL THIS INVOICE** | **$518.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335852        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1304      Esparza, Roy and Lisa
                              GMAC Matter No.: 729444

**TOTAL AMOUNT DUE**              **$230.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335852      JBS                               December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1304      Esparza, Roy and Lisa
GMAC Matter No.: 729444

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/07/12 | Prepare amended notice of bankruptcy stay. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 11/16/12 | Analyze docket re case status; and prepare correspondence to Fannie Mae re case status. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/20/12 | Analyze correspondence from client re no changes to amended notice of bankruptcy stay. | L430 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.30 | $86.40 |
| L430 | Written Motions/Submissions | 0.50 | $144.00 |
| | **TOTAL** | **0.80** | **$230.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| | **Total** | | **0.80** | | **$230.40** |

PRIOR FEES                          $2,666.70
PRIOR COSTS & EXPENSES         $123.79

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335852 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Esparza, Roy & Lisa | | |

|  | FEES | $230.40 |
| **TOTAL THIS INVOICE** | | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335853        JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1316       Zeppeiro, Peter
                       GMAC Matter No.: 730045

**TOTAL AMOUNT DUE**             **$2,454.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335853    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1316    Zeppeiro, Peter
                        GMAC Matter No.: 730045

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Draft motion to dismiss first amended complaint re claims for quiet title, breach of contract, wrongful foreclosure; and revise motion based on court's ruling granting prior motion to dismiss. | L430 | 1.80 | 288.00 | 518.40 |
| DL | 11/04/12 | Further analyze first amended complaint and prepare analysis and litigation strategy for client. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 11/04/12 | Prepare correspondence to plaintiff re meet and confer for motion to dismiss. | L430 | 0.20 | 288.00 | 57.60 |
| LJT | 11/06/12 | Research title records re current status of title, review voluntary and involuntary lien search reports and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| DL | 11/07/12 | Work on further revisions to motion to dismiss first amended complaint re new allegations and facts in complaint and prepare correspondence to client re same. | L430 | 1.80 | 288.00 | 518.40 |
| DL | 11/12/12 | Exchange correspondence with client re revisions to motion to dismiss. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/13/12 | Finalize motion to dismiss first amended complaint, request for judicial notice and order. | L430 | 1.70 | 288.00 | 489.60 |
| DL | 11/21/12 | Analyze plaintiff filing proofs of service on defendants and exchange correspondence re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 11/27/12 | Analyze plaintiff's opposition to motion | L430 | 0.40 | 288.00 | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335853 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Zeppeiro, Peter | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | to dismiss first amended complaint. | | | | | |
| DL | 11/28/12 | Draft reply for motion to dismiss first amended complaint. | L430 | 0.80 | 288.00 | | 230.40 |
| DL | 11/29/12 | Draft letter to title company re rejection of title claim. | L190 | 0.40 | 288.00 | | 115.20 |
| DL | 11/30/12 | Finalize letter to title company re reassessment of denial of coverage. | L190 | 0.20 | 288.00 | | 57.60 |
| | | **TOTAL** | | **8.50** | | | **$2,416.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/29/12 | One Legal, Inc.; Transmittal of filing to court; Motion, Request for Judicial Notice, Proposed Order 11/15/12 | 38.20 |
| | **TOTAL COSTS & EXPENSES** | **$38.20** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L190 | Other Case Assessment | 1.60 | $460.80 |
| L430 | Written Motions/Submissions | 6.70 | $1,929.60 |
| | **TOTAL** | **8.50** | **$2,416.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 8.30 | 288.00 | $2,390.40 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| | Total | | **8.50** | | **$2,416.50** |

| | |
|---|---|
| PRIOR FEES | $9,637.20 |
| PRIOR COSTS & EXPENSES | $227.94 |

| | |
|---|---|
| FEES | $2,416.50 |
| COSTS & EXPENSES | $38.20 |
| **TOTAL THIS INVOICE** | **$2,454.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335854     JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1398 | Nanak Foundation Trust (Virk) |
| | | GMAC Matter No.: 733284 |

**TOTAL AMOUNT DUE**          $7,962.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335854    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1398    Nanak Foundation Trust (Virk)
                         GMAC Matter No.: 733284

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 11/01/12 | Telephone conference with client re factual background. | L110 | 0.50 | 306.00 | 153.00 |
| HRJ | 11/01/12 | Revise notice of removal. | L210 | 0.70 | 306.00 | 214.20 |
| HRJ | 11/01/12 | Draft certification of interested parties. | L210 | 0.50 | 306.00 | 153.00 |
| HRJ | 11/01/12 | Review and analyze client documents. | L110 | 0.40 | 306.00 | 122.40 |
| HRJ | 11/01/12 | Telephone conference with plaintiff's counsel re plaintiff's claims. | L110 | 0.30 | 306.00 | 91.80 |
| HRJ | 11/02/12 | Revise certificate of interested parties. | L210 | 0.30 | 306.00 | 91.80 |
| HRJ | 11/02/12 | Review and revise civil case cover sheet. | L210 | 0.20 | 306.00 | 61.20 |
| MKS | 11/05/12 | Update status report; provide pending dates and deadlines, litigation developments and strategy | L120 | 0.20 | 270.00 | 54.00 |
| HRJ | 11/05/12 | Draft status report to client. | L120 | 0.50 | 306.00 | 153.00 |
| HRJ | 11/05/12 | Draft notice of bankruptcy. | L210 | 0.50 | 306.00 | 153.00 |
| HRJ | 11/05/12 | Telephone conference with plaintiff's counsel re removal. | L110 | 0.30 | 306.00 | 91.80 |
| GSW | 11/06/12 | Retrieve and save emails with attachments | L110 | 0.30 | 130.50 | 39.15 |
| MKS | 11/06/12 | Strategy re: threatened TRO to stop UD action and recommendation to client re: same and timing of Notice of Bankruptcy Stay. | L120 | 0.30 | 270.00 | 81.00 |
| HRJ | 11/06/12 | Review and analyze client correspondence. | L120 | 0.20 | 306.00 | 61.20 |
| HRJ | 11/08/12 | Begin drafting motion to dismiss. | L240 | 3.30 | 306.00 | 1,009.80 |
| HRJ | 11/08/12 | Draft correspondence to plaintiff's counsel re impact of borrowers' bankruptcy. | L110 | 0.70 | 306.00 | 214.20 |
| HRJ | 11/08/12 | Draft stipulation continuing deadline to | L110 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335854 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Nanak Foundation Trust (Virk) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | respond to complaint. | | | | |
| HRJ | 11/08/12 | Telephone conference with plaintiff's counsel re case status and settlement issues. | L110 | 0.30 | 306.00 | 91.80 |
| MKS | 11/09/12 | Study plaintiff's ex parte application for restraning order against commencement of UD proceeding.  Strategy re: same. | L250 | 0.40 | 270.00 | 108.00 |
| HRJ | 11/09/12 | Review and analyze issues re borrowers' bankruptcy. | L120 | 0.50 | 306.00 | 153.00 |
| HRJ | 11/09/12 | Review and analyze new court orders re case administration. | L210 | 0.40 | 306.00 | 122.40 |
| HRJ | 11/09/12 | Review and analyze plaintiff's ex parte application for TRO. | L210 | 0.40 | 306.00 | 122.40 |
| HRJ | 11/09/12 | Draft status report to client. | L120 | 0.30 | 306.00 | 91.80 |
| HRJ | 11/11/12 | Draft opposition to ex parte application for TRO. | L220 | 3.00 | 306.00 | 918.00 |
| GSW | 11/12/12 | Retrieve pleadings in order to create attorney binder for TRO Hearing on November 13, 2012 | L110 | 2.00 | 130.50 | 261.00 |
| HRJ | 11/12/12 | Continue drafting opposition to ex parte application for TRO. | L220 | 3.00 | 306.00 | 918.00 |
| HRJ | 11/12/12 | Draft attorney declaration in support of opposition to application for TRO. | L220 | 0.90 | 306.00 | 275.40 |
| HRJ | 11/12/12 | Draft client declaration in support of opposition to application for TRO. | L220 | 0.70 | 306.00 | 214.20 |
| HRJ | 11/12/12 | Draft request for judicial notice in support of opposition to application for TRO. | L220 | 0.50 | 306.00 | 153.00 |
| HRJ | 11/12/12 | Telephone conference with C. DiCicco re case status. | L120 | 0.20 | 306.00 | 61.20 |
| GSW | 11/13/12 | Review, update and finalize attorney Hearing binder | L110 | 1.20 | 130.50 | 156.60 |
| HRJ | 11/13/12 | Telephone conference with plaintiff's counsel re case status and plaintiff's claims. | L120 | 0.40 | 306.00 | 122.40 |
| HRJ | 11/13/12 | Draft correspondence to plaintiff's counsel re response to complaint. | L110 | 0.30 | 306.00 | 91.80 |
| MKS | 11/15/12 | Study and review order from court re: order to show cause why sanctions should not be imposed against plaintiff and counsel. | L120 | 0.40 | 270.00 | 108.00 |
| HRJ | 11/15/12 | Draft status report to client. | L120 | 0.40 | 306.00 | 122.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335854 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Nanak Foundation Trust (Virk) | | | |

