# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332183    JBS                                    November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1354    Zaveri, Mohammed Y.
                        GMAC Matter No.: 731363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 10/09/12 | Analyze complaint, court docket re case L110 status, answer and notice of bankruptcy for taking over file. | 0.40 | 288.00 | 115.20 |
| DL | 10/09/12 | Exchange correspondence with plaintiff's counsel re status of completing loan modification packet.    L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/12/12 | Analyze correspondence from plaintiff's counsel re loan modification application, review same and prepare correspondence to client re same.    L160 | 0.30 | 288.00 | 86.40 |
| DL | 10/23/12 | Exchange correspondence with client and plaintiff re further documents needed for loan modification review.    L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | **1.10** | | **$316.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|------|------|-------|--------|---|---|
| L110 | Fact Investigation/Development | 0.40 | $115.20 | | |
| L160 | Settlement/Non-Binding ADR | 0.70 | $201.60 | | |
| | **TOTAL** | **1.10** | **$316.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|------|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| | **Total** | | **1.10** | | **$316.80** |

PRIOR FEES                            $2,042.55

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332183 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Zaveri, Mohammed Y. | | |

PRIOR COSTS & EXPENSES                    $963.69

|  | FEES | $316.80 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332184    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1355 | Hernandez, Delia |
| | | GMAC Matter No.: 730959 |

**TOTAL AMOUNT DUE**          **$1,082.70**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332184    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1355    Hernandez, Delia
                        GMAC Matter No.: 730959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| JHT | 10/21/12 | Reviewed case file and case notes in preparation for Case Management Conference. | L230 | 0.40 | 238.50 | 95.40 |
| JHT | 10/22/12 | Appeared at Case Management Conference. | L230 | 3.70 | 238.50 | 882.45 |
| JHT | 10/22/12 | Drafted correspondence to client regarding case status. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **4.50** | | **$1,082.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.40 | $104.85 |
| L230 | Court Mandated Conferences | 4.10 | $977.85 |
| | **TOTAL** | **4.50** | **$1,082.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Tuffaha, Joe | JHT | Associate | 4.30 | 238.50 | $1,025.55 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **4.50** | | **$1,082.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   332184 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Hernandez, Delia | | |

---

PRIOR FEES                         $1,974.15

FEES          $1,082.70
**TOTAL THIS INVOICE**          **$1,082.70**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332185    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1357    Figueroa, Eniko
                  GMAC Matter No.: 731612

**TOTAL AMOUNT DUE**          $1,019.49

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332185    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1357    Figueroa, Eniko
GMAC Matter No.: 731612

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| WJI | 10/01/12 | Draft and revise reply to opposition to the motion to dismiss. | L210 | 2.20 | 256.50 | 564.30 |
| KWF | 10/03/12 | Telephone conference with Plaintiff's counsel re: settlement. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 10/04/12 | Prepare notice of settlement. | L120 | 0.30 | 270.00 | 81.00 |
| LJT | 10/08/12 | Draft settlement agreement. | L160 | 1.00 | 130.50 | 130.50 |
| KWF | 10/08/12 | Prepare email to client, C. DiCicco, with draft settlement agreement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 10/15/12 | Prepare revisions to draft settlement agreement. | L160 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **4.20** | | **$964.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 3.90 |
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0817 7/01/12-09/30/12 | 10.50 |
| 10/22/12 | NORCO Delivery Services; Court Services; USDC- Central Dist. LA. 10/01/12 | 17.34 |
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Notice 10/08/12 | 22.95 |
| | **TOTAL COSTS & EXPENSES** | **$54.69** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332185 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Figueroa, Eniko | | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L160 | Settlement/Non-Binding ADR | 1.60 | $292.50 |
| L210 | Pleadings | 2.20 | $564.30 |
| | **TOTAL** | **4.20** | **$964.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| Tarwater, Linda | LJT | Paralegal | 1.00 | 130.50 | $130.50 |
| Idleman, William J. | WJI | Associate | 2.20 | 256.50 | $564.30 |
| | **Total** | | **4.20** | | **$964.80** |

| | |
|---|---|
| PRIOR FEES | $5,706.45 |
| PRIOR COSTS & EXPENSES | $142.69 |

| | |
|---|---|
| FEES | $964.80 |
| COSTS & EXPENSES | $54.69 |
| **TOTAL THIS INVOICE** | **$1,019.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332205    JBS                              November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1363    Acosta, Daniel and Maritza
GMAC Matter: 731645

**TOTAL AMOUNT DUE**            $405.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332205      JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1363     Acosta, Daniel and Maritza
                          GMAC Matter: 731645

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 10/05/12 | Outline case strategy and discovery plan. | L120 | 1.20 | 238.50 | 286.20 |
| JD | 10/09/12 | Conference with plaintiffs' agent re: settlement options. | L160 | 0.30 | 238.50 | 71.55 |
| JD | 10/12/12 | Conference with plaintiffs' agent. | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.70** | | **$405.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.20 | $286.20 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $119.25 |
| | **TOTAL** | **1.70** | **$405.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|-----|----------|-------|------|-------|
| Dykstra, Jonathan | JD | Associate | 1.70 | 238.50 | $405.45 |
| | **Total** | | **1.70** | | **$405.45** |

PRIOR FEES                        $3,464.55
PRIOR COSTS & EXPENSES            $68.89

|  |  |
|--|--|
| FEES | $405.45 |
| **TOTAL THIS INVOICE** | **$405.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332206     JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1366      Park, Jae Keun
                     GMAC Matter No.: 731798

**TOTAL AMOUNT DUE**               **$260.10**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332206    JBS                                            November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1366    Park, Jae Keun
GMAC Matter No.: 731798

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 10/23/12 | Telephone conference with Plaintiff's counsel re: trustee's deed upon sale. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 10/23/12 | Prepare email to Plaintiff's counsel re: trustee's deed upon sale. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/23/12 | Prepare email to client, C. DiCicco, re: trustee's deed upon sale. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 10/25/12 | Attention to status in light of attorney issues surrounding modification application, potential recordation of TDUS. | L160 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **0.90** | | **$255.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 4.50 |
| | **TOTAL COSTS & EXPENSES** | **$4.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332206 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Park, Jae Keun | | | | |

| L190 | Other Case Assessment | | | 0.30 | $81.00 | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | | **0.90** | **$255.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **0.90** | | **$255.60** |

| PRIOR FEES | $977.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $99.34 |

| FEES | $255.60 |
|---|---|
| COSTS & EXPENSES | $4.50 |
| **TOTAL THIS INVOICE** | **$260.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332207    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1378  | Twitty, Marc |
|        |       | GMAC Matter No.: 732106 |

**TOTAL AMOUNT DUE**          $2,962.80

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332207    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1378    Twitty, Marc
GMAC Matter No.: 732106

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DB | 10/14/12 | Research case law and statutory law in preparation to draft memorandum of points and authorities in support of demurrer to complaint. | L240 | 1.10 | 256.50 | 282.15 |
| DB | 10/14/12 | Draft memorandum of points and authorities in support of demurrer to complaint. | L240 | 3.90 | 256.50 | 1,000.35 |
| DB | 10/14/12 | Draft early case evaluation. | L120 | 0.50 | 256.50 | 128.25 |
| SMH | 10/15/12 | Attention to which causes of action are stayed per bankruptcy order. | L190 | 0.20 | 333.00 | 66.60 |
| DB | 10/15/12 | Draft internal memorandum regarding bankruptcy filing. | L190 | 0.20 | 256.50 | 51.30 |
| DB | 10/15/12 | Telephone call to Lisa CIsnernos, Algy & Associates, requesting extension to file responsive pleading. | L210 | 0.10 | 256.50 | 25.65 |
| DB | 10/15/12 | Telephone conference with Armine Singh regarding extension to file response. | L210 | 0.20 | 256.50 | 51.30 |
| DB | 10/15/12 | Draft email to Armine Singh confirming conversation regarding extension to respond. | L210 | 0.20 | 256.50 | 51.30 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| SMH | 10/19/12 | Attention to proposed notice of bankruptcy, demurrer deadline. | L190 | 0.20 | 333.00 | 66.60 |
| DB | 10/19/12 | Exchange internal correspondence regarding demurrer and bankruptcy notice. | L120 | 0.20 | 256.50 | 51.30 |
| KWF | 10/20/12 | Review and revise draft demurrer. | L120 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  332207 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Twitty, Marc | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KWF | 10/20/12 | Prepare notice of bankruptcy. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 10/20/12 | Prepare email to client, J. Holtgren, re: draft demurrer and notice of BK. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 10/22/12 | Attention to proposed stay in response to RESPA/QWR letter, ongoing modification review. | L190 | 0.20 | 333.00 | 66.60 |
| KKB | 10/22/12 | Review file and Demurrer and draft Request for Judicial Notice in Support of Demurrer with exhibits. Office conference with DB re same | L210 | 1.00 | 148.50 | 148.50 |
| DB | 10/22/12 | Telephone conversation with Armine Singh regarding potential loan modification application. | L160 | 0.20 | 256.50 | 51.30 |
| DB | 10/22/12 | Draft correspondence to Armine Singh regarding requested documents and loan modification application. | L160 | 0.50 | 256.50 | 128.25 |
| DB | 10/22/12 | Review and finalize request for judicial notice in support of GMAC's demurrer to plaintiff's complaint. | L240 | 0.30 | 256.50 | 76.95 |
| DB | 10/22/12 | Finalize and file GMAC's demurrer to plaintiff's complaint. | L240 | 0.80 | 256.50 | 205.20 |
| DB | 10/24/12 | Review email from Armine Singh regarding plaintiff's loan modification application | L160 | 0.10 | 256.50 | 25.65 |
| DB | 10/24/12 | Review plaintiff's loan modification application | L160 | 0.20 | 256.50 | 51.30 |
| DB | 10/24/12 | Draft internal communication regarding plaintiff's loan modification application | L160 | 0.10 | 256.50 | 25.65 |
| KKB | 10/29/12 | Research foreclosure sale date and forward to DB | L110 | 0.20 | 148.50 | 29.70 |
| DB | 10/29/12 | Exchanged emails with Armine Singh regarding trustee's sale. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 10/29/12 | Research status of trustee's sale date. | L160 | 0.10 | 256.50 | 25.65 |
| DB | 10/29/12 | Draft correspondence to Jennifer Holtgren regarding postponement of trustee's sale. | L160 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | **11.80** | | **$2,962.80** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332207 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Twitty, Marc | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $29.70 |
| L120 | Analysis/Strategy | 1.60 | $422.55 |
| L160 | Settlement/Non-Binding ADR | 1.50 | $384.75 |
| L190 | Other Case Assessment | 0.90 | $284.40 |
| L210 | Pleadings | 1.50 | $276.75 |
| L240 | Dispositive Motions | 6.10 | $1,564.65 |
| **TOTAL** | | **11.80** | **$2,962.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 9.00 | 256.50 | $2,308.50 |
| Brown, Kimberly | KKB | Paralegal | 1.20 | 148.50 | $178.20 |
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |
| **Total** | | | **11.80** | | **$2,962.80** |

PRIOR FEES                    $5,874.75

| | | |
|---|---|---|
| | FEES | $2,962.80 |
| | **TOTAL THIS INVOICE** | **$2,962.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332208    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1379    Becerra, Patricia
GMAC Matter No.: 732149

**TOTAL AMOUNT DUE**          $2,579.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332208    JBS                                    November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1379    Becerra, Patricia
GMAC Matter No.: 732149

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 10/02/12 | Conference with Rob Gandy re borrower's transfer of property to debtor in bankruptcy and need to obtain relief from stay. | L120 | 0.50 | 337.50 | 168.75 |
| RJG | 10/02/12 | Analysis and evaluation of motion for relief from stay issues to advise our client regarding an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| WJI | 10/02/12 | Review and analyze financial documents provided by plaintiff. | L120 | 0.70 | 256.50 | 179.55 |
| WJI | 10/02/12 | Correspondence to client regarding third party's bankruptcy filing and loan modification status. | L120 | 0.40 | 256.50 | 102.60 |
| WJI | 10/02/12 | Exchange correspondences with plaintiff regarding status of loan modification package. | L190 | 0.70 | 256.50 | 179.55 |
| WJI | 10/02/12 | Analysis and evaluation of rogue grant deed and recent bankruptcy filing by a third party. | L120 | 0.40 | 256.50 | 102.60 |
| WJI | 10/05/12 | Correspondence to plaintiff regarding missing financial statements. | L190 | 0.20 | 256.50 | 51.30 |
| WJI | 10/05/12 | Analysis and evaluation of plaintiff's bankruptcy filing. | L110 | 0.20 | 256.50 | 51.30 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| WJI | 10/08/12 | Revise and edit notice of bankruptcy stay to file with the court. | L210 | 0.20 | 256.50 | 51.30 |
| ANB | 10/10/12 | Review and revise MPA in support of Motion for Relief from Stay and | L120 | 1.00 | 292.50 | 292.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332208 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Becerra, Patricia | | | | |

| | | Motion for Relief from Stay | | | | |
|---|---|---|---|---|---|---|
| WJI | 10/18/12 | Review and analyze payoff figures and the original note. | L190 | 0.20 | 256.50 | 51.30 |
| ANB | 10/19/12 | Review and revise Motion for Relief from Stay and revise MPA in support of Motion | L210 | 1.00 | 292.50 | 292.50 |
| DHC | 10/22/12 | Review and revise Relief from Stay motion. | L250 | 0.50 | 337.50 | 168.75 |
| ANB | 10/22/12 | Final review of motion, forward to client and request declarant review and sign and return for filing | L210 | 0.50 | 292.50 | 146.25 |
| ANB | 10/24/12 | Communication with client on receipt of signed declaration in support of RFS motion, review bankruptcy docket and determine case has been dismissed, forward dismissal order to client and advise to proceed with sale | L210 | 0.50 | 292.50 | 146.25 |
| BAE | 10/26/12 | Appearance at hearing on demurrer to complaint. | L240 | 1.20 | 247.50 | 297.00 |
| WJI | 10/29/12 | Correspondence to client regarding litigation status. | L210 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | **8.90** | | **$2,469.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/05/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer to Complaint, RJN in Support of Demurrer to Complaint, Confirmation of First Appearance Fees 09/21/12 | 49.95 |
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 10.20 |
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 10/09/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$110.10** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $51.30 |
| L120 | Analysis/Strategy | 3.30 | $928.35 |
| L190 | Other Case Assessment | 1.30 | $336.15 |
| L210 | Pleadings | 2.40 | $687.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332208 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Becerra, Patricia | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L240 | Dispositive Motions | | 1.20 | $297.00 | | |
| L250 | Other Written Motions | | 0.50 | $168.75 | | |
| | TOTAL | | 8.90 | $2,469.15 | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 3.00 | 292.50 | $877.50 |
| Eilenberg, Benjamin A. | BAE | Associate | 1.20 | 247.50 | $297.00 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Idleman, William J. | WJI | Associate | 3.20 | 256.50 | $820.80 |
| | Total | | 8.90 | | $2,469.15 |

PRIOR FEES                              $7,838.55
PRIOR COSTS & EXPENSES        $73.84

| | | |
|---|---|---|
| FEES | $2,469.15 |
| COSTS & EXPENSES | $110.10 |
| **TOTAL THIS INVOICE** | **$2,579.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332209    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1381 | Villalpado, David Francisco |
| | | GMAC Matter No.: 732309 |

**TOTAL AMOUNT DUE**        $2,757.15

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332209    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1381    Villalpado, David Francisco
GMAC Matter No.: 732309

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 10/01/12 | Attention to C. DiCicco email re status. | L190 | 0.10 | 333.00 | 33.30 |
| MJE | 10/01/12 | Email with C. Diccico and review of file in preparation of handling demurrer and modification review | L190 | 0.60 | 279.00 | 167.40 |
| MJE | 10/09/12 | Review of sale date and discuss status of Notice of Stay as to specific causes of action | L190 | 0.50 | 279.00 | 139.50 |
| MJE | 10/09/12 | Draft and revision of demurrer to Plaintiff's Complaint and memorandum of points and authorities in support thereof | L240 | 3.50 | 279.00 | 976.50 |
| LJT | 10/10/12 | Ascertain current status of foreclosure sale and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| MJE | 10/10/12 | Draft and revision of evaluation and recommendation email to C. Diccico and discussion with S. Hankins re same. | L110 | 0.80 | 279.00 | 223.20 |
| MJE | 10/10/12 | Draft and revision of demurrer to Complaint | L240 | 0.70 | 279.00 | 195.30 |
| MJE | 10/12/12 | Draft, revision and finalized Memorandum of Points and Authorities and email to client for review | L240 | 2.30 | 279.00 | 641.70 |
| MJE | 10/12/12 | Draft of Request for Judicial Notice in support of demurrer | L240 | 0.60 | 279.00 | 167.40 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MJE | 10/17/12 | Email with C. Dicicco regarding Plaintiff being denied loan modification | L140 | 0.20 | 279.00 | 55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332209 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Villalpado, David Francisco | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 9.80 | **$2,707.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; | 49.95 |
| | Demurrer, Request for Judicial Notice 10/17/12 | |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $249.30 |
| L140 | Document/File Management | 0.20 | $55.80 |
| L190 | Other Case Assessment | 1.50 | $421.20 |
| L240 | Dispositive Motions | 7.10 | $1,980.90 |
| | **TOTAL** | **9.80** | **$2,707.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Esposito, Matthew | MJE | Associate | 9.20 | 279.00 | $2,566.80 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **9.80** | | **$2,707.20** |

| | | |
|---|---|---|
| PRIOR FEES | $1,689.30 | |
| | FEES | $2,707.20 |
| | COSTS & EXPENSES | $49.95 |
| | **TOTAL THIS INVOICE** | **$2,757.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332210    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1382     Dupont, Anthony D.
                   GMAC Matter No.: 732633

**TOTAL AMOUNT DUE**              **$541.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332210    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1382    Dupont, Anthony D.
                         GMAC Matter No.: 732633

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 10/08/12 | Analyze correspondence from client re denying plaintiff's settlement offer and prepare correspondence to plaintiff re same. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/09/12 | Exchange correspondence with borrower re rejection of settlement offer and filing of claim in bankruptcy court and prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 10/10/12 | Exchange correspondence with borrower and client re no lis pendens recorded against property. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/15/12 | Analyze title chronology and search of filing of possible actions by borrower; and prepare correspondence to client re no lis pendens recorded or actions filed. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 10/17/12 | Exchange correspondence with client to close file as no lis pendens or action was filed against client. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/26/12 | Exchange correspondence with client and plaintiff's counsel re loan modification, settlement and stay of action. | L160 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **1.90** | | **$541.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332210 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Dupont, Anthony D. | | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.50 | $144.00 | | | |
| L190 | Other Case Assessment | 1.40 | $397.80 | | | |
| | **TOTAL** | **1.90** | **$541.80** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 1.60 | 288.00 | $460.80 |
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 |
| | **Total** | | | **1.90** | | **$541.80** |

| PRIOR FEES | | $972.45 | | | |
|---|---|---|---|---|---|
| | | | FEES | | $541.80 |
| | | **TOTAL THIS INVOICE** | | | **$541.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332211    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1383     Hill, Clydell (II)
                   GMAC Matter No.: 732687


**TOTAL AMOUNT DUE**          **$571.95**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332211    JBS

November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1383    Hill, Clydell (II)
GMAC Matter No.: 732687

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 10/08/12 | Draft declaration of non-monetary status and prepare case update to client. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 10/08/12 | Prepare telephone call to plaintiff's counsel to discuss litigation. | L190 | 0.10 | 288.00 | 28.80 |
| SMH | 10/09/12 | Attention to C.DiCicco email re bankruptcy stay versus declaration of monetary status. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 10/09/12 | Exchange correspondence with client re filing notice of bankruptcy stay. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 10/10/12 | Draft notice of bankruptcy stay and letter to plaintiff's counsel re bankruptcy. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 10/12/12 | Revise notice of bankruptcy stay, letter re bankruptcy and prepare correspondence to client re same. | L430 | 0.30 | 288.00 | 86.40 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.80** | | **$522.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Notice of BK 10/15/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332211 | **CLIENT** | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | **MATTER** | Hill, Clydell (II) | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.70 | $205.20 |
| L430 | Written Motions/Submissions | 1.10 | $316.80 |
| | **TOTAL** | **1.80** | **$522.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.30 | 288.00 | $374.40 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **1.80** | | **$522.00** |

PRIOR FEES                              $1,225.80

| | |
|---|---|
| FEES | $522.00 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$571.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332212    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1386 | Wesbrook, Frank and Tabitha |
| | | GMAC Matter No.: 732923 |

**TOTAL AMOUNT DUE**          **$517.34**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332212    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1386    Wesbrook, Frank and Tabitha
                        GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 10/09/12 | Exchange correspondence with client re L190 filing notice of bankruptcy stay instead of filing demurrer. | 0.20 | 288.00 | 57.60 |
| DL | 10/10/12 | Draft notice of bankruptcy stay and L430 letter to plaintiff's counsel re bankruptcy. | 0.50 | 288.00 | 144.00 |
| DL | 10/12/12 | Revise notice of bankruptcy stay, letter L430 re bankruptcy and prepare correspondence to client re same. | 0.30 | 288.00 | 86.40 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief L190 and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | **1.30** | | **$369.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 100 Newberg Street Kern, CA 09/19/12 | 98.39 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Notice of BK 10/15/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$148.34** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332212 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Wesbrook, Frank & Tabitha | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.50 | $138.60 | | |
| L430 | Written Motions/Submissions | | 0.80 | $230.40 | | |
| | **TOTAL** | | **1.30** | **$369.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.00 | 288.00 | $288.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.30** | | **$369.00** |

PRIOR FEES                              $1,017.45

|  |  |
|---|---|
| FEES | $369.00 |
| COSTS & EXPENSES | $148.34 |
| **TOTAL THIS INVOICE** | **$517.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332213    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1388 | Buelna, Michael and Fotini |
| | | GMAC Matter No.: 732868 |

**TOTAL AMOUNT DUE**          **$2,162.69**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332213      JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1388      Buelna, Michael and Fotini
                            GMAC Matter No.: 732868

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 10/01/12 | Review and respond to A.Hartshorn email re status. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 10/01/12 | Further analyze complaint re allegations including multiple bankruptcy filings by persons with interests in property and prepare recommendation re filing demurrer and postponement of sale. | L190 | 1.20 | 288.00 | 345.60 |
| DL | 10/01/12 | Analyze correspondence from client re service on GMAC and Residential Funding. | L190 | 0.20 | 288.00 | 57.60 |
| LJT | 10/02/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| DL | 10/05/12 | Exchange correspondence with client regarding postponing sale based on bankruptcy filed by persons with possible interest in property. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/08/12 | Analyze loan and servicing file re facts relating to borrower deeding interest in property to other persons who filed for bankruptcy. | L190 | 0.60 | 288.00 | 172.80 |
| DL | 10/08/12 | Draft memorandum to client re effect of plaintiffs deeding property to persons in bankruptcy and effect of multiple bankruptcy filings negating automatic stay. | L190 | 0.70 | 288.00 | 201.60 |
| SMH | 10/09/12 | Attention to borrower bankruptcy filings and impact on litigation, review email re same. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 10/09/12 | Finalize memorandum to client re effect of bankruptcy stay based on multiple | L190 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332213 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Buelna, Michael & Fotini | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | bankruptcy filings with persons with interest in property. | | | | |
| DL | 10/12/12 | Analyze correspondence from client re service on ETS and review same. | L190 | 0.20 | 288.00 | 57.60 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/23/12 | Draft answer to complaint for MERS, US Bank and Residential Funding. | L210 | 0.50 | 288.00 | 144.00 |
| DL | 10/23/12 | Prepare correspondence to plaintiff re extension to respond to complaint and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/23/12 | Prepare correspondence to client re filing answer for MERS and U.S. Bank and preparing notice of bankruptcy for GMAC and ETS. | L190 | 0.40 | 288.00 | 115.20 |
| SMH | 10/24/12 | Review proposed bankruptcy notice. | L210 | 0.10 | 333.00 | 33.30 |
| SMH | 10/24/12 | Attention to proposed course of action to answer and file subsequent Motion for Judgment on the Pleadings. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 10/24/12 | Prepare notice of bankruptcy stay and letter to plaintiff and prepare correspondence to client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 10/24/12 | Revise answer to complaint for MERS, US Bank and Residential Funding Trust and prepare correspondence to client re same. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 10/26/12 | Prepare case status of MERS re filing of answer and preparing motion for judgment on pleadings. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/26/12 | Revise notice of bankruptcy stay and letter to plaintiff's counsel. | L430 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **7.60** | | **$2,073.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 291 Mount Kilamanjaro Court Riverside, CA 09/29/12 | 83.74 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    332213 | CLIENT  GMAC ResCap | Page | 3 |
|---|---|---|---|
| | MATTER  Buelna, Michael & Fotini | | |

| | | |
|---|---|---|
| 10/17/12  Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | | 5.80 |
| **TOTAL COSTS & EXPENSES** | **$89.54** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $117.45 |
| L190 | Other Case Assessment | 5.10 | $1,490.40 |
| L210 | Pleadings | 0.60 | $177.30 |
| L430 | Written Motions/Submissions | 1.00 | $288.00 |
| | **TOTAL** | **7.60** | **$2,073.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 5.70 | 288.00 | $1,641.60 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |
| | **Total** | | **7.60** | | **$2,073.15** |

PRIOR FEES                                        $802.35

| | |
|---|---|
| FEES | $2,073.15 |
| COSTS & EXPENSES | $89.54 |
| **TOTAL THIS INVOICE** | **$2,162.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332214    JBS                              November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1389    Freer, Brian
                  GMAC Matter No.: 732812

**TOTAL AMOUNT DUE**          $2,350.39

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332214    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1389    Freer, Brian
                         GMAC Matter No.: 732812

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 10/01/12 | Attention to service on GMAC. | L190 | 0.10 | 333.00 | 33.30 |
| LJT | 10/03/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| JHT | 10/15/12 | Drafted Notice of Bankruptcy and Suggestion of Automatic Stay on behalf of GMACM and ETS. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 10/15/12 | Drafted correspondence to Plaintiff in pro per regarding Notice of Bankruptcy Stay and Effect of Automatic Stay. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 10/15/12 | Drafted correspondence to client regarding Notice of Bankruptcy Stay and Suggestion of Automatic Stay. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 10/17/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on behalf of clients in response to Complaint. | L210 | 5.00 | 238.50 | 1,192.50 |
| JHT | 10/17/12 | Drafted Request for Judicial Notice in support of Demurrer to Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 10/17/12 | Drafted Proposed Order on Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 10/17/12 | Drafted Declaration of Non-Monetary Status on behalf of ETS. | L210 | 0.70 | 238.50 | 166.95 |
| YS | 10/22/12 | Further drafting and revising of client's demurrer, request for judicial notice, and proposed order in response to plaintiff's complaint | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 10/22/12 | Receipt and review of executed Declaration of Non-Monetary Status on behalf of ETS. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **9.90** | | **$2,251.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332214 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Freer, Brian | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705);<br>Data Search; 1035 Edgemont Place San Diego,<br>CA 09/29/12 | 98.59 |
| | **TOTAL COSTS & EXPENSES** | **$98.59** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.10 | $143.55 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L210 | Pleadings | 8.50 | $2,027.25 |
| | **TOTAL** | **9.90** | **$2,251.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 8.20 | 238.50 | $1,955.70 |
| Tarwater, Linda | LJT | Paralegal | 1.10 | 130.50 | $143.55 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | **Total** | | **9.90** | | **$2,251.80** |

| | | |
|---|---|---|
| PRIOR FEES | $438.30 | |
| | FEES | $2,251.80 |
| | COSTS & EXPENSES | $98.59 |
| | **TOTAL THIS INVOICE** | **$2,350.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332215    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1390    Williams, Richard
GMAC Matter No.: 732794

**TOTAL AMOUNT DUE**        $2,305.34

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332215    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1390    Williams, Richard
GMAC Matter No.: 732794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| ANB | 10/03/12 | Review modification package from plaintiff, forward to client and schedule time to review interrogatories with client | L120 | 0.50 | 292.50 | 146.25 |
| JHT | 10/08/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on client's behalf in response to Complaint. | L210 | 5.50 | 238.50 | 1,311.75 |
| YS | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward | L120 | 0.40 | 238.50 | 95.40 |
| YS | 10/10/12 | Draft client's notice of bankruptcy stay and affect of the stay on the litigation | L210 | 0.60 | 238.50 | 143.10 |
| YS | 10/10/12 | Draft correspondence to plaintiffs' counsel regarding notice of clients bankruptcy case and affect of the automatic stay on the litigation going forward | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 10/10/12 | Drafted Request for Judicial Notice in support of Demurrer to Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 10/10/12 | Drafted Proposed Order on Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332215 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Williams, Richard | | | | |

| YS | 10/15/12 | Further drafting and revising of client's demurrer, request for judicial notice, and proposed order in response to plaintiff's complaint | L210 | 0.50 | 238.50 | 119.25 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **9.10** | | **$2,206.80** |

### COSTS & EXPENSES

| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 398 Ash Street Riverside, CA 09/26/12 | 93.64 |
|---|---|---|
| 10/17/12 | Pacer Service Center; Data Search; Cust. No. SW0122 7/01/12-9/30/12 | 4.90 |
| | **TOTAL COSTS & EXPENSES** | **$98.54** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $241.65 |
| L190 | Other Case Assessment | 0.80 | $200.25 |
| L210 | Pleadings | 7.40 | $1,764.90 |
| | **TOTAL** | **9.10** | **$2,206.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 0.50 | 292.50 | $146.25 |
| Tuffaha, Joe | JHT | Associate | 6.30 | 238.50 | $1,502.55 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Shaham, Yaron | YS | Special Counsel | 2.00 | 238.50 | $477.00 |
| | **Total** | | **9.10** | | **$2,206.80** |

| PRIOR FEES | | $787.05 | |
|---|---|---|---|
| | FEES | | $2,206.80 |
| | COSTS & EXPENSES | | $98.54 |
| | **TOTAL THIS INVOICE** | | **$2,305.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332216    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1391    Winick, Daniel S. and Claire
GMAC Matter No.: 705967

**TOTAL AMOUNT DUE**          **$1,774.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson
& Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332216    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1391    Winick, Daniel S. and Claire
                        GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 10/01/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| DL | 10/24/12 | Prepare and revise notice of bankruptcy stay and letter to plaintiffs. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 10/24/12 | Prepare and revise demurrer to complaint re claims for breach of contract, fraud and declaratory relief, prepare factual background of settlement, introduction, request for judicial notice and order. | L430 | 1.80 | 288.00 | 518.40 |
| DL | 10/26/12 | Exchange correspondence with client re filing answer to complaint for GMAC and ETS and determining issues with resolving settlement. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/29/12 | Draft verified answer to verified complaint for GMAC and ETS. | L430 | 1.30 | 288.00 | 374.40 |
| DL | 10/30/12 | Exchange correspondence with plaintiff re attempts to settle matter per settlement agreement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 10/30/12 | Further draft and revise verified answer | L430 | 1.30 | 288.00 | 374.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    332216 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Winick, Daniel S. & Claire | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | to verified complaint and revise affirmative defenses, prepare correspondence to client re same. | | | | | |
| DL | 10/31/12 | Prepare correspondence to plaintiff to discuss moving forward with settlement. | L160 | 0.10 | 288.00 | | 28.80 |
| DL | 10/31/12 | Exchange correspondence with client re revisions to answer and revise verified answer. | L210 | 0.40 | 288.00 | | 115.20 |
| | | **TOTAL** | | **6.40** | | | **$1,774.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.30 | $86.40 |
| L190 | Other Case Assessment | 0.90 | $190.80 |
| L210 | Pleadings | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 4.80 | $1,382.40 |
| | **TOTAL** | **6.40** | **$1,774.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 5.70 | 288.00 | $1,641.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **6.40** | | **$1,774.80** |

| | | FEES | $1,774.80 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,774.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332217    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1392     Franzen, John and Jacqueline
                   GMAC Billing No.: 733064

**TOTAL AMOUNT DUE**              **$976.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332217      JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1392      Franzen, John and Jacqueline
                           GMAC Billing No.: 733064

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/03/12 | Analysis and evaluation of defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| SMH | 10/03/12 | Review and evaluate new complaint, determine responsive pleading deadline. | L210 | 0.30 | 333.00 | 99.90 |
| SMH | 10/09/12 | Attention to status, assignment of matter, draft email to C. Bonello re same. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 10/09/12 | Pacer research to ascertain bankruptcy filings by Plaintiff. | L110 | 0.10 | 130.50 | 13.05 |
| DL | 10/09/12 | Analyze complaint, court docket and prepare initial strategy for responding to complaint. | L190 | 0.40 | 288.00 | 115.20 |
| LJT | 10/11/12 | Review complaint and property report re status of title. | L110 | 0.20 | 130.50 | 26.10 |
| LJT | 10/12/12 | Review title records and finalize title chronology. | L110 | 0.30 | 130.50 | 39.15 |
| SMH | 10/18/12 | Attention to proposed recommendation, filing of bankruptcy stay. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 10/18/12 | Analyze complaint, servicing notes, title chronology and prepare litigation strategy for client. | L190 | 0.50 | 288.00 | 144.00 |
| SMH | 10/24/12 | Review proposed bankruptcy notice. | L210 | 0.10 | 333.00 | 33.30 |
| DL | 10/24/12 | Prepare notice of bankruptcy stay, letter to plaintiff and prepare correspondence to client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 10/25/12 | Finalize notice of bankruptcy stay and letter to plaintiff's counsel. | L430 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.40** | | **$976.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332217 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Franzen, John & Jacqueline | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $78.30 |
| L120 | Analysis/Strategy | 0.40 | $171.00 |
| L190 | Other Case Assessment | 1.30 | $392.40 |
| L210 | Pleadings | 0.40 | $133.20 |
| L430 | Written Motions/Submissions | 0.70 | $201.60 |
| | **TOTAL** | **3.40** | **$976.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.60 | 288.00 | $460.80 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | LJT | Paralegal | 0.60 | 130.50 | $78.30 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| | **Total** | | **3.40** | | **$976.50** |

| | | FEES | $976.50 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$976.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332219     JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1394  | Golub-Smith,  Katherine Ann |
|        |       | GMAC Matter No.: 733087 |

**TOTAL AMOUNT DUE**          **$631.35**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332219    JBS                                      November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1394    Golub-Smith, Katherine Ann
                        GMAC Matter No.: 733087

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 10/02/12 | Analysis and evaluation of Plaintiff's new complaint, preliminary case investigation issues. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 10/02/12 | Correspondence with our client to respond to an inquiry regarding responsive pleading and pending case issues. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 10/05/12 | Correspondence with co-defendants' counsel to respond to inquiries regarding responsive pleading issues and coordinated litigation strategy. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 10/30/12 | Review and revise the demurrer to the complaint. | L250 | 0.80 | 274.50 | 219.60 |
| RJG | 10/30/12 | Correspondence with our client to advise regarding responsive pleading strategy and pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **2.30** | | **$631.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $329.40 |
| L250 | Other Written Motions | 1.10 | $301.95 |
| | **TOTAL** | **2.30** | **$631.35** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  332219 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Golub-Smith,  Katherine Ann | | | | |

| Gandy, Robert | RJG | Special Counsel | 2.30 | 274.50 | $631.35 |
|---|---|---|---|---|---|
| | **Total** | | **2.30** | | **$631.35** |

|  | FEES | $631.35 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$631.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332220    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1395     Simmons, Tot
                   GMAC Matter No.: 733154

**TOTAL AMOUNT DUE**            $2,739.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332220    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1395    Simmons, Tot
                         GMAC Matter No.: 733154

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 10/03/12 | Review and evaluate new complaint. | L210 | 0.30 | 333.00 | 99.90 |
| YS | 10/09/12 | Review and analysis of plaintiff's complaint and the allegations contained therein, and title history and case history in order to determine client's available remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| LJT | 10/10/12 | Review title records and finalize title chronology. | L110 | 0.60 | 130.50 | 78.30 |
| YS | 10/10/12 | Review and analysis of client's fact package, loan file,and servicing notes in light of litigation initiated by plaintiff | L120 | 1.60 | 238.50 | 381.60 |
| YS | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward | L120 | 0.40 | 238.50 | 95.40 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| YS | 10/17/12 | Draft declaration of non-monetary status for ETS in light of its response to plaintiff's complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 10/17/12 | Draft correspondence to M. Ravelo regarding ETS' declaration of non-monetary status in response to plaintiff's complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/17/12 | Draft proposed order on client's demurrer to the plaintiff's complaint | L210 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332220 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Simmons, Tot | | | | |

| YS | 10/17/12 | Draft client's request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.70 | 238.50 | 166.95 |
|----|----------|----|------|------|--------|--------|
| YS | 10/18/12 | Draft correspondence to client regarding status of the case, why the automatic stay is not in place, the demurrer to the complaint, and pending hearing dates and deadlines | L190 | 0.60 | 238.50 | 143.10 |
| YS | 10/18/12 | Draft client's notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's complaint | L210 | 4.20 | 238.50 | 1,001.70 |
| | | **TOTAL** | | **11.60** | | **$2,739.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|----|----|----|----|
| L110 | Fact Investigation/Development | 0.60 | $78.30 |
| L120 | Analysis/Strategy | 3.80 | $906.30 |
| L190 | Other Case Assessment | 1.20 | $295.65 |
| L210 | Pleadings | 6.00 | $1,459.35 |
| | **TOTAL** | **11.60** | **$2,739.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|----|----|----|----|----|----|
| Tarwater, Linda | LJT | Paralegal | 0.60 | 130.50 | $78.30 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| Shaham, Yaron | YS | Special Counsel | 10.40 | 238.50 | $2,480.40 |
| | **Total** | | **11.60** | | **$2,739.60** |

| | FEES | $2,739.60 |
|----|----|----|
| **TOTAL THIS INVOICE** | | **$2,739.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332221    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1396     Gilbert, Richard and Diana
                   GMAC Matter No.: 733271

**TOTAL AMOUNT DUE**          $6,770.75

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332221   JBS                              November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1396   Gilbert, Richard and Diana
GMAC Matter No.: 733271

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/09/12 | Analysis and evaluation of allegations regarding bankruptcy filing | L120 | 0.30 | 427.50 | 128.25 |
| LJT | 10/09/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by Plaintiff. | L110 | 0.70 | 130.50 | 91.35 |
| LJT | 10/09/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| RJG | 10/09/12 | Analysis and evaluation of preliminary case investigation issues and complaint allegations to advise our client regarding the same. | L120 | 0.60 | 274.50 | 164.70 |
| RJG | 10/09/12 | Correspondence with our client to advise regarding preliminary case investigation and pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| WJI | 10/09/12 | Analysis and evaluation of the complaint, call logs, and court issued ex parte order. | L120 | 2.50 | 256.50 | 641.25 |
| RJG | 10/10/12 | Analysis and evaluation of preliminary injunction opposition and responsive pleading strategy issues. | L250 | 0.30 | 274.50 | 82.35 |
| WJI | 10/10/12 | Strategize regarding removal to federal court and response to civil code 2923.5 violation. | L120 | 1.20 | 256.50 | 307.80 |
| WJI | 10/10/12 | Analyze plaintiffs' declarations in support of the temporary restraining order and formulate response strategy. | L120 | 2.00 | 256.50 | 513.00 |
| WJI | 10/10/12 | Telephone call with opposing counsel regarding issuance of the temporary restraining order. | L190 | 0.20 | 256.50 | 51.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332221 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gilbert, Richard & Diana | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WJI | 10/11/12 | Exchange correspondences with opposing counsel regarding response to OSC re preliminary injunction. | L210 | 0.30 | 256.50 | 76.95 |
| RJG | 10/12/12 | Analysis and evaluation of preliminary injunction opposition and bond posting issues to respond to a client inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| WJI | 10/12/12 | Draft and revise response and request for continuance of the hearing on the preliminary injunction. | L210 | 2.20 | 256.50 | 564.30 |
| WJI | 10/12/12 | Exchange correspondences with opposing counsel regarding the requirement to post a bond. | L210 | 0.40 | 256.50 | 102.60 |
| WJI | 10/12/12 | Correspondence with the client regarding the status of the litigation. | L190 | 0.20 | 256.50 | 51.30 |
| MKS | 10/15/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| WJI | 10/15/12 | Revise and edit response to OSC re preliminary injunction. | L210 | 0.30 | 256.50 | 76.95 |
| WJI | 10/16/12 | Analysis of client correspondence file and loss mitigation efforts. | L110 | 0.60 | 256.50 | 153.90 |
| WJI | 10/16/12 | Begin draft of opposition to the order to show cause regarding the issuance of a preliminary injunction. | L210 | 0.80 | 256.50 | 205.20 |
| WJI | 10/17/12 | Continued draft and revision of the legal argument to the opposition to the issuance of a preliminary injunction. | L210 | 1.20 | 256.50 | 307.80 |
| WJI | 10/18/12 | Further draft and revision of response to the order to show cause regarding the issuance of a preliminary injunction. | L210 | 4.80 | 256.50 | 1,231.20 |
| WJI | 10/25/12 | Plan and prepare for hearing on order to show cause regarding the preliminary injunction. | L210 | 1.50 | 256.50 | 384.75 |
| WJI | 10/25/12 | Exchange correspondences with client regarding plaintiffs requirement to post a bond. | L210 | 0.20 | 256.50 | 51.30 |
| WJI | 10/26/12 | Appear for hearing on order to show cause regarding the preliminary injunction. | L210 | 3.60 | 256.50 | 923.40 |
| RJG | 10/31/12 | Analysis and evaluation of issues | L310 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332221 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gilbert, Richard & Diana | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | regarding written discovery propounded by Plaintiffs and attention to objection and response strategy. | | | | | |
| WJI | 10/31/12 | Correspondence to opposing counsel regarding service issues with the complaint and response deadlines regarding the same. | L310 | 0.20 | 256.50 | | 51.30 |
| WJI | 10/31/12 | Formulate discovery response strategy. | L310 | 0.50 | 256.50 | | 128.25 |
| | | **TOTAL** | | **26.90** | | | **$6,760.80** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 10/24/12 | One Legal, Inc.; Transmittal of filing to court; Response to OSC 10/15/12 | | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$9.95** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.40 | $388.80 |
| L120 | Analysis/Strategy | 7.20 | $1,919.70 |
| L190 | Other Case Assessment | 0.70 | $183.60 |
| L210 | Pleadings | 15.30 | $3,924.45 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| L310 | Written Discovery | 1.00 | $261.90 |
| | **TOTAL** | **26.90** | **$6,760.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 1.80 | 130.50 | $234.90 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Gandy, Robert | RJG | Special Counsel | 1.80 | 274.50 | $494.10 |
| Idleman, William J. | WJI | Associate | 22.70 | 256.50 | $5,822.55 |
| | **Total** | | **26.90** | | **$6,760.80** |

| | | |
|---|---|---|
| FEES | $6,760.80 |
| COSTS & EXPENSES | $9.95 |
| **TOTAL THIS INVOICE** | **$6,770.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332222    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1401     Glickstein, Baruch
                     GMAC Matter No.: 733492

**TOTAL AMOUNT DUE**         **$937.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332222    JBS                                         November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1401    Glickstein, Baruch
GMAC Matter No.:  733492

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/16/12 | Analysis and evaluation of partition allegations and email from client. | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 10/16/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 10/17/12 | Attention to new matter, pending dates, request foreclosure status. | L190 | 0.40 | 333.00 | 133.20 |
| SMH | 10/17/12 | Attention to notice of sale, confirm sale on hold. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 10/30/12 | Telephone call to R. Gold office - left message. | L190 | 0.10 | 333.00 | 33.30 |
| SMH | 10/30/12 | Telephone conversation with R. Ziff re underlying dissolution claim court order re sale. | L190 | 0.30 | 333.00 | 99.90 |
| SMH | 10/30/12 | Draft status update and recommendation for handling to A. Hartshorn. | L120 | 0.80 | 333.00 | 266.40 |
| SMH | 10/30/12 | Review title chronology. | L120 | 0.20 | 333.00 | 66.60 |
| LJT | 10/30/12 | Review order re sale of properties, research and review title records on Community Street property, MERS research to ascertain servicer on deed of trust on 23411 Schoenborn property, review property report on 23401 Schoenborn property to confirm no interest in property by GMAC, Zillow | L110 | 0.70 | 130.50 | 91.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332222 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Glickstein, Baruch | | |

research to ascertain current estimated
value of all three properties, and draft
e-mail summarizing same.

| | | | |
|---|---|---|---|
| **TOTAL** | | 3.40 | $937.80 |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $91.35 |
| L120 | Analysis/Strategy | 1.30 | $461.25 |
| L190 | Other Case Assessment | 1.40 | $385.20 |
| | **TOTAL** | **3.40** | **$937.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 0.70 | 130.50 | $91.35 |
| Hankins, Suzanne | SMH | Member | 2.00 | 333.00 | $666.00 |
| | **Total** | | **3.40** | | **$937.80** |

| | | |
|---|---|---|
| | FEES | $937.80 |
| | **TOTAL THIS INVOICE** | **$937.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332223    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1402     Do, Janet Tran
                    GMAC Matter No.: 733302

**TOTAL AMOUNT DUE**          $4,970.70

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332223    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1402    Do, Janet Tran
GMAC Matter No.: 733302

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/16/12 | Analysis and evaluation of allegations in complaint and defense strategy. | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 10/16/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 10/16/12 | Analysis and evaluation of preliminary case investigation issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 10/16/12 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 10/16/12 | Review and analysis of the Plaintiff's complaint and the allegations contained therein, title history, and case status to determine clients available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| YS | 10/23/12 | Draft correspondence to client regarding deficiencies in plaintiff's complaint and proceeding with a motion to expunge the lis pendens and demurrer | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 10/23/12 | Drafted correspondence to client regarding withdrawal of Lis Pendens and lack of merit of each individual claim underlying the Complaint. | L190 | 3.50 | 238.50 | 834.75 |
| JHT | 10/23/12 | Drafted Notice of Bankruptcy Stay and | L210 | 0.70 | 238.50 | 166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332223 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Do, Janet Tran | | | | |

| | | | | | | | |
|-----|---------|-----------------------------------------------------------------------------------------------------------------------|------|-------|--------|----------|
| | | Suggestion of Automatic Stay on behalf of GMACM and ETS. | | | | |
| JHT | 10/23/12 | Drafted correspondence to client regarding Bankruptcy Court's Final Supplemental Order and its application to the case as it pertains to GMACM and ETS. | L190 | 0.50 | 238.50 | 119.25 |
| JHT | 10/23/12 | Drafted correspondence to client regarding merit of Plaintiff's claims and strategy going forward. | L190 | 0.50 | 238.50 | 119.25 |
| JHT | 10/24/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on behalf of clients in response to Plaintiff's Complaint. | L210 | 4.50 | 238.50 | 1,073.25 |
| JHT | 10/26/12 | Drafted Motion to Expunge Lis Pendens. | L210 | 4.00 | 238.50 | 954.00 |
| JHT | 10/29/12 | Revised Demurrer to Complaint. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 10/29/12 | Drafted Request for Judicial Notice in support of Demurrer to Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 10/29/12 | Drafted Proposed Order on Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 10/29/12 | Drafted Request for Judicial Notice in support of Motion to Expunge Lis Pendens. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 10/29/12 | Drafted Proposed Order on Motion to Expunge Lis Pendens. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 10/29/12 | Drafted Declaration of Non-Monetary Status for ETS. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 10/30/12 | Drafted correspondence to client regarding recommended course of action with respect to filing of Motion to Expunge Lis Pendens and Demurrer. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 10/30/12 | Corresponded with Myron Ravelo regarding execution of Declaration of Non-Monetary Status for ETS. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **20.60** | | **$4,970.70** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332223 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|
| | MATTER | Do, Janet Tran | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.90 | $792.45 |
| L190 | Other Case Assessment | 5.40 | $1,244.70 |
| L210 | Pleadings | 12.30 | $2,933.55 |
| | **TOTAL** | **20.60** | **$4,970.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tuffaha, Joe | JHT | Associate | 17.00 | 238.50 | $4,054.50 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| Shaham, Yaron | YS | Special Counsel | 2.10 | 238.50 | $500.85 |
| | **Total** | | **20.60** | | **$4,970.70** |

| | | |
|---|---|---|
| | FEES | $4,970.70 |
| **TOTAL THIS INVOICE** | | $4,970.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332224    JBS                                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1403     Ruiz, Ramona
                         GMAC Matter No.: 733426

**TOTAL AMOUNT DUE**          $1,638.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332224    JBS                                        November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1403    Ruiz, Ramona
                         GMAC Matter No.: 733426

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/16/12 | Analysis and evaluation of defense strategy and bankruptcy issues. | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 10/16/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 10/18/12 | Attention to new complaint, evaluate same. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 10/18/12 | Draft email to C. Bonello re assignment. | L190 | 0.10 | 333.00 | 33.30 |
| DL | 10/18/12 | Analyze 75-page complaint alleging 29 causes of action and formulate initial strategy for responding to complaint. | L190 | 0.60 | 288.00 | 172.80 |
| SMH | 10/25/12 | Review early case evaluation, recommendation for handling. | L190 | 0.10 | 333.00 | 33.30 |
| DL | 10/25/12 | Further analyze complaint alleging 29 claims, title chronology, plaintiff's bankruptcy schedule and provide litigation strategy for client. | L190 | 0.60 | 288.00 | 172.80 |
| DL | 10/26/12 | Analyze proofs of service on ETS, MERS and Deutsche Bank. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 10/30/12 | Draft demurrer to complaint re notice, demurrer to 29 claims, factual background and address claims for declaratory relief, injunctive relief and for wrongful foreclosure. | L430 | 1.80 | 288.00 | 518.40 |
| DL | 10/31/12 | Draft demurrer re claims for | L430 | 1.40 | 288.00 | 403.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332224 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Ruiz, Ramona | | |

Commercial Code violations, breach of
fiduciary duty, breach of implied
covenant, TILA, multiple Civil Code
1916 violations and Civil Code section
1632 violation.

**TOTAL**                                              5.70              $1,638.45

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $128.25 |
| L190 | Other Case Assessment | 2.00 | $522.00 |
| L210 | Pleadings | 0.20 | $66.60 |
| L430 | Written Motions/Submissions | 3.20 | $921.60 |
| | TOTAL | 5.70 | $1,638.45 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 4.60 | 288.00 | $1,324.80 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | Total | | 5.70 | | $1,638.45 |

|  |  | FEES | $1,638.45 |
|---|---|---|---|
| | TOTAL THIS INVOICE | | $1,638.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332225    JBS                                     November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000    GMAC ResCap
MATTER      1404    Espinosa, Amador
                    GMAC Matter No.: 733430


**TOTAL AMOUNT DUE**              **$688.05**


### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332225    JBS                                     November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1404    Espinosa, Amador
                        GMAC Matter No.: 733430

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/16/12 | Analysis and evaluation of complaint to quiet title and fraudulent transfer. | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 10/16/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 10/16/12 | Analysis and evaluation of preliminary case investigation issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 10/16/12 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 10/16/12 | Analyze title chronology and fraudulently recorded deeds and formulate initial strategy for filing complaint to quiet title. | L210 | 0.50 | 288.00 | 144.00 |
| DL | 10/24/12 | Analyze title chronology, investigate status of arrest of defendant for recording fraudulent documents and prepare strategy to client re clearing title on property. | L190 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **2.50** | | **$688.05** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  332225 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Espinosa, Amador | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $347.85 | | | |
| L190 | Other Case Assessment | 0.90 | $196.20 | | | |
| L210 | Pleadings | 0.50 | $144.00 | | | |
| | **TOTAL** | **2.50** | **$688.05** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 1.00 | 288.00 | $288.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **2.50** | | **$688.05** |

|  | FEES | $688.05 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$688.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332226    JBS                              November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1405 | Sanchez, Artemio Vasquez |
| | | GMAC Matter No.: 733553 |

**TOTAL AMOUNT DUE**            $3,409.65

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332226    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1405    Sanchez, Artemio Vasquez
GMAC Matter No.: 733553

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| CHR | 10/16/12 | 1405    Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 10/18/12 | Draft email to A. Hartshorn re assignment. | L190 | 0.10 | 333.00 | 33.30 |
| YS | 10/18/12 | Review and analysis of the Plaintiff's complaint and the allegations contained therein, title history, and case status to determine clients available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| JBS | 10/19/12 | Analysis and evaluation of allegations in complaint and bankruptcy implication. | L120 | 0.30 | 427.50 | 128.25 |
| YS | 10/22/12 | Review and analysis of client's fact package, loan file, and servicing notes in light of allegations in plaintiff's complaint and determine client's response | L120 | 1.50 | 238.50 | 357.75 |
| YS | 10/29/12 | Draft clients' proposed order sustaining clients' demurrer without leave to amend | L210 | 0.30 | 238.50 | 71.55 |
| YS | 10/29/12 | Draft clients' notice of bankruptcy stay and affect of the automatic stay on the case | L210 | 1.30 | 238.50 | 310.05 |
| YS | 10/29/12 | Draft correspondence to plaintiff's counsel regarding notice of the | L190 | 0.70 | 238.50 | 166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332226 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Sanchez, Artemio Vasquez | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | bankruptcy stay and the affect on the case | | | | | |
| YS | 10/29/12 | Draft clients' request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.80 | 238.50 | | 190.80 |
| YS | 10/29/12 | Draft client's declaration of non-monetary status on behalf of ETS Services, LLC in response to plaintiff's complaint | L210 | 0.50 | 238.50 | | 119.25 |
| YS | 10/29/12 | Draft correspondence to client regarding the declaration of non-monetary status on behalf of ETS Services, LLC in response to plaintiff's complaint | L190 | 0.30 | 238.50 | | 71.55 |
| YS | 10/29/12 | Draft clients' notice of demurrer, demurrer to the complaint, and memorandum of points and authorities in support thereof | L210 | 5.80 | 238.50 | | 1,383.30 |
| YS | 10/30/12 | Draft correspondence to client regarding status of the case, the demurrer to the complaint, and pending hearing dates | L190 | 0.40 | 238.50 | | 95.40 |
| | | **TOTAL** | | **14.20** | | | **$3,409.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.60 | $915.30 |
| L190 | Other Case Assessment | 1.90 | $419.40 |
| L210 | Pleadings | 8.70 | $2,074.95 |
| | **TOTAL** | **14.20** | **$3,409.65** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | | Member | 0.30 | 427.50 | $128.25 |
| Hankins, Suzanne | SMH | | Member | 0.10 | 333.00 | $33.30 |
| Shaham, Yaron | YS | | Special Counsel | 13.40 | 238.50 | $3,195.90 |
| | | **Total** | | **14.20** | | **$3,409.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332226 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Sanchez, Artemio Vasquez | | |

|  | FEES | $3,409.65 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$3,409.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332227    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1406 | Jimenez (Salone) |
| | | GMAC Matter No.: 733566 |

**TOTAL AMOUNT DUE**        $3,258.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332227    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1406    Jimenez (Salone)
GMAC Matter No.: 733566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/17/12 | Analysis and evaluation of defense strategy and bankruptcy issues | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 10/17/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 10/17/12 | Analysis and evaluation of preliminary case investigation issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 10/17/12 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 10/22/12 | Analysis and evaluation of REO sale and code violation liability issues and attention to REO sale waiver strategy and issues. | L120 | 0.50 | 274.50 | 137.25 |
| WJI | 10/22/12 | Analysis and evaluation of complaint and case file. | L120 | 2.10 | 256.50 | 538.65 |
| RJG | 10/23/12 | Analysis and evaluation of issues regarding code violation damages, pending litigation, and REO sale disclosure requirement to advise our client regarding an REO sale inquiry. | L120 | 0.30 | 274.50 | 82.35 |
| WJI | 10/23/12 | Review and analysis of applicable sections of the Los Angeles Rent Control Ordinance. | L120 | 1.80 | 256.50 | 461.70 |
| WJI | 10/23/12 | Draft memorandum to client regarding | L120 | 1.20 | 256.50 | 307.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332227 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Jimenez (Salone) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | a litigation waiver to the third party purchaser. | | | | | |
| WJI | 10/24/12 | Draft waiver and release for the REO sale. | L210 | 3.90 | 256.50 | | 1,000.35 |
| WJI | 10/24/12 | Draft correspondence to client regarding case analysis. | L190 | 0.30 | 256.50 | | 76.95 |
| RJG | 10/25/12 | Analysis and evaluation of waiver of disclosure and litigation issues in regard to the pending REO sale and attention to litigation strategy. | L120 | 0.30 | 274.50 | | 82.35 |
| WJI | 10/25/12 | Revise and edit waiver and release of the REO sale. | L210 | 0.50 | 256.50 | | 128.25 |
| | | **TOTAL** | | **12.50** | | | **$3,258.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 7.40 | $2,000.70 | | | | |
| L190 | Other Case Assessment | 0.70 | $129.15 | | | | |
| L210 | Pleadings | 4.40 | $1,128.60 | | | | |
| | **TOTAL** | **12.50** | **$3,258.45** | | | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.40 | 130.50 | $52.20 | |
| Sullivan, John | | JBS | Member | 0.40 | 427.50 | $171.00 | |
| Gandy, Robert | | RJG | Special Counsel | 1.90 | 274.50 | $521.55 | |
| Idleman, William J. | | WJI | Associate | 9.80 | 256.50 | $2,513.70 | |
| | **Total** | | | **12.50** | | **$3,258.45** | |

| | | | FEES | $3,258.45 |
|---|---|---|---|---|
| | | **TOTAL THIS INVOICE** | | **$3,258.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332228    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1407 | Harre, James and Martha |
| | | GMAC Matter No.: 733509 |

**TOTAL AMOUNT DUE**          $3,289.95

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332228    JBS                                November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1407    Harre, James and Martha
                        GMAC Matter No.: 733509

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JBS | 10/18/12 | Analysis and evaluation of allegations in complaint and potential bankruptcy issues | L120 | 0.40 | 427.50 | 171.00 |
| SMH | 10/18/12 | Attention to new complaint, evaluate same. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 10/18/12 | Draft email to C. Bonello re assignment. | L190 | 0.10 | 333.00 | 33.30 |
| SMH | 10/18/12 | Attention to new complaint, evaluate same. | L210 | 0.20 | 333.00 | 66.60 |
| YS | 10/19/12 | Review and analysis of the Plaintiffs' complaint and the allegations contained therein, title history, and case status to determine clients available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| YS | 10/24/12 | Draft correspondence to plaintiff's counsel regarding notice of clients bankruptcy and affect of the automatic stay | L190 | 0.60 | 238.50 | 143.10 |
| YS | 10/24/12 | Draft clients' notice of bankruptcy stay and affect of the automatic stay on the litigation | L210 | 1.10 | 238.50 | 262.35 |
| YS | 10/24/12 | Draft clients' proposed order on demurrer to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 10/24/12 | Draft clients' request for judicial notice in support of demurrer to plaintiffs' complaint | L210 | 0.60 | 238.50 | 143.10 |
| SMH | 10/25/12 | Attention to proposed notice of bankruptcy stay. | L210 | 0.20 | 333.00 | 66.60 |
| YS | 10/25/12 | Review and analysis of client's fact package, loan file, and servicing notes | L120 | 1.50 | 238.50 | 357.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332228 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Harre, James & Martha | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | in light of allegations made by plaintiffs in the complaint and to assist in responding to said complaint | | | | | |
| YS | 10/25/12 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiffs' complaint and the causes of action contained therein | L210 | 6.20 | 238.50 | | 1,478.70 |
| | | **TOTAL** | | **13.20** | | | **$3,289.95** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.70 | $958.05 |
| L190 | Other Case Assessment | 0.70 | $176.40 |
| L210 | Pleadings | 8.80 | $2,155.50 |
| | **TOTAL** | **13.20** | **$3,289.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |
| Shaham, Yaron | YS | Special Counsel | 12.10 | 238.50 | $2,885.85 |
| | **Total** | | **13.20** | | **$3,289.95** |

| | | | | | |
|---|---|---|---|---|---|
| | | | FEES | | $3,289.95 |
| | | **TOTAL THIS INVOICE** | | | **$3,289.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332229    JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1408 | Grant, Mary |
| | | GMAC Matter No.: 733509 |

**TOTAL AMOUNT DUE**          $2,576.25

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332229    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1408    Grant, Mary
                         GMAC Matter No.: 733509

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/18/12 | Analysis and evaluation of allegations regarding police activity; Analysis and evaluation of potential bankruptcy issues | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 10/18/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.30 | 130.50 | 39.15 |
| RJG | 10/18/12 | Analysis and evaluation of preliminary case investigation issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 10/18/12 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 10/18/12 | Review and analysis of the Plaintiff's complaint and the allegations contained therein, title history, and case status to determine clients available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| YS | 10/22/12 | Draft client's notice of bankruptcy and affect of the automatic stay on the case | L210 | 0.90 | 238.50 | 214.65 |
| YS | 10/22/12 | Draft correspondence to plaintiff's counsel regarding client's bankruptcy filing and affect of the stay on the case | L190 | 0.60 | 238.50 | 143.10 |
| YS | 10/22/12 | Draft clients' proposed order on demurrer in response to plaintiff's complaint | L210 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332229 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Grant, Mary | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YS | 10/22/12 | Draft clients' request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.60 | 238.50 | | 143.10 |
| YS | 10/23/12 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's complaint | L210 | 4.80 | 238.50 | | 1,144.80 |
| | | **TOTAL** | | **10.50** | | | **$2,576.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.00 | $819.90 |
| L190 | Other Case Assessment | 0.90 | $182.25 |
| L210 | Pleadings | 6.60 | $1,574.10 |
| | **TOTAL** | **10.50** | **$2,576.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| Shaham, Yaron | YS | Special Counsel | 9.00 | 238.50 | $2,146.50 |
| | **Total** | | **10.50** | | **$2,576.25** |

| | | FEES | $2,576.25 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$2,576.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332230    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1410     Tademy, Gloria
                    GMAC Matter No.: 733403

**TOTAL AMOUNT DUE**          **$1,424.25**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    332230    JBS | | | November 14, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1410    Tademy, Gloria
GMAC Matter No.: 733403

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| SMH | 10/19/12 | Review and evaluate new complaint. | L210 | 0.30 | 333.00 | 99.90 |
| CHR | 10/19/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| MJN | 10/19/12 | Draft affidavit and motion to dissolve preliminary injunction | L210 | 1.10 | 261.00 | 287.10 |
| MJE | 10/19/12 | Receipt and review of new matter and Complaint | L190 | 0.50 | 279.00 | 139.50 |
| SMH | 10/21/12 | Draft email re allegations of complaint, potential for modification review in resolution. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 10/21/12 | Draft email re claims, potential for early resolution. | L190 | 0.20 | 333.00 | 66.60 |
| JBS | 10/22/12 | Analysis and evaluation of defense strategy and potential bankruptcy issue. | L120 | 0.40 | 427.50 | 171.00 |
| MJE | 10/22/12 | Review of file and exchange of emails with S. Hankins re same. | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 10/24/12 | Receipt and review of loan file | L190 | 0.60 | 279.00 | 167.40 |
| MJE | 10/29/12 | Review of title documents in preparation for drafting evaluation of case and probably demurrer to Complaint | L190 | 0.80 | 279.00 | 223.20 |
| LJT | 10/31/12 | Research title records to prepare chronology. | L110 | 0.30 | 130.50 | 39.15 |
| | | **TOTAL** | | **5.20** | | **$1,424.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    332230 | CLIENT    GMAC ResCap | Page | 2 |
| | MATTER    Tademy, Gloria | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $39.15 |
| L120 | Analysis/Strategy | 0.40 | $171.00 |
| L190 | Other Case Assessment | 3.10 | $827.10 |
| L210 | Pleadings | 1.40 | $387.00 |
| | **TOTAL** | **5.20** | **$1,424.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | LJT | Paralegal | 0.30 | 130.50 | $39.15 |
| Esposito, Matthew | MJE | Associate | 2.30 | 279.00 | $641.70 |
| Nelson, Michele | MJN | Special Counsel | 1.10 | 261.00 | $287.10 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |
| | **Total** | | **5.20** | | **$1,424.25** |

| | | |
|---|---|---|
| | FEES | $1,424.25 |
| | **TOTAL THIS INVOICE** | **$1,424.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332231    JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1411 | Hernandez, Miguel and Kimberly |
| | | GMAC Matter No.: 733660 |

**TOTAL AMOUNT DUE**          $889.65

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332231    JBS

November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1411    Hernandez, Miguel and Kimberly
GMAC Matter No.: 733660

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 10/19/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 10/19/12 | Analysis and evaluation of preliminary case investigation issues and attention to litigation strategy. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 10/19/12 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | 0.30 | 274.50 | 82.35 |
| JBS | 10/22/12 | Analysis and evaluation of defense strategy. | L120 | 0.30 | 427.50 | 128.25 |
| DL | 10/22/12 | Analyze complaint, court docket and prepare initial strategy for responding to complaint. | L110 | 0.40 | 288.00 | 115.20 |
| DL | 10/25/12 | Further analyze complaint, title chronology, plaintiff's bankruptcy schedule and provide litigation strategy for client. | L190 | 0.80 | 288.00 | 230.40 |
| DL | 10/26/12 | Analyze servicing and loan history for facts for use in defense of action. | L110 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **3.20** | | **$889.65** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  332231 | CLIENT    GMAC ResCap | | | Page | 2 |
| | MATTER   Hernandez, Miguel & Kimberly | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $259.20 | | |
| L120 | Analysis/Strategy | 1.10 | $347.85 | | |
| L190 | Other Case Assessment | 1.20 | $282.60 | | |
| | **TOTAL** | **3.20** | **$889.65** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 1.70 | 288.00 | $489.60 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **3.20** | | **$889.65** |

| | | FEES | $889.65 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$889.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332232     JBS                                      November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1415      Naygas (Lelgant)
                     GMAC Matter No.: 731471

**TOTAL AMOUNT DUE**          **$380.25**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332232    JBS                                    November 14, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1415    Naygas (Lelgant)
GMAC Matter No.: 731471

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/23/12 | Analysis and evaluation of documents from client. | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 10/23/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 10/24/12 | Review client documents re alleged trespass and taking; telephone conversation with A. Hartshorn re same. | L190 | 0.60 | 333.00 | 199.80 |
| | | **TOTAL** | | **1.30** | | **$380.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.30 | $128.25 | | |
| L190 | Other Case Assessment | 1.00 | $252.00 | | |
| | **TOTAL** | **1.30** | **$380.25** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332232 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Naygas (Lelgant) | | |

| | Total | 1.30 | $380.25 |
|---|---|---|---|
| | FEES | | $380.25 |
| | **TOTAL THIS INVOICE** | | **$380.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332233    JBS                                          November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1416 | Figueroa / de la Torre |
| | | GMAC Matter No.: 733780 |

**TOTAL AMOUNT DUE**          $760.05

***REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332233   JBS                                    November 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1416   Figueroa / de la Torre
                       GMAC Matter No.: 733780

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994      10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 10/25/12 | Analysis and evaluation of account lien issues. | L120 | 0.30 | 427.50 | 128.25 |
| DL | 10/29/12 | Analyze plaintiff's lengthy UCC lien and loan and servicing history for loan. | L110 | 1.60 | 288.00 | 460.80 |
| CHR | 10/26/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.30 | 130.50 | 39.15 |
| SMH | 10/28/12 | Attention to new matter re UCC filing. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 10/31/12 | Research title records to prepare chronology. | L110 | 0.50 | 130.50 | 65.25 |
| | | **TOTAL** | | **2.90** | | **$760.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 2.10 | $526.05 |
| L120 | Analysis/Strategy | 0.30 | $128.25 |
| L190 | Other Case Assessment | 0.50 | $105.75 |
| | **TOTAL** | **2.90** | **$760.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332233 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Figueroa / de la Torre | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.60 | 288.00 | $460.80 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 0.50 | 130.50 | $65.25 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **2.90** | | **$760.05** |

|  | FEES | $760.05 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$760.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332238      JBS                                          November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1184       Berdan, Felino V. and Belinda
                       GMAC Matter No.: 723763

**TOTAL AMOUNT DUE**                   **$3,862.40**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332238    JBS                              November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1184    Berdan, Felino V. and Belinda
                        GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MTM | 10/01/12 | Confer with J. Hoy and M. Sullivan regarding outstanding information for response to special interrogatory and revise same. | L310 | 1.20 | 288.00 | 345.60 |
| DB | 10/01/12 | Review file and draft update on GMAC Monthly Status Report. | L190 | 0.40 | 256.50 | 102.60 |
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| MTM | 10/09/12 | Start to draft opposition to motion to vacate. | L210 | 1.50 | 288.00 | 432.00 |
| MTM | 10/10/12 | Confer with M. Sullivan regarding notice of bankruptcy stay and review file regarding same. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 10/11/12 | Research and draft opposition to motion to vacate. | L210 | 6.00 | 288.00 | 1,728.00 |
| MKS | 10/12/12 | Review and revise draft Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| MTM | 10/12/12 | Finalize opposition to motion to vacate. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 10/12/12 | Confer with C. DiCicco regarding notice of BK stay. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 10/15/12 | Finalize notice of Bankruptcy Stay and letter regarding same. | L210 | 0.40 | 288.00 | 115.20 |
| MKS | 10/24/12 | Attention to court's ruling on motion to vacate judgment. | L250 | 0.10 | 270.00 | 27.00 |
| MTM | 10/24/12 | Review and analyze tentative ruling and communicate with M. Sullivan regarding same. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 10/25/12 | Attention to status of court's action on tentative ruling and email C. DiCicco | L210 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344
TAX ID 94-2774518

| Invoice No. | 332238 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Berdan, Felino V. & Belinda | | | | |

| | | regarding same. | | | | |
|---|---|---|---|---|---|---|
| MTM | 10/26/12 | Prepare and forward Proposed Order and Judgment. | L210 | 1.30 | 288.00 | 374.40 |
| | | **TOTAL** | | **12.60** | | **$3,605.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 10/12/12 | 71.50 |
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 10/15/12 | 114.00 |
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 9/17/12 | 71.50 |
| | **TOTAL COSTS & EXPENSES** | **$257.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.90 | $237.60 |
| L210 | Pleadings | 10.40 | $2,995.20 |
| L250 | Other Written Motions | 0.10 | $27.00 |
| L310 | Written Discovery | 1.20 | $345.60 |
| | **TOTAL** | **12.60** | **$3,605.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 0.40 | 256.50 | $102.60 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| McGuinness, Michelle | MTM | Associate | 11.60 | 288.00 | $3,340.80 |
| | **Total** | | **12.60** | | **$3,605.40** |

| | | |
|---|---|---|
| PRIOR FEES | $16,341.75 | |
| PRIOR COSTS & EXPENSES | $2,188.73 | |

| | | |
|---|---|---|
| | FEES | $3,605.40 |
| | COSTS & EXPENSES | $257.00 |
| | **TOTAL THIS INVOICE** | **$3,862.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 271893 | 82035 |
| Invoice Date | Total Due |
| 10/15/12 | 24,304.80 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 271893 | 10/15/12 | 24,304.80 | 22 |

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/12/12 FILING SAME | 6846393 DAY-DAILY | SDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Imelda Hernandez Case No.: CGC-12-521821 FILE/CONFORM/RETURN Signed: FILED | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102  Case Title: MONGA IRIZARRY V BAN  Ref: 70000.0889 | Base Chg : 10.25 | 10.25 |
| 10/12/12 FILING SAME | 6846409 DAY-DAILY | SDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Imelda Hernandez Case No.: cgc-12-518592 FILE/CONFORM/RETURN Signed: FILED | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102  Case Title: SANTANA V BANK OF AM  Ref: 70000.0714 | Base Chg : 10.25 Adv/Wit Ck: 92.00 | 102.25 |
| 10/15/12 FILING-BRANCH | 6846624 FAX/PDF | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst Case No.: SCV 0031193 FILE/CONFORM/RETURN Signed: Filed | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE    CA 95678  Case Title: Pratt/Schmidt v. GMA  Ref: 19000.1375 | Base Chg : 48.25 PDF/OvrNte: 29.25 | 77.50 |
| 10/15/12 FILING-BRANCH | 6846789 FAX/PDF | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst    Wait: 20 Min Case No.: C-11-02616 FILE/CONFORM/RETURN Signed: FILED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ    CA 94553  Case Title: BERDAN V. EXPRESS CA  Ref: 19000.1184 | Base Chg : 106.50 PDF/OvrNte: 7.50 | 114.00 |
| 10/15/12 FILING SAME | 6846960 DAY-DAILY | SDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: TERI MCENERY Case No.: CGC10 501862 FILE/CONFORM/RETURN Signed: FILED | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102  Case Title: WALKER V PLATINUM  Ref: 11991.0010 | Base Chg : 10.25 | 10.25 |

Invoice Amount: 10,092.30
Fees Advanced: 14,212.50
**Total  Amount Due:** 24,304.80

**Total** 24,304.80

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332239      JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1251        Kerns, Bryan and Denine
                       GMAC Matter No.: 727170

**TOTAL AMOUNT DUE**          $753.24

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332239      JBS                                      November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1251     Kerns, Bryan and Denine
GMAC Matter No.: 727170

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update . | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/01/12 | Receipt, review and analysis of co-defendant Franklin Realty's demurrer to plaintiff's amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 10/11/12 | Drafted Notice of Bankruptcy Stay on behalf of clients. | L210 | 0.60 | 238.50 | 143.10 |
| JHT | 10/11/12 | Drafted correspondence to Plaintiffs' counsel regarding Notice of Bankruptcy Stay and fact that claims alleged against clients are not permitted. | L210 | 0.40 | 238.50 | 95.40 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice, if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| YS | 10/22/12 | Receipt, review and analysis of co-defendant Lender Processing Services' and LSI Title's substitution of attorney | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/22/12 | Receipt, review and analysis of co-defendant Lender Processing | L120 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344
TAX ID 94-2774518

Invoice No.   332239      CLIENT   GMAC ResCap                    Page       2
                          MATTER   Kerns, Bryan & Denine

|  |  | | | | | |
|---|---|---|---|---|---|---|
| | | Services' and LSI Title's demurrer in response to plaintiffs' third amended complaint | | | | |
| YS | 10/22/12 | Review and analysis of co-defendant Aurora Loan Services's demurrer and motion to strike plaintiffs' third amended complaint | L120 | 0.20 | 238.50 | 47.70 |
| YS | 10/23/12 | Receipt, review and analysis of the tentative ruling on clients' demurrer in light of the bankruptcy notice filed with the court | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.50** | | **$615.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/11/12 | One Legal, Inc.; Transmittal of filing to court; Request for Judicial Notice of Demurrer to Third Amended Complaint, Proposed Order to Demurrer to Thrid Amended...including Court Filing Fee $90 09/28/12 | 109.85 |
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 30 Dreamlight Orange, CA 92603 09/19/12 | 18.29 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Defendant's GMAC Mortgage, LLC's and Homecomings Financial, LLC's Notice of Bankruptcy Stay and Suggestion of...10/16/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$138.09** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L190 | Other Case Assessment | 0.90 | $233.55 |
| L210 | Pleadings | 1.00 | $238.50 |
| | **TOTAL** | **2.50** | **$615.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 1.40 | 238.50 | $333.90 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| Shaham, Yaron | YS | Special Counsel | 0.70 | 238.50 | $166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332239 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Kerns, Bryan & Denine | | | |

| | **Total** | | **2.50** | **$615.15** |
|---|---|---|---|---|

PRIOR FEES                                          $6,199.65
PRIOR COSTS & EXPENSES                              $100.45


| FEES | $615.15 |
|---|---|
| COSTS & EXPENSES | $138.09 |
| **TOTAL THIS INVOICE** | **$753.24** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement





(800) 938-8815

26-0259046

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5151866 |
| Inv. Date: | 9/28/12 |
| Due Date: | 10/13/12 |
| Total: | $109.85 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 5151866 | |
| Date: | 9/28/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000-1251 |
| Case Short Title: | Bryan D. Kerns vs. Aurora Loan Services, LLC V. N/A |
| Documents: | Request for Judicial Notice to Demurrer to Third Amended Complaint, Proposed Order to Demurrer to Third Amended... |
| One Legal Branch: | |
| Court: Description: | Superior Court of California, Orange County |



| COURT FILING FEE | $90.00 |
|---|---|
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |
| ESERVICE FEE - UNLIMITED | $9.90 |

OK TO PAY: 

| Due Date | 10/13/12 | Total This Invoice | $109.85 |
|---|---|---|---|

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332240    JBS                                November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1282    Kingston, Terrance R. and Sybil
                  GMAC Matter No.: 728777

**TOTAL AMOUNT DUE**              **$582.35**

***REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    332240    JBS | | November 15, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1282    Kingston, Terrance R. and Sybil
GMAC Matter No.: 728777

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/03/12 | Receipt, review and analysis of the plaintiff's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/03/12 | Review and analysis of plaintiffs' motion to dismiss the case without prejudice | L120 | 0.20 | 238.50 | 47.70 |
| YS | 10/15/12 | Telephone conference with plaintiff's counsel regarding possible dismissal of the case | L190 | 0.20 | 238.50 | 47.70 |
| YS | 10/29/12 | Receipt, review and analysis of the plaintiff's request for dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 10/29/12 | Draft correspondence to client regarding the dismissal of the case by plaintiff without prejudice and the impact on future hearings | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.00** | | **$238.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 10/01/12 | 49.95 |
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Withdrawal of Defendant Deutsche Bank National Trust Company's Demurrer to Plaintiff's First Amended....10/05/12 | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.   332240 | CLIENT   GMAC ResCap | Page   2 |
| | MATTER   Kingston, Terrance R. & Sybil | |

---

| | | |
|---|---|---|
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Defendant Deutsche Bank of National Trust Company's Notice of Demurrer and Demurrer to Plaintiff's First Amended...including Court Filing Fee $60 10/05/12 | 109.95 |
| 10/22/12 | First Legal Network, LLC; Transmittal of filing to court; Ventura County Court 9/19/12. Advance ck. $60.00 | 134.00 |
| | **TOTAL COSTS & EXPENSES** | **$343.85** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| | **TOTAL** | **1.00** | **$238.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | **Total** | | **1.00** | | **$238.50** |

PRIOR FEES                            $9,203.85
PRIOR COSTS & EXPENSES                $809.83

| | |
|---|---|
| FEES | $238.50 |
| COSTS & EXPENSES | $343.85 |
| **TOTAL THIS INVOICE** | **$582.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

26-0259046

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111



| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7177463 |
| Inv. Date: | 10/5/12 |
| Due Date: | 10/20/12 |
| Total: | $109.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 7177463 | |
| Date: | 10/5/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000-1282 |
| Case Short Title: | Terrence Kingston |
| Documents: | Defendant Deutsche Bank National Trust Company's Notice of Demurrer and Demurrer to Plaintiffs' First Amended... |
| One Legal Branch: | Los Angeles |
| Court: | Superior Court of California, Ventura County |
| Description: | |

| COURT FILING FEE | |
|---|---|
| COURT FILING SERVICE FEE | $60.00 |
| | $49.95 |

OK TO PAY: _____

| Due Date | 10/20/12 | Total This Invoice | $109.95 |
|---|---|---|---|

**_st Legal Network** LLC

P.O. BOX 844250 LOS ANGELES, CA 90084–4250

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 369489 | 23103 |
| Invoice Date | Grand Tot. |
| 9/30/12 | 5,355.97 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 369489 | 9/30/12 | 5,355.97 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/17/12 FILING-FAX/PDF | 9513560 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Lorraine Johnson Wait: 22 Min Case No.: BC462283 FILE/CONFORM/RETURN Signed: FILED | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES      CA 90012 Case Title: STOFMAN/CHASKIN V DA Ref: 70001.0034 | Base Chg : 64.75 | 64.75 |
| 9/18/12 FILING-FAX/PDF | 9513856 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: VCSC-56-2012-0042199 Please advance first Signed: FILED | Ventura County Court 800 S Victoria Ave VENTURA        CA 93009 Case Title: Mellott appearance fee, if Ref: 70001.0135 | Base Chg : 29.75 Adv/Wit CK: 435.00 | 464.75 |
| 9/18/12 FILING-REGULAR VEHICLE | 9513894 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: USDC-CV11-0732GHK Please come to my of Signed: lodged | USDC-Central District Royal 255 E Temple St LOS ANGELES      CA 90012 Case Title: Foulkrod fice and pick up Dep Ref: 07685.0937 | Base Chg : 60.50 | 60.50 |
| 9/18/12 FILING-FAX/PDF | 9514073 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Debra Edwards    Wait: 20 Min Case No.: ric1102590 RESUBMIT PROP ORDER Signed: RECEIVED | RCSC-RIVERSIDE 4050 MAIN STREET RIVERSIDE      CA 92501 Case Title: GATEWAY ONE LENDING THAT WAS REJECTED. Ref: 15297.0004 | Base Chg : 29.75 | 29.75 |
| 9/19/12 FILING-FORWARD FAX/PDF | 9514241 | FFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Lorraine Johnson Case No.: M-1502-CS-8299 **FILE 1st THING IN Signed: RECEIVED/EMAILED/ROR | KCMC-TEHACHAPI-MOJAVE 1773 HIGHWAY 58 MOJAVE        CA 93501 Comment: -special Case Title: YOUNG V SANTANDER A.M. Ref: YOUNG V SANTANDER | Base Chg : 180.00 | 180.00 |
| 9/19/12 FILING-FAX/PDF | 9514564 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Farida Baig Case No.: 2012-00416409 File on 9/20/12 Signed: filed | Ventura County Court 800 S Victoria Ave VENTURA        CA 93009 Case Title: Kingston v. GMAC Ref: 19000-1282 | Base Chg : 29.75 PDF Chg : 44.25 Adv/Wit CK: 60.00 | 134.00 |
| | | | | | Continued | |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332241    JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1300     Hildebrandt, Joanne
                     GMAC Matter No.: 729582

**TOTAL AMOUNT DUE**                    $2,912.52

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332241     JBS                                November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1300     Hildebrandt, Joanne
                           GMAC Matter No.: 729582

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DB | 09/27/12 | Prepared for ex parte hearing on Plaintiff's request for TRO. | L250 | 1.40 | 256.50 | 359.10 |
| DB | 09/28/12 | Review email to opposing counsel regarding publication to defeat ex parte application for TRO. | L220 | 0.10 | 256.50 | 25.65 |
| DB | 09/28/12 | Draft internal memorandum regarding hearing on Plaintiff's ex parte application for TRO. | L220 | 0.30 | 256.50 | 76.95 |
| DB | 09/28/12 | Appeared at hearing for Plaintiff's ex parte application for TRO. | L220 | 1.70 | 256.50 | 436.05 |
| DB | 09/28/12 | Review certificate and posting of publication in order to prepare for ex parte hearing. | L220 | 0.30 | 256.50 | 76.95 |
| KWF | 10/02/12 | Prepare email to client, C. DiCicco, re: proof of publication. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 10/03/12 | Attention to status, request for proof of publication. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 10/03/12 | Prepare email to client, C. DiCicco, advising of declaration in support of opposition to OSC re: preliminary injunction. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 10/04/12 | Prepare revisions to stipulation to postpone OSC re: preliminary injunction. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 10/04/12 | Prepare email to Plaintiff's counsel re: OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 10/10/12 | Prepare notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 10/15/12 | Prepare draft declaration of C. Martinez in opposition to OSC re: preliminary injunction. | L210 | 0.60 | 270.00 | 162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332241        CLIENT    GMAC ResCap                          Page      2
                           MATTER    Hildebrandt, Joanne

| | | | | | | |
|---|---|---|---|---|---|---|
| KWF | 10/16/12 | Prepare email to client, C. DiCicco, re: modification review. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 10/16/12 | Telephone conference with Plaintiff's counsel re: settlement. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 10/17/12 | Attention to G. Choe practice status, plaintiff's request for modification review. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 10/17/12 | Prepare email to Plaintiff's counsel, L. Gerevich, re: OSC re: preliminary injunction. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 10/18/12 | Prepare email to client, C. DiCicco, re: OSC re: preliminary injunction. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 10/18/12 | Prepare email to Plaintiff's counsel, L. Gurevich, re: loan modification review. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 10/29/12 | Prepare email to Plaintiff's counsel re: denial of previous loan modification package. | L160 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **7.50** | | **$1,998.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/09/12 | David Berkley; Transportation; Mileage and parking to Los Angeles Superior Court, Stanley Mosk Courthouse, to represent client at Plaintiff's Motion to Consolidate 9/27/12 | 13.77 |
| 10/24/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation to Continue OSC 10/11/12 | 9.95 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Stipulation to Continue including Court Filing Fee $870 1st App Fee GMAC ETS 10/15/12 | 879.95 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 10/16/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$913.62** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.30 | $621.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $27.00 |
| L190 | Other Case Assessment | 0.40 | $133.20 |
| L210 | Pleadings | 0.90 | $243.00 |
| L220 | Preliminary Injunctions/Provis | 2.40 | $615.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | Page | 3 |
|---|---|---|---|---|---|---|
| Invoice No.  332241 | CLIENT | GMAC ResCap | | | | |
| | MATTER | Hildebrandt, Joanne | | | | |

| L250 | Other Written Motions | | 1.40 | $359.10 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **7.50** | **$1,998.90** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Berkley, David Allan | DB | Associate | 3.80 | 256.50 | $974.70 |
| Franich, Kerry | KWF | Associate | 3.30 | 270.00 | $891.00 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **7.50** | | **$1,998.90** |

PRIOR FEES $4,004.10
PRIOR COSTS & EXPENSES $77.23

| | | |
|---|---|---|
| FEES | $1,998.90 |
| COSTS & EXPENSES | $913.62 |
| **TOTAL THIS INVOICE** | **$2,912.52** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

804 Redwood Blvd, Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
| --- | --- |
| 5157620 | |
| Date: | 10/15/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
| --- | --- |
| Invoice No.: | 5157620 |
| Inv. Date: | 10/15/12 |
| Due Date: | 10/30/12 |
| Total: | $879.95 |
| Terms: | Net 15 |

Law Firm Contact:    KERRY W FRANICH

Client File No.:    19000-1300

Case Short Title:    Jo Anne Hildebrandt vs. GMAC Mortgage, LLC V. N/A

Documents:    Stipulation to Continue

One Legal Branch:

Court:    Superior Court of California, Orange County
Description:

| | |
| --- | --- |
| COURT FILING FEE | $870.00 |
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |

— 1st App Fees.
GMAC
ETS

| Due Date | 10/30/12 | | Total This Invoice | $879.95 |
| --- | --- | --- | --- | --- |



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332242    JBS                                          November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1321    Martinez, Guadalupe
GMAC Matter No.: 730067

**TOTAL AMOUNT DUE**                     **$604.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332242    JBS                                          November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1321    Martinez, Guadalupe
GMAC Matter No.: 730067

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 10/04/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| MKK | 10/05/12 | Communication with client regard L210 dismissal of case. | 0.20 | 225.00 | 45.00 |
| | | **TOTAL** | **0.30** | | **$72.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/23/12 | First Legal Network, LLC; Transmittal of filing to court; ACSC- Hayward 9/26/12. Advance ck. $435.00 | 531.50 |

**TOTAL COSTS & EXPENSES**                         **$531.50**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.20 | $45.00 |
| | **TOTAL** | **0.30** | **$72.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|-----|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Kamka, Mary Kate | MKK | Special Counsel | 0.20 | 225.00 | $45.00 |
| | **Total** | | **0.30** | | **$72.90** |

| | |
|---|---|
| PRIOR FEES | $1,923.30 |
| PRIOR COSTS & EXPENSES | $82.64 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332242 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Martinez, Guadalupe | | | |

---

| | | |
|---|---|---|
| FEES | | $72.90 |
| COSTS & EXPENSES | | $531.50 |
| **TOTAL THIS INVOICE** | | **$604.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

LES, CA 90084-4250

| Invoice No. | Customer No. |
|---|---|
| 271104 | 82035 |
| Invoice Date | Total Due |
| 9/30/12 | 37,282.21 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 271104 | 9/30/12 | 37,282.21 | 23 |

| Date | Ord No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/26/12 FILING-BRANCH FAX/PDF | 6840493 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: ANGELA L. EURE   Wait: 15 Min Case No.: fcs039620 FILE/CONFORM/RETURN Signed: FILED | SCMC-NORTH/FAIRFIELD 530 UNION AVENUE FAIRFIELD  CA 94533 Case Title: GALAVIZ VS GMAC MOET Ref: 19000.1247 GALAVIZ | Base Chg : 48.25 | 48.25 |
| 9/26/12 FILING-BRANCH FAX/PDF | 6840598 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: ANGELA L. EURE   Wait: 20 Min Case No.: HG12631584 FILE/CONFORM/RETURN Signed: FILED | ACSC-HAYWARD 24405 AMADOR STREET HAYWARD  CA 94544 Case Title: MARTINEZ V. US BANK Ref: 19000.1321 | Base Chg : 57.50 PDF/OvrNte: 39.00 Adv/Wit Ck: 435.00 | 531.50 |
| 9/26/12 RESEARCH-SAME DAY | 6840606 | SRS | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO  CA 94102 Caller: Marilyn Li Case No.: 3:12-CV-01332-MMC Obtain certified Signed: Obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Case Title: Palmer v. Countrywid copy and give to Ref: 70000.0655 | Base Chg : 41.25 | 41.25 |
| 9/26/12 FILING-FAX/PDF | 6840626 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: ANGELA L. EURE   Wait: 15 Min Case No.: 112CV231048 FILE/CONFORM/RETURN Signed: Submitted | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE  CA 95113 Case Title: REYES V. WELLS FARGO Ref: 55000.0431 REYES | Base Chg : 29.75 Adv/Wit Ck: 435.00 | 464.75 |
| 9/26/12 FILING-FORWARD NEXT DAY | 6840630 | FNF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Marilyn Li Case No.: C12 1332 FILE/CONFORM/RETURN Signed: REJECTED | FRESNO RECORDERS FRESNO  CA Case Title: PALMER V COUNTRYWIDE NOTE CASE ORIGINALLY Ref: 70000.0655 | Base Chg : 125.00 | 125.00 |
| 9/26/12 FILING-FORWARD FAX/PDF | 6840647 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Imelda Hernandez Case No.: CV002788 Please file or DROP- Signed: dropped, door closed | Merced County Court 2260 "N" Street MERCED  CA 95340 Case Title: Gill v. Recontrust C BOX the attached tod Ref: 70000.0890 | Base Chg : 96.50 | 96.50 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332243      JBS                                              November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1322       Wainwright, Barbara
                       GMAC Matter No.: 730134

**TOTAL AMOUNT DUE**          $3,319.29

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332243    JBS                                November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1322    Wainwright, Barbara
                        GMAC Matter No.: 730134

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 09/30/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on behalf of client in response to Complaint. | L210 | 4.50 | 238.50 | 1,073.25 |
| JHT | 09/30/12 | Drafted Request for Judicial Notice in support of Demurrer to Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 09/30/12 | Drafted Proposed Order on Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 09/30/12 | Drafted Declaration of Non-Monetary Status for ETS. | L210 | 0.70 | 238.50 | 166.95 |
| YS | 10/01/12 | Further drafting and revising of client's demurrer to plaintiff's amended complaint | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 10/02/12 | Continued drafting and revising of Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 10/02/12 | Reviewed online case docket in order to determine status of case. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 10/05/12 | Further drafting and revising of client's demurrer, request for judicial notice, and proposed order in response to plaintiff's complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of the automatic stay and client's bankruptcy on the case proceeding forward | L120 | 0.40 | 238.50 | 95.40 |
| JHT | 10/11/12 | Additional drafting and revising of Demurrer to Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 10/11/12 | Drafted correspondence to client indicating evaluation of Final | L190 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332243 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Wainwright, Barbara | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Supplemental Bankruptcy Order and permitted nature of claims. | | | | |
| YS | 10/12/12 | Telephone conference with plaintiff's counsel regarding settling this matter via a loan modification | L190 | 0.20 | 238.50 | 47.70 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| JHT | 10/15/12 | Revised Request for Judicial Notice in support of Demurrer to Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| SMH | 10/19/12 | Review status, attention to bankruptcy notice if applicable, per J. Holtgren request. | L190 | 0.10 | 333.00 | 33.30 |
| YS | 10/31/12 | Receipt, review and analysis of the Court's notice of continuance of case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **9.90** | | **$2,380.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/15/12 | Cardmember Service/Bank One (Acct #0705); Data Search; 7 Saint Vincent Orange, CA 09/26/12 | 29.29 |
| 10/30/12 | One Legal, Inc.; Transmittal of filing to court; Defendant GMAC Mortgage, LLC's Notice of Demurrer and Demurrer to Plaintiff's Complaint; Memorandum of Points and...including Court Filing Fee $900 10/19/12 | 909.95 |
| | **TOTAL COSTS & EXPENSES** | **$939.24** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 1.10 | $281.25 |
| L210 | Pleadings | 8.30 | $1,979.55 |
| | **TOTAL** | **9.90** | **$2,380.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 7.80 | 238.50 | $1,860.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332243 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Wainwright, Barbara | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| Shaham, Yaron | YS | Special Counsel | 1.70 | 238.50 | $405.45 |
| | **Total** | | **9.90** | | **$2,380.05** |

PRIOR FEES                               $1,687.50
PRIOR COSTS & EXPENSES                    $121.44

| | |
|---|---|
| FEES | $2,380.05 |
| COSTS & EXPENSES | $939.24 |
| **TOTAL THIS INVOICE** | **$3,319.29** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



26-0259046

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 5158472 | |
| Date: | 10/19/12 |
| Cust. No.: | 0000562 |

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 5158472 |
| Inv. Date: | 10/19/12 |
| Due Date: | 11/3/12 |
| Total: | $909.95 |
| Terms: | Net 15 |

| Law Firm Contact: | Yaron Shaham |
|---|---|
| Client File No.: | 19000.1322 |
| Case Short Title: | Barbara Wainwright vs. GMAC Mortgage V. N/A |
| Documents: | Defendant GMAC Mortgage, LLC's Notice of Demurrer and Demurrer to Plaintiff's Complaint; Memorandum of Points and... |
| One Legal Branch: | |
| Court: | Superior Court of California, Orange County |
| Description: | |

| | |
|---|---|
| COURT FILING FEE | $900.00 |
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |

OK TO PAY: _____

| Due Date | 11/3/12 | Total This Invoice | $909.95 |
|---|---|---|---|



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332244    JBS                                November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1347    Solomon, Lawrence and Marilynn
GMAC Matter No.: 731178

**TOTAL AMOUNT DUE**          $2,792.85

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332244    JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1347    Solomon, Lawrence and Marilynn
                        GMAC Matter No.: 731178

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| YS | 10/01/12 | Draft monthly case status update | L190 | 0.10 | 238.50 | 23.85 |
| YS | 10/02/12 | Attend hearing on client's demurrer to plaintiff's complaint and determine how to proceed based on the Court's ruling | L450 | 3.80 | 238.50 | 906.30 |
| YS | 10/02/12 | Draft notice of hearing on order to show cause regarding sanctions against plaintiffs' counsel based on their failure to appear at the demurrer hearing and inform us of the first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 10/02/12 | Draft correspondence to client regarding status of the case, outcome from hearing on the demurrer to the complaint, and responding to plaintiff's first amended complaint | L190 | 0.30 | 238.50 | 71.55 |
| YS | 10/04/12 | Review and analysis of plaintiff's first amended complaint and determine how to respond | L120 | 0.50 | 238.50 | 119.25 |
| YS | 10/04/12 | Draft client's proposed order on demurrer to plaintiff's first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 10/04/12 | Draft client's request for judicial notice in support of demurrer to plaintiff's first amended complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 10/04/12 | Draft client's notice of demurrer, demurrer, and memorandum of points and authorities in response to plaintiff's first amended complaint | L210 | 3.50 | 238.50 | 834.75 |
| YS | 10/10/12 | Review and analysis of case file, pleadings, etc. to determine the effect of | L120 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332244 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Solomon, Lawrence & Marilynn | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | the automatic stay and client's bankruptcy on the case proceeding forward | | | | |
| YS | 10/10/12 | Draft client's notice of bankruptcy stay and affect of the stay on the litigation | L210 | 0.60 | 238.50 | 143.10 |
| YS | 10/10/12 | Draft correspondence to plaintiffs' counsel regarding notice of clients bankruptcy case and affect of the automatic stay on the litigation going forward | L190 | 0.40 | 238.50 | 95.40 |
| MKS | 10/13/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **11.00** | | **$2,632.95** |

## COSTS & EXPENSES

| | | | |
| --- | --- | --- | --- |
| 10/22/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Order to Show Cause Hearing Regarding Plaintiff's Counsel's Failure to Appear at the October 2, 2012... 10/05/12 | | 49.95 |
| 10/24/12 | One Legal, Inc.; Transmittal of filing to court; Defendant GMAC Mortgage, LLC's Notice of Demurre and Demurrer to Plaintiff's First Amended Complaint, Memorandum...including Court Filing Fee $60 10/10/12 | | 109.95 |
| | **TOTAL COSTS & EXPENSES** | | **$159.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.90 | $214.65 |
| L190 | Other Case Assessment | 1.10 | $271.80 |
| L210 | Pleadings | 5.20 | $1,240.20 |
| L450 | Trial and Hearing Attendance | 3.80 | $906.30 |
| | **TOTAL** | **11.00** | **$2,632.95** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Shaham, Yaron | YS | Special Counsel | 10.70 | 238.50 | $2,551.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332244 | CLIENT | GMAC ResCap | Page | 3 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Solomon, Lawrence & Marilynn | | |

| | | | | |
| --- | --- | --- | --- | --- |
| **Total** | | | 11.00 | **$2,632.95** |

PRIOR FEES                          $2,673.45
PRIOR COSTS & EXPENSES        $738.14


| | |
| --- | --- |
| FEES | $2,632.95 |
| COSTS & EXPENSES | $159.90 |
| **TOTAL THIS INVOICE** | **$2,792.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815



SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| Cust. No.: | 0000562 |
| --- | --- |
| Invoice No.: | 7177844 |
| Inv. Date: | 10/10/12 |
| Due Date: | 10/25/12 |
| Total: | $109.95 |
| Terms: | Net 15 |

| INVOICE No. | |
| --- | --- |
| 7177844 | |
| **Date:** | 10/10/12 |
| **Cust. No.:** | 0000562 |

| Law Firm Contact: | Yaron Shaham |
| --- | --- |
| Client File No.: | 19000-1347 |
| Case Short Title: | Lawrence Salomon V. GMAC Mortgage, LLC |
| Documents: | Defendant GMAC Mortgage, LLC's Notice of Demurrer and Demurrer to Plaintiffs' First Amended Complaint; Memorandum... |
| One Legal Branch: | Los Angeles |
| Court Description: | Superior Court of California, Los Angeles County |

| COURT FILING FEE | $60.00 |
| --- | --- |
| COURT FILING SERVICE FEE | $49.95 |

OK TO PAY: 

| Due Date | 10/25/12 | Total This Invoice | $109.95 |
| --- | --- | --- | --- |

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332351     JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0017      Sweeting, Robert v. Jason Kishaba, et al.
                     GMAC Matter No.: 693709

**TOTAL AMOUNT DUE**          $2,505.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332351    JBS                         November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0017    Sweeting, Robert v. Jason Kishaba, et al.
GMAC Matter No.: 693709

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 10/07/12 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L190 | 0.20 | 270.00 | 54.00 |
| JD | 10/16/12 | Review case file and research re: causes of action against MERS and discovery. | L120 | 1.00 | 238.50 | 238.50 |
| JD | 10/22/12 | Review letter from ETS re: not producing documents and research scope of BK automatic stay to find case law to support position. | L120 | 2.50 | 238.50 | 596.25 |
| MKS | 10/24/12 | Attention to response to demand for discovery from party under bankruptcy stay. | L310 | 0.20 | 270.00 | 54.00 |
| JD | 10/24/12 | Finalize research re: effect of B/K stay on obligation to respond to discovery. Draft letter to palintiff pertaining to ETS's obligation to respond to discovery. | L120 | 2.70 | 238.50 | 643.95 |
| JD | 10/25/12 | Review notice of ruling on motion to compel. | L350 | 0.20 | 238.50 | 47.70 |
| JD | 10/29/12 | Review pleadings and outline discovery demands needed to obtain evidence for MSJ | L310 | 3.20 | 238.50 | 763.20 |
| | | **TOTAL** | | **10.00** | | **$2,397.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/16/12 | CourtCall, LLC; CourtCall - Conference Service;  10/12/12 | 108.00 |

**TOTAL COSTS & EXPENSES**                    **$108.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 332351 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Sweeting, Robert | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 6.20 | $1,478.70 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L310 | Written Discovery | 3.40 | $817.20 |
| L350 | Discovery Motions | 0.20 | $47.70 |
| | TOTAL | 10.00 | $2,397.60 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Dykstra, Jonathan | JD | Associate | 9.60 | 238.50 | $2,289.60 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| | Total | | 10.00 | | $2,397.60 |

| PRIOR FEES | $46,368.54 |
|---|---|
| PRIOR COSTS & EXPENSES | $5,838.40 |

| | |
|---|---|
| FEES | $2,397.60 |
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$2,505.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

## /ll Debit Ledger for 10/11/2012 through

| APP ATTORNEY DATE | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|
| /l2  10/22/12  Christina Dondero | 5215448 | Alameda County Superior Court-Hayward HOJ | Judge George Hernandez Jr. | Burck v. Peralta Community College Dist., et al/RG12633720 | | $78.00  $0.00 | $78.00 | ($14,288.70) |
| **Reference # 09398.0109** | | | | | | | | |
| 10/11/12  10/23/12  Yaron Shaham | 5215456 | Los Angeles Superior Court-Lancaster | Judge Randolph A. Rogers | Bonilla vs. Argent Mortgage/MC023461 | | $78.00  $0.00 | $78.00 | ($14,210.70) |
| **Reference # 70000.0830** | | | | | | | | |
| 10/11/12  10/18/12  Jason Julian | 5215505 | San Mateo County Superior Court | Judge Joseph E. Bergeron (L&M) | Fioresca vs. Bank of America, et al/507359 | | $78.00  $0.00 | $78.00 | ($14,132.70) |
| **Reference # 70000287** | | | | | | | | |
| 10/11/12  3/21/13  Alex Sears | 5215832 | Merced County Superior Court | Judge Hugh Flanagan (CMC) | Reisenauer vs. Homecomings Financial/CV002363 | | $78.00  $0.00 | $78.00 | ($14,054.70) |
| **Reference # 19000.0453** | | | | | | | | |
| 10/11/12  11/13/12  Michael Bertinetti | 5216016 | Alameda County Superior Court-Hayward HOJ | Judge Delbert Gee | Maria A. Oregana vs. Bank of America, N.A., et al/RG11600008 | | $78.00  $0.00 | $78.00 | ($13,976.70) |
| **Reference # 70000.0449** | | | | | | | | |
| 10/11/12  10/12/12  Jonathan Dykstra | 5216360 | Orange County Superior Court-Santa Ana | Judge Thierry Patrick Colaw | Robert Sweeting vs. Jason Kishaba/30-2008-00104237 | | $78.00  $30.00 | $108.00 | ($13,868.70) |
| **Reference # 19000-0017** | | | | | | | | |
| 10/11/12  10/10/12  Bernard Kornberg | 5202010 | U.S. Bankruptcy Court-C.D. California (Woodland Hills) | Honorable Maureen A. Tighe | Owner Management Service, LLC/12-10231 (12-1131) | | $35.00  $0.00 | $35.00 | ($13,833.70) |
| **Reference # 19000-1036** | | | | | | | | |
| 10/11/12  10/16/12  Ben Ellenberg | 5216401 | Los Angeles Superior Court-Pasadena | Judge Edward C. Simpson | City of Sierra Madre vs. Hildreth et al/GC046442 | | $78.00  $0.00 | $78.00 | ($13,755.70) |
| **Reference # 11950.0075** | | | | | | | | |

2012

From Auto Debit Send on 10/15/12 at 11:13 PM

Page 2

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332352      JBS                                      November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000      GMAC ResCap
MATTER        0132       Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
                         GMAC Matter No.: 688951

**TOTAL AMOUNT DUE**          $6,277.80

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     332352     JBS                                        November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0132     Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
GMAC Matter No.: 688951

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| GWJ | 10/02/12 | Preparation of notice of continued depositions. | L330 | 0.30 | 261.00 | 78.30 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 10/10/12 | Drafting of notice of bankruptcy stay. | L120 | 0.30 | 261.00 | 78.30 |
| GWJ | 10/10/12 | Correspondence with client regarding bankruptcy stay. | L120 | 0.30 | 261.00 | 78.30 |
| ERB | 10/10/12 | Attention to status of bankruptcy, notice of stay and impact on strategy and resolution of matter per clients request. | L120 | 0.30 | 279.00 | 83.70 |
| SMH | 10/11/12 | Attention to potential filing of bankruptcy stay in light of pending Motion for Judgment on the Pleadings. | L190 | 0.20 | 333.00 | 66.60 |
| GWJ | 10/11/12 | Correspondence with client regarding case status. | L120 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/12/12 | Conference with D. Cram regarding effect of bankruptcy stay on claims and pending motions. | L120 | 0.20 | 261.00 | 52.20 |
| MKS | 10/14/12 | Analysis of claims and prayers for relief and of Final Supplemental Order from bankruptcy court for purposes of revisiting need for updated Notice of Bankruptcy Stay. | L190 | 0.30 | 270.00 | 81.00 |
| GWJ | 10/15/12 | Legal research automatic stay. | L120 | 0.60 | 261.00 | 156.60 |
| GWJ | 10/15/12 | Drafting of supplemental brief in support of motion for judgment on the pleadings. | L240 | 1.00 | 261.00 | 261.00 |
| GWJ | 10/16/12 | Correspondence with client regarding notice of bankruptcy stay. | L120 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/22/12 | Analysis and evaluation of court docket | L240 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332352 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Pierce, Stephen D. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding motion for judgment on the pleadings. | | | | |
| GWJ | 10/22/12 | Analysis and evaluation of Plaintiff's opposition to unlawful detainer motion for summary judgment. | L240 | 0.30 | 261.00 | 78.30 |
| GWJ | 10/23/12 | Attendance at motion for judgment on the pleadings, unlawful detainer motion for summary judgment and trial setting conference. | L240 | 4.70 | 261.00 | 1,226.70 |
| GWJ | 10/24/12 | Drafting of notice of continued motion for judgment on the pleadings and unlawful detainer motion for summary judgment. | L240 | 0.30 | 261.00 | 78.30 |
| GWJ | 10/26/12 | Analysis and evaluation of letter from Plaintiff regarding bankruptcy stay. | L330 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/26/12 | Correspondence with Plaintiffs regarding bankruptcy stay and depositions. | L330 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/29/12 | Telephone call with Plaintiff regarding depositions. | L330 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/29/12 | Conference with T. Buell regarding litigation strategy. | L120 | 0.20 | 261.00 | 52.20 |
| GWJ | 10/29/12 | Correspondence with J. Ives regarding litigation strategy. | L120 | 0.30 | 261.00 | 78.30 |
| ERB | 10/29/12 | Strategize re disposition of case and upcoming deposition of Plaintiff based on recent ruling of judge and comments regarding evidentiary issues re Motion for Judgment on the Pleadings. | L120 | 0.50 | 279.00 | 139.50 |
| SMH | 10/30/12 | Attention to information obtained at deposition, potential liability for error on NOD re prior reinstatement. | L190 | 0.40 | 333.00 | 133.20 |
| GWJ | 10/30/12 | Preparation for depositions of Plaintiffs. | L330 | 1.40 | 261.00 | 365.40 |
| GWJ | 10/30/12 | Attendance at deposition of S. Pierce. | L330 | 2.90 | 261.00 | 756.90 |
| GWJ | 10/30/12 | Attendance at deposition of T. Pierce. | L330 | 2.50 | 261.00 | 652.50 |
| GWJ | 10/30/12 | Conference with S. Hankins regarding litigation strategy. | L120 | 0.30 | 261.00 | 78.30 |
| GWJ | 10/30/12 | Correspondence with Plaintiff regarding factual investigation. | L110 | 0.20 | 261.00 | 52.20 |
| KKB | 10/30/12 | Review file and copy Requests for Admissions to be used as Deposition exhibits.  Research and obtain conformed copy fo the Second | L110 | 0.70 | 148.50 | 103.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332352 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Pierce, Stephen D. | | | | |

| | | Amenede Complaint | | | | |
|---|---|---|---|---|---|---|
| GWJ | 10/31/12 | Conference with K. Brown regarding factual investigation. | L110 | 0.60 | 261.00 | 156.60 |
| KKB | 10/31/12 | Office conference with GRW re accounting issues and subpoena for records to SLS | L110 | 1.00 | 148.50 | 148.50 |
| | | **TOTAL** | | **21.10** | | **$5,377.95** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/12/12 | SetDepo; Deposition Transcript; Services Provided on 09/18/2012, Stephen Pierce (Irvine, CA) & Services Provided on 09/18/2012, Tamara Pierce (Irvine, CA) 09/26/12 | 643.25 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Effects of Automatic Stay, Supplemental 10/16/12 | 49.95 |
| 10/30/12 | Genevieve Walser-Jolly; Transportation; Travel to/from hearing re Motion for Judgment on the Pleadings/Unlawful Detainer Motion for Summary Judgment/Trial Setting Conference, San Bernardino 10/23/12 | 56.65 |
| 10/31/12 | Clerk, Superior Court; Court and Filing Fees; Recording Fee. Draft#28500 10/23/12 | 150.00 |
| | **TOTAL COSTS & EXPENSES** | **$899.85** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.50 | $461.25 |
| L120 | Analysis/Strategy | 3.50 | $929.70 |
| L190 | Other Case Assessment | 0.90 | $280.80 |
| L240 | Dispositive Motions | 6.50 | $1,696.50 |
| L330 | Depositions | 7.70 | $2,009.70 |
| | **TOTAL** | **21.10** | **$5,377.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| Walser-Jolly, Genevieve | GWJ | Associate | 17.60 | 261.00 | $4,593.60 |
| Brown, Kimberly | KKB | Paralegal | 1.70 | 148.50 | $252.45 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332352 | CLIENT | GMAC ResCap | | | | Page | 4 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Pierce, Stephen D. | | | | | |

| Hankins, Suzanne | SMH | Member | | 0.60 | 333.00 | $199.80 |
|---|---|---|---|---|---|---|
| | **Total** | | | **21.10** | | **$5,377.95** |

PRIOR FEES                    $58,410.20
PRIOR COSTS & EXPENSES        $4,573.58


| | |
|---|---|
| FEES | $5,377.95 |
| COSTS & EXPENSES | $899.85 |
| **TOTAL THIS INVOICE** | **$6,277.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

28703

| CASE/CLIENT | DATE 10/24/12 | CLIENT 19000 | MATTER 0133 | PURPOSE Filing Fees |
|---|---|---|---|---|

GMAC / Pierce

**(VOID 60 DAYS AFTER DATE)**

90-377
1211

PAY TO THE
ORDER OF Clerk Superior Court

THE SUM OF One hundred fifty 900/100 — DOLLARS $ 150.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00

PAYABLE THROUGH

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**Borel Private Bank & Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

BY _____ NON NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 396-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332353    JBS                                November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   0325     Passaretti, Jr. (II), Albert v. ETS Services, et al.
                          GMAC Matter No.: 694566

**TOTAL AMOUNT DUE**              $2,189.35

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332353    JBS                                    November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 10/10/12 | Finalize notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 10/10/12 | Finalize cover letter to pro se plaintiff re: bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 10/15/12 | Check status on filing of notice of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| JD | 10/19/12 | Conference re: appellate oral argument. | L120 | 0.30 | 238.50 | 71.55 |
| MEH | 10/22/12 | Assist with research for supplemental letter brief re: bankruptcy. | L510 | 0.40 | 261.00 | 104.40 |
| JTC | 10/23/12 | Draft letter in response to Court of Appeal's request for letter brief on effect of bankruptcy stay on appeal. | L520 | 2.80 | 490.50 | 1,373.40 |
| MEH | 10/24/12 | Exchange multiple emails with client (C. DiCicco) re: notice of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **4.70** | | **$1,864.35** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 06/30/12 | Clerk of the Court, Court of Appeal; Court and Filing Fees; First appearance fee- Opposition to Motion to Attach Decision (case#B234156). Draft#27878 6/15/12 | 325.00 |

**TOTAL COSTS & EXPENSES**                    **$325.00**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   332353 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Passaretti, Jr. (II), Albert | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $99.45 | | | |
| L510 | Appellate Motions & Submission | 1.50 | $391.50 | | | |
| L520 | Appellate Briefs | 2.80 | $1,373.40 | | | |
| | **TOTAL** | **4.70** | **$1,864.35** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Dykstra, Jonathan | JD | Associate | | 0.30 | 238.50 | $71.55 |
| Chilton, Jan T. | JTC | Member | | 2.80 | 490.50 | $1,373.40 |
| Holt, M. Elizabeth | MEH | Associate | | 1.50 | 261.00 | $391.50 |
| | **Total** | | | **4.70** | | **$1,864.35** |

PRIOR FEES                          $56,155.05
PRIOR COSTS & EXPENSES        $4,616.18


|  | FEES | $1,864.35 |
|---|---|---|
| | COSTS & EXPENSES | $325.00 |
| | **TOTAL THIS INVOICE** | **$2,189.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

27878

| | DATE 06/15/12 | CLIENT 19000 | MATTER 0325 | | PURPOSE First appearance fee - |
|---|---|---|---|---|---|

CASE/CLIENT
Albert A. Passaretti v. GMAC Mortgage

Opposition to Motion to Attac
Decision (Case #B234156)

**(VOID 60 DAYS AFTER DATE)**

90-3779
1211

PAY TO THE
ORDER OF  Clerk of Court, 2nddAppellate District

THE SUM OF  Three hundred twenty-five and 00/100----------  DOLLARS $  325.00**

PAYABLE THROUGH  PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

**Borel Private Bank & Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____  NON NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 396-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      332354      JBS                                November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0328      Moss, Alan Irving
                     GMAC Matter No.:  712506

**TOTAL AMOUNT DUE**          $27,567.20

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    332354    JBS                                November 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0328    Moss, Alan Irving
GMAC Matter No.: 712506

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        10/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| GSW | 10/01/12 | Review, compile and prepare exhibits to Declaration of Elena Kouvabina in Support of Motion for an Order | L110 | 2.70 | 130.50 | 352.35 |
| EKK | 10/01/12 | Draft motion to compel production of documents at deposition | L210 | 2.50 | 279.00 | 697.50 |
| EKK | 10/01/12 | Draft motion to compel; prepare documents for filing | L350 | 0.40 | 279.00 | 111.60 |
| ERB | 10/02/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EKK | 10/02/12 | Review title documents (0.5), revise analysis of title documents(0.5); draft email to client concerning analysis of title documents and re-recordation issue (1) | L120 | 1.50 | 279.00 | 418.50 |
| EKK | 10/02/12 | Draft meet and confer letter to Plaintiff concerning his responses to Form Interrogatories | L310 | 3.00 | 279.00 | 837.00 |
| GSW | 10/04/12 | Retrieve and disburse Notice of Waiver of Objection | L110 | 0.80 | 130.50 | 104.40 |
| EKK | 10/04/12 | Draft motion to compel | L210 | 5.50 | 279.00 | 1,534.50 |
| EKK | 10/05/12 | Draft Opposition to Plaintiff's motion to compel | L210 | 6.40 | 279.00 | 1,785.60 |
| EKK | 10/08/12 | Draft reply to Plaintiff's reasons to compel response to discovery requests | L210 | 4.20 | 279.00 | 1,171.80 |
| EKK | 10/09/12 | Draft reply to Plaintiff's separate statement regarding motion to compel responses to Plaintiff's discovery requests | L210 | 5.00 | 279.00 | 1,395.00 |
| EKK | 10/10/12 | Draft response to Plaintiff's separate statement regarding motion to compel | L210 | 4.10 | 279.00 | 1,143.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   332354      CLIENT    GMAC ResCap                                    Page        2
                          MATTER    Moss, Alan

|      |          |                                                                                                      |      |      |        |        |
|------|----------|------------------------------------------------------------------------------------------------------|------|------|--------|--------|
|      |          | (2); meet with T. Buell regarding re-recordation of documents (0.5); draft email to client regarding re-recordation of documents (0.5); conduct legal research concerning requirement to produce documents in the custody, possession or control of a party (1.1) | | | | |
| GSW  | 10/11/12 | Label and log in Reporter's Transcript of Proceedings, save same to worksite4 | L110 | 0.70 | 130.50 | 91.35 |
| GSW  | 10/11/12 | Review and prepare further client documents for production | L110 | 2.20 | 130.50 | 287.10 |
| EKK  | 10/11/12 | Draft meet and confer letter to Plaintiff concerning subpoena for production of records to ETS (0.5); review subpoena for production of documents to ETS (0.5); conduct legal research regarding propriety of subpoening records from a party in bankruptcy (1) | L310 | 2.00 | 279.00 | 558.00 |
| GSW  | 10/12/12 | Retrieve and save Loss Mitigation file to worksite | L110 | 0.30 | 130.50 | 39.15 |
| GSW  | 10/12/12 | Continue to review, redact and prepare further client documents for production | L110 | 3.00 | 130.50 | 391.50 |
| EKK  | 10/12/12 | Review and prepare GMAC documents for production (2); conduct privilege review (1); conduct legal research regarding subpoeining records from a party in bankruptcy (0.3) | L210 | 3.30 | 279.00 | 920.70 |
| GSW  | 10/14/12 | Continue to review, redact and prepare further client documents for production | L110 | 2.00 | 130.50 | 261.00 |
| GSW  | 10/15/12 | Retrieve, print and save further client documents to worksite | L110 | 3.50 | 130.50 | 456.75 |
| GSW  | 10/15/12 | Coordinate with vendor to prepare disk of client production | L110 | 0.20 | 130.50 | 26.10 |
| GSW  | 10/15/12 | Retrieve and save further client documents to worksite (Foreclosure file, ETS Responsive Documents) | L110 | 0.70 | 130.50 | 91.35 |
| EKK  | 10/15/12 | Draft opposition to Plaintiff's motion to compel | L210 | 1.30 | 279.00 | 362.70 |
| EKK  | 10/15/12 | Draft email to client concerning supoena to ETS | L310 | 0.20 | 279.00 | 55.80 |
| GSW  | 10/16/12 | Retrieve, print and save client document to worksite (FHFA Opinion) | L110 | 0.60 | 130.50 | 78.30 |
| EKK  | 10/16/12 | Call with bankruptcy counsel for ETS, | L310 | 3.50 | 279.00 | 976.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332354 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Moss, Alan | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | A. Klein (0.3); communicate with client in connection with a subpoena served on ETS (0.5); conduct legal research regarding third party discovery served on a debtor in bankruptcy (1.2); draft letter to Plaintiff enclosing supplemental production of GMAC's records (0.3); conduct legal research regarding sanctions for abusive discovery requests and failure to meet and confer (0.2) | | | | |
| GSW | 10/17/12 | Review brief, begin to collect and organize exhibits to Kouvabina Declaration in Support of GMAC Opposition to Plaintiff's Motion to Compel | L110 | 6.00 | 130.50 | 783.00 |
| EKK | 10/17/12 | Draft and revise Opposition to Plaintiff's motion to compel (4); review rules regarding Plaintiff's time to submit notice of errata regarding his deposition transcript (0.5) | L210 | 4.50 | 279.00 | 1,255.50 |
| EKK | 10/17/12 | Review Opposition to Plaintiff's motion to compel; prepare documents for filing | L210 | 2.50 | 279.00 | 697.50 |
| GSW | 10/18/12 | Continue to collect and organize exhibits to Kouvabina Declaration in Support of GMAC Opposition to Plaintiff's Motion to Compel, finalize same | L110 | 1.30 | 130.50 | 169.65 |
| GSW | 10/18/12 | Review and update attorney work discovery binders | L110 | 0.60 | 130.50 | 78.30 |
| EKK | 10/18/12 | Prepare Opposition to Plaintiff's motion to compel for filing | L210 | 0.60 | 279.00 | 167.40 |
| GSW | 10/23/12 | Continue to review and update attorney work discovery binders | L110 | 5.00 | 130.50 | 652.50 |
| EKK | 10/23/12 | Draft meet and confer letter to Plaintiff regarding Plaintiff's responses to Defendant's form interrogatories (1.4); correspond with Plaintiff regarding various discovery issues (1) | L210 | 2.40 | 279.00 | 669.60 |
| GSW | 10/24/12 | Continue to review and update attorney work discovery binders | L110 | 4.60 | 130.50 | 600.30 |
| ERB | 10/29/12 | Strategize re impact of rescinding trustees sale on pending discovery motions and disposition of case. | L120 | 0.60 | 279.00 | 167.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332354 | CLIENT | GMAC ResCap | | | | Page | 4 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EKK | 10/29/12 | Draft summary of case. | L120 | 2.70 | 279.00 | | 753.30 |
| EKK | 10/29/12 | Draft reply brief in support of BONYMT's motion to compel responses to discovery requests | L210 | 5.00 | 279.00 | | 1,395.00 |
| ERB | 10/30/12 | Attention to lengthy tentative on motions to compel and strategize re contesting ruling and impact on upcoming additional motion to compel. | L250 | 0.60 | 279.00 | | 167.40 |
| AAG | 10/30/12 | Review tentative ruling and communicate with E. Kouvabina regarding same. | L310 | 0.30 | 238.50 | | 71.55 |
| EKK | 10/30/12 | Draft objections to deposition subpoena to ETS (0.7); prepare for hearing on Plaintiff's motion to compel discovery responses (2) | L310 | 2.70 | 279.00 | | 753.30 |
| AAG | 10/31/12 | Communicate with E. Kouvabina regarding motion to compel hearing and strategy going forward. | L120 | 0.90 | 238.50 | | 214.65 |
| EKK | 10/31/12 | Attend hearing on Plaintiff's motion to compel discovery responses (5); draft summary of Court hearing on motion to compel (1), meet with A. Givental re case (0.4) | L350 | 6.40 | 279.00 | | 1,785.60 |
| | | **TOTAL** | | **106.40** | | | **$24,558.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/18/12 | Pacer Service Center; Data Search; Account No. SW0061. 7/1/12 - 9/30/12 | 12.20 |
| 10/22/12 | Golden State Legal Copy; Outside Copies; Four Original Documents to be Scanned Scanning / Imaging Document production 10/15/12 | 154.85 |
| 10/23/12 | U.S. Legal Support (Box 79637 CA Reporting); Deposition Transcript; Original and 1 Cetified Copy of Transcript of: Alan Irving Moss 10/08/12 | 2,276.95 |
| 10/29/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Hearing, Separate Statement, ..of Elena Kouvabina in Support of...including Court Filing Fee $465 1st appearance fee & ct rptr fees 10/01/12 | 514.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 332354 | CLIENT | GMAC ResCap | | Page | 5 |
|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | |

| | | | |
|---|---|---|---|
| 10/30/12 | One Legal, Inc.; Transmittal of filing to court; The Bank of New York Mellon....Opposition, BONYMT's Response and Opposition to Plaintiff's Separate...10/18/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | | **$3,008.90** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 34.20 | $4,463.10 |
| L120 | Analysis/Strategy | 5.80 | $1,581.75 |
| L210 | Pleadings | 47.30 | $13,196.70 |
| L250 | Other Written Motions | 0.60 | $167.40 |
| L310 | Written Discovery | 11.70 | $3,252.15 |
| L350 | Discovery Motions | 6.80 | $1,897.20 |
| | **TOTAL** | **106.40** | **$24,558.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.20 | 238.50 | $286.20 |
| Kouvabina, Elena | EKK | Associate | 69.70 | 279.00 | $19,446.30 |
| Buell, Edward | ERB | Associate | 1.30 | 279.00 | $362.70 |
| Webb, Gilla | GSW | Paralegal | 34.20 | 130.50 | $4,463.10 |
| | **Total** | | **106.40** | | **$24,558.30** |

| | | |
|---|---|---|
| PRIOR FEES | $148,747.98 | |
| PRIOR COSTS & EXPENSES | $2,523.93 | |

| | | |
|---|---|---|
| FEES | $24,558.30 | |
| COSTS & EXPENSES | $3,008.90 | |
| **TOTAL THIS INVOICE** | **$27,567.20** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# State

L E G A L

**Your Trusted Source for Litigation Support!**

**INVOICE**

| Date | Invoice # |
|------|-----------|
| 10/15/2012 | 38556 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Severson & Werson
Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

| Billing # | Contact |
|-----------|---------|
| 19000-0325 MOSS | Gilla Webb |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Four Original Documents to be Scanned<br>Follow Detailed Special Instructions<br>*** SCAN *** | | |
| 899 | Scanning/Imaging<br>Re-Staple/Re-Clip Originals | 0.15 | 134.85 |
| 2 | Master CD<br>CD Title:  Moss v. Bank of New York Trust Co.<br>  Supplemental Document Production by BONYMT<br>BONYMT/Moss 001174 - BONYMT/Moss 001340<br>BONYMT(GMAC)Moss 000001 - BONYMT(GMAC)Moss<br> 000731<br>IMAGES:  Multi-Page.PDFs<br>Due: 10/16/12 @ 10 A.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 10.00 | 20.00 |

*Document Production* 10-16-12

*19000.0328*

| | Sales Tax (8.5%) | $0.00 |
|---|---|---|

**Received By:**

| **Total** | $154.85 |
|---|---|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 349067 | 10/8/2012 | 282383 |
| **Job Date** | **Case No.** | |
| 9/20/2012 | C 10-01734-JSW | |
| **Case Name** | | |
| Alan Irving Moss v. The Bank of New York Trust Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

-SF
Street

CA  94104
2-4346  Fax:415-362-4495

Elena K. Kouvabina
Severson & Werson
One Embarcadero Center
Twenty-Sixth Floor
San Francisco, CA  94111

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Alan Irving Moss                                 2,276.95

                                  **TOTAL DUE  >>>**     **$2,276.95**
                                  AFTER 11/22/2012 PAY     $2,504.65

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

10/16/12:  OK to pay, 19000.0328

_Elena K. Kouvabina_

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID: 76-0523238**                                    Phone: 415-398-3344    Fax:415-956-0439

*Please detach bottom portion and return with payment.*

Elena K. Kouvabina
Severson & Werson
One Embarcadero Center
Twenty-Sixth Floor
San Francisco, CA  94111

| | |
|---|---|
| Job No.    : 282383 | BU ID    :45-SF |
| Case No.    : C 10-01734-JSW | |
| Case Name    : Alan Irving Moss v. The Bank of New York Trust Company | |
| Invoice No.    : 349067 | Invoice Date  :10/8/2012 |

**Total Due : $ 2,276.95**
AFTER 11/22/2012 PAY $2,504.65

**PAYMENT WITH CREDIT CARD**     AMEX    MasterCard    VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
           **P O Box 79637**
           **City of Industry, CA  91716-9637**