SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 269786 | 8/31/12 | 40,404.75 | 31 |

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/30/12 FILING-FORWARD FAX/PDF | 6831836 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: TCV00001799 FILE/CONFORM/RETURN Signed: filed | PLACER SUPERIOR COURT TAHOE CITY  TAOE CITY   CA 95678  Case Title: STEELE V BOA  Ref: 70000.0798 | Base Chg : 120.75 | 120.75 |
| 8/30/12 RESEARCH-FORWARD SAME DAY | 6831842 | FSR | Napa County Court 825 Brown St NAPA   CA 94559 Caller: Clair Romell Case No.: 26-59625 Please pull a copy o Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111  Case Title: Cooper v. Mortgage E f the docket, and an Ref: 19000.1356 | Base Chg : 145.00 Adv/Wit Ck: 5.00 | 150.00 |
| 8/30/12 FILING-FORWARD FAX/PDF | 6831867 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Deborah L. Case No.: CV002587 Please advance fees. Signed: filed | Merced County Court 627 W. 21st Street MERCED   CA 95340  Case Title: Uribes v. Wells Farg Please file today W Ref: 07685.1139 | Base Chg : 61.50 PDF/OvrNte: 82.50 Adv/Wit Ck: 60.00 | 204.00 |
| 8/30/12 FILING-FAX/PDF | 6831900 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: 112CV228598 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE   CA 95113  Case Title: CHAVARRIA  Ref: 70000.0884 | Base Chg : 29.75 PDF/OvrNte: 81.75 Adv/Wit Ck: 465.00 | 576.50 |
| 8/30/12 RESEARCH-BRANCH SAME DAY | 6831906 | BAR | Santa Clara County Court 191 N First St SAN JOSE   CA 95113 Caller: Clair Romell Case No.: 112CV230568 Please obtain a copy Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111  Case Title: Gryphon Vs Huynh of all the document Ref: 19000.1377 | Base Chg : 108.00 Research : 13.40 Adv/Wit Ck: 44.00 | 165.40 |
| 8/30/12 DELIVERY-BRANCH SAME DAY | 6831913 | BSM | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: DEBORAH L. CLIENT NEEDS POS Signed: YESSICA PALMA | CAMACHO & ASSOCIATES 1735 N. FIRST STREET SAN JOSE   CA 95112  Ref: URIBES V WELLS FARGO 07685.1139 | Base Chg : 70.75 PDF/OvrNte: 35.25 | 106.00 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269786 | 8/31/12 | 40,404.75 | 9 |

## Service Detail

| Date | Ord'r No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/20/12 | 6828112 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst<br>Case No.: PC20080208<br>FILE/CONFORM/RETURN<br>Signed: REJECTED | EDCMC-CAMERON PARK<br>3321 CAMERON PARK DRIVE<br>CAMERON PARK    CA 95682<br><br>Case Title: WINSTON V GREENPOINT<br><br>Ref: 15314.0100 | Base Chg : 90.75 | 90.75 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 8/20/12 | 6828116 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst<br>Case No.: RG11563612<br>FILE/CONFORM/RETURN<br>Signed: FILED | ACSC-HAYWARD<br>24405 AMADOR STREET<br>HAYWARD    CA 94544<br><br>Case Title: TYRRELL V. WELLS FAR<br><br>Ref: 07685.0918 | Base Chg : 57.50 | 57.50 |
| FILING-BRANCH FAX/PDF | | | | | | |
| 8/20/12 | 6828147 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: ANGELA L. EURE<br>Case No.: CISCV174693<br>FILE/CONFORM/RETURN<br>Signed: DROP BOXED | SANTA CRUZ CO SUP CT-SANTA CRUZ<br>701 OCEAN STREET<br>SANTA CRUZ    CA 95060-4086<br><br>Case Title: GONZALEZ V H&R BLOCK<br><br>Ref: 70000.0871 | Base Chg : 92.50 | 92.50 |
| FILING-FORWARD FAX/PDF | | | | | | |
| 8/20/12 | 6828153 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: ANGELA L. EURE<br>Case No.: 2659625<br>FILE/CONFORM/RETURN<br>Signed: FILED | NAPA COUNTY SUPERIOR COURT<br>825 BROWN STREET<br>NAPA    CA 94559<br><br>Case Title: cooper v aurora<br><br>Ref: 19000.1356 | Base Chg : 92.50<br>PDF/OvrNte: 78.75<br>Adv/Wit Ck: 1305.00 | 1,476.25 |
| FILING-FORWARD FAX/PDF | | | | | | |
| 8/20/12 | 6828157 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst<br>Case No.: MCV057494<br>FILE/CONFORM/RETURN<br>Signed: FILED@COURT | MADERA CO SUPERIOR CT-MADERA<br>209 WEST YOSEMITE AVENUE<br>MADERA    CA 93637-3596<br><br>Case Title: BROCKMAN V GMAC<br><br>Ref: 19000.1043 | Base Chg : 100.50 | 100.50 |
| FILING-FORWARD FAX/PDF | | | | | | |
| 8/20/12 | 6828199 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst    Wait: 15 Min<br>Case No.: 112cv225393<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE    CA 95113<br><br>Case Title: PISANO V WELLS FARGO<br><br>Ref: 55000.0322 | Base Chg : 29.75<br>PDF/OvrNte: 22.50<br>Adv/Wit Ck: 90.00 | 142.25 |
| FILING-FAX/PDF | | | | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

**...gal Network LLC**

...O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 270453 | 82035 |
| Invoice Date | Amount Due |
| 9/15/12 | 34,198.42 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 270453 | 9/15/12 | 34,198.42 | 21 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/12/12<br>FILING-FORWARD FAX/PDF | 6835797 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: ANGELA L. EURE<br>Case No.: 2659625<br>FILE/CONFORM/RETURN<br>Signed: FILED | NAPA COUNTY SUPERIOR COURT<br>825 BROWN STREET<br>NAPA           CA 94559<br><br>Case Title: COOPER V AURORA<br><br>Ref: 19000.1356 | Base Chg : 92.50<br>PDF/OvrNte: 84.00<br>Adv/Wit Ck: 60.00 | 236.50 |
| 9/12/12<br>FILING-BRANCH FAX/PDF | 6835816 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Verdia Nash    Wait: 20 Min<br>Case No.: FCS038698<br>FILE/CONFORM/RETURN<br>Signed: received/cc | SCMC-NORTH/FAIRFIELD<br>530 UNION AVENUE<br>FAIRFIELD      CA 94533<br><br>Case Title: DORTUNE VS BOFA<br>SEE EMAIL INPORTANT<br>Ref: 70000.0442 | Base Chg : 83.25 | 83.25 |
| 9/12/12<br>FILING-BRANCH NEXT DAY | 6835839 | BFL | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Marilyn Li<br>Case No.: NC044258<br>RECORD/CONFORM/RETRN<br>Signed: RECORDED | RECORDER-NORWALK<br>12400 EAST IMPERIAL HIGHWAY<br>NORWALK        CA 90650<br><br>Case Title: GARCIA V AMER WHOLES<br><br>Ref: 70000.0506 | Base Chg : 119.25<br>Adv/Wit Ck: 24.00 | 143.25 |
| 9/12/12<br>DELIVERY-REGULAR BICYCLE | 6835842 | REG | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Marilyn Li<br>Case No.: NC044258<br>AT RECEPTION<br>Signed: COMPLETED | FIRST LEGAL SUPPORT-CO#2<br>1138 HOWARD ST<br>SAN FRANCISCO   CA 94103<br><br>Case Title: GARCIA V AMER WHOLES<br>PICK AND POUCH TO LA<br>Ref: 70000.0506 | Base Chg : 13.25 | 13.25 |
| 9/12/12<br>FILING-BRANCH FAX/PDF | 6835846 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: DEBORAH L.<br>Case No.: C12-00161<br>FILE/CONFORM/RETURN<br>Signed: FILED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ       CA 94553<br><br>Case Title: LOAR V. WELLS FARGO<br>CC TO DEPT 33<br>Ref: 55002.0020 | Base Chg : 106.50 | 106.50 |
| 9/12/12<br>FILING SAME DAY-DAILY RUN | 6836071 | SDF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: TERRI MCENERY<br>Case No.: CGC12 251782<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | SFSC-SAN FRANCISCO<br>400 MCALLISTER STREET<br>SAN FRANCISCO   CA 94102<br><br>Case Title: WELLS FARGO V CHOUDH<br>COURTESY COPY TO JDG<br>Ref: 07685.0794 | Base Chg : 10.25 | 10.25 |
| | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329327    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1250     Binafard, Nader
                   Email Invoice to Kari Krull

**TOTAL AMOUNT DUE**            $2,040.08

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329327    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1250    Binafard, Nader
                         Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/04/12 | Prepare email to client, K. Krull, re: appearance at small claims trial. | L120 | 0.20 | 270.00 | 54.00 |
| MJE | 09/04/12 | Exchange of emails with K. Franich re status of case and review of pleadings re same. | L190 | 0.50 | 279.00 | 139.50 |
| MJE | 09/05/12 | Review of bankruptcy and call to clerk of court. | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 09/07/12 | Call to clerk of Court and calendaring of hearing | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 09/12/12 | Review of status with staff; phone call with Court Clerk re appearance requirements | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 09/13/12 | Review of docket and call to clear regarding upcoming hearing along with review of Bankruptcy status. | L230 | 0.50 | 279.00 | 139.50 |
| KWF | 09/14/12 | Prepare status update to client re: small claims trial. | L190 | 0.20 | 270.00 | 54.00 |
| MJE | 09/14/12 | Attended Small Claims Trial in Los Angeles, California and conducted follow up both with Plaintiff and with K. Franich. | L230 | 4.80 | 279.00 | 1,339.20 |
| | | **TOTAL** | | **7.20** | | **$2,005.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/13/12 | First Legal Network, LLC; Messenger; First Legal, Santa Ana, Ca. 8/14/12 | 9.88 |
| 09/13/12 | First Legal Network, LLC; Court Services; LA County Court- West LA. 8/14/12 | 25.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329327    **CLIENT**    GMAC ResCap                                   Page        2
                        **MATTER**    Binafard, Nader

---

**TOTAL COSTS & EXPENSES**                                      $34.88

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L140 | Document/File Management | 0.60 | $167.40 |
| L190 | Other Case Assessment | 1.10 | $305.10 |
| L230 | Court Mandated Conferences | 5.30 | $1,478.70 |
| | **TOTAL** | **7.20** | **$2,005.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| Esposito, Matthew | MJE | Associate | 6.80 | 279.00 | $1,897.20 |
| | **Total** | | **7.20** | | **$2,005.20** |

PRIOR FEES                                $1,390.95
PRIOR COSTS & EXPENSES          $73.50

FEES                    $2,005.20
COSTS & EXPENSES          $34.88
**TOTAL THIS INVOICE**          **$2,040.08**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329328    JBS                                             October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1042     Gillard, Griselda L.
                   GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**          **$247.05**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329328    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1042    Gillard, Griselda L.
GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/05/12 | Attention to demurrer to fourth amended complaint and bankruptcy stay issues and correspondence with title company to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/19/12 | Analysis and evaluation of issues regarding Plaintiff's ex parte to modify the bankruptcy stay in the civil action and attention to litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 09/20/12 | Correspondence with title company counsel to respond regarding the court's lifting of its imposed stay of the case and the status of pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **0.90** | | **$247.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **0.90** | **$247.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **0.90** | | **$247.05** |

PRIOR FEES                    $9,502.20
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329328      CLIENT    GMAC ResCap                                    Page      2
                          MATTER    Gillard, Griselda L.

PRIOR COSTS & EXPENSES                          $516.09

                                          FEES _____    $247.05
                          **TOTAL THIS INVOICE**                   **$247.05**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329329    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1051    Nemour, Heather A.
C/M# 718273

**TOTAL AMOUNT DUE**          **$781.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329329    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1051    Nemour, Heather A.
C/M# 718273

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| MJE | 09/04/12 | Review of docket. file and previous stipulations in preparation of drafting new stipulation. | L250 | 1.00 | 279.00 | 279.00 |
| MJE | 09/04/12 | Draft of stipulation and order re return of Plaintiff's bond and email with J. Clayton re same. | L250 | 1.80 | 279.00 | 502.20 |
| | | **TOTAL** | | **2.80** | | **$781.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|------|-------|--------|------|------|------|
| L250    Other Written Motions | | 2.80 | $781.20 | | | |
| **TOTAL** | | **2.80** | **$781.20** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|------|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 2.80 | 279.00 | $781.20 |
| | **Total** | | **2.80** | | **$781.20** |

PRIOR FEES                    $28,033.65
PRIOR COSTS & EXPENSES        $3,241.29

|  | FEES | $781.20 |
|--|------|---------|
|  | **TOTAL THIS INVOICE** | **$781.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329330    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1053    Crnic, Carol Ann and Terry
C/M# 718068

**TOTAL AMOUNT DUE**          **$202.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329330    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1053    Crnic, Carol Ann and Terry
                        C/M# 718068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/20/12 | Receipt, review and analysis of the Court's notice of mandatory appearance at the pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.40** | | **$102.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Proposed Order 07/27/12 | 49.95 |
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling 07/30/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                    **$99.90**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $78.75 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| | **TOTAL** | **0.40** | **$102.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    329330 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Crnic, Carol Ann & Terry | | | | |

| Shaham, Yaron | YS | Special Counsel | 0.20 | 238.50 | $47.70 |
|---|---|---|---|---|---|
| | **Total** | | **0.40** | | **$102.60** |

| PRIOR FEES | $20,854.35 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,764.70 |

| | |
|---|---|
| FEES | $102.60 |
| COSTS & EXPENSES | $99.90 |
| **TOTAL THIS INVOICE** | **$202.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329331    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1057    DeLery, Henry
                  GMAC Matter No.: 718687

**TOTAL AMOUNT DUE**              **$483.75**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329331    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1057    DeLery, Henry
                        GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/04/12 | Prepare for hearing on post-mediation status conference. | L230 | 0.40 | 270.00 | 108.00 |
| LJT | 09/17/12 | Draft demand for exchange of expert witness information. | L340 | 0.30 | 130.50 | 39.15 |
| KWF | 09/17/12 | Receive and evaluate draft demand for exchange of expert information. | L310 | 0.20 | 270.00 | 54.00 |
| KWF | 09/17/12 | Prepare email to title counsel re: expert demand and hearing on motion to compel. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 09/19/12 | Prepare email to client, J. Hoy, advising of hearing results on status conference. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/27/12 | Prepare email to Plaintiff's counsel's office re: proof of service. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 09/28/12 | Attention to opposition to motions to compel, status of reply. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 09/28/12 | Receive and analyze draft reply in support of motion to compel. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.90** | | **$483.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $189.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 0.20 | $66.60 |
| L230 | Court Mandated Conferences | 0.40 | $108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329331 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | DeLery, Henry | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L310 | Written Discovery | | 0.20 | $54.00 | | | |
| L340 | Expert Discovery | | 0.30 | $39.15 | | | |
| | **TOTAL** | | **1.90** | **$483.75** | | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Franich, Kerry | | KWF | Associate | 1.40 | 270.00 | $378.00 | |
| Tarwater, Linda | | LJT | Paralegal | 0.30 | 130.50 | $39.15 | |
| Hankins, Suzanne | | SMH | Member | 0.20 | 333.00 | $66.60 | |
| | | **Total** | | **1.90** | | **$483.75** | |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $32,850.45 | |
| PRIOR COSTS & EXPENSES | | $2,017.16 | |

| | | |
|---|---|---|
| FEES | | $483.75 |
| **TOTAL THIS INVOICE** | | **$483.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329332      JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1064       Alvarez, Silvia M.
                       C/M# 718956

**TOTAL AMOUNT DUE**            $1,410.75

***REMITTANCE COPY***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329332    JBS                                     October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1064    Alvarez, Silvia M.
C/M# 718956

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 09/13/12 | Draft ex parte application to have the Court issue judgment and declaration of Ben Eilenberg supporting application. | L240 | 2.60 | 247.50 | 643.50 |
| BAE | 09/17/12 | Hearing on ex parte application for the Court to issue judgment | L240 | 2.70 | 247.50 | 668.25 |
| BAE | 09/19/12 | Draft notice of entry of judgment. | L460 | 0.40 | 247.50 | 99.00 |
| | | **TOTAL** | | **5.70** | | **$1,410.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L240 | Dispositive Motions | 5.30 | $1,311.75 |
| L460 | Post-Trial Motions & Submissio | 0.40 | $99.00 |
| | **TOTAL** | **5.70** | **$1,410.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|-----|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 5.70 | 247.50 | $1,410.75 |
| | **Total** | | **5.70** | | **$1,410.75** |

PRIOR FEES                          $23,083.20
PRIOR COSTS & EXPENSES              $1,033.48

FEES                    $1,410.75
**TOTAL THIS INVOICE**          **$1,410.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329332      CLIENT    GMAC ResCap                              Page        2
                          MATTER    Alvarez, Silvia M.

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329333    JBS                                           October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1098    Rodriguez, Ignacio and Rosa Maria
                  C/M# 719794

**TOTAL AMOUNT DUE**          **$3,594.90**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329333    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1098    Rodriguez, Ignacio and Rosa Maria
C/M# 719794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 09/04/12 | Further draft declaration in response to order to show cause and analysis of documents to be submitted to court. | L250 | 0.80 | 306.00 | 244.80 |
| MCN | 09/04/12 | Analysis and evaluation of strategy for order to show cause hearing and declaration in response to same. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 09/04/12 | Correspondence with Hancock. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 09/04/12 | Preparation of request for judicial notice in support of response to order to show cause issued by court. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 09/05/12 | Review and revise declaration in response to order to show cause and review of documents to be attached thereto. | L250 | 0.50 | 306.00 | 153.00 |
| MCN | 09/05/12 | Review and revise request for judicial notice in support of response to order to show cause. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 09/05/12 | Correspondence with Hancock. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 09/07/12 | Analysis and evaluation of strategy for completion of prove up in view of order to show cause and Court's failure to enter defaults. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 09/10/12 | Review of deadlines in preparation for order to show cause hearing. | L230 | 0.50 | 306.00 | 153.00 |
| MCN | 09/11/12 | Further preparation for order to show cause hearing on entry of defaults. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 09/11/12 | Attendance at order to show cause hearing regarding entry of default and prove-up hearing to complete quiet title. | L230 | 2.40 | 306.00 | 734.40 |
| MCN | 09/11/12 | Multiple correspondence with Maxwell. | L230 | 0.40 | 306.00 | 122.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329333 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCN | 09/11/12 | Analysis and evaluation of procedures for re-submitting defaults and preparation of same. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 09/11/12 | Correspondence with Hancock regarding strategy for prove-up and confirmation that live witness will be present. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 09/11/12 | Correspondence with Maxwell. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 09/12/12 | Correspondence with Hancock. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 09/13/12 | Correspondence with Hancock. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 09/17/12 | Analysis and evaluation of status of entry of defaults based on outcome of hearing regarding order to show cause. | L230 | 0.40 | 306.00 | 122.40 |
| MCN | 09/17/12 | Analysis and evaluation of strategy for 9/27/2012 hearing in view of status of defaults. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 09/17/12 | Correspondence with Hancock. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 09/26/12 | Analysis and evaluation of strategy for order to show cause regarding set up of prove-up hearing and strategy for setting same. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 09/26/12 | Correspondence with Maxwell and Hancock regarding strategy for scheduling prove-up. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 09/27/12 | Review of status of default in preparation for order to show cause hearing. | L230 | 0.30 | 306.00 | 91.80 |
| MCN | 09/27/12 | Correspondence with Christy Hancock. | L230 | 0.20 | 306.00 | 61.20 |
| MCN | 09/27/12 | Correspondence with Maxwell. | L230 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **11.00** | | **$3,366.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 09/11/12 | 78.00 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service;  09/27/12 | 78.00 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; August 27, 2012 Letter to Honorable William Barry, Dept. B wiith eclosure, Clerk's application to vacate and...08/28/12 | 22.95 |
| 09/24/12 | One Legal, Inc.; Transmittal of filing to court; | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329333 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | Rodriguez, Ignacio & Rosa | | | |

Declaration of Marlene Camacho Nowlin and
request for Judicial notice in response to order
to show cause 06/06/12

**TOTAL COSTS & EXPENSES**                                    **$228.90**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.20 | $979.20 |
| L230 | Court Mandated Conferences | 5.50 | $1,683.00 |
| L250 | Other Written Motions | 2.30 | $703.80 |
| | **TOTAL** | **11.00** | **$3,366.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 11.00 | 306.00 | $3,366.00 |
| | **Total** | | **11.00** | | **$3,366.00** |

| PRIOR FEES | $22,938.75 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,082.99 |

| FEES | $3,366.00 |
|---|---|
| COSTS & EXPENSES | $228.90 |
| **TOTAL THIS INVOICE** | **$3,594.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329334    JBS                                              October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1157    Cirino, Sepideh
GMAC Matter No.: 730034

**TOTAL AMOUNT DUE**                    **$208.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329334    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1157    Cirino, Sepideh
GMAC Matter No.: 730034

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 09/10/12 | Review/analyze order staying case in part re: bankruptcy. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/10/12 | Draft email to clients (J. Holtgren, P. Favorite) re: bankruptcy stay order. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 09/29/12 | Monitor docket re: upcoming deadlines for bankruptcy status update. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **0.80** | | **$208.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $78.30 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| | **TOTAL** | **0.80** | **$208.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 0.80 | 261.00 | $208.80 |
| | **Total** | | **0.80** | | **$208.80** |

| | | |
|---|---|---|
| PRIOR FEES | $16,839.00 | |
| PRIOR COSTS & EXPENSES | $509.84 | |

| | |
|---|---|
| FEES | $208.80 |
| **TOTAL THIS INVOICE** | **$208.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   329334 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Cirino, Sepideh | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329335      JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1165 | Robinson, Russel |
| | | GMAC Matter No.: 722712 |

**TOTAL AMOUNT DUE**          **$642.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329335     JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1165     Robinson, Russel
                           GMAC Matter No.: 722712

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 09/07/12 | Calls with City of Los Angeles regarding inspection for strategy regarding trustee's sale. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 09/26/12 | Multiple telephone calls from plaintiff's counsel regarding request to postpone trustee's sale in view of status of inspection and resolution of code violations. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 09/26/12 | Correspondence with Bonello and analysis regarding plaintiff's request for further extension of time. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 09/28/12 | Multiple correspondence with Plaintiff's counsel regarding demand for postponement of trustee sale. | L120 | 0.70 | 306.00 | 214.20 |
| MCN | 09/28/12 | Analysis and evaluation of strategy in view of plaintiff's demand for postponement of sale. | L120 | 0.50 | 306.00 | 153.00 |
| | | **TOTAL** | | **2.10** | | **$642.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount | | | |
|---------------------------|-------|--------|---|---|---|
| L120     Analysis/Strategy | 2.10 | $642.60 | | | |
| **TOTAL** | **2.10** | **$642.60** | | | |
| **Timekeeper** | **Position** | | **Hours** | **Rate** | **Value** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329335 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Robinson, Russel | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 2.10 | 306.00 | $642.60 | | |
| | **Total** | | **2.10** | | **$642.60** | | |

| | | |
|---|---|---|
| PRIOR FEES | $34,661.25 | |
| PRIOR COSTS & EXPENSES | $790.78 | |

| | | |
|---|---|---|
| FEES | | $642.60 |
| **TOTAL THIS INVOICE** | | **$642.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329336    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1168     Hungerford, Timothy
                    GMAC Matter No.: 723040

**TOTAL AMOUNT DUE**          **$279.26**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329336     JBS                                   October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1168     Hungerford, Timothy
GMAC Matter No.: 723040

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/03/12 | Attention to bankruptcy and pending civil case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/03/12 | Analyze plaintiff's bankruptcy docket re case status; analyze status of state court litigation; prepare case update to client re bankruptcy and state court cases. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 09/05/12 | Analyze plaintiff's bankruptcy action re status of finalizing bankruptcy; prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **0.90** | | **$255.15** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | One Legal, Inc.; Transmittal of filing to court; [Proposed] Judgment 07/02/12 | 9.95 |
| 09/10/12 | Benjamin A. Eilenberg; Transportation; Mileage and parking to Orange County Superior Court, Santa Ana Courthouse, to attend and represent Case Management Conference 7/12/12 | 14.16 |

**TOTAL COSTS & EXPENSES**                    **$24.11**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120   Analysis/Strategy | 0.30 | $82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329336 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Hungerford, Timothy | | | | |

| L190 | Other Case Assessment | | | 0.60 | $172.80 | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | | **0.90** | **$255.15** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 0.60 | 288.00 | $172.80 |
| Gandy, Robert | RJG | Special Counsel | | 0.30 | 274.50 | $82.35 |
| | **Total** | | | **0.90** | | **$255.15** |

| PRIOR FEES | $18,471.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,054.44 |

| FEES | $255.15 |
|---|---|
| COSTS & EXPENSES | $24.11 |
| **TOTAL THIS INVOICE** | **$279.26** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329337      JBS                                              October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1171       Zamora, Elsa
                       GMAC Matter No.: 723112

**TOTAL AMOUNT DUE**                    **$531.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329337    JBS

October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1171    Zamora, Elsa
GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 09/06/12 | Receipt and review of letter from Court and email delivery to E. Holt re same. | L190 | 0.20 | 279.00 | 55.80 |
| MJE | 09/20/12 | Receipt and review of most recent appeal notice filied by Plaintiff | L140 | 0.30 | 279.00 | 83.70 |
| MEH | 09/22/12 | Review/analyze plaintiff's civil case information statement. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/29/12 | Status check: review case file and court dockets for upcoming deadlines. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/29/12 | Draft counter-designations of appellate record. | L510 | 1.00 | 261.00 | 261.00 |
| | | **TOTAL** | | **2.00** | | **$531.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L140 | Document/File Management | 0.30 | $83.70 |
| L190 | Other Case Assessment | 0.20 | $55.80 |
| L510 | Appellate Motions & Submission | 1.50 | $391.50 |
| | **TOTAL** | **2.00** | **$531.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 1.50 | 261.00 | $391.50 |
| Esposito, Matthew | MJE | Associate | 0.50 | 279.00 | $139.50 |
| | Total | | 2.00 | | $531.00 |

PRIOR FEES                $20,876.85

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329337    CLIENT   GMAC ResCap                                      Page        2
                        MATTER   Zamora, Elsa

PRIOR COSTS & EXPENSES                $2,755.24

|                      |           |
|----------------------|-----------|
| FEES                 | $531.00   |
| **TOTAL THIS INVOICE** | **$531.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329338    JBS                                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1183     Kimbrough, William IV
                   GMAC Matter No.: 723491

**TOTAL AMOUNT DUE**                    $789.74

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329338    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1183    Kimbrough, William IV
                       GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/06/12 | Make final revisions to demurrer to second amended complaint and prepare request for judicial notice and order. | L430 | 0.70 | 288.00 | 201.60 |
| DL | 09/11/12 | Analyze correspondence from client re GMAC will not rescind sale and prepare correspondence to plaintiff's counsel re same. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/12/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 09/17/12 | Analyze plaintiff's case management conference statement. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/24/12 | Exchange correspondence with plaintiff's counsel re letting plaintiffs back in property in exchange for dismissal. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/25/12 | Exchange correspondence with plaintiff's counsel and client re settlement through plaintiffs accessing property for dismissal with prejudice. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 09/26/12 | Exchange correspondence with client and plaintiff's counsel re accepting plaintiff's settlement offer. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/27/12 | Exchange correspondence with plaintiff's counsel re settlement regarding plaintiffs staying in property for one month for dismissal with prejudice, and prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **2.30** | | **$662.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329338        CLIENT    GMAC ResCap                          Page        2
                             MATTER    Kimbrough, William IV

---

## COSTS & EXPENSES

| | | |
|---|---|---:|
| 09/10/12 | Benjamin A. Eilenberg; Transportation; Mileage and parking to Riverside Superior Court, Main Courthouse, to attend and represent client at Demurrer 7/17/12 | 49.34 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 10/16/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$127.34** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L160 | Settlement/Non-Binding ADR | 1.20 | $345.60 |
| L190 | Other Case Assessment | 0.10 | $28.80 |
| L430 | Written Motions/Submissions | 1.00 | $288.00 |
| | **TOTAL** | **2.30** | **$662.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Liu, David | DL | Associate | 2.30 | 288.00 | $662.40 |
| | **Total** | | **2.30** | | **$662.40** |

PRIOR FEES                        $17,249.40
PRIOR COSTS & EXPENSES       $1,664.65

| | |
|---|---:|
| FEES | $662.40 |
| COSTS & EXPENSES | $127.34 |
| **TOTAL THIS INVOICE** | **$789.74** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *Severson*
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329339      JBS                                             October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1190 | Alvarez, Silvia M. |
| | | GMAC Matter No.: 724073 |

**TOTAL AMOUNT DUE**            **$345.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329339     JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1190     Alvarez, Silvia M.
                          GMAC Matter No.: 724073

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/07/12 | Analyze correspondence re efforts to obtain signed judgment. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/12/12 | Strategy for filing ex parte application to have judgment of dismissal signed. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/13/12 | Analyze and revise ex parte application and supporting declarations to have judgment of dismissal signed. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 09/18/12 | Analyze signed judgment of dismissal and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/21/12 | Calculate deadline to appeal from judgment of dismissal and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.20** | | **$345.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L190 | Other Case Assessment | 0.70 | $201.60 | | |
| L430 | Written Motions/Submissions | 0.50 | $144.00 | | |
| | **TOTAL** | **1.20** | **$345.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| | **Total** | | **1.20** | | **$345.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329339 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Alvarez, Silvia M. | | |

| | |
| --- | --- |
| PRIOR FEES | $9,651.60 |
| PRIOR COSTS & EXPENSES | $2,005.11 |

|  | FEES | $345.60 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$345.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329340      JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1203 | Hodlin, Matthew and Bridgette |
| | | GMAC Matter No.: 725005 |

**TOTAL AMOUNT DUE**          $3,326.09

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       329340      JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1203      Hodlin, Matthew and Bridgette
                              GMAC Matter No.: 725005

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/06/12 | Prepare email to client, J. Holtgren, advising of postponement of hearing to enjoin lockout. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/10/12 | Prepare status update to client, R. Lee at MERS. | L190 | 0.10 | 270.00 | 27.00 |
| GEE | 09/13/12 | Review motions, opposition, reply papers for demurrer, motion to expunge lis pendens, motion for preliminary injunction and consolation. | L240 | 1.80 | 261.00 | 469.80 |
| GEE | 09/13/12 | Review amended notice of bankruptcy, evaluate which claims are stayed, which are not, effect on court's ability to rule on demurrer, motion to expunge. | L240 | 0.70 | 261.00 | 182.70 |
| GEE | 09/13/12 | Prepare notes, summaries of facts, legal arguments, for hearings on demurrer, motion for preliminary injunction, motion to enjoin lockout, motion to consolidate case with unlawful detainer action, motion to expunge lis pendens. | L240 | 2.00 | 261.00 | 522.00 |
| KWF | 09/13/12 | Conference call with G. Eisner re: hearing on demurrer, motion to expunge lis pendens, and motion to enjoin lockout. | L120 | 0.40 | 270.00 | 108.00 |
| GEE | 09/14/12 | Appear at hearing on our demurrer, motion to expunge lis pendens, plaintiff's motions for injunction, to consolidate case. | L230 | 5.00 | 261.00 | 1,305.00 |
| GEE | 09/14/12 | Prepare memorandum regarding results of hearing on demurrer, motion to expunge lis pendens, plaintiff's motions | L240 | 0.40 | 261.00 | 104.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329340 | CLIENT   GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER   Hodlin, Matthew & Bridgette | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | for injunction, to consolidate cases. | | | | |
| KWF | 09/14/12 | Evaluate status report from hearing on motion to expunge. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/17/12 | Receive and analyze order sustaining demurrer, granting motion to expunge, and denying consolidation. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/17/12 | Prepare proposed judgment. | L210 | 0.40 | 270.00 | 108.00 |
| KWF | 09/17/12 | Prepare emails to client, J. Holtgren and K. Lee, advising of Court order. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/20/12 | Prepare email to client, J. Holtgren, re: Plaintiff's request for postponement of lockout. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **11.90** | | **$3,123.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2313 Trails End San Diego, CA 08/06/12 | 39.19 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Opposition, Declaration, Request for Judicial Notice 08/27/12 | 49.95 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Reply 08/31/12 | 49.95 |
| 09/24/12 | Gregory E. Eisner; Transportation; Attend GMAC's Demurrer and Motion to Expunge Lis Pendens and Plaintiff's Motion to Consolidate and for Preliminary Injunction in Vista 9/14/12 | 63.10 |
| | **TOTAL COSTS & EXPENSES** | **$202.19** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $405.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 0.40 | $108.00 |
| L230 | Court Mandated Conferences | 5.00 | $1,305.00 |
| L240 | Dispositive Motions | 4.90 | $1,278.90 |
| | **TOTAL** | **11.90** | **$3,123.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eisner, Gregory E | GEE | Special Counsel | 9.90 | 261.00 | $2,583.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329340 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Hodlin, Matthew & Bridgette | | | | |

| Franich, Kerry | | KWF | Associate | 2.00 | 270.00 | $540.00 |
| | Total | | | 11.90 | | $3,123.90 |

| PRIOR FEES | $16,711.65 |
| PRIOR COSTS & EXPENSES | $2,101.99 |

| FEES | $3,123.90 |
| COSTS & EXPENSES | $202.19 |
| **TOTAL THIS INVOICE** | **$3,326.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329341      JBS                                                     October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1204      McLaine, Carol
                            GMAC Matter No.: 724911

**TOTAL AMOUNT DUE**          **$822.05**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329341    JBS                                          October 15, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1204    McLaine, Carol
                        GMAC Matter No.: 724911

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/12/12 | Attention to foreclosure issues and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/12/12 | Telephone call with Plaintiff's counsel to discuss informal resolution, foreclosure and pending case issues. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 09/13/12 | Analysis and evaluation of proposed settlement terms and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/13/12 | Attention to settlement terms and pending case issues and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 09/14/12 | Analysis and evaluation of Plaintiffs' proposed informal resolution terms and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 09/19/12 | Analysis and evaluation of proposed resolution terms and pending case issues raised by Plaintiffs' new counsel. | L120 | 0.30 | 274.50 | 82.35 |
| BAE | 09/19/12 | Phone call and emails with opposing counsel regarding loan modification application and timing for filing second amended complaint. | L160 | 0.30 | 247.50 | 74.25 |
| RJG | 09/24/12 | Correspondence with Plaintiff's counsel regarding potential settlement terms and | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329341 | CLIENT GMAC ResCap | | | | Page | 2 |
| | MATTER McLaine, Carol | | | | | |

pending second amended complaint
filing and service issues.

| | | | |
|---|---|---|---|
| **TOTAL** | | **2.70** | **$733.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/13/12 | DDS Legal Support Systems; Court Services; Ventura Superior- Main. Ventura, Ca. 8/6/12 | 89.00 |
| | **TOTAL COSTS & EXPENSES** | **$89.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.00 | $549.00 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $184.05 |
| | **TOTAL** | **2.70** | **$733.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.30 | 247.50 | $74.25 |
| Gandy, Robert | RJG | Special Counsel | 2.40 | 274.50 | $658.80 |
| | **Total** | | **2.70** | | **$733.05** |

| | |
|---|---|
| PRIOR FEES | $13,778.55 |
| PRIOR COSTS & EXPENSES | $1,510.66 |

| | |
|---|---|
| FEES | $733.05 |
| COSTS & EXPENSES | $89.00 |
| **TOTAL THIS INVOICE** | **$822.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329342    JBS                                        October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1209    La Bella, Steven
                  GMAC Matter No.: 725278

**TOTAL AMOUNT DUE**            **$971.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329342    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1209    La Bella, Steven
                        GMAC Matter No.: 725278

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/12/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 09/17/12 | Prepare correspondence to client re filing memorandum of costs for having to pay filing fees for multiple defendants named in first amended complaint. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/20/12 | Analyze court docket for opposition to demurrer and motion to expunge lis pendens. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/21/12 | Analyze plaintiff's opposition to demurrer to first amended complaint; draft reply re arguments made in opposition. | L430 | 1.10 | 288.00 | 316.80 |
| DL | 09/21/12 | Analyze plaintiff's case management conference statement. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/24/12 | Work on further drafting reply for demurrer to first amended complaint. | L430 | 0.80 | 288.00 | 230.40 |
| DL | 09/25/12 | Prepare correspondence to client re reviewing reply for demurrer. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 09/26/12 | Analyze late-filed opposition to motion to expunge; revise reply for demurrer and motion to expunge. | L430 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **3.20** | | **$921.60** |

## COSTS & EXPENSES

09/26/12  One Legal, Inc.; Transmittal of filing to court;                49.95
          Case Management Statement 09/13/12

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329342     CLIENT   GMAC ResCap                                    Page       2
                          MATTER   La Bella, Steven

---

**TOTAL COSTS & EXPENSES**                                          $49.95

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 2.80 | $806.40 |
| | **TOTAL** | **3.20** | **$921.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.20 | 288.00 | $921.60 |
| | **Total** | | **3.20** | | **$921.60** |

PRIOR FEES                          $11,248.65
PRIOR COSTS & EXPENSES              $3,298.02

|  |  |
|---|---|
| FEES | $921.60 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$971.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329343    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1223    Silver, Francine
                  GMAC Matter No.: 726131

**TOTAL AMOUNT DUE**            $2,090.25

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329343     JBS                                  October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1223     Silver, Francine
                          GMAC Matter No.: 726131

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ANB | 09/06/12 | Prepare for hearing on Motion to Dismiss adversary complaint | L240 | 3.50 | 292.50 | 1,023.75 |
| ANB | 09/06/12 | Appear at hearing on Motion to Dismiss Adversary Complaint | L240 | 2.50 | 292.50 | 731.25 |
| ANB | 09/07/12 | Advise client on results of Motion to Dismiss hearing | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 09/10/12 | Draft, review, revise and file order dismissing adversary complaint | L210 | 0.30 | 292.50 | 87.75 |
| DHC | 09/13/12 | Conference with Adam Barasch re entry of dismissal order and possibility of state court action. | L240 | 0.30 | 337.50 | 101.25 |
| | | **TOTAL** | | **7.10** | | **$2,090.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $146.25 |
| L210 | Pleadings | 0.30 | $87.75 |
| L240 | Dispositive Motions | 6.30 | $1,856.25 |
| | **TOTAL** | **7.10** | **$2,090.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 6.80 | 292.50 | $1,989.00 |
| Cram, Donald | DHC | Member | 0.30 | 337.50 | $101.25 |
| | **Total** | | **7.10** | | **$2,090.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329343 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Silver, Francine | | |

PRIOR FEES                                 $12,199.95
PRIOR COSTS & EXPENSES            $1,051.52


                                         FEES            $2,090.25
                        **TOTAL THIS INVOICE**         **$2,090.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329344      JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1225  | Daly, Nellie C. |
|        |       | GMAC Matter No.: 726060 |

**TOTAL AMOUNT DUE**            **$265.72**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329344    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1225    Daly, Nellie C.
GMAC Matter No.: 726060

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/12/12 | Analysis and evaluation of informal resolution and pending foreclosure issues, attention to litigation and settlement strategy, and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| BAE | 09/12/12 | Phone call and emails with Plaintiff's counsel regarding missing documents for loan modification application. | L160 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **0.60** | | **$156.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Demurrer and Demurrer to First Amended Complaint,...including Court Filing Fee $60 07/17/12 | 69.95 |
| 09/06/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 07/30/12 | 9.95 |
| 09/26/12 | First Legal Network, LLC; Court Services; OCSC - Central Santa Ana, CA 08/20/12 | 29.22 |

**TOTAL COSTS & EXPENSES**              **$109.12**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.30 | $82.35 |
| L160    Settlement/Non-Binding ADR | 0.30 | $74.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329344      CLIENT   GMAC ResCap                                    Page        2
                          MATTER   Daly, Nellie C.

|  | TOTAL |  | 0.60 | $156.60 |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| **Timekeeper** |  | **Position** | **Hours** | **Rate** | **Value** |  |
| Eilenberg, Benjamin A. | BAE | Associate | 0.30 | 247.50 | $74.25 |  |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |  |
|  | **Total** |  | **0.60** |  | **$156.60** |  |

PRIOR FEES                               $16,096.05
PRIOR COSTS & EXPENSES              $148.45

|  |  |  |
| --- | --- | --- |
| FEES | $156.60 |
| COSTS & EXPENSES | $109.12 |
| **TOTAL THIS INVOICE** | **$265.72** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329345     JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1226      Vaught, Robert and Melody
                     GMAC Matter No.: 726136

**TOTAL AMOUNT DUE**          **$1,323.75**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *& Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329345    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1226    Vaught, Robert and Melody
GMAC Matter No.: 726136

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MJE | 09/04/12 | Receipt and review of Plaintiff's CMC statement | L230 | 0.30 | 279.00 | 83.70 |
| MJE | 09/06/12 | Review of Doc Edge re sale and draft of email to J. Holtgren re status of short sale review | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 09/10/12 | Review of title records regarding status of sale; phone call and email with J. Holtgren re same; email to Plaintiff's counsel re status | L190 | 0.90 | 279.00 | 251.10 |
| MJE | 09/13/12 | Review of status and prepare for upcoming Court Conference | L230 | 0.60 | 279.00 | 167.40 |
| MJE | 09/17/12 | Received notification of continued CMC hearing and discussion with B. Eilenberg re same | L230 | 0.30 | 279.00 | 83.70 |
| BAE | 09/17/12 | Attend case management conference via courtcall. | L230 | 0.80 | 247.50 | 198.00 |
| MJE | 09/20/12 | Receipt. review and exchange of multiple emails from D. Lewis regarding approval letter | L140 | 0.40 | 279.00 | 111.60 |
| MJE | 09/20/12 | Exchange of emails and phone call with J. Holtgren regarding status of short sale and approval letter | L160 | 0.50 | 279.00 | 139.50 |
| MJE | 09/21/12 | Receipt and review of approval letter and delivery of same to Plaintiff | L160 | 0.30 | 279.00 | 83.70 |
| MJE | 09/25/12 | Receipt and review of email from D. Lewis re revisions to be made to approval letter and receipt of additional email with those changes | L160 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **4.80** | | **$1,314.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329345 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Vaught, Robert & Melody | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; Orange County Court Santa Ana, CA 08/29/12 | 9.75 |
| | **TOTAL COSTS & EXPENSES** | **$9.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.40 | $111.60 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $306.90 |
| L190 | Other Case Assessment | 1.30 | $362.70 |
| L230 | Court Mandated Conferences | 2.00 | $532.80 |
| | **TOTAL** | **4.80** | **$1,314.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.80 | 247.50 | $198.00 |
| Esposito, Matthew | MJE | Associate | 4.00 | 279.00 | $1,116.00 |
| | **Total** | | **4.80** | | **$1,314.00** |

| | |
|---|---|
| PRIOR FEES | $14,143.95 |
| PRIOR COSTS & EXPENSES | $1,111.67 |

| | |
|---|---|
| FEES | $1,314.00 |
| COSTS & EXPENSES | $9.75 |
| **TOTAL THIS INVOICE** | **$1,323.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329346     JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1229 | Owner Management  Service, LLC dba Trust Holding Service Co. |
| | | GMAC  No: 726233 |

**TOTAL AMOUNT DUE**          **$517.95**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329346    JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1229    Owner Management  Service, LLC dba Trust Holding Service Co.
                         GMAC  No: 726233

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| BAE | 09/07/12 | Attend case management conference in Riverside Superior Court. | L230 | 1.90 | 247.50 | 470.25 |
| YS | 09/13/12 | Receipt, review and analysis of the Court's minute order following the case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.10** | | **$517.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L230 | Court Mandated Conferences | 1.90 | $470.25 |
| | **TOTAL** | **2.10** | **$517.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Eilenberg, Benjamin A. | BAE | Associate | 1.90 | 247.50 | $470.25 |
| Shaham, Yaron | YS | Special Counsel | 0.20 | 238.50 | $47.70 |
| | **Total** | | **2.10** | | **$517.95** |

PRIOR FEES                        $1,822.05
PRIOR COSTS & EXPENSES            $230.77

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329346 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Owner Management Service, LLC | | |

| | | |
|---|---|---|
| FEES | _____ | $517.95 |
| **TOTAL THIS INVOICE** | | **$517.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329347    JBS                                             October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1230 | Bradford, Rickey |
| | | GMAC Matter No.: 726198 |

**TOTAL AMOUNT DUE**              **$288.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329347    JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1230    Bradford, Rickey
GMAC Matter No.: 726198

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/05/12 | Analyze court docket re status of filing appeal from court's dismissal; prepare correspondence to client re same and to close file. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 09/28/12 | Analyze OSC re status of removal in state court and draft declaration with exhibits re status of dismissal of removed case. | L430 | 0.70 | 288.00 | 201.60 |
| | | **TOTAL** | | **1.00** | | **$288.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.30 | $86.40 |
| L430 | Written Motions/Submissions | 0.70 | $201.60 |
| | **TOTAL** | **1.00** | **$288.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.00 | 288.00 | $288.00 |
| | **Total** | | **1.00** | | **$288.00** |

| PRIOR FEES | $10,855.35 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $629.89 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329347 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Bradford, Rickey | | |

|  | FEES | $288.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$288.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329348    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1240 | Guthrie, William D. |
| | | GMAC Matter No.: 726688 |

**TOTAL AMOUNT DUE**          **$617.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329348    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1240    Guthrie, William D.
                          GMAC Matter No.: 726688

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 08/03/12 | Analyze court docket re case status and  L190 exchange correspondence with client re same. | 0.20 | 288.00 | 57.60 |
| DL | 08/29/12 | Prepare case management statement.    L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/31/12 | Prepare case update for client on master  L190 chart. | 0.10 | 288.00 | 28.80 |
| DL | 09/14/12 | Attend case management conference  L230 and prepare correspondence to client re same. | 1.10 | 288.00 | 316.80 |
| | | **TOTAL** | **1.70** | | **$489.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service;  09/14/12 | 78.00 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 08/30/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190    Other Case Assessment | 0.30 | $86.40 |
| L230    Court Mandated Conferences | 1.10 | $316.80 |
| L430    Written Motions/Submissions | 0.30 | $86.40 |
| **TOTAL** | **1.70** | **$489.60** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329348 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Guthrie, William D. | | | | |

| Liu, David | DL | Associate | 1.70 | . | 288.00 | $489.60 |
| | **Total** | | **1.70** | | | **$489.60** |

PRIOR FEES                          $4,237.65
PRIOR COSTS & EXPENSES              $692.53

|  | FEES | $489.60 |
|  | COSTS & EXPENSES | $127.95 |
|  | **TOTAL THIS INVOICE** | **$617.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329349    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1246     Cypress, Brett M.
                   GMAC Matter No.: 727047

**TOTAL AMOUNT DUE**              **$315.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329349    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1246    Cypress, Brett M.
                          GMAC Matter No.: 727047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/02/12 | Attention to status, inquiry by opposing counsel. | L190 | 0.10 | 333.00 | 33.30 |
| SMH | 08/29/12 | Attention to status, ETS execution of settlement agreement. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 08/29/12 | Prepare email to client, J. Holtgren, re: GMAC address. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/29/12 | Prepare email to Plaintiff's counsel re: settlement agreement and wire transfer of settlement funds. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 09/10/12 | Prepare emails to client and opposing counsel re:: delivery of trustee's deeds. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/12/12 | Prepare emails to clients, J.Holtgren and C. Inouye, re: trustee's deed upon sale. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/13/12 | Prepare email to ETS re: trustee's deeds. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 09/21/12 | Prepare email to client, J. Holtgren, re: voicemail from borrower. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.10** | | **$315.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $135.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $120.60 |
| L190 | Other Case Assessment | 0.20 | $60.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329349     CLIENT    GMAC ResCap                              Page        2
                         MATTER    Cypress, Brett M.

| TOTAL | | | 1.10 | $315.90 | | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** | |
| Franich, Kerry | KWF | Associate | | 0.80 | 270.00 | $216.00 | |
| Hankins, Suzanne | SMH | Member | | 0.30 | 333.00 | $99.90 | |
| | **Total** | | | **1.10** | | **$315.90** | |

PRIOR FEES                          $7,904.25
PRIOR COSTS & EXPENSES            $156.48

                                        FEES             $315.90
                        **TOTAL THIS INVOICE**            **$315.90**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *Severson*
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329350     JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1251      Kerns, Bryan and Denine
                     GMAC Matter No.: 727170

**TOTAL AMOUNT DUE**           **$1,073.25**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329350    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1251    Kerns, Bryan and Denine
                         GMAC Matter No.: 727170

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Receipt, review and analysis of the notice of ruling on plaintiffs' ex parte to extend time to file an amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/19/12 | Draft proposed order on clients' demurrer to plaintiffs' third amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/19/12 | Draft clients' request for judicial notice in support of demurrer to plaintiffs' third amended complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 09/19/12 | Draft clients' notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiffs' third amended complaint | L210 | 3.50 | 238.50 | 834.75 |
| | | **TOTAL** | | **4.50** | | **$1,073.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|----------|-------------|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 4.30 | $1,025.55 |
| | **TOTAL** | **4.50** | **$1,073.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  329350 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Kerns, Bryan & Denine | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 4.50 | 238.50 | $1,073.25 |
| | **Total** | | **4.50** | | **$1,073.25** |

| PRIOR FEES | $5,126.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $100.45 |

| FEES | $1,073.25 |
|---|---|
| **TOTAL THIS INVOICE** | **$1,073.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329351    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1253    De Vico, Robert
                  GMAC Matter No.: 727337

**TOTAL AMOUNT DUE**            **$477.00**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329351    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1253    De Vico, Robert
                        GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/14/12 | Draft correspondence to client regarding the terms and conditions proposed by plaintiff's counsel in an effort to resolve this dispute | L160 | 0.30 | 238.50 | 71.55 |
| YS | 09/18/12 | Draft correspondence to plaintiff's counsel regarding client's response and counter offer to most recent settlement offer | L160 | 0.30 | 238.50 | 71.55 |
| YS | 09/18/12 | Draft correspondence to client regarding status of settlement negotiations between the parties | L160 | 0.20 | 238.50 | 47.70 |
| YS | 09/25/12 | Telephone conference with client regarding plaintiff's request for a loan modification and dismissal of the lawsuit | L190 | 0.20 | 238.50 | 47.70 |
| YS | 09/25/12 | Draft correspondence to plaintiff's counsel regarding client's decision to proceed with the foreclosure sale as scheduled | L190 | 0.20 | 238.50 | 47.70 |
| YS | 09/27/12 | Telephone conference with plaintiff's counsel regarding plaintiff's attempt to stay the pending foreclosure sale | L120 | 0.20 | 238.50 | 47.70 |
| YS | 09/27/12 | Receipt, review and analysis of the Court's order and judgment of dismissal of the case without prejudice due to a lack of subject matter jurisdiction | L120 | 0.20 | 238.50 | 47.70 |
| YS | 09/27/12 | Draft correspondence to client regarding the dismissal of the case due | L190 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329351 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | De Vico, Robert | | | |

to a lack of subject matter jurisdiction

| | **TOTAL** | **2.00** | **$477.00** |
|---|---|---|---|

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $190.80 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| | **TOTAL** | **2.00** | **$477.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 2.00 | 238.50 | $477.00 |
| | Total | | **2.00** | | **$477.00** |

| PRIOR FEES | $6,548.85 |
|---|---|
| PRIOR COSTS & EXPENSES | $121.97 |

| | FEES | $477.00 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$477.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329352    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1263    Fernandez, Ricardo and Resurreccion
GMAC Matter No.: 728258

**TOTAL AMOUNT DUE**          **$252.94**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329352    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1263    Fernandez, Ricardo and Resurreccion
GMAC Matter No.: 728258

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 09/06/12 | Exchange correspondence with plaintiff's counsel and client re postponing sale during loan modification discussions. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/07/12 | Exchange further correspondence with client and plaintiff's counsel re documents needed for loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/11/12 | Exchange further correspondence with plaintiff's counsel re documents needed to complete loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/13/12 | Exchange further correspondence with plaintiff's counsel re documents needed for loan modification application. | L160 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.70** | | **$201.60** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 09/10/12 | Benjamin A. Eilenberg; Transportation; Mileage and parking to Riverside Superior Court, Historic Courthouse, to attend and represent client at hearing on GMAC's Demurrer 7/6/12 | | 51.34 |

**TOTAL COSTS & EXPENSES**                    **$51.34**

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329352 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Fernandez, Ricardo & Resurrecc | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160      Settlement/Non-Binding ADR | | 0.70 | $201.60 | | | |
| **TOTAL** | | **0.70** | **$201.60** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 0.70 | 288.00 | $201.60 |
| | **Total** | | | **0.70** | | **$201.60** |

| | |
|---|---|
| PRIOR FEES | $8,167.05 |
| PRIOR COSTS & EXPENSES | $1,338.90 |

| | |
|---|---|
| FEES | $201.60 |
| COSTS & EXPENSES | $51.34 |
| **TOTAL THIS INVOICE** | **$252.94** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329353    JBS                                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1271 | Anyanwu, Charity |
| | | GMAC Matter No.: 728855 |

**TOTAL AMOUNT DUE**                    **$547.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329353      JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1271     Anyanwu, Charity
                           GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994         09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/11/12 | Draft title claim to REO insurer re action against GMAC, status of litigation and GMAC's bankruptcy status. | L190 | 1.10 | 288.00 | 316.80 |
| DL | 09/21/12 | Finalize title claim letter based on REO policy. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 09/25/12 | Analyze order continuing case management conference and order on relating cases. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/27/12 | Analyze order setting case management conference and prepare correspondence to client re same. | L230 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.90** | | **$547.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 1.70 | $489.60 |
| L230 | Court Mandated Conferences | 0.20 | $57.60 |
| | **TOTAL** | **1.90** | **$547.20** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Liu, David | DL | Associate | 1.90 | 288.00 | $547.20 |
| | **Total** | | **1.90** | | **$547.20** |

PRIOR FEES                         $5,025.15

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329353 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Anyanwu, Charity | | |

PRIOR COSTS & EXPENSES                    $177.90

|  | FEES | $547.20 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$547.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       329354       JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000       GMAC ResCap
MATTER       1282        Kingston, Terrance R. and Sybil
                         GMAC Matter No.: 728777

**TOTAL AMOUNT DUE**              $1,574.10

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329354    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1282    Kingston, Terrance R. and Sybil
                         GMAC Matter No.: 728777

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 09/05/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on client's behalf in response to Plaintiff's First Amended Complaint. | L210 | 4.90 | 238.50 | 1,168.65 |
| YS | 09/06/12 | Further drafting and revising of client's demurrer, request for judicial notice, and proposed order in response to plaintiffs' first amended complaint | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 09/06/12 | Drafted Request for Judicial Notice in support of Demurrer to First Amended Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 09/06/12 | Drafted Proposed Order on Demurrer to First Amended Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/27/12 | Receipt, review and analysis of plaintiff's counsel's notice of change of address | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/27/12 | Draft and prepare client's case management statement in light of pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **6.60** | | **$1,574.10** |

### COSTS & EXPENSES

### BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329354 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Kingston, Terrance R. & Sybil | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $23.85 | | | |
| L190 | Other Case Assessment | 0.10 | $23.85 | | | |
| L210 | Pleadings | 6.40 | $1,526.40 | | | |
| | **TOTAL** | **6.60** | **$1,574.10** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | | Associate | 5.70 | 238.50 | $1,359.45 |
| Shaham, Yaron | YS | | Special Counsel | 0.90 | 238.50 | $214.65 |
| | | **Total** | | **6.60** | | **$1,574.10** |

| PRIOR FEES | $7,629.75 |
|---|---|
| PRIOR COSTS & EXPENSES | $809.83 |

| | FEES | $1,574.10 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,574.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329355    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1285 | White, Terence E. and Linda |
| | | GMAC Matter No.: 724563 |

**TOTAL AMOUNT DUE**          **$707.40**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329355      JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1285     White, Terence E. and Linda
                          GMAC Matter No.: 724563

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/04/12 | Receipt, review and analysis of the Court's minute order on the clients' demurrer to the plaintiffs' first amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/04/12 | Draft notice of the Court's minute order sustaining clients' demurrer without leave to amend | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/10/12 | Telephone conference with co-defendants' counsel regarding clients obtaining a dismissal of the case by way of the Court sustaining the demurrer without leave to amend | L190 | 0.20 | 238.50 | 47.70 |
| YS | 09/12/12 | Receipt, review and analysis of the Court's judgment of dismissal | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/12/12 | Draft notice of judgment of dismissal of the case as to clients | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.10** | | **$262.35** |

## COSTS & EXPENSES

|  |  |  |
|--|--|--|
| 09/11/12 | Joe H. Tuffaha; Transportation; Attend hearing on Demurrer (from home to LASC/Long Beach to Office 8/30/12 | 71.00 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Defs. Reply ISO Demurrer to Pl's FAC 08/30/12 | 61.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329355 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | White, Terence E. & Linda | | |

| | | |
|---|---|---:|
| 09/26/12 | First Legal Network, LLC; Court Services; LASC - Long Beach, CA 09/12/12 Adv/Ck; $25 | 96.85 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Long Beach, CA 09/05/12 | 71.75 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Long Beach, CA 09/05/12 | 71.75 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Long Beach, CA 09/12/12 | 71.75 |
| | **TOTAL COSTS & EXPENSES** | **$445.05** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.60 | $143.10 |
| | **TOTAL** | **1.10** | **$262.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.10 | 238.50 | $262.35 |
| | Total | | **1.10** | | **$262.35** |

| | |
|---|---|
| PRIOR FEES | $7,193.70 |
| PRIOR COSTS & EXPENSES | $4,779.17 |

| | |
|---|---:|
| FEES | $262.35 |
| COSTS & EXPENSES | $445.05 |
| **TOTAL THIS INVOICE** | **$707.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329356    JBS                                        October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1286    Brooks, Eric E. and Jack T.
                  GMAC Matter No.: 729183

**TOTAL AMOUNT DUE**           **$861.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329356    JBS                                October 15, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1286    Brooks, Eric E. and Jack T.
                        GMAC Matter No.: 729183

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/07/12 | Analysis and evaluation of the court's order allowing Plaintiff to proceed on two claims and setting trial on those claims and correspondence with our client to advise regarding the same. | L120 | 0.20 | 274.50 | 54.90 |
| DL | 09/07/12 | Attend case management conference; prepare correspondence to client re trial setting. | L230 | 2.60 | 288.00 | 748.80 |
| DL | 09/11/12 | Work on preparing form for notice of bankruptcy as requested by court clerk. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/25/12 | Exchange correspondence with client re filing motion for judgment on the pleadings and preparing discovery. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.00** | | **$861.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.90 |
| L190 | Other Case Assessment | 0.20 | $57.60 |
| L230 | Court Mandated Conferences | 2.60 | $748.80 |
| | **TOTAL** | **3.00** | **$861.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 2.80 | 288.00 | $806.40 |
| Gandy, Robert | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 329356 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Brooks, Eric E. & Jack T. | | |

| | | | |
|---|---|---|---|
| **Total** | | 3.00 | **$861.30** |

PRIOR FEES                        $3,217.95
PRIOR COSTS & EXPENSES            $277.34

| | |
|---|---|
| FEES | $861.30 |
| **TOTAL THIS INVOICE** | **$861.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329357     JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1287     Valero, Juan and Evangelina
                    GMAC Matter No.: 729174

**TOTAL AMOUNT DUE**          **$322.50**

### \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329357    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1287    Valero, Juan and Evangelina
GMAC Matter No.: 729174

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 09/18/12 | Follow up with debtors counsel on his clients review of account history and escrow analysis forwarded to him to respond to objection to proof of claim | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 09/24/12 | Review response from debtors counsel advise that objection to proof of claim has been withdrawn; advise client of withdrawal and debtors request to be reviewed for loan modification | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 09/25/12 | Appear at continued hearing on objection to claim to advise court of withdrawal by debtor | L240 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **1.00** | | **$292.50** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service;  08/23/12 | | 30.00 |

**TOTAL COSTS & EXPENSES**                **$30.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $146.25 |
| L240 | Dispositive Motions | 0.50 | $146.25 |
| | **TOTAL** | **1.00** | **$292.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 292.50 | $292.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329357 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Valero, Juan & Evangelina | | | |

| | Total | | 1.00 | $292.50 |
|---|---|---|---|---|

PRIOR FEES                         $5,443.20
PRIOR COSTS & EXPENSES             $30.00

| | FEES | $292.50 |
|---|---|---|
| | COSTS & EXPENSES | $30.00 |
| | **TOTAL THIS INVOICE** | **$322.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329358    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1290     Evans, George (Estate of)
                             GMAC Matter No.: 729147

**TOTAL AMOUNT DUE**              **$658.35**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329358    JBS                                        October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1290    Evans, George (Estate of)
                         GMAC Matter No.: 729147

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/04/12 | Attention to potential informal resolution terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 09/04/12 | Exchange correspondence with client and plaintiff's counsel re status of loan approval by plaintiffs. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/05/12 | Analyze correspondence from petitioner's counsel re status of petitioners obtaining loan to buy property. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 09/12/12 | Strategy and research re need to file creditor's claim in probate court to protect right to non-judicially foreclose on property. | L190 | 0.60 | 288.00 | 172.80 |
| DL | 09/17/12 | Exchange correspondence with client and plaintiff's counsel re status of plaintiffs obtaining loan to purchase property. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/18/12 | Exchange further correspondence with plaintiff's counsel re plaintiff's intention to purchase property and pending sale date; and prepare correspondence to client re same. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/24/12 | Prepare correspondence to client re status of sale of property; analyze multiple mailings from ETS to plaintiff and estate. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/26/12 | Exchange correspondence with client re postponement of sale of property; | L190 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329358 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Evans, George (Estate of) | | |

analyze heir's bankruptcy schedules and
docket with respect to property; and
prepare correspondence to client re
same.

| | | |
|---|---|---|
| **TOTAL** | **2.30** | **$658.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.00 | $283.95 |
| L190 | Other Case Assessment | 1.30 | $374.40 |
| | **TOTAL** | **2.30** | **$658.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.00 | 288.00 | $576.00 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **2.30** | | **$658.35** |

| | |
|---|---|
| PRIOR FEES | $8,773.20 |
| PRIOR COSTS & EXPENSES | $370.18 |

| | |
|---|---|
| FEES | $658.35 |
| **TOTAL THIS INVOICE** | **$658.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329359      JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1294 | Rozen, Kelly Joseph |
| | | GMAC Matter No.: 729236 |

**TOTAL AMOUNT DUE**          **$259.69**

## \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329359    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1294    Rozen, Kelly Joseph
GMAC Matter No.: 729236

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/14/12 | Exchange correspondence with plaintiff's counsel re loan modification application; review documents; prepare correspondence to client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 09/18/12 | Exchange correspondence with client and plaintiff's counsel re plaintiff's desire for deed in lieu of foreclosure instead of loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/21/12 | Exchange correspondence with client and plaintiff's counsel re tenant on property preventing deed in lieu of foreclosure. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/26/12 | Analyze correspondence from client re evaluating plaintiff for deed in lieu of foreclosure. | L160 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 617 Springbrook North, #50 Orange, CA 08/23/12 | 29.29 |

**TOTAL COSTS & EXPENSES**                    **$29.29**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L160    Settlement/Non-Binding ADR | 0.80 | $230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329359 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rozen, Kelly Joseph | | | | |

| | | | TOTAL | 0.80 | $230.40 | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** | |
| Liu, David | | DL | Associate | 0.80 | 288.00 | $230.40 | |
| | | **Total** | | **0.80** | | **$230.40** | |

PRIOR FEES                           $4,168.35
PRIOR COSTS & EXPENSES        $548.23

| | | |
|---|---|---|
| FEES | $230.40 |
| COSTS & EXPENSES | $29.29 |
| **TOTAL THIS INVOICE** | **$259.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329360      JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1297       Kabat, Walter C.
                       GMAC Matter No.: 729092

**TOTAL AMOUNT DUE**              $190.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329360 | JBS | | October 15, 2012 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1297     Kabat, Walter C.
GMAC Matter No.: 729092

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/05/12 | Draft correspondence to client regarding effect of the final order of the Bankruptcy Court regarding the automatic stay on client's motion to vacate the judgment before the Arizona Bankruptcy Court | L190 | 0.40 | 238.50 | 95.40 |
| YS | 09/14/12 | Draft correspondence to client regarding possible lifting of the judgment against client and negotiating a resolution to the dispute | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.80** | | **$190.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.80 | $190.80 | | | |
| | **TOTAL** | **0.80** | **$190.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **0.80** | | **$190.80** |

| PRIOR FEES | $1,872.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $103.54 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  329360 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Kabat, Walter C. | | |

FEES $190.80
**TOTAL THIS INVOICE** **$190.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329361    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1300    Hildebrandt, Joanne
                  GMAC Matter No.: 729582

**TOTAL AMOUNT DUE**            **$627.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329361    JBS                                          October 15, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1300    Hildebrandt, Joanne
GMAC Matter No.: 729582

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/13/12 | Evaluate file status. Prepare status update to client, C. DiCicco, re: settlement. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 09/17/12 | Prepare letter to Plaintiff's counsel re: intention to foreclose. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/20/12 | Prepare email to Plaintiff's counsel's office re: settlement agreement and loss mitigation package. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 09/26/12 | Attention to recommendation to client regarding foreclosure, potential ex parte. | L190 | 0.10 | 333.00 | 33.30 |
| KWF | 09/26/12 | Prepare email to client, C. DiCicco, re: substitution of counsel and foreclosure sale. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 09/26/12 | Prepare email to alleged new counsel of record re: settlement and possible ex parte. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/26/12 | Telephone conference with Ester @ Plaintiff's counsel's office re: settlement and foreclosure sale. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 09/27/12 | Telephone conference with client, C. DiCicco, re: ex parte. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/27/12 | Receive and analyze Plaintiff's ex parte application. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/28/12 | Prepare email to client, C. DiCicco, advising of TRO. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **2.30** | | **$627.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329361 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Hildebrandt, Joanne | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $459.00 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $135.00 |
| L190 | Other Case Assessment | 0.10 | $33.30 |
| | **TOTAL** | **2.30** | **$627.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.20 | 270.00 | $594.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **2.30** | | **$627.30** |

| | | |
|---|---|---|
| PRIOR FEES | $3,376.80 | |
| PRIOR COSTS & EXPENSES | $77.23 | |

| | | |
|---|---|---|
| FEES | | $627.30 |
| **TOTAL THIS INVOICE** | | **$627.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329362      JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1309      Kinman, Kenneth James
                     GMAC Matter No.: 729769

**TOTAL AMOUNT DUE**            $3,580.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329362       JBS                                    October 15, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1309     Kinman, Kenneth James
GMAC Matter No.: 729769

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 09/04/12 | Telephone to court clerk to obtain hearing date for motion to expunge (.1); e-mail to client advising of same (.1). | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 09/07/12 | E-mail to plaintiffs' counsel regarding our intent to proceed with motion to expunge. | L460 | 0.10 | 288.00 | 28.80 |
| DPB | 09/09/12 | Prepare motion to expunge lis pendens. | L460 | 4.00 | 288.00 | 1,152.00 |
| MKS | 09/10/12 | Review and revise motion to ex punge lis pendens. | L250 | 0.20 | 270.00 | 54.00 |
| DPB | 09/10/12 | Finish preparing motion to expunge and supporting papers. | L460 | 2.80 | 288.00 | 806.40 |
| DPB | 09/11/12 | E-mail to A.Hartshorn regarding motion to expunge lis pendens and plaintiffs' motion for default judgment against loan originator. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 09/11/12 | E-mail to plaintiffs' counsel M.Yesk requesting copy of plaintiffs' default prove-up papers. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 09/20/12 | Review plaintiffs' opposition to our motion to expunge. | L250 | 0.30 | 288.00 | 86.40 |
| DPB | 09/25/12 | E-mails to and from plaintiffs' counsel M.Yesk regarding proposal to reset two pending motions to a single hearing date. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 09/25/12 | Prepare reply in support of motion to expunge lis pendens. | L250 | 2.20 | 288.00 | 633.60 |
| DPB | 09/25/12 | E-mail to plaintiffs' counsel, M.Yesk, requesting copies of plaintiffs' default prove-up papers. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 09/25/12 | Attempt arrangements to appear by | L250 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329362 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Kinman, Kenneth James | | | | |

|  |  | telephone for hearings on plaintiffs' motion for default judgment and our motion to expunge lis pendens. | | | | |
|---|---|---|---|---|---|---|
| DPB | 09/26/12 | E-mail from plaintiffs' counsel, M.Yesk, refusing to provide copies of plaintiffs' default prove-up papers. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 09/26/12 | Telephone call from court clerk regarding filing clerk's inadvertent failure to require payment of our first appearance fee upon filing of motion to expunge. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 09/27/12 | Telephone calls to court clerk regarding first appearance fee. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 09/27/12 | Telephone call (.1) and e-mail (.1) to A.Hartshorn requesting approval to appear in person for hearings on plaintiffs' motion for default judgment and motion to expunge lis pendens. | L120 | 0.20 | 288.00 | 57.60 |
| DPB | 09/27/12 | Prepare letter to court clerk confirming our conversation of this morning regarding payment of our first appearance fee, minus a credit for our motion fee. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 09/27/12 | E-mail to plaintiffs' counsel M.Yesk reiterating request for copy of plaintiffs' default prove-up papers. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 09/27/12 | Prepare formal notice of appearance and request for copies of papers lodged/filed in connection with plaintiffs' motion for default judgment. | L250 | 0.30 | 288.00 | 86.40 |
| DPB | 09/27/12 | Arrange for messenger to request copy of plaintiffs' default prove-up package from court clerk. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 09/28/12 | Check for tentative ruling on plaintiffs' motion for default judgment. | L250 | 0.20 | 288.00 | 57.60 |
|  |  | **TOTAL** | | 12.10 | | **$3,481.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/26/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Motion and Motion to Expunge Notice of Pendency of Action (Lis Pendens) | 99.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329362 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Kinman, Kenneth James | | |

Memorandum of Points &...including Court
Filing Fee $60 09/10/12

**TOTAL COSTS & EXPENSES**                                          **$99.45**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $57.60 |
| L210 | Pleadings | 0.10 | $28.80 |
| L250 | Other Written Motions | 4.90 | $1,407.60 |
| L460 | Post-Trial Motions & Submissio | 6.90 | $1,987.20 |
| | **TOTAL** | **12.10** | **$3,481.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 11.90 | 288.00 | $3,427.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **12.10** | | **$3,481.20** |

| PRIOR FEES | $2,440.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $61.33 |

| FEES | $3,481.20 |
|---|---|
| COSTS & EXPENSES | $99.45 |
| **TOTAL THIS INVOICE** | **$3,580.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329363     JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1313     Maciel, Martha and Antonio
                    GMAC Matter No.: 729795

**TOTAL AMOUNT DUE**          **$1,670.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329363    JBS

October 15, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1313    Maciel, Martha and Antonio
GMAC Matter No.: 729795

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 09/05/12 | Email V. St. John regarding loan modification package. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 09/05/12 | Email C. Bonello regarding plaintiffs' loan modification application. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 09/13/12 | Communication with client regarding plaintiff's loan modification application. | L160 | 0.10 | 225.00 | 22.50 |
| MKK | 09/13/12 | Communication with opposing counsel regarding loan modification application. | L160 | 0.20 | 225.00 | 45.00 |
| MKK | 09/19/12 | Communication with opposing counsel regarding continuance of Motion to Dismiss hearing. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 09/19/12 | Draft stipulation to continue motion to dismiss hearing. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 09/20/12 | Communication with opposing counsel regarding revised stipulation to continue hearing date. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 09/20/12 | Revise stipulation to continue motion to dismiss hearing incorporating comments from T. Buell. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 09/21/12 | Review and analyze opposition to motion to dismiss, motion to dismiss, and complaint in preparation of drafting reply. | L210 | 1.20 | 225.00 | 270.00 |
| MKK | 09/21/12 | Analysis and evaluation of TILA and RESPA violations in preparation of drafting reply brief. | L210 | 1.10 | 225.00 | 247.50 |
| MKK | 09/23/12 | Draft reply to opposition. | L210 | 0.90 | 225.00 | 202.50 |
| MKK | 09/24/12 | Draft reply to opposition. | L210 | 1.80 | 225.00 | 405.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329363 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Maciel, Martha & Antonio | | | | |

| MKK | 09/27/12 | Revise reply brief. | L210 | 0.90 | 225.00 | 202.50 |
| | | **TOTAL** | | **7.40** | | **$1,670.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $112.50 |
| L210 | Pleadings | 6.80 | $1,530.00 |
| | **TOTAL** | **7.40** | **$1,670.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Kamka, Mary Kate | MKK | Special Counsel | 7.30 | 225.00 | $1,642.50 |
| | **Total** | | **7.40** | | **$1,670.40** |

| PRIOR FEES | $6,844.60 |
|---|---|
| PRIOR COSTS & EXPENSES | $86.49 |

| FEES | $1,670.40 |
|---|---|
| **TOTAL THIS INVOICE** | **$1,670.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329364    JBS

October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1316    Zeppeiro, Peter
                  GMAC Matter No.: 730045

**TOTAL AMOUNT DUE**        **$1,603.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329364     JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1316     Zeppeiro, Peter
                          GMAC Matter No.: 730045

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/05/12 | Prepare correspondence to client re opposition to motion to dismiss and preparation of reply. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 09/06/12 | Analyze lengthy fact package and other documents sent by client for title policy to make title claim. | L190 | 0.80 | 288.00 | 230.40 |
| DL | 09/07/12 | Exchange correspondence with client re obtaining title policy to make title claim. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/07/12 | Analyze plaintiff's counsel's declaration re reasons for filing late opposition to motion to dismiss. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/11/12 | Analyze order continuing hearing on motion to dismiss and order re plaintiff filing late opposition; prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 09/11/12 | Draft title claim letter to insurer re action filed against Homecomings alleging possible forgery on deed of trust. | L190 | 0.60 | 288.00 | 172.80 |
| DL | 09/20/12 | Further analyze order for Scheduling Conference; prepare correspondence to plaintiff's counsel re preparing joint scheduling report. | L230 | 0.30 | 288.00 | 86.40 |
| DL | 09/21/12 | Further draft and revise title claim policy providing allegations and timeline of alleged events leading to erroneous legal description on deed of trust; and provide background on status of litigation and Homecomings' | L190 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329364 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Zeppeiro, Peter | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | bankrupty. | | | | |
| DL | 09/24/12 | Exchange correspondence with plaintiff's counsel re preparing Rule 26 report. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 09/26/12 | Exchange correspondence with plaintiff's counsel re scheduling conference and preparing Rule 26 report. | L230 | 0.50 | 288.00 | 144.00 |
| DL | 09/27/12 | Draft Joint Rule 26(f) Report. | L430 | 1.30 | 288.00 | 374.40 |
| | | **TOTAL** | | **5.40** | | **$1,555.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/21/12 | One Legal, Inc.; Transmittal of filing to court; Notice of BK 09/04/12 | 22.95 |
| 09/24/12 | One Legal, Inc.; Transmittal of filing to court; Reply 09/05/12 | 25.45 |
| | **TOTAL COSTS & EXPENSES** | **$48.40** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 2.90 | $835.20 |
| L230 | Court Mandated Conferences | 0.80 | $230.40 |
| L430 | Written Motions/Submissions | 1.70 | $489.60 |
| | **TOTAL** | **5.40** | **$1,555.20** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 5.40 | 288.00 | $1,555.20 |
| | **Total** | | **5.40** | | **$1,555.20** |

| | |
|---|---|
| PRIOR FEES | $6,872.40 |
| PRIOR COSTS & EXPENSES | $134.08 |

| | |
|---|---|
| FEES | $1,555.20 |
| COSTS & EXPENSES | $48.40 |
| **TOTAL THIS INVOICE** | **$1,603.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329365     JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1320      Krajnyak-Vestil, Ildiko
                     GMAC Matter No.: 730087

**TOTAL AMOUNT DUE**          $1,120.95

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329365     JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1320     Krajnyak-Vestil, Ildiko
                          GMAC Matter No.: 730087

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/14/12 | Draft and prepare the client's case management statement in light of the pending case management conference hearing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/14/12 | Review and analysis of plaintiff's offer to settle the case and determine how to respond | L160 | 0.20 | 238.50 | 47.70 |
| YS | 09/14/12 | Draft correspondence to client regarding proposed terms and conditions to settle this case | L160 | 0.30 | 238.50 | 71.55 |
| YS | 09/14/12 | Telephone conference with plaintiff's counsel regarding settling this matter | L160 | 0.20 | 238.50 | 47.70 |
| YS | 09/18/12 | Draft the proposed Settlement and Release Agreement in light of the parties agreement to resolve this matter | L160 | 2.70 | 238.50 | 643.95 |
| YS | 09/18/12 | Telephone conference with plaintiff's counsel regarding the terms and conditions of the settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| YS | 09/19/12 | Draft correspondence to plaintiff's counsel regarding the terms and conditions in the settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| YS | 09/27/12 | Review and analysis of plaintiff's proposed revisions to the settlement agreement and determine how to respond | L160 | 0.20 | 238.50 | 47.70 |
| YS | 09/28/12 | Draft correspondence to plaintiff's counsel regarding proposed revisions to the settlement agreement | L160 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329365 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Krajnyak-Vestil, Ildiko | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 4.70 | **$1,120.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 4.30 | $1,025.55 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 0.30 | $71.55 |
| | **TOTAL** | **4.70** | **$1,120.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 4.70 | 238.50 | $1,120.95 |
| | **Total** | | **4.70** | | **$1,120.95** |

| | |
|---|---|
| PRIOR FEES | $4,437.00 |
| PRIOR COSTS & EXPENSES | $580.67 |

| | |
|---|---|
| FEES | $1,120.95 |
| **TOTAL THIS INVOICE** | **$1,120.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329366      JBS                                              October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1322      Wainwright, Barbara
                     GMAC Matter No.: 730134


**TOTAL AMOUNT DUE**            **$861.49**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329366    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1322    Wainwright, Barbara
                GMAC Matter No.: 730134

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Prepare email to client, J.Holtgren, with draft letter to Plaintiff's counsel. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/07/12 | Prepare email to client, J. Holtgren, re: dismissal and potential file closing. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/21/12 | Prepare email to client, J. Holtgren, re: service of complaint and need to re-open file. | L120 | 0.30 | 270.00 | 81.00 |
| YS | 09/24/12 | Review and analysis of plaintiff's complaint, the allegations contained therein, title history, and pleadings on file in order to determine client's legal defenses and remedies | L120 | 1.80 | 238.50 | 429.30 |
| LJT | 09/26/12 | Research title records re current status of title, ascertain status of foreclosure sale, Pacer research to ascertain bankruptcy filings by plaintiff, and review docket re status and Chapter 7 petition and schedules. | L110 | 0.30 | 130.50 | 39.15 |
| LJT | 09/27/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| | | **TOTAL** | | **3.60** | | **$747.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 7 Saint Vincent Orange, CA 07/07/12 | 98.59 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior | 15.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329366    **CLIENT**    GMAC ResCap                          Page          2
                         **MATTER**    Wainwright, Barbara

---

Court WE - CA 07/23/12
**TOTAL COSTS & EXPENSES**                                      **$113.59**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $156.60 |
| L120 | Analysis/Strategy | 2.40 | $591.30 |
| | **TOTAL** | **3.60** | **$747.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.60 | 270.00 | $162.00 |
| Tarwater, Linda | LJT | Paralegal | 1.20 | 130.50 | $156.60 |
| Shaham, Yaron | YS | Special Counsel | 1.80 | 238.50 | $429.30 |
| | **Total** | | **3.60** | | **$747.90** |

PRIOR FEES                          $939.60
PRIOR COSTS & EXPENSES              $7.85

                                    FEES          $747.90
                    COSTS & EXPENSES              $113.59
                    **TOTAL THIS INVOICE**        **$861.49**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329367    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1323    Powderly, Christina and Paul
GMAC Matter No.: 730151

**TOTAL AMOUNT DUE**                    **$1,925.50**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329367    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1323    Powderly, Christina and Paul
                        GMAC Matter No.: 730151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 09/07/12 | Analyze plaintiff's ex parte notice for TRO and to file amended complaint. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 09/10/12 | Analyze court docket re filing of amended complaint; and prepare correspondence to client re no complaint filed. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/11/12 | Analyze docket for opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/12/12 | Analyze court docket re status of filing of first amended complaint. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/13/12 | Analyze plaintiff's lengthy first amended complaint. | L210 | 0.50 | 288.00 | 144.00 |
| DL | 09/17/12 | Provide analysis of first amended complaint for client and provide recommendation for not removing action and filing notices of bankruptcy based on new allegations in complaint. | L210 | 0.80 | 288.00 | 230.40 |
| LJT | 09/18/12 | Research title records to ascertain recording of trustee's deed upon sale, telephone call to trustee re status of sale and draft e-mail re same. | L110 | 0.20 | 130.50 | 26.10 |
| DL | 09/18/12 | Draft notice of bankruptcy stay for GMAC, Homecomings, ETS and Residential Capital. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 09/18/12 | Draft demurrer to first amended complaint re updated factual background and address claims for TILA violations, fraud, constructive fraud, intentional misrepresentation, breach of fiduciary duty, unfair | L430 | 1.70 | 288.00 | 489.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329367 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Powderly, Christina & Paul | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | competition, quiet title, declaratory relief and injunctive relief. | | | | |
| DL | 09/20/12 | Prepare demurrer to complaint re plaintiff's allegations regarding larceny and coercion; add argument re plaintiff's lack of standing to sue for alleged criminal violations. | L430 | 0.60 | 288.00 | 172.80 |
| DL | 09/21/12 | Finalize notice of bankruptcy stay and letter to plaintiffs re bankruptcy stay; and prepare correspondence to client re same. | L190 | 0.50 | 288.00 | 144.00 |
| DL | 09/27/12 | Prepare and revise arguments for demurrer to first amended complaint re claims for TILA, fraud, breach of fiduciary duty, unfair competition, declaratory relief, and prepare introduction and email client re same. | L430 | 1.40 | 288.00 | 403.20 |
| | | **TOTAL** | | **6.70** | | **$1,898.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/10/12 | David M. Liu; Transportation; Hearing on Demurrer, Orange County 8/28/12 | 17.45 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling 08/30/12 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$27.40** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L190 | Other Case Assessment | 0.90 | $259.20 |
| L210 | Pleadings | 1.30 | $374.40 |
| L430 | Written Motions/Submissions | 4.30 | $1,238.40 |
| | **TOTAL** | **6.70** | **$1,898.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 6.50 | 288.00 | $1,872.00 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| | **Total** | | **6.70** | | **$1,898.10** |

PRIOR FEES                                    $4,454.10

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  329367 | CLIENT | GMAC ResCap | Page | 3 |
| | MATTER | Powderly, Christina & Paul | | |

PRIOR COSTS & EXPENSES                    $2,026.43

|  |  |
|---|---|
| FEES | $1,898.10 |
| COSTS & EXPENSES | $27.40 |
| **TOTAL THIS INVOICE** | **$1,925.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329368    JBS                                  October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1327    Ganci, Ashley
GMAC Matter No.: 730090

**TOTAL AMOUNT DUE**              **$1,431.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329368     JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1327     Ganci, Ashley
                          GMAC Matter No.: 730090

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/05/12 | Draft correspondence to plaintiff's counsel regarding possible loan modification and plaintiff's request to stay the litigation while the loan modification is being considered | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 09/19/12 | Drafted Request for Judicial Notice in support of Demurrer to First Amended Complaint. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 09/19/12 | Drafted Proposed Order on Demurrer to First Amended Complaint. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 09/19/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on behalf of clients in response to Plaintiff's First Amended Complaint. | L210 | 4.30 | 238.50 | 1,025.55 |
| YS | 09/20/12 | Further drafting and revising of clients' demurrer, request for judicial notice, and proposed order in response to plaintiff's first amended complaint | L210 | 0.50 | 238.50 | 119.25 |
| | | **TOTAL** | | **6.00** | | **$1,431.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329368 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Ganci, Ashley | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.40 | $95.40 | | |
| L210 | Pleadings | | 5.60 | $1,335.60 | | |
| | **TOTAL** | | **6.00** | **$1,431.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 5.10 | 238.50 | $1,216.35 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **6.00** | | **$1,431.00** |

PRIOR FEES                           $2,064.60
PRIOR COSTS & EXPENSES        $49.95

| | | |
|---|---|---|
| FEES | | $1,431.00 |
| **TOTAL THIS INVOICE** | | **$1,431.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329369    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1334     Villanueva, Manuel, Lourdes and Angel
                       GMAC Matter No.: 730481

**TOTAL AMOUNT DUE**            $3,052.10

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329369    JBS                                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1334    Villanueva, Manuel, Lourdes and Angel
GMAC Matter No.: 730481

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/05/12 | Draft correspondence to plaintiff's counsel regarding the demurrer filed with the Court | L190 | 0.20 | 238.50 | 47.70 |
| YS | 09/11/12 | Telephone conference with plaintiffs' counsel regarding the parties which must submit a loan modification application for consideration by the client | L190 | 0.20 | 238.50 | 47.70 |
| YS | 09/12/12 | Review and analysis of plaintiff Angel Villanueva's financials in light of plaintiffs' attempt to obtain a loan modification | L120 | 0.60 | 238.50 | 143.10 |
| YS | 09/12/12 | Draft correspondence to client regarding plaintiff Angel Villanueva's financials in light of plaintiffs attempt to obtain a loan modification | L190 | 0.20 | 238.50 | 47.70 |
| YS | 09/18/12 | Draft correspondence to plaintiff's counsel regarding obtaining a completed loan modification application from Angel Villanueva in an effort tto resolve this case | L160 | 0.30 | 238.50 | 71.55 |
| YS | 09/19/12 | Receipt, review and analysis of the plaintiff's notice of intention to file first amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/24/12 | Attend the hearing on clients' demurrer to plaintiffs' complaint and determine how to proceed with clients' defense based on the Court's ruling | L450 | 3.80 | 238.50 | 906.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329369 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Villanueva, Manuel & Lourdes | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YS | 09/24/12 | Review and analysis of plaintiffs' first amended complaint and determine how to respond | L120 | 0.50 | 238.50 | | 119.25 |
| YS | 09/24/12 | Draft notice of ruling on clients' demurrer to plaintiffs' complaint | L210 | 0.30 | 238.50 | | 71.55 |
| YS | 09/24/12 | Draft correspondence to client regarding out come from hearing on clients' demurrer to the complaint, and plaintiffs' first amended complaint | L190 | 0.30 | 238.50 | | 71.55 |
| JHT | 09/24/12 | Drafted Notice of Demurrer, Demurrer and Memorandum of Points and Authorities on behalf of clients in response to Plaintiffs' First Amended Complaint. | L210 | 4.70 | 238.50 | | 1,120.95 |
| JHT | 09/24/12 | Drafted Request for Judicial Notice in support of Demurrer to First Amended Complaint. | L210 | 0.50 | 238.50 | | 119.25 |
| JHT | 09/24/12 | Drafted Proposed Order on Demurrer to First Amended Complaint. | L210 | 0.30 | 238.50 | | 71.55 |
| YS | 09/25/12 | Further drafting and revising of clients demurrer, request for judicial notice, and proposed order in response to plaintiffs' first amended complaint | L210 | 0.50 | 238.50 | | 119.25 |
| | | **TOTAL** | | **12.60** | | | **$3,005.10** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/26/12 | Yaron Shaham; Transportation; Demurrer hearing, Riverside 9/24/12 | | 47.00 |
| | **TOTAL COSTS & EXPENSES** | **$47.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.20 | $286.20 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 1.00 | $238.50 |
| L210 | Pleadings | 6.30 | $1,502.55 |
| L450 | Trial and Hearing Attendance | 3.80 | $906.30 |
| | **TOTAL** | **12.60** | **$3,005.10** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329369 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Villanueva, Manuel & Lourdes | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 5.50 | 238.50 | $1,311.75 |
| Shaham, Yaron | YS | Special Counsel | 7.10 | 238.50 | $1,693.35 |
| | **Total** | | **12.60** | | **$3,005.10** |

PRIOR FEES                           $3,201.75
PRIOR COSTS & EXPENSES      $1,953.79

| | |
|---|---|
| FEES | $3,005.10 |
| COSTS & EXPENSES | $47.00 |
| **TOTAL THIS INVOICE** | **$3,052.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329370    JBS

October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1337    Pichardo, Julio
GMAC Matter No.: 730487

**TOTAL AMOUNT DUE**        **$255.15**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329370     JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1337     Pichardo, Julio
                          GMAC Matter No.: 730487

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 09/05/12 | Telephone conference with Erica Richards at Morrison & Foerster regarding Plaintiff's discussions with Morrison & Foerster regarding bankruptcy stay and strategy as to how to proceed going forward. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 09/07/12 | Analysis and evaluation of potential settlement issues and correspondence with bankruptcy counsel and our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DHC | 09/13/12 | Conference with Natasha Campbell, Jennifer Scoliard, Kathy Priore and Mary Kate Sullivan re Plaintiff's RFS motion in ResCap BK. | L250 | 0.30 | 337.50 | 101.25 |
| | | **TOTAL** | | **0.90** | | **$255.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L250 | Other Written Motions | 0.30 | $101.25 |
| | **TOTAL** | **0.90** | **$255.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329370 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Pichardo, Julio | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.30 | 337.50 | $101.25 |
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **0.90** | | **$255.15** |

PRIOR FEES                                $3,859.20
PRIOR COSTS & EXPENSES            $444.75


FEES                           $255.15
**TOTAL THIS INVOICE**        **$255.15**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329371    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1338     Saldana, Mariana and Juan
                   GMAC Matter No.: 730413

**TOTAL AMOUNT DUE**             **$753.00**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329371    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1338    Saldana, Mariana and Juan
GMAC Matter No.: 730413

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/17/12 | Receive and analyze Plaintiff's opposition to demurrer to complaint. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 09/18/12 | Prepare for hearing on demurrer to complaint. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 09/19/12 | Appear at hearing on demurrer to complaint. | L120 | 0.70 | 270.00 | 189.00 |
| KWF | 09/19/12 | Prepare notice of ruling on demurrer. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 09/19/12 | Telephone conference with Plaintiff's counsel's office, J. Beard, re: settlement. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 09/19/12 | Prepare email to client, C. Bonello, re: settlement and foreclosure sale. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/19/12 | Prepare email to Plaintiff's counsel's office with settlement offer. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.50** | | **$675.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service; 09/19/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                    **$78.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 2.00 | $540.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.00 |
| L210 | Pleadings | 0.30 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329371 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Saldana, Mariana & Juan | | | | |

| | TOTAL | | 2.50 | $675.00 | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Franich, Kerry | KWF | Associate | 2.50 | 270.00 | $675.00 | |
| | Total | | **2.50** | | **$675.00** | |

| PRIOR FEES | $3,832.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,478.59 |

| | |
|---|---|
| FEES | $675.00 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$753.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329372    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1342    Cole, Karen
                  GMAC Matter No.: 730726

**TOTAL AMOUNT DUE**          **$292.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 329372 | JBS | | October 15, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1342    Cole, Karen
GMAC Matter No.: 730726

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 09/17/12 | Communication with Wells Fargo contact updating him on status of adversary case | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 09/28/12 | Draft, review and revise client portion of joint status report | L210 | 0.70 | 292.50 | 204.75 |
| | | **TOTAL** | | **1.00** | | **$292.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $87.75 | | | |
| L210 | Pleadings | 0.70 | $204.75 | | | |
| | **TOTAL** | **1.00** | **$292.50** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 292.50 | $292.50 |
| | **Total** | | **1.00** | | **$292.50** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $1,723.50 | | |
| | FEES | | $292.50 |
| | **TOTAL THIS INVOICE** | | **$292.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329373      JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000     GMAC ResCap
MATTER     1344      Edwards, Lawrence M.
                              GMAC Matter No.: 731153

**TOTAL AMOUNT DUE**              **$209.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329373    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1344    Edwards, Lawrence M.
                         GMAC Matter No.: 731153

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JBS | 08/01/12 | Analysis and evaluation of correspondence from client regarding new complaint | L120 | 0.30 | 427.50 | 128.25 |
| KWF | 08/27/12 | Prepare email to Plaintiff's counsel, K. Crone, re: voluntary dismissal. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Prepare email to client, C. DiCicco advising of case status and co-defendant's demurrer. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.60** | | **$209.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|--|-------|--------|--|--|
| L120    Analysis/Strategy | | 0.60 | $209.25 | | |
| **TOTAL** | | **0.60** | **$209.25** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Franich, Kerry | KWF | Associate | 0.30 | 270.00 | $81.00 |
| | **Total** | | **0.60** | | **$209.25** |

| | | | |
|--|--|--|--|
| PRIOR FEES | $469.80 | | |
| | | FEES | $209.25 |
| | | **TOTAL THIS INVOICE** | **$209.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329374    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1345     Rozier, Karen Michelle
                   GMAC Matter No.: 731151



**TOTAL AMOUNT DUE**              **$1,662.59**



### *** REMITTANCE COPY ***
*Please include this page with payment.*



Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329374      JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1345      Rozier, Karen Michelle
                            GMAC Matter No.: 731151

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ANB | 09/05/12 | Phone conference with client to discuss content of letter sent to debtors congressman in response to inquiry as to litigated file | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 09/06/12 | Forward copy of letter sent to Congressman in response to plaintiff's inquiry | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 09/10/12 | Review notice of deficient appeal, and advise client | L120 | 0.20 | 292.50 | 58.50 |
| DHC | 09/13/12 | Conference with Adam Barasch re strategy and proceeding with foreclosure sale. | L120 | 0.50 | 337.50 | 168.75 |
| ANB | 09/13/12 | Discuss merits of preceding to sale with DHC and BJK, advise client and advise client of strategy for resolving appeal | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 09/17/12 | Review e-mail from debtor/appellant seeking continuance of foreclosure sale, forward to client and meet and confer with BJK regarding e-mail | L120 | 0.50 | 292.50 | 146.25 |
| DHC | 09/18/12 | Conference with Adam Barasch re borrower's threats to commit waste. | L190 | 0.50 | 337.50 | 168.75 |
| ANB | 09/18/12 | Conference call with client to discuss latest e-mail from appellant/debtor threatening to damage home if foreclosure sale occurs | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 09/20/12 | Communication to Plaintiffs counsel to schedule time to meet and confer on joint status report | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 09/20/12 | Conference with client and ETS regarding date for foreclosure sale, | L120 | 1.00 | 292.50 | 292.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329374 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Rozier, Karen Michelle | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | contact debtor to advise of sale date, and contact KF to discuss potential TRO hearing appearance needed by Irvine office | | | | |
| ANB | 09/28/12 | Phone conference with client regarding status of foreclosure sale, | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 09/28/12 | Phone conference with foreclosure trustee representative and client to discuss options of rescinding sale per debtors recent communications | L120 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **5.40** | | **$1,624.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 7957 Dahila Circle Orange, CA 08/07/12 | | 38.09 |
| | **TOTAL COSTS & EXPENSES** | **$38.09** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.90 | $1,455.75 |
| L190 | Other Case Assessment | 0.50 | $168.75 |
| | **TOTAL** | **5.40** | **$1,624.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 4.40 | 292.50 | $1,287.00 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| | **Total** | | **5.40** | | **$1,624.50** |

| PRIOR FEES | $1,627.65 | | |
|---|---|---|---|
| | | FEES | $1,624.50 |
| | | COSTS & EXPENSES | $38.09 |
| | | **TOTAL THIS INVOICE** | **$1,662.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329375      JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1351       Poblete, Roberto (Arrastia)
                            GMAC Matter No.: 731063

**TOTAL AMOUNT DUE**          **$238.54**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329375    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1351    Poblete, Roberto (Arrastia)
                         GMAC Matter No.: 731063

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.10** | | **$23.85** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-San Bernardino, Document 2012.237723 08/09/12 | 4.95 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 16045 Elaine Drive San Bernardo, CA 08/09/12 | 63.94 |
| 09/11/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Electronic Filing (NEF) - Please place a copy on the back of each of the 3 documents, Motion to Dismiss...08/17/12 | 72.90 |
| 09/13/12 | One Legal, Inc.; Transmittal of filing to court; Certificate and Notice of Interested Parties (w/NEF on back of document) 08/21/12 | 72.90 |
| | **TOTAL COSTS & EXPENSES** | **$214.69** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190    Other Case Assessment | 0.10 | $23.85 |
| **TOTAL** | **0.10** | **$23.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329375      CLIENT    GMAC ResCap                              Page      2
                          MATTER    Poblete, Roberto (Arrastia)

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **0.10** | | **$23.85** |

PRIOR FEES                                  $3,191.85

|  |  |
|---|---|
| FEES | $23.85 |
| COSTS & EXPENSES | $214.69 |
| **TOTAL THIS INVOICE** | **$238.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329376      JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1357 | Figueroa, Eniko |
| | | GMAC Matter No.: 731612 |

**TOTAL AMOUNT DUE**          **$952.69**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## *Severson*
## *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329376    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1357    Figueroa, Eniko
                        GMAC Matter No.: 731612

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/06/12 | Telephone conference with Plaintiff's counsel re: settlement. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/06/12 | Prepare email to client, C. DiCicco, re: settlement. | L120 | 0.10 | 270.00 | 27.00 |
| TNA | 09/06/12 | Prepare declaration in support of opposition to preliminary injunction. | L220 | 1.20 | 270.00 | 324.00 |
| KWF | 09/14/12 | Telephone conference with Plaintiff's counsel, E. Nguyen, re: settlement. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/14/12 | Prepare email to client, C. DiCicco, re: settlement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/17/12 | Prepare email to Plaintiff's counsel re: foreclosure sale date. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/19/12 | Prepare email to client, C. DiCicco, inquiry re: stipulated stay of litigation and status of junior lien. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/21/12 | Prepare email to Plaintiff's counsel re: stay of litigation. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/24/12 | Prepare email to client, C. DiCicco, re: loan modification terms. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 09/24/12 | Prepare email to Plaintiff's counsel, E. Nguyen, re: settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 09/25/12 | Telephone conference with Plaintiff's counsel, E. Nguyen, re: settlement. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/25/12 | Prepare email to client, C. DiCicco, re: loan modification terms. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **3.00** | | **$810.00** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329376 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Figueroa, Eniko | | |

| Date | Description | Amount |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 26824 Kendall Avenue Los Angeles, CA 08/15/12 | 73.84 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; Notice 08/30/12 | 22.95 |
| 09/21/12 | One Legal, Inc.; Transmittal of filing to court; Cert of Int Paties, Motion, Request for Judicial Notice 09/04/12 | 22.95 |
| 09/24/12 | One Legal, Inc.; Transmittal of filing to court; Notice 09/06/12 | 22.95 |
| | **TOTAL COSTS & EXPENSES** | **$142.69** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $405.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| L220 | Preliminary Injunctions/Provis | 1.20 | $324.00 |
| | **TOTAL** | **3.00** | **$810.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.80 | 270.00 | $486.00 |
| Abbott, Thomas | TNA | Associate | 1.20 | 270.00 | $324.00 |
| | **Total** | | **3.00** | | **$810.00** |

| PRIOR FEES | $4,896.45 | |
|---|---|---|
| | FEES | $810.00 |
| | COSTS & EXPENSES | $142.69 |
| | **TOTAL THIS INVOICE** | **$952.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329377    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1359     Smith, Brian and Katherine
                   GMAC Matter No.: 731613

**TOTAL AMOUNT DUE**          **$258.34**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Séverson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329377    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1359    Smith, Brian and Katherine
GMAC Matter No.: 731613

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/04/12 | Analysis and evaluation of the court's order voiding Plaintiffs' summons and complaint and dismissing the case and attention to case investigation and pending case issues. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/27/12 | Correspondence with our client to advise regarding case dismissal and final case issues. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **0.60** | | **$164.70** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-Santa Barbara, Document 2010.57555 08/16/12 | 9.90 |
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 729 Mission Canyon Road Santa Barbara, CA 08/16/12 | 83.74 |
| | **TOTAL COSTS & EXPENSES** | **$93.64** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| | **TOTAL** | **0.60** | **$164.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329377 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Smith, Brian & Katherine | | | |

| | **Total** | | **0.60** | **$164.70** |
|---|---|---|---|---|

PRIOR FEES                          $3,708.00
PRIOR COSTS & EXPENSES              $870.00

| | | |
|---|---|---|
| FEES | $164.70 |
| COSTS & EXPENSES | $93.64 |
| **TOTAL THIS INVOICE** | **$258.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329378    JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1360 | Espinosa, Amador |
| | | GMAC Matter No.: 731738 |

**TOTAL AMOUNT DUE**          **$204.75**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329378    JBS                                          October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1360    Espinosa, Amador
                        GMAC Matter No.: 731738

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 09/10/12 | Follow up with plaintiff's counsel regarding dismissal of adversary | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 09/18/12 | Review adversary notice of closure of case, review docket to confirm closure of case due to lack of jurisdiction, forward docket to client and advise client of closure of adversary | L120 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **0.70** | | **$204.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120    Analysis/Strategy | | 0.70 | $204.75 |
| **TOTAL** | | **0.70** | **$204.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 0.70 | 292.50 | $204.75 |
| **Total** | | | **0.70** | | **$204.75** |

| PRIOR FEES | | $2,139.95 | | |
|------------|---|-----------|---|---|
| | | | FEES | $204.75 |
| | | **TOTAL THIS INVOICE** | | **$204.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329379    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1363    Acosta, Daniel and Maritza
                  GMAC Matter: 731645

**TOTAL AMOUNT DUE**          $2,443.54

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329379    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1363    Acosta, Daniel and Maritza
                        GMAC Matter: 731645

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JD | 08/29/12 | Begin review and analysis of complaint. | L210 | 1.10 | 238.50 | 262.35 |
| RJG | 09/06/12 | Analysis and evaluation of responsive pleading and pending case issues and attention to responsive pleading strategy. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 09/12/12 | Analysis and evaluation of case investigation and responsive pleading issues and attention to litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 09/13/12 | Attention to service of process and responsive pleading issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| JD | 09/17/12 | Begin drafting and revising demurrer. | L210 | 2.40 | 238.50 | 572.40 |
| JD | 09/18/12 | Draft and revise demurrer. | L210 | 3.90 | 238.50 | 930.15 |
| RJG | 09/19/12 | Telephone call California Housing Finance Agency in house counsel regarding case defense and litigation strategy. | L120 | 0.40 | 274.50 | 109.80 |
| JD | 09/21/12 | Conference with client and revise demurrer. | L210 | 0.60 | 238.50 | 143.10 |
| RJG | 09/21/12 | Analysis and evaluation of California Housing Finance Agency responsive pleading issues and briefing to respond to an inquiry from our California Housing Finance Agency client. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **9.70** | | **$2,374.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329379    CLIENT    GMAC ResCap                    Page        2
                        MATTER    Acosta, Daniel & Maritza

## COSTS & EXPENSES

09/06/12  Cardmember Service/Bank One (Acct #2707);                          68.89
          Data Search; 855 W. San Ysidro Blvd. #1 San
          Diego, CA 08/20/12
          **TOTAL COSTS & EXPENSES**                          **$68.89**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 |
| L210 | Pleadings | 8.00 | $1,908.00 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **9.70** | **$2,374.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Dykstra, Jonathan | JD | Associate | 8.00 | 238.50 | $1,908.00 |
| Gandy, Robert | RJG | Special Counsel | 1.70 | 274.50 | $466.65 |
| | **Total** | | **9.70** | | **$2,374.65** |

PRIOR FEES                          $1,089.90

|  |  |
|---|---|
| FEES | $2,374.65 |
| COSTS & EXPENSES | $68.89 |
| **TOTAL THIS INVOICE** | **$2,443.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329380    JBS                                      October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1364     Shepherd, Scott
                   GMAC Matter No.: 731678

**TOTAL AMOUNT DUE**          **$1,779.49**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329380     JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1364     Shepherd, Scott
                          GMAC Matter No.: 731678

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| PG | 09/10/12 | Review Complaint and title documents and draft early case evaluation to client. | L120 | 1.00 | 247.50 | 247.50 |
| PG | 09/10/12 | Series of telephone calls to Plaintiff's Counsel re: possibility of dismissal in exchange for loan modification review. | L160 | 0.20 | 247.50 | 49.50 |
| LJT | 09/12/12 | Draft stipulation and proposed order continuing Order to Show Cause re preliminary injunction hearing. | L160 | 0.60 | 130.50 | 78.30 |
| PG | 09/12/12 | Exchange of emails with Plaintiff's Counsel re: stipulating to continue OSC Re: Preliminary Injunction. | L220 | 0.20 | 247.50 | 49.50 |
| PG | 09/13/12 | Revise and finalize stipulation to continue OSC Re: Preliminary Injunction. | L220 | 0.40 | 247.50 | 99.00 |
| RMI | 09/14/12 | Conference with P. Grammatico re case history and strategy re transfer of case. Review plaintiff's complaint and allegations. | L120 | 0.60 | 247.50 | 148.50 |
| PG | 09/17/12 | Legal analysis and strategizing with R. Ito re: status of possible settlement of case and strategy for resolution. | L120 | 0.40 | 247.50 | 99.00 |
| RMI | 09/17/12 | Review answer to complaint re filing. | L210 | 0.20 | 247.50 | 49.50 |
| RMI | 09/17/12 | Review and analyze plaintiff's request for preliminary injunction. | L220 | 0.30 | 247.50 | 74.25 |
| RMI | 09/17/12 | Call to plaintiff's counsel re settlement. | L160 | 0.20 | 247.50 | 49.50 |
| RMI | 09/18/12 | Conference with plaintiff's counsel re settlement and possible modification review. | L160 | 0.40 | 247.50 | 99.00 |
| RMI | 09/20/12 | Communicate with court re continuance of preliminary injunction hearing. | L220 | 0.20 | 247.50 | 49.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329380 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Scott | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RMI | 09/25/12 | Review email from plaintiff's counsel re settlement and possible stipulation to stay litigation. Conference with plaintiff's counsel re allegations and settlement. Prepare email to plaintiff's counsel re settlement. | L160 | 0.60 | 247.50 | | 148.50 |
| RMI | 09/25/12 | Review email and message from plaintiff's counsel re settlement negotiations and litigation stipulation. Settlement conference with plaintiff's counsel. | L160 | 0.50 | 247.50 | | 123.75 |
| RMI | 09/26/12 | Review email from plaintiff's counsel re confirmation of sale postponement. Review file as to sale postponement and court order. Prepare email to plaintiff's counsel re sale postponement. | L120 | 0.40 | 247.50 | | 99.00 |
| RMI | 09/26/12 | Review multiple emails from plaintiff's counsel re modification review and possible settlement. Prepare multiple emails to plaintiff's counsel re settlement. Conference with plaintiff's counsel re settlement. | L160 | 0.60 | 247.50 | | 148.50 |
| | | **TOTAL** | | **6.80** | | | **$1,612.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1143 East Everett Place Orange, CA 08/20/12 | 88.69 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/28/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$166.69** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.40 | $594.00 |
| L160 | Settlement/Non-Binding ADR | 3.10 | $697.05 |
| L210 | Pleadings | 0.20 | $49.50 |
| L220 | Preliminary Injunctions/Provis | 1.10 | $272.25 |
| | **TOTAL** | **6.80** | **$1,612.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329380      CLIENT    GMAC ResCap                                Page        3
                          MATTER   Shepherd, Scott

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.60 | 130.50 | $78.30 |
| Grammatico, Paul | PG | Associate | 2.20 | 247.50 | $544.50 |
| Ito, Ryan | RMI | Associate | 4.00 | 247.50 | $990.00 |
| | **Total** | | **6.80** | | **$1,612.80** |

PRIOR FEES                              $794.25

|  |  |
|---|---|
| FEES | $1,612.80 |
| COSTS & EXPENSES | $166.69 |
| **TOTAL THIS INVOICE** | **$1,779.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329381    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1366     Park, Jae Keun
                   GMAC Matter No.: 731798

**TOTAL AMOUNT DUE**          **$402.64**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329381     JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1366     Park, Jae Keun
                          GMAC Matter No.: 731798

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994       09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| KWF | 09/04/12 | Prepare email to C. DiCicco in response to client inquiry re: complaint. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 09/07/12 | Prepare emails to client and Plaintiffs' counsel re: settlement and loan modification. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 09/13/12 | Prepare email to Plaintiff's counsel, re: status of loan modification review. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/17/12 | Receipt of borrower's loss mitigation package. Prepare email to client, C. DiCicco, re: same. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/19/12 | Prepare email to Plaintiff's counsel, L. Sayed, re: omissions in loan modification package. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 09/25/12 | Attention to upcoming sale date. | L190 | 0.10 | 333.00 | 33.30 |
| KWF | 09/25/12 | Prepare email to Plaintiff's counsel re: remaining questions unanswered in financial analysis form. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.10** | | **$303.30** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1041 Elden Avenue Los Angeles, CA 08/22/12 | | 99.34 |

**TOTAL COSTS & EXPENSES**                    **$99.34**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329381     CLIENT    GMAC ResCap                     Page        2
                         MATTER   Park, Jae Keun

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $216.00 | | | |
| L190 | Other Case Assessment | 0.30 | $87.30 | | | |
| | **TOTAL** | **1.10** | **$303.30** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **1.10** | | **$303.30** |

PRIOR FEES                              $674.10

|  |  |
|---|---|
| FEES | $303.30 |
| COSTS & EXPENSES | $99.34 |
| **TOTAL THIS INVOICE** | **$402.64** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329382    JBS                                October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1381 | Villalpado, David Francisco |
| | | GMAC Matter No.: 732309 |

**TOTAL AMOUNT DUE**            **$1,689.30**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329382    JBS                                              October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1381    Villalpado, David Francisco
                          GMAC Matter No.: 732309

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 09/07/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| MJE | 09/07/12 | Receipt of new matter and review of relevant documentation including Complaint and title documents | L110 | 1.00 | 279.00 | 279.00 |
| LJT | 09/08/12 | Research and review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| LJT | 09/08/12 | Pacer research to ascertain bankruptcy filings by plaintiff and review dockets re status. | L110 | 0.10 | 130.50 | 13.05 |
| MJE | 09/11/12 | Review of Complaint and title documents and calendaring | L110 | 0.60 | 279.00 | 167.40 |
| MJE | 09/12/12 | Prepare notes and strategy for responding to Complaint | L240 | 1.30 | 279.00 | 362.70 |
| MJE | 09/18/12 | Review file, status and of email from C. Dicicco regarding Plaintiff's previous attempts at loan modification | L190 | 0.60 | 279.00 | 167.40 |
| MJE | 09/19/12 | Review of documents needed from Borrower and review of Complaint and title history and outline strategy for response | L110 | 1.50 | 279.00 | 418.50 |
| MJE | 09/25/12 | Review of Complaint and prepare for draft of demurrer | L240 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **6.80** | | **$1,689.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329382      CLIENT   GMAC ResCap                              Page        2
                          MATTER   Villalpado, David Francisco

---

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 4.10 | $995.40 |
| L190 | Other Case Assessment | 1.00 | $219.60 |
| L240 | Dispositive Motions | 1.70 | $474.30 |
| | **TOTAL** | **6.80** | **$1,689.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Tarwater, Linda | LJT | Paralegal | 1.00 | 130.50 | $130.50 |
| Esposito, Matthew | MJE | Associate | 5.40 | 279.00 | $1,506.60 |
| | **Total** | | **6.80** | | **$1,689.30** |

|  |  |
|---|---|
| FEES | $1,689.30 |
| **TOTAL THIS INVOICE** | **$1,689.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329383    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    19000    GMAC ResCap
MATTER    1382     Dupont, Anthony D.
                   GMAC Matter No.: 732633




**TOTAL AMOUNT DUE**          **$972.45**




*** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329383    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1382    Dupont, Anthony D.
GMAC Matter No.: 732633

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/14/12 | Analysis and evaluation of case investigation issues and correspondence with our client to address the same. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 09/14/12 | Analyze letter from borrower threatening litigation and strategy re same; prepare correspondence to client re same. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 09/17/12 | Exchange correspondence with client re contacting borrower to discuss possible litigation; and prepare correspondence to borrower re same. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 09/18/12 | Exchange correspondence with borrower re history of dispute and possible resolution of dispute. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 09/19/12 | Analyze Fair Credit Reporting Act statute and cases regarding liability, damages and costs; and analyze cases regarding failure to properly report credit as possible bases for liability. | L190 | 1.20 | 288.00 | 345.60 |
| DL | 09/25/12 | Prepare correspondence to plaintiff re status of settlement offer. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 09/27/12 | Prepare memorandum to client re claims made by borrower and analysis of Fair Credit Reporting Act and plaintiff's settlement offer. | L190 | 0.50 | 288.00 | 144.00 |
| DL | 09/28/12 | Exchange correspondence with client and borrower re status of possible settlement of action. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   329383 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Dupont, Anthony D. | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 3.40 | $972.45 |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $137.25 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $86.40 |
| L190 | Other Case Assessment | 2.60 | $748.80 |
| | **TOTAL** | **3.40** | **$972.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.90 | 288.00 | $835.20 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| | **Total** | | **3.40** | | **$972.45** |

| | | |
|---|---|---|
| | FEES | $972.45 |
| | **TOTAL THIS INVOICE** | **$972.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329384    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1383    Hill, Clydell (II)
                  GMAC Matter No.: 732687

**TOTAL AMOUNT DUE**          $1,225.80

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329384      JBS                                           October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1383      Hill, Clydell (II)
                            GMAC Matter No.: 732687

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 09/18/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 09/18/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| PG | 09/18/12 | Clydele Hill v. GMAC; legal analysis and strategizing with David Lieu re: allegations in Complaint and strategy for resolving case. | L120 | 0.50 | 247.50 | 123.75 |
| RMI | 09/18/12 | Hill v. GMAC/ETS - Conference with P.Grammatico re complaint and allegations.  Attention to docket re case history.  Call to court re dismissal. | L120 | 0.40 | 247.50 | 99.00 |
| DL | 09/18/12 | [19000.1383]  Analyze complaint and court docket re status of litigation; analyze plaintiff's counsel's background; strategy re defending action. | L210 | 0.50 | 288.00 | 144.00 |
| LJT | 09/19/12 | Research title records to prepare chronology, Pacer research to ascertain bankruptcy filings by plaintiff and review dockets re status of same. | L110 | 0.50 | 130.50 | 65.25 |
| LJT | 09/21/12 | Additional title research, review title records and prepare chronology, and research title records on other properties owned by Hill referenced in first amended complaint as to status. | L110 | 2.10 | 130.50 | 274.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   329384      **CLIENT**   GMAC ResCap                          Page      2
                          **MATTER**   Hill, Clydell (II)

| | | | | | | |
|---|---|---|---|---|---|---|
| SMH | 09/25/12 | Review and evaluate complaint, address L210 potential for objection to declaration of non-monetary status by Wells Fargo's counsel. | | 0.30 | 333.00 | 99.90 |
| SMH | 09/27/12 | Attention to lack of involvement by ETS in foreclosure, email to client regarding same. | L190 | 0.20 | 333.00 | 66.60 |
| DL | 09/27/12 | Further analyze complaint, court docket, title chronology and prepare strategy re filing declaration of non-monetary status. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 09/27/12 | Prepare correspondence to plaintiff to discuss possible dismissal of ETS from action. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/28/12 | Prepare case update for client on case chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **5.80** | | **$1,225.80** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.60 | $339.30 |
| L120 | Analysis/Strategy | 1.20 | $351.00 |
| L190 | Other Case Assessment | 1.20 | $291.60 |
| L210 | Pleadings | 0.80 | $243.90 |
| | **TOTAL** | **5.80** | **$1,225.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 2.60 | 130.50 | $339.30 |
| Grammatico, Paul | PG | Associate | 0.50 | 247.50 | $123.75 |
| Ito, Ryan | RMI | Associate | 0.40 | 247.50 | $99.00 |
| Hankins, Suzanne | SMH | Member | 0.50 | 333.00 | $166.50 |
| | **Total** | | **5.80** | | **$1,225.80** |

FEES              $1,225.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement