**Legal Network** LLC

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 270453 | 82035 |
| Invoice Date | Total Due |
| 9/15/12 | 34,198.42 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 270453 | 9/15/12 | 34,198.42 | 1 |

**Service Detail**

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/20/12 | 6834731 | BIL | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Case No.: CISCV174693 FILE/CONFORM/RETURN Signed: REBILL ON AF | SANTA CRUZ CO SUP CT-SANTA CRUZ 701 OCEAN STREET SANTA CRUZ CA 95060-4086 Comment: * NO BASE CHARGE * Case Title: GONZALEZ V H&R BLOCK Ref: 70000.0871 | Adv/Wit Ck: 1305.00 | 1,305.00 |
| 8/21/12 ADDITIONAL BILLING | 6828594 | BAR | San Bernardino County Court 303 W 3rd St SAN BERNARDINO CA 92415 Caller: Joel Spann Case No.: CIVDS1114346 Please obtain a copy Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: Lardizabal v. New Ce of the Second Amend Ref: 70000.0880 | Base Chg : 155.50 Research : 26.80 Adv/Wit Ck: 167.00 | 349.30 |
| 8/29/12 RESEARCH-BRANCH SAME DAY | 6831347 | BNR | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON CA 90220 Caller: Marilyn Li Case No.: TC026131 Signed: completed/pdf/pouched | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: DELA CRUZ V BOA Ref: 7000.0631 | Base Chg : 131.25 Research : 26.80 Adv/Wit Ck: 1.00 | 159.05 |
| 8/30/12 RESEARCH-BRANCH NEXT DAY | 6831824 | BAR | Placer County Court 10820 Justice Center Dr ROSEVILLE CA 95678 Caller: Clair Romell    Wait: 30 Min Case No.: SCV0031193 Please obtain the do Signed: Obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: Pratt v. GMAC cket, Complaint and Ref: 19000.1375 | Base Chg : 155.50 Wait : 20.10 Adv/Wit Ck: 54.00 | 229.60 |
| 8/30/12 RESEARCH-BRANCH SAME DAY | 6832048 | FNF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Joel Spann Case No.: SC20110261 RECORD/CONFORM/RETRN Signed: RECORDED | EL DORADO RECORDER 3368 LAKE TAHOE BLVD #108 SOUTH LAKE TAHOE CA 96150 Case Title: STROM V SUNTRUST Ref: 11950.0106 | Base Chg : 125.00 PDF/OvrNte: 25.00 Adv/Wit Ck: 21.00 | 171.00 |
| 8/30/12 FILING-FORWARD NEXT DAY | 6833450 | BIL | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Imelda Hernandez Case No.: CIV507003 Please file the atta Signed: REBILL ON AF | San Mateo County Court 400 County Center Dr REDWOOD CITY CA 94063 Comment: * NO BASE CHARGE * Case Title: Swanson v. Bank of A ched documents with Ref: 70000.0723 | Adv/Wit Ck: 60.00 | 60.00 |
| ADDITIONAL BILLING | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329029    JBS                                          October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1380 | Hart, Alan and Barbara |
| | | GMAC Matter No.: 732121 |

**TOTAL AMOUNT DUE**          **$638.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329029    JBS                                    October 9, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1380    Hart, Alan and Barbara
                          GMAC Matter No.: 732121

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 09/05/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 09/17/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| ERB | 09/28/12 | Draft Notice of Bankruptcy and Cover Letter. | L250 | 0.60 | 279.00 | 167.40 |
| ERB | 09/28/12 | Communications with client re Notice of BAnkruptcy and Cover Letter to Plaintiff. | L250 | 0.20 | 279.00 | 55.80 |
| ERB | 09/28/12 | Review and revise Bankruptcy Notice and Cover Letter following communications with client. | L250 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **2.50** | | **$638.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $279.00 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L250 | Other Written Motions | 1.10 | $306.90 |
| | **TOTAL** | **2.50** | **$638.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329029 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Hart, Alan & Barbara | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 2.10 | 279.00 | $585.90 |
| | **Total** | | **2.50** | | **$638.10** |

|  | FEES | $638.10 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$638.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329028  A  JBS                                        October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1376  | Stansell, Matthew and Julie |
|        |       | GMAC Matter No.: 732162 |

**TOTAL AMOUNT DUE**          **$242.39**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329028    JBS                                     October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1376    Stansell, Matthew and Julie
                        GMAC Matter No.: 732162

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| CHR | 08/30/12 | Prepare Declaration of Non-Monetary Status  and Proof of Service | L190 | 0.40 | 130.50 | 52.20 |
| CHR | 08/30/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | · 52.20 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| CHR | 09/21/12 | Prepare update to client re Declaration of Non-monetary Status and Blank Rome filing of Demurrer. | L190 | 0.20 | 130.50 | 26.10 |
| ERB | 09/24/12 | Communications with client re tender and handling defense to another firm. | L140 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **1.30** | | **$214.20** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1716 Forest Avenue, San Diego, CA 08/30/12 | | 28.19 |

**TOTAL COSTS & EXPENSES**                              **$28.19**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329028 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Stansell, Matthew & Julie | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L140 | Document/File Management | 0.20 | $55.80 |
| L190 | Other Case Assessment | 1.00 | $130.50 |
| | **TOTAL** | **1.30** | **$214.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 1.00 | 130.50 | $130.50 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| | **Total** | | **1.30** | | **$214.20** |

| | | |
|---|---|---|
| | FEES | $214.20 |
| | COSTS & EXPENSES | $28.19 |
| | **TOTAL THIS INVOICE** | **$242.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329086      JBS                                          October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0032 | Johnson, Wes W. v. Homecomings Financial, et al. |
| | | GMAC Matter No.: 692775 |

**TOTAL AMOUNT DUE**          **$973.19**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329086      JBS                                          October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0032      Johnson, Wes W. v. Homecomings Financial, et al.
GMAC Matter No.: 692775

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 09/04/12 | Follow up with J. Holtgren re settlement proposal. | L160 | 0.30 | 279.00 | 83.70 |
| DL | 09/04/12 | Analyze correspondence to client re status of consideration of plaintiff's settlement offer. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 09/05/12 | Exchange correspondence with plaintiff's counsel re prepare status report. | L190 | 0.20 | 288.00 | 57.60 |
| JDI | 09/06/12 | Correspond with plaintiff's counsel re settlement offer. | L160 | 0.20 | 279.00 | 55.80 |
| DL | 09/07/12 | Exchange further correspondence with plaintiff's counsel re preparation of joint status report. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 09/10/12 | Prepare and revise joint status report and exchange correspondence with plaintiff's counsel re same. | L230 | 0.60 | 288.00 | 172.80 |
| JDI | 09/12/12 | Correspond with J. Holtgren re Johnson's settlement offer. | L160 | 0.40 | 279.00 | 111.60 |
| DL | 09/12/12 | Analyze plaintiff's settlement offer to purchase property. | L160 | 0.10 | 288.00 | 28.80 |
| JDI | 09/14/12 | Correspond with plaintiff's counsel re settlement offer. | L160 | 0.30 | 279.00 | 83.70 |
| DL | 09/14/12 | Analyze client's rejection of plaintiff's settlement offer. | L160 | 0.10 | 288.00 | 28.80 |
| JHT | 09/18/12 | Drafted correspondence to client regarding case status. | L190 | 0.30 | 238.50 | 71.55 |
| DL | 09/19/12 | Analyze Ninth Circuit order on status of mediation. | L160 | 0.10 | 288.00 | 28.80 |
| JDI | 09/27/12 | Attention to Johnson's settlement letter and correspond with J. Holtgren re | L160 | 0.40 | 279.00 | 111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329086 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Johnson, Wes W. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | same. | | | | | |
| DL | 09/27/12 | Analyze correspondence to client re plaintiff's settlement offer to purchase property. | L160 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **3.40** | | | **$949.95** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 737 James Ln Washoe, NV 08/07/12 | 23.24 |
| | | **TOTAL COSTS & EXPENSES** | **$23.24** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.10 | $590.40 |
| L190 | Other Case Assessment | 0.50 | $129.15 |
| L230 | Court Mandated Conferences | 0.60 | $172.80 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |
| | **TOTAL** | **3.40** | **$949.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.50 | 288.00 | $432.00 |
| Ives, Jon | JDI | Associate | 1.60 | 279.00 | $446.40 |
| Tuffaha, Joe | JHT | Associate | 0.30 | 238.50 | $71.55 |
| | **Total** | | **3.40** | | **$949.95** |

| | | |
|---|---|---|
| PRIOR FEES | $28,375.65 | |
| PRIOR COSTS & EXPENSES | $2,339.61 | |

| | |
|---|---|
| FEES | $949.95 |
| COSTS & EXPENSES | $23.24 |
| **TOTAL THIS INVOICE** | **$973.19** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329087    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0106    Veldghorn, Ella v. GMAC Mortgage, et al.
GMAC Matter No.: 696528

**TOTAL AMOUNT DUE**          **$316.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329087    JBS                                              October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0106    Veldghorn, Ella v. GMAC Mortgage, et al.
GMAC Matter No.: 696528

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 09/07/12 | Update / inquiry to client re: status of loan modification review | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 09/25/12 | Analyze loan modification approval, e-mail client re: same | L160 | 0.30 | 288.00 | 86.40 |
| ACS | 09/26/12 | E-mail plaintiff's counsel re: loan modification approval offer | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 09/28/12 | E-mail to plaintiff's counsel re: loan modification settlement offer | L160 | 0.20 | 288.00 | 57.60 |
| ACS | 09/28/12 | E-mail with client re: loan modification offer | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.10** | | **$316.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 1.10 | $316.80 |
| | **TOTAL** | **1.10** | **$316.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 1.10 | 288.00 | $316.80 |
| | **Total** | | **1.10** | | **$316.80** |

PRIOR FEES                             $37,820.70
PRIOR COSTS & EXPENSES          $2,490.31

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329087 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Veldghorn, Ella | | |

|  | FEES | $316.80 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329088     JBS                                          October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0212 | Ortiz, Rita v. Deutsche Bank National Trust Co. |
| | | GMAC Matter No.: 698450 |

**TOTAL AMOUNT DUE**          **$286.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329088    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0212    Ortiz, Rita v. Deutsche Bank National Trust Co.
GMAC Matter No.: 698450

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 08/02/12 | Revise spreadsheet. | L120 | 0.20 | 238.50 | 47.70 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/13/12 | Analysis and evaluation of case dismissal and final case issues and attention to the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **0.70** | | **$184.95** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/02/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Non-Receipt of Opp to Defendant's MSJ 06/19/12 | 49.95 |
| 09/11/12 | One Legal, Inc.; Transmittal of filing to court; Proposed Order Granting MSJ 07/05/12 | 51.70 |
| | **TOTAL COSTS & EXPENSES** | **$101.65** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120    Analysis/Strategy | | 0.70 | $184.95 | | |
| **TOTAL** | | **0.70** | **$184.95** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Dykstra, Jonathan | JD | Associate | 0.20 | 238.50 | $47.70 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| | **Total** | | **0.70** | | **$184.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329088 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Ortiz, Rita | | | |

| | | |
|---|---|---|
| PRIOR FEES | $58,772.48 | |
| PRIOR COSTS & EXPENSES | $5,980.02 | |

| | |
|---|---|
| FEES | $184.95 |
| COSTS & EXPENSES | $101.65 |
| **TOTAL THIS INVOICE** | **$286.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329089    JBS                                              October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0230 | Castrellon, Elia v. Homecomings Financial, LLC, et al. |
| | | GMAC Matter No.: 692995 |

**TOTAL AMOUNT DUE**          **$297.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329089    JBS                                        October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0230    Castrellon, Elia v. Homecomings Financial, LLC, et al.
GMAC Matter No.: 692995

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/07/12 | Attention to T. Lo's email regarding proposed deed in lieu. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/07/12 | Attention to title report with liens impacting deed in lieu. | L190 | 0.20 | 333.00 | 66.60 |
| ALE | 08/31/12 | Communications with C. Bonnello re status of deed in lieu of foreclosure. | L190 | 0.20 | 234.00 | 46.80 |
| ALE | 09/26/12 | Communications with T. Lu and C. Bonnello re foreclosure. | L190 | 0.30 | 234.00 | 70.20 |
| ALE | 09/30/12 | Attention to communications with C. Bonnello re foreclosure. | L190 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | **1.10** | | **$297.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | 1.10 | $297.00 | | | |
| | **TOTAL** | **1.10** | **$297.00** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Le, An | ALE | Associate | | 0.70 | 234.00 | $163.80 |
| Hankins, Suzanne | SMH | Member | | 0.40 | 333.00 | $133.20 |
| | **Total** | | | **1.10** | | **$297.00** |

PRIOR FEES                        $66,593.25
PRIOR COSTS & EXPENSES            $3,645.12

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329089 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Castrellon, Elia | | |

|  | | |
|---|---|---|
| FEES | | $297.00 |
| **TOTAL THIS INVOICE** | | **$297.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329090    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0270 | Bailey, Patricia Gail v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 698056 |

**TOTAL AMOUNT DUE**          **$286.20**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329090    JBS

October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0270    Bailey, Patricia Gail v. GMAC Mortgage, LLC
GMAC Matter No.: 698056

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/10/12 | Review and analysis of the Court of Appeals' tentative opinion and determine how to respond | L120 | 0.30 | 238.50 | 71.55 |
| YS | 09/10/12 | Draft and prepare clients' waiver of oral argument form in light of the Court of Appeals tentative opinion | L210 | 0.20 | 238.50 | 47.70 |
| YS | 09/18/12 | Draft correspondence to client regarding the Court of Appeals' tentative opinion and whether oral argument will occur | L190 | 0.30 | 238.50 | 71.55 |
| YS | 09/20/12 | Receipt, review and analysis of the plaintiff's request for oral argument before the Court of Appeals | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/20/12 | Draft correspondence to client regarding the pending oral argument before the Court of Appeals | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.20** | | **$286.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 0.20 | $47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329090 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Bailey, Patricia Gail | | | | |

| | TOTAL | | **1.20** | **$286.20** | | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.20 | 238.50 | $286.20 |
| | **Total** | | **1.20** | | **$286.20** |

| PRIOR FEES | $27,127.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,999.96 |

| | FEES | $286.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$286.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329091    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0287    Pineda, Jose v. Wells Fargo Bank, N.A., et al.
GMAC Matter No.: 697492

**TOTAL AMOUNT DUE**        **$503.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329091    JBS                                        October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0287    Pineda, Jose v. Wells Fargo Bank, N.A., et al.
GMAC Matter No.: 697492

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/28/12 | Analysis and evaluation of pending appeal issues and correspondence with our client to advise regarding the same. | L510 | 0.30 | 274.50 | 82.35 |
| KWF | 08/28/12 | Evaluate court docket and file status. Prepare email to client, B. Northrup-Day, re: same. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 09/04/12 | Attention to bankruptcy stay and pending appeal issues and correspondence with our client to respond to an inquiry regarding the same. | L510 | 0.30 | 274.50 | 82.35 |
| LJT | 09/10/12 | Research title records to confirm that property sold at foreclosure sale, draft e-mail re same. | L110 | 0.10 | 130.50 | 13.05 |
| KWF | 09/10/12 | Prepare revisions and additions to notice of BK and effect of automatic stay. Evaluation of case procedural history to assist with same. | L120 | 0.50 | 270.00 | 135.00 |
| RJG | 09/13/12 | Analysis and evaluation of bankruptcy stay application to pending appeal claims and attention to correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 09/13/12 | Prepare email to client with draft notice of bankruptcy. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.90** | | **$503.10** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329091 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Pineda, Jose | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $13.05 |
| L120 | Analysis/Strategy | 1.10 | $298.35 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L510 | Appellate Motions & Submission | 0.60 | $164.70 |
| | **TOTAL** | **1.90** | **$503.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| Tarwater, Linda | LJT | Paralegal | 0.10 | 130.50 | $13.05 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **1.90** | | **$503.10** |

| | | |
|---|---|---|
| PRIOR FEES | $3,635.55 | |
| PRIOR COSTS & EXPENSES | $172.85 | |

| | FEES | $503.10 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$503.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329092      JBS

October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0433      Haroutunian, Hedeya
                     C/M# 697640

**TOTAL AMOUNT DUE**          **$809.10**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329092    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0433    Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 09/01/12 | Draft email to opposing counsel (A. Shaghzo) re: notice of lift of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/03/12 | Draft joint notice of relief from stay and stipulation re: appellate briefing schedule. | L510 | 1.20 | 261.00 | 313.20 |
| MEH | 09/03/12 | Draft email to opposing counsel (A. Shaghzo) enclosing joint notice and stipulation with comments. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 09/04/12 | Finalize filing of joint notice of lift of stay and appellate briefing schedule. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/04/12 | Calculate and calendar new appellate briefing schedule in accordance with stipulation. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 09/07/12 | Review online case docket to check for approval of stipulated briefing schedule. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 09/07/12 | Draft email to client (C. Sesma) re: new briefing schedule. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 09/29/12 | Calculate/calendar upcoming due date for status update to court re: bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **3.10** | | **$809.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329092 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Haroutunian, Hedeya | | |

| Task Code and Description | Hours | Amount |
|---|---|---|
| L510 Appellate Motions & Submission | 2.30 | $600.30 |
| L520 Appellate Briefs | 0.80 | $208.80 |
| **TOTAL** | **3.10** | **$809.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 3.10 | 261.00 | $809.10 |
| | **Total** | | **3.10** | | **$809.10** |

PRIOR FEES                    $80,572.50
PRIOR COSTS & EXPENSES        $3,995.83

|  | FEES | $809.10 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$809.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329093     JBS

October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0495 | Frick, Linda v. Valerie Pina |
| | | GMAC Matter No.: 700169 |

**TOTAL AMOUNT DUE**          $370.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329093    JBS                                     October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0495    Frick, Linda v. Valerie Pina
GMAC Matter No.: 700169

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EMR | 09/28/12 | Prepare litigation settlement proposal pursuant to request of C. Hancock. | L160 | 0.80 | 306.00 | 244.80 |
| EMR | 09/28/12 | Attention to deadlines set by court for upcoming hearings. | L230 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **1.10** | | **$333.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; RCSC- Riverside 8/10/12 | 36.50 |
| | **TOTAL COSTS & EXPENSES** | **$36.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $244.80 |
| L230 | Court Mandated Conferences | 0.20 | $61.20 |
| | **TOTAL** | **1.10** | **$333.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Roman, Eleanor | EMR | Special Counsel | 1.00 | 306.00 | $306.00 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.10** | | **$333.90** |

PRIOR FEES                       $93,885.75
PRIOR COSTS & EXPENSES           $11,674.82

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329093 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Frick, Linda | | |

|  |  |
|---|---|
| FEES | $333.90 |
| COSTS & EXPENSES | $36.50 |
| **TOTAL THIS INVOICE** | **$370.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329094    JBS                                      October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0628     Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
                   GMAC Matter No.: 704149

**TOTAL AMOUNT DUE**        **$400.95**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329094    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/04/12 | Analysis and evaluation of the appellate court's order regarding GMAC's bankruptcy and correspondence with our client to address the same. | L510 | 0.30 | 274.50 | 82.35 |
| MEH | 09/04/12 | Draft email to clients (C. DiCicco, J. Murphy, N. Campbell) re: order staying entire case. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 09/04/12 | Calculate and calendar due dates for status updates re: bankruptcy. | L510 | 0.20 | 261.00 | 52.20 |
| DL | 09/04/12 | Analyze Court of Appeal order staying entire appeal and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| MEH | 09/29/12 | Draft status update to court re: bankruptcy stay. | L510 | 0.50 | 261.00 | 130.50 |
| | | **TOTAL** | | **1.50** | | **$400.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $78.30 |
| L190 | Other Case Assessment | 0.20 | $57.60 |
| L510 | Appellate Motions & Submission | 1.00 | $265.05 |
| | **TOTAL** | **1.50** | **$400.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.20 | 288.00 | $57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    329094 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Gjurovich, Alan | | | | |

| Holt, M. Elizabeth | MEH | Associate | 1.00 | 261.00 | $261.00 |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **1.50** | | **$400.95** |

PRIOR FEES                          $51,808.95
PRIOR COSTS & EXPENSES        $8,335.84


| | FEES | $400.95 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$400.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329095    JBS                                October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0678 | Winick, Daniel S. and Claire |
| | | GMAC Matter No.: 705967 |

**TOTAL AMOUNT DUE**              **$946.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329095      JBS                                           October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0678      Winick, Daniel S. and Claire
GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/07/12 | Analysis and evaluation of breach of settlement agreement terms by Plaintiffs' counsel, attention to litigation strategy and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 09/11/12 | Analyze file re status of litigation and settlement negotiations for taking over case. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 09/11/12 | Exchange correspondence with plaintiff's counsel to discuss status of and finalizing settlement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/19/12 | Exchange correspondence with client re need for September trial payment and having GMAC's counsel sign settlement agreement per request of plaintiff's counsel. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/21/12 | Analyze correspondence from plaintiff re status of settlement, withdrawing as attorney of record and making trial loan payment. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/24/12 | Exchange correspondence with plaintiff re status of settlement, payment of last trial payment and filing of new action to enforce settlement. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 09/25/12 | Exchange correspondence with client re accepting service for defendants and exchange correspondence with plaintiff re same; exchange correspondence with client re settlement check. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 09/26/12 | Analyze settlement check made out to | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329095 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Winick, Daniel S. & Claire | | | | |

| | | all parties and prepare correspondence to client re problems with negotiating settlement check. | | | | |
|---|---|---|---|---|---|---|
| DL | 09/26/12 | Analyze plaintiff's newly filed complaint to enforce settlement; analyze court docket re same. | L210 | 0.50 | 288.00 | 144.00 |
| DL | 09/27/12 | Exchange correspondence with plaintiff re execution of notices of acknowledgment, execute same and making September and October payments. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 09/28/12 | Exchange correspondence with plaintiff re making September and October payments and steps to finalize settlement. | L160 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | **3.30** | | **$946.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L160 | Settlement/Non-Binding ADR | 1.70 | $489.60 |
| L190 | Other Case Assessment | 0.80 | $230.40 |
| L210 | Pleadings | 0.50 | $144.00 |
| | **TOTAL** | **3.30** | **$946.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.00 | 288.00 | $864.00 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | Total | | 3.30 | | $946.35 |

| PRIOR FEES | $77,828.85 |
|---|---|
| PRIOR COSTS & EXPENSES | $13,383.19 |

| | FEES | $946.35 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$946.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329096      JBS                                              October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0753 | Labostrie, Alvin and Sandra |
|        |      | GMAC Matter No.: 708651 |

**TOTAL AMOUNT DUE**          **$998.73**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329096    JBS                                October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0753    Labostrie, Alvin and Sandra
                         GMAC Matter No.: 708651

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/06/12 | Analysis and evaluation of Plaintiffs' counsel's proposal regarding informal resolution and pending case claims and issues and attention to litigation and settlement strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 09/07/12 | Analysis and evaluation of litigation and settlement issues raised by Plaintiffs' counsel and correspondence with our client to advise regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 09/07/12 | Analyze litigation and settlement background re status of settlement and litigation for future communications with plaintiff's counsel. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 09/10/12 | Analyze operative first amended complaint, demurrer to same, cross-motions for summary judgment for obtaining litigation background for taking over action. | L190 | 1.30 | 288.00 | 374.40 |
| KWF | 09/18/12 | Prepare emails to J. Drurian and D. Liu regarding property and unlawful detainer judgments. | L120 | 0.20 | 270.00 | 54.00 |
| DL | 09/18/12 | Prepare correspondence to client re analysis of determing number of units on property. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 09/19/12 | Analyze correspondence from expert witness, analyze eviction judgments and plaintiff's bankruptcy schedule re number of units on property, plaintiff's residence in unit and eviction of plaintiff. | L190 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 329096 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Labostrie, Alvin & Sandra | |

| | | | |
|---|---|---|---|
| **TOTAL** | | **3.30** | **$936.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/10/12 | Kerry W. Franich; Transportation; Hearing on MSJ & Status Conference re. BK, Los Angeles 8/20/12 | 62.73 |
| | **TOTAL COSTS & EXPENSES** | **$62.73** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $273.60 | | |
| L190 | Other Case Assessment | 2.30 | $662.40 | | |
| | **TOTAL** | **3.30** | **$936.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.30 | 288.00 | $662.40 |
| Franich, Kerry | KWF | Associate | 0.20 | 270.00 | $54.00 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **3.30** | | **$936.00** |

| | |
|---|---|
| PRIOR FEES | $138,580.20 |
| PRIOR COSTS & EXPENSES | $16,998.79 |

| | |
|---|---|
| FEES | $936.00 |
| COSTS & EXPENSES | $62.73 |
| **TOTAL THIS INVOICE** | **$998.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329097    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0779 | Aniel, Fermin and Erlinda |
| | | GMAC Matter No.: 731553 |

**TOTAL AMOUNT DUE**            $1,454.70

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329097    JBS                              October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0779    Aniel, Fermin and Erlinda
GMAC Matter No.: 731553

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 09/05/12 | Strategize re: closing out of case file. | L120 | 0.30 | 261.00 | 78.30 |
| DHC | 09/06/12 | Review and revise Supplemental Brief re Notice of Bankruptcy and Effect of Automatic Stay. | L250 | 0.50 | 337.50 | 168.75 |
| MEH | 09/06/12 | Telephone call with client (J. Holtgren) re: appellate strategy | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 09/06/12 | Draft supplemental brief re: bankruptcy stay, per court order. | L520 | 1.80 | 261.00 | 469.80 |
| MEH | 09/06/12 | Draft email to client (J. Holtgren) enclosing draft of supplemental brief, with comments. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 09/07/12 | Finalize supplemental brief re: scope of bankruptcy stay. | L520 | 0.80 | 261.00 | 208.80 |
| MEH | 09/15/12 | Review/analyze appellants' reply brief re: bankruptcy stay. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 09/20/12 | Review/analyze court order imposing blanket stay on case. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/22/12 | Draft email to client (J. Holtgren) enclosing stay order with comments. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/22/12 | Calendar deadlines for status updates, per court order staying case due to bankruptcy. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 09/29/12 | Monitor docket re: upcoming deadlines for bankruptcy status update. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **5.20** | | **$1,395.45** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/14/12 | First Legal Network, LLC; Court Services; | 32.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   329097 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Aniel, Fermin & Erlinda | | |

CACOA- San Francisco 8/23/12

| | | |
|---|---|---|
| 09/26/12 | First Legal Network, LLC; Court Services; Cocoa - San Francisco, CA 09/07/12 | 27.25 |
| | **TOTAL COSTS & EXPENSES** | **$59.25** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $130.50 |
| L250 | Other Written Motions | 0.50 | $168.75 |
| L510 | Appellate Motions & Submission | 1.10 | $287.10 |
| L520 | Appellate Briefs | 3.10 | $809.10 |
| | **TOTAL** | **5.20** | **$1,395.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Holt, M. Elizabeth | MEH | Associate | 4.70 | 261.00 | $1,226.70 |
| | **Total** | | **5.20** | | **$1,395.45** |

| | |
|---|---|
| PRIOR FEES | $17,573.40 |
| PRIOR COSTS & EXPENSES | $3,657.63 |

| | |
|---|---|
| FEES | $1,395.45 |
| COSTS & EXPENSES | $59.25 |
| **TOTAL THIS INVOICE** | **$1,454.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329098    JBS

October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0862    Delmore, Amy
C/M# 712223

**TOTAL AMOUNT DUE**          $337.99

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329098    JBS                                          October 10, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0862    Delmore, Amy
C/M# 712223

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/29/12 | Analysis and evaluation of lis pendens and final case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/29/12 | Draft correspondence to client regarding process to expunge the lis pendens attached to the subject property | L190 | 0.30 | 238.50 | 71.55 |
| LJT | 08/30/12 | Research title records to ascertain recording of judgment of dismissal. | L110 | 0.10 | 130.50 | 13.05 |
| RJG | 08/30/12 | Attention to lis pendens issues and correspondence with our client to address the same. | L120 | 0.20 | 274.50 | 54.90 |
| LJT | 08/31/12 | Attention to certified copy of judgment for recording, draft e-mail re same. | L190 | 0.10 | 130.50 | 13.05 |
| LJT | 09/06/12 | Attention to recording of judgment of dismissal, prepare recorder's cover sheet and instructions re same. | L190 | 0.20 | 130.50 | 26.10 |
| YS | 09/07/12 | Draft correspondence to client regarding the recordation of the judgment of dismissal in order to expunge the lis pendens | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.40** | | **$308.70** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; Orange, CA 08/30/12 | 29.29 |

**TOTAL COSTS & EXPENSES**                        **$29.29**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    329098 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Delmore, Amy | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $13.05 | | |
| L120 | Analysis/Strategy | 0.50 | $137.25 | | |
| L190 | Other Case Assessment | 0.80 | $158.40 | | |
| | **TOTAL** | **1.40** | **$308.70** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.40 | 130.50 | $52.20 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | **Total** | | **1.40** | | **$308.70** |

| PRIOR FEES | $27,742.95 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,043.79 |

| | |
|---|---|
| FEES | $308.70 |
| COSTS & EXPENSES | $29.29 |
| **TOTAL THIS INVOICE** | **$337.99** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329100    JBS                                            October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0898 | Martin, Nita |
| | | GMAC Matter No.: 713317 |

**TOTAL AMOUNT DUE**              $225.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329100     JBS                                           October 10, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0898     Martin, Nita
GMAC Matter No.: 713317

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 09/06/12 | Analysis and evaluation of the court's order granting co-defendants' motion for summary judgment and denying Plaintiff's motion for reconsideration and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 09/06/12 | Review and analysis of the Court's order granting co-defendant Wells Fargo's motion for summary judgment and denying plaintiff's motion for reconsideration | L120 | 0.20 | 238.50 | 47.70 |
| YS | 09/06/12 | Draft correspondence to client regarding the termination of the case in light of the Court's order granting co-defendant Wells Fargo's motion for summary judgment and denying plaintiff's motion for reconsideration | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **0.90** | | **$225.45** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $130.05 |
| L190 | Other Case Assessment | 0.40 | $95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329100 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Martin, Nita | | | | |

| | TOTAL | | 0.90 | $225.45 | | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Gandy, Robert | RJG | | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | | Special Counsel | 0.60 | 238.50 | $143.10 |
| | Total | | | 0.90 | | $225.45 |

| PRIOR FEES | $900.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $106.54 |

| | FEES | $225.45 |
|---|---|---|
| | TOTAL THIS INVOICE | $225.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329099    JBS                                  October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0863 | Stricker, Lisa |
| | | GMAC Matter No.: ~~712122~~ |

**TOTAL AMOUNT DUE**              **$348.15**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329099      JBS                                                October 10, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0863      Stricker, Lisa
                            GMAC Matter No.: 712122

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/06/12 | Draft correspondence to plaintiff's counsel regarding transmission of settlement check in light of plaintiff's compliance with terms and conditions of the settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| ERB | 09/26/12 | Attention to settlement issues based on plaintiff being involved in class action and potential impcat of settlement on class matter. | L160 | 0.50 | 279.00 | 139.50 |
| YS | 09/27/12 | Draft correspondence to plaintiff's counsel regarding transmission of the settlement agreement to client's attorneys in light of confidentiality provision in said agreement | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.10** | | **$282.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/26/12 | First Legal Network, LLC; Court Services; LASC - Los Angeles, CA 08/20/12 | | 65.55 |
| | **TOTAL COSTS & EXPENSES** | **$65.55** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.80 | $211.05 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| | **TOTAL** | **1.10** | **$282.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329099 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Stricker, Lisa | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **1.10** | | **$282.60** |

| | | |
|---|---|---|
| PRIOR FEES | $21,811.05 | |
| PRIOR COSTS & EXPENSES | $3,007.40 | |

| | |
|---|---|
| FEES | $282.60 |
| COSTS & EXPENSES | $65.55 |
| **TOTAL THIS INVOICE** | **$348.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329101    JBS                                                October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0926      Vargas, Robert
                     C/M# 713841

**TOTAL AMOUNT DUE**          **$324.90**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329101    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0926    Vargas, Robert
                        C/M# 713841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 09/10/12 | Attention to plaintiff's suggestion of a cash for keys settlement possibility and strategy re: same. | L160 | 0.20 | 270.00 | 54.00 |
| AAG | 09/10/12 | Review notice of appeal and communicate with plaintiffs' attorneyy regarding same. | L190 | 0.20 | 238.50 | 47.70 |
| MKS | 09/19/12 | Attention to plaintiff's settlement proposal and strategy re: same. | L160 | 0.20 | 270.00 | 54.00 |
| AAG | 09/21/12 | Communicate with client regarding plaintiff's settlement offer. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 09/24/12 | Communicate with client regarding plaintiff's settlement offer. | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.10** | | **$274.95** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/24/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Entry 09/07/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                    **$49.95**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L160    Settlement/Non-Binding ADR | 0.90 | $227.25 |
| L190    Other Case Assessment | 0.20 | $47.70 |
| **TOTAL** | **1.10** | **$274.95** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.70 | 238.50 | $166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329101 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Vargas, Robert | | | | |

| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| | **Total** | | **1.10** | | **$274.95** |

| PRIOR FEES | $13,592.70 |
| PRIOR COSTS & EXPENSES | $2,243.78 |

| | FEES | $274.95 |
| | COSTS & EXPENSES | $49.95 |
| | **TOTAL THIS INVOICE** | **$324.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329102    JBS                                          October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0928    Chavers, Linda M.
                  GMAC Matter No.:  713706

**TOTAL AMOUNT DUE**          **$2,724.33**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329102    JBS                                          October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0928    Chavers, Linda M.
GMAC Matter No.: 713706

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/10/12 | Receipt, review and analysis of the Court's order sanctioning plaintiff's counsel for failure to appear at scheduling conference and the Court's order to show cause regarding dismissal | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/10/12 | Attend the Court's Scheduling Conference hearing and determine how to proceed based on the Court's ruling | L450 | 4.10 | 238.50 | 977.85 |
| YS | 09/12/12 | Draft correspondence to K. Lee at MERS regarding status of the case | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 09/13/12 | Analysis and evaluation of written discovery and motion for summary judgment issues and attention to trial issues in light of the short trial date set by the court. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 09/13/12 | Review and analysis of plaintiff's counsel's declaration regarding her failure to appear at the Court's scheduling conference | L120 | 0.20 | 238.50 | 47.70 |
| YS | 09/13/12 | Review and analysis of the plaintiff's unilateral scheduling report | L120 | 0.20 | 238.50 | 47.70 |
| YS | 09/13/12 | Attend the Court's re-set Scheduling Conference hearing and determine how to proceed based on the court's ruling | L450 | 4.40 | 238.50 | 1,049.40 |
| YS | 09/13/12 | Draft correspondence to plaintiff's counsel regarding deadline for plaintiff to respond to written discovery from MERS | L310 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329102 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chavers, Linda M. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YS | 09/13/12 | Draft correspondence to client regarding status of the case, dates and deadlines imposed by the Court, and the Court sanctioning Plaintiff and her counsel | L190 | 0.50 | 238.50 | | 119.25 |
| YS | 09/14/12 | Receipt, review and analysis of the Court's minute order setting a trial date and related dates and deadlines | L120 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **10.60** | | | **$2,538.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/13/12 | First Legal Network, LLC; Court Services; USDC- Central 8/14/12 | 33.25 |
| 09/17/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; LA@Court Online Civil Index 08/01/12 | 9.50 |
| 09/26/12 | Yaron Shaham; Transportation; Scheduling Conference, Los Angeles 9/13/12 | 51.50 |
| 09/26/12 | Yaron Shaham; Transportation;  Scheduling Conference, Los Angeles 9/10/12 | 91.18 |
| | **TOTAL COSTS & EXPENSES** | **$185.43** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $225.45 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| L310 | Written Discovery | 0.40 | $95.40 |
| L450 | Trial and Hearing Attendance | 8.50 | $2,027.25 |
| | **TOTAL** | **10.60** | **$2,538.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | Special Counsel | 10.30 | 238.50 | $2,456.55 |
| | **Total** | | **10.60** | | **$2,538.90** |

| | |
|---|---|
| PRIOR FEES | $18,687.15 |
| PRIOR COSTS & EXPENSES | $498.04 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329102 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Chavers, Linda M. | | |

| | | |
|---|---|---|
| FEES | $2,538.90 |
| COSTS & EXPENSES | $185.43 |
| **TOTAL THIS INVOICE** | **$2,724.33** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329104     JBS                                          October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1009     Rice, Christopher
                    C/M# 716701

**TOTAL AMOUNT DUE**              **$316.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329104    JBS                                    October 10, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1009    Rice, Christopher
C/M# 716701

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 09/04/12 | Exchange correspondence with plaintiff's counsel and client re status of settlement check. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/12/12 | Exchange correspondence with client and plaintiff's counsel re status of settlement check. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/14/12 | Exchange further correspondence with plaintiff's counsel re status of obtaining settlement check. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 09/18/12 | Exchange correspondence with plaintiff's counsel re settlement check and filing dismissal of action with prejduice; prepare letter to plaintiff's counsel with settlement check. | L190 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **1.10** | | **$316.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.60 | $172.80 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| | **TOTAL** | **1.10** | **$316.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| | **Total** | | **1.10** | | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329104 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Rice, Christopher | | |

| | |
|---|---|
| PRIOR FEES | $39,742.65 |
| PRIOR COSTS & EXPENSES | $831.50 |

| | |
|---|---|
| FEES | $316.80 |
| **TOTAL THIS INVOICE** | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329103    JBS    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0971    Jorgensen, Ted and Elizabeth
                  GMAC Matter No.: ~~714971~~  720352

**TOTAL AMOUNT DUE**        **$214.65**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329103     JBS                                    October 10, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0971     Jorgensen, Ted and Elizabeth
                           GMAC Matter No.:  714971

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 07/18/12 | Analysis of correspondence from Plaintiffs' counsel regarding lock boxes, vacancy of the property and status of the sale transaction | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 07/18/12 | Draft correspondence to Ms. Bonnello regarding Plaintiffs' difficulties closing and a plan for moving the sales transaction forward | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 07/19/12 | Exchange email correspondence with the listing agent regarding entry of the offer into the seller's system | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 07/20/12 | Analysis of correspondence from Plaintiffs' counsel regarding revised escrow instructions and attachments | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.90** | | **$214.65** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L160     Settlement/Non-Binding ADR | | 0.90 | $214.65 | | |
| **TOTAL** | | **0.90** | **$214.65** | | |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Riedman, Natilee | NSR    Associate | | 0.90 | 238.50 | $214.65 |
| | **Total** | | **0.90** | | **$214.65** |

PRIOR FEES                         $3,334.95
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329103 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Jorgensen, Ted & Elizabeth | | |

PRIOR COSTS & EXPENSES                    $1,494.33

|  | FEES | $214.65 |
| **TOTAL THIS INVOICE** | | **$214.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329106    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1011    Von Brincken, Shelley and John
C/M# 717020

**TOTAL AMOUNT DUE**                    **$287.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329106    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1011    Von Brincken, Shelley and John
C/M# 717020

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 09/05/12 | Exchagne emails with MERS contact (K. Lee) re: case status and plaintiff's motion for intervention in related trial court case. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 09/09/12 | Review/analyze dismissal order & remittitur. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/09/12 | Draft email to client (A. Angelo) enclosing dismissal and remittitur with comments. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/09/12 | Marshall attorney notes for closing out of hard copy file. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **1.10** | | **$287.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $104.40 |
| L510 | Appellate Motions & Submission | 0.70 | $182.70 |
| | **TOTAL** | **1.10** | **$287.10** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 1.10 | 261.00 | $287.10 |
| | **Total** | | **1.10** | | **$287.10** |

| | |
|---|---|
| PRIOR FEES | $11,747.70 |
| PRIOR COSTS & EXPENSES | $2,338.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 329106 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Von Brincken, Shelley & John | |

|  |  |
|---|---|
| FEES | $287.10 |
| **TOTAL THIS INVOICE** | **$287.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329105    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1010    Vogel, Michael A.
                  C/M# 717033

**TOTAL AMOUNT DUE**            **$487.35**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329105    JBS                                   October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1010    Vogel, Michael A.
C/M# 717033

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 09/13/12 | Analysis and evaluation of settlement issues and attention to correspondence with Plaintiffs' counsel to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 09/13/12 | Prepare email to Plaintiff's counsel, A. Leon, re: permanent modification. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 09/18/12 | Prepare email to Plaintiff's counsel re: modification agreement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/18/12 | Prepare email to client, C. Adams, re: modification agreement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/18/12 | Telephone conference with client, C. Adams, re: loan modification agreement revocation. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/18/12 | Prepare email to Plaintiff's counsel re: revocation of offer for loan modification. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 09/20/12 | Receive email from Plaintiff's counsel and forward to client, inquiry re: pemanent loan modification. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/25/12 | Prepare revisions to draft settlement agreement. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 09/25/12 | Prepare email to client, C. Adams, re: settlement agreement and loan modification. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/26/12 | Prepare email to Plaintiff's counsel with settlement agreement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/28/12 | Evaluate file status and prepare email to Plaintiff's counsel, A. Leon, re: settlement. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.80** | | **$487.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329105 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Vogel, Michael A. | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $379.35 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| | **TOTAL** | **1.80** | **$487.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.50 | 270.00 | $405.00 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **1.80** | | **$487.35** |

| PRIOR FEES | $8,343.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $22.48 |

| | | |
|---|---|---|
| FEES | | $487.35 |
| **TOTAL THIS INVOICE** | | **$487.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329107    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1014     Villapando, Christine L.
                    C/M# 716898

**TOTAL AMOUNT DUE**          **$569.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329107    JBS                                    October 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1014    Villapando, Christine L.
C/M# 716898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| PG | 09/05/12 | Prepare for and appear telephonically at mediation status conference. | L230 | 1.00 | 247.50 | 247.50 |
| PG | 09/05/12 | Review Notice of Non-Appeared at Mediation Status Conference from Defendant, Cal-American Homes. | L210 | 0.20 | 247.50 | 49.50 |
| PG | 09/11/12 | Review Notice of Continuance of Case Management Conference from Plaintiff. | L210 | 0.20 | 247.50 | 49.50 |
| SMH | 09/25/12 | Attention to status, bankruptcy status hearing. | L120 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **1.60** | | **$413.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/04/12 | CourtCall, LLC; CourtCall - Conference Service; 08/23/12 | 78.00 |
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 09/05/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                    **$156.00**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $66.60 |
| L210    Pleadings | 0.40 | $99.00 |
| L230    Court Mandated Conferences | 1.00 | $247.50 |
| **TOTAL** | **1.60** | **$413.10** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329107 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Villapando, Christine L. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Grammatico, Paul | PG | Associate | | 1.40 | 247.50 | $346.50 |
| Hankins, Suzanne | SMH | Member | | 0.20 | 333.00 | $66.60 |
| | **Total** | | | **1.60** | | **$413.10** |

PRIOR FEES                    $27,355.05
PRIOR COSTS & EXPENSES          $1,447.35

| | |
|---|---|
| FEES | $413.10 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$569.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329136      JBS                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0070      Awadalla, Evette v. Magdalena Garcia
                      GMAC Matter No.: 692925

**TOTAL AMOUNT DUE**              **$352.36**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329136    JBS                                            October 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0070    Awadalla, Evette v. Magdalena Garcia
GMAC Matter No.: 692925

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| MEH | 09/29/12 | Monitor docket re: upcoming deadlines for bankruptcy status update. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **0.30** | | **$76.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; USDC - Los Angeles, CA 07/06/12 | 142.50 |
| 09/13/12 | First Legal Network, LLC; Court Services; USDC- Santa Ana, Ca. 8/2/12 | 56.80 |
| 09/13/12 | First Legal Network, LLC; Court Services; Recorder Norwalk 8/2/12. Advance ck. $27.00 | 77.01 |

**TOTAL COSTS & EXPENSES**        **$276.31**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L510 | Appellate Motions & Submission | 0.20 | $52.20 |
| | **TOTAL** | **0.30** | **$76.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 0.20 | 261.00 | $52.20 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **0.30** | | **$76.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329136 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Awadalla, Evette | | |

PRIOR FEES                    $155,193.56
PRIOR COSTS & EXPENSES        $23,636.47

|  |  |
|---|---|
| FEES | $76.05 |
| COSTS & EXPENSES | $276.31 |
| **TOTAL THIS INVOICE** | **$352.36** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Legal Network LLC

**INVOICE**

BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| | Invoice No. | Customer No. |
|---|---|---|
| | 366675 | 23103 |
| | **Invoice Date** | **Total Due** |
| | 7/15/12 | 16,009.40 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 23103 | 366675 | 7/15/12 | 16,009.40 | 7 |

**Service Detail**

| Date | Ordr No. | Svc | | | | Charges | | Total |
|---|---|---|---|---|---|---|---|---|
| 7/05/12 | 9486004 | BFX RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Rosa    Wait: 29 Min Case No.: KC063138 FILE FIRST THING IN Signed: filed | LASC-POMONA 400 CIVIC CENTER PLAZA POMONA        CA 91766 Case Title: CASTILLO V GREENPOIN THE MORNING AND DELI Ref: 70000.0629 | Base Chg : | 85.75 | 85.75 |
| FILING-BRANCH FAX/PDF | | | | | | | |
| 7/06/12 | 9486296 | OCU | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Jeff Weddle Case No.: 30-2012-00571890-CU- Pls. file the attach Signed: filed/cc-c24 | OCSC-Central 700 Civic Center Drive West SANTA ANA        CA 92701 Case Title: Younessi v. Bank of ed (6 docs total) to Ref: 70000.0809 | Base Chg : PDF Chg : Adv/Wit CK: | 9.75 110.25 1305.00 | 1,425.00 |
| OC-UNLIMITED PDF/FAX FILE | | | | | | | |
| 7/06/12 | 9486443 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: MARY CRONIN Case No.: bc481319 FILE/CONFORM/RETURN Signed: filed | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES        CA 90012 Case Title: cayanan v bank of am PDF CC Ref: 70000.0671 | Base Chg : | 64.75 | 64.75 |
| FILING-FAX/PDF | | | | | | | |
| 7/06/12 | 9486488 | PDF | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Jeff Weddle Case No.: 212cv05276pa On Monday, 7/9/12, b Signed: DEL | USDC-LOS ANGELES 312 NORTH SPRING STREET LOS ANGELES        CA 90012 Case Title: olivia awadalla v gm efore 10 a.m. is pos Ref: 19000.0070 | Base Chg : PDF Chg : | 75.00 67.50 | 142.50 |
| PDF COURTESY DELIVERY | | | | | | | |
| 7/09/12 | 9486659 | BNR | LASC-CHATSWORTH (NORTH VALLEY) 9425 PENFIELD AVE. CHATSWORTH        CA 91311 Caller: Terri Keller Case No.: PC 053102 TION Signed: COMPLETED/PDF | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Case Title: DR.NABIH MANSOUR V B FILED 6/27/12 Ref: 70000.0816 | Base Chg : Research : Adv/Wit CK: | 87.25 23.45 1.00 | 111.70 |
| RESEARCH-BRANCH NEXT DAY | | | | | | | |
| 7/09/12 | 9486675 | BAR | SBSC-SAN BERNARDINO 303 W 3RD ST. SAN BERNARDINO        CA 92415 Caller: Terri Keller Case No.: civss806826 obtain copy Signed: obtained | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Case Title: pierce v us bank see attached Ref: 19000.0132 | Base Chg : Adv/Wit CK: | 83.00 16.00 | 99.00 |
| RESEARCH-BRANCH SAME DAY | | | | | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329137      JBS                                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0355     Guynes, Verta C. v. The Bank of NY Mellon
                   GMAC Matter No.: 691073

**TOTAL AMOUNT DUE**              **$1,012.65**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329137    JBS                                   October 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0355    Guynes, Verta C. v. The Bank of NY Mellon
GMAC Matter No.: 691073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| DL | 09/06/12 | Attend case management conference. | L230 | 0.80 | 288.00 | 230.40 |
| YS | 09/11/12 | Receipt, review and analysis of the notice of continued case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/13/12 | Receipt, review and analysis of Bank of New York's supplemental reply in support of its motion to compel | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/18/12 | Draft notice of amended bankruptcy stay in light of remaining claims in this case | L210 | 0.60 | 238.50 | 143.10 |
| YS | 09/18/12 | Draft correspondence to plaintiff regarding status of the client's bankruptcy case and how the automatic stay affects the remaining causes of action | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 09/19/12 | Appeared at Case Management Conference and Trial Setting Conference. | L230 | 1.00 | 238.50 | 238.50 |
| YS | 09/21/12 | Receipt, review and analysis of the notice of continued case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/27/12 | Receipt, review and analysis of the Court's notice of case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **3.30** | | **$826.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329137 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Guynes, Verta C. | | |

### COSTS & EXPENSES

| | | |
|---|---|---:|
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service; 09/06/12 | 108.00 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/07/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$186.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.60 | $143.10 |
| L230 | Court Mandated Conferences | 1.80 | $468.90 |
| | **TOTAL** | **3.30** | **$826.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| Tuffaha, Joe | JHT | Associate | 1.00 | 238.50 | $238.50 |
| Shaham, Yaron | YS | Special Counsel | 1.50 | 238.50 | $357.75 |
| | **Total** | | **3.30** | | **$826.65** |

| | |
|---|---:|
| PRIOR FEES | $27,840.15 |
| PRIOR COSTS & EXPENSES | $3,397.64 |

| | |
|---|---:|
| FEES | $826.65 |
| COSTS & EXPENSES | $186.00 |
| **TOTAL THIS INVOICE** | **$1,012.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# CourtCall Debit Ledger for 09/01/2012 through

# Debit Account Number CCDA-01-378

| TRAN DATE | ATT' DATE | ATTORNEY | CCID# | COURT | CASENAME/NUMBER | JUDGE | VIDEO/LATE FEE | FEE/LATE FEE | TOTAL/LATE FEE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/4/12 | 9/11/12 | J. Owen Campbell | 5144652 | Riverside County Superior Court-Riverside | Holguin vs. Bank of America NA, et al/RIC1116351 | Judge Sharon J. Waters | | $78.00 | $78.00 | ($8,808.30) |
| | | | | | | | | $0.00 | | |
| **Reference # 70000.0412** | | | | | | | | | | |
| 9/5/12 | 9/7/12 | Yaron Shaham | 5145218 | Riverside County Superior Court-Riverside | Owner Management vs Executive Trustee/RIC1203322 | Judge Craig Riemer | | $0.00 | $0.00 | ($8,700.30) |
| | | | | | | | | $0.00 | | |
| **Reference # 19000-1229.** | | | | | | | | | | |
| 9/5/12 | 9/7/12 | Yaron Shaham | 5145218 | Riverside County Superior Court-Riverside | Owner Management vs Executive Trustee/RIC1203322 | Judge Craig Riemer | | $78.00 | $108.00 | ($8,700.30) |
| | | | | | | | | $30.00 | | |
| **Reference # 19000-1229** | | | | | | | | | | |
| 9/5/12 | 9/14/12 | Adam Hutchinson | 5145222 | San Bernardino Superior Court-San Bernardino District | Palmer v. Ally Financial/CIVDS1202770 | Judge Donna Gunnell Garza | | $78.00 | $78.00 | ($8,622.30) |
| | | | | | | | | $0.00 | | |
| **Reference # 07462.0097** | | | | | | | | | | |
| 9/5/12 | 9/6/12 | Yaron Shaham | 5145277 | San Bernardino Superior Court-San Bernardino District | Guynes vs. The Bank of New York/CIVDS904191 | Judge Donald Alvarez | | $78.00 | $108.00 | ($8,514.30) |
| | | | | | | | | $30.00 | | |
| **Reference # 19000.0355.** | | | | | | | | | | |
| 9/5/12 | 10/2/12 | Cynthia Mitchell | 5145373 | Santa Clara County Superior Court | The Conrado Co. Inc. vs. A&J Plastering Inc. et al./08-112CV222991 | Judge Patricia M. Lucas | | $78.00 | $78.00 | ($8,436.30) |
| | | | | | | | | $0.00 | | |
| **Reference # 12188-0007** | | | | | | | | | | |
| 9/5/12 | 10/2/12 | Philip Barilovits | 5145566 | Placer County Superior Court | Tracy, Lawrence R. vs. Aleph International Corp./SCV0029602 | Comr. Michael A. Jacques | | $78.00 | $78.00 | ($8,358.30) |
| | | | | | | | | $0.00 | | |
| **Reference # 12091-0001** | | | | | | | | | | |
| 9/5/12 | 9/14/12 | Andrew Noble | 5145635 | Humboldt County Superior Court | Savoie v. iServe Residential Lending, Inc./DR110517 | Judge Christopher W. Wilson | | $78.00 | $78.00 | ($8,280.30) |
| | | | | | | | | $0.00 | | |
| **Reference # 12225-0001** | | | | | | | | | | |

2012

9/10/12 at 11:01 PM

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329138      JBS                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0370      Marques, Reynaldo and Anne v. MortgageIT, Inc.
                            GMAC Matter No.: 694913

**TOTAL AMOUNT DUE**              $1,051.00

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329138    JBS                                          October 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0370    Marques, Reynaldo and Anne v. MortgageIT, Inc.
                         GMAC Matter No.: 694913

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 09/11/12 | Drafted correspondence to Plaintiff regarding his mailing of ten dollar check and quitclaim deed, informing Plaintiff that client rejects both the check and the deed. | L190 | 0.50 | 238.50 | 119.25 |
| YS | 09/21/12 | Review and analysis of Plaintiffs' opposition to clients' motion for attorney's fees and determine how to respond | L120 | 0.30 | 238.50 | 71.55 |
| YS | 09/21/12 | Draft clients' reply brief in light of opposition received to motion for attorney's fees | L210 | 1.20 | 238.50 | 286.20 |
| JHT | 09/25/12 | Reviewed case file, case notes, motion for attorney's fees, opposition to motion for attorney's fees and reply in support of motion for attorney's fees in preparation for hearing on client's motion for attorney's fees. | L210 | 0.70 | 238.50 | 166.95 |
| ERB | 09/26/12 | Communications with client re status of matter and motion for costs. | L120 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **3.10** | | **$751.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/13/12 | O.C. Corporate Courier; Court Services; | 62.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329138 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Marques, Reynaldo & Anne | | |

| | | |
|---|---|---:|
| | Orange County Recorder 8/6/12. Advance fees $22.00 | |
| 09/13/12 | O.C. Corporate Courier; Court Services; OCSC 7/30/12. Advance ck. $27.00 | 137.00 |
| 09/13/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Central, Santa Ana, Ca. 8/2/12. Advance ck. $90.00 | 100.50 |
| | **TOTAL COSTS & EXPENSES** | **$299.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $155.25 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 1.90 | $453.15 |
| | **TOTAL** | **3.10** | **$751.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Tuffaha, Joe | JHT | Associate | 1.20 | 238.50 | $286.20 |
| Shaham, Yaron | YS | Special Counsel | 1.60 | 238.50 | $381.60 |
| | **Total** | | **3.10** | | **$751.50** |

| | |
|---|---|
| PRIOR FEES | $86,496.75 |
| PRIOR COSTS & EXPENSES | $4,573.05 |

| | |
|---|---|
| FEES | $751.50 |
| COSTS & EXPENSES | $299.50 |
| **TOTAL THIS INVOICE** | **$1,051.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

DATE-08/10/12
PAGE-                1

O.C. Corporate Courier, Inc.
Billing Statement

Account #96103108   Billing Period   From 07/29/12 To 08/04/12

| *DATE | *INV # | *CUST REF | *AUTHOR BY | TRANSACTION DESCRIPTION | CHARGE |
|-------|--------|-----------|------------|-------------------------|--------|
| 07/30/12 | 153471 | 11960.0209 | TERRI K. | REGULAR    IRV./BURBANK | 75.00 |
| 07/30/12 | 153471 | 11960.0209 | TERRI K. | WAIT TIME | 20.00 |
| | | | | TOTAL | 95.00 |
| 07/30/12 | 175842 | 19000.0370 | LINDA T. | CORPEX IRV/SA | 35.00 |
| 07/30/12 | 175842 | 19000.0370 | LINDA T. | CORPEX RETURN | 35.00 |
| 07/30/12 | 175842 | 19000.0370 | LINDA T. | RESEARCH TIME | 40.00 |
| 07/30/12 | 175842 | 19000.0370 | LINDA T. | ADVANCE FEES | 27.00 |
| | | | | TOTAL | 137.00 |
| 07/30/12 | 176007 | 07685.0786 | NATALIE | CORPEX IRV/SA | 35.00 |
| | | | | TOTAL | 35.00 |
| 07/31/12 | 73102 | | | MONTHLY RETAINER | 150.00 |
| | | | | TOTAL | 150.00 |

******BALANCE DUE IN FULL********   INVOICE TOTAL    417.00

RECEIVED

AUG 3 1 2012

SEVERSON & WERSON

# INVOICE

| | Invoice No. | Customer No. |
|---|---|---|
| **Invoice Date** | | **Total Due** |
| 8/15/12 | | 9,088.32 |

HENDERSON & WERSON
OFFICE TIGER  OFFICE MNGR
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 367743 | 8/15/12 | 9,088.32 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|

**8/02/12  9496460  FAX**
FILING-FAX/PDF
SEVERSON & WERSON
19100 VON KARMAN
IRVINE        CA 92605
Caller: Liz C. Roberts    Wait: 15 Min
Case No.: 19000.0415
Please file the atta
Signed: filed
LA County Court-Unlimited
111 N Hill St
LOS ANGELES       CA 90012
Case Title: TCA-Rikelman v. RFC-
ched doc (1) with th
Ref: FILE W/CT TODAY
Base Chg  :  29.75
PDF Chg   :   7.50
**37.25**

**8/02/12  9496511  REF RET**
FILING-REGULAR VEHICLE
SEVERSON & WERSON
19100 VON KARMAN
IRVINE        CA 92605
Caller: Jeff Weddle    Wait: 33 Min
Case No.: CV 12-5276 PA (JCGx)
RECORD/CONFORM/RETRN
Signed: ror record/c
RECORDER-NORWALK
12400 EAST IMPERIAL HIGHWAY
NORWALK        CA 90650
Case Title: Awadalla v. GMAC Mor
Ref: 19000.0070
Base Chg   :  48.00
Wait       :   2.01
Adv/Wit CK :  27.00
**77.01**

**8/02/12  9496543  OCU**
OC-UNLIMITED PDF/FAX FILE
SEVERSON & WERSON
19100 VON KARMAN
IRVINE        CA 92605
Caller: Jeff Weddle
Case No.: 30-2009-00300778-CU-
Pls. file the attach
Signed: filed/cc-c31
OCSC-Central
700 Civic Center Drive West
SANTA ANA        CA 92701
Case Title: Marques v. MortgageI
ed (3 docs total) to
Ref: 19000.0370
Base Chg   :   9.75
PDF Chg    :    .75
Adv/Wit CK :  90.00
**100.50**

**8/02/12  9496551  BFX**
FILING-BRANCH FAX/PDF
SEVERSON & WERSON
19100 VON KARMAN
IRVINE        CA 92605
Caller: Ryan Brooks
Case No.: 11W01622
Please deliver court
Signed: VALERIA ADAMS
LA County Court-Chatsworth
9425 Penfield Ave
CHATSWORTH        CA 91311
Case Title: Boyd v. GMAC
esy copy of the atta
Ref: 19000-1172
Base Chg   :  62.50
PDF Chg    :  13.50
**76.00**

**8/02/12  9496682  FAX**
FILING-FAX/PDF
SEVERSON & WERSON
19100 VON KARMAN
IRVINE        CA 92605
Caller: DIANA J LOPEZ    Wait: 12 Min
Case No.: 
SUBMIT TO DEPT 56 BY
Signed: rec'd d 56
LASC-LOS ANGELES
111 NORTH HILL STREET
LOS ANGELES        CA 90012
Case Title: sin v gmac mortgage
8:30 AM ON 8/3/12
Ref: 19000.0944
Base Chg   :  29.75
**29.75**

**8/03/12  9497052  REG RET**
DELIVERY-REGULAR VEHICLE
SEVERSON & WERSON
19100 VON KARMAN
IRVINE        CA 92605
Caller: Ryan Brooks    Wait: 30 Min
Case No.: 30-2011-00532278
Please pick up the o
Signed: recorder/c
Orange County Recorder
12 Civic Center Plaza
SANTA ANA        CA 92701
Case Title: Quental v. Green tre
riginal from my offi
Ref: 11293-0137
Base Chg   :  17.50
Wait       :  10.00
Adv/Wit CK :  20.00
**47.50**

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329139    JBS                                          October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0411 | Morrison, Jerry Dee |
| | | GMAC Matter No.: 719357 |

**TOTAL AMOUNT DUE**            **$449.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329139    JBS                                      October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0411    Morrison, Jerry Dee
                         GMAC Matter No.: 719357

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report L120 for client. | 0.10 | 279.00 | 27.90 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same.   L120 | 0.10 | 279.00 | 27.90 |
| ERB | 09/03/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| SMH | 09/25/12 | Review and supplement demurrer draft. L210 | 0.70 | 333.00 | 233.10 |
| | | **TOTAL** | **1.00** | | **$316.80** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; Merced Co Superior Ct- Los Banos 6/8/12 | 132.75 |

**TOTAL COSTS & EXPENSES**                         **$132.75**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $83.70 | | |
| L210 | Pleadings | 0.70 | $233.10 | | |
| | **TOTAL** | **1.00** | **$316.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Hankins, Suzanne | SMH | Member | 0.70 | 333.00 | $233.10 |
| | **Total** | | **1.00** | | **$316.80** |

PRIOR FEES                         $16,059.15

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329139 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Morrison, Jerry Dee | | |

PRIOR COSTS & EXPENSES                     $1,990.84

|  | |
| --- | --- |
| FEES | $316.80 |
| COSTS & EXPENSES | $132.75 |
| **TOTAL THIS INVOICE** | **$449.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 19 |

| Date | Ordr No. | SVC | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/08/12 | 6803257 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Kathi DeLeon<br>Case No.: 653216<br>LODGE/CONFORM/RETURN<br>Signed: filed/cc | STANISLAUS CO SUP CT-MODESTO/BRANCH<br>801 11TH STREET<br>MODESTO   CA 95354<br><br>Case Title: PHOENIX CONTAINER V<br>COURTESY COPY TO JDG<br>Ref: 11608-0677 | Base Chg : 57.50<br>PDF/OvrNte: 39.75 | 97.25 |
| 6/08/12<br>DROP SERVE-RUSH | 6803259 | RDS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Kathi DeLeon<br>Case No.: 653216<br>SERVE BY NOON TODAY<br>Signed: LESLIE THURMAN/LGL SEC | LAW OFFICES BRIAN C. DAVIS<br>802 14TH STREET<br>MODESTO   CA 95354<br><br>Case Title: PHOENIX CONTAINER V<br>CLIENT WILL HAVE POS<br>Ref: 11608-0677 | Base Chg : 345.75<br>PDF/OvrNte: 39.75 | 385.50 |
| 6/08/12<br>DELIVERY-BRANCH SAME DAY | 6803261 | BSM | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Kathi DeLeon<br>Case No.: 653216<br>SERVE BY NOON TODAY<br>Signed: MARCO SANCHEZ, SON | RAQUEL VARELA<br>7201 SUNCREEK WAY<br>ORANGEVALE   CA 95662<br><br>Case Title: PHOENIX CONTAINER V<br>CLIENT WILL HAVE POS<br>Ref: 11608-0677 | Base Chg : 144.50<br>PDF/OvrNte: 39.75 | 184.25 |
| 6/08/12<br>FILING-FORWARD FAX/PDF | 6803277 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst<br>Case No.: CV000453<br>FILE/CONFORM/RETURN<br>Signed: FILED | MERCED CO SUPERIOR CT-LOS BANOS<br>445 "I" STREET<br>LOS BANOS   CA 93635-4198<br><br>Case Title: MORRISON V HOMECOMMI<br><br>Ref: 19000.0411 | Base Chg : 120.75<br>PDF/OvrNte: 12.00 | 132.75 |
| 6/08/12<br>FILING-FORWARD FAX/PDF | 6803281 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Chilly Kada<br>Case No.: 77388<br>FILE/CONFORM/RETURN<br>Signed: filed | NEVADA COU SUPERIOR CT-NEVADA CITY<br>201 CHURCH STREET<br>NEVADA CITY   CA 95959-2505<br><br>Case Title: SIRIOS<br><br>Ref: 70000.0065 | Base Chg : 120.75 | 120.75 |
| 6/08/12<br>FILING-FORWARD FAX/PDF | 6803285 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst<br>Case No.: CV002363<br>FILE/CONFORM/RETURN<br>Signed: FILED | MERCED CO SUPERIOR CT-LOS BANOS<br>445 "I" STREET<br>LOS BANOS   CA 93635-4198<br><br>Case Title: REISENHAUER V HOMECO<br><br>Ref: 19000.0453 | Base Chg : 120.75<br>PDF/OvrNte: 12.00 | 132.75 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329140    JBS

October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0651  | Corrado, Paul A. |
|        |       | C/M# 705154 |

**TOTAL AMOUNT DUE**          **$965.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329140      JBS                                October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0651      Corrado, Paul A.
                            C/M# 705154

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 09/04/12 | Receipt, review and analysis of plaintiff's counsel's declaration regarding the bankruptcy status of the client | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/05/12 | Draft amended notice of bankruptcy stay in light of the Bankruptcy Court's final order on the impact of the automatic stay on the remaining causes of action | L210 | 0.50 | 238.50 | 119.25 |
| YS | 09/05/12 | Draft correspondence to plaintiff's counsel regarding the status of the bankruptcy stay on the remaining claims in this case | L190 | 0.30 | 238.50 | 71.55 |
| YS | 09/12/12 | Telephone conference with co-defendant's counsel regarding the effect of client's bankruptcy on the case | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 09/17/12 | Reviewed case file and case notes in preparation for order to show cause hearing regarding GMACM's bankruptcy. | L230 | 0.30 | 238.50 | 71.55 |
| JHT | 09/18/12 | Appeared at order to show cause hearing regarding GMACM's bankruptcy status. | L230 | 1.40 | 238.50 | 333.90 |
| JHT | 09/18/12 | Drafted correspondence to client regarding status of case. | L190 | 0.30 | 238.50 | 71.55 |
| YS | 09/27/12 | Receipt, review and analysis of the notice of ruling from the hearing on the order to show cause regarding client's | L120 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  329140 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Corrado, Paul A. | | |

bankruptcy

| **TOTAL** | **3.30** | **$787.05** |
|---|---|---|

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/18/12 | 108.00 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; LA County Court - Chatsworth, CA 09/11/12 | 70.75 |
| | **TOTAL COSTS & EXPENSES** | **$178.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| L210 | Pleadings | 0.50 | $119.25 |
| L230 | Court Mandated Conferences | 1.70 | $405.45 |
| | **TOTAL** | **3.30** | **$787.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 2.00 | 238.50 | $477.00 |
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | **Total** | | **3.30** | | **$787.05** |

| | |
|---|---|
| PRIOR FEES | $30,261.60 |
| PRIOR COSTS & EXPENSES | $4,155.24 |

| | |
|---|---|
| FEES | $787.05 |
| COSTS & EXPENSES | $178.75 |
| **TOTAL THIS INVOICE** | **$965.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Ledger for 09/11/2012 through

# Debit Account Number CCDA-01-378

| DATE / APP ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 9/14/12 9/28/12 Paul Grammatico | 5122504 | Ventura County Superior Court-Ventura *(handwritten: $5000.0240)* | Judge Jeanne Flaherty | Page vs. Wells Fargo Bank/201200415733 | | Refund | $78.00 | ($13,858.40) |
| 9/14/12 9/14/12 Jarlath Curran II | 5140822 | Orange County Superior Court-Santa Ana *(handwritten: 1900.0244)* | Judge Andrew Banks | Brandi L. Langley vs. Wells Fargo Bank N. A./30-2011-00471617 | | Refund | $78.00 | ($13,936.40) |
| 9/14/12 9/17/12 Marlene Nowlin | 5164875 | Los Angeles Superior Court-Van Nuys | Judge Russell S. Kussman | Barbara J. Simri vs. GMAC Mortgage, et al/LC095389 | | $78.00 | $108.00 | ($13,828.40) |
| Reference # 19000.1124 | | | | | | $30.00 | | |
| 9/14/12 9/14/12 Ben Eilenberg | 5165085 | Los Angeles Superior Court-Central(M-Z) | Judge Barbara M. Scheper | Ghazarian, et al vs. Wells Fargo Bank N A, et al/BC481657 | | $78.00 | $108.00 | ($13,720.40) |
| Reference # 55000.0238 | | | | | | $30.00 | | |
| 9/14/12 12/14/12 Adam Hutchinson | 5165091 | San Bernardino Superior Court-San Bernardino District | Judge Donna Gunnell Garza | Phillip Palmer vs. Allied Financial/CIVDS1202770 | | $78.00 | $78.00 | ($13,642.40) |
| Reference # 07462.0397 | | | | | | $0.00 | | |
| 9/14/12 9/18/12 Yaron Shaham | 5165164 | Riverside County Superior Court-Riverside | Judge Daniel A. Ottolia | Cervantes vs. Green Tree Servicing/RIC1210107 | | $78.00 | $108.00 | ($13,534.40) |
| Reference # 112930161 | | | | | | $30.00 | | |
| 9/14/12 9/18/12 Yaron Shaham | 5165179 | Los Angeles Superior Court-Chatsworth | Judge Stephen P. Pfahler | Paul Corrado vs Residential Funding Corp./PC048203 | | $78.00 | $108.00 | ($13,426.40) |
| Reference # 19000.0651 | | | | | | $30.00 | | |
| 9/14/12 11/2/12 Brian Whittemore | 5165184 | Placer County Superior Court | Comr. Trilla E. Bahrke | Christian and Shirley Steele v. Bank of America, N.A., et al./TCV0001799 | | $78.00 | $78.00 | ($13,348.40) |
| Reference # 70000.0798 | | | | | | $0.00 | | |

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329141      JBS                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0954  | Mills, Robert and Cindy |
|        |       | GMAC Matter No.: 714489 |

**TOTAL AMOUNT DUE**              **$702.90**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329141    JBS                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0954    Mills, Robert and Cindy
GMAC Matter No.:  714489

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| KWF | 09/11/12 | Prepare email to opposing counsel re: status of loan modification application. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/14/12 | Prepare for OSC re: dismissal. | L230 | 0.30 | 270.00 | 81.00 |
| KWF | 09/17/12 | Appear at OSC re: dismissal. | L120 | 0.80 | 270.00 | 216.00 |
| KWF | 09/17/12 | Prepare email to client, C. Hancock, re: dismissal of ETS and MERS. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/17/12 | Prepare notice of dismissal of MERS and ETS. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 09/18/12 | Prepare email to Plaintiff's counsel's office re: omissions in loan modification package. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 09/19/12 | Prepare email to K. Lee at MERS re: status of litigation. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/24/12 | Prepare email to Plaintiff's counsel's office re: loss mitigation package. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 09/26/12 | Telephone conference with Miriam re: loss mitigation status. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.20** | | **$594.90** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/17/12 | 108.00 |

**TOTAL COSTS & EXPENSES**              **$108.00**

### BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329141 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Mills, Robert & Cindy | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $459.90 |
| L210 | Pleadings | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.30 | $81.00 |
| | **TOTAL** | **2.20** | **$594.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| | Total | | **2.20** | | **$594.90** |

| | |
|---|---|
| PRIOR FEES | $12,464.55 |
| PRIOR COSTS & EXPENSES | $2,295.22 |

| | |
|---|---|
| FEES | $594.90 |
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$702.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Debit Ledger for 09/11/2012 through          Debit Account Number CCDA-01-378

| ATTORNEY DATE | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/LATE FEE | FEE/LATE FEE | TOTAL FEE | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **nce # 55000.0278** | | | | | | | | |
| 9/27/12 Jarlath Curran II | 5164608 | Orange County Superior Court-Santa Ana | Judge Linda S. Marks | Behrooz Derakhshan vs. Deutsche Bank National Trust Company, as Trustee for FFMLT 2005-FF13/30-2011-00525710 | | $78.00 $0.00 | $78.00 | ($13,888.40) |
| **Reference # 55002.0017** | | | | | | | | |
| 9/28/12 Jarlath Curran II | 5164614 | Orange County Superior Court-Santa Ana | Judge Jamoa A. Moberly | Paul G. Glaab vs. Wells Fargo Bank/30-2011-00498414 | | $78.00 $0.00 | $78.00 | ($13,810.40) |
| **Reference # 11960.0298** | | | | | | | | |
| 10/12/12 Jarlath Curran II | 5164618 | Orange County Superior Court-Santa Ana | Judge Jamoa A. Moberly | Paul G Glaab vs. Wells Fargo Bank, N.A./30-2011-00498414 | | $78.00 $0.00 | $78.00 | ($13,732.40) |
| **Reference # 11960.0298** | | | | | | | | |
| 9/14/12 Jarlath Curran II | 5164626 | Orange County Superior Court-Santa Ana | Judge Jamoa A. Moberly | Shepherd v. Wells Fargo/30-2012-00590304 | | $78.00 $0.00 | $78.00 | ($13,654.40) |
| **Reference # 19000.1364** | | | | | | | | |
| 9/14/12 Mary Kate Kamka | 5162528 | Stanislaus County Superior Court | Judge Hurl Johnson | Santiago v. America's Servicing Company, et al./625325 | | Refund | $78.00 | ($13,732.40) |
| 9/17/12 Kerry Franich | 5164741 | San Bernardino Superior Court-Rancho Cucamonga | Judge Keith D. Davis | Mills vs. GMAC Mortgage, et al/CIVRS1105185 | | $78.00 $30.00 | $108.00 | ($13,624.40) |
| **Reference # 9000-0954** | | | | | | | | |
| 9/14/12 Michael Cross | 5141509 | Napa County Superior and Municipal Courts | Judge Francisca P. Tisher | Frederick Felty, et al vs. GMAC/(2) 26-58598 | | Refund | $78.00 | ($13,702.40) ok |
| 9/14/12 Daniel Shama | 5038045 | Los Angeles Superior Court-Van Nuys | Judge Huey P. Cotton | Laura G. Willoughby vs. Cheyenne Hawks, et al/LC097077 | | Refund | $78.00 | ($13,780.40) ok |

From Auto Debit Send on 09/15/12 at 11:15 PM

2012

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329142    JBS                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1007    Abed-Stephen, Vachagan and Susie
                  C/M# 716689

**TOTAL AMOUNT DUE**            **$1,107.45**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 329142 | JBS | October 11, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1007    Abed-Stephen, Vachagan and Susie
C/M# 716689

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 09/09/12 | Review/analyze order re: administrative dismissal of appeal. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/09/12 | Review online case docket for developments following administrative dismissal. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/12/12 | Draft email to client (J. Holtgren) re: administrative dismissal and plaintiffs' recent motion to reinstate appeal. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/12/12 | Exchange emails with client (J. Holtgren) re: administrative dismissal of appeal and plaintiffs' motion to reinstate. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/15/12 | Review/analyze appellants' motion to vacate dismissal and determine appropriate response. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 09/25/12 | Review/analyze court order reinstating appeal. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 09/25/12 | Draft email to client (J. Holtgren) enclosing reinstatement order with comments and upcoming deadlines. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/29/12 | Status check: review case file and court dockets for upcoming deadlines. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **2.00** | | **$522.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/13/12 | DDS Legal Support Systems;Court Services ; DDSLA at 123 S. Figueroa St. Ste 115, Los Angeles Ca. 90012 8/1/12. Advance fees | 101.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329142 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Abed-Stephen, Vachagan | | |

|  |  |  |
|---|---|---|
| | $25.00 | |
| 09/13/12 | DDS Legal Support Systems; Court Services; DDSLA, Los Angeles, Ca. 8/8/12 | 69.10 |
| 09/14/12 | First Legal Network, LLC; Court Services; CACAO- Los Angeles 8/9/12. Advance ck. $390.00 | 415.00 |
| | **TOTAL COSTS & EXPENSES** | **$585.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L510 | Appellate Motions & Submission | 2.00 | $522.00 |
| | **TOTAL** | **2.00** | **$522.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 2.00 | 261.00 | $522.00 |
| | **Total** | | **2.00** | | **$522.00** |

| | |
|---|---|
| PRIOR FEES | $20,567.25 |
| PRIOR COSTS & EXPENSES | $1,494.97 |

| | |
|---|---|
| FEES | $522.00 |
| COSTS & EXPENSES | $585.45 |
| **TOTAL THIS INVOICE** | **$1,107.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Invoice Number: 268275

## References   -  19000-0384

| | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| E-File/Fax File/E-Delivery<br>Sabrina Gridley | 2370916 | DDS - San Diego Office<br>121 Broadway 254<br>San Diego CA 92101-5006 | Sdsc-El Cajon-East<br>250 E Main St<br>El Cajon CA 92020-3949 | 19000-0384 |

Remarks:  notice of bk stay. ok to dropbox

Documents:

| | | |
|---|---|---|
| E-File/Fax File/E-Delivery | | $39.95 |
| Order Total: | | $39.95 |

| | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 08/14/2012<br>E-File/Fax File/E-Delivery<br>Sabrina Gridley | 2371070 | DDS - San Diego Office<br>121 Broadway 254<br>San Diego CA 92101-5006 | Michael Alfred<br>7220 Trade St Ste 101<br>San Diego CA 92121 | 19000-0384 |

Remarks:  Deliver a notice of bk stay.

Documents:

| | | |
|---|---|---|
| E-File/Fax File/E-Delivery | | $39.95 |
| Order Total: | | $39.95 |

**References - 19000-0384 Total:**                    **$79.90**

## References   -  19000-1007

| Order Date<br>Order Type<br>Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|
| 08/01/2012<br>"Economy" Delivery<br>Sabrina Gridley | 2365432 | ddsla<br>123 S Figueroa St Ste 115<br>Los Angeles CA 90012-5517 | Severson & Werson<br>19100 Von Karman Ave Ste 700<br>Irvine CA 92612-6578 | 19000-1007<br>BC464367 |

Remarks:  RETUR TRANSCRIPTS FROM dept 73- and

Documents:

| | | |
|---|---|---|
| "Economy" Delivery | $69.10 | |
| Waiting Time | $6.00 | |
| Advanced Fees | $25.00 | 800567 |
| Advanced Costs Surcharge | $1.25 | |
| Order Total: | $101.35 | |

**References - 19000-1007 Total:**                    **$101.35**

## References   -  19000-1333

| Order Date<br>Order Type<br>Caller | Order ID | Origin | Destination | References |
|---|---|---|---|---|

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269025 | 8/15/12 | 26,214.88 | 18 |

| Date | Ordr.No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/09/12 PDF COURTESY DELIVERY | 6824651 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman   Wait: 25 Min Case No.: B234362 PLS ADVANCE FEE Signed: AF FOR BANK OF AMERICA | COCOA-LOS ANGELES 300 SOUTH SPRING STREET LOS ANGELES    CA 90013 Case Title: GIBSON V. VCA ANIMAL FOR NOTICE OF CHANGE Ref: 70001.0004 | Base Chg :    25.00 Adv/Wit Ck:   390.00 | 415.00 |
| 8/09/12 PDF COURTESY DELIVERY | 6824658 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman   Wait: 25 Min Case No.: B242337 ADVANCE FEES FOR Signed: AF FOR GMAC | COCOA-LOS ANGELES 300 SOUTH SPRING STREET LOS ANGELES    CA 90013 Case Title: ABED-STEPHEN V. GMAC LETTER OF CHANGE OF Ref: 19000.1007 | Base Chg :    25.00 Adv/Wit Ck:   390.00 | 415.00 |
| 8/09/12 FILING-BRANCH FAX/PDF | 6824702 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada Case No.: PC2012313 FILE/CONFORM/RETURN Signed: filed | EDCMC-WESTSLOPE/PLACERVILLE 2850 FAIRLANE COURT PLACERVILLE    CA 95667 Case Title: GRAHAM Ref: 55000.0329 | Base Chg :   125.75 | 125.75 |
| 8/09/12 FILING-BRANCH FAX/PDF | 6824706 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada   Wait: 20 Min Case No.: HG10532102 FILE/CONFORM/RETURN Signed: FILED | ACSC-OAKLAND 1225 FALLON STREET OAKLAND    CA 94612 Case Title: IWU V. B F. SAUL MOR Ref: 15314.0193 | Base Chg :    92.50 | 92.50 |
| 8/09/12 FILING SAME DAY-DAILY RUN | 6824777 | SDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: TERI JONES Case No.: CGC-12-521782 FILE/CONFORM/RETURN Signed: FILED/CC TO DPT 501 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102 Case Title: CHOUDHURI V WELL FAR COURTESY COPY TO DPT Ref: 07685.0794 | Base Chg :    10.25 | 10.25 |
| 8/09/12 FILING SAME-DAILY RUN | 6824782 | SDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: TERI JONES Case No.: CGC-11-515162 COURTESY COPY TO JDG Signed: CC DELV TO 501 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102 Case Title: GONZALEZ V AURORA LO RONALD E QUIDACHAY Ref: 11991.0112 | Base Chg :    10.25 | 10.25 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329143      JBS                                          October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1179 | Dumalanta, Dwayne |
| | | GMAC Matter No.: 723459 |

**TOTAL AMOUNT DUE**          **$1,442.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329143     JBS                                          October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1179    Dumalanta, Dwayne
GMAC Matter No.: 723459

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| CJM | 08/31/12 | Finalize motion to dismiss amended complaint (1.1), draft request for judicial notice in support of same (.4). | L240 | 1.50 | 238.50 | 357.75 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| CJM | 09/18/12 | Review, respond to email from client re loss mitigation package. | L160 | 0.20 | 238.50 | 47.70 |
| CJM | 09/20/12 | Review, respond to series of emails from plaintiff's counsel re loan modification (x3). | L160 | 0.40 | 238.50 | 95.40 |
| CJM | 09/25/12 | Review, respond to email from plaintiff's counsel re settlement (.2), draft email to client re loan modification documents (.2). | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **2.60** | | **$624.15** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service; 10/09/12 | 78.00 |
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 8/31/12. Advance ck. $90.00 | 740.45 |

**TOTAL COSTS & EXPENSES**                **$818.45**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *Severson & Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329143 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Dumalanta, Dwayne | | |

| | | | | |
|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | | 0.60 | $143.10 |
| L190 | Other Case Assessment | | 0.40 | $95.40 |
| L240 | Dispositive Motions | | 1.50 | $357.75 |
| | **TOTAL** | | **2.60** | **$624.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| McTigue, Casey | CJM | Associate | 2.50 | 238.50 | $596.25 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **2.60** | | **$624.15** |

| | |
|---|---|
| PRIOR FEES | $7,487.10 |
| PRIOR COSTS & EXPENSES | $1,153.29 |

| | |
|---|---|
| FEES | $624.15 |
| COSTS & EXPENSES | $818.45 |
| **TOTAL THIS INVOICE** | **$1,442.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269786 | 8/31/12 | 40,404.75 | 33 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 8/31/12 6832368 PDF RET  PDF COURTESY DELIVERY | | | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Clair Romell<br>Case No.: 12-03776<br>Please file the atta<br>Signed: FILED | USDC-Northern District<br>1301 Clay St<br>OAKLAND          CA 94612<br><br>Case Title: Rosales v. Bank of A<br>ched notice and prop<br>Ref: 70000.0904 | Base Chg : | 45.00 | 45.00 |
| 8/31/12 6832412 FAX  FILING-FAX/PDF | | | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: ANGELA L. EURE  Wait: 15 Min<br>Case No.: 112CV220199<br>FILE/CONFORM/RETURN<br>Signed: filed | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE   CA 95113<br><br>Case Title: URIBE V WELLS FARGO<br><br>Ref: 55000.0224 | Base Chg : | 29.75 | 29.75 |
| 8/31/12 6832426 BFX  FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Imelda Hernandez Wait: 30 Min<br>Case No.: CIVDS1114346<br>Please file the atta<br>Signed: rejected | San Bernardino County Court<br>303 W 3rd St<br>SAN BERNARDINO   CA 92415<br><br>Case Title: Lardizabal v. New Ce<br>ched with the Court<br>Ref: 70000.0880 | Base Chg :<br>PDF/OvrNte: | 29.75<br>8.25 | 38.00 |
| 8/31/12 6832434 FFX  FILING-FORWARD FAX/PDF | | | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: 26 58598<br><br>Signed: FILED | NAPA COUNTY SUPERIOR COURT<br>825 BROWN STREET<br>NAPA          CA 94559<br><br>Case Title: FETTY V GMAC<br>FILE/CONFORM/RETURN<br>Ref: 19000.1242 | Base Chg : | 57.50 | 57.50 |
| 8/31/12 6832470 FAX  FILING-FAX/PDF | | | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Valerie Vitullo  Wait: 915 Min<br>Case No.: 112CV216155<br>FILE/CONFORM/RETURN<br>Signed: filed | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE   CA 95113<br><br>Case Title: DUMLANTA V GREENPOIN<br><br>Ref: 19000.1179 | Base Chg :<br>Wait :<br>PDF/OvrNte:<br>Adv/Wit Ck: | 29.75<br>592.95<br>27.75<br>90.00 | 740.45 |
| 8/31/12 6832490 BFX  FILING-BRANCH FAX/PDF | | | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Chilly Kada<br>Case No.: pc2012 0223<br><br>Signed: filed | EDCMC-CAMERON PARK<br>3321 CAMERON PARK DRIVE<br>CAMERON PARK   CA 95682<br><br>Case Title: HENLE<br>FILE/CONFORM/RETURN<br>Ref: 55000.0301 | Base Chg : | 125.75 | 125.75 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329144    JBS                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1264    Von Brincken, Shelley (3)
                         GMAC Matter No.: 730041

**TOTAL AMOUNT DUE**          **$2,812.95**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329144    JBS                                              October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1264    Von Brincken, Shelley (3)
                          GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 09/06/12 | Review and revise opposition to motion for intervention. | L250 | 0.60 | 279.00 | 167.40 |
| MGC | 09/06/12 | Review motion by plaintiff. | L210 | 0.40 | 238.50 | 95.40 |
| MGC | 09/06/12 | Prepare to draft opposition to plaintiff's motion. | L210 | 0.90 | 238.50 | 214.65 |
| MGC | 09/06/12 | Draft email to client. | L190 | 0.30 | 238.50 | 71.55 |
| MGC | 09/06/12 | Draft opposition to plaintiff's motion. | L210 | 3.20 | 238.50 | 763.20 |
| MGC | 09/10/12 | Revise opposition to motion to intervene. | L250 | 1.40 | 238.50 | 333.90 |
| MGC | 09/19/12 | Review tentative ruling. | L210 | 0.40 | 238.50 | 95.40 |
| MGC | 09/25/12 | Prepare order following hearing. | L210 | 0.70 | 238.50 | 166.95 |
| MGC | 09/25/12 | Prepare for ex parte hearing. | L250 | 1.10 | 238.50 | 262.35 |
| MGC | 09/25/12 | Call with plaintiff. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 09/26/12 | Appear at ex parte hearing re: motion to intervene. | L250 | 0.80 | 238.50 | 190.80 |
| | | **TOTAL** | | **10.10** | | **$2,437.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; Nevada Court Superior Ct- Nevada City 8/2/12. Adv. $60.00 | 255.00 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; Nevada Cou Superior Ct - Nevada City 09/10/12 | 120.75 |

**TOTAL COSTS & EXPENSES**                    **$375.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   329144 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Von Brincken, Shelley (3) | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 5.60 | $1,335.60 |
| L250 | Other Written Motions | 3.90 | $954.45 |
| | **TOTAL** | **10.10** | **$2,437.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| Cross, Michael | MGC | Associate | 9.40 | 238.50 | $2,241.90 |
| | **Total** | | **10.10** | | **$2,437.20** |

| | | |
|---|---|---|
| PRIOR FEES | $2,324.25 | |
| PRIOR COSTS & EXPENSES | $1,087.00 | |

| | |
|---|---|
| FEES | $2,437.20 |
| COSTS & EXPENSES | $375.75 |
| **TOTAL THIS INVOICE** | **$2,812.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 82035 | 269025 | 8/15/12 | 26,214.88 | 6 | | |
| Date | Ord No. | SVC | Service Detail | | | Charges | Total |

| Date | Ord No. | SVC | | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 8/02/12 | 6822035 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Chilly Kada<br>Case No.: M114944<br>FILE/CONFORM/RETURN<br>Signed: FILED | MONTEREY CO SUPERIOR CT-MONTEREY<br>1200 AGUAJITO ROAD<br>MONTEREY        CA 93940<br><br>Case Title: MOLINA V BOA<br><br>Ref: 70000.0469 | | Base Chg : 57.50 | 57.50 |
| FILING-FORWARD FAX/PDF | | | | | | | |
| 8/02/12 | 6822068 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Deborah L.<br>Case No.: M117186<br>Please advance fees.<br>Signed: DROP BOXED/PS CLIENT | Monterey County Court<br>1200 Aguajito Rd.<br>MONTEREY        CA 93940<br><br>Case Title: Kim v. Bank of Ameri<br>Please file CMC Sta<br>Ref: 55000.0341 | | Base Chg : 92.50 | 92.50 |
| FILING-FORWARD FAX/PDF | | | | | | | |
| 8/02/12 | 6822076 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Veronica A.    Wait: 15 Min<br>Case No.: 112CV219387<br>FILE/CONFORM/RETURN<br>Signed: filed | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE        CA 95113<br><br>Case Title: FALUSI V BOA<br><br>Ref: 112CV219387    70000.0663 | | Base Chg : 29.75 | 29.75 |
| FILING-FAX/PDF | | | | | | | |
| 8/02/12 | 6822077 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Verdia Nash    Wait: 20 Min<br>Case No.: RG11563612<br>FILE/CONFORM/RETURN<br>Signed: FILED.CC | ACSC-HAYWARD<br>24405 AMADOR STREET<br>HAYWARD        CA 94544<br><br>Case Title: RUDOLPH V. WELLS FAR<br>CC TO DEPT 522<br>Ref: 07685.0918 | | Base Chg : 57.50 | 57.50 |
| FILING-BRANCH FAX/PDF | | | | | | | |
| 8/02/12 | 6822081 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Jan Proudfoot<br>Case No.: 78503<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | NEVADA COU SUPERIOR CT-NEVADA CITY<br>201 CHURCH STREET<br>NEVADA CITY    CA 95959-2505<br><br>Case Title: BRINKEN V MORTGAGE C<br>COURTESY COPY TO JDG<br>Ref: 19000.1264 | | Base Chg : 120.75<br>PDF/OvrNte: 74.25<br>Adv/Wit Ck: 60.00 | 255.00 |
| FILING-FORWARD FAX/PDF | | | | | | | |
| 8/02/12 | 6822566 | SDF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: TERI JONES    Wait: 30 Min<br>Case No.: CGC-11-515785<br>FILE/CONFORM/RETURN<br>Signed: FILED | SFSC-SAN FRANCISCO<br>400 MCALLISTER STREET<br>SAN FRANCISCO    CA 94102<br><br>Case Title: LAFARRE VS BANK,NA,E<br><br>Ref: 55000.0054 | | Base Chg : 10.25 | 10.25 |
| FILING SAME DAY-DAILY RUN | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 270453 | 82035 |
| Invoice Date | Amount Due |
| 9/15/12 | 34,198.42 |

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 270453 | 9/15/12 | 34,198.42 | 14 |

**Service Detail**

| Date | Order No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|

| | 6834619 | SDF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Imelda Hernandez<br>Case No.: CGC12 521821<br>FILE/CONFORM/RETURN<br>Signed: FILED | SFSC-SAN FRANCISCO<br>400 MCALLISTER STREET<br>SAN FRANCISCO    CA 94102<br><br>Case Title: MONGE V BANK OF NY<br><br>Ref: 70000.0889 | Base Chg : 10.25 | 10.25 |
| FILING SAME DAY-DAILY RUN |
| 9/10/12 | 6834601 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Valerie Vitullo<br>Case No.: CU10 00224<br><br>Signed: FILED | SAN BENITO COUNTY SUPERIOR COURT<br>440 5TH STREET<br>HOLLISTER    CA 95023-3892<br><br>Case Title: PAPENHAUSEN V WELLS<br>FILE/CONFORM/RETURN<br>Ref: 07685.0923 | Base Chg : 90.75<br>PDF/OvrNte: 3.00<br>Adv/Wit Ck: 60.00 | 153.75 |
| FILING-FORWARD FAX/PDF |
| 9/10/12 | 6834697 | FNR | MERCED CO SUPERIOR CT-MERCED<br>2260 "N" STREET<br>MERCED    CA 95340-3744<br>Caller: Marilyn Li<br>Case No.: CV002591<br>GET A COPY OF THE FI<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br><br>Case Title: MANKE, SHARON<br>LE ENDORSED R4D<br>Ref: 70000.0793 | Base Chg : 125.00<br>Adv/Wit Ck: 2.00 | 127.00 |
| RESEARCH-FORWARD NEXT DAY |
| 9/10/12 | 6834708 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Verdia Nash<br>Case No.: SCV0030727<br>FILE/CONFORM/RETURN<br>Signed: Filed | PLACER SUPERIOR COURT<br>10820 JUSTICE CENTER DRIVE<br>ROSEVILLE    CA 95678<br><br>Case Title: Washman v. JPMC<br>Adv Fees<br>Ref: 12015.0009 | Base Chg : 48.25<br>PDF/OvrNte: 5.25 | 53.50 |
| FILING-BRANCH FAX/PDF |
| 9/10/12 | 6834727 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Deborah L.<br>Case No.: CV172185<br>Please file Wells Fa<br>Signed: FILED | Santa Cruz County Court<br>701 Ocean St<br>SANTA CRUZ    CA 95060<br><br>Case Title: McInnis v. NDEx West<br>rgo Bank CMC Stateme<br>Ref: 55000.0094 | Base Chg : 57.50 | 57.50 |
| FILING-FORWARD FAX/PDF |
| 9/10/12 | 6834763 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: BRINKEN V MORTGAGE<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | NEVADA COU SUPERIOR CT-NEVADA CITY<br>201 CHURCH STREET<br>NEVADA CITY    CA 95959-2505<br><br>Case Title: BRINKEN V MORTGAGE C<br>COURTESY COPY TO JDG<br>Ref: 19000.1264 | Base Chg : 120.75 | 120.75 |
| FILING-FORWARD FAX/PDF |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No. | 329145    JBS | October 11, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 1308 | Ellison, Keith Edward |
| | | GMAC Matter No.: 729778 |

**TOTAL AMOUNT DUE**          **$867.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329145    JBS                                         October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1308    Ellison, Keith Edward
GMAC Matter No.: 729778

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 09/04/12 | Prepare and file case management statement | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 09/04/12 | Check docket re PI hearing | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 09/06/12 | Communications with A. Hartshorn re status of PI hearing | L210 | 0.10 | 279.00 | 27.90 |
| EXM | 09/19/12 | Attend case management conference | L230 | 1.20 | 279.00 | 334.80 |
| EXM | 09/24/12 | Review notice from court re contunied hearing date | L230 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **2.10** | | **$585.90** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 09/04/12 | CourtCall, LLC; CourtCall - Conference Service; 08/22/12 | 78.00 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/19/12 | 78.00 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; EDCMC - Cameron Park, CA 09/04/12 | 125.75 |

**TOTAL COSTS & EXPENSES**                          **$281.75**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.10 | $27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329145 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ellison, Keith Edward | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L210 | Pleadings | | | 0.70 | $195.30 | |
| L230 | Court Mandated Conferences | | | 1.30 | $362.70 | |
| | **TOTAL** | | | **2.10** | **$585.90** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | | EXM | Associate | 2.00 | 279.00 | $558.00 |
| | | **Total** | | **2.10** | | **$585.90** |

PRIOR FEES                    $9,581.40
PRIOR COSTS & EXPENSES        $1,096.49

| | |
|---|---|
| FEES | $585.90 |
| COSTS & EXPENSES | $281.75 |
| **TOTAL THIS INVOICE** | **$867.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

...work LLC
...250 LOS ANGELES, CA 90084-4250

| Invoice No. | Customer No. |
|---|---|
| 270453 | 82035 |
| Invoice Date | Total Due |
| 9/15/12 | 34,198.42 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 270453 | 9/15/12 | 34,198.42 | 4 |

## Service Detail

| Date | OrdNo. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/04/12 RESEARCH-BRANCH SAME DAY | 6832861 | BAR | CACOA-SACRAMENTO 621 CAPITOL MALL SACRAMENTO CA 95814 Caller: Verdia Nash Case No.: C070764 Needs ASAP! Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Case Title: Tyshkevich v. Countr Ref: 11952.0329 | Base Chg : 108.00 PDF/OvrNte: 25.00 | 133.00 |
| 9/04/12 FILING-FORWARD FAX/PDF | 6832882 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Imelda Hernandez Case No.: M119022 Please file the atta Signed: Filed | Monterey County Court 1200 Aguajito Rd MONTEREY CA 93940 Case Title: Bravo v. Bank of Ame ched with the Court Ref: 70000.0911 | Base Chg : 57.50 Adv/Wit Ck: 870.00 | 927.50 |
| 9/04/12 FILING-BRANCH FAX/PDF | 6832883 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Imelda Hernandez Case No.: 12C02685 Please file the atta Signed: filed | LA County Court-Santa Monica 1725 Main St SANTA MONICA CA 90401 Case Title: Green v. Bank of Ame ched with the Court Ref: 70000.0918 | Base Chg : 48.25 Adv/Wit Ck: 370.00 | 418.25 |
| 9/04/12 FILING-BRANCH FAX/PDF | 6832920 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Deborah L. Case No.: 39-2012-00281314 FILE/CONFORM/RETURN Signed: filed | San Joaquin County Court 222 E Weber Ave STOCKTON CA 95202 Case Title: Cid v. Wells Fargo Ref: 55000.0324 | Base Chg : 48.25 | 48.25 |
| 9/04/12 FILING-FAX/PDF | 6832930 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Chilly Kada Wait: 15 Min Case No.: 1-11-CV-204313 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Case Title: Rodreguez v. BofA Ref: 70000.0262 | Base Chg : 29.75 Adv/Wit Ck: 90.00 | 119.75 |
| 9/04/12 FILING-BRANCH FAX/PDF | 6833017 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Case No.: PC20120346 FILE/CONFORM/RETURN Signed: filed | EDCMC-CAMERON PARK 3321 CAMERON PARK DRIVE CAMERON PARK CA 95682 Case Title: Ellison v. HSBC Bank Ref: 19000.1308 ELLISON | Base Chg : 125.75 | 125.75 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329146    JBS                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1329    Arthur, Ronald and Brenda
GMAC Matter No.: 730214

**TOTAL AMOUNT DUE**          **$1,222.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329146    JBS                                      October 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1329    Arthur, Ronald and Brenda
GMAC Matter No.: 730214

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ACS | 09/04/12 | Analyze first amended complaint, update to T. Buell re: case status in light of same   L190 | 0.30 | 288.00 | 86.40 |
| ERB | 09/07/12 | Attention to status based on amended complaint dropping client and impact of bankruptcy stay.   L120 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | **0.70** | | **$198.00** |

### COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 8/6/12. Advance ck. $900.00 | | 1,024.25 |
| | **TOTAL COSTS & EXPENSES** | **$1,024.25** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.30 | $86.40 |
| | **TOTAL** | **0.70** | **$198.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.30 | 288.00 | $86.40 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| | **Total** | | **0.70** | | **$198.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329146 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Arthur, Ronald & Brenda | | |

PRIOR FEES                         $4,907.70
PRIOR COSTS & EXPENSES             $213.58

| | |
|---|---|
| FEES | $198.00 |
| COSTS & EXPENSES | $1,024.25 |
| **TOTAL THIS INVOICE** | **$1,222.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# INVOICE

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269025 | 8/15/12 | 26,214.88 | 10 |

| Date | Ordr.No | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/06/12<br>FILING-BRANCH FAX/PDF | 6822965 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst    Wait: 20 Min<br>Case No.: MSC11-01677<br>FILE/CONFORM/RETURN<br>Signed: FILED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ      CA 94553<br><br>Case Title: MOORE V. PMC BANCORP<br>Ref: 11991.0109. | Base Chg : 71.50 | 71.50 |
| 8/06/12<br>FILING-BRANCH FAX/PDF | 6822985 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Chilly Kada<br>Case No.: SCV249249<br>FILE/CONFORM/RETURN<br>Signed: RECEIVED/CC | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINSTRATION DRIVE<br>SANTA ROSA      CA 95403-2818<br><br>Case Title: KENNEDY V COUNTRYWID<br>COURTESY COPY TO JDG<br>Ref: 70000.0003 | Base Chg : 57.50<br>PDF/OvrNte: 10.50 | 68.00 |
| 8/06/12<br>FILING-FORWARD FAX/PDF | 6822996 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Kathi DeLeon<br>Case No.: 54942<br>Please file with the<br>Signed: filed | Lassen County Court<br>220 South Lassen St<br>SUSANVILLE      CA 96130<br><br>Case Title: Tanner v Wells Fargo<br>court today and ret<br>Ref: 55000-0071 | Base Chg : 120.75 | 120.75 |
| 8/06/12<br>FILING-FAX/PDF | 6823025 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst    Wait: 15 Min<br>Case No.: 112cv227872<br>FILE/CONFORM/RETURN<br>Signed: filed | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE      CA 95113<br><br>Case Title: arthur v rbs<br>Ref: 19000.1329 | Base Chg : 29.75<br>PDF/OvrNte: 94.50<br>Adv/Wit Ck: 900.00 | 1,024.25 |
| 8/06/12<br>FILING-BRANCH FAX/PDF | 6823032 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst    Wait: 20 Min<br>Case No.: C12 01004<br>FILE/CONFORM/RETURN<br>Signed: FILED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ      CA 94553<br><br>Case Title: GARCIA V. GREENPOINT<br>Ref: 15314.0319. | Base Chg : 71.50 | 71.50 |
| 8/06/12<br>RESEARCH-BRANCH NEXT DAY | 6823044 | BNR | RECORDER-NORWALK<br>12400 EAST IMPERIAL HIGHWAY<br>NORWALK      CA 90650<br>Caller: Yvonne Coleman<br>Case No.: BC466331<br>ORDER CERTIFIED COPI<br>Signed: completed | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br><br>Case Title: SAEED V DEUTSCHE BAN<br>ES OF DOCS LISTED IN<br>Ref: 70000.0329 | Base Chg : 131.25<br>Research : 20.10<br>Adv/Wit Ck: 108.00 | 259.35 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329147      JBS                                    October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1339       Stanton, Gary Josef
                       GMAC Matter No.: 730521

**TOTAL AMOUNT DUE**            **$1,790.10**

### *\*\*\* REMITTANCE COPY \*\*\**
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329147    JBS                                    October 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1339    Stanton, Gary Josef
                        GMAC Matter No.: 730521

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MXS | 09/17/12 | Spoke with opposing counsel re extra modification documents. | L160 | 0.20 | 216.00 | 43.20 |
| MXS | 09/17/12 | E-mailed with client C. Diciccio re modification review and stay of case. | L160 | 0.50 | 216.00 | 108.00 |
| MXS | 09/18/12 | Strategized re reply to demurrer. | L240 | 0.20 | 216.00 | 43.20 |
| MXS | 09/25/12 | Spoke to plaintiff's counsel M. Bisonnette re deadline for results of modification review. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 09/25/12 | Composed e-mail to client C. DiCicco re modification review results and likelihood of leave to amend at demurrer hearing. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 09/26/12 | Spoke with, returned message from, and e-mailed opposing counsel re plaintiff's wages for loan modification. | L160 | 0.70 | 216.00 | 151.20 |
| MXS | 09/26/12 | E-mailed with opposing counsel re plaintiff's wages for modification application. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 09/26/12 | E-mailed with client C. DiCiccio re postponement of sale date. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 09/27/12 | Reviewed letter from plaintiff regarding financial situation for modificaiton. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 09/27/12 | E-mailed with client C. Diciccio re letter from Plaintiff and effect on modification application. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 09/27/12 | E-mailed with opposing counsel re letter of wage proof. | L160 | 0.20 | 216.00 | 43.20 |
| MXS | 09/28/12 | Attended hearing on demurrer via | L240 | 1.10 | 216.00 | 237.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329147 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Stanton, Gary Josef | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | courtcall. | | | | | |
| MXS | 09/28/12 | Checked tentative and prepared for demurrer hearing. | L240 | 0.50 | 216.00 | | 108.00 |
| MXS | 09/30/12 | Strategized re optimum modification review timeline in light of sale date. | L160 | 0.20 | 216.00 | | 43.20 |
| | | **TOTAL** | | **5.60** | | | **$1,215.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service; 09/28/12 | 78.00 |
| 09/13/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Hearing on Demurrer; Demurrer and Memorandum of Points and Authorities in Support, Reqeust for Judicial...including Court Filing Fee $435 08/21/12 | 496.20 |
| | **TOTAL COSTS & EXPENSES** | **$574.20** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 3.70 | $799.20 |
| L240 | Dispositive Motions | 1.80 | $388.80 |
| | **TOTAL** | **5.60** | **$1,215.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Schindler, Maria | MXS | Associate | 5.50 | 216.00 | $1,188.00 |
| | **Total** | | **5.60** | | **$1,215.90** |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $2,482.65 | |
| | | FEES | $1,215.90 |
| | | COSTS & EXPENSES | $574.20 |
| | | **TOTAL THIS INVOICE** | **$1,790.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 5992306 | |
| Date: | 8/21/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5992306 |
| Inv. Date: | 8/21/12 |
| Due Date: | 9/5/12 |
| Total: | $496.20 |
| Terms: | Net 15 |

| Law Firm Contact: | Maria Schindler |
|---|---|
| Client File No.: | 19000.1339 |
| Case Short Title: | Gary Josef Stanton V. GMAC Mortgage |
| Documents: | Notice of Hearing on Demurrer, Demurrer and Memorandum of Points and Authorities In Support, Request for Judicial... |
| One Legal Branch: | Sacramento |
| Court: Description: | Superior Court of California, El Dorado County |

| COURT FILING FEE | $435.00 |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $11.25 |

*Maria Schindler* (signature)

| Due Date | 9/5/12 | Total This Invoice | $496.20 |
|---|---|---|---|



8/29/12 - Send to acct. Dept. for payment.

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       329148       JBS                                           October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1356 | Cooper, Kathleen E. (III) |
| | | GMAC Matter No.: 731871 |

**TOTAL AMOUNT DUE**          $5,369.15

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329148    JBS                                October 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1356    Cooper, Kathleen E. (III)
                         GMAC Matter No.: 731871

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| EXM | 09/07/12 | Draft demurrer to complaint; revise RJNs | L210 | 4.60 | 279.00 | 1,283.40 |
| EXM | 09/10/12 | Revise demurrer; prepare for filing | L210 | 2.80 | 279.00 | 781.20 |
| EXM | 09/12/12 | Prepare demurrer for filing | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 09/17/12 | Strategize re timing of motion for sanctions | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 09/24/12 | Prepare and file notice of entry of order on preliminary injunction | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 09/24/12 | Communications with C. Malycke re case development | L123 | 0.10 | 279.00 | 27.90 |
| EXM | 09/27/12 | Review email from opposing counsel re demand to vacate the sale date; strategize the same; communications with co-counsel re the same | L210 | 0.70 | 279.00 | 195.30 |
| EXM | 09/27/12 | Draft email to C. DiCicco re opposing counsel's letter in connection with foreclosure sale date | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 09/27/12 | Conduct legal research in connection with motion for sanctions | L210 | 1.90 | 279.00 | 530.10 |
| EXM | 09/28/12 | Communications with client re foreclosure sale; strategize re the same | L120 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **11.60** | | **$3,236.40** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/14/12 | First Legal Network, LLC; Court Services; Napa County Superior Court 8/16/12. Advance ck. $47.00 | 192.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329148 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Cooper, Kathleen E. (III) | | | |

| | | | |
|---|---|---|---|
| 09/14/12 | First Legal Network, LLC; Court Services; Napa County Court 8/30/12 | | 150.00 |
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; Napa County Superior Court 8/20/12. Advance ck. $1305.00 | | 1,476.25 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service; 11/2/12 | | 78.00 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; Napa County Superior Court, CA 09/12/12 Adv/Ck; $60 | | 236.50 |
| | **TOTAL COSTS & EXPENSES** | **$2,132.75** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L123 | NOT A VALID TASK CODE | 0.10 | $27.90 |
| L210 | Pleadings | 11.30 | $3,152.70 |
| | **TOTAL** | **11.60** | **$3,236.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Manukyan, Evelina | EXM | Associate | 11.60 | 279.00 | $3,236.40 |
| | **Total** | | **11.60** | | **$3,236.40** |

PRIOR FEES                          $6,198.75

| | |
|---|---|
| FEES | $3,236.40 |
| COSTS & EXPENSES | $2,132.75 |
| **TOTAL THIS INVOICE** | **$5,369.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269786 | 8/31/12 | 40,404.75 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 8/16/12 RESEARCH-FORWARD SAME DAY | 6826998 | FSR | NAPA COUNTY SUPERIOR COURT 825 BROWN STREET NAPA        CA 94559 Caller: Clair Romell Case No.: 2659625 CLIENT NEEDS ASAP IF Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: COOPER V ARROYO POSSIBLE IF NOT, PLS Ref: 19000.1356 | Base Chg : Adv/Wit Ck: | 145.00 47.00 | 192.00 |
| 8/16/12 FILING-BRANCH FAX/PDF | 6827021 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Theresa V. Henry Wait: 15 Min Case No.: CIV 1101648 PLEASE DELIVER Signed: RECEIVED | MCSC-SAN RAFAEL 3501 CIVIC CENTER DRIVE SAN RAFAEL    CA 94903 Case Title: BUSSE V. LARKSPUR MA THE LETTER TO DPT Ref: 11506.0024 | Base Chg : | 57.50 | 57.50 |
| 8/16/12 RESEARCH-BRANCH SAME DAY | 6827050 | BAR | Santa Clara County Court 191 N First St SAN JOSE    CA 95113 Caller: Joel Spann Case No.: 111CV203112 Please obtain a copy Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: Abadam v. America Ho of the judgment, fi Ref: 70000.0280 | Base Chg : Research : Adv/Wit Ck: | 108.00 13.40 1.00 | 122.40 |
| 8/16/12 FILING-BRANCH FAX/PDF | 6827086 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: CV-11-0000656 FILE/CONFORM/RETURN Signed: filed/recvd | YLCSC-WOODLAND 725 COURT STREET WOODLAND    CA 95695 Case Title: ESPINO V BAC HOME LO Ref: 70000.0053 ESPINO | Base Chg : Adv/Wit Ck: | 57.50 60.00 | 117.50 |
| 8/16/12 FILING-BRANCH FAX/PDF | 6827100 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst    Wait: 15 Min Case No.: CIV 515625 FILE/CONFORM/RETURN Signed: FILED | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY    CA 94063 Case Title: THURELL V. WELLSFARG Ref: 55000.0398 | Base Chg : PDF/OvrNte: Adv/Wit Ck: | 57.50 25.50 435.00 | 518.00 |
| 8/16/12 FILING-BRANCH FAX/PDF | 6827102 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst    Wait: 20 Min Case No.: FCS038723 FILE/CONFORM/RETURN Signed: FILED/CC NOT ACCEPTED | SCMC-NORTH/FAIRFIELD 530 UNION AVENUE FAIRFIELD    CA 94533 Case Title: CRUDUPT V. WELLSFARG CC TO DPT 15 Ref: 550000.0047 | Base Chg : | 48.25 | 48.25 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**