# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328819    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0017 | Sweeting, Robert v. Jason Kishaba, et al. |
| | | GMAC Matter No.: 693709 |

**TOTAL AMOUNT DUE**          **$970.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328819    JBS

October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0017    Sweeting, Robert v. Jason Kishaba, et al.
GMAC Matter No.: 693709

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JD | 09/04/12 | Conference re: case status. | L120 | 0.30 | 238.50 | 71.55 |
| JD | 09/04/12 | Begin review and analysis of file. | L120 | 3.40 | 238.50 | 810.90 |
| | | **TOTAL** | | **3.70** | | **$882.45** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/04/12 | CourtCall, LLC; CourtCall - Conference Service; 09/06/12 | 78.00 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; Orange County Court Santa Ana, CA 08/23/12 | 9.75 |
| | **TOTAL COSTS & EXPENSES** | **$87.75** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L120    Analysis/Strategy | | 3.70 | $882.45 | | | |
| **TOTAL** | | **3.70** | **$882.45** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Dykstra, Jonathan | JD | Associate | 3.70 | 238.50 | $882.45 |
| **Total** | | | **3.70** | | **$882.45** |

PRIOR FEES                          $45,486.09
PRIOR COSTS & EXPENSES      $5,750.65

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   328819 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Sweeting, Robert | | |

|  | | |
|---|---|---|
| FEES | | $882.45 |
| COSTS & EXPENSES | | $87.75 |
| **TOTAL THIS INVOICE** | | **$970.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      328820      JBS                                      October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0023 | Jones, Sylvia v. GMAC Mortgage, LLC |
|        |      | GMAC Matter No.: 686344 |

**TOTAL AMOUNT DUE**          $2,753.55

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328820    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0023    Jones, Sylvia v. GMAC Mortgage, LLC
                        GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JN | 09/04/12 | Collections of invoice details in preparation for revision of cost memorandum as per Judge Bondanno. | L460 | 3.10 | 130.50 | 404.55 |
| JN | 09/04/12 | Strategize with M. Gruber regarding revision of cost memorandum and initiate request for accounting detail. | L460 | 1.70 | 130.50 | 221.85 |
| MEG | 09/04/12 | Revisions and additions to cost memorandum ordered by Judge Bondonno. | L460 | 0.90 | 261.00 | 234.90 |
| JN | 09/05/12 | Revision of cost memorandum as per Judge Bondonno. | L460 | 1.20 | 130.50 | 156.60 |
| JN | 09/05/12 | Revision of cost memorandum as per Judge Bondonno. | L460 | 4.00 | 130.50 | 522.00 |
| JN | 09/06/12 | Finalize revision of cost memorandum as per Judge Bondanno. | L460 | 2.50 | 130.50 | 326.25 |
| MEG | 09/06/12 | Further drafting of letter to Judge Bondonno; review amended costs and review case law re: same. | L460 | 0.80 | 261.00 | 208.80 |
| JN | 09/07/12 | Finalize revision of cost memorandum for delivery to Judge Bondonno. | L460 | 0.50 | 130.50 | 65.25 |
| MEG | 09/07/12 | Further drafting of letter to Judge Bondonno regarding costs; prepare exhibits re: same. | L460 | 0.90 | 261.00 | 234.90 |
| MEG | 09/11/12 | Correspondence to client regarding request for costs. | L460 | 0.30 | 261.00 | 78.30 |
| MEG | 09/11/12 | Correspondence to and from client regarding Jones costs and fees. | L460 | 0.30 | 261.00 | 78.30 |
| MEG | 09/12/12 | Review and analysis of letter from plaintiff regarding costs, malpractice and further meeting with judge. | L460 | 0.60 | 261.00 | 156.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328820 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | | | | |

| JN | 09/21/12 | Prepare cost memorandum file for accounting details backup invoices for costs. | L460 | 0.50 | 130.50 | | | 65.25 |
| | | **TOTAL** | | **17.30** | | | **$2,753.55** | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L460 | Post-Trial Motions & Submissio | 17.30 | $2,753.55 |
| | **TOTAL** | **17.30** | **$2,753.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Negrete, Jennifer | JN | Paralegal | 13.50 | 130.50 | $1,761.75 |
| Gruber, Megan | MEG | Associate | 3.80 | 261.00 | $991.80 |
| | Total | | **17.30** | | **$2,753.55** |

| PRIOR FEES | $154,760.31 |
|---|---|
| PRIOR COSTS & EXPENSES | $37,151.79 |

| FEES | $2,753.55 |
|---|---|
| **TOTAL THIS INVOICE** | **$2,753.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328821    JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0655  | Yeganeh, Fran v. GMAC Mortgage, LLC |
|        |       | GMAC Matter No.: 705330 |

**TOTAL AMOUNT DUE**          **$861.94**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      328821      JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0655      Yeganeh, Fran v. GMAC Mortgage, LLC
GMAC Matter No.: 705330

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JDI | 09/26/12 | Prepare court-ordered status report on the status of GMAC's bankruptcy proceedings. | L250 | 1.50 | 279.00 | 418.50 |
| DHC | 09/28/12 | Review and revise status report re ResCap Bankruptcy. | L120 | 0.50 | 337.50 | 168.75 |
| JDI | 09/28/12 | Draft court-ordered status report re status of GMAC's bankruptcy proceedings. | L250 | 0.90 | 279.00 | 251.10 |
| | | **TOTAL** | | **2.90** | | **$838.35** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 4437 Fellows St Alameda, CA 08/06/12 | 13.34 |
| 09/14/12 | First Legal Network, LLC; Court Services; CACOA- San Francisco 8/9/12 | 10.25 |

**TOTAL COSTS & EXPENSES**                          **$23.59**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L250 | Other Written Motions | 2.40 | $669.60 |
| | **TOTAL** | **2.90** | **$838.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328821 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Yeganeh, Fran | | | | |

| Ives, Jon | | JDI | Associate | 2.40 | 279.00 | $669.60 |
|---|---|---|---|---|---|---|
| | | **Total** | | **2.90** | | **$838.35** |

| PRIOR FEES | $21,046.05 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,791.61 |

| | |
|---|---|
| FEES | $838.35 |
| COSTS & EXPENSES | $23.59 |
| **TOTAL THIS INVOICE** | **$861.94** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328822    JBS                                             October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0717    Ganesan, Skandapriya (2)
C/M# 697731

**TOTAL AMOUNT DUE**            **$1,011.89**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328822    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0717    Ganesan, Skandapriya (2)
                        C/M# 697731

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 09/06/12 | Attention to Order Lifting Stay and strategy re: response to same. | L210 | 0.30 | 270.00 | 81.00 |
| MCK | 09/06/12 | Review of Northern District Local Rules regarding filing deadline for opposition/reply re: motion to dismiss. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/06/12 | Review of Court's Order Lifting the Stay and emails to client contacts re: same. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 09/13/12 | Review of court notice re: consent to magistrate. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 09/13/12 | Telephone call with Elizabeth Holt re judicial assignment. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/13/12 | Correspondence with client re: proceeding with Magistrate Judge James. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/13/12 | Draft notice of consent to proceed with Magistrate Judge James. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 09/19/12 | Review of notice from Court to Plaintiff regarding required filing. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/20/12 | Review of Plaintiff's filing re: consent to magistrate judge. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/21/12 | Review notice from court re: referral to alternative dispute resolution unit. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 09/21/12 | Draft e-mail correspondence to client re: referral to alternative dispute resolution process. | L120 | 0.60 | 234.00 | 140.40 |
| MCK | 09/24/12 | E-mail correspondence to client regarding scheduling of ADR teleconference. | L160 | 0.40 | 234.00 | 93.60 |
| MCK | 09/25/12 | E-mail correspondence to client re: | L120 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328822 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Ganesan, Skandapriya (2) | | | | |

| | | | | | | | |
|------|----------|-----------------------------------------------------------------------------|------|------|--------|--------|
| | | ADR teleconference and need for defendant representatives to attend. | | | | |
| MCK | 09/27/12 | Correspondence with Jennifer Holtgren in preparation for ADR teleconference. | L120 | 0.40 | 234.00 | 93.60 |
| MCK | 09/27/12 | Attend mandatory ADR teleconference. | L160 | 0.50 | 234.00 | 117.00 |
| MCK | 09/27/12 | Attention to file in preparation for ADR teleconference. | L160 | 0.30 | 234.00 | 70.20 |
| MCK | 09/27/12 | Telepone call to ADR Unit regarding client representatives for teleconference. | L160 | 0.10 | 234.00 | 23.40 |
| MCK | 09/28/12 | Telephone call to Jennifer Holtgren following ADR Teleconference. | L120 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | **4.20** | | **$993.60** |

### COSTS & EXPENSES

| | | | |
|---|----------|----------------------------------------------------------------------------------------------------|-------|
| | 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3540 Mercato Court Alameda, CA 08/28/12 | 18.29 |
| | | **TOTAL COSTS & EXPENSES** | **$18.29** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------------------------------|-------|----------|
| L120 | Analysis/Strategy | 2.60 | $608.40 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $304.20 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **4.20** | **$993.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|--------------------|-----|-----------------|-------|--------|---------|
| Kelly, Megan | MCK | Special Counsel | 3.90 | 234.00 | $912.60 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | | **Total** | **4.20** | | **$993.60** |

| | |
|-------------------------|------------|
| PRIOR FEES | $88,608.60 |
| PRIOR COSTS & EXPENSES | $6,291.65 |

| | |
|-------------------|---------|
| FEES | $993.60 |
| COSTS & EXPENSES | $18.29 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328822 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Ganesan, Skandapriya (2) | | |

**TOTAL THIS INVOICE**                    **$1,011.89**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      328823      JBS                                             October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0839       Neal, Dennis and Jacqueline
                       GMAC Matter No.: 711542

**TOTAL AMOUNT DUE**          **$240.75**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    328823    JBS | October 8, 2012 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0839    Neal, Dennis and Jacqueline
GMAC Matter No.: 711542

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MKS | 09/13/12 | Review and revise draft Notice of Bankruptcy Stay and accompanying cover letter. | L120 | 0.40 | 270.00 | 108.00 |
| BSW | 09/17/12 | Communicate with client regarding revised Notice of Bankruptcy. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 09/18/12 | Draft updated Case Management Statement. | L230 | 0.30 | 265.50 | 79.65 |
| | | **TOTAL** | | **0.90** | | **$240.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L140 | Document/File Management | 0.20 | $53.10 |
| L230 | Court Mandated Conferences | 0.30 | $79.65 |
| | **TOTAL** | **0.90** | **$240.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 0.50 | 265.50 | $132.75 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| | | **Total** | **0.90** | | **$240.75** |

| PRIOR FEES | $25,108.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $4,089.43 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328823 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Neal, Dennis and Jacqueline | | | |

|  | FEES | $240.75 |
| **TOTAL THIS INVOICE** | | **$240.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328824    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0851    Feliciano, Jose
                  GMAC Matter No.: 711719

**TOTAL AMOUNT DUE**                    **$551.70**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328824     JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0851     Feliciano, Jose
GMAC Matter No.: 711719

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| BSW | 09/23/12 | Communicate with client (A. Peters) regarding status of comfort order. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 09/26/12 | Communicate with bankruptcy counsel (E. Richards) regarding timeline for comfort order. | L140 | 0.10 | 265.50 | 26.55 |
| MIW | 09/27/12 | Confer with B. Whittemore re comfort order status. | L190 | 0.20 | 274.50 | 54.90 |
| DHC | 09/28/12 | Review draft of motion and order authorizing GMACM to remediate property. | L250 | 0.50 | 337.50 | 168.75 |
| DHC | 09/28/12 | Conference with Brian Whittmore, Mary Kate Sullivan and Mark Wraight re comments to motion. | L250 | 0.50 | 337.50 | 168.75 |
| BSW | 09/28/12 | Receipt and review motion for comfort order from bankruptcy counsel (E. Richards). | L140 | 0.30 | 265.50 | 79.65 |
| | | **TOTAL** | | **1.80** | | **$551.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L140 | Document/File Management | 0.60 | $159.30 |
| L190 | Other Case Assessment | 0.20 | $54.90 |
| L250 | Other Written Motions | 1.00 | $337.50 |
| | **TOTAL** | **1.80** | **$551.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 328824 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Feliciano, Jose | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 0.60 | 265.50 | $159.30 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Wraight, Mark | MIW | Member | 0.20 | 274.50 | $54.90 |
| | **Total** | | **1.80** | | **$551.70** |

PRIOR FEES                          $82,291.05
PRIOR COSTS & EXPENSES         $8,137.79

| | FEES | $551.70 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$551.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328825    JBS                                                October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0970    Ali, Ershad
                  GMAC Matter No.:  714965

**TOTAL AMOUNT DUE**          **$214.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328825    JBS                                      October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0970    Ali, Ershad
GMAC Matter No.: 714965

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| NSR | 09/04/12 | Telephone communications with buyers' agent concerning closing documents | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 09/05/12 | Draft letter to Ms. Bonnello regarding Plaintiff's last settlement payment check | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 09/05/12 | Exchange various email correspondence with Ms. Bonello regarding the finalization of closing and closing of the case | L160 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **0.90** | | **$214.65** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|--|-------|--------|--|--|--|
| L160    Settlement/Non-Binding ADR | | 0.90 | $214.65 | | | |
| **TOTAL** | | **0.90** | **$214.65** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Riedman, Natilee | NSR | Associate | 0.90 | 238.50 | $214.65 |
| **Total** | | | **0.90** | | **$214.65** |

PRIOR FEES                        $15,273.90
PRIOR COSTS & EXPENSES            $289.04

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328825 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Ali, Ershad | | |

|  | | |
|---|---|---|
| FEES | | $214.65 |
| **TOTAL THIS INVOICE** | | **$214.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328826     JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1006      Juharyan, Ishkhan
                     C/M# 716686

**TOTAL AMOUNT DUE**          $2,340.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328826    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1006    Juharyan, Ishkhan
C/M# 716686

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MXS | 09/01/12 | Drafted responses to interrogatories for GMAC. | L310 | 1.40 | 216.00 | 302.40 |
| RSS | 09/04/12 | Confer with M. Schindler regarding case status and strategy and review and respond to correspondence regarding same. | L120 | 0.70 | 288.00 | 201.60 |
| MXS | 09/04/12 | Researched whether California unfair competition claims were relieved from automatic stay in bankruptcy court. | L220 | 1.30 | 216.00 | 280.80 |
| MXS | 09/04/12 | Reviewed fact package, loan file, loan servicing notes, and public records to determine if plaintifs are current on loan payments, and if not current when last payment was made. | L160 | 1.40 | 216.00 | 302.40 |
| MXS | 09/04/12 | Composed memorandum regarding results research into relief from automatic stay of California UCL claims. | L220 | 0.60 | 216.00 | 129.60 |
| MKS | 09/05/12 | Further assessment of remaining claims in light of Final Supplemental Order in Bankruptcy matter and drafting of new Notice of Stay identifying specific claims that remain stayed under new final Order. | L190 | 0.40 | 270.00 | 108.00 |
| MXS | 09/05/12 | Strategized re notice of stay and bankruptcy. | L250 | 0.40 | 216.00 | 86.40 |
| MXS | 09/05/12 | Drafted reccomendation to client to file notice of stay. | L250 | 0.40 | 216.00 | 86.40 |
| MXS | 09/05/12 | Drafted and edited notice of stay and letter, sent to client for approval. | L250 | 2.10 | 216.00 | 453.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328826 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Juharyan, Ishkhan | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MXS | 09/06/12 | Strategized re success of continued modification review. | L160 | 0.40 | 216.00 | | 86.40 |
| MXS | 09/06/12 | Drafted detailed e-mail to client with suggestion for continued modification review, and issues re notice of stay and discovery. | L160 | 0.40 | 216.00 | | 86.40 |
| MXS | 09/13/12 | E-mailed with client J. Holtgren re notice of stay and discovery responses. | L250 | 0.40 | 216.00 | | 86.40 |
| MXS | 09/17/12 | Edited and supervised filing of notice of stay and sending of stay letter. | L250 | 0.60 | 216.00 | | 129.60 |
| | | **TOTAL** | | **10.50** | | | **$2,340.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $201.60 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $475.20 |
| L190 | Other Case Assessment | 0.40 | $108.00 |
| L220 | Preliminary Injunctions/Provis | 1.90 | $410.40 |
| L250 | Other Written Motions | 3.90 | $842.40 |
| L310 | Written Discovery | 1.40 | $302.40 |
| | **TOTAL** | **10.50** | **$2,340.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| Schindler, Maria | MXS | Associate | 9.40 | 216.00 | $2,030.40 |
| Saelao, Rebecca | RSS | Special Counsel | 0.70 | 288.00 | $201.60 |
| | **Total** | | **10.50** | | **$2,340.00** |

| PRIOR FEES | $22,432.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,795.46 |

| | | |
|---|---|---|
| FEES | | $2,340.00 |
| **TOTAL THIS INVOICE** | | **$2,340.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328827    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1035     Ross, Richard
                   GMAC Matter No.: 718077

**TOTAL AMOUNT DUE**          $3,545.55

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328827    JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1035    Ross, Richard
GMAC Matter No.: 718077

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| NSR | 09/06/12 | Determine whether the Court has issued L210 its formal order of dismissal | 0.30 | 238.50 | 71.55 |
| NSR | 09/06/12 | Communicate via telephone with court L210 clerk regarding delay in the court's issuance of an order of dismissal and Plaintiff's apparent bankruptcy action | 0.30 | 238.50 | 71.55 |
| NSR | 09/06/12 | Communications with Plaintiff's L190 counsel's office regarding Plaintiff's communications with the Court concerning a bankruptcy filing | 0.30 | 238.50 | 71.55 |
| NSR | 09/17/12 | Receipt and preliminary review of L240 Plaintiff's opposition to the demurrer | 0.30 | 238.50 | 71.55 |
| NSR | 09/18/12 | Analysis of Plaintiff's opposition to the L240 demurrer, in preparation of drafting reply | 1.40 | 238.50 | 333.90 |
| NSR | 09/18/12 | Outline reply in support of demurrer L240 | 1.10 | 238.50 | 262.35 |
| NSR | 09/19/12 | Analysis of authority cited by Plaintiff L240 in his opposition to our demurrer, in preparation of drafting reply | 0.90 | 238.50 | 214.65 |
| NSR | 09/19/12 | Draft reply in support of demurrer L240 | 5.40 | 238.50 | 1,287.90 |
| NSR | 09/19/12 | Draft correspondence to Ms. Hoy L190 regarding the Court's decision not to dismiss the case | 0.30 | 238.50 | 71.55 |
| MKS | 09/20/12 | Attention to Court's refusal to enter L120 dismissal due to Bankrutpcy Stay. Strategy re: same. | 0.20 | 270.00 | 54.00 |
| MKS | 09/20/12 | Review and revise draft reply in support L240 of demurrer to first amended complaint. | 0.30 | 270.00 | 81.00 |
| NSR | 09/20/12 | Review and revise reply in support of L240 demurrer | 1.60 | 238.50 | 381.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 328827 | CLIENT | GMAC ResCap | | | | Page 2 |
|---|---|---|---|---|---|---|
| | MATTER | Ross, Richard | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NSR | 09/20/12 | Draft notice of non-opposition | L240 | 0.60 | 238.50 | 143.10 |
| NSR | 09/20/12 | Finalize reply in support of demurrer and notice of non-opposition to motion to strike prior to filing | L240 | 0.50 | 238.50 | 119.25 |
| NSR | 09/26/12 | Draft summary of the Court's tentative ruling on the demurrer, request for judicial notice and motion to strike | L240 | 0.50 | 238.50 | 119.25 |
| NSR | 09/26/12 | Communications with the Court regarding Plaintiff's failure to reserve oral argument on the hearing on the demurrer and motion to strike | L240 | 0.30 | 238.50 | 71.55 |
| NSR | 09/27/12 | Analysis of correspondence from Plaintiff's counsel regarding her inability to hire an appearance attorney | L240 | 0.10 | 238.50 | 23.85 |
| NSR | 09/27/12 | Analysis regarding Plaintiff's request for a continued hearing on our demurrer and motion to strike | L240 | 0.30 | 238.50 | 71.55 |
| NSR | 09/28/12 | Analysis of correspondence from Plaintiff's counsel regarding her inability to secure an appearance attorney and a request for postponement of the hearing on our demurrer | L240 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **14.80** | | **$3,545.55** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 0.60 | $143.10 |
| L240 | Dispositive Motions | 13.40 | $3,205.35 |
| | **TOTAL** | **14.80** | **$3,545.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Riedman, Natilee | NSR | Associate | 14.30 | 238.50 | $3,410.55 |
| | | **Total** | **14.80** | | **$3,545.55** |

PRIOR FEES                    $19,867.95
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 328827 | CLIENT | GMAC ResCap | Page 3 |
| | | MATTER | Ross, Richard | |

PRIOR COSTS & EXPENSES                $2,669.59

FEES                    $3,545.55
**TOTAL THIS INVOICE**                    **$3,545.55**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328828     JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1072     Malinowski, Kenneth J. and Patricia L.
                   GMAC Matter No.: 719341

**TOTAL AMOUNT DUE**            **$324.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328828    JBS                                        October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1072    Malinowski, Kenneth J. and Patricia L.
GMAC Matter No.: 719341

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| KWF | 09/06/12 | Receive and analyze motion to continue L120 hearing on motion for summary judgment. | 0.20 | 270.00 | 54.00 |
| KWF | 09/21/12 | Receive and analyze court order L120 granting motion for summary judgment. | 0.20 | 270.00 | 54.00 |
| KWF | 09/21/12 | Prepare email to client, M. Verma, re: L120 motion for summary judgment. | 0.30 | 270.00 | 81.00 |
| KWF | 09/27/12 | Receive and analyze motion for L120 reconsideration and motion to compel. | 0.30 | 270.00 | 81.00 |
| KWF | 09/27/12 | Prepare email to M. Verma re: motions L120 for reconsideration and to compel. | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | **1.20** | | **$324.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120    Analysis/Strategy | | 1.20 | $324.00 |
| **TOTAL** | | **1.20** | **$324.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| **Total** | | | **1.20** | | **$324.00** |

| | |
|--|--|
| PRIOR FEES | $6,627.60 |
| PRIOR COSTS & EXPENSES | $220.24 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328828 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Malinowski, Kenneth & Patricia | | | |

|  | FEES | $324.00 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$324.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328829    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1105 | Negrete, Maricela |
| | | GMAC Matter No.: 719957 |

**TOTAL AMOUNT DUE**          **$662.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      328829      JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1105      Negrete, Maricela
GMAC Matter No.: 719957

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 09/11/12 | Review Cross-Complaint and Amended Cross-Complaint. | L210 | 1.00 | 337.50 | 337.50 |
| DHC | 09/11/12 | Conference with Harold Jones re whether third party claims fall within limited stay relief order in ResCap BK. | L120 | 0.50 | 337.50 | 168.75 |
| | | **TOTAL** | | **1.50** | | **$506.25** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/04/12 | CourtCall, LLC; CourtCall - Conference Service; 08/23/12 | 78.00 |
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 12/06/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$156.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L210 | Pleadings | 1.00 | $337.50 |
| | **TOTAL** | **1.50** | **$506.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| | **Total** | | **1.50** | | **$506.25** |

PRIOR FEES                          $8,347.05
PRIOR COSTS & EXPENSES      $534.59

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328829 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Negrete, Maricela | | |

| | |
|---|---|
| FEES | $506.25 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$662.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328831    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1153    Gaunt, Francia Carmen
GMAC Matter No.: 722390

**TOTAL AMOUNT DUE**          **$484.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328831    JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1153    Gaunt, Francia Carmen
                        GMAC Matter No.: 722390

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 09/01/12 | Review/analyze order of dismissal. | L240 | 0.20 | 261.00 | 52.20 |
| MXS | 09/01/12 | Reviewed court order dismissing case. Strategized re same. | L240 | 0.30 | 216.00 | 64.80 |
| MXS | 09/04/12 | E-mailed with client regarding dismissal of action and expiration of appeal deadline. | L240 | 0.40 | 216.00 | 86.40 |
| MXS | 09/21/12 | E-mailed with client re submitting proposed judgment of dismissal and likely closing date. | L250 | 0.40 | 216.00 | 86.40 |
| MXS | 09/21/12 | Spoke to and e-mailed with co-defendant's counsel T. Broadhead re: submitting proposed judgment of dismissal. | L250 | 0.70 | 216.00 | 151.20 |
| MXS | 09/24/12 | Reviewed proposed judgment of dismissal, submitted to court. | L250 | 0.20 | 216.00 | 43.20 |
| | | **TOTAL** | | **2.20** | | **$484.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L240 | Dispositive Motions | 0.90 | $203.40 |
| L250 | Other Written Motions | 1.30 | $280.80 |
| | **TOTAL** | **2.20** | **$484.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 0.20 | 261.00 | $52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 328831 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Gaunt, Francia Carmen | | | | |

| Schindler, Maria | MXS | Associate | 2.00 | 216.00 | $432.00 |
|---|---|---|---|---|---|
| | **Total** | | **2.20** | | **$484.20** |

| PRIOR FEES | $17,206.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $217.93 |

|  | FEES | $484.20 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$484.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328832    JBS                                             October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1173    Liguori, Lisa
GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**                    **$411.90**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      328832      JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1173    Liguori, Lisa
                         GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 09/27/12 | Prepare for case management conference. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 09/28/12 | Appear at case management conference. | L230 | 0.70 | 270.00 | 189.00 |
| | | **TOTAL** | | **1.10** | | **$297.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/11/12 | One Legal, Inc.; Transmittal of filing to court; Certificate of Service 08/20/12 | 49.95 |
| 09/18/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Notice of Request for Punitive Damages, Summons, Notice of Assignment, Notice of Related Case, Civil Case Cover....Not Served: Lynn McLaughlin (aka Lynn McLaughlin-Montero) 5955 Carnegie Street San Diego, CA 92122 08/31/12 | 64.95 |

**TOTAL COSTS & EXPENSES**                                **$114.90**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L230 | Court Mandated Conferences | 0.70 | $189.00 |
| | **TOTAL** | **1.10** | **$297.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.10 | 270.00 | $297.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328832 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Liguori, Lisa | | |

| | | |
|---|---|---|
| **Total** | **1.10** | **$297.00** |

PRIOR FEES                         $12,986.10
PRIOR COSTS & EXPENSES             $1,333.11

| | |
|---|---|
| FEES | $297.00 |
| COSTS & EXPENSES | $114.90 |
| **TOTAL THIS INVOICE** | **$411.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328833    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1184     Berdan, Felino V. and Belinda
                   GMAC Matter No.: 723763

**TOTAL AMOUNT DUE**          $1,281.10

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328833    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1184    Berdan, Felino V. and Belinda
GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MTM | 09/05/12 | Confer with J. Hoy and revise interrogatories and draft email for MERS. | L310 | 0.60 | 288.00 | 172.80 |
| MTM | 09/09/12 | Review Plaintiff's Motion for Reconsideration. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 09/11/12 | Attention to status of Plaintiff's motion for reconsideration. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 09/17/12 | Attention to case management conference. | L230 | 0.20 | 288.00 | 57.60 |
| MTM | 09/17/12 | Review docket and draft case management statement. | L230 | 0.30 | 288.00 | 86.40 |
| MTM | 09/17/12 | Attention to opposition to motion to vacate. | L210 | 0.80 | 288.00 | 230.40 |
| MTM | 09/18/12 | Review cases and briefs regarding motions to vacate. | L210 | 0.70 | 288.00 | 201.60 |
| MTM | 09/21/12 | Retrieve additional case law for opposition to Motion to Vacate. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 09/24/12 | Attention to status of CMC. | L230 | 0.20 | 288.00 | 57.60 |
| MTM | 09/25/12 | Attention to status of case management conference. | L230 | 0.10 | 288.00 | 28.80 |
| MTM | 09/26/12 | Attend Case Management Conference. | L230 | 0.60 | 288.00 | 172.80 |
| | | **TOTAL** | | **4.20** | | **$1,209.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 8/30/12 | 71.50 |

**TOTAL COSTS & EXPENSES**                    **$71.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 328833 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Berdan, Felino V. & Belinda | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 2.20 | $633.60 |
| L230 | Court Mandated Conferences | 1.40 | $403.20 |
| L310 | Written Discovery | 0.60 | $172.80 |
| | **TOTAL** | **4.20** | **$1,209.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| McGuinness, Michelle | MTM | Associate | 4.20 | 288.00 | $1,209.60 |
| | **Total** | | **4.20** | | **$1,209.60** |

| | |
|---|---|
| PRIOR FEES | $15,132.15 |
| PRIOR COSTS & EXPENSES | $2,117.23 |

| | |
|---|---|
| FEES | $1,209.60 |
| COSTS & EXPENSES | $71.50 |
| **TOTAL THIS INVOICE** | **$1,281.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      328834      JBS                                              October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1221       Robertson, Thomas
                       GMAC Matter No.: 725973

**TOTAL AMOUNT DUE**          $306.00

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328834    JBS                                        October 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1221    Robertson, Thomas
GMAC Matter No.: 725973

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ABK | 09/04/12 | Plan and prepare for Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| ABK | 09/04/12 | Appear for Case Management Conference by Courtcall. | L230 | 0.30 | 247.50 | 74.25 |
| ABK | 09/04/12 | Communicate with J. Holtgren re: case status following Case Management Conference. | L230 | 0.30 | 247.50 | 74.25 |
| MKS | 09/06/12 | Attention to Court's order vacating dismissal due to filing of Notice of Bankruptcy Stay.  Strategy re: same. | L190 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **1.20** | | **$306.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.40 | $108.00 |
| L230 | Court Mandated Conferences | 0.80 | $198.00 |
| | **TOTAL** | **1.20** | **$306.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kenney, Austin | ABK | Associate | 0.80 | 247.50 | $198.00 |
| Sullivan, Mary Kate | MKS | Member | 0.40 | 270.00 | $108.00 |
| | **Total** | | **1.20** | | **$306.00** |

PRIOR FEES                        $5,593.50
PRIOR COSTS & EXPENSES            $2,124.39

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 328834 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Robertson, Thomas | | |

| | |
|---|---|
| FEES | $306.00 |
| **TOTAL THIS INVOICE** | **$306.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328835     JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1247      Galaviz, Jorge and Consuelo
                     GMAC Matter No.: 727068

**TOTAL AMOUNT DUE**          **$1,022.59**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328835    JBS                                      October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1247    Galaviz, Jorge and Consuelo
GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKK | 09/06/12 | Leave voicemail for opposing counsel regarding supplemental brief regarding MERS (.1); phone call with opposing counsel regarding supplemental brief regarding MERS (.2.) | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 09/06/12 | Review court filings to determine if court ordered supplemental briefing is necessary. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 09/06/12 | Review plaintiffs' case management statement. | L210 | 0.10 | 225.00 | 22.50 |
| MKS | 09/07/12 | Attention to dismissal of MERS from lawsuit following demurrer hearing and request for additional briefing on effect of B/K stay on MERS.  Strategy re: response to same.  Review and revise submission in advance of continued demurrer hearing. | L210 | 0.50 | 270.00 | 135.00 |
| MKK | 09/07/12 | Meet with M.K. Sullivan regarding supplemental briefing for demurrer hearing. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 09/07/12 | Draft and revise case management statement (.3); Draft and revise supplemental briefing for demurrer hearing (.3). | L210 | 0.60 | 225.00 | 135.00 |
| MKS | 09/21/12 | Study and review tentative ruling on demurrer in advance of continued demurrer hearing.  Strategy re: same. | L240 | 0.20 | 270.00 | 54.00 |
| MKK | 09/24/12 | Draft declaration regarding failure to appear at case management conference (.5); Draft proposed order on demurrer | L210 | 1.20 | 225.00 | 270.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328835 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Galaviz, Jorge & Consuelo | | | |

(.7).
**TOTAL**                                      3.20          **$751.50**

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1525 Roseberry Court Solano, CA 08/17/12 | | 13.34 |
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; Solano County Superior Court 8/8/12 | | 83.25 |
| 09/17/12 | CourtCall, LLC; CourtCall - Conference Service;  09/24/12 | | 78.00 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; SCMC - North / Fairfield, CA 09/07/12 | | 48.25 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC - North / Fairfield, CA 09/07/12 | | 48.25 |
| | **TOTAL COSTS & EXPENSES** | **$271.09** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 3.00 | $697.50 |
| L240 | Dispositive Motions | 0.20 | $54.00 |
| | **TOTAL** | **3.20** | **$751.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kamka, Mary Kate | MKK | Special Counsel | 2.50 | 225.00 | $562.50 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | **Total** | | **3.20** | | **$751.50** |

PRIOR FEES                    $13,564.80
PRIOR COSTS & EXPENSES            $1,550.69

| | |
|---|---|
| FEES | $751.50 |
| COSTS & EXPENSES | $271.09 |
| **TOTAL THIS INVOICE** | **$1,022.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328836    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1283    Munguia, Jorge and Michele
GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**         $2,716.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328836    JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1283    Munguia, Jorge and Michele
GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 09/06/12 | Review co-defendant's case management statement. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/12/12 | Revisions to notice of bankruptcy and email correspondence with client re: same. | L120 | 0.40 | 234.00 | 93.60 |
| MCK | 09/13/12 | Review of Plaintiffs' case management conference statement. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/13/12 | Preliminary drafting of demurrer to first amended complaint. | L210 | 3.00 | 234.00 | 702.00 |
| MKS | 09/14/12 | Review and revise draft demurrer to complaint. | L240 | 0.50 | 270.00 | 135.00 |
| MCK | 09/14/12 | Continued drafting of demurrer to First Amended Complaint. | L240 | 4.50 | 234.00 | 1,053.00 |
| MCK | 09/17/12 | Revisions to draft demurrer and transmittal to client for review. | L240 | 0.30 | 234.00 | 70.20 |
| MCK | 09/17/12 | Review of minutes from case management conference. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 09/17/12 | Review of Co-Defendant's declaration of non-monetary status. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 09/19/12 | Draft request for judicial notice in support of demurrer. | L240 | 0.70 | 234.00 | 163.80 |
| MCK | 09/20/12 | Correspondence with client regarding draft demurrer and amended notice of bankruptcy stay. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 09/21/12 | Revisions to draft demurrer. | L210 | 0.30 | 234.00 | 70.20 |
| MCK | 09/21/12 | E-mail correspondence with client regarding draft demurrer and draft amended notice of bankruptcy stay. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 09/24/12 | Finalize demurrer, amended notice and supporting papers for filing and service. | L240 | 0.30 | 234.00 | 70.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328836 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Munguia, Jorge & Michele | | | | |

| MCK | 09/27/12 | E-mail correspondence with client re: conformed copies of demurrer and notice of bankruptcy. | L120 | 0.20 | 234.00 | 46.80 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **11.20** | | **$2,638.80** |

### COSTS & EXPENSES

| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service;  10/19/12 | | 78.00 |
|---|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.60 | $374.40 |
| L210 | Pleadings | 3.30 | $772.20 |
| L240 | Dispositive Motions | 6.30 | $1,492.20 |
| | **TOTAL** | **11.20** | **$2,638.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 10.70 | 234.00 | $2,503.80 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **11.20** | | **$2,638.80** |

| PRIOR FEES | $2,892.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $473.82 |

| | |
|---|---|
| FEES | $2,638.80 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,716.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328837    JBS

October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1348    Bolivar, Maria
GMAC Matter No.: 731197

**TOTAL AMOUNT DUE**          **$242.84**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328837    JBS

October 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1348    Bolivar, Maria
GMAC Matter No.: 731197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| EK | 09/05/12 | Review and analyze email from D. Booth re interested parties and revise certificate re same | L120 | 0.20 | 274.50 | 54.90 |
| EK | 09/07/12 | Review email from D. Booth re RALI Trust and revise certificate of interested entities | L210 | 0.20 | 274.50 | 54.90 |
| EK | 09/10/12 | Further revise certificate interested of parties | L210 | 0.20 | 274.50 | 54.90 |
| EK | 09/24/12 | Review and analyze court's order re motion to dismiss and service issues | L210 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **0.80** | | **$219.60** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 4561 Horseshoe Circle Contra Costa, CA 08/06/12 | 23.24 |
| | **TOTAL COSTS & EXPENSES** | **$23.24** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.90 |
| L210 | Pleadings | 0.60 | $164.70 |
| | **TOTAL** | **0.80** | **$219.60** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Kemp, Erik | EK    Associate | 0.80 | 274.50 | $219.60 |
| | **Total** | **0.80** | | **$219.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328837 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Bolivar, Maria | | |

PRIOR FEES                               $4,399.20

|  |  |
|---|---|
| FEES | $219.60 |
| COSTS & EXPENSES | $23.24 |
| **TOTAL THIS INVOICE** | **$242.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328838    JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1358     Aniel, Erlinda Abibas
                         GMAC Matter No.: 732286

**TOTAL AMOUNT DUE**          $2,600.84

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328838    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
                       GMAC Matter No.: 732286

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RRF | 09/05/12 | Obtain over 20 title docs & prepare property profile. | L110 | 1.40 | 112.50 | 157.50 |
| TNA | 09/05/12 | Analyze pleadings, including complaint, application for preliminary injunction, declarations in support thereof, and client loan file and fact file to identify facts in support of opposition to preliminary injunction. | L220 | 1.70 | 270.00 | 459.00 |
| TNA | 09/05/12 | Commence preparing opposition to plaintiffs' application for preliminary injunction. | L220 | 2.80 | 270.00 | 756.00 |
| MKS | 09/06/12 | Review and revise draft opposition to OSC re: PI, draft declaration in support and exhibits thereto. | L250 | 0.50 | 270.00 | 135.00 |
| TNA | 09/06/12 | Analyse fact package and loan documents to identify facts and exhibits for supporting declaration to opposition to preliminary injunction. | L220 | 0.80 | 270.00 | 216.00 |
| TNA | 09/06/12 | Prepare final revisions to opposition to preliminary injunction. | L220 | 1.80 | 270.00 | 486.00 |
| MKS | 09/18/12 | Study and review plaintiff's reply in support of OSC re: PI. | L250 | 0.20 | 270.00 | 54.00 |
| TNA | 09/26/12 | Telephone conference with plaintiff and court ADR representative regarding case. | L230 | 0.80 | 270.00 | 216.00 |
| TNA | 09/27/12 | Review court order denying plaintiffs' application for preliminary injunction. | L220 | 0.20 | 270.00 | 54.00 |
| TNA | 09/27/12 | Prepare recommendations to J. Holtgren at Ally regarding order denying preliminary injunction, | L220 | 0.10 | 270.00 | 27.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328838 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Aniel, Erlinda Abibas | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | pending foreclosure, and possible options for amicable resolution based on comments by plaintiffs' counsel at ADR conference. | | | | | |
| TNA | 09/27/12 | Leave message for plaintiffs' counsel regarding order denying preliminary injunction. | L160 | 0.10 | 270.00 | | 27.00 |
| | | **TOTAL** | | **10.40** | | | **$2,587.50** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 75 Tobin Clark Drive San Mateo, CA 94010 08/27/12 | | 13.34 |
| | **TOTAL COSTS & EXPENSES** | **$13.34** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $157.50 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $27.00 |
| L220 | Preliminary Injunctions/Provis | 7.40 | $1,998.00 |
| L230 | Court Mandated Conferences | 0.80 | $216.00 |
| L250 | Other Written Motions | 0.70 | $189.00 |
| | **TOTAL** | **10.40** | **$2,587.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 1.40 | 112.50 | $157.50 |
| Abbott, Thomas | TNA | Associate | 8.30 | 270.00 | $2,241.00 |
| | **Total** | | **10.40** | | **$2,587.50** |

| | | | | |
|---|---|---|---|---|
| PRIOR FEES | | $1,114.20 | | |
| | | FEES | | $2,587.50 |
| | | COSTS & EXPENSES | | $13.34 |
| | | **TOTAL THIS INVOICE** | | **$2,600.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328839    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1367     Parker, Edna
                   GMAC Matter No.: 731904

**TOTAL AMOUNT DUE**          **$2,199.84**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328839    JBS                                October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1367    Parker, Edna
GMAC Matter No.: 731904

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 09/06/12 | Review and revise draft Notice of Bankrutpcy Stay. | L210 | 0.30 | 270.00 | 81.00 |
| TNA | 09/07/12 | Receive and review fact file containing loan documents, servicing notes, and correspondence. | L110 | 0.80 | 270.00 | 216.00 |
| TNA | 09/07/12 | Review application for preliminary injunction to determine arguments and formulate counter arguments. | L210 | 0.60 | 270.00 | 162.00 |
| TNA | 09/07/12 | Prepare declaration of GMACM in support of opposition to preliminary injunction, including review of servicing notes to identify contacts establishing contacts with section 2923.5. | L210 | 1.90 | 270.00 | 513.00 |
| TNA | 09/07/12 | Prepare memorandum of points and authorities in opposition to plaintiff's application for preliminary injunction. | L210 | 2.80 | 270.00 | 756.00 |
| RRF | 09/10/12 | Obtain title docs & prepare property profile. | L110 | 1.10 | 112.50 | 123.75 |
| MKS | 09/14/12 | Review and revise draft opposition to OSC re: PI and supporting declarations and documents. | L250 | 0.50 | 270.00 | 135.00 |
| TNA | 09/27/12 | Receive and review offer from plaintiff to dismiss case with prejudice in exchange for 60 day postponement of trustee's sale so plaintiff can submit loan modification review. | L160 | 0.20 | 270.00 | 54.00 |
| TNA | 09/27/12 | Exchange of communications with plaintiff's counsel regarding her offer to dismiss case with prejudice in exchange | L160 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 328839 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Parker, Edna | | |

for 60 day postponement of foreclosure
sale.

| | | |
|---|---|---|
| **TOTAL** | **8.40** | **$2,094.75** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2512 Rawson Street Alameda, CA 94601 08/27/12 | 27.09 |
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service; 10/16/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$105.09** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.90 | $339.75 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $108.00 |
| L210 | Pleadings | 5.60 | $1,512.00 |
| L250 | Other Written Motions | 0.50 | $135.00 |
| | **TOTAL** | **8.40** | **$2,094.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 1.10 | 112.50 | $123.75 |
| Abbott, Thomas | TNA | Associate | 6.50 | 270.00 | $1,755.00 |
| | **Total** | | **8.40** | | **$2,094.75** |

| | | |
|---|---|---|
| PRIOR FEES | $763.20 | |
| | FEES | $2,094.75 |
| | COSTS & EXPENSES | $105.09 |
| | **TOTAL THIS INVOICE** | **$2,199.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328840    JBS                                October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1372    Anderegg, Michael
                  GMAC Matter No.: 731862

**TOTAL AMOUNT DUE**                    **$4,154.85**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328840    JBS                                            October 8, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1372    Anderegg, Michael
                          GMAC Matter No.: 731862

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 09/06/12 | Draft administrative motion to extend response deadline and accompanying documents. | L250 | 1.80 | 261.00 | 469.80 |
| DPB | 09/06/12 | Prepare notice of consent to proceed before Magistrate Judge. | L250 | 0.20 | 288.00 | 57.60 |
| DPB | 09/06/12 | Revise and supplement the draft declaration prepared by M.E.Holt in support of administrative motion. | L250 | 0.40 | 288.00 | 115.20 |
| DPB | 09/06/12 | Review assigning e-mail with recommended strategy from C.DiCicco. | L120 | 0.10 | 288.00 | 28.80 |
| DPB | 09/06/12 | Revise the draft, administrative motion for extension of time to respond to complaint. | L250 | 0.60 | 288.00 | 172.80 |
| DPB | 09/06/12 | Review court docket with focus on determining whether plaintiff consented to jurisdiction of magistrate judge. | L120 | 0.20 | 288.00 | 57.60 |
| DPB | 09/06/12 | Leave voice message for plaintiff to request stipulation to extension of time to respond to complaint. | L210 | 0.10 | 288.00 | 28.80 |
| DPB | 09/06/12 | Review complaint. | L210 | 0.20 | 288.00 | 57.60 |
| DPB | 09/06/12 | Telephone call from plaintiff declining to grant our request for extension of time and describing his litigation goals. | L210 | 0.30 | 288.00 | 86.40 |
| CHR | 09/07/12 | Conduct title search and prepare property profile. | L190 | 0.50 | 130.50 | 65.25 |
| DPB | 09/07/12 | E-mail proposed order granting motion to extend time to court clerk. | L250 | 0.10 | 288.00 | 28.80 |
| DPB | 09/07/12 | Review key loan documents provided by client. | L110 | 0.30 | 288.00 | 86.40 |
| DPB | 09/07/12 | Request title documents. | L110 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328840 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Anderegg, Michael | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DPB | 09/07/12 | Review title documents. | L110 | 0.20 | 288.00 | | 57.60 |
| DPB | 09/11/12 | E-mail to client, C.DiCicco, requesting complete loan file. | L110 | 0.10 | 288.00 | | 28.80 |
| DPB | 09/12/12 | Investigate plaintiff's background, including other adverse lawsuits, bankruptcy filings, etc. | L110 | 1.10 | 288.00 | | 316.80 |
| DPB | 09/12/12 | Outline motion to dismiss complaint. | L240 | 0.80 | 288.00 | | 230.40 |
| DPB | 09/12/12 | Review available loan and title documents. | L110 | 0.50 | 288.00 | | 144.00 |
| DPB | 09/13/12 | Begin preparing memorandum in support of motion to dismiss complaint. | L240 | 0.50 | 288.00 | | 144.00 |
| DPB | 09/14/12 | Review court's order granting our administrative motion for extension of time to respond to complaint. | L250 | 0.10 | 288.00 | | 28.80 |
| DPB | 09/20/12 | E-mail to client requesting loan file. | L110 | 0.10 | 288.00 | | 28.80 |
| DPB | 09/20/12 | E-mail from client providing loan file. | L110 | 0.10 | 288.00 | | 28.80 |
| DPB | 09/20/12 | Communications with C.DiCicco regarding strategy for responding to complaint. | L240 | 0.20 | 288.00 | | 57.60 |
| DPB | 09/21/12 | E-mail to C.DiCicco regarding draft motion to dismiss complaint. | L240 | 0.10 | 288.00 | | 28.80 |
| DPB | 09/21/12 | E-mail proposed order to court clerk. | L240 | 0.10 | 288.00 | | 28.80 |
| DPB | 09/21/12 | Research authorities to cite in support of motion to dismiss complaint. | L240 | 0.90 | 288.00 | | 259.20 |
| DPB | 09/21/12 | Draft notice of motion to dismiss complaint. | L240 | 0.20 | 288.00 | | 57.60 |
| DPB | 09/21/12 | Draft memorandum in support of motion to dismiss complaint. | L240 | 1.80 | 288.00 | | 518.40 |
| DPB | 09/21/12 | Draft request for judicial notice in support of motion to dismiss. | L240 | 0.70 | 288.00 | | 201.60 |
| DPB | 09/21/12 | Review, select, and organize exhibits to cite in support of motion to dismiss complaint. | L240 | 1.20 | 288.00 | | 345.60 |
| DPB | 09/21/12 | Revise and finalize papers in support of motion to dismiss complaint. | L240 | 0.80 | 288.00 | | 230.40 |
| MKS | 09/24/12 | Review and revise draft motion to dismiss. | L240 | 0.50 | 270.00 | | 135.00 |
| | | **TOTAL** | | **14.90** | | | **$4,154.85** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *Severson*
## *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 328840 | CLIENT | GMAC ResCap | Page | 3 |
| | MATTER | Anderegg, Michael | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.50 | $720.00 |
| L120 | Analysis/Strategy | 0.30 | $86.40 |
| L190 | Other Case Assessment | 0.50 | $65.25 |
| L210 | Pleadings | 0.60 | $172.80 |
| L240 | Dispositive Motions | 7.80 | $2,237.40 |
| L250 | Other Written Motions | 3.20 | $873.00 |
| | **TOTAL** | **14.90** | **$4,154.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.50 | 130.50 | $65.25 |
| Babcock, Daska | DPB | Special Counsel | 12.10 | 288.00 | $3,484.80 |
| Holt, M. Elizabeth | MEH | Associate | 1.80 | 261.00 | $469.80 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **14.90** | | **$4,154.85** |

PRIOR FEES                                      $450.45

| | | |
|---|---|---|
| | FEES | $4,154.85 |
| **TOTAL THIS INVOICE** | | **$4,154.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328841    JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1387 | Gonzalez, Ruben and Esperana |
|        |      | GMAC Matter No.: 732737 |

**TOTAL AMOUNT DUE**          **$579.60**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328841 | JBS | | October 8, 2012 |
|---|---|---|---|---|

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1387    Gonzalez, Ruben and Esperana
GMAC Matter No.: 732737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MKS | 09/20/12 | Gonzalez, Ruben -  Study and review new complaint for handling, evaluation and defense strategy. | L120 | 1.00 | 270.00 | 270.00 |
| CHR | 09/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 09/21/12 | Analysis and evaluation of defense strategy and bankruptcy issues | L120 | 0.40 | 427.50 | 171.00 |
| MXS | 09/25/12 | Received case assignment, reviewed initial documents and client contact information. | L120 | 0.40 | 216.00 | 86.40 |
| | | **TOTAL** | | **2.20** | | **$579.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.80 | $527.40 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **2.20** | **$579.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    328841 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Gonzalez, Ruben & Esperana | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 | |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 | |
| Schindler, Maria | MXS | Associate | 0.40 | 216.00 | $86.40 | |
| | **Total** | | **2.20** | | **$579.60** | |

|  |  |
|---|---|
| FEES | $579.60 |
| **TOTAL THIS INVOICE** | **$579.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328925    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1043     Brockman, Edna C.
                   GMAC Matter No.: 718192

**TOTAL AMOUNT DUE**              **$423.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328925    JBS                                             October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1043    Brockman, Edna C.
GMAC Matter No.: 718192

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 09/04/12 | Prepare case management statement | L190 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **0.50** | | **$144.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 09/20/12 | 78.00 |
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; Madera Co Superior Ct- Madera 8/20/12 | 100.50 |
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; Madera Co Superior Ct - Madera, CA 09/06/12 | 100.50 |

**TOTAL COSTS & EXPENSES**                    **$279.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190    Other Case Assessment | 0.50 | $144.00 |
| **TOTAL** | **0.50** | **$144.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.50 | 288.00 | $144.00 |
| | **Total** | | **0.50** | | **$144.00** |

| | |
|---|---|
| PRIOR FEES | $15,049.80 |
| PRIOR COSTS & EXPENSES | $2,465.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 328925 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Brockman, Edna C. | |

| | |
|---|---|
| FEES | $144.00 |
| COSTS & EXPENSES | $279.00 |
| **TOTAL THIS INVOICE** | **$423.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**First Legal Network** LLC
P.O. BOX 844250 LOS ANGELES, CA 90084−4250

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 269786 | 82035 |
| **Invoice Date** | **Total Due** |
| 8/31/12 | 40,404.75 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269786 | 8/31/12 | 40,404.75 | 9 |

**Service Detail**

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/20/12 FILING-BRANCH FAX/PDF | 6828112 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Isabel Kunst Case No.: PC20080208 FILE/CONFORM/RETURN Signed: REJECTED | EDCMC-CAMERON PARK 3321 CAMERON PARK DRIVE CAMERON PARK CA 95682 Case Title: WINSTON V GREENPOINT Ref: 15314.0100 | Base Chg : 90.75 | 90.75 |
| 8/20/12 FILING-BRANCH FAX/PDF | 6828116 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Isabel Kunst Case No.: RG11563612 FILE/CONFORM/RETURN Signed: FILED | ACSC-HAYWARD 24405 AMADOR STREET HAYWARD CA 94544 Case Title: TYRRELL V. WELLS FAR Ref: 07685.0918 | Base Chg : 57.50 | 57.50 |
| 8/20/12 FILING-FORWARD FAX/PDF | 6828147 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Case No.: CISCV174693 FILE/CONFORM/RETURN Signed: DROP BOXED | SANTA CRUZ CO SUP CT-SANTA CRUZ 701 OCEAN STREET SANTA CRUZ CA 95060-4086 Case Title: GONZALEZ V H&R BLOCK Ref: 70000.0871 | Base Chg : 92.50 | 92.50 |
| 8/20/12 FILING-FORWARD FAX/PDF | 6828153 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: ANGELA L. EURE Case No.: 2659625 FILE/CONFORM/RETURN Signed: FILED | NAPA COUNTY SUPERIOR COURT 825 BROWN STREET NAPA CA 94559 Case Title: cooper v aurora Ref: 19000.1356 | Base Chg : 92.50 PDF/OvrNte: 78.75 Adv/Wit Ck: 1305.00 | 1,476.25 |
| 8/20/12 FILING-FORWARD FAX/PDF | 6828157 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Isabel Kunst Case No.: MCV057494 FILE/CONFORM/RETURN Signed: FILED@COURT | MADERA CO SUPERIOR CT-MADERA 209 WEST YOSEMITE AVENUE MADERA CA 93637-3596 Case Title: BROCKMAN V GMAC Ref: 19000.1043 | Base Chg : 100.50 | 100.50 |
| 8/20/12 FILING-FAX/PDF | 6828199 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Isabel Kunst Wait: 15 Min Case No.: 112cv225393 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Case Title: PISANO V WELLS FARGO Ref: 55000.0322 | Base Chg : 29.75 PDF/OvrNte: 22.50 Adv/Wit Ck: 90.00 | 142.25 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

**Network** LLC

BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 270453 | 82035 |
| Invoice Date | Total Due |
| 9/15/12 | 34,198.42 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 270453 | 9/15/12 | 34,198.42 | 8 |

| Date | Order No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/06/12 FILING-FAX/PDF | 6833824 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Chilly Kada Case No.: 34-2011-00108083 FILE/CONFORM/RETURN Signed: Filed | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO  CA 95814 Case Title: Murray V. Mortgage, CC Dept 54 Ref: 7000.0292 | Base Chg : 29.75 PDF/OvrNte: 4.50 | 34.25 |
| 9/06/12 FILING-FORWARD FAX/PDF | 6833825 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Chilly Kada Case No.: 173052 FILE/CONFORM/RETURN Signed: filed | SHASTA CO SUPERIOR CT-REDDING 1500 COURT STREET REDDING  CA 96001-1686 Case Title: lesinski v boa Ref: 70000.0384 | Base Chg : 120.75 Adv/Wit Ck: 20.00 | 140.75 |
| 9/06/12 RESEARCH-NEXT DAY | 6833885 | NRS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: DEBORAH L.    Wait:  5 Min Case No.: SEE EMAIL 5 DOCUMENTS Signed: OBTAINED | RECORDER-REDWOOD CITY 401 MARSHALL STREET REDWOOD CITY  CA 94063 Case Title: SEE EMAIL SEE EMAIL 11991-0100 Ref: 5 DOCUMENTS | Base Chg : 67.75 Wait   : 4.00 Adv/Wit Ck: 228.00 | 299.75 |
| 9/06/12 FILING-FAX/PDF | 6833886 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Theresa V. Henry Wait: 15 Min Case No.: CGC12520064 FILE/CONFORM/RETURN Signed: filed cc to dpt 501 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO  CA 94102 Case Title: POPOV V SUNTRUST BAN CC TO DPET 501 Ref: POPOV V SUNTRUST BANKS  11950.0108 | Base Chg : 29.75 Adv/Wit Ck: 60.00 | 89.75 |
| 9/06/12 FILING-FORWARD FAX/PDF | 6833920 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Verdia Nash Case No.: 75565 FILE/CONFORM/RETURN Signed: DROP BOX | NEVADA COU SUPERIOR CT-NEVADA CITY 201 CHURCH STREET NEVADA CITY  CA 95959-2505 Case Title: SOLOMON V E LOAN Ref: 75565  19000.1347 | Base Chg : 155.75 | 155.75 |
| 9/06/12 FILING-FORWARD FAX/PDF | 6833935 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Len Shaffer Case No.: MCV057494 FILE/CONFORM/RETURN Signed: filed | MADERA CO SUPERIOR CT-MADERA 209 WEST YOSEMITE AVENUE MADERA  CA 93637-3596 Case Title: BROCKMAN V GMAC COURTESY COPY TO JDG Ref: 19000.1043 | Base Chg : 100.50 | 100.50 |
| | | | | | Continued | |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328926     JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1272     Solorzano, Armando and Iliano
                    GMAC Matter No.: 728479

**TOTAL AMOUNT DUE**          $542.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328926    JBS

October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1272    Solorzano, Armando and Iliano
GMAC Matter No.: 728479

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 09/11/12 | | 78.00 |
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; Santa Clara County Court, San Jose 8/27/12. Advance ck. $435.00 | | 464.75 |
| | **TOTAL COSTS & EXPENSES** | | **$542.75** |

### BILLING SUMMARY

| | TOTAL | | 0.00 | $0.00 | |
|---|-------|---|------|-------|---|
| **Timekeeper** | **Position** | | **Hours** | **Rate** | **Value** |
| | Total | | 0.00 | | $0.00 |

| | | |
|---|---|---|
| PRIOR FEES | $864.90 | |
| PRIOR COSTS & EXPENSES | $49.95 | |

| | |
|---|---|
| COSTS & EXPENSES | $542.75 |
| **TOTAL THIS INVOICE** | **$542.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# First Legal Network LLC

## INVOICE

P.O. BOX 844250 LOS ANGELES, CA 90084–4250

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 269786 | 82035 |
| Invoice Date | Total Due |
| 8/31/12 | 40,404.75 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269786 | 8/31/12 | 40,404.75 | 23 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/27/12<br>FILING-FAX/PDF | 6830441 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Deborah L.   Wait: 15 Min<br>Case No.: 112cv223481<br>Please advance fees.<br>Signed: FILED | Santa Clara County Court<br>191 N First St<br>SAN JOSE        CA 95113<br>Case Title: Solorzano v. Downs<br>Please file CMC Sta<br>Ref: 19000.1272 | Base Chg :     29.75<br>Adv/Wit Ck:   435.00 | 464.75 |
| 8/27/12<br>FILING-FORWARD FAX/PDF | 6830449 | FFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Verdia Nash<br>Case No.: M115745<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC | MONTEREY CO SUPERIOR CT-MONTEREY<br>1200 AGUAJITO ROAD<br>MONTEREY       CA 93940<br>Case Title: CRUZ V BANK OF NY<br>COURTESY COPY TO JDG<br>Ref: 70000.0565 | Base Chg :     57.50<br>PDF/OvrNte:      3.00<br>Adv/Wit Ck:     60.00 | 120.50 |
| 8/27/12<br>FILING-FAX/PDF | 6830462 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: ANGELA L. EURE   Wait: 15 Min<br>Case No.: 111CV212365<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE        CA 95113<br>Case Title: MORIN V WELLS FARGO<br>Ref: 07685.0945 MORIN | Base Chg :     29.75 | 29.75 |
| 8/27/12<br>FILING-BRANCH FAX/PDF | 6830463 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: ANGELA L. EURE<br>Case No.: SCV0030396<br>FILE/CONFORM/RETURN<br>Signed: filed | PLACER SUPERIOR COURT<br>10820 JUSTICE CENTER DRIVE<br>ROSEVILLE      CA 95678<br>Case Title: ALBERY V ALLY BANK<br>Ref: 19000.1268 ALBERY | Base Chg :     48.25 | 48.25 |
| 8/27/12<br>FILING-BRANCH FAX/PDF | 6830473 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: ANGELA L. EURE   Wait: 25 Min<br>Case No.: CIVMSC12-00715<br>FILE/CONFORM/RETURN<br>Signed: FILED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ       CA 94553<br>Case Title: DARQUEA V. WELLS FAR<br>Ref: 55000.0292 | Base Chg :     71.50 | 71.50 |
| 8/27/12<br>FILING-FAX/PDF | 6830541 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: ANGELA L. EURE   Wait: 15 Min<br>Case No.: 111CV212365<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE        CA 95113<br>Case Title: MORIN V WELLS FARGO<br>Ref: 07685.0945 MORIN | Base Chg :     29.75 | 29.75 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328927    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1274      Lee, Sally
                     GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**          **$295.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *Severson*
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328927    JBS                                          October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1274    Lee, Sally
GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 7206 Viva Drive Los Angeles, CA 08/20/12 | 8.80 |
| 09/11/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Summons; Complaint; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment; ADR Package Not Served: Sally S. Lee 501 W. Glenoaks Blvd. Glendale, CA 91202 08/20/12 | 109.95 |
| 09/13/12 | One Legal, Inc.; Serv Process, Subpoena Fees; Summons; Complaint; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment; ADR Package Served: Sally S. Lee 7206 Viva Drive Tujunga, CA 91042 08/22/12 | 126.40 |
| 09/13/12 | One Legal, Inc.; Transmittal of filing to court; Proof of Service of Summons, Proof of Service by Mail, Declaration of Diligence 08/24/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                                    **$295.10**

### BILLING SUMMARY

| | TOTAL | 0.00 | $0.00 |
|---|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  328927      CLIENT    GMAC ResCap                                    Page      2
                         MATTER    Lee, Sally

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| | **Total** | | | **0.00** | | **$0.00** |

PRIOR FEES                              $2,726.55
PRIOR COSTS & EXPENSES         $463.19


                                        COSTS & EXPENSES        _____   $295.10
                                        **TOTAL THIS INVOICE**                **$295.10**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**One Legal LLC**
504 Redwood Blvd., Suite 223
**Novato, CA  94947**
**(800) 938-8815**

26-0259046

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 6787627 |
| Inv. Date: | 8/20/12 |
| Due Date: | 9/4/12 |
| Total: | $109.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 6787627 | |
| **Date:** | 8/20/12 |
| **Cust. No.:** | 0000562 |

| Law Firm Contact: | Mark I Wraight |
|---|---|
| **Client File No.:** | 19000-1274 |
| **Case Short Title:** | GMAC MORTGAGE LLC V. SALLY S. LEE |
| **Documents:** | Summons; Complaint; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment; ADR Package |
| **One Legal Branch:** | Service of Process |
| **Court:** | Superior Court of California, Los Angeles County |
| **Description:** | Not Served: Sally S. Lee |
| | 501 W. Glenoaks Blvd. |
| | Glendale, CA 91202 |

| PROCESS SERVING ATTEMPTS | $109.95 |
|---|---|

ok to pay

Ketto

19000-1274

| **Due Date** | 9/4/12 | **Total This Invoice** | $109.95 |
|---|---|---|---|



**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
**(800) 938-8815**

26-0259046

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 6787786 | |
| **Date:** | 8/22/12 |
| **Cust. No.:** | 0000562 |

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 6787786 |
| Inv. Date: | 8/22/12 |
| Due Date: | 9/6/12 |
| **Total:** | $126.40 |
| Terms: | Net 15 |

| | |
|---|---|
| Law Firm Contact: | Mark I Wraight |
| Client File No.: | 19000-1274 |
| Case Short Title: | GMAC MORTGAGE LLC V. SALLY S. LEE |
| Documents: | Summons; Complaint; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment; ADR Package |
| One Legal Branch: | Service of Process |
| Court: | Superior Court of California, Los Angeles County |
| Description: | Served: Sally S. Lee |
| | 7206 Viva Drive |
| | Tujunga, CA 91042 |

| | |
|---|---|
| SAME DAY PROCESS SERVING | $109.95 |
| MAILING DECLARATION | $9.95 |
| PROCESS SERVING COPY CHARGE | $6.50 |

*ok to pay*

*[signature]*

*19000-1274*

| Due Date | 9/6/12 | Total This Invoice | $126.40 |
|---|---|---|---|

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328928    JBS                                      October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1307 | Henle, Thomas N. |
| | | GMAC Matter No.: 729616 |

**TOTAL AMOUNT DUE**          **$1,420.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328928    JBS                                    October 8, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1307    Henle, Thomas N.
GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MTM | 09/04/12 | Attention to interrogatories. | L310 | 0.60 | 288.00 | 172.80 |
| MKS | 09/05/12 | Review and revise draft written responses to discovery demands. | L310 | 0.40 | 270.00 | 108.00 |
| MTM | 09/05/12 | Confer with M. Sullivan and draft and revise response to interrogatories. | L310 | 1.10 | 288.00 | 316.80 |
| MTM | 09/13/12 | Review proposed stipulation of settlement and communicate with counsel for plaintiff and defendant regarding same. | L210 | 0.40 | 288.00 | 115.20 |
| MTM | 09/25/12 | Review and respond to email from J. Hoy and communicate with co-counsel for MERS. | L120 | 0.30 | 288.00 | 86.40 |
| MTM | 09/26/12 | Confer with counsel for MERS regarding interrogatories and CMC. | L310 | 0.20 | 288.00 | 57.60 |
| MTM | 09/28/12 | Draft Case Management Statement. | L230 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.20** | | **$914.40** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 8/14/12. Advance ck. $435.00 | 506.50 |

**TOTAL COSTS & EXPENSES**    **$506.50**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.30 | $86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328928 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Henle, Thomas N. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L210 | Pleadings | | 0.40 | $115.20 | | | |
| L230 | Court Mandated Conferences | | 0.20 | $57.60 | | | |
| L310 | Written Discovery | | 2.30 | $655.20 | | | |
| | **TOTAL** | | **3.20** | **$914.40** | | | |

| Timekeeper | | Position | | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | | 0.40 | 270.00 | $108.00 | |
| McGuinness, Michelle | MTM | Associate | | 2.80 | 288.00 | $806.40 | |
| | **Total** | | | **3.20** | | **$914.40** | |

| | | | | | |
|---|---|---|---|---|---|
| PRIOR FEES | | | $4,117.05 | | |
| PRIOR COSTS & EXPENSES | | | $95.98 | | |

| | | | |
|---|---|---|---|
| | FEES | $914.40 | |
| | COSTS & EXPENSES | $506.50 | |
| | **TOTAL THIS INVOICE** | **$1,420.90** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# First Legal Network LLC

**INVOICE**

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 269025 | 82035 |
| Invoice Date | Total Due |
| 8/15/12 | 26,214.88 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 269025 | 8/15/12 | 26,214.88 | 24 |

| Date | Ord. No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/14/12 FILING-FAX/PDF | 6826092 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Chilly Kada   Wait: 15 Min<br>Case No.: 111CV204313<br>FILE/CONFORM/RETURN<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE   CA 95113<br>Case Title: RODRIGUEZ<br>COURTESY COPY TO JDG<br>Ref: 70000.0262 | Base Chg : 29.75<br>PDF/OvrNte: 6.00 | 35.75 |
| 8/14/12 FILING-FAX/PDF | 6826146 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Verdia Nash   Wait: 15 Min<br>Case No.: 111vb212441<br>Signed: FILED | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE   CA 95113<br>Case Title: nevarex v bank of ny<br>FILE/CONFORM/RETURN<br>Ref: 70000.0473 | Base Chg : 29.75<br>PDF/OvrNte: 6.75 | 36.50 |
| 8/14/12 FILING-BRANCH FAX/PDF | 6826147 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Isabel Kunst   Wait: 20 Min<br>Case No.: C-12-01301<br>FILE/CONFORM/RETURN<br>Signed: FILED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ   CA 94553<br>Case Title: HENLE V. EDMOND<br>Ref: 19000.1307 | Base Chg : 71.50<br>Adv/Wit Ck: 435.00 | 506.50 |
| 8/14/12 FILING-BRANCH FAX/PDF | 6826181 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: Verdia Nash<br>Case No.: SCV249789<br>FILE/CONFORM/RETURN<br>Signed: filed | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINSTRATION DRIVE<br>SANTA ROSA   CA 95403-2818<br>Case Title: MCVAY V BAC HOME<br>adv fees<br>Ref: 70000.0249 | Base Chg : 92.50<br>PDF/OvrNte: 48.75<br>Adv/Wit Ck: 90.00 | 231.25 |
| 8/14/12 DROP SERVE-ASAP | 6826236 | ADS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: DEBORAH L.<br>SIGN POS<br>Signed: JANET RANDLER | LOUIS A. LIBERTY<br>370 BRIDGE PARKWAY<br>REDWOOD CITY   CA 94065<br>DELIVER ENVELOPE<br>Ref: 08999.0101 | Base Chg : 125.50<br>PDF/OvrNte: 14.25 | 139.75 |
| 8/14/12 DELIVERY-BRANCH SAME DAY | 6826237 | BSM | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111<br>Caller: DEBORAH L.<br>SIGN POS<br>Signed: GARY HURSH, ATTY | LAW OFFICES OF JOHN DUMAS ROCHELLE<br>6855 FAIR OAKS BLVD<br>CARMICHAEL   CA 95608<br>DELIVER ENVELOPE<br>Ref: 08999.0101 | Base Chg : 144.50<br>PDF/OvrNte: 14.25 | 158.75 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        328987        JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      0003        Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
                                GMAC Matter No.: 691868


**TOTAL AMOUNT DUE**                **$1,139.85**


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328987    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0003    Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
GMAC Matter No.: 691868

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 09/04/12 | Draft memorandum analyzing Appellants' motion to lift bankruptcy stay. | L120 | 1.40 | 279.00 | 390.60 |
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| JDI | 09/11/12 | Follow up with J. Scoliard re Hoopers' motion to lift bankruptcy stay. | L510 | 0.40 | 279.00 | 111.60 |
| JDI | 09/12/12 | Prepare for and attend conference with J. Scoliard re response to Hoopers' motion to lift bankruptcy stay. | L120 | 0.60 | 279.00 | 167.40 |
| JDI | 09/12/12 | Draft response to Hoopers' motion to lift bankruptcy stay. | L510 | 1.10 | 279.00 | 306.90 |
| JDI | 09/13/12 | Revise response to Hoopers' motion to lift bankruptcy stay and file same. | L510 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **4.10** | | **$1,139.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 2.10 | $585.90 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L510 | Appellate Motions & Submission | 1.90 | $530.10 |
| | **TOTAL** | **4.10** | **$1,139.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328987 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Anderson, Karl & Hooper, M. | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 3.90 | 279.00 | $1,088.10 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **4.10** | | **$1,139.85** |

PRIOR FEES                        $27,291.15
PRIOR COSTS & EXPENSES        $2,233.65

| | FEES | $1,139.85 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,139.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328988     JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0005      Neyer, Leland Anthony, et al. v. GMAC Homecomings Financial Bank, et al.
                     GMAC Matter No.: 692012

**TOTAL AMOUNT DUE**              **$296.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328988    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0005    Neyer, Leland Anthony, et al. v. GMAC Homecomings Financial Bank, et al.
GMAC Matter No.: 692012

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/10/12 | Prepare status update and information re Bankruptcy stay per clients request. | L120 | 0.20 | 279.00 | 55.80 |
| MEG | 07/18/12 | Review pleadings and provide case status regarding bankruptcy and servicing. | L110 | 0.30 | 261.00 | 78.30 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 09/11/12 | Review of Ninth Circuit docket and documents filed; check for any new order or instructions. | L110 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.10** | | **$296.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.60 | $156.60 |
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| | **TOTAL** | **1.10** | **$296.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Gruber, Megan | MEG | Associate | 0.60 | 261.00 | $156.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328988 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Neyer, Leland Anthony | | | |

| | Total | | 1.10 | $296.10 |
| --- | --- | --- | --- | --- |

PRIOR FEES                         $29,146.95
PRIOR COSTS & EXPENSES    $3,068.04

| | FEES | $296.10 |
| --- | --- | --- |
| | **TOTAL THIS INVOICE** | **$296.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328990    JBS                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0156     Alton, Patricia v. GMAC Mortgage, LLC
                   GMAC Matter No.: 695737

**TOTAL AMOUNT DUE**            **$546.30**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328990    JBS                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0156    Alton, Patricia v. GMAC Mortgage, LLC
GMAC Matter No.: 695737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 09/12/12 | Draft follow-up letter to First American re: title insurance claim tender | L190 | 0.60 | 288.00 | 172.80 |
| ACS | 09/12/12 | Analyze master servicing agreement re: authority to tender title insurance claim | L190 | 0.50 | 288.00 | 144.00 |
| ACS | 09/26/12 | Analyze power of attorney re: authority to demand title insurance claim tender | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 09/26/12 | Draft follow-up letter to First American Title re: title insurance claim tender authority | L190 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **1.90** | | **$546.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.80 | $518.40 |
| | **TOTAL** | **1.90** | **$546.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 1.80 | 288.00 | $518.40 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.90** | | **$546.30** |

PRIOR FEES                    $38,526.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328990 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Alton, Patricia | | |

---

PRIOR COSTS & EXPENSES              $3,891.74

|  | | |
|---|---|---|
| FEES | | $546.30 |
| **TOTAL THIS INVOICE** | | **$546.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      328989      JBS                                              October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0132       Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
                       GMAC Matter No.: 688951  730567

**TOTAL AMOUNT DUE**          $1,763.55

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328989    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0132    Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
GMAC Matter No.: 688951

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 09/13/12 | Preparation for Plaintiffs' depositions. | L330 | 2.50 | 261.00 | 652.50 |
| MAP | 09/14/12 | Assisting the attorney with preparation of the upcoming Depositions by gathering and assembling the exhibits. | L330 | 3.30 | 130.50 | 430.65 |
| MAP | 09/16/12 | Assisting the attorney with preparation of the upcoming Depositions by gathering and assembling the exhibits. | L330 | 1.80 | 130.50 | 234.90 |
| GWJ | 09/18/12 | Telephone call to Plaintiffs regarding failure to appear at deposition. | L330 | 0.20 | 261.00 | 52.20 |
| GWJ | 09/18/12 | Preparation for Plaintiff's depositions. | L330 | 0.80 | 261.00 | 208.80 |
| GWJ | 09/18/12 | Attendance at certification of non-appearance for T. Pierce. | L330 | 0.40 | 261.00 | 104.40 |
| GWJ | 09/24/12 | Correspondence with Plaintiffs regarding rescheduling depositions. | L330 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | 9.30 | | $1,763.55 |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L330 | Depositions | 9.20 | $1,735.65 |
| | **TOTAL** | **9.30** | **$1,763.55** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 328989 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Pierce, Stephen D. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 | |
| Walser-Jolly, Genevieve | GWJ | Associate | 4.10 | 261.00 | $1,070.10 | |
| Probert, Michelle | MAP | Paralegal | 5.10 | 130.50 | $665.55 | |
| | **Total** | | **9.30** | | **$1,763.55** | |

PRIOR FEES                    $56,646.65
PRIOR COSTS & EXPENSES        $4,573.58

| | |
|---|---|
| FEES | $1,763.55 |
| **TOTAL THIS INVOICE** | **$1,763.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328991    JBS                                            October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0188    Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

**TOTAL AMOUNT DUE**            **$1,701.90**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328991    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0188    Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 09/11/12 | Review lengthy tentative ruling granting motion for attorney fees and correspond with J. Holtgren re same. | L250 | 0.80 | 279.00 | 223.20 |
| JDI | 09/11/12 | Prepare proposed order granting attorney fee motion. | L250 | 1.50 | 279.00 | 418.50 |
| JDI | 09/12/12 | Draft cover letters to court and opposing counsel re proposed order granting attorney fees motion. | L250 | 0.70 | 279.00 | 195.30 |
| JDI | 09/17/12 | Provide case status update to N. Vaccaro. | L190 | 0.20 | 279.00 | 55.80 |
| JDI | 09/18/12 | Prepare proposed order on motion for attorney fees. | L250 | 0.30 | 279.00 | 83.70 |
| JDI | 09/19/12 | Provide case status update to J. Holtgren. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 09/27/12 | Draft reply in support of demurrer to complaint. | L240 | 1.00 | 279.00 | 279.00 |
| JDI | 09/27/12 | Draft reply in support of motion to strike complaint. | L250 | 1.20 | 279.00 | 334.80 |
| | | **TOTAL** | | **6.10** | | **$1,701.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.10 | $27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328991 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Breining, Fred & Cathy | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.50 | $139.50 | | | |
| L240 | Dispositive Motions | | 1.00 | $279.00 | | | |
| L250 | Other Written Motions | | 4.50 | $1,255.50 | | | |
| | **TOTAL** | | **6.10** | **$1,701.90** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | | 6.00 | 279.00 | $1,674.00 |
| | **Total** | | | **6.10** | | **$1,701.90** |

PRIOR FEES                     $98,646.75
PRIOR COSTS & EXPENSES         $2,896.38


|                          |             |
|--------------------------|-------------|
| FEES                     | $1,701.90   |
| **TOTAL THIS INVOICE**   | **$1,701.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328992    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0260     Krause, Paul and Jennifer v. Homecomings Financial, LLC
                   C/M# 697891

**TOTAL AMOUNT DUE**          **$445.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328992    JBS

October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 09/19/12 | Telephone call with co-defendant regarding case status. | L230 | 0.20 | 261.00 | 52.20 |
| GWJ | 09/19/12 | Drafting of updated bankruptcy status report. | L230 | 0.40 | 261.00 | 104.40 |
| GWJ | 09/27/12 | Attendance at bankruptcy status conference. | L230 | 1.00 | 261.00 | 261.00 |
| | | **TOTAL** | | **1.70** | | **$445.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L230 | Court Mandated Conferences | 1.60 | $417.60 |
| | **TOTAL** | **1.70** | **$445.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Walser-Jolly, Genevieve | GWJ | Associate | 1.60 | 261.00 | $417.60 |
| | **Total** | | **1.70** | | **$445.50** |

PRIOR FEES                    $85,091.85
PRIOR COSTS & EXPENSES        $2,763.33

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   328992      CLIENT   GMAC ResCap                                    Page ·      2
                          MATTER   Krause, Paul & Jennifer

|                        |                |          |
|------------------------|----------------|----------|
| FEES                   |                | $445.50  |
| **TOTAL THIS INVOICE** |                | **$445.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328993     JBS                                         October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0268 | Olson, Cari |
| | | GMAC Matter No.: 695432 |

**TOTAL AMOUNT DUE**          **$326.25**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328993    JBS                                     October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0268    Olson, Cari
GMAC Matter No.: 695432

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EK | 09/11/12 | Review notice of appeal and analyze whether appeal is timely | L520 | 1.00 | 274.50 | 274.50 |
| YS | 09/11/12 | Receipt, review and analysis of the plaintiff's notice of appeal | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.20** | | **$326.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.20 | $51.75 | | |
| L520 | Appellate Briefs | 1.00 | $274.50 | | |
| | **TOTAL** | **1.20** | **$326.25** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|------------|---|---|----------|-------|------|-------|
| Kemp, Erik | EK | | Associate | 1.00 | 274.50 | $274.50 |
| Buell, Edward | ERB | | Associate | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | | **1.20** | | **$326.25** |

PRIOR FEES                          $57,395.25
PRIOR COSTS & EXPENSES              $6,606.10

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328993 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Olson, Cari | | |

|  | FEES | $326.25 |
| **TOTAL THIS INVOICE** | | **$326.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328994    JBS                                             October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

**TOTAL AMOUNT DUE**        **$602.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328994    JBS                                      October 9, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 09/28/12 | Strategize re: advisability of filing automatic stay notice. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 09/29/12 | Draft notice of automatic bankruptcy stay. | L510 | 0.80 | 261.00 | 208.80 |
| MEH | 09/29/12 | Draft cover letter to pro se plaintiff re: notice of stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 09/30/12 | Strategize re: timing for filing of notice of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **2.30** | | **$602.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L510 | Appellate Motions & Submission | 2.20 | $574.20 |
| | **TOTAL** | **2.30** | **$602.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Holt, M. Elizabeth | MEH | Associate | 2.20 | 261.00 | $574.20 |
| | **Total** | | **2.30** | | **$602.10** |

PRIOR FEES                        $55,552.95
PRIOR COSTS & EXPENSES            $4,941.18

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 328994 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Passaretti, Jr. (II), Albert | | |

|  | |
|---|---|
| FEES | $602.10 |
| **TOTAL THIS INVOICE** | **$602.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328995     JBS                                          October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER     0328      Moss, Alan Irving
                             GMAC Matter No.:  712506

**TOTAL AMOUNT DUE**          $15,700.65

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328995    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0328    Moss, Alan Irving
GMAC Matter No.:  712506

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| GSW | 09/05/12 | Review and update attorney work discovery binder | L110 | 1.30 | 130.50 | 169.65 |
| EKK | 09/05/12 | Meet and confer call with Plaintiff (1); review deposition binder (2); draft meet and confer letter to Plaintiff  (2.2) | L310 | 5.20 | 279.00 | 1,450.80 |
| GSW | 09/06/12 | Review and update deposition exhibits binder, number and copy further exhibits | L110 | 3.50 | 130.50 | 456.75 |
| EKK | 09/07/12 | Draft deposition notice (0.9); review deposition outline and exhibits in preparation for deposition of Plaintiff (1) | L330 | 1.90 | 279.00 | 530.10 |
| EKK | 09/10/12 | Review Plaintiff's responses to form interrogatories | L310 | 0.50 | 279.00 | 139.50 |
| EKK | 09/13/12 | Draft motion to compel responses to requests for production of records at depostition | L210 | 5.00 | 279.00 | 1,395.00 |
| GSW | 09/14/12 | Continue to review, number exhibits and update deposition binder | L110 | 3.00 | 130.50 | 391.50 |
| GSW | 09/19/12 | Continue to review and update deposition exhibits binder, finalize same | L110 | 1.00 | 130.50 | 130.50 |
| EKK | 09/19/12 | Review deposition exhibits in preparation for Plaintiff's deposition | L330 | 1.10 | 279.00 | 306.90 |
| EKK | 09/20/12 | Attend deposition of Plaintiff | L330 | 8.50 | 279.00 | 2,371.50 |
| ERB | 09/21/12 | Analysis of deposition of Plaintiff and strategize re motion to compel further responses, production of documents as | L120 | 0.60 | 279.00 | 167.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328995 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Moss, Alan | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | well as disposition of case based on information gathered at deposition. | | | | |
| EKK | 09/21/12 | Draft summary of Plaintiff's deposition (1); review deposition transcript (1.1); draft special interrogatories to Plaintiff (1) | L310 | 3.10 | 279.00 | 864.90 |
| EKK | 09/24/12 | Draft letter to Plaintiff concerning Plaintiff's finanical records (0.7); conduct legal research re production of financial records (2.2) | L310 | 2.90 | 279.00 | 809.10 |
| EKK | 09/25/12 | Correspond with Plaintiff concerning deficiencies in his responses to BONYMT's requests for production (2.3); communicate with Plaintiff concerning BONYMT's responses to Plaintiff's requests for production (1); conduct legal research regarding motion to compel responses to discovery requests (1.8) | L310 | 5.10 | 279.00 | 1,422.90 |
| ERB | 09/26/12 | Analysis fo discovery issues and strength of motion to compel further information following deposition (.3) and communications with client re same (.2). | L120 | 0.50 | 279.00 | 139.50 |
| EKK | 09/26/12 | Review transcript of Plaintiff's deposition (2); draft email update to client (0.7) | L330 | 2.70 | 279.00 | 753.30 |
| EKK | 09/27/12 | Draft motion to compel production of documents at deposition | L210 | 5.00 | 279.00 | 1,395.00 |
| EKK | 09/28/12 | Draft motion to compel responses to requests for production of documents at deposition | L210 | 5.00 | 279.00 | 1,395.00 |
| EKK | 09/30/12 | Draft motion to compel responses to requests for production of documents at depostion | L210 | 4.50 | 279.00 | 1,255.50 |
| | | **TOTAL** | | **60.50** | | **$15,572.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 09/04/12 | 78.00 |
| 09/18/12 | One Legal, Inc.; Transmittal of filing to court; | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   328995      CLIENT    GMAC ResCap                          Page        3
                          MATTER   Moss, Alan

Reply in Support of Motion to Compel
Deposition 08/28/12
**TOTAL COSTS & EXPENSES**                                    **$127.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 8.80 | $1,148.40 |
| L120 | Analysis/Strategy | 1.20 | $334.80 |
| L210 | Pleadings | 19.50 | $5,440.50 |
| L310 | Written Discovery | 16.80 | $4,687.20 |
| L330 | Depositions | 14.20 | $3,961.80 |
| | **TOTAL** | **60.50** | **$15,572.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kouvabina, Elena | EKK | Associate | 50.50 | 279.00 | $14,089.50 |
| Buell, Edward | ERB | Associate | 1.20 | 279.00 | $334.80 |
| Webb, Gilla | GSW | Paralegal | 8.80 | 130.50 | $1,148.40 |
| | **Total** | | **60.50** | | **$15,572.70** |

PRIOR FEES                          $133,175.28
PRIOR COSTS & EXPENSES              $2,395.98

FEES                $15,572.70
COSTS & EXPENSES         $127.95
**TOTAL THIS INVOICE**      **$15,700.65**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328996    JBS                                      October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0452     Washington, Manya
                    C/M# 699353

**TOTAL AMOUNT DUE**             **$316.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     328996     JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0452    Washington, Manya
C/M# 699353

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 08/05/12 | Calculate/calendar briefing schedule re: bankruptcy stay order issued by appellate court. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/06/12 | Draft email to client (C. DiCicco) enclosing order staying appeal. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 09/29/12 | Monitor docket re: upcoming deadlines for bankruptcy status update. | L510 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | **1.20** | | **$316.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L510 | Appellate Motions & Submission | 1.00 | $261.00 |
| | **TOTAL** | **1.20** | **$316.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 1.00 | 261.00 | $261.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328996 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Washington, Manya | | | |

| | **Total** | | | **1.20** | **$316.80** |
|---|---|---|---|---|---|

PRIOR FEES                        $17,603.10
PRIOR COSTS & EXPENSES     $2,353.91


                                        FEES           $316.80
                        **TOTAL THIS INVOICE**    **$316.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328997    JBS                                      October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   0512     Mangan, Andrea
                          C/M# 701217

**TOTAL AMOUNT DUE**          $5,982.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328997    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0512    Mangan, Andrea
C/M# 701217

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 09/04/12 | Telephone call with plaintiff's counsel regarding discovery meet and confer efforts. | L310 | 0.20 | 261.00 | 52.20 |
| MEG | 09/04/12 | Correspondence to plaintiff's counsel regarding discovery responses from MERS. | L310 | 0.20 | 261.00 | 52.20 |
| MEG | 09/04/12 | Review and analysis of discovery responses from co-defendant; strategize regarding MERS revised responses. | L310 | 1.80 | 261.00 | 469.80 |
| MEG | 09/05/12 | Correspondence to and from plaintiff's counsel regarding discovery. | L310 | 0.30 | 261.00 | 78.30 |
| MEG | 09/10/12 | Correspondence to and from plaintiff's counsel regarding discovery responses and meet and confer. | L310 | 0.50 | 261.00 | 130.50 |
| MEG | 09/19/12 | Research case law regarding successive demurrers where previously overruled. | L240 | 0.80 | 261.00 | 208.80 |
| MEG | 09/19/12 | Draft demurrer to complaint and supporting documents and exhibits. | L240 | 7.30 | 261.00 | 1,905.30 |
| MEG | 09/21/12 | Draft responses to requests for production of documents as to MERS. | L320 | 2.10 | 261.00 | 548.10 |
| MEG | 09/21/12 | Draft responses to requests for admission as to MERS. | L310 | 3.60 | 261.00 | 939.60 |
| MEG | 09/24/12 | Draft responses to special interrogatories as to MERS. | L310 | 2.20 | 261.00 | 574.20 |
| MEG | 09/24/12 | Draft responses to form interrogatories as to MERS. | L310 | 3.70 | 261.00 | 965.70 |
| | | **TOTAL** | | **22.80** | | **$5,952.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328997 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Mangan, Andrea | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; SFSC- San Francisco 8/15/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$29.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L240 | Dispositive Motions | 8.10 | $2,114.10 |
| L310 | Written Discovery | 12.50 | $3,262.50 |
| L320 | Document Production | 2.10 | $548.10 |
| | **TOTAL** | **22.80** | **$5,952.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gruber, Megan | MEG | Associate | 22.70 | 261.00 | $5,924.70 |
| | Total | | **22.80** | | **$5,952.60** |

| | |
|---|---|
| PRIOR FEES | $35,885.70 |
| PRIOR COSTS & EXPENSES | $1,752.72 |

| | |
|---|---|
| FEES | $5,952.60 |
| COSTS & EXPENSES | $29.75 |
| **TOTAL THIS INVOICE** | **$5,982.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328998    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0572    Laughlin, Charles v. Homecomings Financial, LLC
                  GMAC Matter No.: 702852

**TOTAL AMOUNT DUE**          **$220.95**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328998    JBS                                       October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0572    Laughlin, Charles v. Homecomings Financial, LLC
                        GMAC Matter No.: 702852

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of | L120 | 0.10 | 279.00 | 27.90 |
| | | matter. | | | | |
| AAG | 09/04/12 | Communicate with client regarding | L190 | 0.20 | 238.50 | 47.70 |
| | | letter to plaintiff's attorney. | | | | |
| AAG | 09/07/12 | Update client regarding offer letter | L160 | 0.40 | 238.50 | 95.40 |
| | | from GMAC, and communicate with | | | | |
| | | plaintiff's attorney regarding same. | | | | |
| | | **TOTAL** | | **0.70** | | **$171.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/11/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Responsive Papers to OSC 08/15/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                         **$49.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $95.40 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **0.70** | **$171.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.60 | 238.50 | $143.10 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.70** | | **$171.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 328998 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Laughlin, Charles | | |

| | | |
|---|---|---|
| PRIOR FEES | $16,214.40 | |
| PRIOR COSTS & EXPENSES | $2,594.23 | |

| | |
|---|---|
| FEES | $171.00 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$220.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328999    JBS                                      October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0652 | Rodriguez, Luis |
| | | C/M# 700059 |

**TOTAL AMOUNT DUE**            **$293.87**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328999    JBS                                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0652    Rodriguez, Luis
C/M# 700059

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| DJR | 08/09/12 | Review email from J. Stein re status of settlement, email to T. Buell re same | L160 | 0.20 | 247.50 | 49.50 |
| DJR | 08/21/12 | Represent client at hearing on OSC re status of bankruptcy, settlement and dismissal | L230 | 0.70 | 247.50 | 173.25 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **1.10** | | **$278.55** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/29/12 | David Reed; Transportation  Mileage and parking to Orange County Superior Court, Santa Ana Courthouse, to represent client at Further Order to Show Cause, 700 Civic Center Drive West, Santa Ana, CA 92701 19.5 Miles RT & 4.50 Parking 8/21/12 | 15.32 |

**TOTAL COSTS & EXPENSES**                                      **$15.32**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $55.80 |
| L160    Settlement/Non-Binding ADR | 0.20 | $49.50 |
| L230    Court Mandated Conferences | 0.70 | $173.25 |
| **TOTAL** | **1.10** | **$278.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    328999    CLIENT    GMAC ResCap                    Page    2
                        MATTER    Rodriguez, Luis

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Reed, David J. | DJR | Special Counsel | 0.90 | 247.50 | $222.75 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **1.10** | | **$278.55** |

PRIOR FEES                        $22,998.60
PRIOR COSTS & EXPENSES        $1,819.99


FEES                $278.55
COSTS & EXPENSES        $15.32
**TOTAL THIS INVOICE**        **$293.87**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Séverson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329000    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0810     Villanueva, Jun
                   GMAC No.: 710877

**TOTAL AMOUNT DUE**              $1,196.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       329000       JBS                                             October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0810      Villanueva, Jun
GMAC No.: 710877

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JHT | 09/04/12 | Revising and additional drafting of settlement agreement in order to incorporate bankruptcy terms and additional client requested revisions. | L160 | 2.00 | 238.50 | 477.00 |
| JHT | 09/05/12 | Drafted correspondence to Plaintiff's counsel regarding status of settlement agreement. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 09/05/12 | Drafted correspondence to client regarding proposed revisions to settlement agreement. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 09/05/12 | Telephone conference with Plaintiff's counsel in order to discuss how to proceed with imminent deadlines in light of pending settlement agreement. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 09/05/12 | Telephone conference with client regarding waiver language in settlement agreement and how to proceed with settlement negotiations with Plaintiff's counsel. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 09/07/12 | Receipt and review of Plaintiff's Notice of Settlement filed with the Court. | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 09/13/12 | Drafted correspondence to client regarding status of case, including status of settlement negotiations, and next steps in case. | L190 | 0.50 | 238.50 | 119.25 |
| JHT | 09/18/12 | Corresponded with Plaintiff's counsel regarding the status of settlement agreement review. | L160 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329000 | CLIENT GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER Villanueva, Jun | | | | |

| JHT | 09/19/12 | Corresponded with Plaintiff's counsel regarding Plaintiff's proposed revisions to Settlement Agreement. | L160 | 0.40 | 238.50 | 95.40 |
|---|---|---|---|---|---|---|
| JHT | 09/24/12 | Drafted correspondence to client regarding Plaintiff's proposed revisions to Settlement Agreement and opinion of those proposed revisions. | L160 | 0.50 | 238.50 | 119.25 |
| JHT | 09/24/12 | Drafted correspondence to Plaintiff's counsel regarding substantiation of Second Promissory Note referenced in Settlement Agreement. | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **5.00** | | **$1,196.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 4.40 | $1,049.40 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| | **TOTAL** | **5.00** | **$1,196.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 4.90 | 238.50 | $1,168.65 |
| | **Total** | | **5.00** | | **$1,196.55** |

| PRIOR FEES | $39,580.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,857.80 |

| | FEES | $1,196.55 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,196.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329001    JBS                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0829    Palmer, Sam
C/M# 711218

**TOTAL AMOUNT DUE**            $4,995.00

***REMITTANCE COPY***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329001     JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0829     Palmer, Sam
C/M# 711218

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 09/07/12 | Draft Respondent's Brief and research potential motion to consolidate appeals. | L520 | 3.50 | 279.00 | 976.50 |
| JDI | 09/11/12 | Review Palmer's Opening Brief. | L520 | 1.30 | 279.00 | 362.70 |
| JDI | 09/12/12 | Analyze potential motion to consolidate related appeals. | L510 | 1.80 | 279.00 | 502.20 |
| JDI | 09/13/12 | Attempt to contact Palmer re consolidating appeals. | L190 | 0.40 | 279.00 | 111.60 |
| JDI | 09/14/12 | Correspond with Palmer re consolidating related appeals. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 09/19/12 | Review correspondence from Palmer and correspond with co-respondents re consolidation of appeal. | L190 | 0.20 | 279.00 | 55.80 |
| JDI | 09/20/12 | Draft motion to consolidate appeals. | L510 | 6.00 | 279.00 | 1,674.00 |
| JTC | 09/21/12 | Review and revise motion to consolidate. | L250 | 0.40 | 490.50 | 196.20 |
| JDI | 09/21/12 | Draft motion to consolidate appeals. | L510 | 1.10 | 279.00 | 306.90 |
| JDI | 09/24/12 | Complete motion to consolidate appeals. | L510 | 0.30 | 279.00 | 83.70 |
| JDI | 09/25/12 | Correspond with co-respondents re initial filing fee for motion to consolidate appeals. | L510 | 0.20 | 279.00 | 55.80 |
| JDI | 09/26/12 | Prepare court-ordered declaration re the status of the appeal. | L250 | 1.50 | 279.00 | 418.50 |
| JDI | 09/26/12 | Correspond with counsel for co-respondents re motion to consolidate appeals. | L190 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **17.60** | | **$4,995.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 329001 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Palmer, Sam | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.40 | $390.60 |
| L250 | Other Written Motions | 1.90 | $614.70 |
| L510 | Appellate Motions & Submission | 9.40 | $2,622.60 |
| L520 | Appellate Briefs | 4.80 | $1,339.20 |
| | **TOTAL** | **17.60** | **$4,995.00** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | | JDI | Associate | 17.10 | 279.00 | $4,770.90 |
| Chilton, Jan T. | | JTC | Member | 0.40 | 490.50 | $196.20 |
| | | **Total** | | **17.60** | | **$4,995.00** |

| | |
|---|---|
| PRIOR FEES | $17,980.65 |
| PRIOR COSTS & EXPENSES | $3,967.93 |

| | |
|---|---|
| FEES | $4,995.00 |
| **TOTAL THIS INVOICE** | **$4,995.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329002     JBS                                          October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    0885      Haan, Chang and Sheng
                             C/M# 712557

**TOTAL AMOUNT DUE**                    **$242.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329002    JBS                                          October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0885    Haan, Chang and Sheng
C/M# 712557

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJN | 08/29/12 | Draft new proposed order and letter to plaintiff and communicate internally regarding the same. | L210 | 0.10 | 261.00 | 26.10 |
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MJN | 09/18/12 | Draft proposed ruling and order and letter to the court | L210 | 0.50 | 261.00 | 130.50 |
| MTM | 09/18/12 | Attention to proposed order of dismissal and judgment. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 09/28/12 | Attend to Notices of Entry of Order | L210 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.90** | | **$242.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.80 | $214.20 |
| | **TOTAL** | **0.90** | **$242.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Nelson, Michele | MJN | Special Counsel | 0.60 | 261.00 | $156.60 |
| McGuinness, Michelle | MTM | Associate | 0.20 | 288.00 | $57.60 |
| | **Total** | | **0.90** | | **$242.10** |

PRIOR FEES                        $31,983.75

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329002 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Haan, Chang & Sheng | | | |

PRIOR COSTS & EXPENSES                $2,587.30

FEES                        $242.10
**TOTAL THIS INVOICE**          **$242.10**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329003    JBS

October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0933 | Valenzuela, Alexander |
| | | C/M# 713796 |

**TOTAL AMOUNT DUE**        **$498.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329003    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0933    Valenzuela, Alexander
C/M# 713796

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| PG | 09/04/12 | Telephone call with Plaintiff re: case has been dismissed. | L240 | 0.20 | 247.50 | 49.50 |
| RMI | 09/20/12 | Conference with P.Grammatico re case history and transfer status.  Review and analyze case file re strategy and handling of matter.  Call to court re dismissal. | L120 | 0.70 | 247.50 | 173.25 |
| RMI | 09/24/12 | Attention to docket re entry of judgment.  Call to clerk re status of proposed judgment. | L120 | 0.30 | 247.50 | 74.25 |
| RMI | 09/26/12 | Call to court clerk re status of judgment.  Attention to docket re status of judgment. | L120 | 0.20 | 247.50 | 49.50 |
| RMI | 09/28/12 | Attention to docket re order re dismissal.  Call to clerk re conformed order. | L160 | 0.30 | 247.50 | 74.25 |
| | | **TOTAL** | | **1.80** | | **$448.65** |

## COSTS & EXPENSES

09/18/12  One Legal, Inc.; Transmittal of filing to court;    49.95
Judgment 08/28/12

**TOTAL COSTS & EXPENSES**                    **$49.95**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  329003     CLIENT   GMAC ResCap                      Page        2
                        MATTER   Valenzuela, Alexander

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $324.90 | | | |
| L160 | Settlement/Non-Binding ADR | 0.30 | $74.25 | | | |
| L240 | Dispositive Motions | 0.20 | $49.50 | | | |
| | **TOTAL** | **1.80** | **$448.65** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Grammatico, Paul | PG | Associate | 0.20 | 247.50 | $49.50 |
| Ito, Ryan | RMI | Associate | 1.50 | 247.50 | $371.25 |
| | **Total** | | **1.80** | | **$448.65** |

PRIOR FEES                        $9,568.80
PRIOR COSTS & EXPENSES            $2,599.06

|  |  |
|---|---|
| FEES | $448.65 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$498.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329004    JBS                                      October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0943    Quijada, Monica
                  GMAC Matter No.: 714330

**TOTAL AMOUNT DUE**          $784.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329004    JBS                                        October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0943    Quijada, Monica
GMAC Matter No.: 714330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 09/04/12 | Draft update regarding status of the case | L190 | 0.10 | 238.50 | 23.85 |
| YS | 09/06/12 | Receipt, review and analysis of the plaintiff's case management statement in light of the pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/10/12 | Attend hearing on clients' demurrer to plaintiff's third amended complaint and determine how to proceed based on the Court's ruling | L450 | 1.50 | 238.50 | 357.75 |
| YS | 09/10/12 | Draft notice of ruling on clients' demurrer to plaintiff's third amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/10/12 | Draft clients' judgment of dismissal of the case with prejudice in light of the demurrer being sustained without leave to amend | L210 | 0.30 | 238.50 | 71.55 |
| YS | 09/10/12 | Draft correspondence to client regarding the demurrer being sustained without leave to amend and amount of time for plaintiff to notice an appeal | L190 | 0.30 | 238.50 | 71.55 |
| YS | 09/12/12 | Receipt, review and analysis of the Court's Minute Order on clients' demurrer to plaintiff's amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 09/12/12 | Draft correspondence to K. Lee regarding the Court sustaining MERS' demurrer without leave to amend | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329004 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Quijada, Monica | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | 3.00 | $719.55 |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/26/12 | First Legal Network, LLC; Transmittal of filing to court; San Bernardino County Court San Bernardino, CA 09/10/12 | 64.75 |
| | **TOTAL COSTS & EXPENSES** | **$64.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $75.60 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 0.60 | $143.10 |
| L450 | Trial and Hearing Attendance | 1.50 | $357.75 |
| | **TOTAL** | **3.00** | **$719.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | Special Counsel | 2.90 | 238.50 | $691.65 |
| | **Total** | | **3.00** | | **$719.55** |

| | |
|---|---|
| PRIOR FEES | $20,865.60 |
| PRIOR COSTS & EXPENSES | $2,716.02 |

| | |
|---|---|
| FEES | $719.55 |
| COSTS & EXPENSES | $64.75 |
| **TOTAL THIS INVOICE** | **$784.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329005      JBS                                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0968       Solano, Julie
                       GMAC Matter No.: 714697

**TOTAL AMOUNT DUE**              **$887.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329005    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0968    Solano, Julie
GMAC Matter No.: 714697

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DPB | 08/09/12 | Prepare timeline of events and gather documents pertinent to claims, for client's review. | L120 | 2.20 | 288.00 | 633.60 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| DPB | 09/19/12 | E-mail to E.Buell regarding bankruptcy. | L120 | 0.10 | 288.00 | 28.80 |
| ERB | 09/24/12 | Review and analysis of Plaintiff's Notice of Relief from Automatic Stay. | L120 | 0.50 | 279.00 | 139.50 |
| DPB | 09/24/12 | Review plaintiff's notice of lifting of bankruptcy stay and request for scheduling conference. | L250 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.10** | | **$887.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 2.90 | $829.80 |
| L250 | Other Written Motions | 0.20 | $57.60 |
| | **TOTAL** | **3.10** | **$887.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Babcock, Daska | DPB | Special Counsel | 2.50 | 288.00 | $720.00 |
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| | **Total** | | **3.10** | | **$887.40** |

PRIOR FEES                        $48,997.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329005 | CLIENT   GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Solano, Julie | | |

PRIOR COSTS & EXPENSES              $4,663.20

| | | |
|---|---|---|
| FEES | | $887.40 |
| **TOTAL THIS INVOICE** | | **$887.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329006    JBS                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000    GMAC ResCap
MATTER       1016     Lin, Stephen and Evelyn
                      GMAC Matter No.: 717087

**TOTAL AMOUNT DUE**              **$229.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329006      JBS                                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1016      Lin, Stephen and Evelyn
                            GMAC Matter No.:  717087

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of L120 matter. | 0.10 | 279.00 | 27.90 |
| ACS | 09/18/12 | Analyze order from court of appeal re:   L190 bankruptcy stay / oral argument, email update to client re: same | 0.30 | 288.00 | 86.40 |
| ACS | 09/28/12 | Prepare status update re: bankruptcy for L510 court of appeal | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | **0.80** | | **$229.50** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.30 | $86.40 |
| L510 | Appellate Motions & Submission | 0.40 | $115.20 |
| | **TOTAL** | **0.80** | **$229.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.70 | 288.00 | $201.60 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.80** | | **$229.50** |

PRIOR FEES                              $20,448.00
PRIOR COSTS & EXPENSES                   $2,412.32

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329006 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Lin, Stephen & Evelyn | | |

|  |  |
|---|---|
| FEES | $229.50 |
| **TOTAL THIS INVOICE** | **$229.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Séverson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329007    JBS                                      October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1106     Villicana, Jose M.
                   GMAC Matter No.: 720505

**TOTAL AMOUNT DUE**          **$528.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329007     JBS                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1106     Villicana, Jose M.
                           GMAC Matter No.: 720505

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 09/19/12 | Draft declaration in support of motion to dissolve preliminary injunction. | L250 | 1.80 | 238.50 | 429.30 |
| MGC | 09/26/12 | Review discovery. | L310 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **2.20** | | **$528.75** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L250 | Other Written Motions | 1.80 | $429.30 |
| L310 | Written Discovery | 0.30 | $71.55 |
| | **TOTAL** | **2.20** | **$528.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 2.10 | 238.50 | $500.85 |
| | **Total** | | **2.20** | | **$528.75** |

PRIOR FEES                        $19,947.15
PRIOR COSTS & EXPENSES       $1,903.37

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329007 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Villicana, Jose M. | | |

| | | FEES | $528.75 |
| | **TOTAL THIS INVOICE** | | **$528.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329008    JBS                              October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1156     Suckow, Jeffrey
                          GMAC Matter No.: 722444

**TOTAL AMOUNT DUE**              $457.95

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329008    JBS                                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1156    Suckow, Jeffrey
GMAC Matter No.: 722444

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994          09/30/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of  L120 matter. | 0.10 | 279.00 | 27.90 |
| IJD | 09/04/12 | Review and reply to email from MERS'  L120 counsel, K. Lee, regarding status of case. | 0.20 | 238.50 | 47.70 |
| IJD | 09/04/12 | Prepare email to client J. Holtgren        L120 regarding outcome of plaintiff's ex parte application for a TRO and OSC re: preliminary injunction. | 0.20 | 238.50 | 47.70 |
| IJD | 09/19/12 | Prepare email to client J. Holtgren        L120 regarding vacating of temporary restraining order due to plaintiff's non-compliance with bond payment. | 0.20 | 238.50 | 47.70 |
| IJD | 09/19/12 | Prepare email to counsel for MERS, K.  L120 Lee, regarding vacating of temporary restraining order due to plaintiff's non-compliance with bond payment. | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | **0.90** | | **$218.70** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service; 09/04/12 | 78.00 |
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service; 10/10/12 | 78.00 |
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; SJMC- Stockton 8/28/12 | 83.25 |

**TOTAL COSTS & EXPENSES**                    **$239.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329008 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Suckow, Jeffrey | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120      Analysis/Strategy | | 0.90 | $218.70 | | |
| TOTAL | | 0.90 | $218.70 | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Da Cunha, Ian | IJD | Associate | 0.80 | 238.50 | $190.80 |
| Total | | | 0.90 | | $218.70 |

PRIOR FEES                    $11,568.60
PRIOR COSTS & EXPENSES        $2,483.79

| | | |
|---|---|---|
| FEES | $218.70 |
| COSTS & EXPENSES | $239.25 |
| TOTAL THIS INVOICE | $457.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329009     JBS                                         October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1218      Flores, Panfilo and Irene
                     GMAC Matter No.:  725898

**TOTAL AMOUNT DUE**                    **$530.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329009      JBS                                          October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1218    Flores, Panfilo and Irene
                         GMAC Matter No.:  725898

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of | L120 | 0.10 | 279.00 | 27.90 |
| | | matter. | | | | |
| JDI | 09/11/12 | Follow up with plaintiffs' counsel re | L160 | 0.20 | 279.00 | 55.80 |
| | | dates for mediation. | | | | |
| JDI | 09/19/12 | Attempt to arrange dates for mediation. | L160 | 0.30 | 279.00 | 83.70 |
| JDI | 09/26/12 | Arrange date for mediation and draft | L160 | 1.30 | 279.00 | 362.70 |
| | | multiple emails to mediator and | | | | |
| | | plaintiffs' counsel re same. | | | | |
| | | **TOTAL** | | **1.90** | | **$530.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.80 | $502.20 |
| | **TOTAL** | **1.90** | **$530.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 1.80 | 279.00 | $502.20 |
| | **Total** | | **1.90** | | **$530.10** |

PRIOR FEES                    $8,814.15
PRIOR COSTS & EXPENSES        $179.68

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329009 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Flores, Panfilo & Irene | | | |

|  |  |  |
| --- | --- | --- |
| FEES | | $530.10 |
| **TOTAL THIS INVOICE** | | **$530.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329011    JBS                                      October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1242    Fetty, Frederick and Susan
                  GMAC Matter No.: 726842

**TOTAL AMOUNT DUE**          **$2,404.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329011    JBS                                      October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1242    Fetty, Frederick and Susan
GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/04/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 09/12/12 | Draft demurrer to complaint for Deutsche Bank. | L240 | 6.80 | 238.50 | 1,621.80 |
| ERB | 09/25/12 | Communications with client re status of matter and status of default. | L120 | 0.30 | 279.00 | 83.70 |
| MGC | 09/25/12 | Discuss settlement options with plaintiffs' counsel. | L160 | 0.30 | 238.50 | 71.55 |
| MGC | 09/25/12 | Strategize re: settlement options. | L160 | 0.20 | 238.50 | 47.70 |
| MGC | 09/26/12 | Call with plaintiffs' counsel. | L210 | 0.60 | 238.50 | 143.10 |
| ERB | 09/28/12 | Analysis of exposure and liability and strategize re potential resolution options and strategy for disposition of action based on remaining claims and information received from Plaintiff's. | L120 | 0.70 | 279.00 | 195.30 |
| | | **TOTAL** | | **9.00** | | **$2,191.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/05/12 | CourtCall, LLC; CourtCall - Conference Service;  09/14/12 | 78.00 |
| 09/12/12 | CourtCall, LLC; CourtCall - Conference Service; 02/13/13 | 78.00 |
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; Napa County Superior Court 8/31/12 | 57.50 |

**TOTAL COSTS & EXPENSES**                    **$213.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329011 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Fetty, Frederick & Susan | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $306.90 | | | |
| L160 | Settlement/Non-Binding ADR | 0.50 | $119.25 | | | |
| L210 | Pleadings | 0.60 | $143.10 | | | |
| L240 | Dispositive Motions | 6.80 | $1,621.80 | | | |
| | **TOTAL** | **9.00** | **$2,191.05** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.10 | 279.00 | $306.90 |
| Cross, Michael | MGC | Associate | 7.90 | 238.50 | $1,884.15 |
| | **Total** | | **9.00** | | **$2,191.05** |

PRIOR FEES                $8,603.55
PRIOR COSTS & EXPENSES         $82.64

| | | |
|---|---|---|
| | FEES | $2,191.05 |
| | COSTS & EXPENSES | $213.50 |
| | **TOTAL THIS INVOICE** | **$2,404.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329014    JBS                                              October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1256 | Teang, Srey (Meas) |
| | | GMAC Matter No.: 725847 |

**TOTAL AMOUNT DUE**         **$1,344.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329014    JBS                                         October 9, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1256    Teang, Srey (Meas)
GMAC Matter No.: 725847

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 09/25/12 | Communications with client re status and strategy. | L120 | 0.20 | 279.00 | 55.80 |
| ERB | 09/27/12 | Review and revise Motion to Dismiss. | L210 | 0.90 | 279.00 | 251.10 |
| EMR | 09/27/12 | Prepare notice of motion and motion to dismiss. | L240 | 0.30 | 306.00 | 91.80 |
| EMR | 09/27/12 | Prepare memorandum of points and authorities in support of motion to dismiss. | L240 | 2.90 | 306.00 | 887.40 |
| EMR | 09/28/12 | Corrsepondence with J. Hoy re revisions to deed of trust. | L240 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | **4.50** | | **$1,344.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L210 | Pleadings | 0.90 | $251.10 |
| L240 | Dispositive Motions | 3.30 | $1,009.80 |
| | **TOTAL** | **4.50** | **$1,344.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Roman, Eleanor | EMR | Special Counsel | 3.30 | 306.00 | $1,009.80 |
| Buell, Edward | ERB | Associate | 1.20 | 279.00 | $334.80 |
| | Total | | 4.50 | | $1,344.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329014 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Teang, Srey (Meas) | | | |

PRIOR FEES                        $13,522.50

|  | FEES | $1,344.60 |
| | **TOTAL THIS INVOICE** | **$1,344.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329017    JBS                                    October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1268    Albery, Kenneth and Sheila
GMAC Matter No.: 728382
Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          **$1,818.75**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329017    JBS

October 15, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1268    Albery, Kenneth and Sheila
GMAC Matter No.: 728382
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 08/20/12 | Review plaintiffs' opposition to demurrer (.4); draft reply to opposition; review Placer county local rules re submission of untimely pleadings | L210 | 4.00 | 279.00 | 1,116.00 |
| ERB | 08/22/12 | Attention to tentative ruling re demurrer. | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 08/22/12 | Check the court's website for tentative ruling | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 08/22/12 | Review tenative; calculate deadline to file amended complaint; communications with client re the same | L210 | 0.60 | 279.00 | 167.40 |
| EXM | 08/27/12 | Prepare and file case management statement | L210 | 0.20 | 279.00 | 55.80 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 09/06/12 | Follow up with the court re first amended complaint | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 09/24/12 | Prepare and file case management statement | L230 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **6.00** | | **$1,674.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Placer Superior Court Roseville, CA 07/12/12 | 48.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329017 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Albery, Kenneth & Sheila | | |

| | | | |
|---|---|---|---|
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; Placer Superior Court, Roseville, Ca. 8/21/12 | | 48.25 |
| 09/14/12 | First Legal Network, LLC; Transmittal of filing to court; Placer Superior Court, Roseville 8/27/12 | | 48.25 |
| | **TOTAL COSTS & EXPENSES** | **$144.75** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L210 | Pleadings | 5.50 | $1,534.50 |
| L230 | Court Mandated Conferences | 0.30 | $83.70 |
| | **TOTAL** | **6.00** | **$1,674.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Manukyan, Evelina | EXM | Associate | 5.60 | 279.00 | $1,562.40 |
| | **Total** | | **6.00** | | **$1,674.00** |

| | |
|---|---|
| PRIOR FEES | $10,053.00 |
| PRIOR COSTS & EXPENSES | $1,703.74 |

| | |
|---|---|
| FEES | $1,674.00 |
| COSTS & EXPENSES | $144.75 |
| **TOTAL THIS INVOICE** | **$1,818.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329019    JBS                                October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1276 | Robinson, Tena |
| | | GMAC Matter No.: 728564 |

**TOTAL AMOUNT DUE**          **$418.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329019    JBS                                          October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1276    Robinson, Tena
                        GMAC Matter No.: 728564

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 09/12/12 | Draft notice of entry of order; communications re the same | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 09/17/12 | Review client communications re modification approval;. communications with client re the same; communications with opposing counsel re the same | L160 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | **1.50** | | **$418.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $279.00 |
| L210 | Pleadings | 0.40 | $111.60 |
| | **TOTAL** | **1.50** | **$418.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 1.40 | 279.00 | $390.60 |
| | Total | | 1.50 | | $418.50 |

PRIOR FEES                        $6,705.90
PRIOR COSTS & EXPENSES            $1,468.19

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   329019 | CLIENT    GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER   Robinson, Tena | | |

|  | FEES | $418.50 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$418.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329020      JBS                                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1284 | Liu, Ceeou Ju |
| | | GMAC Matter No.: 728686 |

**TOTAL AMOUNT DUE**              **$981.90**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329020      JBS                                    October 9, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1284      Liu, Ceeou Ju
                             GMAC Matter No.: 728686

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of | L120 | 0.10 | 279.00 | 27.90 |
| | | matter. | | | | |
| AAG | 09/05/12 | Communicate with client regarding | L210 | 0.50 | 238.50 | 119.25 |
| | | amendment to complaint. | | | | |
| AAG | 09/10/12 | Communicate with client regarding | L210 | 0.20 | 238.50 | 47.70 |
| | | filing demurrer to plaintiff's complaint. | | | | |
| AAG | 09/10/12 | Draft memorandum of points and | L210 | 3.30 | 238.50 | 787.05 |
| | | authorities in support of demurrer. | | | | |
| | | **TOTAL** | | **4.10** | | **$981.90** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 4.00 | $954.00 |
| | **TOTAL** | **4.10** | **$981.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 4.00 | 238.50 | $954.00 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **4.10** | | **$981.90** |

| | | |
|--|--|--|
| PRIOR FEES | $2,943.45 | |
| PRIOR COSTS & EXPENSES | $611.40 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329020 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Liu, Ceeou Ju | | | |

|  | FEES | $981.90 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$981.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329022    JBS                                        October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1321    Martinez, Guadalupe
                  GMAC Matter No.: 730067

**TOTAL AMOUNT DUE**           **$1,546.49**

***REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     329022     JBS                                          October 9, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1321     Martinez, Guadalupe
                          GMAC Matter No.: 730067

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 08/21/12 | Leave voicemail for opposing counsel regarding service of complaint and response deadline (.1); Email opposing counsel regarding service of complaint and response deadline (.1); Phone call with opposing counsel regarding service of complaint and response deadline (.1). | L210 | 0.30 | 225.00 | 67.50 |
| KPL | 08/27/12 | Prepare title chronology for property listed on complaint. | L110 | 1.50 | 76.50 | 114.75 |
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 09/04/12 | Communications with client re service of complaint and tender issues. | L120 | 0.20 | 279.00 | 55.80 |
| MKK | 09/14/12 | Review complaint and title chronology in preparation of drafting demurrer. | L210 | 1.10 | 225.00 | 247.50 |
| MKK | 09/14/12 | Legal research regarding effect of foreclosure sale on causes of action in demurrer. | L210 | 0.80 | 225.00 | 180.00 |
| MKK | 09/17/12 | Draft and revise demurrer. | L210 | 2.20 | 225.00 | 495.00 |
| MKK | 09/20/12 | Review and revise demurrer. | L210 | 0.50 | 225.00 | 112.50 |
| MKK | 09/20/12 | Communication with client regarding service upon US Bank. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 09/25/12 | Draft case management conference statement. | L210 | 0.50 | 225.00 | 112.50 |
| | | **TOTAL** | | **7.40** | | **$1,463.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329022 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Martinez, Guadalupe | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 32987 Pulaski Drive Alameda, CA 08/24/12 | 82.64 |
| | **TOTAL COSTS & EXPENSES** | **$82.64** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.50 | $114.75 |
| L120 | Analysis/Strategy | 0.40 | $111.60 |
| L210 | Pleadings | 5.50 | $1,237.50 |
| | **TOTAL** | **7.40** | **$1,463.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Lee, Kristina | KPL | Legal Assistant | 1.50 | 76.50 | $114.75 |
| Kamka, Mary Kate | MKK | Special Counsel | 5.50 | 225.00 | $1,237.50 |
| | **Total** | | **7.40** | | **$1,463.85** |

| | | | |
|---|---|---|---|
| PRIOR FEES | $459.45 | | |
| | FEES | $1,463.85 | |
| | COSTS & EXPENSES | $82.64 | |
| | **TOTAL THIS INVOICE** | **$1,546.49** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329023      JBS                                              October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1350 | Teang, Srey |
| | | GMAC Matter No.: 731340 |

**TOTAL AMOUNT DUE**          $3,046.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329023    JBS                                      October 9, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1350    Teang, Srey
GMAC Matter No.: 731340

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EMR | 09/14/12 | Prepare reply memorandum of points and authorities in support of motion to dismiss plaintiff's complaint or alternatively to transfer venue. | L240 | 2.40 | 306.00 | 734.40 |
| EMR | 09/17/12 | Prepare reply memorandum of points and authorities in support of motion to dismiss plaintiff's complaint or alternatively to transfer venue. | L240 | 4.30 | 306.00 | 1,315.80 |
| EMR | 09/17/12 | Review court's scehduling order; attention to deadlines. | L230 | 0.30 | 306.00 | 91.80 |
| ERB | 09/20/12 | Attention to upcoming hearing on Motion to Dismiss and potential disposition of action. | L210 | 0.30 | 279.00 | 83.70 |
| ERB | 09/28/12 | Review and revise notice of bankruptcy. | L250 | 0.40 | 279.00 | 111.60 |
| EMR | 09/28/12 | Prepare for hearing on Motion to Dismiss or alternatively, to transfer venue. | L240 | 0.90 | 306.00 | 275.40 |
| EMR | 09/28/12 | Prepare notice of stay. | L210 | 0.80 | 306.00 | 244.80 |
| EMR | 09/28/12 | E-mail to J. Hoy re notice of stay. | L210 | 0.10 | 306.00 | 30.60 |
| EMR | 09/28/12 | Revise memorandum of points and authorities in support of motion to dismiss. | L240 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **9.70** | | **$2,949.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/13/12 | Nationwide Legal Express, LLC; Court Services; USDC/Central District, Los Angeles | 96.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329023 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Teang, Srey | | | |

8/24/12

**TOTAL COSTS & EXPENSES**                                    $96.70

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 1.20 | $359.10 |
| L230 | Court Mandated Conferences | 0.30 | $91.80 |
| L240 | Dispositive Motions | 7.80 | $2,386.80 |
| L250 | Other Written Motions | 0.40 | $111.60 |
| | **TOTAL** | **9.70** | **$2,949.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 9.00 | 306.00 | $2,754.00 |
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| | **Total** | | **9.70** | | **$2,949.30** |

PRIOR FEES                         $5,821.65

|  | |
|---|---|
| FEES | $2,949.30 |
| COSTS & EXPENSES | $96.70 |
| **TOTAL THIS INVOICE** | **$3,046.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329025    JBS                                                 October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1353    Robles, Francisco
                  GMAC Matter No.: 731391

**TOTAL AMOUNT DUE**                    **$1,819.19**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329025    JBS                                        October 9, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1353    Robles, Francisco
                        GMAC Matter No.: 731391

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKK | 09/10/12 | Review complaint and title chronology in preparation of drafting email regarding initial case analysis to client. | L110 | 1.20 | 225.00 | 270.00 |
| MKK | 09/10/12 | Communication with client regarding initial case analysis to client. | L110 | 0.30 | 225.00 | 67.50 |
| MKK | 09/13/12 | Draft demurrer. | L210 | 1.90 | 225.00 | 427.50 |
| MKK | 09/13/12 | Legal research regarding recorded loan modification agreements in preparation of drafting demurrer. | L210 | 0.80 | 225.00 | 180.00 |
| ERB | 09/17/12 | Review and revise demurrer. | L210 | 1.00 | 279.00 | 279.00 |
| MKK | 09/17/12 | Review and revise demurrer. | L210 | 0.70 | 225.00 | 157.50 |
| MKK | 09/18/12 | Draft request for judicial notice. | L210 | 0.40 | 225.00 | 90.00 |
| MKK | 09/20/12 | Review and revise demurrer. | L210 | 1.20 | 225.00 | 270.00 |
| | | **TOTAL** | | **7.50** | | **$1,741.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 09/06/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2048 Starling Way Solano, CA 94533 08/24/12 | 77.69 |

**TOTAL COSTS & EXPENSES**                    **$77.69**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 1.50 | $337.50 |
| L210    Pleadings | 6.00 | $1,404.00 |
| **TOTAL** | **7.50** | **$1,741.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 329025 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Robles, Francisco | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Kamka, Mary Kate | MKK | Special Counsel | 6.50 | 225.00 | $1,462.50 |
| | **Total** | | **7.50** | | **$1,741.50** |

PRIOR FEES                                    $580.95

| | | |
|---|---|---|
| | FEES | $1,741.50 |
| | COSTS & EXPENSES | $77.69 |
| | **TOTAL THIS INVOICE** | **$1,819.19** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329026    JBS                                    October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1369    Volz, Marc and Laura
                  GMAC Matter No.: 731849

**TOTAL AMOUNT DUE**          **$3,839.85**

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    329026    JBS                                      October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1369    Volz, Marc and Laura
GMAC Matter No.: 731849

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| HRJ | 09/13/12 | Review and analyze complaint, application for preliminary injunction, temporary restraining order and supporting documents re preparation of recommendation. | L210 | 2.50 | 306.00 | 765.00 |
| HRJ | 09/13/12 | Draft recommendation to client. | L120 | 0.60 | 306.00 | 183.60 |
| HRJ | 09/16/12 | Draft notice of removal. | L210 | 3.90 | 306.00 | 1,193.40 |
| HRJ | 09/16/12 | Draft notice of removal for filing in state court. | L210 | 0.30 | 306.00 | 91.80 |
| HRJ | 09/17/12 | Revise notice of removal. | L210 | 0.60 | 306.00 | 183.60 |
| HRJ | 09/17/12 | Review and analyze notice of removal for state court filing. | L210 | 0.20 | 306.00 | 61.20 |
| HRJ | 09/17/12 | Review and anlyze pleadings filed in state court re notice of removal. | L210 | 0.50 | 306.00 | 153.00 |
| HRJ | 09/17/12 | Review and analzye documents in support of notice of removal. | L210 | 0.20 | 306.00 | 61.20 |
| HRJ | 09/19/12 | Review and analyze issues re hearing re motion for preliminary injunction. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 09/21/12 | Review and analyze issues re title documents. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 09/21/12 | Review and analyze pretrial orders. | L120 | 0.50 | 306.00 | 153.00 |
| HRJ | 09/24/12 | Telephone conference with plaintiff's counsel re case status. | L110 | 0.30 | 306.00 | 91.80 |
| HRJ | 09/25/12 | Review and analyze complaint re preparation of notice of bankruptcy. | L110 | 0.50 | 306.00 | 153.00 |
| HRJ | 09/25/12 | Draft notice of bankruptcy. | L210 | 0.80 | 306.00 | 244.80 |
| ERB | 09/25/12 | Review and revise notice of bankruptcy and accompanying cover letter. | L250 | 0.40 | 279.00 | 111.60 |
| HRJ | 09/26/12 | Review and analyze title history re preparation of motion to dismiss | L110 | 0.50 | 306.00 | 153.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329026 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Volz, Marc & Laura | | | | |

| | | FNMA. | | | | |
|---|---|---|---|---|---|---|
| CHR | 09/26/12 | Conduct Title Search and Prepare Property Profile. | L190 | 0.90 | 130.50 | 117.45 |
| | | **TOTAL** | | **13.10** | | **$3,839.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.70 | $520.20 |
| L120 | Analysis/Strategy | 1.10 | $336.60 |
| L190 | Other Case Assessment | 0.90 | $117.45 |
| L210 | Pleadings | 9.00 | $2,754.00 |
| L250 | Other Written Motions | 0.40 | $111.60 |
| | **TOTAL** | **13.10** | **$3,839.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.90 | 130.50 | $117.45 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Jones, Harold R. | HRJ | Associate | 11.80 | 306.00 | $3,610.80 |
| | **Total** | | **13.10** | | **$3,839.85** |

| PRIOR FEES | $459.45 | |
|---|---|---|
| | FEES | $3,839.85 |
| | **TOTAL THIS INVOICE** | **$3,839.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329027      JBS                                          October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1375 | Pratt, Timothy/Schmidt, Scot |
| | | GMAC Matter No.: 731930 |

**TOTAL AMOUNT DUE**          $7,136.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      329027      JBS                                        October 9, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 1375      Pratt, Timothy/Schmidt, Scot
                            GMAC Matter No.: 731930

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      09/30/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 09/03/12 | Communications with client re status of matter. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 09/12/12 | Analyze defenses to claims in complaint | L240 | 0.50 | 288.00 | 144.00 |
| ACS | 09/12/12 | Analyze fact package | L110 | 0.60 | 288.00 | 172.80 |
| ACS | 09/12/12 | Outline demurrer to complaint | L240 | 0.70 | 288.00 | 201.60 |
| CHR | 09/13/12 | Conduct Title Search of DocEdge and Placer County Recorder Records. Obtain Notice of Trustee's Sale, Trustee's Deed Upon Sale and Lis Pendens. | L190 | 0.50 | 130.50 | 65.25 |
| ACS | 09/13/12 | Research law re: notice of sale recordation for demurrer | L110 | 0.80 | 288.00 | 230.40 |
| ACS | 09/13/12 | Draft demurrer to complaint | L240 | 4.20 | 288.00 | 1,209.60 |
| ACS | 09/13/12 | Analyze facts re: notice of sale and sale date | L110 | 0.50 | 288.00 | 144.00 |
| ACS | 09/14/12 | Analyze claims in complaint, update to client re: proceeding with eviction | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 09/14/12 | Draft demurrer to complaint | L240 | 2.80 | 288.00 | 806.40 |
| ACS | 09/14/12 | Analyze documents from client re: eviction | L110 | 0.20 | 288.00 | 57.60 |
| ACS | 09/19/12 | Draft demurrer to complaint & supporting documents | L240 | 4.40 | 288.00 | 1,267.20 |
| ACS | 09/20/12 | Draft / revise demurrer to complaint | L240 | 3.30 | 288.00 | 950.40 |
| ERB | 09/21/12 | Review and revise demurrer. | L210 | 1.00 | 279.00 | 279.00 |
| RRF | 09/25/12 | Obtain title docs & prepare property profile. | L110 | 1.00 | 112.50 | 112.50 |
| ACS | 09/26/12 | Revise demurrer to complaint & meet / confer declaration | L240 | 1.10 | 288.00 | 316.80 |
| ACS | 09/26/12 | Phone call to plaintiff's counsel re: | L240 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 329027 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Pratt, Timothy/Schmidt, Scot | | | | |

| | | meet/confer re: demurrer | | | | |
|---|---|---|---|---|---|---|
| ACS | 09/27/12 | Analyze title chronology | L110 | 0.30 | 288.00 | 86.40 |
| ACS | 09/27/12 | Finalize demurrer to complaint | L240 | 0.30 | 288.00 | 86.40 |
| ACS | 09/28/12 | Phone call to plaintiffs' counsel re: demurrer meet / confer & hearing date | L240 | 0.20 | 288.00 | 57.60 |
| ACS | 09/28/12 | Revise demurrer to complaint | L240 | 1.70 | 288.00 | 489.60 |
| | | **TOTAL** | | **24.90** | | **$6,907.05** |

### COSTS & EXPENSES

| | 09/26/12 | First Legal Network, LLC; Court Services; Placer County Court Roseville, CA 08/30/12 Adv/Ck; $54 | | | 229.60 |
|---|---|---|---|---|---|
| | | **TOTAL COSTS & EXPENSES** | | **$229.60** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.40 | $803.70 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.90 | $180.45 |
| L210 | Pleadings | 1.00 | $279.00 |
| L240 | Dispositive Motions | 19.50 | $5,616.00 |
| | **TOTAL** | **24.90** | **$6,907.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 22.30 | 288.00 | $6,422.40 |
| Rommell, Clair | CHR | Paralegal | 0.50 | 130.50 | $65.25 |
| Buell, Edward | ERB | Associate | 1.10 | 279.00 | $306.90 |
| Firoozabadi, Rozie | RRF | Paralegal | 1.00 | 112.50 | $112.50 |
| | **Total** | | **24.90** | | **$6,907.05** |

| | | |
|---|---|---|
| | FEES | $6,907.05 |
| | COSTS & EXPENSES | $229.60 |
| | **TOTAL THIS INVOICE** | **$7,136.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement