# Pite Duncan
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327155    JBS                                     September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1338    Saldana, Mariana and Juan
GMAC Matter No.: 730413

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/02/12 | Attention to proposed course of action regarding bankruptcy stay and demurrer. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/02/12 | Prepare request for judicial notice in support of demurrer. | L240 | 0.40 | 270.00 | 108.00 |
| KWF | 08/02/12 | Continue preparation and finalization of demurrer to Plaintiff's complaint. | L240 | 3.20 | 270.00 | 864.00 |
| LJT | 08/24/12 | GMAC/Gonzalez - 19000.1338 - Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, review docket, petition and dismissal and draft e-mail re status of bankruptcy. | L110 | 0.70 | 130.50 | 91.35 |
| | | **TOTAL** | | **4.50** | | **$1,129.95** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2835 Lake View Drive Riverside, CA 07/20/12 | 98.59 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 08/03/12 | 1,380.00 |
| | **TOTAL COSTS & EXPENSES** | **$1,478.59** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327155 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Saldana, Mariana & Juan | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | | 0.70 | $91.35 | |
| L190 | Other Case Assessment | | 0.20 | $66.60 | |
| L240 | Dispositive Motions | | 3.60 | $972.00 | |
| | **TOTAL** | | **4.50** | **$1,129.95** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | | Associate | 3.60 | 270.00 | $972.00 |
| Tarwater, Linda | LJT | | Paralegal | 0.70 | 130.50 | $91.35 |
| Hankins, Suzanne | SMH | | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | | **4.50** | | **$1,129.95** |

| | | | | |
|---|---|---|---|---|
| PRIOR FEES | | $2,702.70 | | |
| | | FEES | | $1,129.95 |
| | | COSTS & EXPENSES | | $1,478.59 |
| | | **TOTAL THIS INVOICE** | | **$2,608.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## ONLINE CIVIL DEMURRER RESERVATION COMPLETED

A MOTION HEARING DATE HAS BEEN RESERVED AS LISTED BELOW.

ALL PLEADINGS MUST BE SERVED AND FILED IN A TIMELY MANNER, PURSUANT TO STATUTE.

**FAILURE TO FILE THE REQUIRED PAPERS WILL RESULT IN THE RESERVATION BEING VACATED.**

| Case Type | Case Number | Department | Motion Date | Action Time | Motion |
|-----------|-------------|------------|-------------|-------------|--------|
| RIC | 1210080 | 12 | 09/19/2012 | 8:30AM | Reservation Motion re: Motion for Demurrer |

IF ANY CHANGES NEED TO BE MADE PLEASE CALL THE COURT AT (951) 777-3147. THANK YOU FOR YOUR
COOPERATION.

Please print this page as confirmation of your payment of $1380 Confirmation Number: RES13574

## Print

ONLINE CIVIL LAW AND MOTIONS RESERVATION MENU

LAW AND MOTION INFORMATION AND INSTRUCTIONS

19000-1338
Ryan Brooks

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       327156       JBS                                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        19000       GMAC ResCap
MATTER        1347        Solomon, Lawrence and Marilynn
                          GMAC Matter No.: 731178

**TOTAL AMOUNT DUE**              $2,649.60

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson

## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327156    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1347    Solomon, Lawrence and Marilynn
                        GMAC Matter No.: 731178

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/06/12 | Review and evaluate new complaint. | L210 | 0.40 | 333.00 | 133.20 |
| SMH | 08/06/12 | Draft email to A. Hartshorn regarding status, assignment. | L120 | 0.20 | 333.00 | 66.60 |
| LJT | 08/06/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiffs. | L110 | 0.30 | 130.50 | 39.15 |
| CHR | 08/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| YS | 08/06/12 | Review and analysis of plaintiff's complaint, the allegations contained therein, and the title history for the subject property in order to determine client's available legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| JHT | 08/06/12 | Reviewed/Analyzed Complaint. | L210 | 0.70 | 238.50 | 166.95 |
| LJT | 08/07/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| YS | 08/07/12 | Draft client's request for judicial notice in support of demurrer to plaintiffs' complaint | L210 | 0.50 | 238.50 | 119.25 |
| YS | 08/07/12 | Draft proposed order on demurrer to plaintiffs' complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/07/12 | Draft client's notice of demurrer, demurrer, and memorandum of points | L210 | 3.80 | 238.50 | 906.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Peterson
&Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  327156    CLIENT  GMAC ResCap                    Page    2
                       MATTER  Solomon, Lawrence & Marilynn

|       |          | and authorities in support of demurrer to plaintiffs' complaint |       |       |        |        |
|-------|----------|---------|-------|-------|--------|
| JHT   | 08/08/12 | Reviewed Executed Declaration of Non-Monetary Status for ETS. | L190 | 0.10 | 238.50 | 23.85 |
| SMH   | 08/14/12 | Attention to proposed demurrer. | L240 | 0.20 | 333.00 | 66.60 |
| YS    | 08/14/12 | Further drafting and revising of client's demurrer to plaintiffs' complaint | L210 | 0.20 | 238.50 | 47.70 |
| YS    | 08/14/12 | Draft correspondence to client regarding the demurrer, request for judicial notice, and proposed order prepared in response to plaintiffs' complaint | L190 | 0.40 | 238.50 | 95.40 |
| JBS   | 08/15/12 | Analysis and evaluation of defense strategy and email from client | L120 | 0.40 | 427.50 | 171.00 |
| YS    | 08/29/12 | Draft correspondence to client regarding plaintiff's request for a loan modification and to stay the litigation going forward | L190 | 0.30 | 238.50 | 71.55 |
| JHT   | 08/29/12 | Further Revising and Drafting of Demurrer and Supporting Documents. | L210 | 0.30 | 238.50 | 71.55 |
|       |          | **TOTAL** | | **11.20** | | **$2,649.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|-------|------|-------|--------|
| L110 | Fact Investigation/Development | 1.20 | $156.60 |
| L120 | Analysis/Strategy | 2.40 | $666.90 |
| L190 | Other Case Assessment | 1.20 | $243.00 |
| L210 | Pleadings | 6.20 | $1,516.50 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| | **TOTAL** | **11.20** | **$2,649.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|-------|-----|----------|-------|--------|--------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tuffaha, Joe | JHT | Associate | 1.10 | 238.50 | $262.35 |
| Tarwater, Linda | LJT | Paralegal | 1.20 | 130.50 | $156.60 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Pillsbury
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327156 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Solomon, Lawrence & Marilynn | | | | | |

| Shaham, Yaron | | YS | Special Counsel | 7.30 | 238.50 | $1,741.05 |
|---|---|---|---|---|---|---|
| | | **Total** | | **11.20** | | **$2,649.60** |

|  |  | FEES | $2,649.60 |
|---|---|---|---|
|  | **TOTAL THIS INVOICE** | | **$2,649.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327157      JBS                                        September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1348      Bolivar, Maria
                     GMAC Matter No.: 731197

**TOTAL AMOUNT DUE**          **$4,399.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327157    JBS                                  September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1348    Bolivar, Maria
                         GMAC Matter No.: 731197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 08/06/12 | Study and review new complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| EK | 08/06/12 | Review and analyze new complaint and reply email to D. Booth re same | L210 | 0.30 | 274.50 | 82.35 |
| CHR | 08/06/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| EK | 08/14/12 | Analysis and evaluation of whether claims are stayed by supplemental order | L120 | 0.20 | 274.50 | 54.90 |
| JBS | 08/15/12 | Analysis and evaluation of email from client regarding new complaint | L120 | 0.30 | 427.50 | 128.25 |
| MKS | 08/15/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.50 | 270.00 | 135.00 |
| EK | 08/15/12 | Draft notice of violation of stay and suggestion of bankruptcy | L410 | 0.80 | 274.50 | 219.60 |
| EK | 08/15/12 | Draft email to D. Booth re notice of violation and suggestion of bankruptcy | L110 | 0.70 | 274.50 | 192.15 |
| EK | 08/15/12 | Revise notice of violation per M.K. Sullivan's suggestions and confer with M.K. Sullivan re same | L110 | 0.10 | 274.50 | 27.45 |
| EK | 08/15/12 | Review complaint and begin outlining and drafting motion to dismiss | L240 | 2.30 | 274.50 | 631.35 |
| EK | 08/16/12 | Review email from D. Booth re suggestion of bankruptcy and draft | L160 | 0.50 | 274.50 | 137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327157 | CLIENT GMAC ResCap | | | | Page 2 |
|---|---|---|---|---|---|
| | MATTER Bolivar, Maria | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | response to same | | | | |
| EK | 08/16/12 | Continue revising and drafting motion to dismiss and research RICO claims and draft section re same | L240 | 2.60 | 274.50 | 713.70 |
| EK | 08/17/12 | Review email from. D. Booth re suggestion of bankruptcy and motion to dismiss and draft reply re same | L240 | 0.40 | 274.50 | 109.80 |
| EK | 08/17/12 | Draft email to D. Booth re public records of Bolivar foreclosure | L110 | 0.20 | 274.50 | 54.90 |
| EK | 08/22/12 | Revise suggestion of bankruptcy and letter re notice of violation | L120 | 0.50 | 274.50 | 137.25 |
| EK | 08/22/12 | Continue researching and drafting motion to dismiss | L240 | 1.40 | 274.50 | 384.30 |
| MKS | 08/23/12 | Review and revise draft motion to dismiss and motion to strike class allegations. | L240 | 0.40 | 270.00 | 108.00 |
| EK | 08/23/12 | Finish drafting motion to dismiss, and revise and proofread same | L240 | 1.80 | 274.50 | 494.10 |
| EK | 08/23/12 | Call with D. Booth re motion to dismiss | L240 | 0.10 | 274.50 | 27.45 |
| EK | 08/24/12 | Revise motion to dismiss per D. Booth's suggestions and email to D. Booth re same | L240 | 0.20 | 274.50 | 54.90 |
| EK | 08/24/12 | Analysis and evaluation of certification issues for ResCap entities and begin drafting notice re same | L210 | 0.20 | 274.50 | 54.90 |
| EK | 08/24/12 | Draft request for judicial notice and notice of motion to dismiss | L240 | 0.20 | 274.50 | 54.90 |
| EK | 08/28/12 | Revise and proofread motion to dismiss papers for filing | L240 | 0.30 | 274.50 | 82.35 |
| EK | 08/29/12 | Draft proposed order granting motion to dismiss and identify exhibits for request for judicial notice | L240 | 0.30 | 274.50 | 82.35 |
| EK | 08/30/12 | Draft email to D. Booth re filing of motion to dismiss and certificate of interested entities issue | L190 | 0.40 | 274.50 | 109.80 |
| | | **TOTAL** | | **16.10** | | **$4,399.20** |

### COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   327157 | CLIENT  GMAC ResCap | | Page | 3 |
| | MATTER  Bolivar, Maria | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $274.50 |
| L120 | Analysis/Strategy | 1.00 | $320.40 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $137.25 |
| L190 | Other Case Assessment | 0.80 | $162.00 |
| L210 | Pleadings | 2.00 | $542.25 |
| L240 | Dispositive Motions | 10.00 | $2,743.20 |
| L410 | Fact Witnesses | 0.80 | $219.60 |
| | **TOTAL** | **16.10** | **$4,399.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Kemp, Erik | EK | Associate | 13.50 | 274.50 | $3,705.75 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Sullivan, Mary Kate | MKS | Member | 1.90 | 270.00 | $513.00 |
| | **Total** | | **16.10** | | **$4,399.20** |

| | | |
|---|---|---|
| | FEES | $4,399.20 |
| | **TOTAL THIS INVOICE** | **$4,399.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327158    JBS                                   September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1354    Zaveri, Mohammed Y.
                  GMAC Matter No.: 731363

**TOTAL AMOUNT DUE**            **$1,880.55**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327158    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1354    Zaveri, Mohammed Y.
                        GMAC Matter No.: 731363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/09/12 | Receive and analyze file in preparation for further handling. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/09/12 | Prepare notice of bankruptcy. | L210 | 0.40 | 270.00 | 108.00 |
| KWF | 08/09/12 | Telephone conference with Plaintiff's counsel, D. Amaratunge, re: management of litigation. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/09/12 | Prepare letter to Plaintiff's counsel re: final supplemental order. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Prepare initial analysis and recommendation to client, A. Hartshorn. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/13/12 | Prepare answer to complaint. | L210 | 0.70 | 270.00 | 189.00 |
| KWF | 08/13/12 | Prepare declaration of non-monetary status. | L120 | 0.40 | 270.00 | 108.00 |
| LJT | 08/15/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.30 | 130.50 | 39.15 |
| JBS | 08/16/12 | Analysis and evaluation of private attorney general claims | L120 | 0.50 | 427.50 | 213.75 |
| KWF | 08/16/12 | Prepare letter to Plaintiff's counsel, R. Nathan, with copy of promissory note. Email exchange with client re: same. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 08/17/12 | Attention to potential resolution via modification. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 08/17/12 | Telephone conference with Plaintiff's counsel re: settlement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/17/12 | Prepare email to client, A. Hartshorn, re: modification review. | L120 | 0.10 | 270.00 | 27.00 |
| LJT | 08/18/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327158    CLIENT    GMAC ResCap                                    Page        2
                         MATTER    Zaveri, Mohammed Y.

| | | | | | | |
|---|---|---|---|---|---|---|
| KWF | 08/20/12 | Receive and analyze title chronology. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/28/12 | Prepare letter to Plaintiff's counsel re: settlement and modification review. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/28/12 | Receive and analyze client fact package. | L120 | 0.70 | 270.00 | 189.00 |
| KWF | 08/28/12 | Prepare email to client re: answer and declaration of non-monetary status. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/29/12 | Telephone conference with Plaintiff's counsel re: potential settlement options. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **7.20** | | **$1,880.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $156.60 |
| L120 | Analysis/Strategy | 4.00 | $1,158.75 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $93.60 |
| L190 | Other Case Assessment | 0.60 | $174.60 |
| L210 | Pleadings | 1.10 | $297.00 |
| | **TOTAL** | **7.20** | **$1,880.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.50 | 427.50 | $213.75 |
| Franich, Kerry | KWF | Associate | 5.10 | 270.00 | $1,377.00 |
| Tarwater, Linda | LJT | Paralegal | 1.20 | 130.50 | $156.60 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **7.20** | | **$1,880.55** |

|  |  |
|---|---|
| FEES | $1,880.55 |
| **TOTAL THIS INVOICE** | **$1,880.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327159    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1357     Figueroa, Eniko
                   GMAC Matter No.: 731612

**TOTAL AMOUNT DUE**            $4,896.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327159    JBS                                        September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1357    Figueroa, Eniko
                        GMAC Matter No.: 731612

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/14/12 | Attention to new complaint and attention to correspondence re sale date. | L190 | 0.40 | 333.00 | 133.20 |
| KWF | 08/14/12 | Receive and analyze file in preparation for further handling. Commence preparation of initial analysis and recommendation to client, C. DiCicco. | L120 | 2.00 | 270.00 | 540.00 |
| SMH | 08/15/12 | Attention to case evaluation, issues related to payment application. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 08/15/12 | Research and review title records and prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, and review docket re status. | L110 | 1.20 | 130.50 | 156.60 |
| KWF | 08/15/12 | Prepare case summary. | L120 | 0.70 | 270.00 | 189.00 |
| KWF | 08/15/12 | Commence preparation of initial evaluation and recommendation to client, C. DiCicco. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/15/12 | Prepare notice of bankruptcy. | L210 | 0.40 | 270.00 | 108.00 |
| JBS | 08/17/12 | Analysis and evaluation of email and documents from client | L160 | 0.30 | 427.50 | 128.25 |
| SMH | 08/17/12 | Attention to early case evaluation. | L110 | 0.20 | 333.00 | 66.60 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/21/12 | Prepare email to client, C. DiCicco, re: notice to borrower of assignment to new creditor. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/23/12 | Prepare notice of bankruptcy and effect of automatic stay. | L210 | 0.40 | 270.00 | 108.00 |
| KWF | 08/24/12 | Prepare letter to Plaintiff's counsel re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/24/12 | Receive and analyze loan fact package. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/24/12 | Commence preparation of motion to | L240 | 5.80 | 270.00 | 1,566.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327159 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Figueroa, Eniko | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | dismiss. | | | | | |
| SMH | 08/27/12 | Attention to proposed motion to dismiss. | L240 | 0.20 | 333.00 | | 66.60 |
| KWF | 08/27/12 | Prepare email to Plaintiff's counsel, D. Weintraub, re: motion to dismiss. | L120 | 0.10 | 270.00 | | 27.00 |
| KWF | 08/27/12 | Complete draft motion to dismiss. | L240 | 2.30 | 270.00 | | 621.00 |
| KWF | 08/28/12 | Perform legal research re: extension of time to answer after filing partial motion to dismiss. | L120 | 0.50 | 270.00 | | 135.00 |
| KWF | 08/29/12 | Prepare email to client, C. DiCicco, re: motion to dismiss. | L190 | 0.10 | 270.00 | | 27.00 |
| KWF | 08/29/12 | Prepare request for judicial notice in support of motion to dismiss. | L120 | 0.40 | 270.00 | | 108.00 |
| KWF | 08/30/12 | Prepare notice of interested parties. | L210 | 0.40 | 270.00 | | 108.00 |
| | | **TOTAL** | | **18.30** | | | **$4,896.45** |

## COSTS & EXPENSES


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $223.20 |
| L120 | Analysis/Strategy | 6.20 | $1,674.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $128.25 |
| L190 | Other Case Assessment | 0.90 | $293.40 |
| L210 | Pleadings | 1.20 | $324.00 |
| L240 | Dispositive Motions | 8.30 | $2,253.60 |
| | **TOTAL** | **18.30** | **$4,896.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Franich, Kerry | KWF | Associate | 15.60 | 270.00 | $4,212.00 |
| Tarwater, Linda | LJT | Paralegal | 1.20 | 130.50 | $156.60 |
| Hankins, Suzanne | SMH | Member | 1.20 | 333.00 | $399.60 |
| | **Total** | | **18.30** | | **$4,896.45** |

| | | |
|---|---|---|
| | FEES | $4,896.45 |
| **TOTAL THIS INVOICE** | | **$4,896.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327160    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1361    Carmelle, Nevine
GMAC Matter No.: 731591

**TOTAL AMOUNT DUE**              $4,582.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327160    JBS                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1361    Carmelle, Nevine
                        GMAC Matter No.: 731591

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| SMH | 08/15/12 | Attention to research re websites re plaintiff's notoriety. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/15/12 | Review early case evaluation. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/15/12 | Prepare notice of bankruptcy. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/15/12 | Receive and analyze file in preparation for further handling. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/15/12 | Prepare letter to Plaintiff's counsel re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/15/12 | Prepare initial analysis and recommendation to client, A. Hartshorn. | L120 | 1.00 | 270.00 | 270.00 |
| LJT | 08/16/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, review docket re status and order on motion for relief from stay. | L110 | 0.70 | 130.50 | 91.35 |
| KWF | 08/16/12 | Receive and analyze background investigation results for Nevine Carmelle. | L120 | 0.40 | 270.00 | 108.00 |
| LJT | 08/17/12 | Review title records and prepare chronology. | L110 | 1.10 | 130.50 | 143.55 |
| LJT | 08/17/12 | Research title records on additional properties owned by plaintiff, obtain and review property reports and most recent deeds of trust executed by plaintiff. | L110 | 0.50 | 130.50 | 65.25 |
| KWF | 08/17/12 | Prepare draft demurrer to complaint. | L240 | 7.40 | 270.00 | 1,998.00 |
| KWF | 08/17/12 | Analysis and evaluation of title chronology and bankruptcy court docket. | L120 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327160 | CLIENT   GMAC ResCap | | | | Page | 2 |
| | | MATTER   Carmelle, Nevine | | | | | |

| | | | | | | |
|------|----------|-------------------------------------------------------------|------|-------|--------|--------|
| KWF | 08/17/12 | Prepare notice of related case. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 08/17/12 | Prepare request for judicial notice in support of demurrer. | L240 | 0.60 | 270.00 | 162.00 |
| JBS | 08/18/12 | Analysis and evaluation of defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/24/12 | Attention to status, potential opposition to order to show cause regarding preliminary injunction. | L220 | 0.20 | 333.00 | 66.60 |
| KWF | 08/24/12 | Prepare follow up email to client re: demurrer, notice of bankruptcy, and OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 08/26/12 | Draft email re OSC and evidence required. | L230 | 0.20 | 333.00 | 66.60 |
| KWF | 08/27/12 | Telephone conference with client, A. Hartshorn, re: OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Prepare email to Plaintiff's counsel, S. Bowman, re: OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Prepare opposition to OSC re: preliminary injunction. | L120 | 1.00 | 270.00 | 270.00 |
| KWF | 08/27/12 | Telephone conference with A. Hartshorn re: opposition to OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Prepare email to Plaintiff's counsel, S. Bowman, re: settlement and OSC re: preliminary injunction. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/28/12 | Receive and edit draft demurrer prior to filing with Court. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/28/12 | Prepare email to Plaintiff's counsel re: settlement possibilities and OSC re: preliminary injunction. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **17.90** | | **$4,582.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327160    CLIENT   GMAC ResCap                    Page      3
                        MATTER   Carmelle, Nevine

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.30 | $300.15 |
| L120 | Analysis/Strategy | 6.00 | $1,683.00 |
| L190 | Other Case Assessment | 1.00 | $252.00 |
| L210 | Pleadings | 0.20 | $54.00 |
| L220 | Preliminary Injunctions/Provis | 0.20 | $66.60 |
| L230 | Court Mandated Conferences | 0.20 | $66.60 |
| L240 | Dispositive Motions | 8.00 | $2,160.00 |
| | **TOTAL** | **17.90** | **$4,582.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Franich, Kerry | KWF | Associate | 13.80 | 270.00 | $3,726.00 |
| Tarwater, Linda | LJT | Paralegal | 2.30 | 130.50 | $300.15 |
| Hankins, Suzanne | SMH | Member | 1.00 | 333.00 | $333.00 |
| | **Total** | | **17.90** | | **$4,582.35** |

|  | FEES | $4,582.35 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$4,582.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327161    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1364    Shepherd, Scott
                  GMAC Matter No.: 731678

**TOTAL AMOUNT DUE**            **$794.25**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327161    JBS                                         September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1364    Shepherd, Scott
GMAC Matter No.: 731678

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/20/12 | Review new complaint, draft email regarding same to J. Holtgren. | L190 | 0.60 | 333.00 | 199.80 |
| LJT | 08/20/12 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff. | L110 | 0.40 | 130.50 | 52.20 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 08/21/12 | Analysis and evaluation of TRO application and defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| SMH | 08/22/12 | Attention to J. Holtgren's email. | L190 | 0.20 | 333.00 | 66.60 |
| LJT | 08/23/12 | Review title records and prepare chronology. | L110 | 0.90 | 130.50 | 117.45 |
| TNA | 08/27/12 | Review title chronology and formulate initial assessment to C. Bonello at GMAC regarding case. | L190 | 0.50 | 270.00 | 135.00 |
| | | **TOTAL** | | **3.40** | | **$794.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.30 | $169.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327161 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Shepherd, Scott | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | | 0.40 | $171.00 | | |
| L190 | Other Case Assessment | | | 1.70 | $453.60 | | |
| | **TOTAL** | | | **3.40** | **$794.25** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | | JBS | Member | 0.40 | 427.50 | $171.00 |
| Tarwater, Linda | | LJT | Paralegal | 1.30 | 130.50 | $169.65 |
| Hankins, Suzanne | | SMH | Member | 0.80 | 333.00 | $266.40 |
| Abbott, Thomas | | TNA | Associate | 0.50 | 270.00 | $135.00 |
| | **Total** | | | **3.40** | | **$794.25** |

|  |  |
|---|---|
| FEES | $794.25 |
| **TOTAL THIS INVOICE** | **$794.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327162    JBS                              September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1366     Park, Jae Keun
                   GMAC Matter No.: 731798

**TOTAL AMOUNT DUE**              **$674.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327162    JBS                                              September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1366    Park, Jae Keun
GMAC Matter No.: 731798

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 08/22/12 | Analysis and evaluation of email from client regarding ex parte  hearing | L120 | 0.30 | 427.50 | 128.25 |
| SMH | 08/22/12 | Attention to Gene Choe's ex parte, email from client with delinquency information, evaluate course of action regarding temporary restraining order. | L190 | 0.30 | 333.00 | 99.90 |
| LJT | 08/22/12 | Review notice of ex parte application for a temporary restraining order, research title records re notice of default and notice of trustee's sale, telephone call to trustee re foreclosure sale date, and draft e-mail re same. | L110 | 0.30 | 130.50 | 39.15 |
| KWF | 08/22/12 | Receive and analyze file in preparation for further handling. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 08/22/12 | Telephone conference with Plaintiff's counsel re: settlement. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 08/22/12 | Prepare email to client, C. DiCicco, re: settlement agreement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/22/12 | Telephone conference with Plaintiff's counsel re: settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/22/12 | Prepare email to client, C. DiCicco, advising of settlement. | L160 | 0.10 | 270.00 | 27.00 |
| SMH | 08/23/12 | Attention to C. DiCicco's email with new sale date. | L190 | 0.10 | 333.00 | 33.30 |
| LJT | 08/23/12 | Complete research of title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff, review docket, motion to avoid lien and discharge order. | L110 | 0.40 | 130.50 | 52.20 |
| LJT | 08/24/12 | Compile and review title documents. | L110 | 0.20 | 130.50 | 26.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327162 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Park, Jae Keun | | | | |

| CHR | 08/24/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **2.90** | | **$674.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $117.45 | | |
| L120 | Analysis/Strategy | 0.30 | $128.25 | | |
| L160 | Settlement/Non-Binding ADR | 0.90 | $243.00 | | |
| L190 | Other Case Assessment | 0.80 | $185.40 | | |
| | **TOTAL** | **2.90** | **$674.10** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| Tarwater, Linda | LJT | Paralegal | 0.90 | 130.50 | $117.45 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **2.90** | | **$674.10** |

| | | | FEES | $674.10 |
|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | **$674.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327267    JBS                                    September 24, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1066    Riggio, Jaye
                  GMAC Matter No.: 719018

**TOTAL AMOUNT DUE**          $14,652.45

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327267    JBS                                     September 24, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1066    Riggio, Jaye
                          GMAC Matter No.: 719018

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 07/11/12 | Correspond with C. DiCicco re status of appeal. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 07/18/12 | Check to see if Plaintiffs filed opening appellate brief and correspond with client re same. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 08/03/12 | Review Appellants' Opening Brief and Appellants' Appendix. | L510 | 1.50 | 279.00 | 418.50 |
| JDI | 08/06/12 | Analyze whether to file a notice of bankruptcy stay on behalf of GMAC & ETS and correspond with C. DiCicco re same. | L120 | 1.50 | 279.00 | 418.50 |
| BJJ | 08/06/12 | Obtain copies the latest recorded title documents for property at 1732 Geranium St, Carlsbad, CA | L190 | 0.50 | 130.50 | 65.25 |
| JDI | 08/07/12 | Draft Respondents' Brief. | L520 | 2.50 | 279.00 | 697.50 |
| JDI | 08/10/12 | Draft Respondents' Brief. | L520 | 3.20 | 279.00 | 892.80 |
| JDI | 08/13/12 | Draft Respondents' Brief. | L520 | 3.20 | 279.00 | 892.80 |
| JDI | 08/14/12 | Draft Respondents' Brief. | L520 | 4.80 | 279.00 | 1,339.20 |
| JDI | 08/15/12 | Draft Respondents' Brief. | L520 | 8.70 | 279.00 | 2,427.30 |
| JDI | 08/16/12 | Draft Respondents' Brief. | L520 | 5.90 | 279.00 | 1,646.10 |
| JDI | 08/19/12 | Draft Respondents' Brief. | L520 | 6.00 | 279.00 | 1,674.00 |
| JDI | 08/20/12 | Draft Respondents' Brief. | L520 | 2.50 | 279.00 | 697.50 |
| JTC | 08/21/12 | Revise respondent's brief. | L510 | 4.20 | 490.50 | 2,060.10 |
| JDI | 08/22/12 | Revise and edit Respondents' Brief. | L520 | 2.50 | 279.00 | 697.50 |
| JDI | 08/27/12 | Edit Respondents' Brief. | L520 | 0.80 | 279.00 | 223.20 |
| JDI | 08/27/12 | Prepare Respondents' Appendix. | L510 | 0.70 | 279.00 | 195.30 |
| JDI | 08/28/12 | Revise Respondents' Appendix. | L510 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **49.60** | | **$14,652.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327267 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Riggio, Jaye | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $418.50 |
| L190 | Other Case Assessment | 1.10 | $232.65 |
| L510 | Appellate Motions & Submission | 6.90 | $2,813.40 |
| L520 | Appellate Briefs | 40.10 | $11,187.90 |
| **TOTAL** | | **49.60** | **$14,652.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.50 | 130.50 | $65.25 |
| Ives, Jon | JDI | Associate | 44.90 | 279.00 | $12,527.10 |
| Chilton, Jan T. | JTC | Member | 4.20 | 490.50 | $2,060.10 |
| **Total** | | | **49.60** | | **$14,652.45** |

| | |
|---|---|
| PRIOR FEES | $7,577.10 |
| PRIOR COSTS & EXPENSES | $2,461.55 |

| | |
|---|---|
| FEES | $14,652.45 |
| **TOTAL THIS INVOICE** | **$14,652.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327295    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0032    Johnson, Wes W. v. Homecomings Financial, et al.
GMAC Matter No.: 692775

**TOTAL AMOUNT DUE**           **$1,465.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327295    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0032    Johnson, Wes W. v. Homecomings Financial, et al.
                        GMAC Matter No.: 692775

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 08/07/12 | Prepare for court ordered mediation conference. | L230 | 1.30 | 279.00 | 362.70 |
| RJG | 08/07/12 | Attention to settlement conference strategy and issues regarding the pending appeal. | L160 | 0.30 | 274.50 | 82.35 |
| BJJ | 08/07/12 | Prepare Title Chronology for 737 James Ln, Incline Village, CA | L190 | 0.50 | 130.50 | 65.25 |
| DL | 08/07/12 | Strategy re preparing for Ninth Circuit settlement conference re background of prior settlement negotiations. | L160 | 0.40 | 288.00 | 115.20 |
| JDI | 08/08/12 | Prepare for and attend court ordered mediation conference. | L230 | 1.00 | 279.00 | 279.00 |
| RJG | 08/08/12 | Analysis and evaluation of the results of the settlement conference and attention to appeal strategy. | L510 | 0.30 | 274.50 | 82.35 |
| DL | 08/08/12 | Strategy re results of Ninth Circuit settlement conference. | L160 | 0.20 | 288.00 | 57.60 |
| JDI | 08/10/12 | Communicate with D. Liu re proposed settlement offer. | L160 | 0.20 | 279.00 | 55.80 |
| RJG | 08/10/12 | Analysis and evaluation of Plaintiff's proposed informal resolution terms and correspondence with our client to advise regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| DL | 08/10/12 | Analyze Ninth Circuit order re results of settlement conference; strategy and prepare correspondence to client with plaintiff's settlement offer to purchase property. | L160 | 0.40 | 288.00 | 115.20 |
| RJG | 08/16/12 | Attention to proposed informal resolution terms and issues and | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327295 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Johnson, Wes W. | | | | |

| | | correspondence with our client to address the same. | | | | |
|---|---|---|---|---|---|---|
| DL | 08/27/12 | Analyze correspondence from client re settlement offer from plaintiff. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **5.50** | | **$1,465.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 2.30 | $647.10 |
| L190 | Other Case Assessment | 0.60 | $94.05 |
| L230 | Court Mandated Conferences | 2.30 | $641.70 |
| L510 | Appellate Motions & Submission | 0.30 | $82.35 |
| | **TOTAL** | **5.50** | **$1,465.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 0.50 | 130.50 | $65.25 |
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| Ives, Jon | JDI | Associate | 2.50 | 279.00 | $697.50 |
| Gandy, Robert | RJG | Special Counsel | 1.30 | 274.50 | $356.85 |
| | **Total** | | **5.50** | | **$1,465.20** |

| PRIOR FEES | $26,910.45 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,339.61 |

| | FEES | $1,465.20 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,465.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327296    JBS                                         September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0070 | Awadalla, Evette v. Magdalena Garcia |
| | | GMAC Matter No.: 692925 |

**TOTAL AMOUNT DUE**              **$450.54**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327296    JBS                                  September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0070    Awadalla, Evette v. Magdalena Garcia
                        GMAC Matter No.: 692925

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/01/12 | Receipt, review and analysis of the Court's order on plaintiff's counsel's motion to withdraw as plaintiff's counsel of record | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/01/12 | Receipt, review and analysis of the Court's order dismissing the case without prejudice | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/01/12 | Draft correspondence to client regarding the dismissal of plaintiff's Federal Court case and marketing the property for sale as a result of the Court's order | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/01/12 | Prepared for Hearing on Motion to Dismiss. | L210 | 0.40 | 238.50 | 95.40 |
| YS | 08/02/12 | Draft correspondence to client regarding effect of the dismissal of the Federal Court case on the recorded lis pendens | L190 | 0.30 | 238.50 | 71.55 |
| YS | 08/06/12 | Draft correspondence to client regarding recordation of the Federal Court order dismissing the case in light of lis pendens recorded by plaintiff | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/06/12 | Receipt, Review and Analysis of Recorded Federal Court Order Dismissing Case. | L210 | 0.10 | 238.50 | 23.85 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **1.70** | | **$412.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   327296 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Awadalla, Evette | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3929 Randolph Los Angeles, CA 07/06/12 | 13.34 |
| 08/15/12 | First Legal Network, LLC; Court Services; USDC- Central 7/20/12 | 25.00 |
| | **TOTAL COSTS & EXPENSES** | **$38.34** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 0.50 | $119.25 |
| L510 | Appellate Motions & Submission | 0.30 | $78.30 |
| | **TOTAL** | **1.70** | **$412.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Holt, M. Elizabeth | MEH | Associate | 0.30 | 261.00 | $78.30 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **1.70** | | **$412.20** |

| | |
|---|---|
| PRIOR FEES | $154,781.36 |
| PRIOR COSTS & EXPENSES | $23,598.13 |

| | |
|---|---|
| FEES | $412.20 |
| COSTS & EXPENSES | $38.34 |
| **TOTAL THIS INVOICE** | **$450.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327297     JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0113 | Ballecer, Neil S. v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 697088 |

**TOTAL AMOUNT DUE**          $1,134.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327297    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
GMAC Matter No.: 697088

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/02/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/09/12 | Attention to bankruptcy stay final order and remaining complaint claims and correspondence with our client to advise regarding pending case and trial issues. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/09/12 | Prepare email to client, J. Hoy, re: trial continuance. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/09/12 | Evaluate court case management order. Prepare email to client, J. Hoy, Re: seeking continuance of pre-trial conference and trial. | L120 | 0.40 | 270.00 | 108.00 |
| RJG | 08/10/12 | Attention to stipulation to vacate pre-trial and trial dates in light of the bankruptcy stay and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/10/12 | Prepare notice of continuance of deposition. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/10/12 | Prepare proposed order on stipulation to vacate trial date. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Prepare email to client, J. Hoy, re: vacating trial date. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/10/12 | Prepare email to Plaintiff's counsel, J. Dzialo, re: joint motion to vacate trial date. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Prepare stipulation and joint motion to | L210 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327297 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Ballecer, Neil S. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | vacate trial date and schedule status conference re: bankruptcy. | | | | | |
| RJG | 08/13/12 | Attention to the court's order vacating the pre-trial conference and trial date and correspondence with our client to advise regarding the same. | L120 | | 0.30 | 274.50 | 82.35 |
| KWF | 08/13/12 | Receive order vacating trial date. Prepare email to client, J. Hoy, advising of same. | L190 | | 0.10 | 270.00 | 27.00 |
| RJG | 08/21/12 | Analysis and evaluation of bankruptcy stay and pending civil case issues and attention to litigation strategy. | L120 | | 0.30 | 274.50 | 82.35 |
| RJG | 08/23/12 | Attention to informal resolution issues and correspondence with Plaintiff's counsel to address the same. | L120 | | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | | **4.00** | | **$1,088.55** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK, 8/3/12 | 22.95 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Proposed Order, Stipulation 08/14/12 | 22.95 |
| | **TOTAL COSTS & EXPENSES** | **$45.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.00 | $818.55 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.80 | $216.00 |
| | **TOTAL** | **4.00** | **$1,088.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Gandy, Robert | RJG | Special Counsel | 1.90 | 274.50 | $521.55 |
| | **Total** | | **4.00** | | **$1,088.55** |

| | |
|---|---|
| PRIOR FEES | $41,858.95 |
| PRIOR COSTS & EXPENSES | $2,473.59 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327297 | CLIENT | GMAC ResCap | Page | 3 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Ballecer, Neil S. | | |

| | |
| --- | --- |
| FEES | $1,088.55 |
| COSTS & EXPENSES | $45.90 |
| **TOTAL THIS INVOICE** | **$1,134.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327298      JBS                                                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0355      Guynes, Verta C. v. The Bank of NY Mellon
                              GMAC Matter No.: 691073

**TOTAL AMOUNT DUE**                    **$739.35**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327298    JBS                                      September 25, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0355    Guynes, Verta C. v. The Bank of NY Mellon
GMAC Matter No.: 691073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/06/12 | Receipt, review and analysis of co-defendant Bank of New York's motion to compel further responses to requests for production of documents | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Receipt, review and analysis of the plaintiff's opposition to co-defendant Bank of New York's motion to compel | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 07/31/12 | Reviewed Opposition to Co-Defendant's Motion to Compel. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/02/12 | Receipt, review and analysis co-defendant Bank of New York's reply to opposition received to motion to compel discovery responses | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/02/12 | Receipt, review and analysis of co-defendant Bank of New York's separate statement in support of motion to compel discovery responses | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/02/12 | Receipt, Review and Analysis of Co-Defendant's Reply in support of Motion to Compel Discovery from Plaintiff. | L210 | 0.10 | 238.50 | 23.85 |
| JHT | 08/02/12 | Receipt, Review and Analysis of Co-Defendant's Separate Statement in support of Reply to Motion to Compel Discovery from Plaintiff. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/03/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327298 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Guynes, Verta C. | | | | |

| RJG | 08/06/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
|---|---|---|---|---|---|---|
| YS | 08/06/12 | Draft client's amended notice of bankruptcy and suggestion of the automatic stay | L210 | 0.50 | 238.50 | 119.25 |
| YS | 08/06/12 | Draft correspondence to plaintiff's counsel regarding status of client's bankruptcy | L190 | 0.40 | 238.50 | 95.40 |
| YS | 08/10/12 | Receipt, review and analysis of the Court's minute order on co-defendant Bank of New York's motion to compel discovery responses | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/10/12 | Receipt, review and analysis of co-defendant Bank of New York's notice of ruling on its motion to compel discovery responses | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/17/12 | Receipt, review and analysis of the Court's minute order on plaintiff's counsel's motion to withdraw | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/28/12 | Receipt, review and analysis of the Court's order granting C. Pratt's motion to withdraw as plaintiff's counsel | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.80** | | **$689.40** |

## COSTS & EXPENSES

| 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy & Effect of Automatic Stay 06/06/12 | 49.95 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $355.50 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 0.80 | $190.80 |
| | **TOTAL** | **2.80** | **$689.40** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327298 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Guynes, Verta C. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 | |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 | |
| Shaham, Yaron | YS | Special Counsel | 1.80 | 238.50 | $429.30 | |
| | **Total** | | **2.80** | | **$689.40** | |

PRIOR FEES                          $27,150.75
PRIOR COSTS & EXPENSES          $3,347.69

| | |
|---|---|
| FEES | $689.40 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$739.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327299     JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0433 | Haroutunian, Hedeya |
| | | C/M# 697640 |

**TOTAL AMOUNT DUE**          $1,310.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327299     JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0433     Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 08/02/12 | Strategize re: response to appellant's request to lift automatic stay for purposes of appeal only. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/03/12 | Draft email to bankruptcy counsel (J. Newton) re: strategy in response to appellant's motion for relief from automatic stay. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 08/03/12 | Strategize re: cost estimate of defending appeal and exchange emails with client (N. Campbell) re: same. | L120 | 0.40 | 261.00 | 104.40 |
| KWF | 08/06/12 | Prepare email to E. Holt re: case procedural history. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 08/06/12 | Telephone conference with co-counsel, J. Newtin, re: facts and procedural history. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/06/12 | Prepare email to co-counsel, J. Newtin, with exhibits re: opposition to motion for relief from automatic stay. | L120 | 0.10 | 270.00 | 27.00 |
| MEH | 08/06/12 | Telephone call with bankruptcy counsel J. Newton re: appellants' motion for relief from stay. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/06/12 | Exchange emails with bankruptcy counsel (J. Newton) re: appellant's motion for relief from stay. | L120 | 0.80 | 261.00 | 208.80 |
| MEH | 08/07/12 | Telephone call from bankruptcy counsel (J. Newton) re: notice of appeal. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/07/12 | Exchange emails with client (C. Bonello) re: bankruptcy stay. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/22/12 | Review procedure and deadlines for | L510 | 0.90 | 261.00 | 234.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327299 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Haroutunian, Hedeya | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | notifying appellate court of stipulation for relief from bankruptcy stay. | | | | | |
| MEH | 08/22/12 | Draft email to opposing counsel (A. Shaghzo) re: stipulated briefing schedule. | L510 | 0.30 | 261.00 | | 78.30 |
| MEH | 08/22/12 | Draft email to client (C. Bonello) re: stipulated briefing schedule. | L520 | 0.20 | 261.00 | | 52.20 |
| MEH | 08/23/12 | Exchange multiple emails with opposing counsel (A. Shaghzo) re: lift of stay and stipulated appellate briefing schedule. | L520 | 0.40 | 261.00 | | 104.40 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | | 78.30 |
| | | **TOTAL** | | **5.00** | | | **$1,310.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.40 | $627.30 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L510 | Appellate Motions & Submission | 1.50 | $391.50 |
| L520 | Appellate Briefs | 0.60 | $156.60 |
| | **TOTAL** | **5.00** | **$1,310.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.60 | 270.00 | $162.00 |
| Holt, M. Elizabeth | MEH | Associate | 4.40 | 261.00 | $1,148.40 |
| | **Total** | | **5.00** | | **$1,310.40** |

| PRIOR FEES | $79,262.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,995.83 |

| | FEES | $1,310.40 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,310.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327300    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0628 | Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC |
|  |  | GMAC Matter No.: 704149 |

**TOTAL AMOUNT DUE**         $8,759.25

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327300      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0628      Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 08/01/12 | Draft respondent's brief on behalf of MERS and Beckmann. | L520 | 4.60 | 261.00 | 1,200.60 |
| MEH | 08/02/12 | Continue drafting respondents' brief. | L520 | 4.60 | 261.00 | 1,200.60 |
| MEH | 08/02/12 | Telephone call with clerk at appellate court re: scope of temporary stay as among multiple defendants. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 08/02/12 | Strategize re: possible motion to stay appeal re: MERS and Beckmann. | L120 | 0.60 | 261.00 | 156.60 |
| MEH | 08/03/12 | Telephone call and follow up email to MERS contact (A. Marmion) re: staying appeal as to non-bankrupt parties. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 08/03/12 | Continue drafting respondents' brief. | L520 | 4.80 | 261.00 | 1,252.80 |
| MEH | 08/05/12 | Calculate/calendar briefing schedule re: bankruptcy stay order issued by appellate court. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/06/12 | Draft email to client (C. DiCicco) enclosing order staying appeal. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/10/12 | Draft email to client (A. Marmion) following up on bankruptcy stay re: MERS and Beckmann. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/10/12 | Telephone call with MERS client contact (A. Marmion) re: bankruptcy stay re: MERS and Beckmann. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/10/12 | Draft email to clients (C. DiCicco, N. Campbell) re: bankruptcy stay re: MERS. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/14/12 | Outline reply brief in support of bankruptcy stay. | L510 | 1.50 | 261.00 | 391.50 |
| MEH | 08/14/12 | Review/analyze plaintiffs' opposition to | L510 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327300 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gjurovich, Alan | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | notice of bankruptcy stay. | | | | | |
| MEH | 08/15/12 | Begin drafting reply brief in support of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 | |
| MEH | 08/17/12 | Continue drafting reply brief re: bankruptcy stay. | L520 | 6.60 | 261.00 | 1,722.60 | |
| JTC | 08/20/12 | Review and suggest revisions to reply re effect of bankruptcy stay. | L510 | 0.40 | 490.50 | 196.20 | |
| MEH | 08/20/12 | Revise reply brief re: bankruptcy stay. | L520 | 0.30 | 261.00 | 78.30 | |
| DHC | 08/21/12 | Review and revise Respondent's Reply Re Notice of Bankruptcy and effect of Automatic Stay. | L120 | 1.50 | 337.50 | 506.25 | |
| MEH | 08/21/12 | Revise reply brief re: bankruptcy stay. | L520 | 1.80 | 261.00 | 469.80 | |
| MEH | 08/21/12 | Draft email to clients (C. DiCicco, N. Campbell) enclosing draft reply brief with comments. | L520 | 0.50 | 261.00 | 130.50 | |
| JTC | 08/22/12 | Revise reply re bankruptcy stay. | L210 | 0.20 | 490.50 | 98.10 | |
| DHC | 08/22/12 | Conference with Elizabeth Holt re client's comments to reply brief re bankruptcy stay and status of UD action. | L220 | 0.50 | 337.50 | 168.75 | |
| DHC | 08/22/12 | Review and revise Reply Brief re bankruptcy stay. | L190 | 0.50 | 337.50 | 168.75 | |
| MEH | 08/22/12 | Exchange emails among clients (J. Murphy, N. Campbell, C. Dicicco) re: revisions to reply brief re: bankruptcy stay. | L520 | 0.60 | 261.00 | 156.60 | |
| MEH | 08/22/12 | Finalize reply brief re: bankruptcy stay. | L520 | 0.40 | 261.00 | 104.40 | |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 | |
| | | **TOTAL** | | **32.30** | | **$8,759.25** | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.80 | $845.55 |
| L190 | Other Case Assessment | 0.50 | $168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327300 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Gjurovich, Alan | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L210 | Pleadings | | 0.20 | $98.10 | | | |
| L220 | Preliminary Injunctions/Provis | | 0.50 | $168.75 | | | |
| L510 | Appellate Motions & Submission | | 4.10 | $1,161.90 | | | |
| L520 | Appellate Briefs | | 24.20 | $6,316.20 | | | |
| | **TOTAL** | | **32.30** | **$8,759.25** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 2.50 | 337.50 | $843.75 |
| Chilton, Jan T. | JTC | Member | 0.60 | 490.50 | $294.30 |
| Holt, M. Elizabeth | MEH | Associate | 29.20 | 261.00 | $7,621.20 |
| | **Total** | | **32.30** | | **$8,759.25** |

| | | |
|---|---|---|
| PRIOR FEES | $43,049.70 | |
| PRIOR COSTS & EXPENSES | $8,335.84 | |

| | |
|---|---|
| FEES | $8,759.25 |
| **TOTAL THIS INVOICE** | **$8,759.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327301    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0678 | Winick, Daniel S. and Claire |
| | | GMAC Matter No.: 705967 |

**TOTAL AMOUNT DUE**          $1,879.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327301    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0678    Winick, Daniel S. and Claire
GMAC Matter No.: 705967

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/07/12 | Attention to settlement terms and performance of settlement obligations to advise our client regarding Plaintiffs' outstanding settlement obligations. | L160 | 0.30 | 274.50 | 82.35 |
| KWF | 08/07/12 | Telephone conference with J. Winick re: status of settlement. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 08/15/12 | Analysis and evaluation of potential breach of settlement terms and resolution strategies and correspondence with our client to advise regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| KWF | 08/15/12 | Prepare email to client, C. Bonello. re: status of settlement, and recommendation for handling non-payment and missing signature of Plaintiff's counsel. | L160 | 0.50 | 270.00 | 135.00 |
| RJG | 08/17/12 | Attention to resolution of Plaintiffs' outstanding settlement obligations and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/21/12 | Attention to settlement terms and outstanding obligations and correspondence with our client to advise regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| KWF | 08/21/12 | Receive and analyze settlement correspondence from Plaintiff's counsel. Prepare email to client, C. Bonello, re: same. | L160 | 0.70 | 270.00 | 189.00 |
| RJG | 08/22/12 | Attention to Plaintiffs' performance of outstanding settlement terms and | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327301 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Winick, Daniel S. & Claire | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | correspondence with our client to address the same. | | | | | |
| RJG | 08/23/12 | Attention to correspondence with Plaintiffs' counsel to address performance of settlement obligations. | L160 | 0.20 | 274.50 | | 54.90 |
| RJG | 08/23/12 | Attention to settlement terms and issues and correspondence with our client to advise regarding pending settlement performance issues. | L160 | 0.30 | 274.50 | | 82.35 |
| KWF | 08/23/12 | Prepare letter to J. Winick re: signature on settlement agreement. | L160 | 0.40 | 270.00 | | 108.00 |
| KWF | 08/23/12 | Prepare email to client, C. Bonello, re: check for modification. | L120 | 0.10 | 270.00 | | 27.00 |
| RJG | 08/24/12 | Attention to issues regarding Plaintiffs' performance of settlement obligations and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/24/12 | Attention to performance of settlement obligations and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | | 82.35 |
| KWF | 08/24/12 | Receive and analyze email correspondence from Plaintiff's counsel, J. Winick. Prepare response to same. | L160 | 0.50 | 270.00 | | 135.00 |
| RJG | 08/28/12 | Attention to resolution of outstanding settlement issues and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/28/12 | Attention to strategy for resolution of outstanding settlement issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | | 82.35 |
| KWF | 08/28/12 | Prepare email to client, C. Bonello, re: status of settlement. | L120 | 0.70 | 270.00 | | 189.00 |
| RJG | 08/30/12 | Attention to resolution of outstanding settlement issues and correspondence with Plaintiffs' counsel to address the same. | L160 | 0.30 | 274.50 | | 82.35 |
| KWF | 08/30/12 | Prepare email to Plaintiff's counsel, J. Winick, re: settlement. | L160 | 0.10 | 270.00 | | 27.00 |
| | | **TOTAL** | | **6.90** | | | **$1,879.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327301 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Winick, Daniel S. & Claire | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $270.00 |
| L160 | Settlement/Non-Binding ADR | 5.90 | $1,609.65 |
| | **TOTAL** | **6.90** | **$1,879.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.20 | 270.00 | $864.00 |
| Gandy, Robert | RJG | Special Counsel | 3.70 | 274.50 | $1,015.65 |
| | Total | | **6.90** | | **$1,879.65** |

| | |
|---|---|
| PRIOR FEES | $75,949.20 |
| PRIOR COSTS & EXPENSES | $13,383.19 |

| | |
|---|---|
| FEES | $1,879.65 |
| **TOTAL THIS INVOICE** | **$1,879.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327302    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0753    Labostrie, Alvin and Sandra
                  GMAC Matter No.: 708651

**TOTAL AMOUNT DUE**            **$2,551.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327302    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0753    Labostrie, Alvin and Sandra
GMAC Matter No.: 708651

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of bankruptcy stay and pending case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/09/12 | Analysis and evaluation of final bankruptcy stay order and pending case claims and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/09/12 | Prepare notice of bankruptcy. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/09/12 | Prepare letter to Plaintiff's counsel, re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/15/12 | Analysis and evaluation of bankruptcy stay final order application to motion for summary judgment and pending case issues and multiple correspondence with our client to address the same. | L120 | 0.50 | 274.50 | 137.25 |
| KWF | 08/15/12 | Prepare email to client, C. Hancock, re: lockout and MSJ. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/17/12 | Prepare for hearing on status conference and motion for summary judgment. | L120 | 0.50 | 270.00 | 135.00 |
| RJG | 08/20/12 | Attention to the court's ruling on our motion for summary judgment and bankruptcy stay issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/20/12 | Attention to eviction and property preservation issues and correspondence with our client to respond to an inquiry | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327302 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Labostrie, Alvin & Sandra | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | regarding the same. | | | | | |
| KWF | 08/20/12 | Appear at status conference re: bankruptcy and hearing on motion for summary judgment. Travel to and from same. | L230 | 4.20 | 270.00 | | 1,134.00 |
| KWF | 08/20/12 | Prepare email to client, C. Hancock, advising of hearing results on motion for summary judgment. | L190 | 0.10 | 270.00 | | 27.00 |
| KWF | 08/20/12 | Prepare notice of status conference. | L120 | 0.20 | 270.00 | | 54.00 |
| KWF | 08/20/12 | Prepare email to client, C. Hancock, re: settlement via loan modification and inquiry from Plaintiffs' counsel. | L160 | 0.20 | 270.00 | | 54.00 |
| RJG | 08/21/12 | Analysis and evaluation of Plaintiffs' proposed settlement terms and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/21/12 | Analysis and evaluation of eviction and property preservation issues and multiple correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | | 137.25 |
| KWF | 08/21/12 | Prepare email to client, C. Hancock, re: status of unlawful detainer. | L120 | 0.30 | 270.00 | | 81.00 |
| RJG | 08/22/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| | | **TOTAL** | | **9.40** | | | **$2,551.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.90 | $1,336.05 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L230 | Court Mandated Conferences | 4.20 | $1,134.00 |
| | **TOTAL** | **9.40** | **$2,551.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327302 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Labostrie, Alvin & Sandra | | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | | Associate | 6.50 | 270.00 | $1,755.00 |
| Gandy, Robert | RJG | | Special Counsel | 2.90 | 274.50 | $796.05 |
| | | Total | | **9.40** | | **$2,551.05** |

| | | |
|---|---|---|
| PRIOR FEES | $136,029.15 | |
| PRIOR COSTS & EXPENSES | $16,998.79 | |

| | | |
|---|---|---|
| FEES | $2,551.05 |
| **TOTAL THIS INVOICE** | **$2,551.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327303    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0928     Chavers, Linda M.
                     GMAC Matter No.: 713706

**TOTAL AMOUNT DUE**            **$1,272.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327303    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0928    Chavers, Linda M.
                        GMAC Matter No.: 713706

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/13/12 | Draft correspondence to K. Lee at MERS regarding status of the case, deadline for plaintiff to respond to clients' written discovery, and pending hearing dates | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 08/14/12 | Attention to informal resolution issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Attention to bankruptcy stay and stipulation to vacate pending case hearings and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/16/12 | Receipt, review and analysis of plaintiff's counsel's correspondence regarding impact of the client's bankruptcy filing on the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/16/12 | Draft stipulation of the parties to continue dates and deadlines in light of clients bankruptcy filing | L210 | 0.40 | 238.50 | 95.40 |
| YS | 08/16/12 | Draft proposed order granting stipulation of the parties to continue dates and deadlines in light of clients bankruptcy filing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/16/12 | Draft correspondence to plaintiff's counsel regarding stipulation to continue dates and deadlines, preparing a joint status report for MERS, and granting continuance to respond to MERS discovery | L190 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327303 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chavers, Linda M. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 08/17/12 | Attention to stipulation to vacate pending hearings in light of the GMAC bankruptcy and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| YS | 08/20/12 | Draft correspondence to plaintiff's counsel regarding meeting and conferring on joint scheduling report in light of pending scheduling conference | L190 | 0.20 | 238.50 | | 47.70 |
| YS | 08/21/12 | Receipt, review and analysis of the Bankruptcy Court's notice of chapter 13 case closed without discharge | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 08/27/12 | Draft clients' unilateral scheduling conference report and declaration of Yaron Shaham in light of pending scheduling conference | L210 | 2.50 | 238.50 | | 596.25 |
| | | **TOTAL** | | **5.20** | | | **$1,272.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $294.75 | | | |
| L190 | Other Case Assessment | 0.90 | $214.65 | | | |
| L210 | Pleadings | 3.20 | $763.20 | | | |
| | **TOTAL** | **5.20** | **$1,272.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| Shaham, Yaron | YS | Special Counsel | 4.30 | 238.50 | $1,025.55 |
| | Total | | **5.20** | | **$1,272.60** |

| | | |
|---|---|---|
| PRIOR FEES | $17,414.55 | |
| PRIOR COSTS & EXPENSES | $498.04 | |

| | | |
|---|---|---|
| | FEES | $1,272.60 |
| | **TOTAL THIS INVOICE** | **$1,272.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327304    JBS                                   September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0944 | Sin, Soon Hee |
| | | GMAC Matter No.: 714247 |

**TOTAL AMOUNT DUE**          $2,004.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327304       JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0944       Sin, Soon Hee
                             GMAC Matter No.: 714247

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 08/01/12 | Analysis and evaluation of status of case in order to provide status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 08/01/12 | Analysis and evaluation of status of case in order to provide status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 08/01/12 | Preparation of status report to client. | L110 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Further review of tentative ruling in preparation for hearing on demurrer. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Attendance at hearing on demurrer to second amended complaint at which court sustained demurrer without leave to amend. | L240 | 2.30 | 306.00 | 703.80 |
| MCN | 08/03/12 | Correspondence with Holtgren regarding outcome of hearing on demurrer. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Initial preparation of notice of entry of dismissal and order sustaining demurrer without leave to amend. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Analysis and evaluation of status of court's execution of order sustaining demurrer and dismissing case in order to issue notice of ruling and telephone call to court clerk same. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/06/12 | Analysis and evaluation of status of entry of order dismissing case. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 08/06/12 | Analysis and evaluation of strategy for completion of case in view of entered order of dismissal. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 08/07/12 | Preparation of notice of entry of order | L110 | 0.70 | 306.00 | 214.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327304 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Sin, Soon Hee | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | sustaining demurrer and dismissing case. | | | | | |
| MCN | 08/31/12 | Preparation of status report to client regarding dismissal of case and analysis regarding same. | L120 | 0.20 | 306.00 | | 61.20 |
| | | **TOTAL** | | **6.10** | | | **$1,866.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 08/03/12 | 78.00 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 7/25/12 | 29.75 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 7/30/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$137.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.80 | $550.80 |
| L120 | Analysis/Strategy | 0.70 | $214.20 |
| L240 | Dispositive Motions | 3.60 | $1,101.60 |
| | **TOTAL** | **6.10** | **$1,866.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 6.10 | 306.00 | $1,866.60 |
| | **Total** | | **6.10** | | **$1,866.60** |

| | |
|---|---|
| PRIOR FEES | $46,650.60 |
| PRIOR COSTS & EXPENSES | $2,654.31 |

| | |
|---|---|
| FEES | $1,866.60 |
| COSTS & EXPENSES | $137.50 |
| **TOTAL THIS INVOICE** | **$2,004.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327305    JBS                               September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1007     Abed-Stephen, Vachagan and Susie
                   C/M# 716689

**TOTAL AMOUNT DUE**          **$598.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327305    JBS                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1007    Abed-Stephen, Vachagan and Susie
C/M# 716689

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of notice of default and pending appeal issues and attention to appeal strategy. | L510 | 0.30 | 274.50 | 82.35 |
| MEH | 08/05/12 | Review certified reporter's transcript and forward to superior court in support of counter-designations of record on appeal. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 08/05/12 | Calculate/calendar plaintiff's deadline for curing default. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Strategize re: timing of notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Strategize re: substitution of counsel letter and accompanying filing fee. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Review/analyze appellants' civil case information statement. | L510 | 0.20 | 261.00 | 52.20 |
| BAE | 08/24/12 | Emails and phone calls with court reporter regarding missing transcript for appeal. | L520 | 0.40 | 247.50 | 99.00 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **2.30** | | **$598.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327305 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Abed-Stephen, Vachagan | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L510 | Appellate Motions & Submission | | 1.90 | $499.95 | | | |
| L520 | Appellate Briefs | | 0.40 | $99.00 | | | |
| | **TOTAL** | | **2.30** | **$598.95** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.40 | 247.50 | $99.00 |
| Holt, M. Elizabeth | MEH | Associate | 1.60 | 261.00 | $417.60 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | Total | | 2.30 | | $598.95 |

PRIOR FEES                     $19,968.30
PRIOR COSTS & EXPENSES          $1,494.97


FEES _____ $598.95
**TOTAL THIS INVOICE**          $598.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327306     JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1009 | Rice, Christopher |
| | | C/M# 716701 |

**TOTAL AMOUNT DUE**                    **$884.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327306      JBS                                   September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1009      Rice, Christopher
C/M# 716701

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/12/12 | Exchange correspondence with plaintiff's counsel re recording withdrawal of lis pendens per settlement agreement. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/23/12 | Exchange correspondence with plaintiff's counsel re status of recording withdrawal of lis pendens as required by settlement agreement. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 07/25/12 | Exchange further correspondence with plaintiff's counsel re recording withdrawal of lis pendens. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/31/12 | Prepare correspondence to plaintiff's counsel confirming withdrawal of lis pendens. | L160 | 0.10 | 288.00 | 28.80 |
| RJG | 08/01/12 | Attention to performance of final settlement terms and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/01/12 | Exchange correspondence with plaintiff's counsel re remaining items to complete settlement, vacating property and obtaining settlement funds; exchange correspondence with client re same. | L160 | 0.30 | 288.00 | 86.40 |
| DL | 08/02/12 | Exchange correspondence with plaintiff's counsel and client re borrower vacating property, status of settlement check and dismissal. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/03/12 | Attention to settlement performance | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327306 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rice, Christopher | | | | |

| | | and property possession issues and correspondence with our client to address the same. | | | | |
|---|---|---|---|---|---|---|
| DL | 08/06/12 | Analyze correspondence from Court's mediation office and prepare court-required form for mediation. | L160 | 0.30 | 288.00 | 86.40 |
| RJG | 08/08/12 | Attention to settlement terms and obligations and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/08/12 | Exchange correspondence with client and plaintiff's counsel re plaintiff vacating property and status of settlement check. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/28/12 | Attention to withdrawal of lis pendens and performance of settlement obligations and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/28/12 | Analyze recorded withdrawal of lis pendens; prepare correspondence to client re same and status of settlement check. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.10** | | **$876.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/22/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees;  LA@Court Online Civil Images 07/20/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L160 | Settlement/Non-Binding ADR | 2.60 | $736.65 |
| L190 | Other Case Assessment | 0.20 | $57.60 |
| | **TOTAL** | **3.10** | **$876.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.90 | 288.00 | $547.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327306 | CLIENT | GMAC ResCap | | | | Page | 3 |
| | | MATTER | Rice, Christopher | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gandy, Robert | | RJG | Special Counsel | 1.20 | 274.50 | $329.40 | |
| | | **Total** | | **3.10** | | **$876.60** | |

PRIOR FEES                    $38,866.05
PRIOR COSTS & EXPENSES        $824.00

| | |
|---|---|
| FEES | $876.60 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$884.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327307    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1042     Gillard, Griselda L.
                   GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**          $790.20

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327307    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1042    Gillard, Griselda L.
                         GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/10/12 | Attention to demurrer, bankruptcy stay and pending case issues and correspondence with title company counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/13/12 | Attention to application of the bankruptcy final order to pending case claims and correspondence with title company counsel to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/13/12 | Prepare notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/13/12 | Telephone conference with the court re: case status and RESCAP bankruptcy. | L120 | 0.10 | 270.00 | 27.00 |
| RJG | 08/14/12 | Attention to application of bankruptcy final order to pending case claims and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/14/12 | Prepare letter to counsel re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/14/12 | Prepare email to client, A. Hartshorn. re: notice of bankruptcy. | L190 | 0.10 | 270.00 | 27.00 |
| RJG | 08/23/12 | Attention to bankruptcy stay and pending civil litigation issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/28/12 | Analysis and evaluation of bankruptcy stay and demurrer to fourth amended complaint issues and correspondence with title company counsel to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/28/12 | Prepare email to title counsel, D. Leonhardt, re: case status. | L120 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327307 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Gillard, Griselda L. | | | | |

| KWF | 08/31/12 | Telephone conference with Plaintiff's counsel, S. Hurst, re: RECAP Bankruptcy. | L120 | 0.20 | 270.00 | 54.00 |
|---|---|---|---|---|---|---|
| | | **TOTAL** | | **2.90** | | **$790.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.50 | $682.20 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **2.90** | **$790.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.30 | 270.00 | $351.00 |
| Gandy, Robert | RJG | Special Counsel | 1.60 | 274.50 | $439.20 |
| | **Total** | | **2.90** | | **$790.20** |

| PRIOR FEES | $8,712.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $516.09 |

| | FEES | $790.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$790.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327308    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1070     Ozuna, Rolando H. and Socorro A.
                    GMAC Matter No.: 719053

**TOTAL AMOUNT DUE**          **$262.35**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327308    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1070    Ozuna, Rolando H. and Socorro A.
GMAC Matter No.: 719053

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/22/12 | Receipt, review and analysis of correspondence from plaintiffs' counsel regarding possible balloon payment contained in permanent loan modification | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/22/12 | Draft correspondence to client regarding possible balloon payment in permanent loan modification offered to plaintiffs | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/23/12 | Draft correspondence to plaintiff's counsel regarding terms of the permanent loan modification in light of the parties' settlement agreement | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/27/12 | Draft correspondence to plaintiffs' counsel regarding content of terms for plaintiffs permanent loan modification | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/29/12 | Receipt, review and analysis of correspondence from plaintiffs' counsel regarding modifying the terms of the proposed permanent loan modification agreement | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/29/12 | Draft correspondence to plaintiffs' counsel regarding response to his request to modify terms of the proposed permanent loan modification | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.10** | | **$262.35** |

### COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   327308 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Ozuna, Rolando & Socorro | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| | TOTAL | 1.10 | $262.35 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.10 | 238.50 | $262.35 |
| | Total | | 1.10 | | $262.35 |

| | |
|---|---|
| PRIOR FEES | $17,939.70 |
| PRIOR COSTS & EXPENSES | $1,737.72 |

| | |
|---|---|
| FEES | $262.35 |
| TOTAL THIS INVOICE | $262.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327309    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1093 | Vasquez, Eusebio and Susana |
| | | GMAC Matter No.: 719657 |

**TOTAL AMOUNT DUE**               $539.93

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327309    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1093    Vasquez, Eusebio and Susana
                         GMAC Matter No.: 719657

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 08/02/12 | Corresponded with Client Regarding Settlement Offer. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/03/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 08/03/12 | Receipt, review and analysis of the plaintiff's request to withdraw notice of settlement of the entire case | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/03/12 | Receipt, Review and Anslysis of Correspondence from Client Re. Loan Modification Offer. | L190 | 0.10 | 238.50 | 23.85 |
| YS | 08/06/12 | Draft correspondence to client regarding plaintiffs recordation of a withdrawal of the lis pendens | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/06/12 | Corresponded with Plaintiffs' Counsel Re. Withdrawn Notice of Settlement. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/07/12 | Attention to withdrawal of lis pendens issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/13/12 | Receipt, review and analysis of the plaintiff's case management statement | L120 | 0.10 | 238.50 | 23.85 |
| RJG | 08/16/12 | Attention to lis pendens withdrawal and informal resolution issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/16/12 | Draft correspondence to client regarding plaintiff's recordation of the notice of withdrawal of the lis pendens in light of the demurrer being sustained without leave to amend | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327309 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Vasquez, Eusebio & Susana | | | | |

| JHT | 08/17/12 | Reviewed Loan Modification Packet to be Forwarded to Plaintiffs' Counsel. | L190 | 0.10 | 238.50 | 23.85 |
|---|---|---|---|---|---|---|
| JHT | 08/17/12 | Corresponded with Plaintiffs' Counsel Re. Loan Modification Packet. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.00** | | **$509.40** |

## COSTS & EXPENSES

| 08/07/12 | Joe H. Tuffaha; Transportation; Mileage to/from LASC-SW Dist. (Torrance), Dept. E, for hearing on Def. GMAC's Demurrer to PL's SAC, Torrance 7/30/12 | 30.53 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$30.53** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $212.40 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| | **TOTAL** | **2.00** | **$509.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.50 | 238.50 | $119.25 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **2.00** | | **$509.40** |

| PRIOR FEES | $15,313.95 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,196.57 |

| FEES | $509.40 |
|---|---|
| COSTS & EXPENSES | $30.53 |
| **TOTAL THIS INVOICE** | **$539.93** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327310    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1107     Kwok, Ming
                   GMAC Matter No.: 720843

**TOTAL AMOUNT DUE**            **$403.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327310    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1107    Kwok, Ming
GMAC Matter No.: 720843

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 07/09/12 | Corresponded with Client Re. Loan Modification Documents. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 07/12/12 | Corresponded with Plaintiffs' Counsel Re. Stipulation to Set Aside Dismissal. | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 08/23/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| JHT | 08/23/12 | Corresponded with Plaintiffs' Counsel Re. Status of Loan Modification Application. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/23/12 | Corresponded with Client Re. Status of Plaintiffs' Loan Modification Application. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/24/12 | Corresponded with Plaintiff's Counsel Re. Status of Loan Modification Application. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/27/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **1.60** | | **$403.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.60 | $164.70 |
| L190 | Other Case Assessment | 1.00 | $238.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327310 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Kwok, Ming | | | |

| | | | TOTAL | 1.60 | $403.20 | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** | |
| Tuffaha, Joe | JHT | | Associate | 1.00 | 238.50 | $238.50 | |
| Gandy, Robert | RJG | | Special Counsel | 0.60 | 274.50 | $164.70 | |
| | | **Total** | | **1.60** | | **$403.20** | |

| | | |
|---|---|---|
| PRIOR FEES | $9,467.55 | |
| PRIOR COSTS & EXPENSES | $623.61 | |

|  | |
|---|---|
| FEES | $403.20 |
| **TOTAL THIS INVOICE** | **$403.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327311    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1157 | Cirino, Sepideh |
| | | GMAC Matter No.: 730034 |

**TOTAL AMOUNT DUE**          **$956.09**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | |
|---|---|
| Invoice No.    327311    JBS | September 25, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1157    Cirino, Sepideh
GMAC Matter No.: 730034

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to Plaintiff's notice regarding designation of transcripts for the appeal. | L510 | 0.10 | 274.50 | 27.45 |
| MEH | 07/11/12 | Review case file to analyze propriety of filing notice of bankruptcy stay. | L120 | 0.50 | 261.00 | 130.50 |
| MEH | 08/09/12 | Draft email to client (J. Holtgren) enclosing drafts of notice of stay and cover letter with comments. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 08/09/12 | Draft notice of bankruptcy stay. | L510 | 0.60 | 261.00 | 156.60 |
| MEH | 08/09/12 | Draft cover letter to pro se plaintiff accompanying notice of bankruptcy stay. | L510 | 1.00 | 261.00 | 261.00 |
| MEH | 08/21/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.20 | 261.00 | 52.20 |
| RJG | 08/22/12 | Attention to application of bankruptcy stay to pending appeal issues and appeal strategy. | L510 | 0.30 | 274.50 | 82.35 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| RJG | 08/28/12 | Attention to pending appeal issues and appeal strategy. | L510 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **3.60** | | **$947.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 27495 Hidden Trail Road Orange, CA 07/11/12 | 8.39 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327311 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Cirino, Sepideh | | |

| **TOTAL COSTS & EXPENSES** | **$8.39** |
|---|---|

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $130.50 | | | |
| L510 | Appellate Motions & Submission | 3.10 | $817.20 | | | |
| | **TOTAL** | **3.60** | **$947.70** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Holt, M. Elizabeth | MEH | Associate | 3.00 | 261.00 | $783.00 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| | Total | | **3.60** | | **$947.70** |

| PRIOR FEES | $15,891.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $501.45 |

| FEES | $947.70 |
|---|---|
| COSTS & EXPENSES | $8.39 |
| **TOTAL THIS INVOICE** | **$956.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327312    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1163 | Abele, Robert |
| | | GMAC Matter No.: 722707 |

**TOTAL AMOUNT DUE**          **$873.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327312    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1163    Abele, Robert
                        GMAC Matter No.: 722707

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 08/02/12 | Receipt, review and analysis of plaintiff's opposition to co-defendant Prommis' motion to strike | L120 | 0.10 | 238.50 | 23.85 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 08/03/12 | Receipt, review and analysis of co-defendant Prommis Solutions' reply brief in light of opposition received to its motion to strike plaintiff's first amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/03/12 | Receipt, review and analysis of co-defendant Prommis Solutions' reply brief in light of opposition received to demurrer to plaintiff's first amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/06/12 | Receipt, review and analysis of co-defendants' Litton and Ocwen's reply brief in light of opposition received to demurrer | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/06/12 | Reviewed Co-Defendant Litton's Reply ISO Demurrer to FAC. | L210 | 0.10 | 238.50 | 23.85 |
| YS | 08/08/12 | Receipt, review and analysis of the Plaintiff's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/08/12 | Reviewed Plaintiff's CMC Statement. | L210 | 0.20 | 238.50 | 47.70 |
| RJG | 08/09/12 | Attention to demurrer and pending case issues and telephone call co-defendants' counsel to address the same. | L250 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327312 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Abele, Robert | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 08/09/12 | Attention to bankruptcy stay and pending demurrer issues and correspondence with co-defendants' counsel to respond to an inquiry regarding the same. | L250 | 0.30 | 274.50 | | 82.35 |
| YS | 08/09/12 | Receipt, review and analysis of the Court's tentative ruling on the client's demurrer to plaintiff's first amended complaint | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 08/09/12 | Draft correspondence to co-defendant's counsel regarding client's response to the Court's tentative ruling on the demurrer to plaintiff's first amended complaint and how we will respond | L190 | 0.30 | 238.50 | | 71.55 |
| JHT | 08/09/12 | Reviewed Correspondence from Co-Defense Counsel Re. Demurrer Hearing. | L190 | 0.10 | 238.50 | | 23.85 |
| JHT | 08/09/12 | Corresponded with Counsel for All Parties Re. Tentative. | L190 | 0.20 | 238.50 | | 47.70 |
| YS | 08/13/12 | Receipt, review and analysis of co-defendant Prommis Solutions' case management statement in light of pending case management conference | L120 | 0.10 | 238.50 | | 23.85 |
| YS | 08/13/12 | Receipt, review and analysis of co-defendant Ocwen's and Litton Loan's case management statement in light of pending case management conference hearing | L120 | 0.10 | 238.50 | | 23.85 |
| JHT | 08/20/12 | Drafted Case Management Statement. | L230 | 0.50 | 238.50 | | 119.25 |
| YS | 08/27/12 | Receipt, review and analysis of plaintiff's notice of posting jury fees | L120 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **3.20** | | | **$795.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/10/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

**Task Code and Description**            **Hours**      **Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327312 | CLIENT | GMAC ResCap | | Page | 3 |
|---|---|---|---|---|---|
| | MATTER | Abele, Robert | | | |

| Code | Description | Hours | Value | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $269.55 | | | |
| L190 | Other Case Assessment | 0.60 | $143.10 | | | |
| L210 | Pleadings | 0.30 | $71.55 | | | |
| L230 | Court Mandated Conferences | 0.50 | $119.25 | | | |
| L250 | Other Written Motions | 0.70 | $192.15 | | | |
| | **TOTAL** | **3.20** | **$795.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 1.10 | 238.50 | $262.35 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| Shaham, Yaron | YS | Special Counsel | 1.20 | 238.50 | $286.20 |
| | **Total** | | **3.20** | | **$795.60** |

| | | |
|---|---|---|
| PRIOR FEES | $11,446.65 | |
| PRIOR COSTS & EXPENSES | $1,139.54 | |

| | | |
|---|---|---|
| FEES | $795.60 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$873.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327313    JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1171    Zamora, Elsa
GMAC Matter No.: 723112

**TOTAL AMOUNT DUE**          **$600.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327313   JBS                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1171   Zamora, Elsa
                      GMAC Matter No.: 723112

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 08/01/12 | Review of docket regarding execution of dismissal order and email with Plaintiff re same | L140 | 0.30 | 279.00 | 83.70 |
| RJG | 08/22/12 | Attention to Plaintiff's notice of appeal and appeal strategy. | L510 | 0.20 | 274.50 | 54.90 |
| MJE | 08/22/12 | Receipt and review of Notice of Appeal and draft of email to J. Chilton re same. | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 08/24/12 | Draft of email to J. Holtgren re appeal notice filed by Plaintiff | L140 | 0.20 | 279.00 | 55.80 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| MJE | 08/27/12 | Exchange of emails with E. Holt re case history | L140 | 0.20 | 279.00 | 55.80 |
| MEH | 08/28/12 | Strategize re: upcoming show-cause hearing in trial court and analyze impact on appellate proceedings. | L120 | 0.30 | 261.00 | 78.30 |
| MJE | 08/28/12 | Review of docket re minute order and exchange of emails with E. Holt re same. | L140 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **2.20** | | **$600.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120   Analysis/Strategy | 0.30 | $78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327313 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Zamora, Elsa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L140 | Document/File Management | | 1.30 | $362.70 | | |
| L510 | Appellate Motions & Submission | | 0.60 | $159.30 | | |
| | **TOTAL** | | **2.20** | **$600.30** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Holt, M. Elizabeth | | MEH | Associate | 0.70 | 261.00 | $182.70 |
| Esposito, Matthew | | MJE | Associate | 1.30 | 279.00 | $362.70 |
| Gandy, Robert | | RJG | Special Counsel | 0.20 | 274.50 | $54.90 |
| | | **Total** | | **2.20** | | **$600.30** |

PRIOR FEES                        $20,276.55
PRIOR COSTS & EXPENSES            $2,755.24


|  | FEES | $600.30 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$600.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327314    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1177      Crosby, Birdie Mae
                     GMAC Matter No.: 723478

**TOTAL AMOUNT DUE**          **$504.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327314    JBS                                            September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1177    Crosby, Birdie Mae
GMAC Matter No.: 723478

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/09/12 | Attention to judgment and final case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/09/12 | Exchange correspondence with client re status of obtaining judgment from court. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Analyze correspondence with court re status of obtaining dismissal of action. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/01/12 | Analyze order of dismissal and prepare notice of entry of order. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/02/12 | Attention to judgment and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/02/12 | Analyze correspondence from client to close file; revise notice of entry of order on dismissal. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.30** | | **$366.30** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 08/15/12 | First Legal Network, LLC; Court Services; LA County Court- Pomona Unlimited 6/27/12 | 88.25 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Enrty, 08/06/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$138.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327314 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Crosby, Birdie Mae | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $164.70 | | | |
| L190 | Other Case Assessment | 0.70 | $201.60 | | | |
| | TOTAL | 1.30 | $366.30 | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| | Total | | 1.30 | | $366.30 |

PRIOR FEES                     $5,365.35
PRIOR COSTS & EXPENSES          $193.72

| | | |
|---|---|---|
| FEES | $366.30 |
| COSTS & EXPENSES | $138.20 |
| TOTAL THIS INVOICE | $504.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327315      JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1183 | Kimbrough, William IV |
| | | GMAC Matter No.: 723491 |

**TOTAL AMOUNT DUE**          $1,797.75

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327315     JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1183     Kimbrough, William IV
                          GMAC Matter No.: 723491

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/10/12 | Analysis and evaluation of amended complaint and pending case issues and attention to litigation strategy. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Strategy re checking for filing of amended complaint and drafting demurrer to same. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/15/12 | Analysis and evaluation of second amended complaint and pending case issues and attention to litigation strategy. | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Analysis and evaluation of Plaintiffs' proposed settlement terms, second amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| BAE | 08/16/12 | Review settlement offer by Plaintiff and provide analysis to R. Gandy for communication with client. | L160 | 0.80 | 247.50 | 198.00 |
| RJG | 08/20/12 | Analysis and evaluation of Plaintiffs' second amended complaint and attention to responsive pleading strategy. | L210 | 0.50 | 274.50 | 137.25 |
| RJG | 08/22/12 | Attention to proposed settlement terms and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/22/12 | Attention to Plaintiff's second amended complaint and pending case issues and | L210 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327315 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Kimbrough, William IV | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | correspondence with our client to advise regarding the same. | | | | |
| DL | 08/27/12 | Exchange correspondence with plaintiff's counsel re possible loan modification and rescission of sale. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/28/12 | Analysis and evaluation of demurrer to second amended complaint and informal resolution issues and correspondence with our client to advise regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 08/28/12 | Analyze second amended complaint and compare to allegations in prior complaint; research re allegations that GMAC was not assigned loan until after sale of property; prepare correspondence to client re demurring to second amended complaint and possible settlement. | L190 | 0.80 | 288.00 | 230.40 |
| RJG | 08/31/12 | Analysis and evaluation of demurrer to second amended complaint and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| DL | 08/31/12 | Draft demurrer to second amended complaint and prepare correspondence to client re same. | L430 | 1.30 | 288.00 | 374.40 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **6.50** | | **$1,797.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $301.95 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $337.95 |
| L190 | Other Case Assessment | 1.10 | $316.80 |
| L210 | Pleadings | 1.10 | $301.95 |
| L250 | Other Written Motions | 0.60 | $164.70 |
| L430 | Written Motions/Submissions | 1.30 | $374.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. 327315 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Kimbrough, William IV | | | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | **6.50** | **$1,797.75** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.80 | 247.50 | $198.00 |
| Liu, David | DL | Associate | 2.60 | 288.00 | $748.80 |
| Gandy, Robert | RJG | Special Counsel | 3.10 | 274.50 | $850.95 |
| | **Total** | | **6.50** | | **$1,797.75** |

| | |
|---|---|
| PRIOR FEES | $15,451.65 |
| PRIOR COSTS & EXPENSES | $1,664.65 |

| | |
|---|---|
| FEES | $1,797.75 |
| **TOTAL THIS INVOICE** | **$1,797.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327316    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1190 | Alvarez, Silvia M. |
| | | GMAC Matter No.: 724073 |

**TOTAL AMOUNT DUE**          **$270.55**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327316 | JBS | September 25, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1190    Alvarez, Silvia M.
GMAC Matter No.: 724073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| RJG | 08/10/12 | Attention to final judgment issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Analyze court docket re status of signing of judgment; prepare correspondence to client re status. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare correspondence to client re status of execution of judgment. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.70** | | **$197.55** |

## COSTS & EXPENSES

| 08/13/12 | DDS Legal Support Systems; Court Services; RSC, Riverside Ca. 6/18/12 | 73.00 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$73.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.40 | $115.20 |
| | **TOTAL** | **0.70** | **$197.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.40 | 288.00 | $115.20 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| | **Total** | | **0.70** | | **$197.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  327316 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Alvarez, Silvia M. | | |

PRIOR FEES                          $9,454.05
PRIOR COSTS & EXPENSES              $1,932.11


                              FEES              $197.55
                 COSTS & EXPENSES               $73.00
                 **TOTAL THIS INVOICE**     **$270.55**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327317     JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1191     Salcido, Francisco
                    GMAC Matter No.: 724151

**TOTAL AMOUNT DUE**          $413.55

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327317    JBS                                            September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1191    Salcido, Francisco
                        GMAC Matter No.: 724151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 07/24/12 | Analyze court docket re result of latest status conference and OSC re failure to file proof of service. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/10/12 | Attention to final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Strategy re checking for filing of appeal and notifying client re same. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/15/12 | Analysis and evaluation of dismissal and final case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/27/12 | Attention to final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Analyze court docket re appeal from dismissal of action; exchange correspondence with client to close file. | L190 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.30** | | **$363.60** |

### COSTS & EXPENSES

|  |  |  |
|---|---|---|
| 07/06/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Entry 06/19/12 | 49.95 |

**TOTAL COSTS & EXPENSES**                        **$49.95**

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    327317 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Salcido, Francisco | | | |

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $219.60 | | |
| L190 | Other Case Assessment | 0.50 | $144.00 | | |
| | TOTAL | 1.30 | $363.60 | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | Total | | 1.30 | | $363.60 |

| PRIOR FEES | $6,969.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,076.79 |

| | FEES | $363.60 |
|---|---|---|
| | COSTS & EXPENSES | $49.95 |
| | TOTAL THIS INVOICE | $413.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327318      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1197       Vargas, Raymond
                       GMAC Matter No.: 724684

**TOTAL AMOUNT DUE**            **$311.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327318    JBS                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1197    Vargas, Raymond
                         GMAC Matter No.: 724684

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/21/12 | Attention to case dismissal and final case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| JHT | 08/21/12 | Reviewed Docket Re. Order on MERS' Demurrer to FAC. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/21/12 | Corresponded with Client Re. Case Status. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/23/12 | Reviewed Court's Minute Order Re. Ruling on Demurrer to First Amended Complaint. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/23/12 | Corresponded with Client Re. Order of Dismissal. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/27/12 | Attention to case investigation and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/28/12 | Receipt, review and analysis of plaintiff's declaration of status of the case | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.20** | | **$311.40** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.80 | $216.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327318 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Vargas, Raymond | | | | |

| L190 | Other Case Assessment | | 0.40 | $95.40 | | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | **1.20** | **$311.40** | | | |

| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | | Associate | 0.40 | 238.50 | $95.40 |
| Gandy, Robert | RJG | | Special Counsel | 0.70 | 274.50 | $192.15 |
| Shaham, Yaron | YS | | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | | **1.20** | | **$311.40** |

PRIOR FEES                        $5,737.95
PRIOR COSTS & EXPENSES            $1,344.74

| | FEES | $311.40 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$311.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327319    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1213     Woods-White, Elizabeth
                    GMAC Matter No.: 725602
                    Loan No.: 359479670

**TOTAL AMOUNT DUE**              $2,448.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 327319 | JBS | | September 25, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1213    Woods-White, Elizabeth
GMAC Matter No.: 725602
Loan No.: 359479670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| RJG | 08/02/12 | Attention to application of the final bankruptcy order to pending case issues and claims and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/02/12 | Analysis and evaluation of application of the GMAC final bankruptcy order to complaint allegations and causes of action and multiple correspondence with our client to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 08/02/12 | Draft correspondence to client regarding status of the case, whether the stay still applies based on the Bankruptcy Court's final order on the automatic stay, and recommendation of how to proceed | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/02/12 | Conference with Yaron Shaham Regarding Effect of Bankruptcy Final Order on Case. | L190 | 0.40 | 238.50 | 95.40 |
| RJG | 08/03/12 | Attention to case analysis and litigation strategy in light of the final GMAC bankruptcy order and multiple correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| YS | 08/06/12 | Draft client's amended notice of bankruptcy and suggestion of the automatic stay | L210 | 0.50 | 238.50 | 119.25 |
| YS | 08/06/12 | Draft correspondence to plaintiff's counsel regarding status of client's bankruptcy | L190 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327319 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Woods-White, Elizabeth | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RJG | 08/07/12 | Analysis and evaluation of complaint allegations and claims and GMAC bankruptcy final order and multiple correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| JHT | 08/07/12 | Reviewed Amended Notice of B/K Stay and Letter to Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/15/12 | Attention to bankruptcy stay final order and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 08/15/12 | Draft correspondence to client regarding status of the case in light of client's bankruptcy filing and pending hearing dates | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 08/16/12 | Attention to informal resolution terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Attention to informal resolution terms and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 08/16/12 | Draft correspondence to client regarding status of trial modification offer to plaintiff | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/16/12 | Draft correspondence to plaintiff's counsel regarding the trial loan modification offer | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/20/12 | Draft client's notice of demurrer, demurrer, and memorandum of points and authorities in support of demurrer to plaintiff's complaint | L210 | 2.90 | 238.50 | 691.65 |
| YS | 08/20/12 | Draft proposed order on client's demurrer to plaintiff's complaint | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/20/12 | Draft client's request for judicial notice in support of demurrer to plaintiff's complaint | L210 | 0.40 | 238.50 | 95.40 |
| RJG | 08/27/12 | Analysis and evaluation of informal resolution terms and issues and multiple correspondence with our client to respond to inquiries regarding the same. | L160 | 0.40 | 274.50 | 109.80 |
| RJG | 08/27/12 | Attention to informal resolution terms | L160 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327319 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|
| | MATTER | Woods-White, Elizabeth | | |

and issues and correspondence with
Plaintiff's counsel to address the same.

| | | | |
|---|---|---|---|
| **TOTAL** | | 9.50 | **$2,388.15** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK, 08/09/12 | 59.95 |
| | **TOTAL COSTS & EXPENSES** | **$59.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.10 | $576.45 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $356.85 |
| L190 | Other Case Assessment | 2.10 | $500.85 |
| L210 | Pleadings | 4.00 | $954.00 |
| | **TOTAL** | **9.50** | **$2,388.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.60 | 238.50 | $143.10 |
| Gandy, Robert | RJG | Special Counsel | 3.40 | 274.50 | $933.30 |
| Shaham, Yaron | YS | Special Counsel | 5.50 | 238.50 | $1,311.75 |
| | **Total** | | **9.50** | | **$2,388.15** |

| | |
|---|---|
| PRIOR FEES | $7,635.15 |
| PRIOR COSTS & EXPENSES | $676.19 |

| | |
|---|---|
| FEES | $2,388.15 |
| COSTS & EXPENSES | $59.95 |
| **TOTAL THIS INVOICE** | **$2,448.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327320    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1215 | Cruz, Pilar and David  (Hernandez) |
|  |  | GMAC Matter No.: 725713 |

**TOTAL AMOUNT DUE**          $643.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 327320 | JBS | September 25, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1215    Cruz, Pilar and David  (Hernandez)
GMAC Matter No.: 725713

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| DL | 08/01/12 | Prepare correspondence to plaintiff's counsel re status of signing withdrawal of lis pendens. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/02/12 | Exchange correspondence with plaintiff re withdrawal of lis pendens and review executed withdrawal. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/07/12 | Attention to withdrawal of lis pendens issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/07/12 | Exchange correspondence with client re status of recording withdrawal of lis pendens. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/09/12 | Attention to withdrawal of lis pendens and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/09/12 | Analyze recorded withdrawal of lis pendens and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/10/12 | Attention to final case issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| SMH | 08/29/12 | Attention to new complaint which fails to name GMAC. | L210 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | **2.00** | | **$570.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 327320 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Cruz, Pilar & David | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; San Bernardino County Court, CA 07/10/12 | 73.35 |
| | **TOTAL COSTS & EXPENSES** | **$73.35** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.10 | $301.95 |
| L190 | Other Case Assessment | 0.70 | $201.60 |
| L210 | Pleadings | 0.20 | $66.60 |
| | **TOTAL** | **2.00** | **$570.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Gandy, Robert | RJG | Special Counsel | 1.10 | 274.50 | $301.95 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **2.00** | | **$570.15** |

| | |
|---|---|
| PRIOR FEES | $6,536.25 |
| PRIOR COSTS & EXPENSES | $764.78 |

| | |
|---|---|
| FEES | $570.15 |
| COSTS & EXPENSES | $73.35 |
| **TOTAL THIS INVOICE** | **$643.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327321    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1225 | Daly, Nellie C. |
| | | GMAC Matter No.: 726060 |

**TOTAL AMOUNT DUE**              **$551.40**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327321    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1225    Daly, Nellie C.
                         GMAC Matter No.: 726060

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| BAE | 08/02/12 | Emails with opposing counsel regarding missing information in Plaintiff's loan modification application. | L160 | 0.30 | 247.50 | 74.25 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/08/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Attention to informal resolution terms and issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/16/12 | Attention to informal resolution terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.30 | 274.50 | 82.35 |
| BAE | 08/16/12 | Email to Plaintiff's attorney regarding missing answers in loan modification application. | L160 | 0.20 | 247.50 | 49.50 |
| YS | 08/22/12 | Receipt, review and analysis of plaintiff's dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/22/12 | Reviewed Plaintiff's Request for Dismissal of Entire Action. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.80** | | **$473.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service;  08/27/12 | 78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327321 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Daly, Nellie C. | | | |

| **TOTAL COSTS & EXPENSES** | | | **$78.00** |
|---|---|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $78.75 |
| L160 | Settlement/Non-Binding ADR | 1.40 | $370.80 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| | **TOTAL** | **1.80** | **$473.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.50 | 247.50 | $123.75 |
| Tuffaha, Joe | JHT | Associate | 0.10 | 238.50 | $23.85 |
| Gandy, Robert | RJG | Special Counsel | 1.10 | 274.50 | $301.95 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **1.80** | | **$473.40** |

| PRIOR FEES | $15,622.65 |
|---|---|
| PRIOR COSTS & EXPENSES | $70.45 |

| FEES | $473.40 |
|---|---|
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$551.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327322    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1227     Chuang, Alexander
                   GMAC Matter No.: 726096

**TOTAL AMOUNT DUE**          **$820.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327322 | JBS | September 25, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1227    Chuang, Alexander
GMAC Matter No.: 726096

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| RJG | 07/10/12 | Analysis and evaluation of bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| GEE | 08/02/12 | Update status report. | L190 | 0.10 | 261.00 | 26.10 |
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| AAH | 08/09/12 | Attention to status of bankruptcy proceedings. | L110 | 0.30 | 310.50 | 93.15 |
| GEE | 08/09/12 | Attention to amended bankruptcy notice requested by client. | L250 | 0.10 | 261.00 | 26.10 |
| GEE | 08/09/12 | Prepare amended notice of bankruptcy. | L250 | 0.30 | 261.00 | 78.30 |
| GEE | 08/09/12 | Review supplemental final order from bankruptcy court. | L250 | 0.30 | 261.00 | 78.30 |
| RJG | 08/09/12 | Analysis and evaluation of bankruptcy stay and pending complaint allegations and claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/14/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| GEE | 08/31/12 | Forward conformed amended notice of bankruptcy to client. | L190 | 0.10 | 261.00 | 26.10 |
| GEE | 08/31/12 | Update monthly case status report. | L190 | 0.10 | 261.00 | 26.10 |
| RJG | 08/31/12 | Attention to bankruptcy stay and pending case issues and correspondence | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    327322 | CLIENT    GMAC ResCap | | Page | 2 |
| | MATTER    Chuang, Alexander | | | |

with our client to respond to an inquiry
regarding the same.

**TOTAL**                                         **3.00**                    **$820.80**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $93.15 |
| L120 | Analysis/Strategy | 1.70 | $466.65 |
| L190 | Other Case Assessment | 0.30 | $78.30 |
| L250 | Other Written Motions | 0.70 | $182.70 |
| | **TOTAL** | **3.00** | **$820.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Hutchinson, Adam | AAH | Member | 0.30 | 310.50 | $93.15 |
| Eisner, Gregory E | GEE | Special Counsel | 1.00 | 261.00 | $261.00 |
| Gandy, Robert | RJG | Special Counsel | 1.70 | 274.50 | $466.65 |
| | **Total** | | **3.00** | | **$820.80** |

| | |
|---|---|
| PRIOR FEES | $5,481.90 |
| PRIOR COSTS & EXPENSES | $88.14 |

| | |
|---|---|
| FEES | $820.80 |
| **TOTAL THIS INVOICE** | **$820.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327323    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1231    Reise, Willie R.
                  GMAC Matter No.: 726395

**TOTAL AMOUNT DUE**          **$401.87**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327323    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1231    Reise, Willie R.
                         GMAC Matter No.: 726395

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/01/12 | Attention to Plaintiff's proposed settlement counteroffer terms and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| YS | 08/01/12 | Draft correspondence to plaintiff's counsel regarding client's response to his settlement offer | L160 | 0.20 | 238.50 | 47.70 |
| JHT | 08/01/12 | Review and Analysis of Correspondence with Client Regarding Terms and Conditions of Settlement Offer. | L190 | 0.20 | 238.50 | 47.70 |
| RJG | 08/09/12 | Attention to demurrer, case management conference and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/09/12 | Receipt, review and analysis of the plaintiff's dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/09/12 | Draft correspondence to client regarding plaintiff's dismissal of the case | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/09/12 | Reviewed Plaintiff's Request for Dismissal of Entire Action. | L210 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **1.50** | | **$379.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/07/12 | Yaron Shaham; Transportation; Mileage to/from OCSC-Central, Dept. 06, for Case Management Conference, Santa Ana CA. | 12.77 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  327323 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Reise, Willie R. | | |

7/31/12

| | | |
|---|---|---|
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Central, Santa Ana 7/16/12 | 9.75 |
| | **TOTAL COSTS & EXPENSES** | **$22.52** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $106.20 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $130.05 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.10 | $23.85 |
| | **TOTAL** | **1.50** | **$379.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.30 | 238.50 | $71.55 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **1.50** | | **$379.35** |

| | |
|---|---|
| PRIOR FEES | $9,727.65 |
| PRIOR COSTS & EXPENSES | $1,109.95 |

| | |
|---|---|
| FEES | $379.35 |
| COSTS & EXPENSES | $22.52 |
| **TOTAL THIS INVOICE** | **$401.87** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327324    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1234 | Bradshaw, Tammay |
| | | GMAC Matter No.: 726485 |

**TOTAL AMOUNT DUE**            **$312.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327324    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1234    Bradshaw, Tammay
GMAC Matter No.: 726485

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/02/12 | Attention to judgment, pending case and litigation strategy issues. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 07/19/12 | Attention to judgment and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 07/19/12 | Prepare email to client C. Bonello re judgment and deadline to appeal. | L510 | 0.10 | 270.00 | 27.00 |
| KWF | 08/01/12 | Evaluate file status and court docket noting upcoming appeal deadline. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 08/20/12 | Attention to court's order sustaining demurrer without leave to amend. | L240 | 0.20 | 333.00 | 66.60 |
| RJG | 08/28/12 | Analysis and evaluation of final case issues and attention to final case strategy. | L120 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | **1.10** | | **$312.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $219.15 |
| L240 | Dispositive Motions | 0.20 | $66.60 |
| L510 | Appellate Motions & Submission | 0.10 | $27.00 |
| | **TOTAL** | **1.10** | **$312.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.20 | 270.00 | $54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327324 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | MATTER | Bradshaw, Tammay | | | | | |

| | | | | | | |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **1.10** | | **$312.75** |

PRIOR FEES $5,110.20

PRIOR COSTS & EXPENSES $1,548.61

| | | |
|---|---|---|
| FEES | $312.75 |
| **TOTAL THIS INVOICE** | **$312.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327325    JBS                                         September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1245 | Boucher (Victorino) |
| | | GMAC Matter No.: 726876 |

**TOTAL AMOUNT DUE**          **$876.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327325    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1245    Boucher (Victorino)
                        GMAC Matter No.: 726876

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 07/27/12 | Analysis and evaluation of title and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 07/30/12 | Prepare case update on chart for client. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/02/12 | Prepare correspondence to client re status of filing complaint. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/03/12 | Attention to complaint and pending case issues and correspondence with our client to advise regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| RJG | 08/14/12 | Attention to complaint and service issues and correspondence with our client to advise regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Work on revising complaint to cancel fraudulent deeds and prepare summons and civil cover sheet; prepare correspondence to client re same. | L210 | 1.10 | 288.00 | 316.80 |
| RJG | 08/16/12 | Attention to complaint and service of process issues and correspondence with our client to advise regarding the same. | L210 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Confirm filing of complaint and strategy re service of summons and complaint on defendants. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/29/12 | Strategy re serving defendants with summons and complaint. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.10** | | **$876.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 327325 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Boucher (Victorino) | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L210 | Pleadings | 2.00 | $563.85 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **3.10** | **$876.60** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | | Associate | 1.90 | 288.00 | $547.20 |
| Gandy, Robert | RJG | | Special Counsel | 1.20 | 274.50 | $329.40 |
| | | **Total** | | **3.10** | | **$876.60** |

| | |
|---|---|
| PRIOR FEES | $5,132.70 |
| PRIOR COSTS & EXPENSES | $78.79 |

| | |
|---|---|
| FEES | $876.60 |
| **TOTAL THIS INVOICE** | **$876.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327326     JBS                                  September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1251     Kerns, Bryan and Denine
                    GMAC Matter No.: 727170

**TOTAL AMOUNT DUE**                 **$646.73**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**& Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327326    JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1251    Kerns, Bryan and Denine
GMAC Matter No.: 727170

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 07/18/12 | Telephone call with Plaintiffs' counsel regarding demurrer to second amended complaint, amended complaint and pending case issues. | L120 | 0.40 | 274.50 | 109.80 |
| YS | 07/26/12 | Receipt, review and analysis of co-defendant Franklin Realty's demurrer to plaintiff's complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/03/12 | Analysis and evaluation of amended complaint and pending case issues and correspondence with co-defendants' counsel to address the same. | L120 | 0.40 | 274.50 | 109.80 |
| JHT | 08/06/12 | Reviewed Stipulation from Plaintiffs' Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/07/12 | Reviewed Revised Stipulation Re. Plaintiff Amending Complaint. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/08/12 | Receipt, review and analysis of co-defendant Franklin Realty's notice of continued hearing on its demurrer to the complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/08/12 | Signed Stipulation Re. Leave to File Amended Complaint. | L210 | 0.10 | 238.50 | 23.85 |
| JHT | 08/08/12 | Reviewed Co-Defendant's Notice of Continuance of Demurrer Hearing. | L210 | 0.10 | 238.50 | 23.85 |
| YS | 08/23/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding stipulation to continue deadline for plaintiff to file a third amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/23/12 | Corresponded with Plaintiff's Counsel | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327326 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Kerns, Bryan & Denine | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Re. Amended Complaint and His Request for Continuance. | | | | |
| YS | 08/27/12 | Receipt, review and analysis of co-defendant's request for prior pleadings in the case | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/27/12 | Draft correspondence to plaintiff's counsel regarding pending deadline for plaintiff to accept and make payment on trial modification plan | L190 | 0.30 | 238.50 | 71.55 |
| YS | 08/27/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding deadline for him to file a third amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **2.50** | | **$625.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/12/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Continued Hearing re Demurrer to Pl's SAC 06/26/12 | 11.93 |
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; OCSC- Central 6/25/12 | 9.75 |
| | **TOTAL COSTS & EXPENSES** | **$21.68** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $338.85 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| L210 | Pleadings | 0.40 | $95.40 |
| | **TOTAL** | **2.50** | **$625.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.80 | 238.50 | $190.80 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | **Total** | | **2.50** | | **$625.05** |

| | |
|---|---|
| PRIOR FEES | $4,501.35 |
| PRIOR COSTS & EXPENSES | $78.77 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327326 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Kerns, Bryan & Denine | | |

| | |
|---|---|
| FEES | $625.05 |
| COSTS & EXPENSES | $21.68 |
| **TOTAL THIS INVOICE** | **$646.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327327     JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1253 | De Vico, Robert |
| | | GMAC Matter No.: 727337 |

**TOTAL AMOUNT DUE**          $249.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327327    JBS                                              September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1253    De Vico, Robert
GMAC Matter No.: 727337

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/23/12 | Receipt, review and analysis of plaintiff's settlement offer | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/23/12 | Draft correspondence to client regarding plaintiff's proposed settlement offer and recommended counter offer | L160 | 0.30 | 238.50 | 71.55 |
| RJG | 08/27/12 | Attention to informal resolution and pending foreclosure issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| YS | 08/27/12 | Draft correspondence to plaintiff's counsel regarding client's counter offer in an attempt to settle this case via a loan modification | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.00** | | **$249.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $106.20 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $143.10 |
| | **TOTAL** | **1.00** | **$249.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | Special Counsel | 0.70 | 238.50 | $166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327327 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | De Vico, Robert | | | |

| | Total | 1.00 | $249.30 |
|---|---|---|---|

PRIOR FEES                        $6,299.55
PRIOR COSTS & EXPENSES           $121.97

| FEES | $249.30 |
|---|---|
| **TOTAL THIS INVOICE** | **$249.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327328    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1258  | Fleming, Ana (SCE) |
|        |       | Email Invoice to Kari Krull |

**TOTAL AMOUNT DUE**        **$612.05**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327328      JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1258        Fleming, Ana (SCE)
                               Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| KWF | 08/01/12 | Evaluate court docket and file status re" L120 upcoming hearings and deadlines. | 0.20 | 270.00 | 54.00 |
| KWF | 08/01/12 | Prepare email to client re: disclaimer of L120 interest. | 0.10 | 270.00 | 27.00 |
| RJG | 08/02/12 | Attention to notice of disclaimer of easement interest and pending case issues and correspondence with our client to address the same. L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/13/12 | Attention to case dismissal and final case issues and correspondence with Plaintiff's counsel to address the same. L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/13/12 | Receive and analyze dismissal. Prepare email to Plaintiff's counsel re: erroneous case number. L120 | 0.30 | 270.00 | 81.00 |
| RJG | 08/20/12 | Attention to case dismissal and final case issues and correspondence with our client to advise regarding the same. L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/20/12 | Prepare email to client, K. Krull, advising of dismissal and file closing. L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | **1.60** | | **$436.05** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  07/24/12 | 98.00 |
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 09/25/12 | 78.00 |

**TOTAL COSTS & EXPENSES**          **$176.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327328 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Fleming, Ana (SCE) | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $409.05 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| | **TOTAL** | **1.60** | **$436.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.70 | 270.00 | $189.00 |
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **1.60** | | **$436.05** |

| | | |
|---|---|---|
| PRIOR FEES | $3,293.10 | |
| PRIOR COSTS & EXPENSES | $49.95 | |

| | |
|---|---|
| FEES | $436.05 |
| COSTS & EXPENSES | $176.00 |
| **TOTAL THIS INVOICE** | **$612.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327329    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1263      Fernandez, Ricardo and Resurreccion
                     GMAC Matter No.: 728258

**TOTAL AMOUNT DUE**                    **$918.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327329    JBS                                   September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1263    Fernandez, Ricardo and Resurreccion
GMAC Matter No.: 728258

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze signed judgment of dismissal with prejudice and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| BAE | 08/01/12 | Draft notice of entry of judgment. | L460 | 0.40 | 247.50 | 99.00 |
| RJG | 08/02/12 | Attention to judgment and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/02/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/02/12 | Analyze correspondence from plaintif with loan modification documents; prepare correspondence to client re same. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/14/12 | Attention to notice of entry of judgment and final case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Strategy re deadline to file appeal; and prepare correspondence to client re same. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/16/12 | Attention to informal resolution issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| RJG | 08/20/12 | Attention to informal resolution terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Exchange correspondence with client and plaintiff re loan modification | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327329 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Fernandez, Ricardo & Resurrecc | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | documents needed for application. | | | | |
| RJG | 08/31/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Exchange correspondence with plaintiff's counsel and client re further documents needed for loan modification application. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.30** | | **$909.90** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi CA 08/02/12 | | 6.00 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Riverside Court Web Imagi CA 08/02/12 | | 3.00 |
| | **TOTAL COSTS & EXPENSES** | **$9.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L160 | Settlement/Non-Binding ADR | 1.80 | $502.20 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L460 | Post-Trial Motions & Submissio | 0.40 | $99.00 |
| | **TOTAL** | **3.30** | **$909.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | 0.40 | 247.50 | $99.00 |
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |
| Gandy, Robert | RJG | Special Counsel | 1.80 | 274.50 | $494.10 |
| | **Total** | | **3.30** | | **$909.90** |

| | |
|---|---|
| PRIOR FEES | $7,257.15 |
| PRIOR COSTS & EXPENSES | $1,329.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327329    CLIENT   GMAC ResCap                          Page      3
                        MATTER   Fernandez, Ricardo & Resurrecc

|                          |          |
|--------------------------|----------|
| FEES                     | $909.90  |
| COSTS & EXPENSES         | $9.00    |
| **TOTAL THIS INVOICE**   | **$918.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327330    JBS                                   September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1271     Anyanwu, Charity
                         GMAC Matter No.: 728855

**TOTAL AMOUNT DUE**              $2,265.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327330    JBS                                     September 25, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1271    Anyanwu, Charity
GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/08/12 | Prepare case management conference statement re GMAC's bankruptcy, prior filed action alleging same claims and parties and insurance issues. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 08/14/12 | Analysis and evaluation of case management conference and REO policy issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Analyze Tenant Access' answer to complaint, status conference statement and notice of related case; prepare correspondence to client re same. | L190 | 0.50 | 288.00 | 144.00 |
| RJG | 08/15/12 | Analysis and evaluation of case management conference and pending case issues and attention to litigation strategy. | L230 | 0.20 | 274.50 | 54.90 |
| RJG | 08/16/12 | Analysis and evaluation of REO policy, potential policy claim and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.50 | 274.50 | 137.25 |
| RJG | 08/23/12 | Analysis and evaluation of case investigation and pending case issues and attention to case management conference strategy. | L230 | 0.30 | 274.50 | 82.35 |
| JHT | 08/23/12 | Reviewed File and Prepared for Case Management Conference. (Covering Hearing for David Liu.) | L230 | 0.70 | 238.50 | 166.95 |
| RJG | 08/24/12 | Analysis and evaluation of case management conference, bankruptcy stay and pending case issues and | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327330 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Anyanwu, Charity | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|
| | | attention to litigation strategy. | | | | |
| JHT | 08/24/12 | Appeared at Case Management Conference. | L230 | 3.90 | 238.50 | 930.15 |
| RJG | 08/27/12 | Attention to case management conference, bankruptcy stay and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Analyze correspondence from client with insurance policy and review policy; and provide case status. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 08/28/12 | Analyze correspondence from insurance company with REO insurance policy and review policy. | L190 | 0.40 | 288.00 | 115.20 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **8.30** | | **$2,137.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/14/12 | CourtCall, LLC; CourtCall - Conference Service; 08/24/12 | 78.00 |
| 08/21/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 08/10/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 |
| L190 | Other Case Assessment | 1.40 | $403.20 |
| L230 | Court Mandated Conferences | 5.10 | $1,234.35 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **8.30** | **$2,137.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| Tuffaha, Joe | JHT | Associate | 4.60 | 238.50 | $1,097.10 |
| Gandy, Robert | RJG | Special Counsel | 1.90 | 274.50 | $521.55 |
| | **Total** | | **8.30** | | **$2,137.05** |

PRIOR FEES                    $2,888.10

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 327330 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Anyanwu, Charity | | |

PRIOR COSTS & EXPENSES                    $49.95

|  |  |
|---|---|
| FEES | $2,137.05 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$2,265.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327331      JBS                                     September 25, 2012


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      1282       Kingston, Terrance R. and Sybil
                       GMAC Matter No.: 728777


**TOTAL AMOUNT DUE**                    **$829.59**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327331    JBS                                          September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1282    Kingston, Terrance R. and Sybil
                        GMAC Matter No.: 728777

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| YS | 08/23/12 | Receipt, review and analysis of the Court's notice of case management conference hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/23/12 | Review and analysis of plaintiff's first amended complaint and determine how to respond | L120 | 0.50 | 238.50 | 119.25 |
| JHT | 08/23/12 | Reviewed/Analyzed FAC and Evaluated Sufficiency of Allegations and Whether or Not to Prepare a Demurrer. | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 08/23/12 | Reviewed Notice of Case Management Conference. | L190 | 0.10 | 238.50 | 23.85 |
| RJG | 08/28/12 | Analysis and evaluation of Plaintiff's first amended complaint and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L210 | 0.50 | 274.50 | 137.25 |
| JHT | 08/28/12 | Drafted Correspondence to Client Regarding Strategy Going Forward In Light of Plaintiff's Filing of First Amended Complaint. | L190 | 0.30 | 238.50 | 71.55 |
| RJG | 08/31/12 | Attention to responsive pleading and litigation strategy and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | **2.40** | | **$608.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327331 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Kingston, Terrance R. & Sybil | | |

## COSTS & EXPENSES

| | | |
|---|---|---:|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/31/12 | 78.00 |
| 08/07/12 | Joe H. Tuffaha; Transportation;  Mileage to/from Ventura Co. Sup Ct., Dept. 43, for hearing on Def. GMAC's Demurrer to PL's Complaint, Ventura 7/31/12 | 93.24 |
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Non-Opposition 07/27/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$221.19** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 1.10 | $280.35 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L210 | Pleadings | 0.90 | $232.65 |
| | **TOTAL** | **2.40** | **$608.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Tuffaha, Joe | JHT | Associate | 0.80 | 238.50 | $190.80 |
| Gandy, Robert | RJG | Special Counsel | 1.00 | 274.50 | $274.50 |
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **2.40** | | **$608.40** |

| | | |
|---|---|---|
| PRIOR FEES | $7,021.35 | |
| PRIOR COSTS & EXPENSES | $588.64 | |

| | | |
|---|---:|
| FEES | $608.40 |
| COSTS & EXPENSES | $221.19 |
| **TOTAL THIS INVOICE** | **$829.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327332      JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1286       Brooks, Eric E. and Jack T.
                       GMAC Matter No.: 729183

**TOTAL AMOUNT DUE**          **$1,145.85**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327332      JBS

September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1286      Brooks, Eric E. and Jack T.
GMAC Matter No.: 729183

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| DL | 08/03/12 | Analyze eviction counsel's opposition to plaintiff's notice of related cases. | L430 | 0.20 | 288.00 | 57.60 |
| RJG | 08/08/12 | Analysis and evaluation of application of GMAC bankruptcy final order to pending complaint claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 08/09/12 | Analysis and evaluation of bankruptcy stay final order and pending complaint allegations and claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 08/09/12 | Analyze new bankruptcy stay form and analyze complaint for use with new form; exchange correspondence with client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 08/13/12 | Prepare amended notice of bankruptcy stay and letter to plaintiff's counsel re same. | L430 | 0.50 | 288.00 | 144.00 |
| RJG | 08/14/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Prepare case management conference statement. | L430 | 0.30 | 288.00 | 86.40 |
| RJG | 08/15/12 | Attention to bankruptcy stay final order application to pending case issues and correspondence with our client to | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327332 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Brooks, Eric E. & Jack T. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | advise regarding the same. | | | | |
| DL | 08/28/12 | Exchange correspondence with plaintiff's counsel re bankruptcy stay only as to certain claims. | L190 | 0.30 | 288.00 | 86.40 |
| DL | 08/28/12 | Analyze plaintiff's reply to opposition re notice of related cases. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/28/12 | Analyze plaintiff's notice re setting of status conference. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/29/12 | Analyze plaintiff's case management statement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.60** | | **$1,017.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service; 09/07/12 | 78.00 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Amended Notice of BK 08/15/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 |
| L190 | Other Case Assessment | 0.60 | $172.80 |
| L430 | Written Motions/Submissions | 1.60 | $460.80 |
| | **TOTAL** | **3.60** | **$1,017.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.20 | 288.00 | $633.60 |
| Gandy, Robert | RJG | Special Counsel | 1.40 | 274.50 | $384.30 |
| | **Total** | | **3.60** | | **$1,017.90** |

| | | |
|---|---|---|
| PRIOR FEES | $2,200.05 | |
| PRIOR COSTS & EXPENSES | $149.39 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327332 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Brooks, Eric E. & Jack T. | | |

| | | |
|---|---|---|
| FEES | $1,017.90 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$1,145.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327333    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1290 | Evans, George (Estate of) |
| | | GMAC Matter No.: 729147 |

**TOTAL AMOUNT DUE**            $3,256.54

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327333      JBS                                    September 25, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1290     Evans, George (Estate of)
                           GMAC Matter No.: 729147

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze petitioner's response to opposition to petition; analyze statutes cited in response and prepare for hearing for preliminary injunction. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 08/02/12 | Attend hearing on OSC re preliminary injunction; prepare correspondence to client re injunction denied; prepare notice of ruling on order. | L220 | 4.30 | 288.00 | 1,238.40 |
| RJG | 08/03/12 | Analysis and evaluation of preliminary injunction hearing results and pending foreclosure issues and correspondence with our client to advise regarding the same. | L250 | 0.40 | 274.50 | 109.80 |
| DL | 08/03/12 | Formulate strategy for filing probate claim with court re secured claim against estate. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/08/12 | Exchange correspondence with plaintiff's counsel re petitioner's failure to obtain loan and request to postpone trustee's sale. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/10/12 | Attention to informal resolution terms and issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/10/12 | Exchange correspondence with plaintiff's counsel and client re request to postpone sale to permit buyers to purchase property. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/13/12 | Attention to foreclosure and property preservation issues and correspondence with our client to respond to an inquiry | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327333 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Evans, George (Estate of) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | regarding the same. | | | | | |
| DL | 08/13/12 | Exchange correspondence with client re status of removal of personal property; exchange correspondence with plaintiff's counsel re same and obtaining payoff demand. | L160 | 0.40 | 288.00 | | 115.20 |
| RJG | 08/16/12 | Analysis and evaluation of foreclosure and informal resolution terms and issues and correspondence with our client to respond to inquiries regarding the same. | L120 | 0.50 | 274.50 | | 137.25 |
| RJG | 08/16/12 | Attention to foreclosure and informal resolution issues and correspondence with Plaintiff's counsel to address the same. | L120 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/16/12 | Analysis and evaluation of potential informal resolution options received from Plaintiff's counsel and correspondence with our client to advise regarding the same. | L160 | 0.50 | 274.50 | | 137.25 |
| RJG | 08/16/12 | Attention to foreclosure and payoff and reinstatement proposals and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L160 | 0.40 | 274.50 | | 109.80 |
| RJG | 08/16/12 | Attention to foreclosure and Plaintiff's payoff and reinstatement proposals and correspondence with our client to advise regarding the same. | L160 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/17/12 | Attention to proposed settlement terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/17/12 | Attention to proposed settlement terms and issues and correspondence with Plaintiff's counsel to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/23/12 | Attention to potential informal resolution terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.40 | 274.50 | | 109.80 |
| RJG | 08/27/12 | Attention to informal resolution terms and issues and correspondence with our | L160 | 0.30 | 274.50 | | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327333 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Evans, George (Estate of) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | client to respond to an inquiry regarding the same. | | | | |
| RJG | 08/27/12 | Attention to proposed settlement terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.40 | 274.50 | 109.80 |
| DL | 08/27/12 | Analyze correspondence with plaintiff's counsel and client re status of loan assumption or plaintiff's obtaining loan for property. | L160 | 0.20 | 288.00 | 57.60 |
| RJG | 08/31/12 | Attention to pending foreclosure and proposed informal resolution terms and issues and correspondence with our client to respond to an inquiry regarding the same. | L160 | 0.30 | 274.50 | 82.35 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **11.10** | | **$3,129.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Opposition, Request for Judicial Notice 08/01/12 | 22.95 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice, 08/03/12 | 49.95 |
| 08/29/12 | David M. Liu; Transportation; Hearing on OSC Re. Preliminary Injunction, Los Angeles 8/2/12 | 54.34 |
| | **TOTAL COSTS & EXPENSES** | **$127.24** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $384.30 |
| L160 | Settlement/Non-Binding ADR | 4.20 | $1,166.40 |
| L190 | Other Case Assessment | 0.10 | $28.80 |
| L220 | Preliminary Injunctions/Provis | 4.30 | $1,238.40 |
| L250 | Other Written Motions | 0.40 | $109.80 |
| L430 | Written Motions/Submissions | 0.70 | $201.60 |
| | **TOTAL** | **11.10** | **$3,129.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 6.10 | 288.00 | $1,756.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327333 | CLIENT | GMAC ResCap | | | | Page | 4 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Evans, George (Estate of) | | | | | |

| Gandy, Robert | RJG | Special Counsel | 5.00 | 274.50 | $1,372.50 |
|---|---|---|---|---|---|
| | **Total** | | **11.10** | | **$3,129.30** |

PRIOR FEES        $5,643.90
PRIOR COSTS & EXPENSES    $242.94

| | |
|---|---|
| FEES | $3,129.30 |
| COSTS & EXPENSES | $127.24 |
| **TOTAL THIS INVOICE** | **$3,256.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327334      JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1292       Chavez, Joseph J.
                       GMAC Matter No.: 728841

**TOTAL AMOUNT DUE**          **$1,394.85**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327334    JBS                              September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1292    Chavez, Joseph J.
                         GMAC Matter No.: 728841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/01/12 | Attention to application final bankruptcy order to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/01/12 | Receive and analyze file in preparation for further handling. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Prepare letter to Plaintiff's counsel, A. Burns, re: final supplemental order and scope of automatic stay. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Evaluate Plaintiff's allegations and causes of action to ascertain permitted claims and stayed claims. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 08/02/12 | Attention to case investigation and pending case issues and correspondence with co-defendants' counsel regarding inquiries regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| RJG | 08/02/12 | Attention to application of bankruptcy final order to pending case allegations and claims and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/02/12 | Telephone conference with counsel A. Woods re: status of litigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/02/12 | Prepare email to A. Woods with copies of pleadings and chain of title. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/02/12 | Prepare email to client, C. Bonello, with amended BK notice and cover letter to Plaintiff's counsel. | L190 | 0.20 | 270.00 | 54.00 |
| RJG | 08/03/12 | Attention to application of final GMAC bankruptcy order to pending case issues | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327334 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Chavez, Joseph J. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and correspondence with our client to respond to inquiries regarding the same. | | | | |
| KWF | 08/07/12 | Telephone conference with Plaintiff's counsel, A. Burns, re: bankruptcy stay. | L120 | 0.20 | 270.00 | 54.00 |
| RJG | 08/15/12 | Analysis and evaluation of case investigation and title issues and correspondence with co-defendants' counsel to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| KWF | 08/15/12 | Telephone conference with co-defendant's counsel, A. Lopez, re: case status and reconveyance. | L120 | 0.10 | 270.00 | 27.00 |
| RJG | 08/21/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.30 | 274.50 | 82.35 |
| RJG | 08/27/12 | Attention to case investigation and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| KWF | 08/27/12 | Receive notice of associated counsel. Prepare email to client, C. Bonello, advising of case status. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/30/12 | Receive and analyze discovery responses to JP Morgan Chase. | L310 | 0.50 | 270.00 | 135.00 |
| | | **TOTAL** | | **5.10** | | **$1,387.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/22/12 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees;  LA@Court Online Civil Images 07/31/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.80 | $1,036.35 |
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| L310 | Written Discovery | 0.50 | $135.00 |
| | **TOTAL** | **5.10** | **$1,387.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327334     CLIENT   GMAC ResCap                    Page        3
                         MATTER   Chavez, Joseph J.

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.80 | 270.00 | $756.00 |
| Gandy, Robert | RJG | Special Counsel | 2.30 | 274.50 | $631.35 |
| | **Total** | | **5.10** | | **$1,387.35** |

PRIOR FEES                          $3,085.20
PRIOR COSTS & EXPENSES              $331.59


FEES                $1,387.35
COSTS & EXPENSES        $7.50
**TOTAL THIS INVOICE**   **$1,394.85**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327335    JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1294 | Rozen, Kelly Joseph |
| | | GMAC Matter No.: 729236 |

**TOTAL AMOUNT DUE**        $1,665.10

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327335    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1294    Rozen, Kelly Joseph
                        GMAC Matter No.: 729236

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/01/12 | Analyze docket for opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/06/12 | Analysis and evaluation of demurrer and pending case issues and attention to reply to the demurrer. | L250 | 0.40 | 274.50 | 109.80 |
| RJG | 08/09/12 | Analysis and evaluation of bankruptcy stay and pending complaint allegations and claims and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 08/09/12 | Analyze docket and advise client of court taking demurrer off-calendar due to bankruptcy filing; analyze complaint for use with new bankruptcy stay form for determining which claims are not stayed. | L190 | 0.50 | 288.00 | 144.00 |
| DL | 08/13/12 | Exchange correspondence with plaintiff's counsel re settlement through loan modification. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/13/12 | Prepare amended notice of bankruptcy stay and letter to plaintiff's counsel re same. | L430 | 0.50 | 288.00 | 144.00 |
| RJG | 08/14/12 | Attention to bankruptcy stay, informal resolution and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/14/12 | Exchange correspondence with client re offering loan modification to plaintiff; and prepare correspondence to | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327335 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Rozen, Kelly Joseph | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | plaintiff's counsel re same. | | | | | |
| RJG | 08/15/12 | Attention to bankruptcy stay final order application to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/17/12 | Attention to potential informal resolution terms and issues and correspondence with Plaintiff's counsel to address the same. | L160 | 0.20 | 274.50 | | 54.90 |
| RJG | 08/21/12 | Attention to potential deed in lieu of foreclosure and title issues and correspondence with our client to address the same. | L120 | 0.30 | 274.50 | | 82.35 |
| RJG | 08/22/12 | Analysis and evaluation of title records and title issues and correspondence with our client to advise regarding deed in lieu of foreclosure issues. | L120 | 0.40 | 274.50 | | 109.80 |
| LJT | 08/23/12 | Research title records re current status of title and to ascertain new liens against the property, draft e-mail re same. | L110 | 0.20 | 130.50 | | 26.10 |
| RJG | 08/23/12 | Analysis and evaluation of title records and attention to title analysis to advise our client regarding deed in lieu of foreclosure issues. | L120 | 0.50 | 274.50 | | 137.25 |
| RJG | 08/27/12 | Analysis and evaluation of deed in lieu of foreclosure and title issues and attention to informal resolution strategy. | L120 | 0.40 | 274.50 | | 109.80 |
| RJG | 08/28/12 | Attention to title analysis and informal resolution issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | | 82.35 |
| DL | 08/28/12 | Analyze title search for liens on property for possible deed in lieu of foreclosure; prepare correspondence to client re same. | L190 | 0.40 | 288.00 | | 115.20 |
| RJG | 08/31/12 | Analysis and evaluation of deed in lieu of foreclosure issues and correspondence with our client to address the same. | L160 | 0.30 | 274.50 | | 82.35 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327335 | CLIENT | GMAC ResCap | Page | 3 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Rozen, Kelly Joseph | | |

|  | **TOTAL** | 6.00 | **$1,645.20** |
| --- | --- | --- | --- |

## COSTS & EXPENSES

| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Hearing 08/15/12 | 9.95 |
| --- | --- | --- |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK 08/15/12 | 9.95 |
|  | **TOTAL COSTS & EXPENSES** | **$19.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L120 | Analysis/Strategy | 2.90 | $796.05 |
| L160 | Settlement/Non-Binding ADR | 0.90 | $252.45 |
| L190 | Other Case Assessment | 1.10 | $316.80 |
| L250 | Other Written Motions | 0.40 | $109.80 |
| L430 | Written Motions/Submissions | 0.50 | $144.00 |
| | **TOTAL** | **6.00** | **$1,645.20** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Liu, David | DL | Associate | 2.00 | 288.00 | $576.00 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Gandy, Robert | RJG | Special Counsel | 3.80 | 274.50 | $1,043.10 |
| | **Total** | | **6.00** | | **$1,645.20** |

| PRIOR FEES | $2,523.15 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $528.33 |

| FEES | $1,645.20 |
| --- | --- |
| COSTS & EXPENSES | $19.90 |
| **TOTAL THIS INVOICE** | **$1,665.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327336    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1316    Zeppeiro, Peter
                  GMAC Matter No.: 730045

**TOTAL AMOUNT DUE**          $2,354.83

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327336     JBS                                      September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1316     Zeppeiro, Peter
                          GMAC Matter No.: 730045

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| RJG | 08/01/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client contact to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/01/12 | Prepare certificate of interested parties for FNMA and MERS and prepare correspondence to client re finalizing notice of bankruptcy. | L430 | 0.40 | 288.00 | 115.20 |
| RJG | 08/02/12 | Attention to bankruptcy stay and pending case issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/02/12 | Analyze correspondence from client re status of filing notice of bankruptcy stay. | L190 | 0.10 | 288.00 | 28.80 |
| RJG | 08/07/12 | Attention to motion to dismiss and pending case issues and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 08/08/12 | Attention to motion to dismiss and pending case issues and correspondence with our client to address the same. | L250 | 0.30 | 274.50 | 82.35 |
| RJG | 08/14/12 | Attention to application of the bankruptcy final order to pending case claims and issues and correspondence with our client to respond to an inquiry regarding the same. | L120 | 0.40 | 274.50 | 109.80 |
| DL | 08/14/12 | Exchange correspondence with client re revisions to notice of bankruptcy stay and letter and make revisions. | L430 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327336 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Zeppeiro, Peter | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RJG | 08/15/12 | Attention to bankruptcy stay final order application to pending case issues and correspondence with our client to advise regarding the same. | L120 | | 0.30 | 274.50 | 82.35 |
| DL | 08/27/12 | Exchange correspondence with plaintiff's counsel re continuance of hearing on motion to dismiss. | L430 | | 0.20 | 288.00 | 57.60 |
| DL | 08/27/12 | Analyze order setting Rule 26 conference and orders for joint report. | L430 | | 0.20 | 288.00 | 57.60 |
| DL | 08/28/12 | Analyze opposition to motion to dismiss. | L430 | | 0.40 | 288.00 | 115.20 |
| DL | 08/29/12 | Finalize amended notice of bankruptcy stay and letter to plaintiff re same. | L430 | | 0.40 | 288.00 | 115.20 |
| DL | 08/29/12 | Draft reply for motion to dismiss re arguments re late filed opposition, tender, quiet title, securitization, and recording assignment of deed of trust. | L430 | | 1.40 | 288.00 | 403.20 |
| DL | 08/31/12 | Draft and revise reply for motion to dismiss re issues regarding unfair competition, discovery and equitable tolling, emotional distress and wrongful foreclosure claims; and address cases cited in opposition. | L430 | | 2.20 | 288.00 | 633.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **7.80** | | **$2,220.75** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 6393 Calle Bodega Ventura, CA 07/13/12 | | 99.88 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Cert of int Parties, Motion, Proposed Order, Request for Judicial Notice, 08/03/12 | | 34.20 |
| | **TOTAL COSTS & EXPENSES** | **$134.08** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $356.85 |
| L190 | Other Case Assessment | 0.20 | $57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327336 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Zeppeiro, Peter | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L250 | Other Written Motions | | 0.60 | $164.70 | | | |
| L430 | Written Motions/Submissions | | 5.70 | $1,641.60 | | | |
| | **TOTAL** | | **7.80** | **$2,220.75** | | | |

| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 5.90 | 288.00 | $1,699.20 |
| Gandy, Robert | RJG | Special Counsel | 1.90 | 274.50 | $521.55 |
| | **Total** | | **7.80** | | **$2,220.75** |

| PRIOR FEES | | $4,651.65 | | |
|---|---|---|---|---|
| | | | FEES | $2,220.75 |
| | | | COSTS & EXPENSES | $134.08 |
| | | | **TOTAL THIS INVOICE** | **$2,354.83** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327337    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1332     Dale, Robert D.
                   GMAC Matter No.: 730281

**TOTAL AMOUNT DUE**            **$569.74**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327337    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1332    Dale, Robert D.
GMAC Matter No.: 730281

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/06/12 | Analysis and evaluation of removal, responsive pleading and pending case issues and correspondence with co-defendants' counsel to address the same. | L120 | 0.50 | 274.50 | 137.25 |
| DL | 08/06/12 | Exchange correspondence with co-defendant's counsel re status of filing removal of action. | L190 | 0.20 | 288.00 | 57.60 |
| RJG | 08/09/12 | Attention to responsive pleading and pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/09/12 | Analyze docket for objection to declaration of non-monetary status; advise client of no objection to declaration and provide case update. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/10/12 | Analyze Wells Fargo's demurrer to complaint. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **1.70** | | **$476.10** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 17202 Argo Circle Orange, CA | 93.64 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   327337 | CLIENT    GMAC ResCap | | | Page | 2 |
| | MATTER    Dale, Robert D. | | | | |

07/14/12
**TOTAL COSTS & EXPENSES**                                        **$93.64**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $274.50 |
| L190 | Other Case Assessment | 0.50 | $144.00 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |
| | **TOTAL** | **1.70** | **$476.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| Gandy, Robert | RJG | Special Counsel | 1.00 | 274.50 | $274.50 |
| | **Total** | | **1.70** | | **$476.10** |

PRIOR FEES                          $1,432.80

| | |
|---|---|
| FEES | $476.10 |
| COSTS & EXPENSES | $93.64 |
| **TOTAL THIS INVOICE** | **$569.74** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327338     JBS                                September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1335     Jones, Emertha
                   GMAC Matter No.: 730533

**TOTAL AMOUNT DUE**          **$372.19**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327338    JBS                                        September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1335    Jones, Emertha
GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| RJG | 08/03/12 | Analysis and evaluation of case investigation and pending case issues and attention to litigation strategy. | L120 | 0.20 | 274.50 | 54.90 |
| RJG | 08/28/12 | Attention to pending case issues and correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| DL | 08/28/12 | Analyze docket for objection to declaration of non-monetary status and prepare correspondence to client re no objection filed.. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.80** | | **$223.65** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Declaration 07/31/12 | 49.95 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 6035 Oro Court Los Angeles, CA 07/17/12 | 98.59 |
| | **TOTAL COSTS & EXPENSES** | **$148.54** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.50 | $137.25 |
| L190    Other Case Assessment | 0.30 | $86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327338 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Jones, Emertha | | | | |

| | TOTAL | | | **0.80** | **$223.65** | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** | |
| Liu, David | | DL | Associate | 0.30 | 288.00 | $86.40 | |
| Gandy, Robert | | RJG | Special Counsel | 0.50 | 274.50 | $137.25 | |
| | | Total | | **0.80** | | **$223.65** | |

PRIOR FEES                        $1,280.70

|  |  |
|---|---|
| FEES | $223.65 |
| COSTS & EXPENSES | $148.54 |
| **TOTAL THIS INVOICE** | **$372.19** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327339    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      1346      Marquez, Edgardo M.
                      GMAC Matter No.: 731029

**TOTAL AMOUNT DUE**          **$5,842.35**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327339    JBS                                    September 25, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1346    Marquez, Edgardo M.
                        GMAC Matter No.: 731029

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/31/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| RJG | 07/31/12 | Analysis and evaluation of Plaintiff's complaint and attention to initial case investigation and responsive pleading and litigation strategies. | L120 | 1.10 | 274.50 | 301.95 |
| RJG | 07/31/12 | Attention to initial case analysis and Correspondence with our client to advise regarding the same. | L120 | 0.30 | 274.50 | 82.35 |
| JBS | 08/01/12 | Analysis and evaluation of correspondence from client regarding new complaint | L120 | 0.30 | 427.50 | 128.25 |
| YS | 08/01/12 | Review and analysis of plaintiff's complaint, the allegations contained therein and title history in order to determine clients' legal remedies and defenses | L120 | 1.80 | 238.50 | 429.30 |
| JHT | 08/01/12 | Reviewed/Analyzed Complaint in Order to Assess Sufficiency of Allegations and Determine Whether Demurrer Should be Filed. | L210 | 0.40 | 238.50 | 95.40 |
| LJT | 08/02/12 | Research title records to prepare chronology. | L110 | 0.30 | 130.50 | 39.15 |
| RJG | 08/02/12 | Telephone call with our client contact to discuss case analysis and responsive | L120 | 0.40 | 274.50 | 109.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement