# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326905 | JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1356    Cooper, Kathleen E. (III)
GMAC Matter No.: 731871

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 08/10/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| ERB | 08/16/12 | Communications with E. Manukyan re handling matter and attention to potential sanctions issues based on past filings by same plaintiff. | L120 | 0.30 | 279.00 | 83.70 |
| EXM | 08/16/12 | Strategize the upcoming PI hearing | L210 | 0.30 | 279.00 | 83.70 |
| EXM | 08/17/12 | Review application for preliminary injunction; review previously filed complaint and responsive pleadingsl; review title documents; conduct analysis re proper defendnats; outline opposition | L210 | 5.40 | 279.00 | 1,506.60 |
| EXM | 08/19/12 | Draft opposition to plaintiff's request for preliminary injunction | L210 | 7.10 | 279.00 | 1,980.90 |
| BJJ | 08/20/12 | Obtain copies of newly recorded title documents | L190 | 0.50 | 130.50 | 65.25 |
| BJJ | 08/20/12 | Draft Request for Judical Notice in Support of Demurrer and gather all exhibits for new Cooper Matter #19000.1356. | L190 | 3.50 | 130.50 | 456.75 |
| EXM | 08/20/12 | Draft and file opposition to plaintiff's request for preliminary injunction | L210 | 3.30 | 279.00 | 920.70 |
| ERB | 08/22/12 | Attention to tentative ruling on preliminary injunction and strategize re potential motion for sanctions and options to collect previous sanctions awards against counsel. | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 08/22/12 | Communications with opposing counsel re opposition to PI request | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 08/22/12 | Communications with co-defendants' | L210 | 0.20 | 279.00 | 55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326905 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Cooper, Kathleen E. (III) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | counsel re upcoming PI hearing (law firm of Reilly Pozner) | | | | |
| EXM | 08/22/12 | Check tentative ruling; communications with client re the same | L210 | 0.50 | 279.00 | 139.50 |
| EXM | 08/23/12 | Research re dissolution of TRO following denial on PI request (.5) ; draft proposed ordre denying PI application | L210 | 1.00 | 279.00 | 279.00 |
| EXM | 08/24/12 | Communications with C.Durling re representation of Lehman Brothers, BK stay | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 08/27/12 | Draft letter to opposing counsel re PI | L210 | 0.40 | 279.00 | 111.60 |
| CHR | 08/30/12 | Prepare service request re obtain docket, proofs of service, if any. | L190 | 0.10 | 130.50 | 13.05 |
| | | **TOTAL** | | **24.40** | | **$6,198.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $362.70 |
| L190 | Other Case Assessment | 4.10 | $535.05 |
| L210 | Pleadings | 19.00 | $5,301.00 |
| | **TOTAL** | **24.40** | **$6,198.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Johnson, Betty | BJJ | Paralegal | 4.00 | 130.50 | $522.00 |
| Rommell, Clair | CHR | Paralegal | 0.10 | 130.50 | $13.05 |
| Buell, Edward | ERB | Associate | 1.70 | 279.00 | $474.30 |
| Manukyan, Evelina | EXM | Associate | 18.60 | 279.00 | $5,189.40 |
| | **Total** | | **24.40** | | **$6,198.75** |

| | | |
|---|---|---|
| | FEES | $6,198.75 |
| | **TOTAL THIS INVOICE** | **$6,198.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326906    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1362    Naidu, Satyanadan and Rampiyami
                  GMAC Matter No.: 731605

**TOTAL AMOUNT DUE**          $1,460.70

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326906 | JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000  1362   Naidu, Satyanadan and Rampiyami
GMAC Matter No.: 731605

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994            08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/18/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| JBS | 08/21/12 | Analysis and evaluation of potential claim to recover funds | L120 | 0.40 | 427.50 | 171.00 |
| AAG | 08/21/12 | Review client file and communicate with T. Buell regarding same. | L110 | 0.70 | 238.50 | 166.95 |
| ERB | 08/24/12 | Analysis of title history and facts and strategize re potential claims for recovery. | L120 | 0.70 | 279.00 | 195.30 |
| RRF | 08/27/12 | Obtain 18 title docs & prepare property profile. | L110 | 1.90 | 112.50 | 213.75 |
| RRF | 08/28/12 | Investigate whether the Naidus's are listed on title docs in any of the neighboring counties including: Napa, SF, Yolo, Santa Clara, Sacramento, Sonoma, Contra Costa and a few other counties. | L110 | 1.00 | 112.50 | 112.50 |
| RRF | 08/28/12 | Analyze foreclosure documents for possible discrepancies with non-judicial foreclosure statutes. | L110 | 1.60 | 112.50 | 180.00 |
| RRF | 08/28/12 | Investigate Mr. Naidu's business. | L110 | 0.80 | 112.50 | 90.00 |
| | | **TOTAL** | | **8.50** | | **$1,460.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326906 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Naidu, Satyanadan & Rampiyami | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 6.00 | $763.20 |
| L120 | Analysis/Strategy | 2.10 | $645.30 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **8.50** | **$1,460.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 0.70 | 238.50 | $166.95 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.70 | 279.00 | $474.30 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Firoozabadi, Rozie | RRF | Paralegal | 5.30 | 112.50 | $596.25 |
| | **Total** | | **8.50** | | **$1,460.70** |

| | | |
|---|---|---|
| | FEES | $1,460.70 |
| **TOTAL THIS INVOICE** | | **$1,460.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326908      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1369 | Volz, Marc and Laura |
|  |  | GMAC Matter No.: 731849 |

**TOTAL AMOUNT DUE**          **$459.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326908        JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1369      Volz, Marc and Laura
                             GMAC Matter No.: 731849

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| JBS | 08/23/12 | Analysis and evaluation of complaint and defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| ERB | 08/23/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 08/24/12 | 1369  Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| | | **TOTAL** | | **1.70** | | **$459.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $407.25 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **1.70** | **$459.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| | **Total** | | **1.70** | | **$459.45** |

|  | | |
|--|--|--|
| FEES | $459.45 |
| **TOTAL THIS INVOICE** | **$459.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 327120    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1014    Villapando, Christine L.
                   C/M# 716898

**TOTAL AMOUNT DUE**            **$1,102.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Pg 13 of 136

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327120    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1014    Villapando, Christine L.
C/M# 716898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| PG | 08/01/12 | Review email from client re: submission of revised bankruptcy notice. | L210 | 0.20 | 247.50 | 49.50 |
| PG | 08/08/12 | Telephone call with Counsel for Cross-Complainant, Tiempo Escrow, re: status of stay of case and whether court-ordered settlement conference will go forward. | L160 | 0.30 | 247.50 | 74.25 |
| PG | 08/13/12 | Legal analysis and strategizing with S. Hankins re: appearance at status of bankruptcy hearing. | L120 | 0.30 | 247.50 | 74.25 |
| SMH | 08/16/12 | Attention to A. Alpers correspondence re status conference on GMAC bankruptcy. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/16/12 | Attention to Garcia correspondence re Garcia. | L160 | 0.20 | 333.00 | 66.60 |
| PG | 08/16/12 | Legal analysis and strategizing with S. Hankins re: appearing at bankruptcy status conference and hearing re: completion of mediation. | L120 | 0.30 | 247.50 | 74.25 |
| SMH | 08/23/12 | Appear telephonically at status conference. | L230 | 0.60 | 333.00 | 199.80 |
| SMH | 08/23/12 | Review correspondence of opposing counsel, proposed stipulation. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 08/23/12 | Execute stipulation and return with cover email. | L210 | 0.20 | 333.00 | 66.60 |
| PG | 08/23/12 | Exchange of emails with all counsel re: results of bankruptcy status conference and legal analysis and strategizing with S. Hankins re: same. | L120 | 0.30 | 247.50 | 74.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327120 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Villapando, Christine L. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SMH | 08/24/12 | Attention to D. Elwell's correspondence and requested changes to stipulation. | L210 | 0.20 | 333.00 | | 66.60 |
| PG | 08/28/12 | Exchange of emails with all Counsel re: possibility of stipulating to continue mediation status conference. | L210 | 0.20 | 247.50 | | 49.50 |
| PG | 08/28/12 | Legal analysis and strategizing with S. Hankins re: my appearance at mediation status conference on September 5. | L230 | 0.30 | 247.50 | | 74.25 |
| PG | 08/31/12 | Review mediation status conference statement submitted by Springdale Marina. | L210 | 0.20 | 247.50 | | 49.50 |
| | | **TOTAL** | | **3.70** | | **$1,052.55** | |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/15/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of Bankruptcy 08/03/12 | | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $222.75 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $140.85 |
| L190 | Other Case Assessment | 0.20 | $66.60 |
| L210 | Pleadings | 1.20 | $348.30 |
| L230 | Court Mandated Conferences | 0.90 | $274.05 |
| | **TOTAL** | **3.70** | **$1,052.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Grammatico, Paul | PG | Associate | 2.10 | 247.50 | $519.75 |
| Hankins, Suzanne | SMH | Member | 1.60 | 333.00 | $532.80 |
| | **Total** | | **3.70** | | **$1,052.55** |

| | |
|---|---|
| PRIOR FEES | $26,302.50 |
| PRIOR COSTS & EXPENSES | $1,397.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Pg 11 of 136

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327120 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Villapando, Christine L. | | | |

| | | |
|---|---|---|
| FEES | $1,052.55 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$1,102.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327121    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1021     Silva, Arthur and Kimberly
                     GMAC Matter No.: 717257

**TOTAL AMOUNT DUE**              $1,865.70

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327121    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1021    Silva, Arthur and Kimberly
                        GMAC Matter No.: 717257

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| MJE | 08/14/12 | Review of entire file and status of case in preparation for demurrer hearing | L240 | 1.50 | 279.00 | 418.50 |
| MJE | 08/14/12 | Exchange of emails with co-defendant B. Blechschmidt re Plaintiff's strategy and hearings | L120 | 0.30 | 279.00 | 83.70 |
| MJE | 08/15/12 | Update status of property and exchange of emails for counsel for Zephyr B, Blechsmidt per review of Court's docket re consolidation of cases. | L110 | 1.40 | 279.00 | 390.60 |
| LJT | 08/20/12 | Research title records re current status of title, review grant deed to new owner and first deed of trust and update title chronology re same. | L110 | 0.40 | 130.50 | 52.20 |
| MJE | 08/20/12 | Prepare declaration required by Court regarding meet and confer with Plaintiff prior to demurrer hearing; review of argument re same | L250 | 1.20 | 279.00 | 334.80 |
| MJE | 08/21/12 | Review of file and phone call with Plaintiff regarding hearing and his filing of an amended complaint | L110 | 0.60 | 279.00 | 167.40 |
| MJE | 08/21/12 | Review of all previous filings and pre-consolidated cases to determine strategy for dealing with Plaintiff's amended complaint | L120 | 1.50 | 279.00 | 418.50 |
| | | **TOTAL** | | **6.90** | | **$1,865.70** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Pg 14 of 136

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327121 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Silva, Arthur & Kimberly | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.40 | $610.20 |
| L120 | Analysis/Strategy | 1.80 | $502.20 |
| L240 | Dispositive Motions | 1.50 | $418.50 |
| L250 | Other Written Motions | 1.20 | $334.80 |
| | **TOTAL** | **6.90** | **$1,865.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tarwater, Linda | LJT | Paralegal | 0.40 | 130.50 | $52.20 |
| Esposito, Matthew | MJE | Associate | 6.50 | 279.00 | $1,813.50 |
| | **Total** | | **6.90** | | **$1,865.70** |

| PRIOR FEES | $5,828.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $803.81 |

| | | |
|---|---|---|
| FEES | | $1,865.70 |
| **TOTAL THIS INVOICE** | | **$1,865.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327122    JBS                                        September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1036 | Trust Holding (Aqueduct Trust) |
| | | GMAC Matter No.: 718103 |

**TOTAL AMOUNT DUE**            **$198.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327122    JBS                          September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1036    Trust Holding (Aqueduct Trust)
                         GMAC Matter No.: 718103

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| PG | 07/06/12 | Exchange of emails with Counsel for Chapter 7 Trustee re: possible dismissal of ETS. | L160 | 0.20 | 247.50 | 49.50 |
| PG | 07/07/12 | Draft email to Counsel for Chapter 7 Trustee re: ETS should be dismissed. | L160 | 0.20 | 247.50 | 49.50 |
| PG | 07/13/12 | Review notice of continued bankruptcy status conference. | L210 | 0.20 | 247.50 | 49.50 |
| PG | 08/09/12 | Exchange of emails with Counsel for chapter 7 trustee re: status of removal to bankruptcy Court. | L210 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **0.80** | | **$198.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.40 | $99.00 |
| L210 | Pleadings | 0.40 | $99.00 |
| | **TOTAL** | **0.80** | **$198.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Grammatico, Paul | PG | Associate | 0.80 | 247.50 | $198.00 |
| | **Total** | | **0.80** | | **$198.00** |

| PRIOR FEES | $5,976.90 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $894.38 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   327122 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Trust Holding (Aqueduct Trust) | | | |

|                          |            |
|--------------------------|------------|
| FEES                     | $198.00    |
| **TOTAL THIS INVOICE**   | **$198.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327123    JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1051    Nemour, Heather A.
C/M# 718273

**TOTAL AMOUNT DUE**          **$1,899.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327123    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1051    Nemour, Heather A.
C/M# 718273

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 08/01/12 | Exchange of emails with counsel for MERS regarding status of signed order | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 08/13/12 | Phone call to Court regarding status of executed judgment and review of docket re same | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 08/22/12 | Phone call from K. Priore re call from James Clayton regarding subpoena and sale of REO property. | L110 | 0.30 | 279.00 | 83.70 |
| MJE | 08/22/12 | Review of documents delivered by K. Priore including subpoena re original records. | L110 | 0.30 | 279.00 | 83.70 |
| MJE | 08/23/12 | Receipt and review of email from K. Priore attaching message from J. Clayton re subpoena and REO sale. | L140 | 0.30 | 279.00 | 83.70 |
| MJE | 08/23/12 | Research re language re professional responsibility re direct client contact | L110 | 0.40 | 279.00 | 111.60 |
| MJE | 08/23/12 | Draft and revision of letter to J. Clayton regarding demand to cease client contact and issue re subpoenas while bankruptcy is in place. | L430 | 1.20 | 279.00 | 334.80 |
| MJE | 08/24/12 | Finalized letter to Plaintiff's counsel and sent by email and mail. | L140 | 0.40 | 279.00 | 111.60 |
| MJE | 08/24/12 | Receipt and review of Nemour judgment and delivery to K. Lee at MERS, K. Priore, A. Bourland from Greenpoint; filing of same. | L140 | 0.60 | 279.00 | 167.40 |
| MJE | 08/27/12 | Exchange of multiple emails with K. Priore re communications with counsel for Nemour and assertions made by him. | L140 | 0.40 | 279.00 | 111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327123 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Nemour, Heather A. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MJE | 08/27/12 | Receipt and review of lengthy email from J. Clayton re issuance of subpoena and stay of bankruptcy and draft of reply email discussing notice of stay | L140 | | 1.20 | 279.00 | 334.80 |
| MJE | 08/29/12 | Receipt and review of email and attachment from J. Clayton re stipulation to withdraw previously posted bond and review file re previous orders re same. | L140 | | 0.60 | 279.00 | 167.40 |
| MJE | 08/31/12 | Receipt and review and exchange of email with James Clayton re bond and stipulation signed re Preliminary Injunction | L140 | | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | | **6.70** | | **$1,869.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; San Diego County Court, CA 07/10/12 | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$29.75** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $279.00 |
| L140 | Document/File Management | 4.50 | $1,255.50 |
| L430 | Written Motions/Submissions | 1.20 | $334.80 |
| | **TOTAL** | **6.70** | **$1,869.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 6.70 | 279.00 | $1,869.30 |
| | **Total** | | **6.70** | | **$1,869.30** |

| | |
|---|---|
| PRIOR FEES | $26,164.35 |
| PRIOR COSTS & EXPENSES | $3,211.54 |

| | |
|---|---|
| FEES | $1,869.30 |
| COSTS & EXPENSES | $29.75 |
| **TOTAL THIS INVOICE** | **$1,899.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327124    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1074     Smith, Tia
                   GMAC Matter No.: 719188

**TOTAL AMOUNT DUE**          $7,422.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327124    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1074      Smith, Tia
                          GMAC Matter No.:  719188

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/02/12 | Analyze Aurora's demand for expert witness exchange and strategy re same. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/06/12 | Exchange correspondence with mediator re status of litigation and advising court of clients' bankruptcy status. | L160 | 0.20 | 288.00 | 57.60 |
| DL | 08/09/12 | Analyze parties' stipulation to continue trial date, exchange correspondence with Aurora's counsel re same; and prepare correspondence to client re same. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/09/12 | Exchange correspondence with mediator and Aurora's counsel re order to continue mediation completion date. | L160 | 0.10 | 288.00 | 28.80 |
| DL | 08/10/12 | Analyze Aurora's opposition to plaintiff's motion for reconsideration. | L430 | 0.20 | 288.00 | 57.60 |
| DL | 08/10/12 | Analyze Aurora's first set of form and special interrogatories, document requests and requests for admissions to plaintiff. | L310 | 0.40 | 288.00 | 115.20 |
| DL | 08/10/12 | Analyze Aurora's notice of deposition of plaintiff; strategy re GMAC entities participating in deposition pending bankruptcy status. | L330 | 0.30 | 288.00 | 86.40 |
| SMH | 08/13/12 | Attention to deposition scheduling by co-defendant, impact of bankruptcy re appearance, evaluate same. | L190 | 0.30 | 333.00 | 99.90 |
| DHC | 08/13/12 | Conference with David Liu re conducting discovery effect of ResCap bankruptcy on litigation. | L120 | 0.50 | 337.50 | 168.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327124      CLIENT    GMAC ResCap                              Page      2
                          MATTER    Smith, Tia

| | | | | | | |
|---|---|---|---|---|---|---|
| DL | 08/13/12 | Strategy re attending plaintiff's deposition while clients are in bankruptcy. | L330 | 0.40 | 288.00 | 115.20 |
| SMH | 08/14/12 | Attention to notice of depostion. | L330 | 0.20 | 333.00 | 66.60 |
| DL | 08/14/12 | Exchange correspondence with Aurora's counsel re status of trial date and setting of plaintiff's deposition. | L330 | 0.20 | 288.00 | 57.60 |
| SMH | 08/16/12 | Telephone conversation with T. Smith re ex parte notice re requested trial continuance. | L250 | 0.20 | 333.00 | 66.60 |
| SMH | 08/16/12 | Telephone conversation with T. Smith re ex parte notice re requested trial continuance. | L230 | 0.20 | 333.00 | 66.60 |
| SMH | 08/21/12 | Attention to plaintiff's renewed ex parte application for trial continuance, pending motion for reconsideration. | L210 | 0.20 | 333.00 | 66.60 |
| JHT | 08/21/12 | Prepared for Hearing on Plaintiff's Ex Parte Application to Continue Trial (Covering for David Liu). | L190 | 0.50 | 238.50 | 119.25 |
| JHT | 08/21/12 | Prepared for Hearing on Plaintiff's Motion for Reconsideration. (Covering for David Liu). | L210 | 0.70 | 238.50 | 166.95 |
| JHT | 08/21/12 | Prepared for Hearing on Plaintiff's Motion for Reconsideration. (Covering for David Liu). | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 08/22/12 | Appeared at Hearings on Plaintiff's (1) Motion for Reconsideration; (2) Motion for Leave to File TAC; and (3) Ex Parte Application fo Continue Trial. | L210 | 3.80 | 238.50 | 906.30 |
| JHT | 08/22/12 | Provided Updated to David Liu Re. Results on Hearing on Plaintiff's (1) Motion for Reconsideration; (2) Motion for Leave to File TAC; and (3) Ex Parte Application to Continue Trial. | L190 | 0.20 | 238.50 | 47.70 |
| SMH | 08/24/12 | Attention to court's minute order on motion for reconsideration. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 08/27/12 | Attention to deposition of plaintiff. | L330 | 0.10 | 333.00 | 33.30 |
| SMH | 08/27/12 | Attention to deposition scheduling of plaintiff. | L330 | 0.20 | 333.00 | 66.60 |
| DL | 08/27/12 | Exchange correspondence with Aurora re setting of plaintiff's deposition. | L330 | 0.20 | 288.00 | 57.60 |
| DL | 08/28/12 | Exchange correspondence with Aurora's counsel re result of mediation | L160 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327124 | CLIENT | GMAC ResCap | | | Page | 3 |
| | MATTER | Smith, Tia | | | | |

| | | with plaintiff. | | | | |
|----|----------|---------------------------------------------------|------|-------|--------|---------|
| DL | 08/28/12 | Strategy re preparing for deposition of plaintiff. | L330 | 0.40 | 288.00 | 115.20 |
| DL | 08/28/12 | Analyze notice of ruling re denial of stipulation to continue trial date. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/29/12 | Analyze Aurora's demurrer to second amended complaint. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/29/12 | Prepare deposition outline for plaintiff's deposition, assemble exhibits and review 200-page complaint to prepare outline. | L330 | 3.30 | 288.00 | 950.40 |
| DL | 08/30/12 | Travel to and attend deposition of plaintiff Tia Smith. | L330 | 11.60 | 288.00 | 3,340.80 |
| DL | 08/31/12 | Exchange correspondence with parties re Aurora's ex parte to shorten time on its demurrer. | L190 | 0.20 | 288.00 | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **26.40** | | **$7,422.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------------------------------|-------|-----------|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $144.00 |
| L190 | Other Case Assessment | 1.40 | $382.05 |
| L210 | Pleadings | 5.30 | $1,301.85 |
| L230 | Court Mandated Conferences | 0.20 | $66.60 |
| L250 | Other Written Motions | 0.20 | $66.60 |
| L310 | Written Discovery | 0.40 | $115.20 |
| L330 | Depositions | 16.90 | $4,889.70 |
| L430 | Written Motions/Submissions | 1.00 | $288.00 |
| | **TOTAL** | **26.40** | **$7,422.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|----------------|-----|-----------|-------|--------|-----------|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Liu, David | DL | Associate | 18.70 | 288.00 | $5,385.60 |
| Tuffaha, Joe | JHT | Associate | 5.60 | 238.50 | $1,335.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327124      CLIENT    GMAC ResCap                                          Page      4
                          MATTER    Smith, Tia

| Hankins, Suzanne | SMH | Member | | 1.60 | 333.00 | $532.80 |
| | **Total** | | | **26.40** | | **$7,422.75** |

PRIOR FEES                              $21,313.80
PRIOR COSTS & EXPENSES          $3,697.75

                                              FEES          $7,422.75
                          **TOTAL THIS INVOICE**          **$7,422.75**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327125    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1101     Yuasa, Sherri
                   C/M# 720122

**TOTAL AMOUNT DUE**            **$471.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327125    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1101    Yuasa, Sherri
                        C/M# 720122

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 08/01/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Prepare draft letter to Plaintiff's counsel, R. Chang, re: amended notice of bankruptcy. | L120 | 0.50 | 270.00 | 135.00 |
| SMH | 08/02/12 | Attention to amended bankruptcy notice. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 08/02/12 | Prepare email to client, J. Holtgren, re: amended notice of BK and letter to Plaintiff's counsel re: final supplemental order. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/27/12 | Analyze file status, prepare email to Plaintiff's counsel re: voluntary dismissal. | L120 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **1.70** | | **$471.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $243.00 |
| L190 | Other Case Assessment | 0.30 | $81.00 |
| L210 | Pleadings | 0.50 | $147.60 |
| | **TOTAL** | **1.70** | **$471.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.50 | 270.00 | $405.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327125 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Yuasa, Sherri | | | |

| | | | |
|---|---|---|---|
| **Total** | | **1.70** | **$471.60** |

| | | |
|---|---|---|
| PRIOR FEES | $14,146.20 | |
| PRIOR COSTS & EXPENSES | $1,207.84 | |

| | |
|---|---|
| FEES | $471.60 |
| **TOTAL THIS INVOICE** | **$471.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327126    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1113    Guo, Yong X.
GMAC Matter No.: 720229

**TOTAL AMOUNT DUE**          **$210.79**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327126    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1113    Guo, Yong X.
                        GMAC Matter No.: 720229

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

### COSTS & EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  11/13/12 | 78.00 |
| 08/02/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling re Def. GMAC's Demurrer to Pl's SAC 06/27/12 | 60.70 |
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Answer to Pl's TAC 07/25/12 | 63.70 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2333 South Cota Avenue Riverside, CA 92882 07/17/12 | 8.39 |

**TOTAL COSTS & EXPENSES**                    **$210.79**

### BILLING SUMMARY

|  | **TOTAL** | **0.00** | **$0.00** |
|--|-----------|----------|-----------|

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
|            | **Total** | **0.00** |    | **$0.00** |

PRIOR FEES                    $18,278.10
PRIOR COSTS & EXPENSES        $995.21

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327126 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Guo, Yong X. | | | |

| | | |
|---|---|---|
| COSTS & EXPENSES | | $210.79 |
| **TOTAL THIS INVOICE** | | **$210.79** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327127    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1116     Escalera, Raul and Ronda
                     GMAC Matter No.: 720882

**TOTAL AMOUNT DUE**                    **$324.00**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327127   JBS                                   September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1116   Escalera, Raul and Ronda
                       GMAC Matter No.: 720882

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/02/12 | Prepare email to client, Christy Hancock, advising of status and inquiry re: subordination and file closing. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/27/12 | Prepare response to client, C. Hancock, re: status of HELOC and bankruptcy. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/30/12 | Prepare letter to D. Cochran re: file closing and lien priority dispute. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.20** | | **$324.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L120   Analysis/Strategy | | 1.20 | $324.00 | | | |
| **TOTAL** | | **1.20** | **$324.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| **Total** | | | **1.20** | | **$324.00** |

PRIOR FEES                      $1,763.10
PRIOR COSTS & EXPENSES          $108.28

|  |  |
|--|--|
| FEES | $324.00 |
| **TOTAL THIS INVOICE** | **$324.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327127 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Escalera, Raul & Ronda | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327128    JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1120    Manuel, Aubrey
GMAC Matter No.: 721026

**TOTAL AMOUNT DUE**            **$258.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327128    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1120    Manuel, Aubrey
                         GMAC Matter No.: 721026

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/21/12 | Receipt, review and analysis of plaintiff's notice of appeal | L120 | 0.10 | 238.50 | 23.85 |
| MEH | 08/27/12 | Review/analyze initial appellate documents (notice of appeal, civil case information statement). | L510 | 0.50 | 261.00 | 130.50 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **1.00** | | **$258.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L510 | Appellate Motions & Submission | 0.90 | $234.90 |
| | **TOTAL** | **1.00** | **$258.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Holt, M. Elizabeth | MEH | Associate | 0.90 | 261.00 | $234.90 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **1.00** | | **$258.75** |

| | |
|---|---|
| PRIOR FEES | $16,013.70 |
| PRIOR COSTS & EXPENSES | $2,392.98 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327128 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Manuel, Aubrey | | |

|  | FEES | $258.75 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$258.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327129     JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1126     Hagen (Lemar Construction)
                    GMAC Matter No.: 721338

**TOTAL AMOUNT DUE**              **$310.05**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 327129 | JBS | September 21, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1126    Hagen (Lemar Construction)
GMAC Matter No.: 721338

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 07/18/12 | Review and analysis of Trustee's motion to dismiss the adversary proceeding in light of client's bankruptcy filing | L120 | 0.20 | 238.50 | 47.70 |
| YS | 07/25/12 | Receipt, review and analysis of the Court's order dismissing the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/25/12 | Draft correspondence to client regarding the dismissal of the adversary proceeding by the Chapter 7 Trustee | L190 | 0.30 | 238.50 | 71.55 |
| YS | 07/27/12 | Receipt, review and analysis of the proposed stipulation to dismiss the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 07/27/12 | Draft correspondence to Trustee's counsel regarding response to proposed stipulation to dismiss the adversary proceeding | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/03/12 | Receipt, review and analysis of the plaintiff's proposed order to dismiss the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/06/12 | Receipt, review and analysis of the Court's order dismissing the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/06/12 | Draft correspondence to client regarding the Court's dismissal of the adversary proceeding | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.30** | | **$310.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  327129 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Hagen (Lemar Construction) | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| | **TOTAL** | **1.30** | **$310.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.30 | 238.50 | $310.05 |
| | **Total** | | **1.30** | | **$310.05** |

| | |
|---|---|
| PRIOR FEES | $8,089.20 |
| PRIOR COSTS & EXPENSES | $248.86 |

| | |
|---|---|
| FEES | $310.05 |
| **TOTAL THIS INVOICE** | **$310.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327130    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1175     McLain, Patricia
                     GMAC Matter No.: 723224

**TOTAL AMOUNT DUE**              **$812.07**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327130    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1175    McLain, Patricia
                        GMAC Matter No.: 723224

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/02/12 | Attention to proposed resolution via short sale. | L160 | 0.20 | 333.00 | 66.60 |
| KWF | 08/02/12 | Prepare email to client, C. Bonello, with recommendation and analysis re: settlement proposal via short sale approval. | L120 | 0.80 | 270.00 | 216.00 |
| SMH | 08/03/12 | Review recommendation regarding short sale and client response. | L190 | 0.20 | 333.00 | 66.60 |
| BAE | 08/20/12 | Attend case management conference. | L230 | 0.90 | 247.50 | 222.75 |
| SMH | 08/27/12 | Attention to dismissal filed by plaintiff. | L210 | 0.10 | 333.00 | 33.30 |
| KWF | 08/27/12 | Receive and analyze email correspondence from Plaintiff's counsel. | L160 | 0.20 | 270.00 | 54.00 |
| KWF | 08/27/12 | Prepare email to client, C. Bonello, re: dismissal and settlement possibilities. | L120 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **2.80** | | **$767.25** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/13/12 | DDS Legal Support Systems; Court Services; OCSC- Santa Ana 6/19/12 | | 44.82 |
| | **TOTAL COSTS & EXPENSES** | **$44.82** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 1.20 | $324.00 |
| L160    Settlement/Non-Binding ADR | 0.40 | $120.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327130      **CLIENT**    GMAC ResCap                                    Page      2
                          **MATTER**    McLain, Patricia

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.20 | $66.60 | | | |
| L210 | Pleadings | | 0.10 | $33.30 | | | |
| L230 | Court Mandated Conferences | | 0.90 | $222.75 | | | |
| | **TOTAL** | | **2.80** | **$767.25** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | BAE | Associate | | 0.90 | 247.50 | $222.75 |
| Franich, Kerry | KWF | Associate | | 1.40 | 270.00 | $378.00 |
| Hankins, Suzanne | SMH | Member | | 0.50 | 333.00 | $166.50 |
| | **Total** | | | **2.80** | | **$767.25** |

PRIOR FEES                                    $20,008.80
PRIOR COSTS & EXPENSES                  $1,575.15

|  | |
|---|---|
| FEES | $767.25 |
| COSTS & EXPENSES | $44.82 |
| **TOTAL THIS INVOICE** | **$812.07** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327131    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1203     Hodlin, Matthew and Bridgette
                     GMAC Matter No.: 725005

**TOTAL AMOUNT DUE**          $5,853.85

***REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327131    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1203    Hodlin, Matthew and Bridgette
GMAC Matter No.: 725005

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/01/12 | Attention to stipulation to unlawful detainer judgment, impact for collateral estoppel purposes. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 08/01/12 | Prepare email to client with exhibits to client declaration. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/01/12 | Receive and analyze stipulated judgment for possession. Email exchange with counsel, J. Diehl, re: same. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 08/06/12 | Attention to substitution of attorney. | L210 | 0.10 | 333.00 | 33.30 |
| SMH | 08/06/12 | Evaluate unlawful detainer counsel's stipulation for dismissal of unlawful detainer. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 08/06/12 | Attention to criminal indictment of plaintiff. | L210 | 0.20 | 333.00 | 66.60 |
| LJT | 08/06/12 | Research title records to update status of title. | L110 | 0.30 | 130.50 | 39.15 |
| KWF | 08/06/12 | Discovery and analysis of Hodlin criminal action re: Summit Lending Solutions. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/06/12 | Receive and analyze Plaintiff's motion to consolidate and stay litigation. | L120 | 0.60 | 270.00 | 162.00 |
| KWF | 08/06/12 | Prepare email to client, J. Holtgren, re: status of UD case. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/06/12 | Prepare email to Plaintiff's counsel, C. Joyner, re: untimely motion to consolidate. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/06/12 | Analysis of chain of title and notarizarion of quitclaim deed. | L120 | 0.40 | 270.00 | 108.00 |
| LJT | 08/07/12 | Pacer research re bankruptcy filing by | L110 | 0.60 | 130.50 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327131 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Hodlin, Matthew & Bridgette | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | alleged transferee of interest in subject property, Coble, review motion for relief from stay and exhibits to same, review petition and schedules re listing of property as asset of estate and update title chronology re lis pendens and order on motion for relief from stay. | | | | |
| KWF | 08/08/12 | Prepare email to Plaintiff's counsel, re: motion to consolidate and for preliminary injunction. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/08/12 | Prepare notice of bankruptcy, reviewing complaint and final supplemental order to assist with same. | L120 | 0.80 | 270.00 | 216.00 |
| KWF | 08/08/12 | Prepare letter to Plaintiffs' counsel re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/08/12 | Telephone conference with Plaintiffs' counsel, C. Joyner, re: ex parte notice. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/08/12 | Commence preparation of opposition to motion to consolidate and stay lockout. | L250 | 4.00 | 270.00 | 1,080.00 |
| KWF | 08/10/12 | Prepare email to client, J. Holtgren, re: opposition to motion to stay lockout. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/10/12 | Prepare proposed order expunging lis pendens. | L210 | 0.40 | 270.00 | 108.00 |
| SMH | 08/13/12 | Attention to ex parte seeking to stay lockout. | L210 | 0.20 | 333.00 | 66.60 |
| GEE | 08/13/12 | Obtain case background to prepare for ex parte motion to shorten time on motion to consolidate. | L110 | 0.50 | 261.00 | 130.50 |
| GEE | 08/13/12 | Review ex parte application to short time on motion to consolidate. | L250 | 0.40 | 261.00 | 104.40 |
| GEE | 08/13/12 | Prepare for hearing on plaintiff's ex parte motion to shorten time. | L250 | 0.50 | 261.00 | 130.50 |
| KWF | 08/13/12 | Receive and analyze ex parte application, prepare email to client advising of same. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 08/13/12 | Conference with G. Eisner re: appearance at ex parte application. | L190 | 0.10 | 270.00 | 27.00 |
| GEE | 08/14/12 | Appear at hearing on plaintiff's ex parte application to stay eviction, shorten time on motion to consolidate. | L250 | 5.00 | 261.00 | 1,305.00 |
| KWF | 08/14/12 | Prepare email to client, J. Holtgren, re: ex parte hearing results and need to postpone lockout. | L120 | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327131 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Hodlin, Matthew & Bridgette | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SMH | 08/16/12 | Brief review of opposition to motion to consolidate and lockout, | L250 | 0.20 | 333.00 | 66.60 |
| KWF | 08/16/12 | Prepare revisions and additions to opposition to motion to stay. | L210 | 2.00 | 270.00 | 540.00 |
| KWF | 08/16/12 | Prepare request for judicial notice in support of opposition to motion to consolidate and enjoin lockout. | L250 | 0.30 | 270.00 | 81.00 |
| KWF | 08/16/12 | Receive and analyze Plaintiff's answer in unlawful detainer complaint. | L120 | 0.20 | 270.00 | 54.00 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/27/12 | Receive and analyze Plaintiff's opposition to motion to expunge lis pendens. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/27/12 | Prepare reply brief in support of motion to expunge lis pendens. | L120 | 0.60 | 270.00 | 162.00 |
| KWF | 08/29/12 | Telephone conference with W. Templin re: UD case. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **21.60** | | **$5,730.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/24/12 | Gregory E. Eisner; Transportation; Attend Plaintiff's Ex Parte Application Hearing to Shorten Time on Motion To Consolidate, Vista 8/14/12 | 63.10 |
| 08/31/12 | Clerk of the Court -D; Court and Filing Fees; Filing fee. Motion to Expunge Lis Pendens. Draft#28248 8/10/12 | 60.00 |
| | **TOTAL COSTS & EXPENSES** | **$123.10** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $247.95 |
| L120 | Analysis/Strategy | 5.40 | $1,458.00 |
| L190 | Other Case Assessment | 1.10 | $309.60 |
| L210 | Pleadings | 3.30 | $947.70 |
| L250 | Other Written Motions | 10.40 | $2,767.50 |
| | **TOTAL** | **21.60** | **$5,730.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Eisner, Gregory E | GEE | Special Counsel | 6.40 | 261.00 | $1,670.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327131 | CLIENT | GMAC ResCap | | | Page | 4 |
| | | MATTER | Hodlin, Matthew & Bridgette | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | | 13.00 | 270.00 | $3,510.00 |
| Tarwater, Linda | LJT | Paralegal | | 0.90 | 130.50 | $117.45 |
| Hankins, Suzanne | SMH | Member | | 1.30 | 333.00 | $432.90 |
| | | **Total** | | **21.60** | | **$5,730.75** |

PRIOR FEES                          $10,980.90
PRIOR COSTS & EXPENSES        $1,978.89

| | |
|---|---|
| FEES | $5,730.75 |
| COSTS & EXPENSES | $123.10 |
| **TOTAL THIS INVOICE** | **$5,853.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327132    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1226     Vaught, Robert and Melody
                           GMAC Matter No.: 726136

**TOTAL AMOUNT DUE**                     **$1,084.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327132    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1226    Vaught, Robert and Melody
                        GMAC Matter No.: 726136

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MJE | 08/02/12 | Receipt and review of email from J. Holtgren regarding information needed re short sale and email to Plaintiff's counsel re same. | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 08/08/12 | Exchange of emails with Plaintiff regarding status of short sale and gathering documents | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 08/13/12 | Exchange of emails with J. Holtgren and Plaintiff's counsel re status of payoff statement and short sale. | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 08/15/12 | Exchange of emails with Plaintiff re status of sale documents requested by client | L190 | 0.40 | 279.00 | 111.60 |
| MJE | 08/22/12 | Exchange of emails with Plaintiff's counsel re obtaining required documents | L190 | 0.30 | 279.00 | 83.70 |
| MJE | 08/24/12 | Review file for CMC statement preparation by staff | L230 | 0.30 | 279.00 | 83.70 |
| MJE | 08/27/12 | Exchange of emails with J. Holtgren and D. Lewis re status of payoff statement | L190 | 0.30 | 279.00 | 83.70 |
| LJA | 08/28/12 | Conduct review of court and hard files. Draft Case Management Conference Statement in advance of upcoming hearing. | L210 | 0.80 | 130.50 | 104.40 |
| MJE | 08/29/12 | Signed off and approved CMC Statement | L230 | 0.30 | 279.00 | 83.70 |
| MJE | 08/31/12 | Receipt and review of email from D. Lewis and payoff statement from Wells Fargo and email to J. Holtgren re same | L190 | 0.40 | 279.00 | 111.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327132 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Vaught, Robert & Melody | | | |

| | **TOTAL** | **4.00** | **$997.20** |
|---|---|---|---|

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Orange County Court Santa Ana, CA 07/02/12 | 9.75 |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 09/17/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$87.75** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 2.60 | $725.40 |
| L210 | Pleadings | 0.80 | $104.40 |
| L230 | Court Mandated Conferences | 0.60 | $167.40 |
| | **TOTAL** | **4.00** | **$997.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Ash, Laura | LJA | Paralegal | 0.80 | 130.50 | $104.40 |
| Esposito, Matthew | MJE | Associate | 3.20 | 279.00 | $892.80 |
| | Total | | **4.00** | | **$997.20** |

| | |
|---|---|
| PRIOR FEES | $13,146.75 |
| PRIOR COSTS & EXPENSES | $1,023.92 |

| | |
|---|---|
| FEES | $997.20 |
| COSTS & EXPENSES | $87.75 |
| **TOTAL THIS INVOICE** | **$1,084.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Page 52 of 136

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327133    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER    1235      Cuesta, Sheila
                          GMAC Matter No.: 726545

TOTAL AMOUNT DUE            $2,544.05

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327133    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1235    Cuesta, Sheila
GMAC Matter No.: 726545

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/09/12 | Receive and analyze draft reply brief. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/09/12 | Receive and analysis of bankruptcy docket and third party purchaser's motion for relief from stay. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/09/12 | Prepare email to B. Eilenberg with revisions and additions to reply brief. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/09/12 | Perform legal research re: judicial estoppel and failure to disclose claims in bankruptcy. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/09/12 | Receive and revise draft reply brief. | L120 | 0.40 | 270.00 | 108.00 |
| BAE | 08/09/12 | Draft reply to opposition to demurrer to first amended complaint. | L240 | 3.80 | 247.50 | 940.50 |
| KWF | 08/10/12 | Continue preparing revisions and additions to reply brief. | L210 | 0.50 | 270.00 | 135.00 |
| BAE | 08/16/12 | Draft order sustaining demurrer with prejudice. | L240 | 0.40 | 247.50 | 99.00 |
| BAE | 08/16/12 | Draft proposed judgment. | L240 | 0.30 | 247.50 | 74.25 |
| SMH | 08/17/12 | Attention to court's granting of demurrer with leave to amend. | L250 | 0.20 | 333.00 | 66.60 |
| KWF | 08/17/12 | Prepare email to client, C. DiCicco, with judgment. | L190 | 0.10 | 270.00 | 27.00 |
| BAE | 08/17/12 | Attend hearing on demurrer. | L240 | 2.10 | 247.50 | 519.75 |
| KWF | 08/27/12 | Evaluate court docket and file status re: appeal deadlines. | L120 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **9.60** | | **$2,456.10** |

## COSTS & EXPENSES

08/07/12  One Legal, Inc.; Transmittal of filing to court;                          9.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327133 | CLIENT  GMAC ResCap | Page | 2 |
|---|---|---|---|
| | MATTER  Cuesta, Sheila | | |

| | | |
|---|---|---|
| | Amended Notice of Hearing on Demurrer to First Amended Comp....06/21/12 | |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/17/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$87.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.20 | $594.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 0.50 | $135.00 |
| L240 | Dispositive Motions | 6.60 | $1,633.50 |
| L250 | Other Written Motions | 0.20 | $66.60 |
| | **TOTAL** | **9.60** | **$2,456.10** |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Eilenberg, Benjamin A. | | BAE | Associate | 6.60 | 247.50 | $1,633.50 |
| Franich, Kerry | | KWF | Associate | 2.80 | 270.00 | $756.00 |
| Hankins, Suzanne | | SMH | Member | 0.20 | 333.00 | $66.60 |
| | | **Total** | | **9.60** | | **$2,456.10** |

| | |
|---|---|
| PRIOR FEES | $3,198.15 |
| PRIOR COSTS & EXPENSES | $1,007.15 |

| | |
|---|---|
| FEES | $2,456.10 |
| COSTS & EXPENSES | $87.95 |
| **TOTAL THIS INVOICE** | **$2,544.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327134    JBS                                         September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1241     BS Investors, LLC
                     GMAC Matter No.: 726857

**TOTAL AMOUNT DUE**              **$618.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327134    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1241    BS Investors, LLC
                        GMAC Matter No.: 726857

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/02/12 | Analyze correspondence from client re preparing notice of bankruptcy stay for action. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/03/12 | Draft and revise amended notice of bankruptcy stay and letter to plaintiff's counsel. | L430 | 0.50 | 288.00 | 144.00 |
| SMH | 08/13/12 | Attention to revised bankruptcy notice. | L210 | 0.30 | 333.00 | 99.90 |
| DL | 08/13/12 | Revise amended notice of bankruptcy stay and letter to plaintiff's counsel; prepare correspondence with client re same. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 08/28/12 | Revise amended notice of bankruptcy stay based on new form; and exchange correspondence with client re same. | L430 | 0.50 | 288.00 | 144.00 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/31/12 | Finalize amended notice of bankruptcy stay and letter to plaintiff's counsel. | L430 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **2.10** | | **$618.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L190 | Other Case Assessment | 0.20 | $57.60 |
| L210 | Pleadings | 0.30 | $99.90 |
| L430 | Written Motions/Submissions | 1.60 | $460.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327134 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | BS Investors, LLC | | | | |

| | TOTAL | | | 2.10 | **$618.30** | | |
|---|---|---|---|---|---|---|---|

| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|---|
| Liu, David | | DL | Associate | 1.80 | 288.00 | $518.40 |
| Hankins, Suzanne | | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | | **2.10** | | **$618.30** |

| PRIOR FEES | $7,923.60 |
|---|---|
| PRIOR COSTS & EXPENSES | $203.13 |

| FEES | $618.30 |
|---|---|
| **TOTAL THIS INVOICE** | **$618.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327135    JBS    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1254    Stone, Lance
GMAC Matter No.: 727306

**TOTAL AMOUNT DUE**          $2,890.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327135    JBS                                          September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1254    Stone, Lance
GMAC Matter No.: 727306

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 08/01/12 | Analyze PNC Bank's objection to notice of settlement. | L430 | 0.10 | 288.00 | 28.80 |
| DL | 08/02/12 | Exchange correspondence with plaintiff's counsel and eviction counsel re plaintiff's revisions to settlement agreement; begin initial review of changes to settlement agreement; exchange correspondence with PNC's counsel re status of settlement. | L160 | 0.60 | 288.00 | 172.80 |
| DL | 08/03/12 | Analyze plaintiff's revisions to settlement agreement and provide analysis to client re same; exchange correspondence with plaintiff re same. | L160 | 0.70 | 288.00 | 201.60 |
| DL | 08/06/12 | Exchange further correspondence with plaintiff's counsel re GMAC's objections to revisions to settlement agreement. | L160 | 0.40 | 288.00 | 115.20 |
| SMH | 08/07/12 | Attention to settlement issues. | L160 | 0.20 | 333.00 | 66.60 |
| DL | 08/07/12 | Formulate strategy re plaintiff's proposed changes to settlement agreement and exchange correspondence with client and eviction counsel re same. | L160 | 0.40 | 288.00 | 115.20 |
| DL | 08/07/12 | Exchange correspondence with PNC Bank re ex parte to reset hearing on its demurrer and review its ex parte application. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 08/08/12 | Attend telephonically PNC's ex parte application to reset hearing date for demurrer based on plaintiff misadvising court that settlement included PNC | L430 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327135 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Bank. | | | | | |
| DL | 08/08/12 | Work on comparing prior settlement agreement with new version approved by bankruptcy court; revise settlement agreement based on new agreement; exchange correspondence with client re same. | L160 | 1.10 | 288.00 | | 316.80 |
| DL | 08/09/12 | Revise settlement agreement re payment provision; exchange multiple correspondence with plaintiff's counsel re changes to settlement agreement; attend conference call with client and eviction counsel to discuss problems with closing settlement. | L160 | 0.90 | 288.00 | | 259.20 |
| DL | 08/10/12 | Prepare correspondence to plaintiff's counsel with bankruptcy order re limitations on settlement. | L160 | 0.20 | 288.00 | | 57.60 |
| SMH | 08/13/12 | Attention to settlement provision re stipulated UD judgment, impact of possession. | L160 | 0.20 | 333.00 | | 66.60 |
| SMH | 08/13/12 | Attention to H. Gains email re UD status. | L190 | 0.20 | 333.00 | | 66.60 |
| DL | 08/13/12 | Exchange correspondence with plaintiff's counsel and client re further proposed revisions to settlement. | L160 | 0.40 | 288.00 | | 115.20 |
| SMH | 08/14/12 | Attention to status of settlement, stipulation to continue UD. | L160 | 0.20 | 333.00 | | 66.60 |
| DL | 08/14/12 | Exchange correspondence with plaintiff's counsel and eviction counsel re continuance of eviction action and status of settlement. | L160 | 0.20 | 288.00 | | 57.60 |
| SMH | 08/20/12 | Attention to H. Goins and J. Hoy's emails regarding status of occupancy and impact on settlement agreement. | L190 | 0.20 | 333.00 | | 66.60 |
| SMH | 08/22/12 | Attention to A. Goins' email regarding unlawful detainer status, proposed course of action. | L190 | 0.20 | 333.00 | | 66.60 |
| SMH | 08/22/12 | Attention to various emails regarding property inspection and occupancy status, impact on settlement. | L190 | 0.30 | 333.00 | | 99.90 |
| SMH | 08/23/12 | Review and respond to J. Hoy's email regarding settlement agreement. | L160 | 0.20 | 333.00 | | 66.60 |
| DL | 08/27/12 | Exchange multiple correspondence with | L160 | 0.40 | 288.00 | | 115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327135 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | client, eviction counsel and plaintiff's counsel re finalizing settlement. | | | | | |
| DL | 08/28/12 | Exchange further correspondence with client, eviction counsel and plaintiff's counsel re terms of settlement and strategy re same. | L160 | 0.40 | 288.00 | | 115.20 |
| DL | 08/28/12 | Analyze PNC Bank's notice of ruling on order resetting PNC's demurrer. | L190 | 0.10 | 288.00 | | 28.80 |
| DL | 08/29/12 | Exchange further correspondence with client and parties re finalizing settlement agreement. | L160 | 0.20 | 288.00 | | 57.60 |
| DL | 08/30/12 | Exchange correspondence with plaintiff's counsel and eviction counsel re stipulated eviction judgment. | L160 | 0.20 | 288.00 | | 57.60 |
| DL | 08/31/12 | Exchange further correspondence with eviction counsel and plaintiff's counsel re settlement. | L160 | 0.20 | 288.00 | | 57.60 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | **9.50** | | | **$2,812.50** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service;  08/08/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 7.10 | $2,080.80 |
| L190 | Other Case Assessment | 1.10 | $357.30 |
| L430 | Written Motions/Submissions | 1.30 | $374.40 |
| | **TOTAL** | **9.50** | **$2,812.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 7.80 | 288.00 | $2,246.40 |
| Hankins, Suzanne | SMH | Member | 1.70 | 333.00 | $566.10 |
| | **Total** | | **9.50** | | **$2,812.50** |

| | |
|---|---|
| PRIOR FEES | $15,707.10 |
| PRIOR COSTS & EXPENSES | $1,209.39 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327135 | CLIENT | GMAC ResCap | Page | 4 |
|---|---|---|---|---|---|
| | | MATTER | Stone, Lance | | |

| | |
|---|---|
| FEES | $2,812.50 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$2,890.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327136    JBS                                    September 21, 2012


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT       19000    GMAC ResCap
MATTER       1259     Garay, Sandra and Epigmenio
                      GMAC Matter No.: 727475


### TOTAL AMOUNT DUE                    $984.60


### *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327136    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1259    Garay, Sandra and Epigmenio
GMAC Matter No.: 727475

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 08/01/12 | Prepare email to M. Scott re: proposed rescission of reconveyance and reinstatement of deed of trust. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/01/12 | Telephone conference with client, A. Hartshorn, re: revisions and settlement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/06/12 | Prepare further revisions to settlement agreement and rescission, including changes re: Rescap BK and acknowledgement of signatures. | L160 | 1.00 | 270.00 | 270.00 |
| KWF | 08/06/12 | Prepare letter to borrowers re: settlement agreement and rescission of erroneous reconveyances. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare email to client, A. Hartshorn, re: status of settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/09/12 | Telephone conference with E. Garay re: settlement and agreement to rescind. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 08/10/12 | Telephone conference with client, A. Hartshorn, re: status of settlement. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/13/12 | Prepare further revisions to draft settlement agreement, prepare email to client, A. Hartshorn, re: same. | L160 | 0.40 | 270.00 | 108.00 |
| KWF | 08/13/12 | Prepare letter to borrowers re: revised settlement agreement and rescission. | L160 | 0.30 | 270.00 | 81.00 |
| KWF | 08/16/12 | Telephone conference with borrower re: second priority loan and letter from Green Tree. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 08/29/12 | Attention to issues related to HELOC, impact on short sale. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/29/12 | Receive and analyze correspondence from borrowers re: second deed of trust. | L120 | 0.50 | 270.00 | 135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    327136 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Garay, Sandra & Epigmenio | | |

Prepare email to client re: status of
short sale.

**TOTAL**                                    **3.60**            **$984.60**


## COSTS & EXPENSES


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $243.00 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $594.00 |
| L190 | Other Case Assessment | 0.50 | $147.60 |
| | **TOTAL** | **3.60** | **$984.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.40 | 270.00 | $918.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **3.60** | | **$984.60** |

| | |
|---|---|
| PRIOR FEES | $3,685.05 |
| PRIOR COSTS & EXPENSES | $131.78 |

| | |
|---|---|
| FEES | $984.60 |
| **TOTAL THIS INVOICE** | **$984.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327137    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1291    Allen, Pearlie
                        GMAC Matter No.: 728835

**TOTAL AMOUNT DUE**                          **$525.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Pᴏsᴇᴄᴋ · ᴇᴀᴄᴋson
### &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327137 | JBS | September 21, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1291    Allen, Pearlie
GMAC Matter No.: 728835

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| KWF | 08/01/12 | Evaluate file status and court docket. Prepare email to Plaintiff's counsel following up on financial package. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Evaluate file status. Prepare email to client, M. Ravelo, re: declaration of non-monetary status. Place call to Plaintiff's counsel re: settlement. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/09/12 | Prepare letter to Plaintiff's counsel re: deadline for delivering financial package and status of litigation. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/17/12 | Receive and analyze Plaintiff's case management statement. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/20/12 | Evaluate file status and court docket. Prepare response to client inquiry re: same. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/27/12 | Analyze file status and court docket. Prepare email to client, C. Bonello, with status update. | L120 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **1.90** | | **$525.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $459.00 |
| L190 | Other Case Assessment | 0.20 | $66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327137    CLIENT    GMAC ResCap                    Page        2
                        MATTER    Allen, Pearlie

|  | | | | | |
|---|---|---|---|---|---|
| **TOTAL** | | | **1.90** | **$525.60** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.70 | 270.00 | $459.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **1.90** | | **$525.60** |

PRIOR FEES                    $2,482.65
PRIOR COSTS & EXPENSES        $1,643.88

| | | |
|---|---|---|
| FEES | | $525.60 |
| **TOTAL THIS INVOICE** | | **$525.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327138    JBS                          September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1293     Orozco, Javier and Ada
                     GMAC Matter No.: 729255


**TOTAL AMOUNT DUE**            $719.55


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327138    JBS                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1293    Orozco, Javier and Ada
GMAC Matter No.: 729255

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| PG | 08/04/12 | Draft revised bankruptcy notice and cover letter to all counsel re: same. | L210 | 0.60 | 247.50 | 148.50 |
| SMH | 08/06/12 | Attention to requested revisions to bankruptcy notice. | L210 | 0.20 | 333.00 | 66.60 |
| PG | 08/06/12 | Review email from client re: revisions to stay notice and legal analysis and strategizing with S. Hankins re: same. | L210 | 0.40 | 247.50 | 99.00 |
| PG | 08/10/12 | Review email from client re: revised stay notice. | L210 | 0.20 | 247.50 | 49.50 |
| SMH | 08/13/12 | Attention to revised bankruptcy notice. | L210 | 0.20 | 333.00 | 66.60 |
| PG | 08/13/12 | Revise stay notice and letter to all counsel advising of stay to indicate that motion for injunction of foreclosure sale will not be stayed, and draft email to client re: same. | L210 | 0.50 | 247.50 | 123.75 |
| SMH | 08/14/12 | Attention to J. Hoy email re removal of foreclosure hold. | L190 | 0.20 | 333.00 | 66.60 |
| PG | 08/14/12 | Exchange of emails with client re: moving forward with foreclosure sale. | L220 | 0.20 | 247.50 | 49.50 |
| PG | 08/22/12 | Review email from Plaintiff's Counsel re: status of bankruptcy. | L210 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **2.70** | | **$719.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327138 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Orozco, Javier & Ada | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.20 | $66.60 | |
| L210 | Pleadings | | 2.30 | $603.45 | |
| L220 | Preliminary Injunctions/Provis | | 0.20 | $49.50 | |
| | **TOTAL** | | **2.70** | **$719.55** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Grammatico, Paul | PG | Associate | 2.10 | 247.50 | $519.75 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **2.70** | | **$719.55** |

| | |
|---|---|
| PRIOR FEES | $3,652.20 |
| PRIOR COSTS & EXPENSES | $1,003.69 |

| | |
|---|---|
| FEES | $719.55 |
| **TOTAL THIS INVOICE** | **$719.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     327139     JBS

September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1300 | Hildebrandt, Joanne |
| | | GMAC Matter No.: 729582 |

**TOTAL AMOUNT DUE**          **$342.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327139    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1300    Hildebrandt, Joanne
                        GMAC Matter No.: 729582

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 08/01/12 | Prepare email to client, C. DiCicco, advising of non-response from Plaintiffs re: incomplete financial package. | L120 | 0.10 | 270.00 | 27.00 |
| SMH | 08/23/12 | Attention to postponement request, recommendation regarding same. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/23/12 | Prepare email to Plaintiff's counsel, S. Simone, re: foreclosure sale date. | L120 | 0.40 | 270.00 | 108.00 |
| SMH | 08/24/12 | Attention to workout status, postponement by FNMA. | L190 | 0.10 | 333.00 | 33.30 |
| KWF | 08/28/12 | Prepare email to Plaintiff's counsel, S. Simone, re: settlement and financial documents. | L160 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | **1.20** | | **$342.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $135.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $108.00 |
| L190 | Other Case Assessment | 0.30 | $99.90 |
| | **TOTAL** | **1.20** | **$342.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327139 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Hildebrandt, Joanne | | | |

| | | | | |
|---|---|---|---|---|
| **Total** | | 1.20 | | **$342.90** |

PRIOR FEES                         $3,033.90
PRIOR COSTS & EXPENSES             $77.23

|  | |
|---|---|
| FEES | $342.90 |
| **TOTAL THIS INVOICE** | **$342.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327140    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1303     Caldera, Yolanda
                    GMAC Matter No.: 729718

**TOTAL AMOUNT DUE**            **$862.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327140    JBS

September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1303    Caldera, Yolanda
GMAC Matter No.: 729718

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 08/01/12 | Prepare case management statement. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare for hearing on demurrer. | L240 | 0.50 | 270.00 | 135.00 |
| SMH | 08/07/12 | Attention to court's order sustaining demurrer without leave to amend. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 08/07/12 | Appear at hearing on demurrer to complaint. | L240 | 0.50 | 270.00 | 135.00 |
| KWF | 08/07/12 | Prepare email to client, C. DiCicco, advising of hearing results on demurrer. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/07/12 | Prepare proposed order of dismissal. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Receive and analyze tentative ruling on demurrer. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/07/12 | Prepare notice of ruling on demurrer. | L210 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **2.30** | | **$633.60** |

## COSTS & EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 08/07/12 | One Legal, Inc.; Transmittal of filing to court; Reply 07/31/12 | 49.95 |
| 08/13/12 | DDS Legal Support Systems; Court Services; LASC- Southeast- Norwalk 6/18/12 | 51.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 10/16/12 | 78.00 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Reply 08/01/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$228.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 327140 | **CLIENT** | GMAC ResCap | | Page | 2 |
| | **MATTER** | Caldera, Yolanda | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| L210 | Pleadings | 1.10 | $309.60 |
| L240 | Dispositive Motions | 1.00 | $270.00 |
| | **TOTAL** | **2.30** | **$633.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **2.30** | | **$633.60** |

| | |
|---|---|
| PRIOR FEES | $2,953.80 |
| PRIOR COSTS & EXPENSES | $141.94 |

| | |
|---|---|
| FEES | $633.60 |
| COSTS & EXPENSES | $228.90 |
| **TOTAL THIS INVOICE** | **$862.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327141    JBS                                   September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     1370      Rivera, Albert
                     GMAC Matter No.: 731868

**TOTAL AMOUNT DUE**              $1,029.15

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327141    JBS                                   September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1370    Rivera, Albert
                        GMAC Matter No.: 731868

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JBS | 08/24/12 | Analysis and evaluation of complaint and defense strategy | L120 | | 0.40 | 427.50 | 171.00 |
| SMH | 08/24/12 | Attention to new complaint, client reference to no interest, potential early resolution. | L210 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 08/24/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | | 0.40 | 130.50 | 52.20 |
| KWF | 08/24/12 | Receive and analyze file in preparation for further handling. | L120 | | 0.50 | 270.00 | 135.00 |
| KWF | 08/24/12 | Prepare initial evaluation to client, C. Bonello, re: notice of bankruptcy. | L120 | | 0.30 | 270.00 | 81.00 |
| KWF | 08/24/12 | Prepare letter to Plaintiff's counsel re: final supplemental order. | L120 | | 0.40 | 270.00 | 108.00 |
| SMH | 08/26/12 | Draft email re potential for dismissal. | L190 | | 0.10 | 333.00 | 33.30 |
| SMH | 08/27/12 | Attention to lack of GMAC interest in loan per title review. | L190 | | 0.10 | 333.00 | 33.30 |
| SMH | 08/27/12 | Attention to early case evaluation. | L190 | | 0.20 | 333.00 | 66.60 |
| LJT | 08/27/12 | Research title records and MERS website to ascertain GMAC's interest in subject loan/property and draft e-mail re same. | L110 | | 0.30 | 130.50 | 39.15 |
| KWF | 08/27/12 | Draft notice of bankruptcy. | L210 | | 0.40 | 270.00 | 108.00 |
| KWF | 08/30/12 | Prepare email to Plaintiff's counsel, C. Pratt, re: dismissal of GMAC. | L120 | | 0.30 | 270.00 | 81.00 |
| KWF | 08/31/12 | Telephone conference with Plaintiff's | L120 | | 0.20 | 270.00 | 54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327141 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Rivera, Albert | | | |

counsel, S. Murphy, re: dismissal of
GMAC and representation of
Nationstar.

**TOTAL**                                       **3.80**              **$1,029.15**


## COSTS & EXPENSES


## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $39.15 |
| L120 | Analysis/Strategy | 2.10 | $630.00 |
| L190 | Other Case Assessment | 0.80 | $185.40 |
| L210 | Pleadings | 0.60 | $174.60 |
| | **TOTAL** | **3.80** | **$1,029.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Franich, Kerry | KWF | Associate | 2.10 | 270.00 | $567.00 |
| Tarwater, Linda | LJT | Paralegal | 0.30 | 130.50 | $39.15 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **3.80** | | **$1,029.15** |

|  | FEES | $1,029.15 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,029.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Peterson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327142    JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1378     Twitty, Marc
                    GMAC Matter No.: 732106

**TOTAL AMOUNT DUE**              **$304.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327142    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1378    Twitty, Marc
GMAC Matter No.: 732106

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 08/30/12 | Analysis and evaluation of documents from client and defense strategy. | L120 | 0.40 | 427.50 | 171.00 |
| CHR | 08/30/12 | Prepare Confirmation to Client re Receipt and Contact Attorney Assignment. Review Initial Correspondence and Pleadings. Review Court Docket for Additional Pleadings and Calendar Dates. Draft New Matter Form. Prepare Conflicts and Calendar Request Memo. | L190 | 0.40 | 130.50 | 52.20 |
| KWF | 08/30/12 | Receive and analysis of file. Prepare email to client, J. Holtgren, re: ETS' file. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.10** | | **$304.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $252.00 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **1.10** | **$304.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Franich, Kerry | KWF | Associate | 0.30 | 270.00 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327142 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Twitty, Marc | | | |

| | | **Total** | | **1.10** | **$304.20** |
|---|---|---|---|---|---|

| | FEES | $304.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$304.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327143    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0683     Burnett (Daniels)
                     GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**              $1,031.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327143    JBS

September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0683    Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| JHT | 08/06/12 | Reviewed Joint Discovery Status Report. | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/10/12 | Receipt, review and analysis of Wells Fargo's notice of business records subpoena to USC health care network | L120 | 0.10 | 238.50 | 23.85 |
| JOC | 08/14/12 | Attend court status conference. | L230 | 1.10 | 279.00 | 306.90 |
| LJT | 08/16/12 | Research title records to prepare chronology. | L110 | 0.40 | 130.50 | 52.20 |
| LJT | 08/18/12 | Additional title research, review title records and prepare chronology. | L110 | 1.40 | 130.50 | 182.70 |
| YS | 08/20/12 | Telephone conference with plaintiff's counsel regarding status of settlement discussions with co-owner of the subject property | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/20/12 | Review and analysis of title records in order to determine current status of the subject property, clients' interest in the subject property, and how the ongoing litigation may affect the property | L120 | 0.70 | 238.50 | 166.95 |
| YS | 08/27/12 | Receipt, review and analysis of petitioner's inspection demand to respondent southwest escrow corp. | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/30/12 | Receipt, review and analysis of Wells Fargo notice of deposition of Grover Burnett Jr. | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/30/12 | Review and analysis of Wells Fargo's responses to Grover Burnett, Jr.'s written discovery | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **4.50** | | **$923.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   327143 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Burnett (Daniels) | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/16/12   CourtCall, LLC; CourtCall - Conference Service; 08/14/12 | | 108.00 |
| **TOTAL COSTS & EXPENSES** | **$108.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.80 | $234.90 |
| L120 | Analysis/Strategy | 1.20 | $286.20 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L230 | Court Mandated Conferences | 1.10 | $306.90 |
| **TOTAL** | | **4.50** | **$923.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 0.20 | 238.50 | $47.70 |
| Campbell, J. Owen | JOC | Associate | 1.10 | 279.00 | $306.90 |
| Tarwater, Linda | LJT | Paralegal | 1.80 | 130.50 | $234.90 |
| Shaham, Yaron | YS | Special Counsel | 1.40 | 238.50 | $333.90 |
| **Total** | | | **4.50** | | **$923.40** |

| | | |
|---|---|---|
| PRIOR FEES | $14,624.55 | |
| PRIOR COSTS & EXPENSES | $1,354.57 | |

| | |
|---|---|
| FEES | $923.40 |
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$1,031.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

## Ledger for 08/11/2012 through

| DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | FEE/ LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 8/20/12 | Paul Grammatico | 5106316 | Los Angeles Superior Court-Pomona | Judge Robert Dukes | Vazquez v. Wells Fargo/KC062763 | | $78.00 $0.00 | $78.00 | ($8,674.50) |
| **Reference # 55000.0134** | | | | | | | | | |
| 8/28/12 | Edward Buell, III | 5106328 | San Mateo County Superior Court | Judge Dylina/Foiles (CMC) | Bernardino vs. Wells Fargo Bank/505597 | | $78.00 $0.00 | $78.00 | ($8,596.50) |
| **Reference # 07685-1071** | | | | | | | | | |
| 8/15/12 | Jarlath Curran, II | 5106415 | Los Angeles Superior Court-Central(A-L) | Judge Ann I. Jones | Charlotte Kim v. Wells Fargo/BC488947 | | $78.00 $108.00 $30.00 | $108.00 | ($8,488.50) |
| **Reference # 55000.0392** | | | | | | | | | |
| 9/14/12 | Paul Grammatico | 5106437 | Los Angeles Superior Court-Central(A-L) | Judge Ann I. Jones | Charlotte Kim vs. Wells Fargo/BC488947 | | $78.00 $108.00 $30.00 | $108.00 | ($8,380.50) |
| **Reference # 55000.0392** | | | | | | | | | |
| 8/14/12 | Yaron Shaham | 5106482 | Los Angeles Superior Court-Central(M-Z) | Judge Mary Ann Murphy | Burnett, Johnny B. v. GMAC, et al./BP098574 | | $78.00 $108.00 $30.00 | $108.00 | ($8,272.50) |
| **Reference # 49000.0683S** | | | | | | | | | |
| 8/14/12 | Yaron Shaham | 5106498 | Los Angeles Superior Court-Central(A-L) | Judge Mitchell L. Beckloff | Conservatorship of Grover Burnett, Sr./BP098574 | | $78.00 $108.00 $30.00 | $108.00 | ($8,164.50) |
| **Reference # 49000.0683** | | | | | | | | | |
| 8/17/12 | Michael Cross | 5106503 | San Mateo County Superior Court | Judge Dylina/Foiles (CMC) | Rosemary Chukwudebe vs. Wachovia Mortgage/509021 | | $78.00 $0.00 | $78.00 | ($8,086.50) |
| **Reference # 55000.0018** | | | | | | | | | |
| 8/20/12 | Michael Cross | 5106515 | Nevada County Superior Court-Nevada City | Judge Sean P. Dowling (VI) | Patricia Gardiner v. Greenpoint Mortgage Funding/77871 | | $78.00 $0.00 | $78.00 | ($8,0  ) |
| **Reference # 15314.0281** | | | | | | | | | |

2012

From Auto Debit Send on 08/15/12 at 11:14 PM

Pag

# Peverson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327144    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1057     DeLery, Henry
                    GMAC Matter No.: 718687

**TOTAL AMOUNT DUE**              **$833.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327144    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006
Matter    19000 1057    DeLery, Henry
                        GMAC Matter No.: 718687

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Receive and revise draft amended demurrer to first amended complaint. | L240 | 0.30 | 270.00 | 81.00 |
| KWF | 08/01/12 | Prepare email to client, J. Hoy, re: amended demurrer. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/02/12 | Prepare revisions to amended BK notice and cover letter to Plaintiff's counsel. Prepare email to title counsel advising of same. | L120 | 0.30 | 270.00 | 81.00 |
| SMH | 08/13/12 | Attention to proposed strategy re resolution notwithstanding bankruptcy. | L190 | 0.20 | 333.00 | 66.60 |
| KWF | 08/13/12 | Prepare email to title counsel, J. Lowenthal, re: J. Ceballos investigation re: forgery, and possible settlement. | L120 | 0.50 | 270.00 | 135.00 |
| SMH | 08/16/12 | Attention to communication with counsel for Cabellos, potential for declaration. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/21/12 | Attention to status, impact of stay. | L190 | 0.20 | 333.00 | 66.60 |
| SMH | 08/22/12 | Brief review of co-counsel's motion to continue trial. | L210 | 0.20 | 333.00 | 66.60 |
| KWF | 08/22/12 | Receive and analyze draft motion to continue trial date. Prepare email to client, J. Hoy, re: same. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/30/12 | Review and analyze Plaintiff's proof of claim. Prepare email to title counsel, J. Lowenthal, advising of same. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.50** | | **$725.40** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    327144 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | DeLery, Henry | | |

| | | |
|---|---|---|
| 07/16/12 CourtCall, LLC; CourtCall - Conference Service; 07/12/12 | | 108.00 |
| **TOTAL COSTS & EXPENSES** | **$108.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $378.00 |
| L190 | Other Case Assessment | 0.60 | $199.80 |
| L210 | Pleadings | 0.20 | $66.60 |
| L240 | Dispositive Motions | 0.30 | $81.00 |
| | **TOTAL** | **2.50** | **$725.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.70 | 270.00 | $459.00 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| | **Total** | | **2.50** | | **$725.40** |

| | |
|---|---|
| PRIOR FEES | $32,125.05 |
| PRIOR COSTS & EXPENSES | $1,909.16 |

| | |
|---|---|
| FEES | $725.40 |
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$833.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Debit Account Number CCDA-01-378**

...elle Hong
...son & Werson
...ne Embarcadero Center, 26th Floor
...San Francisco, CA 94111
Tel: 415-398-3344
Fax: 415-956-0439

## To make a payment on this account

**Pay by credit card** by calling our accounting department at (888) 882-6878, option 5 or ask us to **register your debit account for online access** using our website at www.courtcall.com.

**Mail your check** to CourtCall, LLC, 6383 Arizona Circle, Los Angeles, CA 90045, payable to: CourtCall, LLC and write your debit account number in the memo section of the check

Debit Ledger for 07/11/2012 through 07/15/2012

Payment of any balance is due in full upon receipt of this statement

| TRAN DATE | APP DATE | ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/12 | 7/12/12 | Kerry Franich | 5046801 | Los Angeles Superior Court-Central(M-Z) | 45 | Judge Mel Red Recana | Delery, et al vs. Paul Financial, LLC, et al/BC468945 | $78.00 | $30.00 | $108.00 | ($14,947.70) |
| **Reference # 19000-1057** | | | | | | | | | | | |
| 7/11/12 | 8/13/12 | Brian Whittemore | 5047002 | Santa Cruz County Superior Court | 4/PRB | Judge Timothy R. Volkmann | Pedro Salazar v. Bank of America Corporation, et al/CV174225 | $78.00 | $0.00 | $78.00 | ($14,869.70) |
| **Reference # 70000.0814** | | | | | | | | | | | |
| 7/11/12 | 10/16/12 | Brian Whittemore | 5047020 | Sacramento County Superior Court | 53 | Judge David I. Brown | Michael and Susan Monk v. Bank of America, N.A., et al/34-2011-00116291 | $78.00 | $0.00 | $78.00 | ($14, |
| **Reference # 70000.0577** | | | | | | | | | | | |
| 7/11/12 | 7/24/12 | Clayton Gaddis | 5047081 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Yulma Rodriguez vs. Bank of America, et al/20-111CV204313 | $78.00 | $0.00 | $78.00 | ($14, |
| **Reference # 70000.0262** | | | | | | | | | | | |
| 7/11/12 | 7/25/12 | Brian Whittemore | 5047099 | San Francisco Superior Court | 610 | Rotating Judges | Ryan Henderson v. Bank of America, N.A., et al/CGC-12-518561 | $78.00 | $0.00 | $78.00 | ($14,635.70) |
| **Reference # 70000.0657** | | | | | | | | | | | |

From Auto Debit Send on 07/15/12 at 11:11 PM

Page 1

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327145    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1098    Rodriguez, Ignacio and Rosa Maria
C/M# 719794

**TOTAL AMOUNT DUE**          **$5,622.53**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Pᴇᴛᴇʀsᴏɴ & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327145    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1098    Rodriguez, Ignacio and Rosa Maria
C/M# 719794

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 08/01/12 | Analysis and evaluation of status of case in order to provide status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 08/01/12 | Preparation of status report to client. | L110 | 0.30 | 306.00 | 91.80 |
| MCN | 08/06/12 | Telephone call to default clerk, calendar clerk and docket clerk to determine reasons for delay in entry of default of Quinones. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/06/12 | Further analysis of strategy in view of court's error in not entering default of Quinones in a timely basis. | L240 | 0.20 | 306.00 | 61.20 |
| MCN | 08/08/12 | Telephone call with Carmen, courtroom clerk, regarding instructions for having entry of default completed and reasons for delay. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/08/12 | Analysis and evaluation of Code Sections cited by clerk supporting refusal to enter default. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/08/12 | Analysis and evaluation of default clerk's requirement to serve "statement of punitive damages" whether or not seeking punitive damages. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/14/12 | Analysis and evaluation of prove-up procedure in view of court's failure to enter default. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 08/14/12 | Multiple telephone calls with courtroom clerk regarding request for entry of default as to Quinones and explanation of prove-up process. | L120 | 0.40 | 306.00 | 122.40 |
| MCN | 08/15/12 | Further analysis of procedure for | L250 | 1.30 | 306.00 | 397.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   327145 | **CLIENT**  GMAC ResCap | | | | Page    2 |
|---|---|---|---|---|---|
| | **MATTER**  Rodriguez, Ignacio & Rosa | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | prove-up of quiet title in view of delay in entry of default of Quinones. | | | | |
| MCN | 08/20/12 | Multiple telephone calls with default clerk regarding court's decision to set aside defaults and reject Quinones' request to enter default. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/20/12 | Analysis and evaluation of Code of Civil Procedure section 425.115 and 425.11 to determine strategy for case in view of court's sua sponte order. | L120 | 0.30 | 306.00 | 91.80 |
| NLA | 08/22/12 | Research re rules for entry of default & statement of damages; provide summary re thoughts why court set aside entered default; emails re same. | L210 | 1.10 | 130.50 | 143.55 |
| NLA | 08/22/12 | Continue to research rules/protocol for entering default & the necessity of filing a statement of damages; procedures re default judgments; provide summary to CN; emails (multiple) re same. | L210 | 2.20 | 130.50 | 287.10 |
| MCN | 08/22/12 | Analysis and evaluation of authorities regarding entry of default and statement of punitive damages. | L120 | 0.70 | 306.00 | 214.20 |
| MCN | 08/23/12 | Initial draft letter brief to court regarding erroneous order setting aside default and analysis of CCP sections regarding same. | L250 | 0.80 | 306.00 | 244.80 |
| MCN | 08/24/12 | Further analyze Code of Civil Procedure section 425.115 and section 425.11 in order to draft letter brief regarding erroneous order setting aside defaults. | L120 | 1.40 | 306.00 | 428.40 |
| MCN | 08/24/12 | Analysis and evaluation of strategy for case in view of erroneous order setting aside defaults, and whether to serve statement of punitive damages. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 08/24/12 | Further draft letter brief analyzing Code of Civil Procedure sections 425.115 and 425.11. | L120 | 2.10 | 306.00 | 642.60 |
| MCN | 08/24/12 | Drafting of statement of punitive damages. | L120 | 0.50 | 306.00 | 153.00 |
| MCN | 08/28/12 | Correspondence with Christy Hancock. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/28/12 | Analysis and evaluation of strategy for | L250 | 0.70 | 306.00 | 214.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327145 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rodriguez, Ignacio & Rosa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | response to order to show cause. | | | | |
| MCN | 08/28/12 | Analysis and evaluation of facts to be set forth in response to order to show cause and whether to resubmit all default paperwork. | L250 | 0.60 | 306.00 | 183.60 |
| MCN | 08/29/12 | Analysis and evaluation of strategy for prove-up in view of court's erroneous order setting aside defaults. | L120 | 0.60 | 306.00 | 183.60 |
| MCN | 08/31/12 | Analysis and evaluation of strategy in view of order to show cause issued and whether to file declaration in support of response to order to show cause. | L250 | 0.70 | 306.00 | 214.20 |
| MCN | 08/31/12 | Further analysis of order to show cause issued by court to determine response. | L250 | 0.20 | 306.00 | 61.20 |
| MCN | 08/31/12 | Drafting of declaration of Nowlin in response to order to show cause. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/31/12 | Analysis and evaluation of status of case to prepare status report to client. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 08/31/12 | Preparation of status report to client. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 08/31/12 | Initial preparation of declaration in response to order to show cause. | L120 | 0.50 | 306.00 | 153.00 |
| | | **TOTAL** | | **19.20** | | **$5,296.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; Rocorder- Norwalk; Advance fees $48.00 6/1/12 | 118.35 |
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Compton 6/11/12 | 107.63 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; LASC - Compton, CA 07/12/12 | 100.50 |
| | **TOTAL COSTS & EXPENSES** | **$326.48** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $214.20 |
| L120 | Analysis/Strategy | 8.10 | $2,478.60 |
| L210 | Pleadings | 3.30 | $430.65 |
| L240 | Dispositive Motions | 0.60 | $183.60 |
| L250 | Other Written Motions | 6.50 | $1,989.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327145 | CLIENT | GMAC ResCap | | Page | 4 |
|---|---|---|---|---|---|---|
| | | MATTER | Rodriguez, Ignacio & Rosa | | | |

| | | TOTAL | | **19.20** | **$5,296.05** | | | |
|---|---|---|---|---|---|---|---|---|

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | | Special Counsel | 15.90 | 306.00 | $4,865.40 |
| Athas, Natalie | NLA | | Paralegal | 3.30 | 130.50 | $430.65 |
| | | **Total** | | **19.20** | | **$5,296.05** |

| PRIOR FEES | $17,642.70 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,756.51 |

| | |
|---|---|
| FEES | $5,296.05 |
| COSTS & EXPENSES | $326.48 |
| **TOTAL THIS INVOICE** | **$5,622.53** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**INVOICE**

| INVOICE NO. | CUSTOMER NO. |
| --- | --- |
| 365778 | 23103 |
| Invoice Date | Total Due |
| 6/15/12 | 16,117.14 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 23103 | 365778 | 6/15/12 | 16,117.14 | 2 | | |
| Date | Order No. | Svc | Service Detail | | | | Charges | Total |
| 6/01/12 FILING-REGULAR VEHICLE | 9473543 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Ryan Brooks    Wait: 35 Min Case No.: CHA11W01622 Please pick up the o Signed: fld/ror | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH       CA 91311 Case Title: Boyd v. GMAC riginal (& copies) f Ref: 19000-1172 | Base Chg :  117.75 Wait       :    3.35 | | 121.10 |
| 6/01/12 FILING-ASAP VEHICLE | 9473589 | ASF | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: DIANA J LOPEZ    Wait: 35 Min Case No.: N/A PICK UP DOCUMENT TO Signed: recorded/cert | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK       CA 90650 Case Title: N/A BE RECORDED IN NORWA Ref: 19000.1098 | Base Chg :   67.00 Wait       :    3.35 Adv/Wit Ck:   48.00 | | 118.35 |
| 6/01/12 FILING-ASAP VEHICLE | 9473591 | ASF | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK       CA 90650 Caller: DIANA J LOPEZ    Wait: 25 Min Case No.: N/A TAKE RECORDED CERTIF Signed: filed/conf | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON       CA 90220 Case Title: N/A IED CC OF CNTRL# Ref: 19000.1098 | Base Chg :   71.00 | | 71.00 |
| 6/01/12 FILING-BRANCH FAX/PDF | 9473593 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Rosa Case No.: 37 2011 0059634 FILE/CONFORM/RETURN Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA       CA 92083 Case Title: GONZALEZ V GMAC PDF CC Ref: 19000.1119 | Base Chg :  106.50 | | 106.50 |
| 6/01/12 FILING-BRANCH FAX/PDF | 9473606 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: Liz C. Roberts Case No.: pc050699 Please file the atta Signed: RCD | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH       CA 91311 Case Title: Ganloth - PC050699 ched doc (1) with th Ref: 11960.0263 | Base Chg :   62.50 | | 62.50 |
| 6/01/12 FILING-BRANCH FAX/PDF | 9473627 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE        CA 92605 Caller: DIANA J LOPEZ Case No.: tc026180 FILE/CONFORM/RETURN Signed: filed | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON       CA 90220 Case Title: gmac mortgage v rodr NEEDS EMAIL CONFIRMA Ref: 19000.1098 | Base Chg :   62.50 | | 62.50 |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 365778 | 23103 |
| Invoice Date | Total Due |
| 6/15/12 | 16,117.14 |

...ngeles, CA 90074-9806

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/11/12 FILING-BRANCH FAX/PDF | 9476851 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Ryan Brooks Case No.: hgl1603746 Please have filed/co Signed: filed | Alameda County Court 24405 Amador St HAYWARD CA 94544 Case Title: mayorga v bank of am nformed today and de Ref: (15314-0324 | Base Chg : 71.75 PDF Chg : 39.00 Adv/Wit Ck: 395.00 | 505.75 |
| 6/11/12 RESEARCH-BRANCH NEXT DAY | 9476853 | BNR | SEVERSON & WERSON 8303 N Haven Ave RANCHO CUCAMONGA CA 91730 Caller: Ryan Brooks Case No.: CIVRS1203394 Please obtain a copy Signed: COPIED | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Rojas v. Fernandez of the Demurrer & M Ref: 19000-1289 | Base Chg : 61.75 Research : 20.10 Adv/Wit Ck: 11.00 | 92.85 |
| 6/11/12 FILING-BRANCH FAX/PDF | 9476872 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Terri Keller Wait: 20 Min Case No.: 37-2012-00050142 FILE/CONFORM/RETURN Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA CA 92083 Case Title: GONZALES V BAC HOME ADVANCE FEES Ref: 70000.0553 | Base Chg : 141.50 PDF Chg : 159.00 Adv/Wit Ck: 40.00 | 340.50 |
| 6/11/12 PDF COURTESY DELIVERY | 9476929 | PDF | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Jeff Weddle Case No.: na Pls. deliver the att Signed: del | USDC-Central (Roybal) 255 E. Temple St. LOS ANGELES CA 90012 ached as a "courtesy Ref: 1253 | Base Chg : 25.00 | 25.00 |
| 6/11/12 FILING-BRANCH FAX/PDF | 9476938 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: DIANA J LOPEZ Wait: 44 Min Case No.: tc026180 FILE/CONFORM/RETURN Signed: filed | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON CA 90220 Case Title: gmac mortgage v rodr NEEDS EMAIL CONFIRMA Ref: 19000.1253 | Base Chg : 97.50 Wait : 9.38 PDF Chg : .75 | 107.63 |
| 6/11/12 RESEARCH-BRANCH SAME DAY | 9476981 | BAR ASP | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Caller: Liz C. Roberts Case No.: bc468098 Please go to the abo Signed: ashley | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: Benton (BC468098) ve-referenced court Ref: 19000.1044 | Base Chg : 62.25 Return : 65.75 Research : 13.40 Adv/Wit Ck: 27.00 | 168.40 |

COl

## INVOICE PAYMENT DUE UPON RECEIPT

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

**INVOICE**

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| | |
| Invoice Date | Total Due |
| 7/15/12 | 16,009.40 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 13 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/12/12<br>PROCESS-BRANCH ASAP | 9488482 | BAP | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: VICTORIA<br>Case No.: 37-2012-00095724<br>DROP SERVICE FOR<br>Signed: ron stormoen | LAW OFFICES OF RON A. STORMOEN<br>1011 CAMINO DEL RIO SOUTH<br>SD-MISSION VLY  CA 92108<br><br>Case Title: RUSSO V BANK OF AMER<br>TODAY<br>Ref: RUSSO V BANK OF AMERICA | Base Chg :   130.50<br>PDF Chg  :    11.25 | 141.75 |
| 7/12/12<br>FILING-FAX/PDF | 9488522 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Rosa      Wait: 25 Min<br>Case No.: bc450622<br>FILE/CONFORM/RETURN<br>Signed: FILED/CC DEL | LASC-LOS ANGELES<br>111 NORTH HILL STREET<br>LOS ANGELES     CA 90012<br><br>Case Title: nasser ghobadpour v<br>DELIVER CC TO DEPT55<br>Ref: 70000.0052 | Base Chg :    29.75 | 29.75 |
| 7/12/12<br>RESEARCH-BRANCH NEXT DAY | 9488524 | BNR | LASC-VAN NUYS<br>6230 SYLMAR AVENUE<br>VAN NUYS        CA 91401<br>Caller: Ryan Brooks<br>Case No.: 12V03752<br>Please send a copy<br>Signed: completed/pdf | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br><br>Case Title: Sosoban v. GMAC<br>of the 07/02 Certif<br>Ref: 19000-1328 | Base Chg :    61.75<br>Research  :    20.10<br>Adv/Wit CK:     1.00 | 82.85 |
| 7/12/12<br>FILING-BRANCH FAX/PDF | 9488556 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: DIANA J LOPEZ<br>Case No.: TC026180<br>FILE/CONFORM/RETURN<br>Signed: filed | LASC-COMPTON<br>200 WEST COMPTON BOULEVARD<br>COMPTON         CA 90220<br><br>Case Title: GMAC MORTGAGE V RODR<br>NEEDS EMAIL CONFIRMA<br>Ref: 19000.1098 | Base Chg :    97.50<br>Adv/Wit CK:     3.00 | 100.50 |
| 7/13/12<br>FILING-FAX/PDF | 9488870 | FAX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Terri Keller<br>Case No.: RIC1203025<br>MUST BE FILED BY<br>Signed: FILED/RECEIVED | RCSC-RIVERSIDE<br>4050 MAIN STREET<br>RIVERSIDE       CA 92501<br><br>Case Title: GWEN CRESSWELL V BAN<br>NOON...PDF CC<br>Ref: 70000.0667 | Base Chg :    29.75<br>PDF Chg  :    38.25<br>Adv/Wit CK:    90.00 | 158.00 |
| 7/13/12<br>OC-UNLIMITED PDF/FAX FILE | 9488933 | OCU | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: VICTORIA<br>Case No.: 30 2012 00574139<br>FILE/CONFORM/RETURN<br>Signed: rcvd | OCSC-SANTA ANA<br>700 CIVIC CENTER DRIVE WEST<br>SANTA ANA       CA 92701<br><br>Case Title: constable v green tr<br>ADVANCE NECESSARY<br>Ref: CONSTABLE V GREEN TREE | Base Chg :     9.75<br>Adv/Wit CK:    10.00 | 19.75 |
| | | | | | | Continued |

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327146    JBS                                     September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1124    Simril, Barbara J.
              GMAC Matter No.: 721144

**TOTAL AMOUNT DUE**              $4,507.85

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327146    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1124    Simril, Barbara J.
GMAC Matter No.: 721144

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EMF | 07/16/12 | Research case law. Scan and forward to counsel. | L110 | 0.30 | 130.50 | 39.15 |
| MCN | 08/01/12 | Analysis and evaluation of status of case in order to provide status report to client. | L110 | 0.40 | 306.00 | 122.40 |
| MCN | 08/01/12 | Analysis and evaluation of status report to client. | L110 | 0.30 | 306.00 | 91.80 |
| MCN | 08/02/12 | Correspondence with Bonello regarding strategy for notice of stay and letter to plaintiff's counsel regarding same. | L110 | 0.20 | 306.00 | 61.20 |
| MCN | 08/02/12 | Analysis and evaluation of information to be added to letter to plaintiff regarding bankruptcy stay. | L110 | 0.50 | 306.00 | 153.00 |
| MCN | 08/02/12 | Analysis and evaluation of order setting new case management conference in view of filing of notice of stay. | L110 | 0.20 | 306.00 | 61.20 |
| MCN | 08/03/12 | Analysis and evaluation of additional information to be disclosed regarding impact of GMAC bankruptcy on case. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/14/12 | Analysis and evaluation of status of Plaintiff's amended complaint to determine whether to file motion to dismiss. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/15/12 | Initial analysis of amended complaint in order to draft demurrer. | L240 | 1.30 | 306.00 | 397.80 |
| MCN | 08/15/12 | Initial draft statement of facts to demurrer. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/15/12 | Analysis and evaluation of effect of notice of stay on plaintiff's ability to prosecute claims. | L240 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327146 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Simril, Barbara J. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCN | 08/16/12 | Analysis and evaluation of strategy for demurrer to first amended complaint in order to draft same. | L240 | 0.80 | 306.00 | 244.80 |
| MCN | 08/16/12 | Analysis and evaluation of regarding whether notice of stay should be filed as to ETS. | L240 | 0.40 | 306.00 | 122.40 |
| MCN | 08/17/12 | Analysis and evaluation of stay applicable to ETS in order to amend notice of stay. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 08/17/12 | Preparation of amended notice of stay. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/17/12 | Further analysis of first amended complaint in order to determine strategy for responsive pleading and whether causes of action are stayed. | L240 | 0.60 | 306.00 | 183.60 |
| MCN | 08/20/12 | Further completion and analysis of amended notice of stay. | L250 | 0.40 | 306.00 | 122.40 |
| MCN | 08/27/12 | Analysis and evaluation of status of court's imposition of stay based on notice of bankruptcy. | L250 | 0.30 | 306.00 | 91.80 |
| MCN | 08/27/12 | Analysis and evaluation of allegations in amended complaint to determine whether causes of action violate bankruptcy stay and review of procedural rules regarding same. | L250 | 1.40 | 306.00 | 428.40 |
| MCN | 08/27/12 | Further analysis of strategy for responsive pleading in view of violation of the automatic stay. | L250 | 0.60 | 306.00 | 183.60 |
| MCN | 08/29/12 | Analysis and evaluation of strategy for responsive pleading based on plaintiff's violation of stay and whether to move to strike. | L240 | 0.80 | 306.00 | 244.80 |
| MCN | 08/29/12 | Further draft information for case management statement to be filed with court. | L240 | 0.50 | 306.00 | 153.00 |
| MCN | 08/29/12 | Correspondence with plaintiff's counsel regarding violation of the automatic stay and request to extend deadline for response. | L240 | 0.30 | 306.00 | 91.80 |
| MCN | 08/29/12 | Analysis and evaluation of strategy for demurrer and motion to strike. | L240 | 0.60 | 306.00 | 183.60 |
| MCN | 08/31/12 | Analysis and evaluation of case management conference statement filed by Plaintiff and strategy for case | L230 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327146 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Simril, Barbara J. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | management conference. | | | | | |
| MCN | 08/31/12 | Analysis and evaluation of status of case to prepare status report to client. | L120 | 0.20 | 306.00 | | 61.20 |
| MCN | 08/31/12 | Preparation of status report to client. | L120 | 0.30 | 306.00 | | 91.80 |
| MCN | 08/31/12 | Further prepare points and authorities in support of demurrer regarding wrongful foreclosure cause of action. | L240 | 0.60 | 306.00 | | 183.60 |
| MCN | 08/31/12 | Further prepare arguments regarding violation of automatic stay in support of motion to strike. | L240 | 0.30 | 306.00 | | 91.80 |
| | | **TOTAL** | | **13.40** | | | **$4,047.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Van Nuys, CA 07/13/12 | 128.90 |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/24/12 | 108.00 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Van Nuys 7/17/12 | 71.75 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 7/20/12 | 29.75 |
| 08/15/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Van Nuys 7/27/12 | 71.75 |
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 08/07/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$460.10** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.90 | $528.75 |
| L120 | Analysis/Strategy | 0.70 | $214.20 |
| L230 | Court Mandated Conferences | 0.20 | $61.20 |
| L240 | Dispositive Motions | 7.30 | $2,233.80 |
| L250 | Other Written Motions | 3.30 | $1,009.80 |
| | **TOTAL** | **13.40** | **$4,047.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Feldfeber, Edward | EMF | Paralegal | 0.30 | 130.50 | $39.15 |
| Nowlin, Marlene | MCN | Special Counsel | 13.10 | 306.00 | $4,008.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327146 | CLIENT | GMAC ResCap | | Page | 4 |
| | | MATTER | Simril, Barbara J. | | | |

| | **Total** | | | **13.40** | **$4,047.75** |
|---|---|---|---|---|---|

PRIOR FEES                         $25,395.75
PRIOR COSTS & EXPENSES       $2,046.39

| FEES | $4,047.75 |
|---|---|
| COSTS & EXPENSES | $460.10 |
| **TOTAL THIS INVOICE** | **$4,507.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093040

| Invoice No. | Customer No. |
|---|---|
| 366675 | 23103 |
| Invoice Date | Total Due |
| 7/15/12 | 16,009.40 |

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 15 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/13/12 | 9489059 | BAR | LASC-VAN NUYS<br>6230 SYLMAR AVENUE<br>VAN NUYS          CA 91401<br>Caller: DIANA J LOPEZ<br>Case No.: lc095389<br>ASAP OBTAIN A COPY<br>Signed: close out | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Case Title: simril v gmac mortga<br>OF THE 7/10/12.<br>Ref: 19000.1124 | Base Chg  : 98.75<br>Research  : 30.15 | 128.90 |
| RESEARCH-BRANCH SAME DAY | | | | | | |
| 7/13/12 | 9489078 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Lorraine Johnson<br>Case No.: EC056601 ·<br>FILE/CONFORM/RETURN<br>Signed: FILED | LASC-BURBANK<br>300 EAST OLIVE AVENUE<br>BURBANK          CA 91503<br>Case Title: OBERLY V AAMES ASSOC<br>DELIVER CC TO JUDGE<br>Ref: 08888.1759 | Base Chg  : 97.50<br>PDF Chg  : 25.50 | 123.00 |
| FILING-BRANCH FAX/PDF | | | | | | |

Invoice Amount:  6,397.40
Fees Advanced:  9,612.00
**Total**  Amount Due: 16,009.40

Total    16,009.40

## INVOICE PAYMENT DUE UPON RECEIPT

# Debit Ledger for 07/16/2012 through

| APP/DATE ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BAL |
|---|---|---|---|---|---|---|---|---|---|
| /9/13 Duane Geck | 5068833 | San Bernardino Superior Court-San Bernardino District | S35 | Judge David Cohn | Gonzalez vs. Nissan North America/CIVDS1105056 | $78.00 | $0.00 | $78.00 | ($16 |
| ance # 06888.0226 Adam Barasch | 5036494 | U.S. Bankruptcy Court-E.D. California (Sacramento) | E | Honorable Ronald H. Sargis | Harrold/12-27035 (SW-1) | $30.00 | $0.00 | $30.00 | ($16,3 |
| rence # 30000-6021 Adam Barasch | 5069371 | San Joaquin County Superior Court | 42 | Judge Bob W. McNatt (8:45) | Searcy v. FHLMA/39-2011-00266704 | $78.00 | $0.00 | $78.00 | ($16.28 |
| gence # 07685.1055 Marlene Nowlin 7/24/12 | 5069396 | Los Angeles Superior Court-Van Nuys | NWQ | Judge Russell S. Kussman | Barbara J. Simril vs. GMAC Mortgage, et al/LC095389 | $78.00 | $30.00 | $108.00 | ($16,177.70) |
| ference # 19000.1124 Daniel Shama 8/1/12 | 5069663 | Los Angeles Superior Court-Central(M-Z) | 68 | Judge Mark V. Mooney | Gibson vs. California Credit Union, et al/BC461433 | $78.00 | $0.00 | $78.00 | ($16,099.70) |
| Reference # 70001.0036 Casey McTigue 8/20/12 | 5066726 | Sutter County Superior Court | B | Judge Perry Parker | Dominique Engel v. Greenpoint Mortgage/CVCS-12-0807 | $78.00 | Refund | $78.00 | ($16,177.70) |
| 7/24/12 Jarlath Curran II | 5052705 | Los Angeles Superior Court-Torrance | E | Judge Cary Nishimoto | Dargahi-Nobari vs. America's Servicing Co., et al/YC066734 | $78.00 | Refund | $78.00 | ($16,255.70) |
| 8/23/12 Megan Kelly | 5069828 | Contra Costa County Superior Court | 31 | Judge Laurel S. Brady | Blakley v. Wells Fargo/C12-01548 | $78.00 | $0.00 | $78.00 | ($16,177.70) |
| 7/25/12 Jarlath Curran II | 5069840 | Los Angeles Superior Court-Van Nuys | D | Judge Huey P. Cotton | Chavy vs. Wells Fargo Mortgage, Inc., et al/LC097442 | $78.00 | $30.00 | $108.00 | ($16,069.70) |

Reference # 55000.320

Page 15

om Auto Debit Send on 07/31/12 at 11:21 PM

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327147    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000    GMAC ResCap
MATTER      1165     Robinson, Russel
                     GMAC Matter No.: 722712


**TOTAL AMOUNT DUE**              $1,132.20


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327147    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1165    Robinson, Russel
GMAC Matter No.: 722712

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCN | 08/01/12 | Correspondence with plaintiffs regarding status of trustee's sale and request to stay sale. | L110 | 0.30 | 306.00 | 91.80 |
| MCN | 08/03/12 | Telephone call to plaintiff and city inspector regarding status of corrections and request to further postpone trustee's sale. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 08/03/12 | Analysis and evaluation of strategy for completing foreclosure in view of status of code violation corrections. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 08/08/12 | Multiple correspondence with plaintiff's counsel regarding status of property inspections and request to postpone foreclosure based upon pending inspections. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 08/08/12 | Analysis and evaluation of strategy for advising GMAC regarding trustee's sale. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 08/08/12 | Correspondence with Bonello. | L160 | 0.20 | 306.00 | 61.20 |
| MCN | 08/08/12 | Conference with Inspector Sindayen regarding plaintiff's correction of code violations and whether the City will lift the violations. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 08/14/12 | Multiple telephone calls with plaintiff's counsel regarding plaintiff's demand for trustee's sale postponement. | L160 | 0.40 | 306.00 | 122.40 |
| MCN | 08/14/12 | Correspondence with Lena Gurevich regarding status of trustee's sale and whether to further postpone. | L160 | 0.30 | 306.00 | 91.80 |
| MCN | 08/14/12 | Correspondence with Bonello. | L160 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327147 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Robinson, Russel | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCN | 08/28/12 | Analysis and evaluation of status of code violations per Plaintiff's claim that GMAC must speak to city to resolve violations. | L120 | 0.20 | 306.00 | 61.20 |
| MCN | 08/28/12 | Telephone call with Sindayan, city inspector, to determine whether GMAC must take action to resolve code violations. | L120 | 0.30 | 306.00 | 91.80 |
| MCN | 08/31/12 | Multiple telephone calls with Sindayen, city inspector, regarding status of code violations to advise client regarding trustee's sale. | L120 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **3.70** | | **$1,132.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $91.80 |
| L120 | Analysis/Strategy | 0.70 | $214.20 |
| L160 | Settlement/Non-Binding ADR | 2.70 | $826.20 |
| | **TOTAL** | **3.70** | **$1,132.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 3.70 | 306.00 | $1,132.20 |
| | **Total** | | **3.70** | | **$1,132.20** |

| | |
|---|---|
| PRIOR FEES | $33,529.05 |
| PRIOR COSTS & EXPENSES | $790.78 |

| | |
|---|---|
| FEES | $1,132.20 |
| **TOTAL THIS INVOICE** | **$1,132.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327149      JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1250      Binafard, Nader
                      Email Invoice to Kari Krull

**TOTAL AMOUNT DUE**                    **$513.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327149    JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1250    Binafard, Nader
Email Invoice to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/12/12 | Prepare notice of status of bankruptcy, evaluate bankruptcy court docket to assist with same. | L190 | 0.70 | 270.00 | 189.00 |
| KWF | 08/01/12 | Evaluate file status and court docket. Prepare email to client, K. Krull, advising of trial date continuance. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/07/12 | Prepare letter to Plaintiff re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/13/12 | Prepare email to client, K. Krull, with amended bankruptcy notice and cover letter to Plaintiff. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Evaluate court docket and file status, prepare email to client re: 09/15/12 trial date. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.90** | | **$513.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $216.00 |
| L190 | Other Case Assessment | 0.80 | $216.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **1.90** | **$513.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327149 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Binafard, Nader | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Franich, Kerry | | KWF | Associate | | 1.90 | 270.00 | $513.00 |
| | | **Total** | | | **1.90** | | **$513.00** |

PRIOR FEES                              $877.95
PRIOR COSTS & EXPENSES      $73.50


FEES _____ $513.00
**TOTAL THIS INVOICE**          $513.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327150    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1285     White, Terence E. and Linda
                     GMAC Matter No.: 724563

**TOTAL AMOUNT DUE**            $5,802.73

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
### &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327150    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1285    White, Terence E. and Linda
GMAC Matter No.: 724563

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-----|-------|------|--------|
| YS | 08/07/12 | Draft notice of non-opposition to demurrer to plaintiffs' first amended complaint | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/08/12 | Review and analysis of plaintiff's first amended complaint and determine how to respond | L120 | 0.50 | 238.50 | 119.25 |
| JHT | 08/08/12 | Corresponded with Plaintiff's Counsel Re. Amended Complaint and Hearing on Demurrer to Complaint. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/08/12 | Prepared for Hearing on Demurrer to Complaint. | L210 | 1.00 | 238.50 | 238.50 |
| JHT | 08/09/12 | Appeared at Hearing on Demurrer to FAC. | L210 | 3.70 | 238.50 | 882.45 |
| JHT | 08/09/12 | Corresponded with Client Re. Case Status. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/27/12 | Reviewed/Analyzed Plaintiff's Opposition to Demurrer to FAC. | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/28/12 | Further drafting and revising of client's reply brief in light of opposition received to demurrer to the amended complaint | L210 | 0.40 | 238.50 | 95.40 |
| JHT | 08/28/12 | Drafted Reply In Support Of Demurrer to First Amended Complaint. | L210 | 2.50 | 238.50 | 596.25 |
| JHT | 08/29/12 | Reviewed Case File, Subject Complaint and Case Notes In Preparation for Hearing on Demurrer to First Amended Complaint. | L210 | 0.80 | 238.50 | 190.80 |
| JHT | 08/30/12 | Appeared at Hearing on Demurrer to First Amended Complaint. | L210 | 3.70 | 238.50 | 882.45 |
| JHT | 08/30/12 | Drafted Correspondence to Client | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327150 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | White, Terence E. & Linda | | | | |

| | | Regarding Outcome of Demurrer Hearing. | | | | | |
|---|---|---|---|---|---|---|---|
| JHT | 08/30/12 | Drafted Notice of Ruling on Demurrer to First Amended Complaint. | L210 | | 0.30 | 238.50 | 71.55 |
| JHT | 08/30/12 | Drafted Proposed Judgment of Dismissal In Light of the Fact the Court Sustained Clients' Demurrer to the First Amended Complaint Without Leave to Amend. | L210 | | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | | **14.50** | | **$3,458.25** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Long Beach, CA 07/02/12 | 81.00 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; LASC - Long Beach, CA Adv/Ck: $1975 07/03/12 | 2,054.25 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/09/12 | 108.00 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Non-Opposition, 08/09/12 | 60.70 |
| 08/30/12 | Joe H. Tuffaha; Transportation; Mileage to/from LASC-South Dist. (Long Beach), Dept. 11, for hearing on Defs. Deutsche's/MERS'/ETS/HSBC's Demurrer to Pl's FAC. 8/9/12 | 40.53 |
| | **TOTAL COSTS & EXPENSES** | **$2,344.48** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 0.70 | $166.95 |
| L210 | Pleadings | 13.30 | $3,172.05 |
| | **TOTAL** | **14.50** | **$3,458.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Tuffaha, Joe | JHT | Associate | 13.30 | 238.50 | $3,172.05 |
| Shaham, Yaron | YS | Special Counsel | 1.20 | 238.50 | $286.20 |
| | **Total** | | **14.50** | | **$3,458.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Stevenson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327150 | CLIENT | GMAC ResCap | Page | 3 |
| | MATTER | White, Terence E. & Linda | | |

| | | |
|---|---|
| PRIOR FEES | $3,735.45 |
| PRIOR COSTS & EXPENSES | $2,434.69 |

| | |
|---|---|
| FEES | $3,458.25 |
| COSTS & EXPENSES | $2,344.48 |
| **TOTAL THIS INVOICE** | **$5,802.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

INVOICE

TAX ID# 27-1093840

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 5 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/03/12 FILING-FAX/PDF | 9485153 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa Case No.: 37 2012 0090497 FILE/CONFORM/RETURN Signed: FILED/PDF | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO       CA 92101 Case Title: young v bank of amer ADVANCE FEE.PDF CC Ref: 70000.0574 | Base Chg : 29.75 PDF Chg : 12.75 Adv/Wit CK: 80.00 | | 122.50 |
| 7/03/12 FILING-BRANCH FAX/PDF | 9485168 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Jeff Weddle Case No.: NC056818 Per "Evelyn" in Dept Signed: filed/conformed | LASC-LONG BEACH 415 WEST OCEAN BOULEVARD LONG BEACH      CA 90802 Case Title: White v. MortgageIt, 11; LASC-South (Lo Ref: 19000.1285 | Base Chg : 71.75 PDF Chg : 7.50 Adv/Wit CK: 1975.00 | | 2,054.25 |
| 7/03/12 FILING-FAX/PDF | 9485207 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa Case No.: 111CV210028 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE       CA 95113 Case Title: SEPEHRY-FARD V THE B DELIVER CC TO DEPT 2 Ref: 70000.0808 | Base Chg : 29.75 | | 29.75 |
| 7/03/12 FILING-FAX/PDF | 9485319 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Terri Keller Case No.: 56 2010 00413305 FILE/CONFORM/RETURN Signed: FILED | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA        CA 93009 Case Title: valadez v country wi advance fees Ref: VALADEZ V COUNTRYWIDE | Base Chg : 29.75 PDF Chg : 21.75 Adv/Wit CK: 40.00 70000. 0133 | | 91.50 |
| 7/03/12 FILING-FAX/PDF | 9485328 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa Case No.: 111cv209804 submit the attached Signed: SUBMITTED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE       CA 95113 Case Title: sephry-fard v auror letter to judge Ref: 11991.0108 | Base Chg : 29.75 | | 29.75 |
| 7/03/12 FILING-FAX/PDF | 9485395 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Liz C. Roberts   Wait: 21 Min Case No.: bc478417 Please file the atta Signed: FILED | LA County Court-Unlimited 111 N Hill St LOS ANGELES     CA 90012 Case Title: Sloan (BC478417) ched doc (1) with th Ref: 55000.0163 | Base Chg : 64.75 | | 64.75 |

## INVOICE PAYMENT DUE UPON RECEIPT

## Debit Account Number CCDA-01-378

### Debit Ledger for 08/01/2012 through

| ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Sanford Shatz | 5097764 | San Bernardino Superior Court-Rancho Cucamonga | Judge Keith D. Davis | James Albers vs. Bank of America/CIVRS1004297 | | $78.00 $0.00 | $78.00 | ($16,055.50) |
| # 11608.0679 | | | | | | | | |
| Sanford Shatz | 5097764 | San Bernardino Superior Court-Rancho Cucamonga | Judge Keith D. Davis | James Albers vs. Bank of America/CIVRS1004297 | | $78.00 $0.00 | $78.00 | ($16,055.50) |
| # 11608.0679 | | | | | | | | |
| 2 Yaron Shaham | 5097785 | Los Angeles Superior Court-Long Beach | Judge Ross Klein | White, et al vs. Mortgageit, Inc., et al/NC058818 | | $78.00 $108.00 $30.00 | $108.00 | ($15,947.50) |
| # 19000.1285 | | | | | | | | |
| 2 Yaron Shaham | 5097838 | San Diego Superior Court-North County | Judge Robert P. Dahlquist | Robert Abele vs. Litton Loan Servicing/37-2011-00059941-C | | $78.00 $0.00 | $78.00 | ($15,869.50) |
| nce # 19000.1163 | | | | | | | | |
| 3/12 Austin Kenney | 5097970 | Madera County Superior Court | Judge James E. Oakley | Eldren Sherman vs. Orie Medicine Bull/MCV055979 | | $78.00 $0.00 | $78.00 | ($15,791.50) |
| ence # 55000.0199 | | | | | | | | |
| 8/15/12 J. Andrew Lawson | 5098056 | Marin County Superior Court | Judge Roy O. Chernus | M. Perez Company vs. North Counties Drywall, et al/CV1006614 | | $78.00 $0.00 | $78.00 | ($15,713.50) |
| ence # 07465.0281 | | | | | | | | |
| 9/17/12 Daniel Shama | 5098136 | Los Angeles Superior Court-Van Nuys | Judge Huey P. Cotton | Willoughby vs. Hawks, et al/LC097077 | | $78.00 $0.00 | $78.00 | ($15,635.50) |
| ference # 70001.0111 | | | | | | | | |
| 8/8/12 David Reed | 5098146 | Contra Costa County Superior Court | Judge David Flinn | Davis Robert vs. Bank of America/C1102919 | | $78.00 $108.00 $30.00 | $108.00 | ($15,527.50) |
| ference # 70000-0512 | | | | | | | | |

Julo Debit Send on 08/10/12 at 11:01 PM

2012

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327151    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1289    Rojas/Fernandez
GMAC Matter No.: 728258

**TOTAL AMOUNT DUE**                    **$957.60**

## \*\*\* REMITTANCE COPY \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327151    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1289    Rojas/Fernandez
GMAC Matter No.: 728258

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 08/01/12 | Evaluate file status and court docket, noting upcoming demurrer, case management conference, and motion to consolidate. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/03/12 | Receive request for dismissal. Evaluate court docket re: entering of same. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/03/12 | Prepare email to client, C. Hancock, advising of request for dismissal and potential case closing. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/07/12 | Evaluate court docket. Prepare email to R. Brooks re: vacating demurrer hearing. | L120 | 0.10 | 270.00 | 27.00 |
| LJA | 08/08/12 | Conduct detailed review of all fees and costs to date.  Draft Memorandum of Costs re same. | L210 | 0.70 | 130.50 | 91.35 |
| SMH | 08/13/12 | Attention to MERS' dismissal. | L190 | 0.10 | 333.00 | 33.30 |
| KWF | 08/13/12 | Prepare email to client, C. Hancock, with dismissal and advising of file closing. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/14/12 | Prepare email to client, C. Hancock, in response to inquiry re: dismissal. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/30/12 | Prepare email to client, C. Hancock, re: dismissal of MERS. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.80** | | **$394.65** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 07/24/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice | 484.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.   327151 | CLIENT   GMAC ResCap | Page    2 |
| | MATTER   Rojas/Fernandez | |

including Court Filing Fee $435 1st App Fee:
Mers 07/12/12

08/01/12  CourtCall, LLC; CourtCall - Conference          78.00
Service; 08/20/12

**TOTAL COSTS & EXPENSES**                    **$562.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| L190 | Other Case Assessment | 0.50 | $141.30 |
| L210 | Pleadings | 0.70 | $91.35 |
| | **TOTAL** | **1.80** | **$394.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| Ash, Laura | LJA | Paralegal | 0.70 | 130.50 | $91.35 |
| Hankins, Suzanne | SMH | Member | 0.10 | 333.00 | $33.30 |
| | **Total** | | **1.80** | | **$394.65** |

PRIOR FEES                            $5,477.40
PRIOR COSTS & EXPENSES          $279.79

| | |
|---|---|
| FEES | $394.65 |
| COSTS & EXPENSES | $562.95 |
| **TOTAL THIS INVOICE** | **$957.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

26-0259046

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

CR RJB

| Cust. No.: | 0000562 |
| Invoice No.: | 2019457 |
| Inv. Date: | 7/12/12 |
| Due Date: | 7/27/12 |
| Total: | $484.95 |
| Terms: | Net 15 |

| INVOICE No. | |
| --- | --- |
| 2019457 | |
| Date: | 7/12/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | KERRY W FRANICH |
| --- | --- |
| Client File No.: | 19000-1289 |
| Case Short Title: | Rojas, Victoria V. MERS |

| Documents: | Demurrer, Request for Judicial Notice |
| --- | --- |
| One Legal Branch: | Riverside |
| Court: | Superior Court of California, San Bernardino County |
| Description: | |

— 1st App Fee
MERS

COURT FILING FEE                                             $435.00
COURT FILING SERVICE FEE                                     $49.95

| Due Date | 7/27/12 | Total This Invoice | $484.95 |
| --- | --- | --- | --- |



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327152    JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1318    Corona, Octavio and Angelica
GMAC Matter No.: 729890

**TOTAL AMOUNT DUE**          $2,063.44

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327152    JBS                                     September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1318    Corona, Octavio and Angelica
GMAC Matter No.: 729890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| DL | 08/01/12 | Prepare correspondence to client re hearing date for demurrer; exchange correspondence with court re continuance of status conference and prepare notice re same. | L430 | 0.40 | 288.00 | 115.20 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **0.50** | | **$144.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 12611 Athens Way Los Angeles, CA 07/07/12 | 78.79 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Proposed Order, request for Judical Notice, Notice of BK including Court Filing Fee $1740 Ist App Fees: GMAC MERS ETS US.Bank 8/2/12 | 1,790.70 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Notice, 08/03/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$1,919.44** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190    Other Case Assessment | 0.10 | $28.80 |
| L430    Written Motions/Submissions | 0.40 | $115.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 327152 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Corona, Octavio & Angelica | | | | |

|  | **TOTAL** | | **0.50** | **$144.00** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Liu, David | DL | Associate | 0.50 | 288.00 | $144.00 | |
| | **Total** | | **0.50** | | **$144.00** | |

PRIOR FEES                      $1,924.65

|  |  |
|---|---|
| FEES | $144.00 |
| COSTS & EXPENSES | $1,919.44 |
| **TOTAL THIS INVOICE** | **$2,063.44** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

26-0259046

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 7171317 | |
| Date: | 8/2/12 |
| Cust. No.: | 0000562 |



| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 7171317 |
| Inv. Date: | 8/2/12 |
| Due Date: | 8/17/12 |
| Total: | $1,790.70 |
| Terms: | Net 15 |

| Law Firm Contact: | David Liu |
|---|---|
| Client File No.: | 19000-1318 |
| Case Short Title: | Corona, Octavio V. GMAC |

| Documents: | Demurrer, Proposed Order, Request for Judicial Notice, Notice of BK |
|---|---|
| One Legal Branch: | Los Angeles |
| Court: Description: | Superior Court of California, Los Angeles County |

| COURT FILING FEE | $1,740.00 |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $0.75 |

1st App Fees:

GMAC
MERS
ETS
US. Bank



| Due Date | 8/17/12 | | Total This Invoice | $1,790.70 |
|---|---|---|---|---|

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327153    JBS                                 September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1323     Powderly, Christina and Paul
                     GMAC Matter No.: 730151

**TOTAL AMOUNT DUE**            $2,945.29

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327153    JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1323    Powderly, Christina and Paul
                        GMAC Matter No.: 730151

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DL | 08/14/12 | Analyze court docket for filing of opposition to demurrer. | L190 | 0.10 | 288.00 | 28.80 |
| DL | 08/28/12 | Prepare for hearing on demurrer; analyze plaintiff's purported amended complaint; analyze docket for tentative ruling; prepare correspondence to client re demurrer sustained with leave to amend. | L430 | 2.90 | 288.00 | 835.20 |
| DL | 08/29/12 | Prepare notice of ruling on demurrer to complaint. | L430 | 0.30 | 288.00 | 86.40 |
| DL | 08/31/12 | Prepare case update for client on master chart. | L190 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | **3.40** | | **$979.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Serv Process, Subpoena Fees; Christina Powderly 522 South Helena Street Anaheim, CA 92805 07/09/12 | 87.75 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 522 S. Helena Street Orange, CA 07/06/12 | 98.39 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Proposed Order, Request for Judicial Notice including Court Filing Fee $1770 1st App Fees: GMAC MERS ETS Homecoming 7/13/12 | 1,779.95 |

**TOTAL COSTS & EXPENSES**                    **$1,966.09**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   327153        CLIENT    GMAC ResCap                                    Page        2
                            MATTER   Powderly, Christina & Paul

---

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $57.60 |
| L430 | Written Motions/Submissions | 3.20 | $921.60 |
| | **TOTAL** | **3.40** | **$979.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 3.40 | 288.00 | $979.20 |
| | **Total** | | **3.40** | | **$979.20** |

PRIOR FEES                          $3,474.90
PRIOR COSTS & EXPENSES          $60.34

| | |
|---|---|
| FEES | $979.20 |
| COSTS & EXPENSES | $1,966.09 |
| **TOTAL THIS INVOICE** | **$2,945.29** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



Novato, CA  94947
**(800) 938-8815**

26-0259046

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
| --- | --- |
| 5133608-R1 | |
| **Date:** | 7/31/12 |
| **Cust. No.:** | 0000562 |

| Cust. No.: | 0000562 |
| --- | --- |
| Invoice No.: | 5133608-R1 |
| Inv. Date: | 7/31/12 |
| Due Date: | 8/15/12 |
| Total: | $ 1,779.95 |
| Terms: | Net 15 |

| **Law Firm Contact:** | David Liu |
| --- | --- |
| **Client File No.:** | 19000-1323 |
| **Case Short Title:** | Christina Marie Powderly vs. GMAC Mortgage, LLC V. N/A |
| **Documents:** | Demurrer, Proposed Order, Request for Judicial Notice |
| **One Legal Branch:** | |
| **Court Description:** | Superior Court of California, Orange County |

THIS IS A REVISED INVOICE

| COURT FILING FEE | $1,770.00 |
| --- | --- |
| E-FILING SERVICE FEE - UNLIMITED | $9.95 |

1st App Fees:
GMAC
MERS
ETS
Homecoming



FROM ACCOUNTING
Please provide the following:
☐ Client/Match # 19000-1323
☐ Firm - G/L # _____
Authorization _____

| **Due Date** | 8/15/12 | **Total This Invoice** | $1,779.95 |
| --- | --- | --- | --- |

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327154      JBS                                      September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER     1334       Villanueva, Manuel, Lourdes and Angel
                      GMAC Matter No.: 730481

**TOTAL AMOUNT DUE**              $2,650.84

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    327154    JBS                                September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1334    Villanueva, Manuel, Lourdes and Angel
GMAC Matter No.: 730481

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KKB | 07/24/12 | Review and revise Demurrer and Request for Judicial Notice | L210 | 1.00 | 148.50 | 148.50 |
| YS | 08/03/12 | Review and analysis of plaintiffs' loan modification application and supporting documents in an effort to resolve this case | L120 | 0.40 | 238.50 | 95.40 |
| YS | 08/03/12 | Draft correspondence to client regarding status of the case, pending hearing dates, and plaintiffs' loan modification application | L190 | 0.30 | 238.50 | 71.55 |
| YS | 08/09/12 | Draft correspondence to plaintiff's counsel regarding status of review of his client's loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/15/12 | Draft correspondence to plaintiff's counsel regarding request for additional documentation and information to complete loan modification application review | L160 | 0.30 | 238.50 | 71.55 |
| YS | 08/15/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding additional documentation to support plaintiff's loan modification application | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/15/12 | Draft correspondence to client regarding additional documentation to support plaintiff's loan modification application | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/22/12 | Draft correspondence to client regarding status of loan modification | L190 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327154 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Villanueva, Manuel & Lourdes | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | review in an effort to resolve this case | | | | | |
| YS | 08/23/12 | Draft correspondence to client regarding status of foreclosure sale and plaintiff's loan modification application | L190 | 0.20 | 238.50 | | 47.70 |
| YS | 08/27/12 | Draft correspondence to plaintiff's counsel regarding status of foreclosure sale and loan modification application for Angel Villanueva | L190 | 0.30 | 238.50 | | 71.55 |
| YS | 08/28/12 | Receipt, review and analysis of the recorded lis pendens by plaintiff in light of the litigation initiated by him | L120 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | **3.30** | | | **$697.05** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 26943 Sugarite Canyon Drive Riverside, CA 07/16/12 | 73.84 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Defs. Demurrer to Pl's Complaint, Defs. RJN ISO Demurrer to Pl's Complaint, Defs. Proposed Order ISO Demurrer to....08/01/12 | 49.95 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; CNTY RVSD Online Civil MO Riverside CA 07/24/12 | 1,830.00 |
| | **TOTAL COSTS & EXPENSES** | **$1,953.79** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 |
| L190 | Other Case Assessment | 1.40 | $333.90 |
| L210 | Pleadings | 1.00 | $148.50 |
| | **TOTAL** | **3.30** | **$697.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Brown, Kimberly | KKB | Paralegal | 1.00 | 148.50 | $148.50 |
| Shaham, Yaron | YS | Special Counsel | 2.30 | 238.50 | $548.55 |
| | **Total** | | **3.30** | | **$697.05** |

PRIOR FEES                    $2,504.70

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 327154 | CLIENT | GMAC ResCap | | Page | 3 |
| | | MATTER | Villanueva, Manuel & Lourdes | | | |

|  |  |
|---|---|
| FEES | $697.05 |
| COSTS & EXPENSES | $1,953.79 |
| **TOTAL THIS INVOICE** | **$2,650.84** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## ONLINE CIVIL DEMURRER RESERVATION COMPLETED

A MOTION HEARING DATE HAS BEEN RESERVED AS LISTED BELOW.

ALL PLEADINGS MUST BE SERVED AND FILED IN A TIMELY MANNER, PURSUANT TO STATUTE.

**FAILURE TO FILE THE REQUIRED PAPERS WILL RESULT IN THE RESERVATION BEING VACATED.**

| Case Type | Case Number | Department | Motion Date | Action Time | Motion |
|---|---|---|---|---|---|
| RIC | 1207752 | 12 | 09/24/2012 | 8:30AM | Reservation Motion re: Motion for Demurrer |

IF ANY CHANGES NEED TO BE MADE PLEASE CALL THE COURT AT (951) 777-3147. THANK YOU FOR YOUR COOPERATION.

Please print this page as confirmation of your payment of $1830 Confirmation Number: RES13203

### Print

ONLINE CIVIL LAW AND MOTIONS RESERVATION MENU

LAW AND MOTION INFORMATION AND INSTRUCTIONS

1st Appearance Fees x 4
7/24/12

JSW
Firm-Issued C.C.

YS

19000.1334
GMAC/Villanueva

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      327155      JBS                                    September 21, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER     1338       Saldana, Mariana and Juan
                               GMAC Matter No.: 730413


**TOTAL AMOUNT DUE**                **$2,608.54**



## *** *REMITTANCE COPY* ***
*Please include this page with payment.*



Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement