# INVOICE

TAX ID# 27-3093840

| | |
|---|---|
| 267594 | 82035 |
| Invoice Date | Total Due |
| 7/15/12 | 30,880.93 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 267594 | 7/15/12 | 30,880.93 | 5 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/03/12 RESEARCH-BRANCH SAME DAY | 6811427 | BAR | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE CA 95678 Caller: Isabel Kunst    Wait: 44 Min Case No.: SCV0027625 Signed: OBTAINED MINUTE ORDER | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: SMITH V GMAC Ref: 19000.0775 | Base Chg : 155.50 Wait     : 29.48 | 184.98 |
| 7/03/12 RESEARCH-BRANCH SAME DAY | 6811437 | BAR | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES    CA 90012 Caller: Imelda Hernandez Case No.: BC446062 Please follow up wit Signed: COPIED/PDF/POUCH | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: Park v. Bank of Amer h the Court on the Ref: 11608.0781 | Base Chg : 108.00 Research : 30.15 Adv/Wit Ck: 2.00 | 140.15 |
| 7/03/12 FILING-BRANCH FAX/PDF | 6811445 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada    Wait: 15 Min Case No.: CV 11 04119 FILE/CONFORM/RETURN Signed: FILED.CC | MCSC-SAN RAFAEL 3501 CIVIC CENTER DRIVE SAN RAFAEL    CA 94903 Case Title: RAUL VS. BOFA COURTESY COPY TO JDG Ref: 70000.0391 | Base Chg : 57.50 | 57.50 |
| 7/03/12 FILING-BRANCH FAX/PDF | 6811448 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada Case No.: 339 2011 00261797 FILE/CONFORM/RETURN Signed: FILED | SJMC-STOCKTON 222 EAST WEBER AVENUE STOCKTON    CA 95202 Case Title: ovando Ref: 07685.1050 | Base Chg : 48.25 | 48.25 |
| 7/03/12 FILING-BRANCH FAX/PDF | 6811461 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada Case No.: CIV 510377 FILE/CONFORM/RETURN Signed: FILED | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY    CA 94063 Case Title: MATHEW Ref: 19000.1149 | Base Chg : 57.50 | 57.50 |
| 7/03/12 FILING-REGULAR BICYCLE | 6811465 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Imelda Hernandez Case No.: N/A FILE/CONFORM/RETURN Signed: FILED | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO    CA 94102 Case Title: MILLER VS WHOLE SALE ADVANCE FEES Ref: 11991.0139 | Base Chg : 27.25 Adv/Wit Ck: 350.00 | 377.25 |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326866    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0810    Villanueva, Jun
                  GMAC No.: 710872

**TOTAL AMOUNT DUE**          $3,436.65

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326866      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0810    Villanueva, Jun
GMAC No.: 710872

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| SMH | 08/02/12 | Attention to impact of revised final notice of bankruptcy. | L210 | 0.20 | 333.00 | 66.60 |
| JHT | 08/02/12 | Drafted Update Regardubg Status of the Case. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/02/12 | Drafted Amended Notice of Bankruptcy Stay. | L210 | 0.80 | 238.50 | 190.80 |
| JHT | 08/02/12 | Drafted Letter to Plaintiff's Counsel Regarding Effect of Bankruptcy Final Supplemental Order on Case. | L190 | 1.00 | 238.50 | 238.50 |
| JHT | 08/02/12 | Conference with Yaron Shaham Regarding Effect of Bankruptcy Final Order on Case. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/02/12 | Emailed Conformed Copies of MSJ Documents and Notice of Bankruptcy to Client in Light of Pending MSJ Hearing. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/02/12 | Corresponded with Client Re. Amended Notice of B/K Stay and Conformed Copies of MSJ Documents. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/02/12 | Conference with Suzanne Hankins Regarding Applicability of Bankruptcy Final Supplemental Order to Case. | L190 | 0.40 | 238.50 | 95.40 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| SMH | 08/06/12 | Attention to J. Hoy's email regarding revised bankruptcy notice. | L210 | 0.20 | 333.00 | 66.60 |
| EK | 08/06/12 | Analysis and evaluation of appeal status and confer with J. Tuffaha re same | L510 | 0.20 | 274.50 | 54.90 |
| JHT | 08/06/12 | Prepared Amended Notice of B/K Stay and Final Order for Filing. | L210 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326866 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Villanueva, Jun | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JHT | 08/06/12 | Prepared Letter Re. Final Order and Final Order for Filing. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/06/12 | Conference with Erik Kemp Regarding Effect of Stay on Unlawful Detainer Appeal. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/06/12 | Revised Amended Notice of Bankruptcy. | L210 | 0.30 | 238.50 | 71.55 |
| JHT | 08/08/12 | Reviewed Amended Notice of B/K and Letter to Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/10/12 | Corresponded with Client Re. Potential Trial. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/10/12 | Strategized Re. Potential Trial And Deadlines/Steps that Must be Taken in Anticipation of Trial (i.e. Expert Witness Demand, Notice of Plaintiff's Deposition, etc.). | L190 | 1.40 | 238.50 | 333.90 |
| JHT | 08/10/12 | Drafted Expert Witness Exchange Demand. | L210 | 0.50 | 238.50 | 119.25 |
| SMH | 08/13/12 | Attention to status, trial deadlines. | L190 | 0.20 | 333.00 | 66.60 |
| JHT | 08/13/12 | Corresponded with Client Re. Trial Date, Time, and Retention of Corporate Witness. | L190 | 0.20 | 238.50 | 47.70 |
| EK | 08/14/12 | Analysis and evaluation of correspondence re abandonment of UD appeal | L190 | 0.10 | 274.50 | 27.45 |
| JHT | 08/15/12 | Conference with Suzanne Hankins Re. Settlement Strategy. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/15/12 | Reviewed Plaintiffs' Form Interrogatories Propounded on Deutsche Bank. | L310 | 0.20 | 238.50 | 47.70 |
| EK | 08/16/12 | Review correspondence re association of counsel on appeal and confer with J. Tuffaha re status of UD appeal | L510 | 0.20 | 274.50 | 54.90 |
| JHT | 08/16/12 | Corresponded with Client Re. Conference Regarding Potential Settlement of Case. | L190 | 0.10 | 238.50 | 23.85 |
| JHT | 08/16/12 | Reviewed Amir Torkamani's Prior Settlement Negotiations with Plaintiff's Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/16/12 | Corresponded with Plaintiff's New Counsel (Irell & Manella) Re. Potential Settlement of Case. | L190 | 0.30 | 238.50 | 71.55 |
| SMH | 08/26/12 | Attention to potential resolution, draft | L160 | 0.20 | 333.00 | 66.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326866 | CLIENT | GMAC ResCap | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Villanueva, Jun | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | email re same. | | | | | |
| JHT | 08/27/12 | Corresponded with Plaintiff's Counsel Re. Settlement of Case. | L160 | 0.20 | 238.50 | | 47.70 |
| JHT | 08/27/12 | Updated Client on Case Status. | L190 | 0.10 | 238.50 | | 23.85 |
| JHT | 08/27/12 | Drafted Proposed Settlement Agreement. | L160 | 2.80 | 238.50 | | 667.80 |
| YS | 08/28/12 | Further drafting and revising of settlement and release agreement in light of pending settlement of the case | L160 | 0.70 | 238.50 | | 166.95 |
| JHT | 08/28/12 | Drafted Correspondence to Plaintiff's Counsel Regarding Terms and Conditions of Proposed Settlement Agreement. | L160 | 0.30 | 238.50 | | 71.55 |
| JHT | 08/28/12 | Negotiated Terms of Settlement Agreement with Plaintiff's Counsel. | L160 | 0.30 | 238.50 | | 71.55 |
| JHT | 08/30/12 | Reviewed Plaintiff's Proposed Revisions to Settlement Agreement and Drafted Recommendation to Client Regarding Acceptability of Revisions. | L160 | 0.50 | 238.50 | | 119.25 |
| | | **TOTAL** | | **14.00** | | | **$3,436.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 5.00 | $1,211.40 |
| L190 | Other Case Assessment | 6.20 | $1,501.20 |
| L210 | Pleadings | 2.10 | $538.65 |
| L310 | Written Discovery | 0.20 | $47.70 |
| L510 | Appellate Motions & Submission | 0.40 | $109.80 |
| | **TOTAL** | **14.00** | **$3,436.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 0.50 | 274.50 | $137.25 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 11.90 | 238.50 | $2,838.15 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| Shaham, Yaron | YS | Special Counsel | 0.70 | 238.50 | $166.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326866 | CLIENT   GMAC ResCap | | Page | 4 |
| | MATTER   Villanueva, Jun | | | |

| | **Total** | **14.00** | **$3,436.65** |
|---|---|---|---|

PRIOR FEES                              $36,144.00
PRIOR COSTS & EXPENSES        $3,857.80

| | FEES | $3,436.65 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$3,436.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326867    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0811     Villanueva, Jun
                    GMAC No.: 710872

**TOTAL AMOUNT DUE**          $1,205.40

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326867    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0811    Villanueva, Jun
                        GMAC No.: 710872

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JHT | 08/02/12 | Conference with Suzanne Hankins Regarding Applicability of Bankruptcy Final Supplemental Order to Case. | L190 | 0.30 | 238.50 | 71.55 |
| JHT | 08/02/12 | Drafted Update Regardubg Status of the Case. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/02/12 | Reviewed Case File In Response to Client Inquiry Regarding Effect of Final Supplemental Bankruptcy Order. | L190 | 0.90 | 238.50 | 214.65 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JHT | 08/09/12 | Reviewed/Analyzed Bankruptcy Court's Final Supplemental Order. | L190 | 0.50 | 238.50 | 119.25 |
| JHT | 08/09/12 | Reviewed/Analyzed Complaint within Context of Final Supplemental Order. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/09/12 | Corresponded with Client Re. Amended Notice of B/K Stay. | L190 | 0.20 | 238.50 | 47.70 |
| JHT | 08/10/12 | Corresponded with Client Re. Application of Final Supplemental Bankruptcy Order to Action. | L190 | 0.40 | 238.50 | 95.40 |
| JHT | 08/10/12 | Drafted Amended Notice of Bankruptcy Stay. | L210 | 0.50 | 238.50 | 119.25 |
| JHT | 08/10/12 | Drafted Letter to Counsel Re. Amended Bankruptcy Stay. | L210 | 0.50 | 238.50 | 119.25 |
| SMH | 08/13/12 | Attention to order of dismissal on UD case. | L210 | 0.20 | 333.00 | 66.60 |
| SMH | 08/13/12 | Attention to status. | L190 | 0.20 | 333.00 | 66.60 |
| JHT | 08/15/12 | Corresponded with Client Re. Amended Notice of Bankruptcy and Letter to Counsel. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | 4.60 | | **$1,138.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326867 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Villanueva, Jun | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK and Automatic Stay 08/14/12 | 66.45 |
| | **TOTAL COSTS & EXPENSES** | **$66.45** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 3.30 | $805.95 |
| L210 | Pleadings | 1.20 | $305.10 |
| | **TOTAL** | **4.60** | **$1,138.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tuffaha, Joe | JHT | Associate | 4.10 | 238.50 | $977.85 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **4.60** | | **$1,138.95** |

| | |
|---|---|
| PRIOR FEES | $11,299.50 |
| PRIOR COSTS & EXPENSES | $3,176.50 |

| | |
|---|---|
| FEES | $1,138.95 |
| COSTS & EXPENSES | $66.45 |
| **TOTAL THIS INVOICE** | **$1,205.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326868     JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER    0863      Stricker, Lisa
                          GMAC Matter No.: 712122

**TOTAL AMOUNT DUE**            $716.59

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326868     JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0863     Stricker, Lisa
                          GMAC Matter No.: 712122

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/03/12 | Receipt, review and analysis of proposed stipulation to dismiss the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/03/12 | Draft correspondence to plaintiff's counsel regarding client's response to proposed stipulation to dismiss the adversary proceeding | L190 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| YS | 08/06/12 | Receipt, review and analysis of Conservator's partial joint report regarding discovery | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/09/12 | Receipt, review and analysis of the Court's order dismissing the adversary proceeding | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/09/12 | Draft correspondence to client regarding the dismissal of the adversary proceeding and deadline for plaintiff to move out of the property per the terms of the settlement agreement | L190 | 0.30 | 238.50 | 71.55 |
| YS | 08/16/12 | Receipt, review and analysis of correspondence from plaintiff's counsel requesting additional time to vacate the property | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/16/12 | Draft correspondence to client regarding plaintiff's counsel's request for additional time to vacate the property | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/20/12 | receipt, review and analysis of correspondence from plaintiff's counsel | L120 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326868 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Stricker, Lisa | | | | |

| | | regarding the fact plaintiff has moved out of the subject property per the terms of the settlement agreement | | | | |
|---|---|---|---|---|---|---|
| YS | 08/20/12 | Draft correspondence to client regarding plaintiff moving out of the property per the terms of the settlement agreement | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.50** | | **$361.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; VCSC - Ventura, CA 07/10/12 Adv/Ck: $27 | 119.40 |
| 07/27/12 | First Legal Network, LLC; Court Services; Ventura Co. Recorder's Office, CA 07/12/12 Adv/Ck: $22 | 202.25 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2401 Chandler Avenue #5 Ventura, CA 93065 07/10/12 | 33.14 |
| | **TOTAL COSTS & EXPENSES** | **$354.79** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $147.15 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| | **TOTAL** | **1.50** | **$361.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | Special Counsel | 1.40 | 238.50 | $333.90 |
| | **Total** | | **1.50** | | **$361.80** |

| | |
|---|---|
| PRIOR FEES | $21,449.25 |
| PRIOR COSTS & EXPENSES | $2,652.61 |

| | |
|---|---|
| FEES | $361.80 |
| COSTS & EXPENSES | $354.79 |
| **TOTAL THIS INVOICE** | **$716.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | | Customer No. |
|---|---|---|
| 366675 | | 23103 |
| Invoice Date | | Total Due |
| 7/15/12 | | 16,009.40 |

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093040

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 9 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/09/12 RESEARCH-BRANCH NEXT DAY | 9486799 | BNR | LASC-GLENDALE 600 EAST BROADWAY GLENDALE CA 91206 Caller: Terri Keller Case No.: 11C06675 Signed: COMPLETED | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: CASTLE 4836 LLC V PA Ref: 70000.0217 | Base Chg : 51.25 Research : 23.45 Adv/Wit CK: 139.00 | 213.70 |
| 7/09/12 PROCESS-SAME DAY | 9486814 | APS | FIRST LEGAL SUPPORT-CO#3 301 CIVIC CENTER DRIVE WEST SANTA ANA CA 92701 Caller: Ryan Brooks. Case No.: 30-2012-00579434 Please hand deliver Signed: PAUL POWERDLEY | Christina Powderly 522 South Helena Street ANAHEIM CA 92805 Case Title: Powderly v. GMAC, et a copy of the attach Ref: 19000-1323 | Base Chg : 72.75 PDF Chg : 15.00 | 87.75 |
| 7/09/12 FILING-BRANCH FAX/PDF | 9486861 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Lorraine Johnson Case No.: EC056601 FILE/CONFORM/RETURN Signed: FILED | LASC-BURBANK 300 EAST OLIVE AVENUE BURBANK CA 91503 Case Title: OBERLY V FMCC Ref: 08888.1759 | Base Chg : 97.50 | 97.50 |
| 7/09/12 RESEARCH-BRANCH SAME DAY | 9486981 | BAR | SBSC-VICTORVILLE 14455 CIVIC DRIVE VICTORVILLE CA 92392 Caller: Debra Edwards. Case No.: CIVVS1202712 OBTAIN 2 PROOFS OF SERVICE. FIRST PROOF Signed: OBTAINED | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Case Title: BRUHN V ALLY FINANCI Ref: 07462.0390 | Base Chg : 171.00 Research : 30.15 Adv/Wit CK: 4.00 | 205.15 |
| 7/10/12 FILING-BRANCH FAX/PDF | 9487280 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Caller: Rosa Wait: 25 Min Case No.: kc063138 FILE/CONFORM/RETURN Signed: filed/conf | LASC-POMONA 400 CIVIC CENTER PLAZA POMONA CA 91766 Case Title: CASTILLO V GREENPOIN Ref: 70000629 | Base Chg : 85.75 | 85.75 |
| 7/10/12 RESEARCH-BRANCH SAME DAY | 9487287 | BAR | VCSC-VENTURA 800 SOUTH VICTORIA AVENUE VENTURA CA 93009 Caller: Jeff Weddle Case No.: na Pls. obtain a Certif ied Copy of the atta Signed: OBTAINED | SEVERSON & WERSON 19100 VON KARMAN IRVINE CA 92605 Ref: 19000.0863 | Base Chg : 62.25 Research : 30.15 Adv/Wit CK: 27.00 | 119.40 |

## INVOICE PAYMENT DUE UPON RECEIPT

**INVOICE**

TAX ID# 27-3093840

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 12 |

| Date | Ordr No. | SVC | Service Detail | | | Charges | | Total |
|---|---|---|---|---|---|---|---|---|
| 7/12/12 OC-UNLIMITED PDF/FAX | 9488291 | OCU FILE | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Liz C. Roberts Case No.: 30.11.00499270 Please file the atta Signed: RECEIVED | Orange County Court 700 Civic Center Dr West SANTA ANA          CA 92701 Case Title: Knox (2011-00499270 ched doc (1) with th Ref: 10597.0264 | | Base Chg   : 9.75 Adv/Wit CK: 20.00 | | 29.75 |
| 7/12/12 FILING-FAX/PDF | 9488403 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: DIANA J LOPEZ Case No.: 37 2012 00091959 FILE/CONFORM/RETURN Signed: lodged/pdf | SDSC-SAN DIEGO 330 WEST BROADWAY SAN DIEGO          CA 92101 Case Title: arlibib v bank of ame NEED EMAIL CONFIRMAT Ref: 70000.0642 | | Base Chg   : 29.75 | | 29.75 |
| 7/12/12 FILING-REGULAR VEHICLE | 9488417 | REF | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Debra Edwards FILE BY 4PM Signed: filed/pdf/ror | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA          CA 92701 Case Title: BRUBHM V ALLOY Ref: 07462.390 | | Base Chg   : 15.75 Adv/Wit CK: 350.00 | | 365.75 |
| 7/12/12 FILING-BRANCH FAX/PDF | 9488444 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Liz C. Roberts Case No.: EC058409 Please advance First Signed: FILED | LA County Court-Burbank 300 East Olive BURBANK          CA 91502 Case Title: AVETISIAN V WELLS FA Appearance Fees if Ref: 55000.0336 | | Base Chg   : 62.50 PDF Chg   : 70.50 Adv/Wit CK: 1305.00 | | 1,438.00 |
| 7/12/12 DELIVERY-REGULAR VEHICLE | 9488449 | REG | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Jeff Weddle    Wait: 30 Min On Friday, 7/13/12, Signed: rercorded | Ventura Co. Recorder's Office 800 S. Victoria Avenue VENTURA          CA 93009 pls. p/u from our Ir Ref: 19000.0863 | | Base Chg   : 170.25 Wait   : 10.00 Adv/Wit CK: 22.00 | | 202.25 |
| 7/12/12 FILING-FORWARD FAX/PDF | 9488468 | FFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Liz C. Roberts Case No.: 55000.0127 Please file the atta Signed: filed/pdf'd | Kern County Court 1415 Truxtun Ave BAKERSFIELD          CA 93301 Case Title: Ames (S-1500-CV-2753 ched doc (1) with th Ref: FILE WITH COURT | | Base Chg   : 145.00 | | 145.00 |

Cont

## INVOICE PAYMENT DUE UPON RECEIPT

 Collaborati®

## ⚠️ File Errors : 326868.TXT

View: [ Only unique errors ▼ ]       << Return to Upload Invoices

**Errors have occurred during the invoice upload process. Please check your LEDES file and try again.**

| Type | Invoice | Description |
|------|---------|-------------|
| ⊙ | 326868 | CLIENT_MATTER_ID "712122" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                              Errors per page 200 ▼

Contact Us · Technical Support · License Agreement
Copyright © 2007-2012 Mitratech Holdings, Inc. All Rights Reserved

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326869     JBS                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0885      Haan, Chang and Sheng
                     C/M# 712557

**TOTAL AMOUNT DUE**          **$986.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326869    JBS                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0885    Haan, Chang and Sheng
C/M# 712557

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/01/12 | Attention Plaintiff's contacting client directly in an attempt to discuss resolution issues. | L120 | 0.40 | 279.00 | 111.60 |
| MJN | 08/01/12 | Review email from J. Holtgren regarding plaintiff contact with loss motigation department. | L190 | 0.10 | 261.00 | 26.10 |
| ERB | 08/02/12 | Communications from Plaintiff re resolutionm and request for assistance with modification issues. | L160 | 0.40 | 279.00 | 111.60 |
| MJN | 08/02/12 | Drart letter to court regarding discmissal, call J. Holtgren regarding same and review email sent from borrower to M. McGuiness regarding loan modification. | L190 | 0.50 | 261.00 | 130.50 |
| MTM | 08/02/12 | Phone conference with Chang Haan. | L120 | 0.20 | 288.00 | 57.60 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/09/12 | Review and revise Proposed judgment and letter to court re same. | L210 | 0.30 | 279.00 | 83.70 |
| MJN | 08/09/12 | Review file and draft email to J. Holtgren regarding dismissal of the case and plaintiffs' request for loan modification. | L190 | 0.20 | 261.00 | 52.20 |
| MJN | 08/09/12 | Draft letter to court requesting entry of judgment of dismissal. | L210 | 0.20 | 261.00 | 52.20 |
| ERB | 08/13/12 | Communications with client re contact from apparent representative of plaintiff requesting assistance with a short sale. | L140 | 0.30 | 279.00 | 83.70 |
| MJN | 08/13/12 | Revew email from J. Holtgren and call third party real estate broker at her | L110 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326869 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Haan, Chang & Sheng | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | instruction. | | | | | |
| MJN | 08/14/12 | Edit letter to court regaring proposed order of dismissal. | L210 | | 0.10 | 261.00 | 26.10 |
| MTM | 08/14/12 | Review and finalize letter to judge forwarding proposed order. | L210 | | 0.30 | 288.00 | 86.40 |
| MJN | 08/22/12 | Internally communicate with M. McGuinness regarding court order. | L210 | | 0.10 | 261.00 | 26.10 |
| MTM | 08/22/12 | Attention to correspondence from court. | L210 | | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **3.50** | | **$956.70** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-Sacramento, CA 07/12/12 | | 29.75 |
| | **TOTAL COSTS & EXPENSES** | **$29.75** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $52.20 |
| L120 | Analysis/Strategy | 0.70 | $197.10 |
| L140 | Document/File Management | 0.30 | $83.70 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.80 | $208.80 |
| L210 | Pleadings | 1.10 | $303.30 |
| | **TOTAL** | **3.50** | **$956.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.50 | 279.00 | $418.50 |
| Nelson, Michele | MJN | Special Counsel | 1.40 | 261.00 | $365.40 |
| McGuinness, Michelle | MTM | Associate | 0.60 | 288.00 | $172.80 |
| | **Total** | | **3.50** | | **$956.70** |

| | | |
|---|---|---|
| PRIOR FEES | $31,027.05 | |
| PRIOR COSTS & EXPENSES | $2,557.55 | |

| | |
|---|---|
| FEES | $956.70 |
| COSTS & EXPENSES | $29.75 |
| **TOTAL THIS INVOICE** | **$986.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326870     JBS                                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0920 | Booth, Angelina C. |
| | | GMAC Matter No.:  713838 |

**TOTAL AMOUNT DUE**          **$195.30**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326870 | JBS | September 19, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0920    Booth, Angelina C.
GMAC Matter No.:  713838

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 07/10/12 | Communications with client re status of modification documents received from borrower and confirmation of receipt of originals. | L160 | 0.30 | 279.00 | 83.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/14/12 | Communications with client re comletion of modification and closing out matter. | L160 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **0.70** | | **$195.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $139.50 |
| | **TOTAL** | **0.70** | **$195.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| | **Total** | | **0.70** | | **$195.30** |

| PRIOR FEES | $8,760.60 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,201.92 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326870 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Booth, Angelina C. | | | |

|  | FEES | $195.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$195.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326871    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0933     Valenzuela, Alexander
                     C/M# 713796

**TOTAL AMOUNT DUE**            $899.70

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326871    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0933    Valenzuela, Alexander
                         C/M# 713796

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| PG | 08/01/12 | Draft Notice of Ruling Re: continuance of case management conference. | L230 | 0.30 | 247.50 | 74.25 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| PG | 08/23/12 | Telephonic appearance at Demurrer to TAC and draft email to client re: same. | L240 | 1.20 | 247.50 | 297.00 |
| PG | 08/23/12 | Draft Notice of Ruling re: results of Demurrer to TAC. | L240 | 0.20 | 247.50 | 49.50 |
| LJT | 08/27/12 | Draft proposed judgment of dismissal after demurrer. | L240 | 0.20 | 130.50 | 26.10 |
| PG | 08/27/12 | Revise and finalize judgment of dismissal. | L240 | 0.20 | 247.50 | 49.50 |
| PG | 08/31/12 | Review court minute order setting OSC Re: Dismissal. | L210 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **2.40** | | **$573.75** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/26/12 | 108.00 |
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice including Court Filing Fee $90 07/25/12 | 139.95 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/23/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$325.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326871 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Valenzuela, Alexander | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.20 | $49.50 |
| L230 | Court Mandated Conferences | 0.30 | $74.25 |
| L240 | Dispositive Motions | 1.80 | $422.10 |
| | **TOTAL** | **2.40** | **$573.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Grammatico, Paul | PG | Associate | 2.10 | 247.50 | $519.75 |
| | **Total** | | **2.40** | | **$573.75** |

PRIOR FEES                      $8,995.05
PRIOR COSTS & EXPENSES          $2,273.11

| | | |
|---|---|---|
| FEES | $573.75 |
| COSTS & EXPENSES | $325.95 |
| **TOTAL THIS INVOICE** | **$899.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

## all Debit Ledger for 07/16/2012 through

| DATE | APP ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | FEE TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| Reference # 55000.0047 | | | | | | | | | | |
| 9/11/12 | Ian Da Cunha | 5074054 | Alameda County Superior Court-Hayward HOJ | 516 | Judge Brenda Harbin-Forte | Bergeron v. Wells Fargo Bank, et al./RG11602759 | $78.00 | $0.00 | $78.00 | ($14,623.70) |
| Reference # 55000.0047 | | | | | | | | | | |
| 9/4/12 | Ian Da Cunha | 5074067 | Lake County Superior Court | 1 | Judge David W. Herrick | Starski vs. Wells Fargo/CV410229 | $78.00 | $0.00 | $78.00 | ($14,545.70) |
| Reference # 07685.1008 | | | | | | | | | | |
| 10/16/12 | Ian Da Cunha | 5074088 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Weathington vs. Wells Fargo Bank, et al./03-111CV196624 | $78.00 | $0.00 | $78.00 | ($14,467.70) |
| Reference # 07685.0947 | | | | | | | | | | |
| 7/26/12 | Wendy Miele | 5074104 | Orange County Superior Court-Santa Ana | C13 | Judge Gregory Munoz | Rodriguez vs. Mortgage Electronic Registration Systems, Inc/30-2012-00562221 | $78.00 | $30.00 | $108.00 | ($14,359.70) |
| Reference # 70000.0771 | | | | | | | | | | |
| 7/26/12 | Jason Richardson | 5074219 | Alameda County Superior Court-Hayward HOJ | 516 | Judge Brenda Harbin-Forte | Diedra Maria Rolland vs. Wells Fargo Bank/RG10536776 | $78.00 | $30.00 | $108.00 | ($14,251.70) |
| Reference # 07685.0740 | | | | | | | | | | |
| 7/26/12 | Paul Grammatico | 5074234 | San Bernardino Superior Court-San Bernardino District | S32 | Judge Donald Alvarez | Valenzuela vs. New Century/CIVDS1106135 | $78.00 | $30.00 | $108.00 | ($14,143.70) |
| Reference # 19000.0933 | | | | | | | | | | |
| 9/21/12 | Alex Sears | 5074291 | San Diego Superior Court-Central(HOJ) | 72 | Judge Timothy Taylor | Byrd v. Guild Mortgage, et al./37-2011-00098841- | $78.00 | $0.00 | $78.00 | ($14,06?) |
| Reference # 11911.0020 | | | | | | | | | | |
| 8/15/12 | Thomas Abbott | 5074330 | Merced County Superior Court | 3 | Judge Donald Proietti | Uribes vs Wells Fargo Bank/CV002567 | $78.00 | $0.00 | $78.00 | ($13,9?) |

Auto Debit Send on 07/31/12 at 11:21 PM

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
| Invoice No.: | 2019952 |
| Inv. Date: | 7/25/12 |
| Due Date: | 8/9/12 |
| Total: | $139.95 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 2019952 | |
| Date: | 7/25/12 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | PAUL GRAMMATICO |
| Client File No.: | 19000.0933 |
| Case Short Title: | Valenzuela, Alexander V. New Century Mortgage |
| Documents: | Demurrer, Request for Judicial Notice |
| One Legal Branch: | Riverside |
| Court Description: | Superior Court of California, San Bernardino County |

| | |
|---|---|
| **COURT FILING FEE** | $90.00 |
| **COURT FILING SERVICE FEE** | $49.95 |



| Due Date | 8/9/12 | | Total This Invoice | $139.95 |
|---|---|---|---|---|



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326872    JBS                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0943 | Quijada, Monica |
| | | GMAC Matter No.: 714330 |

**TOTAL AMOUNT DUE**          $623.55

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326872    JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0943    Quijada, Monica
GMAC Matter No.: 714330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| YS | 08/02/12 | Receipt, review and analysis of co-defendant's notice of non-opposition to its motion to strike plaintiff's third amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/02/12 | Receipt, review and analysis of co-defendant's reply brief to opposition received to demurrer to plaintiff's third amended complaint | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/03/12 | Receipt, review and analysis of correspondence from plaintiff's counsel regarding continuance of demurrer and case management conference hearings | L120 | 0.10 | 238.50 | 23.85 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/07/12 | Communications with client re results of demurer. | L120 | 0.20 | 279.00 | 55.80 |
| YS | 08/07/12 | Draft correspondence to client regarding status of the case and pending hearing dates | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/08/12 | Draft correspondence to K. Lee at MERS regarding status of the case and pending hearing dates | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/10/12 | Receipt, review and analysis of the Court's notice of continuance of the client's demurrer hearing | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/10/12 | Telephone conference with plaintiff's counsel regarding possible settlement of the case via a loan modification | L160 | 0.20 | 238.50 | 47.70 |
| YS | 08/10/12 | Draft correspondence to client regarding possible loan modification in | L160 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326872 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Quijada, Monica | | | | |

| | | | an effort to resolve this case | | | | |
|---|---|---|---|---|---|---|---|
| YS | 08/13/12 | Telephone conference with plaintiff's counsel regarding possibility of settling the case with a loan modification | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **1.70** | | **$417.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 08/06/12 | 78.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/10/12 | 78.00 |
| 08/14/12 | One Legal, Inc.; Transmittal of filing to court; Defs. Reply ISO Demurrer to Pl's TAC 08/01/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$205.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $179.10 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $143.10 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| | **TOTAL** | **1.70** | **$417.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Shaham, Yaron | YS | Special Counsel | 1.40 | 238.50 | $333.90 |
| | **Total** | | **1.70** | | **$417.60** |

| | |
|---|---|
| PRIOR FEES | $20,448.00 |
| PRIOR COSTS & EXPENSES | $2,510.07 |

| | |
|---|---|
| FEES | $417.60 |
| COSTS & EXPENSES | $205.95 |
| **TOTAL THIS INVOICE** | **$623.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326874 | JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|---|---|---|
| MATTER | 0954 | Mills, Robert and Cindy |
| | | GMAC Matter No.: 714489 |

**TOTAL AMOUNT DUE**        **$298.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326874    JBS                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0954    Mills, Robert and Cindy
                        GMAC Matter No.: 714489

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client | L120 | 0.10 | 279.00 | 27.90 |
| KWF | 07/17/12 | Prepare email to client C. Hancock re appeal deadline and OSC re judgment against MERS and ETS. | L510 | 0.30 | 270.00 | 81.00 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| KWF | 08/16/12 | Evaluate file and court docket. Prepare email to client, C. Hancock, re: dismissal hearing. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/20/12 | Telephone conference with Miriam at Plaintiff's counsel's office re: loan modification. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 08/20/12 | Prepare email to client, C. Hancock., re: settlement via loan modification. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/23/12 | Prepare emails to Plaintiff's office and client re: loan modification. | L160 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.10** | | **$298.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.80 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $81.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L510 | Appellate Motions & Submission | 0.30 | $81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326874 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Mills, Robert & Cindy | | | | |

| | **TOTAL** | | **1.10** | **$298.80** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 | |
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 | |
| | **Total** | | **1.10** | | **$298.80** | |

| PRIOR FEES | $12,165.75 |
|---|---|
| PRIOR COSTS & EXPENSES | $2,295.22 |

| | FEES | $298.80 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$298.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326875    JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0968 | Solano, Julie |
| | | GMAC Matter No.: 714697 |

**TOTAL AMOUNT DUE**          **$888.30**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326875      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000 0968      Solano, Julie
                            GMAC Matter No.: 714697

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/03/12 | Communications with client re analysis of remaining claims and strategy. | L120 | 0.40 | 279.00 | 111.60 |
| DPB | 08/03/12 | E-mail from C.Hancock inquiring as to status of litigation, the subject property, and any pending efforts to resolve case (.1); e-mail to C.Hancock providing summary of same (1.4). | L120 | 1.50 | 288.00 | 432.00 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| DPB | 08/06/12 | Communications with client regarding scheduling a conference call. | L120 | 0.20 | 288.00 | 57.60 |
| DPB | 08/08/12 | Communications with C.Hancock and T.Buell regarding scheduling a conference call. | L120 | 0.20 | 288.00 | 57.60 |
| DPB | 08/08/12 | Teleconference with C.Hancock regarding case status and strategy. | L160 | 0.50 | 288.00 | 144.00 |
| DPB | 08/27/12 | Communications with C.Hancock regarding history of settlement negotiations with plaintiff's counsel. | L160 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **3.10** | | **$888.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120  Analysis/Strategy | 2.40 | $686.70 |
| L160  Settlement/Non-Binding ADR | 0.70 | $201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326875 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Solano, Julie | | | | |

| | TOTAL | | 3.10 | $888.30 | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Babcock, Daska | DPB | Special Counsel | 2.60 | 288.00 | $748.80 | |
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 | |
| | **Total** | | **3.10** | | **$888.30** | |

PRIOR FEES                        $48,109.50
PRIOR COSTS & EXPENSES            $4,663.20

|  | FEES | $888.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$888.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326876    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1011    Von Brincken, Shelley and John
                  C/M# 717020

**TOTAL AMOUNT DUE**          $1,882.80

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326876     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1011     Von Brincken, Shelley and John
C/M# 717020

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEH | 08/02/12 | Telephone call with co-defendant's counsel (V. Boesch) re: case strategy. | L120 | 0.40 | 261.00 | 104.40 |
| MEH | 08/05/12 | Calculate/calendar new appellate briefing schedule per recent court order. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/06/12 | Review docket for filing of appellants' opening brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/08/12 | Draft notice of bankruptcy stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/08/12 | Draft cover letter to plaintiffs enclosing notice of bankruptcy stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/08/12 | Draft email to client (A. Angelo) enclosing draft notice of stay and cover letter, with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/08/12 | Draft email to client (A. Angelo) responding to request for status update on appeal. | L120 | 0.50 | 261.00 | 130.50 |
| MEH | 08/10/12 | Draft email to clients (A. Angelo, N. Campbell) re: bankruptcy stay re: MERS. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/10/12 | Exchange emails with client (A. Angelo) re: notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/13/12 | Exchange emails with clients (A. Angelo, N. Campbell) re: motion for stay re: non-bankrupt parties. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/14/12 | Exchange emails with MERS contact (A. Marmion) re: stay of appeal pending GMAC bankruptcy. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/15/12 | Exchange emails with clients (A. Angelo, N. Campbell) re: edits to notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Revise notice of bankruptcy stay to | L510 | 0.70 | 261.00 | 182.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326876 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Von Brincken, Shelley & John | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | incorporate client edits. | | | | |
| MEH | 08/21/12 | Revise cover letter to plaintiffs re: notice of stay, to incorporate client edits. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/21/12 | Draft email to clients (A. Angelo, N. Campbell) enclosing drafts of revised notice of stay and cover letter with comments. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/23/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/23/12 | Exchange emails with client (A. Angelo) re: filing of notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| ERB | 08/27/12 | Attention to dismissal of appeal and communications with client re same. | L510 | 0.20 | 279.00 | 55.80 |
| MEH | 08/27/12 | Monitor docket for dismissal of case. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Draft email to client (A. Angelo) enclosing voluntary dismissal with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **7.20** | | **$1,882.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $234.90 |
| L510 | Appellate Motions & Submission | 5.90 | $1,543.50 |
| L520 | Appellate Briefs | 0.40 | $104.40 |
| | **TOTAL** | **7.20** | **$1,882.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | 7.00 | 261.00 | $1,827.00 |
| | **Total** | | **7.20** | | **$1,882.80** |

PRIOR FEES                                    $9,864.90

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 326876 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Von Brincken, Shelley & John | | |

PRIOR COSTS & EXPENSES                    $2,338.75


|  | |
|---|---|
| FEES | $1,882.80 |
| **TOTAL THIS INVOICE** | **$1,882.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326877    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1016 | Lin, Stephen and Evelyn |
| | | GMAC Matter No.:  717087 |

**TOTAL AMOUNT DUE**          **$711.00**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326877    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1016    Lin, Stephen and Evelyn
                        GMAC Matter No.: 717087

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/06/12 | Attention to Bankruptcy issues and impact of Stay on pending appeal. | L510 | 0.40 | 279.00 | 111.60 |
| ACS | 08/06/12 | Analyze response to oral argument notice from court | L530 | 0.30 | 288.00 | 86.40 |
| ACS | 08/06/12 | Analyze bankruptcy stay and impact on claims | L510 | 0.30 | 288.00 | 86.40 |
| ACS | 08/07/12 | Revise bankruptcy stay notice | L250 | 0.40 | 288.00 | 115.20 |
| ERB | 08/08/12 | Communications with client re revisions to notice of bankruptcy stay and status of appeal. | L250 | 0.30 | 279.00 | 83.70 |
| ERB | 08/08/12 | Review and revise updated Notice of Bankruptcy Stay. | L250 | 0.20 | 279.00 | 55.80 |
| ACS | 08/08/12 | Revise bankruptcy stay notice and cover letter re: same | L510 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **2.50** | | **$711.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L250 | Other Written Motions | 0.90 | $254.70 |
| L510 | Appellate Motions & Submission | 1.20 | $342.00 |
| L530 | Oral Argument | 0.30 | $86.40 |
| | **TOTAL** | **2.50** | **$711.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326877 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Lin, Stephen & Evelyn | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | 1.50 | 288.00 | $432.00 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| | **Total** | | **2.50** | | **$711.00** |

PRIOR FEES                    $19,737.00
PRIOR COSTS & EXPENSES        $2,412.32

| | FEES | $711.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$711.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326878      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1025       Blanche, John R.
                       C/M# 717587

**TOTAL AMOUNT DUE**              **$290.69**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326878 | JBS | September 19, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1025    Blanche, John R.
C/M# 717587

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 07/05/12 | Finalize demurrer to first amended complaint. | L210 | 0.50 | 238.50 | 119.25 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.70** | | **$175.05** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 2357 Laredo Rd Sacramento, CA 06/22/12 | 8.39 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-Sacramento, CA 07/06/12 Adv/Ck: $40 | 107.25 |

**TOTAL COSTS & EXPENSES**                    **$115.64**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L210 | Pleadings | 0.50 | $119.25 |
| | **TOTAL** | **0.70** | **$175.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Cross, Michael | MGC | Associate | 0.50 | 238.50 | $119.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326878 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Blanche, John R. | | | |

|  | Total | 0.70 | $175.05 |
|---|---|---|---|

PRIOR FEES                           $5,449.50
PRIOR COSTS & EXPENSES               $1,052.45

| | | |
|---|---|---|
| | FEES | $175.05 |
| | COSTS & EXPENSES | $115.64 |
| | **TOTAL THIS INVOICE** | **$290.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**INVOICE**

| | |
|---|---|
| INVOICE NO. | CUSTOMER NO. |
| 267594 | 82035 |
| Invoice Date | Total Due |
| 7/15/12 | 30,880.93 |

TAX ID# 27-3093840

355 LOS ANGELES, CA 90084-4250

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 267594 | 7/15/12 | 30,880.93 | 13 |

**Service Detail**

| Date | Ordr.No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/06/12 FILING-FAX/PDF | 6812647 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: MARILYN HECHMER Case No.: 34 2010 00092667 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO CA 95814 Case Title: BLANCHE V AURORA COURTESY COPY TO JDG Ref: 1900.1025 | Base Chg : 29.75 PDF/OvrNte: 37.50 Adv/Wit Ck: 40.00 | 107.25 |
| 7/06/12 FILING-FORWARD FAX/PDF | 6812651 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Chilly Kada Case No.: 173052 FILE/CONFORM/RETURN Ref: 70000.0684 | SHASTA CO SUPERIOR CT-REDDING 1500 COURT STREET REDDING CA 96001-1686 Case Title: LESINSKI | Base Chg : 120.75 | 120.75 |
| 7/06/12 FILING-FORWARD FAX/PDF | 6812658 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: MARILYN HECHMER Case No.: 77871 FILE/CONFORM/RETURN Signed: FILED/CC | NEVADA COU SUPERIOR CT-NEVADA CITY 201 CHURCH STREET NEVADA CITY CA 95959-2505 Case Title: gardiner v greenpoin COURTESY COPY TO JDG Ref: 77871 | Base Chg : 120.75 PDF/OvrNte: 8.25 Adv/Wit Ck: 60.00 | 189.00 |
| 7/06/12 FILING-FAX/PDF | 6812709 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: JAN PROUDFOOT Case No.: 110cv180668 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Case Title: SHAH V BOA Ref: 11608.0743. | Base Chg : 29.75 | 29.75 |
| 7/06/12 FILING-FORWARD FAX/PDF | 6812736 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Theresa V. Henry Case No.: cv120062 FILE/CONFORM/RETURN Signed: FILED/CC | MONO CO SUPERIOR CT-MAMMOTH LAKES P.O. BOX 1037 MAMMOTH LAKES CA 93546 Case Title: carlton v wells farg adv fees Ref: 55000.0122 | Base Chg : 155.75 | 155.75 |
| 7/06/12 DELIVERY-RUSH BICYCLE | 6812803 | RSH | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO CA 94111 Caller: Theresa V. Henry Case No.: N/A DELIVER ENV BEFORE Signed: MIRANDA HAM | VOGL & MEREDITH 456 MONTGOMERY ST SAN FRANCISCO CA 94104 Case Title: WEBSTER V CITY PETLA 5:00PM Ref: 07465.0271 | Base Chg : 16.25 | 16.25 |

Cont

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326879     JBS                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1095 | Boyd, Michael E. |
| | | GMAC Matter No.: 719832 |

**TOTAL AMOUNT DUE**          $2,637.35

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326879    JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1095    Boyd, Michael E.
                        GMAC Matter No.: 719832

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| MXS | 08/01/12 | E-mailed with assistant U.S. attorney C. Cormier re Possible motion for consolidation of actions by plaintiff | L250 | 0.40 | 216.00 | 86.40 |
| MXS | 08/03/12 | Read Plaintiff's reply in support of motion for procedural relief | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 08/03/12 | Marshalled documents that may need to be referenced during the hearing on the plaintiff's motion for procedural relief. Printed these documents for later review. | L250 | 0.30 | 216.00 | 64.80 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MXS | 08/06/12 | Prepared for hearing on motion to dismiss and motion for procedural relief by creating notes for oral argument ; reviewing all papers on file for both motions; and reviewing and outlining GMAC order on relief from stay in preparation for questioning about effect of order. | L240 | 1.20 | 216.00 | 259.20 |
| MXS | 08/07/12 | Attended hearing in Northern District Court (San Jose) on Motion to Dismiss and Motion for Procedural Relief. | L240 | 6.50 | 216.00 | 1,404.00 |
| MXS | 08/15/12 | E-mailed with client re hearing on procedural motion and motion to dismiss, and re next steps. | L240 | 0.40 | 216.00 | 86.40 |
| MXS | 08/22/12 | Researched prior decisions of magistrate judge handling case. | L240 | 0.20 | 216.00 | 43.20 |
| MEH | 08/23/12 | Review/analyze order dismissing case. | L240 | 0.20 | 261.00 | 52.20 |
| MEH | 08/23/12 | Revise email to client (H. Franchi) re: | L240 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 326879 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Boyd, Michael E. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | dismissal of case. | | | | |
| MXS | 08/23/12 | Reviewed Court's Order on Motion to Dismiss | L240 | 0.30 | 216.00 | 64.80 |
| MXS | 08/23/12 | E-mailed with client re order on motion to dismiss | L240 | 0.30 | 216.00 | 64.80 |
| MXS | 08/23/12 | Researched procedural issue of plaintiff's appeal of motion to dismiss. | L240 | 0.40 | 216.00 | 86.40 |
| | | **TOTAL** | | **10.80** | | **$2,357.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; USBC-San Jose, CA 07/11/12 | 194.25 |
| 08/29/12 | Maria Schindler; Transportation;  Court hearing, San Jose 8/7/12 | 86.00 |
| | **TOTAL COSTS & EXPENSES** | **$280.25** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L240 | Dispositive Motions | 9.70 | $2,113.20 |
| L250 | Other Written Motions | 1.00 | $216.00 |
| | **TOTAL** | **10.80** | **$2,357.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Holt, M. Elizabeth | MEH | Associate | 0.40 | 261.00 | $104.40 |
| Schindler, Maria | MXS | Associate | 10.30 | 216.00 | $2,224.80 |
| | **Total** | | **10.80** | | **$2,357.10** |

| | |
|---|---|
| PRIOR FEES | $39,220.65 |
| PRIOR COSTS & EXPENSES | $473.97 |

| | |
|---|---|
| FEES | $2,357.10 |
| COSTS & EXPENSES | $280.25 |
| **TOTAL THIS INVOICE** | **$2,637.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

INVOICE

TAX ID# 27-3093840

| | |
|---|---|
| 267594 | 82035 |
| Invoice Date | Total Due |
| 7/15/12 | 30,880.93 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 267594 | 7/15/12 | 30,880.93 | 25 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/11/12 RESEARCH-BRANCH NEXT DAY | 6814245 | BNR | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE  CA 95113 Caller: Theresa V. Henry Case No.: 112CV218717 GET DOCS Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Case Title: SMITH V RYAN Ref: SMITH V RYAN | Base Chg : 85.00 Research : 13.40 Adv/Wit Ck: 20.00 | 118.40 |
| 7/11/12 FILING-REGULAR VEHICLE | 6814246 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: DEBORAH L.    Wait: 20 Min Case No.: HG12-633910 FILE/CONFORM/RETURN Signed: FILED | ACSC-HAYWARD 24405 AMADOR STREET HAYWARD  CA 94544 Case Title: TORRES V RESIDENTIAL Ref: 19000.1301 | Base Chg : 107.75 | 107.75 |
| 7/11/12 FILING SAME DAY-DAILY RUN | 6814247 | SDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: TERI JONES Case No.: 5:11-CV-05018PSG FILE/CONFORM/RETURN Signed: TIFFANY HARWELL | USBC-SAN JOSE 280 SOUTH 1ST STREET SAN JOSE  CA 95113 Case Title: BOYD V GMAC MORTGAGE COURTESY COPY TO JDG Ref: 19000.1095 | Base Chg : 194.25 | 194.25 |
| 7/12/12 FILING-BRANCH FAX/PDF | 6814419 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Deborah L.    Wait: 20 Min Case No.: HG12633910 Please advance fees. Signed: FILED | Alameda County Court 24405 Amador St HAYWARD  CA 94544 Case Title: Torres v. Residentia Please file GMAC Mo Ref: 19000.1301 | Base Chg : 57.50 PDF/OvrNte: 1.50 Adv/Wit Ck: 870.00 | 929.00 |
| 7/12/12 FILING-REGULAR BICYCLE | 6814460 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Kathi DeLeon Please file with the Signed: FILED | USDC-Northern District 450 Golden Gate Ave SAN FRANCISCO  CA 94102 Case Title: Almogela v World Sav court as soon as po Ref: 55000-0367 | Base Chg : 27.25 Adv/Wit Ck: 350.00 | 377.25 |
| 7/12/12 FILING-BRANCH FAX/PDF | 6814466 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: ANGELA L. EURE Case No.: SCV0030396 FILE/CONFORM/RETURN Signed: FILED | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE  CA 95618 Case Title: ALBERY V ALLY BANK Ref: 19000.1268 | Base Chg : 48.25 | 48.25 |

*11894.0008*

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326880    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1103    Swift, Dianna and Stephen
                  GMAC Matter No.: 720298

**TOTAL AMOUNT DUE**          **$208.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326880    JBS                                      September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1103    Swift, Dianna and Stephen
                        GMAC Matter No.: 720298

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 07/12/12 | Respond to client inquiry. | L190 | 0.40 | 238.50 | 95.40 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.60** | | **$151.20** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; ACSC- Oakland 6/11/12 | | 57.50 |

**TOTAL COSTS & EXPENSES**                        **$57.50**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.20 | $55.80 | | |
| L190 | Other Case Assessment | 0.40 | $95.40 | | |
| | **TOTAL** | **0.60** | **$151.20** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Cross, Michael | MGC | Associate | 0.40 | 238.50 | $95.40 |
| | **Total** | | **0.60** | | **$151.20** |

| | |
|---|---|
| PRIOR FEES | $4,693.95 |
| PRIOR COSTS & EXPENSES | $352.42 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326880 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Swift, Dianna & Stephen | | |

|  | | |
|---|---|---|
| FEES | $151.20 |
| COSTS & EXPENSES | $57.50 |
| **TOTAL THIS INVOICE** | **$208.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        326881        JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1106 | Villicana, Jose M. |
| | | GMAC Matter No.: 720505 |

**TOTAL AMOUNT DUE**            $2,023.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326881    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1106    Villicana, Jose M.
GMAC Matter No.: 720505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/03/12 | Attention to status and startegy and communications with client re same. | L120 | 0.40 | 279.00 | 111.60 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/13/12 | Strategize re: motion to dissolve preliminary injunction. | L190 | 0.40 | 238.50 | 95.40 |
| MGC | 08/13/12 | Begin to draft motion to dissolve preliminary injunction. | L210 | 3.40 | 238.50 | 810.90 |
| MGC | 08/20/12 | Continue to draft motion to dissolve preliminary injunction. | L210 | 3.50 | 238.50 | 834.75 |
| MGC | 08/22/12 | Talk with plaintiff's counsel. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 08/22/12 | Draft correspondence to associates and client re: modification documents. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 08/28/12 | Follow up with client. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **8.40** | | **$2,023.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L190 | Other Case Assessment | 1.00 | $238.50 |
| L210 | Pleadings | 6.90 | $1,645.65 |
| | **TOTAL** | **8.40** | **$2,023.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326881 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Villicana, Jose M. | | | | |

| Cross, Michael | MGC | Associate | 7.90 | 238.50 | $1,884.15 |
|---|---|---|---|---|---|
| | **Total** | | **8.40** | | **$2,023.65** |

| PRIOR FEES | $17,923.50 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,903.37 |

| FEES | $2,023.65 |
|---|---|
| **TOTAL THIS INVOICE** | **$2,023.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326882    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1115    Nguyen, Luan
                  GMAC Matter No.: 707072

**TOTAL AMOUNT DUE**          **$312.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326882    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1115    Nguyen, Luan
                        GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| YS | 08/02/12 | Telephone call to plaintiff's counsel regarding settling the case in light of client's bankruptcy filing | L120 | 0.10 | 238.50 | 23.85 |
| MJN | 08/03/12 | Discuss affect of bankruptcy stay with T. Buell. | L190 | 0.20 | 261.00 | 52.20 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MJN | 08/08/12 | Review complaint and bankruptcy relief order for strategy considerations. | L110 | 0.20 | 261.00 | 52.20 |
| MJN | 08/08/12 | Discuss affect of bankrtupcy stay on case with T. Buell. | L190 | 0.10 | 261.00 | 26.10 |
| MJN | 08/09/12 | Email J. Holtgren regarding effect of stay and strategy related to quiet title and consolidated unlawful detainer action. | L120 | 0.40 | 261.00 | 104.40 |
| MJN | 08/20/12 | Internally discuss amended notice of stay with T. Buell | L120 | 0.10 | 261.00 | 26.10 |
| | | **TOTAL** | | **1.20** | | **$312.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $52.20 |
| L120 | Analysis/Strategy | 0.70 | $182.25 |
| L190 | Other Case Assessment | 0.30 | $78.30 |
| | **TOTAL** | **1.20** | **$312.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.   326882 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Nguyen, Luan | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Nelson, Michele | MJN | Special Counsel | 1.00 | 261.00 | $261.00 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **1.20** | | **$312.75** |

| | |
|---|---|
| PRIOR FEES | $21,118.95 |
| PRIOR COSTS & EXPENSES | $520.89 |

| | |
|---|---|
| FEES | $312.75 |
| **TOTAL THIS INVOICE** | **$312.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



Messages | Preferences | FAQ | Help | Logout

⚠ **File Errors : 326882.TXT**

View: [ Only unique errors  ▾ ]     << **Return to Upload Invoices**

**Errors have occurred during the invoice upload process. Please check your LEDES file and try again.**

| Type | Invoice | Description |
|------|---------|-------------|
| ⓘ | 326882 | CLIENT_MATTER_ID "707072" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                                   Errors per page [ 200 ▾ ]

Contact Us  -  Technical Support  -  License Agreement
Copyright © 2007-2012  Mitratech Holdings, Inc. All Rights Reserved

https://www.collaborati.net/invoiceUploadErrorList.html?batchId=147728200          9/19/2012

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326883      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER    1156        Suckow, Jeffrey
                            GMAC Matter No.: 722444

**TOTAL AMOUNT DUE**            $1,965.85

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326883 | JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1156    Suckow, Jeffrey
GMAC Matter No.: 722444

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/29/12 | Review pleadings to prepare to hearing on demurrer. | L240 | 2.50 | 238.50 | 596.25 |
| MGC | 08/29/12 | Review pleadings to prepare to hearing on demurrer. | L240 | 2.50 | 238.50 | 596.25 |
| MGC | 08/30/12 | Attend hearing on demurrer. | L240 | 1.50 | 238.50 | 357.75 |
| MGC | 08/30/12 | Prepare for hearing on demurrer. | L240 | 0.30 | 238.50 | 71.55 |
| MGC | 08/30/12 | Call with plaintiff's counsel. | L190 | 0.20 | 238.50 | 47.70 |
| IJD | 08/31/12 | Review and reply to email from client J. Holtgren regarding outcome of demurrer hearing on plaintiffs' second amended complaint. | L120 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **7.30** | | **$1,745.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  08/30/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SJMC- Stockton. Advance ck. $60.00 | 142.75 |
| | **TOTAL COSTS & EXPENSES** | **$220.75** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $75.60 |
| L190 | Other Case Assessment | 0.20 | $47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326883     CLIENT    GMAC ResCap                                    Page        2
                         MATTER    Suckow, Jeffrey

| L240 | Dispositive Motions | | 6.80 | $1,621.80 | | |
|------|---------------------|--|------|-----------|--|--|
|      | **TOTAL** | | **7.30** | **$1,745.10** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Da Cunha, Ian | IJD | Associate | 0.20 | 238.50 | $47.70 |
| Cross, Michael | MGC | Associate | 7.00 | 238.50 | $1,669.50 |
| | **Total** | | **7.30** | | **$1,745.10** |

PRIOR FEES                        $9,823.50
PRIOR COSTS & EXPENSES            $2,263.04

FEES                 $1,745.10
COSTS & EXPENSES       $220.75
**TOTAL THIS INVOICE**   **$1,965.85**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 268336 | 7/31/12 | 44,753.12 | 13 |

| Date | Ord No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/18/12 | 6816562 | BNR | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE        CA 95113<br>Caller: Marilyn Li<br>Case No.: 111CV198821<br>GET CERT COPY OF<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br><br>Case Title: CARRETTO V COUNTRYWI<br>NOTICE<br>Ref: 70000.0141 | Base Chg :     85.00<br>Adv/Wit Ck:     28.00 | | 113.00 |
| RESEARCH-BRANCH NEXT DAY | | | | | | | |
| 7/18/12 | 6816564 | BFL | SCSC-SAN JOSE<br>191 NORTH 1ST STREET<br>SAN JOSE        CA 95113<br>Caller: Marilyn Li<br>Case No.: 111CV198821<br>RECORD/CONFORM/RETRN<br>Signed: RECORDED | RECORDER-SAN JOSE<br>70 WEST HEDDING STREET<br>SAN JOSE        CA 95110<br><br>Case Title: CARRETTO V COUNTRYWI<br>SEE 6816562<br>Ref: 70000.0141 | Base Chg :     98.00<br>Adv/Wit Ck:     38.00 | | 136.00 |
| FILING-BRANCH NEXT DAY | | | | | | | |
| 7/18/12 | 6816572 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst<br>Case No.: 39 2011 00272322<br>FILE/CONFORM/RETURN<br>Signed: FILED | SJMC-STOCKTON<br>222 EAST WEBER AVENUE<br>STOCKTON        CA 95202<br><br>Case Title: SUCKOW V AURORA LOAN<br>PAY $60 FEE<br>Ref: 1900.1156 | Base Chg :     48.25<br>PDF/OvrNte:     34.50<br>Adv/Wit Ck:     60.00 | | 142.75 |
| FILING-BRANCH FAX/PDF | | | | | | | |
| 7/18/12 | 6816621 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Isabel Kunst    Wait: 20 Min<br>Case No.: C12-01418<br>FILE/CONFORM/RETURN<br>Signed: FILED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ        CA 94553<br><br>Case Title: ALTAMIRANO V. WESTMI<br>\<br>Ref: 55002.0039 | Base Chg :     71.50<br>PDF/OvrNte:     28.50<br>Adv/Wit Ck:   1335.00 | | 1,435.00 |
| FILING-BRANCH FAX/PDF | | | | | | | |
| 7/18/12 | 6816624 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: MARILYN HECHMER<br>Case No.: SCV0030248<br>FILE/CONFORM/RETURN<br>Signed: FILED | PLACER SUPERIOR COURT<br>10820 JUSTICE CENTER DRIVE<br>ROSEVILLE        CA 95678<br><br>Case Title: LANDAU V WELLS FARGO<br>Ref: 11991.0117 | Base Chg :     48.25 | | 48.25 |
| FILING-BRANCH FAX/PDF | | | | | | | |
| 7/18/12 | 6816632 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: ANGELA L. EURE    Wait: 15 Min<br>Case No.: HG12612759<br>FILE/CONFORM/RETURN<br>Signed: FILED | ACSC-OAKLAND<br>1225 FALLON STREET<br>OAKLAND        CA 94612<br><br>Case Title: DE LEON V. CALIFORNI<br>Ref: 55000.0144 DE LEON | Base Chg :     57.50<br>PDF/OvrNte:     70.50<br>Adv/Wit Ck:     60.00 | | 188.00 |
| FILING-BRANCH FAX/PDF | | | | | | | |
| | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326884    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1179 | Dumalanta, Dwayne |
| | | GMAC Matter No.: 723459 |

**TOTAL AMOUNT DUE**          **$2,602.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326884 | JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1179    Dumalanta, Dwayne
GMAC Matter No.: 723459

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CJM | 08/02/12 | Prepare for and attend hearing on order to show cause re dismissal for failure to serve all parties. | L520 | 2.20 | 238.50 | 524.70 |
| ERB | 08/02/12 | Communications with client re status and strategy following hearing. | L120 | 0.20 | 279.00 | 55.80 |
| CJM | 08/03/12 | Confer with client, draft email to plaintiff's counsel re lack of completion of loan modification application. | L160 | 0.60 | 238.50 | 143.10 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| CJM | 08/17/12 | Analyze plaintiff's notice of continuance of court hearing. | L190 | 0.20 | 238.50 | 47.70 |
| CJM | 08/21/12 | Review series of telephone messages from plaintiff's counsel re postponement of foreclosure sale, draft email to client re same. | L160 | 0.30 | 238.50 | 71.55 |
| CJM | 08/23/12 | Draft email to plaintiff's counsel re loan modification. | L160 | 0.30 | 238.50 | 71.55 |
| CJM | 08/24/12 | Analyze first amended complaint, draft demurrer to same. | L240 | 2.40 | 238.50 | 572.40 |
| CJM | 08/27/12 | Review materials submitted by plaintiffs re loan modification, draft email to client forwarding same. | L160 | 0.30 | 238.50 | 71.55 |
| CJM | 08/27/12 | Continue drafting demurrer to first amended complaint. | L240 | 3.80 | 238.50 | 906.30 |
| | | **TOTAL** | | **10.40** | | **$2,492.55** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326884 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Dumalanta, Dwayne | | | |

| | | | |
|---|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 10/02/12 | | 78.00 |
| 08/29/12 | Casey J. McTigue; Transportation; Draft Demurrer 8/27/12 | | 32.00 |
| | **TOTAL COSTS & EXPENSES** | **$110.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L160 | Settlement/Non-Binding ADR | 1.50 | $357.75 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L240 | Dispositive Motions | 6.20 | $1,478.70 |
| L520 | Appellate Briefs | 2.20 | $524.70 |
| | **TOTAL** | **10.40** | **$2,492.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| McTigue, Casey | CJM | Associate | 10.10 | 238.50 | $2,408.85 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| | **Total** | | **10.40** | | **$2,492.55** |

| | |
|---|---|
| PRIOR FEES | $4,994.55 |
| PRIOR COSTS & EXPENSES | $1,043.29 |

| | |
|---|---|
| FEES | $2,492.55 |
| COSTS & EXPENSES | $110.00 |
| **TOTAL THIS INVOICE** | **$2,602.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326885      JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1218 | Flores, Panfilo and Irene |
| | | GMAC Matter No.:  725898 |

**TOTAL AMOUNT DUE**          **$530.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326885      JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1218      Flores, Panfilo and Irene
GMAC Matter No.:  725898

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 08/08/12 | Draft correspondence re plaintiffs' non-response to settlement offers in the course of mediation. | L250 | 0.60 | 279.00 | 167.40 |
| JDI | 08/10/12 | Prepare for and attend court ordered telephone mediation. | L230 | 0.60 | 279.00 | 167.40 |
| JDI | 08/22/12 | Review mediation order and correspond with J. Holtgren re same. | L190 | 0.40 | 279.00 | 111.60 |
| JDI | 08/24/12 | Correspond with plaintiffs' counsel re mediation dates. | L190 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **1.90** | | **$530.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.60 | $167.40 |
| L230 | Court Mandated Conferences | 0.60 | $167.40 |
| L250 | Other Written Motions | 0.60 | $167.40 |
| | **TOTAL** | **1.90** | **$530.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 1.80 | 279.00 | $502.20 |
| | **Total** | | **1.90** | | **$530.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326885 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Flores, Panfilo & Irene | | |

| PRIOR FEES | $8,284.05 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $179.68 |

|  | FEES | $530.10 |
| --- | --- | --- |
| **TOTAL THIS INVOICE** | | **$530.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326886    JBS                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1224 | Biala, Delfin and Wilma |
| | | GMAC Matter No.: 726225 |

**TOTAL AMOUNT DUE**          $2,318.00

## *** REMITTANCE COPY ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326886     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1224     Biala, Delfin and Wilma
                           GMAC Matter No.: 726225

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/20/12 | Review and revise reply in support of demurrer. | L210 | 0.50 | 279.00 | 139.50 |
| AAG | 08/20/12 | Draft reply in support of demurrer to plaintiff's complaint. | L210 | 6.20 | 238.50 | 1,478.70 |
| AAG | 08/21/12 | Communicate with client about reply in support of demurrer and file same. | L210 | 0.30 | 238.50 | 71.55 |
| ERB | 08/27/12 | Attention to tentative ruling on demurrer. | L210 | 0.20 | 279.00 | 55.80 |
| AAG | 08/27/12 | Monitor tentative ruling and communicate with plaintiff's attorney and T. Buell regarding same. | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **7.60** | | **$1,845.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/02/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Demrurer and Demurrer to Complaint, Request for Judicial Notice including Court Filing Fee $395 06/28/12 | 395.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/28/12 | 78.00 |

**TOTAL COSTS & EXPENSES**                    **$473.00**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326886 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Biala, Delfin & Wilma | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | | 0.10 | $27.90 | |
| L210 | Pleadings | | | 7.50 | $1,817.10 | |
| | **TOTAL** | | | **7.60** | **$1,845.00** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | | AAG | Associate | 6.80 | 238.50 | $1,621.80 |
| Buell, Edward | | ERB | Associate | 0.80 | 279.00 | $223.20 |
| | | **Total** | | **7.60** | | **$1,845.00** |

| | |
|---|---|
| PRIOR FEES | $9,896.70 |
| PRIOR COSTS & EXPENSES | $1,512.49 |

| | |
|---|---|
| FEES | $1,845.00 |
| COSTS & EXPENSES | $473.00 |
| **TOTAL THIS INVOICE** | **$2,318.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
**(800) 938-8815**

26-0259046

REMIT PAYMENT TO:
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 5496818-R1 | |
| **Date:** | 6/28/12 |
| **Cust. No.:** | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 5496818-R1 |
| Inv. Date: | 6/28/12 |
| Due Date: | 7/13/12 |
| Total: | $459.90 |
| **Terms:** | Net 15 |

$395.00

| Law Firm Contact: | Alisa A. Givental |
|---|---|
| Client File No.: | 19000.1224 |
| Case Short Title: | Delfin Biala and Wilma Biala V. GMAC Mortgage |
| Documents: | Notice of Demurrer and Demurrer to Complaint, Request for Judicial Notice |
| One Legal Branch: | Contra Costa |
| Court: | Superior Court of California, Contra Costa County |
| Description: | |

| | |
|---|---|
| **COURT FILING FEE** | $395.00 |
| **COURT FILING SERVICE FEE** | $49.95 |
| **SECOND TRIP** | $14.95 |

*OK to pay*
*AAG/TP*
*INV: 5496818*
*CK# 70371*
*7/3/12  $64.90*

| Due Date | 7/13/12 | Total This Invoice | $459.90 |
|---|---|---|---|

*$395.00*

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326887    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1242     Fetty, Frederick and Susan
                   GMAC Matter No.: 726842

**TOTAL AMOUNT DUE**        $1,376.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326887    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1242    Fetty, Frederick and Susan
GMAC Matter No.: 726842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MGC | 07/30/12 | Revise letter re: stay of case. | L190 | 0.40 | 238.50 | 95.40 |
| MGC | 07/30/12 | Draft letter re: stay of case. | L190 | 0.50 | 238.50 | 119.25 |
| MGC | 07/30/12 | Strategize about letter re: stay of case. | L120 | 0.30 | 238.50 | 71.55 |
| MGC | 07/31/12 | Strategize re: approach to take with plaintiffs' counsel on default. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 08/01/12 | Attention to and analysis of Bankruptcy stay, potential releif from stay and impact on current strategy of case. | L120 | 0.50 | 279.00 | 139.50 |
| MGC | 08/01/12 | Revise letter to plaintiffs' counsel re: stay and default. | L250 | 1.10 | 238.50 | 262.35 |
| MGC | 08/01/12 | Draft email to client with updates on stay and default. | L190 | 0.30 | 238.50 | 71.55 |
| MGC | 08/01/12 | Strategize re: stay and default. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 08/02/12 | Attention to Bankrupcty issues and revisions to letter re Bankruptcy Stay to Opposing Counsel. | L120 | 0.40 | 279.00 | 111.60 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/06/12 | Finalize letter to plaintiffs' counsel re: bankruptcy. | L190 | 0.30 | 238.50 | 71.55 |
| MGC | 08/06/12 | Speak with plaintiffs' counsel about resolving default. | L190 | 0.20 | 238.50 | 47.70 |
| MGC | 08/08/12 | Revise notice of stay of case. | L250 | 0.50 | 238.50 | 119.25 |
| MGC | 08/13/12 | Speak with plaintiffs' counsel about default and bankruptcy. | L190 | 0.40 | 238.50 | 95.40 |
| MGC | 08/13/12 | Draft update to client. | L190 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **5.60** | | **$1,376.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326887 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Fetty, Frederick & Susan | | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $445.95 |
| L190 | Other Case Assessment | 2.30 | $548.55 |
| L250 | Other Written Motions | 1.60 | $381.60 |
| | TOTAL | 5.60 | $1,376.10 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Cross, Michael | MGC | Associate | 4.60 | 238.50 | $1,097.10 |
| | Total | | 5.60 | | $1,376.10 |

| PRIOR FEES | $7,227.45 |
|---|---|
| PRIOR COSTS & EXPENSES | $82.64 |

| FEES | $1,376.10 |
|---|---|
| TOTAL THIS INVOICE | $1,376.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326889    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1264     Von Brincken, Shelley (3)
                     GMAC Matter No.: 730041

**TOTAL AMOUNT DUE**          **$1,268.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326889      JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1264    Von Brincken, Shelley (3)
                        GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MGC | 08/02/12 | Discuss nature of case and posture with AUSA. | L190 | 0.70 | 238.50 | 166.95 |
| MGC | 08/02/12 | Draft demurrer to complaint. | L210 | 2.70 | 238.50 | 643.95 |
| MGC | 08/03/12 | Begin to work on coordinating cases. | L190 | 0.40 | 238.50 | 95.40 |
| MGC | 08/03/12 | Strategize re: case consolidation. | L190 | 0.20 | 238.50 | 47.70 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/10/12 | Examine the status of Plaintiff's addititional claims. | L110 | 0.80 | 238.50 | 190.80 |
| MGC | 08/13/12 | Speak with co-defendants' counsel to get insight into case's posture. | L190 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | **5.30** | | **$1,268.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.80 | $190.80 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.70 | $405.45 |
| L210 | Pleadings | 2.70 | $643.95 |
| | **TOTAL** | **5.30** | **$1,268.10** |

| Timekeeper | | Position | | Hours | Rate | Value |
|------------|---|----------|---|-------|------|-------|
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | | 5.20 | 238.50 | $1,240.20 |
| | | **Total** | | **5.30** | | **$1,268.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326889 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Von Brincken, Shelley (3) | | |

| | | |
|---|---|---|
| PRIOR FEES | $1,056.15 | |
| PRIOR COSTS & EXPENSES | $1,087.00 | |

|  | | |
|---|---|---|
| FEES | | $1,268.10 |
| **TOTAL THIS INVOICE** | | **$1,268.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326890    JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1276 | Robinson, Tena |
| | | GMAC Matter No.: 728564 |

**TOTAL AMOUNT DUE**              **$279.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326890    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1276    Robinson, Tena
GMAC Matter No.: 728564

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 08/22/12 | Communications with client and opposing counsel re sale date and approval of modification | L160 | 0.20 | 279.00 | 55.80 |
| ERB | 08/23/12 | Attention to status of loan mod review and communications with client re same. | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 08/23/12 | Communications with client and opposing counsel re sale date and modification review | L160 | 0.20 | 279.00 | 55.80 |
| EXM | 08/30/12 | Draft letter to court clerk re proposed order | L210 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **1.00** | | **$279.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $167.40 |
| L210 | Pleadings | 0.30 | $83.70 |
| | **TOTAL** | **1.00** | **$279.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Manukyan, Evelina | EXM | Associate | 0.70 | 279.00 | $195.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326890 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Robinson, Tena | | | |

| | **Total** | | 1.00 | **$279.00** |
|---|---|---|---|---|

| PRIOR FEES | $6,426.90 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,468.19 |

| | FEES | $279.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$279.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326891    JBS                                     September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1284     Liu, Ceeou Ju
                   GMAC Matter No.: 728686

**TOTAL AMOUNT DUE**              **$592.10**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326891      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1284      Liu, Ceeou Ju
                          GMAC Matter No.: 728686

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 08/01/12 | Communicate with T. Buell and client regarding notice of stay and position on discovery. | L310 | 0.30 | 238.50 | 71.55 |
| AAG | 08/02/12 | Communicate with plaintiff's attorney regarding discovery and notice of stay. | L310 | 0.20 | 238.50 | 47.70 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.60** | | **$147.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/29/12 | One Legal, Inc.; Transmittal of filing to court; Demurrer, Request for Judicial Notice, Memorandum of Points & Authorites including Court Filing Fee $395 06/11/12 | 444.95 |

**TOTAL COSTS & EXPENSES**                    **$444.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L310 | Written Discovery | 0.50 | $119.25 |
| | **TOTAL** | **0.60** | **$147.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.50 | 238.50 | $119.25 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.60** | | **$147.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326891 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Liu, Ceeou Ju | | |

PRIOR FEES                      $2,796.30
PRIOR COSTS & EXPENSES          $166.45

| | FEES | $147.15 |
| | COSTS & EXPENSES | $444.95 |
| | **TOTAL THIS INVOICE** | **$592.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
| --- | --- |
| 5496284 | |
| **Date:** | 6/11/12 |
| **Cust. No.:** | 0000562 |

| | |
| --- | --- |
| Cust. No.: | 0000562 |
| Invoice No.: | 5496284 |
| Inv. Date: | 6/11/12 |
| Due Date: | 6/26/12 |
| Total: | $444.95 |
| Terms: | Net 15 |

| Law Firm Contact: | Alisa A. Givental |
| --- | --- |
| Client File No.: | 8000.284 |
| Case Short Title: | Ceeou Liu V. GMAC Mortgage LLC |

| Documents: | Demurrer, Request for Judicial Notice, Memorandum of Points & Authorities |
| --- | --- |
| One Legal Branch: | Contra Costa |
| Court Description: | Superior Court of California, Contra Costa County |

| | |
| --- | --- |
| **COURT FILING FEE** | $395.00 |
| **COURT FILING SERVICE FEE** | $49.95 |

OK to pay
AAB/TP

| **Due Date** | 6/26/12 | **Total This Invoice** | $444.95 |
| --- | --- | --- | --- |



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326892    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1288    Olszewski, Walter
                  GMAC Matter No.: 729032

**TOTAL AMOUNT DUE**        **$446.40**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326892    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1288    Olszewski, Walter
GMAC Matter No.: 729032

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/29/12 | Attention to amendment to complaint naming individual defendants including counsel, analysis of any potential conflicts and communications with client re same. | L210 | 1.50 | 279.00 | 418.50 |
| | | **TOTAL** | | **1.60** | | **$446.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 1.50 | $418.50 |
| | **TOTAL** | **1.60** | **$446.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.60 | 279.00 | $446.40 |
| | **Total** | | **1.60** | | **$446.40** |

| | | | FEES | $446.40 |
|---|---|---|------|---------|
| | | **TOTAL THIS INVOICE** | | **$446.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

 Collaborati®

## ⚠ File Errors : 326892.TXT

View: [ Only unique errors ▼ ]        << Return to Upload Invoices

Errors have occurred during the invoice upload process. Please check your LEDES file and try again.

| Type | Invoice | Description |
|------|---------|-------------|
| ⊕ | 326892 | CLIENT_MATTER_ID "729032" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                                Errors per page  [ 200 ▼ ]

Contact Us  -  Technical Support  -  License Agreement
Copyright © 2007-2012  Mitratech Holdings, Inc. All Rights Reserved

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326893    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1306    Smith, Regina
                  GMAC Matter No.: 729608

**TOTAL AMOUNT DUE**          **$1,201.95**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326893    JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1306    Smith, Regina
GMAC Matter No.: 729608

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/02/12 | Attention to Bankruptcy Notice of Stay and status of matter and communications with client re same. | L250 | 0.40 | 279.00 | 111.60 |
| AAG | 08/02/12 | Draft notice of bankruptcy and cover letter and communicate with T. Buell and client regarding same. | L250 | 1.60 | 238.50 | 381.60 |
| ERB | 08/03/12 | Attention to Bankruptcy issues re analysis of permitted claims and strategy re responsive pleading based on stay. | L120 | 0.40 | 279.00 | 111.60 |
| AAG | 08/03/12 | Communicate with client and T. Buell regarding revisions to notice of stay and cover letter and make revisions to same. | L250 | 1.40 | 238.50 | 333.90 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 08/06/12 | Communicate with client regarding notice of stay and cover letter and file and serve same. | L250 | 0.20 | 238.50 | 47.70 |
| AAG | 08/16/12 | Communicate with client regarding notice of stay and joinder to demurrer filings. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **4.30** | | **$1,062.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Joinder, Notice of Automatic Stay including Court Filing Fee $90 08/06/12 | 139.95 |

**TOTAL COSTS & EXPENSES**                    **$139.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326893    CLIENT    GMAC ResCap                    Page        2
                        MATTER    Smith, Regina

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 | | |
| L210 | Pleadings | 0.20 | $47.70 | | |
| L250 | Other Written Motions | 3.60 | $874.80 | | |
| | **TOTAL** | **4.30** | **$1,062.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 3.40 | 238.50 | $810.90 |
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| | **Total** | | **4.30** | | **$1,062.00** |

PRIOR FEES                            $331.20

|  |  |
|---|---|
| FEES | $1,062.00 |
| COSTS & EXPENSES | $139.95 |
| **TOTAL THIS INVOICE** | **$1,201.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

*19000· 1306* (handwritten)

| Invoice No.    0    JBS | September 5, 2012 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1306    Smith, Regina
GMAC Matter No.: 729608

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| ERB | 08/02/12 | Attention to Bankruptcy Notice of Stay and status of matter and communications with client re same. | L250 | | 0.40 | 279.00 | 111.60 |
| AAG | 08/02/12 | Draft notice of bankruptcy and cover letter and communicate with T. Buell and client regarding same. | L250 | A103 | 1.60 | 238.50 | 381.60 |
| ERB | 08/03/12 | Attention to Bankruptcy issues re analysis of permitted claims and strategy re responsive pleading based on stay. | L120 | | 0.40 | 279.00 | 111.60 |
| AAG | 08/03/12 | Communicate with client and T. Buell regarding revisions to notice of stay and cover letter and make revisions to same. | L250 | A106 | 1.40 | 238.50 | 333.90 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | | 0.10 | 279.00 | 27.90 |
| AAG | 08/06/12 | Communicate with client regarding notice of stay and cover letter and file and serve same. | L250 | | 0.20 | 238.50 | 47.70 |
| AAG | 08/16/12 | Communicate with client regarding notice of stay and joinder to demurrer filings. | L210 | A106 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | | **4.30** | | **$1,062.00** |

### COSTS & EXPENSES

| | | | | |
|---|---|---|---|---|
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Joinder, Notice of Automatic Stay including Court Filing Fee $90 08/06/12 | | 139.95 | 139.95 |

### TOTAL COSTS & EXPENSES                    $139.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326894      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1308 | Ellison, Keith Edward |
| | | GMAC Matter No.: 729778 |

**TOTAL AMOUNT DUE**            $4,604.69

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326894    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1308    Ellison, Keith Edward
                         GMAC Matter No.: 729778

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JCP | 07/19/12 | Conduct Title Search and Prepare Property Profile | L190 | 0.80 | 130.50 | 104.40 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| EXM | 08/21/12 | Analize  plaintiff's TRO application; communications with A.Hartshorn  re the same | L210 | 0.80 | 279.00 | 223.20 |
| EXM | 08/21/12 | Prepare for upcoming hearing on TRO | L450 | 2.40 | 279.00 | 669.60 |
| EXM | 08/22/12 | Prepare for and attend hearing on TRO [judge was over an hour late to the bench] | L450 | 2.00 | 279.00 | 558.00 |
| EXM | 08/22/12 | Communications with client re TRO hearing | L210 | 0.40 | 279.00 | 111.60 |
| EXM | 08/23/12 | Draft and serve on oppositng counsel the proposed order re PI request | L210 | 0.80 | 279.00 | 223.20 |
| EXM | 08/24/12 | Check with court re bond | L210 | 0.20 | 279.00 | 55.80 |
| EXM | 08/27/12 | Follow up re bond; research re status of PI schedule in case of failed TRO; client communications re the same | L210 | 1.30 | 279.00 | 362.70 |
| EXM | 08/28/12 | Draft opposition to request for preliminary injunction | L210 | 4.20 | 279.00 | 1,171.80 |
| | | **TOTAL** | | **13.00** | | **$3,508.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; EDCMC- Cameron Park 7/30/12. Advance ck. $870.00 | 999.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326894    CLIENT    GMAC ResCap                          Page         2
                         MATTER    Ellison, Keith Edward

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2281 Telegraph Hill El Dorado, CA 07/19/12 | 97.49 |

**TOTAL COSTS & EXPENSES**                                    **$1,096.49**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.80 | $104.40 |
| L210 | Pleadings | 7.70 | $2,148.30 |
| L450 | Trial and Hearing Attendance | 4.40 | $1,227.60 |
| | **TOTAL** | **13.00** | **$3,508.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Manukyan, Evelina | EXM | Associate | 12.10 | 279.00 | $3,375.90 |
| Spann, Joel | JCP | Paralegal | 0.80 | 130.50 | $104.40 |
| | **Total** | | **13.00** | | **$3,508.20** |

PRIOR FEES                          $6,073.20

|  |  |
|---|---|
| FEES | $3,508.20 |
| COSTS & EXPENSES | $1,096.49 |
| **TOTAL THIS INVOICE** | **$4,604.69** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

TAX ID# 27-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 35 |

### Service Detail

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/30/12<br>FILING-FAX/PDF | 6820460 | FAX | SEVERSON & WERSON<br>1801 N. California Bl.<br>WALNUT CREEK     CA 94596<br>Caller: Caroline Pfahl<br>This needs to be fil<br>Signed: FILED/PDF/POUCHED | San Diego County Court<br>330 W Broadway<br>SAN DIEGO     CA 92101<br><br>ed & delivered to de<br>Ref: 11607.0002 | Base Chg :  29.75<br>PDF/OvrNte:  1.50<br>Adv/Wit Ck:  60.00 | 91.25 |
| 7/30/12<br>FILING-FAX/PDF | 6820493 | FAX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO  CA 94111<br>Caller: Deborah L.<br>Case No.: 34-2010-00082189<br>Please advance fees.<br>Signed: FILED | Sacramento County Court<br>720 9th St<br>SACRAMENTO     CA 95814<br><br>Case Title: Scherer v. American<br>  Please file Homewar<br>Ref: 15288.0014 | Base Chg :  29.75<br>PDF/OvrNte:  18.75<br>Adv/Wit Ck:  60.00 | 108.50 |
| 7/30/12<br>FILING-BRANCH FAX/PDF | 6820501 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO  CA 94111<br>Caller: Verdia Nash<br>Case No.: C12-00203<br>FILE/CONFORM/RETURN<br>Signed: RECEIVED | CCSC-MARTINEZ<br>725 COURT STREET<br>MARTINEZ     CA 94553<br><br>Case Title: FONTENO V. WELLS FAR<br>FOLLOW UP ON ORDER<br>Ref: 55000.0168 | Base Chg :  71.50 | 71.50 |
| 7/30/12<br>FILING-BRANCH FAX/PDF | 6820530 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO  CA 94111<br>Caller: ANGELA L. EURE<br>Case No.: PC20120346<br>FILE/CONFORM/RETURN<br>Signed: FILED | EDCMC-CAMERON PARK<br>3321 CAMERON PARK DRIVE<br>CAMERON PARK     CA 95682<br><br>Case Title: SELLISSON V HSBC<br>Ref: 19000.1308 | Base Chg :  90.75<br>PDF/OvrNte:  38.25<br>Adv/Wit Ck:  870.00 | 999.00 |
| 7/30/12<br>FILING-BRANCH FAX/PDF | 6820539 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO  CA 94111<br>Caller: Isabel Kunst<br>Case No.: 39 2012 00283069<br>FILE/CONFORM/RETURN<br>Signed: FILED | SJMC-STOCKTON<br>222 EAST WEBER AVENUE<br>STOCKTON     CA 95202<br><br>Case Title: plascencia  v bear<br><br>Ref: 550000.0357 | Base Chg :  48.25<br>PDF/OvrNte:  39.75<br>Adv/Wit Ck:  1305.00 | 1,393.00 |
| 7/30/12<br>FILING-BRANCH FAX/PDF | 6820548 | BFX | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO  CA 94111<br>Caller: Imelda Hernandez<br>Case No.: CIV512936<br>Signed: FILED | San Mateo County Court<br>400 County Center Dr<br>REDWOOD CITY     CA 94063<br><br>Case Title: Esquivel v. U.S. Ban<br>Ref: 70000.0750 | Base Chg :  57.50 | 57.50 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326895    JBS                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1313 | Maciel, Martha and Antonio |
| | | GMAC Matter No.: 729795 |

**TOTAL AMOUNT DUE**        **$2,791.89**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326895     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1313     Maciel, Martha and Antonio
                          GMAC Matter No.: 729795

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/02/12 | Review and revise motion to dismiss complaint. | L210 | 1.00 | 279.00 | 279.00 |
| MKK | 08/02/12 | Meet with T. Buell regarding motion to dismiss. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/02/12 | Review T. Buell's comments to motion to dismiss. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/02/12 | Legal research in preparation of revising motion to dismiss. | L210 | 0.80 | 225.00 | 180.00 |
| MKK | 08/02/12 | Proofread and revise motion to dismiss. | L210 | 1.20 | 225.00 | 270.00 |
| MKK | 08/03/12 | Draft and proofread request for judicial notice (.4); review and revise motion to dismiss (.8). | L210 | 1.20 | 225.00 | 270.00 |
| ERB | 08/06/12 | Attention to Bankruptcy issues and drafting of Notice of Stay documents. | L250 | 0.40 | 279.00 | 111.60 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MKK | 08/06/12 | Review and revise motion to dismiss (.9); revise request for judicial notice (.2). | L210 | 1.10 | 225.00 | 247.50 |
| MKK | 08/07/12 | Draft cover letter for notice of bankruptcy. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/08/12 | Review and revise Notice of Bankruptcy and cover letter to opposing counsel regarding Notice of Bankruptcy. | L210 | 0.20 | 225.00 | 45.00 |
| ERB | 08/13/12 | Attention to Plaintiff's request for additional time to respond to Motion to Dismiss based on family emergency and review stipulations re same. | L210 | 0.30 | 279.00 | 83.70 |
| MKK | 08/13/12 | Review and analyze docket in | L210 | 0.30 | 225.00 | 67.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | 326895 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Maciel, Martha & Antonio | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | preparation of agreeing to plaintiff's stipulation to extend response time. | | | | |
| MKK | 08/14/12 | Draft and revise case management conference statement. | L210 | 0.90 | 225.00 | 202.50 |
| MKK | 08/14/12 | Email opposing counsel regarding filing of joint case management statement (.2); leave voicemail for opposing counsel regarding filing of joint case management statement. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/14/12 | Review local rules regarding filing of case management statement. | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/15/12 | Review order regarding extension of case management conference (.1); calendar new case management conference (.1). | L210 | 0.20 | 225.00 | 45.00 |
| ERB | 08/20/12 | analysis of claims and strategie re potential resolution options including potential modification review as means of resolving action. | L120 | 0.40 | 279.00 | 111.60 |
| MKK | 08/20/12 | Leave voice message with opposing counsel regarding of submission of loan modification review packate (.1); Phone call with opposing counsel regarding possible settlement of case (.2) | L160 | 0.30 | 225.00 | 67.50 |
| MKK | 08/20/12 | Draft and revise email to client regarding possibility of a loan modification review for Plaintiffs. | L160 | 0.20 | 225.00 | 45.00 |
| ERB | 08/21/12 | Analysis and strategy re resolution options and communications with client re same. | L160 | 0.40 | 279.00 | 111.60 |
| MKK | 08/21/12 | Draft emails to client regarding possibility of loan modification review (.2); phone call with opposing counsel regarding potential loan modification review (.2). | L160 | 0.40 | 225.00 | 90.00 |
| MKK | 08/21/12 | Review and analyze orders and stipulations to determine case deadlines. | L210 | 0.20 | 225.00 | 45.00 |
| MKK | 08/22/12 | Email opposing counsel regarding qualified written request (.2); email opposing counsel regarding loan modification application (.1). | L160 | 0.30 | 225.00 | 67.50 |
| | | **TOTAL** | | **11.40** | | **$2,705.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    326895 | CLIENT | GMAC ResCap | Page | 3 |
| | MATTER | Maciel, Martha & Antonio | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3082 Sulphur Spring Court Santa Clara, CA 07/26/12 | 86.49 |
| | **TOTAL COSTS & EXPENSES** | **$86.49** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $139.50 |
| L160 | Settlement/Non-Binding ADR | 1.60 | $381.60 |
| L210 | Pleadings | 8.90 | $2,072.70 |
| L250 | Other Written Motions | 0.40 | $111.60 |
| | **TOTAL** | **11.40** | **$2,705.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 2.60 | 279.00 | $725.40 |
| Kamka, Mary Kate | MKK | Special Counsel | 8.80 | 225.00 | $1,980.00 |
| | **Total** | | **11.40** | | **$2,705.40** |

| | | |
|---|---|---|
| PRIOR FEES | $4,139.20 | |
| | FEES | $2,705.40 |
| | COSTS & EXPENSES | $86.49 |
| | **TOTAL THIS INVOICE** | **$2,791.89** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *Severson &Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326896    JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

|        |       |                                |
|--------|-------|--------------------------------|
| CLIENT | 19000 | GMAC ResCap                    |
| MATTER | 1317  | Von Brincken, Shelley (3)       |
|        |       | GMAC Matter No.: 730041         |

**TOTAL AMOUNT DUE**              **$390.60**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326896    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1317    Von Brincken, Shelley (3)
GMAC Matter No.: 730041

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/03/12 | Attention to multple active related filings, strategize re handling and potential consolidation of all matters and communications with client re same. | L120 | 0.60 | 279.00 | 167.40 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/09/12 | Review and analysis fo amended complaint and strategize re response. | L210 | 0.70 | 279.00 | 195.30 |
| | | **TOTAL** | | **1.40** | | **$390.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L210 | Pleadings | 0.70 | $195.30 |
| | **TOTAL** | **1.40** | **$390.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-----|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.40 | 279.00 | $390.60 |
| | **Total** | | **1.40** | | **$390.60** |

| PRIOR FEES | $1,073.70 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $156.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326896 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Von Brincken, Shelley (3) | | |

| | | |
|---|---|---|
| FEES | | $390.60 |
| **TOTAL THIS INVOICE** | | **$390.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326897     JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1324 | Benson, Burton and Eric |
| | | GMAC Matter No.: 729873 |

**TOTAL AMOUNT DUE**          **$409.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326897    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1324    Benson, Burton and Eric
GMAC Matter No.: 729873

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CJM | 08/06/12 | Analyze docket in criminal matter re possible filing of notice of seizure (.6), draft email to AUSA re stipulation for lien priority (.2). | L190 | 0.80 | 238.50 | 190.80 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| CJM | 08/07/12 | Draft email to AUSA D. Countryman re lien priority stipulation (.5), draft email to client (.3). | A107 | 0.80 | 238.50 | 190.80 |
| | | **TOTAL** | | **1.70** | | **$409.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| A107 | Communicate-oth csl | 0.80 | $190.80 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| | **TOTAL** | **1.70** | **$409.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| McTigue, Casey | CJM | Associate | 1.60 | 238.50 | $381.60 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.70** | | **$409.50** |

PRIOR FEES                          $1,452.15

                                    FEES            $409.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326897 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Benson, Burton & Eric | | |

**TOTAL THIS INVOICE**           $409.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326898    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1325    Miller, Joan Frances
                  GMAC Matter No.: 730093

**TOTAL AMOUNT DUE**          **$372.54**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326898     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1325     Miller, Joan Frances
                           GMAC Matter No.: 730093

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/27/12 | Review file and docket in preparation for hearing -- discover dismissal of case by Plaintiff and communications with client re same. | L220 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | **0.50** | | **$139.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 7/26/12 | 106.50 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 7/27/12 | 83.50 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 118 Via Mantilla Contra Costa, CA 07/06/12 | 43.04 |

**TOTAL COSTS & EXPENSES**          **$233.04**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L220 | Preliminary Injunctions/Provis | 0.40 | $111.60 |
| | **TOTAL** | **0.50** | **$139.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326898 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Miller, Joan Frances | | | |

| | Total | 0.50 | **$139.50** |
|---|---|---|---|

PRIOR FEES                                    $370.35

| | |
|---|---|
| FEES | $139.50 |
| COSTS & EXPENSES | $233.04 |
| **TOTAL THIS INVOICE** | **$372.54** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 268336 | 82035 |
| Invoice Date | Total Due |
| 7/31/12 | 44,753.12 |

LOS ANGELES, CA 90084—4250

TAX ID# 27-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 29 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/26/12 FILING-FAX/PDF | 6819635 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst Case No.: 109CV155505 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE   CA 95113  Case Title: ALTON V GMAC  Ref: 19000.0156 | Base Chg :   29.75 | 29.75 |
| 7/26/12 FILING-FAX/PDF | 6819641 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Doris Corpus   Wait: 15 Min Case No.: CGC12518925 FILE/CONFORM/RETURN Signed: filed/cc to dpet 610 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO   CA 94102  Case Title: MARKARIAN V SHREE JA CC TO DPET 610 Ref: 11975-0013 | Base Chg :   29.75 | 29.75 |
| 7/26/12 DROP SERVE-REGULAR | 6819649 | RDS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry DAVID A. FIRESTONE Signed: NATALIE MURILLO | VOGL MEREDITH BURKE LLP 456 MONTGOMERY STREET SAN FRANCISCO   CA 94104  LIZA C. MILANES Ref: 07465.0271 | Base Chg :   19.00 | 19.00 |
| 7/26/12 DROP SERVE-REGULAR | 6819653 | RDS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Signed: CAROL STOUFFER | LAW OFFICES OF BRIAN MCCLELLAN 505 14TH STREET OAKLAND   CA 94612  Ref: 07465.0271 | Base Chg :   52.00 | 52.00 |
| 7/26/12 FILING-FAX/PDF | 6819661 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Sylvia Coleman   Wait: 25 Min Case No.: bc464367 FILE/CONFORM/RETURN Signed: FILED/ DEL CC | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES   CA 90012  Case Title: ABED-STEPHEN V GMC M COURTESY COPY TO JDG Ref: 19000.0017 | Base Chg :   29.75 Adv/Wit Ck:   650.00 | 679.75 |
| 7/26/12 FILING-BRANCH FAX/PDF | 6819665 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Clair Romell Case No.: C12-04136 nk you. Signed: REJECTED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ   CA 94553  Case Title: Miller v. JP Morgan  Ref: 19000.1325 | Base Chg :   106.50 | 106.50 |
| | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326899     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1329 | Arthur, Ronald and Brenda |
| | | GMAC Matter No.: 730214 |

**TOTAL AMOUNT DUE**          **$1,847.98**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326899    JBS                                 September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1329    Arthur, Ronald and Brenda
                        GMAC Matter No.: 730214

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 07/30/12 | Analyze plaintiffs' bankruptcy dismissal status & impact on claims | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 07/30/12 | Revise demurrer to complaint | L240 | 0.60 | 288.00 | 172.80 |
| ACS | 08/02/12 | Revise demurrer to complaint | L240 | 1.60 | 288.00 | 460.80 |
| ACS | 08/03/12 | Prepare demurrer to complaint | L240 | 1.30 | 288.00 | 374.40 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 08/07/12 | Phone call with counsel for Quality Loan Service re: case status, demurrer | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/12/12 | E-mail communication with counsel for Quality Loan Service re: case status, demurrer | L190 | 0.30 | 288.00 | 86.40 |
| ERB | 08/16/12 | Communications with client re status based on Bankruptcy issues. | L120 | 0.20 | 279.00 | 55.80 |
| ACS | 08/27/12 | Prepare draft notice of bankruptcy and effect of automatic stay | L190 | 0.50 | 288.00 | 144.00 |
| ERB | 08/29/12 | Analysis of Bankruptcy Stay and determination of permitted and stayed claims. | L120 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **5.70** | | **$1,634.40** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 813 Fleming Avenue, Santa Clara, CA 07/17/12 | 117.29 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 813 Fleming Avenue, Santa | 18.29 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326899 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Arthur, Ronald & Brenda | | | |

Clara, CA 07/10/12

08/14/12  CourtCall, LLC; CourtCall - Conference         78.00
Service; 09/13/12

**TOTAL COSTS & EXPENSES**              **$213.58**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $223.20 | | | |
| L190 | Other Case Assessment | 1.40 | $403.20 | | | |
| L240 | Dispositive Motions | 3.50 | $1,008.00 | | | |
| | **TOTAL** | **5.70** | **$1,634.40** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | | 4.90 | 288.00 | $1,411.20 |
| Buell, Edward | ERB | Associate | | 0.80 | 279.00 | $223.20 |
| | **Total** | | | **5.70** | | **$1,634.40** |

PRIOR FEES                          $3,273.30

| | | FEES | $1,634.40 |
|---|---|---|---|
| | | COSTS & EXPENSES | $213.58 |
| | | **TOTAL THIS INVOICE** | **$1,847.98** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

rem.severson    7/10/2012
rem.severson    7/10/2012    Document  2008.00000544B5...
rem.severson    7/10/2012    Document  2007.00000014B55
rem.severson    7/10/2012    10080703 Incl Doc: 2009.814366

$ 0.00

**Subtotal    $113.44**

### Reference #:  19000.1329 rrf

| Property Search: | | 813 Fleming Avenue, SANTA CLARA, CA    APN: 601-40-087 | |
|---|---|---|---|
| | | | $ 8.39 |
| rem.severson | 7/17/2012 | Voluntary Lien Search | $ 4.95 |
| rem.severson | 7/17/2012 | Document  00002171 5212 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  16990126 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000016990127 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  12417997 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  19863864 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019199266 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000018630940 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000021581943 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000021568871 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  19273332 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019863865 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019863863 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000021739110 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  19863866 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019199265 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  14174826 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  14883495 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019878945 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  18569425 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  19199264 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000019243182 | $ 4.95 |
| rem.severson | 7/17/2012 | Document  000015912059 | $ 4.95 |

**Subtotal    $117.29**

### Reference #:  19000.1329

| Property Search: | | 813 FLEMING AVENUE, SANTA CLARA, CA    APN: 601-40-087 | |
|---|---|---|---|
| | | | $ 8.39 |
| rem.severson | 7/10/2012 | Voluntary Lien Search | $ 4.95 |
| rem.severson | 7/10/2012 | Document  000019863865 | $ 4.95 |
| rem.severson | 7/10/2012 | Document  000021568871 | |

**Subtotal    $18.29**

### Reference #:  19000.1327 - ljt

| Property Search: | | 1772 Welsh Drive RIVERSIDE, CA    APN: 436-501-025 | |
|---|---|---|---|
| | | | $ 20.90 |
| rem.severson | 7/14/2012 | Involuntary Lien Report | $ 8.39 |
| rem.severson | 7/14/2012 | Voluntary Lien Search | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2005.977566 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2007.000000234906 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2005.000000977568 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2007.000000288010 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2007.000000311318 | $ 4.95 |
| rem.severson | 7/14/2012 | Document  2007.234905 | |

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326900      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1339  | Stanton, Gary Josef |
|        |       | GMAC Matter No.: 730521 |

**TOTAL AMOUNT DUE**        **$1,993.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326900     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1339     Stanton, Gary Josef
                          GMAC Matter No.: 730521

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MXS | 08/08/12 | Researched status of modification application of Plaintiff | L240 | 0.30 | 216.00 | 64.80 |
| MXS | 08/14/12 | Drafted demurrer to complaint. | L240 | 2.40 | 216.00 | 518.40 |
| MXS | 08/15/12 | E-mailed with client regarding case assignment and initial strategy suggestions. | L120 | 0.40 | 216.00 | 86.40 |
| MXS | 08/15/12 | Drafted and edited demurrer and MPA. | L240 | 3.10 | 216.00 | 669.60 |
| MXS | 08/16/12 | Edited demurrer and drafted accompanying documents, prepared all for filing. | L240 | 1.00 | 216.00 | 216.00 |
| MXS | 08/17/12 | Edited demurrer and accompanying documents, filed. | L240 | 0.70 | 216.00 | 151.20 |
| MXS | 08/20/12 | E-mailed with client re additional documents needed to conduct modification review. | L160 | 0.30 | 216.00 | 64.80 |
| MXS | 08/20/12 | Spoke with pro per plaintiff J. Stanton re additional documents needed for modification review. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 08/29/12 | E-mailed with client re borrower's failure to submit mod docs. | L160 | 0.40 | 216.00 | 86.40 |
| MXS | 08/29/12 | Left voicemail for plaintiff. | L160 | 0.10 | 216.00 | 21.60 |
| | | **TOTAL** | | **9.20** | | **$1,993.50** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  326900 | CLIENT  GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER  Stanton, Gary Josef | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $114.30 | | |
| L160 | Settlement/Non-Binding ADR | 1.20 | $259.20 | | |
| L240 | Dispositive Motions | 7.50 | $1,620.00 | | |
| | **TOTAL** | **9.20** | **$1,993.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Schindler, Maria | MXS | Associate | 9.10 | 216.00 | $1,965.60 |
| | Total | | **9.20** | | **$1,993.50** |

PRIOR FEES                                        $489.15

|  | FEES | $1,993.50 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,993.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326901    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1341    Phal & McCay (Lucich)
                  GMAC Matter No.: 730663

**TOTAL AMOUNT DUE**          **$708.62**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326901    JBS                                September 19, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1341    Phal & McCay (Lucich)
GMAC Matter No.: 730663

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994       08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 08/03/12 | Review and analyze complaint re preparation of recommendation. | L110 | 0.50 | 306.00 | 153.00 |
| HRJ | 08/03/12 | Telephone conference with plaintiff's counsel re case status and claims. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/03/12 | Draft status report to C. DiCicco | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/03/12 | Review and analyze on-line court docket and title history re preparation of recomendation. | L110 | 0.80 | 306.00 | 244.80 |
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| HRJ | 08/07/12 | Review and analyze request for dismissal. | L110 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **2.00** | | **$609.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2101 Rexford Way Santa Clara, CA 07/24/12 | 99.32 |

**TOTAL COSTS & EXPENSES**                    **$99.32**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 1.90 | $581.40 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| | **TOTAL** | **2.00** | **$609.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    326901 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Phal & McCay (Lucich) | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Jones, Harold R. | HRJ | Associate | 1.90 | 306.00 | $581.40 |
| | **Total** | | **2.00** | | **$609.30** |

PRIOR FEES                                $1,042.20

| | |
|---|---|
| FEES | $609.30 |
| COSTS & EXPENSES | $99.32 |
| **TOTAL THIS INVOICE** | **$708.62** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326902    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1350 | Teang, Srey |
| | | GMAC Matter No.: 731340 |

**TOTAL AMOUNT DUE**            $5,821.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326902    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1350    Teang, Srey
                       GMAC Matter No.: 731340

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/07/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| CHR | 08/08/12 | 1350 Telephone call to Plaintiff's Counsel re seeking extension to respond. | L190 | 0.10 | 130.50 | 13.05 |
| CHR | 08/08/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| EMR | 08/17/12 | Initial analysis of Plaintiffs' complaint and claims. | L210 | 1.20 | 306.00 | 367.20 |
| EMR | 08/17/12 | Prepare recommendation to client regarding initial response to complaint. | L210 | 1.10 | 306.00 | 336.60 |
| EMR | 08/22/12 | Review docket and plaintiff's response to court's order to show cause/ | L120 | 0.20 | 306.00 | 61.20 |
| EMR | 08/22/12 | Prepare notice of motion and motion to dismiss for lack of standing, improper venue and/or failure to state any claim, or alternatively for transfer of venue. | L240 | 1.80 | 306.00 | 550.80 |
| EMR | 08/22/12 | Prepare memorandum of points and authorities in support of motion to dismiss for lack of standing, improper venue and/or failure to state any claim, or alternatively for transfer of venue. | L240 | 6.80 | 306.00 | 2,080.80 |
| EMR | 08/22/12 | Call and e-mail to opposing counsel to meet and confer about motion to dismiss for lack of standing, improper venue and/or failure to state any claim, | L240 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326902 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Teang, Srey | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | or alternatively for transfer of venue, as required by local rules. | | | | |
| EMR | 08/22/12 | E-mail to J. Hoy re draft motion to dismiss for lack of standing, improper venue and/or failure to state any claim, or alternatively for transfer of venue, as required by local rules. | L120 | 0.20 | 306.00 | 61.20 |
| KPL | 08/23/12 | Prepare RJN exhibits for EMR. | L140 | 1.20 | 76.50 | 91.80 |
| EMR | 08/23/12 | Further meet and confer e-mail to opposing counsel re motion to dismiss for lack of standing, improper venue and/or failure to state any claim, or alternatively for transfer of venue, as required by local rules. | L240 | 0.10 | 306.00 | 30.60 |
| EMR | 08/23/12 | Prepare request for judicial notice in support of motion to dismiss or transfer venue. | L240 | 0.80 | 306.00 | 244.80 |
| EMR | 08/23/12 | Prepare notice of motion and motion to dismiss or transfer venue. | L240 | 0.60 | 306.00 | 183.60 |
| EMR | 08/23/12 | Complete memorandum of points and authorities in support of  motion to dismiss or transfer venue. | L240 | 3.60 | 306.00 | 1,101.60 |
| EMR | 08/24/12 | E-mail to J. Hoy re filed motion to dismiss or alternatively to transfer venue. | L240 | 0.10 | 306.00 | 30.60 |
| EMR | 08/24/12 | Prepare notice of lodging of proposed order. | L240 | 0.30 | 306.00 | 91.80 |
| EMR | 08/24/12 | Prepare proposed order granting motion to dismiss, or alternatively transferring venue. | L240 | 0.30 | 306.00 | 91.80 |
| EMR | 08/29/12 | Review court's order setting initial scheduling conference. | L230 | 0.10 | 306.00 | 30.60 |
| EMR | 08/31/12 | Review and respond to e-mail communications from J. Hoy regarding notice of bankruptcy stay and re status. | L250 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **20.30** | | **$5,821.65** |


## COSTS & EXPENSES


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326902 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Teang, Srey | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $401.40 |
| L140 | Document/File Management | 1.20 | $91.80 |
| L190 | Other Case Assessment | 0.50 | $65.25 |
| L210 | Pleadings | 2.30 | $703.80 |
| L230 | Court Mandated Conferences | 0.10 | $30.60 |
| L240 | Dispositive Motions | 14.60 | $4,467.60 |
| L250 | Other Written Motions | 0.20 | $61.20 |
| | **TOTAL** | **20.30** | **$5,821.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.50 | 130.50 | $65.25 |
| Roman, Eleanor | EMR | Special Counsel | 17.60 | 306.00 | $5,385.60 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Lee, Kristina | KPL | Legal Assistant | 1.20 | 76.50 | $91.80 |
| | **Total** | | **20.30** | | **$5,821.65** |

|  |  |  |
|---|---|---|
| | FEES | $5,821.65 |
| | **TOTAL THIS INVOICE** | **$5,821.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326903    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1352    Reilly, Suthiporn
GMAC Matter No.: 731145

**TOTAL AMOUNT DUE**          **$331.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326903    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1352    Reilly, Suthiporn
                         GMAC Matter No.: 731145

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| CHR | 08/08/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 08/10/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | **1.40** | | **$331.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $279.00 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| | **TOTAL** | **1.40** | **$331.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| | **Total** | | **1.40** | | **$331.20** |

|  |  |  |
|--|--|--|
| | FEES | $331.20 |
| **TOTAL THIS INVOICE** | | **$331.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326904    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1353 | Robles, Francisco |
| | | GMAC Matter No.: 731391 |

**TOTAL AMOUNT DUE**          **$580.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326904    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1353    Robles, Francisco
GMAC Matter No.: 731391

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| CHR | 08/08/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ERB | 08/10/12 | Initial review and analysis of complaint. | L120 | 1.00 | 279.00 | 279.00 |
| MKK | 08/21/12 | Leave voicemail for opposing counsel regarding service of complaint and response deadline (.1); Email opposing counsel regarding service of complaint and response deadline (.1); Phone call with opposing counsel regarding service of complaint and response deadline (.1). | L210 | 0.30 | 225.00 | 67.50 |
| MKK | 08/22/12 | Read complaint. | L110 | 0.30 | 225.00 | 67.50 |
| KPL | 08/24/12 | Prepare title chronology for property on complaint. | L110 | 1.50 | 76.50 | 114.75 |
| | | **TOTAL** | | **3.50** | | **$580.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 1.80 | $182.25 |
| L120 | Analysis/Strategy | 1.00 | $279.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326904 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Robles, Francisco | | | | |

| L190 | Other Case Assessment | | 0.40 | $52.20 | | | |
|---|---|---|---|---|---|---|---|
| L210 | Pleadings | | 0.30 | $67.50 | | | |
| | **TOTAL** | | **3.50** | **$580.95** | | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.40 | 130.50 | $52.20 | |
| Buell, Edward | | ERB | Associate | 1.00 | 279.00 | $279.00 | |
| Lee, Kristina | | KPL | Legal Assistant | 1.50 | 76.50 | $114.75 | |
| Kamka, Mary Kate | | MKK | Special Counsel | 0.60 | 225.00 | $135.00 | |
| | | **Total** | | **3.50** | | **$580.95** | |

| | | FEES | $580.95 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$580.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326905   JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT     19000   GMAC ResCap
MATTER    1356    Cooper, Kathleen E. (III)
                         GMAC Matter No.: 731871



**TOTAL AMOUNT DUE**          $6,198.75




*** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement