

28233

CASE/CLIENT: GMAC / Goebel

DATE: 8/26/13 0

CLIENT: 15000

MATTER: 17326

PAY TO THE ORDER OF: Clerk of the Court

THE SUM OF: Five Hundred Thirty-Five 00/100 _____ DOLLARS $ 435.00

PAYABLE THROUGH

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

(VOID 60 DAYS AFTER DATE)

PURPOSE: 1st Appearance fee
GMAC Mortgage LLC

90-3703
1211

**Borel Private Bank & Trust Company®**
433 CALIFORNIA STREET • SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____ **NON NEGOTIABLE**

ONE EMBARCADERO CENTER, 26th FLOOR • SAN FRANCISCO, CA 94111 • (415) 398-8344
19100 VON KARMAN, SUITE 700 • IRVINE, CA 92612 • (949) 442-7110

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326369    JBS                                        September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0190    Khan, Tazim and Jaibul Nisha v. GMAC Mortgage, LLC
                  GMAC Matter No.: 697120

**TOTAL AMOUNT DUE**          $1,628.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326369    JBS                                    September 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0190    Khan, Tazim and Jaibul Nisha v. GMAC Mortgage, LLC
                        GMAC Matter No.: 697120

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 08/13/12 | Attend to issues re exeuction and entry of order granting motion for entry of judgment. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/13/12 | Attend to issues re execution and entry of judgment. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/27/12 | Review and analyze conformed order granting motion for entry of judgment. | L110 | 0.10 | 306.00 | 30.60 |
| HRJ | 08/27/12 | Review and analyze conformed entry of judgment. | L110 | 0.10 | 306.00 | 30.60 |
| HRJ | 08/27/12 | Dratt status report to A. Hartshorn. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/28/12 | Review and analyze issues re case status. | L110 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **1.00** | | **$306.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC - Sacramento, CA 07/02/12 | 1,214.75 |
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/27/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 7/20/12 | 29.75 |

**TOTAL COSTS & EXPENSES**                    **$1,322.50**

## BILLING SUMMARY

**Task Code and Description**            **Hours**        **Amount**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326369    CLIENT    GMAC ResCap                                    Page        2
                          MATTER    Khan, Tazim

| L110 | Fact Investigation/Development | | 1.00 | $306.00 | | | |
|------|-------------------------------|---|------|---------|---|---|---|
| | **TOTAL** | | **1.00** | **$306.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 1.00 | 306.00 | $306.00 |
| | **Total** | | **1.00** | | **$306.00** |

PRIOR FEES                              $14,136.93
PRIOR COSTS & EXPENSES             $836.32

|  |  |
|---|---|
| FEES | $306.00 |
| COSTS & EXPENSES | $1,322.50 |
| **TOTAL THIS INVOICE** | **$1,628.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

TAX ID# 27-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 267594 | 7/15/12 | 30,880.93 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/02/12 RESEARCH-BRANCH SAME DAY | 6810958 | BAR | SBSC-RANCHO CUCAMONGA 8303 HAVEN AVENUE RANCHO CUCAMONGA CA 91730 Caller: Marilyn Li Case No.: CIVRS1107135 Signed: obtained | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: ENSMINGER VS. BANK O Ref: 70000.0334 | Base Chg :    155.50 | 155.50 |
| 7/02/12 FILING-FORWARD FAX/PDF | 6810960 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Imelda Hernandez Case No.: T12/4938C Signed: FILED | Nevada County Court 10075 Levon Ave. TRUCKEE    CA 96161 Case Title: Noell v. Bank of Ame Ref: 70000.0746 | Base Chg :    120.75 | 120.75 |
| 7/02/12 FILING-FAX/PDF | 6810981 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: 34-2012-00125134 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO    CA 95814 Case Title: Zetz v. Wells Fargo Ref: 55000.0328 ZETZ | Base Chg :    29.75 PDF/OvrNte:    4.50 Adv/Wit Ck:    395.00 | 429.25 |
| 7/02/12 FILING-BRANCH FAX/PDF | 6811030 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada    Wait: 15 Min Case No.: CIV497844 FILE/CONFORM/RETURN Signed: filed | SMSC-REDWOOD CITY 400 COUNTY CENTER DR REDWOOD CITY    CA 94063 Case Title: CURLEY VS. WELLS FAR Ref: 07685.0693 | Base Chg :    57.50 | 57.50 |
| 7/02/12 FILING-BRANCH FAX/PDF | 6811033 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst Case No.: SCV0029371 FILE/CONFORM/RETURN Signed: FILED | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE    CA 95678 Case Title: GINGERY V AURORA Ref: 11991.0091 | Base Chg :    48.25 | 48.25 |
| 7/02/12 FILING-FAX/PDF | 6811075 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Valerie Vitullo Case No.: 34 2010 00070415 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO    CA 95814 Case Title: KHAN V GMAC Ref: 19000.0190 | Base Chg :    29.75 Adv/Wit Ck:    1185.00 | 1,214.75 |

Con

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326370    JBS                                        September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   0595     Reyes, Felicito and Carolina Laurente Reyes v. GMAC Mortgage, LLC
                           GMAC Matter No.: 703347

**TOTAL AMOUNT DUE**              $368.79

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326370    JBS                                September 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0595    Reyes, Felicito and Carolina Laurente Reyes v. GMAC Mortgage, LLC
GMAC Matter No.: 703347

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEG | 08/09/12 | Draft judgment in favor of defendants. | L240 | 0.40 | 261.00 | 104.40 |
| MEG | 08/22/12 | Review case status and provide update to client regarding judgment of dismissal. | L110 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | **0.70** | | **$182.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service;  07/30/12 | 108.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 7/16/12 | 64.75 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 3217 Aurella Court Sacramento, CA 07/30/12 | 13.34 |

**TOTAL COSTS & EXPENSES**        **$186.09**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $78.30 |
| L240 | Dispositive Motions | 0.40 | $104.40 |
| | **TOTAL** | **0.70** | **$182.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Gruber, Megan | MEG | Associate | 0.70 | 261.00 | $182.70 |
| | **Total** | | **0.70** | | **$182.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326370 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Reyes, Felicito & Carolina | | |

| | |
| --- | --- |
| PRIOR FEES | $19,296.90 |
| PRIOR COSTS & EXPENSES | $2,869.70 |

| | |
| --- | --- |
| FEES | $182.70 |
| COSTS & EXPENSES | $186.09 |
| **TOTAL THIS INVOICE** | **$368.79** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

Debit Account Number CCDA-01-378

...bit Ledger for 07/16/2012 through

| APP DATE / DATE | ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/27/12 | Daska Babcock | 5080383 | Tuolumne County Superior Court | 3 | Judge Donald Segerstrom | Bernard F. Clark vs. First Magnus Financial Corp., et al/CV54982 | $78.00 | $0.00 | $78.00 | ($11,678.30) |
| Reference # 11952-0235 | | | | | | | | | | |
| 7/29/12  8/1/12 | Genevieve Walser-Jolly | 5080770 | Los Angeles Superior Court-Central(A-L) | 26 | Judge James R. Dunn | Summey vs. Magdish, et al/BC469564 | $78.00 | $30.00 | $108.00 | ($11,570.30) |
| Reference # 70000.0437 | | | | | | | | | | |
| 7/30/12  7/30/12 | Megan Gruber | 5081101 | Sacramento County Superior Court | 53 | Judge David I. Brown | Reyes vs. Deutsch/34-2011-00095268 | $78.00 | $30.00 | $108.00 | ($11,462.30) |
| Reference # 10000.0595 | | | | | | | | | | |
| 7/30/12  8/28/12 | Thomas Abbott | 5081306 | Sacramento County Superior Court | 53 | Judge David I. Brown | Scherer v. American Home Mortgage Investment Corp., et al./34-2010-00082189 | $78.00 | $0.00 | $78.00 | ($11,384.30) |
| Reference # 15288.0014 | | | | | | | | | | |
| 7/30/12  7/18/12 | Adam Barasch | 5052534 | U.S. Bankruptcy Court-N.D. California (Oakland) | 220 | Judge William Lafferty | Williams/12-44835 (DHC-6031) | $30.00 | $0.00 | $30.00 | ($11,354.30) |
| Reference # 30000-6031 | | | | | | | | | | |
| 7/30/12  7/31/12 | Dana Glasser | 5081421 | Orange County Superior Court-Santa Ana | C10 | Judge Tam Nomoto Schumann | Keith Armour, Proposed as executor for the Estate of Thomas G. Hills vs. Wells Fargo Bank, N.A./30-2011-00489446 | $78.00 | $30.00 | $108.00 | ($11,2 |
| Reference # 11960.0284 | | | | | | | | | | |
| 7/30/12  7/18/12 | Bernard Kornberg | 5052580 | U.S. Bankruptcy Court-E.D. California (Sacramento) | A | Honorable Michael S. McManus | Weaver/10-50408 (11-2359) | $30.00 | $0.00 | $30.00 | ($11,2 |
| Reference # 11293-0095 | | | | | | | | | | |
| 7/30/12  7/31/12 | Alisa Givental | 5081471 | Fresno County Superior Court-Fresno | 402 | Judge Jeffrey Hamilton Jr. | Auberry Road Investment LP vs. Wells Fargo Bank/12CECG01015 | $78.00 | $30.00 | $108.00 | ($11,108.30) |

From Auto Debit Send on 07/31/12 at 11:21 PM

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326372    JBS                                     September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1367 | Parker, Edna |
| | | GMAC Matter No.: 731904 |

**TOTAL AMOUNT DUE**          **$763.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326372      JBS

September 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  1367      Parker, Edna
GMAC Matter No.: 731904

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994            08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JBS | 08/23/12 | Analysis and evaluation of TRO and defense strategy for complaint | L120 | 0.40 | 427.50 | 171.00 |
| MKS | 08/23/12 | Parker- - Study and review new complaint and TRO application and order to handlinhg evaluation and defense strategy. | L210 | 1.20 | 270.00 | 324.00 |
| CHR | 08/24/12 | 1367   Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| TNA | 08/24/12 | Review pleadings, including complaint and application for preliminary injunction, to identify claims and formulate strategy for response. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 08/24/12 | Telephone conference with plaintiff's counsel regarding complaint and pending application for injunctive relief. | L190 | 0.20 | 270.00 | 54.00 |
| TNA | 08/28/12 | Prepare notice of bankruptcy stay based on review of complaint and determination of scope of permitted claims. | L210 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.80** | | **$763.20** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326372 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Parker, Edna | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $171.00 |
| L190 | Other Case Assessment | 0.60 | $106.20 |
| L210 | Pleadings | 1.80 | $486.00 |
| **TOTAL** | | **2.80** | **$763.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Sullivan, Mary Kate | MKS | Member | 1.20 | 270.00 | $324.00 |
| Abbott, Thomas | TNA | Associate | 0.80 | 270.00 | $216.00 |
| **Total** | | | **2.80** | | **$763.20** |

| | | FEES | $763.20 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | $763.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326419      JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0711      Peel, Timothy and Cheryl, et al.
                              C/M# 707366

**TOTAL AMOUNT DUE**          $2,552.85

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326419    JBS                                September 11, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0711    Peel, Timothy and Cheryl, et al.
C/M# 707366

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CJM | 07/20/12 | Attention to file re court docket and case status. | L190 | 0.10 | 238.50 | 23.85 |
| MKS | 08/27/12 | Update to client re: status of matter as to remaining defendatns and status of class certification motion. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.30** | | **$77.85** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/24/12 | Thomas E. Lambert, CPA, APC; Professional Services; Professional Services 07/31/12 | | 2,475.00 |
| | **TOTAL COSTS & EXPENSES** | **$2,475.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L190 | Other Case Assessment | 0.30 | $77.85 | | | |
| | **TOTAL** | **0.30** | **$77.85** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| McTigue, Casey | CJM | Associate | 0.10 | 238.50 | $23.85 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | Total | | 0.30 | | $77.85 |

| | |
|---|---|
| PRIOR FEES | $409,307.85 |
| PRIOR COSTS & EXPENSES | $79,842.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   326419 | CLIENT   GMAC ResCap | Page | 2 |
| | MATTER   Peel, Timothy & Cheryl, et al. | | |

| | |
|---|---|
| FEES | $77.85 |
| COSTS & EXPENSES | $2,475.00 |
| **TOTAL THIS INVOICE** | **$2,552.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# THOMAS E. LAMBERT, CPA, APC
655 West Broadway
Suite 1400
San Diego, CA  92101-8491
(619) 239-5000   Fax (619) 239-5066
Tax ID # 46-0494741

**Invoice submitted to:**

John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center
26th Floor
San Francisco, CA 94111

June 01, 2012

Invoice #    5155

**In Reference To:** Timothy R. Peel, et al. v. BrooksAmerica Mortgage Corp., et al.

## *Professional Services Rendered:*

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/7/2012 | T.L. | Review restitution issue | 2.50 | $1,125.00 |
| 5/8/2012 | T.L. | Review restitution issue; Draft declaration | 3.00 | $1,350.00 |
| | | ***Total Professional Services*** | | ***$2,475.00*** |
| | | ***Previous balance*** | | ***$42,287.50*** |

### *Payments/Credits*

| | | |
|---|---|---|
| 5/22/2012 | Payment - Severson & Werson - Thank you. Check No. 68993 | ($19,800.00) |
| 5/31/2012 | Payment-Thank you. Check No. 69398 | ($22,487.50) |
| | ***Total payments/credits*** | ***($42,287.50)*** |

**TOTAL BALANCE DUE**                                    $2,475.00

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326475    JBS                                        September 12, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0034    Yee, Seewing and Chom Suk v. E*Trade, et al.
                  GMAC Matter No.: 698209

**TOTAL AMOUNT DUE**            **$1,266.34**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326475    JBS                                    September 12, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0034    Yee, Seewing and Chom Suk v. E*Trade, et al.
GMAC Matter No.: 698209

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MIW | 08/02/12 | Review correspondence from client re factual background and merits of underlying dispute.  Draft and send reply re same. | L190 | 0.30 | 274.50 | 82.35 |
| MIW | 08/14/12 | Phone call with GMAC and E*Trade client to discuss strategy re filing UD. | L120 | 0.60 | 274.50 | 164.70 |
| MIW | 08/15/12 | Review correspondence from client re recording TDUS.  Confer with B. Kornberg re same.  Draft and send reply re same to client. (x2) | L190 | 0.30 | 274.50 | 82.35 |
| MIW | 08/17/12 | Confer with D. Cram re BK issue with recording TDUS.  Draft and send follow-up re same to client. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/17/12 | Review correspondence from plaintiffs' attorney re loan modification application.  Draft and send reply re same. | L160 | 0.20 | 274.50 | 54.90 |
| MIW | 08/20/12 | Draft and send client correspondence re recommendation re recording trustee's deed. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/22/12 | Draft and send correspondence to client re loan modification package. | L160 | 0.20 | 274.50 | 54.90 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.20** | | **$603.00** |

### COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    326475 | CLIENT | GMAC ResCap | | Page | 2 |
| | MATTER | Yee, Seewing & Chom Suk | | | |

| | | |
|---|---|---:|
| 07/17/12 | Clerk, Superior Court; Trial Transcripts; Estimated cost for Transcript on Appeal. Draft#27879 6/29/12 | 650.00 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 40872 Marty Ter, Alameda, CA 07/23/12 | 13.34 |
| | **TOTAL COSTS & EXPENSES** | **$663.34** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $109.80 |
| L190 | Other Case Assessment | 1.20 | $328.50 |
| | **TOTAL** | **2.20** | **$603.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Wraight, Mark | MIW | Member | 2.00 | 274.50 | $549.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.20** | | **$603.00** |

| | |
|---|---:|
| PRIOR FEES | $42,285.15 |
| PRIOR COSTS & EXPENSES | $3,348.06 |

| | |
|---|---:|
| FEES | $603.00 |
| COSTS & EXPENSES | $663.34 |
| **TOTAL THIS INVOICE** | **$1,266.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

27879

| | DATE 06/29/12 | CLIENT 19000 | MATTER 0034 | | PURPOSE Estimated cost for Transcri~ on Appeal Case No. FG9462263 |

CASE/CLIENT
Yee vs. E'Trade Services Center

90-3779
1211

**(VOID 60 DAYS AFTER DATE)**

PAY TO THE
ORDER OF  Clerk, SuperiorrCourt

THE SUM OF  Six hundred fifty and 00/100-----------------------DOLLARS $ 650.00**

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank & Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY _____  NON NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 396-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326585     JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1044 | Benton, Linda D. |
| | | GMAC Matter No.: 718063 |

**TOTAL AMOUNT DUE**          **$241.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326585    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1044    Benton, Linda D.
                          GMAC Matter No.: 718063

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| | | | |
|------|-------------|---|-------|
| 07/06/12 | First Legal Network, LLC; Court Services; LASC- Los Angeles 6/11/12; Advance ck. $27.00 | | 168.40 |
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; Judge Copy Motion to Dismiss-Doc 6, Judge Copy RJN Doc 7 (with electronic bookmarks), Judge Copy Cert and Notice...07/23/12 | | 72.90 |
| | **TOTAL COSTS & EXPENSES** | | **$241.30** |

### BILLING SUMMARY

| | | | | |
|------|----------|-------|------|-------|
| **TOTAL** | **0.00** | **$0.00** | | |
| Timekeeper | Position | Hours | Rate | Value |
| Total | | 0.00 | | $0.00 |

| | |
|------|------|
| PRIOR FEES | $8,658.45 |
| PRIOR COSTS & EXPENSES | $2,449.34 |

| | |
|------|------|
| COSTS & EXPENSES | $241.30 |
| **TOTAL THIS INVOICE** | **$241.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 365778 | 23103 |
| **Invoice Date** | **Total Due** |
| 6/15/12 | 16,117.14 |

...WORK LLC
...49806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 6/11/12<br>FILING-BRANCH FAX/PDF | 9476851 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Ryan Brooks<br>Case No.: hgl1603746<br>Please have filed/co<br>Signed: filed | Alameda County Court<br>24405 Amador St<br>HAYWARD          CA 94544<br>Cape Title: mayorga v bank of am<br>nformed today and de<br>Ref: (15314-0324 | Base Chg :<br>PDF Chg :<br>Adv/Wit Ck: | 71.75<br>39.00<br>395.00 | 505.75 |
| 6/11/12<br>RESEARCH-BRANCH NEXT DAY | 9476853 | BNR | San Bernardino County Court<br>8303 N Haven Ave<br>RANCHO CUCAMONGA CA 91730<br>Caller: Ryan Brooks<br>Case No.: CIVRS1203394<br>Please obtain a cop<br>Signed: COPIED | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Case Title: Rojas v. Fernandez<br>of the Demurrer & M<br>Ref: 19000-1289 | Base Chg :<br>Research :<br>Adv/Wit Ck: | 61.75<br>20.10<br>11.00 | 92.85 |
| 6/11/12<br>FILING-BRANCH FAX/PDF | 9476872 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Terri Keller   Wait: 20 Min<br>Case No.: 37-2012-00050142<br>FILE/CONFORM/RETURN<br>Signed: FILED | SDSC-VISTA<br>325 SOUTH MELROSE DRIVE<br>VISTA          CA 92083<br>Case Title: GONZALES V BAC HOME<br>ADVANCE FEES<br>Ref: 70000.0553 | Base Chg :<br>PDF Chg :<br>Adv/Wit Ck: | 141.50<br>159.00<br>40.00 | 340.50 |
| 6/11/12<br>PDF COURTESY DELIVERY | 9476929 | PDF | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: Jeff Weddle<br>Case No.: na<br>Pls. deliver the att<br>Signed: del | USDC-Central (Roybal)<br>255 E. Temple St.<br>LOS ANGELES          CA 90012<br>ached as a "courtesy<br>Ref: 19000.1253 | Base Chg : | 25.00 | 25.00 |
| 6/11/12<br>FILING-BRANCH FAX/PDF | 9476938 | BFX | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Caller: DIANA J LOPEZ   Wait: 44 Min<br>Case No.: tc026180<br>FILE/CONFORM/RETURN<br>Signed: filed | LASC-COMPTON<br>200 WEST COMPTON BOULEVARD<br>COMPTON          CA 90220<br>Case Title: gmac mortgage v rodr<br>NEEDS EMAIL CONFIRMA<br>Ref: 19000.1098 | Base Chg :<br>Wait :<br>PDF Chg : | 97.50<br>9.38<br>.75 | 107.63 |
| 6/11/12<br>RESEARCH-BRANCH SAME DAY | 9476981 | BAR<br>ASP | LASC-LOS ANGELES<br>111 NORTH HILL STREET<br>LOS ANGELES          CA 90012<br>Caller: Liz C. Roberts<br>Case No.: bc468098<br>Please go to the abo<br>Signed: ashley | SEVERSON & WERSON<br>19100 VON KARMAN<br>IRVINE          CA 92605<br>Case Title: Benton (BC468098)<br>ve referenced court<br>Ref: 19000.1044 | Base Chg :<br>Return :<br>Research :<br>Adv/Wit Ck: | 62.25<br>65.75<br>13.40<br>27.00 | 168.40 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326586    JBS                                        September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1119 | Gonzalez, Carlos Ramirez |
| | | GMAC Matter No.: 721011 |

**TOTAL AMOUNT DUE**          **$106.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326586    JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1119    Gonzalez, Carlos Ramirez
GMAC Matter No.: 721011

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |      | **$0.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Transmittal of filing to court; SDSC- Vista 6/1/12 | | 106.50 |
| | **TOTAL COSTS & EXPENSES** | **$106.50** | |

### BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 |  |  |
|--|-------|------|-------|--|--|
| **Timekeeper** | **Position** | **Hours** | **Rate** | **Value** |
| | Total | 0.00 | | $0.00 |

PRIOR FEES                          $10,163.70
PRIOR COSTS & EXPENSES              $1,116.16

COSTS & EXPENSES                    $106.50
**TOTAL THIS INVOICE**              **$106.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Legal**    PO Box 749806 Los Angeles, CA 90074-9806

TAX ID# 27-3093840

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 365778 | 6/15/12 | 16,117.14 | 2 |

| Date | Order No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 01/12 | 9473543 | REF RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Ryan Brooks    Wait: 35 Min Case No.: CHA11W01622 Please pick up the o Signed: fld/ror | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH      CA 91311 Case Title: Boyd V. GMAC riginal (& copies) f Ref: 19000-1172 | Base Chg : 117.75 Wait :   3.35 | 121.10 |
| 01/12 | 9473589 | ASF | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: DIANA J LOPEZ    Wait: 35 Min Case No.: N/A PICK UP DOCUMENT TO Signed: recorded/cert | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK      CA 90650 Case Title: N/A BE RECORDED IN NORWA Ref: 19000.1098 | Base Chg :  67.00 Wait :   3.35 Adv/Wit Ck:  48.00 | 118.35 |
| 01/12 | 9473591 | ASF | RECORDER-NORWALK 12400 EAST IMPERIAL HIGHWAY NORWALK      CA 90650 Caller: DIANA J LOPEZ    Wait: 25 Min Case No.: N/A TAKE RECORDED CERTIF Signed: filed/conf | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON      CA 90220 Case Title: N/A IED CC OF CNTRLE Ref: 19000.1098 | Base Chg :  71.00 | 71.00 |
| 01/12 | 9473593 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Rosa Case No.: 37 2011 0059634 FILE/CONFORM/RETURN Signed: FILED | SDSC-VISTA 325 SOUTH MELROSE DRIVE VISTA      CA 92083 Case Title: GONZALEZ V GMAC PDF CC Ref: 19000.1119 | Base Chg : 106.50 | 106.50 |
| 01/12 | 9473606 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: Liz C. Roberts Case No.: pc050699 Please file the atta Signed: RCD | LA County Court-Chatsworth 9425 Penfield Ave CHATSWORTH      CA 91311 Case Title: Ganlath - PC050699 ched doc (1) with th Ref: 11960.0263 | Base Chg :  62.50 | 62.50 |
| 01/12 | 9473627 | BFX | SEVERSON & WERSON 19100 VON KARMAN IRVINE          CA 92605 Caller: DIANA J LOPEZ Case No.: tc026180 FILE/CONFORM/RETURN Signed: filed | LASC-COMPTON 200 WEST COMPTON BOULEVARD COMPTON      CA 90220 Case Title: gmac mortgage v rodr NEEDS EMAIL CONFIRMA Ref: 19000.1098 | Base Chg :  62.50 | 62.50 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326587    JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1164     Vielma, Martha
                    GMAC Matter No.: 722889

**TOTAL AMOUNT DUE**            **$169.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326587    JBS                                        September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1164    Vielma, Martha
                                 GMAC Matter No.: 722889

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |    | **$0.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/20/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- Sacramento 6/21/12; Advance ck. $80.00 | | 169.00 |

**TOTAL COSTS & EXPENSES**                        **$169.00**

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| **TOTAL** | **0.00** | **$0.00** | |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
|            | Total    | 0.00  |      | $0.00 |

PRIOR FEES                        $29,192.85
PRIOR COSTS & EXPENSES        $1,600.99

COSTS & EXPENSES        $169.00
**TOTAL THIS INVOICE**        **$169.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**Legal Network LLC** PO Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266949 | 82035 |
| Invoice Date | Total Due |
| 6/30/12 | 24,713.66 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|---|---|
| | | | 82035 | 266949 | 6/30/12 | 24,713.66 | 17 | |
| **Date** | **Ordr No.** | **Svc** | | Service Detail | | | Charges | Total |
| 6/21/12 RESEARCH-BRANCH SAME DAY | 6807608 | BAR | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE  CA 95113 Caller: Marilyn Li Case No.: 112CV225244 Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Case Title: LLANTADA V BOA Ref: 70000.0000 | Base Chg : 108.00 Research : 13.40 Adv/Wit Ck: 1.00 | | | 122.40 |
| 6/21/12 FILING-FORWARD FAX/PDF | 6807683 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Imelda Hernandez Case No.: 673787 Signed: FILED | Stanislaus County Court 800 11th St. MODESTO  CA 95354 Case Title: Fitzgerald v. Countr Ref: 70000.0764 | Base Chg : 57.50 | | | 57.50 |
| 6/21/12 FILING-FAX/PDF | 6807690 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: VERONICA APPLEBE Case No.: 112CV219387 FILE/CONFORM/RETURN Signed: SUBMITTED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE  CA 95113 Case Title: VERONICA VS, APPLEBE Ref: FALUSI VS, BOFA | Base Chg : 29.75 | | | 29.75 |
| 6/21/12 FILING-FAX/PDF | 6807747 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: MARILYN HECHMER Case No.: 112CV218677 FILE/CONFORM/RETURN Signed: filed | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE  CA 95113 Case Title: HANNA V WELLS FARGO COURTESY COPY TO JDG Ref: 55000.0225 | Base Chg : 29.75 | | | 29.75 |
| 6/21/12 FILING-FAX/PDF | 6807776 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Chilly Kada Case No.: 34-2011-00115294 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO  CA 95814 Case Title: MARTHA VS, GMAC Ref: 19000.1164 | Base Chg : 29.75 PDF/OvrNte: 59.25 Adv/Wit Ck: 80.00 | | | 169.00 |
| 6/21/12 PDF COURTESY DELIVERY | 6807778 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO  CA 94111 Caller: Isabel Kunst Case No.: 3:12-cv-02915-jsw JUDGE ROGERS Signed: DELIVERED | USDC-OAKLAND 1301 CLAY STREET OAKLAND  CA 94612 Case Title: FITCH VS WELLS Ref: 07685.1127 | Base Chg : 45.00 | | | 45.00 |
| | | | | | | | | Continued |

70000.0643

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326589    JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0017    Sweeting, Robert v. Jason Kishaba, et al.
                  GMAC Matter No.: 693709

**TOTAL AMOUNT DUE**            $679.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326589    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0017    Sweeting, Robert v. Jason Kishaba, et al.
                        GMAC Matter No.: 693709

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; LASC- Los Angeles 7/26/12. Advance ck. $650.00 | | 679.75 |

**TOTAL COSTS & EXPENSES**                    **$679.75**

## BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 |
|---|---|---|---|

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
|            | Total    | 0.00  |      | $0.00 |

| | |
|---|---|
| PRIOR FEES | $45,486.09 |
| PRIOR COSTS & EXPENSES | $5,070.90 |

|  |  |
|---|---|
| COSTS & EXPENSES | $679.75 |
| **TOTAL THIS INVOICE** | **$679.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 268336 | 82035 |
| **Invoice Date** | **Total Due** |
| 7/31/12 | 44,753.12 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 29 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/26/12 FILING-FAX/PDF | 6819635 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst Case No.: 109CV155505 FILE/CONFORM/RETURN Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE          CA 95113 Case Title: ALTON V GMAC Ref: 19000.0156 | Base Chg : | 29.75 | 29.75 |
| 7/26/12 FILING-FAX/PDF | 6819641 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Doris Corpus    Wait: 15 Min Case No.: CGC12518925 FILE/CONFORM/RETURN Signed: filed/cc to dpet 610 | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102 Case Title: MARKARIAN V SHREE JA CC TO DPET 610 Ref: 11975-0013 | Base Chg : | 29.75 | 29.75 |
| 7/26/12 DROP SERVE-REGULAR | 6819649 | RDS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry DAVID A. FIRESTONE Signed: NATALIE MURILLO | VOGL MEREDITH BURKE LLP 456 MONTGOMERY STREET SAN FRANCISCO    CA 94104 LIZA C. MILANES Ref: 07465.0271 | Base Chg : | 19.00 | 19.00 |
| 7/26/12 DROP SERVE-REGULAR | 6819653 | RDS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Signed: CAROL STOUFFER | LAW OFFICES OF BRIAN MCCLELLAN 505 14TH STREET OAKLAND          CA 94612 Ref: 07465.0271 | Base Chg : | 52.00 | 52.00 |
| 7/26/12 FILING-FAX/PDF | 6819661 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Sylvia Coleman    Wait: 25 Min Case No.: bc464367 FILE/CONFORM/RETURN Signed: FILED/ DEL CC | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES      CA 90012 Case Title: ABED-STEPHEN V GMC M COURTESY COPY TO JDG Ref: 19000.0017 | Base Chg : 29.75 Adv/Wit Ck: 650.00 | | 679.75 |
| 7/26/12 FILING-BRANCH FAX/PDF | 6819665 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Clair Romell Case No.: C12-04136 nk you. Signed: REJECTED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ         CA 94553 Case Title: Miller v. JP Morgan Ref: 19000.1325 | Base Chg : | 106.50 | 106.50 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326591    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0253    Somera, Jonathan v. The Mortgage Store Financial, Inc.
                  GMAC Matter No.: 34803

**TOTAL AMOUNT DUE**          **$363.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326591    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0253    Somera, Jonathan v. The Mortgage Store Financial, Inc.
GMAC Matter No.: 34803

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994        08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL**   | **0.00** |   | **$0.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/20/12 | First Legal Network, LLC; Court Services;<br>CCSC- Martinez 5/30/12 | 170.90 |
| 07/06/12 | First Legal Network, LLC; Court Services;<br>CCSC- Martinez 5/31/12, Advance ck. $26.00 | 192.90 |
| | **TOTAL COSTS & EXPENSES** | **$363.80** |

## BILLING SUMMARY

|  | **TOTAL** | **0.00** | **$0.00** | | |
|--|-----------|----------|-----------|--|--|
| Timekeeper | Position | Hours | Rate | Value |
| | Total | 0.00 | | **$0.00** |

PRIOR FEES                          $13,408.20
PRIOR COSTS & EXPENSES      $2,069.30

| | | |
|---|---|---|
| COSTS & EXPENSES | | $363.80 |
| **TOTAL THIS INVOICE** | | **$363.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

...gal **Network** LLC
...Box 749806 Los Angeles, CA 90074-9806

# INVOICE

TAX ID# 27-3093840

| INVOICE NO. | CUSTOMER NO. |
|---|---|
| 265591 | 82035 |
| INVOICE DATE | TOTAL DUE |
| 5/31/12 | 36,930.33 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 82035 | 265591 | 5/31/12 | 36,930.33 | 34 |

| Date | Ord/No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/30/12 FILING-BRANCH FAX/PDF | 6799794 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst    Wait: 15 Min Case No.: MSC12-00220 FILE/CONFORM/RETURN Signed: FILED | CCSC-MARTINEZ 725 COURT STREET MARTINEZ    CA 94553 Case Title: BENHAM V. WELLS FARG Ref: 07685.0365 | Base Chg :    71.50 | 71.50 |
| 5/30/12 RESEARCH-SAME DAY | 6799800 | SRS | CCSC-MARTINEZ 725 COURT STREET MARTINEZ    CA 94553 Caller: ANGELA L. EURE Case No.: MSC09-03321 OBTAIN REQUEST FOR Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: SOMERA V. SIAM DISMISSAL Ref: SOMERA V. SIAM | Base Chg :    153.50 Research :    13.40 Adv/Wit Ck:    4.00     19000 . 0253 | 170.90 |
| 5/30/12 FILING-BRANCH FAX/PDF | 6799818 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Isabel Kunst Case No.: SCV249375 FILE/CONFORM/RETURN Signed: filed | SONOMA COUNTY SUPERIOR COURT 600 ADMINSTRATION DRIVE SANTA ROSA    CA 95403-2818 Case Title: BERNAL V WELLS FARGO Ref: 07685.0946 | Base Chg :    57.50 | 57.50 |
| 5/30/12 FILING-FORWARD FAX/PDF | 6799822 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: MARILYN HECMER Case No.: SC2011 0261 FILE/CONFORM/RETURN Signed: DROP BOXED/PS CLIENT | EDCMC-SOUTH LAKE TAHOE 1354 JOHNSON BOULEVARD SOUTH LAKE TAHOE CA 96150 Case Title: STROM V SUNTRUST COURTESY COPY TO JDG Ref: 11950.0106 | Base Chg :    120.75 | 120.75 |
| 5/30/12 FILING-FORWARD FAX/PDF | 6799827 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: CISCV172418 FILE/CONFORM/RETURN Signed: FILED | SANTA CRUZ CO SUP CT-SANTA CRUZ 701 OCEAN STREET SANTA CRUZ    CA 95060-4086 Case Title: ROJAS V AURORA Ref: 11991.0133 | Base Chg :    57.50 PDF/OvrNte:    2.25 | 59.75 |
| 5/30/12 FILING-BRANCH FAX/PDF | 6799837 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE    Wait: 15 Min Case No.: FCS 039620 FILE/CONFORM/RETURN Signed: FILED | SCMC-NORTH/FAIRFIELD 530 UNION AVENUE FAIRFIELD    CA 94533 Case Title: GALAVIZ V. GMAC MORT Ref: 19000.1247-GALAVIZ | Base Chg :    48.25 | 48.25 |
| | | | | | | Continued |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

**First Legal Network** LLC
**Legal** PO Box 749806 Los Angeles, CA 90074—9806

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 266261 | 82035 |
| Invoice Date | Total Due |
| 6/15/12 | 36,858.22 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 82035 | 266261 | 6/15/12 | 36,858.22 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/31/12 RESEARCH-SAME DAY | 6800461 | SRS | CCSC-MARTINEZ 725 COURT STREET MARTINEZ   CA 94553 Caller: ANGELA L. EURE Case No.: MSC09-03321 OBTAIN A CERTIFIED COPY OF THE REQUEST Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Case Title: SOMERA V. SIAM Ref: SOMERA V. SIAM | Base Chg :   153.50 Research :    13.40 Adv/Wit Ck:   26.00 | 192.90 |
| 5/31/12 PDF COURTESY DELIVERY | 6800554 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Sylvia Coleman Case No.: 3:12-cv-00740-jsw ENVELOPE Signed: delivered/lodged | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO   CA 94102 Case Title: guardado v. world sa COURTESY COPY TO JDG Ref: 5500.0133 | Base Chg :    19.25 | 19.25 |
| 5/31/12 PROCESS-4 DAYS | 6800572 | REP | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Imelda (Temp) Case No.: HG12622151 Please serve Laurie Signed: CANCEL AND SEND DEC. | Laurie A. Klahn 6450 Dougherty Road DUBLIN   CA 94568 Case Title: Santander Consumer U A. Klahn at 6450 Dou Ref: 12108.0056 | Base Chg :   131.00 | 131.00 |
| 5/31/12 FILING-BRANCH FAX/PDF | 6800658 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Imelda (Temp)   Wait: 15 Min Case No.: C12-00877 Please file the atta Signed: FILED | Contra Costa County Court 725 Court St MARTINEZ   CA 94553 Case Title: Juarez v. U.S. Bank, ched with the Court Ref: 70000.0758 | Base Chg :    71.50 | 71.50 |
| 5/31/12 FILING-BRANCH FAX/PDF | 6800718 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: RG12618008 FILE/CONFORM/RETURN Signed: FILED | ACSC-OAKLAND 1225 FALLON STREET OAKLAND   CA 94612 Case Title: KWON VS. BOFA Ref: 700000612 | Base Chg :    92.50 Adv/Wit Ck:   20.00 | 112.50 |
| 5/31/12 PDF COURTESY DELIVERY | 6800724 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Sylvia Coleman Case No.: N/A COURTESY COPY TO JDG Signed: delivered | USDC-SAN FRANCISCO 450 GOLDEN GATE AVENUE SAN FRANCISCO   CA 94102 Case Title: N/A JUDGE JACQUELINE Ref: 14000.0011 | Base Chg :    69.25 | 69.25 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326592    JBS                                          September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0260    Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

**TOTAL AMOUNT DUE**            **$166.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       326592       JBS                                        September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      19000  0260      Krause, Paul and Jennifer v. Homecomings Financial, LLC
C/M# 697891

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.10** | | **$27.90** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Torrance, CA 07/02/12 | 88.20 |
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; General / Other 07/13/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$138.15** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120    Analysis/Strategy | | 0.10 | $27.90 |
| **TOTAL** | | **0.10** | **$27.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.10** | | **$27.90** |

| | |
|---|---|
| PRIOR FEES | $85,063.95 |
| PRIOR COSTS & EXPENSES | $2,625.18 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326592      CLIENT   GMAC ResCap                                    Page        2
                          MATTER   Krause, Paul & Jennifer

|  | |
|---|---|
| FEES | $27.90 |
| COSTS & EXPENSES | $138.15 |
| **TOTAL THIS INVOICE** | **$166.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326593    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0642 | Byeon, Young |
| | | C/M# 704886 |

**TOTAL AMOUNT DUE**          **$117.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326593     JBS                                      September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0642     Byeon, Young
                          C/M# 704886

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL** | **0.00** |      | **$0.00** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; San Bernardino Cournty Recorder, CA 07/11/12 Adv/Ck: $49 | | 117.75 |
| | **TOTAL COSTS & EXPENSES** | **$117.75** | |

## BILLING SUMMARY

| | TOTAL | 0.00 | $0.00 | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Position** | **Hours** | **Rate** | **Value** | |
| | Total | 0.00 | | $0.00 | |

| | | |
|---|---|---|
| PRIOR FEES | $14,284.35 | |
| PRIOR COSTS & EXPENSES | $5,008.47 | |

| | | |
|---|---|---|
| COSTS & EXPENSES | $117.75 |
| **TOTAL THIS INVOICE** | **$117.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 366675 | 23103 |
| Invoice Date | Total Due |
| 7/15/12 | 16,009.40 |

LOS ANGELES, CA 90064-4250

SEVERSON & WERSON
CARRIE TINKER (OFFICE MNGR)
19100 VON KARMAN, SUITE 700
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 23103 | 366675 | 7/15/12 | 16,009.40 | 11 |

| Date | Ordr.No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/11/12 FILING-FAX/PDF | 9487706 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Rosa  Wait: 22 Min Case No.: BC483183 SUBMIT TO DEPT 85 Signed: RECD | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES  CA 90012 Case Title: CHUNG V BAC HOME LOA AND OBTAIN RCVD COPY Ref: 70000.0736 | Base Chg : 29.75 Adv/Wit CK: 20.00 | 49.75 |
| 7/11/12 FILING-FAX/PDF | 9487760 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Rosa  Wait: 17 Min Case No.: BC457269 FILE/CONFORM/RETURN Signed: filed/ del cc | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES  CA 90012 Case Title: MORRIS V BAC HOME LO ALSO DELIVER CC TO Ref: 70000.0521 | Base Chg : 29.75 | 29.75 |
| 7/11/12 FILING-SPECIAL VEHICLE | 9487784 | SPF REG | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Debra Edwards FILE TODAY Signed: kevin stewart | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA  CA 92701 Case Title: BRUBHM V ALLOY Ref: 07462.390 | Base Chg : 54.75 Return : 14.50 | 69.25 |
| 7/11/12 FILING-FAX/PDF | 9487815 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: DIANA J LOPEZ  Wait: 25 Min Case No.: BC484430 FILE/CONFORM/RETURN Signed: filed | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES  CA 90012 Case Title: KIRAKOSYAN V B of A **DON'T CALL UNLESS Ref: 70000.0832 | Base Chg : 29.75 Adv/Wit CK: 435.00 | 464.75 |
| 7/11/12 FILING-FAX/PDF | 9487961 | FAX | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Rosa Case No.: 111CV210028 FILE/CONFORM/RETURN Signed: filed | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE  CA 95113 Case Title: SEPEHRY V THE BANCK Ref: 70000.0808 | Base Chg : 29.75 | 29.75 |
| 7/11/12 DELIVERY-REGULAR VEHICLE | 9488056 | REG RET | SEVERSON & WERSON 19100 VON KARMAN IRVINE  CA 92605 Caller: Kimberly Brown  Wait: 20 Min Case No.: CIVVS1006845 Please pick up the o Signed: gwen s | San Bernardino County Recorder 222 West Hospitality Ln SAN BERNARDINO  CA 92415 Case Title: Young Byeon v. GMAC riginal of the attac Ref: 19000.0692 | Base Chg : 64.75 Wait : 4.00 Adv/Wit CK: 49.00 | 117.75 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326595    JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1196    Lykins, Alexander A.
                  GMAC Matter No.: 724878

**TOTAL AMOUNT DUE**              **$249.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326595    JBS                                    September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1196    Lykins, Alexander A.
                        GMAC Matter No.: 724878

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.10 | 238.50 | 23.85 |
| AAG | 07/16/12 | Communicate internally regarding substitution of attorney in dismissed case. | L190 | 0.20 | 238.50 | 47.70 |
| AAG | 07/17/12 | Communicate with client regarding dismissal without prejudice of plaintiff's complaint. | L190 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | **0.40** | | **$95.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Court Services; Contra Costa County Trial Depts., Martinez 7/17/12 | 154.50 |
| | **TOTAL COSTS & EXPENSES** | **$154.50** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L190 | Other Case Assessment | 0.40 | $95.40 | | |
| | **TOTAL** | **0.40** | **$95.40** | | |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Givental, Alisa | AAG    Associate | 0.40 | 238.50 | $95.40 |
| | **Total** | **0.40** | | **$95.40** |

| PRIOR FEES | $4,864.95 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $884.49 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326595 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Lykins, Alexander A. | | |

| | |
| --- | --- |
| FEES | $95.40 |
| COSTS & EXPENSES | $154.50 |
| **TOTAL THIS INVOICE** | **$249.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 268336 | 82035 |
| Invoice Date | Total Due |
| 7/31/12 | 44,753.12 |

LES, CA 90084-4250

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/16/12 FILING SAME DAY-DAILY | 6815767 | SDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Perla Cruz Case No.: CGC10 498428 FILE/CONFORM/RETURN Signed: FILED | SFSC-SAN FRANCISCO 400 MCALLISTER STREET SAN FRANCISCO    CA 94102 Case Title: UNIVERSAL V CONTINEN Ref: 07685.0620 | Base Chg  :    10.25 | 10.25 |
| 7/16/12 FILING NEXT DAY-DAILY | 6815906 | NDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Chilly Kada Case No.: RG11562732 FILE/CONFORM/RETURN Signed: FILED | ACSC-OAKLAND 1225 FALLON STREET OAKLAND    CA 94612 Case Title: WILLIAMS V GREENPOIN Ref: 15314.0238 | Base Chg  :    46.50 | 46.50 |
| 7/17/12 RESEARCH SAME DAY | 6815892 | SRS | Contra Costa County Trial Depts. 725 Court St MARTINEZ    CA 94553 Caller: Clair Romell Case No.: C11-02931 Please obtain a copy Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Case Title: Lykins v. GMAC of the dismissal an Ref: 19000.1196 | Base Chg  :   153.50 Adv/Wit Ck:     1.00 | 154.50 |
| 7/17/12 FILING SAME DAY-DAILY | 6815904 | SDF RUN | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Joel Spann    Wait: 10 Min Case No.: VG11576566 PLEASE HAVE Signed: recorded | ALAMEDA CO RECORDER-OAKLAND 1106 MADISON ST OAKLAND    CA 94612 Case Title: MUJADDIDI V. BOFA THE ATTACHED Ref: 70000.0168 | Base Chg  :    57.50 Adv/Wit Ck:    28.00 | 85.50 |
| 7/17/12 FILING-FORWARD FAX/PDF | 6815945 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Deborah L. Case No.: MCV060059 Please advance fees. Signed: FILED | Madera County Court 209 West Yosemite Ave MADERA    CA 93637 Case Title: Hinote v. Specialize Please file Specia Ref: 11989.0035 | Base Chg  :   120.75 | 120.75 |
| 7/17/12 FILING-BRANCH FAX/PDF | 6815959 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: MARILYN HECHMER Case No.: SCV0030248 Signed: FILED | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE    CA 95678 Case Title: LANDAU V WELLS FARGO FILE/CONFORM/RETURN Ref: 11991.0117 | Base Chg  :    48.25 | 48.25 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326596    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1326    Rabbitt, Mark and Maria Teresa
GMAC Matter No.: 730109

**TOTAL AMOUNT DUE**              **$528.88**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       326596       JBS                                              September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  1326     Rabbitt, Mark and Maria Teresa
                           GMAC Matter No.: 730109

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994          08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **TOTAL** | **0.00** | | **$0.00** |

### COSTS & EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 07/30/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Demurrer to Pl's Complaint, Def. GMAC's RJN ISO Demurrer to Pl's Complaint, Def. GMAC's Proposed Order...including Court Filing Fee $395 07/16/12 | 466.45 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 4504 Morro Bay Street San Diego, CA 07/07/12 | 49.09 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 4504 Morro Bay Street San Diego, CA 07/09/12 | 13.34 |

**TOTAL COSTS & EXPENSES**                           **$528.88**

### BILLING SUMMARY

**TOTAL**            0.00        $0.00

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| | Total | 0.00 | | $0.00 |

PRIOR FEES                    $3,179.70
PRIOR COSTS & EXPENSES        $71.45

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326596 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Rabbitt, Mark & Maria Teresa | | |

|  |  |
|---|---|
| COSTS & EXPENSES | $528.88 |
| **TOTAL THIS INVOICE** | **$528.88** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
| --- | --- |
| 2096897-R1 | |
| Date: | 7/16/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
| --- | --- |
| Invoice No.: | 2096897-R1 |
| Inv. Date: | 7/16/12 |
| Due Date: | 7/31/12 |
| Total: | $466.45 |
| Terms: | Net 15 |

| | |
| --- | --- |
| Law Firm Contact: | Yaron Shaham |
| Client File No.: | 19000.1326 |
| Case Short Title: | Mark A. & Maria T. Rabbitt V. GMAC Mortgage, LLC, et al. |
| | |
| Documents: | Def. GMAC's Demurrer to Pls' Complaint, Def. GMAC's RJN ISO Demurrer to Pls' Complaint, Def. GMAC's Proposed Order... |
| One Legal Branch: | San Diego |
| Court: | Superior Court of California, San Diego County |
| Description: | |

OK to Pay
J. W

| | |
| --- | --- |
| COURT FILING FEE | $395.00 |
| COURT FILING SERVICE FEE | $49.95 |
| COURTESY COPY | $10.00 |
| COURT FILING COPY CHARGE | $11.50 |



| Due Date | 7/31/12 | Total This Invoice | $466.45 |
| --- | --- | --- | --- |

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326597      JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1330 | Country Meadows Landscape |
| | | GMAC Matter No.: 729409 |

**TOTAL AMOUNT DUE**                    **$167.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326597    JBS                                September 14, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1330    Country Meadows Landscape
GMAC Matter No.: 729409

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/06/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.10** | | **$27.90** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; Riverside County Court, Temecula 7/26/12 | 140.00 |

**TOTAL COSTS & EXPENSES**                    **$140.00**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.10 | $27.90 |
| **TOTAL** | **0.10** | **$27.90** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **0.10** | | **$27.90** |

PRIOR FEES                    $230.85

| | | |
|---|---|---|
| | FEES | $27.90 |
| | COSTS & EXPENSES | $140.00 |
| | **TOTAL THIS INVOICE** | **$167.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 268336 | 82035 |
| Invoice Date | Total Due |
| 7/31/12 | 44,753.12 |

PARLES, CA 90084-4250

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 30 |

### Service Detail

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/26/12 FILING-BRANCH FAX/PDF | 6819668 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Clair Romell   Wait: 30 Min Case No.: TES1201184 you. Signed: FILED | Riverside County Court 41002 County Center Dr TEMECULA     CA 92591 Case Title: Country Meadows v. G Ref: 190001330 | Base Chg :    127.25 PDF/OvrNte:     12.75 | 140.00 |
| 7/26/12 FILING-BRANCH FAX/PDF | 6819677 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: VERONICA APPLEBE Case No.: SCV 245798 FILE/CONFORM/RETURN Signed: FILED | SONOMA-CIVIL & FAMILY LAW 3055 CLEVELAND AVENUE SANTA ROSA     CA 95403 Case Title: WEBSTER V CITY OF PE COURTESY COPY TO JDG Ref: WEBSTER | Base Chg :     92.50 | 92.50 |
| 7/26/12 FILING-BRANCH FAX/PDF | 6819684 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Imelda Hernandez Case No.: HG12635055 FILE/CONFORM/RETURN Signed: FILED | ACSC-HAYWARD 24405 AMADOR STREET HAYWARD     CA 94544 Case Title: KLAHN V SANTANDER COURTESY COPY TO DPT Ref: 12108.0059 | Base Chg :     92.50 PDF/OvrNte:     17.25 Adv/Wit Ck:    435.00 | 544.75 |
| 7/26/12 FILING-FAX/PDF | 6819705 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst Case No.: 34 2011 00104150 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO     CA 95814 Case Title: AZEVEDO V SUNTRUST Ref: 11950.0100 | Base Chg :     64.75 | 64.75 |
| 7/26/12 FILING-BRANCH FAX/PDF | 6819722 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Wait: 20 Min Case No.: CIV 1101648 FILE/CONFORM/RETURN Signed: FILED | MCSC-SAN RAFAEL 3501 CIVIC CENTER DRIVE SAN RAFAEL     CA 94903 Case Title: BUSSE V. LARKSPUR CC TO DEPT B Ref: 11506.0024 | Base Chg :     57.50 | 57.50 |
| 7/26/12 RESEARCH-SAME DAY | 6819723 | SRS | Contra Costa County Court 725 Court St MARTINEZ     CA 94553 Caller: Clair Romell Case No.: CIV MSC11-02174 On FRIDAY Please obt Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Case Title: Liu v. GMAC ain a copy of the di Ref: 19000.1135 | Base Chg :    153.50 Adv/Wit Ck:      2.00 | 155.50 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326848    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   0003     Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
                           GMAC Matter No.: 691868

**TOTAL AMOUNT DUE**          $1,594.35

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326848    JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0003    Anderson, Karl T. and Hooper, Monique v. ETS Services, LLC
                         GMAC Matter No.: 691868

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 08/29/12 | Review the Hoopers' motion for relief from the bankruptcy stay and conduct research for potential responses. | L510 | 1.10 | 279.00 | 306.90 |
| DHC | 08/30/12 | Review Motion to Determine Existence of Stay in Ninth Circuit Case. | L250 | 0.50 | 337.50 | 168.75 |
| DHC | 08/30/12 | Conference with Jon Ives re exceptions to the automatic stay in the Res Cap bankruptcy pursuant to the Final Supplemental Order. | L190 | 1.00 | 337.50 | 337.50 |
| JDI | 08/30/12 | Conduct research in response to motion to set aside bankruptcy stay. | L510 | 2.70 | 279.00 | 753.30 |
| | | **TOTAL** | | **5.40** | | **$1,594.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------|--------|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 1.00 | $337.50 |
| L250 | Other Written Motions | 0.50 | $168.75 |
| L510 | Appellate Motions & Submission | 3.80 | $1,060.20 |
| | **TOTAL** | **5.40** | **$1,594.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|-----|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  326848 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Anderson, Karl & Hooper, M. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 | |
| Ives, Jon | JDI | Associate | 3.80 | 279.00 | $1,060.20 | |
| | **Total** | | **5.40** | | **$1,594.35** | |

PRIOR FEES                         $25,696.80
PRIOR COSTS & EXPENSES        $2,233.65


|  | | |
|---|---|---|
| FEES | $1,594.35 |
| **TOTAL THIS INVOICE** | **$1,594.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326849    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0073    Bonner, Charles A. v. GMAC Mortgage, Inc., et al.
                  GMAC Matter No.: 696525

**TOTAL AMOUNT DUE**          **$958.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326849     JBS                                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0073     Bonner, Charles A. v. GMAC Mortgage, Inc., et al.
                           GMAC Matter No.: 696525

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MGC | 07/27/12 | Attend compliance hearing. | L230 | 2.80 | 238.50 | 667.80 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MGC | 08/13/12 | Finalize filing of revised notice of bankruptcy. | L250 | 1.10 | 238.50 | 262.35 |
| | | **TOTAL** | | **4.00** | | **$958.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|--|-------|--------|--|--|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | |
| L230 | Court Mandated Conferences | 2.80 | $667.80 | | |
| L250 | Other Written Motions | 1.10 | $262.35 | | |
| | **TOTAL** | **4.00** | **$958.05** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 3.90 | 238.50 | $930.15 |
| | **Total** | | **4.00** | | **$958.05** |

PRIOR FEES                          $34,140.42
PRIOR COSTS & EXPENSES              $2,090.52

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326849 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Bonner, Charles A. | | |

|  | FEES | $958.05 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$958.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326850    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0111    Officer, Karen and Robert v. CitiMortgage, Inc.
                  GMAC Matter No.: 697786

**TOTAL AMOUNT DUE**          **$1,856.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326850      JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0111    Officer, Karen and Robert v. CitiMortgage, Inc.
                        GMAC Matter No.: 697786

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 07/20/12 | Monitor case docket for appellants' opening brief. | L520 | 0.10 | 261.00 | 26.10 |
| MEH | 07/26/12 | Strategize re: notice of bankruptcy stay. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 07/27/12 | Draft email to co-defendants' counsel re: coordinating efforts on respondents brief. | L520 | 0.20 | 261.00 | 52.20 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MEH | 08/06/12 | Draft email to co-defendants' counsel re: joint respondents brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/07/12 | Telephone call with co-defendant's counsel (S. Kottmeier) re: joint respondents brief. | L120 | 0.10 | 261.00 | 26.10 |
| MEH | 08/07/12 | Review/analyze appellants' opening brief for possible division of labor among co-respondents. | L520 | 0.60 | 261.00 | 156.60 |
| MEH | 08/07/12 | Draft email to co-defendants' counsel re: division of labor for respondents' brief. | L520 | 0.50 | 261.00 | 130.50 |
| MEH | 08/08/12 | Draft notice of bankruptcy stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/08/12 | Draft cover letter to plaintiffs enclosing notice of bankruptcy stay. | L510 | 0.70 | 261.00 | 182.70 |
| MEH | 08/08/12 | Draft email to client (J. Holtgren) re: appellate strategy considerations. | L120 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Prepare for conference call with co-defendants re: joint respondents' brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Participate in conference call with | L520 | 0.30 | 261.00 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326850 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Officer, Karen & Robert | | | | |

| | | co-respondents' counsel re: joint brief. | | | | |
|---|---|---|---|---|---|---|
| MEH | 08/09/12 | Draft follow-up email to co-respondents's counsel summarizing decisions made during conference call re: joint brief. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/10/12 | Exchange emails with client (J. Holtgren) re: notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/14/12 | Exchange emails with co-defendant's counsel (S. Kottmeier) re: signature on stipulation to continue deadline for respondents' brief. | L520 | 0.10 | 261.00 | 26.10 |
| MEH | 08/16/12 | Based on new deadline for respondents' brief, create internal briefing schedule for joint brief and circulate same to co-defendants' counsel. | L520 | 0.60 | 261.00 | 156.60 |
| MEH | 08/16/12 | Draft email to client (J. Holtgren) enclosing new brief deadlines. | L520 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Review/analyze court order staying entire case. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Draft email to client (J. Holtgren) enclosing stay order with comments and recommended strategy. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.30 | 261.00 | 78.30 |
| MEH | 08/27/12 | Exchange emails among co-defendants re: bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/28/12 | Strategize re: advisability of closing case file in light of appeal status. | L120 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **7.10** | | **$1,856.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $369.00 |
| L510 | Appellate Motions & Submission | 2.50 | $652.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326850 | CLIENT | GMAC ResCap | | | Page | 3 |
| | | MATTER | Officer, Karen & Robert | | | | |

| L520 | Appellate Briefs | | 3.20 | $835.20 | | | |
| | **TOTAL** | | **7.10** | **$1,856.70** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.20 | 279.00 | $55.80 |
| Holt, M. Elizabeth | MEH | Associate | | 6.90 | 261.00 | $1,800.90 |
| | **Total** | | | **7.10** | | **$1,856.70** |

PRIOR FEES                     $6,280.20
PRIOR COSTS & EXPENSES         $1,007.66

FEES                 $1,856.70
**TOTAL THIS INVOICE**         **$1,856.70**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326851    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0132    Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
                  GMAC Matter No.: 688951

**TOTAL AMOUNT DUE**          **$1,144.75**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 326851 | JBS | | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0132    Pierce, Stephen D. and Tamara v. U.S. Bank, N.A.
GMAC Matter No.: 688951

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| GWJ | 08/03/12 | Telephone call with unlawful detainer counsel regarding unlawful detainer motion for summary judgment. | L240 | 0.30 | 261.00 | 78.30 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| GWJ | 08/06/12 | Review and revise unlawful detainer motion for summary judgment. | L240 | 0.40 | 261.00 | 104.40 |
| GWJ | 08/06/12 | Correspondence with unlawful detainer counsel regarding client declaration and revised motion for summary judgment. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/06/12 | Correspondence with client regarding declaration in support of unlawful detainer motion for summary judgment. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/06/12 | Telephone call with unlawful detainer counsel regarding service of motion for summary judgment. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/07/12 | Correspondence with client regarding motions to compel, discovery requests, unlawful detainer motion for summary judgment and client declaration. | L240 | 0.60 | 261.00 | 156.60 |
| GWJ | 08/07/12 | Correspondence with unlawful detainer counsel regarding client declaration. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/07/12 | Correspondence with unlawful detainer counsel regarding service of Plaintiffs. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/08/12 | Correspondence with client regarding rescission of notice of default. | L110 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/08/12 | Correspondence with unlawful detainer counsel regarding changes to client declaration. | L240 | 0.20 | 261.00 | 52.20 |
| GWJ | 08/09/12 | Correspondence with client regarding | L240 | 0.20 | 261.00 | 52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326851 | CLIENT | GMAC ResCap | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Pierce, Stephen D. | | | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | declaration in support of motion for summary judgment. | | | | | |
| GWJ | 08/09/12 | Correspondence with unlawful detainer counsel regarding service of motion for summary judgment and supporting declaration. | L240 | 0.20 | 261.00 | | 52.20 |
| GWJ | 08/09/12 | Correspondence with Plaintiff regarding agreement regarding service of unlawful detainer motion for summary judgment. | L240 | 0.20 | 261.00 | | 52.20 |
| | | **TOTAL** | | **3.40** | | | **$889.20** |

### COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 07/27/12 | First Legal Network, LLC; Court Services; SBSC - San Bernardino, CA 07/09/12 | 99.00 |
| 08/07/12 | Genevieve Walser-Jolly; Transportation; Travel to and from hearing on Motion for Judgment on the Pleadings; and Unlawful Detainer Motion for Summary Judgment hearing, San Bernardino 7/17/12 | 56.65 |
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Reply to Opposition to Defendant's Motion for Judgment on the Pleadings 07/10/12 | 49.95 |
| 08/17/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Continued Motion for Judgment on the Pleadings; Unlawful Detainer Motion for Summary Judgment; and Trial...07/17/12 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$255.55** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 0.20 | $52.20 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L240 | Dispositive Motions | 3.10 | $809.10 |
| | **TOTAL** | **3.40** | **$889.20** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Walser-Jolly, Genevieve | GWJ | Associate | 3.30 | 261.00 | $861.30 |
| | Total | | **3.40** | | **$889.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  326851 | CLIENT | GMAC ResCap | Page | 3 |
| | MATTER | Pierce, Stephen D. | | |

| | |
|---|---|
| PRIOR FEES | $55,757.45 |
| PRIOR COSTS & EXPENSES | $4,318.03 |

| | |
|---|---|
| FEES | $889.20 |
| COSTS & EXPENSES | $255.55 |
| **TOTAL THIS INVOICE** | **$1,144.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement


Collaborati®

# ⚠ File Errors : 326851.TXT

View: [Only unique errors ▼]                    << Return to Upload Invoices

**Errors have occurred during the invoice upload process. Please check your LEDES file and try again.**

| Type | Invoice | Description |
|------|---------|-------------|
| ❶ | 326851 | CLIENT_MATTER_ID "688951" is invalid. ID must be client authorized. |

Error 1 - 1 of 1                                    Errors per page [200 ▼]

---

Contact Us - Technical Support - License Agreement
Copyright © 2007-2012 Mitratech Holdings, Inc. All Rights Reserved

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326852    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0156 | Alton, Patricia v. GMAC Mortgage, LLC |
| | | GMAC Matter No.: 695737 |

**TOTAL AMOUNT DUE**        **$952.85**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326852    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0156    Alton, Patricia v. GMAC Mortgage, LLC
GMAC Matter No.: 695737

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ACS | 08/02/12 | Prepare reply letter re: title insurance claim | L190 | 0.30 | 288.00 | 86.40 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ACS | 08/13/12 | Prepare case management statement | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/20/12 | Draft title insurance demand letter | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 08/28/12 | Attend case management conference | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 08/28/12 | Prepare follow-up letter re: title insurance claim | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/28/12 | Research motion for judgment on the pleadings | L240 | 0.60 | 288.00 | 172.80 |
| | | **TOTAL** | | **2.40** | | **$690.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; SCSC-San Jose, CA 07/03/12 | 125.05 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-San Jose, CA 07/06/12 | 29.75 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC- San Jose 7/26/12 | 29.75 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/28/12 | 78.00 |

**TOTAL COSTS & EXPENSES**    **$262.55**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326852 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Alton, Patricia | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | | |
| L190 | Other Case Assessment | 1.70 | $489.60 | | | |
| L240 | Dispositive Motions | 0.60 | $172.80 | | | |
| | **TOTAL** | **2.40** | **$690.30** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sears, Alex | ACS | Associate | | 2.30 | 288.00 | $662.40 |
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| | **Total** | | | **2.40** | | **$690.30** |

| PRIOR FEES | $37,836.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,629.19 |

| FEES | $690.30 |
|---|---|
| COSTS & EXPENSES | $262.55 |
| **TOTAL THIS INVOICE** | **$952.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326853    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0188    Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

**TOTAL AMOUNT DUE**        **$2,215.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    326853    JBS | | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0188    Breining, Fred and Cathy v. Wells Fargo Bank
C/M# 699646

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| JDI | 08/01/12 | Correspond with plaintiffs' counsel re loan modification application. | L160 | 0.20 | 279.00 | 55.80 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| JDI | 08/06/12 | Correspond with plaintiffs' counsel & J. Holtgren re loan modification application. | L160 | 0.30 | 279.00 | 83.70 |
| JDI | 08/07/12 | Review tentative ruling on motion for sanctions and correspond with J. Holtgren re same. | L190 | 0.30 | 279.00 | 83.70 |
| JDI | 08/20/12 | Provide case status update to N. Vaccaro. | L190 | 0.20 | 279.00 | 55.80 |
| JDI | 08/21/12 | Review plaintiffs' supplemental opposition to motion for attorney fees and draft supplemental reply brief in support of motion for attorney fees. | L250 | 4.80 | 279.00 | 1,339.20 |
| JDI | 08/22/12 | Correspond with plaintiffs' counsel re loan modification application. | L160 | 0.30 | 279.00 | 83.70 |
| JDI | 08/22/12 | Draft supplemental reply brief in support of motion for attorney fees. | L250 | 0.50 | 279.00 | 139.50 |
| JDI | 08/30/12 | Review tentative ruling on motion for attorney fees and correspond with J. Holtgren re same. | L250 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | **7.00** | | **$1,953.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-Sacramento, CA 07/11/12 | 42.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326853 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Breining, Fred & Cathy | | |

| | | | |
|---|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 08/31/12 | | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; SCSC-Sacramento 7/27/12 | | 47.75 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 935 Amado Ave Sacramento, CA 07/05/12 | | 93.80 |
| | **TOTAL COSTS & EXPENSES** | **$262.05** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $223.20 |
| L190 | Other Case Assessment | 0.50 | $139.50 |
| L250 | Other Written Motions | 5.60 | $1,562.40 |
| | **TOTAL** | **7.00** | **$1,953.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 6.90 | 279.00 | $1,925.10 |
| | **Total** | | **7.00** | | **$1,953.00** |

| | |
|---|---|
| PRIOR FEES | $96,693.75 |
| PRIOR COSTS & EXPENSES | $2,634.33 |

| | |
|---|---|
| FEES | $1,953.00 |
| COSTS & EXPENSES | $262.05 |
| **TOTAL THIS INVOICE** | **$2,215.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326854    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0268  | Olson, Cari |
|        |       | GMAC Matter No.: 695432 |

**TOTAL AMOUNT DUE**          **$1,796.36**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326854     JBS                                    September 19, 2012

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0268     Olson, Cari
GMAC Matter No.: 695432

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/03/12 | Attend the hearing on plaintiff's motion for new trial and determine how to proceed based on the Court's ruling | L450 | 4.50 | 238.50 | 1,073.25 |
| YS | 08/03/12 | Review and analysis of plaintiff's reply brief in light of client's opposition to motion for new trial | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| RJG | 08/08/12 | Attention to the court's ruling on Plaintiff's motion for a new trial and correspondence with our client to advise regarding the same. | L250 | 0.30 | 274.50 | 82.35 |
| YS | 08/08/12 | Receipt, review and analysis of the Court's order denying plaintiff's motion for new trial | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/08/12 | Draft notice of ruling denying plaintiff's motion for new trial | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/08/12 | Draft correspondence to client regarding the Court's denial of the Plaintiff's motion for new trial | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/10/12 | Draft correspondence to D. Burgess regarding status of the case, denial of plaintiff's motion for new trial, and pending dates and deadlines | L190 | 0.40 | 238.50 | 95.40 |
| YS | 08/13/12 | Draft correspondence to client regarding deadlines for plaintiff to appeal rulings by the State Court | L190 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **6.40** | | **$1,541.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326854 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Olson, Cari | | |

### COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; Def. GMAC's Opposition to Pl's Notice of Move for New Trial 07/25/12 | 59.95 |
| 08/07/12 | Yaron Shaham; Transportation; Mileage to/from SDSC-North Vista, Dept. N.30, for hearing on PL's Motion for New Trial 8/3/12 | 84.62 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1095 Via Cruz San Diego, CA 07/09/12 | 13.34 |
| 08/21/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Ruling re Pl's Motion. for New Trial 08/10/12 | 59.95 |
| 08/22/12 | American Express-Box 0001; Meals; Lunch for hearing re PI's Motion for New Trial 8/3/12 8/10/12 | 22.25 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE - CA 08/07/12 | 7.50 |
| 08/27/12 | Cardmember Service/Bank One (Acct #7755); Court and Filing Fees; Orange Co Superior Court WE - CA 08/08/12 | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$255.11** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.40 | $99.45 |
| L190 | Other Case Assessment | 0.90 | $214.65 |
| L210 | Pleadings | 0.30 | $71.55 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| L450 | Trial and Hearing Attendance | 4.50 | $1,073.25 |
| | **TOTAL** | **6.40** | **$1,541.25** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |
| Shaham, Yaron | YS | Special Counsel | 6.00 | 238.50 | $1,431.00 |
| | **Total** | | **6.40** | | **$1,541.25** |

PRIOR FEES                          $55,854.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 326854 | CLIENT | GMAC ResCap | Page | 3 |
| | MATTER | Olson, Cari | | |

PRIOR COSTS & EXPENSES                    $6,350.99

|  |  |
|---|---|
| FEES | $1,541.25 |
| COSTS & EXPENSES | $255.11 |
| **TOTAL THIS INVOICE** | **$1,796.36** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326855      JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0328       Moss, Alan Irving
                       GMAC Matter No.:  712506

**TOTAL AMOUNT DUE**          $3,609.15

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326855    JBS                                        September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0328    Moss, Alan Irving
                         GMAC Matter No.:  712506

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| GSW | 08/02/12 | Review and update attorney work discovery binder | L110 | 0.80 | 130.50 | 104.40 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| EKK | 08/06/12 | Draft motion to compel attendance at deposition | L330 | 2.00 | 279.00 | 558.00 |
| GSW | 08/07/12 | Review and prepare exhibits to Declaration of Elena Kouvabina in Support of Bank of New York's Motion to Compel Deposition of Plaintiff | L110 | 1.50 | 130.50 | 195.75 |
| ERB | 08/07/12 | Review Court's order denying Plaintiff's motion for reconsideration of remand. | L250 | 0.20 | 279.00 | 55.80 |
| EKK | 08/07/12 | Draft motion to compel, prepare documents for filing | L210 | 0.50 | 279.00 | 139.50 |
| EKK | 08/07/12 | Draft motion to compel attendance at deposition | L330 | 1.80 | 279.00 | 502.20 |
| GSW | 08/08/12 | Review and update attorney work discovery binder | L110 | 1.80 | 130.50 | 234.90 |
| GSW | 08/08/12 | Review and update Attorney work binder | L110 | 0.70 | 130.50 | 91.35 |
| EKK | 08/27/12 | Draft notice of nonreceipt of opposition; draft reply in support of motion to compel deposition; draft notice of lodging of deposition transcript | L210 | 4.50 | 279.00 | 1,255.50 |
| | | **TOTAL** | | **13.90** | | **$3,165.30** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    326855 | CLIENT | GMAC ResCap | Page | 2 |
| | MATTER | Moss, Alan | | |

| | | |
|---|---|---|
| 08/27/12 | U.S. Legal Support (Box 79637 CA Reporting); Deposition Transcript; Cetificate of Non-Appearance of: Alan Irving Moss 07/27/12 | 333.90 |
| 08/31/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Motion, EKK Declaration Park 1 EKK Declaration; Part 2 including Court Filing Fee $60 08/08/12 | 109.95 |
| | **TOTAL COSTS & EXPENSES** | **$443.85** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 4.80 | $626.40 |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 5.00 | $1,395.00 |
| L250 | Other Written Motions | 0.20 | $55.80 |
| L330 | Depositions | 3.80 | $1,060.20 |
| | **TOTAL** | **13.90** | **$3,165.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kouvabina, Elena | EKK | Associate | 8.80 | 279.00 | $2,455.20 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Webb, Gilla | GSW | Paralegal | 4.80 | 130.50 | $626.40 |
| | Total | | **13.90** | | **$3,165.30** |

| | |
|---|---|
| PRIOR FEES | $130,009.98 |
| PRIOR COSTS & EXPENSES | $1,952.13 |

| | |
|---|---|
| FEES | $3,165.30 |
| COSTS & EXPENSES | $443.85 |
| **TOTAL THIS INVOICE** | **$3,609.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 340079 | 7/27/2012 | 274901 |

| Job Date | Case No. | |
|---|---|---|
| 7/26/2012 | C 10-01734-JSW | |

| Case Name | | |
|---|---|---|
| Alan Irving Moss v. The Bank of New York Trust Company | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

SEVER...    AUG 3 2012    Received

Elena K. Kouvabina
Severson & Werson
One Embarcadero Center
Twenty-Sixth Floor
San Francisco, CA 94111

CERTIFICATE OF NON-APPEARANCE OF:
Alan Irving Moss                                            333.90

**TOTAL DUE  >>>          $333.90**
AFTER 9/10/2012 PAY          $367.29

Online bill pay available at www.uslegalsupport.com

M000.0328

OK to pay
E.K

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                          Phone: 415-398-3344   Fax:415-956-0439

---

*Please detach bottom portion and return with payment.*

Elena K. Kouvabina
Severson & Werson
One Embarcadero Center
Twenty-Sixth Floor
San Francisco, CA 94111

Job No.     : 274901          BU ID          :45-SF
Case No.    : C 10-01734-JSW
Case Name : Alan Irving Moss v. The Bank of New York Trust
              Company

Invoice No. : 340079          Invoice Date :7/27/2012
**Total Due  : $ 333.90**
AFTER 9/10/2012 PAY $367.29

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

**REMIT PAYMENT TO:**
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| Cust. No.: | 0000562 |
| Invoice No.: | 6059851 |
| Inv. Date: | 8/8/12 |
| Due Date: | 8/23/12 |
| Total: | $109.95 |
| Terms: | Net 15 |

| INVOICE No. | |
| --- | --- |
| 6059851 | |
| Date: | 8/8/12 |
| Cust. No.: | 0000562 |

| | |
| --- | --- |
| Law Firm Contact: | Elena Kouvabina |
| Client File No.: | 19000-0328 |
| Case Short Title: | ALAN IRVING MOSS V. EXECUTIVE TRUSTEE SERVICES, LLC |
| Documents: | Notice of Motion, EKK Declaration:  Part 1, EKK Declaration: Part 2 |
| One Legal Branch: | San Mateo |
| Court Description: | Superior Court of California, San Mateo County |

| | |
| --- | --- |
| **COURT FILING FEE** | $60.00 |
| **COURT FILING SERVICE FEE** | $49.95 |



| Due Date | 8/23/12 | Total This Invoice | $109.95 |
| --- | --- | --- | --- |



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326856    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0370    Marques, Reynaldo and Anne v. MortgageIT, Inc.
                  GMAC Matter No.: 694913

**TOTAL AMOUNT DUE**        **$573.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326856    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0370    Marques, Reynaldo and Anne v. MortgageIT, Inc.
                        GMAC Matter No.: 694913

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/02/12 | Draft clients' request for judicial notice in support of motion for attorneys' fees | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/02/12 | Further drafting and revising of clients' motion for attorneys' fees | L210 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| LJT | 08/06/12 | Attention to recording of judgment of dismissal, prepare recorder's cover sheet and instructions re same. | L110 | 0.20 | 130.50 | 26.10 |
| ERB | 08/09/12 | Review and analysis of miscellaneous filing by Plaintiff. | L250 | 0.60 | 279.00 | 167.40 |
| YS | 08/10/12 | Receipt, review and analysis of plaintiff's request for judicial notice of adjudicative facts | L120 | 0.10 | 238.50 | 23.85 |
| YS | 08/14/12 | Receipt, review and analysis of the recorded judgment of dismissal of the case | L120 | 0.10 | 238.50 | 23.85 |
| ERB | 08/16/12 | REview and attention to miscellaneous filing from Plaintiffs. | L120 | 0.20 | 279.00 | 55.80 |
| JHT | 08/16/12 | Reviewed Plaintiffs' Fifth Writ of Error. | L210 | 0.20 | 238.50 | 47.70 |
| YS | 08/22/12 | Receipt, review and analysis of plaintiffs' sixth writ of error | L120 | 0.10 | 238.50 | 23.85 |
| JHT | 08/22/12 | Reviewed Plaintiff's Sixth Writ of Error. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.30** | | **$563.40** |

## COSTS & EXPENSES

08/15/12  First Legal Network, LLC; Transmittal of filing                                9.75

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326856 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Marques, Reynaldo & Anne | | |

to court; OCSC- Central 7/19/12

**TOTAL COSTS & EXPENSES**                                    **$9.75**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $26.10 |
| L120 | Analysis/Strategy | 0.60 | $155.25 |
| L210 | Pleadings | 0.90 | $214.65 |
| L250 | Other Written Motions | 0.60 | $167.40 |
| | **TOTAL** | **2.30** | **$563.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| Tuffaha, Joe | JHT | Associate | 0.40 | 238.50 | $95.40 |
| Tarwater, Linda | LJT | Paralegal | 0.20 | 130.50 | $26.10 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **2.30** | | **$563.40** |

| PRIOR FEES | $85,933.35 |
|---|---|
| PRIOR COSTS & EXPENSES | $4,563.30 |

|  |  |
|---|---|
| FEES | $563.40 |
| COSTS & EXPENSES | $9.75 |
| **TOTAL THIS INVOICE** | **$573.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326857    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT     19000    GMAC ResCap
MATTER     0415     Gutierrez, Douglas
                    GMAC Matter No.: 688449


**TOTAL AMOUNT DUE**            **$738.45**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326857    JBS                                          September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0415    Gutierrez, Douglas
GMAC Matter No.: 688449

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 08/01/12 | Final draft and revision of updated Notice of Stay including exhibits to same | L250 | 0.70 | 279.00 | 195.30 |
| MJE | 08/01/12 | Finalized draft of cover letter to Plaintiff's cousnel along with exhibits | L190 | 0.50 | 279.00 | 139.50 |
| LJT | 08/02/12 | Research title records to confirm recording of lis pendens on subject property. | L110 | 0.10 | 130.50 | 13.05 |
| MJE | 08/02/12 | Exchange of emails with C. Hancock regarding lis pendens on property | L110 | 0.40 | 279.00 | 111.60 |
| MJE | 08/02/12 | Review of most recent title history for any lis pendens filed on property | L110 | 0.40 | 279.00 | 111.60 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MJE | 08/09/12 | Exchange of emails with C. Hancock regarding status of case pursuant to bankruptcy and delivery of notice re same | L190 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | **2.70** | | **$738.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.90 | $236.25 |
| L120    Analysis/Strategy | 0.10 | $27.90 |
| L190    Other Case Assessment | 1.00 | $279.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 326857 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Gutierrez, Douglas | | |

| L250 | Other Written Motions | | 0.70 | $195.30 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **2.70** | **$738.45** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Tarwater, Linda | LJT | Paralegal | 0.10 | 130.50 | $13.05 |
| Esposito, Matthew | MJE | Associate | 2.50 | 279.00 | $697.50 |
| | **Total** | | **2.70** | | **$738.45** |

| PRIOR FEES | $77,385.60 |
|---|---|
| PRIOR COSTS & EXPENSES | $9,008.53 |

| | FEES | $738.45 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$738.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326858      JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0495      Frick, Linda v. Valerie Pina
                              GMAC Matter No.: 700169

**TOTAL AMOUNT DUE**              **$2,501.10**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326858     JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000  0495     Frick, Linda v. Valerie Pina
                           GMAC Matter No.: 700169

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/09/12 | Attention to status of settlement and communications with client re same. | L160 | 0.30 | 279.00 | 83.70 |
| EMR | 08/09/12 | E-mail communications with opposing counsel re revisions to settlement agreement, Court's OSC re dismissal. | L160 | 0.30 | 306.00 | 91.80 |
| EMR | 08/09/12 | E-mail to C. Hancock regarding revisions to settlement agreement, Court's OSC re dismissal. | L160 | 0.10 | 306.00 | 30.60 |
| EMR | 08/09/12 | Communicate with Court as needed to determine why OSC re dismissal remains on calendar given notice of bankruptcy stay pertaining to GMACM. | L230 | 0.30 | 306.00 | 91.80 |
| EMR | 08/10/12 | Prepare response to Court's OSC re dismissal as needed to advise court of Final Supplemental Order for Limited Stay Relief, and status of negotiations pertaining to drafting of and terms of settlement agreement. | L230 | 2.00 | 306.00 | 612.00 |
| EMR | 08/13/12 | Attend hearing on order to show cause re dismissal. | L230 | 1.20 | 306.00 | 367.20 |
| EMR | 08/29/12 | E-mail communications with counsel for plaintiff regarding proposed revisions to settlement agreement. | L160 | 0.20 | 306.00 | 61.20 |
| EMR | 08/29/12 | E-mail communications with C. Hancock re proposed revisions to settlement agreement. | L160 | 0.10 | 306.00 | 30.60 |
| ERB | 08/30/12 | Attention to revised settlement agreements and related Bankruptcy | L160 | 0.50 | 279.00 | 139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326858 | CLIENT | GMAC ResCap | | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Frick, Linda | | | | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | issues. | | | | | |
| EMR | 08/30/12 | Prepare settlement agreement and release with Fidelity National Title Insurance Company. | L160 | 1.70 | 306.00 | 520.20 |
| EMR | 08/30/12 | Revise settlement agreement and release with borrowers, plaintiff and Lawyers Title Company. | L160 | 0.90 | 306.00 | 275.40 |
| EMR | 08/30/12 | E-mail to C. Hancock regarding settlement agreements and bankruptcy issues. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **7.90** | | **$2,393.10** |

## COSTS & EXPENSES

| | | | |
| --- | --- | --- | --- |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/13/12 | | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$108.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 4.30 | $1,294.20 |
| L230 | Court Mandated Conferences | 3.50 | $1,071.00 |
| | **TOTAL** | **7.90** | **$2,393.10** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Roman, Eleanor | EMR | Special Counsel | 7.00 | 306.00 | $2,142.00 |
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| | **Total** | | **7.90** | | **$2,393.10** |

| | |
| --- | --- |
| PRIOR FEES | $91,492.65 |
| PRIOR COSTS & EXPENSES | $11,566.82 |

| | |
| --- | --- |
| FEES | $2,393.10 |
| COSTS & EXPENSES | $108.00 |
| **TOTAL THIS INVOICE** | **$2,501.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Debit Account Number CCDA-01-378

## Debit Ledger for 08/01/2012 through

| ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | FEE/ LATE FEE | TOTAL LATE FEE | BALANCE |
|---|---|---|---|---|---|---|---|---|
| # 7000.0603 | | | | | | | | |
| /12 Thomas Abbott | 5101537 | San Joaquin County Superior Court | Judge Bob W. McNatt(9:00) | Cid v. Wells Fargo Bank, et al./39-2012-00281314 | | $78.00 / $0.00 | $78.00 | ($13,505.50) |
| # 55000.0324 | | | | | | | | |
| /12 Eleanor Roman | 5101658 | Riverside County Superior Court-Riverside | Judge Gloria C. Trask | Frick vs. Pina/RIC10012798 | | $78.00 / $30.00 | $108.00 | ($13,397.50) |
| ce # 19000.0495 | | | | | | | | |
| 9/4/12 Austin Kenney | 5101715 | Shasta County Superior Court | Judge Monica Marlow | Robertson, et al vs. Mortgage Electronic Registration Company, et al/174240 | | $78.00 / $0.00 | $78.00 | ($13,319.50) |
| ce # 19000-1221 | | | | | | | | |
| 9/4/12 Austin Kenney | 5101720 | Shasta County Superior Court | Judge Monica Marlow | Robertson, et al vs. Mortgage Electronic Registration Company, et al/174240 | | $78.00 / $0.00 | $78.00 | ($13,241.50) |
| ce # 19000-1221 | | | | | | | | |
| 9/25/12 Austin Kenney | 5101759 | Santa Clara County Superior Court | Judge Mark H. Pierce | Christina Banago vs. America's Servicing Company/07-110CV190123 | | $78.00 / $0.00 | $78.00 | ($13,163.50) |
| ce # 07685.0883 | | | | | | | | |
| 8/28/12 Austin Kenney | 5101896 | Solano County Superior Court | Judge D. Scott Daniels | Willow Haven Holding Co. v. Executive Trustee/FCS039423 | | $78.00 / $0.00 | $78.00 | ($13,085.50) |
| ference # 19000.1236 | | | | | | | | |
| 9/18/12 Gregory Eisner | 5102179 | Los Angeles Superior Court-Burbank | Judge Donna Fields Goldstein | Zheng v. SPF 888 Walnut Pasadena, et al/GC046654 | | $78.00 / $0.00 | $78.00 | ($13,007.50) |
| Reference # 11027.0004 | | | | | | | | |
| /12 8/28/12 Philip Barilovits | 5083266 | Sacramento County Superior Court | Judge David I. Brown | Scherer v. American Home Mortgage/34-2010-00082189 | | $78.00 / $0.00 | $78.00 | ($12,929.50) |

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326859    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0512    Mangan, Andrea
C/M# 701217

**TOTAL AMOUNT DUE**          $5,847.90

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326859    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0512    Mangan, Andrea
C/M# 701217

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| MEG | 08/06/12 | Correspondence to clients regarding discovery responses. | L310 | 0.40 | 261.00 | 104.40 |
| MEG | 08/08/12 | Draft responses to form interrogatories, requests for admission, requests for production and special interrogatories. | L310 | 8.40 | 261.00 | 2,192.40 |
| MEG | 08/08/12 | Draft order sustaining demurrer as to MERS. | L240 | 0.80 | 261.00 | 208.80 |
| MEG | 08/09/12 | Review plaintiff's case management statement. | L230 | 0.20 | 261.00 | 52.20 |
| MEG | 08/09/12 | Further drafting of discovery responses and objections. | L310 | 1.80 | 261.00 | 469.80 |
| MEG | 08/13/12 | Revisions and additions to discovery responses. | L310 | 2.80 | 261.00 | 730.80 |
| MEG | 08/14/12 | Correspondence to client regarding strategy in objecting to responses to discovery rather than preparing objection letter. | L310 | 0.40 | 261.00 | 104.40 |
| MEG | 08/15/12 | Correspondence to counsel for MERS regarding objections to discovery. | L120 | 0.20 | 261.00 | 52.20 |
| MEG | 08/16/12 | Correspondence to and from client regarding filing objections to discovery as opposed to serving letter to plaintiff only. | L120 | 0.40 | 261.00 | 104.40 |
| MEG | 08/16/12 | Telephone call to MERS regarding discovery objections. | L310 | 0.10 | 261.00 | 26.10 |
| MEG | 08/17/12 | Finalize discovery for service. | L310 | 1.60 | 261.00 | 417.60 |
| MEG | 08/23/12 | Review and analysis of meet and confer letter from plaintiff. | L310 | 1.10 | 261.00 | 287.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326859 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Mangan, Andrea | | | | | |

| MEG | 08/23/12 | Begin drafting response letter to meet and confer. | L310 | 0.80 | 261.00 | 208.80 |
|---|---|---|---|---|---|---|
| MEG | 08/24/12 | Further drafting of meet and confer letter to plaintiff. | L310 | 0.90 | 261.00 | 234.90 |
| MEG | 08/28/12 | Draft revised meet and confer letter to plaintiff given filing of newly amended complaint. | L310 | 1.40 | 261.00 | 365.40 |
| MEG | 08/28/12 | Strategize regarding responses to discovery and draft correspondence to MERS regarding same. | L120 | 0.70 | 261.00 | 182.70 |
| | | **TOTAL** | | **22.10** | | **$5,769.90** |

## COSTS & EXPENSES

| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 08/01/12 | 78.00 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$78.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $367.20 |
| L230 | Court Mandated Conferences | 0.20 | $52.20 |
| L240 | Dispositive Motions | 0.80 | $208.80 |
| L310 | Written Discovery | 19.70 | $5,141.70 |
| | **TOTAL** | **22.10** | **$5,769.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Gruber, Megan | MEG | Associate | 22.00 | 261.00 | $5,742.00 |
| | Total | | **22.10** | | **$5,769.90** |

| PRIOR FEES | $30,115.80 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,674.72 |

| FEES | $5,769.90 |
|---|---|
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$5,847.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326860    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0572 | Laughlin, Charles v. Homecomings Financial, LLC |
| | | GMAC Matter No.: 702852 |

**TOTAL AMOUNT DUE**         $559.05

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326860    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0572    Laughlin, Charles v. Homecomings Financial, LLC
GMAC Matter No.: 702852

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 08/01/12 | Communicate with client regarding letter to plaintiff. | L160 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 08/13/12 | Draft response to OSC. | L230 | 0.30 | 238.50 | 71.55 |
| AAG | 08/13/12 | Communicate with plaintiff's attorney regarding case management conference and settlement. | L160 | 0.20 | 238.50 | 47.70 |
| AAG | 08/17/12 | Prepare for and participate in case management conference. | L230 | 1.20 | 238.50 | 286.20 |
| | | **TOTAL** | | **2.00** | | **$481.05** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service; 08/17/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $95.40 |
| L230 | Court Mandated Conferences | 1.50 | $357.75 |
| | **TOTAL** | **2.00** | **$481.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.90 | 238.50 | $453.15 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326860 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Laughlin, Charles | | | |

| | | | | |
|---|---|---|---|---|
| **Total** | | | **2.00** | **$481.05** |

PRIOR FEES                    $15,733.35
PRIOR COSTS & EXPENSES        $2,516.23

|  |  |
|---|---|
| FEES | $481.05 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$559.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326861    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0612 | Reed, Ken |
| | | C/M# 703593 |

**TOTAL AMOUNT DUE**          **$568.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326861    JBS                                  September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0612    Reed, Ken
C/M# 703593

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 07/16/12 | Update client regarding discovery deadlines and case status. | L310 | 0.20 | 238.50 | 47.70 |
| AAG | 07/16/12 | Prepare internal case update. | L190 | 0.20 | 238.50 | 47.70 |
| AAG | 07/30/12 | Monitor tentative ruling and communicate with T. Buell and client about same. | L250 | 0.20 | 238.50 | 47.70 |
| ERB | 08/03/12 | Analysis of settlement offer. | L160 | 0.30 | 279.00 | 83.70 |
| AAG | 08/03/12 | Communicate with client and plaintiff regarding loan modification application. | L160 | 0.60 | 238.50 | 143.10 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| AAG | 08/06/12 | Communicate with client and plaintiff regarding plaintiff's modification review. | L160 | 0.30 | 238.50 | 71.55 |
| AAG | 08/08/12 | Communicate with client regarding plaintiff's loan modification application. | L160 | 0.10 | 238.50 | 23.85 |
| AAG | 08/17/12 | Communicate with plaintiff regarding loan modification application. | L160 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **2.30** | | **$568.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326861 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Reed, Ken | | | |

| | | | | | |
|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | 1.50 | $369.90 | |
| L190 | Other Case Assessment | | 0.20 | $47.70 | |
| L250 | Other Written Motions | | 0.20 | $47.70 | |
| L310 | Written Discovery | | 0.20 | $47.70 | |
| | **TOTAL** | | **2.30** | **$568.80** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | AAG | | Associate | 1.80 | 238.50 | $429.30 |
| Buell, Edward | ERB | | Associate | 0.50 | 279.00 | $139.50 |
| | | **Total** | | **2.30** | | **$568.80** |

| | |
|---|---|
| PRIOR FEES | $30,825.90 |
| PRIOR COSTS & EXPENSES | $2,964.74 |

| | |
|---|---|
| FEES | $568.80 |
| **TOTAL THIS INVOICE** | **$568.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326862    JBS                                September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0692     AMNA LLC
                   GMAC No.: 706489

**TOTAL AMOUNT DUE**            **$313.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326862 | JBS | September 19, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0692    AMNA LLC
          GMAC No.: 706489

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| ERB | 08/27/12 | Attention to status of matter following purported dismissal of MERS by Plaintiff and attention to remaining interest of ETS. | L210 | 0.30 | 279.00 | 83.70 |
| ACS | 08/28/12 | Analyze case status in light of dismissal as to MERS | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/30/12 | Analyze case status re: ruling on demurrer, request for dismissal, plaintiff's letter to court re: same | L240 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **1.10** | | **$313.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L190 | Other Case Assessment | 0.30 | $86.40 |
| L210 | Pleadings | 0.30 | $83.70 |
| L240 | Dispositive Motions | 0.40 | $115.20 |
| | **TOTAL** | **1.10** | **$313.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.70 | 288.00 | $201.60 |
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| | **Total** | | **1.10** | | **$313.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326862 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | AMNA LLC | | | |

| | | |
|---|---|---|
| PRIOR FEES | $10,866.60 | |
| PRIOR COSTS & EXPENSES | $1,004.76 | |

| | | |
|---|---|---|
| FEES | | $313.20 |
| **TOTAL THIS INVOICE** | | **$313.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326863    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0712 | Vargas, Mario and Aida |
| | | GMAC Matter No.: 707209 |

**TOTAL AMOUNT DUE**          **$724.20**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326863    JBS                                    September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0712    Vargas, Mario and Aida
                         GMAC Matter No.: 707209

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994         08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/14/12 | Prepare email to client, C. DiCicco, in response to inquiry re: status of appeal. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/15/12 | Receive and analyze decision on appeal. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/15/12 | Prepare email to client, C. DiCicco, advising of decision on appeal. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.60** | | **$162.00** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/06/12 | Jan T. Chilton; Travel and Expenses to; Attend oral argument on appeal, Los Angeles 7/31/12 | | 562.20 |
| | **TOTAL COSTS & EXPENSES** | **$562.20** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| | **TOTAL** | **0.60** | **$162.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 0.60 | 270.00 | $162.00 |
| | **Total** | | **0.60** | | **$162.00** |

| | |
|---|---|
| PRIOR FEES | $53,534.25 |
| PRIOR COSTS & EXPENSES | $7,947.71 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326863 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Vargas, Mario & Aida | | |

|  | | |
| --- | --- | --- |
| FEES | $162.00 |
| COSTS & EXPENSES | $562.20 |
| **TOTAL THIS INVOICE** | **$724.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# EXPENSE REPORT FORM

## For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Jan T. Chilton | | Attorney No:. | 1136 |
|---|---|---|---|---|
| Client/Matter Name: | GMAC Mortg. Vargas | | Client/Matter No.: | 19000.0712 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 7/31/12 | 7/31/12 | 1 | 1 |

| Destination of trip: | From: | Tiburon | To: | Los Angeles |
|---|---|---|---|---|

**Purpose of Trip:** (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge) Note - this is an unlimited expanding field, it will word wrap as you type.

Attend oral argument on appeal

| *Type of Expense:<br>Itemization: | *Select one item from drop down list: | | | | Client Expense-charge client | | | |
|---|---|---|---|---|---|---|---|---|
| | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 379.60 | 0 | 0 | 0 | 0 | $ 379.60 |
| Mileage – 55.5¢/mi | 0 | 0 | 42.29 | 0 | 0 | 0 | 0 | $ 42.29 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 111.15 | 0 | 0 | 0 | 0 | $ 111.15 |
| Parking & Tolls | 0 | 0 | 21.00 | 0 | 0 | 0 | 0 | $ 21.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 0 | 8.16 | 0 | 0 | 0 | 0 | $ 8.16 |
| Dinner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Other** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **TOTALS** | $ 0.00 | $ 0.00 | $ 562.20 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $562.20 |

**\*\* Please furnish details regarding meals on Page 2.**

| | | |
|---|---|---|
| Total amount prepaid by firm: | | $0 |
| Total expense paid by employee: | | $562.20 |

**I certify that the above expenses were incurred by me for authorized firm business.**

| Signature: | *[signature]* | Date: | 8/1/12 |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)

**SOUTHWEST AIRLINES®** ISSUED BY AND VALID ONLY ON   **ITINERARY / RECEIPT**

DATE:31JUL12 CONFIRMATION NUMBER: 4VGSOW  AGENT: BURK0004  EXPIRATION DATE:2013-07-26

TICKET NUMBER: 5262457075159

| From | To | Flt | Date | Dep | Arr | FD | Customer Name | Base Fare | Fees/ Taxes | Total | Estimated Earned Pts |
|------|-----|-----|------|------|------|----|----|------|------|------|------|
| BUR | OAK | 962 | 31JUL | 0620P | 0730P | Y | CHILTON/JAN | 333.02 | 46.58 | 379.60 | 3,580 |
| | | | | | | | **TICKET TOTAL** | 333.02 | 46.58 | 379.60 | |

Rapid Rewards points earned are only estimates.
Visit southwest.com for the most accurate totals - including A-List and A-List Preferred Member bonus points.

---

**CAB FARE RECEIPT**

AMOUNT $63.00   DATE 7/31/12

FROM  Burbank Airport

TO  State Bldg LA

CAB No. _____ DRIVER _____

```
YELLOW CAB
  CAB# 6275
1-800-711-TAXI
07/31/12 16:41
07/31/12 17:14
TRIP #   32255
DIST  15.45 mi
FARE    $ 48.15
TOTAL   $ 48.15
  THANK YOU
  CALL AGAIN
L.A.DEPT.TRANSP.
1-213-928-9600
```

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326865    JBS

September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 0775 | Smith, Richard and Wendy |
| | | GMAC No.: 709539 |

**TOTAL AMOUNT DUE**          $383.88

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326865    JBS                                   September 19, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  0775    Smith, Richard and Wendy
GMAC No.: 709539

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| IJD | 07/02/12 | Review and reply to email from client C. Hancock regarding parties represented in the action. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 07/03/12 | Review matter and prepare status report for client. | L120 | 0.10 | 279.00 | 27.90 |
| IJD | 07/10/12 | Review and reply to email from plaintiff R. Smith regarding trial loan modification payments. | L120 | 0.20 | 238.50 | 47.70 |
| IJD | 07/25/12 | Review and reply to email from client C. Hancock regarding case status. | L120 | 0.20 | 238.50 | 47.70 |
| ERB | 08/05/12 | Attention to status and strategy and communications with client re same. | L120 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | **0.80** | | **$198.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; Placer Superior Court Roseville, CA 07/03/12 | 184.98 |
| | **TOTAL COSTS & EXPENSES** | **$184.98** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $198.90 |
| | **TOTAL** | **0.80** | **$198.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Da Cunha, Ian | IJD | Associate | 0.60 | 238.50 | $143.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326865 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Smith, Richard & Wendy | | | |

|  | **Total** | **0.80** | **$198.90** |
|---|---|---|---|

PRIOR FEES                        $11,288.70
PRIOR COSTS & EXPENSES            $2,373.92

|  | | |
|---|---|---|
| FEES | $198.90 |
| COSTS & EXPENSES | $184.98 |
| **TOTAL THIS INVOICE** | **$383.88** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement