# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        326184        JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1223  | Silver, Francine |
|        |       | GMAC Matter No.: 726131 |

**TOTAL AMOUNT DUE**          $2,992.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326184    JBS                                          September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1223    Silver, Francine
GMAC Matter No.: 726131

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ANB | 08/01/12 | Review and edit final draft of motion to dismiss adversary complaint | L210 | 1.50 | 292.50 | 438.75 |
| ANB | 08/01/12 | Communication with client to set up conference to discuss comments on draft of motion to dismiss | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/03/12 | Phone conference with client to discuss draft of MPA in support of Motion to Dismiss adversary complaint | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/03/12 | Make final revisions to MPA in support of MTD, review and revise RJN and Notice of Motion | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 08/27/12 | Review opposition to MTD and begin drafting reply to opposition | L210 | 1.50 | 292.50 | 438.75 |
| ANB | 08/28/12 | Continue drafting Reply to Opposition to MPA iso of MTD | L210 | 1.50 | 292.50 | 438.75 |
| DHC | 08/29/12 | Review Plaintiff's opposition to motion to dismiss. | L240 | 1.00 | 337.50 | 337.50 |
| DHC | 08/29/12 | Conference with Adam Barasch re strategy & reply brief to Plaintiff's opposition to motion to dismiss. | L120 | 0.50 | 337.50 | 168.75 |
| ANB | 08/29/12 | Continue drafting reply to oppositon to MTD | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 08/30/12 | Draft and revise unilateral status report | L210 | 0.50 | 292.50 | 146.25 |
| ANB | 08/30/12 | Make final revisions to Reply and file | L210 | 1.00 | 292.50 | 292.50 |
| | | **TOTAL** | | **10.00** | | **$2,992.50** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326184 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Silver, Francine | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $315.00 |
| L210 | Pleadings | 8.00 | $2,340.00 |
| L240 | Dispositive Motions | 1.00 | $337.50 |
| | **TOTAL** | **10.00** | **$2,992.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 8.50 | 292.50 | $2,486.25 |
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| | **Total** | | **10.00** | | **$2,992.50** |

PRIOR FEES                          $9,207.45
PRIOR COSTS & EXPENSES     $1,051.52

|  | FEES | $2,992.50 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$2,992.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326185    JBS                                   September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1257    Fernandez, Leyne R.
GMAC Matter No.: 727363

**TOTAL AMOUNT DUE**                    **$292.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326185 | JBS | September 7, 2012 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1257    Fernandez, Leyne R.
GMAC Matter No.: 727363

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ANB | 08/23/12 | Prepare for Court Appearance on continued status conference | L230 | 0.50 | 292.50 | 146.25 |
| ANB | 08/23/12 | Telephonic Court Appearance on continued status conference | L230 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **1.00** | | **$292.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L230 | Court Mandated Conferences | 1.00 | $292.50 | | |
| | **TOTAL** | **1.00** | **$292.50** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 292.50 | $292.50 |
| | **Total** | | **1.00** | | **$292.50** |

| PRIOR FEES | $1,783.80 | | |
|---|---|---|---|
| | | FEES | $292.50 |
| | | **TOTAL THIS INVOICE** | **$292.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326186    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1287     Valero, Juan and Evangelina
                    GMAC Matter No.: 729174

**TOTAL AMOUNT DUE**              **$644.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326186    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1287    Valero, Juan and Evangelina
GMAC Matter No.: 729174

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/01/12 | Communication with client to discuss providing account history to resolve objection to claim | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/03/12 | Phone conference with client to discuss debtors objection to proof of claim seeking clarification of application of trustee payments in two prior bankruptcy cases and how client arrived at escrow shortage listed in proof of claim | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/14/12 | Communication with debtors counsel on his clients' objection to proof of claim, offer to provide escrow statements and account summary to resolve and forward same to counsel | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/15/12 | Per request from client, update MERSCORP on the status of objection to proof of claim by debtors | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/23/12 | Prepare for Court Appearance on continued hearing for objection to proof of claim | L240 | 0.20 | 292.50 | 58.50 |
| ANB | 08/23/12 | Telephonic Court Appearance on continued hearing for objection to proof of claim | L240 | 0.50 | 292.50 | 146.25 |
| ANB | 08/24/12 | Advise client of hearing results of continued objection to proof of claim hearing | L120 | 0.30 | 292.50 | 87.75 |
| | | **TOTAL** | | **2.10** | | **$614.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326186 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Valero, Juan & Evangelina | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/17/12 | 30.00 |
| | **TOTAL COSTS & EXPENSES** | **$30.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $409.50 |
| L240 | Dispositive Motions | 0.70 | $204.75 |
| | **TOTAL** | **2.10** | **$614.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 2.10 | 292.50 | $614.25 |
| | **Total** | | **2.10** | | **$614.25** |

PRIOR FEES                              $4,828.95

| | |
|---|---|
| FEES | $614.25 |
| COSTS & EXPENSES | $30.00 |
| **TOTAL THIS INVOICE** | **$644.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326187    JBS                                     September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1297 | Kabat, Walter C. |
| | | GMAC Matter No.: 729092 |

**TOTAL AMOUNT DUE**            $890.59

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326187 | JBS | September 7, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1297     Kabat, Walter C.
GMAC Matter No.: 729092

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 07/31/12 | Draft case status update for client report | L190 | 0.10 | 238.50 | 23.85 |
| YS | 08/02/12 | Draft client's notice of motion, motion to vacate judgment in light of client's bankruptcy, memorandum of points and authorities, and declaration of Yaron Shaham in support of said motion | L210 | 2.60 | 238.50 | 620.10 |
| YS | 08/16/12 | Draft proposed order on client's motion to vacate judgment against it due to its bankruptcy filing | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/16/12 | Draft notice of lodging of proposed order on motion to vacate judgment against client in light of its bankruptcy filing | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **3.30** | | **$787.05** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; 9585 West Keyser Drive Maricopa, AZ 06/09/12 | 93.64 |
| 07/06/12 | Cardmember Service/Bank One (Acct #7755); Data Search; AZ - Maricopa, Document 2007.63667 06/08/12 | 9.90 |
| | **TOTAL COSTS & EXPENSES** | **$103.54** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326187 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Kabat, Walter C. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.10 | $23.85 | |
| L210 | Pleadings | | 3.20 | $763.20 | |
| | **TOTAL** | | **3.30** | **$787.05** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 3.30 | 238.50 | $787.05 |
| | **Total** | | **3.30** | | **$787.05** |

PRIOR FEES                          $1,084.95

|  |  |
|---|---|
| FEES | $787.05 |
| COSTS & EXPENSES | $103.54 |
| **TOTAL THIS INVOICE** | **$890.59** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326188    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1299 | Pacheco, Carlos |
| | | GMAC Matter No.: 729442 |

**TOTAL AMOUNT DUE**            **$555.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326188    JBS                                  September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1299    Pacheco, Carlos
GMAC Matter No.: 729442

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/01/12 | Communication with client to set up conference to discuss draft of supplemental declaration in support of motion for relief from stay | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/03/12 | Phone conference with client to discuss language required in supplemental declaration for Relief from Stay to overcome debtors standing claim | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/14/12 | Review original loan documents sent to me by client, advise client via e-mail that documents are being returned by her review per the language in the supplemental declaration that states that she personally reviewed and copied the original documents that were in clients possession | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 08/16/12 | Follow up with client on receipt of original loan documents, review and approval of supplemental declaration that needs to be filed in support of relief from stay | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/20/12 | Review client communication regarding questions pertaining to supplemental declaration in support of relief from stay motion and respond | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/21/12 | Draft, review and revise second notice of continued hearing on relief from the automatic stay | L210 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **1.90** | | **$555.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326188 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Pacheco, Carlos | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $409.50 | | | |
| L210 | Pleadings | 0.50 | $146.25 | | | |
| | **TOTAL** | **1.90** | **$555.75** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 1.90 | 292.50 | $555.75 |
| | **Total** | | **1.90** | | **$555.75** |

| PRIOR FEES | $1,705.50 | | |
|---|---|---|---|
| | | FEES | $555.75 |
| | **TOTAL THIS INVOICE** | | **$555.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326189      JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1342 | Cole, Karen |
| | | GMAC Matter No.: 730726 |

**TOTAL AMOUNT DUE**              **$965.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326189    JBS                                                  September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1342    Cole, Karen
                        GMAC Matter No.: 730726

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/07/12 | Review Complaint and identify causes of action that are stayed as to GMACM as they seek damages, leave message with opposing counsel to discuss complaint as to other defendants | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 08/08/12 | Conference with Plaintiff's counsel to discuss stay of case as to Homecomings and GMAC, extension of time to respond as to Wells Fargo, review of Plaintiff for modification to resolve complaint, advise client of above and confirm via e-mail with Plaintiff's counsel | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 08/08/12 | Review and revise notice of stay and cover letter attaching notice of stay | L210 | 0.50 | 292.50 | 146.25 |
| ANB | 08/14/12 | Communication with client requesting approval for sending letter advising counsel of stay as to Homecomings and GMACM and with plaintiffs counsel to confirm extension of time | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/23/12 | Review bankruptcy docket including order denying application for shortening time to hear motion to abandon, advise plaintiffs counsel of failure to dismiss GMACM per Stay, and request dismissal of adversary complaint in its entirety due to lack of standing or jurisdiction | L120 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **3.30** | | **$965.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326189 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Cole, Karen | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.80 | $819.00 |
| L210 | Pleadings | 0.50 | $146.25 |
| | **TOTAL** | **3.30** | **$965.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 3.30 | 292.50 | $965.25 |
| | **Total** | | **3.30** | | **$965.25** |

PRIOR FEES                               $758.25

|  |  |  |
|---|---|---|
| | FEES | $965.25 |
| | **TOTAL THIS INVOICE** | **$965.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326190      JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER      1343       Wood, Daniel and Ana
                              GMAC Matter No.: 730976

**TOTAL AMOUNT DUE**               **$841.50**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326190    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1343    Wood, Daniel and Ana
                        GMAC Matter No.: 730976

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ANB | 08/16/12 | Review complaint to determined causes of action naming clients that are stayed and not stayed per Res Cap bankruptcy, review and revise cover letter and Notice of Bankruptcy and Suggestion of Stay, and forward to client for review and approval | L210 | 1.00 | 292.50 | 292.50 |
| ANB | 08/17/12 | E-mail communication to Plaintiffs' counsel advising of the filing of notice of stay and requesting dismissal of clients due to transfer of loan servicing or in the alternative extension of time to respond to complaint | L120 | 0.30 | 292.50 | 87.75 |
| DHC | 08/23/12 | Conference with Adam Barasch re Court's denial of debtor's motion to abandon and Court's dismissal of the Adversary Proceeding against GMAC & ETS. | L250 | 0.50 | 337.50 | 168.75 |
| ANB | 08/23/12 | Review motion to abandon claim in bankruptcy case, trustee's opposition, plaintiff/debtors reply and courts order denying motion to abandon claim in the estate | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 08/23/12 | Review courts order dismissing adversary complaint without prejudice due to lack of standing and stay as to clients | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/23/12 | Advise client as to status of motion to abandon claim, and court issuance of order dismissing adversary complaint sua sponte due to lack of standing and | L120 | 0.30 | 292.50 | 87.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326190 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Wood, Daniel & Ana | | |

stay of clients

| | | | |
|---|---|---|---|
| **TOTAL** | | **2.80** | **$841.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.30 | $380.25 |
| L210 | Pleadings | 1.00 | $292.50 |
| L250 | Other Written Motions | 0.50 | $168.75 |
| | **TOTAL** | **2.80** | **$841.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 2.30 | 292.50 | $672.75 |
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| | **Total** | | **2.80** | | **$841.50** |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $798.75 | |
| | | FEES | $841.50 |
| | **TOTAL THIS INVOICE** | | **$841.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326191     JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1345 | Rozier, Karen Michelle |
| | | GMAC Matter No.: 731151 |

**TOTAL AMOUNT DUE**          $1,627.65

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326191    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1345    Rozier, Karen Michelle
                        GMAC Matter No.: 731151

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| CHR | 07/31/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| ANB | 08/02/12 | Review new referral to oppose appeal by debtor of an order granting relief from stay, check bankruptcy and BAP docket to confirm to stay has been sought by debtor and advise client | L120 | 1.00 | 292.50 | 292.50 |
| ANB | 08/06/12 | Review bankruptcy relief from stay order to determine timing to proceed with FC sale, review debtors motion for stay pending appeal and discuss with debtor | L120 | 1.00 | 292.50 | 292.50 |
| YS | 08/06/12 | Review and analysis of plaintiff's litigation and bankruptcy history to determine how such history may affect clients' defenses and legal remedies | L190 | 0.50 | 238.50 | 119.25 |
| ANB | 08/07/12 | Review debtors motion for stay pending appeal | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 08/07/12 | Phone conference with client to discuss status of foreclosure sale, motion for stay pending appeal, and strategy | L120 | 0.50 | 292.50 | 146.25 |
| JCP | 08/07/12 | Obtain Foreclosure Documents | L190 | 0.40 | 130.50 | 52.20 |
| ANB | 08/08/12 | Review and revise substitution of attorney and forward to client and prior BK counsel for signature | L210 | 0.50 | 292.50 | 146.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326191 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Rozier, Karen Michelle | | | | |

| ANB | 08/09/12 | Instruct paralegal for file and serve substitution of attorney | L210 | 0.30 | 292.50 | 87.75 |
|---|---|---|---|---|---|---|
| ANB | 08/13/12 | Review appellant letter to congressman and advise client to forward draft of standard response for my review | L120 | 0.30 | 292.50 | 87.75 |
| ANB | 08/29/12 | Review plaintiff communication pertaining to foreclosure sale date and advise of current sale date | L120 | 0.20 | 292.50 | 58.50 |
| ANB | 08/29/12 | Review and revise letter to congressman per plaintiff complaint with congressman about her subject loan and forward to client for review | L210 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **6.10** | | **$1,627.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 3.50 | $1,023.75 | | | |
| L190 | Other Case Assessment | 1.30 | $223.65 | | | |
| L210 | Pleadings | 1.30 | $380.25 | | | |
| | **TOTAL** | **6.10** | **$1,627.65** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 4.80 | 292.50 | $1,404.00 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Spann, Joel | JCP | Paralegal | 0.40 | 130.50 | $52.20 |
| Shaham, Yaron | YS | Special Counsel | 0.50 | 238.50 | $119.25 |
| | **Total** | | **6.10** | | **$1,627.65** |

| | | | FEES | $1,627.65 |
|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | **$1,627.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326192    JBS                                    September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1349     Martinez, Erica
                  GMAC Matter No.: 731380

**TOTAL AMOUNT DUE**          $1,676.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326192    JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1349    Martinez, Erica
                        GMAC Matter No.: 731380

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| DHC | 08/07/12 | Review Adversary Complaint, Bankruptcy Court docket, pleadings and schedules. | L120 | 1.00 | 337.50 | 337.50 |
| CHR | 08/07/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| CHR | 08/08/12 | Conduct Title Search and Prepare Property Profile. | L190 | 1.60 | 130.50 | 208.80 |
| JBS | 08/15/12 | Analysis and evaluation of new complaint | L120 | 0.40 | 427.50 | 171.00 |
| ANB | 08/20/12 | Review entire bankruptcy docket and client notes on history of modification reviews, etc. to understand grounds leading to filing of adversary complaint | L120 | 1.50 | 292.50 | 438.75 |
| ANB | 08/20/12 | Communications with clients bankruptcy counsel regarding history of underlying bankruptcy case that has involved four attempts to modify plan and with Chapter 13 Trustee's counsel, who has objected to each of the four attempts to modify the debtors plan | L120 | 0.50 | 292.50 | 146.25 |
| ANB | 08/21/12 | Communication with plaintiffs counsel seeking extension of deadline to respond to complaint to review of plaintiff for modification as a possible resolution of complaint and advise clietn | L120 | 0.60 | 292.50 | 175.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326192 | CLIENT | GMAC ResCap | | | | Page | 2 |
| | | MATTER | Martinez, Erica | | | | | |

| ANB | 08/22/12 | Review modification package from client, advise will forward onto plaintiffs counsel and that extension to respond to complaint was approved to review plaintiff for modification, review draft of stipulation for extension of time to respond to complaint, and forward to plaintiffs counsel along with modification package | L120 | 0.50 | 292.50 | 146.25 |
| | | **TOTAL** | | **6.50** | | **$1,676.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.50 | $1,415.25 |
| L190 | Other Case Assessment | 2.00 | $261.00 |
| | **TOTAL** | **6.50** | **$1,676.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 3.10 | 292.50 | $906.75 |
| Rommell, Clair | CHR | Paralegal | 2.00 | 130.50 | $261.00 |
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| | **Total** | | **6.50** | | **$1,676.25** |

| | | FEES | $1,676.25 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,676.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326193    JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1360     Espinosa, Amador
                    GMAC Matter No.: 731738

**TOTAL AMOUNT DUE**          **$2,139.95**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326193   JBS                                September 7, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1360   Espinosa, Amador
                      GMAC Matter No.: 731738

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994      08/31/2012

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 08/15/12 | Review Adversary Complaint, Bankruptcy Docket, schedules and pleadings. | L120 | | 1.00 | 337.50 | 337.50 |
| DHC | 08/15/12 | Correspondence with Client re strategy and dismissal of underlying BK Case. | L120 | | 0.50 | 337.50 | 168.75 |
| ANB | 08/17/12 | Review and analyze bankruptcy petition and schedules and adversary complaint with 12 causes of action all relating to alleged securization of loan that gives plaintiff a free house | L120 | A104 | 1.70 | 255.00 | 433.50 |
| JBS | 08/18/12 | Analysis and evaluation of emails from client and defense strategy | L120 | | 0.30 | 427.50 | 128.25 |
| ANB | 08/20/12 | Review adversary complaint causes of action to determine which are stayed by the Res Cap bankruptcy case as seeking damages | L120 | | 1.00 | 292.50 | 292.50 |
| CHR | 08/20/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | | 0.40 | 130.50 | 52.20 |
| DHC | 08/21/12 | Conference with Adam Barasch re demanding dismissal of stayed claims as violating the Automatic Stay. | L250 | | 0.50 | 337.50 | 168.75 |
| ANB | 08/21/12 | Draft, review and revise Notice of Bankruptcy Stay and cover letter to Plaintiffs counsel for clients review | L210 | | 1.00 | 350.00 | 350.00 |
| ANB | 08/22/12 | Communication with Plaintiffs counsel | L120 | | 0.20 | 292.50 | 58.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326193 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Espinosa, Amador | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | advising of the filing of a notice of stay and cover letter seeking dismissal of those causes of stayed by Res Cap bankruptcy and request counsel stipulate to dismissal of adversary due to dismissal of underlying bankruptcy case | | | | |
| ANB | 08/29/12 | Further communication with Plaintiffs counsel seeking dismissal of adversary, review response agreeing to dismiss, review and revise stipulation and order for dismissal of adversary and forward to plaintiffs counsel | L120 | 1.00 | 150.00 | 150.00 |
| | | **TOTAL** | | **7.60** | | **$2,139.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 5.70 | $1,569.00 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 1.00 | $350.00 |
| L250 | Other Written Motions | 0.50 | $168.75 |
| | **TOTAL** | **7.60** | **$2,139.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 1.00 | 150.00 | $150.00 |
| Barasch, Adam | ANB | Special Counsel | 1.70 | 255.00 | $433.50 |
| Barasch, Adam | ANB | Special Counsel | 1.20 | 292.50 | $351.00 |
| Barasch, Adam | ANB | Special Counsel | 1.00 | 350.00 | $350.00 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Cram, Donald | DHC | Member | 2.00 | 337.50 | $675.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| | **Total** | | **7.60** | | **$2,139.95** |

| | | | | |
|---|---|---|---|---|
| | | FEES | | $2,139.95 |
| | | **TOTAL THIS INVOICE** | | **$2,139.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326203      JBS                                      September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0023      Jones, Sylvia v. GMAC Mortgage, LLC
                      GMAC Matter No.: 686344

**TOTAL AMOUNT DUE**            $3,741.55

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326203    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0023    Jones, Sylvia v. GMAC Mortgage, LLC
                        GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MEG | 08/09/12 | Draft amended judgment. | L460 | 0.70 | 261.00 | 182.70 |
| MEG | 08/14/12 | Call to M.Chaney regarding clerk's entrance of judgment with costs. | L460 | 0.10 | 261.00 | 26.10 |
| MEG | 08/14/12 | Draft correspondence to M.Chaney regarding meeting with judge as to amended judgment. | L460 | 0.20 | 261.00 | 52.20 |
| MEG | 08/16/12 | Correspondence to and from M.Chaney regarding 8/24 chambers meeting as to amended judgment. | L470 | 0.40 | 261.00 | 104.40 |
| MEG | 08/17/12 | Draft letter to plaintiff's counsel regarding chambers meeting with judge. | L460 | 0.40 | 261.00 | 104.40 |
| MEG | 08/17/12 | Correspondence to and from Judge Bondonno's clerk regarding chambers meeting. | L460 | 0.20 | 261.00 | 52.20 |
| MIW | 08/24/12 | Prepare for and attend hearing on cost bill. | L230 | 3.50 | 274.50 | 960.75 |
| MKS | 08/27/12 | Update to client on status of post-trial submissions and any pending dates. | L190 | 0.20 | 270.00 | 54.00 |
| MIW | 08/27/12 | Confer with M. Gruber re cost memo issue. | L460 | 0.50 | 274.50 | 137.25 |
| JN | 08/27/12 | Continued closure of case files, depositon transcript and disassembly of additional trial binders. | L140 | 3.00 | 130.50 | 391.50 |
| JN | 08/27/12 | Disassemble all of plaintiff's exhibit binders used at trial. Preparation of attorney notes and witness binders for off-site storage. | L140 | 2.00 | 130.50 | 261.00 |
| MEG | 08/27/12 | Review and analysis of letter from S.Jones regarding objection to amended | L460 | 0.30 | 261.00 | 78.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326203 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | | | | |

| | | proposed judgment. | | | | |
|---|---|---|---|---|---|---|
| MEG | 08/27/12 | Strategize regarding judge's order requesting letter breaking down costs. | L460 | 0.60 | 261.00 | 156.60 |
| MEG | 08/29/12 | Research and analysis of applicability of various trial preparation costs pursuant to Judge Bondonno's order for a memorandum. | L460 | 2.80 | 261.00 | 730.80 |
| MEG | 08/29/12 | Draft memorandum regarding trial costs to be entered, pursuant to Judge Bondonno's order. | L460 | 1.60 | 261.00 | 417.60 |
| | | **TOTAL** | | **16.50** | | **$3,709.80** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/30/12 | Mark Wraight; Transportation; To attend court hearing on our motion for costs, San Jose 8/24/12 | | 31.75 |
| | **TOTAL COSTS & EXPENSES** | **$31.75** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 5.00 | $652.50 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 3.50 | $960.75 |
| L460 | Post-Trial Motions & Submissio | 7.40 | $1,938.15 |
| L470 | Enforcement | 0.40 | $104.40 |
| | **TOTAL** | **16.50** | **$3,709.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Negrete, Jennifer | JN | Paralegal | 5.00 | 130.50 | $652.50 |
| Gruber, Megan | MEG | Associate | 7.30 | 261.00 | $1,905.30 |
| Wraight, Mark | MIW | Member | 4.00 | 274.50 | $1,098.00 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | Total | | **16.50** | | **$3,709.80** |

| | |
|---|---|
| PRIOR FEES | $151,050.51 |
| PRIOR COSTS & EXPENSES | $37,120.04 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326203 | CLIENT | GMAC ResCap | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | |

| | | |
|---|---|---|
| FEES | $3,709.80 |
| COSTS & EXPENSES | $31.75 |
| **TOTAL THIS INVOICE** | **$3,741.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326204    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    0655    Yeganeh, Fran v. GMAC Mortgage, LLC
                          GMAC Matter No.: 705330

**TOTAL AMOUNT DUE**            **$1,454.85**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326204    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0655    Yeganeh, Fran v. GMAC Mortgage, LLC
GMAC Matter No.: 705330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JDI | 08/01/12 | Draft letter to plaintiff's counsel re communications related to appeal. | L510 | 0.50 | 279.00 | 139.50 |
| JDI | 08/06/12 | Analyze whether GMAC should file a notice of bankruptcy stay. | L120 | 1.00 | 279.00 | 279.00 |
| BJJ | 08/06/12 | Obtain title documents recorded after May 2008 on property at 4437 Fellows St., Union City, CA | L190 | 0.50 | 130.50 | 65.25 |
| JDI | 08/07/12 | Prepare notice of bankruptcy stay and draft letter to opposing counsel re same. | L250 | 1.70 | 279.00 | 474.30 |
| MKS | 08/08/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.40 | 270.00 | 108.00 |
| JDI | 08/08/12 | Revise letter re bankruptcy stay and correspond with C. Bonello re notice of bankruptcy stay. | L250 | 0.40 | 279.00 | 111.60 |
| JDI | 08/09/12 | Finalize bankruptcy stay notice and letter to opposing counsel re same. | L250 | 0.50 | 279.00 | 139.50 |
| JDI | 08/15/12 | Attention to court order staying case. | L190 | 0.30 | 279.00 | 83.70 |
| MKS | 08/27/12 | Update to client re: status of appeal and status of filing opening brief. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **5.50** | | **$1,454.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 1.20 | $333.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   326204 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Yeganeh, Fran | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.80 | $148.95 | | |
| L210 | Pleadings | | 0.40 | $108.00 | | |
| L250 | Other Written Motions | | 2.60 | $725.40 | | |
| L510 | Appellate Motions & Submission | | 0.50 | $139.50 | | |
| | **TOTAL** | | **5.50** | **$1,454.85** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Johnson, Betty | BJJ | | Paralegal | 0.50 | 130.50 | $65.25 |
| Ives, Jon | JDI | | Associate | 4.40 | 279.00 | $1,227.60 |
| Sullivan, Mary Kate | MKS | | Member | 0.60 | 270.00 | $162.00 |
| | **Total** | | | **5.50** | | **$1,454.85** |

PRIOR FEES                      $19,591.20
PRIOR COSTS & EXPENSES          $1,791.61

| | |
|---|---|
| FEES | $1,454.85 |
| **TOTAL THIS INVOICE** | **$1,454.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326205      JBS                                        September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0717 | Ganesan, Skandapriya (2) |
| | | C/M# 697731 |

**TOTAL AMOUNT DUE**          $3,177.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326205    JBS                                        September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0717    Ganesan, Skandapriya (2)
                        C/M# 697731

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 08/02/12 | E-mail correspondence with MERS contact person, Krissy Lee, regarding case activity. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/06/12 | E-mail correspondence to MERS contact regarding case activity. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/06/12 | Review of Notice of Related Cases filed by Plaintiff. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/06/12 | Draft notice of Bankruptcy stay and accompanying correspondence. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/06/12 | Telephone call to unlawful detainer counsel for information regarding case activity and eviction proceedings. | L120 | 0.20 | 234.00 | 46.80 |
| MKS | 08/07/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.40 | 270.00 | 108.00 |
| MCK | 08/07/12 | Correspondence with Unlawful Detainer counsel regarding status of UD proceedings and request to keep updated. | L120 | 0.40 | 234.00 | 93.60 |
| MCK | 08/07/12 | Review and analysis of jurisdiction issue. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 08/07/12 | E-mail correspondence to client re: propose bankruptcy stay drafts and jurisdiction issue. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/07/12 | E-mail correspondence from Unlawful Detainer counsel with summary of UD activity and copies of pleadings. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/09/12 | Receipt and review of demurrer to unlawful detainer complaint. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/13/12 | E-mail correspondence to client re: | L120 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326205 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Ganesan, Skandapriya (2) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | proposed bankruptcy notice and correspondence to plaintiff's counsel. | | | | |
| MCK | 08/16/12 | E-mail correspondence with client regarding bankruptcy stay notices. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/16/12 | Receipt and review of notice of dismissal without prejudice as to GMAC Mortgage, LLC. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/16/12 | E-mail correspondence to client regarding dismissal of GMAC Mortgage, LLC, lifting of stay and response date. | L120 | 0.20 | 234.00 | 46.80 |
| MKS | 08/17/12 | Attention to dismissal of b/k debtor from lawsuit. Strategy re: same and expected lifting of b/k stay. | L120 | 0.30 | 270.00 | 81.00 |
| MCK | 08/25/12 | Preliminary drafting of motion to dismiss Ganesan III Complaint. | L240 | 1.00 | 234.00 | 234.00 |
| MKS | 08/27/12 | Update to client re: status of case and pending deadlines and dates. | L190 | 0.20 | 270.00 | 54.00 |
| MCK | 08/27/12 | Continued drafting of motion to dismiss complaint (Ganesan III) | L240 | 4.50 | 234.00 | 1,053.00 |
| MCK | 08/27/12 | Review and revision of motion to dismiss complaint. | L240 | 0.70 | 234.00 | 163.80 |
| MCK | 08/27/12 | Telephone call and follow-up confirming e-mail with Plaintiff's counsel to meet and confer re: jurisdiction issue and filing of response to the complaint. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/28/12 | E-mails with client contacts and unlawful detainer counsel regarding status of unlawful detainer and filing of motion to dismiss in Ganesan III. | L120 | 0.60 | 234.00 | 140.40 |
| MCK | 08/28/12 | Draft request for judicial notice and certificate of interested parties to accompany filing of motion to dismiss. | L240 | 1.30 | 234.00 | 304.20 |
| MCK | 08/29/12 | E-mail correspondence to client regarding Unlawful Detainer matter and follow-up on draft motion to dismiss. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/29/12 | E-mail correspondence with client re: approved motion to dismiss. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/30/12 | Finalize motion to dismiss; draft proposed order; prepare for filing. | L240 | 1.00 | 234.00 | 234.00 |
| | | **TOTAL** | | **13.40** | | **$3,168.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 326205 | CLIENT | GMAC ResCap | Page 3 |
| | | MATTER | Ganesan, Skandapriya (2) | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/14/12 | First Nationwide Legal Services; Court Services; USDC/San Francisco Northern Dist. 6/18/12 | 9.00 |
| | **TOTAL COSTS & EXPENSES** | **$9.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.30 | $1,017.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.40 | $108.00 |
| L240 | Dispositive Motions | 8.50 | $1,989.00 |
| | **TOTAL** | **13.40** | **$3,168.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 12.50 | 234.00 | $2,925.00 |
| Sullivan, Mary Kate | MKS | Member | 0.90 | 270.00 | $243.00 |
| | **Total** | | **13.40** | | **$3,168.00** |

| | |
|---|---|
| PRIOR FEES | $85,440.60 |
| PRIOR COSTS & EXPENSES | $6,282.65 |

| | |
|---|---|
| FEES | $3,168.00 |
| COSTS & EXPENSES | $9.00 |
| **TOTAL THIS INVOICE** | **$3,177.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326206    JBS                                      September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0769    Amerivest v. Wachovia
                  GMAC No.: 709177

**TOTAL AMOUNT DUE**          $270.00

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326206     JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0769     Amerivest v. Wachovia
                          GMAC No.: 709177

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| KWF | 07/06/12 | Evaluate file status and court docket re developments in litigation, including order granting motion for good faith settlement. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 07/23/12 | Evaluate court docket and file status, place call to plaintiff's counsel re further prosecution of lawsuit. | L190 | 0.30 | 270.00 | 81.00 |
| KWF | 07/23/12 | Teleconference with plaintiff's counsel M. Sitzer re case status and settlement negotiations. | L160 | 0.10 | 270.00 | 27.00 |
| KWF | 07/23/12 | Prepare email to client C. DiCicco advising of case status. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/01/12 | Evaluate file status and court docket noting absence of second amended complaint. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/27/12 | Evaluate court docket and file status, noting absence of dismissal and amended complaint. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.00** | | **$270.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $108.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $27.00 |
| L190 | Other Case Assessment | 0.50 | $135.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.  326206 | CLIENT | GMAC ResCap | | | Page | 2 |
| | MATTER | Amerivest v. Wachovia | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL** | | | **1.00** | **$270.00** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |
| | **Total** | | **1.00** | | **$270.00** |

| | |
|---|---|
| PRIOR FEES | $1,932.75 |
| PRIOR COSTS & EXPENSES | $167.49 |

| | |
|---|---|
| FEES | $270.00 |
| **TOTAL THIS INVOICE** | **$270.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326207    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0796    CPN Pipeline Company
                  GMAC Matter No.: 710028

**TOTAL AMOUNT DUE**              **$336.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    326207    JBS | | | September 10, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0796    CPN Pipeline Company
GMAC Matter No.: 710028

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| HRJ | 08/08/12 | Review and analyze most recent BPO re subject property. | L110 | 0.40 | 306.00 | 122.40 |
| HRJ | 08/08/12 | Telephone conference with real estate broker re property valuation and BPO. | L110 | 0.20 | 306.00 | 61.20 |
| HRJ | 08/15/12 | Draft correspondence to title company's counsel re settlement and valuation issues. | L110 | 0.30 | 306.00 | 91.80 |
| HRJ | 08/30/12 | Review and analyze issues re settlement negotiations. | L160 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **1.10** | | **$336.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.90 | $275.40 |
| L160    Settlement/Non-Binding ADR | 0.20 | $61.20 |
| **TOTAL** | **1.10** | **$336.60** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 1.10 | 306.00 | $336.60 |
| | **Total** | | **1.10** | | **$336.60** |

| | |
|---|---|
| PRIOR FEES | $10,528.20 |
| PRIOR COSTS & EXPENSES | $344.42 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326207 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | CPN Pipeline Company | | | |

| | FEES | $336.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$336.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326208      JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0851       Feliciano, Jose
                       GMAC Matter No.: 711719

**TOTAL AMOUNT DUE**            **$1,702.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326208    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0851    Feliciano, Jose
                        GMAC Matter No.: 711719

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MIW | 08/01/12 | Review correspondence re status of letter from BK counsel. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/02/12 | Review draft BK letter and confer with B. Whittemore re same. | L190 | 0.20 | 274.50 | 54.90 |
| BSW | 08/02/12 | Receipt and review letter from bankrupcy counsel (N. Rosenbaum) regarding authorization to commence repairs. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 08/07/12 | Draft letter to opposing cousnel (S. McDonald) reqesting cofirmation of tenat relocation. | L140 | 0.30 | 265.50 | 79.65 |
| MIW | 08/09/12 | Review correspondence from plaintiffs' attorney re repair issue.  Confer with B. Whittemore and M.K. Sullivan re same. | L190 | 0.30 | 274.50 | 82.35 |
| BSW | 08/09/12 | Communicate with client regarding status of tentant's relocation. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 08/09/12 | Receipt and review of opposing counsel's (S. McDonald) response to letter from GMANC bankruptcy counsel (N. Rosenbaum). | L140 | 0.20 | 265.50 | 53.10 |
| MKS | 08/10/12 | Study and review letter from plaintiff's counsel in response to letter confirming ability to pay for repairs,/relocation costs. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 08/13/12 | Meeting with trial counsel re: strategy to move forward with repairs and response to plaintiff's obstacles to same. | L190 | 0.30 | 270.00 | 81.00 |
| MIW | 08/13/12 | Confer with M. K. Sullivan and B. Whittemore re strategy for responding to plaintiffs' repair demands. | L120 | 0.30 | 274.50 | 82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | 326208 | CLIENT   GMAC ResCap | | | | Page | 2 |
| | | MATTER   Feliciano, Jose | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BSW | 08/13/12 | Communicate with contractor (M. Zuniga) regarding status of building permits for proposed repairs to Property. | L140 | 0.10 | 265.50 | 26.55 |
| BSW | 08/13/12 | Communicate with Oakland City Inspector regarding tenant's refusal to vacate. | L140 | 0.10 | 265.50 | 26.55 |
| BSW | 08/16/12 | Communicate with client reagarding opposing counsel's (S. MCDonald) response to our request for tenant relocation. | L140 | 0.20 | 265.50 | 53.10 |
| MIW | 08/17/12 | Confer with M. K. Sullivan and B. Whittemore re obtaining BK order authorizing making repairs to property. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/20/12 | Review correspondence from client re possible BK order.  (x2)  Draft and send reply re same with recommendation to proceed.  (x2) | L120 | 0.40 | 274.50 | 109.80 |
| MIW | 08/21/12 | Draft and send correspondence to BK attorney re specifics of request for order from BK court. | L190 | 0.90 | 274.50 | 247.05 |
| MIW | 08/23/12 | Draft and send follow-up request to BK attorney re comfort order. | L190 | 0.20 | 274.50 | 54.90 |
| BSW | 08/23/12 | Communicate with client (A. Peters) regarding status of comfort order from bankruptcy court. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 08/24/12 | Communicate with opposing counsel (S. McDonald) regarding relocation request. | L140 | 0.30 | 265.50 | 79.65 |
| MKS | 08/27/12 | Attention to further communication from plaintiff's counsel asserting the right to become involved in the drafting and seeking of a comfort order to go forward with repairs and relocation. Strategy re: same. | L190 | 0.40 | 270.00 | 108.00 |
| MIW | 08/27/12 | Review correspondence from plaintiffs' counsel re BK order.  Confer with B. Whittemore, M. K. Sullivan, and D. Cram re same. | L190 | 0.20 | 274.50 | 54.90 |
| BSW | 08/29/12 | Communicate with Bankruptcy Counsel (E. Richards) regarding confort order for repairs. | L140 | 0.20 | 265.50 | 53.10 |
| BSW | 08/31/12 | Communicate with GMAC's | L140 | 0.30 | 265.50 | 79.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326208 | CLIENT | GMAC ResCap | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Feliciano, Jose | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | bankruptcy counsel (E. Richards) regarding comfort order. | | | | | |
| BSW | 08/31/12 | Communicate with client (A. Peters) regarding status of repairs. | L140 | 0.20 | 265.50 | | 53.10 |
| | | **TOTAL** | | **6.30** | | | **$1,702.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L140 | Document/File Management | 2.50 | $663.75 |
| L190 | Other Case Assessment | 3.10 | $846.90 |
| | **TOTAL** | **6.30** | **$1,702.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Whittemore, Brian | BSW | Associate | 2.50 | 265.50 | $663.75 |
| Wraight, Mark | MIW | Member | 2.90 | 274.50 | $796.05 |
| Sullivan, Mary Kate | MKS | Member | 0.90 | 270.00 | $243.00 |
| | **Total** | | **6.30** | | **$1,702.80** |

| | |
|---|---|
| PRIOR FEES | $80,588.25 |
| PRIOR COSTS & EXPENSES | $8,137.79 |

| | |
|---|---|
| FEES | $1,702.80 |
| **TOTAL THIS INVOICE** | **$1,702.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326209    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      0893     Winkler, Jeffrey
                     C/M# 712992

**TOTAL AMOUNT DUE**              **$489.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326209    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0893    Winkler, Jeffrey
C/M# 712992

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JVZ | 07/15/12 | Email to A. Hartshorn re possibl settlement | L160 | 0.20 | 288.00 | 57.60 |
| JVZ | 07/23/12 | Email to A. Hartshorn re whether appeal was filed | L110 | 0.20 | 288.00 | 57.60 |
| JVZ | 08/01/12 | Email to A. Hartshorn re unlawful detainer action and phone call to attorney in unlawful detainer action | L120 | 0.20 | 288.00 | 57.60 |
| JVZ | 08/02/12 | Email counsel in unlawful detainer action re case status and strategy going forward given failure of plaintiff to appeal | L120 | 0.30 | 288.00 | 86.40 |
| JVZ | 08/28/12 | Review files re related unlawful detainer action | L120 | 0.30 | 288.00 | 86.40 |
| JVZ | 08/28/12 | Phone calls with A. Hartshorn re unlawful detainer action and conversation with attorney in unlawful detainer case | L120 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | **1.70** | | **$489.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L120 | Analysis/Strategy | 1.30 | $374.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **1.70** | **$489.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326209 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Winkler, Jeffrey | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Van Zandt, Jonah | JVZ | Associate | 1.70 | 288.00 | $489.60 |
| | **Total** | | **1.70** | | **$489.60** |

PRIOR FEES                    $24,315.30
PRIOR COSTS & EXPENSES        $3,237.45

|  | |
|---|---|
| FEES | $489.60 |
| **TOTAL THIS INVOICE** | **$489.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326210    JBS                         September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     0967     Murray, Burnel R.
                    GMAC Matter No.: 715022

TOTAL AMOUNT DUE                $497.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326210     JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 0967     Murray, Burnel R.
                          GMAC Matter No.:  715022

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| ALS | 08/01/12 | Receipt and review of notice of decreased assessment | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 08/01/12 | Receipt and review of email from plaintiff's attorney re: property tax assessment reduction | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 08/15/12 | Email from Amy Hartshorn re: status of GMAC's work to finalize Murray's interest only payment | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 08/15/12 | Telephone call to (twice) and from Amy Hartshorn re: status of GMAC's work to finalize Murray's interest only payment | L160 | 0.30 | 292.50 | 87.75 |
| ALS | 08/15/12 | Telephone cal to plaintiff's counsel to advised him that we are in the final step and Murray should get a statement in October reflecting his interest only payment | L160 | 0.20 | 292.50 | 58.50 |
| ALS | 08/15/12 | Email from plaintiff's counsel with attachment asking why Murray received correspondence from GMAC advising that he was in default | L120 | 0.20 | 292.50 | 58.50 |
| ALS | 08/16/12 | Telephone call to Amy Hartshorn to ask why Murray received a letter saying he was in default | L120 | 0.20 | 292.50 | 58.50 |
| ALS | 08/16/12 | Email to plaintiff's counsel advising him to ignore foreclosure letter and explaining why letter generated | L120 | 0.20 | 292.50 | 58.50 |
| | | **TOTAL** | | **1.70** | | **$497.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326210    **CLIENT**  GMAC ResCap                    Page        2
**MATTER**  Murray, Burnel R.

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 0.60 | $175.50 |
| L160    Settlement/Non-Binding ADR | 1.10 | $321.75 |
| **TOTAL** | **1.70** | **$497.25** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Strayer, Ann | ALS | Special Counsel | 1.70 | 292.50 | $497.25 |
| | **Total** | | **1.70** | | **$497.25** |

| | |
|---|---|
| PRIOR FEES | $40,425.75 |
| PRIOR COSTS & EXPENSES | $2,066.03 |

|  | |
|---|---|
| FEES | $497.25 |
| **TOTAL THIS INVOICE** | **$497.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326211    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 0970 | Ali, Ershad |
| | | GMAC Matter No.:  714965 |

**TOTAL AMOUNT DUE**            $459.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 326211 | JBS | September 10, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0970    Ali, Ershad
GMAC Matter No.: 714965

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 08/09/12 | Draft correspondence to listing agents regarding status of closing | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/15/12 | Draft correspondence to the property management firm regarding the status of closing | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/15/12 | Exchange numerous emails with V. Beers regarding items still needed to complete closing | L160 | 0.60 | 238.50 | 143.10 |
| MKS | 08/29/12 | Update client on status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| NSR | 08/29/12 | Exchange numerous emails with GMAC's real estate agent regarding the status of the closing of the sale of the subject property | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 08/29/12 | Draft correspondence to the buyer's agent regarding closing documents | L160 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **1.90** | | **$459.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L160    Settlement/Non-Binding ADR | 1.70 | $405.45 |
| L190    Other Case Assessment | 0.20 | $54.00 |
| **TOTAL** | **1.90** | **$459.45** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326211 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Ali, Ershad | | | | |

| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
|---|---|---|---|---|---|
| Riedman, Natilee | NSR | Associate | 1.70 | 238.50 | $405.45 |
| | **Total** | | **1.90** | | **$459.45** |

| PRIOR FEES | $14,814.45 |
|---|---|
| PRIOR COSTS & EXPENSES | $289.04 |

| FEES | $459.45 |
|---|---|
| **TOTAL THIS INVOICE** | **$459.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326212    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER   1006     Juharyan, Ishkhan
                  C/M# 716686

**TOTAL AMOUNT DUE**                     $540.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326212    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1006    Juharyan, Ishkhan
                        C/M# 716686

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| MXS | 07/09/12 | Responded to MKS/GMAC request for information to determine if case was exempt from automatic stay pursuant to S.D.N.Y. order. | L250 | 0.30 | 216.00 | 64.80 |
| MXS | 08/17/12 | Reviewed incoming discovery requests (.6), reviewed propriety of requests (.3), strategized re appearance at status conference (.4) | L310 | 1.30 | 216.00 | 280.80 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| MXS | 08/28/12 | Drafted detailed e-mail analyzing possible need to file a notice of stay in the case prior to answering discovery. | L320 | 0.40 | 216.00 | 86.40 |
| | | **TOTAL** | | **2.40** | | **$540.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L250 | Other Written Motions | 0.30 | $64.80 |
| L310 | Written Discovery | 1.30 | $280.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326212 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Juharyan, Ishkhan | | | | |

| L320 | Document Production | | 0.40 | $86.40 | | | |
| | **TOTAL** | | **2.40** | **$540.00** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | | Member | 0.40 | 270.00 | $108.00 |
| Schindler, Maria | MXS | | Associate | 2.00 | 216.00 | $432.00 |
| | | **Total** | | **2.40** | | **$540.00** |

PRIOR FEES                              $21,892.50
PRIOR COSTS & EXPENSES          $1,795.46

| | FEES | $540.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$540.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326213      JBS                                    September 10, 2012


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT       19000      GMAC ResCap
MATTER      1043       Brockman, Edna C.
                              GMAC Matter No.: 718192


**TOTAL AMOUNT DUE**              **$985.20**


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326213      JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1043    Brockman, Edna C.
                        GMAC Matter No.: 718192

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, new deadlines and hearing dates and status. | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 07/30/12 | Phone call with plaintiff's counsel re: defendants' bankruptcy status | L190 | 0.20 | 288.00 | 57.60 |
| ACS | 07/30/12 | Analyze bankruptcy stay & effect on claims | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/14/12 | Prepare case management statement | L190 | 0.30 | 288.00 | 86.40 |
| ACS | 08/17/12 | Prepare notice of bankruptcy stay | L190 | 0.40 | 288.00 | 115.20 |
| ACS | 08/20/12 | Prepare notice of bankruptcy stay | L250 | 0.80 | 288.00 | 230.40 |
| MKS | 08/21/12 | Review and revise draft Notice of Bankruptcy Stay. | L210 | 0.40 | 270.00 | 108.00 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L120 | 0.20 | 270.00 | 54.00 |
| ACS | 08/31/12 | Revise bankruptcy notice, cover letter re: same | L190 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | **3.20** | | **$907.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/03/12 | CourtCall, LLC; CourtCall - Conference Service; 08/21/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  326213 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Brockman, Edna C. | | | |

| | | | | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.40 | $108.00 | |
| L190 | Other Case Assessment | | 1.60 | $460.80 | |
| L210 | Pleadings | | 0.40 | $108.00 | |
| L250 | Other Written Motions | | 0.80 | $230.40 | |
| | **TOTAL** | | **3.20** | **$907.20** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Sears, Alex | | ACS | Associate | 2.40 | 288.00 | $691.20 |
| Sullivan, Mary Kate | | MKS | Member | 0.80 | 270.00 | $216.00 |
| | | **Total** | | **3.20** | | **$907.20** |

PRIOR FEES                    $14,142.60
PRIOR COSTS & EXPENSES        $2,387.20


|  |  |
|---|---|
| FEES | $907.20 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$985.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326214    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER     1068     Gonzalez, Jerry D. and Amalia P.
                             GMAC Matter No.:  719031

**TOTAL AMOUNT DUE**          **$190.62**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    326214    JBS | | September 10, 2012 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1068    Gonzalez, Jerry D. and Amalia P.
GMAC Matter No.: 719031

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| TNA | 08/06/12 | Notify C. DiCicco at GMACM regarding receipt of conformed copy of notice of entry of order and appeals period. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.40** | | **$108.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Alameda County Court Hayward, CA 07/09/12 | 28.75 |
| 08/10/12 | First Legal Network, LLC; Court Services; ACMC- Hayward 7/19/12 | 53.87 |
| | **TOTAL COSTS & EXPENSES** | **$82.62** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.40 | $108.00 | | |
| | **TOTAL** | **0.40** | **$108.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Abbott, Thomas | TNA | Associate | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.40** | | **$108.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326214 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Gonzalez, Jerry D. & Amalia P. | | |

| | |
|---|---|
| PRIOR FEES | $20,320.65 |
| PRIOR COSTS & EXPENSES | $2,606.68 |

| | |
|---|---|
| FEES | $108.00 |
| COSTS & EXPENSES | $82.62 |
| **TOTAL THIS INVOICE** | **$190.62** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326215      JBS                                          September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       19000      GMAC ResCap
MATTER       1072       Malinowski, Kenneth J. and Patricia L.
                        GMAC Matter No.: 719341

**TOTAL AMOUNT DUE**            **$243.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326215    JBS                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1072    Malinowski, Kenneth J. and Patricia L.
                        GMAC Matter No.: 719341

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/07/12 | Receive and analyze stipulation for lien priority. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/09/12 | Receive and analyze Plaintiff's motion for summary judgment. | L120 | 0.50 | 270.00 | 135.00 |
| KWF | 08/09/12 | Prepare email to client, M. Verma, re: motion for summary judgment. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.90** | | **$243.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $189.00 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| | **TOTAL** | **0.90** | **$243.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.90 | 270.00 | $243.00 |
| | **Total** | | **0.90** | | **$243.00** |

PRIOR FEES                        $6,384.60
PRIOR COSTS & EXPENSES            $220.24

|  | FEES | $243.00 |
|--|------|---------|
| | **TOTAL THIS INVOICE** | **$243.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326215 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Malinowski, Kenneth & Patricia | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326216     JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1080 | Enriquez, Romualdo D. and Olivia S. |
| | | GMAC Matter No.: 719059 |

**TOTAL AMOUNT DUE**          $1,803.37

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326216    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1080    Enriquez, Romualdo D. and Olivia S.
GMAC Matter No.: 719059

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 08/01/12 | Correspondence with Plaintiffs' counsel regarding extension to respond to First Amended Complaint. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/04/12 | Analysis of bankruptcy issues and drafting of correspondence to Plaintiffs' counsel and notice of bankruptcy. | L120 | 0.70 | 234.00 | 163.80 |
| MCK | 08/04/12 | Continued drafting of demurrer to amended complaint. | L120 | 0.50 | 234.00 | 117.00 |
| MKS | 08/06/12 | Review and revise draft demurrer to complaint. | L240 | 0.50 | 270.00 | 135.00 |
| MKS | 08/06/12 | Review and revise draft Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.40 | 270.00 | 108.00 |
| MCK | 08/06/12 | Continued drafting of demurrer to first amended complaint. | L120 | 2.50 | 234.00 | 585.00 |
| MCK | 08/07/12 | Draft Request for Judicial Notice in Support of Demurrer to FAC. | L210 | 0.20 | 234.00 | 46.80 |
| MCK | 08/07/12 | Draft e-mail correspondence to client with proposed notice of bankruptcy, correspondence and demurrer. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/08/12 | Revision to demurrer memorandum. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/09/12 | E-mail correspondence to client to follow-up on draft demurrer. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/10/12 | Final review and revision to demurrer to first amended complaint; preparation for filing. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 08/10/12 | E-mail correspondence to client re: draft demurrer. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/10/12 | Draft case management statement. | L230 | 0.10 | 234.00 | 23.40 |
| MCK | 08/10/12 | E-mail correspondence from client | L120 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326216 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Enriquez, Romualdo & Olivia | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | approving bankruptcy notices and demurrer for filing. | | | | | |
| MCK | 08/10/12 | E-mail correspondence to client with copy of signed correspondence re: bankruptcy. | L120 | 0.10 | 234.00 | | 23.40 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | | 54.00 |
| MCK | 08/28/12 | Appearance by Court Call for Case Management Conference. | L230 | 0.30 | 234.00 | | 70.20 |
| MCK | 08/28/12 | E-mail correspondence to client regarding case management conference and demurrer hearing date. | L120 | 0.10 | 234.00 | | 23.40 |
| | | **TOTAL** | | **7.10** | | | **$1,701.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 756 87th Street San Mateo, CA 07/02/12 | 8.39 |
| 08/16/12 | CourtCall, LLC; CourtCall - Conference Service; 12/14/12 | 39.00 |
| 08/21/12 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement, Notice of Bankruptcy, Demurrer to First Amended Complaint, Request for Judicial Notice...including Court Filing Fee $60 08/10/12 | 54.98 |
| | **TOTAL COSTS & EXPENSES** | **$102.37** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 5.40 | $1,263.60 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.60 | $154.80 |
| L230 | Court Mandated Conferences | 0.40 | $93.60 |
| L240 | Dispositive Motions | 0.50 | $135.00 |
| | **TOTAL** | **7.10** | **$1,701.00** |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | | 6.00 | 234.00 | $1,404.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326216 | CLIENT | GMAC ResCap | | | | Page | 3 |
| | | MATTER | Enriquez, Romualdo & Olivia | | | | | |

| Sullivan, Mary Kate | MKS | Member | | 1.10 | 270.00 | $297.00 |
| | **Total** | | | **7.10** | | **$1,701.00** |

PRIOR FEES                          $5,501.70
PRIOR COSTS & EXPENSES              $1,688.49

|  | FEES | $1,701.00 |
| | COSTS & EXPENSES | $102.37 |
| | **TOTAL THIS INVOICE** | **$1,803.37** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326217    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      19000      GMAC ResCap
MATTER      1105       Negrete, Maricela
                       GMAC Matter No.: 719957


**TOTAL AMOUNT DUE**            $1,530.00


## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326217    JBS                                 September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1105    Negrete, Maricela
                        GMAC Matter No.: 719957

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| HRJ | 08/21/12 | Review and analyze Final Supplemental L110 Bankruptcy Court order re determination of whether cross-claim is a Permitted Claim. | | 0.80 | 306.00 | 244.80 |
| HRJ | 08/21/12 | Review and analyze supplemental bankruptcy order re preparation of notice. | L120 | 1.20 | 306.00 | 367.20 |
| HRJ | 08/23/12 | Prepare for case management conference. | L110 | 0.50 | 306.00 | 153.00 |
| HRJ | 08/23/12 | Appear at case management conference. | L230 | 0.50 | 306.00 | 153.00 |
| HRJ | 08/23/12 | Review and analyze issues re supplemental bankruptcy court order. | L110 | 0.60 | 306.00 | 183.60 |
| HRJ | 08/28/12 | Draft bankruptcy notice. | L110 | 0.70 | 306.00 | 214.20 |
| HRJ | 08/28/12 | Draft correspondence to cross-complainant's counsel re bankruptcy notice. | L110 | 0.50 | 306.00 | 153.00 |
| HRJ | 08/28/12 | Review and analyze issues re bankruptcy notice. | L110 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | **5.00** | | **$1,530.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110   Fact Investigation/Development | 3.30 | $1,009.80 |
| L120   Analysis/Strategy | 1.20 | $367.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326217 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Negrete, Maricela | | | |

| L230 | Court Mandated Conferences | | 0.50 | $153.00 | | | |
|------|----------------------------|--|------|---------|--|--|--|
| | **TOTAL** | | **5.00** | **$1,530.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Jones, Harold R. | HRJ | Associate | 5.00 | 306.00 | $1,530.00 |
| | **Total** | | **5.00** | | **$1,530.00** |

PRIOR FEES                     $6,817.05
PRIOR COSTS & EXPENSES    $534.59

|  | FEES | $1,530.00 |
|--|------|-----------|
| | **TOTAL THIS INVOICE** | **$1,530.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326218    JBS

September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1139 | Jones, Louis H. |
| | | GMAC Matter No.: 722027 |

**TOTAL AMOUNT DUE**          $324.00

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326218      JBS

September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1139      Jones, Louis H.
GMAC Matter No.: 722027

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994       08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/06/12 | Receive and analyze order from court. Prepare email to client, J. Holtgren, advising of CMC continuance. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/08/12 | Evaluate status of Deutsche Bank in litigation. Prepare letter to Plaintiff's counsel re: dismissal. | L120 | 0.40 | 270.00 | 108.00 |
| KWF | 08/09/12 | Prepare email to T. Dumres, re: scope of automatic stay. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/17/12 | Telephone conference with Plaintiff's counsel's office re: dismissal of Deutsche Bank. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/29/12 | Evaluate court docket and file status. Prepare letter to Plaintiff's counsel re: dismissal of Deutsche Bank. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **1.20** | | **$324.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.10 | $297.00 |
| L190 | Other Case Assessment | 0.10 | $27.00 |
| | **TOTAL** | **1.20** | **$324.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.20 | 270.00 | $324.00 |
| | **Total** | | **1.20** | | **$324.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326218 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Jones, Louis H. | | |

PRIOR FEES                              $6,190.65
PRIOR COSTS & EXPENSES          $3,069.60

FEES        $324.00
**TOTAL THIS INVOICE**        **$324.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326219      JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1149      Mathew, Vincent and Rosemole
GMAC Matter No.: 722251

**TOTAL AMOUNT DUE**                    **$988.39**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326219    JBS                              September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1149    Mathew; Vincent and Rosemole
GMAC Matter No.: 722251

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 08/01/12 | Draft correspondence to Ms. Bonello regarding status of settlement | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/02/12 | Analysis of correspondence from Ms. Bonello regarding requests for changes to the settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 08/02/12 | Determine whether Plaintiffs filed a proof of claim in the bankruptcy action, in preparation of revising settlement agreement | L190 | 0.40 | 238.50 | 95.40 |
| NSR | 08/02/12 | Revise settlement agreement pursuant to the requests by Ms. Bonello | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 08/02/12 | Draft correspondence to Ms. Bonello regarding the revised settlement agreement | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/02/12 | Draft correspondence to Plaintiffs' counsel regarding the revised settlement agreement | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 08/13/12 | Review correspondence from Plaintiffs' counsel regarding the executed settlement agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 08/13/12 | Analysis of the executed settlement agreement and comparison to the version provided to Plaintiff to ensure completion | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 08/13/12 | Draft letter to Ms. Bonello regarding the modification check and the executed modification agreement and settlement agreement | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 08/15/12 | Draft email to Ms. Bonnello regarding the impending letter, the executed | L160 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326219 | CLIENT | GMAC ResCap | | | Page | 2 |
| | | MATTER | Mathew, Vincent & Rosemole | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | settlement agreement and check | | | | |
| NSR | 08/17/12 | Analysis of email from Ms. Bonello regarding her inability to process a copy of the modification agreement | L160 | 0.10 | 238.50 | 23.85 |
| NSR | 08/17/12 | Draft various correspondence to Ms. Bonello regarding the incoming original copy of the modification agreement as executed by Plaintiff | L160 | 0.40 | 238.50 | 95.40 |
| NSR | 08/20/12 | Communicate via telephone with the foreclosing trustee regarding the scheduled trustee's sale date | L160 | 0.30 | 238.50 | 71.55 |
| NSR | 08/20/12 | Draft correspondence to Ms. Bonello regarding possible postponement of the scheduled trustee's sale | L160 | 0.20 | 238.50 | 47.70 |
| NSR | 08/22/12 | Exchange correspondence with Ms. Bonello regarding postponement of the trustee's sale | L160 | 0.10 | 238.50 | 23.85 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **3.80** | | **$912.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; SMSC-Redwood City, CA 07/03/12 | 57.50 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 123 Lucca Drive San Mateo, CA 07/17/12 | 18.29 |
| | **TOTAL COSTS & EXPENSES** | **$75.79** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 3.20 | $763.20 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| **TOTAL** | | **3.80** | **$912.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 3.60 | 238.50 | $858.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326219 | CLIENT | GMAC ResCap | Page | 3 |
| | | MATTER | Mathew, Vincent & Rosemole | | |

| | | | | |
|---|---|---|---|---|
| **Total** | | 3.80 | **$912.60** | |

| | | |
|---|---|---|
| PRIOR FEES | $8,496.00 | |
| PRIOR COSTS & EXPENSES | $274.30 | |

|  |  |
|---|---|
| FEES | $912.60 |
| COSTS & EXPENSES | $75.79 |
| **TOTAL THIS INVOICE** | **$988.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326220    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1173     Liguori, Lisa
                     GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**          $1,021.90

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326220    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1173    Liguori, Lisa
                        GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 08/01/12 | Evaluate file status and court docket noting submission of request for entry of default. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/13/12 | Evaluate file status and court docket. Prepare email to client, G. Albright, advising of case status and case management conference. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/13/12 | Prepare letter to department of real estate inquiring re: status of complaint and advising of post-complaint developments. | L190 | 0.40 | 270.00 | 108.00 |
| KWF | 08/16/12 | Telephone conference with court clerk re: OSC re: Certificate of Service. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/17/12 | Telephone conference with J. Hafen re: DRE investigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/17/12 | Prepare email to client, G. Albright, re: DRE investigation. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/23/12 | Prepare email to DRE investigator, J. Hafan, with documents and information re: offers submitted. | L120 | 0.80 | 270.00 | 216.00 |
| KWF | 08/23/12 | Evaluate file and status and court docket for request for entry of default and discovery dispute in Liguori litigation. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/23/12 | Receive and analyze court minute order and supplemental declaration of J. Reden in support of motion to compel. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 08/23/12 | Receive and analyze equator timeline of offers to purchase property. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/28/12 | Prepare case management conference | L230 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| Invoice No. | 326220 | CLIENT | GMAC ResCap | | | | |
| | | MATTER | Liguori, Lisa | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | statement. | | | | | |
| KWF | 08/28/12 | Prepare email to McLaughlin re: meet and confer prior to case management conference. | L120 | 0.10 | 270.00 | | 27.00 |
| | | **TOTAL** | | **3.40** | | | **$918.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/03/12 | One Legal, Inc.; Transmittal of filing to court; pos - Lynn McLaughlin (aka Lynn McLaughlin - Montero) 07/25/12 | 12.95 |
| 08/17/12 | CourtCall, LLC; CourtCall - Conference Service; 09/28/12 | 78.00 |
| 08/20/12 | One Legal, Inc.; Transmittal of filing to court; pos- Lyn McLaughlin, PLLC, 08/08/12 | 12.95 |
| | **TOTAL COSTS & EXPENSES** | **$103.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.40 | $648.00 |
| L190 | Other Case Assessment | 0.40 | $108.00 |
| L210 | Pleadings | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.40 | $108.00 |
| | **TOTAL** | **3.40** | **$918.00** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | 3.40 | 270.00 | $918.00 |
| | Total | | 3.40 | | $918.00 |

| | |
|---|---|
| PRIOR FEES | $12,068.10 |
| PRIOR COSTS & EXPENSES | $1,229.21 |

| | |
|---|---|
| FEES | $918.00 |
| COSTS & EXPENSES | $103.90 |
| **TOTAL THIS INVOICE** | **$1,021.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326221    JBS                                        September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1184    Berdan, Felino V. and Belinda
GMAC Matter No.: 723763

**TOTAL AMOUNT DUE**                    $491.50

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326221    JBS                                      September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1184    Berdan, Felino V. and Belinda
GMAC Matter No.: 723763

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MTM | 08/06/12 | Prepare correspondence to judge regarding proposed order. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 08/08/12 | Finalize letter forwarding proposed order and judgment. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 08/22/12 | Follow up regarding status of order granting demurrer. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/22/12 | Attention to status. | L210 | 0.20 | 288.00 | 57.60 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| MTM | 08/31/12 | Forward conformed copy of Notice of Entry of Order to client and advise same regarding appeals deadline. | L210 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | **1.20** | | **$342.00** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 09/26/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; CCSC- Martinez 7/19/12 | 71.50 |

**TOTAL COSTS & EXPENSES**                      $149.50

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190  Other Case Assessment | 0.20 | $54.00 |
| L210  Pleadings | 1.00 | $288.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326221 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Berdan, Felino V. & Belinda | | | | |

| | TOTAL | | | 1.20 | $342.00 | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | **Hours** | **Rate** | **Value** | |
| Sullivan, Mary Kate | | MKS | Member | 0.20 | 270.00 | $54.00 | |
| McGuinness, Michelle | | MTM | Associate | 1.00 | 288.00 | $288.00 | |
| | | **Total** | | **1.20** | | **$342.00** | |

| PRIOR FEES | $14,790.15 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,967.73 |

| | | |
|---|---|---|
| FEES | $342.00 |
| COSTS & EXPENSES | $149.50 |
| **TOTAL THIS INVOICE** | **$491.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326222    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1221       Robertson, Thomas
                       GMAC Matter No.: 725973

**TOTAL AMOUNT DUE**              **$259.50**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326222     JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     19000 1221     Robertson, Thomas
                          GMAC Matter No.: 725973

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ABK | 08/20/12 | Plan and prepare for upcoming Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L120 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **0.40** | | **$103.50** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service;  09/04/12 | | 78.00 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service;  09/04/12 | | 78.00 |
| **TOTAL COSTS & EXPENSES** | | **$156.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.20 | $49.50 |
| | **TOTAL** | **0.40** | **$103.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kenney, Austin | ABK | Associate | 0.20 | 247.50 | $49.50 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.40** | | **$103.50** |

PRIOR FEES                          $5,490.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 326222 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Robertson, Thomas | | |

PRIOR COSTS & EXPENSES                    $1,968.39

| | |
|---|---|
| FEES | $103.50 |
| COSTS & EXPENSES | $156.00 |
| **TOTAL THIS INVOICE** | **$259.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326223      JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1236       Willow Haven Holding Company
                       GMAC Matter No.: 726529

**TOTAL AMOUNT DUE**              $849.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326223    JBS                                     September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1236    Willow Haven Holding Company
GMAC Matter No.: 726529

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ABK | 08/06/12 | Communicate with ResCap and FNMA re: case status follwoing substitution of counsel for plaintiff and recommendations for further handling. | L120 | 0.20 | 247.50 | 49.50 |
| ABK | 08/20/12 | Review case status and develop recommendations for further handling, particularly re: appearance at scheduled Case Management Conference. | L120 | 0.20 | 247.50 | 49.50 |
| ABK | 08/20/12 | Communicate with ETS and FNMA re: scheduled Case Management Conference and recommendations for further handling. | L120 | 0.10 | 247.50 | 24.75 |
| ABK | 08/20/12 | Plan and prepare for upcoming Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| ABK | 08/28/12 | Plan and prepare for Case Management Confeence. | L230 | 0.40 | 247.50 | 99.00 |
| ABK | 08/28/12 | Appear for Case Management Conference by Courtcall. | L230 | 1.60 | 247.50 | 396.00 |
| ABK | 08/28/12 | Report to H. Franchi at Ally and S. Friedman at FNMA re: case status following Case Management Conference. | L230 | 0.20 | 247.50 | 49.50 |
| | | **TOTAL** | | **3.10** | | **$771.75** |

### COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.   326223 | CLIENT | GMAC ResCap | Page        2 |
| | MATTER | Willow Haven Holding Company | |

| | | |
|---|---|---|
| 08/13/12  CourtCall, LLC; CourtCall - Conference Service; 08/28/12 | | 78.00 |
| **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $123.75 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 2.40 | $594.00 |
| | **TOTAL** | **3.10** | **$771.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kenney, Austin | ABK | Associate | 2.90 | 247.50 | $717.75 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **3.10** | | **$771.75** |

| | |
|---|---|
| PRIOR FEES | $5,959.58 |
| PRIOR COSTS & EXPENSES | $95.98 |

| | |
|---|---|
| FEES | $771.75 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$849.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326224    JBS                                   September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1247     Galaviz, Jorge and Consuelo
                     GMAC Matter No.: 727068

**TOTAL AMOUNT DUE**          $1,473.25

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326224    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1247    Galaviz, Jorge and Consuelo
                        GMAC Matter No.: 727068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| ERB | 08/03/12 | Review and revise Notice of Bankruptcy Stay and analysis of claims re same. | L250 | 0.50 | 279.00 | 139.50 |
| MKK | 08/03/12 | Draft, proofread, and revise Notice of Bankruptcy Stay. | L210 | 0.80 | 225.00 | 180.00 |
| MKK | 08/07/12 | Prepare notice of bankruptcy for filing (.1); draft cover letter for notice of bankruptcy (.3). | L210 | 0.40 | 225.00 | 90.00 |
| MKS | 08/17/12 | Study and review tentative ruling on demurrer. Strategy re: response to same and effect of b/k stay on non-debtor party. Prepare for hearing. | L240 | 0.60 | 270.00 | 162.00 |
| MKK | 08/17/12 | Review and analyze tentative ruling on demurrer; Review case materials in preparation for hearing on demurrer. | L210 | 0.70 | 225.00 | 157.50 |
| MKK | 08/17/12 | Leave message for opposing counsel regarding appearance at demurrer hearing. | L210 | 0.10 | 225.00 | 22.50 |
| MKK | 08/17/12 | Phone call with clerk of court regarding appearance at demurrer hearing. | L210 | 0.10 | 225.00 | 22.50 |
| MKS | 08/20/12 | Attend (telephonically) hearing on demurrer. | L240 | 0.50 | 270.00 | 135.00 |
| MKK | 08/20/12 | Attend hearing regarding demurrer. | L210 | 0.60 | 225.00 | 135.00 |
| MKK | 08/20/12 | Draft and review email to client regarding outcome of hearing on demurrer. | L210 | 0.40 | 225.00 | 90.00 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| MKS | 08/31/12 | Attention to plaintiff's failure to submit | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    326224 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|
| | MATTER | Galaviz, Jorge & Consuelo | | |

court ordered further briefing on effect
of Stay on MERS defendant. Strategy
re: same.

| | | | |
|---|---|---|---|
| **TOTAL** | | 5.20 | **$1,269.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service;  07/31/12 | 78.00 |
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; Solano County Superior Court 7/16/12 | 48.25 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 08/20/12 | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$204.25** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.50 | $135.00 |
| L210 | Pleadings | 3.10 | $697.50 |
| L240 | Dispositive Motions | 1.10 | $297.00 |
| L250 | Other Written Motions | 0.50 | $139.50 |
| | **TOTAL** | **5.20** | **$1,269.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Kamka, Mary Kate | MKK | Special Counsel | 3.10 | 225.00 | $697.50 |
| Sullivan, Mary Kate | MKS | Member | 1.60 | 270.00 | $432.00 |
| | **Total** | | **5.20** | | **$1,269.00** |

| | |
|---|---|
| PRIOR FEES | $12,295.80 |
| PRIOR COSTS & EXPENSES | $1,346.44 |

| | |
|---|---|
| FEES | $1,269.00 |
| COSTS & EXPENSES | $204.25 |
| **TOTAL THIS INVOICE** | **$1,473.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326225    JBS                                  September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1278 | Lin. Calvin |
|        |      | GMAC Matter No.: 728846 |

**TOTAL AMOUNT DUE**          **$1,627.70**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326225    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1278    Lin. Calvin
GMAC Matter No.: 728846

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| YS | 08/02/12 | Draft status report to client regarding the case, the pending judgment debtor exam, and the impact of client's bankruptcy filing on the case | L190 | 0.20 | 238.50 | 47.70 |
| YS | 08/02/12 | Draft notice to plaintiff of amended minute order on client's bench warrant and judgment debtor exam | L210 | 0.30 | 238.50 | 71.55 |
| YS | 08/02/12 | Draft correspondence to plaintiff regarding client's bankruptcy filing, the effect of the automatic stay, and a proof of claim for him to file | L190 | 0.40 | 238.50 | 95.40 |
| DHC | 08/23/12 | Conference with Adam Barasch re hearing on objection to claim and strategy. | L120 | 0.50 | 337.50 | 168.75 |
| YS | 08/30/12 | Attend the Court's judgment debtor exam and status conference hearing and determine how to proceed based on the Court's ruling | L450 | 4.30 | 238.50 | 1,025.55 |
| YS | 08/30/12 | Draft notice of outcome from hearing on judgment/debtor exam and the status of client's bankruptcy case | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **6.00** | | **$1,480.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; LASC - Pomona /Limited, CA 06/28/12 | 87.25 |
| 08/15/12 | One Legal, Inc.; Transmittal of filing to court; Notice of Amended Minute Order 08/03/12 | 59.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326225 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Lin. Calvin | | | |

### TOTAL COSTS & EXPENSES                                   $147.20

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 0.60 | $143.10 |
| L450 | Trial and Hearing Attendance | 4.30 | $1,025.55 |
| | TOTAL | 6.00 | $1,480.50 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Shaham, Yaron | YS | Special Counsel | 5.50 | 238.50 | $1,311.75 |
| | Total | | 6.00 | | $1,480.50 |

| PRIOR FEES | $2,759.85 |
|---|---|
| PRIOR COSTS & EXPENSES | $277.85 |

| FEES | $1,480.50 |
|---|---|
| COSTS & EXPENSES | $147.20 |
| TOTAL THIS INVOICE | $1,627.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       326226       JBS                                      September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1295 | Stell, Eric |
| | | GMAC Matter No.: 696977 |

**TOTAL AMOUNT DUE**                   **$318.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326226    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1295    Stell, Eric
                        GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KWF | 07/16/12 | Analyze file status and court docket, prepare email to client advising of status of small claims matter. | L190 | 0.20 | 270.00 | 54.00 |
| KWF | 08/01/12 | Analyze file status and court docket, noting vacating of trial. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/06/12 | Prepare amended notice of bankruptcy. | L210 | 0.30 | 270.00 | 81.00 |
| KWF | 08/06/12 | Prepare letter to Plaintiff re: final supplemental order. | L120 | 0.30 | 270.00 | 81.00 |
| KWF | 08/13/12 | Prepare email to client, K. Krull, with amended bankruptcy notice and cover letter to Plaintiff. | L190 | 0.10 | 270.00 | 27.00 |
| | | **TOTAL** | | **1.00** | | **$270.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/20/12 | First Legal Network, LLC; Court Services; San Diego County Court 6/29/12 | 48.25 |

**TOTAL COSTS & EXPENSES**                          **$48.25**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.30 | $81.00 |
| L190    Other Case Assessment | 0.40 | $108.00 |
| L210    Pleadings | 0.30 | $81.00 |
| **TOTAL** | **1.00** | **$270.00** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.00 | 270.00 | $270.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326226 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Stell, Eric | | | |

| | **Total** | | | **1.00** | **$270.00** |
|---|---|---|---|---|---|
| | | | FEES | | $270.00 |
| | | | COSTS & EXPENSES | | $48.25 |
| | | | **TOTAL THIS INVOICE** | | **$318.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326227    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER     1307     Henle, Thomas N.
                    GMAC Matter No.: 729616

**TOTAL AMOUNT DUE**          $2,583.13

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326227    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1307    Henle, Thomas N.
                        GMAC Matter No.: 729616

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| JCP | 07/06/12 | Conduct Title Search and Prepare Property Profile | L190 | 0.80 | 130.50 | 104.40 |
| MTM | 08/08/12 | Revise answer. | L210 | 1.00 | 288.00 | 288.00 |
| MTM | 08/08/12 | Respond to J. Hoy regarding status of Answer. | L210 | 0.20 | 288.00 | 57.60 |
| MJS | 08/09/12 | Analysis of MERS tender re second lien only,but not first lien. | L120 | 0.30 | 400.50 | 120.15 |
| MTM | 08/09/12 | Retrieve and review title policy and pull and review recorded documents and maps. | L210 | 1.00 | 288.00 | 288.00 |
| MTM | 08/09/12 | Email opposing counsel regarding deadline. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/09/12 | Phone message to counsel for MERS. | L210 | 0.10 | 288.00 | 28.80 |
| MTM | 08/09/12 | Strategy regarding contents of Answer; revise Answer and draft correspondence to client forwarding same. | L210 | 2.30 | 288.00 | 662.40 |
| MKS | 08/10/12 | Review and revise draft answer to complaint and draft stipulation re: limited participation. | L210 | 0.50 | 270.00 | 135.00 |
| MTM | 08/10/12 | Follow up regarding representation of MERS. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/10/12 | Confer with counsel for MERS. | L210 | 0.40 | 288.00 | 115.20 |
| MTM | 08/14/12 | Review and finalize answer. | L210 | 0.30 | 288.00 | 86.40 |
| MTM | 08/14/12 | Respond to email from Plaintiffs' counsel. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/16/12 | Respond to inquiry from J. Hoy regarding file-stamped answer. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/22/12 | Confer with additional counsel for MERS. | L210 | 0.20 | 288.00 | 57.60 |
| MTM | 08/23/12 | Send update email to J. Hoy. | L210 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326227 | CLIENT | GMAC ResCap | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Henle, Thomas N. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MTM | 08/29/12 | Attention to status of answers from co-defendants; email cousnel for MERS. | L120 | 0.20 | 288.00 | | 57.60 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | | 54.00 |
| MTM | 08/30/12 | Review Interrogatories received from Plaintiff and review correspondence from J. Hoy regarding ownership of note and forward interrogatories to same. | L310 | 0.60 | 288.00 | | 172.80 |
| | | **TOTAL** | | **9.00** | | | **$2,487.15** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2731 Corey Place Contra Costa, CA 07/01/12 | | 95.98 |
| | **TOTAL COSTS & EXPENSES** | **$95.98** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $177.75 |
| L190 | Other Case Assessment | 1.00 | $158.40 |
| L210 | Pleadings | 6.90 | $1,978.20 |
| L310 | Written Discovery | 0.60 | $172.80 |
| | **TOTAL** | **9.00** | **$2,487.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Spann, Joel | JCP | Paralegal | 0.80 | 130.50 | $104.40 |
| Steiner, Michael | MJS | Member | 0.30 | 400.50 | $120.15 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| McGuinness, Michelle | MTM | Associate | 7.20 | 288.00 | $2,073.60 |
| | | **Total** | **9.00** | | **$2,487.15** |

| PRIOR FEES | | $1,629.90 | |
|---|---|---|---|
| | | FEES | $2,487.15 |
| | | COSTS & EXPENSES | $95.98 |
| | | **TOTAL THIS INVOICE** | **$2,583.13** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326228    JBS                                         September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1309    Kinman, Kenneth James
GMAC Matter No.: 729769

**TOTAL AMOUNT DUE**            $291.73

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326228    JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1309    Kinman, Kenneth James
                        GMAC Matter No.: 729769

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DPB | 08/03/12 | Communications with A.Hartshorn (.2) L250 and with plaintiffs' counsel (.2) regarding withdrawing/expunging lis pendens. | 0.40 | 288.00 | 115.20 |
| DPB | 08/07/12 | Communications with A.Hartshorn L250 regarding moving forward with motion to expunge lis pendens. | 0.20 | 288.00 | 57.60 |
| DPB | 08/14/12 | Communications with A.Hartshorn L250 regarding time frame for bringing motion to expunge lis pendens. | 0.10 | 288.00 | 28.80 |
| DPB | 08/31/12 | Communications with A.Hartshorn L250 regarding time frame for brining motion to expunge lis pendens. | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | **0.80** | | **$230.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA- Placer, Document 2012.34169 07/31/12 | 4.95 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1141 Snow Crest Road Placer, CA 07/31/12 | 47.99 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1141 Snow Crest Road, Placer, CA 07/13/12 | 8.39 |

**TOTAL COSTS & EXPENSES**            **$61.33**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326228 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Kinman, Kenneth James | | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L250    Other Written Motions | 0.80 | $230.40 |
| **TOTAL** | **0.80** | **$230.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 0.80 | 288.00 | $230.40 |
| | **Total** | | **0.80** | | **$230.40** |

PRIOR FEES                    $2,210.40

| | | |
|---|---|---|
| | FEES | $230.40 |
| | COSTS & EXPENSES | $61.33 |
| | **TOTAL THIS INVOICE** | **$291.73** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326229      JBS                                    September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      1311      Chao, Yao Sae
                      GMAC Matter No.: 729670

**TOTAL AMOUNT DUE**            **$244.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326229    JBS                                   September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1311    Chao, Yao Sae
                        GMAC Matter No.: 729670

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| AAG | 08/03/12 | Communicate with plaintiff's attorney regarding complaint and service of acknowledgement and receipt. | L110 | 0.30 | 238.50 | 71.55 |
| AAG | 08/23/12 | Update client about status of case. | L110 | 0.10 | 238.50 | 23.85 |
| AAG | 08/27/12 | Communicate with plaintiff's attorney regarding service of complaint. | L110 | 0.20 | 238.50 | 47.70 |
| AAG | 08/28/12 | Update Mary Kate Sullivan. | L190 | 0.20 | 238.50 | 47.70 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.00** | | **$244.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.60 | $143.10 |
| L190 | Other Case Assessment | 0.40 | $101.70 |
| | **TOTAL** | **1.00** | **$244.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.80 | 238.50 | $190.80 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **1.00** | | **$244.80** |

PRIOR FEES                        $1,318.50

                                  FEES          $244.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326229 | CLIENT | GMAC ResCap | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Chao, Yao Sae | | |

**TOTAL THIS INVOICE**                    **$244.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326231    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000    GMAC ResCap
MATTER    1358    Aniel, Erlinda Abibas
                  GMAC Matter No.:

**TOTAL AMOUNT DUE**          **$1,114.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326231 | JBS | | September 10, 2012 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1358    Aniel, Erlinda Abibas
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| MKS | 08/15/12 | Aniel - Study and review new complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| CHR | 08/16/12 | Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| TNA | 08/16/12 | Analyze 38-page complaint, including multiple exhibits, to identify claims and formulate strategy for response. | L210 | 0.80 | 270.00 | 216.00 |
| JBS | 08/17/12 | Analysis and evaluation of defense strategy | L120 | 0.40 | 427.50 | 171.00 |
| TNA | 08/17/12 | Identify claims subject to bankruptcy stay and prepare notice of stay. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 08/17/12 | Leave message for plaintiffs' counsel regarding case. | L190 | 0.10 | 270.00 | 27.00 |
| TNA | 08/17/12 | Prepare notice of bankruptcy stay. | L210 | 0.20 | 270.00 | 54.00 |
| TNA | 08/27/12 | Telephone conference with plaintiffs' counsel regarding complaint and their litigation objectives. | L190 | 0.30 | 270.00 | 81.00 |
| TNA | 08/27/12 | Prepare stipulation to continue deadline to respond to complaint until after hearing on plaintiffs' application for preliminary injunction. | L210 | 0.20 | 270.00 | 54.00 |
| TNA | 08/28/12 | Prepare initial assessment and recommendations to J. Holtgren at GMACM regarding complaint, | L190 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326231   CLIENT   GMAC ResCap                    Page        2
                       MATTER   Aniel, Erlinda Abibas

application for preliminary injunction,
and scope of bankruptcy stay.

**TOTAL**                                        **4.10**        **$1,114.20**

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $171.00 |
| L190 | Other Case Assessment | 1.10 | $241.20 |
| L210 | Pleadings | 2.60 | $702.00 |
| | **TOTAL** | **4.10** | **$1,114.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| Abbott, Thomas | TNA | Associate | 2.30 | 270.00 | $621.00 |
| | **Total** | | **4.10** | | **$1,114.20** |

FEES                    $1,114.20
**TOTAL THIS INVOICE**      **$1,114.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326232    JBS                                September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1372     Anderegg, Michael
                     GMAC Matter No.: 731862

**TOTAL AMOUNT DUE**            $450.45

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326232    JBS                                            September 10, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1372    Anderegg, Michael
GMAC Matter No.: 731862

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 08/23/12 | Anderegg - Study and review new pro per complaint for handling, evaluation and defense strategy. | L210 | 1.00 | 270.00 | 270.00 |
| JBS | 08/24/12 | Analysis and evaluation of defense strategy | L120 | 0.30 | 427.50 | 128.25 |
| CHR | 08/24/12 | 1372  Prepare Confirmation of Receipt to Client. Review Initial Correspondence and Pleadings. Review Court Docket and Download additional pleadings. Review Title re recorded Lis Pendens. Prepare Conflicts Request and Calendaring Memo. | L190 | 0.40 | 130.50 | 52.20 |
| | | **TOTAL** | | **1.70** | | **$450.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $128.25 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 1.00 | $270.00 |
| | **TOTAL** | **1.70** | **$450.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326232 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Anderegg, Michael | | |

| | | | | |
|---|---|---|---|---|
| | **Total** | | 1.70 | **$450.45** |
| | | FEES | | $450.45 |
| | | **TOTAL THIS INVOICE** | | $450.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326356     JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000     GMAC ResCap
MATTER      0770      Locker v. Ally Bank
                      C/M# 709371

**TOTAL AMOUNT DUE**              $1,921.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326356    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0770    Locker v. Ally Bank
                        C/M# 709371

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| EK | 08/02/12 | Analysis and evaluation of motion to withdraw filed by E. Davis | L210 | 0.20 | 274.50 | 54.90 |
| EK | 08/02/12 | Call from plaintiffs' attorney, A. Weitz, re discovery and settlement issues | L160 | 0.10 | 274.50 | 27.45 |
| EK | 08/09/12 | Draft email to D. Booth updating on plaintiffs' re settlement overtures from plaintiffs and motion to withdraw filed by E. Davis | L160 | 1.40 | 274.50 | 384.30 |
| EK | 08/09/12 | Draft response to further email from D. Booth re settlement and loan modification issues | L160 | 1.20 | 274.50 | 329.40 |
| EK | 08/13/12 | Draft email to plaintiffs' counsel, A. Weitz, responding to question re loan modifications | L160 | 0.70 | 274.50 | 192.15 |
| EK | 08/15/12 | Review email from D. Booth re status of Locker plaintiffs' loans and draft reply to same | L190 | 0.60 | 274.50 | 164.70 |
| EK | 08/16/12 | Review and analyze email from A. Weitz re notice of withdrawal | L190 | 0.20 | 274.50 | 54.90 |
| EK | 08/17/12 | Draft email to D. Booth updating on case status and additional motion to withdraw | L160 | 0.30 | 274.50 | 82.35 |
| EK | 08/20/12 | Review and analyze notice of retraction of association of counsel filed by A. Weitz | L190 | 0.10 | 274.50 | 27.45 |
| EK | 08/29/12 | Attend Davis's motion to withdraw via CourtCall | L250 | 1.10 | 274.50 | 301.95 |
| EK | 08/30/12 | Draft email to D. Booth updating on plaintiffs' attorneys motion to withdraw | L190 | 0.90 | 274.50 | 247.05 |
| EK | 08/30/12 | Draft email to E. Davis re failure to | L110 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326356 | CLIENT | GMAC ResCap | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Locker v. Ally Bank | | | |

include one of the plaintiffs on proof of
service of order granting motion to
withdraw

| | | | |
|---|---|---|---|
| **TOTAL** | | 7.00 | **$1,921.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $54.90 |
| L160 | Settlement/Non-Binding ADR | 3.70 | $1,015.65 |
| L190 | Other Case Assessment | 1.80 | $494.10 |
| L210 | Pleadings | 0.20 | $54.90 |
| L250 | Other Written Motions | 1.10 | $301.95 |
| | **TOTAL** | **7.00** | **$1,921.50** |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | | 7.00 | 274.50 | $1,921.50 |
| | **Total** | | | **7.00** | | **$1,921.50** |

| | |
|---|---|
| PRIOR FEES | $68,828.40 |
| PRIOR COSTS & EXPENSES | $10,768.46 |

| | |
|---|---|
| FEES | $1,921.50 |
| **TOTAL THIS INVOICE** | **$1,921.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326357    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    0779    Aniel, Fermin and Erlinda
GMAC Matter No.: 771 553

**TOTAL AMOUNT DUE**            **$1,083.05**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326357    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0779    Aniel, Fermin and Erlinda
GMAC Matter No.:

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MEH | 07/06/12 | Review trial court order dismissing case and determine effect upon pending appeal. | L120 | 0.30 | 261.00 | 78.30 |
| MEH | 07/10/12 | Evaluate case file in light of court's letter re: waiver of oral argument. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/10/12 | Review appellants' reply brief. | L520 | 0.30 | 261.00 | 78.30 |
| MEH | 07/17/12 | Monitor online docket for plaintiffs' oral argument request. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/20/12 | Monitor online docket for oral argument requests by other parties. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 07/23/12 | Review/analyze co-respondent's request for oral argument. | L530 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Draft notice of bankruptcy stay. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/09/12 | Draft cover letter to plaintiffs re: automatic bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| MEH | 08/09/12 | Draft email to client (J. Holtgren) enclosing drafts of notice and cover letter with comments. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/21/12 | Finalize notice of stay and accompanying cover letter. | L510 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/12 | Review case file for upcoming deadlines and to determine status of bankruptcy stay. | L510 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | **2.80** | | **$730.80** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 07/06/12 | First Legal Network, LLC; Court Services; CACOA- San Francisco 6/4/12, Advance ck. | 352.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326357 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Aniel, Fermin & Erlinda | | |

$325.00

**TOTAL COSTS & EXPENSES**                                    **$352.25**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $78.30 | | | |
| L510 | Appellate Motions & Submission | 1.40 | $365.40 | | | |
| L520 | Appellate Briefs | 0.30 | $78.30 | | | |
| L530 | Oral Argument | 0.80 | $208.80 | | | |
| | **TOTAL** | **2.80** | **$730.80** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Holt, M. Elizabeth | MEH | Associate | | 2.80 | 261.00 | $730.80 |
| | **Total** | | | **2.80** | | **$730.80** |

PRIOR FEES                    $16,842.60
PRIOR COSTS & EXPENSES        $3,305.38

| | |
|---|---|
| FEES | $730.80 |
| COSTS & EXPENSES | $352.25 |
| **TOTAL THIS INVOICE** | **$1,083.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

TAX ID# 27-3093040



SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg. |
|---|---|---|---|---|
| 82035 | 266261 | 6/15/12 | 36,858.22 | 7 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 6/04/12 FILING-FORWARD FAX/PDF | 6801583 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: MARILYN HECMER Case No.: SC20110261 FILE/CONFORM/RETURN Signed: FILED/CC | EDCMC-SOUTH LAKE TAHOE 1354 JOHNSON BOULEVARD SOUTH LAKE TAHOE CA 96150 Case Title: STROM V SUNTRUST COURTESY COPY TO JDG Ref: 11950.0106 | Base Chg : 120.75 | | 120.75 |
| 6/04/12 FILING-FAX/PDF | 6801602 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Verdia Nash Case No.: 34-2011-00094852 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO    CA 95814 Case Title: Sahansra v. lawyers Ref: 07685.0986 | Base Chg : 29.75 Adv/Wit Ck: 225.00 | | 254.75 |
| 6/04/12 FILING-FAX/PDF | 6801612 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: ANGELA L. EURE Case No.: 34-2012-00123823 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO    CA 95814 Case Title: Robinson v. GMAC Ref: 19000.1276 | Base Chg : 29.75 PDF/OvrNte: 63.00 Adv/Wit Ck: 790.00 | | 882.75 |
| 6/04/12 FILING-REGULAR BICYCLE | 6801615 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: A134461 FILE/CONFORM/RETURN Signed: FILED | CACOA-SAN FRANCISCO 350 MCALLISTER STREET SAN FRANCISCO    CA 94102 Case Title: ANIEL V. ETS SERVICE ADVANCE FEES Ref: 19000.0779 | Base Chg : 27.25 Adv/Wit Ck: 325.00 | | 352.25 |
| 6/04/12 PDF COURTESY DELIVERY | 6801617 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: 4:10-CV-00475-PJH COURTESY COPY TO JDG Signed: DELIVERED | USDC-OAKLAND 1301 CLAY STREET OAKLAND    CA 94612 Case Title: TV INTERACTIVE V. SO PHYLIS HAMILTON Ref: 12037.0002 | Base Chg : 45.00 | | 45.00 |
| 6/04/12 PDF COURTESY DELIVERY | 6801622 | PDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO    CA 94111 Caller: Sylvia Coleman Case No.: 8:11-CV-01943-AGRBx COURTESY COPY TO JDG Signed: delivered (ag) | USDC-SANTA ANA 411 WEST 4TH STREET SANTA ANA    CA 92701 Case Title: GAUNT V. HOMECOMING ANDREW GUILFORD Ref: 19000.1153 | Base Chg : 25.00 | | 25.00 |

C

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326358    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     19000     GMAC ResCap
MATTER     0860      Flores, Lynn D.
                     GMAC Matter No.: 712011

**TOTAL AMOUNT DUE**                 **$162.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   326358    JBS                                      September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0860    Flores, Lynn D.
                        GMAC Matter No.: 712011

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| MKS | 07/08/12 | Update to client re: new developments, L120 new deadlines and hearing dates and status. | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | **0.20** | | **$54.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/12 | CourtCall, LLC; CourtCall - Conference Service; 06/28/12 | 108.00 |
| | **TOTAL COSTS & EXPENSES** | **$108.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120    Analysis/Strategy | | 0.20 | $54.00 |
| **TOTAL** | | **0.20** | **$54.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| **Total** | | | **0.20** | | **$54.00** |

| | |
|---|---|
| PRIOR FEES | $10,031.85 |
| PRIOR COSTS & EXPENSES | $3,666.30 |

| | |
|---|---|
| FEES | $54.00 |
| COSTS & EXPENSES | $108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 326358 | CLIENT | GMAC ResCap | Page | 2 |
| | | MATTER | Flores, Lynn D. | | |

**TOTAL THIS INVOICE**                    **$162.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Ledger for 06/16/2012 through

# Debit Account Number CCDA-01-378

| ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | FEE TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Mary Kate Sullivan | 5024250 | Los Angeles Superior Court-Central(A-L) | 34 | Judge Amy D. Hogue | Flores vs. Peak Finance Co., et al/BC458091 | $78.00 | $30.00 | $108.00 | ($15,007.30) |
| | 5007698 | U.S. Bankruptcy Court-N.D. California (Oakland) | 215 | Honorable M. Elaine Hammond | Virk/12-44097 | $30.00 | $0.00 | $30.00 | ($14,977.30) |
| | 5024688 | Los Angeles Superior Court-Pomona | H | Judge Bruce R. Minto | Sau King Chan & Phong Ackerman vs. Wells Fargo Bank, et al/KC062392 | $78.00 | $0.00 | $78.00 | ($14,899...) |
| | 5024882 | San Joaquin County Superior Court | 33 | Judge Linda Lofthus(8:30) | Phal Pacheco v. Deutsche Bank, et al/39-2011-00273990 | $78.00 | $30.00 | $108.00 | ($14,791.3) |
| | 5025040 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Spartizione Management vs V F C Partners/112CV223690 | $78.00 | $0.00 | $78.00 | ($14,713.30) |
| | 5025075 | Sonoma County Superior Court | 19 | Judge Arthur A. Wick | McVay vs. BAC Home Loans, et al/249789 | $78.00 | $0.00 | $78.00 | ($14,635.30) |
| | 5025650 | Contra Costa County Superior Court | 31 | Judge Laurel S. Brady | Debra Staudhammer vs. US Bank/C1200424 | $78.00 | $0.00 | $78.00 | ($14,557.30) |
| | 5026177 | San Mateo County Superior Court | L&M | Judge Raymond Swope (L&M) | Kalotkin vs. America's Wholesale Lender, et al/507649 | $78.00 | $0.00 | $78.00 | ($14,479.30) |

Reference # 10000.0860    6/27/12  6/21/12  Adam Sarasch

Reference # 15314.0326    6/27/12  7/12/12  Jariath Curran II

Reference # 55000.0040    6/27/12  6/29/12  Jason Julian

Reference #    6/27/12  8/21/12  Patricio Marquez

Reference # 15314.0196    6/27/12  7/12/12  Jason Julian

Reference # 70000.0249    /28/12  8/16/12  Brian Whittemore

Reference # 70000.0640    /8/12  7/6/12  Jason Julian

Reference # 70000.0376

Auto Debit Send on 06/30/12 at 11:15 PM

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326359      JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000      GMAC ResCap
MATTER      0926       Vargas, Robert
                       C/M# 713841

**TOTAL AMOUNT DUE**                $309.15

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326359    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 0926    Vargas, Robert
                        C/M# 713841

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| AAG | 08/29/12 | Update client regarding case status. | L210 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | **0.40** | | **$101.70** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 07/16/12 | One Legal, Inc.; Transmittal of filing to court; Memorandum of Points & Authorities, Demurrer, Memorandum of Points & Authorities for Judicial Notice including Court Filing Fee $80 06/21/12 | 129.95 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Napa County Superior Court, CA 07/11/12 Adv/Ck; $20 | 77.50 |

**TOTAL COSTS & EXPENSES**                    **$207.45**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.20 | $47.70 |
| | **TOTAL** | **0.40** | **$101.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.20 | 238.50 | $47.70 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 326359 | CLIENT | GMAC ResCap | Page    2 |
| | | MATTER | Vargas, Robert | |

| | | | |
|---|---|---|---|
| **Total** | | 0.40 | **$101.70** |

| | | |
|---|---|---|
| PRIOR FEES | $13,491.00 | |
| PRIOR COSTS & EXPENSES | $2,036.33 | |

| | |
|---|---|
| FEES | $101.70 |
| COSTS & EXPENSES | $207.45 |
| **TOTAL THIS INVOICE** | **$309.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN:
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| 6120266 | |
| Date: | 6/21/12 |
| Cust. No.: | 0000562 |

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 6120266 |
| Inv. Date: | 6/21/12 |
| Due Date: | 7/6/12 |
| Total: | $129.95 |
| Terms: | Net 15 |

| Law Firm Contact: | Alisa A. Givental |
|---|---|
| Client File No.: | 19000-0926 |
| Case Short Title: | Roberto Vargas V. GMAC Mortgage |

| Documents: | Memorandum of Points & Authorities, Demurrer, Memorandum of Points & Authorities, Request for Judicial Notice |
|---|---|
| One Legal Branch: | Solano |
| Court Description: | Superior Court of California, Napa County |

| COURT FILING FEE | $80.00 |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |

*ok to pay
AACGTP*

| Due Date | 7/6/12 | Total This Invoice | $129.95 |
|---|---|---|---|



# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326360    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1035     Ross, Richard
                     GMAC Matter No.: 718077

**TOTAL AMOUNT DUE**            $1,269.74

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326360    JBS                          September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1035    Ross, Richard
                     GMAC Matter No.: 718077

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| NSR | 08/01/12 | Draft notice of demurrer and demurrer | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 08/01/12 | Draft notice of motion and motion to strike | L240 | 0.40 | 238.50 | 95.40 |
| NSR | 08/01/12 | Finalize demurrer, motion to strike and all supporting pleadings prior to filing | L240 | 0.90 | 238.50 | 214.65 |
| NSR | 08/08/12 | Prepare to attend order to show cause re Plaintiffs' failure to appear at the prior CMC, including analysis regarding procedural history | L230 | 0.40 | 238.50 | 95.40 |
| NSR | 08/09/12 | Attend order to show cause regarding Plaintiffs' failure to appear at the prior case management conference | L230 | 1.20 | 238.50 | 286.20 |
| NSR | 08/09/12 | Draft correspondence to Ms. Hoy regarding the order to show cause re: Plaintiff's failure to appear at a prior case management conference and dismissal of the case without prejudice | L230 | 0.30 | 238.50 | 71.55 |
| MKS | 08/28/12 | Update to client re: case status, new developments and upcoming dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| NSR | 08/29/12 | Determine status of the Court's formal order of dismissal | L210 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | **4.10** | | **$984.15** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 07/06/12 | First Legal Network, LLC; Court Services; SCSC- San Jose 6/11/12 | | 194.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326360 | CLIENT | GMAC ResCap | | Page | 2 |
| | | MATTER | Ross, Richard | | | |

| | | | |
|---|---|---|---:|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 346 Los Pinos Way Santa Clara, CA 07/23/12 | | 13.34 |
| 08/13/12 | CourtCall, LLC; CourtCall - Conference Service; 09/27/12 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$285.59** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.20 | $54.00 |
| L210 | Pleadings | 0.30 | $71.55 |
| L230 | Court Mandated Conferences | 1.90 | $453.15 |
| L240 | Dispositive Motions | 1.70 | $405.45 |
| | **TOTAL** | **4.10** | **$984.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 3.90 | 238.50 | $930.15 |
| | **Total** | | **4.10** | | **$984.15** |

| | |
|---|---|
| PRIOR FEES | $18,883.80 |
| PRIOR COSTS & EXPENSES | $2,384.00 |

| | |
|---|---:|
| FEES | $984.15 |
| COSTS & EXPENSES | $285.59 |
| **TOTAL THIS INVOICE** | **$1,269.74** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326361    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1274 | Lee, Sally |
| | | GMAC Matter No.: 728468 |

**TOTAL AMOUNT DUE**          **$902.39**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326361    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1274    Lee, Sally
                        GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MIW | 08/01/12 | Phone call with client re complaint. Revise complaint and send to client for final review and approval. | L210 | 0.50 | 274.50 | 137.25 |
| MIW | 08/02/12 | Finalize complaint and summons for filing and service. | L210 | 0.30 | 274.50 | 82.35 |
| MIW | 08/15/12 | Review correspondence from client re status of filing and service of complaint.  Draft and send reply re same. | L190 | 0.20 | 274.50 | 54.90 |
| MIW | 08/17/12 | Draft and send correspondence to client with conformed copy of complaint. | L190 | 0.10 | 274.50 | 27.45 |
| MIW | 08/20/12 | Research Lee's address for service. | L210 | 0.50 | 274.50 | 137.25 |
| | | **TOTAL** | | **1.60** | | **$439.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 138 South Bonnie Avenue, Unit 6, Los Angeles, CA 07/09/12 | 28.19 |
| 08/20/12 | Clerk, Superior Court; Court and Filing Fees; File Complaint againts Sally S. Lee. Draft#27728 8/3/12 | 435.00 |

**TOTAL COSTS & EXPENSES**                    **$463.19**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L190    Other Case Assessment | 0.30 | $82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326361 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Lee, Sally | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L210 | Pleadings | | | 1.30 | $356.85 | | |
| | **TOTAL** | | | **1.60** | **$439.20** | | |

| Timekeeper | | Position | | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Wraight, Mark | | MIW | Member | 1.60 | 274.50 | $439.20 | |
| | | **Total** | | **1.60** | | **$439.20** | |

PRIOR FEES                                    $2,287.35

|  |  |
|---|---|
| FEES | $439.20 |
| COSTS & EXPENSES | $463.19 |
| **TOTAL THIS INVOICE** | **$902.39** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**27728**
MIW/kmd

| DATE | CLIENT | MATTER |
|------|--------|--------|
| 8/3/12 | 19000 | 1274 |

PURPOSE
File Complaint against
Sally S. Lee

CASE/CLIENT
GMAC vs. Lee

**(VOID 60 DAYS AFTER DATE)**

90-3779
1211

PAY TO THE
ORDER OF    Clerk, Superior Court

THE SUM OF    Four hundred and thirty-five dollars                    DOLLARS $ 435.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $650.00.

PAYABLE THROUGH

**Borel Private Bank & Trust Company®**
433 CALIFORNIA STREET · SAN FRANCISCO, CA 94104

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BY                                                    NON NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 - (415) 396-3344
19100 VON KARMAN, SUITE 700, IRVINE, CA 92612 - (949) 442-7110

Mark I. Wraight, Esq.

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326362    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      19000    GMAC ResCap
MATTER      1283     Munguia, Jorge and Michele
                     GMAC Matter No.: 728959

**TOTAL AMOUNT DUE**              **$796.49**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326362    JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1283    Munguia, Jorge and Michele
GMAC Matter No.: 728959

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|--|-------|------|--------|
| MCK | 08/02/12 | E-mail correspondence to Plaintiffs' counsel requesting inclusion on any e-mail correspondence regarding this matter. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/02/12 | Review of Plaintiffs' Notice of Intent to file amended pleading. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/09/12 | Review of minutes after hearing and register of actions and telephone call with co-defendant counsel re: case activity and status of injunction. | L120 | 0.50 | 234.00 | 117.00 |
| MCK | 08/13/12 | E-mail correspondence with client regarding case activity. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/21/12 | Review of tenative ruling on demurrer; confirm filing of first amended complaint. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/28/12 | Review First Amended Complaint and draft amended notice of bankruptcy stay and accompanying correspondence. | L120 | 1.00 | 234.00 | 234.00 |
| MCK | 08/28/12 | E-mail correspondence to client with draft notice of bankruptcy, correspondence and first amended complaint. | L120 | 0.20 | 234.00 | 46.80 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **2.50** | | **$592.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326362 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Munguia, Jorge & Michele | | |

## COSTS & EXPENSES

| | | |
|---|---|---:|
| 08/01/12 | CourtCall, LLC; CourtCall - Conference Service; 07/26/12 | 108.00 |
| 08/02/12 | CourtCall, LLC; CourtCall - Conference Service; 09/27/12 | 78.00 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1219 Hartwell Avenue San Joaquin, CA 07/09/12 | 18.29 |
| | **TOTAL COSTS & EXPENSES** | **$204.29** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.30 | $538.20 |
| L190 | Other Case Assessment | 0.20 | $54.00 |
| | **TOTAL** | **2.50** | **$592.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 2.30 | 234.00 | $538.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.50** | | **$592.20** |

| | |
|---|---|
| PRIOR FEES | $2,299.95 |
| PRIOR COSTS & EXPENSES | $269.53 |

| | |
|---|---:|
| FEES | $592.20 |
| COSTS & EXPENSES | $204.29 |
| **TOTAL THIS INVOICE** | **$796.49** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Call Debit Ledger for 07/16/2012 through

## Debit Account Number CCDA-01-378

| APP DATE | ATTORNEY | CCID# | JURISDICTION | DEPT | JUDGE | CASENAME/NUMBER | FEE | LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| **Reference # 11989-0030** | | | | | | | | | | |
| 7/31/12 | David Liu | 5071864 | Los Angeles Superior Court-Chatsworth | F50 | Judge Randy Rhodes | Flora Garavito vs. GMAC Mortgage LLC, et al/PC052580 | $78.00 | $0.00 | $78.00 | ($15,277.70) |
| **Reference # 19000-1239** | | | | | | | | | | |
| 9/25/12 | Clayton Gaddis | 5071960 | Santa Clara County Superior Court | 8 | Judge Peter Kirwan | Yulma Rodriguez vs. Bank of America, N.A., et al/111CV204313 | $78.00 | $0.00 | $78.00 | ($15,199.70) |
| **Reference # 70000.0262** | | | | | | | | | | |
| 7/27/12 | An Le | 5072636 | Butte County Superior Court | C12 | Judge Robert Glusman | Nicholas Battaglia vs. Wells Fargo Bank/155317 | $78.00 | $0.00 | $78.00 | ($15,121.70) |
| **Reference # 07685.1078** | | | | | | | | | | |
| 10/15/12 | Adam Hutchinson | 5072648 | San Bernardino Superior Court-Victorville | V8 | Judge John Vander Feer | Bruhn v. Ally Financial Inc./CIVVS1202712 | $78.00 | $0.00 | $78.00 | ($15,04... |
| **Reference # 07462.0390** | | | | | | | | | | |
| 10/17/12 | Marlene Nowlin | 5072654 | Orange County Superior Court-Santa Ana | CX103 | Judge Ronald L. Bauer | Kassoff vs. Bank of America/30-2011-00474245 | $78.00 | $0.00 | $78.00 | ($14,96... |
| **Reference # 70000.0144** | | | | | | | | | | |
| 7/31/12 | Yaron Shaham | 5072806 | Ventura County Superior Court-Ventura | 43 | Judge Mark S. Borrell | Kingston vs. Deutsche Bank National Trust Co./2012004116409 | $78.00 | $0.00 | $78.00 | ($14,887.70) |
| **Reference # 19000.1282** | | | | | | | | | | |
| 7/26/12 | Alisa Givental | 5073755 | Contra Costa County Superior Court | 33 | Judge Steven K. Austin | Liu vs. GMAC Mortgage LLC/C1102921 | $78.00 | $30.00 | $108.00 | ($14,779.70) |
| **Reference # 19000-1283** | | | | | | | | | | |
| 9/14/12 | Tan Da Cunha | 5074023 | Alameda County Superior Court-Hayward HOJ | 516 | Judge Brenda Harbin-Forte | Bergeron v. Wells Fargo Bank, et al./RG11602759 | $78.00 | $0.00 | $78.00 | ($14,701.70) |

Auto Debit Send on 07/31/12 at 11:21 PM

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326364      JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
|--------|-------|-------------|
| MATTER | 1301 | Torres, Jose Gabriel |
|        |       | GMAC Matter No.: 729520 |

**TOTAL AMOUNT DUE**          $1,440.04

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326364     JBS                                    September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   19000 1301     Torres, Jose Gabriel
                        GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MKS | 08/15/12 | Review and reivse drat Notice of Bankruptcy Stay and cover letter re: same. | L210 | 0.40 | 270.00 | 108.00 |
| TNA | 08/15/12 | Prepare amended notice of bankruptcy stay and letter to counsel regarding same. | L190 | 0.30 | 270.00 | 81.00 |
| TNA | 08/16/12 | Prepare revisions to amended notice of bankruptcy stay. | L210 | 0.20 | 270.00 | 54.00 |
| MKS | 08/30/12 | Update to client re: status, developments and pending dates and deadlines. | L190 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | **1.10** | | **$297.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/27/12 | First Legal Network, LLC; Court Services; ACSC-Hayward, CA 07/11/12 | 107.75 |
| 07/27/12 | First Legal Network, LLC; Transmittal of filing to court; Alameda County Court Hayward, CA 07/12/12 Adv/Ck: $870 | 929.00 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; CA-Alameda, Document 2012.56990 07/05/12 | 4.95 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 24873 Willimet Way Alameda, CA 94544 07/05/12 | 101.34 |

**TOTAL COSTS & EXPENSES**               **$1,143.04**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326364 | CLIENT | GMAC ResCap | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Torres, Jose Gabriel | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | 0.50 | $135.00 | | |
| L210 | Pleadings | 0.60 | $162.00 | | |
| | **TOTAL** | **1.10** | **$297.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| Abbott, Thomas | TNA | Associate | 0.50 | 270.00 | $135.00 |
| | **Total** | | **1.10** | | **$297.00** |

PRIOR FEES                     $3,274.20

|  |  |
|---|---|
| FEES | $297.00 |
| COSTS & EXPENSES | $1,143.04 |
| **TOTAL THIS INVOICE** | **$1,440.04** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**INVOICE**

TAX ID# 27-3093840

| | |
|---|---|
| INVOICE DATE | 82035 |
| 7/15/12 | 30,880.93 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 267594 | 7/15/12 | 30,880.93 | 25 |

| Date | Ordr.No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/11/12 RESEARCH-BRANCH NEXT DAY | 6814245 | BNR | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE    CA 95113 Caller: Theresa V. Henry Case No.: 112CV218717 GET DOCS Signed: OBTAINED | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Case Title: SMITH V RYAN Ref: SMITH V RYAN | Base Chg  : 85.00 Research  : 13.40 Adv/Wit Ck: 20.00 | 118.40 |
| 7/11/12 FILING-REGULAR VEHICLE | 6814246 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: DEBORAH L.   Wait: 20 Min Case No.: HG12-633910 FILE/CONFORM/RETURN Signed: FILED | ACSC-HAYWARD 24405 AMADOR STREET HAYWARD    CA 94544 Case Title: TORRES V RESIDENTIAL Ref: 19000.1301 | Base Chg  : 107.75 | 107.75 |
| 7/11/12 FILING-SAME DAY-DAILY RUN | 6814247 | SDF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: TERI JONES Case No.: 5:11-CV-05018PSG FILE/CONFORM/RETURN Signed: TIFFANY HARWELL | USBC-SAN JOSE 280 SOUTH 1ST STREET SAN JOSE    CA 95113 Case Title: BOYD V GMAC MORTGAGE COURTESY COPY TO JDG Ref: 19000.1095 | Base Chg  : 194.25 | 194.25 |
| 7/12/12 FILING-BRANCH FAX/PDF | 6814419 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Deborah L.   Wait: 20 Min Case No.: HG12633910 Please advance fees. Signed: FILED | Alameda County Court 24405 Amador St HAYWARD    CA 94544 Case Title: Torres v. Residentia Please file GMAC Mo Ref: 19000.1301 | Base Chg  : 57.50 PDF/OvrNte : 1.50 Adv/Wit Ck: 870.00 | 929.00 |
| 7/12/12 FILING-REGULAR BICYCLE | 6814460 | REF | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Kathi DeLeon Please file with the Signed: FILED | USDC-Northern District 450 Golden Gate Ave SAN FRANCISCO   CA 94102 Case Title: Almogela v World Sav court as soon as po Ref: 55000-0363 | Base Chg  : 27.25 Adv/Wit Ck: 350.00 | 377.25 |
| 7/12/12 FILING-BRANCH FAX/PDF | 6814466 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: ANGELA L. EURE Case No.: SCV0030396 FILE/CONFORM/RETURN Signed: FILED | PLACER SUPERIOR COURT 10820 JUSTICE CENTER DRIVE ROSEVILLE    CA 95678 Case Title: ALBERY V ALLY BANK Ref: 19000.1268 | Base Chg  : 48.25 | 48.25 |

11894.0008

c

**INVOICE PAYMENT DUE UPON RECEIPT**

| rem.severson | 7/6/2012 | Document 2008.316024 | $ 4.95 |
| rem.severson | 7/6/2012 | Document 2012.000000139611 | $ 4.95 |
| rem.severson | 7/6/2012 | Document 2005.000000315026 | $ 4.95 |
| rem.severson | 7/6/2012 | Document 2006.000000315730 | $ 4.95 |
| rem.severson | 7/6/2012 | Document 2010.000000266214 | $ 4.95 |
| rem.severson | 7/6/2012 | Document 2008.000000160776 | $ 4.95 |
| rem.severson | 7/6/2012 | Document 2008.000000248864 | $ 4.95 |

Subtotal   $95.98

**Reference #:  19000.1301 rrf**

| Documents: | | | |
| rem.severson | 7/5/2012 | CA - Alameda, Document  2012.56990 | $ 4.95 |

Subtotal   $4.95

**Reference #:  19000.1301**

| Property Search: | 24873 willimet way ALAMEDA, CA 94544 APN: 443-0055-075 | | |
| rem.severson | 7/5/2012 | Transaction History Search | $ 8.80 |
| rem.severson | 7/5/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/5/2012 | Document 2006.000000406487 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2004.000000426138 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2003.000000289268 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2006.000000406486 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2003.000000345267 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2003.289267 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2012.000000056991 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2012.000000172309 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2012.000000028436 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2003.000000609328 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2000.359511 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2000.359512 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2000.359510 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2006.000000435525 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2004.000000475706 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2003.000000609330 | $ 4.95 |
| rem.severson | 7/5/2012 | Document 2003.000000592163 | $ 4.95 |

Subtotal   $101.34

**Reference #:  19000.1283**

| Property Search: | 1219 Hartwell Avenue SAN JOAQUIN, CA   APN: 070-590-28 | | |
| rem.severson | 7/9/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/9/2012 | Document 2012.000000078887 | $ 4.95 |
| rem.severson | 7/9/2012 | Document 2011.000000144817 | $ 4.95 |

Subtotal   $18.29

**Reference #:  19000.1274 rrf**

| Property Search: | 138 South Bonnie Avenue, Unit 6,  LOS ANGELES, CA   APN: 5736-023-037 | | |
| rem.severson | 7/9/2012 | Voluntary Lien Search | $ 8.39 |
| rem.severson | 7/9/2012 | Document 2006.1384037 | $ 4.95 |

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326365    JBS                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    19000    GMAC ResCap
MATTER    1319    Baker, Tyler
                   GMAC Matter No.: 730118

**TOTAL AMOUNT DUE**            $544.09

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# $\mathcal{S}$everson
# $\mathcal{C}$Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     326365     JBS                                          September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000  1319    Baker, Tyler
                         GMAC Matter No.: 730118

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MCK | 08/03/12 | Review of Court's Order on Preliminary Injunction. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/03/12 | Draft e-mail to client re: Order on Preliminary Injunction. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/04/12 | Draft correspondence to court regarding request for correction to error in order. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/04/12 | E-mail correspondence to petitioner's counsel re: error in court order. | L120 | 0.20 | 234.00 | 46.80 |
| MCK | 08/07/12 | Correspondence with Petitioner's counsel re: correction to order and procedure for continued short sale negotiations. | L120 | 0.30 | 234.00 | 70.20 |
| MCK | 08/21/12 | Review of file re: status of request for new order reflecting proper name of respondent GMAC Mortgage, LLC. | L120 | 0.10 | 234.00 | 23.40 |
| MCK | 08/25/12 | Draft follow-up correspondence and proposed amended order nunc pro tunc to address clerical error in order. | L120 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | **1.60** | | **$374.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/10/12 | First Legal Network, LLC; Transmittal of filing to court; Yolo County Court 7/24/12 | 116.75 |
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 1518 Alabama Avenue Yolo, CA 07/03/12 | 52.94 |

**TOTAL COSTS & EXPENSES**                    **$169.69**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326365        CLIENT    GMAC ResCap                                 Page        2
                             MATTER    Baker, Tyler

---

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120    Analysis/Strategy | 1.60 | $374.40 |
| **TOTAL** | **1.60** | **$374.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 1.60 | 234.00 | $374.40 |
| | **Total** | | **1.60** | | **$374.40** |

PRIOR FEES                              $4,993.20

|  |  |
|---|---|
| FEES | $374.40 |
| COSTS & EXPENSES | $169.69 |
| **TOTAL THIS INVOICE** | **$544.09** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

PO BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

| | Invoice No. | Customer No. |
|---|---|---|
| | 268336 | 82035 |
| Invoice Date | Total Due | |
| 7/31/12 | 44,753.12 | |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 268336 | 7/31/12 | 44,753.12 | 24 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/24/12 FILING-BRANCH FAX/PDF | 6818619 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Isabel Kunst   Wait: 15 Min Case No.: RG1263835 FILE/CONFORM/RETURN Signed: FILED/CC TO DPT 24 | ACSC-OAKLAND 1225 FALLON STREET OAKLAND   CA 94612 Case Title: PATEL V. QUALITY LOA CC TO DPT 24 Ref: 55000.0248 | Base Chg : 57.50 PDF/OvrNte: 25.50 Adv/Wit Ck: 60.00 | 143.00 |
| 7/24/12 FILING-FAX/PDF | 6818627 | FAX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Chilly Kada Case No.: 34 2011 00112100 FILE/CONFORM/RETURN Signed: FILED | SCSC-SACRAMENTO 720 9TH STREET SACRAMENTO   CA 95814 Case Title: PICAZO Ref: 70000.0434 | Base Chg : 29.75 | 29.75 |
| 7/24/12 FILING-FORWARD FAX/PDF | 6818681 | FFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry Case No.: SCV245798 FILE/CONFORM/RETURN Signed: FILED/CC | SONOMA COUNTY SUPERIOR COURT 600 ADMINSTRATION DRIVE SANTA ROSA   CA 95403-2818 Case Title: WEBSTER V PETALUMA COURTESY COPY TO JDG Ref: WEBSTER V PETALUMA | Base Chg : 57.50 PDF/OvrNte: 97.50 | 155.00 |
| 7/24/12 FILING-BRANCH FAX/PDF | 6818696 | BFX | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Deborah L. Case No.: PB11-115 Please advance fees. Signed: FILED/DROP BOXED | Yolo County Court 725 Court St WOODLAND   CA 95695 Case Title: Estate of Jay Allen Please file TODAY O Ref: 19000.1319 | Base Chg : 57.50 PDF/OvrNte: 59.25 | 116.75 |
| 7/24/12 DROP SERVE-REGULAR | 6818710 | RDS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry SERVE BEFORE 4PM Signed: NATALIE GAMMINS | VOGL MEREDITH BURKE LLP 456 MONTGOMERY STREET SAN FRANCISCO   CA 94104 DAVID A. FIRESTONE Ref: WEBSTER V CITY PETALUMA | Base Chg : 19.00 PDF/OvrNte: 157.50 | 176.50 |
| 7/24/12 DROP SERVE-REGULAR | 6818711 | RDS | SEVERSON & WERSON 1 EMBARCADERO CENTER SAN FRANCISCO   CA 94111 Caller: Theresa V. Henry SERVE BEFORE 4PM Signed: C. STOUFFER | LAW OFFICES OF BRIAN MCCLELLAN 505 14TH STREET OAKLAND   CA 94612 Ref: WEBSTER V CITY PETALUMA | Base Chg : 52.00 PDF/OvrNte: 157.50 | 209.50 |

Continued

07465.0271
07465.0271
07465.0271

**INVOICE PAYMENT DUE UPON RECEIPT**

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      326367      JBS                                                September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 19000 | GMAC ResCap |
| MATTER | 1336 | Goebel, G. Gunnar |
| | | GMAC Matter No.: 730223 |

**TOTAL AMOUNT DUE**           **$691.34**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    326367    JBS                                        September 11, 2012

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    19000 1336    Goebel, G. Gunnar
                        GMAC Matter No.: 730223

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2012

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|-|-------|------|--------|
| KWF | 08/02/12 | Prepare revisions to draft notice of BK, and cover letter to Plaintiff's counsel. | L210 | 0.20 | 270.00 | 54.00 |
| KWF | 08/09/12 | Telephone conference with co-defendant's counsel re: removal. | L120 | 0.20 | 270.00 | 54.00 |
| KWF | 08/09/12 | Prepare email to client, C. Bonello, re: removal to federal court. | L190 | 0.10 | 270.00 | 27.00 |
| KWF | 08/09/12 | Telephone conference with co-defendant's counsel re: basis for removal. | L120 | 0.10 | 270.00 | 27.00 |
| KWF | 08/27/12 | Analyze file status, noting upcoming CMC and demurrer hearing. Prepare email to T. Abbott re: scope of representation. | L120 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | **0.90** | | **$243.00** |

## COSTS & EXPENSES

| | | |
|-|-|-|
| 08/10/12 | Cardmember Service/Bank One (Acct #2707); Data Search; 2183 Argyle Avenue Los Angeles, CA 90068 07/20/12 | 13.34 |
| 08/20/12 | Clerk of the Court -D; Court and Filing Fees; First Appearance Fee. Draft#28233 8/2/12 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$448.34** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.60 | $162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 326367 | CLIENT | GMAC ResCap | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Goebel, G. Gunnar | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.10 | $27.00 | | | |
| L210 | Pleadings | | 0.20 | $54.00 | | | |
| | **TOTAL** | | **0.90** | **$243.00** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Franich, Kerry | KWF | Associate | | 0.90 | 270.00 | $243.00 |
| | **Total** | | | **0.90** | | **$243.00** |

PRIOR FEES                $1,088.10

| | | |
|---|---|---|
| | FEES | $243.00 |
| | COSTS & EXPENSES | $448.34 |
| | **TOTAL THIS INVOICE** | **$691.34** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement