# EXHIBIT A

**RESIDENTIAL CAPITAL, LLC, et al.**
Summary Sheet

| In re: | ) IN PROCEEDINGS UNDER | Fees Previously Requested | $ | 3,007,275 | Name of Applicant: |
|---|---|---|---|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., | ) CHAPTER 11 ) (Jointly Administered) ) | Fees Previously Paid | $ | 2,979,917 | Mesirow Financial Consulting, LLC |
| | ) Case No. 12-12020 (MG) | Expenses Previously Requested | $ | 30,048 | Role in the Case: |
| Debtors. | ) ) | Expenses Previously Paid | $ | 28,557 | Financial Advisor to the Examiner |

**INTERIM FEE APPLICATION SUMMARY SHEET**

Current Application:
(September 1, 2012 through December 31, 2012)
Total Fees Requested         $   10,671,089
Total Expenses Requested     $        68,482

| PROFESSIONALS Name | Position | HOURS BILLED IN APPLICATION | RATE | FEES BILLED IN APPLICATION |
|---|---|---:|---:|---:|
| Tuliano, Ralph | Chief Executive Officer | 462.7 | $ 895 | $ 414,117 |
| Atkinson, James | Sr. Managing Director | 691.3 | 895 | 618,714 |
| Feltman, James | Sr. Managing Director | 373.4 | 895 | 334,193 |
| Knoll, Melissa | Sr. Managing Director | 515.4 | 895 | 461,238 |
| Lacativo, Bert | Sr. Managing Director | 418.1 | 895 | 374,200 |
| Williams, Jack | Sr. Managing Director | 524.0 | 895 | 468,980 |
| Winford, Kristin | Sr. Managing Director | 46.1 | 895 | 41,260 |
| Kerr, William | Managing Director | 27.0 | 855 | 23,085 |
| King, David | Managing Director | 361.2 | 855 | 308,826 |
| Martin, Timothy | Managing Director | 694.6 | 855 | 593,883 |
| Mathieu, Ken | Managing Director | 543.2 | 855 | 464,436 |
| McColgan, Kevin | Managing Director | 558.5 | 855 | 477,518 |
| Seabury, Susan | Managing Director | 99.1 | 855 | 84,731 |
| Steele, Mathew | Managing Director | 166.4 | 855 | 142,272 |
| Troia, Donna | Managing Director | 644.2 | 855 | 550,791 |
| Woodford, Dave | Managing Director | 45.5 | 855 | 38,903 |
| Faulkner, Kevin | Sr. Vice President | 33.2 | 755 | 25,066 |
| Ortega, Adam | Sr. Vice President | 196.5 | 755 | 148,358 |
| Pachmayer, Bob | Sr. Vice President | 53.9 | 755 | 40,695 |
| Sartori, Elisa | Sr. Vice President | 155.8 | 755 | 117,629 |
| Tan, Ching Wei | Sr. Vice President | 557.6 | 755 | 420,988 |
| Vanderkamp, Anne | Sr. Vice President | 464.4 | 755 | 350,622 |
| Vidal, Adriana | Sr. Vice President | 212.5 | 755 | 160,438 |
| George, Shante | Sr. Vice President | 704.2 | 695 | 489,419 |
| Hughes, Ruth | Sr. Vice President | 349.5 | 695 | 242,903 |
| Korycki, Mary | Sr. Vice President | 430.8 | 695 | 299,406 |
| Lorch, Mark | Sr. Vice President | 433.8 | 695 | 301,491 |
| Weinberg, Jonathan | Sr. Vice President | 746.6 | 695 | 518,887 |
| Zembillas, Michael | Sr. Vice President | 214.5 | 695 | 149,078 |
| Bourgeois, Jared | Vice President | 250.0 | 655 | 163,750 |
| Ozgozukara, Omer | Vice President | 217.0 | 655 | 142,135 |
| Rychalsky, David | Vice President | 239.3 | 655 | 156,742 |
| Eidson, Bert | Vice President | 130.4 | 625 | 81,500 |
| Markin, Eric | Vice President | 48.0 | 625 | 30,000 |
| Fish, Rachel | Vice President | 30.1 | 595 | 17,910 |
| Croley, Brandon | Sr. Associate | 368.7 | 495 | 182,507 |
| Jones, Teag | Sr. Associate | 172.5 | 495 | 85,388 |
| Meegan, Sara | Sr. Associate | 225.8 | 495 | 111,771 |
| Ruegg, Daniel | Sr. Associate | 116.8 | 495 | 57,816 |
| Crisman, Daniel | Associate | 76.3 | 355 | 27,087 |
| Saitta, Joseph | Associate | 508.1 | 355 | 180,376 |
| Blake, Eric | Associate | 379.5 | 315 | 119,543 |
| Han, Elijah | Associate | 35.7 | 315 | 11,246 |
| Merced, Justin | Associate | 490.4 | 315 | 154,476 |
| Duncan, Oneika | Analyst | 718.2 | 210 | 150,822 |
| Gould, Erica | Analyst | 116.5 | 210 | 24,465 |
| Karki, Vera | Analyst | 85.0 | 210 | 17,850 |
| Roach, Bruce | Analyst | 456.1 | 210 | 95,781 |
| Strong, Takara | Analyst | 138.7 | 210 | 29,127 |
| Voronovitskaia, Alla | Analyst | 689.2 | 210 | 144,732 |
| Cummings, Colleen | Paraprofessional | 55.9 | 210 | 11,739 |
| Velasco, Jin | Paraprofessional | 513.1 | 210 | 107,751 |
| **SUBTOTAL** | | **16,785.3** | | $ **10,766,631** |
| Less 50% Reduction in Travel | | | | (95,542) |
| **TOTAL PROFESSIONAL HOURS AND FEES *** | | **16,785.3** | | $ **10,671,089** |
| **TOTAL EXPENSES** | | | | **68,482** |
| **TOTAL FEES AND EXPENSES** | | | | $ **10,739,571** |

**Total Blended Hourly Rate Including/Excluding Paraprofessionals and Analysts ****     $636 / $720

\* MFC has voluntarily reduced 39.2 hours and $12,927 in fees and $7,922 in expenses from the amounts included in the monthly fee statements and the detail herein. Additionally, MFC is not seeking compensation for 159.4 hours and $97,992 in fees or reimbursement for $11,470 in expenses incurred during the Second Interim Fee Period but voluntarily excluded from the monthly fee statements.

\*\* MFC's average hourly rate including the voluntarily reduced hours is $628.

**EXHIBIT B**

RESIDENTIAL CAPITAL, LLC, et al.
Summary of Hours Incurred by Professional
September 1, 2012 through December 31, 2012

| Name | Position | September Hours | October Hours | November Hours | December Hours | Total Hours |
|---|---|---|---|---|---|---|
| Tuliano, Ralph | Chief Executive Officer | 136.7 | 133.6 | 116.4 | 76.0 | 462.7 |
| Atkinson, James | Sr. Managing Director | 174.8 | 154.3 | 158.6 | 203.6 | 691.3 |
| Feltman, James | Sr. Managing Director | 62.5 | 80.1 | 115.5 | 115.3 | 373.4 |
| Knoll, Melissa | Sr. Managing Director | 134.9 | 148.0 | 121.4 | 111.1 | 515.4 |
| Lacativo, Bert | Sr. Managing Director | 40.4 | 141.5 | 138.5 | 97.7 | 418.1 |
| Williams, Jack | Sr. Managing Director | 130.1 | 189.7 | 132.3 | 71.9 | 524.0 |
| Winford, Kristin | Sr. Managing Director | 15.6 | 20.7 | 5.2 | 4.6 | 46.1 |
| Kerr, William | Managing Director | 18.8 | 7.9 | - | 0.3 | 27.0 |
| King, David | Managing Director | 79.1 | 103.1 | 77.4 | 101.6 | 361.2 |
| Martin, Timothy | Managing Director | 171.5 | 176.9 | 174.9 | 171.3 | 694.6 |
| Mathieu, Ken | Managing Director | 134.2 | 150.3 | 100.2 | 158.5 | 543.2 |
| McColgan, Kevin | Managing Director | 116.4 | 153.3 | 146.4 | 142.4 | 558.5 |
| Seabury, Susan | Managing Director | 13.9 | 53.1 | 5.9 | 26.2 | 99.1 |
| Steele, Mathew | Managing Director | 49.9 | 36.7 | 21.6 | 58.2 | 166.4 |
| Troia, Donna | Managing Director | 143.6 | 198.0 | 152.1 | 150.5 | 644.2 |
| Woodford, Dave | Managing Director | 45.5 | - | - | - | 45.5 |
| Faulkner, Kevin | Sr. Vice President | 16.6 | 11.3 | 4.5 | 0.8 | 33.2 |
| Ortega, Adam | Sr. Vice President | 31.0 | 51.0 | 24.1 | 90.4 | 196.5 |
| Pachmayer, Bob | Sr. Vice President | 29.0 | 13.3 | 6.7 | 5.0 | 53.9 |
| Sartori, Elisa | Sr. Vice President | 10.9 | 25.8 | 43.1 | 76.0 | 155.8 |
| Tan, Ching Wei | Sr. Vice President | 144.1 | 175.8 | 131.8 | 105.9 | 557.6 |
| Vanderkamp, Anne | Sr. Vice President | 27.2 | 99.9 | 184.9 | 152.4 | 464.4 |
| Vidal, Adriana | Sr. Vice President | 72.6 | 63.6 | 36.0 | 40.3 | 212.5 |
| George, Shante | Sr. Vice President | 165.6 | 171.9 | 206.6 | 160.1 | 704.2 |
| Hughes, Ruth | Sr. Vice President | 82.6 | 126.4 | 90.1 | 50.4 | 349.5 |
| Korycki, Mary | Sr. Vice President | 155.5 | 92.0 | 65.3 | 118.0 | 430.8 |
| Lorch, Mark | Sr. Vice President | 71.6 | 134.7 | 128.4 | 99.1 | 433.8 |
| Weinberg, Jonathan | Sr. Vice President | 163.3 | 192.1 | 194.8 | 196.4 | 746.6 |
| Zembillas, Michael | Sr. Vice President | 58.0 | 38.4 | 72.8 | 45.3 | 214.5 |
| Bourgeois, Jared | Vice President | 22.6 | 11.2 | 82.6 | 133.6 | 250.0 |
| Ozgozukara, Omer | Vice President | 67.7 | 107.6 | 1.1 | 40.6 | 217.0 |
| Rychalsky, David | Vice President | 59.1 | 48.1 | 46.7 | 85.4 | 239.3 |
| Eidson, Bert | Vice President | 38.2 | 39.4 | 32.1 | 20.7 | 130.4 |
| Markin, Eric | Vice President | - | - | 29.8 | 18.2 | 48.0 |
| Fish, Rachel | Vice President | 30.1 | - | - | - | 30.1 |
| Croley, Brandon | Sr. Associate | 16.0 | 57.6 | 151.6 | 143.5 | 368.7 |
| Jones, Teag | Sr. Associate | 92.1 | 18.5 | 18.8 | 43.1 | 172.5 |
| Meegan, Sara | Sr. Associate | 62.9 | 100.6 | 7.8 | 54.5 | 225.8 |
| Ruegg, Daniel | Sr. Associate | 13.6 | 15.5 | 22.5 | 65.3 | 116.8 |
| Crisman, Daniel | Associate | 19.5 | 47.5 | 9.3 | - | 76.3 |
| Saitta, Joseph | Associate | 77.9 | 142.2 | 123.0 | 165.0 | 508.1 |
| Blake, Eric | Associate | 127.2 | 160.1 | 42.8 | 49.4 | 379.5 |
| Han, Elijah | Associate | 35.7 | - | - | - | 35.7 |
| Merced, Justin | Associate | 60.3 | 121.7 | 121.0 | 187.4 | 490.4 |
| Duncan, Oneika | Analyst | 194.8 | 185.2 | 160.0 | 178.2 | 718.2 |
| Gould, Erica | Analyst | - | - | - | 116.5 | 116.5 |
| Karki, Vera | Analyst | 39.6 | 45.4 | - | - | 85.0 |
| Roach, Bruce | Analyst | 149.0 | 171.0 | 136.1 | - | 456.1 |
| Strong, Takara | Analyst | - | - | - | 138.7 | 138.7 |
| Voronovitskaia, Alla | Analyst | 160.7 | 191.1 | 166.1 | 171.3 | 689.2 |
| Cummings, Colleen | Paraprofessional | 31.2 | 9.3 | 7.3 | 8.1 | 55.9 |
| Velasco, Jin | Paraprofessional | 157.8 | 128.8 | 128.9 | 97.6 | 513.1 |
| **TOTAL HOURS** | | **3,951.8** | **4,544.1** | **3,943.0** | **4,346.4** | **16,785.3** |

**EXHIBIT B**

RESIDENTIAL CAPITAL, LLC, et al.
Summary Fees Incurred by Professional
September 1, 2012 through December 31, 2012

| Category | September | September Fees | October Fees | November Fees | December Fees | Total Fees |
|---|---|---:|---:|---:|---:|---:|
| Tuliano, Ralph | Chief Executive Officer | $ 122,347 | $ 119,572 | $ 104,178 | $ 68,020 | $ 414,117 |
| Atkinson, James | Sr. Managing Director | 156,446 | 138,099 | 141,947 | 182,222 | 618,714 |
| Feltman, James | Sr. Managing Director | 55,938 | 71,690 | 103,373 | 103,194 | 334,193 |
| Knoll, Melissa | Sr. Managing Director | 120,691 | 132,460 | 108,653 | 99,435 | 461,238 |
| Lacativo, Bert | Sr. Managing Director | 36,158 | 126,643 | 123,958 | 87,442 | 374,200 |
| Williams, Jack | Sr. Managing Director | 116,440 | 169,782 | 118,409 | 64,351 | 468,980 |
| Winford, Kristin | Sr. Managing Director | 13,962 | 18,527 | 4,654 | 4,117 | 41,260 |
| Kerr, William | Managing Director | 16,074 | 6,755 | - | 257 | 23,085 |
| King, David | Managing Director | 67,631 | 88,151 | 66,177 | 86,868 | 308,826 |
| Martin, Timothy | Managing Director | 146,633 | 151,250 | 149,540 | 146,462 | 593,883 |
| Mathieu, Ken | Managing Director | 114,741 | 128,507 | 85,671 | 135,518 | 464,436 |
| McColgan, Kevin | Managing Director | 99,522 | 131,072 | 125,172 | 121,752 | 477,518 |
| Seabury, Susan | Managing Director | 11,885 | 45,401 | 5,045 | 22,401 | 84,731 |
| Steele, Mathew | Managing Director | 42,665 | 31,379 | 18,468 | 49,761 | 142,272 |
| Troia, Donna | Managing Director | 122,778 | 169,290 | 130,046 | 128,678 | 550,791 |
| Woodford, Dave | Managing Director | 38,903 | - | - | - | 38,903 |
| Faulkner, Kevin | Sr. Vice President | 12,533 | 8,532 | 3,398 | 604 | 25,066 |
| Ortega, Adam | Sr. Vice President | 23,405 | 38,505 | 18,196 | 68,252 | 148,358 |
| Pachmayer, Bob | Sr. Vice President | 21,857 | 10,004 | 5,059 | 3,775 | 40,695 |
| Sartori, Elisa | Sr. Vice President | 8,230 | 19,479 | 32,541 | 57,380 | 117,629 |
| Tan, Ching Wei | Sr. Vice President | 108,796 | 132,729 | 99,509 | 79,955 | 420,988 |
| Vanderkamp, Anne | Sr. Vice President | 20,536 | 75,425 | 139,600 | 115,062 | 350,622 |
| Vidal, Adriana | Sr. Vice President | 54,813 | 48,018 | 27,180 | 30,427 | 160,438 |
| George, Shante | Sr. Vice President | 115,092 | 119,471 | 143,587 | 111,270 | 489,419 |
| Hughes, Ruth | Sr. Vice President | 57,407 | 87,848 | 62,620 | 35,028 | 242,903 |
| Korycki, Mary | Sr. Vice President | 108,073 | 63,940 | 45,384 | 82,010 | 299,406 |
| Lorch, Mark | Sr. Vice President | 49,762 | 93,617 | 89,238 | 68,875 | 301,491 |
| Weinberg, Jonathan | Sr. Vice President | 113,494 | 133,510 | 135,386 | 136,498 | 518,887 |
| Zembillas, Michael | Sr. Vice President | 40,310 | 26,688 | 50,596 | 31,484 | 149,078 |
| Bourgeois, Jared | Vice President | 14,803 | 7,336 | 54,103 | 87,508 | 163,750 |
| Ozgozukara, Omer | Vice President | 44,344 | 70,478 | 721 | 26,593 | 142,135 |
| Rychalsky, David | Vice President | 38,711 | 31,506 | 30,589 | 55,937 | 156,742 |
| Eidson, Bert | Vice President | 23,875 | 24,625 | 20,063 | 12,938 | 81,500 |
| Markin, Eric | Vice President | - | - | 18,625 | 11,375 | 30,000 |
| Fish, Rachel | Vice President | 17,910 | - | - | - | 17,910 |
| Croley, Brandon | Sr. Associate | 7,920 | 28,512 | 75,042 | 71,033 | 182,507 |
| Jones, Teag | Sr. Associate | 45,590 | 9,158 | 9,306 | 21,335 | 85,388 |
| Meegan, Sara | Sr. Associate | 31,136 | 49,797 | 3,861 | 26,978 | 111,771 |
| Ruegg, Daniel | Sr. Associate | 6,732 | 7,648 | 11,113 | 32,324 | 57,816 |
| Crisman, Daniel | Associate | 6,923 | 16,863 | 3,302 | - | 27,087 |
| Saitta, Joseph | Associate | 27,655 | 50,481 | 43,665 | 58,575 | 180,376 |
| Blake, Eric | Associate | 40,068 | 50,432 | 13,482 | 15,561 | 119,543 |
| Han, Elijah | Associate | 11,246 | - | - | - | 11,246 |
| Merced, Justin | Associate | 18,995 | 38,336 | 38,115 | 59,031 | 154,476 |
| Duncan, Oneika | Analyst | 40,908 | 38,892 | 33,600 | 37,422 | 150,822 |
| Gould, Erica | Analyst | - | - | - | 24,465 | 24,465 |
| Karki, Vera | Analyst | 8,316 | 9,534 | - | - | 17,850 |
| Roach, Bruce | Analyst | 31,290 | 35,910 | 28,581 | - | 95,781 |
| Strong, Takara | Analyst | - | - | - | 29,127 | 29,127 |
| Voronovitskaia, Alla | Analyst | 33,747 | 40,131 | 34,881 | 35,973 | 144,732 |
| Cummings, Colleen | Paraprofessional | 6,552 | 1,953 | 1,533 | 1,701 | 11,739 |
| Velasco, Jin | Paraprofessional | 33,138 | 27,048 | 27,069 | 20,496 | 107,751 |
| **Subtotal** | | $ 2,506,971 | $ 2,924,973 | $ 2,585,227 | $ 2,749,461 | $ 10,766,631 |
| **Less 50% Reduction in Travel** | | (4,744) | (27,706) | (32,884) | (30,208) | (95,542) |
| **TOTAL FEES *** | | $ 2,502,227 | $ 2,897,266 | $ 2,552,344 | $ 2,719,253 | $ 10,671,089 |

* MFC has voluntarily reduced 39.2 hours and $12,927 in fees from the amounts included in the monthly fee statements and the detail herein.  Additionally, MFC is not seeking compensation for 159.4 hours and $97,992 in fees incurred during the Second Interim Fee Period but voluntarily excluded from the monthly fee statements.

**EXHIBIT C-1**

RESIDENTIAL CAPITAL, LLC, et al.
Summary of Hours Incurred by Category
September 1, 2012 through December 31, 2012

| Category | September Hours | October Hours | November Hours | December Hours | Total Hours |
|---|---:|---:|---:|---:|---:|
| Case Administration/General Bankruptcy Matters | 161.2 | 63.8 | 55.7 | 26.5 | 307.1 |
| Document Review and Analysis | 2,752.2 | 3,325.1 | 2,089.3 | 2,552.5 | 10,719.1 |
| Fee/Retention Applications | 234.1 | 174.8 | 138.4 | 133.3 | 680.6 |
| Report Drafting | 3.4 | 13.2 | 98.2 | 112.5 | 227.3 |
| Substantive Investigation Planning and Coordination | 271.1 | 338.4 | 261.0 | 352.6 | 1,223.1 |
| Travel Time | 10.6 | 65.1 | 74.9 | 70.7 | 221.3 |
| Witness Interviews and Discovery | 519.3 | 563.7 | 1,225.5 | 1,098.3 | 3,406.8 |
| **TOTAL HOURS** | **3,951.8** | **4,544.1** | **3,943.0** | **4,346.4** | **16,785.3** |

**EXHIBIT C-1**

RESIDENTIAL CAPITAL, LLC, et al.
Summary Fees Incurred by Category
September 1, 2012 through December 31, 2012

| Category | September Fees | October Fees | November Fees | December Fees | Total Fees |
|---|---:|---:|---:|---:|---:|
| Case Administration/General Bankruptcy Matters | $ 84,834 | $ 34,485 | $ 29,865 | $ 16,675 | $ 165,858 |
| Document Review and Analysis | 1,720,820 | 2,078,065 | 1,322,728 | 1,555,496 | 6,677,109 |
| Fee/Retention Applications * | 90,445 | 65,196 | 36,421 | 47,173 | 239,235 |
| Report Drafting | 2,663 | 10,894 | 70,433 | 92,664 | 176,654 |
| Substantive Investigation Planning and Coordination | 231,391 | 287,050 | 217,069 | 293,530 | 1,029,040 |
| Travel Time | 9,487 | 55,413 | 65,768 | 60,417 | 191,084 |
| Witness Interviews and Discovery | 367,331 | 393,871 | 842,943 | 683,508 | 2,287,652 |
| **Subtotal** | **$ 2,506,971** | **$ 2,924,973** | **$ 2,585,227** | **$ 2,749,461** | **$ 10,766,631** |
| Less 50% Reduction in Travel | (4,744) | (27,706) | (32,884) | (30,208) | (95,542) |
| **TOTAL FEES *** | **$ 2,502,227** | **$ 2,897,266** | **$ 2,552,343** | **$ 2,719,252** | **$ 10,671,089** |

* MFC has voluntarily reduced 39.2 hours and $12,927 in fees from the amounts included in the monthly fee statements and the detail herein. Additionally, MFC is not seeking compensation for 159.4 hours and $97,992 in fees incurred during the Second Interim Fee Period but voluntarily excluded from the monthly fee statements.

**EXHIBIT C-2**

RESIDENTIAL CAPITAL, LLC, et al.
Summary of Hours Incurred by Professional by Category
September 1, 2012 through December 31, 2012

| Name | Position | Case Administration/ General Bankruptcy Matters | Document Review and Analysis | Fee/Retention Applications | Report Drafting | Substantive Investigation Planning and Coordination | Travel Time | Witness Interviews and Discovery | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|
| Tuliano, Ralph | Chief Executive Officer | 1.9 | 165.0 | 5.9 | 13.6 | 132.7 | - | 143.6 | 462.7 |
| Atkinson, James | Sr. Managing Director | 3.5 | 319.7 | - | 26.0 | 102.6 | 3.0 | 236.5 | 691.3 |
| Feltman, James | Sr. Managing Director | 1.9 | 75.9 | - | 2.7 | 132.1 | 5.0 | 155.8 | 373.4 |
| Knoll, Melissa | Sr. Managing Director | 26.8 | 40.1 | 87.2 | 4.9 | 170.7 | 77.9 | 107.8 | 515.4 |
| Lacativo, Bert | Sr. Managing Director | - | 292.0 | - | 4.0 | 42.9 | 20.9 | 58.3 | 418.1 |
| Williams, Jack | Sr. Managing Director | 1.1 | 439.5 | - | 1.7 | 44.3 | - | 37.4 | 524.0 |
| Winford, Kristin | Sr. Managing Director | - | 18.1 | - | - | 12.1 | - | 15.9 | 46.1 |
| Kerr, William | Managing Director | - | 22.1 | - | - | 4.9 | - | - | 27.0 |
| King, David | Managing Director | 0.3 | 304.9 | - | 6.3 | 40.5 | - | 9.2 | 361.2 |
| Martin, Timothy | Managing Director | 0.1 | 301.9 | - | 5.6 | 50.8 | 47.4 | 288.8 | 694.6 |
| Mathieu, Ken | Managing Director | - | 289.5 | - | 16.4 | 104.1 | 38.1 | 95.1 | 543.2 |
| McColgan, Kevin | Managing Director | 0.7 | 311.8 | - | 23.8 | 13.9 | 9.1 | 199.2 | 558.5 |
| Seabury, Susan | Managing Director | - | 83.1 | - | 4.3 | 5.6 | - | 6.1 | 99.1 |
| Steele, Mathew | Managing Director | - | 153.1 | - | - | 10.1 | - | 3.2 | 166.4 |
| Troia, Donna | Managing Director | - | 454.4 | - | 7.7 | 86.8 | 4.0 | 91.3 | 644.2 |
| Woodford, Dave | Managing Director | 0.4 | 41.0 | - | - | 4.1 | - | - | 45.5 |
| Faulkner, Kevin | Sr. Vice President | 27.4 | 4.4 | - | - | 1.4 | - | - | 33.2 |
| Ortega, Adam | Sr. Vice President | - | 192.6 | - | - | 1.5 | - | 2.4 | 196.5 |
| Pachmayer, Bob | Sr. Vice President | 53.9 | - | - | - | - | - | - | 53.9 |
| Sartori, Elisa | Sr. Vice President | 0.5 | 131.9 | - | - | 10.1 | - | 13.3 | 155.8 |
| Tan, Ching Wei | Sr. Vice President | - | 489.8 | - | - | 24.1 | - | 43.7 | 557.6 |
| Vanderkamp, Anne | Sr. Vice President | 3.6 | 136.2 | - | - | 16.0 | 2.4 | 306.2 | 464.4 |
| Vidal, Adriana | Sr. Vice President | 3.5 | 107.8 | 59.5 | - | 6.7 | - | 35.1 | 212.5 |
| George, Shante | Sr. Vice President | 1.9 | 497.0 | 0.3 | - | 1.0 | - | 204.0 | 704.2 |
| Hughes, Ruth | Sr. Vice President | - | 190.1 | - | 1.7 | 34.6 | - | 123.1 | 349.5 |
| Korycki, Mary | Sr. Vice President | 5.3 | 338.5 | - | - | 14.1 | - | 72.9 | 430.8 |
| Lorch, Mark | Sr. Vice President | - | 399.7 | - | 7.1 | 23.3 | - | 3.7 | 433.8 |
| Weinberg, Jonathan | Sr. Vice President | 5.8 | 503.3 | - | 21.5 | 66.9 | 13.5 | 135.6 | 746.6 |
| Zembillas, Michael | Sr. Vice President | - | 122.5 | - | 46.5 | 16.3 | - | 29.2 | 214.5 |
| Bourgeois, Jared | Vice President | - | 176.0 | - | 22.7 | 17.8 | - | 33.5 | 250.0 |
| Ozgozukara, Omer | Vice President | - | 217.0 | - | - | - | - | - | 217.0 |
| Rychalsky, David | Vice President | 2.2 | 181.3 | - | 5.7 | 16.3 | - | 33.8 | 239.3 |
| Eidson, Bert | Vice President | - | 125.7 | - | - | 4.7 | - | - | 130.4 |
| Markin, Eric | Vice President | - | 44.8 | - | - | 3.2 | - | - | 48.0 |
| Fish, Rachel | Vice President | 3.7 | 26.4 | - | - | - | - | - | 30.1 |
| Croley, Brandon | Sr. Associate | - | 124.2 | - | - | - | - | 244.5 | 368.7 |
| Jones, Teag | Sr. Associate | - | 160.3 | - | 5.1 | 6.5 | - | 0.6 | 172.5 |
| Meegan, Sara | Sr. Associate | - | 225.8 | - | - | - | - | - | 225.8 |
| Ruegg, Daniel | Sr. Associate | 65.5 | 51.3 | - | - | - | - | - | 116.8 |
| Crisman, Daniel | Associate | - | 76.3 | - | - | - | - | - | 76.3 |
| Saitta, Joseph | Associate | 3.6 | 493.2 | - | - | - | - | 11.3 | 508.1 |
| Blake, Eric | Associate | - | 379.5 | - | - | - | - | - | 379.5 |
| Han, Elijah | Associate | - | 31.9 | - | - | - | - | 3.8 | 35.7 |
| Merced, Justin | Associate | - | 376.3 | - | - | - | - | 114.1 | 490.4 |
| Duncan, Oneika | Analyst | 46.8 | 501.2 | 5.9 | - | - | - | 164.3 | 718.2 |
| Gould, Erica | Analyst | - | - | - | - | - | - | 116.5 | 116.5 |
| Karki, Vera | Analyst | - | 45.4 | - | - | - | - | 39.6 | 85.0 |
| Roach, Bruce | Analyst | - | 452.1 | - | - | - | - | 4.0 | 456.1 |
| Strong, Takara | Analyst | - | 107.2 | - | - | - | - | 31.5 | 138.7 |
| Voronovitskaia, Alla | Analyst | - | 497.3 | - | - | - | - | 191.9 | 689.2 |
| Cummings, Colleen | Paraprofessional | 40.2 | - | 15.3 | - | 0.4 | - | - | 55.9 |
| Velasco, Jin | Paraprofessional | 6.6 | - | 506.5 | - | - | - | - | 513.1 |
| **TOTAL HOURS** | | **307.1** | **10,719.1** | **680.6** | **227.3** | **1,223.1** | **221.3** | **3,406.8** | **16,785.3** |

**EXHIBIT C-2**

RESIDENTIAL CAPITAL, LLC, et al.
Summary Fees Incurred by Professional by Category
September 1, 2012 through December 31, 2012

| Name | Position | Case Administration/ General Bankruptcy Matters | Document Review and Analysis | Fee/Retention Applications | Report Drafting | Substantive Investigation Planning and Coordination | Travel Time | Witness Interviews and Discovery | TOTAL FEES |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Tuliano, Ralph | Chief Executive Officer | $ 1,701 | $ 147,675 | $ 5,281 | $ 12,172 | $ 118,767 | $ - | $ 128,522 | $ 414,117 |
| Atkinson, James | Sr. Managing Director | 3,133 | 286,132 | - | 23,270 | 91,827 | 2,685 | 211,668 | 618,714 |
| Feltman, James | Sr. Managing Director | 1,701 | 67,931 | - | 2,417 | 118,230 | 4,475 | 139,441 | 334,193 |
| Knoll, Melissa | Sr. Managing Director | 23,941 | 35,890 | 78,044 | 4,386 | 152,777 | 69,721 | 96,481 | 461,238 |
| Lacativo, Bert | Sr. Managing Director | - | 261,340 | - | 3,580 | 38,396 | 18,706 | 52,179 | 374,200 |
| Williams, Jack | Sr. Managing Director | 985 | 393,353 | - | 1,522 | 39,649 | - | 33,473 | 468,980 |
| Winford, Kristin | Sr. Managing Director | - | 16,200 | - | - | 10,830 | - | 14,231 | 41,260 |
| Kerr, William | Managing Director | - | 18,896 | - | - | 4,190 | - | - | 23,085 |
| King, David | Managing Director | 257 | 260,690 | - | 5,387 | 34,628 | - | 7,866 | 308,826 |
| Martin, Timothy | Managing Director | 86 | 258,125 | - | 4,788 | 43,434 | 40,527 | 246,924 | 593,883 |
| Mathieu, Ken | Managing Director | - | 247,523 | - | 14,022 | 89,006 | 32,576 | 81,311 | 464,436 |
| McColgan, Kevin | Managing Director | 599 | 266,589 | - | 20,349 | 11,885 | 7,781 | 170,316 | 477,518 |
| Seabury, Susan | Managing Director | - | 71,051 | - | 3,677 | 4,788 | - | 5,216 | 84,731 |
| Steele, Mathew | Managing Director | - | 130,901 | - | - | 8,636 | - | 2,736 | 142,272 |
| Troia, Donna | Managing Director | - | 388,512 | - | 6,584 | 74,214 | 3,420 | 78,062 | 550,791 |
| Woodford, Dave | Managing Director | 342 | 35,055 | - | - | 3,506 | - | - | 38,903 |
| Faulkner, Kevin | Sr. Vice President | 20,687 | 3,322 | - | - | 1,057 | - | - | 25,066 |
| Ortega, Adam | Sr. Vice President | - | 145,413 | - | - | 1,133 | - | 1,812 | 148,358 |
| Pachmayer, Bob | Sr. Vice President | 40,695 | - | - | - | - | - | - | 40,695 |
| Sartori, Elisa | Sr. Vice President | 378 | 99,585 | - | - | 7,626 | - | 10,042 | 117,629 |
| Tan, Ching Wei | Sr. Vice President | - | 369,799 | - | - | 18,196 | - | 32,994 | 420,988 |
| Vanderkamp, Anne | Sr. Vice President | 2,718 | 102,831 | - | - | 12,080 | 1,812 | 231,181 | 350,622 |
| Vidal, Adriana | Sr. Vice President | 2,605 | 81,389 | 44,885 | - | 5,059 | - | 26,501 | 160,438 |
| George, Shante | Sr. Vice President | 1,321 | 345,415 | 209 | - | 695 | - | 141,780 | 489,419 |
| Hughes, Ruth | Sr. Vice President | - | 132,120 | - | 1,182 | 24,047 | - | 85,555 | 242,903 |
| Korycki, Mary | Sr. Vice President | 3,684 | 235,258 | - | - | 9,800 | - | 50,666 | 299,406 |
| Lorch, Mark | Sr. Vice President | - | 277,792 | - | 4,935 | 16,194 | - | 2,572 | 301,491 |
| Weinberg, Jonathan | Sr. Vice President | 4,031 | 349,794 | - | 14,943 | 46,496 | 9,383 | 94,242 | 518,887 |
| Zembillas, Michael | Sr. Vice President | - | 85,138 | - | 32,318 | 11,329 | - | 20,294 | 149,078 |
| Bourgeois, Jared | Vice President | - | 115,280 | - | 14,869 | 11,659 | - | 21,943 | 163,750 |
| Ozgozukara, Omer | Vice President | - | 142,135 | - | - | - | - | - | 142,135 |
| Rychalsky, David | Vice President | 1,441 | 118,752 | - | 3,734 | 10,677 | - | 22,139 | 156,742 |
| Eidson, Bert | Vice President | - | 78,563 | - | - | 2,938 | - | - | 81,500 |
| Markin, Eric | Vice President | - | 28,000 | - | - | 2,000 | - | - | 30,000 |
| Fish, Rachel | Vice President | 2,202 | 15,708 | - | - | - | - | - | 17,910 |
| Croley, Brandon | Sr. Associate | - | 61,479 | - | - | - | - | 121,028 | 182,507 |
| Jones, Teag | Sr. Associate | - | 79,349 | - | 2,525 | 3,218 | - | 297 | 85,388 |
| Meegan, Sara | Sr. Associate | - | 111,771 | - | - | - | - | - | 111,771 |
| Ruegg, Daniel | Sr. Associate | 32,423 | 25,394 | - | - | - | - | - | 57,816 |
| Crisman, Daniel | Associate | - | 27,087 | - | - | - | - | - | 27,087 |
| Saitta, Joseph | Associate | 1,278 | 175,086 | - | - | - | - | 4,012 | 180,376 |
| Blake, Eric | Associate | - | 119,543 | - | - | - | - | - | 119,543 |
| Han, Elijah | Associate | - | 10,049 | - | - | - | - | 1,197 | 11,246 |
| Merced, Justin | Associate | - | 118,535 | - | - | - | - | 35,942 | 154,476 |
| Duncan, Oneika | Analyst | 9,828 | 105,252 | 1,239 | - | - | - | 34,503 | 150,822 |
| Gould, Erica | Analyst | - | - | - | - | - | - | 24,465 | 24,465 |
| Karki, Vera | Analyst | - | 9,534 | - | - | - | - | 8,316 | 17,850 |
| Roach, Bruce | Analyst | - | 94,941 | - | - | - | - | 840 | 95,781 |
| Strong, Takara | Analyst | - | 22,512 | - | - | - | - | 6,615 | 29,127 |
| Voronovitskaia, Alla | Analyst | - | 104,433 | - | - | - | - | 40,299 | 144,732 |
| Cummings, Colleen | Paraprofessional | 8,442 | - | 3,213 | - | 84 | - | - | 11,739 |
| Velasco, Jin * | Paraprofessional | 1,386 | - | 106,365 | - | - | - | - | 107,751 |
| **Fees** | | **$ 165,858** | **$ 6,677,110** | **$ 239,235** | **$ 176,654** | **$ 1,029,040** | **$ 191,084** | **$ 2,287,653** | **$ 10,766,631** |
| **Less 50% Reduction in Travel** | | | | | | | | | **(95,542)** |
| **TOTAL FEES *** | | | | | | | | | **$ 10,671,089** |

* MFC has voluntarily reduced 39.2 hours and $12,927 in fees from the amounts included in the monthly fee statements and the detail herein. Additionally, MFC is not seeking compensation for 159.4 hours and $97,992 in fees incurred during the Second Interim Fee Period but voluntarily excluded from the monthly fee statements.