**EXHIBIT E**

RESIDENTIAL CAPITAL, LLC, et al.
Summary of Expenses
September 1, 2012 through December 31, 2012

| Category | September Expenses | October Expenses | November Expenses | December Expenses | Total Expenses |
|---|---|---|---|---|---|
| Air | $ 3,125 | $ 10,572 | $ 9,584 | $ 6,669 | $ 29,949 |
| Ground Transportation | 1,924 | 2,498 | 2,462 | 3,169 | 10,053 |
| Lodging | 2,800 | 8,233 | 4,791 | 5,317 | 21,141 |
| Meals | 367 | 670 | 443 | 452 | 1,931 |
| Other | 765 | 4,298 | 235 | 109 | 5,407 |
| ***Total Expenses *** | $ 8,981 | $ 26,271 | $ 17,515 | $ 15,716 | $ 68,482 |

\* MFC has voluntarily reduced $7,922 in expenses from the amounts included in the monthly fee statements and the detail herein.
Additionally, MFC is not seeking reimbursement for $11,470 in expenses incurred during the Second Interim Fee Period but
voluntarily excluded from the monthly fee statements.

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
September 1, 2012 through September 30, 2012

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Martin, Timothy | 09/06/12 | Air (Round trip from Boston, MA to New York, NY) | $ | 1,121 |
| Knoll, Melissa | 09/04/12 | Air (Round trip from Chicago, IL to New York, NY) | | 573 |
| Knoll, Melissa | 09/10/12 | Air (Round trip from Chicago, IL to New York, NY) | | 569 |
| Martin, Timothy | 09/10/12 | Air (Round trip from Boston, MA to New York, NY) | | 863 |
| | | ***Airfare Subtotal*** [1] | $ | 3,125 |
| Woodford, David | 09/01/12 | Ground Transportation (Weekend roundtrip mileage from home to office) | $ | 102 |
| Woodford, David | 09/01/12 | Ground Transportation (Weekend roundtrip tolls from home to office) | | 29 |
| Woodford, David | 09/01/12 | Ground Transportation (Weekend parking at office) | | 31 |
| Woodford, David | 09/02/12 | Ground Transportation (Weekend roundtrip mileage from home to office) | | 102 |
| Woodford, David | 09/02/12 | Ground Transportation (Weekend roundtrip tolls from home to office) | | 29 |
| Duncan, Oneika | 09/04/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| Knoll, Melissa | 09/04/12 | Ground Transportation (Cabfare from New York airport to hotel) | | 40 |
| Knoll, Melissa | 09/04/12 | Ground Transportation (Cabfare from office to Chicago airport) | | 45 |
| Duncan, Oneika | 09/06/12 | Ground Transportation (Overtime cabfare from office to home) | | 54 |
| Martin, Timothy | 09/06/12 | Ground Transportation (Cabfare from New York airport to office) | | 47 |
| Martin, Timothy | 09/06/12 | Ground Transportation (Cabfare from office to dinner) | | 6 * |
| Duncan, Oneika | 09/07/12 | Ground Transportation (Overtime cabfare from office to home) | | 58 |
| Knoll, Melissa | 09/07/12 | Ground Transportation (Cabfare from office to Chadbourne office) | | 12 * |
| Knoll, Melissa | 09/07/12 | Ground Transportation (Car service from Chicago airport to home) | | 55 |
| Knoll, Melissa | 09/07/12 | Ground Transportation (Car service from office to New York airport) | | 75 |
| Martin, Timothy | 09/07/12 | Ground Transportation (Cabfare from office to New York airport) | | 34 |
| Martin, Timothy | 09/08/12 | Ground Transportation (Parking at Boston airport - 2 days) | | 64 |
| Duncan, Oneika | 09/10/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| Knoll, Melissa | 09/10/12 | Ground Transportation (Cabfare from New York airport to hotel) | | 40 |
| Knoll, Melissa | 09/10/12 | Ground Transportation (Car service from home to Chicago airport) | | 55 |
| Martin, Timothy | 09/10/12 | Ground Transportation (Cabfare from New York airport to hotel) | | 38 |
| Duncan, Oneika | 09/11/12 | Ground Transportation (Overtime cabfare from office to home) | | 67 |
| Martin, Timothy | 09/11/12 | Ground Transportation (Cabfare from office to New York airport) | | 38 |
| Duncan, Oneika | 09/12/12 | Ground Transportation (Overtime cabfare from office to home) | | 76 |
| George, Shante | 09/12/12 | Ground Transportation (Overtime cabfare from office to home) | | 29 |
| Karki, Vera | 09/12/12 | Ground Transportation (Overtime cabfare from office to home) | | 47 |
| Knoll, Melissa | 09/12/12 | Ground Transportation (Car service from office to New York airport) | | 65 |
| Martin, Timothy | 09/12/12 | Ground Transportation (Parking at Boston airport - 2 days) | | 64 |
| Martin, Timothy | 09/13/12 | Ground Transportation (Overtime parking at office) | | 29 |
| Rychalsky, David | 09/13/12 | Ground Transportation (Overtime cabfare from office to home) | | 32 |
| Duncan, Oneika | 09/14/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| George, Shante | 09/14/12 | Ground Transportation (Overtime cabfare from office to home) | | 28 |
| Duncan, Oneika | 09/17/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| Duncan, Oneika | 09/20/12 | Ground Transportation (Overtime cabfare from office to home) | | 80 |
| George, Shante | 09/20/12 | Ground Transportation (Overtime cabfare from office to home) | | 28 |
| Duncan, Oneika | 09/25/12 | Ground Transportation (Overtime cabfare from office to home) | | 72 |
| Martin, Timothy | 09/26/12 | Ground Transportation (Overtime parking at office) | | 29 |
| Duncan, Oneika | 09/28/12 | Ground Transportation (Overtime cabfare from office to home) | | 73 |
| | | ***Ground Transportation Subtotal*** | $ | 1,942 |
| | | **** Less Voluntary Reduction*** | $ | (18) |
| | | ***Ground Transportation Total*** [2] | **$** | **1,924** |
| Knoll, Melissa | 09/07/12 | Lodging (New York, NY - 3 nights) | $ | 1,200 |

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
September 1, 2012 through September 30, 2012

| Name | Date | Description | | Amount | |
|---|---|---|---|---|---|
| Martin, Timothy | 09/07/12 | Lodging (New York, NY - 1 night) | | 400 | |
| Martin, Timothy | 09/10/12 | Lodging (New York, NY - 1 night) | | 400 | |
| Knoll, Melissa | 09/12/12 | Lodging (New York, NY - 2 nights) | | 800 | |
| | | *Lodging Subtotal* [3] | $ | 2,800 | |
| Woodford, David | 09/01/12 | Meals (one person) - weekend lunch | $ | 20 | |
| Mathieu, Ken | 09/02/12 | Meals (one person) - weekend lunch | | 14 | |
| Woodford, David | 09/02/12 | Meals (one person) - weekend lunch | | 20 | |
| Knoll, Melissa | 09/05/12 | Meals (one person) - out of town breakfast | | 11 | |
| Knoll, Melissa | 09/06/12 | Meals (one person) - out of town breakfast | | 11 | |
| Martin, Timothy | 09/06/12 | Meals (one person) - out of town dinner | | 41 | * |
| Knoll, Melissa | 09/07/12 | Meals (one person) - out of town dinner | | 50 | * |
| Knoll, Melissa | 09/07/12 | Meals (one person) - out of town breakfast | | 8 | |
| Martin, Timothy | 09/07/12 | Meals (one person) - out of town dinner | | 25 | * |
| Feltman, James | 09/10/12 | Meals (three people) - out of town dinner: J. Feltman, T. Martin, A. Vanderkamp | | 150 | * |
| Knoll, Melissa | 09/10/12 | Meals (one person) - out of town breakfast | | 9 | |
| Knoll, Melissa | 09/11/12 | Meals (one person) - out of town breakfast | | 11 | |
| Martin, Timothy | 09/11/12 | Meals (one person) - out of town dinner | | 15 | |
| Knoll, Melissa | 09/12/12 | Meals (one person) - out of town breakfast | | 16 | |
| George, Shante | 09/13/12 | Meals (two people) - overtime dinner - O. Duncan, S. George | | 34 | |
| Rychalsky, David | 09/13/12 | Meals (one person) - overtime dinner | | 20 | |
| Feltman, James | 09/25/12 | Meals (two people) - out of town dinner: J. Feltman, B. Lacativo | | 100 | * |
| Knoll, Melissa | 09/25/12 | Meals (one person) - overtime dinner | | 8 | |
| Blake, Eric | 09/26/12 | Meals (one person) - overtime dinner | | 11 | |
| | | *Meals Subtotal* | $ | 573 | |
| | | *\* Less Voluntary Reduction* | $ | (206) | |
| | | ***Meals Total*** [4] | **$** | **367** | |
| Fed Ex | 09/12/12 | Shipping charges | $ | 292 | |
| Villageprint | 09/13/12 | Printing and binding charges | | 59 | |
| Villageprint | 09/18/12 | Printing and binding charges | | 242 | |
| Fed Ex | 09/19/12 | Shipping charges | | 153 | |
| Darr, Stephen | 09/26/12 | Other (Research: Data download fees) | | 9 | |
| Fed Ex | 09/26/12 | Shipping charges | | 10 | |
| | | *Other Subtotal* [5] | $ | 765 | |
| | | ***Expenses Total*** | **$** | **8,981** | |

[1]  All airfares were for coach class tickets or were reduced to the contemporaneous equivalent coach class fare.

[2]  In-town ground transportation has not been billed.

[3]  Amounts billed for hotel have been voluntarily capped at $400 per night.

[4]  Amounts billed for out of town dinners have been voluntarily capped at $20.

[5]  Copies have been billed at the lesser of $0.10 per page or cost.

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
October 1, 2012 through October 31, 2012

| Name | Date | Description | Amount | |
|---|---|---|---:|---|
| Martin, Timothy | 10/02/12 | Air (Round trip from Boston, MA to New York, NY) | $ 992 | |
| Mathieu, Ken | 10/02/12 | Air (Round trip from Chicago, IL to New York, NY) | 733 | |
| Weinberg, Jonathan | 10/02/12 | Air (Round trip from Chicago, IL to New York, NY) | 1,275 | |
| Knoll, Melissa | 10/04/12 | Air (One way from New York, NY to Chicago, IL) | 677 | |
| Knoll, Melissa | 10/16/12 | Air (Round trip from Chicago, IL to New York, NY) | 490 | |
| Mathieu, Ken | 10/16/12 | Air (Round trip from Chicago, IL to New York, NY) | 377 | |
| Martin, Timothy | 10/18/12 | Air (Round trip from Boston, MA to New York, NY) | 992 | |
| Knoll, Melissa | 10/22/12 | Air (Round trip from Chicago, IL to Detroit, MI) | 560 | |
| Martin, Timothy | 10/22/12 | Air (Round trip from Boston, MA to Detroit, MI) | 1,501 | |
| Mathieu, Ken | 10/22/12 | Air (Round trip from Chicago, IL to Detroit, MI) | 588 | |
| McColgan, Kevin | 10/22/12 | Air (Round trip from New York, NY to Detroit, MI) | 1,359 | |
| Lacativo, Bert | 10/23/12 | Air (Round trip from Dallas, TX to New York, NY) | 1,030 | |
| | | *Airfare Subtotal* [1] | $ 10,572 | |
| Duncan, Oneika | 10/01/12 | Ground Transportation (Overtime cabfare from office to home) | $ 67 | |
| George, Shante | 10/01/12 | Ground Transportation (Overtime cabfare from office to home) | 28 | |
| Duncan, Oneika | 10/02/12 | Ground Transportation (Overtime cabfare from office to home) | 67 | |
| Knoll, Melissa | 10/02/12 | Ground Transportation (Cabfare from Penn Station to hotel) | 12 | |
| Martin, Timothy | 10/02/12 | Ground Transportation (Cabfare from hotel to New York airport) | 12 | |
| Martin, Timothy | 10/02/12 | Ground Transportation (Cabfare from hotel to office) | 8 | * |
| Martin, Timothy | 10/02/12 | Ground Transportation (Cabfare from New York airport to office) | 47 | |
| Mathieu, Ken | 10/02/12 | Ground Transportation (Cabfare from New York airport to hotel) | 44 | |
| Weinberg, Jonathan | 10/02/12 | Ground Transportation (Cabfare from New York airport to hotel) | 44 | |
| Duncan, Oneika | 10/03/12 | Ground Transportation (Overtime cabfare from office to home) | 69 | |
| Voronovitskaia, Alla | 10/03/12 | Ground Transportation (Overtime cabfare from office to home) | 54 | |
| Duncan, Oneika | 10/04/12 | Ground Transportation (Overtime cabfare from office to home) | 67 | |
| Knoll, Melissa | 10/04/12 | Ground Transportation (Car service from Chicago airport to home) | 40 | |
| Knoll, Melissa | 10/04/12 | Ground Transportation (Cabfare from Chadbourne office to New York airport) | 40 | |
| Mathieu, Ken | 10/04/12 | Ground Transportation (Cabfare from Chadbourne office to MFC) | 9 | * |
| Weinberg, Jonathan | 10/04/12 | Ground Transportation (Cabfare from Chicago airport to home) | 47 | |
| Weinberg, Jonathan | 10/04/12 | Ground Transportation (Cabfare from office to New York airport) | 45 | * |
| Martin, Timothy | 10/05/12 | Ground Transportation (Cabfare from client meeting to office) | 7 | * |
| Mathieu, Ken | 10/05/12 | Ground Transportation (Parking at Chicago airport - 3 days) | 99 | |
| Duncan, Oneika | 10/09/12 | Ground Transportation (Overtime cabfare from office to home) | 68 | |
| Martin, Timothy | 10/09/12 | Ground Transportation (Parking at Boston airport - 4 days) | 128 | |
| George, Shante | 10/10/12 | Ground Transportation (Overtime cabfare from office to home) | 27 | |
| George, Shante | 10/12/12 | Ground Transportation (Overtime cabfare from office to home) | 28 | |
| Knoll, Melissa | 10/16/12 | Ground Transportation (Cabfare from New York airport to office) | 37 | |
| Knoll, Melissa | 10/16/12 | Ground Transportation (Car service from home to Chicago airport) | 55 | |
| Mathieu, Ken | 10/16/12 | Ground Transportation (Cabfare from New York airport to office) | 34 | |
| Mathieu, Ken | 10/18/12 | Ground Transportation (Cabfare from hotel to client meeting) | 10 | |
| Mathieu, Ken | 10/18/12 | Ground Transportation (Cabfare from office to New York airport) | 41 | |
| Mathieu, Ken | 10/18/12 | Ground Transportation (Parking at Chicago airport - 2 days) | 72 | |
| Knoll, Melissa | 10/19/12 | Ground Transportation (Cabfare from Chadbourne office to New York airport) | 43 | |
| McColgan, Kevin | 10/19/12 | Ground Transportation (Cabfare from office to Chadbourne) | 19 | * |
| McColgan, Kevin | 10/19/12 | Ground Transportation (Cabfare from Chadbourne to office) | 12 | * |
| Knoll, Melissa | 10/20/12 | Ground Transportation (Cabfare from Chicago airport to home) | 72 | |
| Knoll, Melissa | 10/22/12 | Ground Transportation (Car service from home to Chicago airport) | 55 | |
| Martin, Timothy | 10/22/12 | Ground Transportation (Car service from Detroit airport to hotel) | 66 | |
| Mathieu, Ken | 10/22/12 | Ground Transportation (Cabfare from client meeting to Detroit airport) | 42 | |
| Mathieu, Ken | 10/22/12 | Ground Transportation (Cabfare from Detroit airport to hotel) | 50 | |
| Mathieu, Ken | 10/22/12 | Ground Transportation (Parking at Chicago airport - 2 days) | 87 | |
| McColgan, Kevin | 10/22/12 | Ground Transportation (Car service from Detroit airport to hotel) | 67 | |

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
October 1, 2012 through October 31, 2012

| Name | Date | Description | Amount | |
|---|---|---|---:|---|
| McColgan, Kevin | 10/22/12 | Ground Transportation (Car service from client meeting to Detroit airport) | 57 | |
| Weinberg, Jonathan | 10/22/12 | Ground Transportation (Parking at hotel - 1 day) | 25 | |
| Knoll, Melissa | 10/23/12 | Ground Transportation (Cabfare from Detroit airport to hotel) | 35 | |
| Knoll, Melissa | 10/23/12 | Ground Transportation (Car service from client meeting to Detroit airport) | 53 | |
| Lacativo, Bert | 10/23/12 | Ground Transportation (Cabfare from New York airport to hotel) | 52 | |
| Lacativo, Bert | 10/23/12 | Ground Transportation (Parking at Dallas airport - 3 days) | 42 | |
| Martin, Timothy | 10/23/12 | Ground Transportation (Car service from hotel to Detroit airport) | 70 | |
| McColgan, Kevin | 10/23/12 | Ground Transportation (Car service from New York airport to home) | 96 | |
| Weinberg, Jonathan | 10/24/12 | Ground Transportation (Gas for rental car) | 77 | |
| Weinberg, Jonathan | 10/24/12 | Ground Transportation (Car rental - 2 days) | 183 | * |
| Lacativo, Bert | 10/25/12 | Ground Transportation (Cabfare from hotel to office) | 13 | |
| Lacativo, Bert | 10/25/12 | Ground Transportation (Cabfare from office to New York airport) | 34 | |
| Lacativo, Bert | 10/25/12 | Ground Transportation (Roundtrip mileage from home to Dallas airport) | 11 | |
| | | ***Ground Transportation Subtotal*** $ | 2,564 | |
| | | ***\* Less Voluntary Reduction*** $ | (66) | |
| | | ***Ground Transportation Total*** [(2)] $ | **2,498** | |
| Mathieu, Ken | 10/02/12 | Lodging (New York, NY - 2 nights) | $ 800 | |
| Knoll, Melissa | 10/04/12 | Lodging (New York, NY - 2 nights) | 800 | |
| Weinberg, Jonathan | 10/04/12 | Lodging (New York, NY - 2 nights) | 800 | |
| Martin, Timothy | 10/05/12 | Lodging (New York, NY - 3 nights) | 1,200 | |
| Mathieu, Ken | 10/05/12 | Lodging (Astoria, NY - 1 night) | 278 | |
| Mathieu, Ken | 10/18/12 | Lodging (New York, NY - 2 nights) | 800 | |
| Knoll, Melissa | 10/19/12 | Lodging (New York, NY - 3 nights) | 1,200 | |
| Knoll, Melissa | 10/23/12 | Lodging (Detroit, MI - 1 night) | 263 | |
| Martin, Timothy | 10/23/12 | Lodging (Detroit, MI - 1 night) | 263 | |
| McColgan, Kevin | 10/23/12 | Lodging (Detroit, MI - 1 night) | 237 | |
| Weinberg, Jonathan | 10/23/12 | Lodging (Detroit, MI - 1 night) | 263 | |
| Mathieu, Ken | 10/24/12 | Lodging (Detroit, MI - 2 nights) | 528 | |
| Lacativo, Bert | 10/25/12 | Lodging (New York, NY - 2 nights) | 800 | |
| | | ***Lodging Subtotal*** [(3)] $ | **8,233** | |
| George, Shante | 10/01/12 | Meals (one person) - overtime dinner | $ 16 | |
| Blake, Eric | 10/02/12 | Meals (one person) - overtime dinner | 13 | |
| Martin, Timothy | 10/02/12 | Meals (one person) - out of town dinner | 50 | * |
| Mathieu, Ken | 10/02/12 | Meals (one person) - out of town dinner | 9 | |
| Mathieu, Ken | 10/02/12 | Meals (one person) - out of town dinner | 19 | * |
| Weinberg, Jonathan | 10/02/12 | Meals (one person) - out of town dinner | 23 | * |
| Knoll, Melissa | 10/03/12 | Meals (one person) - out of town breakfast | 13 | |
| Martin, Timothy | 10/03/12 | Meals (one person) - out of town dinner | 11 | |
| Mathieu, Ken | 10/03/12 | Meals (one person) - out of town breakfast | 18 | |
| Mathieu, Ken | 10/03/12 | Meals (one person) - out of town dinner | 12 | |
| Weinberg, Jonathan | 10/03/12 | Meals (one person) - out of town dinner | 37 | * |
| Knoll, Melissa | 10/04/12 | Meals (one person) - out of town breakfast | 8 | |
| Martin, Timothy | 10/04/12 | Meals (one person) - out of town dinner | 50 | * |
| Mathieu, Ken | 10/04/12 | Meals (one person) - out of town breakfast | 10 | |
| Mathieu, Ken | 10/04/12 | Meals (one person) - out of town dinner | 13 | |
| Mathieu, Ken | 10/04/12 | Meals (one person) - out of town dinner | 7 | |
| Martin, Timothy | 10/05/12 | Meals (one person) - out of town dinner | 17 | |
| Mathieu, Ken | 10/05/12 | Meals (one person) - out of town breakfast | 16 | |
| Knoll, Melissa | 10/16/12 | Meals (one person) - out of town breakfast | 5 | |

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
October 1, 2012 through October 31, 2012

| Name | Date | Description | Amount | |
|---|---|---|---:|---|
| Knoll, Melissa | 10/16/12 | Meals (one person) - out of town dinner | 50 | * |
| Mathieu, Ken | 10/16/12 | Meals (one person) - out of town dinner | 12 | |
| Knoll, Melissa | 10/17/12 | Meals (one person) - out of town breakfast | 13 | |
| Mathieu, Ken | 10/17/12 | Meals (one person) - out of town breakfast | 7 | |
| Mathieu, Ken | 10/17/12 | Meals (one person) - out of town dinner | 11 | |
| Knoll, Melissa | 10/18/12 | Meals (one person) - out of town breakfast | 15 | |
| Martin, Timothy | 10/18/12 | Meals (one person) - out of town dinner | 27 | * |
| Mathieu, Ken | 10/18/12 | Meals (one person) - out of town breakfast | 8 | |
| Mathieu, Ken | 10/18/12 | Meals (one person) - out of town dinner | 34 | * |
| Knoll, Melissa | 10/19/12 | Meals (one person) - out of town breakfast | 15 | |
| Knoll, Melissa | 10/19/12 | Meals (one person) - out of town dinner | 5 | |
| Martin, Timothy | 10/22/12 | Meals (one person) - out of town dinner | 29 | * |
| Martin, Timothy | 10/22/12 | Meals (two people) - out of town dinner: T. Martin, K. McColgan | 100 | * |
| Mathieu, Ken | 10/22/12 | Meals (one person) - out of town dinner | 10 | |
| Knoll, Melissa | 10/23/12 | Meals (one person) - out of town dinner | 19 | |
| Lacativo, Bert | 10/23/12 | Meals (one person) - out of town dinner | 50 | * |
| Martin, Timothy | 10/23/12 | Meals (six people) - working breakfast: T. Martin, M. Knoll, K. Mathews, K. | 156 | * |
| Mathieu, Ken | 10/23/12 | Meals (one person) - out of town dinner | 9 | |
| Lacativo, Bert | 10/24/12 | Meals (one person) - out of town dinner | 50 | * |

|   |   |   |
|---|---:|---:|
| *Meals Subtotal* | $ | 966 |
| *\* Less Voluntary Reduction* | $ | (296) |
| *Meals Total* [(4)] | $ | **670** |

| Name | Date | Description | Amount | |
|---|---|---|---:|---|
| Villageprint | 08/09/12 | Reproduction & Binding | $ 11,129 | * |
| Fed Ex | 09/26/12 | Shipping charges | 10 | |
| Fed Ex | 10/02/12 | Shipping charges | 153 | |
| Fed Ex | 10/03/12 | Shipping charges | 23 | |
| Fed Ex | 10/03/12 | Shipping charges | 14 | |
| Hughes, Ruth | 10/06/12 | Shipping charges | 13 | |
| Fed Ex | 10/08/12 | Shipping charges | 23 | |
| Fed Ex | 10/10/12 | Shipping charges | 60 | |
| Fed Ex | 10/10/12 | Shipping charges | 58 | |
| Fed Ex | 10/17/12 | Shipping charges | 61 | |
| Fed Ex | 10/24/12 | Shipping charges | 56 | |
| Fed Ex | 10/31/12 | Shipping charges | 35 | |

|   |   |   |
|---|---:|---:|
| *Other Subtotal* | $ | 11,634 |
| *\* Less Voluntary Reduction* | $ | (7,336) |
| *Other Total* [(5)] | $ | **4,298** |
| ***Expenses Total*** | $ | **26,271** |

[(1)]  All airfares were for coach class tickets or were reduced to the contemporaneous equivalent coach class fare.

[(2)]  In-town ground transportation has not been billed.

[(3)]  Amounts billed for hotel have been voluntarily capped at $400 per night.

[(4)]  Amounts billed for out of town dinners have been voluntarily capped at $20.

[(5)]  Copies have been billed at the lesser of $0.10 per page or cost.

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
November 1, 2012 through November 30, 2012

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Knoll, Melissa | 11/06/12 | Air (Round trip from Chicago, IL to New York, NY) | | 607 |
| Lacativo, Bert | 11/07/12 | Air (Round trip from Dallas, TX to New York, NY) | | 520 |
| Mathieu, Ken | 11/08/12 | Air (Round trip from Chicago, IL to New York, NY) | | 501 |
| Knoll, Melissa | 11/12/12 | Air (Round trip from Chicago, IL to San Francisco, CA) | | 1,235 |
| Martin, Timothy | 11/13/12 | Air (Round trip from Boston, MA to New York, NY) | | 863 |
| Feltman, James | 11/19/12 | Air (Round trip from New York, NY to Charlotte, NC) | | 648 |
| Martin, Timothy | 11/19/12 | Air (Flight from Boston, MA to New York, NY / New York, NY to Charlotte, NC / Charlotte, NC to Boston, MA) | | 1,322 |
| Mathieu, Ken | 11/19/12 | Air (Round trip from Chicago, IL to New York, NY) | | 869 |
| Knoll, Melissa | 11/26/12 | Air (Flight from Chicago, IL to San Francisco, CA) | | 496 |
| Knoll, Melissa | 11/27/12 | Air (Flight from San Francisco, CA to Salt Lake City, UT) | | 398 |
| Martin, Timothy | 11/27/12 | Air (Round trip from Boston, MA to Detroit, MI) | | 1,241 |
| Knoll, Melissa | 11/28/12 | Air (Flight from Tucson, AZ to San Francisco, CA) | | 158 |
| Lacativo, Bert | 11/28/12 | Air (Round trip from Dallas, TX to New York, NY) | | 540 |
| Knoll, Melissa | 11/30/12 | Air (Flight from San Francisco, CA to Chicago, IL) | | 188 |
| | | **Airfare Subtotal** [1] | $ | 9,584 |
| Duncan, Oneika | 10/12/12 | Ground Transportation (Overtime cabfare from office to home) | $ | 67 |
| Duncan, Oneika | 10/15/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| Duncan, Oneika | 10/19/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| Duncan, Oneika | 10/22/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| Duncan, Oneika | 10/23/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| Duncan, Oneika | 10/24/12 | Ground Transportation (Overtime cabfare from office to home) | | 68 |
| Duncan, Oneika | 10/25/12 | Ground Transportation (Overtime cabfare from office to home) | | 69 |
| George, Shante | 11/01/12 | Ground Transportation (Overtime cabfare from office to home) | | 29 |
| George, Shante | 11/05/12 | Ground Transportation (Overtime cabfare from office to home) | | 27 |
| George, Shante | 11/06/12 | Ground Transportation (Overtime cabfare from office to home) | | 37 |
| Knoll, Melissa | 11/06/12 | Ground Transportation (Car service from home to Chicago airport) | | 54 |
| Knoll, Melissa | 11/07/12 | Ground Transportation (Cabfare from New York airport to hotel) | | 36 |
| Lacativo, Bert | 11/07/12 | Ground Transportation (Cabfare from home to Dallas airport) | | 42 |
| Lacativo, Bert | 11/07/12 | Ground Transportation (Cabfare from New York airport to hotel) | | 49 |
| Mathieu, Ken | 11/08/12 | Ground Transportation (Cabfare from New York airport to office) | | 41 |
| Knoll, Melissa | 11/09/12 | Ground Transportation (Cabfare from Chadbourne office to New York airport) | | 50 |
| Lacativo, Bert | 11/09/12 | Ground Transportation (Cabfare from Dallas airport to home) | | 38 |
| Lacativo, Bert | 11/09/12 | Ground Transportation (Cabfare from office to New York airport) | | 41 |
| Mathieu, Ken | 11/09/12 | Ground Transportation (Parking at Chicago airport - 2 days) | | 62 |
| Mathieu, Ken | 11/10/12 | Ground Transportation (Weekend parking at office) | | 30 |
| Knoll, Melissa | 11/12/12 | Ground Transportation (Cabfare from office to Chicago airport) | | 47 |
| Knoll, Melissa | 11/12/12 | Ground Transportation (Cabfare from San Francisco airport to hotel) | | 60 |
| Knoll, Melissa | 11/13/12 | Ground Transportation (Car service from Chicago airport to home) | | 84 |
| Martin, Timothy | 11/13/12 | Ground Transportation (Cabfare from New York airport to office) | | 40 |
| George, Shante | 11/14/12 | Ground Transportation (Overtime cabfare from office to home) | | 29 |
| Martin, Timothy | 11/15/12 | Ground Transportation (Cabfare from office to New York airport) | | 36 |
| Martin, Timothy | 11/15/12 | Ground Transportation (Parking at Boston airport - 3 days) | | 81 |
| Martin, Timothy | 11/15/12 | Ground Transportation (Roundtrip mileage/tolls from home to Boston airport) | | 19 |
| Mathieu, Ken | 11/18/12 | Ground Transportation (Weekend parking at office) | | 30 |
| Feltman, James | 11/19/12 | Ground Transportation (Car service from home to New York airport) | | 99 |
| Martin, Timothy | 11/19/12 | Ground Transportlation (Cabfare from New York airport to office) | | 46 |
| Martin, Timothy | 11/19/12 | Ground Transportation (Cabfare from office to New York airport) | | 45 |

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
November 1, 2012 through November 30, 2012

| Name | Date | Description | Amount |
|---|---|---|---:|
| Mathieu, Ken | 11/19/12 | Ground Transportation (Cabfare from office to New York airport) | 34 |
| Mathieu, Ken | 11/19/12 | Ground Transportation (Cabfare from New York airport to office) | 35 |
| Mathieu, Ken | 11/19/12 | Ground Transportation (Parking at Chicago airport - 1 day) | 33 |
| Feltman, James | 11/20/12 | Ground Transportation (Car service from New York airport to home) | 99 |
| Martin, Timothy | 11/20/12 | Ground Transportation (Parking at Boston airport - 2 days) | 54 |
| Martin, Timothy | 11/20/12 | Ground Transportation (Roundtrip mileage from home to Boston airport) | 19 |
| George, Shante | 11/21/12 | Ground Transportation (Overtime cabfare from office to home) | 31 |
| Knoll, Melissa | 11/26/12 | Ground Transportation (Cabfare from San Francisco airport to hotel) | 55 |
| Martin, Timothy | 11/27/12 | Ground Transportation (Car service from Detroit airport to hotel) | 71 |
| Martin, Timothy | 11/27/12 | Ground Transportation (Roundtrip mileage from home to Boston airport) | 19 |
| Knoll, Melissa | 11/28/12 | Ground Transportation (Cabfare from Salt Lake City hotel to law firm to attend interview) | 5 |
| Lacativo, Bert | 11/28/12 | Ground Transportation (Cabfare from home to Dallas airport) | 45 |
| Lacativo, Bert | 11/28/12 | Ground Transportation (Cabfare from New York airport to hotel) | 50 |
| Martin, Timothy | 11/28/12 | Ground Transportation (Parking at Boston airport - 2 days) | 41 |
| Knoll, Melissa | 11/30/12 | Ground Transportation (Cabfare from hotel to Tucson airport) | 43 |
| Knoll, Melissa | 11/30/12 | Ground Transportation (Cabfare from San Francisco airport to law firm to attend interview) | 50 |
| Knoll, Melissa | 11/30/12 | Ground Transportation (Car service from Chicago airport to home) | 85 |
| Lacativo, Bert | 11/30/12 | Ground Transportation (Cabfare from Dallas airport to home) | 37 |
| Lacativo, Bert | 11/30/12 | Ground Transportation (Cabfare from office to New York airport) | 30 |
| | | ***Ground Transportation Subtotal*** [2]  $ | 2,462 |
| Knoll, Melissa | 11/09/12 | Lodging (New York, NY - 1 night) | $ 400 |
| Lacativo, Bert | 11/09/12 | Lodging (New York, NY - 2 nights) | 800 |
| Mathieu, Ken | 11/09/12 | Lodging (New York, NY - 1 night) | 400 |
| Knoll, Melissa | 11/13/12 | Lodging (San Francisco, CA - 1 night) | 357 |
| Martin, Timothy | 11/15/12 | Lodging (New York, NY - 2 nights) | 800 |
| Feltman, James | 11/20/12 | Lodging (Charlotte, NC - 1 night) | 252 |
| Martin, Timothy | 11/20/12 | Lodging (Charlotte, NC - 1 night) | 252 |
| Knoll, Melissa | 11/27/12 | Lodging (San Francisco, CA - 1 night) | 201 |
| Knoll, Melissa | 11/28/12 | Lodging (Salt Lake City, UT - 1 night) | 258 |
| Martin, Timothy | 11/28/12 | Lodging (Detroit, MI - 1 night) | 271 |
| Lacativo, Bert | 11/30/12 | Lodging (New York, NY - 2 nights) | 800 |
| | | ***Lodging Subtotal*** [3]  $ | 4,791 |
| Lacativo, Bert | 11/07/12 | Meals (one person) - out of town dinner | $ 20 |
| Lacativo, Bert | 11/08/12 | Meals (one person) - out of town breakfast | 15 |
| Lacativo, Bert | 11/08/12 | Meals (one person) - out of town dinner | 20 |
| Mathieu, Ken | 11/08/12 | Meals (one person) - out of town breakfast | 13 |
| Mathieu, Ken | 11/08/12 | Meals (one person) - out of town dinner | 20 |
| Knoll, Melissa | 11/09/12 | Meals (one person) - out of town breakfast | 7 |
| Knoll, Melissa | 11/09/12 | Meals (one person) - out of town dinner | 20 |
| Lacativo, Bert | 11/09/12 | Meals (one person) - out of town breakfast | 15 |
| Mathieu, Ken | 11/09/12 | Meals (one person) - out of town dinner | 20 |
| Knoll, Melissa | 11/12/12 | Meals (one person) - out of town dinner | 5 |
| Knoll, Melissa | 11/13/12 | Meals (one person) - out of town breakfast | 19 |
| Knoll, Melissa | 11/13/12 | Meals (one person) - out of town dinner | 6 |

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
November 1, 2012 through November 30, 2012

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Martin, Timothy | 11/13/12 | Meals (one person) - out of town dinner | | 20 |
| Martin, Timothy | 11/14/12 | Meals (one person) - out of town dinner | | 20 |
| Martin, Timothy | 11/15/12 | Meals (one person) - out of town dinner | | 20 |
| Feltman, James | 11/19/12 | Meals (one person) - out of town dinner | | 20 |
| Mathieu, Ken | 11/19/12 | Meals (one person) - out of town breakfast | | 13 |
| Mathieu, Ken | 11/19/12 | Meals (one person) - out of town dinner | | 20 |
| Martin, Timothy | 11/20/12 | Meals (one person) - out of town dinner | | 20 |
| Knoll, Melissa | 11/26/12 | Meals (one person) - out of town dinner | | 16 |
| Knoll, Melissa | 11/27/12 | Meals (one person) - out of town breakfast | | 18 |
| Knoll, Melissa | 11/28/12 | Meals (one person) - out of town breakfast | | 14 |
| Knoll, Melissa | 11/28/12 | Meals (one person) - out of town dinner | | 20 |
| Lacativo, Bert | 11/28/12 | Meals (one person) - out of town dinner | | 20 |
| Martin, Timothy | 11/28/12 | Meals (one person) - out of town dinner | | 20 |
| Lacativo, Bert | 11/29/12 | Meals (one person) - out of town dinner | | 20 |
| | | | *Meals Subtotal* [4]  $ | 443 |
| Fed Ex | 11/14/12 | Shipping charges | $ | 28 |
| Fed Ex | 11/21/12 | Shipping charges | | 22 |
| Fed Ex | 11/28/12 | Shipping charges | | 29 |
| Troia, Donna | 11/30/12 | Research and publications | | 156 |
| | | | *Other Subtotal* [5]  $ | 235 |
| | | | **$** | **17,515** |

[1] All airfares were for coach class tickets or were reduced to the contemporaneous equivalent coach class fare.

[2] In-town ground transportation has not been billed.

[3] Amounts billed for hotel have been voluntarily capped at $400 per night.

[4] Amounts billed for out of town dinners have been voluntarily capped at $20.

[5] Copies have been billed at the lesser of $0.10 per page or cost.

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
December 1, 2012 through December 31, 2012

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Mathieu, Ken | 12/03/12 | Air (Round trip from Chicago, IL to New York, NY) | $ | 208 |
| Martin, Timothy | 12/04/12 | Air (Round trip from Boston, MA to Philadelphia, PA) | | 851 |
| Knoll, Melissa | 12/06/12 | Air (Round trip from Chicago, IL to New York, NY) | | 661 |
| Knoll, Melissa | 12/10/12 | Air (Flight from Chicago, IL to Philadelphia, PA / Philadelphia, PA to New York, NY / New York, NY to Chicago, IL) | | 513 |
| Martin, Timothy | 12/10/12 | Air (Round trip from Boston, MA to Philadelphia, PA) | | 604 |
| Mathieu, Ken | 12/10/12 | Air (Round trip from Chicago, IL to Philadelphia, PA) | | 989 |
| Vanderkamp, Anne | 12/10/12 | Air (Round trip from Chicago, IL to Philadelphia, PA) | | 393 |
| Weinberg, Jonathan | 12/10/12 | Air (Round trip from Chicago, IL to Philadelphia, PA) | | 779 |
| Lacativo, Bert | 12/12/12 | Air (Round trip from Dallas, TX to New York, NY) | | 176 |
| Martin, Timothy | 12/13/12 | Air (One way from Boston, MA to New York, NY) | | 466 |
| Martin, Timothy | 12/17/12 | Air (One way from New York, NY to Boston, MA) | | 443 |
| Knoll, Melissa | 12/19/12 | Air (Round trip from Chicago, IL to New York, NY) | | 588 |
| | | *Airfare Subtotal* [(1)] | $ | 6,669 |
| Vanderkamp, Anne | 11/27/12 | Ground Transportation (Overtime cabfare from office to home) | $ | 17 |
| Vanderkamp, Anne | 11/28/12 | Ground Transportation (Overtime cabfare from office to home) | | 18 |
| Atkinson, James | 12/03/12 | Ground Transportation (Cabfare from office to Penn Station) | | 11 |
| Atkinson, James | 12/03/12 | Ground Transportation (Cabfare from Philadelphia train station to GMAC office) | | 60 |
| Atkinson, James | 12/03/12 | Ground Transportation (Roundtrip train service from Penn Station to Philadelphia Amtrak Station) | | 401 |
| Atkinson, James | 12/04/12 | Ground Transportation (Cabfare from GMAC office to Philadelphia Amtrak station) | | 60 |
| George, Shante | 12/04/12 | Ground Transportation (Overtime cabfare from office to home) | | 27 |
| McColgan, Kevin | 12/04/12 | Ground Transportation (Roundtrip mileage/tolls from home to Ft. Washington, PA) | | 121 |
| George, Shante | 12/05/12 | Ground Transportation (Overtime cabfare from office to home) | | 32 |
| Knoll, Melissa | 12/06/12 | Ground Transportation (Cabfare from New York airport to office) | | 30 |
| Knoll, Melissa | 12/06/12 | Ground Transportation (Car service from home to Chicago airport) | | 55 |
| Vanderkamp, Anne | 12/06/12 | Ground Transportation (Overtime cabfare from office to home) | | 16 |
| Knoll, Melissa | 12/07/12 | Ground Transportation (Cabfare from office to New York airport) | | 45 |
| Knoll, Melissa | 12/07/12 | Ground Transportation (Car service from Chicago airport to home) | | 55 |
| Martin, Timothy | 12/07/12 | Ground Transportation (Car service from Chadbourne office to New York airport) | | 99 |
| Martin, Timothy | 12/10/12 | Ground Transportation (Train service from Philadelphia Amtrak Station to Penn Station, NY) | | 257 |
| Mathieu, Ken | 12/10/12 | Ground Transportation (Parking at office en route to airport) | | 18 |
| Trioa, Donna | 12/10/12 | Ground Transportation (Mileage/tolls from home to Ft. Washington PA) | | 84 |
| Knoll, Melissa | 12/11/12 | Ground Transportation (Cabfare from Penn Station to hotel) | | 15 |
| Knoll, Melissa | 12/11/12 | Ground Transportation (Train service from Philadelphia Amtrak Station to Penn Station) | | 241 |
| Martin, Timothy | 12/11/12 | Ground Transportation (Train service from Philadelphia Amtrak Station to Penn Station, New York) | | 241 |
| Mathieu, Ken | 12/11/12 | Ground Transportation (Parking at Chicago airport - 2 days) | | 43 |
| Mathieu, Ken | 12/11/12 | Ground Transportation (Gas for rental car) | | 44 |
| Mathieu, Ken | 12/11/12 | Ground Transportation (Rental car - 1 day) | | 106 |
| Trioa, Donna | 12/11/12 | Ground Transportation (Mileage/tolls from Ft. Washington PA to home) | | 84 |
| Vanderkamp, Anne | 12/11/12 | Ground Transportation (Cabfare from Chicago airport to home) | | 40 |
| Weinberg, Jonathan | 12/11/12 | Ground Transportation (Cabfare from Chicago airport to home) | | 55 |
| Lacativo, Bert | 12/12/12 | Ground Transportation (Cabfare from home to Dallas airport) | | 45 |
| Lacativo, Bert | 12/12/12 | Ground Transportation (Cabfare from New York airport to hotel) | | 44 |

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
December 1, 2012 through December 31, 2012

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Vanderkamp, Anne | 12/12/12 | Ground Transportation (Overtime cabfare from office to home) | | 17 |
| George, Shante | 12/13/12 | Ground Transportation (Overtime cabfare from office to home) | | 25 |
| Knoll, Melissa | 12/14/12 | Ground Transportation (Cabfare from office to New York airport) | | 46 |
| Knoll, Melissa | 12/14/12 | Ground Transportation (Car service from Chicago airport to home) | | 55 |
| Lacativo, Bert | 12/14/12 | Ground Transportation (Cabfare from Dallas airport to home) | | 38 |
| Lacativo, Bert | 12/14/12 | Ground Transportation (Cabfare from hotel to New York airport) | | 44 |
| Martin, Timothy | 12/14/12 | Ground Transportation (Car service from Chadbourne office to New York airport) | | 94 |
| Martin, Timothy | 12/15/12 | Ground Transportation (Parking at Boston airport - 5 days) | | 145 |
| Mathieu, Ken | 12/16/12 | Ground Transportation (Overtime parking) | | 30 |
| Merced, Justin | 12/17/12 | Ground Transportation (Overtime cabfare from office to home) | | 12 |
| Martin, Timothy | 12/18/12 | Ground Transportation (Parking at Boston airport - 1 day) | | 32 |
| Merced, Justin | 12/18/12 | Ground Transportation (Overtime cabfare from office to home) | | 13 |
| Knoll, Melissa | 12/19/12 | Ground Transportation (Cabfare from New York airport to Chadbourne office) | | 48 |
| Knoll, Melissa | 12/19/12 | Ground Transportation (Car service from home to Chicago airport) | | 55 |
| Merced, Justin | 12/19/12 | Ground Transportation (Overtime cabfare from office to home) | | 12 |
| Knoll, Melissa | 12/21/12 | Ground Transportation (Car service from Chadbourne office to New York airport) | | 87 |
| Knoll, Melissa | 12/21/12 | Ground Transportation (Car service from Chicago airport to home) | | 54 |
| | | *Ground Transportation Subtotal* [(2)] | $ | 3,169 |
| Atkinson, James | 12/04/12 | Lodging (Plymouth Meeting, PA - 1 night) | $ | 172 |
| Knoll, Melissa | 12/07/12 | Lodging (New York, NY - 1 night) | | 400 |
| Knoll, Melissa | 12/11/12 | Lodging (Plymouth Meeting, PA - 1 night) | | 193 |
| Mathieu, Ken | 12/11/12 | Lodging (Plymouth Meeting, PA - 1 night) | | 193 |
| Trioa, Donna | 12/11/12 | Lodging (Plymouth Meeting, PA - 1 night) | | 193 |
| Vanderkamp, Anne | 12/11/12 | Lodging (Plymouth Meeting, PA - 1 night) | | 183 |
| Weinberg, Jonathan | 12/11/12 | Lodging (Plymouth Meeting, PA - 1 night) | | 193 |
| Knoll, Melissa | 12/14/12 | Lodging (New York, NY - 3 nights) | | 1,082 |
| Lacativo, Bert | 12/14/12 | Lodging (New York, NY - 2 nights) | | 800 |
| Martin, Timothy | 12/14/12 | Lodging (New York, NY - 3 nights) | | 1,200 |
| Knoll, Melissa | 12/21/12 | Lodging (New York, NY - 2 nights) | | 707 |
| | | *Lodging Subtotal* [(3)] | $ | 5,317 |
| Vanderkamp, Anne | 11/28/12 | Meals (one person) - overtime dinner | $ | 10 |
| Atkinson, James | 12/04/12 | Meals (one person) - out of town breakfast | | 15 |
| Merced, Justin | 12/04/12 | Meals (one person) - overtime dinner | | 16 |
| George, Shante | 12/05/12 | Meals (one person) - overtime dinner | | 20 |
| Knoll, Melissa | 12/06/12 | Meals (one person) - out of town breakfast | | 5 |
| Merced, Justin | 12/06/12 | Meals (one person) - overtime dinner | | 20 |
| Vanderkamp, Anne | 12/06/12 | Meals (one person) - overtime dinner | | 10 |
| Knoll, Melissa | 12/07/12 | Meals (one person) - out of town breakfast | | 11 |
| Mathieu, Ken | 12/10/12 | Meals (four people) - out of town dinner: J. Weinberg, A. Vanderkamp, M. Knoll and K. Mathieu | | 80 |
| Trioa, Donna | 12/10/12 | Meals (one person) - out of town dinner | | 20 |
| Knoll, Melissa | 12/11/12 | Meals (one person) - out of town breakfast | | 12 |
| Knoll, Melissa | 12/11/12 | Meals (one person) - out of town dinner | | 11 |
| Mathieu, Ken | 12/11/12 | Meals (one person) - out of town breakfast | | 9 |

**EXHIBIT F**

RESIDENTIAL CAPITAL, LLC, et al.
Detailed Description of Expenses
December 1, 2012 through December 31, 2012

| Name | Date | Description | Amount |
|---|---|---|---:|
| Mathieu, Ken | 12/11/12 | Meals (one person) - out of town dinner | 11 |
| Trioa, Donna | 12/11/12 | Meals (one person) - out of town breakfast | 10 |
| Vanderkamp, Anne | 12/11/12 | Meals (one person) - out of town breakfast | 7 |
| Vanderkamp, Anne | 12/11/12 | Meals (one person) - out of town dinner | 12 |
| Knoll, Melissa | 12/12/12 | Meals (one person) - out of town breakfast | 11 |
| Martin, Timothy | 12/12/12 | Meals (one person) - out of town dinner | 20 |
| Knoll, Melissa | 12/13/12 | Meals (one person) - out of town breakfast | 14 |
| Martin, Timothy | 12/13/12 | Meals (one person) - out of town dinner | 20 |
| Merced, Justin | 12/13/12 | Meals (one person) - overtime dinner | 19 |
| Merced, Justin | 12/14/12 | Meals (one person) - overtime dinner | 20 |
| Merced, Justin | 12/17/12 | Meals (one person) - overtime dinner | 20 |
| Merced, Justin | 12/18/12 | Meals (one person) - overtime dinner | 20 |
| Knoll, Melissa | 12/20/12 | Meals (one person) - out of town breakfast | 8 |
| Knoll, Melissa | 12/21/12 | Meals (one person) - out of town dinner | 20 |
| | | *Meals Subtotal* [4]  $ | 452 |
| Fed Ex | 12/05/12 | Shipping charges                $ | 31 |
| Fed Ex | 12/26/12 | Shipping charges | 78 |
| | | *Other Subtotal* [5]  $ | 109 |
| | | **$** | **15,716** |

[1] All airfares were for coach class tickets or were reduced to the contemporaneous equivalent coach class fare.

[2] In-town ground transportation has not been billed.

[3] Amounts billed for hotel have been voluntarily capped at $400 per night.

[4] Amounts billed for out of town dinners have been voluntarily capped at $20.

[5] Copies have been billed at the lesser of $0.10 per page or cost.