# EXHIBIT 1

# Time Detail
## September 1, 2012 to December 31, 2012

| Employee | Date | Hours | Fees | Description |
|---|---|---|---|---|
| Dluhy, Bryan M. | 2-Sep-12 | 2.5 | $681.50 | KEIP redesign and paycurve analysis (2.5). |
| Dempsey, John B. | 3-Sep-12 | 3.5 | $2,618.70 | KEIP redesign analysis (1.0); review company financials for same (2.0); ResCap KEIP call with Brian Dluhy, Jordan Wishnew (counsel for debtors) and client working group (0.5). |
| Dluhy, Bryan M. | 3-Sep-12 | 2.5 | $681.50 | Call on KEIP redesign with John Dempsey, Jordan Wishnew (counsel for debtors) and client working group (0.5); KEIP redesign analysis based upon same (2.0). |
| Dempsey, John B. | 4-Sep-12 | 4.5 | $3,366.90 | KEIP redesign analysis (3.0); ResCap KEIP call with Brian Dluhy, Jordan Wishnew (counsel for debtors) and client working group (0.5); conference with Anne Janiczek and George Crowley regarding modified KEIP structure (1.0). |
| Dluhy, Bryan M. | 4-Sep-12 | 2.0 | $545.20 | Conference regarding modified KEIP Structure with Anne Janiczek and George Crowley (1.0); review of potential revisions to plan design based upon same (1.0). |
| Dempsey, John B. | 5-Sep-12 | 4.0 | $2,992.80 | Telephone conference with Jordan Wishnew (counsel for debtors) regarding KEIP design issues (0.25); additional ResCap KEIP redesign analysis based upon same (2.75); telephone conference with Brian Dluhy and client working group regarding ResCap KEIP Income Statement issues (1.0). |
| Dluhy, Bryan M. | 5-Sep-12 | 1.0 | $272.60 | Telephone conference with John Dempsey and client working group regarding ResCap KEIP Income Statement (1.0). |
| Dempsey, John B. | 6-Sep-12 | 3.0 | $2,244.60 | ResCap KEIP redesign analysis (3.0). |
| Dluhy, Bryan M. | 6-Sep-12 | 0.5 | $136.30 | Analysis of proposed redesign of KEIP versus original version (0.5). |
| Dempsey, John B. | 7-Sep-12 | 3.0 | $2,244.60 | Review and revise KEIP design analysis (3.0). |
| Dempsey, John B. | 13-Sep-12 | 0.5 | $374.10 | Telephone conference with George Crowley regarding management buy-in issues (0.5). |
| Mayer, Julie J. | 21-Sep-12 | 4.5 | $339.30 | Discrete plan research (4.5). |
| Dempsey, John B. | 17-Oct-12 | 1.00 | $748.20 | Review and prepare for KEIP hearing (1.0). |
| Dempsey, John B. | 19-Oct-12 | 0.50 | $374.10 | Telephone conference with Devon Eggert regarding hearing on fee application (0.5). |
| Mayer, Julie J. | 22-Oct-12 | 3.25 | $245.06 | Additional discrete plan research (3.25). |
| Dempsey, John B. | 9-Nov-12 | 0.50 | $374.10 | Call regarding wind-down plans with client working group (0.5). |

| Employee | Date | Hours | Fees | Description |
|---|---|---|---|---|
| Dluhy, Bryan M. | 9-Nov-12 | 0.75 | $204.45 | Prepare for call with client working group and John Dempsey regarding wind down plans (0.25); attend conference call regarding same (0.5). |
| Dempsey, John B. | 12-Nov-12 | 2.00 | $1,496.40 | Review and revise analysis of wind-down plans and bonus payments (1.75); conference with Bryan Dluhy regarding same (0.25). |
| Dluhy, Bryan M. | 12-Nov-12 | 1.00 | $272.60 | Telephone conferences with client working group regarding wind down plans (0.25); meetings with John Dempsey on bonus payouts (0.25); analysis of wind-down plans and bonus payouts (0.5). |
| Dempsey, John B. | 13-Nov-12 | 3.00 | $2,244.60 | Review and revise analysis of wind-down plans and bonus payments (2.5); conference with Bryan Dluhy regarding same (0.5). |
| Dluhy, Bryan M. | 13-Nov-12 | 1.00 | $272.60 | Telephone conferences with client working group regarding wind-down plans (0.25); conference with John Dempsey regarding same and bonus payments (0.5); additional analysis of wind-down plans based upon same (0.25). |
| Mehta, Sahil | 13-Nov-12 | 1.00 | $272.60 | Research regarding companies with wind-down plans and companies administering short-term incentive during bankruptcy (1.0). |
| Dempsey, John B. | 14-Nov-12 | 1.00 | $748.20 | Conferences with Brian Dluhy regarding bonus payments (0.5); review analysis based upon same (0.5). |
| Dluhy, Bryan M. | 14-Nov-12 | 1.00 | $272.60 | Telephone conferences with client working group regarding wind down plans (0.25); meetings with John Dempsey on bonus payouts (0.5); additional analysis of wind down plans and bonus payouts based upon same (0.25). |
| Mehta, Sahil | 14-Nov-12 | 3.00 | $817.80 | Additional research regarding companies with wind down plans (3.0). |
| Dempsey, John B. | 15-Nov-12 | 0.50 | $374.10 | Conference with Bryan Dluhy regarding status of wind-down and bonus payout analysis (0.5). |
| Dluhy, Bryan M. | 15-Nov-12 | 7.00 | $1,908.20 | Telephone conferences with client working group regarding wind-down plans and bonus payouts (0.5); conference with John Dempsey regarding same (0.5); revise analysis of wind-down plans and bonus payouts based upon same (6.0). |
| Mehta, Sahil | 15-Nov-12 | 4.00 | $1,090.40 | Additional research regarding companies with wind down plans and administering short-term incentive plans during bankruptcy (4.0). |

| **Employee** | **Date** | **Hours** | **Fees** | **Description** |
|---|---|---|---|---|
| Nestorov, Alex | 15-Nov-12 | 5.00 | $1,363.00 | Research regarding companies with wind-down plans (5.0). |
| Dluhy, Bryan M. | 16-Nov-12 | 2.00 | $545.20 | Telephone conferences with client working group regarding wind-down plans (0.5); additional analysis of wind-down plans and bonus payouts based upon same (1.5). |
| Mehta, Sahil | 16-Nov-12 | 6.00 | $1,635.60 | Research regarding companies using short-term incentives during bankruptcy and wind-down plans (6.0). |
| Nestorov, Alex | 16-Nov-12 | 4.00 | $1,090.40 | Research regarding companies with wind-down plans and entities in bankruptcy using administering short-term incentives (4.0). |
| Dluhy, Bryan M. | 17-Nov-12 | 3.00 | $817.80 | Analysis regarding payment of bonuses during bankruptcy cases (3.0). |
| Dluhy, Bryan M. | 18-Nov-12 | 7.00 | $1,908.20 | Analysis regarding companies paying bonuses in bankruptcy (5.0); telephone conferences with client working group regarding same (0.5); prepare deck for compensation committee (1.5). |
| Mehta, Sahil | 18-Nov-12 | 3.00 | $817.80 | Research regarding bonuses during bankruptcy (3.0). |
| Corrin, Ann | 19-Nov-12 | 2.50 | $681.50 | Research regarding company bonuses during bankruptcy (2.5). |
| Dempsey, John B. | 19-Nov-12 | 7.50 | $5,611.50 | Review of revised 2012 discretionary bonus awards (1.0); peer review of benchmakring analysis of 2012 discretionary bonus awards (1.0); peer review of changes to the bonus award deck (1.0); benchmakring analysis of 2012 discretionary bonus awards (1.0); meeting with Bryan Dluhy with respect to presentation for Board with respect to annual discretionalry bonus awards (0.5); review of revisions of discretionary bonus award deck (1.0); AIP funding discussion for Board with Jordan Wishnew, George Crowley, Anne Janiczek, James Whitlinger, Steven Abreu and Tom Marano (1.0); ResCap AIP Market Analysis telephone conference with Jordan Wishnew, George Crowley and Anne Janiczek (0.50); telephone conference with Jordan Wishnew regarding potential bonus awards (0.5). |
| Dluhy, Bryan M. | 19-Nov-12 | 9.00 | $2,453.40 | Analysis of bonuses in bankruptcy cases (6.0); conference with John Dempsey regarding same (0.5); prepare deck for compensation committee (2.5). |
| Mayer, Julie J. | 19-Nov-12 | 0.25 | $18.86 | Research regarding discrete plan issues (0.25). |

| Employee | Date | Hours | Fees | Description |
|---|---|---|---|---|
| Mehta, Sahil | 19-Nov-12 | 4.00 | $1,090.40 | Research regarding bonus payments while companies are in bankruptcy (4.0). |
| Olstein, Judi A. | 19-Nov-12 | 1.00 | $336.40 | Research regarding 401(k) plans and discretionary contributions (1.0). |
| Corrin, Ann | 20-Nov-12 | 2.25 | $613.36 | Research regarding bonuses during bankruptcy (2.25). |
| Dempsey, John B. | 20-Nov-12 | 6.50 | $4,863.30 | Conference with Jordan Wishnew regarding wind down plan (1.0); conference with ResCap Compensation Committee regarding same (1.5); additional analysis of wind-down plan based upon same (4.0). |
| Dluhy, Bryan M. | 20-Nov-12 | 4.00 | $1,090.40 | Analysis of bonuses in bankruptcy cases (1.0); telephone conferences with client working group regarding same (0.5); revise deck for compensation committee (2.5). |
| Mehta, Sahil | 26-Nov-12 | 0.50 | $136.30 | Research regarding base salary adjustments during bankruptcy and wind down plans (0.5). |
| Dempsey, John B. | 27-Nov-12 | 0.50 | $374.10 | Conference with Sahil Meta regarding methodology for benchmarking wind-down plans and peer review research completed to date with respect to same (0.5). |
| Mehta, Sahil | 27-Nov-12 | 1.00 | $272.60 | Additional research regarding base salary adjustments during bankruptcy and wind down plans (0.5); conference with John Dempsey regarding same (0.5). |
| Dluhy, Bryan M. | 28-Nov-12 | 1.00 | $348.00 | Research merit increase issues in connection with wind-down plan (0.5). |
| Mehta, Sahil | 28-Nov-12 | 1.00 | $272.60 | Research of base salary adjustments during bankruptcy and wind down plans (1.0). |
| Dluhy, Bryan M. | 29-Nov-12 | 1.50 | $522.00 | Additional research regarding merit increase issues (1.5). |
| Mehta, Sahil | 29-Nov-12 | 3.00 | $817.80 | Research on base salary adjustments during bankruptcy and wind down plans (3.0). |
| Dluhy, Bryan M. | 30-Nov-12 | 4.00 | $1,392.00 | Additional research on merit increase issues in connection with wind-down plans (4.0). |
| Mehta, Sahil | 30-Nov-12 | 0.50 | $136.30 | Research on base salary adjustments during bankruptcy and wind down plans (0.5). |
| Dluhy, Bryan M. | 3-Dec-12 | 1.50 | $522.00 | Research regarding bonuses during bankruptcy (0.5); analysis of CEO compensation issues (0.5); additional research on wind down plans based upon same (0.5). |
| Mehta, Sahil | 3-Dec-12 | 2.00 | $545.20 | Research regarding bonus/base prevalence issues (2.0). |

| Employee | Date | Hours | Fees | Description |
|---|---|---|---|---|
| Dempsey, John B. | 4-Dec-12 | 1.50 | $1,122.30 | Telephone conference with ResCap Compensation Committee regarding compensation plan issues (1.0); preparation for compensation committee call (0.25); conference with Brian Dluhy regarding open items based upon same (0.25). |
| Dluhy, Bryan M. | 4-Dec-12 | 8.00 | $2,784.00 | Additional research regarding bonuses during bankruptcy bases (4.0); analysis of CEO compensation issues (2.0); telephone conferences with client working group regarding same (0.25); research regarding wind-down plans (1.5); conference with John Dempsey regarding same (0.25). |
| Mehta, Sahil | 4-Dec-12 | 3.00 | $817.80 | Research regarding bonus/base prevalence for wind-down deck (3.0). |
| Dempsey, John B. | 5-Dec-12 | 2.00 | $1,496.40 | Review executive pay benchmarking information (2.0). |
| Dluhy, Bryan M. | 5-Dec-12 | 5.00 | $1,740.00 | Additional research on bonuses during bankruptcy (3.0); analysis of CEO compensation issues (1.0); telephone conferences with working client group regarding same (0.25); research regarding wind-down plans (0.5); telephone conferences with client working group regarding same (0.25). |
| Mehta, Sahil | 5-Dec-12 | 5.00 | $1,363.00 | Research regarding bonus and base prevalence issues (5.0). |
| Corrin, Ann | 6-Dec-12 | 0.50 | $136.30 | Research regarding bonus payments during bankruptcy (0.5). |
| Dempsey, John B. | 6-Dec-12 | 1.00 | $748.20 | Meeting with Sahil Mehta to discuss methodology for benchmarking wind-down plans (0.5); peer review research completed to date with respect to same (0.5). |
| Dluhy, Bryan M. | 6-Dec-12 | 4.00 | $1,392.00 | Additional research regarding bonuse payment issues (2.0); analysis of CEO compensation issues based upon same (1.0); additional research on wind down plan issues (1.0). |
| Mehta, Sahil | 6-Dec-12 | 5.00 | $1,363.00 | Research on bonus/base prevalence issues for wind-down deck (4.5); conference with John Dempsey regarding same (0.5). |
| Corrin, Ann | 7-Dec-12 | 8.25 | $2,248.96 | Research bonus and base payment issues for wind-down plan (8.25). |

| Employee | Date | Hours | Fees | Description |
|---|---|---|---|---|
| Dempsey, John B. | 7-Dec-12 | 2.00 | $1,496.40 | Conference with Rescap Compensation Committee regarding Estate KEIP & KERP plan design refinements (1.0); conference with Scott Lyman, Jordan Wishnew and internal working group regarding same (1.0). |
| Dluhy, Bryan M. | 7-Dec-12 | 3.00 | $1,044.00 | Additional research on bonuses during bankruptcy (1.0); review and revise analysis of CEO compensation issues based upon same (1.0); conference with working group regarding same (1.0). |
| Mehta, Sahil | 7-Dec-12 | 2.50 | $681.50 | Research regarding bonus/base prevalence issues (2.5). |
| Corrin, Ann | 10-Dec-12 | 5.50 | $1,499.30 | Research compensation issues in connection with transfer of assets to new entities (5.5). |
| Dempsey, John B. | 10-Dec-12 | 3.50 | $2,618.70 | Conference with client team regarding KEIP/KERP issues (0.5); prepare for same (0.5); research regarding compensatio in connection with transfer of assets or formation of new entities (2.0); telephone conference with George Crowley and Anne Janiczek regarding same (0.5). |
| Dluhy, Bryan M. | 10-Dec-12 | 2.00 | $696.00 | Analysis for wind-down plan issues (1.5); telephone conferences with client working group regarding same (0.5). |
| Mehta, Sahil | 10-Dec-12 | 0.50 | $136.30 | Research bonus/base prevalence issues (0.5). |
| Corrin, Ann | 11-Dec-12 | 3.25 | $885.96 | Research regarding compensation issues in connection with transfer of assets or formation of new entities (3.25). |
| Dempsey, John B. | 11-Dec-12 | 2.50 | $1,870.50 | Research regarding Centerbridge in connection with compensation issues (0.5); conferences with Scott Lyman and team regarding KEIP/KERP issues (2.0). |
| Dluhy, Bryan M. | 11-Dec-12 | 3.50 | $1,218.00 | Analysis for wind-down plan (3.0); telephone conferences with client working group regarding same (0.5). |
| Corrin, Ann | 12-Dec-12 | 1.00 | $272.60 | Research regarding compensatoin issues in connection with transfer of assets or formation of new entities (1.0). |
| Dempsey, John B. | 12-Dec-12 | 0.50 | $374.10 | Telephone conference with client working group regarding KEIP/KERP issues (0.5). |
| Dluhy, Bryan M. | 12-Dec-12 | 2.00 | $696.00 | Analysis for wind-down plan (1.5); telephone conferences with client working group regarding same (0.5). |
| Corrin, Ann | 13-Dec-12 | 3.75 | $1,022.26 | Analysis of market practices associated with transfer of assets (3.75). |

| Employee | Date | Hours | Fees | Description |
|---|---|---|---|---|
| Dempsey, John B. | 13-Dec-12 | 1.50 | $1,122.30 | Conference with Scott Lyman regarding estate KEIP/KERP issues (1.0); research regarding Centerbridge in connection with transfer of assets or formation of new entities (0.5). |
| Corrin, Ann | 14-Dec-12 | 1.50 | $408.90 | Equity analysis in connection with wind-down plan issues (1.5). |
| Dempsey, John B. | 14-Dec-12 | 1.00 | $748.20 | Telephone conference with Allison Brecher, Tom Faweks and Defon Eggert regarding first interim fee application (0.5); telephone conference with Penn regarding compensation committee planning (0.5). |
| Mayer, Julie J. | 17-Dec-12 | 7.00 | $527.80 | Research regarding discrete plan issues (7.0). |
| Dempsey, John B. | 18-Dec-12 | 1.00 | $748.20 | Review and prepare for hearing on first interim fee application (1.0) |
| Dluhy, Bryan M. | 18-Dec-12 | 1.50 | $522.00 | Analysis of annual incentive plan issues (1.5). |
| Dluhy, Bryan M. | 19-Dec-12 | 1.50 | $522.00 | Analysis of annual incentive plan issues (1.0); conference call with John Dempsey and Jordan Wishnew regarding same (0.5). |
| Corrin, Ann | 20-Dec-12 | 1.00 | $272.60 | Analysis of equity participation mechanisms in connection with transfer of assets (1.0). |
| Dempsey, John B. | 20-Dec-12 | 4.00 | $2,992.80 | Attend hearing on first interim fee application (4.0). |
| Dluhy, Bryan M. | 20-Dec-12 | 3.00 | $1,044.00 | Additional analysis of annual incentive plan issues (2.5); telephone conferences with client working group regarding same (0.5). |
| Dempsey, John B. | 21-Dec-12 | 1.00 | $748.20 | Review status of fee application issues based upon December 20 hearing (1.0). |
| Dluhy, Bryan M. | 23-Dec-12 | 0.75 | $261.00 | Review and revise Dempsey annual incentive plan declaration (0.75). |
| Dempsey, John B. | 26-Dec-12 | 0.50 | $374.10 | Telephone conference with Jordan Wishnew regarding annual incentive plan issues (0.5). |
| Dluhy, Bryan M. | 26-Dec-12 | 3.50 | $1,218.00 | Additional revisions to Dempsey declaration in connection with annual incentive plan (0.5); prepare response to committee requests regarding same (3.0). |
| Dempsey, John B. | 28-Dec-12 | 0.50 | $374.10 | Telephone conference with Jordan Wishnew and client working group regarding committee data request for annual incentive plan motion (0.5). |
| Dluhy, Bryan M. | 28-Dec-12 | 1.00 | $348.00 | Prepare responses to committee information requests in connection with annual incentive plan (1.0). |

**TOTALS: 254.50 $100,445.91**