# EXHIBIT 2

**Expense Detail**
**September 1, 2012 to December 31, 2012**

| Date | Amount | Description |
|---|---|---|
| 1-Sep-12 | $39.04 | Dinner - Late Work after 8:00 p.m. -  August 4, 2012 - Bryan Dluhy and Sahil Mehta. |
| 1-Sep-12 | $29.55 | Travel - Taxi - Late Work after 8:00 p.m. - August 5, 2012 -  Bryan Dluhy. |
| 1-Sep-12 | $20.00 | Dinner - Late Work after 8:00 p.m. - August 8, 2012 (capped at $20.00) - Bryan Dluhy. |
| 11-Sep-12 | $29.00 | Travel - August 4, 2012 - New Jersey Rail ticket - John Dempsey. |
| 11-Sep-12 | $35.00 | Travel - August 4, 2012 - New York - Taxi, 10:00 p.m. - John Dempsey. |
| 11-Sep-12 | $40.00 | Dinner - Travel - August 6, 2012 - John Dempsey and Jordan Wishnew (capped at $20.00 per person). |
| 11-Sep-12 | $12.50 | Travel - August 6-8, 2012 -  MTA train pass - John Dempsey. |
| 11-Sep-12 | $637.78 | Hotel - Travel - New York - August 6-8, 2012 - John Dempsey. |
| 11-Sep-12 | $10.00 | Meal - Travel - August 7, 2012 - John Dempsey. |
| 11-Sep-12 | $20.00 | Meal - Travel - August 7, 2012 - John Dempsey (capped at $20.00). |
| 11-Sep-12 | $2.67 | Meal - Travel - August 7, 2012 - John Dempsey. |
| 11-Sep-12 | $286.38 | Airfare - New York to Chicago - August 8, 2012 - John Dempsey. |
| 11-Sep-12 | $4.62 | Meal - Travel - August 8, 2012 - John Dempsey. |
| 11-Sep-12 | $35.00 | Travel - August 8, 2012 - New York - Taxi - Court to LaGuardia Airport - John Dempsey. |
| 11-Sep-12 | $20.00 | Dinner - Travel - August 9, 2012, John Dempsey (capped at $20.00). |
| 11-Sep-12 | $35.00 | Airline Fee. |
| 11-Sep-12 | $35.00 | Airline Fee. |
| 30-Sep-12 | $27.45 | Legal Fees (detail attached). |
| 31-Oct-12 | $3,563.10 | Legal Fees (detail attached). |
| 30-Nov-12 | $228.45 | Legal Fees (detail attached). |
| 1-Dec-12 | $20.00 | Dinner - Late Work after 8:00 p.m.- November 15, 2012 -  Brian Dluhy (capped at $20.00). |
| 1-Dec-12 | $28.00 | Dinner - Late Work after 8:00 p.m. - November 16, 2012 -  Brian Dluhy and Sahil Mehta. |
| 1-Dec-12 | $21.55 | Travel - Taxi - Late Work after 8:00 p.m. - November 16, 2012 - Brian Dluhy. |
| 1-Dec-12 | $40.00 | Dinner - Late Work after 8:00 p.m. - November 18, 2012 - Brian Dluhy and Sahil Mehta (capped at $20.00 per person). |
| 1-Dec-12 | $21.45 | Travel - Taxi - Late Work after 8:00 p.m. - November 19, 2012 - Brian Dluhy. |
| 1-Dec-12 | $12.78 | Travel - Taxi - Late Work after 8:00 p.m.  - November 20, 2012 - Brian Dluhy. |
| 18-Dec-12 | $18.00 | Travel - Taxi - Late Work after 8:00 p.m. -  November 18, 2012 - Sahil Mehta. |
| 18-Dec-12 | $14.90 | Dinner - Late Work after 8:00 p.m. - November 29, 2012 - Sahil Mehta. |
| 18-Dec-12 | $17.85 | Travel - Taxi - Late Work after 8:00 p.m. - November 29, 2012 - Sahil Mehta. |
| 18-Dec-12 | $13.36 | Dinner - Late Work after 8:00 p.m. - December 4, 2012 - Sahil Mehta. |
| 18-Dec-12 | $18.85 | Travel - Taxi - Late Work after 8:00 p.m. - December 4, 2012 - Sahil Mehta. |
| 18-Dec-12 | $12.25 | Dinner - Late Work after 8:00 p.m. - December 6, 2012 - Sahil Mehta. |
| 18-Dec-12 | $18.23 | Travel - Taxi - Late Work after 8:00 p.m. - December 6, 2012 - Sahil Mehta. |
| 18-Dec-12 | $17.85 | Travel - Taxi - Late Work after 8:00 p.m. - December 12, 2012 -  Sahil Mehta. |
| 21-Dec-12 | $17.12 | Dinner - Late Work after 8:00 p.m. - November 15, 2012 -  Alexander Nestorov. |
| 21-Dec-12 | $16.65 | Travel - Taxi - Late Work after 8:00 p.m. - November 15, 2012 - Alexander Nesterov. |
| 31-Dec-12 | $7,857.78 | Legal Fees (detail attached). |

**TOTAL:  $13,277.16**

# Freeborn & Peters LLP

2                                                                                                October 24, 2012

No: 100078390

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

### [L120] Analysis/Strategy

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| **Sep 10, 2012** | **Eggert, Devon J.** | E-mail correspondence to John Dempsey regarding preparation of first interim fee application (0.1). | 0.10 | 30.50 |
| | Total [L120] Analysis/Strategy | | 0.10 | 30.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.10 | 305.00 | $30.50 |
| TOTAL HOURS | 0.10 | | |
| TOTAL FEES | | | $30.50 |

TOTAL FEES AND DISBURSEMENTS                                                $30.50

2732859v1

# Freeborn & Peters LLP

2                                                                 November 13, 2012

Statement No: 100080047

For professional services rendered with regard to:

Re: <u>Residential Capital, LLC</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Oct 9, 2012 | DJE | Telephone conference with John Dempsey regarding preparation of first interim fee application (0.1); e-mail correspondence to Katie Sheldon regarding same (0.1). | 0.20 |
| Oct 11, 2012 | KCS | Draft first interim fee application (1.8); review and revise exhibits to same in compliance with time detail requirements (1.5); e-mail correspondence to Devon Eggert regarding same (0.2). | 3.50 |
| Oct 15, 2012 | DJE | Review and revise draft fee application (1.4). | 1.40 |
| Oct 19, 2012 | DJE | Additional revisions to Mercer's first interim fee application (2.2); review retention application, order and docket for same (0.5); telephone conference with John Dempsey regarding fee application and hearing on same (0.5); multiple e-mail correspondence to John Dempsey regarding same (0.2). | 3.40 |
| Oct 19, 2012 | KCS | Revise fee application (1.4); draft certification of Devon Eggert in support of fee application (0.3); draft supplemental declaration of John Dempsey in support of fee application (0.6); multiple e-mail correspondence and telephone conferences with Devon Eggert regarding same (0.4); file same (0.3). | 3.00 |
| Oct 19, 2012 | TRF | Review and revise interim fee application of Mercer (0.3); e-mail correspondence and conference with Devon Eggert regarding same (0.2). | 0.50 |
| Oct 22, 2012 | KCS | Draft correspondence to debtors' counsel regarding September monthly fee statement (0.7); draft September monthly fee statement (0.9); e-mail correspondence with Devon Eggert regarding same (0.2). | 1.80 |
| Oct 22, 2012 | DJE | Review and revise supplemental affidavit detailing basis for increase in hourly rate of Brian Dluhy (0.3); multiple e-mail correspondence with Katie Sheldon regarding September fee statement (0.2). | 0.50 |

Freeborn & Peters LLP

3 November 13, 2012

| Date | TK | Description | Hours |
|---|---|---|---|
| Oct 23, 2012 | DJE | Additional revisions to supplemental application for John Dempsey in support of retention application to account for rate increase, per retention order (0.4); finalize draft monthly fee statement (0.1); e-mail correspondence to Katie Sheldon regarding same (0.1); e-mail correspondence to John Dempsey regarding open items for same (0.1). | 0.70 |
| Oct 23, 2012 | KCS | Revise September monthly fee statement (0.2). | 0.20 |

FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.50 | 465.00 | $232.50 |
| Eggert, Devon J. | 6.20 | 305.00 | $1891.00 |
| Sheldon, Kathryn C. | 8.50 | 215.00 | $1827.50 |
| TOTAL HOURS | 15.20 | | |

SUBTOTAL FEES                                            $3,951.00

LESS DISCOUNT                                            $-395.10
TOTAL FEES                                               $3,555.90

DISBURSEMENTS

| Oct 19, 2012 | FIRM | Photocopying | 7.20 |

DISBURSEMENT SUMMARY

| Photocopying | 7.20 |
|---|---|
| TOTAL DISBURSEMENTS | $7.20 |

**TOTAL FEES AND DISBURSEMENTS**                         **$3,563.10**

# Freeborn & Peters LLP

2                                                                                          December 27, 2012

No: 100083652

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

### [C100] Fact Gathering

| | | | |
|---|---|---:|---:|
| *Nov 30, 2012* | *Sheldon, Kathryn C.*<br>Review docket in regard to objections to fee application (0.2); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 | 64.50 |
| Total [C100] Fact Gathering | | 0.30 | 64.50 |

### [L120] Analysis/Strategy

| | | | |
|---|---|---:|---:|
| *Nov 8, 2012* | *Eggert, Devon J.*<br>Multiple e-mail correspondence with John Dempsey regarding draft supplemental declaration in support of retention application (0.1); revise application based upon same (0.1); multiple e-mail correspondence with Jordan Wishnew (counsel for debtors) regarding same (0.1). | 0.30 | 91.50 |
| *Nov 16, 2012* | *Sheldon, Kathryn C.*<br>E-mail correspondence to Devon Eggert regarding supplemental declaration (0.1); draft certificate of service for same (0.1); file same (0.1). | 0.30 | 64.50 |
| Total [L120] Analysis/Strategy | | 0.60 | 156.00 |

# Freeborn & Peters LLP

3                                                                                  December 27, 2012

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.30 | 305.00 | $91.50 |
| Sheldon, Kathryn C. | 0.60 | 215.00 | $129.00 |
| TOTAL HOURS | 0.90 | | |

TOTAL FEES                                                                                      $220.50

**DISBURSEMENTS**

**DISBURSEMENT SUMMARY**

| Appearance fee | 30.00 |
|---|---|
| TOTAL DISBURSEMENTS | $30.00 |

TOTAL FEES AND DISBURSEMENTS                                                    $250.50

2777430v1

# Freeborn & Peters LLP

2                                                                                January 14, 2013

No: 100084851

For professional services rendered with regard to:

Re: Residential Capital, LLC

### [L120] Analysis/Strategy

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| *Dec 10, 2012* | ***Eggert, Devon J.*** <br> Review U.S. Trustee omnibus objection for objections to Mercer interim fee application (0.1); e-mail correspondence to John Dempsey regarding same (0.2). | 0.30 | 91.50 |
| *Dec 10, 2012* | ***Sheldon, Kathryn C.*** <br> E-mail correspondence from Devon Eggert regarding objection to fee application (0.1). | 0.10 | 21.50 |
| *Dec 11, 2012* | ***Eggert, Devon J.*** <br> Telephone conference with Jordan Wishnew (counsel for debtors) regarding December 20 hearing on fee applications (0.1); e-mail correspondence to John Dempsey regarding same (0.1). | 0.20 | 61.00 |
| *Dec 11, 2012* | ***Fawkes, Thomas R.*** <br> Conference and e-mail correspondence with Devon Eggert regarding upcoming hearing on interim fee application and potential objections to same (0.2). | 0.20 | 93.00 |
| *Dec 12, 2012* | ***Eggert, Devon J.*** <br> Conference with Tom Fawkes regarding December 20 fee application hearing and preparation for same (0.2); review U.S. Trustee's objection based upon same (0.2); review fee application based upon same (0.1). | 0.50 | 152.50 |
| *Dec 12, 2012* | ***Sheldon, Kathryn C.*** <br> Review memorandum opinion on KEIP in connection with fee application objection (0.4); e-mail correspondence to Devon Eggert regarding same (0.2). | 0.60 | 129.00 |

# Freeborn & Peters LLP

3                                                                                     January 14, 2013

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| *Dec 12, 2012* | *Fawkes, Thomas R.*<br>E-mail correspondence to Devon Eggert regarding strategy concerning upcoming hearing on Mercer's first interim fee application and potential challenges to same (0.2); conference with Devon Eggert regarding same (0.2). | 0.40 | 186.00 |
| *Dec 14, 2012* | *Eggert, Devon J.*<br>Review and prepare for telephone conference with working group regarding December 20 fee application hearing (0.3); attend same (0.6); telephone conference with Jordan Wishnew (counsel for debtors) regarding same (0.1); | 1.00 | 305.00 |
| *Dec 14, 2012* | *Fawkes, Thomas R.*<br>Review fee application of Mercer in preparation for conference with John Dempsey (0.2); telephone conference with Devon Eggert, John Dempsey and Allison Brecher regarding objections to Mercer fee application and strategy for upcoming hearing (0.6); review Judge Glenn's opinion on denial of Key Employee Incentive Plan for same (0.4). | 1.20 | 558.00 |
| *Dec 17, 2012* | *Eggert, Devon J.*<br>Multiple e-mail correspondence with Brian Masumoto of U.S. Trustee's office regarding objection to Mercer fee application (0.2); multiple e-mail correspondence with Tom Fawkes regarding same (0.2); conference with Tom Fawkes regarding same (0.2); review declaration of John Dempsey in support of key employee compensation plans for addressing potential issues at fee application hearing (0.1). | 0.70 | 213.50 |

Freeborn & Peters LLP

4 January 14, 2013

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| *Dec 17, 2012* | *Fawkes, Thomas R.* | Review declarations of John Dempsey in support of KEIP and KERP (for purposes of preparing for fee application hearing) (0.6); multiple e-mail correspondence with Devon Eggert regarding same and discussions with US Trustee's office concerning Mercer interim fee application (0.2); conference with Devon Eggert regarding same (0.2). | 1.00 | 465.00 |
| *Dec 17, 2012* | *Sheldon, Kathryn C.* | Research on fee application issues in preparation for hearing on December 20, 2012 (0.2); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 | 64.50 |
| *Dec 18, 2012* | *Eggert, Devon J.* | Telephone conference with Tom Fawkes and John Dempsey regarding potential issues for December 20 fee application hearing (0.6); review and prepare for same (0.2); multiple e-mail correspondence with Tom Fawkes regarding same (0.2). | 1.00 | 305.00 |
| *Dec 18, 2012* | *Fawkes, Thomas R.* | Telephone conference with John Dempsey and Devon Eggert regarding upcoming hearing on Mercer interim fee application (0.6); multiple e-mail correspondence with Devon Eggert regarding same (0.2). | 0.80 | 372.00 |
| *Dec 19, 2012* | *Eggert, Devon J.* | Multiple e-mail correspondence with Erica Richards (counsel for debtors) regarding Mercer's discussions with Office of United States Trustee regarding fee application objections (0.1); review responses to U.S. Trustee fee application objections for arguments relating to KEIP services (0.1); e-mail correspondence to John Dempsey and Tom Fawkes regarding same (0.1). | 0.30 | 91.50 |

Freeborn & Peters LLP

                                  5                               January 14, 2013

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Dec 19, 2012* | ***Sheldon, Kathryn C.*** <br> Research on fee application issues in preparation for hearing on December 20, 2012 (0.5); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.60 | 129.00 |
| *Dec 19, 2012* | ***Fawkes, Thomas R.*** <br> Telephone conference with John Dempsey regarding strategy for upcoming hearing on interim fee application (0.3); multiple e-mail correspondence with Devon Eggert regarding same (0.2); prepare for hearing (including review of KEIP opinion, responses filed by Morrison & Forster and FTI Consulting, and drafting of hearing notes) (0.9). | 1.40 | 651.00 |
| *Dec 20, 2012* | ***Eggert, Devon J.*** <br> Multiple e-mail correspondence with Erica Richards (counsel for debtors) regarding continued hearing on Mercer fee application (0.1); multiple e-mail correspondence with Tom Fawkes regarding same (0.2). | 0.30 | 91.50 |
| *Dec 28, 2012* | ***Eggert, Devon J.*** <br> Multiple e-mail correspondence with Erica Richards (counsel for debtors) regarding monthly fee statements (0.1). | 0.10 | 30.50 |
| Total [L120] Analysis/Strategy | | 11.00 | 4,011.00 |

**[L450] Trial and Hearing Attendance**

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Dec 19, 2012* | ***Fawkes, Thomas R.*** <br> Travel from Chicago to New York for ResCap omnibus hearing (3.5) (only half of 3.5 hours of travel time billed). | 1.75 | 813.75 |

**Freeborn & Peters LLP**

6 January 14, 2013

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Dec 20, 2012* | *Fawkes, Thomas R.* Attend and participate in omnibus hearing in Residential Capital chapter 11 case, including professional fee applications (4.0); prepare for hearing on Mercer first interim fee application (1.0); conferences with John Dempsey and other parties (including Brian Masumoto and Debtors' counsel) regarding same (0.7). | 5.70 | 2,650.50 |
| *Dec 20, 2012* | *Fawkes, Thomas R.* Travel from New York to Chicago following omnibus hearing in Residential Capital case (3.0) (only half of 3.0 hours of travel time billed). | 1.50 | 697.50 |
| | Total [L450] Trial and Hearing Attendance | 8.95 | 4,161.75 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 13.95 | 465.00 | $6,486.75 |
| Eggert, Devon J. | 4.40 | 305.00 | $1,342.00 |
| Sheldon, Kathryn C. | 1.60 | 215.00 | $344.00 |
| TOTAL HOURS | 19.95 | | |

TOTAL FEES $8,172.75

**DISBURSEMENTS**

**DISBURSEMENT SUMMARY**

| | |
|---|---|
| Travel Expense | 479.80 |
| Parking (311 South Wacker) | 22.50 |
| TOTAL DISBURSEMENTS | $502.30 |

# Freeborn & Peters LLP

7                                                                January 14, 2013

TOTAL FEES AND DISBURSEMENTS                                    $8,675.05