Thomas R. Fawkes, Esq.
Devon J. Eggert, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
tfawkes@freebornpeters.com
deggert@freebornpeters.com

*Counsel for Mercer (US) Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
                                                                )
In re:                                                       )    Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,        )    Chapter 11
                                                                )
                    Debtors.                          )    Jointly Administered
---------------------------------------------------------

**CERTIFICATE OF SERVICE**

     I, Devon J. Eggert, hereby certify that on March 14, 2013, I caused a copy of the *Second Interim Application of Mercer (US) Inc. as Compensation Consultant to the Debtors for the Period from September 1, 2012 through December 31, 2012* to be filed with the Court and served via ECF on all registered filers and also upon the following parties by the manner listed.

                                                  /s/ Devon J. Eggert

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
*Counsel for the Debtors*

Office of the United States Trustee
Attn: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004
*United States Trustee*

Office of the United States Trustee
Attn: Eric J. Small
355 Main Street – First Floor
Poughkeepsie, New York 12601

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
*Counsel for the Creditors' Committee*

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022
*Counsel for Ally Financial Inc.*

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kenneth S. Ziman and Jonathan H. Hofer
4 Times Square
New York, New York 10036
*Counsel for Barclays Bank PLC*