MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jamie A. Levitt

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ )
In re:                                                             )  Case No. 12-12020 (MG)
                                                                   )
RESIDENTIAL CAPITAL, LLC, et al.,                                  )  Chapter 11
                                                                   )
                                                    Debtors.       )  Jointly Administered
                                                                   )
------------------------------------------------------------------ )

### AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD ON MARCH 15, 2013 AT 10:00 A.M. (EST)

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

**1.**    Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery [Docket No. 3092]

   **Related Documents**:

   **a.**    Order (I) Granting Examiner Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to Those Subpoenas, (III) Approving Establishment of a Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order [Docket No. 1223]

---

[1] Amended items appear in **bold**.

ny-1081935

**Responses**:

a. Goldin Associates L.L.C.'s Objection to the Examiner's Motion for Entry of an Order Modifying the Uniform Protective Order [Docket No. 3146]

b. Ally Financial Inc.'s Objection to Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery [Docket No. 3155]

c. Joinder of Cerberus Capital Management, L.P. in Ally Financial, Inc.'s Objection to Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery [Docket No. 3156]

d. Joinder of Debtors to Ally Financial Inc's Objection to Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery [Docket No. 3158]

**Replies**:

a. **The Examiner's Response to the Objections to the Motion of the Examiner for Entry of an Order Modifying the Uniform Protective Order for Examiner Discovery [Docket No. 3180]**

**Status**: The hearing on this matter will be going forward.

Dated:   March 14, 2013
         New York, New York

/s/ Jamie A. Levitt
Gary S. Lee
Lorenzo Marinuzzi
Jamie A. Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1081935                                            2