# EXHIBIT B

**RESIDENTIAL CAPITAL, LLC, et al.**

**SUMMARY OF HOURS**

**September 1, 2012 through December 31, 2012**

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Partner*** | | | | | |
| Howard Seife (1997) | Bankruptcy and Financial Restructuring | 1979 (NY) | $995 | 259.00 | $257,754.50 |
| Richard M. Leder (1988) | Tax | 1962 (NY) | 995 | 65.50 | $65,172.50 |
| David M. LeMay (2001) | Bankruptcy and Financial Restructuring | 1982 (NY) | 925 | 345.40 | $319,495.00 |
| Andrew Coronios (1987) | Corporate | 1978 (NY) | 875 | 101.40 | $88,725.00 |
| Thomas J. McCormack (1992) | Litigation | 1983 (NY) | 875 | 591.70 | $517,737.50 |
| N. Theodore Zink (1997) | Bankruptcy & Financial Restructuring | 1984 (MO) 1991 (IL) 1996 (NY) | 855 | 456.30 | $390,136.50 |
| William A. Greason (1996) | Corporate | 1988 (NY) | 845 | 209.70 | $177,196.50 |
| Vincent Dunn (1998) | Corporate | 1989 (NY) | 825 | 235.50 | $194,337.00 |
| Marjorie Glover (1999) | Employee Benefits | 1988(MA) 1989 (NY) | 825 | 138.70 | $114,427.50 |
| Robert A. Schwinger (1994) | Litigation | 1985 (NY) | 825 | 392.80 | $324,060.00 |
| Marian Baldwin Fuerst (2000) | Corporate | 1992 (NY) | 795 | 236.90 | $188,385.00 |
| John F. Finnegan (2008) | Litigation/ Insurance | 1983 (NY) | 755 | 559.60 | $421,554.25 |
| Joy L. Langford (2003) | Litigation/ Insurance | 1996 (DC) | 755 | 286.20 | $204,944.75 |
| Scott Berson (2004) | Corporate | 1996 (NY) | 745 | 177.10 | $131,939.50 |
| Douglas E. Deutsch (2009) | Bankruptcy and Financial Restructuring | 1997 (NY) | 745 | 41.50 | $30,917.50 |
| Seven Rivera (2009) | Bankruptcy and Financial Restructuring | 2001 (NY) | 745 | 411.50 | $306,567.50 |
| Robin Ball (2005) | Litigation | 1986 (AR) 1992 (CA) | 725 | 845.60 | $599,502.50 |

*   Includes year elected Partner at firm or joined firm as Partner.

| | | | | | |
|---|---|---|---|---|---|
| **Counsel:** | | | | | |
| Adam Gale | Corporate | 1994(NY) | 725 | 11.90 | $8,627.50 |
| Mark D. Ashley | Litigation | 1995 (NY) | 695 | 695.00 | $483,025.00 |
| Carey Child | Litigation/ Insurance | 1992 (VA) 1993 (DC) | 695 | 552.80 | $375,890.75 |
| Philip J. Goodman | Litigation | 1992 (PA) 1994 (DC) | 695 | 784.40 | $525,420.00 |
| Christy L. Rivera | Bankruptcy and Financial Restructuring | 2002 (NY) | 665 | 469.10 | $311,951.50 |
| Francisco Vazquez | Bankruptcy and Financial Restructuring | 1995 (NJ) 1996 (NY) | 665 | 280.40 | $186,466.00 |
| James Stenger | Corporate | 1978 (DC) | 645 | 664.60 | $428,667.00 |
| Don Mros | Litigation/ Insurance | 1984 (MO) 1988 (DC) | 635 | 105.70 | $67,119.00 |
| **Associate:** | | | | | |
| Marcelo Blackburn | Litigation | 2005 (NY) | 655 | 122.80 | $80,434.00 |
| Ted P. Castell | Corporate | 2003 (NJ) 2004 (NY) | 655 | 161.60 | $105,848.00 |
| Robert J. Gayda | Bankruptcy & Financial Restructuring | 2005 (NY) | 655 | 826.30 | $541,226.50 |
| Adam Price | Corporate | 2000 (NY) | 655 | 338.90 | $221,979.50 |
| Jean Migdal | Corporate | 1999 (NY/NJ) | 655 | 421.30 | $275,951.50 |
| Elizabeth M. Miller | Corporate | 1989 (CA) 1996 (DC) 1997 (NY) | 655 | 907.40 | $594,347.00 |
| Joseph Ramadei | Corporate | 2003 (MA) 2008 (NY) | 655 | 22.10 | $14,475.50 |
| Monika Szymanski | Litigation | 2004 (NJ) 2005 (NY) | 655 | 527.90 | $343,613.00 |
| Susan St. Denis | Litigation | 1990 (CA) | 645 | 81.10 | $51,374.25 |
| Aaron M. Bartell | Corporate | 2007 (NY) 2008 (DC) | 625 | 758.80 | $474,250.00 |
| Christopher Bugel | Corporate | 2004 (MD) 2006 (DC) | 625 | 951.50 | $594,687.50 |
| Noelle Francis | Litigation | 2008 (DC) 2008 (NY) | 595 | 158.00 | $94,010.00 |
| Lee Gordon | Corporate | 2008 (NY) | 595 | 14.30 | $8,508.50 |
| Robert M. Kirby | Litigation | 2008 (NY) | 595 | 346.10 | $205,929.50 |

| | | | | | |
|---|---|---|---|---|---|
| LeeAnn O'Neill | Litigation/Insurance | 2008 (NY/DC) | 595 | 865.20 | $513,068.50 |
| Megan Towers | Bankruptcy & Financial Restructuring | 2008 (NY) | 595 | 511.80 | $304,521.00 |
| Blake Betheil | Tax | 2009 (NY) | 565 | 100.00 | $56,500.00 |
| Bonnie Dye | Bankruptcy & Financial Restructuring | 2009 (NY) | 565 | 461.90 | $260,973.50 |
| Kate McSweeny | Litigation/Insurance | 2004 (VA) 2006 (DC) | 565 | 567.80 | $320,807.00 |
| Michael Pusateri | Litigation | 2009 (NY) 2012 (DC) | 565 | 395.80 | $223,627.00 |
| Rachel Santangelo | Employee Benefits | 2009 (NY) | 565 | 235.40 | $133,001.00 |
| Adrienne Sebring | Corporate | 2009 (NY) | 565 | 244.60 | $138,199.00 |
| Samantha Miller | Litigation | 2002 (VA) | 535 | 348.60 | $57,780.00 |
| Alison Gold | Corporate | 1997 (DC) | 505 | 33.50 | $16,917.50 |
| Aarta Alkarimi | Litigation | 2002 (NY) | 495 | 107.10 | $53,014.50 |
| Marwan Azzi | Corporate | 2010 (NY) | 495 | 190.60 | $94,347.00 |
| Lucia Benabentos | Corporate | 2012 (NY) | 495 | 36.10 | $17,869.50 |
| Laure Berthelot | Corporate | 2001 (NY) | 495 | 204.70 | $101,326.50 |
| Nonna Crane | Corporate | 2003 (NY) | 495 | 156.10 | $77,269.50 |
| Eric Daucher | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 216.70 | $107,266.50 |
| Ali Donat | Corporate | 2007 (NY) | 495 | 59.50 | $29,452.50 |
| Amanda Forsythe | Corporate | 2010 (NY) | 495 | 41.50 | $20,542.50 |
| S. Jean Kim | Litigation | 1999 (NY) 2006 (CA) | 495 | 42.10 | $20,839.50 |
| James Berger | Corporate | 2010 (NY) | 495 | 56.80 | $28,116.00 |
| Marc Roitman | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 579.70 | $286,951.50 |
| Nicholas Scannavino | Corporate | 2010 (NY) | 495 | 26.10 | $12,919.50 |
| Andrea Voelker | Litigation | 2010 (NY) | 495 | 500.40 | $215,730.00 |
| Kathryn Cervon | Litigation/Insurance | 1991 (DC) | 475 | 174.30 | $82,792.50 |
| Pooja Asnani | Litigation | 2011 (NY) | 435 | 535.70 | $233,029.50 |

| Name | Department | Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Michael Distefano | Bankruptcy & Financial Restructuring | 2011 (NY) | 435 | 730.00 | $317,550.00 |
| Yan Kuznetsov | Corporate | 2011 (NY) | 435 | 245.20 | $106,662.00 |
| Garrett Lynam | Corporate | 2011 (NY) | 435 | 5.90♦ | 2,566.50 |
| Zaid Mohiuddin | Corporate | 2012 (NY) | 435 | 77.30 | $33,625.50 |
| Philip Kaminski | Corporate | 2012 (NY) | 395 | 284.40 | $112,338.00 |
| Jordan Manekin | Corporate | 2011 (NY) | 395 | 193.80 | $76,551.00 |
| Lindsay MacLeod | Corporate | 2012 (NY) | 395 | 49.80 | $19,671.00 |
| Coleman Miller | Corporate | 2012 (NY) | 395 | 21.50 | $8,492.50 |
| Marc Reston | Corporate | 1979 (NY) | 395 | 244.00 | $96,380.00 |
| Joshua Apfel | Bankruptcy & Financial Restructuring | 2012-JD | 395 | 606.70 | $239,646.50 |
| Noah Brick | Corporate | 2012-JD | 395 | 406.60 | $160,607.00 |
| Claudia Cohen | Litigation | 2012-JD | 395 | 680.70 | $268,926.00 |
| Michaela Cohen | Bankruptcy & Financial Restructuring | 2012-JD | 395 | 405.80 | $160,291.00 |
| Ginger Collier | Corporate | 2012-JD | 395 | 322.20 | $127,269.00 |
| Gabrielle DiBernardi | Corporate | 2012-JD | 395 | 99.30 | $39,223.50 |
| Julia Dobtsis | Corporate | 2012-JD | 395 | 46.10 | $18,209.50 |
| Patrick Dorime | Corporate | 2012-JD | 395 | 66.10 | $26,109.50 |
| Margaret Grazzini | Tax | 2012-JD | 395 | 339.50 | $134,102.50 |
| Zachary Levin | Corporate | 2012-JD | 395 | 355.80 | $140,541.00 |
| Jiadai Lin | Litigation | 2012-JD | 395 | 483.00 | $190,785.00 |
| Joslyn Massengale | Corporate | 2012-JD | 395 | 176.80 | $69,836.00 |
| Stephanie Palmer | Corporate | 2012-JD | 395 | 3.40♦ | $1,343.00 |
| John Pappas | Corporate | 2012-JD | 395 | 382.30 | $151,008.50 |
| Diana Sanders | Litigation | 2012-JD | 395 | 701.10 | $274,722.50 |
| Jake Seligman | Corporate | 2012-JD | 395 | 181.40 | $71,653.00 |
| Thomas Watson | Corporate | 2012-JD | 395 | 67.50 | $26,662.50 |

| **Paraprofessional:** | | | | | |
|---|---|---|---|---|---|
| Lori Moloney | Litigation | n/a | 330 | 230.80 | $76,164.00 |
| David Bava | Bankruptcy & Financial Restructuring | n/a | 295 | 119.90 | $35,370.50 |
| Helen M. Lamb | Bankruptcy and Financial Restructuring | n/a | 295 | 111.80 | $32,981.00 |
| Michele Chasse | Litigation | n/a | 290 | 109.20 | $59,668.00 |
| Sarah Chan | Corporate | n/a | 280 | 191.90 | $53,732.00 |
| Mariana Fradman | Corporate | n/a | 280 | 59.30 | $16,604.00 |
| Jay Aubrey | Corporate | n/a | 270 | 40.60 | $10,962.00 |
| Patrick Dezil | Litigation | n/a | 270 | 8.50 | $2,295.00 |
| Lissette Mendoza | Litigation | n/a | 270 | 366.80 | $99,036.00 |
| Gregory Goodwin | Litigation | n/a | 260 | 353.60 | $91,936.00 |
| Jason Lopez | Litigation | n/a | 235 | 71.10 | $16,708.50 |
| Isida Tushe | Corporate | n/a | 180 | 369.80 | $66,564.00 |
| Natasha McGlynn | Corporate | n/a | 120 | 12.20 | $1,464.00 |
| **Librarian:** ♦ | | | | | |
| Tania Danielson | n/a | n/a | 220 | 2.50 | $550.00 |
| Amy Ratchford | n/a | n/a | 220 | 5.80 | $1,276.00 |
| Marjorie Richmond | n/a | n/a | 220 | 3.00 | $660.00 |
| Barbara Schubeck | n/a | n/a | 220 | 1.20 | $264.00 |
| SUB-TOTAL | | | | 30,488.20 | $17,308,005.00 |
| ♦<u>Less</u> time recorder credit | | | | (21.80) | (6,659.50) |
| **TOTAL:** | | | | **30,466.40** | **$17,301,345.50** |

♦ Fees for transient and librarian time recorders have been deducted from fees requested in this Application.

BLENDED RATE:    $584.29 (excludes paraprofessionals)

# EXHIBIT C

## RESIDENTIAL CAPITAL, LLC, et al
## SUMMARY OF SERVICES BY PROJECT CATEGORY
## September 1, 2012 through December 31, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 002 | 589.40 | $ 319,165.00 |
| Report Drafting and Legal Research | 003 | 2,714.90 | 1,652,770.50 |
| Document Review and Analysis | 005 | 12,053.80 | 6,644,871.00 |
| Witness Interviews and Discovery | 006 | 12,163.20 | 6,806,060.00 |
| Substantive Investigation Planning and Coordination | 007 | 2,497.50 | 1,673,118.00 |
| Fee/Retention Applications | 010 | 292.60 | 151,246.00 |
| Non-Working Travel* | 011 | 176.80 | 60,774.50 |
| SUB-TOTAL | | 30,488.20 | $17,308,005.00 |
| Less credit for transient and librarian time recorders | | (21.80) | (6,659.50) |
| TOTAL | | 30,466.40 | $17,301,345.50 |

\* Non-working travel billed at 50% of normal hourly rates.