RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2012
                                                             Page    52

| 09/26/12 | K. McSWEENY | Review and analysis of documents and materials and preparing key docs for witness prep. | 11.40 hrs. |
|---|---|---|---|
| 09/26/12 | C. CHILD | Prepare for (.9) and conduct meet and confer with counsel for ███ regarding second and third wave document requests (4.0). Draft confirming letter as it relates to portions discussed (4.4). | 9.30 hrs. |
| 09/26/12 | T. J. MCCORMACK | Review drafts of additional document requests for ███████ ███ (0.9); review options for discovery against certain ███████ (0.7). | 1.60 hrs. |
| 09/26/12 | T. J. MCCORMACK | Conference with R.Ball regarding topics, areas of interest for ██████ exam (0.7); conerence with B.Miller regarding ██████ exam (0.5); review protocols for exam with B. Miller for delivery to ████████ (0.6); review issues on use of highly confidential documents in exams (0.7); review prep materials for ██████ exam (3.3). | 5.80 hrs. |
| 09/26/12 | P. GOODMAN | Preparation for ██████ interview in furtherance of investigation (2.2). | 2.20 hrs. |
| 09/26/12 | R. BALL | Prepared for ██████ interview (5.9); conferred w/T. McCormack re prep for ████ interview, related issues (.7); conferred w/ M.Towers (.5) and E Miller (.3) re documents for ██████ interview. | 7.40 hrs. |
| 09/26/12 | D. SANDERS | Review and preparation of documents and materials for ██████ ██████ interview preparation. | 3.80 hrs. |
| 09/26/12 | D. SANDERS | Revisions to ██████ interview summary. | 0.90 hrs. |
| 09/26/12 | D. SANDERS | Review and revise motion for relief from third party discovery. | 4.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page   53


| 09/26/12 | C. BUGEL | Review ███████████ and prepare summary chart re: topics and relevant questions for ███████ interview. | 10.90 hrs. |
| --- | --- | --- | --- |
| 09/26/12 | J. F. FINNEGAN | Review designated documents by Tom McCormack and others as key to successful interview preparation. | 3.60 hrs. |
| 09/26/12 | J. A. STENGER | Research regarding ██████████ ██████████ ██████████ (5.7); prepare interview preparation materials for ██████████ (1.6). | 7.30 hrs. |
| 09/26/12 | L. MENDOZA | Continue review and preparation of documents and materials for ██████████ interview (3.8); continue review and preparation of documents and materials for ███ interview (5.5) | 9.30 hrs. |
| 09/26/12 | E. M. MILLER | Phone calls with R Ball (0.2) and T McCormack regarding ████████ interview (0.5) Draft and send email to ██████████ counsel regarding same (0.2) Draft and send email to D Sanders and C Cohen regarding interview transcripts and summaries (0.8) Revise ██████████ interview summary memo (0.6) Draft and send email to team regarding same (0.2) Meeting with S Chan regarding review of ██████████ (0.3) Draft and send interview team email regarding use of documents designated as confidential in interviews (0.8) Review and exchange emails with team regarding same (0.7) Review revised draft ██████████ interview transcript and errata sheet (0.5) Phone calls with transcriptionist regarding same (0.3) Phone call with R Ball regarding documents for ██████████ interview (0.3) Research documents regarding same (0.8) Meeting with J Migdal regarding ██████████ documents (0.5) Phone calls with A Voelker | 9.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

| | | | |
|---|---|---|---|
| | | regarding ▓▓ interview preparation (0.2) Draft and send email to A Voelker regarding same (0.2) Review emails regarding interview scheduling and assignments (0.3)  Draft and send email to M Ashley regarding same (0.3) Revise draft ▓▓ interview summary (1.7). | |
| 09/26/12 | E. M. MILLER | Review and exchange emails with C Child regarding ▓▓ document production (0.2) Phone call with J Lopez and C Child regarding same (0.2)  Review document production enclosure letter (0.1)  Draft and send email to team regarding same (0.1)  Review specific documents requests to ▓▓ (0.5) Draft and send email to ▓▓ regarding same (0.3) | 1.40 hrs. |
| 09/26/12 | P. ASNANI | Review and revise memo for ▓▓ Interview prepartion (5.6); review and prepare related key documents for exhibits (6.2). | 11.80 hrs. |
| 09/26/12 | T. DANIELSON | Research ▓▓▓▓▓▓. | 2.50 hrs. |
| 09/27/12 | M. D. ASHLEY | Call with T. McCormack regarding interview preparation and discovery issues (.2); meeting with R. Schwinger regarding Examiner discovery requests (.3); reviewed materials relating to ▓▓ interview preparation (3.3); emails with E.Miller regarding interview preparation (.4); emails with Mesirow regarding same (.3); various emails with team regarding second-wave interview list and discovery issues (.7). | 5.20 hrs. |
| 09/27/12 | E. M. MILLER | Phone call with R Ball regarding documents for ▓▓ interview (0.2)  Meeting with D Sanders regarding same (0.2)  Review and exchange emails with A Voelker and M Ashley regarding documents for | 12.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page   55

████ interview (0.2) Review emails from R Schwinger and C Child regarding ████████████████ ████████████ (0.2) Phone call with C Cohen regarding summary of ████████ interview (0.5)  Attend ████ interview (6.5).  Meeting with A Voelker and R Ball regarding documents for ████ interview (0.8) Research documents in connection with ████ interview (1.8) preparation of key documents for same (1.2) Emails with T.McCormack regarding update on discovery responses (0.6).

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/27/12 | L. MENDOZA | Preparation of summary index of upcoming interviews with pertinent information (2.2); preparation of summary of previously held interviews (1.4); preparation of summary of interview transcripts (1.6); review and preparation of additional transaction materials for ████ interview (2.3). | 7.50 hrs. |
| 09/27/12 | D. SANDERS | Additional research for ████████ ████████ | 1.20 hrs. |
| 09/27/12 | J. F. FINNEGAN | Continued review of materials for upcoming ████ interview. | 5.10 hrs. |
| 09/27/12 | C. BUGEL | Review ████████████ and prepare summary chart re: topics and relevant questions for ████ interview. | 8.40 hrs. |
| 09/27/12 | D. SANDERS | Review and preparation of documents and materials for ████ interview and preparation. | 8.60 hrs. |
| 09/27/12 | A. GALE | Research and analysis re ████ | 4.80 hrs. |
| 09/27/12 | C. COHEN | Conference with Beth Miller regarding her edits of the ████ interview summary, the TSG Errata list, and the participant list (.3); make further revisions to ████████ | 2.00 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page   56

|  |  |  |  |
|---|---|---|---|
|  |  | interview summary (1.7). |  |
| 09/27/12 | C. COHEN | Reviewed ▮▮▮▮ transcript errata sheet, the original transcript and the updated transcript of the ▮▮▮▮ interview to determine changes (2.1); prepare list of changes (1.1). | 3.20 hrs. |
| 09/27/12 | C. COHEN | Prepared confidential materials for the interview of ▮▮▮▮ | 2.60 hrs. |
| 09/27/12 | R. A. SCHWINGER | Review, mark up draft of 4th wave document request to ▮▮▮ (0.6); Review, mark up draft of confirmatory letter to ▮▮▮▮ re understandings from meet-and-confer on ▮▮▮ objections to document requests (1.3); Meeting with M. Ashley re ▮▮▮▮▮▮▮▮ (0.3); TC with C. Child re ▮▮▮ discovery issues (0.4); TC with C. Child re status of document requests as to ▮▮▮▮▮▮ (0.2); review issues re use of ▮▮▮▮▮▮ (0.2); Review, respond to C. Child analysis of Debtors' objections to subpoena (0.4). | 3.40 hrs. |
| 09/27/12 | R. BALL | Prepared for ▮▮▮▮ interview (1.1); conduct ▮▮▮▮ interview (6.4); conferred w/T McCormack re ▮▮▮▮ interview (.9); prepared for ▮▮▮▮ interview (4.6); meeting with E.Miller and A.Voelker re documents for ▮▮▮ interview (.7). | 13.70 hrs. |
| 09/27/12 | P. GOODMAN | Preparation for ▮▮▮▮ interview (1.2). | 1.20 hrs. |
| 09/27/12 | H. SEIFE | Review of summary of ▮▮▮▮ interview. | 1.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER               September 30, 2012
                                                            Page   57

| 09/27/12 | N. T. ZINK | Review ███████ interview summary (.3). | 0.30 hrs. |
| 09/27/12 | T. J. MCCORMACK | Review all documents and transaction summaries for prep for ██████ exam (4.1); confer R. Ball re: same (1.1). | 5.20 hrs. |
| 09/27/12 | T. J. MCCORMACK | Review discovery requests for ████████ on additional issues on transactions (0.8); e-mails with B. Miller on discovery status, issues, timing of responses (0.6). | 1.40 hrs. |
| 09/27/12 | C. CHILD | Prepare for (.8) and conduct additional meeting and confer regarding ██████ production (1.8). Additional drafting of summary and confirming letter (3.6). Draft requests to ██████████ (1.6). Analysis of ████████████████████ (1.3). | 9.10 hrs. |
| 09/27/12 | G. GODWIN | Prepare summary of missing meeting documents (1.6); review and prepare documents and materials in preparation for ███████████ interview (5.2). | 6.80 hrs. |
| 09/27/12 | K. McSWEENY | Review and analysis of documents and materials and preparing key docs for witness prep. | 7.60 hrs. |
| 09/27/12 | A. VOELKER | Review and prepare key documents in preparation for ████████████ interview (5.2); prepare document summary of same (2.9); | 8.10 hrs. |
| 09/27/12 | A. M. BARTELL | Review ████████████████ and prepare cover memo (5.6) and document summary (3.8) for ████████ interview preparation. | 9.40 hrs. |
| 09/27/12 | L. O'NEILL | Review and analyze documents for ██████████████████ interview preparation (6.2); review and analyze documents for ███████ █████████████ interview preparation (2.1). | 8.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2012
                                                             Page    58


| 09/28/12 | L. O'NEILL | Review ▮▮▮▮▮▮▮ interview summary as background for additional interview preparation (0.6); review and analyze documents for ▮▮▮▮▮▮▮ interview preparation (1.9). | 2.50 hrs. |
| 09/28/12 | A. M. BARTELL | Review ▮▮▮▮▮▮▮ and prepare cover memo (4.1) and document summary (3.3) in preparation for ▮▮▮▮ interview. | 7.40 hrs. |
| 09/28/12 | A. VOELKER | Review and prepare key documents in preparation for ▮▮▮▮▮ interview. | 3.60 hrs. |
| 09/28/12 | K. McSWEENY | Review and analysis of documents and materials and preparing key docs for witness prep | 11.60 hrs. |
| 09/28/12 | G. GODWIN | Continue to review and identify key documents for interview preparation. | 5.80 hrs. |
| 09/28/12 | C. CHILD | Analysis of additional discovery chasing and request tasks (1.6) Investigate required notice list for new parties seeking access to depository (2.6) Follow up conferences with ▮▮▮ in light of no response since subpoena (1.8). Status inquiries for pending but not received productions (3.1). Finalize ▮▮▮ meet and confer, ▮▮▮▮▮▮▮ (1.2). Follow up conference with A.Gale on ▮▮▮▮▮▮▮ (.6) | 10.90 hrs. |
| 09/28/12 | T. J. MCCORMACK | Final preparation for (2.2) and examination of ▮▮▮▮▮▮▮ (5.8); follow-up discussion with examination team re: ▮▮▮ examination, facts, additional topics for inquiry (1.1); review upcoming scheduling issues (0.7). | 9.80 hrs. |
| 09/28/12 | H. SEIFE | Review of witness summaries. | 1.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page   59

| 09/28/12 | P. GOODMAN | Prepare for ███████ interview (1.8); attended/participate in ██ ████ interview (5.8); follow up conference with team regarding Jim ███████ interview (1.1) | 8.70 hrs. |
|---|---|---|---|
| 09/28/12 | R. BALL | Prep for █████ interview (1.4); Participate in █████ interview (5.7); follow-up confer w/T. McCormack, Mesirow, P. Goodman re ███████ interview (1.0). | 8.10 hrs. |
| 09/28/12 | C. COHEN | Attended and took notes on the interview of ████████. | 5.70 hrs. |
| 09/28/12 | C. COHEN | Prepare post-interview materials for attorneys. | 1.60 hrs. |
| 09/28/12 | A. GALE | Research and analysis re █████ ███████████████████ (5.2); call with C. Child re same (.2); call with G. Lynam re same (.2). | 5.60 hrs. |
| 09/28/12 | D. SANDERS | Revised and submitted ██████ ████████████████. | 2.80 hrs. |
| 09/28/12 | D. SANDERS | Review notes from ███████████ interview and began sorting through transcript. | 2.60 hrs. |
| 09/28/12 | C. BUGEL | Review ██████████ and prepare summary chart re: topics and relevant questions for ██████ interview. | 9.10 hrs. |
| 09/28/12 | J. A. STENGER | Revise draft questions memo for █████ interview (3.6); revise bullet point memo regarding same (0.7); review interview preparation materials (0.6) and correspondence with E. Miller regarding same (0.2). | 5.10 hrs. |
| 09/28/12 | L. MENDOZA | Further review of documents and update materials for ██████ interview (2.1); review documents and preparation of materials for █████████ interview (4.4); review and update shared drive with ████████ interview documents (.9). | 7.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2012
                                                             Page   60

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/28/12 | E. M. MILLER | Review and correct revised draft transcript from ███████ interview (2.1)  Search for documents for ██████ interview (1.0)  Attend ██████ interview (5.7)  Meeting with C Cohen regarding distribution of documents from ██████ interview, and regarding summary of interview (0.5)  Review and exchange emails with D Sanders regarding summary of ████████ interview (0.2)  Review and exchange emails with M Ashley regarding ████████ interviews (0.3) | 9.80 hrs. |
| 09/28/12 | D. M. LeMAY | Telephone conference w/K. Eckstein regarding ██████████████ (.7). Telephone conference w/N. Simon regarding ████████████ discovery (.3). | 1.00 hrs. |
| 09/28/12 | M. D. ASHLEY | Call with J. Levitt (MoFo) regarding ███████ witness interview issues (.2); reviewed materials relating to upcoming interview preparation (1.1); emails with E.Miller regarding ████████ ██████ interview preparation issues (.5); call with ██████ (████████) regarding upcoming ████████████ ████ interviews (.3); reviewed materials relating to ████████████ (.9). | 3.00 hrs. |
| 09/28/12 | P. ASNANI | Review and finalize exhibits for ██████ document preparation. | 5.10 hrs. |
| 09/28/12 | G. LYNAM | Call with A. Gale regarding ██████ ████████. | 0.30 hrs. |
| 09/29/12 | D. SANDERS | Review, summarize and make corrections, to ██████████ interview transcript. | 3.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER            September 30, 2012
                                                         Page   61

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/29/12 | R. A. SCHWINGER | Review Patrick Bryan's response re ███ search terms and custodians (0.4); Review C. Child's analysis of ██████ response re search terms and custodians (0.5); TC with C. Child re next steps to follow up on same (0.4). | 1.30 hrs. |
| 09/29/12 | T. J. MCCORMACK | E-mails with M. Ashley on discovery/Examiner protective order (0.2); review updated interview/task list (0.3). | 0.50 hrs. |
| 09/29/12 | C. CHILD | Analysis of search terms and custodian for ███ (5.8); conference with R.Schwinger re same (.4). | 6.20 hrs. |
| 09/29/12 | A. M. BARTELL | Review ██████████ and prepare cover memo (3.8) and document summary index (2.4) in preparation for ████ interview. | 6.20 hrs. |
| 09/30/12 | A. M. BARTELL | Review ██████████ and prepare cover memo (4.1) and document summary (3.6) in preparation for ████ interview. | 7.70 hrs. |
| 09/30/12 | R. A. SCHWINGER | Review and comment on ██████████ | 0.40 hrs. |
| 09/30/12 | D. SANDERS | Review, summarize and make corrections to ██████ interview transcript. | 6.80 hrs. |
| 09/30/12 | D. SANDERS | Review of ██████████ | 0.50 hrs. |
| 09/30/12 | C. BUGEL | Review ██████████ and prepare summary chart re: topics and relevant questions for ████ interview. | 5.10 hrs. |
| 09/30/12 | M. D. ASHLEY | Reviewed materials relating to ██████ interview preparation (1.8); call with ████ regarding ██████ interview and ██████████ (.2); email with E.Miller regarding second wave interviews (.3); | 4.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2012
                                                             Page   62

|  |  |  |  |
|---|---|---|---|

emails with interview team regarding interview preparation and ███████████ (.3); reviewed ████████████████████████ (.8); reviewed interview transcripts (.9).

| 09/30/12 | E. M. MILLER | Review and exchange emails with M Ashley and D Sanders regarding interview transcripts and summaries (0.2)  Review email from Mesirow regarding second wave interviews (0.1)  Draft and send email to M Ashley regarding same (0.2) Review emails regarding interview scheduling and preparation work (0.3)  Draft and send emails to interview prep team regarding same (0.5)  Draft and send email to team regarding highlights of ████████████████ to (0.7) Draft ████████ ████████ for interview preparation (3.8)  Review emails from J Stenger regarding ████████ interview preparation (0.2) | 6.00 hrs. |

**Total Fees for Professional Services.............$1,305,345.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 6.30 | 5827.50 |
| H. SEIFE | 995.00 | 18.50 | 18407.50 |
| J. F. FINNEGAN | 755.00 | 109.90 | 82974.50 |
| N. T. ZINK | 855.00 | 4.40 | 3762.00 |
| R. A. SCHWINGER | 825.00 | 51.50 | 42487.50 |
| T. J. MCCORMACK | 875.00 | 111.20 | 97300.00 |
| W. A. GREASON | 845.00 | .40 | 338.00 |
| A. GALE | 725.00 | 11.90 | 8627.50 |
| J. A. STENGER | 645.00 | 12.40 | 7998.00 |
| M. D. ASHLEY | 695.00 | 126.00 | 87570.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page    63

| | | | |
|---|---:|---:|---:|
| C. BUGEL | 625.00 | 223.40 | 139625.00 |
| C. CHILD | 695.00 | 112.10 | 77909.50 |
| C. COHEN | 395.00 | 50.50 | 19947.50 |
| D. SANDERS | 395.00 | 71.10 | 28084.50 |
| E. M. MILLER | 655.00 | 157.60 | 103228.00 |
| K. McSWEENY | 565.00 | 104.20 | 58873.00 |
| M. BALDWIN | 795.00 | .70 | 556.50 |
| M. BLACKBURN | 655.00 | 2.40 | 1572.00 |
| P. GOODMAN | 695.00 | 172.30 | 119748.50 |
| R. BALL | 725.00 | 122.90 | 89102.50 |
| G. GODWIN | 260.00 | 121.50 | 31590.00 |
| L. MENDOZA | 270.00 | 64.30 | 17361.00 |
| A. M. BARTELL | 625.00 | 164.60 | 102875.00 |
| A. VOELKER | 495.00 | 86.50 | 42817.50 |
| C. L. RIVERA | 665.00 | 2.30 | 1529.50 |
| L. O'NEILL | 595.00 | 151.80 | 90321.00 |
| M. S. TOWERS | 595.00 | 6.60 | 3927.00 |
| R. J. GAYDA | 655.00 | .90 | 589.50 |
| S. R. RIVERA | 745.00 | 6.90 | 5140.50 |
| G. LYNAM | 435.00 | .30 | 130.50 |
| M. DISTEFANO | 435.00 | 1.60 | 696.00 |
| M. ROITMAN | 495.00 | 5.10 | 2524.50 |
| P. ASNANI | 435.00 | 26.10 | 11353.50 |
| T. DANIELSON | 220.00 | 2.50 | 550.00 |
| TOTALS | | 2110.70 | 1305345.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012

Page    1

For Services Through September 30, 2012

Our Matter #21955.007
          RESCAP: INVESTIGATION PLANNING AND COORDINATION

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/01/12 | T. J. MCCORMACK | Review/analyze ████████ (2.4); review transaction summaries (2.2); review ██████████ (1.5). | 6.10 hrs. |
| 09/02/12 | T. J. MCCORMACK | Review/analyze ██████████████ | 7.10 hrs. |
| 09/02/12 | M. D. ASHLEY | Reviewed draft memorandum regarding ████████ (1.2); emails with M. Distefano regarding ██████ (.2); reviewed transaction summaries and related background materials (1.2). | 2.60 hrs. |
| 09/03/12 | M. D. ASHLEY | Reviewed ████████ (1.2); emails with P. Asnani regarding ██████ (.4); emails with S. Rivera, M. Distefano regarding ████ (.2). | 1.80 hrs. |
| 09/04/12 | M. ROITMAN | Attend meeting with C&P team (1.0); Conference call with C&P and MFC teams re status of investigation (0.7); follow-up confer with D. LeMay after meeting (0.3); Meet with C. Rivera re: postpetition transactions (0.7) | 2.70 hrs. |
| 09/04/12 | M. S. TOWERS | Prepared for internal C&P status meeting (.4); attended internal C&P status meeting (1.1); attended professional's status call (.7). | 2.20 hrs. |
| 09/04/12 | R. J. GAYDA | Attend C&P team meeting re investigation status (1.0); attend C&P/Mesirow status meeting (.7). | 1.70 hrs. |
| 09/04/12 | C. L. RIVERA | Meeting with Chadbourne team re: status of investigation (1.0); call with Chadbourne and Mesirow teams re: investigation (0.7); meeting with M. Roitman re: ████████ (0.7); drafting | 3.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page     2

outline analysis of ████████
████████ (0.8); analysis re:
████████ (0.5) and correspondence
re: same with team (0.2).

| 09/04/12 | R. A. SCHWINGER | Attend internal C&P status meeting (1.0); Attend professionals' meeting/conference call (0.8); TC with Jen Rochon, Norm Simon re further information for Examiner from Committee (0.1). | 1.90 hrs. |
|---|---|---|---|
| 09/04/12 | D. M. LeMAY | Participate in C&P weekly status meeting of C&P team (1.0). Participate in weekly meeting with Mesirow re investigation status (.9). Telephone conference from L. Marinuzzi re: due date of Examiner's Report (.1) and e-mail to C&P team re: same (.2). | 2.20 hrs. |
| 09/04/12 | N. T. ZINK | Prepare for internal Chadbourne meeting regarding investigation planning and coordination (.8); Attend internal meeting (1.0); attend call with Chadbourne and MFC re investigation issues and status (.8); review email from D. LeMay re exclusivity issues in relation to Examiner report deadline (.1). | 2.70 hrs. |
| 09/04/12 | T. J. MCCORMACK | Weekly meeting of ResCap professionals on all outstanding issues/tasks (0.7). | 0.70 hrs. |
| 09/04/12 | H. SEIFE | Participate in C&P team status/organizational meeting (1.1); participate in weekly status meeting with Mesirow (.9). | 2.00 hrs. |
| 09/04/12 | S. R. RIVERA | Participated in meeting w/C&P team re: status update and review (1.0); participated in meeting w/Mesirow and C&P re: status update and review (.7). | 1.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page    3

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/04/12 | M. D. ASHLEY | Participate in Chadbourne team meeting regarding investigation status and planning (1.0); participate in professionals' call with Mesirow regarding investigation status and planning (.7). | 1.70 hrs. |
| 09/05/12 | A. CORONIOS | Revisions to ███████ (0.3); prepare for MBIA meeting re ███████ (0.7); review ███████ ███████ (0.8) | 1.80 hrs. |
| 09/05/12 | H. SEIFE | Review of ███████ (.8); prepare for MBIA meeting (1.1). | 1.90 hrs. |
| 09/05/12 | M. S. TOWERS | Prepared for meeting with financing transaction review team (.4); attended meeting with financing transaction review team (.7); | 1.10 hrs. |
| 09/05/12 | S. BERSON | Met with financing transactions team re: status and next steps (.6); follow-up meeting with J. Migdal re: same (1.0). | 1.60 hrs. |
| 09/05/12 | C. L. RIVERA | Review postpetition transactions/derivatives transactions to prepare for upcoming meetings. | 0.30 hrs. |
| 09/05/12 | J. F. FINNEGAN | Participated in meeting of financing team (.6) and reviewed transaction summaries in advance of meeting (1.1). | 1.70 hrs. |
| 09/05/12 | J. M. MIGDAL | Prepare for team meetings re financing documents (.5); meeting with S. Berson re overview of transaction summaries and strategy in connection investigation report (.9); team meeting with M. Towers, J. Finnegan and S. Berson re same (.6). | 2.00 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

September 30, 2012
Page    4

| | | | |
|---|---|---|---|
| 09/05/12 | N. T. ZINK | Review B. Dye elements re ███████████ (.1); email to M. Towers re same (.1); conference with M. Towers re ███████████ (.1); email with R. Schwinger re Committee observations and discoveries relevant to the Examiner's investigation (.1); phone conference with M. Towers and M. Ashley re █████████ (.1). | 0.50 hrs. |
| 09/06/12 | J. M. MIGDAL | Prepare for (.6) and conference call with Mesirow and S. Berson re overview of financing documents and related financing transaction work product strategy to incorporate findings (1.5). | 2.10 hrs. |
| 09/06/12 | H. SEIFE | Participate in meeting with MBIA (2.2); Conference with J.Gonzalez regarding status of investigation (.7). | 2.90 hrs. |
| 09/06/12 | M. D. ASHLEY | Reviewed materials relating to ████████ (1.3); team meeting with MBIA regarding ████████ (2.1); meeting with Mesirow regarding ████████ (.2); emails with R. Kirby regarding ████████ (.4). | 4.00 hrs. |
| 09/06/12 | M. DISTEFANO | Preparation for Meeting with MBIA (.2); Participate in meeting with MBIA (2.1); paticipte in meeting with S. Rivera, T. Zink and A. Coronios re ████████ (.6); drafted summary of meeting with MBIA (1.2). | 4.10 hrs. |
| 09/06/12 | M. S. TOWERS | Attended update meeting with Examiner and internal working group | 0.60 hrs. |
| 09/06/12 | R. A. SCHWINGER | Attend status update meeting with team and Examiner (0.5). | 0.50 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page    5

| 09/06/12 | T. J. MCCORMACK | Review of ▓▓▓▓▓▓▓▓▓ (0.8); confer with M. Ashley re: ▓▓▓▓▓ (0.2). | 1.00 hrs. |
| 09/06/12 | S. BERSON | Conf call with Mesirow re: status and results of ▓▓▓▓▓▓▓ | 1.50 hrs. |
| 09/06/12 | A. CORONIOS | Prepare for MBIA meeting re ▓▓▓▓ (0.9); attend MBIA meeting (2.3); | 3.20 hrs. |
| 09/06/12 | S. R. RIVERA | Participated in meeting w/working group and MBIA re: ▓▓▓▓▓▓▓ (2.1); follow-up confs. w/team re: same (.5). | 2.60 hrs. |
| 09/06/12 | M. D. ASHLEY | Team meeting with Examiner regarding investigation status and planning (.4); reviewed related materials (.4). | 0.80 hrs. |
| 09/07/12 | A. CORONIOS | Review materials re ▓▓▓▓ (1.3); review ▓▓▓▓▓▓▓ (0.8); various email memos from M Towers re Stage 2 review meetings with MoFo and K&E (0.2) | 2.30 hrs. |
| 09/07/12 | H. SEIFE | Telephonic participation (partial) in FTI interview meeting (1.3); meeting with Jr. Secured counsel (G.Uzzi) (1.6). | 2.90 hrs. |
| 09/07/12 | D. M. LeMAY | Prepare for (.4) and participate in (1.5) meeting with counsel for Junior Secured Noteholder Group. | 1.90 hrs. |
| 09/07/12 | R. BALL | Conf. call w/Derivatives team re derivatives issues (1.3); email to team re MoFo review materials (.1). | 1.20 hrs. |
| 09/07/12 | M. BLACKBURN | Prepare for Derivatives transactions team meeting (.4); meet with Derivatives transaction group (1.4); call with R. Ball re: ▓▓▓▓▓▓ (.4). | 2.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2012
                                                             Page    6

| 09/07/12 | M. ROITMAN | Attend meeting with Examiner and ad hoc group of junior secured noteholders (1.5); attend meeting of derivatives transactional review team (1.3); Confer with S. Rivera re: ███████████████ (0.3); Draft summary of factual background of ███████████ (1.0) | 4.10 hrs. |
| 09/07/12 | T. J. MCCORMACK | Meet with FTI on ███████████████ (2.2). | 2.20 hrs. |
| 09/07/12 | N. T. ZINK | Prepare for meeting with FTI and MFC (.7); attend meeting with FTI, MFC, MOFO, T. McCormack and M. Distefano (1.7); further meeting with MFC professionals (.3). | 2.70 hrs. |
| 09/07/12 | C. L. RIVERA | Preparation for meeting with Milbank re: ███████████ (0.6); meeting with Milbank re: ███████████ (1.7); follow-up discussion with M. Roitman (0.3). | 2.60 hrs. |
| 09/07/12 | C. L. RIVERA | Reviewing ████████████████ (0.9); meeting with derivatives team to ████████████ (1.2). | 2.10 hrs. |
| 09/07/12 | M. DISTEFANO | Preparation for Meeting with FTI (.3); meeting with FTI consulting (2.3); drafted summary of meeting with FTI (1.3); conf. with M.Ashley re ████████████ (.3). | 4.20 hrs. |
| 09/07/12 | M. B. SZYMANSKI | Meeting w/ MBaldwin, CRivera, MRoitman, RBall, MBlackburn re transaction summaries/status. | 1.40 hrs. |
| 09/07/12 | M. D. ASHLEY | Attended meeting (by phone) with Mesirow, FTI and MoFo regarding Debtors' claims investigation (1.6); call with M. Distefano regarding ████████████ (.4); reviewed materials relating to ████████████ (1.2). | 3.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page    7


| 09/07/12 | M. BALDWIN | Office conference with derivatives team re ██████████ (1.4). | 1.40 hrs. |
| 09/09/12 | T. J. MCCORMACK | Review summaries of transaction details provided by C&P transaction teams (2.3); review ██████████ (1.2); review ██████████ (0.8); review ██████████ (1.6); review options for potential submissions from interested parties to Examiner (0.7). | 6.60 hrs. |
| 09/09/12 | M. D. ASHLEY | Emails with H. Seife regarding ██████████ (.2). | 0.20 hrs. |
| 09/10/12 | N. T. ZINK | Internal C&P meeting regarding investigation planning and coordination (1.0); phone conference with M. Towers re status of legal analyses in connection with preparation of master task list (.2). | 1.20 hrs. |
| 09/10/12 | M. S. TOWERS | Prepared for internal C&P update meeting (.4); attended internal C&P update meeting re status of investigation (1.1); | 1.50 hrs. |
| 09/10/12 | M. DISTEFANO | Drafted emails to team re Ally Bank team meetings and update (.3); draft emails to team re third party claims meeting and update (.3); Attend Chadbourne team meeting re status of investigation (1.1) | 1.70 hrs. |
| 09/10/12 | M. ROITMAN | Partial attendance at C&P team meeting (0.8); Draft summary of ██████████ (5.4) | 6.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER         September 30, 2012
                                                      Page    8

| 09/10/12 | C. L. RIVERA | Correspondence with B. Greason re: postpetition sale agreements (0.1); meeting with Chadbourne team re: status of investigation, discovery, legal analysis (1.1). | 1.20 hrs. |
| 09/10/12 | R. A. SCHWINGER | Attend internal C&P team meeting re status, pending issues and progress (1.0); E-mails (.3) and TC (.2) with A. Bartell re ▉▉▉▉▉▉▉ (0.5). | 1.50 hrs. |
| 09/10/12 | D. M. LeMAY | Prepare for (.5) and participate in (1.0) C&P team meeting regarding pending projects and deadlines.  Review status reports regarding ▉▉▉▉▉▉ (.8). Prepare for tomorrow's hearing (.5). | 2.80 hrs. |
| 09/10/12 | R. J. GAYDA | Attend C&P team meeting re status of investigation. | 1.30 hrs. |
| 09/10/12 | A. CORONIOS | Review of updated summaries of ▉▉▉▉▉ (0.9); analysis of ▉▉▉▉▉▉ (1.7) | 2.60 hrs. |
| 09/10/12 | V. DUNN | Calls w/Berson (.2) and Migdal (.2) re ▉▉▉▉ | 0.40 hrs. |
| 09/10/12 | S. R. RIVERA | Prepared for (.3) and participated in working group meeting re: update and status (1.1). | 1.40 hrs. |
| 09/10/12 | R. BALL | Emails w/Ally Bank Team in preparation for status call w/H. Seife (.2). | 0.20 hrs. |
| 09/10/12 | H. SEIFE | Meeting with C&P team regarding status and coordination of investigation (1.2); review of draft letter regarding submissions (.6). | 1.80 hrs. |
| 09/10/12 | M. D. ASHLEY | Chadbourne team meeting regarding investigation status, planning and preparation (1.1); reviewed materials in connection with team meeting (.7). | 1.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page    9

| | | | |
|---|---|---|---|
| 09/10/12 | T. J. MCCORMACK | Participate in C&P team meeting on status of all tasks (0.9). | 0.90 hrs. |
| 09/10/12 | T. J. MCCORMACK | Review K&E legal/factual summary of transaction details (0.5); review Master task list (0.2); review current drafts of legal research (1.3); t/c Mesirow on upcoming examinations (0.7). | 2.70 hrs. |
| 09/11/12 | T. J. MCCORMACK | Review summary of meeting with ███████ (0.3); analysis of ███████ (0.8); review summary of 9/11 hearing (0.3); review ███████ ███████ (1.2). | 2.60 hrs. |
| 09/11/12 | M. D. ASHLEY | Weekly professionals' meeting with Mesirow regarding investigation status and planning (.9); reviewed materials in connection with weekly meeting (.6); meeting with H. Seife, T. McCormack, M. Roitman regarding investigation planning and preparation (.9). | 2.40 hrs. |
| 09/11/12 | M. D. ASHLEY | Meeting with H. Seife, D. LeMay, Ally Bank transaction team regarding ███████ (1.4); reviewed ███████ ███████ (1.2); call with T. Zink regarding report and legal research issues (.2). | 2.80 hrs. |
| 09/11/12 | H. SEIFE | Telephonic meeting with Mesirow regarding coordination and planning of investigation (1.0); conference with Ally Bank team regarding status report (1.2); conference with M.Ashley regarding submission requests (.8). | 3.00 hrs. |
| 09/11/12 | M. BLACKBURN | Meeting of Ally Bank transaction team to prepare for status conference (.7); meeting with Ally Bank transaction and H. Seife re: status (1.6); review ███████ ███████ (.8) | 3.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page    10

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/11/12 | B. DYE | Preparing for meeting with Mesirow and Centerview (.9); attending meeting with Mesirow and Centerview (2.3); drafting summary of meeting for C. Rivera (4.3) | 7.50 hrs. |
| 09/11/12 | M. PUSATERI | Meet with P. Goodman and team to discuss emerging issues in ResCap representation | 0.90 hrs. |
| 09/11/12 | R. BALL | Conf. call w/Ally Bank team to prepare for status conf w/H. Seife (1.0); prepared for status conf (.4); conf. call w/H. Seife, Ally Bank team re status of analysis, issues re Ally Bank transaction (1.8). | 3.20 hrs. |
| 09/11/12 | V. DUNN | Calls w/Berson re ▇▇▇▇▇ ▇▇▇▇▇ | 0.50 hrs. |
| 09/11/12 | S. R. RIVERA | Participated in meeting w/C&P and professionals. | 1.00 hrs. |
| 09/11/12 | S. R. RIVERA | Prepare for (.4) and participated in and Ally Bank team meeting in prepartion for status conference (.9); participate in Ally Bank Team meeting with H.Seife regarding status (1.6). | 2.90 hrs. |
| 09/11/12 | A. CORONIOS | Meeting with Ally Bank team in prepartion for status meeting (0.9); preparation for update meeting (.6); participate in status conference of Ally Bank team with H Seife and D LeMay (1.6); review of ▇▇▇▇▇ (0.4) | 3.50 hrs. |
| 09/11/12 | D. M. LeMAY | Review draft summary of Evercore meeting by M. Roitman (.3). Meeting of Ally Bank transaction review team (1.6).  Review ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (1.6). | 3.50 hrs. |
| 09/11/12 | P. GOODMAN | Attend meeting with DC team members re investigation status and document review issues. | 0.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page   11

| | | | |
|---|---|---|---|
| 09/11/12 | N. T. ZINK | Prepare with call among C&P and MFC teams re investigation planning and coordination (.3); participate on call among C&P and MFC teams re investigation planning and coordination (1.0); emails with C. Child re ███████ ███████████████████████ ██████████ (.2). | 1.50 hrs. |
| 09/11/12 | M. DISTEFANO | Participate in Ally Bank team meeting in preparation for status conference (.9); Participate in Ally Bank meeting with H. Seife regarding status (1.7); drafted outline of questions for ███████ ████████ (1.4). | 4.00 hrs. |
| 09/11/12 | C. L. RIVERA | Prepare for (0.7) and attend meeting with CenterView (2.1); confer with B. Dye re: same (0.2); correspondence with Mesirow re: same (0.1). | 3.10 hrs. |
| 09/11/12 | A. M. BARTELL | Attend DC team meeting re status of investigation. | 1.00 hrs. |
| 09/11/12 | M. ROITMAN | Conference call with C&P and MFC teams (0.9); Confer with H. Seife and M. Ashley re: requests for submissions from parties (0.9); Draft summary of Examiner's meeting with Ad Hoc Group of Junior Secured Bondholders (3.6); | 5.40 hrs. |
| 09/11/12 | C. BUGEL | Attend status meeting with P.Goodman and DC team re status of investigation. | 1.00 hrs. |
| 09/11/12 | Y. KUZNETSOV | Prepare for (0.4) and meeting with A.Coronios and Ally Bank team in preparation for investigation status conference (0.9); prepare for status conference (0.7); meeting with A.Coronios, Alley Bank Team and H.Seife regarding investigation status (1.7). | 3.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page   12

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/11/12 | M. S. TOWERS | Prepared for internal Examiner's professionals update call (.3); partially attended internal Examiner's professionals update call (.8) | 1.10 hrs. |
| 09/12/12 | R. M. KIRBY | Attend status meeting w/third party claims team including S. Rivera, M. Ashley, and M. Distefano. | 0.80 hrs. |
| 09/12/12 | M. DISTEFANO | Participate in Third Party Claims team meeting with Mesirow (.9); participte in meeting with ▮▮▮▮▮▮ (2.6); follow-up meeting with A.Coronios and team re ▮▮▮▮▮▮ (.5) | 4.00 hrs. |
| 09/12/12 | A. CORONIOS | Third Party Claims team conference call with Mesirow team (.8); attend meeting with Examiner, C&P and Mesirow Third Party Claims teams and ▮▮▮▮▮ re ▮▮▮▮▮ (2.6); follow-up meeting with team re same (.8). | 4.20 hrs. |
| 09/12/12 | N. T. ZINK | Review summary of meeting among MFC and Chadbourne professionals (.2). | 0.20 hrs. |
| 09/12/12 | C. L. RIVERA | Prepare for (0.4) and meeting with ▮▮▮▮▮ counsel re: ▮▮▮▮▮ (2.6); follow-up discussion with Chadbourne team re: ▮▮▮▮▮ (0.7); review summary of Centerview meeting (0.5) and revise same (0.4); correspondence with B. Dye re: same (0.2). | 4.80 hrs. |
| 09/12/12 | M. ROITMAN | Attendance at meeting with ▮▮▮▮▮ re ▮▮▮▮▮ (2.5); follow-up confer with C&P team (0.6); | 3.10 hrs. |
| 09/12/12 | B. DYE | Reviewing and revising notes from Mesirow and Centerview meeting for C. Rivera. | 0.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page   13

| 09/12/12 | P. ASNANI | Attendance at Third Party claims team meeting with Mesirow (.7) reviewed ▮▮▮ (.6). | 1.30 hrs. |
| 09/12/12 | D. M. LeMAY | Participate in meeting with ▮▮▮ ▮▮▮ (2.7). | 2.70 hrs. |
| 09/12/12 | H. SEIFE | Preparation for meeting with ▮▮▮ (1.8); meeting with ▮▮▮ regarding ▮▮▮ (2.4). | 4.20 hrs. |
| 09/12/12 | M. D. ASHLEY | Attend third-party claims transaction team meeting regarding ▮▮▮ (.7); Meeting with C&P team, Examiner, Mesirow and ▮▮▮ regarding ▮▮▮ (2.5). | 3.20 hrs. |
| 09/12/12 | S. R. RIVERA | Prepared for (.4) and participated in ▮▮▮ (2.6); participated in 3rd Party Claim team meeting (.9). | 3.90 hrs. |
| 09/13/12 | T. J. MCCORMACK | Review/analyze issues regarding ▮▮▮ (1.2). | 1.20 hrs. |
| 09/13/12 | D. M. LeMAY | Prepare for (.4) and participate in (1.7) meeting with ▮▮▮ | 2.10 hrs. |
| 09/13/12 | M. BLACKBURN | Emails with M. Ashley re: ▮▮▮ (.2); call with M. Ashley re: same (.3); meeting with B. Schwinger re: same (.1). | 0.60 hrs. |
| 09/13/12 | S. R. RIVERA | Participated in ▮▮▮ meeting re | 1.80 hrs. |
| 09/13/12 | R. A. SCHWINGER | Review memoranda on ▮▮▮ (0.5) | 0.50 hrs. |
| 09/13/12 | C. L. RIVERA | Email to Chadbourne team re: meeting with Centerview. | 0.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page    14

| 09/13/12 | M. DISTEFANO | Prepared for meeting with ▮▮▮▮ (1.0); participate in meeting with ▮▮▮▮ re ▮▮▮▮ (1.8); conference with A. Coronios re same (.3); emails to team re ▮▮▮▮ (.2). | 3.30 hrs. |
| 09/13/12 | A. CORONIOS | Prepare for (.4) and attend ▮▮▮▮ meeting re ▮▮▮▮ (1.8). | 2.20 hrs. |
| 09/14/12 | H. SEIFE | Conference with third-party claim team regarding submission request (1.3); Preparation of request for briefing third-party claims (1.6). | 2.90 hrs. |
| 09/14/12 | S. R. RIVERA | Prepared for (.3) and participated in meeting w/working group re: 3rd Party claimants written submission (1.2); prepare notice re: same (.4). | 1.90 hrs. |
| 09/14/12 | S. R. RIVERA | Reviewed and revised list of 3rd Party claimants (.8); emails w/working group re: same (.4). | 1.20 hrs. |
| 09/14/12 | M. DISTEFANO | Preparation for meeting re third party brief submissions (.6); attend meeting re third party brief submissions (1.2); prepared summary of ▮▮▮▮ meeting (.9). | 2.70 hrs. |
| 09/14/12 | M. ROITMAN | Meeting with C&P team regarding Third Party Brief Submissions (1.3); confer with D. LeMay re: same (0.3) | 1.60 hrs. |
| 09/14/12 | T. J. MCCORMACK | Meet with Chadbourne team to discuss party submissions (1.2). | 1.20 hrs. |
| 09/14/12 | D. M. LeMAY | Meeting with C&P team to discuss proposed submission requests from third party claimants (1.3). | 1.30 hrs. |
| 09/14/12 | M. D. ASHLEY | Participate in team meeting regarding ▮▮▮▮ ▮▮▮▮ (1.3); reviewed materials relating to ▮▮▮▮ ▮▮▮▮ (1.1). | 2.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page   15

| 09/14/12 | A. CORONIOS | Review materials re ResCap ████████████ (1.3); office conference with M Baldwin re ████████ (0.3); | 1.60 hrs. |
| 09/17/12 | A. CORONIOS | Review and analyze materials re ████████ transactions | 2.40 hrs. |
| 09/17/12 | M. DISTEFANO | Drafted and revised ████████ (1.6); drafted and revised ████████ (1.3). | 2.90 hrs. |
| 09/17/12 | S. R. RIVERA | Reviewed and revised written submission request notice (1.1); emails w/working group re: same (.3). | 1.40 hrs. |
| 09/18/12 | S. R. RIVERA | Reviewed and revised written submission request (1.1); revised related notice (.5). | 1.60 hrs. |
| 09/18/12 | Y. KUZNETSOV | Meeting with A.Coronios to discuss the preparation of summaries of transactions. | 0.60 hrs. |
| 09/18/12 | D. M. LeMAY | Telephone conferences with team leaders regarding transaction review status (.6). Revise and expand letter regarding requested submissions on third party claims (2.1). Review Mesirow meeting notes (.7). | 3.40 hrs. |
| 09/18/12 | S. BERSON | Meeting with financing transactions team. | 0.50 hrs. |
| 09/18/12 | M. ROITMAN | Review and comment upon draft third party claims brief solicitation letter (0.4) | 0.40 hrs. |
| 09/18/12 | A. CORONIOS | Review ████████████ (1.6); conference wth Y.Kuznetsov re transaction summary status (.6). | 2.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page   16

| 09/18/12 | V. DUNN | Calls w/Berson and Migdal re �as | 0.70 hrs. |
|---|---|---|---|
| 09/18/12 | M. DISTEFANO | Reviewed ▮▮ (.4); revised letter re third party claims brief submission (3.2). | 3.60 hrs. |
| 09/18/12 | T. J. MCCORMACK | Review Mesirow summaries of recent meetings with financial advisors (0.9); review scope of ▮▮ (0.7); review current draft of TPC Examiner letter requesting briefing (0.5); review ▮▮ (1.5); review ▮▮ (1.7). | 5.30 hrs. |
| 09/18/12 | H. SEIFE | Review and revise draft third party submission letter. | 1.10 hrs. |
| 09/19/12 | H. SEIFE | Participate in coordination meeting with team and Mesirow (1.0); participate in strategy session with J.Gonzalez and Mesirow (.9). | 1.90 hrs. |
| 09/19/12 | T. J. MCCORMACK | Review issues ▮▮ (0.8); review Mesirow summary of certain transactions and narratives re: same (1.5); review Examiner draft of TPC letter (0.6); confer M. Ashley re: same (0.2); continued review of ▮▮ (1.3); review ▮▮ (1.2). | 5.60 hrs. |
| 09/19/12 | N. T. ZINK | Prepare for Chadbourne and Mesirow call re investigation planning and coordination (.4); participate on Chadbourne and Mesirow call (1.0); phone conference with the Examiner and Mesirow and Chadbourne teams re investigation planning and coordination (.7). | 2.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2012
                                                             Page   17

| | | | |
|---|---|---|---|
| 09/19/12 | M. D. ASHLEY | Reviewed materials in preparation for weekly Examiner professionals' call (.7); attended weekly professionals' meeting regarding investigation status and planning (1.0); attended weekly call with Examiner regarding investigation status and planning (.8). | 2.50 hrs. |
| 09/19/12 | R. BALL | Attended status meeting with C&P team and Mesirow. | 1.00 hrs. |
| 09/19/12 | A. CORONIOS | Various office conferences with M Towers and M Distefano re follow-up meetings with MoFo and K&E (0.4); review draft Examiner's letter requesting third-party briefs (third party claims) (0.8) | 1.20 hrs. |
| 09/19/12 | D. M. LeMAY | Prepare for (.6) and attend (1.0) weekly update meeting with Mesirow.  Participate in weekly update call with Examiner (.8). Revise third party claims request for submission letter (1.1); related e-mails (.2) and telephone conferences (.2) with S. Rivera. | 3.90 hrs. |
| 09/19/12 | S. R. RIVERA | Participated in team call with professionals re status of investigation (1.1); participated in follow-up conference call w/Examiner and team (.9). | 2.00 hrs. |
| 09/19/12 | S. R. RIVERA | Reviewed and revised submission request letter (.6) and related notice (.3); emails w/working group (.2) and Examiner (.2) re: same. | 1.30 hrs. |
| 09/19/12 | M. S. TOWERS | Prepared for update call with examiner's professionals (.1); attended update call with examiner's professionals (1.0); attended update call with examiner (.9); participated in post-examiner call team discussion (.1) | 2.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page   18

| 09/19/12 | M. ROITMAN | Revise draft third party claims brief solicitation letter (0.9); Correspond with J. Gonzalez re: same (0.2); Attend conference call with C&P and Mesirow teams (1.0); Conference call with Examiner and professionals (0.9); Confer with C&P team following call (0.2) | 3.20 hrs. |
|---|---|---|---|
| 09/19/12 | C. CHILD | Analysis of status of investigation and next steps (2.6). Particpate in professionals update call  (1.1); participate in follow-up meeting with Examiner (.8). | 4.50 hrs. |
| 09/19/12 | M. DISTEFANO | Review and update letter re third party claims brief solicitation. | 1.20 hrs. |
| 09/20/12 | Y. KUZNETSOV | Prepare for meeting with C&P Bank team (0.6); attendance at meeting with C&P Bank team regarding investigation status (1.0). | 1.60 hrs. |
| 09/20/12 | S. R. RIVERA | Participated in Bank transaction meeting re status of transaction analysis. | 1.00 hrs. |
| 09/20/12 | S. R. RIVERA | Reviewed, revised and finalized submission request letter (.9) and related notice (.8). | 1.70 hrs. |
| 09/20/12 | D. M. LeMAY | Revise letter to third party claimants. | 1.10 hrs. |
| 09/20/12 | M. DISTEFANO | Revise letter re third party claims briefs (2.6); draft letter to Ally re same (.6); revise third party brief contacts (1.4); participate in Ally Bank Team meeting re status (1.1); drafted email to MoFo re third party claims meeting (.3). | 6.00 hrs. |
| 09/20/12 | A. CORONIOS | Participate in Ally Bank team meeting re ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ (1.1); office conferences with Y Kuznetsov re preparation for team meeting (0.4); review of ▮▮▮▮▮▮▮ ▮▮▮▮▮ (0.9) ▮▮▮▮ | 2.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page   19

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/20/12 | M. BLACKBURN | Participate in Ally Bank team meeting re: ███████ (1.1). | 1.10 hrs. |
| 09/20/12 | R. BALL | Conf. call w/Ally Bank team re ███████ (1.1). | 1.10 hrs. |
| 09/21/12 | D. M. LeMAY | Meeting with Kirkland & Ellis, H. Seife and T. McCormack regarding Ally claims (1.3). Revise letter to third party claimants (1.1). | 2.40 hrs. |
| 09/21/12 | R. A. SCHWINGER | Conference call of Government Settlements team with ███████ re ███████ (1.0); Follow-up conference call of Government Settlements team re ███████ (0.5); Review transaction summary and narrative summary re ███████ (0.8). | 2.30 hrs. |
| 09/21/12 | M. DISTEFANO | Finalized letter re third party claims briefs (2.8); drafted summary of 9-19-12 hearing (1.2); calls to J. Feltman re 9-19-12 hearing (.2); calls with S. Rivera re third party claims briefs (.6); calls to third party plaintiffs (.4); revised letter to Ally and Debtors re third party claims briefs (1.9). | 7.10 hrs. |
| 09/21/12 | M. S. TOWERS | Attended call with MoFo contact re: ███████ (.9); attended call with internal government settlements team re: outcome of call (.8); discussed ███████ (.3) | 2.00 hrs. |
| 09/21/12 | M. S. TOWERS | Met with J. Apfel re: ███████ | 0.50 hrs. |
| 09/21/12 | T. J. MCCORMACK | Meeting with K&E on ███████ (1.5); review ███████ (2.8). | 4.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page  .20

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/21/12 | H. SEIFE | Meeting with Kirkland (Cieri, Schrock). | 1.40 hrs. |
| 09/21/12 | S. R. RIVERA | Reviewed and revised letter and requests for submission papers (1.4); emails (.3) and telecons (.4) w/individual Third Party plaintiffs re: same; conf with M.DiStefano re same (.5). | 2.60 hrs. |
| 09/22/12 | T. J. MCCORMACK | Review ▮▮▮▮ (1.2); review ▮▮▮▮ (1.2). | 2.40 hrs. |
| 09/22/12 | M. DISTEFANO | Reviewed ▮▮▮ and drafted email to S. Rivera re same (.3); drafted email to Morrison & Foerster re ▮▮▮ (.3). | 0.60 hrs. |
| 09/23/12 | R. A. SCHWINGER | Review and prepare edits to draft of narrative transaction summary re ▮▮▮ | 1.30 hrs. |
| 09/23/12 | T. J. MCCORMACK | Review summaries of 9/19 and 9/21 hearings on bankruptcy issues (0.5); review ▮▮▮ (1.1). | 1.60 hrs. |
| 09/24/12 | H. SEIFE | Meeting with Kramer Levin and AlixPartners (2.5); review ▮▮▮ (.7). | 3.20 hrs. |
| 09/24/12 | R. BALL | Participate in portion of meeting w/Kramer Levin regarding ▮▮▮ (1.6); review ▮▮▮ (.5). | 2.10 hrs. |
| 09/24/12 | W. A. GREASON | Prepare for meeting with Kramer Levin and financial advisors (.6) attend portion of meeting (1.2). | 1.80 hrs. |
| 09/24/12 | T. J. MCCORMACK | Meeting with Kramer Levin, counsel to Committee, on ▮▮▮ (2.4); review ▮▮▮ | 5.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                    September 30, 2012
                                                                 Page    21

(1.3); review materials on █████████
██████████████████████████████████████████
███████████████████████ (0.8); review
██████████████████████ (0.8).

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/24/12 | M. BALDWIN | Attend meeting w/Kramer Levin and Examiner. | 2.40 hrs. |
| 09/24/12 | M. B. SZYMANSKI | Participate in portion of call with Kramer Levin and Alix Partners (1.1). | 1.10 hrs. |
| 09/24/12 | J. F. FINNEGAN | Participated in meeting with Kramer Levin re investigation issues (2.6). | 2.60 hrs. |
| 09/24/12 | M. D. ASHLEY | Attended meeting with Kramer Levin regarding Committee investigation issues update (2.6); reviewed materials relating to Committee investigation update (1.1). | 3.70 hrs. |
| 09/24/12 | M. S. TOWERS | Met with J. Apfel re: ████████ ███████████████████ (.4); attended part of presentation by Kramer Levin of Unsecured Creditors' Committee (1.0). | 1.40 hrs. |
| 09/24/12 | M. DISTEFANO | Prepared for calls to third party plaintiffs (.4); calls to third party plaintiffs with S. Rivera (.4); drafted emails re joint third party submissions (.5); drafted emails to team re meeting with Mofo regarding third party claims (.3); call with P. Asnani re ███████████████████ (.2); attend meeting with Kramer Levin (2.3); reviewed ████████████ (.3). | 4.40 hrs. |
| 09/24/12 | A. PRICE | Partial attendance at meeting/presentation with Kramer Levin in connection with ████████████████████ | 0.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER             September 30, 2012
                                                          Page   22

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/24/12 | M. ROITMAN | Attend and take detailed notes of Examiner's meeting with creditors' committee counsel and financial advisors (2.7); Draft summary of Examiner's meeting with creditors' committee counsel and financial advisors (1.8) | 4.50 hrs. |
| 09/24/12 | C. CHILD | Meeting with Kramer Levin regarding ███████████ | 2.60 hrs. |
| 09/24/12 | C. L. RIVERA | Meeting (partial attendance) with Kramer Levin, Mesirow and Chadbourne re: ███████████ ██████ (1.4); confer with M. Roitman re: same (0.2); confer with M. Towers re: meeting (0.1); begin review of ███████████ ██████ (0.3). | 2.00 hrs. |
| 09/24/12 | D. M. LeMAY | Prepare for (.7) and participate in (2.5) meeting with Kramer Levin and AlixPartners regarding ███████████ | 3.20 hrs. |
| 09/24/12 | R. A. SCHWINGER | Attend Kramer Levin (Committee counsel) presentation on various issues, including e-mail production (2.6). | 2.60 hrs. |
| 09/25/12 | M. DISTEFANO | Preparation for C&P and Mesirow Update call (.3); attend C&P and Mesirow Update call (1.3); calls to plaintiffs' counsels re third party claims (.3); drafted emails re ███████████ (.4). | 2.30 hrs. |
| 09/25/12 | N. T. ZINK | Prepare for Chadbourne and Mesirow team call regarding investigation planning and coordination (.3); attend and participate on call (1.0). | 1.30 hrs. |
| 09/25/12 | M. S. TOWERS | Prepared for Mesirow and C&P update call (.4); attended Mesirow and C&P update call (1.1) | 1.50 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER
September 30, 2012
Page    23

| | | | |
|---|---|---|---|
| 09/25/12 | V. DUNN | Meeting w/financial advisor re ████ (1.4); follow-up call w/Berson (.4). | .1.80 hrs. |
| 09/25/12 | D. M. LeMAY | Weekly call of Committee advisors regarding all pending matters. | 1.10 hrs. |
| 09/25/12 | J. M. MIGDAL | Review new and revised summaries in preparation of meeting with Mesirow (.8); attend meeting with Financing Team and Mesirow (1.4). | 2.20 hrs. |
| 09/25/12 | M. S. TOWERS | Prepared for meeting with Financing Transaction Group (.3); attended meeting with Financing Transaction Group (1.6). | 1.90 hrs. |
| 09/25/12 | T. J. MCCORMACK | Meeting of Chadbourne & Mesirow teams on status and all outstanding tasks, upcoming events (0.9). | 0.90 hrs. |
| 09/25/12 | T. J. MCCORMACK | Review ████████ (1.1); review ████████ (1.4). | 2.50 hrs. |
| 09/25/12 | M. ROITMAN | Conference call with Examiner's professionals (1.1); confer with C&P team following call (0.2); Correspond with C. Rivera re: ████ (0.4) | 1.70 hrs. |
| 09/25/12 | S. BERSON | Call with Mesirow re: ████ (1.2); follow-up meeting financing transaction team (0.3). | 1.50 hrs. |
| 09/25/12 | R. A. SCHWINGER | Attend professionals' conference call to address discovery issues (1.0); Follow-up discussion with internal team of discovery issues after professional' conference call (0.2); Review A. Bartell summary re ████ (0.3). | 1.50 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2012
                                                             Page    24

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/25/12 | J. F. FINNEGAN | Review motion filed by Committee of Unsecured Creditors (0.8); prepare for Financing team meeting (1.8); attend team meeting with Mesirow (1.4). | 4.00 hrs. |
| 09/25/12 | M. D. ASHLEY | Reviewed materials in preparation for weekly professionals' call (.8); attended weekly professionals' call (1.1). | 1.90 hrs. |
| 09/25/12 | H. SEIFE | Conference call with Mesirow regarding coordination and update. | 1.10 hrs. |
| 09/26/12 | A. CORONIOS | Preparation for ███████████ (0.8). | 0.80 hrs. |
| 09/26/12 | M. DISTEFANO | Drafted email to S. Rivera re status of various projects (.2); drafted email to MoFo re ████████ (.3). | 0.50 hrs. |
| 09/28/12 | A. CORONIOS | Analysis of ███████████████ ██████. | 1.90 hrs. |
| 09/28/12 | M. D. ASHLEY | Meeting with Quinn Emanuel regarding ███████████ (2.0); follow-up meeting with H. Seife, D. LeMay, C. Rivera, M. Distefano, Mesirow regarding Quinn Emanuel presentation and investigation of ███████████ ████████ (.5); reviewed ████████ ██████████ (1.1). | 3.60 hrs. |
| 09/28/12 | M. ROITMAN | Draft summary of Examiner's meeting with creditors' committee counsel and financial advisors (4.2); | 4.20 hrs. |
| 09/28/12 | D. M. LeMAY | Prepare for (.6) and attend (2.1) meeting with counsel to █████████. Follow-up meeting with team and Mesirow (.4). Review e-mail from █████████ regarding relevant documents and prepare proposed response (1.1). | 4.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page   25

| 09/28/12 | H. SEIFE | Meeting with ▓▓▓▓ and Mesirow (2.1); follow up meeting with Mesirow (.5); review of ▓▓▓▓ (.8). | 3.40 hrs. |
|---|---|---|---|
| 09/28/12 | J. F. FINNEGAN | Prepare for (0.4) and participate in meeting of Asset Sales group (0.5); review and comment on Asset Sale summaries (3.3). | 4.20 hrs. |
| 09/28/12 | W. A. GREASON | Meeting with J. Finnegan and A. Price to review status of asset sale (.5); review summaries (.7). | 1.20 hrs. |
| 09/28/12 | C. L. RIVERA | Prepare for meeting with ▓▓▓▓ by review of presentation materials and complaint (1.6); meeting with Chadbourne, Mesirow and ▓▓▓▓ (2.0); follow-up meeting among Chadbourne and Mesirow (.5). | 4.10 hrs. |
| 09/28/12 | M. DISTEFANO | Prepared for meeting with ▓▓▓▓ (.9); meeting with ▓▓▓▓ (2.2); drafted summary of same (1.4); drafted emails re ▓▓▓▓ ▓▓▓▓ (.2). | 4.70 hrs. |
| 09/28/12 | M. S. TOWERS | Discussed ▓▓▓▓ with R. Schwinger (.3); researched ▓▓▓▓ (.3) | 0.60 hrs. |
| 09/29/12 | H. SEIFE | Review of materials for Kramer and Quinn Emanuel. | 1.10 hrs. |
| 09/29/12 | D. M. LeMAY | Respond to D. Gropper e-mail. | 0.20 hrs. |
| 09/30/12 | T. J. MCCORMACK | Review fact background and options on ▓▓▓▓ (0.4); e-mails with M. Ashley re: same (0.2); review tasks list and progress (0.3). | 0.90 hrs. |

Total Fees for Professional Services.............. $344,824.50

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

September 30, 2012
Page   26

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. CORONIOS | 875.00 | 32.30 | 28262.50 |
| D. M. LeMAY | 925.00 | 36.00 | 33300.00 |
| H. SEIFE | 995.00 | 34.80 | 34626.00 |
| J. F. FINNEGAN | 755.00 | 12.50 | 9437.50 |
| N. T. ZINK | 855.00 | 12.20 | 10431.00 |
| R. A. SCHWINGER | 825.00 | 12.10 | 9982.50 |
| T. J. MCCORMACK | 875.00 | 61.10 | 53462.50 |
| W. A. GREASON | 845.00 | 3.00 | 2535.00 |
| M. D. ASHLEY | 695.00 | 38.60 | 26827.00 |
| A. PRICE | 655.00 | .80 | 524.00 |
| C. BUGEL | 625.00 | 1.00 | 625.00 |
| C. CHILD | 695.00 | 7.10 | 4934.50 |
| J. M. MIGDAL | 655.00 | 6.30 | 4126.50 |
| M. BALDWIN | 795.00 | 3.80 | 3021.00 |
| M. BLACKBURN | 655.00 | 7.00 | 4585.00 |
| M. PUSATERI | 565.00 | .90 | 508.50 |
| P. GOODMAN | 695.00 | .80 | 556.00 |
| R. BALL | 725.00 | 8.80 | 6380.00 |
| S. BERSON | 745.00 | 5.10 | 3799.50 |
| V. DUNN | 825.00 | 3.40 | 2805.00 |
| A. M. BARTELL | 625.00 | 1.00 | 625.00 |
| C. L. RIVERA | 665.00 | 24.40 | 16226.00 |
| M. B. SZYMANSKI | 655.00 | 2.50 | 1637.50 |
| M. S. TOWERS | 595.00 | 16.50 | 9817.50 |
| R. J. GAYDA | 655.00 | 3.00 | 1965.00 |
| R. M. KIRBY | 595.00 | .80 | 476.00 |
| S. R. RIVERA | 745.00 | 30.00 | 22350.00 |
| B. DYE | 565.00 | 8.10 | 4576.50 |
| M. DISTEFANO | 435.00 | 57.30 | 24925.50 |
| M. ROITMAN | 495.00 | 37.10 | 18364.50 |
| P. ASNANI | 435.00 | 1.30 | 565.50 |
| Y. KUZNETSOV | 435.00 | 5.90 | 2566.50 |
| TOTALS | | 475.50 | 344824.50 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012

Page    1

For Services Through September 30, 2012

Our Matter #21955.010
          RESCAP: FEE/RETENTION APPLICATIONS

| 09/02/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of first fee application. | 3.30 hrs. |
|---|---|---|---|
| 09/03/12 | H. LAMB | Continue comprehensive review of billing proformas/daily time detail in preparation of first fee application. | 5.20 hrs. |
| 09/04/12 | R. A. SCHWINGER | TC with T. McCormack re ████████ ████ (0.2); Draft ████████████████ and identifying relevant matters (0.8). | 1.00 hrs. |
| 09/05/12 | D. M. LeMAY | Revise ████████ and circulate to ResCap team. | 0.60 hrs. |
| 09/05/12 | T. J. MCCORMACK | Review issues of potential conflict/waiver as to certain subpoenas to be served on banks and third parties (1.3); confer H. Seife and D. LeMay re same (0.2). | 1.50 hrs. |
| 09/06/12 | D. E. DEUTSCH | Meeting with Helen Lamb to discuss various fee statement issues (1.2); begin reviewing related fee statement e-mails/materials (.9). | 2.10 hrs. |
| 09/06/12 | H. LAMB | Meeting with D.Deutsch regarding fee procedures, timing and related issues. | 0.90 hrs. |
| 09/07/12 | D. E. DEUTSCH | Review and address various inquiries from Helen Lamb re: fee application issues for C&P and Moelis (1.3). | 1.30 hrs. |
| 09/07/12 | H. LAMB | Emails with E.Richards (MoFo) regarding updated timing and procedures for first interim fee application (.2); conference with H.Seife regarding timing and procedures (.3); emails with D.Deutsch regarding same (.4). | 0.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                       Page    2

| 09/08/12 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application. | 4.60 hrs. |
|---|---|---|---|
| 09/09/12 | H. LAMB | Further review of daily time detail in preparation of monthly fee application. | 3.30 hrs. |
| 09/10/12 | H. LAMB | Conferences with J.Velasco at Mesirow regarding fee application timing/procedures. | 0.90 hrs. |
| 09/11/12 | H. LAMB | Review expenses incurred during first fee period (.3); follow-up research on same (.9). | 1.20 hrs. |
| 09/11/12 | D. E. DEUTSCH | Preliminary review of draft fee application for August and mark-up same (2.1). | 2.10 hrs. |
| 09/14/12 | T. J. MCCORMACK | Review potential conflict issues on certain banks (0.5). | 0.50 hrs. |
| 09/14/12 | R. A. SCHWINGER | Preparing revised ███████ (0.7); TCs with T. McCormack, M. Rossell re ███████ ███████ (0.3). | 1.00 hrs. |
| 09/17/12 | H. LAMB | Conference with Mesirow team regarding procedures and timing for first monthly fee statement (.6); emails with J.Gonzalez regarding fee application (.2). | 0.80 hrs. |
| 09/18/12 | D. E. DEUTSCH | Preliminary review, analysis and editing of certain fee entries (1.1). | 1.10 hrs. |
| 09/20/12 | D. E. DEUTSCH | Review certain fee entries to determine appropriate billing treatment (.7); meeting with Helen Lamb re: same (.4). | 1.10 hrs. |
| 09/20/12 | H. LAMB | Conference with D.Deutsch regarding confi issues re first fee statement. | 0.40 hrs. |
| 09/24/12 | H. LAMB | Preparation of Examiner first fee statement (1.7); emails with J.Gonzalez regarding same (.3). | 2.00 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012
                                                        Page    3

| 09/24/12 | D. E. DEUTSCH | Begin review and redaction of first fee application (2.2). | 2.20 hrs. |
| 09/25/12 | D. E. DEUTSCH | Meeting with Helen Lamb to discuss various billing issues (.5); complete review and redaction of first fee statements (4.6). | 5.10 hrs. |
| 09/25/12 | H. LAMB | Revise Examiner fee statement (.4); conference with D.Deutsch regarding various fee statement issues (.4). | 0.80 hrs. |
| 09/26/12 | H. LAMB | Revise and finalize Chadbourne monthly fee statement (.6); finalize exhibits to fee application (1.8), | 2.40 hrs. |
| 09/27/12 | D. E. DEUTSCH | Review Mesirow fee application and related memorandum to address redaction issues (.6); draft memorandum to Mesirow re: comments on same (.4); review and edit cover materials for fee statements (.2). | 1.20 hrs. |
| 09/28/12 | H. LAMB | Prepare Chadbourne, Mesirow and Examiner first monthly fee statements for service on notice parties. | 1.60 hrs. |

Total Fees for Professional Services.............  $24,372.50

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .60 | 555.00 |
| R. A. SCHWINGER | 825.00 | 2.00 | 1650.00 |
| T. J. MCCORMACK | 875.00 | 2.00 | 1750.00 |
| D. E. DEUTSCH | 745.00 | 16.20 | 12069.00 |
| H. LAMB | 295.00 | 28.30 | 8348.50 |
| TOTALS | | 49.10 | 24372.50 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012

                                                       Page    1


                              For Services Through September 30, 2012
Our Matter #21955.011
          RESCAP: NON-WORKING TRAVEL TIME


09/27/12   P. GOODMAN          Non-working travel to New York for       2.50 hrs.
                               ████████████ interview (2.5).

09/28/12   P. GOODMAN          Non-working return travel to DC          3.50 hrs.
                               from █████████ interview (3.5).


          Total Fees for Professional Services..............   $4,170.00



                        TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate    Hours         Amount
   P. GOODMAN                    695.00    6.00         4170.00
                       TOTALS              6.00         4170.00