# EXHIBIT F

## Contract Attorney Hours
### December 1, 2012 through December 31, 2012

| REVIEWER | MB Hours Worked | MB Docs Reviewed | RC Hours Worked | RC Docs Reviewed | EC Hours Worked | EC Docs Reviewed | CC Hours Worked | CC Docs Reviewed | JF Hours Worked | JF Docs Reviewed | CF Hours Worked | CF Docs Reviewed | JG Hours Worked | JG Docs Reviewed | MG Hours Worked | MG Docs Reviewed | TK Hours Worked | TK Docs Reviewed | AK Hours Worked | AK Docs Reviewed | SK Hours Worked | SK Docs Reviewed | JK Hours Worked | JK Docs Reviewed | JL Hours Worked | JL Docs Reviewed | GT Hours Worked | GT Docs Reviewed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Dec | - | - | - | - | - | - | - | - | - | - | 4.75 | 80 | 4.50 | 97 | - | - | - | - | - | - | 5.00 | 88 | - | - | 5.75 | 235 | 4.00 | 261 |
| 2-Dec | - | - | 5.00 | - | - | - | - | - | - | - | 9.00 | 136 | 8.75 | 379 | 9.00 | 368 | - | - | 6.00 | - | 11.00 | 330 | 8.00 | 405 | 7.75 | 374 | 10.00 | 776 |
| 3-Dec | - | - | 10.00 | 577 | 8.00 | 15 | 4.00 | - | - | - | 8.75 | 307 | 8.75 | - | 10.50 | - | - | - | 8.00 | - | 8.00 | 577 | 8.00 | 557 | 8.00 | 558 | 10.00 | 909 |
| 4-Dec | - | - | 9.50 | 290 | 9.25 | 155 | - | - | - | - | 8.75 | 468 | 9.50 | 605 | 8.75 | 715 | - | - | 10.25 | 524 | 12.00 | 831 | 9.00 | 571 | 8.00 | 558 | 7.00 | - |
| 5-Dec | - | - | 9.00 | 434 | 9.75 | 232 | 9.00 | 351 | - | - | 9.50 | 430 | 9.00 | 610 | 9.75 | 983 | - | - | 8.00 | 498 | 14.25 | 778 | 8.00 | 701 | 8.00 | 489 | 7.00 | 521 |
| 6-Dec | - | - | 9.00 | 547 | 10.75 | 297 | 9.00 | 399 | - | - | 10.25 | 313 | 10.00 | 719 | 8.75 | 1,094 | - | - | 8.75 | 579 | 11.75 | 498 | 8.00 | 755 | 7.75 | 395 | 5.75 | 487 |
| 7-Dec | - | - | 9.00 | 682 | 8.50 | 376 | 9.25 | 423 | - | - | 10.25 | - | 9.00 | - | 9.75 | 1,094 | - | - | - | - | - | - | - | - | - | - | 7.25 | - |
| 8-Dec | - | - | - | - | - | - | 8.75 | 323 | - | - | 9.75 | 494 | 8.50 | 745 | 6.50 | 799 | - | - | 7.50 | 500 | 10.75 | 558 | 8.00 | 840 | 7.25 | 474 | 7.25 | 501 |
| 9-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 10-Dec | 8.00 | 70 | 9.25 | 616 | 8.00 | - | 9.00 | 447 | - | - | 9.00 | 480 | 8.75 | 970 | 9.50 | 1,095 | 8.00 | 85 | 7.25 | 448 | 9.75 | 658 | 8.25 | 548 | 8.00 | 513 | 8.25 | 431 |
| 11-Dec | - | 174 | 10.00 | - | 9.25 | - | 10.50 | 425 | - | - | 9.75 | 495 | 9.00 | 639 | 10.50 | 368 | - | 267 | 10.25 | 677 | 12.00 | 617 | 9.25 | 743 | 8.25 | 441 | 8.00 | 459 |
| 12-Dec | 9.50 | 246 | 9.50 | 435 | 9.75 | 232 | 10.50 | 322 | - | - | 8.50 | 378 | 7.25 | 456 | 10.50 | 988 | 9.50 | 531 | 11.00 | 699 | 13.25 | 907 | 8.50 | 363 | 8.50 | 501 | 7.75 | 523 |
| 13-Dec | 9.50 | 211 | 10.00 | 758 | 10.75 | 297 | 7.50 | 299 | - | - | 10.75 | 547 | 10.75 | 817 | 10.75 | 941 | 10.00 | 543 | 9.00 | 832 | 11.50 | 737 | 8.00 | 764 | 8.00 | 646 | 6.50 | 412 |
| 14-Dec | 9.50 | 193 | 9.00 | 738 | 8.50 | 376 | 7.50 | 511 | - | - | 8.50 | 467 | 9.00 | 793 | 9.00 | 584 | 9.50 | 550 | - | - | 9.75 | 899 | 7.75 | 657 | 7.75 | 638 | 7.50 | 471 |
| 15-Dec | - | - | - | - | - | - | 8.00 | - | - | - | 7.50 | - | 7.50 | - | 7.50 | - | - | - | - | - | 10.50 | - | 5.50 | - | 3.75 | 335 | - | - |
| 16-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3.00 | 211 | - | - | - | - | 5.25 | 362 | 3.75 | - | 5.50 | 500 | - | - |
| 17-Dec | - | - | 8.50 | 323 | 10.00 | 470 | 8.00 | 600 | 7.75 | 307 | 9.50 | 701 | 9.00 | 853 | 8.75 | 807 | 10.50 | 573 | 8.50 | 722 | 14.25 | 947 | 9.25 | 1,511 | 10.75 | 934 | 7.00 | - |
| 18-Dec | - | 348 | 10.00 | 847 | 9.75 | 326 | 7.00 | 525 | 7.50 | 326 | 9.50 | 634 | 8.75 | 838 | 10.25 | 905 | 10.50 | 836 | 1.50 | 758 | 11.50 | 441 | 9.25 | 1,135 | 8.00 | 451 | 7.00 | 479 |
| 19-Dec | 7.00 | 333 | 8.75 | 583 | 8.25 | 262 | 5.00 | - | 8.00 | 285 | 8.50 | 609 | 8.00 | 819 | 8.75 | 594 | 8.25 | 750 | 8.00 | 554 | 9.75 | 366 | 7.25 | 722 | 8.00 | 570 | 8.25 | 533 |
| 20-Dec | - | - | 7.75 | 21 | - | - | - | 44 | - | - | 10.25 | 43 | 5.75 | 163 | 12.75 | 204 | 9.75 | 123 | - | - | 12.50 | 172 | 8.75 | 1 | 7.75 | 118 | - | - |
| 21-Dec | - | - | - | - | - | - | - | - | - | - | 5.75 | - | 8.75 | 596 | 7.50 | 654 | - | - | 10.00 | - | 8.75 | 690 | - | - | 7.75 | 615 | - | - |
| 22-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 23-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 24-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 25-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 26-Dec | - | - | 7.50 | 476 | - | - | 6.00 | 451 | - | - | 7.25 | 621 | 7.75 | 637 | 8.50 | 616 | - | - | 6.00 | 490 | 8.25 | 541 | 7.25 | 915 | 7.00 | 556 | - | - |
| 27-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 404 | - | 594 | - | - | - | - | - | - | - | - |
| 28-Dec | - | - | 10.00 | 1,004 | 9.75 | 326 | 8.00 | 602 | - | - | 9.25 | 639 | 7.50 | 773 | 10.50 | 905 | 9.00 | 778 | 7.50 | - | 11.00 | 744 | 7.00 | 1,059 | 8.00 | - | - | - |
| 29-Dec | - | - | 7.00 | 842 | - | - | 9.00 | 677 | - | - | 8.50 | 504 | 7.50 | 624 | 6.25 | 583 | 7.50 | 514 | 6.00 | 477 | 13.25 | 788 | - | - | - | 518 | - | - |
| 30-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 31-Dec | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Totals** | 72.00 | 1,898 | 148.75 | 9,654 | 74.25 | 2,133 | 128.00 | 6,963 | 64.75 | 2,631 | 166.00 | 8,346 | 155.25 | 12,133 | 170.50 | 14,403 | 102.00 | 5,550 | 133.00 | 8,756 | 231.75 | 13,900 | 142.00 | 13,105 | 152.50 | 9,861 | 97.25 | 6,763 |

| REVIEWER | MB | RC | EC | CC | JF | CF | JG | MG | TK | AK | SK | JK | JL | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average per hour | 26.4 | 64.9 | 28.7 | 54.4 | 40.6 | 50.3 | 78.2 | 84.5 | 54.4 | 65.8 | 60.0 | 92.3 | 64.7 | 69.5 |

12-12020-mg    Doc 3203-20    Filed 03/14/13    Entered 03/14/13 18:31:11    Exhibit F - Contact Attys    Pg 2 of 2

| GN Hours | GN Workpcs Reviewed | JN Hours | JN Workpcs Reviewed | EN Hours | EN Workpcs Reviewed | TQ Hours | TQ Workpcs Reviewed | LR Hours | LR Workpcs Reviewed | JS Hours | JS Workpcs Reviewed | DS Hours | DS Workpcs Reviewed | AT Hours | AT Workpcs Reviewed | AW Hours | AW Workpcs Reviewed | SW Hours | SW Workpcs Reviewed | LW Hours | LW Workpcs Reviewed | PY Hours | PY Workpcs Reviewed | MZ Hours | MZ Workpcs Reviewed | Hours | Wcs Reviewed per Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.00 | - | - | - | 5.00 | 121 | - | - | 5.00 | 83 | 4.00 | 228 | - | - | - | - | - | - | - | - | - | - | 7.50 | 101 | - | - | 36.75 | 570 |
| 7.50 | - | - | - | 9.25 | 292 | - | - | 8.00 | 234 | 8.75 | 382 | - | - | - | - | - | - | - | - | - | - | 5.00 | 137 | 8.00 | 43 | 44.25 | 1,732 |
| 6.50 | - | - | - | 9.00 | 292 | - | - | 8.00 | 234 | 8.75 | 382 | - | - | - | - | - | - | - | - | - | - | 9.00 | 210 | 9.50 | 322 | 119.75 | 4,456 |
| - | - | - | - | 9.00 | 292 | - | - | - | - | 6.75 | 481 | - | - | - | - | - | - | - | - | - | - | 9.75 | 453 | 9.00 | 449 | 132.25 | 7,557 |
| 3.00 | - | - | - | 10.00 | 501 | - | - | 8.00 | 300 | 6.75 | 481 | - | - | - | - | - | - | - | - | - | - | 10.50 | 638 | 9.50 | - | 131.00 | 7,935 |
| - | - | - | - | 12.25 | 675 | - | - | 8.00 | 287 | 8.75 | 492 | - | - | - | - | - | - | - | - | - | - | 10.50 | 638 | 9.50 | 534 | 128.00 | 8,172 |
| - | - | - | - | 10.75 | 706 | 9.00 | - | 9.00 | 590 | 8.75 | 480 | - | - | - | - | - | - | 9.00 | 673 | - | - | 10.00 | 586 | - | - | 120.50 | 7,986 |
| - | - | - | - | 10.50 | 754 | 7.25 | - | 7.25 | 375 | 8.25 | 422 | - | - | - | - | - | - | 10.50 | 725 | - | - | 9.25 | 519 | - | - | 0.00 | 0 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00 | 0 |
| - | - | 24 | - | 9.25 | 601 | 8.00 | 24 | 9.00 | 280 | 8.75 | 423 | 8.00 | 40 | 8.00 | 23 | - | - | - | - | - | - | 7.25 | 351 | 8.00 | 43 | 217.75 | 8,338 |
| - | - | 119 | - | 10.75 | 673 | 9.25 | 179 | 9.00 | 284 | 8.25 | 433 | 9.75 | 223 | 9.50 | 115 | - | - | - | - | - | - | 10.25 | 551 | 9.50 | 322 | 247.75 | 10,681 |
| - | - | 136 | - | 12.25 | 774 | 9.50 | 312 | 9.50 | 397 | - | - | 9.25 | 274 | 9.50 | 218 | - | - | - | - | - | - | 10.50 | 595 | 9.00 | 449 | 238.50 | 11,159 |
| - | - | 186 | - | 10.75 | 794 | 9.75 | 344 | 8.75 | 569 | - | - | 9.50 | 281 | 7.75 | 289 | - | - | - | - | - | - | 9.00 | 546 | 9.50 | - | 233.50 | 12,338 |
| - | - | 189 | - | 8.00 | 570 | 9.00 | 291 | 8.50 | 766 | 9.50 | 397 | 9.50 | 250 | 9.00 | 327 | - | - | - | - | - | - | - | - | - | 534 | 206.75 | 12,250 |
| - | - | - | - | 7.50 | 539 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 24.75 | 1,877 |
| - | - | - | - | 5.00 | 361 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 17.50 | 1,372 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 | 0 |
| - | - | 202 | - | 10.00 | 673 | 9.50 | 779 | 7.50 | 712 | 8.75 | 599 | 9.00 | 382 | 9.50 | 540 | 10.25 | 554 | 8.25 | 738 | 10.00 | 384 | 9.75 | 831 | 9.50 | 816 | 235.25 | 16,762 |
| - | - | 271 | - | 10.50 | 590 | 9.25 | 701 | 7.50 | 466 | 8.75 | 583 | 9.25 | 417 | 7.50 | 480 | 7.50 | 398 | 8.00 | 478 | 9.25 | 279 | 8.00 | 676 | 9.50 | 602 | 226.25 | 14,790 |
| - | - | 209 | - | 9.00 | 463 | 8.00 | 637 | 8.25 | - | 8.25 | 628 | 8.25 | 316 | 7.75 | 339 | 7.50 | 279 | 8.00 | 418 | 8.00 | 292 | 7.25 | 673 | 8.25 | 625 | 199.00 | 11,859 |
| - | - | - | - | 9.00 | - | 9.25 | 91 | - | - | 7.50 | 318 | - | - | 9.25 | 83 | 9.25 | - | 10.00 | - | - | - | - | - | - | - | 119.75 | 1,063 |
| - | - | - | - | - | - | - | - | - | - | - | - | 7.50 | - | 7.50 | 623 | 7.50 | - | - | - | 5.50 | - | 5.50 | 368 | - | - | 60.25 | 3,864 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00 | 0 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00 | 0 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00 | 0 |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 72.75 | 5,939 |
| - | - | - | - | - | - | 7.25 | 636 | - | - | - | - | - | - | - | - | - | - | 9.00 | 673 | - | - | - | - | - | - | 103.25 | 8,931 |
| - | - | - | - | - | - | 7.00 | 481 | - | - | - | - | - | - | 7.50 | 679 | - | - | 10.50 | 725 | - | - | - | - | - | - | 90.75 | 6,662 |
| - | - | - | - | - | - | 7.25 | 410 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00 | 0 |
| - | - | - | - | - | - | - | 408 | - | - | - | 365 | - | - | - | 463 | - | - | - | 521 | - | - | - | - | - | - | 0.00 | 0 |
| GN | | JN | | EN | | TQ | | LR | | JS | | DS | | AT | | AW | | SW | | LW | | PY | | MZ | | | |
| 0.0 | 0 | 19.3 | 1,336 | 60.1 | 9,047 | 51.4 | 5,293 | 51.0 | 5,343 | 59.9 | 6,231 | 30.1 | 2,183 | 43.9 | 4,179 | 33.1 | 2,368 | 51.5 | 4,919 | 30.3 | 2,224 | 54.6 | 7,825 | 53.6 | 3,391 | | 4,162 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 27.00 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 69.25 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 150.50 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 103.00 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 104.75 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 104.00 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 72.50 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 95.25 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 71.50 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 95.50 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 73.50 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 143.25 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | 63.25 | |

Page 2 of 2