# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al.,[1] | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SECOND INTERIM FEE APPLICATION OF ARTHUR J. GONZALEZ, AS CHAPTER 11 EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012**

Arthur J. Gonzalez, as the Court-appointed Examiner in the Chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certifies, pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases effective as of February 5, 2013 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines" and, together with the Local Guidelines, the "Guidelines"), that:

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

1. I am the Court-appointed examiner (the "Examiner") in the Debtors' Chapter 11 cases.

2. This certification is made in respect of the Second Interim Application of Arthur J. Gonzalez, as Chapter 11 Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 Through and Including December 31, 2012 (the "Application") in accordance with the Guidelines.

3. In respect of the Guidelines, I certify that:

   (a) I have read the Application;
   (b) to the best of my knowledge, information and belief formed after reasonable inquiry, the fees sought fall within the Guidelines;
   (c) the fees sought are billed at a rate and in accordance with practices customarily employed by me; and
   (d) I have no disbursements for which I seek reimbursement during the application period.

4. I certify that I have provided to counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors and the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") with, on a monthly basis, a statement of my fees and disbursements accrued during the previous month.

5. In respect of the Guidelines, I certify that the Debtors, counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors and the U.S. Trustee, are each being provided with a copy of the Application at least fourteen (14) days before the hearing on the Application.

Dated:   New York, New York
         March 14, 2013

                                        */s/ Arthur J. Gonzalez*
                                        Arthur J. Gonzalez