# EXHIBIT B

**RESIDENTIAL CAPITAL, LLC, et al.**

**SUMMARY OF HOURS**

**September 1, 2012 through December 31, 2012**

| NAME | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|
| | | | | |
| Arthur J. Gonzalez, Examiner | 1983 | $750 | 153.00 | $114,750.00 |
| | | | | |

# EXHIBIT C

**RESIDENTIAL CAPITAL, LLC, <u>et al</u>**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**September 1, 2012 through December 31, 2012**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 002 | 9.40 | $ 7,050.00 |
| Investigation Planning and Review | 003 | 69.60 | 52,200.00 |
| Witness Interviews and Discovery | 004 | 19.90 | 14,925.00 |
| Report Drafting and Legal Research | 005 | 47.80 | 35,850.00 |
| Fee/Retention Applications | 006 | 6.30 | 4,725.00 |
| **Total** | | **153.00** | **$114,750.00** |

# **EXHIBIT D**

**RESIDENTIAL CAPITAL, LLC, _et_ _al_**

**DETAILED TIME RECORDS**

**September 1, 2012 through September 30, 2012**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012

                                                       Page    1


                                    For Services Through September 30, 2012
Our Matter #21955.003
            INVESTIGATION PLANNING AND REVIEW


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/06/12 | A. GONZALEZ | Preparation for meeting with MBIA representatives (1.7); meeting with MBIA counsel at C&P (2.2); follow up discussion with H.Seife (.6). | 4.50 hrs. |
| 09/07/12 | A. GONZALEZ | Preparation for meeting of ad hoc committee of junior secured noteholders (1.1); meeting at C&P with ad hoc committee of junior secured noteholders (1.7). | 2.80 hrs. |
| 09/12/12 | A. GONZALEZ | Meeting at C&P with RMBS Holder Group (2.5); follow-up discussion with C&P team (.7). | 3.20 hrs. |
| 09/13/12 | A. GONZALEZ | Attend meeting ███████ regarding RMBS settlement. | 1.80 hrs. |
| 09/19/12 | A. GONZALEZ | Preparation for conference call with C&P and Mesirow (.6); conference call with C&P and Mesirow regarding status of various aspects of examination (.8); conference call with S.Rivera and C&P team regarding status conference on RMBS settlement (.3). | 1.70 hrs. |
| 09/24/12 | A. GONZALEZ | Prepare for conference call with Committee counsel by reviewing submissions (1.7); conference call with counsel for Committee discussing issue regarding Ally and ResCap transaction including related discovery (2.5). | 4.20 hrs. |


           Total Fees for Professional Services............   $13,650.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2012
                                                              Page    2

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| A. GONZALEZ | | 750.00 | 18.20 | 13650.00 |
| | TOTALS | | 18.20 | 13650.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          September 30, 2012

                                                       Page    1


                              For Services Through September 30, 2012
Our Matter #21955.005
          REPORT DRAFTING AND LEGAL RESEARCH


| 09/04/12 | A. GONZALEZ | Continue review of submissions regarding subject transactions. | 9.40 hrs. |
|---|---|---|---|
| 09/25/12 | A. GONZALEZ | Review and study summaries set forth by C&P regarding legal analysis of certain causes of action under review. | 3.40 hrs. |
| 09/27/12 | A. GONZALEZ | Continue review and study of summaries as set forth by C&P regarding legal analysis of certain causes of action under review. | 1.70 hrs. |


          **Total Fees for Professional Services.............. $10,875.00**


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 14.50 | 10875.00 |
| TOTALS | | 14.50 | 10875.00 |

# EXHIBIT D

**RESIDENTIAL CAPITAL, LLC, et al**

**DETAILED TIME RECORDS**

**October 1, 2012 through October 31, 2012**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          October 31, 2012

Page     1

For Services Through October 31, 2012

Our Matter #21955.003
          INVESTIGATION PLANNING AND REVIEW

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/03/12 | A. GONZALEZ | Conference call with Chadbourne and Mesirow regarding status of investigation (1.0). | 1.00 hrs. |
| 10/10/12 | A. GONZALEZ | Call with H.Seife regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ (.2); conference call with Chadbourne and Mesirow regarding task list and investigation status (.8). | 1.00 hrs. |
| 10/15/12 | A. GONZALEZ | Review of 10/4/12 advisors' meeting summary addressing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.40 hrs. |
| 10/17/12 | A. GONZALEZ | Review materials provided for meeting at Chadbourne (1.6); meeting with Chadbourne and Mesirow regarding status update and discussion of pending issues with discovery, etc. (1.0); review Examiner presentation provided by Kramer Levin in preparation for 10/18/12 meeting (3.7). | 6.30 hrs. |
| 10/18/12 | A. GONZALEZ | Attend Kramer Levin presentation meeting at Chadbourne (2.1); follow-up conference with Chadbourne and Mesirow (.4). | 2.50 hrs. |
| 10/24/12 | A. GONZALEZ | Prepare for conference call with Chadbourne and Mesirow (.4); conference call with Chadbourne and Mesirow regarding investigation status (.9). | 1.30 hrs. |
| 10/25/12 | A. GONZALEZ | Emails with Chadbourne team regarding revised work plan and status conference with court. | 0.40 hrs. |
| 10/31/12 | A. GONZALEZ | Review agenda for status conference (.3); conference call with Chadbourne and Mesirow regarding updates as to schedule and document production, etc. (1.1). | 1.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          October 31, 2012
                                                        Page    2


                Total Fees for Professional Services............  $12,225.00


                          TIMEKEEPER SUMMARY

Timekeeper's Name              Rate    Hours        Amount

A. GONZALEZ                  750.00    16.30       12225.00
                      TOTALS           16.30       12225.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          October 31, 2012

                                                       Page    1


                             For Services Through October 31, 2012
Our Matter #21955.004
         WITNESS INTERVIEWS AND DISCOVERY


10/15/12   A. GONZALEZ      Reviewed court opinion regarding        1.00 hrs.
                            discovery issue (.3); reviewed
                            9/27/12 summary of ██████████
                            interview (.7).

10/19/12   A. GONZALEZ      Review summaries of interviews of       2.30 hrs.
                            ████████████ (2.3).

10/29/12   A. GONZALEZ      Review summary of interview of          1.30 hrs.
                            ████████████ (1.3).

10/30/12   A. GONZALEZ      Email exchange with H.Seife as to       0.20 hrs.
                            status of various depositions,
                            etc. having been impacted by storm
                            (.2).


        Total Fees for Professional Services.............  $3,600.00



                     TIMEKEEPER SUMMARY

    Timekeeper's Name           Rate    Hours       Amount

    A. GONZALEZ                750.00    4.80        3600.00
                        TOTALS           4.80        3600.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          October 31, 2012

Page    1

For Services Through October 31, 2012

Our Matter #21955.005
           REPORT DRAFTING AND LEGAL RESEARCH

| | | | |
|---|---|---|---|
| 10/02/12 | A. GONZALEZ | Review letter regarding ██████ issues. | 0.30 hrs. |
| 10/03/12 | A. GONZALEZ | Review Chadbourne submission regarding ██████ (2.7); examination of ██████ (1.8). | 4.50 hrs. |
| 10/04/12 | A. GONZALEZ | Review Chadbourne submission regarding ██████ (3.2). | 3.20 hrs. |
| 10/05/12 | A. GONZALEZ | Review Chadbourne submission regarding ██████ (1.7); review Chadbourne submisison regarding ██████ (3.3); review Kramer Levin submission regarding ██████ (4.1). | 9.10 hrs. |
| 10/08/12 | A. GONZALEZ | Review ██████ transaction (.8); review ██████ transaction (2.4). | 3.20 hrs. |
| 10/11/12 | A. GONZALEZ | Review Kramer Levin materials regarding ██████ (1.9). | 1.90 hrs. |

Total Fees for Professional Services.............  $16,650.00


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 22.20 | 16650.00 |
| TOTALS | | 22.20 | 16650.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          October 31, 2012

                                                       Page     1


                                    For Services Through October 31, 2012

  Our Matter #21955.006
               FEE/RETENTION APPLICATIONS


  10/02/12    A. GONZALEZ      Discussion with H.Seife regarding       0.30 hrs.
                              retention issues.

  10/10/12    A. GONZALEZ      Discussion with H.Seife regarding       0.40 hrs.
                              conflicts counsel (.2); further
                              email and telephone exchanges with
                              H.Seife regarding conflicts
                              counsel (.2).

  10/19/12    A. GONZALEZ      Review first interim fee               3.20 hrs.
                              application (2.8); conferences
                              with H.Seife regarding fee
                              applications (.4).



          Total Fees for Professional Services.............  $2,925.00



                        TIMEKEEPER SUMMARY

  Timekeeper's Name              Rate    Hours       Amount

  A. GONZALEZ                  750.00     3.90       2925.00
                      TOTALS             3.90       2925.00

**<u>EXHIBIT D</u>**

**RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>**

**DETAILED TIME RECORDS**

**<u>November 1, 2012 through November 30, 2012</u>**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          November 30, 2012

Page     1

For Services Through November 30, 2012

Our Matter #21955.003
            INVESTIGATION PLANNING AND REVIEW

| | | | |
|---|---|---|---|
| 11/02/12 | A. GONZALEZ | Review C&P emails regarding conference call with Judge Glenn's chambers. | 0.30 hrs. |
| 11/05/12 | A. GONZALEZ | Prepare for call with H.Seife regarding conference call with Court (.4); call with H.Seife regarding conference call with Court (.5); participate in call with Court (1.2); follow-up call with C&P team (.4). | 2.50 hrs. |
| 11/06/12 | A. GONZALEZ | Call with H.Seife regarding follow-up to conference call with Judge Glenn. | 0.40 hrs. |
| 11/07/12 | A. GONZALEZ | Preparation for conference call with C&P and Mesirow (.8); conference call with C&P and Mesirow regarding status of report development (.6). | 1.40 hrs. |
| 11/08/12 | A. GONZALEZ | Discussion with H.Seife regarding ███████ and role of examiner. | 0.70 hrs. |
| 11/12/12 | A. GONZALEZ | Review summaries of meetings with various parties from July 20 through September 24. | 1.40 hrs. |
| 11/14/12 | A. GONZALEZ | Conference call with C&P and Mesirow regarding status of investigation and report update. | 0.90 hrs. |
| 11/18/12 | A. GONZALEZ | Preparation of memo for Nov. 19 Chambers conference (1.3); call with H.Seife regarding Chambers conference (.4). | 1.70 hrs. |
| 11/19/12 | A. GONZALEZ | Preparation for Chambers conference (1.3); participate in Chambers conference (1.1); discussion with H.Seife and D.LeMay following conference (.9); review status regarding master tasks (1.2). | 4.50 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          November 30, 2012
                                                        Page     2


| 11/20/12 | A. GONZALEZ | Preparation for Chambers conference (.4); participate in Chambers conference (1.1); follow-up conference with H.Seife and D.LeMay (.2); emails with D.LeMay and S.Rivera regarding amendment to work plan (.2). | 1.90 hrs. |
| 11/21/12 | A. GONZALEZ | Review and modification to work plan amendment (1.6); email to D.LeMay and H.Seife regarding same (.3). | 1.90 hrs. |
| 11/26/12 | A. GONZALEZ | Continue to review and modify work plan amendment (1.1); review letter from ███████ regarding ███████ (.3); call with H.Seife regarding same (.3). | 1.70 hrs. |
| 11/28/12 | A. GONZALEZ | Review of update documents for status call with C&P and Mesirow (.7); participate in call with C&P and Mesirow regarding investigation status (1.0). | 1.70 hrs. |
| 11/29/12 | A. GONZALEZ | Review of letter from ███████ ███████ | 0.30 hrs. |


Total Fees for Professional Services.............. $15,975.00


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 21.30 | 15975.00 |
| TOTALS | | 21.30 | 15975.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          November 30, 2012

Page    1

For Services Through November 30, 2012

Our Matter #21955.004
          WITNESS INTERVIEWS AND DISCOVERY

11/01/12   A. GONZALEZ      Review transcript of ████            2.10 hrs.
                            ████████ interview.

11/25/12   A. GONZALEZ      Review summary of ████████████        2.90 hrs.
                            interview and transcript.


          **Total Fees for Professional Services.............  $3,750.00**


                         TIMEKEEPER SUMMARY

Timekeeper's Name              Rate     Hours        Amount

A. GONZALEZ                   750.00    5.00         3750.00
                    TOTALS            5.00           3750.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER           November 30, 2012

                                                        Page    1


                                      For Services Through November 30, 2012
  Our Matter #21955.006
              FEE/RETENTION APPLICATIONS


11/20/12   A. GONZALEZ        Review of retention application of      0.40 hrs.
                              Wolf Haldenstein.

11/26/12   A. GONZALEZ        Telephone conference with H.Seife       0.30 hrs.
                              regarding response to US Trustee
                              letter regarding Wolf Haldenstein
                              retention.


           Total Fees for Professional Services..............   $525.00



                        TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate    Hours        Amount

   A. GONZALEZ                  750.00     .70         525.00
                       TOTALS              .70         525.00

## EXHIBIT D

**RESIDENTIAL CAPITAL, LLC, et al**

**DETAILED TIME RECORDS**

**December 1, 2012 through December 31, 2012**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          December 31, 2012

Page    1

For Services Through December 31, 2012

Our Matter #21955.002
          CASE ADMINISTRATION/GENERAL BANKRUPTCY MATTERS

| | | | |
|---|---|---|---|
| 12/13/12 | A. GONZALEZ | Review responses filed by Junior Secured Noteholders to motion for exclusivity and motion for mediator (.3); review responses filed by Wilmington Trust to motion for exclusivity and motion for mediator (.3); review stipulation regarding DIP (.2); review ▮▮▮▮▮▮▮▮ issue raised as to ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ and letter to (.9). | 1.70 hrs. |
| 12/14/12 | A. GONZALEZ | Review emails from D.LeMay and R.Gayda regarding status of Examiner report for 12/20 court hearing. | 0.20 hrs. |
| 12/17/12 | A. GONZALEZ | Prepare for 12/20 Court status conference (.5). | 0.50 hrs. |
| 12/18/12 | A. GONZALEZ | Conference with H.Seife regarding Court status conference. | 0.30 hrs. |
| 12/18/12 | A. GONZALEZ | Review AFI reply to exclusivity and mediation request (.3); review Debtors' omnibus reply to exclusivity motion (.4); review Debtors' reply to reimbursement issue (.4); review ▮▮▮▮▮▮▮▮ on mediator request (.2). | 1.30 hrs. |
| 12/20/12 | A. GONZALEZ | Conference with H.Seife regarding ▮▮▮▮▮▮▮▮ pleadings (.3); attendance at omnibus hearing on status of Examiner's report and interim professional fees (5.1). | 5.40 hrs. |

Total Fees for Professional Services.............    $7,050.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 9.40 | 7050.00 |
| TOTALS | | 9.40 | 7050.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          December 31, 2012

                                                        Page    1

                              For Services Through December 31, 2012
Our Matter #21955.003
              INVESTIGATION PLANNING AND REVIEW


12/05/12    A. GONZALEZ        Review status update agenda and          1.40 hrs.
                               progress of tasks (.5); conference
                               call with C&P and Mesirow
                               regarding status upate (.9).

12/11/12    A. GONZALEZ        Review letter ███████████               1.80 hrs.
                               ███████  regarding
                               ████████  (.7); review
                               agenda for update meeting (.2);
                               review task list for update
                               meeting (.9).

12/12/12    A. GONZALEZ        Continue preparation for update          1.60 hrs.
                               meeting (.5); update meeting with
                               C&P and Mesirow (.9); follow-up
                               call with H.Seife (.2).

12/19/12    A. GONZALEZ        Preparation for status call (.7);        1.50 hrs.
                               status call with C&P and Mesirow
                               (.8).

12/21/12    A. GONZALEZ        Attendance at meeting at C&P             6.20 hrs.
                               regarding transaction team
                               presentations on overview and
                               status.

12/27/12    A. GONZALEZ        Preparation for weekly status            1.30 hrs.
                               meeting (.6); status meeting with
                               C&P and Mesirow (.7).


         **Total Fees for Professional Services.............. $10,350.00**


                         TIMEKEEPER SUMMARY

    Timekeeper's Name              Rate    Hours         Amount

    A. GONZALEZ                    750.00   13.80        10350.00
                          TOTALS            13.80        10350.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          December 31, 2012

                                                       Page    1

                                For Services Through December 31, 2012

Our Matter #21955.004
            WITNESS INTERVIEWS AND DISCOVERY

| | | | |
|---|---|---|---|
| 12/03/12 | A. GONZALEZ | Review of ███████ interview summary. | 0.80 hrs. |
| 12/07/12 | A. GONZALEZ | Call with H.Seife regarding case developments and discovery issues. | 0.70 hrs. |
| 12/10/12 | A. GONZALEZ | Email exchange (.3) and telephone call (.3) with H.Seife regarding discovery issue . | 0.60 hrs. |
| 12/11/12 | A. GONZALEZ | Review (.2) and call with H.Seife (.2) regarding discovery issues; follow-up call with H.Seife regarding electronic discovery issue (.3). | 0.70 hrs. |
| 12/12/12 | A. GONZALEZ | Review correspondence as to discovery issues. | 0.70 hrs. |
| 12/14/12 | A. GONZALEZ | Review summary of ███████ interview (1.1); review summary of ███████ interview (.6). | 1.70 hrs. |
| 12/17/12 | A. GONZALEZ | Review interview summary of ███████ | 1.10 hrs. |
| 12/19/12 | A. GONZALEZ | Review summary of ███████ interview. | 0.90 hrs. |
| 12/26/12 | A. GONZALEZ | Review ███████ interview summary and transcript. | 2.70 hrs. |
| 12/27/12 | A. GONZALEZ | Review interview schedule to determine ███████ | 0.20 hrs. |

          Total Fees for Professional Services.............    $7,575.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                  December 31, 2012
                                                               Page     2


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 10.10 | 7575.00 |
| TOTALS | | 10.10 | 7575.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER            December 31, 2012

Page      1

For Services Through December 31, 2012

Our Matter #21955.005
    REPORT DRAFTING AND LEGAL RESEARCH

| | | | |
|---|---|---|---|
| 12/04/12 | A. GONZALEZ | Review of ███████████ ███████ third party submission. | 2.20 hrs. |
| 12/18/12 | A. GONZALEZ | Review summary ████████████ ██████████ | 0.70 hrs. |
| 12/19/12 | A. GONZALEZ | Continue review of ████████ █████████ | 1.40 hrs. |
| 12/27/12 | A. GONZALEZ | Review ████ submission regarding third party claims. | 1.10 hrs. |
| 12/28/12 | A. GONZALEZ | Review Debtors' omnibus response to third party claim submissions (1.8); review Debtors' response to ███████████ and ██████████ submission (.7); continue analysis of ████████████ focusing on █████████ (1.1); review of ████████ presentation summary (.3); review C&P summary of █████ (.7). | 4.60 hrs. |
| 12/31/12 | A. GONZALEZ | Review article regarding ████████ ████ (.2); continue review of ███████ activities (.9). | 1.10 hrs. |

Total Fees for Professional Services..............  $8,325.00

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| A. GONZALEZ | | 750.00 | 11.10 | 8325.00 |
| | TOTALS | | 11.10 | 8325.00 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          December 31, 2012

Page    1

For Services Through December 31, 2012

Our Matter #21955.006
          FEE/RETENTION APPLICATIONS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/08/12 | A. GONZALEZ | Call with H.Seife regarding motion for Mediator and fee application objections (.4); review of US Trustee objections to C&P and Mesirow fee applications (.5) | 0.90 hrs. |
| 12/19/12 | A. GONZALEZ | Review response to objection to C&P fee application (.3); review response to objection to Mesirow fee application (.3). | 0.60 hrs. |
| 12/20/12 | A. GONZALEZ | Conference with H.Seife and D.LeMay regarding fee hearing (.2). | 0.20 hrs. |

                    Total Fees for Professional Services.............   $1,275.00

                              TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| A. GONZALEZ | 750.00 | 1.70 | 1275.00 |
| TOTALS | | 1.70 | 1275.00 |