**Hearing Date and Time:** April 11, 2013 @ 10:00 a.m.
**Objection Deadline:** March 25, 2013 @ 4:00 p.m.

SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011
Telephone: 626-833-9978
Facsimile: 213-416-9945
Bradford Cornell

Consultant to the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors | Jointly Administered |

**FIRST INTERIM APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC AS CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD AUGUST 11, 2012 THROUGH DECEMBER 31, 2012**

# First Interim Application

| | |
|---|---|
| **Applicant:** | San Marino Business Partners LLC |
| **Authorized to Provide Professional Services to:** | Official Committee of Unsecured Creditors |
| **Date of Retention:** | August 11, 2012 |
| **Period for which Compensation and Reimbursement is sought:** | August 11, 2012 through December 31, 2012 |
| **Amount of Compensation Sought as Actual, Reasonable, and Necessary:** | $190,422.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary** | $11,287.22 |

Please see Invoice Summary on the following page

**SAN MARINO BUSINESS PARTNERS LLC**
607 Foxwood Road
La Cañada, CA 91011

## FIRST INTERIM FEE APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC
### (For the Period from August 11, 2012 through December 31, 2012)

### Invoice: SMBP056-RC

Date Submitted: March 11, 2013

| Date Filed | Invoice No | Compensation Period | Requested Fees | 80% Fees Paid | Requested Expenses | Expenses Paid | 20% Fee Holdback | |
|---|---|---|---|---|---|---|---|---|
| 9/28/2012 | SMBP051-RC | 8/13/2012 - 8/31/2012 | 29,802.50 | 23,842.00 | 2,875.39 | 2,882.49 | 5,960.50 | (1) |
| 10/30/2012 | SMBP052-RC | 9/1/2012 - 9/30/2012 | 36,400.00 | 29,120.00 | 0.00 | 0.00 | 7,280.00 | |
| 11/20/2012 | SMBP053-RC | 10/1/2012 - 10/31/2012 | 31,172.50 | 24,938.00 | 0.00 | 0.00 | 6,234.50 | |
| 1/5/2013 | SMBP054-RC | 11/1/2012 - 11/30/2012 | 61,045.00 | 48,836.00 | 3,424.68 | 3,424.68 | 12,209.00 | |
| 2/9/2013 | SMBP055-RC | 12/1/2012 - 12/30/2012 | 32,002.50 | 25,602.00 | 4,987.15 | 4,987.15 | 6,400.50 | |
| | | **TOTALS** | 190,422.50 | 152,338.00 | 11,287.22 | 11,294.32 | 38,084.50 | (1) |

Less Expense Credit: (7.10) (1)

Amount Due: **$38,077.40**

(1) To correct for a client dinner of August 22, 2012, which was not capped at the $20.00 limit
See enclosed *Summary of Disbursements and Other Expenses for Bradford Cornell: August 2012*

### TIMEKEEPERS SUMMARY - SAN MARINO BUSINESS PARTNERS LLC

**(For the Period from August 11, 2012 through December 31, 2012)**

| Name of Timekeeper | Job Title | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|
| Bradford Cornell | Managing Director, Expert | 975.00 | 178.00 | 173,550.00 |
| Bradford Cornell | Managing Director, Expert | 487.50 | 11.00 | 5,362.50 |
| Ed Bergstrom | Controller | 400.00 | 22.90 | 9,160.00 |
| Andrew Cornell | Vice President | 250.00 | 9.40 | 2,350.00 |
| | **TOTALS FOR PERIOD** | | 221.30 | 190,422.50 |
| | **BLENDED HOURLY RATE** | 860.47 | | |

### PROJECT CATEGORIES:

For the Period from August 11, 2012 through December 31, 2012)

| Category | | Description | Hours Billed | Total |
|---|---|---|---|---|
| 1 | | RMBS Analysis | 185.10 | 173,197.50 |
| 2 | | Retention/Fee Applications | 25.20 | 11,862.50 |
| 3 | | Non-Working Travel | 11.00 | 5,362.50 |
| | | **TOTALS FOR PERIOD** | 221.30 | 190,422.50 |

**Hearing Date and Time: April 11, 2013 at 10:00 a.m.**
**Objection Deadline: March 25, 2013 at 4:00 p.m.**

SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011
Telephone: 626-833-9978
Facsimile: 213-416-9945
Bradford Cornell

Consultant to the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors | Jointly Administered |

**FIRST INTERIM APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC AS
CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD AUGUST 11, 2012 THROUGH DECEMBER 31, 2012**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

For its first interim application for compensation and reimbursement of expenses ("the

**Application"**) for the period August 11, 2012 through December 31, 2012 (the **"Application**

**Period"**), San Marino Business Partners LLC (**"Applicant"**), consultant and expert witness to

the Official Committee of Unsecured Creditors  (the **"Committee"**) for evaluating for the

proposed settlement of the Debtors' RMBS liabilities,  respectfully represents as follows:

### JURISDICTION, VENUE AND STATUTORY PREDICATES

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 330, 331, and 1103 of Title 11 of the United States Code (the **"Bankruptcy Code"**), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and Rule 2016-1 of the Local rules for the United States Bankruptcy Court for the Southern District of New York (the **"Local Rules"**). This Application has been prepared in accordance with General Order M-389, Amended Guidelines for Fees and disbursements for Professionals in Southern district of New York Bankruptcy Cases, entered December 21, 2010 (the **"Local Guidelines"**), and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 effective January 30, 1996 (the "UST Guidelines" and, together with the Local Guidelines, the **"Guidelines"**). Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as Exhibit 1.

### BACKGROUND

A.      **The Chapter 11 Cases**

3.      On May 14, 20120 (the **"Petition Date"**), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code. The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). No trustee has been appointed in these Chapter 11 cases.

4.      On May 16, 2012, the United States Trustee for the Southern District of New York (the **"U.S. Trustee"**) appointed a nine member official committee of unsecured creditors (**"Committee"**).

5.      On June 20, 2012, the Court directed than an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

**B.      Applicant's Retention and Interim Compensation**

6.      On July 17, 2012, the Court entered the Order *Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the **"Interim Compensation Order"**) [Docket No. 797]. Pursuant to the terms of the *Interim Compensation Order,* Applicant, among others, is authorized to file and submit monthly fee applications to the Debtors and their counsel, counsel for the Committee, counsel for Ally Financial Inc., counsel for Barclays Bank PLC, and the United States Trustee (collectively, the **"Notice Parties"**).

7.      On August 27, 2012, the Committee applied for entry of an order authorizing it to retain San Marino Business Partners LLC ("SMBP") as consultant and possible expert witness for the Committee.

8.      On September 13, 2012, the Court entered the Order Approving Retention of San Marino Business Partners LLC as Consultant to the Official Committee of Unsecured Creditors, NUNC PRO TUNC to August 11, 2012 [Docket No. 1433].

9.      On September 28, 2012, Applicant served its first monthly fee application covering the period from August 13, 2012 through August 31, 2012 (the **"First Monthly Fee Statement"**) on the Notice Parties. On October 30, 2012, Applicant served its second monthly fee application covering the period from September 1, 2012 through September 30, 2012 (the **"Second Monthly Fee Statement"**) on the Notice Parties. On November 20, 2012, Applicant served its third monthly fee application covering the period from October 1, 2012 through

October 31, 2012 (the **"Third Monthly Fee Statement"**) on the Notice Parties. On January 5, 2013, Applicant served its fourth monthly fee application covering the period from November 1, 2012 through November 30, 2012 (the **"Fourth Monthly Fee Statement"**) on the Notice Parties. On February 9, 2013, Applicant served its fifth monthly fee application covering the period from December 1, 2012 through December 31, 2012 (the **"Fifth Monthly Fee Statement"**) on the Notice Parties.

        10.      The total payments received as of the date hereof are equal to: (i) 80% of requested compensation (Fees) from the First, Second, Third, and Fourth Monthly Fee Applications and (ii) 100% of requested expenses from the First, Second, Third, and Fourth Monthly Fee Statements. Specifically, to date, Applicant has received payments totaling $163,632.32, representing $152,338.00 in fees and $11,294.32 in expenses.[1]

        11.      Applicant maintains computerized records of the time expended in the performance of its professional services required by Committee. These records are maintained in the ordinary course of the Applicant's practice.

        12.      Applicant also maintains computerized records, along with original receipts, of all expenses incurred in connection with its performance of professional services required by the Committee.

        13.      For the convenience of this Court, the following documents are attached within Exhibit 2:

        a.      First Interim Fee Application Invoice Number SMBP056-RC

        b.      Summary of Time by Project Category

        c.      Summary of Professionals for the Application Period

---

[1] Subsequent to serving the monthly fee statements, Applicant reviewed the fee and expense detail and determined that $7.10 in expenses were inadvertently billed to the estate. The requested expenses therefore reflect the reduction of $7.10 in expenses.

c.      Copies of Applicant's computerized records of fees and expenses in the
format specified by the Guidelines which have been served on the Notice
Parties with each of the five Monthly Fee Statements

14.      There is no agreement or understanding between Applicant and any other
person or entity for the sharing of compensation to be received for services rendered in the
Chapter 11 cases.

15.      The Monthly Fee Applications submitted by Applicant are subject to a
20% holdback imposed by the Court on the allowance of fees. The aggregate amount of
Applicant's holdback during the Application Period is $38,077.40. Applicant respectfully
requests, in connection with the relief requested herein, that the Court allow this holdback
amount on an interim basis pursuant to § 330 and § 331 of the Bankruptcy Code and authorize
the Debtors to pay such amounts.

## C.      Description of Services and Expenses and Relief Requested

16.      In general, Applicant has represented the Official Committee of
Unsecured Creditors in connection with the issue of assessing the fairness of a proposed $8.7
billion settlement agreement in the Chapter 11 cases. More specifically, the Applicant has
performed the following tasks:

### 1.  RMBS Analysis
(Fees:  $173,197.50/Hours Billed: 185.1)

17.      In connection with the Applicant's analysis of the proposed RMBS
Settlement, the Applicant performed the following services, among others:

(a)      Reviewed legal filings related to the case.

(b)      Reviewed expert reports related to the proposed settlement.

(c)      Met extensively with counsel for the unsecured creditors committee both
on the phone and in person.

(d)    Worked with Coherent Economics to develop an economic model to assess the damages associated with alleged breaches of representations of and warranties.

(e)    Reviewed economic literature related to the financial crisis and its impact on the mortgage market.

(f)    Traveled to New York to make a presentation to the Committee on my initial damage analysis.

(g)    Prepared critiques of opposing expert reports and discussed them with counsel for the committee.

(h)    With support for Coherent Economics, prepared a detailed expert damage report that included a statistical analysis of loan reunderwriting.

(i)    Prepared for and sat for a deposition related to my expert report.

(j)    Prepared direct testimony that summarized and extended my expert report.

**2.    Retention/Fee Applications**
(Fees: $11,862.50/Hours Billed: 25.2)

18.    During the Application Period, Applicant spent time preparing and revising its retention application, and preparing fee applications and monthly statements to be provided to the Notice Parties (as defined in the Interim Compensation Order).

**3.    Non-Working Travel**
(Fees: $5,362.50/Hours Billed: 11.0)

19.    During the Application Period, a total of 11.0 hours were spent on non-working travel in connection with (a) presenting Mr. Cornell's preliminary expert report to the Committee in New York on November 8, 2012 and (b) attending the deposition of Mr. Cornell in New York on December 2, 2012. All time billed in this category is billed at 50% of the regular hourly rate.

20.    The descriptions above of services rendered by Applicant are not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 cases. The time records,

aggregated by month and by Project Category within each month, present more completely the work performed by the Applicant during the Application Period.

21.    As requested by the Court, Applicant has billed all flights at less than or equal to the coach rate.    Expenses for each meal were capped at $20.00.

## CONCLUSION

22.    Applicant believes that the services rendered during the Application Period on behalf of the Committee were reasonable and necessary within the meaning of §330 of the Bankruptcy Code.  Further, the fees and expenses that have been submitted by the Applicant were actual and necessary to the performance of Applicant's services.

23.    Applicant therefore requests and order (i) approving interim compensation of fees in the amount of $190,422.50 and interim reimbursement of expenses in the amount of $11,287.22, (ii) directing payment of all compensation held back ($38,077.40) in connection with the Monthly Fee Statements, and (iii) granting such other and further relief as may be just and proper.

Respectfully submitted,

Dated:  Pasadena, California
        March 13, 2013

                    SAN MARINO BUSINESS PARTNERS LLC

                    By: _____
                        Bradford Cornell
                        607 Foxwood Road
                        La Cañada, CA  91011
                        Telephone: 626-833-9978
                        Facsimile: 213-416-9945

# EXHIBIT 1

Consultant to the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No.12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors ) | Jointly Administered |
| ) | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR**
**PROFESSIONAL RELATING TO THE FIRST INTERIM APPLICATION OF SAN**
**MARINO BUSINESS PARTNERS LLC AS CONSULTANT TO THE OFFICAL**
**COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM AUGUST 11, 2012 THROUGH DECEMBER 31, 2012**

I, Bradford Cornell, hereby certify that:

1.      I am the Sole Member and Managing Director of the applicant firm, San Marino

Business Partners (the **"Firm"),** which serves as a Consultant to the Official Committee of

Unsecured Credits in evaluating the Proposed Settlement of the Debtors' RMBS Liabilities.  In

my role as consultant, I also serve as an expert witness.

2.      This certification is made in respect to the Firm's compliance with the Amended

Guidelines for Fees and Disbursements for Professionals in Southern District Bankruptcy Cases,

Administrative Order M-389, adopted by the Court on December 21, 2010 (the **"Local**

**Guidelines"),**  the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Files Under 11 U.S.C. § 330, adopted on

January 1996 (the **"UST Guidelines")** and the Order to Establish Procedures for Interim

Monthly Compensation and Reimbursement of Expenses of Professional (the "Interim

1 | P a g e

Compensation Order") [Docket 172], and collectively with the Local Guidelines and UST

Guidelines, in connections with the Firm's application, dated March 7, 2013 (the "Application"),

for interim compensation and reimbursement of expenses for the period commencing August 11,

2012 through December 31, 2012, in accordance with the Guidelines.

3.    In accordance with Section B.1 of the Local Guidelines, I certify that:

    (a)    I have read and reviewed the Application;

    (b)    to the best of my knowledge, the fees and expenses fall within the
Guidelines and are billed at rates in accordance with the Firm's customary
practices and generally accepted by the Firm's clients;

    (c)    the Firm did not make a profit on any of the reimbursable expenses,
whether performed by the Firm in-house or by or through a third party.

4.    In respect to Section A.2 of the Local Guidelines and with the requirements of the

Interim Compensation Order, I certify that the Firm has complied with the provisions requiring it

to provide the Unites States Trustee for the Southern District of New York and the Debtors and

their attorneys and has provided them with monthly statements of the Firm's fees and expenses

for of the five months (August 2012 ; September 2012; October 2012; November 2012: and

December 2012) of First Interim Fee Application period.

5.    Further, in respect A. 3 of the Local Guidelines, I certify that each of the Debtors,

their attorneys, and the United States Trustee for the Southern District of New York is being

provided a copy, of this Application.

Respectfully submitted,


Dated:   Pasadena, California
         March 13, 2013

                                    SAN MARINO BUSINESS PARTNERS LLC
                                    By: _____
                                    Bradford Cornell
                                    607 Foxwood Road
                                    La Cañada, CA  91011
                                    Telephone: 626-833-9978
                                    Facsimile: 213-416-9945

# EXHIBIT 2

**SAN MARINO BUSINESS PARTNERS LLC**
607 Foxwood Road
La Cañada, CA  91011

## FIRST INTERIM FEE APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC
### (For the Period from August 11, 2012 through December 31, 2012)

### Invoice: SMBP056-RC
**Date Submitted: March 11, 2013**

| Date Filed | Invoice No | Compensation Period | Requested Fees | 80% Fees Paid | Requested Expenses | Expenses Paid | 20% Fee Holdback | |
|---|---|---|---|---|---|---|---|---|
| 9/28/2012 | SMBP051-RC | 8/13/2012 - 8/31/2012 | 29,802.50 | 23,842.00 | 2,875.39 | 2,882.49 | 5,960.50 | (1) |
| 10/30/2012 | SMBP052-RC | 9/1/2012 - 9/30/2012 | 36,400.00 | 29,120.00 | 0.00 | 0.00 | 7,280.00 | |
| 11/20/2012 | SMBP053-RC | 10/1/2012 - 10/31/2012 | 31,172.50 | 24,938.00 | 0.00 | 0.00 | 6,234.50 | |
| 1/5/2013 | SMBP054-RC | 11/1/2012 - 11/30/2012 | 61,045.00 | 48,836.00 | 3,424.68 | 3,424.68 | 12,209.00 | |
| 2/9/2013 | SMBP055-RC | 12/1/2012 - 12/30/2012 | 32,002.50 | 25,602.00 | 4,987.15 | 4,987.15 | 6,400.50 | |
| | | **TOTALS** | 190,422.50 | 152,338.00 | 11,287.22 | 11,294.32 | 38,084.50 | (1) |

|  |  |  |
|---|---|---|
| **Less Expense Credit:** | (7.10) | (1) |
| **Amount Due:** | **$38,077.40** | |

(1) To correct for a client dinner of August 22, 2012, which was not capped at the $20.00 limit
See enclosed *Summary of Disbursements and Other Expenses for Bradford Cornell: August 2012*

### TIMEKEEPERS SUMMARY - SAN MARINO BUSINESS PARTNERS LLC
**(For the Period from August 11, 2012 through December 31, 2012)**

| Name of Timekeeper | Job Title | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|
| Bradford Cornell | Managing Director, Expert | 975.00 | 178.00 | 173,550.00 |
| Bradford Cornell | Managing Director, Expert | 487.50 | 11.00 | 5,362.50 |
| Ed Bergstrom | Controller | 400.00 | 22.90 | 9,160.00 |
| Andrew Cornell | Vice President | 250.00 | 9.40 | 2,350.00 |
| | **TOTALS FOR PERIOD** | | 221.30 | 190,422.50 |
| | **BLENDED HOURLY RATE** | 860.47 | | |

### PROJECT CATEGORIES:
For the Period from August 11, 2012 through December 31, 2012)

| Category | | Description | Hours Billed | Total |
|---|---|---|---|---|
| 1 | | RMBS Analysis | 185.10 | 173,197.50 |
| 2 | | Retention/Fee Applications | 25.20 | 11,862.50 |
| 3 | | Non-Working Travel | 11.00 | 5,362.50 |
| | | **TOTALS FOR PERIOD** | 221.30 | 190,422.50 |

# SAN MARINO BUSINESS PARTNERS LLC

### First Interim Fee Application
### (August 11, 2012 through December 31, 2012)

## AUGUST 2012 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**

**HOURS BY PROJECT CATEGORY: AUGUST 2012 - INVOICE: SMPB051-RC**

| | | **CATEGORY 1: RMBS Expert Analysis** | | Hourly | |
|---|---|---|---|---|---|
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** |
| 08/13/12 | BC | Rev. legal filings and background materials (3.0), Conf. call w/ A. Frankel and R. Epstein of Coherent (.5) | 3.50 | 975 | 3,412.50 |
| 08/14/12 | BC | Conf. calls w/ P. Bentley and Coherent: A. Frankel (1.0), Rev. academic material on sampling (2.30) | 3.30 | 975 | 3,217.50 |
| 08/15/12 | BC | Rev. background docs. (2.0), Correspondence P. Bentleyre: RMBS analysis (.30) | 2.30 | 975 | 2,242.50 |
| 08/16/12 | BC | Rev. legal filings and background materials (1.0), Correspondence/Calls w. A. Frankel & R. Epstein (0.50), Analysis of Sillman report (2.0) | 3.50 | 975 | 3,412.50 |
| 08/17/12 | BC | Calls w/ R. Frankel and Moelis (1.5), Rev. materials from Digital Risk (1.0), Work on sampling issues (0.50) | 3.50 | 975 | 3,412.50 |
| 08/17/12 | AC | Meet w/ Prof. Cornell re work plan (0.50), Download academic articles (0.50), Prepare binders for RMBS analysis (0.80) | 1.80 | 250 | 450.00 |
| 08/20/12 | BC | Conv w/ staff (0.30), Rev. work product (0.50), Conf. call w/ P. Bentley (0.50), Correspondence P. Bentley (0.30) | 2.10 | 975 | 2,047.50 |
| 08/21/12 | BC | Conf. call w/ P. Bentley (0.80) re: RMBS analysis, Followup call with P. Bentley re: RMBS analysis (0.30) | 1.10 | 975 | 1,072.50 |
| 08/22/12 | BC | Meet w/ P. Bentley, A. Frankel, R. Epstein in NYC (2.50), Correspondence with same (0.60) | 3.10 | 975 | 3,022.50 |
| 08/23/12 | BC | Call w/ A. Frankel & R. Epstein (0.30), Correspondence w/ P. Bentley and A. Frankel (0.30), Work on Cornell declaration (0.50) | 1.10 | 975 | 1,072.50 |
| 08/24/12 | BC | Correspondence w/ P. Bentley, A. Frankel and R. Epstein re: RMBS analysis (.30) | 0.30 | 975 | 292.50 |
| 08/28/12 | BC | Conf. call w/ KL attorneys, Moelis bankers, and Ira Holt of Analytic Focus (0.80) re: RMBS analysis, | 1.60 | 975 | 1,560.00 |
| | | Conf. call w/ KL structured finance attorneys (0.80) | | | |
| 08/29/12 | BC | Correspondence w/ Phil Bentley, other KL attorneys and Coherent staff including Alan Frankel (0.30) | 0.30 | 975 | 292.50 |
| 08/31/12 | BC | Rev. newest edition of Fabozzi book on MBS (1.50) | 1.50 | 975 | 1,462.50 |
| 08/31/12 | AC | Organize documents for B. Cornell (.5) | 0.50 | 250 | 125.00 |
| | | | | | |
| | | **TOTALS:** | 29.50 | | 27,095.00 |

| | | **CATEGORY 2: Retention/Fee Applications** | | Hourly | |
|---|---|---|---|---|---|
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** |
| 08/15/12 | EB | Work on retention documents (.50) | 0.50 | 400 | 200.00 |
| 08/17/12 | EB | Meet w/ B. Cornell re: billing and retention (.50) | 0.50 | 400 | 200.00 |
| 08/17/12 | BC | Meet with E. Bergstrom re: retention and billing issues. (0.50) | 0.50 | 975 | 487.50 |
| 08/21/12 | EB | Meet w/ Prof. Cornell (0.30), Analyze documents from Kramer Levin re: retention (0.70) | 1.00 | 400 | 400.00 |
| 08/21/12 | BC | Work on retention issues (0.50) | 0.50 | 250 | 487.50 |
| 08/24/12 | EB | Work on billing (0.30) and retention (.50) | 0.80 | 400 | 320.00 |
| 08/27/12 | EB | Proof retention documents (0.80) | 0.80 | 400 | 320.00 |
| 08/27/12 | BC | Execute retention documents (0.30) | 0.30 | 975 | 292.50 |
| | | | | | |
| | | **TOTALS:** | 4.90 | | 2,707.50 |
| | | **TOTAL FOR ALL PROJECT CATEGORIES:** | 34.40 | | 29,802.50 |

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

### AUGUST 2012 EXPENSES

**SAN MARINO BUSINESS PARTNERS LLC**
**607 Foxwood Road**
**La Cañada, CA  91011**

## Summary of Disbursements and Other Expenses for Bradford Cornell: August 2012

*All Receipts Available on Request*

Invoice: SMBP051-RC

| Date | Description | Amount | Comments |
|------|-------------|-------:|----------|
| | **HOTEL** | | |
| 8/19/2012 | Hotel - The London NYC | 355.14 | Folio 21I1CX |
| 8/19/2012 | Less Minibar charges | (6.53) | |
| 8/20/2012 | Hotel - The London NYC | 482.94 | |
| 8/20/2012 | Less Minibar charges | (19.59) | |
| 8/21/2012 | Hotel - The London NYC | 463.35 | |
| 8/21/2012 | Hotel - The London NYC | 477.50 | |
| 8/22/2012 | Less Minibar charges | (14.15) | |
| | Net Hotel - 4 days | 1,738.66 | |
| **TOTAL** | **1/4 allocated to ResCap** | **434.67** | Prof. Cornell was in NY on other matters as well |
| 08/19/12 | **ROUNDTRIP AIRFARE** | | |
| 08/23/12 | Total Airfare - Ticket 0012312556755 | 4,607.60 | |
| **TOTAL** | **1/2 allocated to ResCap** | **2,303.80** | Prof. Cornell was in NY on other matters as well |
| | | | (Total allocated less than the coach rate) |
| | **TRANSPORTATION** | | |
| 08/19/12 | LCF Service Limo from home to LAX | 96.00 | |
| 08/19/12 | Taxi  - From JFK to Hotel | 60.85 | |
| 08/20/12 | Taxi to meeting - Driver 0590389 | 12.38 | |
| 08/21/12 | Taxi to meeting - Driver 0496842 | 21.36 | |
| 08/21/12 | Taxi from meeting - Driver 447111 | 20.60 | |
| 08/23/12 | Taxi - To JFK from Hotel | 54.60 | |
| 08/23/12 | LCF Limo Service from LAX to home | 108.00 | |
| | Total Transportation | 373.79 | |
| **TOTAL** | **1/4 allocated to ResCap** | **93.45** | Prof. Cornell was in NY on other matters as well |
| | **FOOD** | | |
| 8/19/2012 | Famous Original Rays Pizza 54 | 16.71 | |
| 8/19/2012 | Minibar - The London NYC | 6.53 | |
| 8/20/2012 | Coffee/Bagel | 7.03 | |
| 8/20/2012 | Famous Original Rays Pizza 54 | 6.80 | |
| 8/21/2012 | Soda/Bagel | 7.81 | |
| 8/21/2012 | Pranzo Pizza | 13.01 | |
| 8/21/2012 | Minibar - The London NYC | 19.59 | |
| 8/22/2012 | Pazza Note (Client Dinner) | 20.00 | Capped at $20.00 |
| 8/22/2012 | Lunch - Au Bon Pain | 14.97 | |
| 8/22/2012 | Minibar - The London NYC | 14.15 | |
| 8/23/2012 | Bagel/ | 3.47 | |
| 8/23/2012 | Muffin/Coffee | 7.90 | |
| | Total Food + Minibar | 137.97 | |
| **TOTAL** | **1/4 allocated to ResCap** | **34.49** | Prof. Cornell was in NY on other matters as well |
| | **ONBOARD WI-FI** | | |
| 8/23/2012 | Go-Go American Airlines | 17.95 | |
| **TOTAL** | **1/2 allocated to ResCap** | **8.98** | Dr. Cornell was in NY on other matters as well |
| | **TOTAL AUGUST 2012 EXPENSES** | **2,875.39** | |

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

### SEPTEMBER 2012 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**

**HOURS BY PROJECT CATEGORY: SEPTEMBER 2012 - INVOICE: SMPB052-RC**

| Date | Name | CATEGORY 1: RMBS Expert Analysis<br>Description | Hours | Hourly Rate | Amount |
|------|------|-------------|-------|-------------|--------|
| Tue, Sep 4 | BC | Correspondence w/ A. Frankel and Coherent staff (0.30), Calls with potential reunderwriting experts re: same (1.0) | 1.30 | 975 | 1,267.50 |
| Wed, Sep 5 | BC | Rev. background materials related to RMBS issues (2.5) | 2.50 | 975 | 2,437.50 |
| Wed, Sep 5 | AC | Prepare materials for Prof. Cornell (0.50) | 0.50 | 250 | 125.00 |
| Thu, Sep 6 | BC | Rev. materials re: RMBS issues  (2.00) | 2.00 | 975 | 1,950.00 |
| Fri, Sep 7 | BC | Rev. material on RMBS issues (1.50) | 1.50 | 975 | 1,462.50 |
| Tue, Sep 11 | BC | Correspondence with Coherent re: RMBS issues (0.40), Meet w/ E. Bergstrom and A. Cornell of SMBP re: bankruptcy rules (0.30) | 0.70 | 975 | 682.50 |
| Tue, Sep 11 | AC | Meet w/ Prof. Cornell re hearing and future steps (0.30) | 0.30 | 250 | 75.00 |
| Tue, Sep 11 | EB | Meet with B. Cornell re: rules for bankruptcy court (0.30) | 0.30 | 400 | 120.00 |
| Wed, Sep 12 | BC | Correspondence w/A. Frankel and Coherent staff (0.50), Rev. RMBS materials from staff (0.60), Conf. call w/ P. Bentley and staff (0.60), | 2.70 | 975 | 2,632.50 |
|  | BC | Conf. call w/ Coherent staff re: RMBS analysis (1.00) |  | 975 |  |
| Thu, Sep 13 | BC | Draft outline re: RMBS analysis (1.50) | 1.50 | 975 | 1,462.50 |
| Fri, Sep 14 | BC | Correspondence w/ A Frankel and Coherent staff re Moelis work flow (0.50), Rev. materials related to same (1.00) | 1.50 | 975 | 1,462.50 |
| Fri, Sep 14 | AC | Prepare materials for B. Cornell (0.50) | 0.50 | 250 | 125.00 |
| Mon, Sep 17 | BC | Call w/ A Frankel (0.30), Rev. materials re: RMBS analysis (1.00) | 1.30 | 975 | 1,267.50 |
| Tue, Sep 18 | BC | Correspondence w/ A Frankel, I Holt, P Bentley re: RMBS analysis (0.50) | 0.50 | 975 | 487.50 |
| Wed, Sep 19 | BC | Rev. materials related to reunderwriting (1.00) | 1.00 | 975 | 975.00 |
| Wed, Sep 19 | AC | Prepare materials for Prof. Cornell (0.30) | 0.30 | 250 | 75.00 |
| Thu, Sep 20 | BC | Prepare for all hands call (0.30), All hands call w/ attorneys and experts re: RMBS analysis (0.50) | 0.80 | 975 | 780.00 |
| Sun, Sep 23 | BC | Correspondence P. Bentley and A. Frankel re: RMBS analysis (0.50) | 0.50 | 975 | 487.50 |
| Mon, Sep 24 | BC | Correspondence w/ attorneys, P. Bentley and other experts (0.50), Prepare for conf. call (0.30), Rev. debtor spreadsheets (0.70) | 1.50 | 975 | 1,462.50 |
| Tue, Sep 25 | BC | Correspondence w/ attorneys and Coherent (0.50), Conf. call w/ attorneys, Coherent and other experts (1.50) | 2.00 | 975 | 1,950.00 |
| Wed, Sep 26 | BC | Rev. analysis to prepare for call (1.00) with P. Bentley, Rev. interview responses re: same (0.80) | 1.80 | 975 | 1,755.00 |
| Thu, Sep 27 | BC | Prepare for call (1.00), Conf. call w/ P. Bentley, Coherent and other experts re: RBMS analysis (1.80) | 2.80 | 975 | 2,730.00 |
| Fri, Sep 28 | BC | Rev. Coherent work product (0.50), Conf. call w/ attorneys, Coherent and underwriting experts (0.50), Corres. w/ A Frankel | 5.00 | 975 | 4,875.00 |
| Fri, Sep 28 | AC | Download and organize documents for Prof. Cornell (0.70) | 0.70 | 250 | 175.00 |
| Sat, Sep 29 | BC | Outline issues re: RMBS analysis (0.50) | 0.50 | 975 | 487.50 |
| Sun, Sep 30 | BC | Correspondence w/ P. Bentley and and Coherent re: RMBS analysis (.40), Conf. call w/ Coherent and P. Bentley re: same (1.10) | 1.50 | 975 | 1,462.50 |
|  |  | **TOTALS** | **35.50** |  | **32,772.50** |

1

**SAN MARINO BUSINESS PARTNERS LLC**

**HOURS BY PROJECT CATEGORY: SEPTEMBER 2012 - INVOICE: SMPB052-RC**

| Date | Name | CATEGORY 2: Retention/Fee Applications Description | Hours | Hours Rate | Amount |
|------|------|----------------------------------------------------|-------|------------|--------|
| Tue, Sep 11 | EB | Rev. billing rules for bankruptcy court (0.50) | 0.50 | 400 | 200.00 |
| Wed, Sep 12 | EB | Develop and implement billing procedures (.5), Prepare initial invoices for review by Kramer Levin (2.00) | 2.40 | 400 | 960.00 |
| Thu, Sep 27 | EB | Emails to/from R. Ringer regarding format of ResCap Statement (.3) | 0.30 | 400 | 120.00 |
| Sun, Sep 30 | EB | Prepare final ResCap Statement for certified mailing for distribution to 5 parties (2.4) | 2.40 | 400 | 960.00 |
| Tue, Sep 11 | BC | Attend retention hearing with judge telephonically re: retention (1.30) | 1.30 | 975 | 1,267.50 |
| Tue, Sep 11 | EB | Meet w/ Prof. Cornell re: retention hearing and future steps for fee applications and related documentation (0.30) | 0.30 | 400 | 120.00 |
| | | **TOTALS** | 7.20 | | 3,627.50 |
| | | **TOTAL FOR ALL PROJECT CATEGORIES** | 42.70 | | 36,400.00 |

2

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

### OCTOBER 2012 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: OCTOBER 2012 - INVOICE: SMPB053-RC**

| Date | Name | Description | Hours | Hourly Rate | Amount |
|------|------|-------------|-------|-------------|--------|
| | | **CATEGORY 1: RMBS Expert Analysis** | | | |
| Mon, Oct 1 | BC | Correpondence w/ Coherent re: RMBS analysis (0.50), Rev. product re: same (1.00) | 1.50 | 975 | 1,462.50 |
| Wed, Oct 3 | BC | Execute Core Logic documents (0.20), Rev. new materials in data room (0.80) | 1.00 | 975 | 975.00 |
| Thu, Oct 4 | BC | Correspondence w/ attorneys and Coherent re: RMBS analysis (0.80), Rev. work product re: same (0.80) | 1.10 | 975 | 1,072.50 |
| Thu, Oct 4 | AC | Download and print materials from data room (0.50) | 0.50 | 250 | 125.00 |
| Fri, Oct 5 | BC | Conf. call w/ P. Bentley, Coherent and other expert re: RMBS settlement analysis (1.20), Work on report (2.00), Correspond with Coherent re: same (0.30) | 3.50 | 975 | 3,412.50 |
| Sat, Oct 6 | BC | Rev. new filing from K. Patrick (1.00), Correspondence w/ P. Bentley re: same (.50), Rev. new materials from R. Epstein (.50) | 2.00 | 975 | 1,950.00 |
| Mon, Oct 8 | BC | Correspondence w/ P. Bentley and staff re: RMBS analysis (0.30) | 0.30 | 975 | 292.50 |
| Tue, Oct 9 | BC | Correspondence w/ P. Bentley and staff re: RMBS analysis (0.20) | 0.20 | 975 | 195.00 |
| Wed, Oct 10 | BC | Correspondence w/ P. Bentley and Coherent re: RMBS analysis (0.40), Rev. materials from counsel (0.50) | 0.90 | 975 | 877.50 |
| Thu, Oct 11 | BC | Rev. work product from Coherent (0.50), Conf. call w/ Coherent and attorneys re: same (2.00) | 2.50 | 975 | 2,437.50 |
| Fri, Oct 12 | BC | Rev. materials from Core Logic (1.00) | 1.00 | 975 | 975.00 |
| Sat, Oct 13 | BC | Rev. new docs. in the data room (0.70), Correspondence w/ attorneys re: same (0.30) | 1.00 | 975 | 975.00 |
| Mon, Oct 15 | BC | Prepare for conference call re: RMBS settlement analysis (0.50) | 0.50 | 975 | 487.50 |
| Mon, Oct 15 | AC | Download and print materials from data room (0.50) | 0.50 | 250 | 125.00 |
| Tue, Oct 16 | BC | Conf. call w/ P. Bentley and experts re: RMBS settlement analysis (1.00) | 1.00 | 975 | 975.00 |
| Wed, Oct 17 | BC | Call w/ A. Frankel re: RMBS analysis (0.50) | 0.50 | 975 | 487.50 |
| Thu, Oct 18 | BC | Rev. new data room materials (1.00) | 1.00 | 975 | 975.00 |
| Fri, Oct 19 | BC | Correspondence w/ attorneys and Coherent re: settlement analysis (0.20) | 0.30 | 975 | 292.50 |
| Sat, Oct 20 | EB | Meet w/ A. Cornell re work schedule for report, deposition and hearing | 0.50 | 975 | 200.00 |
| Sat, Oct 20 | AC | Meet w/ Prof. Cornell re work schedule for report, deposition and hearing | 0.50 | 250 | 125.00 |
| Mon, Oct 22 | BC | Rev. correspondence w/ debtors re: RMBS analysis (1.00) | 1.00 | 975 | 975.00 |
| Tue, Oct 23 | BC | Call w/ A. Frankel re: RMBS analysis (0.50) , Rev. Coherent work product (0.50), Conf. call w/ Coherent re: same (1.0), Prep for expert call (0.50) | 2.50 | 975 | 2,437.50 |
| Wed, Oct 24 | BC | Rev. work product from Coherent (0.50), Call w/ A. Frankel re: same (0.20), Conf. call w/ attorneys and experts re: same (2.0 | 2.70 | 975 | 2,632.50 |
| Thu, Oct 25 | BC | Prepare for and join call w/ reunderwriting experts (1.20) | 1.20 | 975 | 1,170.00 |
| Fri, Oct 26 | BC | Rev. new materials in data room (1.00) | 1.00 | 975 | 975.00 |
| Mon, Oct 29 | BC | Rev. work product and prepare for expert call (0.50) | 0.50 | 975 | 487.50 |
| Tue, Oct 30 | BC | Call w/ other experts, Coherent and P. Bentley re: RMBS analysis (1.00) | 1.00 | 975 | 975.00 |
| Wed, Oct 31 | BC | Rev. tables (0.40), Call w/ Coherent re: analysis (0.80) | 1.20 | 975 | 1,170.00 |
| | | **TOTALS** | 31.40 | | 29,240.00 |

1

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: OCTOBER 2012 - INVOICE: SMPB053-RC**

| Date | | Description | Hours | Hourly Rate | Amount |
|------|---|-------------|-------|------|--------|
| | | **CATEGORY 2: Retention/Fee Applications** | | | |
| Sun, Oct 14 | EB | Correspondence with B. Cornell re: billing issues( 0.30) | 0.30 | 400 | 120.00 |
| Sun, Oct 14 | BC | Correspondence with E. Bergstrom re: billing, scheduling and invoicing (0.30) | 0.30 | 975 | 292.50 |
| Fri, Oct 26 | EB | Prepare October 2012 invoice and supporting documents (2.7); emails to R. Ringer re: review and comments (.2) | 2.90 | 400 | 1,160.00 |
| Tue, Oct 30 | EB | Edit/Prepare final Oct 2012 invoice (.4) ; prepare send certified mail to 5 parties on ResCap distribution list (.5) | 0.90 | 400 | 360.00 |
| | | **TOTALS** | 4.40 | | 1,932.50 |
| | | **TOTAL FOR ALL PROJECT CATEGORIES** | 35.80 | | 31,172.50 |

2

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

## NOVEMBER 2012 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**

**HOURS BY PROJECT CATEGORY: NOVEMBER 2012 - INVOICE: SMPB054-RC**

| Date | Name | CATEGORY 1: RMBS Expert Analysis | Hours | Hourly Rate | Amount |
|------|------|-----------------------------------|-------|-------------|--------|
| | | Description | | | |
| Sun, Nov 4 | BC | Review analysis from A. Frankel/R. Epstein of Coherent (0.50) | 0.50 | 975 | 487.50 |
| Mon, Nov 5 | BC | Rev. analysis from Analytic Focus (0.70), Conf. call w/ P. Bentley and experts re: RMBS analysis (1.20), | 3.20 | 975 | 3,120.00 |
| | BC | Conv. w/ A. Frankel and P. Bentley re:RMBS Analysis (1.30) | | | |
| Tue, Nov 6 | BC | Prepare for meeting in NYC with P. Bentley, K. Epstein, and A. Frankel of Coherent (4.00) | 4.00 | 975 | 3,900.00 |
| Wed, Nov 7 | BC | Meet w/ A. Frankel re: RMBS presentation (2.00), Meet w/ P.Bentley re: same (3.00) | 5.00 | 975 | 4,875.00 |
| Thu, Nov 8 | BC | Day in NYC: Prepare for meeting (1.9), Meet w/P. Bentley, K. Epstein, A. Frankel (2.1), Meet w/ committee (2.0), | 8.00 | 975 | 7,800.00 |
| | BC | Meet w/ P. Bentley and K. Epstein after meeting re: RMBS presentation (2.0) | | | |
| Fri, Nov 9 | BC | Return home: Rev. materials on plane (2.0), Correspondence w/ staff (2.0) | 4.00 | 975 | 3,900.00 |
| Mon, Nov 12 | BC | Conf. call w/ Coherent re: RMBS analysis (0.50), Draft report (0.80) | 1.30 | 975 | 1,267.50 |
| Mon, Nov 12 | AC | Meet w/ B. Cornell re: document organization (0.5) | 0.30 | 975 | 75.00 |
| Tue, Nov 13 | BC | Rev. new docs. in data room re: RMBS issues (1.0) | 1.00 | 975 | 975.00 |
| Tue, Nov 13 | AC | Download and organize materials from data room (0.50) | 0.50 | 250 | 125.00 |
| Wed, Nov 14 | BC | Correspondence w/ Coherent and Analytic Focus re: expert analysis (0.50), Draft report (1.00) | 1.50 | 975 | 1,462.50 |
| Thu, Nov 15 | BC | Rev. new materials for report (1.50) | 1.50 | 975 | 1,462.50 |
| Fri, Nov 16 | BC | Conv. w/ Coherent (0.20) re: expert analysis , Draft report (1.00), Conf. call w/ J.F. Morrow re: expert analysis (0.60) | 1.80 | 975 | 1,755.00 |
| Sat, Nov 17 | BC | Call w/ A. Frankel and P. Bentley (0.50) | 0.50 | 975 | 487.50 |
| Mon, Nov 19 | BC | Draft expert report (1.30) | 1.30 | 975 | 1,267.50 |
| Tue, Nov 20 | BC | Draft expert eport (3.00) | 3.00 | 975 | 2,925.00 |
| Wed, Nov 21 | BC | Conv. w/ A. Frankel regarding draft (0.40), Conf. call R. Epstein and A. Frankel re draft (0.20), Rev. Sillman deposition (2.00), | 3.60 | 975 | 3,510.00 |
| | BC | Rev items relied on for report (1.00) | | | |
| Fri, Nov 23 | BC | Revise draft of report (1.00), Conf. call w/ P. Bentley and Coherent re: same(0.50) | 1.50 | 975 | 1,462.50 |
| Sat, Nov 24 | BC | Revise draft of report (1.00), Correspondence and calls with Coherent re: same (0.50) | 1.50 | 975 | 1,462.50 |
| Sun, Nov 25 | BC | Revise draft of report (1.50), Correspondence and calls with Coherent re: same (0.50) | 2.00 | 975 | 1,950.00 |
| Mon, Nov 26 | BC | Call w/ A. Frankel re exhibits to report (0.20), Rev. exhibits to report (1.00) | 1.20 | 975 | 1,170.00 |
| Tue, Nov 27 | BC | Conf. call w/ attorneys and Coherent re report (0.70), Draft report (1.00), Rev. offset calculations (0.50), | 5.60 | 975 | 5,460.00 |
| | BC | Call with Coherent re: legal damage theories (0.20), Rev. draft Cornell report of (1.20), Rev. Morrow expert report (2.00) | | | |
| Wed, Nov 28 | BC | Call w/ Coherent re report edits (0.10), Conf. call w/ Coherent and attorneys re report edits (1.00), Edit report (1.80) | 2.90 | 975 | 2,827.50 |
| Thu, Nov 29 | BC | Correspondence w/ P. Bentley and Coherent re: report edits and deposition (1.00), Revised expert report (1.50) | 2.50 | 975 | 2,437.50 |
| | | | | | |
| | | **TOTALS:** | **58.20** | | **56,165.00** |

1

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: NOVEMBER 2012 - INVOICE: SMPB054-RC**

| Date | Name | CATEGORY 2: Retention/Fee Applications Description | Hours | | Amount |
|---|---|---|---|---|---|
| Mon, Nov 12 | EB | Meet with B. Cornell re: billings/collections (0.2); Prepare outstanding invoice summary for Kramer Levin (0.6) | 0.80 | 400 | 320.00 |
| Mon, Nov 12 | BC | Meet with E. Bergstrom re: billing issues (0.20) | 0.20 | 975 | 195.00 |
| Mon, Nov 12 | EB | Prepare draft of October 2012 Schedule (2.0); Email to R. Ringer (0.1) | 2.10 | 400 | 840.00 |
| Tue, Nov 13 | EB | Prepare and send packages, via Certified Mail, to 5 parties on distribution list (0.7) | 0.70 | 400 | 280.00 |
| Mon, Nov 19 | EB | Review and incorporate R. Ringers edits (.4); Prepare final copies of Fee Statement for distribution (.8) | 0.80 | 400 | 320.00 |
| | | | | | |
| | | **TOTALS** | 4.60 | | 1,955.00 |
| | | **CATEGORY 3: Non-Working Travel** | | | |
| Date | Name | Description | Hours | | Amount |
| Tue, Nov 6 | BC | Non-working travel time  (3.0) - billed at 50% rate | 3.00 | 487.50 | 1,462.50 |
| Fri, Nov 9 | BC | Non-working travel time  (3.0) - billed at 50% rate | 3.00 | 487.50 | 1,462.50 |
| | | | | | |
| | | **TOTALS** | 6.00 | | 2,925.00 |
| | | | | | |
| | | **TOTAL FOR ALL PROJECT CATEGORIES:** | 68.80 | | 61,045.00 |

2

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

### NOVEMBER 2012 EXPENSES

**SAN MARINO BUSINESS PARTNERS LLC**
**607 Foxwood Road**
**La Cañada, CA 91011**

## Summary of Disbursements and Other Expenses for Bradford Cornell: November 2012

*All Receipts Available on Request*

**Invoice: SMBP054-RC**

| Date | Description | Amount | Comments |
|---|---|---|---|
| | **HOTEL** | | |
| 11/7/2012 | Hotel -New York Palace | 736.75 | |
| 11/8/2012 | Hotel -New York Palace | 736.75 | |
| **TOTAL** | **Only 2 nights charged to ResCap** | **1,473.50** | Prof. Cornell was in NY on other matters as well |
| 11/06/12 | **ROUNDTRIP AIRFARE** | | |
| 11/10/12 | Total Airfare - Ticket 0167143662340 | 1,675.18 | |
| **TOTAL** | **Amount allocated  Rescap** | **1,675.18** | |
| | **TRANSPORTATION** | | |
| 11/06/12 | LCF Service - Limo from home to LAX | 98.00 | Payment Receipt: 163 |
| 11/10/12 | Cab to JFK | 73.76 | Driver 5206731 |
| 11/10/12 | LCF Service - Limo from LAX to home | 110.00 | Payment Receipt: 163 |
| | Total Transportation | 281.76 | |
| **TOTAL** | **1/2 allocated to ResCap** | **140.88** | Prof. Cornell was in NY on other matters as well |
| | **FOOD** | | |
| 11/7/2012 | Au Bon Pain Café - soup/sode | 6.73 | |
| 11/7/2012 | Au Bon Pain Café - Bagel | 1.17 | |
| 11/7/2012 | Lindt Chocolate Store - Chocolate bar | 9.25 | |
| 11/8/2012 | Famous Original Rays Pizza 54 | 4.90 | |
| 11/9/2012 | Au Bon Pain Café - Bagel/soda | 3.47 | |
| 11/9/2012 | Chipotle Mexican Grill | 3.25 | |
| 11/10/2012 | Au Bon Pain Café - Bagel/soda | 3.47 | |
| | Total Food + Minibar | 32.24 | |
| **TOTAL** | **1/2 allocated to ResCap** | **16.12** | Prof. Cornell was in NY on other matters as well |
| | **TOTAL ALL TRAVEL EXPENSES** | **3,305.68** | |
| | **CERTIFIED MAIL EXPENSES FOR SENDING INVOICES** | | |
| | **(To the 5 Parties on Distribution List)** | | |
| 10/1/2012 | 5 Parties @ $5.95/mailing (August Invoices) | 29.75 | |
| 10/30/2012 | 5 Parties @ $5.95/mailing (Sept. Invoices) | 29.75 | |
| 11/20/2012 | 5 Parties @ $5.95/mailing (Oct. Invoices) | 29.75 | |
| 12/15/2012 | 5 Parties @ $5.95/mailing (Nov. Invoices) | 29.75 | |
| **TOTAL** | **TOTAL CERTIFIED MAILING EXPENSES** | **119.00** | |
| | **TOTAL ALL EXPENSES BILLED IN NOVEMBER** | **3,424.68** | |

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

### DECEMBER 2012 TIMESHEETS

**SAN MARINO BUSINESS PARTNERS LLC**
**HOURS BY PROJECT CATEGORY: DECEMBER 2012 - INVOICE: SMPB055-RC**

| Date | Name | **CATEGORY 1: RMBS Expert Analysis** Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Sun, Dec 2 | BC | Rev. edits to Cornell report (0.70), Conf. call w/ P. Bentley and R. Epstein/A. Frankel of Coherent re: RBMS analysis (0.50) | 1.20 | 975 | 1,170.00 |
| Mon, Dec 3 | BC | Conf. call w/ R. Epstein/A. Frankel of Coherent and P. Bentley re: RBMS analysis (1.00); Proof and edit Cornell report (1.50), Call w/ R. Epstein/A. Frankel of Coherent re: RBMS analysis (0.50) | 3.00 | 975 | 2,925.00 |
| Mon, Dec 3 | AC | Organize RBMS documents for B. Cornell (0.90); Prepare binders of same (1.60) | 2.50 | 250 | 625.00 |
| Wed, Dec 12 | BC | Correspondence w/P. Bentley and R. Epstein/A. Frankel of Coherent re: RBMS analysis (0.20) | 0.20 | 975 | 195.00 |
| Thu, Dec 13 | BC | Conf. call w/ A. Frankel re: production documents (1.00), Rev. production documents (1.50) | 2.50 | 975 | 2,437.50 |
| Fri, Dec 14 | BC | Rev. debtors filing and attached Greene expert report, Outline response (1.50) | 1.50 | 975 | 1,462.50 |
| Sat, Dec 15 | BC | Conf. call w/ P. Bentley and R. Epstein/A. Frankel re Greene report (1.00) | 1.00 | 975 | 975.00 |
| Sun, Dec 16 | BC | Conf. call re: response to Greene with A. Frankel of Coherent and P. Bentley (1.00) | 1.00 | 975 | 975.00 |
| Mon, Dec 17 | BC | Develop list of questions for R. Epstein/A. Frankel of Coherent (0.50), Conv. w/ A. Frankel re: my questions (0.60), Rev. new documents from Coherent (0.30) | 1.40 | 975 975 | 1,365.00 |
| Tue, Dec 18 | BC | Prepare for deposition (5.00) | 5.00 | 975 | 4,875.00 |
| Thu, Dec 20 | BC | Deposition preparation with P. Bentley and R. Epstein/A. Frankel of Coherent in NYC (4.00); Continue depo preparation by reviewing documents/reports (4.00) | 8.00 | 975 975 | 7,800.00 |
| Fri, Dec 21 | BC | Attend deposition in NYC (3.20) | 3.20 | 975 | 3,120.00 |
| | | **TOTALS** | **30.50** | | **27,925.00** |

| Date | | **CATEGORY 2: Retention/Fee Application** Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Thu, Dec 6 | EB | Prepare summary/copies of SMBP LLC outstanding Aug. Sept. & October 2012 invoices and email to R. Ringer (0.70) | 0.70 | 400 | 280.00 |
| Mon, Dec 17 | EB | Emails to/from R. Ringer re: pmt of outstanding invoices (0.2); Prepare draft of Nov. 2012 invoice for R. Ringer review (2.70) | 2.90 | 400 | 1,160.00 |
| Fri, Dec 28 | EB | Prepare instructions for payment, via direct deposit, to SMBP LLC and email to R. Ringer re: same (.30) | 0.30 | 400 | 120.00 |
| Mon, Dec 30 | EB | Email to R. Ringer re: status of payments on outstanding invoices (.20) | 0.20 | 400 | 80.00 |
| | | **TOTALS** | **4.10** | | **1,640.00** |

| Date | | **CATEGORY 3: Non-Working Travel** Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|
| Sat, Dec 22 | BC | Travel from NY to La Cañada, CA (5.00) - Billed at 50% Rate | 5.00 | 487.50 | 2,437.50 |
| | | **TOTALS** | **5.00** | | **2,437.50** |

| | | BC: Brad Cornell; AC: Andrew Cornell; EB: Ed Bergstrom | | | |
|---|---|---|---|---|---|
| | | **GRAND TOTAL DECEMBER 2012** | **39.60** | | **32,002.50** |

1

# SAN MARINO BUSINESS PARTNERS LLC

First Interim Fee Application
(August 11, 2012 through December 31, 2012)

## DECEMBER 2012 EXPENSES

**SAN MARINO BUSINESS PARTNERS LLC**
**607 Foxwood Road**
**La Cañada, CA  91011**

## Summary of Disbursements and Other Expenses for Bradford Cornell: December 2012

*All Receipts Available on Request*

Invoice: SMBP055-RC (February 9, 2013)

| Date | Description | Amount | Comments |
|------|-------------|--------|----------|
| | **HOTEL** | | |
| 12/18/2012 | The London NYC Hotel | 463.35 | |
| 12/19/2012 | The London NYC Hotel | 463.35 | |
| 12/20/2012 | The London NYC Hotel | 463.35 | |
| | | | |
| **TOTAL** | **Only 3 nights charged to ResCap** | **1,390.05** | Prof. Cornell was in NY on other matters as well |
| 12/18/12 | **ROUNDTRIP AIRFARE (LAX-JFK)** | | |
| 12/22/12 | Total Airfare - Ticket 0017149276495 | 3,020.00 | Coach Rate |
| | Trav Agency Fees: cancellations/modifications | 128.00 | |
| **TOTAL** | | **3,148.00** | |
| | **TRANSPORTATION** | | |
| 12/18/12 | LCF Service - Limo from home to LAX | 98.00 | Payment Receipt: 164 |
| 12/18/12 | Cab from JFK to Hotel | 67.70 | Driver 5206731 |
| 12/22/12 | Cab from Hotel to JFK | 63.00 | Driver 5386857 |
| 12/22/12 | LCF Service - Limo from LAX to home | 110.00 | Payment Receipt: 164 |
| **TOTAL** | | **338.70** | |
| | **FOOD** | | |
| 12/18/2012 | Famous Original Rays Pizza 54 | 4.63 | |
| 12/18/2012 | Hotel Minibar | 7.62 | |
| 12/19/2012 | Au Bon Pain Café - Bagel/Iced Tea | 3.47 | |
| 12/19/2012 | Lindt Chocolate Store - Chocolate bar | 1.63 | |
| 12/19/2012 | Famous Original Rays Pizza 54 | 7.89 | |
| 12/20/2012 | Au Bon Pain Café - Bagel/Soda | 3.47 | |
| 12/20/2012 | You Decide What's Inside: Rice/Beans/Soda | 4.75 | |
| 12/20/2012 | Lindt Chocolate Store - Chocolate bar | 2.18 | |
| 12/21/2012 | Au Bon Pain Café - Coffee/Bagel/Soda | 4.87 | |
| 12/21/2012 | Lindt Chocolate Store - Snack | 4.19 | |
| 12/21/2012 | Pazz Notte - Pollo Arrosto; Coca Cola | 20.00 | |
| 12/22/2012 | Au Bon Pain Café - Bagel/Iced Tea | 3.47 | |
| 12/22/2012 | Hotel Minibar | 6.53 | |
| **TOTAL** | **TOTAL FOOD & MINIBAR** | **74.70** | |
| | | | |
| | **TOTAL ALL TRAVEL EXPENSES** | **4,951.45** | |
| | | | |
| | **CERTIFIED MAIL EXPENSES FOR SENDING INVOICES** | | |
| | **(To the 6 Parties on Distribution List)** | | |
| 1/22/2013 | 6 Parties @ $5.95/mailing (August Invoices) | 35.70 | |
| **TOTAL** | **TOTAL CERTIFIED MAILING EXPENSES** | **35.70** | |
| | | | |
| | **TOTAL ALL EXPENSES BILLED IN DECEMBER** | **4,987.15** | |