| HRJ | 11/15/12 | Review and analyze court order to show L110 cause re sanctions against plaintiff and plaintiff's counsel. | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | **25.10** | | **$7,019.55** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Opp to TRO,HRJ Declaration, Bankston Dec and Exhibit, RJN, RJN Exh 1, RJN Exh 2, RJN Exh 3, RJN Exh 4, RJN Exh 5,...11/13/12 | 72.90 |
| 11/30/12 | Clerk of the Court -D; Court and Filing Fees; GMAC First App Fee. Draft#29513 | 435.00 |
| 11/30/12 | Clerk of the Court -D; Court and Filing Fees; FNMA First App Fee. Draft#29514 11/16/12 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$942.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 6.90 | $1,497.15 |
| L120 | Analysis/Strategy | 3.40 | $1,008.00 |
| L210 | Pleadings | 3.00 | $918.00 |
| L220 | Preliminary Injunctions/Provis | 8.10 | $2,478.60 |
| L240 | Dispositive Motions | 3.30 | $1,009.80 |
| L250 | Other Written Motions | 0.40 | $108.00 |
| | **TOTAL** | **25.10** | **$7,019.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Webb, Gilla | GSW | Paralegal | 3.50 | 130.50 | $456.75 |
| Jones, Harold R. | HRJ | Associate | 20.30 | 306.00 | $6,211.80 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| | **Total** | | **25.10** | | **$7,019.55** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $3,823.65 | | |
| | | FEES | $7,019.55 |
| | | COSTS & EXPENSES | $942.90 |
| | | **TOTAL THIS INVOICE** | **$7,962.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335855    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0704    Casas, Hermina
                  GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**          **$1,049.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335855    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0704    Casas, Hermina
GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RSS | 11/05/12 | Review and analyze case files and conduct research and analysis regarding potential amended complaint. | L120 | 2.10 | 288.00 | 604.80 |
| | | **TOTAL** | | **2.10** | | **$604.80** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Civil Case Cover Sheet, Complaint for; (1) Breach of Contract, (2) Breach of the Implied Covenant of Good Faith and...including Court Filing Fee $435 Complaint filing fee 08/08/12 | 444.95 |
| | | **TOTAL COSTS & EXPENSES** | **$444.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 2.10 | $604.80 |
| **TOTAL** | **2.10** | **$604.80** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Saelao, Rebecca    RSS | Special Counsel | 2.10 | 288.00 | $604.80 |
| **Total** | | **2.10** | | **$604.80** |

| | |
|---|---|
| PRIOR FEES | $19,472.40 |
| PRIOR COSTS & EXPENSES | $708.22 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335855 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Casas, Hermina | | |

| | | |
|---|---|---|
| FEES | $604.80 |
| COSTS & EXPENSES | $444.95 |
| **TOTAL THIS INVOICE** | **$1,049.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
| --- | --- |
| Invoice No.: | 5137659 |
| Inv. Date: | 8/8/12 |
| Due Date: | 8/23/12 |
| Total: | $444.95 |
| Terms: | Net 15 |

| INVOICE No. | |
| --- | --- |
| 5137659 | |
| Date: | 8/8/12 |
| Cust. No.: | 0000562 |

Law Firm Contact:   Rebecca Saelao

Client File No.:   19000.0704

Case Short Title:   GMAC Mortgage, LLC vs. The Union Labor Life Insurance Company V. N/A

Documents:   Civil Case Cover Sheet, Complaint for: (1) Breach of Contract, (2) Breach of the Implied Covenant of Good faith and...

One Legal Branch:

Court:   Superior Court of California, Orange County
Description:

|  |  |
| --- | --- |
| COURT FILING FEE | $435.00 |
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |

— Complaint filing fee

To Accounting: _____ Aug 10, 2012 _____

**OK TO PAY**

for: _____ Rebecca S. Saelao

| Due Date | 8/23/12 | Total This Invoice | $444.95 |
| --- | --- | --- | --- |

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335856      JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1007 | Abed-Stephen, Vachagan and Susie |
| | | C/M# 716689 |

**TOTAL AMOUNT DUE**          **$426.61**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335856      JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1007      Abed-Stephen, Vachagan and Susie
C/M# 716689

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KPL | 11/01/12 | Call and locate court clerk re: record fees. | L510 | 0.20 | 76.50 | 15.30 |
| KPL | 11/01/12 | Review court dockets for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| MEH | 11/05/12 | Draft client status update re: appeal. | L120 | 0.30 | 261.00 | 78.30 |
| KPL | 11/08/12 | Review court docket and update case status. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/16/12 | Locate and review trial and appeals court dockets for any new case status updates. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/21/12 | Locate and review docket for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/25/12 | Review court docket for case status update. | L190 | 0.10 | 76.50 | 7.65 |
| MEH | 11/26/12 | Exchange emails with client (J. Holtgren) re: case status. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.70** | | **$240.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/09/12 | M. Elizabeth Holt; ; Retrieve fee notice from L.A. Superior Court website 11/8/12; Court and Filing Fees | 7.50 |
| 11/13/12 | Clerk, Superior Court; Court and Filing Fees; Fee for Respondent's copy of Clerk's Transcript on appeal. Draft#28670 11/1/12 | 178.36 |
| | **TOTAL COSTS & EXPENSES** | **$185.86** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335856 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Abed-Stephen, Vachagan | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.30 | $78.30 |
| L190 | Other Case Assessment | 0.90 | $68.85 |
| L510 | Appellate Motions & Submission | 0.50 | $93.60 |
| | **TOTAL** | **1.70** | **$240.75** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Lee, Kristina | KPL | Legal Assistant | 1.10 | 76.50 | $84.15 |
| Holt, M. Elizabeth | MEH | Associate | 0.60 | 261.00 | $156.60 |
| | **Total** | | **1.70** | | **$240.75** |

| PRIOR FEES | $21,420.23 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $2,080.42 |

| | |
| --- | --- |
| FEES | $240.75 |
| COSTS & EXPENSES | $185.86 |
| **TOTAL THIS INVOICE** | **$426.61** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

28670

| | DATE | CLIENT | MATTER | | PURPOSE |
|---|---|---|---|---|---|
| | 11/1/12 | 19000 | 1007 | | Fee for Respondent's copy of |

CASE/CLIENT
Abed-Stephen v. GMAC Mortgage
Case No. BC464367

Clerk's Transcript on Appeal

**(VOID 60 DAYS AFTER DATE)**

90-3779
1211

PAY TO THE
ORDER OF    CLERK, SUPERIOR COURT

THE SUM OF    ONE HUNDRED SEVENTY-EIGHT and 36/100------------------ DOLLARS $ 178.36

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank**
**& Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
NON NEGOTIABLE

BY _____

ONE EMBARCADERO CENTER, SUITE 2600, SAN FRANCISCO, CA 94111 - (415) 396-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335857        JBS                                          December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1171       Zamora, Elsa
                       GMAC Matter No.: 723112        7320 JJb


**TOTAL AMOUNT DUE**                     $1,013.41


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335857        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1171     Zamora, Elsa
                        GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KPL | 11/01/12 | Call and locate court clerk re: record fees. | L510 | 0.20 | 76.50 | 15.30 |
| KPL | 11/01/12 | Review court dockets for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| MEH | 11/01/12 | Monitor trial and appellate dockets for upcoming record preparation deadlines. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 11/05/12 | Draft client status update re: appeal. | L120 | 0.30 | 261.00 | 78.30 |
| KPL | 11/08/12 | Review court docket and update case status. | L190 | 0.20 | 76.50 | 15.30 |
| MJE | 11/13/12 | Receipt and review of Lis Pendens from Recorder's office; made changes to same and delivery for recording | L140 | 0.50 | 279.00 | 139.50 |
| KPL | 11/16/12 | Locate and review trial and appeals court dockets for any new case status updates. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/21/12 | Locate and review docket for case status update. | L190 | 0.20 | 76.50 | 15.30 |
| KPL | 11/25/12 | Review court docket for case status update. | L190 | 0.10 | 76.50 | 7.65 |
| MJE | 11/28/12 | Receipt of recorded Lis Pendens withdrawal and delivery of same to J. Holtgren | L140 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **2.50** | | **$463.95** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/13/12 | Superior Court-D; Court and Filing Fees; Fee for Respondent's copy of Clerk's Transcript. Draft#28672 11/2/12 | | 135.46 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335857 | CLIENT  GMAC ResCap | | Page    2 |
|---|---|---|---|
| | MATTER  Zamora, Elsa | | |

| | | | |
|---|---|---|---|
| 11/20/12 | Clerk of the Court -D; Court and Filing Fees; First Appearance Filing Fee. Draft#28673 11/6/12 | | 390.00 |
| 11/27/12 | LA County Registrar- Recorder/County Clerk -D; Recorder Fees; Fee to Record withdrawal of Lis Pendens. Draft#28495 10/18/12 | | 24.00 |
| | **TOTAL COSTS & EXPENSES** | **$549.46** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $78.30 |
| L140 | Document/File Management | 0.80 | $223.20 |
| L190 | Other Case Assessment | 0.90 | $68.85 |
| L510 | Appellate Motions & Submission | 0.50 | $93.60 |
| | **TOTAL** | **2.50** | **$463.95** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Lee, Kristina | KPL | | Legal Assistant | 1.10 | 76.50 | $84.15 |
| Holt, M. Elizabeth | MEH | | Associate | 0.60 | 261.00 | $156.60 |
| Esposito, Matthew | MJE | | Associate | 0.80 | 279.00 | $223.20 |
| | | **Total** | | **2.50** | | **$463.95** |

| | | |
|---|---|---|
| PRIOR FEES | $22,280.63 | |
| PRIOR COSTS & EXPENSES | $2,812.74 | |

| | | |
|---|---|---|
| FEES | $463.95 | |
| COSTS & EXPENSES | $549.46 | |
| **TOTAL THIS INVOICE** | **$1,013.41** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

28672

| | | DATE | CLIENT | MATTER | | PURPOSE |
| --- | --- | --- | --- | --- | --- | --- |
| | | 11/2/12 | 19000 | 1171 | | Fee for Respondents' copy of Clerk's Transcript |

CASE/CLIENT
Zamora v. DGG Financial Corp., et al.
Case No. VC059937; Court of Appeal Case No. B243641

**(VOID 60 DAYS AFTER DATE)**

90-3779
1211

PAY TO THE
ORDER OF    CLERK OF THE SUPERIOR COURT

THE SUM OF    ONE HUNDRED THIRTY-FEVE and 46/100-------------------- DOLLARS $135.46

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank
& Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____    NON-NEGOTIABLE

ONE EMBARCADERO CENTER, 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 398-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7110

28673

| DATE 19000012 | CLIENT 19000 | MATTER 1171 | PURPOSE First Appearance filing fee |

CASE/CLIENT Zamora v. DGG Financial Corp., et al
Case No. B243641 (Trial Court Case No. VC059937)

**(VOID 60 DAYS AFTER DATE)**

90-3779
1211

PAY TO THE
ORDER OF _____ CLERK OF THE COURT _____

THE SUM OF ____ THREE HUNDRED NINETY and 00/100---------------------------- DOLLARS $ __390.00__

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**Borel Private Bank & Trust Company®**
433 CALIFORNIA STREET • SAN FRANCISCO, CA 94104

BY _____  **NON NEGOTIABLE**

ONE EMBARCADERO CENTER, 26th FLOOR • SAN FRANCISCO, CA 94111 - (415) 396-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335858    JBS                                     December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1285 | White, Terence E. and Linda |
| | | GMAC Matter No.: 724563 |

**TOTAL AMOUNT DUE**          **$1,766.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335858    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1285    White, Terence E. and Linda
GMAC Matter No.: 724563

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 11/05/12 | Attention to confirmation that GMAC is servicer, no obligation to defend originatOR. | L190 | 0.20 | 333.00 | 66.60 |
| YS | 11/05/12 | Receipt, review and analysis from the Court of Appeals regarding plaintiff in default for filings he needs to perform in light of his initiation of the appeal | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 11/06/12 | Receipt and review of Notice of Entry of Order to Expunge Lis Pendens. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 11/06/12 | Receipt and review of Amended Notice of Ruling on Motion to Expunge Lis Pendens. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 11/06/12 | Receipt and review of Notice of Entry of Order Granting Intervenor's Motion for Leave to Intervene. | L190 | 0.10 | 238.50 | 23.85 |
| SMH | 11/07/12 | Attention to appeal, assignment of same. | L510 | 0.10 | 333.00 | 33.30 |
| JDI | 11/07/12 | New case intake, review factual and procedural history. | L190 | 1.30 | 279.00 | 362.70 |
| JDI | 11/08/12 | Prepare notice of bankruptcy stay for ETS and letter to opposing counsel re same. | L250 | 2.50 | 279.00 | 697.50 |
| JDI | 11/15/12 | Revise notice of bankruptcy stay. | L510 | 0.30 | 279.00 | 83.70 |
| JDI | 11/15/12 | Respond to C. DiCicco's inquiry re timeliness of appeal. | L120 | 0.40 | 279.00 | 111.60 |
| JDI | 11/27/12 | Review order dismissing appeal and correspond with C. DiCicco re same. | L190 | 0.30 | 279.00 | 83.70 |
| JHT | 11/29/12 | Reviewed Appellate Court Notice of Dismissal of Appeal. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **5.70** | | **$1,582.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    335858 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | White, Terence E. & Linda | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/22/12 | First Legal Network, LLC; Court Services; LA County Recorder 9/20/12. Advance ck. $30.00 | 88.05 |
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court- Unlimited 9/25/12. Advance ck. $60.00 | 96.25 |
| | **TOTAL COSTS & EXPENSES** | **$184.30** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $135.45 |
| L190 | Other Case Assessment | 2.10 | $584.55 |
| L210 | Pleadings | 0.20 | $47.70 |
| L250 | Other Written Motions | 2.50 | $697.50 |
| L510 | Appellate Motions & Submission | 0.40 | $117.00 |
| | **TOTAL** | **5.70** | **$1,582.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Ives, Jon | JDI | Associate | 4.80 | 279.00 | $1,339.20 |
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **5.70** | | **$1,582.20** |

| | |
|---|---|
| PRIOR FEES | $7,456.05 |
| PRIOR COSTS & EXPENSES | $5,224.22 |

| | |
|---|---|
| FEES | $1,582.20 |
| COSTS & EXPENSES | $184.30 |
| **TOTAL THIS INVOICE** | **$1,766.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335859        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1309         Kinman, Kenneth James
                           GMAC Matter No.: 729769

**TOTAL AMOUNT DUE**              **$7,236.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335859      JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1309      Kinman, Kenneth James
                           GMAC Matter No.: 729769

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 10/05/12 | E-mail to counsel listed on SEC filings as custodian of exhibits to securitization agreement regarding obtaining copies of same. | L110 | 0.20 | 288.00 | 57.60 |
| DPB | 11/01/12 | Review court's faxed orders on this morning's ex parte motions with focus on short deadline for re-noticing our motion for order shortening time. | L220 | 0.20 | 288.00 | 57.60 |
| DPB | 11/01/12 | Appear for ex parte hearings on plaintiffs' motion for TRO and order to show cause re: preliminary injunction and our motion for an order shortening time on our motion to expunge plaintiffs' second lis pendens. | L220 | 4.80 | 288.00 | 1,382.40 |
| DPB | 11/01/12 | Review, revise draft re-notice of motion to expunge plaintiffs' second lis pendens. | L250 | 0.30 | 288.00 | 86.40 |
| DPB | 11/01/12 | Personally file motion to expunge plaintiffs' second lis pendens at clerk's window to secure first-available hearing date in case of denial of our ex parte motion for order shortening time. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/01/12 | Communications with plaintiffs' counsel regarding service of TRO. | L220 | 0.20 | 288.00 | 57.60 |
| DPB | 11/02/12 | Communications with A.Hartshorn regarding outcomes of yesterday's ex parte motions, implementing TRO. | L220 | 0.40 | 288.00 | 115.20 |
| DPB | 11/02/12 | Review e-mails from L.Brittain and K.Gowen regarding request for, confirmation of postponement of | L220 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335859 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Kinman, Kenneth James | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | foreclosure sale in light of court's entry of TRO. | | | | |
| DPB | 11/06/12 | E-mail to plaintiffs' counsel M.Yesk regarding signed copy of our motion to expunge plaintiffs' second lis pendens. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/06/12 | Communications with court clerk regarding proposed orders on our motion to expunge plaintiffs' first lis pendens and motion to intervene. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/06/12 | Communications with M.Yesk regarding plaintiffs' intent to withdraw second lis pendens. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/06/12 | E-mail to M.Yesk requesting plaintiffs' payment of monetary award included in court's order granting our motion to expunge plaintiffs' first lis pendens. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 11/06/12 | Prepare exhibits to declaration in support of Deutsche Bank's response to order to show cause regarding preliminary injunction. | L220 | 0.80 | 288.00 | 230.40 |
| DPB | 11/06/12 | E-mail to A.Hartshorn regarding strategy for responding to order to show cause re: preliminary injunction. | L220 | 0.20 | 288.00 | 57.60 |
| DPB | 11/06/12 | Draft client's declaration in support of response to order to show cause regarding preliminary injunction. | L220 | 0.80 | 288.00 | 230.40 |
| DPB | 11/06/12 | Begin to draft brief in response to order to show cause regarding preliminary injunction. | L220 | 1.50 | 288.00 | 432.00 |
| MKS | 11/07/12 | Review and revise draft declaration to be filed in support of response to OSC re: PI. | L250 | 0.20 | 270.00 | 54.00 |
| DPB | 11/07/12 | E-mail to A.Hartshorn regarding draft declaration in support of our response to order to show cause re: preliminary injunction. | L220 | 0.20 | 288.00 | 57.60 |
| DPB | 11/07/12 | Check for receipt of conformed copy of order granting our motion to expunge plaintiffs' first lis pendens. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 11/07/12 | Finish drafting brief in response to order to show cause regarding preliminary injunction. | L220 | 1.20 | 288.00 | 345.60 |
| DPB | 11/07/12 | Prepare request for judicial notice in | L220 | 0.90 | 288.00 | 259.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335859 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Kinman, Kenneth James | | | | |

| | | | | | | |
|-----|----------|-----------------------------------------------------------------------------------------------------------------------------|------|------|--------|--------|
| | | support of response to order to show cause re: preliminary injunction. | | | | |
| DPB | 11/07/12 | Prepare exhibits to request for judicial notice in support of response to order to show cause re: preliminary injunction. | L220 | 0.80 | 288.00 | 230.40 |
| DPB | 11/07/12 | Draft declaration of D.Babcock authenticating documents that are subjects of request for judicial notice in support of response to order to show cause. | L220 | 0.50 | 288.00 | 144.00 |
| DPB | 11/07/12 | Revise, finalize complaint-in-intervention. | L210 | 0.50 | 288.00 | 144.00 |
| DPB | 11/07/12 | Arrange to resubmit to court our proposed orders on motions to intervene and expunge first lis pendens, heard October 25. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/07/12 | Revise draft proofs of service for motion papers personally served on plaintiffs' counsel at ex parte hearing. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/08/12 | Communications with A.Hartshorn regarding execution of declaration by GMAC on behalf of Deutsche Bank in support of response to order to show cause. | L220 | 0.30 | 288.00 | 86.40 |
| DPB | 11/08/12 | Review GMAC's executed declaration in support of response to order to show cause. | L220 | 0.20 | 288.00 | 57.60 |
| DPB | 11/08/12 | Telephone call from court clerk advising (erroneously) that court did not receive our complaint-in-intervention. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 11/08/12 | Plan for re-filing of complaint-in-intervention, if necessary. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 11/08/12 | Prepare second, signed original of complaint-in-intervention, with exhibits, for re-submission to court in light of clerk's (erroneous) advisement that complaint was not received. | L210 | 0.40 | 288.00 | 115.20 |
| DPB | 11/09/12 | Review court's tentative rulings on order to show cause re: preliminary injunction and our motion to expunge plaintiffs' second lis pendens. | L220 | 0.30 | 288.00 | 86.40 |
| DPB | 11/09/12 | Review conformed copies of all | L220 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335859 | CLIENT | GMAC ResCap | | | Page | 4 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kinman, Kenneth James | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | documents filed yesterday to be certain clerk's advisement of missing pleading was erroneous. | | | | |
| DPB | 11/09/12 | E-mail to A.Hartshorn regarding court's tentative rulings, necessity of personal appearance if plaintiffs request oral argument. | L220 | 0.10 | 288.00 | 28.80 |
| DPB | 11/09/12 | E-mail from M.Yesk giving notice that plaintiffs request oral argument on our motion to expunge and plaintiffs' motion for preliminary injunction. | L220 | 0.10 | 288.00 | 28.80 |
| DPB | 11/09/12 | E-mail to A.Hartshorn advising that plaintiffs requested oral argument, requiring personal appearance in Roseville for hearings. | L220 | 0.10 | 288.00 | 28.80 |
| DPB | 11/12/12 | Prepare proposed order reflecting court's tentative ruling on our motion to expunge plaintiffs' second lis pendens. | L250 | 0.50 | 288.00 | 144.00 |
| DPB | 11/12/12 | Prepare proposed order reflecting court's tentative ruling on order to show cause re: preliminary injunction. | L250 | 0.50 | 288.00 | 144.00 |
| DPB | 11/13/12 | Submit proposed orders to court for review and entry (.1); obtain endorsed orders (.1). | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/13/12 | Obtain certified copy of order granting motion to expunge for recording. | L250 | 0.30 | 288.00 | 86.40 |
| DPB | 11/13/12 | Confer with plaintiffs' counsel regarding method for serving court's orders denying preliminary injunction and granting motion to expunge. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 11/13/12 | Appear for hearing on plaintiffs' motion for preliminary injunction and our motion to expunge plaintiffs' second notice of pendency of action. | L250 | 4.40 | 288.00 | 1,267.20 |
| DPB | 11/26/12 | Review conformed copy of recorded order expunging plaintiffs' second lis pendens. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 11/26/12 | E-mail to plaintiffs' counsel providing recorded copy of order expunging plaintiffs' second lis pendens and requesting payment of sanctions. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 11/27/12 | Check status of entry of our proposed order expunging plaintiffs' first lis | L250 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335859 | CLIENT   GMAC ResCap | | | | Page | 5 |
|---|---|---|---|---|---|---|---|
| | | MATTER   Kinman, Kenneth James | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | pendens. | | | | |
| DPB | 11/28/12 | E-mail to A.Hartshorn regarding trustee's sale. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 11/28/12 | Communications with M.Yesk regarding plaintiffs' nonpayment of sanctions ordered in connection with our motions to expunge. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 11/28/12 | Review recorded copy of withdrawal of second lis pendens, provided by plaintiffs' counsel. | L250 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **24.20** | | **$6,966.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/04/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Notice of Motion and Motion to Expunge Notice of Pendency of Action (Lis Pendens Memorandum of Points &...Served: Michael Yesk, Esq.4 Fairway Place Pleasant Hill, CA 94523 09/17/12 | 99.95 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Re-Notice of Deutsche Bank National Trust Company's Motion to Expunge Plaintiff's Second Notice of Pendency of... 11/05/12 | 49.95 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Memorandum of Points & Authorities, Declaration, Request for Judicial Notice, Proof of Service, Letter to Court...11/08/12 | 49.95 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Declaration 11/08/12 | 49.95 |
| 11/30/12 | Placer County Superior Court-D; Court and Filing Fees; Fee for recording a Certificate Order. Draft#29510 11/14/12 | 21.00 |
| | **TOTAL COSTS & EXPENSES** | **$270.80** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L210 | Pleadings | 1.30 | $374.40 |
| L220 | Preliminary Injunctions/Provis | 14.10 | $4,060.80 |
| L250 | Other Written Motions | 8.60 | $2,473.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335859 | CLIENT | GMAC ResCap | | Page | 6 |
| | | MATTER | Kinman, Kenneth James | | | |

| | | **TOTAL** | **24.20** | **$6,966.00** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Babcock, Daska | DPB | Special Counsel | 24.00 | 288.00 | $6,912.00 | |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 | |
| | | **Total** | **24.20** | | **$6,966.00** | |

PRIOR FEES                                   $14,193.00
PRIOR COSTS & EXPENSES            $1,125.18

|  | |
|---|---|
| FEES | $6,966.00 |
| COSTS & EXPENSES | $270.80 |
| **TOTAL THIS INVOICE** | **$7,236.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335860    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1318     Corona, Octavio and Angelica
                     GMAC Matter No.: 729890

**TOTAL AMOUNT DUE**            **$2,298.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335860       JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter       19000  1318       Corona, Octavio and Angelica
                               GMAC Matter No.: 729890

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/07/12 | Prepare amended notice of bankruptcy stay. | L430 | 0.40 | 288.00 | 115.20 |
| SMH | 11/08/12 | Attention to proposed amended notice of bankruptcy stay. | L210 | 0.10 | 333.00 | 33.30 |
| DL | 11/13/12 | Prepare case management statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 11/15/12 | Analyze court docket re filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/16/12 | Analyze docket re opposition to demurrer and prepare correspondence to client re no opposition filed. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/20/12 | Analyze docket for filing of opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 11/21/12 | Analyze GreenPoint's status conference statement. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/27/12 | Analyze GreenPoint's case management conference statement. | L190 | 0.10 | 288.00 | 28.80 |
| JHT | 11/27/12 | Reviewed case file, operative pleadings, and case notes in preparation for hearing on Demurrer to Complaint. | L210 | 1.50 | 238.50 | 357.75 |
| SMH | 11/28/12 | Attention to Court's ruling sustaining demurrer as to MERS and U.S. Bank. | L240 | 0.20 | 333.00 | 66.60 |
| JHT | 11/28/12 | Attended hearing on Demurrer to Complaint. | L210 | 4.50 | 238.50 | 1,073.25 |
| JHT | 11/28/12 | Drafted Proposed Order on Demurrer to Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 11/28/12 | Drafted Notice of Ruling on Demurrer to Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 11/28/12 | Drafted Proposed Judgment of Dismissal of action. | L210 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335860          CLIENT    GMAC ResCap                        Page        2
                               MATTER    Corona, Octavio & Angelica

| | | | |
|---|---|---:|---:|
| **TOTAL** | | **8.90** | **$2,220.30** |

## COSTS & EXPENSES

| | | |
|---|---|---:|
| 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 12/06/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L110 | Fact Investigation/Development | 0.10 | $28.80 |
| L190 | Other Case Assessment | 0.60 | $172.80 |
| L210 | Pleadings | 7.30 | $1,750.50 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| L430 | Written Motions/Submissions | 0.70 | $201.60 |
| | **TOTAL** | **8.90** | **$2,220.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Liu, David | DL | Associate | 1.40 | 288.00 | $403.20 |
| Tuffaha, Joe | JHT | Associate | 7.20 | 238.50 | $1,717.20 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **8.90** | | **$2,220.30** |

| | |
|---|---|
| PRIOR FEES | $2,443.05 |
| PRIOR COSTS & EXPENSES | $2,052.79 |

| | |
|---:|---:|
| FEES | $2,220.30 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,298.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335861        JBS                                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1320       Krajnyak-Vestil, Ildiko
                       GMAC Matter No.: 730087

**TOTAL AMOUNT DUE**                    **$769.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335861    JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1320    Krajnyak-Vestil, Ildiko
GMAC Matter No.: 730087

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| MKS | 11/02/12 | Follow up re: need for, preparation, approval and filing of Notice or Revised Notice of Bankruptcy Stay. | L120 | 0.20 | 270.00 | 54.00 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/05/12 | Review and analysis of plaintiff's proposed revisions to the settlement agreement and determine how to respond | L160 | 0.70 | 238.50 | 166.95 |
| YS | 11/05/12 | Draft correspondence to client regarding proposed revisions to the settlement agreement and recommendation of how to respond | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/06/12 | Draft correspondence to plaintiff's counsel regarding client's comments to the most recent version of the settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/07/12 | Draft correspondence to plaintiff's counsel regarding revising the terms of the agreement since client does not service the junior lien attached to the property | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/28/12 | Review and analysis of the plaintiff's most recent version of the proposed settlement agreement and determine how to respond | L160 | 0.70 | 238.50 | 166.95 |
| YS | 11/28/12 | Draft correspondence to client regarding most recent version of the proposed settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 11/29/12 | Draft correspondence to plaintiff's counsel regarding client's acceptance of | L160 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335861 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Krajnyak-Vestil, Ildiko | | | |

the terms and conditions contained in
the settlement agreement
**TOTAL**                                    3.20              $769.50

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 2.90 | $691.65 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| | TOTAL | 3.20 | $769.50 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Shaham, Yaron | YS | Special Counsel | 3.00 | 238.50 | $715.50 |
| | Total | | 3.20 | | $769.50 |

PRIOR FEES                          $7,117.65
PRIOR COSTS & EXPENSES         $622.79

FEES                    $769.50
**TOTAL THIS INVOICE**         **$769.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335862    JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1323    Powderly, Christina and Paul
GMAC Matter No.: 730151

**TOTAL AMOUNT DUE**        **$1,168.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335862    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1323    Powderly, Christina and Paul
                        GMAC Matter No.: 730151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/07/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| LJT | 11/09/12 | Research title records re current status of title and draft e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| DL | 11/12/12 | Analyze docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/13/12 | Analyze court docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/15/12 | Analyze docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/16/12 | Analyze docket re opposition to demurrer and prepare correspondence to client re no opposition filed. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 11/20/12 | Analyze docket for filing of opposition to demurrer. | L110 | 0.10 | 288.00 | 28.80 |
| DL | 11/26/12 | Analyze court docket for tenative ruling on demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/27/12 | Prepare for and attend hearing on demurrer to first amended complaint, and prepare correspondence to client re demurrer sustained with leave to amend. | L430 | 2.20 | 288.00 | 633.60 |
| DL | 11/28/12 | Prepare notice of ruling of sustaining demurrer and continuance of case management conference. | L430 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **3.70** | | **$1,049.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   335862 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Powderly, Christina & Paul | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/31/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orang Co Superior Court WE CA 09/12/12 | 8.55 |
| 11/06/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy, Proposed Order, Demurrer to Amended Complaint, Request for Judicial Notice including Court Filing Fee  $90 ( $60 DMR filing & $30 Court Reporter) 10/12/12 | 99.95 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 11/09/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$118.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $41.85 |
| L190 | Other Case Assessment | 0.70 | $201.60 |
| L430 | Written Motions/Submissions | 2.80 | $806.40 |
| | **TOTAL** | **3.70** | **$1,049.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.60 | 288.00 | $1,036.80 |
| Tarwater, Linda | LJT | Paralegal | 0.10 | 130.50 | $13.05 |
| | | **Total** | **3.70** | | **$1,049.85** |

| | |
|---|---|
| PRIOR FEES | $7,047.00 |
| PRIOR COSTS & EXPENSES | $2,118.24 |

| | |
|---|---|
| FEES | $1,049.85 |
| COSTS & EXPENSES | $118.45 |
| **TOTAL THIS INVOICE** | **$1,168.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335863        JBS

December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1332        Dale, Robert D.
                          GMAC Matter No.: 730281

**TOTAL AMOUNT DUE**                **$316.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335863    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1332    Dale, Robert D.
                        GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Analyze Wells Fargo's case management conference statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 11/13/12 | Analyze Wells Fargo's reply for its demurrer to complaint. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 11/20/12 | Analyze order on Wells Fargo's demurrer and prepare correspondence to client re demurrer sustained without leave to amend. | L110 | 0.30 | 288.00 | 86.40 |
| DL | 11/20/12 | Analyze plaintiff's case management statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 11/27/12 | Analyze Wells Fargo's notice of ruling on its demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/28/12 | Strategy re results of demurrer and prepare correspondence to client re demurrer sustained without leave to amend. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.10** | | **$316.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $86.40 |
| L190 | Other Case Assessment | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **1.10** | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335863 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Dale, Robert D. | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| | **Total** | | **1.10** | | **$316.80** |

| | | |
|---|---|---|
| PRIOR FEES | $2,594.70 | |
| PRIOR COSTS & EXPENSES | $113.54 | |

| | | |
|---|---|---|
| FEES | | $316.80 |
| **TOTAL THIS INVOICE** | | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335864       JBS                                              December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1333 | Tikhonov, Albina (3) |
| | | GMAC Matter No.: 729305 |

**TOTAL AMOUNT DUE**              $308.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335864    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1333    Tikhonov, Albina (3)
GMAC Matter No.: 729305

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 11/27/12 | Analysis and evaluation of notice of related case and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| BAE | 11/27/12 | Attend hearing on case management conference, ex parte to enter judgment, osc re: failure to appear at case management conference against Plaintiffs, and demurrer. | L230 | 0.60 | 247.50 | 148.50 |
| | | **TOTAL** | | **0.90** | | **$230.85** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/16/12 | CourtCall, LLC; CourtCall - Conference Service; 11/27/12 | | 78.00 |
| **TOTAL COSTS & EXPENSES** | | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L230 | Court Mandated Conferences | 0.60 | $148.50 |
| | **TOTAL** | **0.90** | **$230.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 0.60 | 247.50 | $148.50 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | | **Total** | **0.90** | | **$230.85** |

PRIOR FEES                    $14,436.90

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 335864 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Tikhonov, Albina (3) | | |

PRIOR COSTS & EXPENSES                    $2,007.99

| | |
|---|---|
| FEES | $230.85 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$308.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335865      JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1334       Villanueva, Manuel, Lourdes and Angel
                       GMAC Matter No.: 730481


**TOTAL AMOUNT DUE**            **$2,038.69**


*** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335865        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter        19000 1334        Villanueva, Manuel, Lourdes and Angel
                                GMAC Matter No.: 730481

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/07/12 | Draft and prepare clients' case management statement in light of pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 11/21/12 | Corresponded with Plaintiffs' counsel regarding loan modification review. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 11/26/12 | Review and analysis of plaintiffs' case management statement and substitution of attorney forms | L120 | 0.20 | 238.50 | 47.70 |
| JHT | 11/26/12 | Reviewed case file and case notes in preparation for Case Management Conference. | L230 | 0.70 | 238.50 | 166.95 |
| JHT | 11/26/12 | Reviewed Plaintiff's Substitution of Attorney forms. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 11/26/12 | Receipt and review of Plaintiff's Case Management Statement. | L230 | 0.20 | 238.50 | 47.70 |
| JHT | 11/27/12 | Attended Case Management Conference and Order to Show Cause Regarding Plaintiffs' Failure to Set Aside Bankruptcy. | L230 | 5.50 | 238.50 | 1,311.75 |
| JHT | 11/28/12 | Corresponded with Plaintiffs' counsel regarding upcoming Demurrer hearing and possible informal resolution of case. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **7.90** | | **$1,890.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 335865 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Villanueva, Manuel & Lourdes | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/01/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling on Demurrer 09/26/12 | 49.95 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; GMAC Mortgage, LLC's et al.'s Demurrer to Plaintiff's First Amended Complaint, Defendants GMAC Mortgage, LLC's, et ...11/06/12 | 49.95 |
| 11/30/12 | Joe H. Tuffaha; Transportation; CMC, Riverside, Ca. 11/27/12 | 48.34 |
| | **TOTAL COSTS & EXPENSES** | **$148.24** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| L210 | Pleadings | 0.50 | $125.55 |
| L230 | Court Mandated Conferences | 6.40 | $1,526.40 |
| | **TOTAL** | **7.90** | **$1,890.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 7.10 | 238.50 | $1,693.35 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **7.90** | | **$1,890.45** |

| | | |
|---|---|---|
| PRIOR FEES | $6,788.70 | |
| PRIOR COSTS & EXPENSES | $2,000.79 | |

| | | |
|---|---|---|
| FEES | $1,890.45 |
| COSTS & EXPENSES | $148.24 |
| **TOTAL THIS INVOICE** | **$2,038.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      335866      JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    1337     Pichardo, Julio
                          GMAC Matter No.: 730487

**TOTAL AMOUNT DUE**          **$1,290.88**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335866    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1337    Pichardo, Julio
GMAC Matter No.: 730487

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 11/05/12 | Attend the court's case management conference hearing and determine how to proceed based on the Court's ruling | L230 | 4.10 | 238.50 | 977.85 |
| YS | 11/05/12 | Draft notice of bankruptcy review hearing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 11/09/12 | Draft correspondence to plaintiff's counsel regarding request to have plaintiff making direct contact with counsel for the client since he is represented by counsel himself | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 11/14/12 | Spoke with Plaintiffs' counsel regarding status of their representation of Plaintiff. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 11/27/12 | Reviewed Notice of Filing of Amended Proposed Bankruptcy Order. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **5.30** | | **$1,264.05** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/09/12 | Yaron Shaham; Transportation;  Case Mangement Conference Hearing, Santa Ana 11/5/12 | 16.88 |
| 11/27/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy Review Hearing 11/09/12 | 9.95 |

**TOTAL COSTS & EXPENSES**                        **$26.83**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    335866 | CLIENT    GMAC ResCap | | | | Page | 2 |
| | MATTER    Pichardo, Julio | | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.90 | $214.65 |
| L210 | Pleadings | 0.30 | $71.55 |
| L230 | Court Mandated Conferences | 4.10 | $977.85 |
| | **TOTAL** | **5.30** | **$1,264.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Shaham, Yaron | YS | Special Counsel | 4.80 | 238.50 | $1,144.80 |
| | **Total** | | **5.30** | | **$1,264.05** |

| | | |
|---|---|---|
| PRIOR FEES | $4,114.35 | |
| PRIOR COSTS & EXPENSES | $444.75 | |

| | |
|---|---|
| FEES | $1,264.05 |
| COSTS & EXPENSES | $26.83 |
| **TOTAL THIS INVOICE** | **$1,290.88** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335867        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000    GMAC ResCap
MATTER        1338     Saldana, Mariana and Juan
                       GMAC Matter No.: 730413

**TOTAL AMOUNT DUE**                    **$963.00**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335867    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1338    Saldana, Mariana and Juan
GMAC Matter No.: 730413

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 10/26/12 | Evaluate file status and court docket. Prepare email to Plaintiff's counsel re: failure to timely amend. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 10/30/12 | Prepare email to client inquiry re: status of litigation. | L120 | 0.20 | 270.00 | 54.00 |
| BAE | 11/08/12 | Email to opposing counsel regarding application for dismissal for failure to file an amended pleading. | L210 | 0.20 | 247.50 | 49.50 |
| BAE | 11/13/12 | Follow-up phone call to opposing counsel regarding application for dismissal for failure to file an amended pleading. | L210 | 0.10 | 247.50 | 24.75 |
| BAE | 11/26/12 | Draft declaration of Ben A. Eilenberg supporting ex parte application to dismiss 4th cause of action for failure to file an amended pleading. | L240 | 0.20 | 247.50 | 49.50 |
| BAE | 11/26/12 | Draft ex parte application to dismiss 4th cause of action for failure to file an amended pleading. | L240 | 0.90 | 247.50 | 222.75 |
| KWF | 11/27/12 | Review and revise draft ex parte application. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 11/27/12 | Prepare email to client, C. Bonello, advising of ex parte application. | L190 | 0.20 | 270.00 | 54.00 |
| BAE | 11/30/12 | Appearance at Riverside Superior Court for ex parte motion to dismiss 4th Cause of Action for failure to file an amended pleading. | L240 | 1.40 | 247.50 | 346.50 |
| | | **TOTAL** | | **3.80** | | **$963.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    335867 | CLIENT    GMAC ResCap | | Page | 2 |
| | MATTER    Saldana, Mariana & Juan | | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $135.00 | | | |
| L190 | Other Case Assessment | 0.20 | $54.00 | | | |
| L210 | Pleadings | 0.60 | $155.25 | | | |
| L240 | Dispositive Motions | 2.50 | $618.75 | | | |
| | **TOTAL** | **3.80** | **$963.00** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Eilenberg, Benjamin A. | BAE | Associate | | 2.80 | 247.50 | $693.00 |
| Franich, Kerry | KWF | Associate | | 1.00 | 270.00 | $270.00 |
| | **Total** | | | **3.80** | | **$963.00** |

| | |
|---|---|
| PRIOR FEES | $4,507.65 |
| PRIOR COSTS & EXPENSES | $1,556.59 |

| | | |
|---|---|---|
| | FEES | $963.00 |
| | **TOTAL THIS INVOICE** | **$963.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335868        JBS                                             December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1345 | Rozier, Karen Michelle |
| | | GMAC Matter No.: 731151 |

**TOTAL AMOUNT DUE**              $3,613.72

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335868    JBS                                   December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1345    Rozier, Karen Michelle
                         GMAC Matter No.: 731151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BJK | 11/03/12 | Drafted appellee brief | L520 | 1.80 | 234.00 | 421.20 |
| BJK | 11/05/12 | Drafted appellee brief | L520 | 0.80 | 234.00 | 187.20 |
| BJK | 11/06/12 | Communicated with client regarding endorsement of note and transfer of loan to US Bank | L120 | 0.20 | 234.00 | 46.80 |
| ANB | 11/07/12 | Phone conference with client regarding debtors request for a loan modification and communicate to debtor client will accept reinstatment of loan prior to sale | L120 | 0.80 | 292.50 | 234.00 |
| ANB | 11/08/12 | Review Plaintiff e-mail advising will be going in for TRO, advise client and KWF to locate attorney in our Irvine office to appear | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 11/09/12 | Review and revise BJK draft of opening brief, advise JTC and forward for his review and comments | L210 | 2.00 | 292.50 | 585.00 |
| JTC | 11/12/12 | Review and revise appellee's brief. | L520 | 1.20 | 490.50 | 588.60 |
| ANB | 11/13/12 | Multiple communications with client and review of e-mails regarding multiple transfers and bankruptcy filings causing the foreclosure sale to be postponed | L120 | 1.50 | 292.50 | 438.75 |
| ANB | 11/13/12 | Review Judge Brand and Judge Zurzollo's calendar and procedures for filing RFS motions on shortened notice | L120 | 0.50 | 292.50 | 146.25 |
| JTC | 11/14/12 | Review and revise appellee's brief. | L520 | 1.40 | 490.50 | 686.70 |
| BJK | 11/15/12 | Final revisions of appellee brief before filing | L520 | 0.30 | 234.00 | 70.20 |
| BJK | 11/21/12 | Reviewed ECF notice and researched issue relating to BAP's notice of time to | L520 | 0.20 | 234.00 | 46.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  335868 | CLIENT  GMAC ResCap | Page  2 |
| | MATTER  Rozier, Karen Michelle | |

file additional briefs
**TOTAL**                                            **11.20**                    **$3,597.75**

### COSTS & EXPENSES

11/28/12  Benjamin A. Eilenberg; Court and Filing Fees;                                  15.97
Fees for obtaining copy of document on OCSC
Website. 11/8/12
**TOTAL COSTS & EXPENSES**                    **$15.97**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.50 | $1,012.05 |
| L210 | Pleadings | 2.00 | $585.00 |
| L520 | Appellate Briefs | 5.70 | $2,000.70 |
| | **TOTAL** | **11.20** | **$3,597.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 5.30 | 292.50 | $1,550.25 |
| Kornberg, Bernard | BJK | Associate | 3.30 | 234.00 | $772.20 |
| Chilton, Jan T. | JTC | Member | 2.60 | 490.50 | $1,275.30 |
| | **Total** | | **11.20** | | **$3,597.75** |

PRIOR FEES                                 $8,359.65
PRIOR COSTS & EXPENSES          $38.09

FEES                          $3,597.75
COSTS & EXPENSES        $15.97
**TOTAL THIS INVOICE**      **$3,613.72**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335869    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1346    Marquez, Edgardo M.
                  GMAC Matter No.: 731029

**TOTAL AMOUNT DUE**          **$1,737.38**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335869       JBS                                      December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1346       Marquez, Edgardo M.
                             GMAC Matter No.: 731029

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 11/01/12 | Reviewed docket regarding hearing on Demurrer to Complaint. | L190 | 0.20 | 238.50 | 47.70 |
| MKS | 11/02/12 | Follow up re: preparation, approval and filing of Notice of Bankruptcy Stay. | L210 | 0.20 | 270.00 | 54.00 |
| YS | 11/02/12 | Draft case status update | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 11/02/12 | Reviewed case file, notes and pertinent pleadings in preparation for hearing on Demurrer to Complaint and Case Management Conference. | L210 | 1.00 | 238.50 | 238.50 |
| JHT | 11/02/12 | Appeared at hearing on Demurrer to Complaint. | L210 | 4.50 | 238.50 | 1,073.25 |
| JHT | 11/02/12 | Drafted correspondence to client regarding case status. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 11/02/12 | Drafted Notice of Continued Demurrer Hearings. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 11/06/12 | Corresponded with client regarding representation of MERS employees. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 11/16/12 | Draft and prepare clients' case management statement in light of pending case management conference hearing | L210 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **7.20** | | **$1,723.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/09/12 | Joe H. Tuffaha; Transportation; Demurrer to Plaintiff's Complaint hearing, Burbank, CA 11/2/12 | 13.88 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   335869 | CLIENT    GMAC ResCap | | Page       2 |
| | MATTER    Marquez, Edgardo M. | | |

**TOTAL COSTS & EXPENSES**                                          **$13.88**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 6.50 | $1,556.55 |
| | **TOTAL** | **7.20** | **$1,723.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 6.50 | 238.50 | $1,550.25 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | | **Total** | **7.20** | | **$1,723.50** |

| | |
|---|---|
| PRIOR FEES | $6,433.65 |
| PRIOR COSTS & EXPENSES | $1,780.98 |

| | |
|---|---|
| FEES | $1,723.50 |
| COSTS & EXPENSES | $13.88 |
| **TOTAL THIS INVOICE** | **$1,737.38** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     335870     JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1349 | Martinez, Erica |
| | | GMAC Matter No.: 731380 |

**TOTAL AMOUNT DUE**              $1,755.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335870    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1349    Martinez, Erica
                         GMAC Matter No.: 731380

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 11/05/12 | Communication to plaintiffs counsel regarding identification of deposits for plaintiff and her spouse | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 11/07/12 | Provide Plaintiffs counsel with the list of questions not answered on modification application by his client | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 11/13/12 | Review complaint and begin drafting MTD | L210 | 1.50 | 292.50 | 438.75 |
| ANB | 11/15/12 | Continue drafting MTD | L120 | 4.00 | 292.50 | 1,170.00 |
| | | **TOTAL** | | **5.90** | | **$1,725.75** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/12/12 | CourtCall, LLC; CourtCall - Conference Service; 10/31/12 | | 30.00 |
| | **TOTAL COSTS & EXPENSES** | **$30.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.40 | $1,287.00 |
| L210 | Pleadings | 1.50 | $438.75 |
| | **TOTAL** | **5.90** | **$1,725.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 5.90 | 292.50 | $1,725.75 |
| | **Total** | | **5.90** | | **$1,725.75** |

PRIOR FEES                        $2,985.75

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.   335870 | CLIENT   GMAC ResCap | Page         2 |
| | MATTER   Martinez, Erica | |

PRIOR COSTS & EXPENSES                              $122.04

|  |  |
|---|---|
| FEES | $1,725.75 |
| COSTS & EXPENSES | $30.00 |
| **TOTAL THIS INVOICE** | **$1,755.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335871    JBS                                        December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1354    Zaveri, Mohammed Y.
GMAC Matter No.: 731363

**TOTAL AMOUNT DUE**              **$432.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335871    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1354    Zaveri, Mohammed Y.
GMAC Matter No.: 731363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 11/02/12 | Prepare correspondence to plaintiff's counsel re status of loan modification documents. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/02/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 11/04/12 | Prepare correspondence to plaintiff re status of producing further documents for loan modification review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/07/12 | Analyze correspondence from plaintiff re further loan modification documents, review same and prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 11/12/12 | Exchange correspondence with client and plaintiff re information submitted with loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/13/12 | Exchange further correspondence with client and plaintiff re determining source of income for loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/27/12 | Exchange correspondence with client and plaintiff re information needed for loan modification review. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 11/30/12 | Exchange correspondence with client and plaintiff's counsel re information needed for loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.50** | | **$432.00** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   335871 | CLIENT   GMAC ResCap | | Page | 2 |
| | MATTER   Zaveri, Mohammed Y. | | | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L160    Settlement/Non-Binding ADR | 1.30 | $374.40 |
| L190    Other Case Assessment | 0.20 | $57.60 |
| **TOTAL** | **1.50** | **$432.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.50 | 288.00 | $432.00 |
| | **Total** | | **1.50** | | **$432.00** |

| | |
|---|---|
| PRIOR FEES | $2,359.35 |
| PRIOR COSTS & EXPENSES | $963.69 |

| | |
|---|---|
| FEES | $432.00 |
| **TOTAL THIS INVOICE** | **$432.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        335872        JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000        GMAC ResCap
MATTER        1357         Figueroa, Eniko
                           GMAC Matter No.: 731612

**TOTAL AMOUNT DUE**                    **$363.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    335872    JBS | | December 18, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1357    Figueroa, Eniko
GMAC Matter No.: 731612

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| KWF | 11/02/12 | Telephone conference with C. DiCicco re: status of loan modification negotiations. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 11/07/12 | Telephone conference with Plaintiff's counsel re: settlement. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 11/09/12 | Prepare email to client, C. DiCicco, re: status of loan modification agreement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 11/14/12 | Prepare email to E. Nguyen re: status of sale and settlement agreement. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 11/16/12 | Prepare email to client, C. DiCicco, re: deadline for loan modification. | L190 | 0.10 | 270.00 | 27.00 |
| SMH | 11/19/12 | Attention to status of execution of modification documents. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 11/19/12 | Prepare email to client, C. DiCicco, with signed settlement agreement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 11/27/12 | Prepare email to client, C. DiCicco, re: settlement. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.30** | | **$363.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $228.60 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| | **TOTAL** | **1.30** | **$363.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    335872 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Figueroa, Eniko | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.10 | 270.00 | $297.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **1.30** | | **$363.60** |

| | |
|---|---|
| PRIOR FEES | $6,671.25 |
| PRIOR COSTS & EXPENSES | $197.38 |

| | |
|---|---|
| FEES | $363.60 |
| **TOTAL THIS INVOICE** | **$363.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       335873       JBS                                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER      1361        Carmelle, Nevine
                                 GMAC Matter No.: 731591

**TOTAL AMOUNT DUE**                        **$566.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335873    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1361    Carmelle, Nevine
                        GMAC Matter No.: 731591

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 11/02/12 | Attention to plaintiff's position on settlement agreement language. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 11/02/12 | Prepare email to Plaintiff's counsel re: settlement. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 11/02/12 | Prepare email to client, A. Hartshorn, re: settlement negotiations. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 11/03/12 | Prepare email to client, A. Hartshorn, re: settlement, attaching copy of signed agreement. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 11/05/12 | Prepare email to Plaintiff's counsel re: short sale package. | L160 | 0.20 | 270.00 | 54.00 |
| SMH | 11/16/12 | Attention to proposed dismissal. | L210 | 0.10 | 333.00 | 33.30 |
| KWF | 11/16/12 | Prepare email to Plaintiff's counsel re: dismissal. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 11/20/12 | Prepare email to Plaintiff's counsel re: dismissal and status of short sale package. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 11/20/12 | Prepare email to client, A. Hartshorn, re: status of settlement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 11/27/12 | Prepare emails to A. Hartshorn and Plaintiff's counsel re: completed short sale package. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 11/28/12 | Prepare email to Plaintiff's counsel with short sale documents to complete. | L160 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.00** | | **$558.90** |

## COSTS & EXPENSES

10/31/12  Cardmember Service/Bank One (Acct #7755);                        7.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  335873 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Carmelle, Nevine | | |

Court and Filing Fees; Orange Co Superior
Court WE CA 09/05/12
**TOTAL COSTS & EXPENSES**                                    **$7.50**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $243.00 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $282.60 |
| L210 | Pleadings | 0.10 | $33.30 |
| | **TOTAL** | **2.00** | **$558.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.70 | 270.00 | $459.00 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **2.00** | | **$558.90** |

| | |
|---|---|
| PRIOR FEES | $7,506.90 |
| PRIOR COSTS & EXPENSES | $1,561.92 |

| | |
|---|---|
| FEES | $558.90 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$566.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335874    JBS                                    December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1364    Shepherd, Scott
                          GMAC Matter No.: 731678

**TOTAL AMOUNT DUE**            $3,439.49

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    335874    JBS                                December 18, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1364    Shepherd, Scott
                       GMAC Matter No.: 731678

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 11/01/12 | Attention to earliest possible sale date after hearing on OSC. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 11/01/12 | Attention to J. Holtgren email re status, investigate status. | L190 | 0.20 | 333.00 | 66.60 |
| RMI | 11/01/12 | Review email from client re settlement status. Attention to file docket re hearing and settlement status. Prepare email to client re settlement status and case strategy. | L160 | 0.60 | 247.50 | 148.50 |
| RMI | 11/01/12 | Prepare emails to plaintiff's counsel re settlement offer and OSC hearing. Review emails from plaintiff's counsel re settlement offer. | L160 | 0.30 | 247.50 | 74.25 |
| RMI | 11/01/12 | Review email from client re property sale. Call to clerk re status of OSC hearing. | L230 | 0.40 | 247.50 | 99.00 |
| RMI | 11/01/12 | Review email from plaintiff's counsel re settlement offer. | L160 | 0.20 | 247.50 | 49.50 |
| RMI | 11/02/12 | Prepare for OSC hearing. Prepare outline for OSC hearing. Prepare exhibits for OSC hearing. | L230 | 1.10 | 247.50 | 272.25 |
| RMI | 11/02/12 | Conference with Plaintiff's counsel re settlement. Review emails from plaintiff's counsel re settlement offers. Prepare emails to plaintiff's counsel re settlement. | L160 | 0.60 | 247.50 | 148.50 |
| RMI | 11/02/12 | Conferences with plaintiff's counsel re settlement terms and modification review. Conference with client re modification review and case strategy. | L160 | 0.50 | 247.50 | 123.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement