Hearing Date:  April 11, 2013 at 10:00 a.m. (ET)
Objection Deadline:  March 25, 2013 at 4:00 p.m. (ET)

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman
Maryann Gallagher

*Conflicts Counsel for the Debtors and*
 *Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 12-12020 (MG) |
| | : | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,[1] | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------------x

**SUMMARY OF THE SECOND INTERIM APPLICATION OF CURTIS,
MALLET-PREVOST, COLT & MOSLE LLP, AS CONFLICTS COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
FROM SEPTEMBER 1, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012**

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in support of the Debtors' "first day" pleadings [Docket No. 6], dated May 14, 2012.

| Name of Applicant: | Curtis, Mallet-Prevost, Colt & Mosle LLP |
|---|---|
| Authorized to Provide Professional Services to: | Residential Capital, LLC., *et al.* Debtors and Debtors-in-Possession |
| Date Case Filed: | May 14, 2012 |
| Date of Retention: | Order Entered on July 16, 2012, Retaining Curtis, Mallet-Prevost, Colt & Mosle LLP *Nunc Pro Tunc* to May 14, 2012 [Docket No. 781] |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2012 Through and Including December 31, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $623,725.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,137.20 |
| Total Compensation and Expense Reimbursement Requested: | $625,862.70 |
| Total Compensation and Expenses Previously Requested and Awarded: | $489,782.65[2] |
| Blended Rate of Professionals and Paraprofessionals: | $527.20 |
| Blended Rate of Professionals: | $548.06 |

This is a(n): _____ monthly   __X__ interim   _____ final application.

| Interim Fee Period | Fees Requested | Fees Allowed | Fees Held Back | Fees Paid | Expenses Requested | Expenses Paid |
|---|---|---|---|---|---|---|
| May 14, 2012 – August 31, 2012 | $496,548.50 | $486,689.25 | $48,668.93 | $436,538.73[3] | $3,093.40 | $3,092.50 |

---

[2]     *See Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses* [Docket No. 2530] (the "First Interim Compensation Order").

[3]     In the First Interim Compensation Order, the Court allowed Curtis' fees in the amount of $486,689.25, subject to a hold-back amount equal to ten (10%) percent or $48,668.92. At the request of the Debtors, Curtis subsequently reduced one of its invoices attributable to the First Interim Fee Period by $750. In accordance with this adjustment, Curtis has reduced the corresponding amount applied on account of the First Interim Fee Period pursuant to the First Interim Compensation Order and the remaining amounts sought in this Application.

14119461

**Summary of Monthly Fee Statements For The Second Interim Fee Period**
**(September 1, 2012 Through and Including December 31, 2012)**

| Date Served | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 11/9/12 | 9/1/12- 9/30/12 | $32,532.00 | $18.00 | $26,025.60 | $18.00 | $6,506.40 |
| 12/21/12 | 10/1/12- 10/31/12 | $216,272.50 | $442.30 | $173,018.00 | $442.30 | $43,254.50 |
| 2/5/13 | 11/1/12- 11/30/12 | $231,888.00 | $441.20 | $0.00 | $0.00 | $46,377.60 |
| 3/13/13 | 12/1/12- 12/31/12 | $143,033.00 | $1,235.70 | $0.00 | $0.00 | $28,606.60 |
| **TOTAL** | 9/1/12- 12/31/12 | $623,725.50 | $2,137.20 | $199,043.60 | $460.30 | $124,745.10 |

14119461

**Summary of Hours Billed By**
**Professionals and Paraprofessionals For The Second Interim Fee Period**
**(September 1, 2012 Through and Including December 31, 2012)**

| Name | Department and Year Admitted (NY) | Hourly Billing Rate | Total Hours Worked | Total Compensation Requested |
|---|---|---|---|---|
| **Partners** | | | | |
| Steven J. Reisman | Restructuring and Insolvency Admitted 1991 | $830 | 101.60 | $84,328.00 |
| Turner P. Smith | Litigation Admitted 1981 | 830 | 4.80 | 3,984.00 |
| Michael A. Cohen | Restructuring and Insolvency Admitted 2000 | 730 | 7.30 | 5,329.00 |
| Theresa A. Foudy | Litigation Admitted 1994 | 730 | 179.70 | 131,181.00 |
| | **Total Partners** | | **293.40** | **$224,822.00** |
| **Of-Counsel** | | | | |
| Susan F. Pollack | Corporate Admitted in 1967 | $635 | 5.20 | $3,302.00 |
| Maryann Gallagher | Restructuring and Insolvency Admitted 1988 | 625 | 308.90 | 193,062.50 |
| | **Total Of-Counsel** | | **314.10** | **$196,364.50** |
| **Associates** | | | | |
| James V. Drew | Restructuring and Insolvency Admitted 2002 | $590 | 3.70 | $2,183.00 |
| George E. Spencer | Litigation Admitted in 2008 | 520 | 25.30 | 13,156.00 |
| Peter J. Buenger | Restructuring and Insolvency Admitted 2010 [4] | 425 | 121.20 | 51,510.00 |
| Joseph F. Clyne | Litigation Admitted in 1984 | 425 | .20 | 85.00 |
| J. Derek Mize | Litigation Admitted 2009 | 425 | 19.80 | 8,415.00 |
| Kevin Arthur Meehan | Litigation Admitted in 2009 | 375 | 60.50 | 22,687.50 |
| Heather Hiznay | Restructuring and Insolvency Admitted in 2011 | 345 | 98.50 | 33,982.50 |

---

[4]  Peter J. Buenger was admitted in Georgia in 2009.

4

| Name | Department and Year Admitted (NY) | Hourly Billing Rate | Total Hours Worked | Total Compensation Requested |
|---|---|---|---|---|
| James Zimmer | Restructuring and Insolvency Admitted 2011 | 345 | 38.10 | 13,144.50 |
| Bryan Kotliar | Restructuring and Insolvency Admission Pending | 305 | 88.00 | 26,840.00 |
| John Thomas Weber | Restructuring and Insolvency Admission Pending | 305 | 20.30 | 6,191.50 |
| Edward Combs | Litigation Admission Pending | 290 | 22.40 | 6,496.00 |
| **Total Associates** | | | **498.00** | **$184,691.00** |
| **Paraprofessionals** | | | | |
| Alana Dreiman | Not Applicable | $230 | 52.70 | $12,121.00 |
| Georgia Faust | Not Applicable | 230 | 1.70 | 391.00 |
| Melissa Rutman | Not Applicable | 230 | 12.00 | 2,760.00 |
| Rebecca M. Srulowitz | Not Applicable | 230 | 11.20 | 2,576.00 |
| **Total Paraprofessionals** | | | **77.60** | **$17,848.00** |
| **Total** | | | **1,183.10** | **$623,725.50** |

Total Billed Hours for Attorneys ................................. 1,105.50

Total Billed Hours for Paraprofessionals .................... 77.60

Total Billed Hours ....................................................... 1,183.10

Total Fee Requested .................................................... $623,725.50

Blended Rate for Attorneys and Paraprofessionals ..... $527.20

Blended Rate for Attorneys ......................................... $548.06

14119461

# TABLE OF CONTENTS

**Page**

JURISDICTION ................................................................................................. **2**

COMPLIANCE WITH THE GUIDELINES ...................................................... **2**

DISCLOSURE OF COMPENSATION AND REQUESTED AWARD ……………………........... **3**

BACKGROUND ……………………............................................................ **6**

SUMMARY OF PROFESSIONAL SERVICES ……………………................................ **8**

REASONABLE AND NECESSARY SERVICES RENDERED BY
CURTIS…………………………............................................................... **16**

ACTUAL AND NECESSARY EXPENSES INCURRED BY CURTIS ……………………........... **18**

CURTIS' REQUESTED COMPENSATION AND REIMBURSEMENT SHOULD BE
ALLOWED ……………………............................................................... **19**

NO PRIOR REQUEST ……………………....................................................... **21**

NOTICE………………….......................................................................... **21**

CONCLUSION ……………………............................................................... **21**

# EXHIBITS

Exhibit A         Certification of Steven J. Reisman

Exhibit B         Summary of Time by Project Category for the Second Interim Fee Period

Exhibit C         Summary of Time Billed by Attorneys and Paraprofessionals for the Second Interim Fee
                  Period

Exhibit D         Summary of Expenses and Disbursements for the Second Interim Fee Period

Exhibit D-1       Detail of Expenses and Disbursements for the Second Interim Fee Period

Exhibit E         Time Records for the Second Interim Fee Period

14119461

# TABLE OF AUTHORITIES

**Statutes**                                                                                             **Page(s)**

11 U.S.C. § 327 ...........................................................................................................    **1, 2**

11 U.S. C. § 330(a) ......................................................................................................    **1, 2, 19**

11 U.S.C. § 331 …………………. ..............................................................................    **1, 2**

11 U.S.C. § 503(b) ………………. ............................................................................    **1, 2**

28 U.S.C. § 157(b)(2) …………………. .....................................................................    **2**

28 U.S.C. § 1334 …………………. ............................................................................    **2**

28 U.S.C. § 1408 …………………. ............................................................................    **2**

**Other Authorities**

Fed. R. Bankr. P. 2016 …………………. ....................................................................    **1, 2, 8**

Local Bankruptcy Rule 2016-1 …………………. .......................................................    **1, 2**

14119461

**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman
Maryann Gallagher

*Conflicts Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                           :     Case No. 12-12020 (MG)
                                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,[1]       :     Chapter 11
                                                                 :
                              Debtors.                  :     Jointly Administered
-------------------------------------------------------------x

## SECOND INTERIM APPLICATION OF CURTIS, MALLET-PREVOST, COLT & MOSLE LLP AS CONFLICTS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM SEPTEMBER 1, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012

Curtis, Mallet-Prevost, Colt & Mosle LLP ("Curtis"), conflicts counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this second interim fee application (the "Application") pursuant to sections 327, 330(a), 331, and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules") for (a) the interim allowance of compensation in the aggregate amount of $623,725.50 for professional services

---

[1]   The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in support of the Debtors' "first day" pleadings [Docket No. 6], dated May 14, 2012.

performed and the reimbursement of actual and necessary expenses in the aggregate amount of
$2,137.20 incurred by Curtis during the period from September 1, 2012 through and including
December 31, 2012 (the "Second Interim Fee Period"); (b) payment of the unpaid portion of
such allowed fees and expenses, including amounts held back pursuant to the Interim
Compensation Order (as defined herein) in the amount of $124,745.10 (the "Holdback"); and
(c) payment of $48,593.93, which represents 10% of fees that were allowed on an interim basis
but held back relating to the period from May 14, 2012 through August 31, 2012 (the "First
Interim Fee Period").[2]  In support of the Application, Curtis respectfully states as follows.

## Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York
(the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a
core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. § 1408.

3.      The bases for the relief requested herein are sections 327, 330(a), 331, and 503(b)
of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

## Compliance with the Guidelines

4.      The Application was prepared in accordance with (a) the Amended Guidelines for
Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases
(the "Local Guidelines") established and adopted by the Court pursuant to *General Order
M-447*, (b) the *United States Trustee Guidelines for Reviewing Applications for Compensation*

---

[2]     In the *Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses*
[Docket No. 2530] (the "First Interim Compensation Order"), the Court allowed Curtis' fees in the amount of
$486,689.25, subject to a hold-back amount equal to ten (10%) percent or $48,668.92.  At the request of the
Debtors, Curtis subsequently reduced one of its invoices attributable to the First Interim Fee Period by $750.  In
accordance with this adjustment, Curtis has reduced the corresponding amount applied on account of the First
Interim Fee Period pursuant to the First Interim Compensation Order and the remaining amounts sought in this
Application.

2

*and Reimbursement of Expenses Filed under 11 U.S.C. § 330*, adopted on January 30, 1996 (the

"UST Guidelines"), and (c) the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals* [Docket No. 797] (the "Interim Compensation

Order" and, together with the Local Guidelines and the UST Guidelines, collectively, the

"Guidelines").

5.    Pursuant to, and consistent with, the relevant requirements of the Guidelines, as

applicable, the following exhibits are annexed hereto:

a.    **Exhibit A** contains a certification by the undersigned counsel regarding compliance with the Guidelines;

b.    **Exhibit B** contains a list of Curtis' project categories, in accordance with the activity codes recommended by the Guidelines, and the total time billed to each category;

c.    **Exhibit C** contains a billing summary for the Second Interim Fee Period that includes the name of each attorney and paraprofessional for whose work compensation is sought, each attorney's year of bar admission and area of practice concentration, the aggregate time expended by each professional and each paraprofessional and the corresponding hourly billing rate at Curtis' current billing rates, and an indication of the individual amounts requested as part of the Application;

d.    **Exhibit D** contains a summary of Curtis' total actual and necessary out-of-pocket expenses and disbursements during the Second Interim Fee Period.  In addition, attached hereto as **Exhibit D-1** is a schedule of all the expenses incurred during the Second Interim Fee Period; and

e.    **Exhibit E** contains Curtis' time records and expenses for the Second Interim Fee Period prepared and submitted in accordance with the Guidelines.

### Disclosure of Compensation and Requested Award

6.    By the Application, Curtis requests (a) an aggregate award for the Second Interim

Fee Period of $623,725.50 for fees for services rendered and $2,137.20  for reimbursement of

actual expenses, for a total request of $625,862.70;  (b) payment of the Holdback; and

3

14119461

(c) payment of the ten (10%) percent of fees that were allowed on an interim basis but held back relating to the First Interim Fee Period.[3]

7.     Pursuant to the First Interim Compensation Order, Curtis has already received a total of $436,538.73 for legal services provided to the Debtors for the First Interim Fee Period and $3,092.50[4] for expenses incurred in connection therewith, which represent approximately 90% of Curtis' legal fees and 100% of out-of-pocket expenses incurred and submitted by Curtis during the First Interim Fee Period.   In addition, Curtis has already received a total of $199,043.60 for legal services provided to the Debtors during the Second Interim Fee Period and $460.30 for expenses incurred therewith.   These amounts represent approximately 80% of Curtis' legal fees and 100% of out-of-pocket expenses incurred and submitted by Curtis for the September 2012 Fee Statement (as defined herein) and the October 2012 Fee Statement (as defined herein).   Curtis has not yet received payment for fees and expenses requested in the November 2012 Fee Statement (as defined herein) and the December 2012 Fee Statement (as defined herein).

8.     During the Second Interim Fee Period, after internal review, as a courtesy to the Debtors, Curtis took voluntary reductions in fees in excess of $16,449.00.   In addition, Curtis incurred expenses totaling $16,564.23, which it has not charged to the Debtors in accordance with the terms of its engagement agreement with the Debtors.

9.     During the Second Interim Fee Period, Curtis provided the Notice Parties (as defined by the Interim Compensation Order) with the following monthly fee statements:

---

[3]    *See supra* n.2.

[4]    Subsequent to the First Interim Compensation Order, Curtis voluntarily reduced $0.90 in expenses as a courtesy to the Debtors.

4

a)      For September 1, 2012 through September 30, 2012 – fees of $32,532.00 and expenses of $18.00 (the "<u>September 2012 Fee Statement</u>");

b)      For October 1, 2012 through October 31, 2012 – fees of $216,272.50 and expenses of $442.30 (the "<u>October 2012 Fee Statement</u>");

c)      For November 1, 2012 through November 30, 2012 – fees of $231,888.00 and expenses of $441.20 (the "<u>November 2012 Fee Statement</u>"); and

d)      For December 1, 2012 through December 31, 2012 – fees of $143,033.00 and expenses of $1,235.70 (the "<u>December 2012 Fee Statement</u>", and together with the September 2012 Fee Statement, the October 2012 Fee Statement, and the November 2012 Fee Statement, the "<u>Monthly Fee Statements</u>").

10.     No objections to the Monthly Fee Statements have been made as of the date hereof.  Due to certain time constraints, Curtis was unable to provide the Debtors with a copy of this Application prior to its filing on the docket of the Debtors' chapter 11 cases.

11.     The fees sought in the Application reflect an aggregate of 1,183.10 hours expended by Curtis professionals and paraprofessionals during the Second Interim Fee Period rendering necessary and beneficial legal services to the Debtors at a blended average hourly rate of $527.20 for both attorneys and paraprofessionals (or $548.06 for attorneys only).  Curtis maintains computerized records of the time expended in the performance of the professional services required by the Debtors and their estates.  These records are maintained in the ordinary course of Curtis' practice.  The billing rates charged by Curtis have not changed during the Second Interim Fee Period.

12.     The hourly rates and corresponding rate structure utilized by Curtis in the chapter 11 cases are equivalent to the hourly rates and corresponding rate structure predominantly used by Curtis for restructuring, workout, bankruptcy, insolvency and comparable matters, and similar complex corporate matters whether in court or otherwise, regardless of whether a fee application is required.  The rates and rate structure reflect that Curtis' matters are

14119461

typically national in scope and generally involve great complexity, high stakes, and severe time pressures.

13.     Curtis' hourly rates are set at a level designed to compensate Curtis fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

14.     Curtis regularly reviews its bills to ensure that the Debtors are only billed for services that were actual and necessary. Moreover, in accordance with the Guidelines, Curtis regularly reduces its expenses, particularly expenses related to travel and overtime meals. In addition, in accordance with the terms of Curtis' engagement by the Debtors, Curtis has absorbed the cost of certain categories of expenses that otherwise would be compensable under the Guidelines.

15.     The Application is Curtis' second interim request for compensation for services rendered and reimbursement of expenses incurred as conflicts counsel for the Debtors.

## Background

### General Background

16.     On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 14, 2012, the Court entered an order [Docket No. 59] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b). On May 16, 2012, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed an official committee of

6

unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 102]. On June 28, 2012 the Court entered an order approving the appointment of an examiner pursuant to section 1104(c) of the Bankruptcy Code [Docket No. 536], and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket No. 674] (the "Examiner"). As of the date hereof, no plan or disclosure statement has been filed in the Debtors' chapter 11 cases, and no votes have been solicited for any plan in the Debtors' chapter 11 cases.

### *Retention and Disinterestedness of Curtis*

17.    On July 16, 2012, the Court entered the *Order Authorizing the Retention and Employment of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 781] (the "Retention Order"), approving the Debtors' employment and retention of Curtis *nunc pro tunc* to the Petition Date. Pursuant to the Retention Order, Curtis is authorized to be compensated on an hourly basis for professional services rendered to the Debtors and reimbursed for actual and necessary expenses incurred by Curtis in connection therewith. In accordance with the Retention Order, Curtis applied the balance of the retainer provided by the Debtors to the first fees approved following the Petition Date.

18.    As disclosed in the *Declaration of Steven J. Reisman in Support of Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* (the "Retention Application Declaration") [Docket No. 527, Ex. 2] and *First Supplemental Declaration of Steven J. Reisman on Behalf of Curtis, Mallet-Prevost, Colt & Mosle LLP Pursuant to Rules 2014(a) and 2016(b)*

14119461

*of the Federal Rules of Bankruptcy Procedure* [Docket No. 2130] (the "<u>Supplemental Declaration</u>" and, together with the Retention Application Declaration, the "<u>Declarations</u>"), Curtis does not hold or represent any interest adverse to the Debtors' estates and is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

19.     Curtis may have in the past represented, may currently represent, and likely in the future will represent, parties in interest in connection with matters unrelated to the Debtors in the chapter 11 cases.  In the Declarations, Curtis disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.  Curtis will file additional declarations, as appropriate, if Curtis becomes aware of relevant and material new information.

20.     Curtis performed the services for which it is seeking compensation by this Application on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor, or other entity.

21.     Curtis has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the chapter 11 cases.

22.     Pursuant to Bankruptcy Rule 2016(b), Curtis has not shared, nor has Curtis agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of Curtis or (b) any compensation another person or party has received or may receive from the Debtors.

## Summary of Professional Services

23.     To provide a meaningful summary of services rendered on behalf of the Debtors and their estates, Curtis has established, in accordance with the Guidelines and its internal billing

14119461

procedures, the following matter numbers in connection with the chapter 11 cases that are applicable to this Application:

| Matter Number | Matter Description |
|---|---|
| 100 | Case Administration |
| 210 | Asset Analysis, Sales and Recoveries |
| 220 | Cash Collateral, DIP & Other Financing |
| 300 | General Claims and Equity Matters |
| 350 | Hearings and Court Matters |
| 400 | General Litigation Matters |
| 410 | Adversary Proceedings and Contested Matters |
| 430 | Automatic Stay/Adequate Protection Matters |
| 700 | Curtis Retention/Billing/Fee Applications |

24.    The following is a summary, by matter, of the most significant professional services rendered by Curtis in connection with its role as Debtors' conflicts counsel during the Second Interim Fee Period.  This summary is organized in accordance with Curtis' internal system of matter numbers.  The detailed descriptions set forth in the Monthly Fee Statements and incorporated herein by reference demonstrate that Curtis was involved in performing reasonable and necessary services for the Debtors on a regular basis to meet the Debtors' needs in the chapter 11 cases.[5]

---

[5]  This summary of services rendered during the Second Interim Fee Period is not intended to be a detailed or exhaustive description of the work performed by Curtis but, rather, is intended to highlight certain key areas where Curtis provided services to the Debtors during the Second Interim Fee Period.  More detailed descriptions of the work performed in the Second Interim Fee Period, categorized by project code, and those day-to-day services and the time expended in performing such services are set forth in the Monthly Fee Statements.

14119461

A.    **Case Administration (Matter #100)**

Total Fees:        $47,132.50

Total Hours:      79.00

25.    A total of 79.00 hours of services were performed and Curtis is seeking allowance of $47,132.50 in fees.    This matter covers services undertaken by Curtis attorneys and paraprofessionals in the general administration of the Debtors' chapter 11 cases.    During the Second Interim Fee Period, to fulfill its role as conflicts counsel to the Debtors and to be able to step in at a moment's notice for the Debtors' lead bankruptcy counsel, Morrison & Foerster LLP ("MoFo"), Curtis attorneys and paraprofessionals continued to spend time on case administration to remain informed with respect to matters for which MoFo, had or may potentially have had a conflict of interest.    Services rendered by Curtis in connection with case administration tasks included the monitoring of the case docket for pleadings with potential conflicts implications, reviewing and maintaining a case docket of significant pleadings with conflicts implications that were filed with the Court, attendance at omnibus hearings covering matters involving actual and potential conflict matters, development of internal action plans, distribution of responsibilities and coordination of assignments related to conflicts matters among Curtis attorneys and paraprofessionals, and maintaining a calendar of critical dates in the Debtors' chapter 11 cases.

B.    **Asset Analysis, Sales and Recoveries (Matter #210)**

Total Fees:        $231,727.50

Total Hours:      471.30

26.    A total of 471.30 hours of services were performed and Curtis is seeking allowance of $231,727.50 in fees.    During the Second Interim Fee Period, Curtis attorneys handled and resolved numerous objections filed by conflict parties in connection with the sale of certain of the Debtors' servicing-related assets to Berkshire Hathaway Inc., Ocwen Loan

10

Servicing, LLC, and Walter Investment Management Corp.  In addition, Curtis handled issues

relating to the transfer of a small REO property to a conflict party.

27.    In particular, Curtis attorneys responded to the pre-auction objections of

CitiMortgage, Inc. ("CMI"), PNC Mortgage ("PNC"), and JPMorgan Chase Bank, N.A.

("JPMorgan") (collectively, the "Sale Conflict Parties").  The Sale Conflict Parties asserted a

number of objections to both the Debtors' proposed sale of its servicing platform assets as well

as the Debtors' notices of assumption and assignment of servicing contracts in connection with

this sale (the "Servicing Platform Sale").[6]  In connection with responding to and resolving these

objections to the Servicing Platform Sale, Curtis attorneys examined the Sale Conflict Parties'

servicing contracts allegedly implicated by the Debtors' various assumption and assignment

notices[7] and conducted research into the underlying legal issues.

28.    In addition, in connection with objections filed by the Sale Conflict Parties and

other parties in interest, Curtis attorneys assisted MoFo in drafting the *Debtors' Omnibus Reply

to Objections to Debtors' Sale Motion* [Docket No. 2135].  Thereafter, Curtis negotiated with the

---

[6]  *See Reservation of Rights and Limited Objection of JPMorgan Chase Bank, N.A. to Notice and First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* [Docket No. 1613]; *Limited Objection and Reservation of Rights of PNC Mortgage, Division of PNC Bank, N.A. to Notice of (I) Debtors' Intent to Assume and Assign Executory Contracts, Unexpired Leases of Personal Property, and (II) Cure Amounts Related Thereto* [Docket No. 1635]; *CitiMortgage, Inc.'s Objection to the Debtors' Proposals:  (I) to Assume and Assign Certain Executory Contracts; and (II) to Assign Cure Amounts Related Thereto* [Docket No. 1646]; *Limited Objection and Reservation of Rights of PNC Mortgage, Division of PNC Bank, N.A. with Respect to Proposed Sale of Debtors' Assets* [Docket No. 1981]; *CitiMortgage, Inc.'s Objection to the Debtors' Proposed Sale of the Servicing Platform* [Docket No. 1992].

[7]  In particular, Curtis attorneys reviewed, among other applicable filings, the Debtors' following assumption and assignment notices:  (1) *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* [Docket No. 924]; (2) *First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* [Docket No. 1484]; (3) *First Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto* [Docket No. 2076]; and (4) *Second Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto* [Docket No. 2077].

11

14119461

Sale Conflict Parties in drafting language in the proposed order approving the Servicing Platform Sale to address certain assumption and assignment concerns. Ultimately, MoFo and Curtis attorneys were able to obtain the consensual resolution of all sale objections and gained the Court's approval of the Servicing Platform Sale which garnered tremendous value for the Debtors' estates.

29. Finally, after assisting the Debtors in gaining approval of the Servicing Platform Sale, Curtis attorneys continued to labor to resolve outstanding cure objections asserted by the Sale Conflict Parties. Curtis attorneys worked diligently throughout the close of the Second Interim Fee Period to negotiate and draft stipulations with these parties to resolve certain assumption, assignment, and cure objections arising from the Servicing Platform Sale.

**C.    Cash Collateral, DIP & Other Financing (Matter #220)**

Total Fees:        $125.00
Total Hours:       .20

30. A total of .20 hours of services were performed and Curtis is seeking allowance of $125.00 in fees. During the Second Interim Fee Period, in connection with its role as conflicts counsel, Curtis attorneys reviewed the Debtors' motion to amend certain DIP financing arrangements in connection with the sale of the Debtors' assets related to a possible conflict matter.

**D.    General Claims and Equity Matters (Matter #300)**

Total Fees:        $1,558.00
Total Hours:       3.70

31. A total of 3.70 hours of services were performed and Curtis is seeking allowance of $1,558.00 in fees. During the Second Interim Fee Period, Curtis attorneys reviewed proofs of claim filed by conflict parties in connection with the Servicing Platform Sale. This review

14119461

further contributed to the resolution of the Sale Conflict Parties' objections to the Debtors' assumption and assignment of its servicing contracts.

**E.      Hearings and Court Matters (Matter #350)**

Total Fees:    $9,812.50

Total Hours:   15.70

32.     A total of 15.70 hours of services were performed and Curtis is seeking allowance of $9,812.50 in fees. During the Second Interim Fee Period, in connection with Curtis' role as conflicts counsel, a single Curtis attorney attended multiple omnibus hearings on behalf of the Debtors, including hearings on the RMBS Trustees' pre-auction objections, the Debtors' motions for approval of the RMBS Trustees' settlements and related scheduling issues, the Debtors' motions for stay violations and miscellaneous stay relief matters, and various adversary proceedings.  Attendance at these hearings was necessary in order to obtain insights and important information about the status of the Debtors' chapter 11 cases and new developments, related to a conflict matter which Curtis is handling.

**F.      General Litigation Matters (Matter #400)**

Total Fees:    $273,439.00

Total Hours:   478.60

33.     A total of 478.60 hours of services were performed during the Second Interim Fee Period and Curtis is seeking allowance of $273,439.00 in fees.

34.     During the Second Interim Fee Period, Curtis attorneys resolved various actual and threatened sale objections by coordinating with MoFo and counsel to both Nationstar Mortgage LLC, who acted as stalking horse bidder of the Debtors' Servicing Platform Sale, and Ocwen Loan Servicing, LLC.  In connection with the resolution of such objections, Curtis

13

attorneys conducted in-depth legal research on issues arising under, among others, sections 363 and 365 of the Bankruptcy Code regarding asset sales and the assumption and assignment of contracts.

35.    In addition, during the Second Interim Fee Period, Curtis attorneys assisted MoFo in preparing responses to submissions made to the Examiner by various conflict and non-conflict parties addressing potential third-party claims against the Debtors' parent, Ally Financial, Inc. ("AFI").  Specifically, Curtis assisted MoFo in researching issues for and drafting sections of (i) *Debtors' Response to the Submissions of the Steering Committee and the Talcott Franklin Group Investors*; (ii) *Debtors' Response to the Submissions of the (I) Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC, and (II) Ad Hoc Group of Junior Secured Noteholders*; and (iii) *Debtors' Omnibus Response to Third-Party Submissions*.  These responses required Curtis attorneys to review papers submitted to the Examiner by a number of parties and evaluate numerous potential third-party claims allegedly held by various parties against AFI. This task required research relating to (i) causes of action under various state law and bankruptcy law theories, (ii) bankruptcy court jurisdictional issues, and (iii) the propriety of third-party releases in chapter 11 pans of reorganization.  In connection with addressing these issues, Curtis attorneys conferred extensively with multiple MoFo attorneys regarding background and facts related to the bankruptcy case to assist on the conflict matters Curtis was handling.  This was less expensive for the Debtors and more efficient than Curtis reviewing all of the pleadings in the case related to these matters.

36.    Also during the Second Interim Fee Period, Curtis attorneys negotiated, drafted, and reviewed stipulations entered into with conflict parties Federal Home Loan Bank of Boston, Federal Home Loan Bank of Chicago, John Hancock, and Colonial Bank regarding extensions of

14

the automatic stay to prevent the commencement or continuance of certain litigation against certain non-debtor affiliates of the Debtors.

37.    Finally, during the Second Interim Fee Period, at MoFo's request, Curtis attorneys and paraprofessionals prepared for the court-ordered mediation to address issues necessary to a plan of reorganization with respect to the need for Curtis to be present at such mediation to represent the Debtors' estates due to actual and potential conflicts of interest.

## G.    Adversary Proceedings and Contested Matters (Matter #410)

Total Fees:        $11,153.00

Total Hours:       23.10

38.    A total of 23.10 hours of services were performed and Curtis is seeking allowance of $11,153.00 in fees.  During the Second Interim Fee Period, Curtis attorneys continued to spend time representing the Debtors in connection with a dispute involving the managing member of CMH Holdings LLC, a joint venture between one of the Debtors and a conflict party. In addition, during the Second Interim Fee Period, Curtis attorneys represented the Debtors in connection with efforts to extend the automatic stay to certain non-debtor affiliates with respect to certain actions commenced by a number of conflict parties.

## H.    Automatic Stay/Adequate Protection Matters (Matter #430)

Total Fees:        $12,725.50

Total Hours:       18.60

39.    A total of 18.60 hours of services were performed and Curtis is seeking allowance of $12,725.50 in fees.  During the Second Interim Fee Period, Curtis attorneys continued to represent the Debtors in connection with matters related to a motion filed by Wells Fargo which sought relief from the automatic stay in connection with a litigation pending in federal district

court in California, as well as other informal stay relief matters involving Wells Fargo (a conflict party).

**I.      Curtis Retention/Billing/Fee Applications (Matter #700)**

Total Fees:        $36,052.50

Total Hours:       92.90

40.     A total of 92.90 hours of services were performed and Curtis is seeking allowance of $36,052.50 in fees.  During the Second Interim Fee Period, Curtis professionals prepared fee statements for the months of July, August, September, October, and November, as well as the *First Interim Application of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel to the Debtors and Debtors in Possession for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From May 4, 2012 Through and Including August 31, 2012* [Docket No. 1890].  Curtis represents that the fees incurred in connection with these matters were approximately 5.46% of the total fees requested for the Second Interim Fee Period.

41.     The balance of the fees attributable to this category relate to the filing of the *First Supplemental Declaration of Steven J. Reisman on Behalf of Curtis, Mallet-Prevost, Colt & Mosle LLP Pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure* [Docket No. 2130].

**Reasonable and Necessary Services Rendered by Curtis**

42.     The foregoing professional services rendered by Curtis on behalf of the Debtors during the Second Interim Fee Period were reasonable, necessary, and appropriate to the administration of the Debtors' chapter 11 cases and related matters.

43.     Many of the services performed by partners and associates of Curtis were rendered by Curtis' Restructuring and Insolvency Group.  Curtis has a prominent practice in this

area and enjoys a national and international reputation for its expertise in financial reorganizations and restructurings of troubled companies, with more than 14 attorneys focusing on this area of law. The attorneys at Curtis working on the Debtors' chapter 11 cases have represented debtors and creditors' committees as either primary or conflicts counsel and have acted as special counsel to debtors and creditors' committees in many large chapter 11 cases. In addition, due to the facts and circumstances of the Debtors' chapter 11 cases, attorneys from Curtis' litigation and corporate practice groups were involved with Curtis' representation of the Debtors. These practice groups also enjoy a national and international reputation for their expertise. Overall, Curtis brings to the chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

44.    During the Second Interim Fee Period, Curtis advised and assisted the Debtors in a number of phases of the chapter 11 cases. To this end, as set forth in detail in **Exhibit C** of the Application, Curtis partners, counsel, associates, and paraprofessionals from various Curtis practice groups expended time rendering professional services on behalf of the Debtors and their estates.

45.    During the Second Interim Fee Period, as in the earlier interim fee period, Curtis' hourly billing rates for the attorneys primarily responsible for managing the Debtors' chapter 11 cases ranged from $830 to $290. Allowance of compensation in the amount requested would result in a blended hourly billing rate for attorneys of approximately $548.06 (based on 1105.50 recorded attorney hours at Curtis' regular billing rates in effect at the time of the performance of services). The hourly rates and corresponding rate structure utilized by Curtis in the chapter 11 cases are equivalent to the hourly rates and corresponding rate structure predominantly used by Curtis for restructuring, workout, bankruptcy, insolvency and comparable matters, and similar

17

complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and rate structure reflect that such particular matters are typically national in scope and typically involve great complexity, high stakes, and severe time pressures.

### Actual and Necessary Expenses Incurred by Curtis

46.     As set forth in **Exhibit D** attached hereto, Curtis has invoiced a total of $2,137.20 in expenses on behalf of the Debtors during the Second Interim Fee Period. Curtis states as follows regarding these expenses: Curtis charges $0.10 per page for internal black and white copying or printing charges at its copy centers in its U.S. offices and $0.50 per page for internal color copying or printing charges at its copy centers in its U.S. offices; and Curtis charges for external copying charges at the provider's cost of $0.10 without markup. The basis for these rates is Curtis' calculation of the actual cost of these services. The other expenses charged to the Debtors are at the provider's cost without markup. These charges are intended to cover Curtis' direct operating costs, which costs are not incorporated into Curtis' hourly billing rates. Only clients who actually use services of the types set forth in **Exhibit D** of the Application are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.

47.     The time constraints imposed by the circumstances of the chapter 11 cases sometimes required Curtis attorneys and other employees to devote time during the evenings and on weekends to perform legal services on behalf of the Debtors. These extraordinary services were essential to meet deadlines, timely respond to inquiries on a daily basis from various creditors and other stakeholders, and to satisfy the demands of the Debtors' businesses and ensure the orderly administration of their estates. Consistent with firm policy, as further

18

disclosed in the Curtis retention application, attorneys and other Curtis employees who worked late in the evenings or on weekends were reimbursed for their reasonable meal and transportation costs. Curtis' regular practice is not to include components for those charges in overhead when establishing billing rates, but rather to charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of providing legal services. However, in these cases, pursuant to the terms of Curtis' engagement with the Debtors, Curtis is absorbing these overtime meal and transportation expenses.

48.    In addition, on a number of occasions, overnight or hand delivery of documents and other materials was required as a result of the exigencies and circumstances of these cases. The disbursements for such services are not included in Curtis' overhead for the purpose of setting billing rates and Curtis has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors in the chapter 11 cases.

### Curtis' Requested Compensation and Reimbursement Should Be Allowed

49.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."

50.    Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement. In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking

19

into account all relevant factors, including:

     a.    the time spent on such services;

     b.    the rates charged for such services;

     c.    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

     d.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue, or task addressed;

     e.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

     f.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

51.    In the instant case, Curtis respectfully submits that the services for which it seeks compensation in the Application were necessary for and beneficial to the Debtors and their estates and were rendered to protect and preserve the Debtors' estates. Curtis respectfully submits that the services rendered to the Debtors were performed economically, effectively, and efficiently and that the results obtained to date have benefited not only the Debtors but all stakeholders in the Debtors' chapter 11 cases. Curtis further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

52.    Curtis attorneys and paraprofessionals spent a total of 1,183.10 hours during the Second Interim Fee Period, which services have a fair market value of $623,725.50. As demonstrated by the Application and all of the exhibits submitted in support hereof, Curtis spent its time economically and without unnecessary duplication. In addition, the work conducted was

14119461

carefully assigned to appropriate attorneys or paraprofessionals according to the experience and level of expertise required for each particular task.  In summary, the services rendered by Curtis were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty, and nature of the issues involved.

53.     Accordingly, Curtis respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

## No Prior Request

54.     No prior application for the relief requested herein has been made to this or any other court.

## Notice

55.     Curtis has provided a copy of the Application to:  (a) the Debtors; (b) lead counsel for the Debtors; (c) counsel to the Committee; (d) counsel to Ally Financial Inc.; (e) counsel to Barclays Bank PLC; and (f) the U.S. Trustee.  A copy of this Application is available on the docket at http://www.kccllc.net/rescap and for free at http://www.nysb.uscourts.gov.

## Conclusion

56.     Curtis believes that the services rendered during the Second Interim Fee Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses incurred for which reimbursement is requested were actual and necessary to the performance of Curtis' services.

*[Remainder of Page Intentionally Left Blank]*

21

14119461

WHEREFORE, for the reasons set forth herein, Curtis respectfully requests that the Court

enter an order granting the relief requested and such other and further relief as the Court deems

appropriate.

Respectfully submitted,

Dated:  March 14, 2013                    By:   /s/ Steven J. Reisman
      New York, New York                     Steven J. Reisman
                                     Maryann Gallagher
                                     **CURTIS, MALLET-PREVOST,**
                                        **COLT & MOSLE LLP**
                                     101 Park Avenue
                                     New York, New York 10178-0061
                                     Telephone: (212) 696-6000
                                     Facsimile:  (212) 697-1559
                                     Email:        sreisman@curtis.com
                                                mgallagher@curtis.com

                                   *Conflicts Counsel for the Debtors and*
                                      *Debtors in Possession*

14119461

## <u>Exhibit A</u>

**Certification of Compliance**

**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman
Maryann Gallagher

*Conflicts Counsel for the Debtors and*
 *Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 12-12020 (MG) |
| | : | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,[1] | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------x

**CERTIFICATION OF STEVEN J. REISMAN PURSUANT TO GENERAL ORDER M–
447 REGARDING THE SECOND INTERIM APPLICATION OF CURTIS, MALLET-
PREVOST, COLT & MOSLE LLP AS CONFLICTS COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM
SEPTEMBER 1, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012**

I, Steven J. Reisman, certify as follows:

1.     I am a partner at the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP

("<u>Curtis</u>"), with responsibility for the chapter 11 cases of Residential Capital, LLC and certain of

its affiliates, as debtors and debtors in possession (collectively, the "<u>Debtors</u>") in respect of,

among other things, compliance with (a) the Amended Guidelines for Fees and Disbursements

for Professionals in Southern District of New York Bankruptcy Cases (the "<u>Local Guidelines</u>")

established and adopted by the United States Bankruptcy Court for the Southern District of New

---

[1]   The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u>
to the affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in support of the
Debtors' "first day" pleadings [Docket No. 6], dated May 14, 2012.

York pursuant to *General Order M-447*, (b) the *United States Trustee Guidelines for Reviewing*

*Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330,*

*adopted on January 30, 1996* (the "UST Guidelines") and (c) the *Order Establishing Procedures*

*for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 185]

(the "Interim Compensation Order" and, together with the Local Guidelines and UST Guidelines,

collectively, the "Guidelines").

    2.      With respect to Section B.1 of the Local Guidelines, I certify that:

    a.      I have read Curtis' second interim application for compensation and reimbursement of expenses (the "Application");[2]

    b.      To the best of my knowledge, information and belief, insofar as I can tell after reasonable inquiry, the fees and disbursements sought in the Application fall within the Guidelines, except as specifically noted in this Certification and described in the Application;

    c.      Except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Curtis and generally accepted by Curtis' clients; and

    d.      In providing a reimbursable service, Curtis does not make a profit on the service, whether the service is performed by Curtis in-house or through a third party.

    3.      With respect to Section B.2 of the Local Guidelines, I certify that, in accordance

with the terms of the Interim Compensation Order, the Debtors, lead counsel to the Debtors,

counsel to the Committee, counsel to Barclays Bank, PLC, counsel to Ally Financial Inc., and

the U.S. Trustee have been provided with a statement of the fees and disbursements accrued

during each month of the Second Interim Fee Period, which statement of fees and disbursements

contained a list of professionals and paraprofessionals providing services, their respective billing

rates, the aggregate hours spent by each professional and paraprofessional, a general description

---

[2]   All capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Application.

of services rendered, a reasonably detailed breakdown of the disbursements incurred, and an explanation of billing practices.

4.      With respect to Section B.3 of the Local Guidelines, I certify that the Debtors, lead counsel to the Debtors, counsel to the Committee, counsel to Barclays Bank, PLC, counsel to Ally Financial Inc., and the U.S. Trustee have been provided with a copy of the Application at least 14 days before the date set by the Court and any applicable rules for filing fee applications.

Dated:  March 14, 2013
       New York, New York

*/s/ Steven J. Reisman*
STEVEN J. REISMAN
A Member of the Firm

14119461

**Exhibit B**

**In re: RESIDENTIAL CAPITAL, LLC, *et al*.**
**CHAPTER 11**
**CASE NO. 12-12020**

**SUMMARY OF FEES AND EXPENSES BILLED BY SUBJECT MATTER
FOR THE SECOND INTERIM FEE PERIOD
(SEPTEMBER 1, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012)**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 100 | Case Administration | 79.00 | $47,132.50 | $1,373.70 | $48,506.20 |
| 210 | Asset Analysis, Sales and Recoveries | 471.30 | 231,727.50 | 305.60 | 232,033.10 |
| 220 | Cash Collateral, DIP & Other Financing | .20 | 125.00 | 0.00 | 125.00 |
| 300 | General Claims and Equity Matters | 3.70 | 1,558.00 | 49.50 | 1,607.50 |
| 350 | Hearings and Court Matters | 15.70 | 9,812.50 | 0.00 | 9,812.50 |
| 400 | General Litigation Matters | 478.60 | 273,439.00 | 408.40 | 273,847.40 |
| 410 | Adversary Proceedings and Contested Matters | 23.10 | 11,153.00 | 0.00 | 11,153.00 |
| 430 | Automatic Stay/Adequate Protection Matters | 18.60 | 12,725.50 | 0.00 | 12,725.50 |
| 700 | Curtis Retention/Billing/Fee Applications | 92.90 | 36,052.50 | 0.00 | 36,052.50 |
| | **Totals** | **1,183.10** | **$623,725.50** | **$2,137.20** | **$625,862.70** |

**Exhibit C**

**In re: RESIDENTIAL CAPITAL, LLC, *et al.***
**CHAPTER 11**
**CASE NO. 12-12020**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS**
**DURING THE SECOND INTERIM FEE PERIOD**
**(SEPTEMBER 1, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012)**

| Name | Department and Year Admitted (NY) | Hourly Billing Rate | Total Hours Worked | Total Compensation Requested |
|---|---|---|---|---|
| **Partners** | | | | |
| Steven J. Reisman | Restructuring and Insolvency Admitted 1991 | $830 | 101.60 | $84,328.00 |
| Turner P. Smith | Litigation Admitted 1981 | 830 | 4.80 | 3,984.00 |
| Michael A. Cohen | Restructuring and Insolvency Admitted 2000 | 730 | 7.30 | 5,329.00 |
| Theresa A. Foudy | Litigation Admitted 1994 | 730 | 179.70 | 131,181.00 |
| | **Total Partners** | | **293.40** | **$224,822.00** |
| **Of-Counsel** | | | | |
| Susan F. Pollack | Corporate Admitted in 1967 | $635 | 5.20 | $3,302.00 |
| Maryann Gallagher | Restructuring and Insolvency Admitted 1988 | 625 | 308.90 | 193,062.50 |
| | **Total Of-Counsel** | | **314.10** | **$196,364.50** |
| **Associates** | | | | |
| James V. Drew | Restructuring and Insolvency Admitted 2002 | $590 | 3.70 | $2,183.00 |
| George E. Spencer | Litigation Admitted in 2008 | 520 | 25.30 | 13,156.00 |
| Peter J. Buenger | Restructuring and Insolvency Admitted 2010[1] | 425 | 121.20 | 51,510.00 |
| Joseph F. Clyne | Litigation Admitted in 1984 | 425 | .20 | 85.00 |
| J. Derek Mize | Litigation Admitted 2009 | 425 | 19.80 | 8,415.00 |

---

[1]  Peter J. Buenger was admitted in Georgia in 2009.

| Name | Department and Year Admitted (NY) | Hourly Billing Rate | Total Hours Worked | Total Compensation Requested |
|---|---|---|---|---|
| Kevin Arthur Meehan | Litigation Admitted in 2009 | 375 | 60.50 | 22,687.50 |
| Heather Hiznay | Restructuring and Insolvency Admitted in 2011 | 345 | 98.50 | 33,982.50 |
| James Zimmer | Restructuring and Insolvency Admitted 2011 | 345 | 38.10 | 13,144.50 |
| Bryan Kotliar | Restructuring and Insolvency Admission Pending | 305 | 88.00 | 26,840.00 |
| John Thomas Weber | Restructuring and Insolvency Admission Pending | 305 | 20.30 | 6,191.50 |
| Edward Combs | Litigation Admission Pending | 290 | 22.40 | 6,496.00 |
| **Total Associates** | | | **498.00** | **$184,691.00** |
| **Paraprofessionals** | | | | |
| Alana Dreiman | Not Applicable | $230 | 52.70 | $12,121.00 |
| Georgia Faust | Not Applicable | 230 | 1.70 | 391.00 |
| Melissa Rutman | Not Applicable | 230 | 12.00 | 2,760.00 |
| Rebecca M. Srulowitz | Not Applicable | 230 | 11.20 | 2,576.00 |
| **Total Paraprofessionals** | | | **77.60** | **$17,848.00** |
| **Total** | | | **1,183.10** | **$623,725.50** |

Total Billed Hours for Attorneys ................................ 1,105.50

Total Billed Hours for Paraprofessionals .................... 77.60

Total Billed Hours ..................................................... 1,183.10

Total Fee Requested .................................................. $623,725.50

Blended Rate for Attorneys and Paraprofessionals ..... $527.20

Blended Rate for Attorneys ................................... $548.06

2

14119461

**Exhibit D**

In re: **RESIDENTIAL CAPITAL, LLC,** *et al.*
**CHAPTER 11**
**CASE NO. 12-12020**

**EXPENSE SUMMARY FOR THE SECOND INTERIM FEE PERIOD**
**(SEPTEMBER 1, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012)[1]**

| Expense Category | Amount |
|---|---|
| Transportation (Subway to Court) | $31.50 |
| External Photocopy Services | 1,612.00 |
| Pacer - ECF | 84.50 |
| Deposition Reporting/Transcripts | 409.20 |
| **Total** | **$2,137.20** |

---

[1]  All expenses have been billed in accordance with the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

**<u>EXHIBIT D-1</u>**

## IN RE: RESIDENTIAL CAPITAL, LLC, *ET AL*.

**CHAPTER 11**
**CASE NO. 12-12020 (MG)**

**DETAIL OF DISBURSEMENTS AND OTHER CHARGES**
**FOR THE SECOND INTERIM FEE PERIOD**
**(SEPTEMBER 1, 2012 THROUGH AND INCLUDING DECEMBER 31, 2012)**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 9/4/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 9/11/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $9.00 |
| 9/19/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 9/27/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 10/10/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 10/17/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| | **TOTAL TRANSPORTATION EXPENSE** | **$31.50** |
| | | |
| 10/5/12 | EXTERNAL PHOTOCOPY SERVICES | $55.50 |
| 10/11/12 | EXTERNAL PHOTOCOPY SERVICES | $204.50 |
| 10/15/12 | EXTERNAL PHOTOCOPY SERVICES | $168.80 |
| 11/16/12 | EXTERNAL PHOTOCOPY SERVICES | $64.00 |
| 11/16/12 | EXTERNAL PHOTOCOPY SERVICES | $186.10 |
| 11/29/12 | EXTERNAL PHOTOCOPY SERVICES | $84.20 |
| 11/29/12 | EXTERNAL PHOTOCOPY SERVICES | $106.90 |
| 12/3/12 | EXTERNAL PHOTOCOPY SERVICES | $408.80 |
| 12/11/12 | EXTERNAL PHOTOCOPY SERVICES | $49.50 |
| 12/17/12 | EXTERNAL PHOTOCOPY SERVICES | $74.50 |
| 12/28/12 | EXTERNAL PHOTOCOPY SERVICES | $189.80 |
| 12/28/12 | EXTERNAL PHOTOCOPY SERVICES | $19.40 |
| | **TOTAL EXTERNAL PHOTOCOPY SERVICES** | **$1,612.00** |
| | | |
| 12/18/12 | DEPOSITION REPORTING/TRANSCRIPTS | $409.20 |
| | **TOTAL DEPOSITION REPORTING/TRANSCRIPTS** | **$409.20** |
| | | |
| 12/27/12 | PACER – ECF | $9.00 |
| 12/27/12 | PACER - ECF | $35.80 |
| 12/27/12 | PACER - ECF | $31.60 |
| 12/27/12 | PACER - ECF | $8.10 |
| | **TOTAL PACER - ECF** | **$84.50** |
| | | |
| | **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$2,137.20** |

**Exhibit E**



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                          November 09, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034                                          Inv. # 1557014
                                                                 Our Ref. 062108-000100
                                                                 SJR

Attention:    Residential Capital, LLC

Re:   **Case Administration**

| | | | |
|---|---|---|---|
| 09/04/12 | MG8 | Review filings on the SDNY Bankruptcy Court docket in connection with Curtis' role as conflicts counsel, including numerous objections to the Debtors' exclusivity motion, filings related to the automatic stay and discovery of Debtors in connection with FHFA litigation and notices related to hearing scheduled for September 11, 2012 (1.60) | 1.60 |
| 09/05/12 | MG8 | Review for potential conflicts issues the Committee's objection to Debtors' motion to extend exclusive periods (.30) | 0.30 |
| 09/05/12 | MG8 | Brief review of daily docket activity for potential conflicts (.50) | 0.50 |
| 09/06/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including pleadings in connection with compensation to PWC in connection with foreclosure review and compliance with Federal Reserve Consent Order and reafirmance of GA servicing consent order, payments to independent directors, motion for declaratory ruling of possible stay violations, notices of withdrawal, Union Bank motion for relief from stay and committee statement regarding retention of certain professionals (2.20) | 2.20 |
| 09/07/12 | SJR | Attend to review of pleadings regarding extension of exclusivity where Curtis may be called upon regarding new potential conflict matter (.60) | 0.60 |
| 09/07/12 | MG8 | Review daily docket activity for potential conflicts issues, including responses to objections to exclusivity motion and status report regarding RMBS settlement, notices and agendas relating to September 11th hearing and letter requesting adjournment of September 11th hearing on FHFA matters due to UBS appeal to Second Circuit (1.20) | 1.20 |
| 09/10/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including numerous affidavits regarding professional retentions, correspondence regarding stay motion relating to UBS appeal in FHFA litigation, Committee statement regarding status report filed by Debtors regarding RMBS settlement, | 1.90 |

November 09, 2012
Inv # 1557014
Our Ref # 062108-000100

Page 2

|  |  |  |  |
|---|---|---|---|
|  |  | Stipulation and Order with Greenpoint, order denying request to adjourn hearing on FHFA motion for stay relief and related matters and Taggert motion relating to stay and review MBIA joinder to Committee statement regarding RMST statement report (1.90) |  |
| 09/11/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including Debtors' motion for approval of procedures for stay relief to allow senior lenders to foreclose on properties where debtors have junior interest (.70) | 0.70 |
| 09/12/12 | MG8 | Brief review of the Committee's professional retention applications in connection with analysis of RMBS settlement for potential conflicts purposes (.10) | 0.10 |
| 09/13/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel to the Debtors, including Connor Supplement to Motion Seeking a Declaratory Ruling as to Possible Violations of the Automatic Stay, Notice of Status Conference relating to motion to approve RMBS settlement, retention applications and filed letter regarding Second Circuit stay of FHFA litigation pending hearing on appeal, retention applications, retention orders and various notices (1.20) | 1.20 |
| 09/13/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court (.30) | 0.30 |
| 09/14/12 | MG8 | Review heavy docket activity in connection with Curtis' role as conflicts counsel, including pleadings opposing request for appointment of official borrowers' committee, request and order regarding stay relief, notice with respect to intent to assume certain executory contracts and numerous other notices (1.70) | 1.70 |
| 09/17/12 | MG8 | Review docket activity for potential conflicts purposes, including Wilmington Trust limited objection to payments to PWC for foreclosure review required by consent order, and several stay relief motions, including those filed by Wachovia, HSBC and Household Finance (.80) | 0.80 |
| 09/17/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court (.50) | 0.50 |
| 09/18/12 | MG8 | Review heavy docket activity for potential conflicts purposes, including Debtors' status report, numerous responses and statements filed in connection with the September 19th status conference with respect to RMBS Settlement, several additional notices and orders in connection with lift stay motions, a motion to convert, orders relating to retention of certain Committee professionals and an objection to payment of PWC's fees in connection with foreclosure review (1.60) | 1.60 |
| 09/19/12 | MG8 | Review docket activity in Debtors' cases in connection | 1.10 |

November 09, 2012
Inv # 1557014
Our Ref # 062108-000100

Page 3

| | | | |
|---|---|---|---|
| | | with Curtis' role as Debtors' conflicts counsel, including JP Morgan's objection to Debtors' motion to approve procedures for stay relief when senior lenders seek to foreclose on property in which Debtors assert or represent a junior security interest, the Committee's objection to the Debtors' motion to make payments to PWC and retain two law firms in connection with foreclosure review required by FRB Consent Order, the notice of order requiring arbitration in Ulbrich litigation, the committee reservation or rights with respect to Debtors' motion to pay expenses of independent directors and numerous other notices and orders (1.10) | |
| 09/19/12 | MAC | Review recently filed RMBS and automatic stay pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.90) | 0.90 |
| 09/20/12 | MG8 | Review heavy docket activity in Debtors' Chapter 11 cases, including Citibank's objection to Wilmington Trust's motion to modify scheduling order for RMBS settlement, notice of adjournment of RMBS settlement hearing, motion to join motion for borrower's committee, Debtors' objections to Corla Jackson's motion and Matthew's motion for stay relief, and Debtors' opposition to Lewis' motion for summary judgment (1.70) | 1.70 |
| 09/20/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court (.10) | 0.10 |
| 09/20/12 | JZ | Correspond with working group regarding calendar entries for upcoming deadlines (.10) | 0.10 |
| 09/21/12 | MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel, including correspondence to the court regarding FHFA discovery, attorney affidavits of disinterestedness, notices relating to de minimus sales, hearing notices, reply with respect to homeowners' committee motion and notice regarding supplemental exhibits for motion to compensate PWC for obligations under Consent Order (1.10) | 1.10 |
| 09/21/12 | MAC | Review automatic stay relief pleadings filed in Chapter 11 case in connection with Curtis' role as conflicts counsel to the Debtors (.80) | 0.80 |
| 09/21/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court and confer with J. Zimmer regarding same (.30) | 0.30 |
| 09/21/12 | JZ | Confer with A. Dreiman regarding necessary calendar entries for upcoming hearing dates (.10) | 0.10 |
| 09/24/12 | MG8 | Review docket activity throughout the day in connection with Curtis' role as Debtors' conflicts counsel, including numerous notices, proposed orders re: RMBS settlement, pleadings relating to stay relief, objection to cure amounts, declaration in support of additional | 2.40 |

November 09, 2012
Inv # 1557014
Our Ref # 062108-000100

Page 4

|  |  |  |  |
|---|---|---|---|
|  |  | disclosures, status report on plan process and several other filings and briefly review the Committee's motion for authority to bring certain actions in lieu of Debtors (2.40) |  |
| 09/24/12 | MAC | Review recently filed automatic stay pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.80) | 0.80 |
| 09/24/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court and confer with J. Zimmer regarding same (.30) | 0.30 |
| 09/24/12 | JZ | Confer with A. Dreiman regarding updating internal calendar regarding upcoming hearing dates involving conflict parties (.30) | 0.30 |
| 09/25/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including numerus notices relating to hearing scheduled for September 27, 2012, pleadings and orders relating to stay relief requests, the Committee's request to compel discovery of Gibbs & Brun regarding RMBS settlement, the Committee's Motion for standing to bring certain actions which Debtors cannot due to certain stipulations, related notices of hearing, pleadings regarding motion to convert, Debtors' monthly operating report, Ally Financial Inc.'s motion with respect to Position Statement Regarding the Debtors' PricewaterhouseCoopers and related motions and pleadings relating to motion for Homeowners' Committee (including "amicus" brief) (1.80) | 1.80 |
| 09/25/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the court (.60) | 0.60 |
| 09/26/12 | MG8 | Brief review of docket activity for the day in connection with Curtis' role as conflicts counsel (.80) | 0.80 |
| 09/27/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel to the Debtors (1.10) | 1.10 |
| 09/27/12 | AD | Retrieve the Final Supplemental Order filed on July 13, 2012 in the Residential Capital, LLC case (.10) | 0.10 |
| 09/28/12 | MG8 | Review heavy docket activity in connection with Curtis' role as conflicts counsel to the Debtors (1.70) | 1.70 |

TOTAL HOURS          31.30

November 09, 2012
Inv # 1557014
Our Ref # 062108-000100

Page 5

## Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.60 | 830 | 498.00 |
| Michael Ari Cohen | Partner | 2.50 | 730 | 1,825.00 |
| Maryann Gallagher | Counsel | 25.50 | 625 | 15,937.50 |
| James Zimmer | Associate | 0.50 | 345 | 172.50 |
| Alana Dreiman | Legal Assistant | 2.20 | 230 | 506.00 |
| | | **31.30** | | **$18,939.00** |

**TOTAL SERVICES**                                    $18,939.00

## Summary of Expenses

Transportation: Subway to Court                    18.00

**TOTAL EXPENSES**                                    **$18.00**


**TOTAL THIS INVOICE**                              $18,957.00



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

### Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538615 | 34,290.10 | 0.00 | 34,290.10 |
| 07/31/12 | 1544985 | 42,382.20 | 0.00 | 42,382.20 |
| 09/12/12 | 1547991 | 14,593.61 | 0.00 | 14,593.61 |
| 10/16/12 | 1552235 | 25,347.29 | 0.00 | 25,347.29 |
| | Prior Balance | | | $116,613.20 |
| | Balance Due | | | $135,570.20 |



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

### PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire** Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1557014

| | |
|---|---|
| Total Services | 18,939.00 |
| Total Expenses | 18.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$18,957.00** |

### ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 25,347.29 | 14,593.61 | | 76,672.30 | | 116,613.20 |

| | |
|---|---|
| **Balance Due** | **$135,570.20** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.

# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

November 09, 2012

Inv. # 1557015
Our Ref. 062108-000210
SJR

Attention:    Residential Capital, LLC

Re:   **Asset Analysis, Sales and Recoveries**

| 09/20/12 | MG8 | Participate in telephone conference for conflicts purposes with G. Opero of Professional Services regarding issue with short sale on Florida property on which GMAC may hold second lien and follow-up with N. Rosenbaum regarding same (.30) | 0.30 |
|---|---|---|---|
| 09/27/12 | JD3 | Review draft Settlement Agreement with Calpine and follow up review of Final Supplemental Order authorizing settlement of foreclosure disputes for conflicts purposes (.40) | 0.40 |
| 09/28/12 | MG8 | Review four objections of Wells Fargo in various capacities to Debtors' motion to assume and assign executory contracts and to proposed cure amounts in connection with Curtis' role as Debtors' conflicts counsel (.70) | 0.70 |
| | | TOTAL HOURS | 1.40 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 1.00 | 625 | 625.00 |
| James V. Drew | Associate | 0.40 | 590 | 236.00 |
| | | 1.40 | | **$861.00** |

TOTAL SERVICES    $861.00

TOTAL THIS INVOICE    $861.00



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538151 | 2,287.00 | 0.00 | 2,287.00 |
| 07/31/12 | 1544986 | 9,604.50 | 0.00 | 9,604.50 |
| 09/12/12 | 1547992 | 5,398.00 | 0.00 | 5,398.00 |
| | | Prior Balance | | $17,289.50 |
| | | Balance Due | | $18,150.50 |



### CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1557015

| | |
|---|---|
| Total Services | 861.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$861.00** |

### ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 5,398.00 | | 11,891.50 | | 17,289.50 |

| | |
|---|---|
| **Balance Due** | **$18,150.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.

# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

November 09, 2012

Inv. # 1557016
Our Ref. 062108-000350
SJR

Attention:    Residential Capital, LLC

Re:   **Hearings and Court Matters**

| | | | |
|---|---|---|---|
| 09/11/12 MG8 | Prepare for and attend omnibus hearing addressing, among other things, the status of the RMBS settlement and related discovery issues, exclusivity and several uncontested matters in connection with Curtis' role as conflicts counsel to the debtors (2.30) | | 2.30 |
| 09/11/12 MG8 | Prepare for and attend evidentiary hearing on FHFA motion for third party discovery of debtors and, to the extent necessary, relief from stay in connection with Curtis' role as conflicts counsel to Debtors in connection with a variety of stay relief matters (2.50) | | 2.50 |
| 09/19/12 MG8 | Prepare for and attend hearing with respect to scheduling and related issues in connection with the Debtors' motion seeking approval of the RMBS Settlement in connection with Curtis' role as conflicts counsel to the Debtors (4.20) | | 4.20 |
| 09/27/12 MG8 | Attend Omnibus hearing, including Status Conference, on preauction objections of RMBS Trustees, Debtors' motion authorizing payment to PWC for review in compliance with FRB Consent Order and related retention applications, GMAC Mortgage litigation against Silmon, Debtors' motion to reimburse expenses of independent directors, motion seeking appointment of a Borrowers' Committee, Corla Jackson motion regarding alleged stay violations, hearing in adversary proceedings commenced by Lewis parties and certain uncontested stay relief motions involving HELOCs in connection with Curtis' role as Debtors' conflicts counsel (3.10) | | 3.10 |
| | TOTAL HOURS | | 12.10 |

<u>Summary of Services</u>

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 12.10 | 625 | 7,562.50 |
| | | 12.10 | | **$7,562.50** |

November 09, 2012
Inv # 1557016
Our Ref # 062108-000350

Page 2


TOTAL SERVICES                                   $7,562.50


TOTAL THIS INVOICE                               $7,562.50



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538152 | 5,110.00 | 0.00 | 5,110.00 |
| 07/31/12 | 1544987 | 26,943.00 | 0.00 | 26,943.00 |
| 09/12/12 | 1547993 | 12,872.50 | 0.00 | 12,872.50 |
| 10/16/12 | 1552237 | 11,110.00 | 0.00 | 11,110.00 |
| | | Prior Balance | | **$56,035.50** |
| | | Balance Due | | **$63,598.00** |



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

Mail Checks to -    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1557016

| | |
|---|---|
| Total Services | 7,562.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$7,562.50** |

### ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 11,110.00 | 12,872.50 | | 32,053.00 | | 56,035.50 |

**Balance Due**     **$63,598.00**

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                           November 09, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                         Inv. # 1557018
                                                                  Our Ref. 062108-000410
                                                                  SJR

Attention:    Residential Capital, LLC

Re:    Adversary Proceedings and Contested Matters

| Date | Staff | Description | Hours |
|---|---|---|---|
| 09/04/12 | MG8 | Confer with J. Zimmer regarding CMH Holdings and related issues (.10) | 0.10 |
| 09/04/12 | JZ | Confer with M. Gallagher regarding CMH Holdings issues for conflicts purposes (.10) | 0.10 |
| 09/10/12 | TPS | Follow up with M. Gallagher regarding CMH Holdings JV dispute for conflicts purposes (.10) | 0.10 |
| 09/10/12 | MG8 | Participate in telephone conference with B. Tyson regarding issue with Cerberus regarding CMH Holdings and related follow-up with T. Smith (.20) | 0.20 |
| 09/13/12 | MG8 | Correspond with B. Tyson of Residential Capital regarding dispute involving CMH Holdings JV for conflicts purposes (.20) | 0.20 |
| 09/25/12 | TPS | Follow up re: CMH Holding dispute (.20) | 0.20 |
| 09/25/12 | MG8 | Confer with B. Tyson of Residential Capital regarding status of disagreement with Cerberus regarding CMH Holdings JV distributions and follow-up with Curtis team re: same (.30) | 0.30 |
| | | TOTAL HOURS | 1.20 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Turner P. Smith | Partner | 0.30 | 830 | 249.00 |
| Maryann Gallagher | Counsel | 0.80 | 625 | 500.00 |
| James Zimmer | Associate | 0.10 | 345 | 34.50 |
| | | 1.20 | | **$783.50** |

TOTAL SERVICES                                                   $783.50

November 09, 2012
Inv # 1557018
Our Ref #  062108-000410

Page  2

TOTAL THIS INVOICE                                    $783.50



### CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

#### Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538153 | 38,135.40 | 0.00 | 38,135.40 |
| 07/31/12 | 1544989 | 47,488.00 | 0.00 | 47,488.00 |
| 09/12/12 | 1547995 | 4,529.00 | 0.00 | 4,529.00 |
| 10/16/12 | 1552239 | 14,094.00 | 0.00 | 14,094.00 |
| | | Prior Balance | | **$104,246.40** |
| | | Balance Due | | **$105,029.90** |



## CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

Mail Checks to -    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1557018

| | |
|---|---|
| Total Services | 783.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$783.50** |

### ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 14,094.00 | 4,529.00 | | 85,623.40 | | 104,246.40 |

**Balance Due**    $105,029.90

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

November 09, 2012

Inv. # 1557019
Our Ref. 062108-000430
SJR

Attention:    Residential Capital, LLC

Re:    **Automatic Stay/Adequate Protection Matters**

---

| | | | |
|---|---|---|---|
| 09/05/12 MG8 | Participate in telephone conference with V. Tsoong, counsel to ETS, regarding plaintiff Susilo's service of subpoenas without obtaining relief from the automatic stay for conflicts purposes (.20) | | 0.20 |
| 09/06/12 MG8 | Follow up with J. Zimmer regarding Wells Fargo's relief from stay motion and matters related to same (.10) | | 0.10 |
| 09/06/12 JZ | Confer with M. Gallagher regarding recent developments related to Wells Fargo's relief from stay motion for conflicts purposes (.10) | | 0.10 |
| | TOTAL HOURS | | 0.40 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.30 | 625 | 187.50 |
| James Zimmer | Associate | 0.10 | 345 | 34.50 |
| | | 0.40 | | $222.00 |

| | | |
|---|---|---|
| **TOTAL SERVICES** | | $222.00 |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | | $222.00 |



Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

### Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 09/12/12 | 1547996 | 94,623.00 | 0.00 | 94,623.00 |
| 10/16/12 | 1552240 | 24,216.50 | 0.00 | 24,216.50 |
| | | Prior Balance | | **$118,839.50** |
| | | Balance Due | | **$119,061.50** |



Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

| | | |
|---|---|---|
| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

Mail Checks to -  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1557019

| | |
|---|---|
| Total Services | 222.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$222.00** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 24,216.50 | 94,623.00 | | | | 118,839.50 |

| | |
|---|---|
| **Balance Due** | **$119,061.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

November 09, 2012

Inv. # 1557020
Our Ref. 062108-000700
SJR

Attention:    Residential Capital, LLC

Re:  Curtis Retention/Billing/Fee Applications

---

| | | | |
|---|---|---|---|
| 09/06/12 | MG8 | Correspond with E. Richards of Morrison & Foerster regarding First Interim Fee Applications, review attached fee application template and follow-up with working group regarding preparation of Curtis' First Interim Fee Application (.40) | 0.40 |
| 09/06/12 | JZ | Review template of First Interim Fee Application provided by Morrison & Foerster (.20) | 0.20 |
| 09/06/12 | JZ | Confer with working group regarding issues related to July and August Fee Statement as well as First Interim Fee Application (.20) | 0.20 |
| 09/07/12 | JZ | Correspond with working group regarding issues related to finalizing July Monthly Fee Statement (.10) | 0.10 |
| 09/11/12 | AD | Revise and update the July 2012 Monthly Fee Statement and follow up with working group re: same (2.00) | 2.00 |
| 09/11/12 | JZ | Confer and correspond with working group regarding finalizing July Monthly Fee Statement (.30) | 0.30 |
| 09/11/12 | JZ | Review and revise July Monthly Fee Statement (.30) | 0.30 |
| 09/12/12 | AD | Update and revise July 2012 Monthly Fee Statement to reflect J. Zimmer and M. Gallagher's comments (2.50) | 2.50 |
| 09/12/12 | JZ | Review and revise draft of July Monthly Fee Statement (1.30) | 1.30 |
| 09/12/12 | JZ | Correspond with working group regarding comments to July Monthly Fee Statement (.10) | 0.10 |
| 09/12/12 | JZ | Confer and correspond with working group regarding issues related to finalizing July Monthly Fee Statement (.40) | 0.40 |
| 09/13/12 | AD | Further revise and update July 2012 Monthly Fee Statement per M. Gallagher's final comments and confer with J. Zimmer regarding same (1.50) | 1.50 |
| 09/13/12 | JZ | Confer with A. Dreiman regarding preparation of July Monthly Fee Statement and issues regarding same | 0.10 |

November 09, 2012
Inv # 1557020
Our Ref # 062108-000700

Page 2

(.10)

| 09/14/12 | JZ | Correspond with E. Richards regarding July Monthly Fee Statement (.20) | 0.20 |
|---|---|---|---|
| 09/14/12 | JZ | Correspond with working group regarding issues related to service of July Monthly Fee Statement (.20) | 0.20 |
| 09/17/12 | JZ | Confer with working group regarding preparation of August Monthly Fee Statement (.10) | 0.10 |
| 09/19/12 | JZ | Confer with working group regarding issues related to preparation of August Monthly Fee Statement (.10) | 0.10 |
| 09/20/12 | JZ | Confer with working group regarding preparation of August Monthly Fee Statement (.20) | 0.20 |
| 09/21/12 | JZ | Confer and correspond with working group regarding issues related to preparation of August Monthly Fee Statement (.10) | 0.10 |
| 09/22/12 | MG8 | Correspond with D. McFadden of Residential Capital regarding Monthly Fee Statements and status of retainer (.20) | 0.20 |
| 09/24/12 | JZ | Attend to issues related to preparation of August Monthly Fee Statement (.10) | 0.10 |
| 09/25/12 | SJR | Attend to review of August Fee Statement for Curtis and comment on same (.40) | 0.40 |
| 09/25/12 | MG8 | Review and revise August Monthly Fee Statement (.60) | 0.60 |
| 09/25/12 | JZ | Confer with working group regarding issues related to August Monthly Fee Statement (.10) | 0.10 |
| 09/26/12 | AD | Prepare and revise the Monthly Fee Statement Charts for August 1, 2012 through and including August 31, 2012 and follow up with working group regarding same (1.00) | 1.00 |
| 09/26/12 | JZ | Follow up with working group regarding issues related to preparation of August Monthly Fee Statement (.10) | 0.10 |
| 09/27/12 | AD | Update paralegal rate increases on the "Request to Modify Timekeeper Billing Rates" document (.10) | 0.10 |

TOTAL HOURS        12.90

November 09, 2012
Inv # 1557020
Our Ref # 062108-000700

Page 3

## Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.40 | 830 | 332.00 |
| Maryann Gallagher | Counsel | 1.20 | 625 | 750.00 |
| James Zimmer | Associate | 4.20 | 345 | 1,449.00 |
| Alana Dreiman | Legal Assistant | 7.10 | 230 | 1,633.00 |
| | | **12.90** | | **$4,164.00** |

| | | |
|---|---|---|
| **TOTAL SERVICES** | | $4,164.00 |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | | $4,164.00 |



Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

### Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538155 | 17,825.50 | 0.00 | 17,825.50 |
| 07/31/12 | 1544991 | 22,513.50 | 0.00 | 22,513.50 |
| 09/12/12 | 1547997 | 12,944.00 | 0.00 | 12,944.00 |
| 10/16/12 | 1552241 | 2,049.90 | 0.00 | 2,049.90 |
| | | Prior Balance | | **$55,332.90** |
| | | Balance Due | | **$59,496.90** |



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

| | | |
|---|---|---|
| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

Mail Checks to -    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1557020

| | |
|---|---|
| Total Services | 4,164.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$4,164.00** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 2,049.90 | 12,944.00 | | 40,339.00 | | 55,332.90 |

| | |
|---|---|
| **Balance Due** | **$59,496.90** |

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

December 21, 2012

Inv. # 1560660
Our Ref. 062108-000100
SJR

Attention:    Residential Capital, LLC

Re:    **Case Administration**

| | | | |
|---|---|---|---|
| 10/01/12 | MG8 | Review heavy docket activity, much of which is related to objections to assumption and assignment and related cure amounts, in connection with Curtis' role as Debtors' conflicts counsel (1.00) | 1.00 |
| 10/01/12 | MAC | Review Fannie Mae's objection to Debtors' motion to assume and assign certain contracts in connection with potential conflicts issues (.40) | 0.40 |
| 10/01/12 | MAC | Conduct research in connection with issues re: Fannie Mae's objection to Debtors' motion to assume and assign certain contracts (1.20) | 1.20 |
| 10/03/12 | MG8 | Review docket activity in Residential Capital's Chapter 11 cases, including numerous notices and pleadings related to several stay relief matters and objections to the sale motion for conflicts counsel purposes (.80) | 0.80 |
| 10/04/12 | MG8 | Review docket activity in Residential Capital's Chapter 11 cases for conflicts purposes (.80) | 0.80 |
| 10/04/12 | AD | Update internal case calendar to reflect hearings and deadlines as set by the court (.10) | 0.10 |
| 10/05/12 | MG8 | Review recent docket activity for conflicts purposes (.80) | 0.80 |
| 10/09/12 | MG8 | Review recent docket activity for potential conflicts purposes (.80) | 0.80 |
| 10/09/12 | MG8 | Attend to correspondence with T. Hamzehpour regarding Curtis' work on executory contract matters due to certain conflicts at Morrison & Foerster (.50) | 0.50 |
| 10/10/12 | MG8 | Attend to docket activity for day in connection with Curtis' role as Debtors' conflicts counsel (.50) | 0.50 |
| 10/11/12 | AD | Begin assembling court documents for the Case Law Re: Objections to Debtors' Sale Motion and Proposals to Assume/Assign Executory Contracts binder per P. Buenger's request (2.70) | 2.70 |
| 10/11/12 | AD | Update internal case calendar to reflect hearings and | 0.30 |

December 21, 2012
Inv # 1560660
Our Ref #  062108-000100

Page  2

|  |  | deadlines as set by the Court (.30) |  |
|---|---|---|---|
| 10/12/12 | MG8 | Review daily docket activity in connection with Curtis' role as Debtors' conflicts counsel, including Committee's response to Debtors' motion to amend Barclays' DIP and Opinion on FHFA motion to compel discovery (.60) | 0.60 |
| 10/12/12 | AD | Finish assembling court documents for the Case Law Re: Objections to Debtors' Sale Motion and Proposals to Assume/Assign Executory Contracts binder per P. Buenger's request (.50) | 0.50 |
| 10/15/12 | MG8 | Review daily docket activity for potential conflicts purposes (.50) | 0.50 |
| 10/15/12 | AD | Assemble court documents for the binder re: the October 17, 2012 Hearing on the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion and Related Joinders (1.50) | 1.50 |
| 10/16/12 | MG8 | Review daily docket activity for potential conflicts purposes, including pleadings filed by various contract counter-parties in connection with hearing on RMBS Trustee's pre-auction objections (.80) | 0.80 |
| 10/19/12 | MG8 | Review daily docket activity for potential conflicts issues (.60) | 0.60 |
| 10/22/12 | MG8 | Review recent docket activity for potential conflicts purposes (1.20) | 1.20 |
| 10/23/12 | MG8 | Review recent docket activity in connection with Curtis' role as conflicts counsel to Debtors, including various stipulations modifying automatic stay, opinion denying request for borrowers' committee, revised scheduling order for RMBS settlement and various notices (.80) | 0.80 |
| 10/23/12 | AD | Update internal case calendar to reflect hearing dates and deadlines as set by the Court and follow up with J. Zimmer re: same (.50) | 0.50 |
| 10/23/12 | JZ | Confer and correspond with A. Dreiman regarding updating internal case calendar to reflect upcoming hearing dates (.10) | 0.10 |
| 10/24/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court (.10) | 0.10 |
| 10/25/12 | MG8 | Review recent docket activity in Residential Capital's Chapter 11 cases, as well as updates on status of auctions, for potential conflicts purposes (1.60) | 1.60 |
| 10/26/12 | MG8 | Review docket and materials relating to auction results for potential conflicts purposes (.60) | 0.60 |
| 10/26/12 | MAC | Review recently filed pleadings in connection with | 0.60 |

December 21, 2012
Inv # 1560660
Our Ref #  062108-000100

Page  3

|  |  | Curtis' role as conflicts counsel to the Debtors (.60) |  |
|---|---|---|---|
| 10/29/12 | MG8 | Briefly review docket activity, including numerous objections to Debtors' proposed asset sales in connection with Curtis' role as Debtors' conflicts counsel (.80) | 0.80 |
| 10/30/12 | MG8 | Briefly review docket activity, including agendas, notice and notice of adjournment of October 31st hearing for potential conflicts purposes (.30) | 0.30 |
| 10/31/12 | AD | Prepare folder of Filed Sales Procedures Orders and Responses to Sale Motion per M. Gallagher's request (.70) | 0.70 |

TOTAL HOURS            21.70

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael Ari Cohen | Partner | 2.20 | 730 | 1,606.00 |
| Maryann Gallagher | Counsel | 13.00 | 625 | 8,125.00 |
| James Zimmer | Associate | 0.10 | 345 | 34.50 |
| Alana Dreiman | Legal Assistant | 6.40 | 230 | 1,472.00 |
| | | **21.70** | | **$11,237.50** |

TOTAL SERVICES            $11,237.50

### Summary of Expenses

| | |
|---|---|
| External Photocopy Services | 373.30 |
| Transportation Expense: Subway to Court | 13.50 |

TOTAL EXPENSES            $386.80

TOTAL THIS INVOICE            $11,624.30



Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
IOI PARK AVENUE
NEW YORK, NEW YORK IOI78-OO6I

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538615 | 34,290.10 | 0.00 | 34,290.10 |
| 07/31/12 | 1544985 | 42,382.20 | 0.00 | 42,382.20 |
| 09/12/12 | 1547991 | 14,593.61 | 11,704.21 | 2,889.40 |
| 10/16/12 | 1552235 | 25,347.29 | 20,323.94 | 5,023.35 |
| 11/09/12 | 1557014 | 18,957.00 | 15,169.20 | 3,787.80 |
| | | Prior Balance | | **$88,372.85** |
| | | Balance Due | | **$99,997.15** |



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -** Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1560660

| | |
|---|---|
| Total Services | 11,237.50 |
| Total Expenses | 386.80 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$11,624.30** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 3,787.80 | 5,023.35 | 2,889.40 | 76,672.30 | 88,372.85 |

**Balance Due**          **$99,997.15**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                          December 21, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                        Inv. # 1560661
                                                                 Our Ref. 062108-000210
                                                                 SJR

Attention:    Residential Capital, LLC

Re:  **Asset Analysis, Sales and Recoveries**

| | | | |
|---|---|---|---|
| 10/01/12 | SJR | Review Freddie Mac's Objection to pleadings regarding assignment of contract for conflicts purposes and follow up regarding same (.70) | 0.70 |
| 10/01/12 | MG8 | Review objection of Fannie Mae to Debtors' notice of intent to assume or assign certain executory contracts and related cure amounts in connection with Sale Motion for conflicts purposes (.70) | 0.70 |
| 10/01/12 | MG8 | Review FHLMC (Freddie Mac) objection to proposed assumption and assignment of executory contracts for conflicts purposes (.50) | 0.50 |
| 10/04/12 | SJR | Review research regarding partial assignment and assumption of servicing contracts related to mortgages under 365 of the Bankruptcy Code in connection with CitiMortgage's Objection (3.40) | 3.40 |
| 10/04/12 | SJR | Review Residential Capital's proposals to assume and assign certain executory contracts and cure amounts, as well as Objections filed in connection with same (1.70) | 1.70 |
| 10/04/12 | TPS | Begin reviewing objections to sale motion (.50) | 0.50 |
| 10/04/12 | MG8 | Confer with P. Buenger regarding research issues related to CitiMortgage Objection to Sale Motion and American Home Mortgage decision (.30) | 0.30 |
| 10/04/12 | MG8 | Review CitiMortage objection to assumption and assignment, as well as cure amounts in connection with Sale Motion, per email from L. Marinuzzi (.50) | 0.50 |
| 10/04/12 | MG8 | Correspond with S. Reisman regarding project relating to executory contracts raised by CitiMortgage objection to Sale Motion and other objections for conflicts parties (.30) | 0.30 |
| 10/04/12 | MG8 | Confer with working group regarding executory contract research and attend to related follow up for conflicts purposes (.50) | 0.50 |
| 10/04/12 | MG8 | Review American Home Mortgage decisions and prior | 1.20 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  2

|            |      | research on severability issue (1.20)                                                                                                                                                                               |      |
| ---------- | ---- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---- |
| 10/04/12   | MG8  | Confer with working group regarding research on executory contract issue relating to Sale Motion and related follow-up (.40)                                                                                         | 0.40 |
| 10/04/12   | PJB2 | Confer with M. Gallagher re: objections to the notice of assumption and cure amounts of executory contracts of Debtors' assets by parties-in-interest with conflicts by the Debtors' main counsel (.30)             | 0.30 |
| 10/04/12   | PJB2 | Review Debtors' proposals to assume and assign executory contracts and cure amounts and various objections filed against same for conflicts purposes, including objections filed on behalf of CitiMortgage and Fannie Mae for conflicts purposes (3.30) | 3.30 |
| 10/04/12   | PJB2 | Meet with H. Hiznay to discuss status of case and objections and research re: assignment and assumption of executory contracts piecemeal (.40)                                                                       | 0.40 |
| 10/04/12   | PJB2 | Research partial assignment and assumption of servicing contracts relating to mortgages under section 365 of the Bankruptcy Code (2.80)                                                                              | 2.80 |
| 10/04/12   | HH   | Confer with P. Buenger re: research project re: severability of contract provisions, particularly in context of assumption/rejection (.40)                                                                           | 0.40 |
| 10/04/12   | HH   | Research severability of contracts in the context of bankruptcy, in particular the rejection/assumption context, in connection with objection to sale notice for conflicts purposes (4.10)                          | 4.10 |
| 10/05/12   | SJR  | Review documentation regarding CitiMortgage's Objection and attend to issues related to same (1.10)                                                                                                                  | 1.10 |
| 10/05/12   | SJR  | Review correspondence of Curtis to Morrison & Foerster regarding CitiMortgage's Objection and strategy regarding same (.90)                                                                                          | 0.90 |
| 10/05/12   | MG8  | Correspond with Curtis team regarding scope and direction of research on executory contract issues in connection with, inter alia, CitiMortgage objection (.60)                                                      | 0.60 |
| 10/05/12   | MG8  | Correspond with L. Marinuzzi regarding executory contract research in connection with, inter alia, CitiMortgage objection for conflicts purposes (.40)                                                               | 0.40 |
| 10/05/12   | PJB2 | Confer with H. Hiznay re: research on whether an executory contract can be severed into more than one underlying contract for purposes of assumption and assignment under section 365 of the Bankruptcy Code for conflicts purposes (.60) | 0.60 |
| 10/05/12   | PJB2 | Review pre-auction objections of the RMBS Trustee to the Debtors' sale motion with respect to interrelated                                                                                                            | 1.30 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  3

|  |  |  |  |
|---|---|---|---|
|  |  | issues concerning objections to cure amounts by certain executory contract conflict parties, and related documents (1.30) |  |
| 10/05/12 | JDM | Conduct research regarding assumption and assignment under Section 365 and severability under state law for conflicts purposes (2.50) | 2.50 |
| 10/05/12 | JDM | Confer with H. Hiznay regarding research regarding assumption and assignment under Section 365 and severability under state law (.50) | 0.50 |
| 10/05/12 | HH | Confer with P. Buenger re: research re: assumption or rejection of contracts in connection with Debtors' proposed sale of servicing agreements (.60) | 0.60 |
| 10/05/12 | HH | Conduct extensive research re: ability to sever contractual obligations in bankruptcy, particularly in connection with mortgage servicing agreements, including review of case law, law review articles and other secondary sources (8.80) | 8.80 |
| 10/05/12 | HH | Confer with D. Mize re: research project re: severability of contracts in bankruptcy, in connection with objections to Residential Capital's sale motion for conflicts purposes (.50) | 0.50 |
| 10/06/12 | SJR | Review and comment on draft Reply to RMBS Trustee's Objection (1.40) | 1.40 |
| 10/06/12 | MG8 | Review draft reply to RMBS trustee preauction objections and follow up with working group regarding same (.60) | 0.60 |
| 10/06/12 | MG8 | Review pleadings filed by K. Patrick in support of RMBS settlement for conflicts purposes and to see if it has any bearing on preauction objections raised by RMBS trustees (.60) | 0.60 |
| 10/06/12 | JDM | Research assumption and assignment under Section 365 and severability under state law (2.10) | 2.10 |
| 10/06/12 | JDM | Revise memo regarding assumption and assignment under Section 365 and severability under state law for conflicts purposes (1.20) | 1.20 |
| 10/06/12 | HH | Correspond with working group throughout the day re: research and preparation of memo re: severability of contracts in bankruptcy (.30) | 0.30 |
| 10/06/12 | HH | Finalize research re: severability of contracts in bankruptcy, in connection with objections to Residential Capital's sale motion for conflicts purposes (1.80) | 1.80 |
| 10/06/12 | HH | Draft memo re: ability to sever contractual obligations in bankruptcy, in connection with objections to Residential Capital's sale motion (4.60) | 4.60 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  4

| | | | |
|---|---|---|---|
| 10/07/12 | SJR | Review research under 363 and 365 of the Bankruptcy Code in connection with Objections made by conflicts parties (1.20) | 1.20 |
| 10/07/12 | MG8 | Review summary of AMH decision circulated by Curtis team, as well as reports of updated research on executory contract issues (.60) | 0.60 |
| 10/07/12 | MG8 | Correspond with Curtis team in connection with research under sections 363 and 365 of the Bankruptcy Code in connection with the Sale motion and certain objections made by conflict parties (.70) | 0.70 |
| 10/07/12 | MG8 | Review draft memo on severabilty or executory contracts circulated by H. Hiznay and D. Mize and confer with Curtis team regarding same (.70) | 0.70 |
| 10/07/12 | MG8 | Research precedent citing American Home Mortgage and review certain pleadings and orders in analogous cases for arguments and dispositions, including pleadings, documents and orders in the Capmark case in connection with certain objections to sale of Debtors' servicing platform (2.20) | 2.20 |
| 10/07/12 | JDM | Research discussions by bankruptcy courts related to the partial assumption of contracts under section 365 (3.80) | 3.80 |
| 10/07/12 | JDM | Confer and correspond with H. Hiznay regarding discussions by bankruptcy courts related to the partial assumption of contracts under section 365 (.60) | 0.60 |
| 10/07/12 | HH | Finalize memo prepared in conjuction with D. Mize re: severability of contracts in bankruptcy for conflicts purposes and confer with D. Mize regarding same (1.80) | 1.80 |
| 10/07/12 | HH | Prepare analysis of DB Structured Products, Inc. v. American Home Mortgage Holdings, Inc. per M. Gallagher's request, in connection with responses to objections to sale motion for conflicts purposes (2.10) | 2.10 |
| 10/07/12 | HH | Review dockets in Chapter 11 cases, such as Chrysler, GM, Lehman, and Capmark, for pleadings related to assumption and assignment of mortgage servicing contracts, to be used in connection with the objections to sale motion for conflicts purposes (4.60) | 4.60 |
| 10/08/12 | SJR | Attend to issues regarding 363 and 365 of the Bankruptcy Code in responding to Objections and analysis of issues regarding assumption and assignment of executory contracts whereby Debtors severed Certain Obligations related to same (4.40) | 4.40 |
| 10/08/12 | MG8 | Meet with working group to review research conducted over weekend on issues relating to sale objections for | 0.50 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  5

conflicts purposes (.50)

| | | | |
|---|---|---|---|
| 10/08/12 | MG8 | Meet with working group to discuss research results and additional research needed for various aspects of Sale Motion (.70) | 0.70 |
| 10/08/12 | MG8 | Meet with P. Buenger regarding the review of sale orders and related asset purchase agreements for sales conducted pursuant to section 363 in connection with proposed sale of servicing platform (.30) | 0.30 |
| 10/08/12 | MG8 | Participate in conference call with Curtis team and J. Marines of Morrison & Foerster regarding research and related issues for Debtors' Reply to RMBS pre-auction objections for conflicts purposes (.40) | 0.40 |
| 10/08/12 | PJB2 | Review numerous Chapter 11 case dockets re: research for orders and/or motions under sections 363 and 365 of the Bankruptcy Code containing provisions whereby debtor's severed underlying obligations or contracts within assumption and assignment of executory contracts, including underlying decisions by respective bankruptcy courts and memoranda in support of motions for same for conflicts purposes (9.30) | 9.30 |
| 10/08/12 | PJB2 | Participate in multiple discussions throughout the day with H. Hiznay re: review of numerous dockets containing orders and/or motions under sections 363 and 365 of the Bankruptcy Code (.60) | 0.60 |
| 10/08/12 | PJB2 | Confer with M. Gallagher re: research of Chapter 11 dockets for orders and/or motions under sections 363 and 365 of the Bankruptcy Code containing provisions whereby debtor's severed underlying obligations or contracts within assumption and assignment of executory contracts (.30) | 0.30 |
| 10/08/12 | JDM | Confer with H. Hiznay regarding discussions by bankruptcy courts related to the partial assumption of contracts under section 365 and follow up regarding same for conflicts purposes (.60) | 0.60 |
| 10/08/12 | JDM | Conduct research regarding severability under New York law for conflicts purposes (4.20) | 4.20 |
| 10/08/12 | HH | Confer with P. Buenger throughout the day re: status of project re: reviewing dockets in large Chapter 11 cases for possible arguments to be used in connection with the objections to sale motion (.60) | 0.60 |
| 10/08/12 | HH | Confer with D. Mize to discuss status of research re: severing contractual obligations in connection with a 363 sale or 365 assumption rejection (.40) | 0.40 |
| 10/08/12 | HH | Draft email to Curtis team re: ground covered in reviewing various dockets in large Chapter 11 cases for | 0.40 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  6

| | | | |
|---|---|---|---|
| | | possible arguments to be used in connection with the objection to sale motion (.40) | |
| 10/08/12 | HH | Continue reviewing various dockets in large Chapter 11 cases for possible arguments to be used in connection with the objections to sale motion for conflicts purposes (8.50) | 8.50 |
| 10/08/12 | HH | Review various dockets in large Chapter 11 cases for possible arguments to be used in connection with the objections to sale motion (2.10) | 2.10 |
| 10/09/12 | SJR | Review research regarding severance of underlying contracts and/or obligations under 365 of the Bankruptcy Code in connection with Sale Objections (1.80) | 1.80 |
| 10/09/12 | JD3 | Review follow up correspondence re: Calpine Settlement Agreement and revised version of Settlement Agreement incorporating comments (.40) | 0.40 |
| 10/09/12 | JD3 | Correspond re: arranging call with Calpine counsel re: comments to Settlement Agreement (.20) | 0.20 |
| 10/09/12 | JD3 | Review, edit and circulate comments to Calpine Settlement Agreement for conflicts purposes (1.20) | 1.20 |
| 10/09/12 | MG8 | Review materials relating to sale of REO property by GMAC to Calpine in connection with related settlement and attend to related follow-up with working group (.60) | 0.60 |
| 10/09/12 | MG8 | Review correspondence regarding discovery, as well as updates and agenda for the October 10th status conference on Debtors' sale motion, in connection with Curtis' role as conflicts counsel to Debtors and confer with H. Hiznay regarding same (1.10) | 1.10 |
| 10/09/12 | MG8 | Correspond with J. Marines of Morrison & Foerster regarding status of discussions with Nationstar on certain executory contract issues for potential conflicts purposes (.30) | 0.30 |
| 10/09/12 | MG8 | Further review of research on assumption of executory contracts in connection with RMBS Trustee's pre-auction objections and related communications with Curtis team (1.50) | 1.50 |
| 10/09/12 | PJB2 | Confer with working group re: reviewing various dockets and sale orders and motions under sections 363 and 365 of the Bankruptcy Code (.30) | 0.30 |
| 10/09/12 | PJB2 | Correspond with working group re: follow-up to research on severance of underlying contracts and/or obligations under section 365 of the Bankruptcy Code (.10) | 0.10 |
| 10/09/12 | PJB2 | Further review of numerous Chapter 11 dockets re: | 4.80 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  7

|  |  |  |  |
|---|---|---|---|
|  |  | research for orders and/or motions under sections 363 and 365 of the Bankruptcy Code containing provisions whereby debtor's severed underlying obligations or contracts within assumption and assignment of executory contracts, including underlying decisions by respective bankruptcy courts and memoranda in support of motions for same for conflicts purposes (4.80) |  |
| 10/09/12 | HH | Continue to review issues in connection with research project re: helpful precedent for sale of mortgage servicing contracts, in connection with Residential Capital's potential sale to Nationstar (1.20) | 1.20 |
| 10/09/12 | HH | Confer with M. Gallagher re: research for response to CitiMortgage objection to Sale Motion (.20) | 0.20 |
| 10/09/12 | HH | Update compilation of research for record keeping purposes (.60) | 0.60 |
| 10/10/12 | SJR | Review outline of Objection by CitiMortgage to Debtors' proposals to assume and assign certain executory contracts and cure amounts related thereto (1.40) | 1.40 |
| 10/10/12 | JD3 | Prepare for and participate in call with K. Piper and M. Gallagher re: comments to Calpine Settlement Agreement and authority under Bankruptcy Court orders to sell REO property free and clear of liens and follow up re: same (.60) | 0.60 |
| 10/10/12 | MG8 | Review draft settlement agreement transferring a certain California REO property to Calpine in resolution of Calpine issue with respect to gas pipeline on REO property and participate in phone call with J. Drew and K. Piper of Calpine regarding same (.80) | 0.80 |
| 10/10/12 | MG8 | Confer with H. Hiznay regarding research for response to CitiMortgage objection to assumption and assignment of servicing agreements and related cure amount objection (.20) | 0.20 |
| 10/10/12 | MG8 | Meet with P. Buenger to coordinate preparation of response to CitiMortgage objection to assumption and assignment of servicing agreements and related objection to proposed cure amount (.20) | 0.20 |
| 10/10/12 | MG8 | Briefly review certain servicing agreements provided by client related to CitiMortgage objection to assumption and assignment and conduct related follow-up with Curtis team for conflicts purposes (.70) | 0.70 |
| 10/10/12 | PJB2 | Begin outlining reply to objection by CitiMortgage to Debtors' proposals to assume and assign executory contracts and assign cure amounts related thereto and further review various pleadings filed re: proposed sale and assumption/assignment of executory contracts (3.40) | 3.40 |

December 21, 2012
Inv # 1560661
Our Ref # 062108-000210


Page 8

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/10/12 | PJB2 | Meet with M. Gallagher to discuss outlining reply to objection by CitiMortgage to Debtors' proposals to assume and assign executory contracts and assign cure amounts related thereto (.20) | 0.20 |
| 10/10/12 | JDM | Attend to review of Citibank objection to notice of sale for conflicts purposes (1.30) | 1.30 |
| 10/10/12 | HH | Review correspondence re: research project re: sale of mortgage servicing agreements for conflicts purposes (.20) | 0.20 |
| 10/10/12 | HH | Review issues and documentation in connection with sale of mortgage servicing agreements and follow up with M. Gallagher re: same (.40) | 0.40 |
| 10/11/12 | SJR | Review RMBS Trustee's Objection and CitiMortgage's Objection to assumption and assignment and analyze issues related to same (2.20) | 2.20 |
| 10/11/12 | MG8 | Meet with Curtis team to discuss executory contract issues for research in connection with addressing issues common to RMBS Trustee's objections and CitiMortgage's objection to assumption and assignment (.70) | 0.70 |
| 10/11/12 | MG8 | Research executory contract issues relating to indemnification obligations under servicing agreements in connection with addressing certain objections to the Sale Motion (3.70) | 3.70 |
| 10/11/12 | MG8 | Participate in conference call with L. Marinuzzi, A. Barrage, and J. Marines to discuss certain executory contract issues common to CitiMortgage objection and RMBS Trustee's pre-auction objections for conflicts purposes (.60) | 0.60 |
| 10/11/12 | MG8 | Confer with working group regarding research on executory contract issues (.20) | 0.20 |
| 10/11/12 | EC | Attend meeting with working group regarding research on indemnification obligation for successors in interest in assigned contracts under section 365 (.20) | 0.20 |
| 10/11/12 | PJB2 | Further review various pleadings filed re: proposed sale and assumption/assignment of executory contracts in relation to objection by CitiMortgage to Debtors' proposals to assume and assign executory contracts and assign cure amounts related thereto (1.40) | 1.40 |
| 10/11/12 | PJB2 | Conduct research re: prior bankruptcy section 363 sales involving assumption and assignment of underlying contracts under section 365 and the treatment of indemnification clauses within the executory contracts and cure amounts arising from same (3.40) | 3.40 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  9

| 10/11/12 | PJB2 | Meet with working group to discuss next steps and further research re: various objections to Debtors' proposed sale order and proposals to assume/assign executory contracts for conflicts purposes (.80) | 0.80 |
|---|---|---|---|
| 10/11/12 | PJB2 | Collaborate with working group on compiling case law re: objection by CitiMortgage to Debtors' proposals to assume and assign executory contracts and assign cure amounts related thereto (.30) | 0.30 |
| 10/11/12 | PJB2 | Research section 365(f) and anti-assignability clauses to prepare for reply to objection by CitiMortgage to Debtors' proposals to assume and assign executory contracts and assign cure amounts related thereto (1.80) | 1.80 |
| 10/11/12 | PJB2 | Confer with working group re: research of prior bankruptcy section 363 sales involving assumption and assignment of underlying contracts under section 365 and the treatment of indemnification clauses within the executory contracts and cure amounts arising from same (.20) | 0.20 |
| 10/11/12 | JDM | Attend meeting with working group regarding whether indemnity liability may be distinguished based on actions before the sale and after the sale and follow up regarding same for conflicts purposes (.80) | 0.80 |
| 10/11/12 | JDM | Research whether indemnity liability may be distinguished based on actions before the sale and after the sale (2.20) | 2.20 |
| 10/11/12 | HH | Meet with working group re: ongoing research project re: review of dockets for precedent relating to sale of mortgage servicing agreements (.80) | 0.80 |
| 10/11/12 | HH | Conduct research re: ongoing research project re: review of dockets for precedent relating to sale of mortgage servicing agreements for conflicts purposes (1.30) | 1.30 |
| 10/12/12 | SJR | Review RMBS Trustee's Response in Support of Pre-Auction Objections where Curtis is acting as Conflicts Counsel (1.30) | 1.30 |
| 10/12/12 | SJR | Review research on Residential Capital's indemnity issue in connection with sale transaction and supporting law for issues where there is the ability to bifurcate an indemnification obligation with respect to an assumed and assigned contract (2.30) | 2.30 |
| 10/12/12 | SJR | Review final e-mail to Morrison & Foerster regarding research on bifurcation of indemnification obligations with respect to an assumed and assigned contract prior to the closing of 363 sale (.80) | 0.80 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  10

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 10/12/12 | MG8 | Research executory contract precedent relating to indemnification and contingent liabilities in connection with pre-auction objections and objection to assumption, assignment and cure amounts for conflicts purposes (4.30) | 4.30 |
| 10/12/12 | MG8 | Meet with Curtis team to review progress of research on executory contract issues, next steps and coordination with Morrison & Foerster (.50) | 0.50 |
| 10/12/12 | MG8 | Review AMBAC objections and RMBS Trustee's reply in connection with pre-auction objections for purposes of focusing executory contract research (.50) | 0.50 |
| 10/12/12 | EC | Meet with working group to discuss research relating to indemnity obligation under an assumed contract (.50) | 0.50 |
| 10/12/12 | EC | Perform legal research relating to accrual of indemnity claims and whether debtor may retain indemnity claims for pre-closing conduct when assigning an assumed executory contract (7.30) | 7.30 |
| 10/12/12 | PJB2 | Research pre- and post-closing obligations under executory contracts being assumed and assigned within a 363 sale by purchaser or debtor with review of various case law and dockets re: same and confer with working group throughout the day re: same for conflicts purposes (8.30) | 8.30 |
| 10/12/12 | PJB2 | Correspond with working group re: research on pre- and post-closing obligations under executory contracts being assumed and assigned within a 363 sale by purchaser or debtor (.30) | 0.30 |
| 10/12/12 | PJB2 | Meet with working group to discuss research re: assumption and assignment of only post-closing obligations under executory contract within context of a 363 bankruptcy sale for conflicts purposes (.50) | 0.50 |
| 10/12/12 | PJB2 | Review Response of RMBS Trustees in Support of their Pre-Auction Objections to the Debtors' Sale Motion (.70) | 0.70 |
| 10/12/12 | PJB2 | Confer with working group re: pre- and post-closing obligations under executory contracts being assumed and assigned within a 363 sale by purchaser or debtor (.50) | 0.50 |
| 10/12/12 | HH | Attend to extensive internal correspondences throughout the day re: review of dockets and related research re: precedent for sale of mortgage servicing contracts, in connection with Residential Capital's proposed sale to Nationstar (.90) | 0.90 |
| 10/12/12 | HH | Continue extensive research in connection with precedent for sale of mortgage servicing contracts, in | 3.20 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  11

|  |  |  |  |
|---|---|---|---|
|  |  | connection with Residential Capital's proposed sale to Nationstar for conflicts purposes (3.20) |  |
| 10/12/12 | HH | Meet with working group re: precedent for sale of mortgage servicing contracts, in connection with Residential Capital's proposed sale to Nationstar (.50) | 0.50 |
| 10/12/12 | HH | Draft email to T. Foudy and M. Gallagher re: results of research re: Capmark (.90) | 0.90 |
| 10/13/12 | MG8 | Research bankruptcy dockets for mortgage-related companies and relevant pleadings, documents and orders for precedent on treatment assigned contracts and related issues for conflicts purposes (9.50) | 9.50 |
| 10/13/12 | MG8 | Correspond with Curtis team regarding research in bankruptcy case dockets for precedent regarding issues relating to assignment of contracts in sales of mortgage servicing businesses and related matters for conflicts purposes (.80) | 0.80 |
| 10/13/12 | PJB2 | Correspond with working group re: further research and review various bankruptcy dockets and underlying pleadings where debtor assumed and assigned executory contracts and purchaser only assumes post-closing obligations arising under same (.40) | 0.40 |
| 10/13/12 | PJB2 | Continue research and review of various bankruptcy dockets and underlying pleadings where debtor/s assumed and assigned executory contracts and purchaser only assumes post-closing obligations arising under same and draft summaries of same for conflicts purposes (6.90) | 6.90 |
| 10/13/12 | HH | Review docket of bankruptcy cases where debtor assumed and assigned executory contracts and purchaser only assumes post-closing obligations arising under same (10.20) | 10.20 |
| 10/14/12 | MG8 | Review transcripts for hearings, objections and Debtors' omnibus reply to objections to sale of servicing business in American Home Mortgage bankruptcy case for precedent on certain contract matters (3.60) | 3.60 |
| 10/14/12 | MG8 | Attend to review and comments on analysis of pleadings, orders, transcripts and related documents circulated by H. Hiznay and P. Buenger regarding precedent for assignment of agreements in servicing business sales (1.20) | 1.20 |
| 10/14/12 | PJB2 | Correspond with working group re: further research into bankruptcy cases in which debtor assumed and assigned executory contracts and assignee did not assume pre-closing obligations or liabilities (.30) | 0.30 |
| 10/14/12 | PJB2 | Research bankruptcy cases in which debtor assumed and assigned executory contracts and assignee did not | 8.30 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  12

|  |  |  |  |
|---|---|---|---|
|  |  | assume pre-closing obligations or liabilities and review underlying pleadings, motions, orders and hearing transcripts of same (8.30) |  |
| 10/14/12 | PJB2 | Follow-up with working group re: research into bankruptcy cases in which debtor assumed and assigned executory contracts and assignee did not assume pre-closing obligations or liabilities and review underlying pleadings, motions, orders and hearing transcripts of same, including additional review of pleadings reflecting issues raised in Residential Capital matter for conflicts purposes (.80) | 0.80 |
| 10/14/12 | HH | Attend to docket review of bankruptcy cases in which debtor assumed and assigned executory contracts and assignee did not assume pre-closing obligations or liabilities (3.20) | 3.20 |
| 10/15/12 | SJR | Review documentation in connection with RMBS and CitiMortgage's Objections to sale and follow up regarding Curtis addressing conflict matters and issues regarding same (2.20) | 2.20 |
| 10/15/12 | MG8 | Correspond with counsel to CPN and local counsel to Residential Capital regarding resolution of CPN request to resolve dispute through purchase of REO parcel for conflicts purposes (.30) | 0.30 |
| 10/15/12 | MG8 | Continue to review research in connection with RMBS pre-auction objections and CitiMortgage's objection to sale research on docket searches for treatment of indemnification obligations and related materials and correspond with Curtis team regarding same (3.70) | 3.70 |
| 10/15/12 | EC | Perform legal research relating to accrual of indemnification claims under executory agreements and liability of debtor for pre-petition indemnifiable acts where obligation accrues through assertion of a claim after petition or confirmation of plan by bankruptcy court (4.90) | 4.90 |
| 10/15/12 | EC | Prepare memorandum describing when contractual indemnity obligation is deemed to arise for a debtor in the context of bankruptcy (1.40) | 1.40 |
| 10/15/12 | PJB2 | Research bankruptcy cases in which debtor assumed and assigned executory contracts and assignee did not assume pre-closing obligations or liabilities and review underlying pleadings, motions, orders and hearing transcripts of same (3.80) | 3.80 |
| 10/15/12 | PJB2 | Meet with working group to discuss update on research into bankruptcy cases in which debtor assumed and assigned executory contracts and assignee did not assume pre-closing obligations or liabilities and review underlying pleadings, motions, orders and hearing transcripts of same (.20) | 0.20 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  13

| | | | |
|---|---|---|---|
| 10/16/12 | SJR | Review research on assumed and assigned executory contracts and separation of liabilities and obligations where Curtis is acting as Conflicts Counsel (2.10) | 2.10 |
| 10/16/12 | MG8 | Review research in indemnification liability relating to assumed contracts and confer with working group regarding same (.40) | 0.40 |
| 10/16/12 | EC | Prepare memorandum discussing accrual and timing of indemnity claims in bankruptcy for determination of whether contractual indemnity claims arising from an assigned contract are a claim against bankruptcy estate for conflicts purposes (7.90) | 7.90 |
| 10/16/12 | EC | Confer with working group regarding when indemnity claims arise against bankruptcy estate and relevancy of accrual of claims for determining timing of indemnity claims for preparation of memorandum (.20) | 0.20 |
| 10/16/12 | PJB2 | Review non-mortgage related bankruptcy dockets and underlying pleadings, motions, orders and transcripts re: research on previous cases where executory contracts were assumed and assigned but purchaser did not assume all pre-closing obligations under the respective executory contracts for conflicts purposes (6.60) | 6.60 |
| 10/16/12 | HH | Research additional instances where issues similar to those in Residential Capital may have occurred (.40) | 0.40 |
| 10/17/12 | PJB2 | Finish reviewing non-mortgage related bankruptcy dockets and underlying pleadings, motions, orders and transcripts re: research on previous cases where executory contracts were assumed and assigned but purchaser did not assume all pre-closing obligations under the respective executory contracts for conflicts purposes (3.60) | 3.60 |
| 10/17/12 | PJB2 | Review various pleadings filed by conflicts parties for hearing on pre-auction objections and prepare for hearing on same (1.30) | 1.30 |
| 10/17/12 | PJB2 | Meet with working group to discuss next steps in ongoing research re: assumption and assignment of executory contracts and preparation for upcoming hearing on pre-auction objections (.30) | 0.30 |
| 10/18/12 | PJB2 | Correspond and confer with working group re: stipulation and order to be filed in Debtors v. Allstate et al. adversary proceeding and review docket re: same for conflicts purposes (.40) | 0.40 |
| 10/22/12 | SJR | Attend to preparation for auction of substantially all of Debtors' assets regarding conflicts issues related to same, as well as objections to sale of contracts (2.20) | 2.20 |

December 21, 2012
Inv # 1560661
Our Ref # 062108-000210

Page 14

| | | | |
|---|---|---|---|
| 10/22/12 | MG8 | Correspond with K. Piper of Calpine, J. Lowenthal, counsel to First American, and Harold Jones, litigation counsel to GMAC, regarding resolution to Calpine dispute involving transfer of certain parcel of REO to Calpine (.30) | 0.30 |
| 10/22/12 | PJB2 | Review underlying documents and pleadings for preparation for upcoming auction of substantially all of Debtors' assets and additional potential bidders for conflicts purposes, including additional review of various documents for ongoing objections to sale motion and order for conflicts purposes (2.30) | 2.30 |
| 10/22/12 | PJB2 | Meet with working group to discuss preparation for upcoming auction of substantially all of Debtors' assets and additional potential bidders for conflicts purposes (.20) | 0.20 |
| 10/23/12 | MG8 | Update Curtis team on status of auctions for potential conflicts purposes (.30) | 0.30 |
| 10/23/12 | MG8 | Participate in conference call with K. Piper and H. Jones regarding resolution to Calpine dispute with GMAC over REO property pursuant to which Calpine will purchase the REO propoerty (.60) | 0.60 |
| 10/23/12 | MG8 | Review draft settlement document prepared by Calpine, the Non-GSA servicing order and the Supplemental Servicing Order to confirm that proposed transfer of REO falls within those orders (.80) | 0.80 |
| 10/25/12 | MG8 | Correspond with H. Jones, counsel to GMAC, in Calpine REO matter for conflicts purposes (.20) | 0.20 |
| 10/25/12 | MG8 | Participate in telephone conference with N. Rosenbaum of Morrison & Foerster regarding issue relating to title company involved in proposed resolution of dispute with Calpine involving purchase of REO property by Calpine (.20) | 0.20 |
| 10/30/12 | MG8 | Review Objection of CitiMortgage to Debtors' proposed sale of servicing platform (.50) | 0.50 |
| 10/31/12 | SJR | Attend to matters regarding Residential Capital's sale and strategy with respect to resolving Objection to same (.70) | 0.70 |
| 10/31/12 | MG8 | Participate in conference call with Morrison & Foerster to review strategy for objections to sales and related follow up (1.40) | 1.40 |
| 10/31/12 | BMK | Compare executory contracts listed in CitiMortgage's Sale Objection with those referenced on the Debtors' Schedules (1.20) | 1.20 |
| 10/31/12 | BMK | Draft e-mail detailing the comparison of CitiMortgage | 0.30 |

December 21, 2012
Inv # 1560661
Our Ref #  062108-000210

Page  15

Inc.'s sale objection with contracts listed on Debtors'
Schedules (0.30)

10/31/12  JZ    Correspond with working group regarding chart of          0.10
objections to sale (.10)

TOTAL HOURS          277.80

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 31.80 | 830 | 26,394.00 |
| Turner P. Smith | Partner | 0.50 | 830 | 415.00 |
| Maryann Gallagher | Counsel | 52.40 | 625 | 32,750.00 |
| James V. Drew | Associate | 2.40 | 590 | 1,416.00 |
| Peter Josef Buenger | Associate | 81.30 | 425 | 34,552.50 |
| J. Derek Mize | Associate | 19.80 | 425 | 8,415.00 |
| Heather Hiznay | Associate | 65.60 | 345 | 22,632.00 |
| James Zimmer | Associate | 0.10 | 345 | 34.50 |
| Bryan M. Kotliar | Associate | 1.50 | 305 | 457.50 |
| Edward Combs | Associate | 22.40 | 290 | 6,496.00 |
| | | **277.80** | | **$133,562.50** |

TOTAL SERVICES                    $133,562.50

### Summary of Expenses

External Photocopy Services                    55.50

TOTAL EXPENSES                    $55.50

TOTAL THIS INVOICE                    $133,618.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538151 | 2,287.00 | 0.00 | 2,287.00 |
| 07/31/12 | 1544986 | 9,604.50 | 1,670.20 | 7,934.30 |
| 09/12/12 | 1547992 | 5,398.00 | 4,318.40 | 1,079.60 |
| 11/09/12 | 1557015 | 861.00 | 688.80 | 172.20 |

Prior Balance **$11,473.10**

Balance Due **$145,091.10**



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**     Bank:                    Citibank
                        ABA Routing #:           021000089
                        F/B/O:                   Curtis Mallet-Prevost Colt & Mosle LLP
                        Account#                 40585074

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
                        General Post Office
                        P.O. Box 27930
                        New York, NY 10087-7930


Residential Capital, LLC
Inv. # 1560661

| | |
|---|---|
| Total Services | 133,562.50 |
| Total Expenses | 55.50 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$133,618.00** |


**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 172.20 | | 1,079.60 | 10,221.30 | 11,473.10 |

**Balance Due**          **$145,091.10**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

December 21, 2012

Inv. # 1560662
Our Ref. 062108-000220
SJR

Attention:    Residential Capital, LLC

**Re:  Cash Collateral, DIP & Other Financing**

| | | | |
|---|---|---|---|
| 10/10/12 | MG8 | Review motion to amend Barclys' DIP and related documents to allow for prior sale of Legacy and FHA/Va portfolios for potential conflicts purposes (.20) | 0.20 |
| | | TOTAL HOURS | 0.20 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.20 | 625 | 125.00 |
| | | **0.20** | | **$125.00** |

**TOTAL SERVICES** $125.00

**TOTAL THIS INVOICE** $125.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

| | |
|---|---|
| **Mail Checks to -** | Curtis Mallet-Prevost Colt & Mosle LLP |
| | General Post Office |
| | P.O. Box 27930 |
| | New York, NY 10087-7930 |

Residential Capital, LLC
Inv. # 1560662

| | |
|---|---|
| Total Services | 125.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$125.00** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

December 21, 2012

Inv. # 1560665
Our Ref. 062108-000350
SJR

Attention:    Residential Capital, LLC

**Re:    Hearings and Court Matters**

| | | | |
|---|---|---|---|
| 10/10/12 | MG8 | Prepare for and attend omnibus hearing and status conferences regarding RMBS Settlement and RMBS pre-auction objections in connection with Curtis' role as Debtors' conflicts counsel (3.60) | 3.60 |
| | | TOTAL HOURS | 3.60 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 3.60 | 625 | 2,250.00 |
| | | **3.60** | | **$2,250.00** |

**TOTAL SERVICES** $2,250.00

**TOTAL THIS INVOICE** $2,250.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538152 | 5,110.00 | 0.00 | 5,110.00 |
| 07/31/12 | 1544987 | 26,943.00 | 21,554.40 | 5,388.60 |
| 09/12/12 | 1547993 | 12,872.50 | 10,298.00 | 2,574.50 |
| 10/16/12 | 1552237 | 11,110.00 | 8,888.00 | 2,222.00 |
| 11/09/12 | 1557016 | 7,562.50 | 6,050.00 | 1,512.50 |

|  | Prior Balance | **$16,807.60** |
|---|---|---|
|  | Balance Due | **$19,057.60** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1560665

| | |
|---|---|
| Total Services | 2,250.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$2,250.00** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 1,512.50 | 2,222.00 | 2,574.50 | 10,498.60 | 16,807.60 |

**Balance Due**        **$19,057.60**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                                       December 21, 2012
1100 Virginia Drive
MC: 190_FTW-M01                                                               Inv. # 1560666
Fort Washington  PA 19034                                                     Our Ref. 062108-000400
                                                                              SJR

Attention:    Residential Capital, LLC

**Re:    General Litigation Matters**

| | | | |
|---|---|---|---|
| 10/04/12 | SJR | Follow up regarding Cure Objections and Curtis' handling of same same in connection with CitiMortgage's Objection and other related matters (1.70) | 1.70 |
| 10/04/12 | TF1 | Participate in conference call with Morrison & Foerster to discuss conflicts assignment vis-a-vis cure and assignment objections related to Sale Motion (.20) | 0.20 |
| 10/04/12 | TF1 | Attend to matters concerning legal research needed for conflicts assignment and confer with working group regarding same (1.20) | 1.20 |
| 10/04/12 | TF1 | Review and take notes on Citigroup objection to cure and assignment in connection with Sale Motion (1.10) | 1.10 |
| 10/05/12 | SJR | Attend to issues regarding objections to cure amounts and assumption and assignment of contracts in the Residential Capital case on matters where Curtis is acting as Conflicts Counsel and review underlying documentation related to same (3.30) | 3.30 |
| 10/05/12 | TPS | Conduct research in support of opposition to CitiMortgage's cure objection on sales motion (.70) | 0.70 |
| 10/05/12 | TF1 | Follow-up on staffing and assignments regarding research for conflicts project regarding objections to cure amounts and assumption/assignments (.50) | 0.50 |
| 10/08/12 | TF1 | Confer with working group regarding research in regards to objections to assumption/assignments and cure amounts (2.30) | 2.30 |
| 10/08/12 | TF1 | Confer with Morrison & Foerster's J. Marines on status of obligations to be assumed by Nationstar (.30) | 0.30 |
| 10/08/12 | TF1 | Review and take notes on materials relevant to assumption/assignment and cure amount objections, including objections by Citigroup, Fannie, RMBS Trustees, and Sale Procedures Order (4.70) | 4.70 |
| 10/09/12 | SJR | Review materials regarding assumption/assignment and cure amount objections whereby Curtis is acting as | 2.70 |

December 21, 2012
Inv # 1560666
Our Ref #  062108-000400

Page  2

|  |  |  |  |
|---|---|---|---|
|  |  | Conflicts Counsel in connection with same related to CitiMortgage and RMBS (2.70) |  |
| 10/09/12 | TF1 | Attend to matters concerning preparation for responses to objections assignment/assumption and cure amounts for conflict parties, including communications with Morrison & Foerster regarding coordination and negotiation with Nationstar on issues pertinent to objections and follow-up on research, continued review and note-taking on pertinent orders and pleadings (1.80) | 1.80 |
| 10/10/12 | TF1 | Attend omnibus hearing, including pre-trial conference on Trustees' pre-auction objections that mirror assigment/assumption and cure objections raised by conflicts parties (1.50) | 1.50 |
| 10/10/12 | TF1 | Review agenda and debtors' reply to pre-auction objections in connection with hearing and conference on Trustee's pre-auction objections to Sale Motion (.50) | 0.50 |
| 10/11/12 | TF1 | Participate in conference call with Morrison & Foerster on assumption/assignment and cure objections by conflicts parties (.30) | 0.30 |
| 10/11/12 | TF1 | Confer with working group to discuss research needed in connection with same (.80) | 0.80 |
| 10/11/12 | TF1 | Briefly review CitiMortgage agreements received from Morrison & Foerster (.40) | 0.40 |
| 10/11/12 | TF1 | Review research results (1.00) | 1.00 |
| 10/12/12 | TF1 | Review proposed stipulation further extending stay as to conflicts parties and research related background information on conflicts parties and suits sought to be stayed (1.20) | 1.20 |
| 10/12/12 | TF1 | Review RMBS Trustees reply concerning pre-auction objections because it raises similar issues as conflicts parties in objecting to assignment/assumption (.50) | 0.50 |
| 10/12/12 | TF1 | Meet with Curtis team to discuss research for responding to conflicts parties' objections to assignment/assumptions (.50) | 0.50 |
| 10/12/12 | TF1 | Review underlying pleadings in key cases that raised similar issues to those raised by conflicts parties' objections to assignment/assumption and draft summaries regarding same for Morrison & Foerster in handling similar issues raised by other parties (4.50) | 4.50 |
| 10/13/12 | TF1 | Continue reviewing research results and underlying pleadings on issues raised by conflicts parties in objections to assumption/assignment and draft summaries of same for Morrison & Foerster (1.50) | 1.50 |

December 21, 2012
Inv # 1560666
Our Ref #  062108-000400

Page  3

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/14/12 | TF1 | Continue reviewing research results and underlying pleadings on issues raised by conflicts parties in objections to assumption/assignment and draft summaries of same for Morrison & Foerster (1.30) | 1.30 |
| 10/15/12 | TF1 | Review pleadings in other cases uncovered by researchers relevant to assignment/assumption objections made by conflicts parties and draft summaries of same for Morrison & Foerster for similar issues raised by other parties (6.50) | 6.50 |
| 10/15/12 | TF1 | Confer with working group on results of research (.30) | 0.30 |
| 10/16/12 | TF1 | Review and send comments to latest draft stipulation regarding extension of automatic stay and review Judge's ruling on FHFA discovery request in connection therewith (1.00) | 1.00 |
| 10/16/12 | TF1 | Review unreported pleadings found by researchers relevant to issues raised by conflicts parties about indemnification obligations in objections to assumption/assignment of servicing rights (1.40) | 1.40 |
| 10/16/12 | TF1 | Confer with working group re: legal research in connection with assumption/assignment of indemnification obligations (.20) | 0.20 |
| 10/16/12 | TF1 | Review E. Combs' memo on assumption/assignment of indemnification obligations and exchange emails with working group re: same (.40) | 0.40 |
| 10/17/12 | TF1 | Attend hearing on RMBS pre-auction objections in light of Citigroup filing in relation to same (.80) | 0.80 |
| 10/17/12 | TF1 | Prepare for hearing on RMBS pre-auction objections by reviewing agenda and filings in light of Citigroup filing in relation to same (.70) | 0.70 |
| 10/17/12 | TF1 | Review and edit stipulation on extending stay to January 2013 for conflicts purposes (.30) | 0.30 |
| 10/17/12 | TF1 | Review and edit John Hancock's stipulation on extending stay (.40) | 0.40 |
| 10/17/12 | TF1 | Correspond with Morrison & Foerster on progress of negotiations regarding consensual extension of stay for conflicts purposes (.20) | 0.20 |
| 10/17/12 | TF1 | In light of naming additional conflicts parties, review and edit amended complaint to extend stay and renewed motion to extend stay (2.70) | 2.70 |
| 10/17/12 | MG8 | Prepare for and attend hearing on RMBS Trustee's pre-auction objections to the Debtors' proposed sale of the servicing platform, the debtors' KEIP program and the Debtors' motion to amend the Barclays' DIP facility | 1.20 |

December 21, 2012
Inv # 1560666
Our Ref #  062108-000400

Page  4

in connection with Curtis' role as Debtors' conflicts
counsel (1.20)

| 10/18/12 TF1 | Review and communicate with Morrison & Foerster on final version of Hancock extend stay stipulation (.20) | 0.20 |
| 10/18/12 TF1 | Follow-up on status in regards to Colonial Bank, amended complaint to extend stay, and renewed motion to extend stay for conflicts purposes (.20) | 0.20 |
| 10/19/12 TF1 | Follow-up regarding revisions to Sale Order as pertains to conflicts parties' objections to assumption and assignment (.10) | 0.10 |
| 10/22/12 TF1 | Review new stipulation filed in extend stay adversary proceeding (.10) | 0.10 |
| 10/23/12 TF1 | Review filed and signed stipulations regarding extend stay adversary proceeding involving conflicts parties (.20) | 0.20 |
| 10/26/12 TF1 | Review new scheduling order for RMBS Trustee, results of auction, and other updates pertinent to objections by conflicts parties to assignment/assumption (.20) | 0.20 |
| 10/31/12 TF1 | Confer with A. Barrage on Citibank objection to sale (.10) | 0.10 |
| 10/31/12 TF1 | Participate in group call on responses to sale objections (1.00) | 1.00 |
| 10/31/12 TF1 | Follow-up with client and counsel for CitiMortgage on potential resolution of CitiMortgage objection (.50) | 0.50 |
| 10/31/12 TF1 | Review information on Citigroup and other objections in preparation for call (.90) | 0.90 |

TOTAL HOURS          54.10

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 7.70 | 830 | 6,391.00 |
| Turner P. Smith | Partner | 0.70 | 830 | 581.00 |
| Theresa A. Foudy | Partner | 44.50 | 730 | 32,485.00 |
| Maryann Gallagher | Counsel | 1.20 | 625 | 750.00 |
| | | **54.10** | | **$40,207.00** |

**TOTAL SERVICES**                              **$40,207.00**

December 21, 2012
Inv # 1560666
Our Ref #  062108-000400

Page  5

**TOTAL THIS INVOICE**                                    **$40,207.00**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/31/12 | 1544988 | 27,041.50 | 21,633.20 | 5,408.30 |
| 09/12/12 | 1547994 | 2,704.50 | 2,163.60 | 540.90 |
| | | Prior Balance | | **$5,949.20** |
| | | Balance Due | | **$46,156.20** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

| | |
|---|---|
| **Mail Checks to -** | Curtis Mallet-Prevost Colt & Mosle LLP |
| | General Post Office |
| | P.O. Box 27930 |
| | New York, NY 10087-7930 |

Residential Capital, LLC
Inv. # 1560666

| | |
|---|---|
| Total Services | 40,207.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$40,207.00** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | | | 540.90 | 5,408.30 | 5,949.20 |

**Balance Due**        **$46,156.20**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                              December 21, 2012
1100 Virginia Drive
MC: 190_FTW-M01                                                      Inv. # 1560668
Fort Washington  PA 19034                                           Our Ref. 062108-000430
                                                                    SJR

Attention:    Residential Capital, LLC

Re:   **Automatic Stay/Adequate Protection Matters**

| | | | |
|---|---|---|---|
| 10/03/12 | SJR | Follow up regarding matters related to Susilo litigation (.30) | 0.30 |
| 10/03/12 | SJR | Review matters related to Wells Fargo's stay release litigation where Curtis is acting as Conflicts Counsel (.60) | 0.60 |
| 10/03/12 | MG8 | Attend to correspondence from C. DiCicco and S. Chuck regarding response to Shulman letter regarding declarations for Wells Fargo in Susilo litigation (.30) | 0.30 |
| 10/03/12 | MG8 | Participate in telephone conference with J. Scoliard and C. DiCicco with respect to J. Shulman letter regarding issues with declarations to be provided by debtor ETS in the Susilo litigation for conflicts purposes (.20) | 0.20 |
| 10/03/12 | MG8 | Review correspondence from J. Shulman regarding issues relating to declarations provided for by stipulation and order with respect to Wells Fargo's stay relief request for Susilo litigation, as well as related follow-up correspondence with J. Scoliard and C. DiCicco (.50) | 0.50 |
| 10/03/12 | MG8 | Review and revise response prepared by S. Chuck to Shulman letter regarding issues with ETS declarations for Wells Fargo in connection with Susilo litigation for conflicts purposes (.50) | 0.50 |
| 10/03/12 | MAC | Review Susilo correspondence re: discovery issues and conduct analysis re: same for conflicts purposes (.60) | 0.60 |
| 10/03/12 | MAC | Review multiple new automatic stay motions and other pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.90) | 0.90 |
| 10/04/12 | TPS | Attend to issues related to extension of automatic stay (.30) | 0.30 |
| 10/04/12 | TPS | Review dispute arising in connection with Susilo action and Wells Fargo's request for support on seeking additional time (.30) | 0.30 |

December 21, 2012
Inv # 1560668
Our Ref #  062108-000430

Page  2

| | | | |
|---|---|---|---|
| 10/04/12 | MG8 | Correspond with J. Scoliard and S. Chuck regarding response to J. Shulman, counsel to Wells Fargo, regarding issues with ETS declarations in support of Wells Fargo's summary judgment motion in Susilo litigation for conflicts purposes (.50) | 0.50 |
| 10/05/12 | MG8 | Attend to several emails from V. Tsoong and C. DiCicco regarding issues with Susilo litigation and related stipulation and order modifying stay for preparation of declarations and provision of trial witnesses (.30) | 0.30 |
| 10/11/12 | TPS | Follow up on Susilo action and the requests for company declarations (.30) | 0.30 |
| 10/16/12 | SJR | Review amended complaint to extend automatic stay to non-debtor parties in the Residential Capital case where extension is beneficial to Residential Capital (1.30) | 1.30 |
| 10/16/12 | MG8 | Review and comment on drafts of amended complaint, motion and proposed stipulation and order further extending automatic stay to certain non-debtor affiliates of Residential Capital for conflicts purposes (1.80) | 1.80 |
| 10/17/12 | SJR | Attend to matters regarding extending stay and renewed motion to extend stay with respect to conflict parties (1.30) | 1.30 |
| 10/17/12 | TPS | Confer with M. Gallagher re: stay relief strategy (.20) | 0.20 |
| 10/17/12 | TPS | Review Dexter's request for a stipulated relief from stay and M. Gallagher's draft in reply (.30) | 0.30 |
| 10/17/12 | MG8 | Review correspondence forwarded by Residential Capital with request for stay relief by plaintiff in Dexter litigation and follow-up with Residential Capital and T. Smith re: same (.40) | 0.40 |
| 10/17/12 | MG8 | Draft and send response to email from counsel to plaintiff in Dexter Street landlord litigation requesting stipulated relief from the automatic stay (.60) | 0.60 |
| 10/17/12 | MG8 | Participate in telephone conference with K. Skogg, counsel to GMAC Mortgage in Dexter litigation, regarding plaintiff's request for stipulated stay relief (.20) | 0.20 |
| 10/17/12 | MG8 | Participate in telephone conference with N. Rosenbaum of Morrison & Foerster regarding request from plaintiff in Dexter landlord litigation for stipulated relief from stay (.10) | 0.10 |
| 10/17/12 | MG8 | Attend to matters relating to review and comment on draft amended complaint, draft motion to further extend stay and draft stipulations for consensual extensions for | 2.80 |

December 21, 2012
Inv # 1560668
Our Ref #  062108-000430

                                                            Page  3

|            |      |                                                                                                                                               |       |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |      | extension of automatic stay in connection with Curtis' role as conflicts counsel in connection with several defendants in actions involving certain non-debtors affiliates (2.80) |       |
| 10/18/12   | TPS  | Follow-up on Dexter litigation with Wells Fargo and the proposed modification of the automatic stay (.30)                                      | 0.30  |
| 10/18/12   | MG8  | Attend to correspondence from B. Smelco, counsel to plaintiff in landlord litigation pending in state court in California regarding request for stay relief and follow-up with J. Scoliard re: same for conflicts purposes (.70) | 0.70  |
| 10/18/12   | MG8  | Attend to numerous correspondences with J. Rothberg regarding pleadings relating to further request to extend automatic stay with respect to conflicts parties (.40) | 0.40  |
| 10/18/12   | JZ   | Confer with working group regarding status of Dexter litigation and potential need for assistance on same (.20) | 0.20  |
| 10/22/12   | MG8  | Review stipulations further extending automatic stay with respect to certain non-debtor affiliates and follow-up with Curtis team re: same (.30) | 0.30  |
| 10/22/12   | PJB2 | Review stipulation and agreed order filed in adversary proceeding re: debtors versus Allstate Insurance Company et al. and follow-up with working group re: same (.40) | 0.40  |
| 10/23/12   | MG8  | Review so-ordered stipulations further extending automatic stay with respect to certain actions against non-debtor affiliates in connection with Curtis' role as conflicts counsel (.30) | 0.30  |
| 10/26/12   | TPS  | Review M. Gallagher's exchange with Bill Smelko re: Dexter's request to lift stay for conflicts purposes (.20) | 0.20  |
| 10/26/12   | MG8  | Attend to correspondence with K. Skogg, counsel to GMAC in Dexter Litigation, regarding Wells Fargo's request for limited stay relief and related follow-up with L. Delehy (.50) | 0.50  |
|            |      | TOTAL HOURS                                                                                                                                    | 17.90 |

December 21, 2012
Inv # 1560668
Our Ref #  062108-000430

Page  4

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 3.50 | 830 | 2,905.00 |
| Turner P. Smith | Partner | 1.90 | 830 | 1,577.00 |
| Michael Ari Cohen | Partner | 1.50 | 730 | 1,095.00 |
| Maryann Gallagher | Counsel | 10.40 | 625 | 6,500.00 |
| Peter Josef Buenger | Associate | 0.40 | 425 | 170.00 |
| James Zimmer | Associate | 0.20 | 345 | 69.00 |
| | | **17.90** | | **$12,316.00** |

**TOTAL SERVICES**                                    **$12,316.00**

**TOTAL THIS INVOICE**                          **$12,316.00**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 09/12/12 | 1547996 | 94,623.00 | 75,711.30 | 18,911.70 |
| 10/16/12 | 1552240 | 24,216.50 | 19,373.20 | 4,843.30 |
| 11/09/12 | 1557019 | 222.00 | 177.60 | 44.40 |

| | |
|---|---|
| Prior Balance | **$23,799.40** |
| Balance Due | **$36,115.40** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**    Bank:             Citibank
                    ABA Routing #:    021000089
                    F/B/O:            Curtis Mallet-Prevost Colt & Mosle LLP
                    Account#          40585074

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
                    General Post Office
                    P.O. Box 27930
                    New York, NY 10087-7930


                    Residential Capital, LLC
                    Inv. # 1560668

                    Total Services            12,316.00

                    Total Expenses                 0.00

                    Applied Credit                 0.00


                    **Total This Invoice      $12,316.00**


**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 44.40 | 4,843.30 | 18,911.70 | | 23,799.40 |

**Balance Due**        **$36,115.40**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                      December 21, 2012
1100 Virginia Drive
MC: 190_FTW-M01                                              Inv. # 1560669
Fort Washington  PA 19034                                     Our Ref. 062108-000700
                                                             SJR

Attention:    Residential Capital, LLC

Re:   **Curtis Retention/Billing/Fee Applications**


| | | | |
|---|---|---|---|
| 10/02/12 | AD | Update August 2012 Monthly Fee Statement Cover Memo and follow up with J. Zimmer regarding same (.20) | 0.20 |
| 10/02/12 | JZ | Confer with A. Dreiman regarding preparation of August Fee Statement (.20) | 0.20 |
| 10/03/12 | AD | Prepare Request to Modify Timekeeper Billing Rates per client instructions and retention order (.10) | 0.10 |
| 10/03/12 | JZ | Review and revise draft of First Interim Fee Application (1.00) | 1.00 |
| 10/03/12 | JZ | Confer and correspond with working group regarding preparation of August Fee Statement (.10) | 0.10 |
| 10/03/12 | JZ | Revise August Fee Statement (.40) | 0.40 |
| 10/04/12 | AD | Begin preparing the Detail of Disbursement and Other Charges chart for the First Interim Fee Period (1.00) | 1.00 |
| 10/05/12 | JZ | Confer with working group regarding issues related to preparation of August Fee Statement (.10) | 0.10 |
| 10/05/12 | JZ | Revise draft of First Interim Fee Application (.80) | 0.80 |
| 10/08/12 | JZ | Confer and correspond with working group regarding issues related to preparation of August Fee Statement and First Interim Fee Application (.20) | 0.20 |
| 10/08/12 | JZ | Review and further revise draft of First Interim Fee Application (1.20) | 1.20 |
| 10/09/12 | JZ | Review and further revise draft First Interim Fee Application (.40) | 0.40 |
| 10/09/12 | JZ | Confer and correspond with working group regarding preparation of August Fee Statement and First Interim Fee Application (.20) | 0.20 |
| 10/11/12 | JZ | Confer and correspond with working group regarding preparation of August Fee Statement and First Interim Fee Application (.10) | 0.10 |

December 21, 2012
Inv # 1560669
Our Ref #  062108-000700

Page  2

| 10/15/12 | MG8 | Review and revise monthly fee statement for August per the Interim Fee Order in connection with Curtis' engagement as Debtors' conflicts counsel (.60) | 0.60 |
| 10/15/12 | AD | Update August 2012 Monthly Fee Statement charts and cover letter per J. Zimmer and M. Gallagher's requests and follow up with J. Zimmer re: same (1.00) | 1.00 |
| 10/15/12 | JZ | Review and revise draft August Fee Statement (.30) | 0.30 |
| 10/15/12 | JZ | Confer and correspond with A. Dreiman regarding requirements for and preparation of First Interim Fee Application and August Fee Statement (.20) | 0.20 |
| 10/16/12 | SJR | Review and revise Curtis' First Interim Fee Application (1.10) | 1.10 |
| 10/16/12 | MG8 | Review and revise draft of First Interim Fee Application (1.70) | 1.70 |
| 10/16/12 | AD | In connection with prepartion of the First Interim Fee Application, update August 2012 Monthly Fee Statement tables and charts per M. Gallagher and J. Zimmer's comments and follow up with J. Zimmer regarding same (2.50) | 2.50 |
| 10/16/12 | AD | Begin preparing First Interim Fee Application tables and Charts per J. Zimmer's request and follow up with J. Zimmer regarding same (4.30) | 4.30 |
| 10/16/12 | JZ | Confer and correspond with A. Dreiman regarding finalization and submission of August Fee Statement (.10) | 0.10 |
| 10/16/12 | JZ | Review and revise draft of First Interim Fee Application (.90) | 0.90 |
| 10/16/12 | JZ | Confer and correspond with working group regarding preparation of First Interim Fee Application (.30) | 0.30 |
| 10/16/12 | JZ | Confer and correspond with A. Dreiman regarding preparation of First Interim Fee Application (.30) | 0.30 |
| 10/17/12 | MG8 | Attend to further review and comment on Curtis' First Interim Fee Application and related follow up with Curtis team (1.30) | 1.30 |
| 10/17/12 | AD | Continue preparing the tables and charts to be included in the First Interim Fee Application and follow up with J. Zimmer regarding same (3.80) | 3.80 |
| 10/17/12 | AD | Update August 2012 Monthly Fee Statement per M. Gallagher's request to aid in preparation of First Interim Fee Application and follow up with J. Zimmer regarding same (3.00) | 3.00 |

December 21, 2012
Inv # 1560669
Our Ref #  062108-000700

Page  3

| | | | |
|---|---|---|---|
| 10/17/12 | JZ | Confer and correspond with working group regarding revisions to First Interim Fee Application (.50) | 0.50 |
| 10/17/12 | JZ | Review and revise draft of First Interim Fee Application (1.40) | 1.40 |
| 10/17/12 | JZ | Review M. Gallagher's comments to First Interim Fee Application (.40) | 0.40 |
| 10/18/12 | MG8 | Attend to review and revisions of Curtis' First Interim Fee Application and numerous communications with J. Zimmer and A. Dreiman regarding the same (1.30) | 1.30 |
| 10/18/12 | MG8 | Participate in numerous communications with E. Richards of Morrison & Foerster regarding First Interim Fee Application requirements and related dates (.30) | 0.30 |
| 10/18/12 | AD | Review and revise the tables and charts to be included in the First Interim Fee Application and follow up regarding same with M. Gallagher and J. Zimmer (3.00) | 3.00 |
| 10/18/12 | JZ | Review and revise draft of First Interim Fee Application (.50) | 0.50 |
| 10/18/12 | JZ | Confer and correspond with M. Gallagher regarding issues related to preparation of First Interim Fee Application (.60) | 0.60 |
| 10/18/12 | JZ | Confer and correspond with A. Dreiman regarding issues related to preparation of First Interim Fee Application (.40) | 0.40 |
| 10/19/12 | SJR | Review, comment and sign-off on First Interim Fee Application filed by Curtis in the Residential Capital cases and coordinate with the Curtis team on matters regarding filing and service of same (1.60) | 1.60 |
| 10/19/12 | MG8 | Attend to review, finalization and filing of Curtis' First Interim Fee Application (1.10) | 1.10 |
| 10/19/12 | AD | Prepare letter of transmittal to Judge Glenn and affidavit of service regarding First Interim Fee Application (.50) | 0.50 |
| 10/19/12 | AD | File the First Interim Fee Application in the Southern District of New York Bankruptcy Court (.50) | 0.50 |
| 10/19/12 | AD | Attend to the transmission of the First Interim Fee Application to parties of notice (1.00) | 1.00 |
| 10/19/12 | JZ | Review and finalize First Interim Fee Application (.20) | 0.20 |
| 10/19/12 | JZ | Attend to issues related to filing of First Interim Fee Application (.40) | 0.40 |
| 10/19/12 | JZ | Confer and correspond with working group regarding | 0.40 |

December 21, 2012
Inv # 1560669
Our Ref #  062108-000700

Page  4

| | | | |
|---|---|---|---|
| | issues related to finalizing First Interim Fee Application (.40) | | |
| 10/22/12 | AD | Attend to transmission of Letter to Judge Glenn re: First Interim Fee Application (.50) | 0.50 |
| 10/22/12 | AD | File the Affidavit of Service re: the First Interim Fee Application in the SDNY Bankruptcy Court (.50) | 0.50 |
| 10/22/12 | JZ | Confer and correspond with working group regarding follow up related to service filing of First Interim Fee Application (.20) | 0.20 |
| 10/23/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement (.10) | 0.10 |
| 10/24/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement (.20) | 0.20 |
| 10/25/12 | PJB2 | Confer with working group re: drafting amended disclosure statement of Steven Reisman re: additional disclosures to be made in connection with Curtis' retention application (.10) | 0.10 |
| 10/25/12 | PJB2 | Draft amended disclosure statement of Steven Reisman re: additional disclosures to be made in connection with Curtis retention application (1.70) | 1.70 |
| 10/25/12 | PJB2 | Follow-up with working group re: same (.10) | 0.10 |
| 10/25/12 | PJB2 | Revise amended disclosure statement of Steven Reisman same pursuant to comments by M. Gallagher (.30) | 0.30 |
| 10/25/12 | PJB2 | Correspond with S. Reisman re: amended disclosure statement of Steven Reisman (.10) | 0.10 |
| 10/25/12 | JZ | Review and revise draft of September Fee Statement (.30) | 0.30 |
| 10/26/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement and issues related to same (.30) | 0.30 |
| | | TOTAL HOURS | 45.90 |

December 21, 2012
Inv # 1560669
Our Ref #  062108-000700

Page  5

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 2.70 | 830 | 2,241.00 |
| Maryann Gallagher | Counsel | 6.30 | 625 | 3,937.50 |
| Peter Josef Buenger | Associate | 2.30 | 425 | 977.50 |
| James Zimmer | Associate | 12.70 | 345 | 4,381.50 |
| Alana Dreiman | Legal Assistant | 21.90 | 230 | 5,037.00 |
| | | **45.90** | | **$16,574.50** |

**TOTAL SERVICES**                              **$16,574.50**

**TOTAL THIS INVOICE**                          **$16,574.50**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538155 | 17,825.50 | 0.00 | 17,825.50 |
| 07/31/12 | 1544991 | 22,513.50 | 18,010.80 | 4,502.70 |
| 09/12/12 | 1547997 | 12,944.00 | 10,355.20 | 2,588.80 |
| 10/16/12 | 1552241 | 2,049.90 | 1,648.00 | 401.90 |
| 11/09/12 | 1557020 | 4,164.00 | 3,331.20 | 832.80 |
| | | Prior Balance | | **$26,151.70** |
| | | Balance Due | | **$42,726.20** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**     Bank:                    Citibank
                        ABA Routing #:           021000089
                        F/B/O:                   Curtis Mallet-Prevost Colt & Mosle LLP
                        Account#                 40585074

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
                        General Post Office
                        P.O. Box 27930
                        New York, NY 10087-7930


                        Residential Capital, LLC
                        Inv. # 1560669

                        Total Services                    16,574.50

                        Total Expenses                         0.00

                        Applied Credit                         0.00


                        **Total This Invoice**          **$16,574.50**


**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 832.80 | 401.90 | 2,588.80 | 22,328.20 | 26,151.70 |

**Balance Due**          **$42,726.20**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                                        February 05, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                                                 Inv. # 1562709
Fort Washington  PA 19034                                                       Our Ref. 062108-000100
                                                                                SJR

Attention:    Residential Capital, LLC

Re:  **Case Administration**

---

| | | | |
|---|---|---|---|
| 11/02/12 MG8 | Attend to review of recent docket activity for potential conflicts purposes (.50) | 0.50 |
| 11/05/12 MG8 | Briefly review numerous letters to bankruptcy court regarding discovery dispute relating to potentially privileged and confidential documents of Debtors/AFI in connection with RMBS settlement, including correspondence from Committee, Morrison & Foerster, AFI, FGIC and MBIA for potential conflicts purposes (.70) | 0.70 |
| 11/06/12 MG8 | Review recent docket activity for potential conflicts purposes, including Debtors' notices relating to assumption and assignment of SBO servicing agreements, joinder of US Bank to RMBS Trustees' pre-auction objections (.80) | 0.80 |
| 11/07/12 MG8 | Review recent docket activity, including, among other items, the order extending general bar date, stipulation and order extending bar date for RMBS Trustees in connection with Curtis' role as conflicts counsel, numerous objections to Debtors' sale motion, including objections of USAA Federal Savings Bank, Fannie and Federal Home Loan Mortgage Corporation (Freddie) for conflicts purposes (1.20) | 1.20 |
| 11/08/12 MG8 | Review daily docket activity for potential conflicts purposes (.50) | 0.50 |
| 11/14/12 MG8 | Attend to recent docket activity, including various motions seeking to modify the automatic stay, stipulations and order, Committee application to retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel, pleadings relating to appeals and a variety of filing and orders relating to the Debtors' Sale Motion, all in connection with Curtis' role as Debtors' conflicts counsel (1.20) | 1.20 |
| 11/16/12 MG8 | Participate in telephone conference with attorney for Washington County New York regarding notices received from Residential Capital in connection with Curtis' role as conflicts counsel (.20) | 0.20 |

February 05, 2013
Inv # 1562709
Our Ref # 062108-000100

Page 2

| | | | |
|---|---|---|---|
| 11/16/12 MG8 | Attend to docket review regarding recent general docket activity in Debtors' Chapter 11 cases in connection with Curtis role as Debtors' conflicts counsel (.60) | 0.60 | |
| 11/21/12 SJR | Confer with M. Gallagher regarding Examiner's application for appointment of conflicts counsel (.10) | 0.10 | |
| 11/21/12 MG8 | Review Examiner's application for appointment of conflicts counsel and follow-up with S. Reisman in connection with Curtis' role as Debtors' conflicts counsel (.20) | 0.20 | |
| 11/26/12 MG8 | Review heavy daily docket activity in connection with Curtis' role as Debtors' conflicts counsel (.80) | 0.80 | |
| 11/27/12 AD | Update internal case calendar to reflect hearing dates and deadlines as set by the Court (.20) | 0.20 | |
| 11/29/12 MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel, including numerous notices and pleadings filed in connection with RMBS Settlement (.70) | 0.70 | |
| 11/30/12 MG8 | Attend to recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.60) | 0.60 | |
| | TOTAL HOURS | 8.30 | |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.10 | 830 | 83.00 |
| Maryann Gallagher | Counsel | 8.00 | 625 | 5,000.00 |
| Alana Dreiman | Legal Assistant | 0.20 | 230 | 46.00 |
| | | 8.30 | | $5,129.00 |

TOTAL SERVICES                                                                                    $5,129.00

TOTAL THIS INVOICE                                                                          $5,129.00



# CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire** Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562709

| | |
|---|---|
| Total Services | 5,129.00 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$5,129.00** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                     February 05, 2013
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                    Inv. # 1562650
                                                             Our Ref. 062108-000210
                                                             SJR

Attention:   Residential Capital, LLC

Re:  **Asset Analysis, Sales and Recoveries**

| | | | |
|---|---|---|---|
| 11/01/12 MG8 | Correspond with C. Schares of Residential Capital regarding issues relating to CitiMortgage's objection to Sale Motion (.20) | 0.20 |
| 11/01/12 MG8 | Attend to correspondence with Curtis team, M. Woehr of Residential Capital and Morrison & Foerster regarding efforts to resolve various objections to Sale Motion, including objections of certain conflict parties (.60) | 0.60 |
| 11/01/12 MG8 | Review CitiMortgage's objections and coordinate with Curtis team re: preparation of responses with respect to same (1.20) | 1.20 |
| 11/01/12 MG8 | Participate in conference call with working group and M. Woehr regarding objections of certain conflicts parties to Sale Motion and assumption and assignment (.50) | 0.50 |
| 11/01/12 BMK | Discuss CitiMortgage, Inc.'s objection with P. Buenger re: research issues (.30) | 0.30 |
| 11/01/12 BMK | Conduct research re: cure and assumption issues relating to CitiMortgage, Inc.'s sale objection (.50) | 0.50 |
| 11/01/12 BMK | Review CitiMortgage, Inc.'s objection to the Debtors' Proposed Sale of the Servicing Platform with specific attention to paragraphs 30-36 (.80) | 0.80 |
| 11/01/12 BMK | Attend to correspondence regarding CitiMortgage's filed objection to the sale of the servicing platform (.10) | 0.10 |
| 11/01/12 PJB2 | Correspond with working group re: CitiMortgage, Inc's objection to the Debtors' proposed sale of the servicing platform (.30) | 0.30 |
| 11/01/12 PJB2 | Review CitiMortgage, Inc's objection to the Debtors' proposed sale of the servicing platform, as well as underlying CitiMortgage contracts provided by Debtors (2.30) | 2.30 |
| 11/01/12 PJB2 | Confer with B. Kotliar re: research of treatment of contingency and unknown claims against the Debtors | 0.30 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 2

|            |      |                                                                                                                                                                                      |      |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            |      | arising under an executory contract prior to the assumption and assignment of such contract (.30)                                                                                    |      |
| 11/02/12   | MG8  | Correspond with B. Kotliar regarding research relating to CitiMortgage objection to sale motion (.30)                                                                                 | 0.30 |
| 11/02/12   | BMK  | Confer with P. Buenger re: research findings on CitiMortgage's Sale Objection relating to cure issues (.30)                                                                          | 0.30 |
| 11/02/12   | BMK  | Research additonal section 365 cure issues relating to CitiMortgage's Sale objection on assumption of contingent, unmatured defaults (5.00)                                          | 5.00 |
| 11/02/12   | BMK  | Draft e-mail to M. Gallagher and P. Buenger detailing research findings relating to cure issues on section 363 and 365 of the Bankruptcy Code (.80)                                  | 0.80 |
| 11/02/12   | BMK  | Compare and review received contract documents with those listed on Debtors' Schedules for purposes of CitiMortgage's Sale objection (.50)                                          | 0.50 |
| 11/02/12   | PJB2 | Confer with B. Kotliar re: research of treatment of contingency and unknown claims against the Debtors arising under an executory contract prior to the assumption and assignment of such contracts (.30) | 0.30 |
| 11/03/12   | MG8  | Review amended auction notice and revised APAs and follow-up with working group regarding same in connection with Curtis' role as conflicts counsel with respect to certain conflicts parties' objections to the Sale Motion (.80) | 0.80 |
| 11/03/12   | MG8  | Review research results of B. Kotliar on adequate assurance of future performance (.20)                                                                                              | 0.20 |
| 11/03/12   | BMK  | Continue drafting research memo re: section 365 and the issue of adequate assurance of future performance and send to M. Gallagher via e-mail (1.10)                                | 1.10 |
| 11/03/12   | BMK  | Research caselaw on section 365 of the Bankrupty Code on adequate assurance of future performance and cure in connection with responding to objections of certain conflicts parties (2.50) | 2.50 |
| 11/04/12   | SJR  | Follow up regarding Asset Purchase Agreement and Amendments to same in connection with objections raised by CitiMortgage in connection with Debtors' sale motion (1.20)             | 1.20 |
| 11/04/12   | MG8  | Attend to correspondence with P. Buenger regarding amended notice of auction results and potential objections of conflict parties (.10)                                             | 0.10 |
| 11/04/12   | PJB2 | Review amended notice of auction and attached Ocwen Asset Purchase Agreement for any potential effects on objections raised by CitiMortgage to 363 sale                             | 1.80 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 3

| | | | |
|---|---|---|---|
| | | and auction procedures (1.80) | |
| 11/04/12 | PJB2 | Correspond with M. Gallagher re: amended notice of auction and attached Ocwen Asset Purchase Agreement for any potential effects on objections raised by CitiMortgage to 363 sale and auction procedures (.10) | 0.10 |
| 11/05/12 | MG8 | Participate in "all hands" conference call with Morrison & Foerster to review remaining objections to Sale Motion, assumption, assignment and proposed cured amounts (1.50) | 1.50 |
| 11/05/12 | MG8 | Review various objections to Debtors' sale motion, including filings by AFI, the Committee, the United States Neighborhood Assistance Corporation of America, Wilmington Trust and DB Structured Products in connection with Curtis' role as conflicts counsel to the Debtors (1.20) | 1.20 |
| 11/05/12 | MG8 | Review and comment on research relating to nature of defaults giving rise to cure and adequate assurance of cure, as well as issues relating to adequate assurance of future performance in connection with Curtis' role as conflicts counsel to Debtors in connection with certain objecting parties to sales and cure issues (2.30) | 2.30 |
| 11/05/12 | BMK | Revise memo re: burden of proof with respect to defaults under section 365 of the Bankruptcy Code per P. Buenger's revisions (.40) | 0.40 |
| 11/05/12 | BMK | Conduct legal research on which party bears the burden of establishing a "default" under an executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code (2.80) | 2.80 |
| 11/05/12 | BMK | Receive and attend to research assignment on the burdens of proof under section 365 of the Bankruptcy Code (.10) | 0.10 |
| 11/05/12 | BMK | Draft memo re: burden of proof with respect to defaults under section 365 of the Bankruptcy Code (3.10) | 3.10 |
| 11/05/12 | BMK | Review CitiMortgage, Inc.'s Objection to Proposed Sale of the Servicing Platform and Objection to Debtors' Motion to Assume and Assign and Cure Executory Contracts in connection with research on Bankruptcy Code section 365 (1.20) | 1.20 |
| 11/05/12 | PJB2 | Review Limited Objections to notice of Debtors' intent to assume and assign executory contracts and cure amounts due to potential conflicts with lead Debtors' counsel (.40) | 0.40 |
| 11/05/12 | PJB2 | Review Limited Objection of Ally Financial and Ally Bank to the Debtors' Proposed Platform Sale Motion and various other objections filed against the Debtors' | 1.80 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 4

|  |  | Sale Motion for conflicts purposes and follow-up re: same (1.80) |  |
|---|---|---|---|
| 11/05/12 | PJB2 | Partial participation and attendance on call with working group re: sale and auction procedures and objections to cure amounts (.60) | 0.60 |
| 11/06/12 | MG8 | Correspond with counsel to CitiMortgage and Residential Capital re: agreements scheduled to be assumed as part of sale to Ocwen and follow-up with Curtis team re: same (.50) | 0.50 |
| 11/06/12 | MG8 | Review research on section 365(b) burden of proof in connection with certain objections to Sale Motion/assumption and assignment and follow-up with B. Kotliar re: same (.60) | 0.60 |
| 11/06/12 | MG8 | Confer with B. Kotliar re: missing CitiMortgage, Inc. contract RASC 2005-EMX3 Letter Agreement (.10) | 0.10 |
| 11/06/12 | MG8 | Attend to correspondence from B. Kotliar regarding agreements listed on notices of intent to assume and assign SBO servicing agreements (.10) | 0.10 |
| 11/06/12 | BMK | Revise memo re: burden of proof with respect to defaults under section 365 of the Bankruptcy Code (1.40) | 1.40 |
| 11/06/12 | BMK | Organize contracts and documents relating to CitiMortgage, Inc.'s objections to assumption and assignment and the Debtors' Sale Motion (.10) | 0.10 |
| 11/06/12 | BMK | Review and compare received contracts and documents in connection with CitiMortgage, Inc.'s objection to the Debtors' Proposed Sale of the servicing platform (.30) | 0.30 |
| 11/06/12 | BMK | Investigate CitiMortgage, Inc.'s contracts listed on First and Second Debtors' Notices of Intent to Assume and Assign Certain SBO Servicing Agreement and e-mail findings to M. Gallagher and T. Foudy (.50) | 0.50 |
| 11/06/12 | BMK | Discuss alleged CitiMortgage, Inc. contract RASC 2005-EMX3 Letter Agreement with M. Gallagher (.10) | 0.10 |
| 11/06/12 | PJB2 | Review Debtors' notices of intent to assume and assign certain servicing agreements and attached schedules for conflicts purposes (.60) | 0.60 |
| 11/07/12 | SJR | Review Objections filed by PNC Mortgage and CitiMortgage to Debtors' Sale Motion and address issues related to same (1.30) | 1.30 |
| 11/07/12 | MG8 | Participate in conference call with A. Barrage, M. Crespo, L. Marinuzzi and working group regarding PNC Mortgage's and JPMorgan's objections to Debtors' sale motion, assumption and assignment and cure amounts | 0.30 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 5

|  |  |  |  |
|---|---|---|---|
|  |  | (.30) |  |
| 11/07/12 | MG8 | Confer with P. Buenger re: assembling list of PNC Mortgage agreements in connection with PNC Mortgage's objections to sale motion and cure amounts (.30) | 0.30 |
| 11/07/12 | MG8 | Participate in call with working group and A. Root of Blank Rome, counsel to PNC Mortgage, regarding PNC's objections to Debtors' sale motion and cure amounts (.40) | 0.40 |
| 11/07/12 | MG8 | Review PNC Mortgage's objections to Debtors' sale motion and cure amounts, as well as JPMorgan's limited objection to sale motion, for conflicts purposes (.70) | 0.70 |
| 11/07/12 | MG8 | Review PNC Mortgage and CitiMortgage's objections to Debtors' Sale Motion, review related schedules attached to Debtors' notices of intent to assume and assign executory contracts, and draft correspondence to C. Schares of Residential Capital regarding additional documents needed to address CitiMortgage and PNC Mortgage's objections to Debtors' Sale Motion (.90) | 0.90 |
| 11/07/12 | MG8 | Review back-up materials for claimed cure amount sent by PNC Mortgage and attend to correspondence with Curtis working group, C. Schares and M. Woehr of Residential Capital regarding same (.30) | 0.30 |
| 11/07/12 | MG8 | Attend to correspondence with A. Root, counsel to PNC Mortgage, regarding issues relating to claimed cure amount and follow-up with working group re: same (.30) | 0.30 |
| 11/07/12 | BMK | Review Debtors' original and amended schedules for assumption and assignment and compare PNC Mortgage's contracts thereon (.60) | 0.60 |
| 11/07/12 | BMK | Continue reviewing PNC Mortgage's contracts listed on the Debtors' Schedules and in the Debtors First and Second Notices to Assume and Assign SBO Servicing Agreements (2.50) | 2.50 |
| 11/07/12 | BMK | Correspond with working group regarding findings on PNC Mortgage's contracts listed on Debtors' Schedules (.60) | 0.60 |
| 11/07/12 | PJB2 | Confer with M. Gallagher regarding PNC Mortgage's objections to 363 sale and cure amounts to executory contracts for conflicts purposes and assembling list of PNC Mortgage's agreements in connection with same (.30) | 0.30 |
| 11/07/12 | PJB2 | Review JPMorgan and PNC Mortgage's objections to 363 sale and cure amounts to executory contracts for | 0.90 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 6

conflicts purposes (.90)

| 11/08/12 | SJR | Attend to issues regarding CitiMortgages' Objection to Assumption and Assignment of Executory Contracts and proposed sale of servicing platform and analyze issues in connection with same (2.60) | 2.60 |
|---|---|---|---|
| 11/08/12 | MG8 | Confer with P. Buenger regarding research on property of estate issue raised by various objectors to Debtors' Sale Motion and review research results with respect to the same (.50) | 0.50 |
| 11/08/12 | MG8 | Review additional correspondence from M. Crespo regarding JPMorgan's objection to Sale Motion and follow-up with M. Woehr of Residential Capital regarding same (.20) | 0.20 |
| 11/08/12 | MG8 | Participate in telephone conference with M. Crespo regarding JPMorgan's objection to sale motion and follow-up with working group re: same (.20) | 0.20 |
| 11/08/12 | MG8 | Attend to correspondence with M. Crespo of Morrison & Foerster regarding requests for additional specific documentation from PNC Mortgage and CitiMortgage (.50) | 0.50 |
| 11/08/12 | MG8 | Review summaries of CitiMortgage, PNC Mortgage and JPMorgan's objections in preparation for reviewing reply to objections to Debtors' sale motion and follow-up with working group regarding same (.60) | 0.60 |
| 11/08/12 | MG8 | Review documents relating to CitiMortgage's objection to assumption and assignments and follow-up correspondence with S. Wallace, counsel to CitiMortgage, regarding same (.60) | 0.60 |
| 11/08/12 | MG8 | Attend to correspondence with M. Crespo regarding JP Morgan's objection to sale motion and assumption and assignment (.60) | 0.60 |
| 11/08/12 | MG8 | Attend to correspondence from A. Root, counsel to PNC Mortgage, regarding additional PNC servicing agreements and follow-up with Curtis team and Residential Capital regarding same (.50) | 0.50 |
| 11/08/12 | MG8 | Review PNC Mortgage servicing documents sent by C. Schares of Residential Capital regarding assumption and assignment notices and draft correspondence to A. Root, counsel to PNC Mortgage, regarding same (.60) | 0.60 |
| 11/08/12 | MG8 | Participate in call with A. Root, counsel to PNC Mortgage, and working group regarding PNC proposed cure amount and related issues (.30) | 0.30 |
| 11/08/12 | BMK | Confer with working group re: status of CitiMortage, Inc. and PNC Mortgage's objections, as well as JPMorgan Chase's objection (.20) | 0.20 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 7

| | | | |
|---|---|---|---|
| 11/08/12 | BMK | Review agreements received from Blank Rome and the Debtors, including PNC Mortgage's original and amended schedules of assumed and assigned contracts per correspondence between M. Gallagher and Blank Rome (.30) | 0.30 |
| 11/08/12 | BMK | Create spreadsheet tracking the status of contracts and agreements received in connection with CitiMortgage Inc. and PNC Mortgage's objections to the sale and objections to assumption and assignment and cure amounts of contracts (1.20) | 1.20 |
| 11/08/12 | BMK | Draft and e-mail exhaustive list of missing documents in connection with objections to the proposed sale and assumption and assignment of contracts (.20) | 0.20 |
| 11/08/12 | PJB2 | Further review of additional objections filed by CitiMortgage to assumption and assignment of executory contracts and sale order, including CitiMortgage's objection to Debtors' proposed sale of the servicing platform, update outline of issues and potential responses to CitiMortgage's objections, including responses filed by Debtors in preauction response to Trustee's objections (2.30) | 2.30 |
| 11/08/12 | PJB2 | Conduct research re: status of executory contracts prior to assumption by the debtor (3.30) | 3.30 |
| 11/08/12 | PJB2 | Confer with M. Gallagher re: review of various objections to 363 sale and cure amounts to executory contracts, Debtors' sale of the servicing platform for conflicts purposes and research re: property of estate issues (.50) | 0.50 |
| 11/08/12 | PJB2 | Review JPMorgan and PNC Mortgage's objections to 363 sale and cure amounts to executory contracts and draft outlines of various issues and potential responses to each, including responses raised in Debtors' omnibus response to pre-auction objections (2.40) | 2.40 |
| 11/08/12 | PJB2 | Draft summary of research re: status of executory contracts prior to assumption by the debtor and provide to working group (.80) | 0.80 |
| 11/09/12 | SJR | Review draft inserts to Debtors' Omnibus Reply to Objections to Sales Motion to address Objections of conflict parties and responses to same (1.60) | 1.60 |
| 11/09/12 | MG8 | Participate in conference call with M. Woehr, C. Schares and T. Witten regarding objections to Sales Motion being handled by Curtis (.50) | 0.50 |
| 11/09/12 | MG8 | Draft insert for omnibus reply to Debtors' Sale Motion to address certain objections made by parties that Curtis is handling as conflicts counsel to the Debtors (.80) | 0.80 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 8

| | | | |
|---|---|---|---|
| 11/09/12 | MG8 | Correspond with working group regarding open issues and preparation of comments to draft omnibus reply to objections to Debtors' Sale Motion (.60) | 0.60 |
| 11/09/12 | MG8 | Attend to several communications with client, Morrison & Foerster, working group and counsel to JPMorgan regarding objections of JPMorgan Chase to Debtors' sale motion (.40) | 0.40 |
| 11/09/12 | MG8 | Review additional documentation regarding CitiMortgage servicing agreements and related correspondence from C. Schares and T. Witten regarding remaining agreements with CitiMortgage in connection with addressing CitiMortgage's objections to Sale Motion (.30) | 0.30 |
| 11/09/12 | MG8 | Draft correspondence to counsel to CitiMortgage regarding outstanding information needed to address CitiMortgage's objections to Debtors' Sale Motion (.30) | 0.30 |
| 11/09/12 | MG8 | Participate in conference call with Morrison & Foerster team and working group to review status of all objections to Debtors' sale motion (1.40) | 1.40 |
| 11/09/12 | MG8 | Review Debtors' draft omnibus reply to objections to Sale Motion to confirm whether it addresses objections lodged by parties that Curtis is covering as conflicts counsel to the Debtors (1.40) | 1.40 |
| 11/09/12 | MG8 | Review client's comments to spreadsheet provided by counsel to PNC Mortgage regarding alleged cure amounts and follow-up with working group, client and Centerview regarding same (.70) | 0.70 |
| 11/09/12 | BMK | Prepare and organize documents and update spreadsheet to reflect documents and information received from various e-mails relating to objections to Sale Motion (.40) | 0.40 |
| 11/09/12 | BMK | Correspond with working group regarding the Debtors' Schedules listing PNC Mortgage's executory contracts (.20) | 0.20 |
| 11/09/12 | BMK | Correspond with working group regarding status of missing contracts in connection with CitiMortgage, Inc. and PNC Mortgage's objection to the Debtors' proposed sale and assumption and assignment of contracts (.30) | 0.30 |
| 11/09/12 | PJB2 | Initial review of draft of Debtors' omnibus reply to objections to Debtors' sale motion and follow-up on same for conflicts purposes (1.70) | 1.70 |
| 11/09/12 | PJB2 | Correspond with working group re: draft of Debtors' omnibus reply to objections to Debtors' sale motion (.20) | 0.20 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 9

| | | | |
|---|---|---|---|
| 11/10/12 | MG8 | Prepare for and participate in call with working group to coordinate suggested revisions to the Debtors' draft omnibus reply to the objections to the Sale Motion (1.20) | 1.20 |
| 11/10/12 | MG8 | Review and comment on draft reply to objections to sale motion that had been revised to reflect initial comments from Curtis with respect to objections being handled by Curtis (1.10) | 1.10 |
| 11/10/12 | PJB2 | Participate in call with working group re: revising Debtors' omnibus reply to objections to Debtors' sale motion and research re: same (.40) | 0.40 |
| 11/10/12 | PJB2 | Correspond with working group re: revising Debtors' omnibus reply to objections to Debtors' sale motion and conduct research re: same (.30) | 0.30 |
| 11/10/12 | PJB2 | Revise Debtors' omnibus reply to objections to Debtors' sale motion and conduct research re: same (5.30) | 5.30 |
| 11/11/12 | MG8 | Correspond with P. Buenger regarding burden of proof issue relating to cure amounts on defaulted exectory contracts and asset of estate argument in certain objections to cure amounts (.20) | 0.20 |
| 11/11/12 | PJB2 | Correspond with M. Gallagher re: burden of proof on defaults under executory contracts and resulting cure amounts and whether executory contracts prior to rejection are assets of a debtor's estate (.20) | 0.20 |
| 11/11/12 | PJB2 | Conduct further research re: burden of proof on defaults under executory contracts and resulting cure amounts and status of executory contracts prior to rejection and update omnibus reply to various objections to Debtors' sale motion to incorporate same (.80) | 0.80 |
| 11/12/12 | MG8 | Draft correspondence to S. Wallace, counsel to CitiMortgage, regarding certain aspects of CitiMortgage's objection that were addressed by the Debtors' Omnibus Reply and arrange call to address remaining objections (.40) | 0.40 |
| 11/12/12 | MG8 | Participate in conference call with counsel to JPM Chase and in-house counsel to JPM Chase regarding JPM's objections to sale motion and potential solutions to same (.50) | 0.50 |
| 11/12/12 | MG8 | Attend to correspondence relating to JPM Chase's objections to sale and Residential Capital's inquiries related to same, as well as chart of relevant agreements sent by M. Crespo of Morrison & Foerster (.70) | 0.70 |
| 11/12/12 | MG8 | Review and coordinate with working group re: various | 1.80 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page  10

|            |      | language of APAs in order to address certain objections to Sale Motion raised by JPM, PNC and CitiMortgage (1.80) |      |
|------------|------|------|------|
| 11/12/12 | MG8 | Review filed versions of Debtors' Omnibus Reply to Debtors' sale motion and related declarations and exhibits in connection with Curtis' role as Debtors' conflicts counsel (1.60) | 1.60 |
| 11/12/12 | MG8 | Review emails and copies of agreements and related materials sent by R. Smith of JPM Chase in connection with JPM's reservation of rights and limited objection to Debtors' Sale Motion (1.20) | 1.20 |
| 11/12/12 | MG8 | Participate in call with M. Crespo regarding JPM Chase's objections to sale motion, background and related issues (.30) | 0.30 |
| 11/12/12 | MG8 | Participate in call with M. Woehr and T. Witten regarding PNC Mortgage's objections to Sale Motion and related issues (.50) | 0.50 |
| 11/12/12 | BMK | Review recently filed Debtors' Omnibus Reply to Objections to Debtors' Sale Motion and related pleadings and objections for conflicts purposes (2.50) | 2.50 |
| 11/12/12 | BMK | Organize documents for sales hearing binder and index and discuss upcoming sales hearing procedures with P. Buenger (1.20) | 1.20 |
| 11/12/12 | PJB2 | Circulate as-filed version of Debtors' omnibus reply to objections to Debtors' sale motion to group and follow-up with B. Kotliar re: upcoming sales hearing procedures and preparation for same (.30) | 0.30 |
| 11/12/12 | PJB2 | Review as-filed Debtors' omnibus reply to objections to Sale Motion and various declarations and exhibits in support thereof re: obligations being assumed and assigned and various other objections raised by potential conflicts parties to the Debtors' Sale Motion and/or cure amounts (1.50) | 1.50 |
| 11/13/12 | SFP | Review correspondence and documents relating to JPMorgan Chase Agreements where JPMC objected to assumption and assignment (3.80) | 3.80 |
| 11/13/12 | MG8 | Attend to correspondence with S. Wallace, counsel to CitiMortgage, regarding explanation of reason for two SBO notices and divisibility of agreements by loans and follow-up with Residential Capital re: same (.60) | 0.60 |
| 11/13/12 | MG8 | Participate in telephone conference with working group and A. Root, counsel to PNC Mortgage, regarding potential resolution to PNC Mortgage's objections to Sale Motion and Assumption and Assignment (.30) | 0.30 |
| 11/13/12 | MG8 | Participate in conference call with counsel to | 0.70 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 11

| | | | |
|---|---|---|---|
| | | CitiMortgage and working group to discuss objections to Sale Motion, potential resolutions and related follow-up (.70) | |
| 11/13/12 | MG8 | Participate in telephone conference with R. Smith of JPMorgan Chase and working group regarding issues with respect to certain agreements listed on the Debtors' assumption schedules relevant to resolving JPMorgan Chase's limited objections to Sale Motion (.20) | 0.20 |
| 11/13/12 | MG8 | Attend to numerous communications with Residential Capital's in-house counsel, Residential Capital's business personnel, Morrison & Foerster and working group in connection with efforts to resolve JPMorgan Chase's limited objections to Sale Motion (.80) | 0.80 |
| 11/13/12 | MG8 | Attend to numerous communications with R. Smith, counsel to JPMorgan Chase, regarding agreements to be assumed and assigned and related issues with respect to JPMorgan's limited objections to the Debtors' Sale Motion (.50) | 0.50 |
| 11/13/12 | MG8 | Review applicable notices, orders and APAs for determination about approved procedures for adding and deleting executory agreements to be assumed and assigned in connection with Sale Motion and follow-up with Curtis working group re: same (.80) | 0.80 |
| 11/13/12 | BMK | Review appropriate sale documents and asset purchase agreements for procedures for additional contracts to be assumed and assigned (1.20) | 1.20 |
| 11/13/12 | BMK | Coordinate the production of materials for hearing on Sale Motion and index of same (.50) | 0.50 |
| 11/13/12 | BMK | Investigate Debtors' schedules on the assumption and assignment notice, amended notice and Debtors' First and Second Notices of assuming and assigning SBO servicing contracts as to potentially absent counterparties (0.50) | 0.50 |
| 11/13/12 | RMS | Begin to prepare key documents binder re: sale hearing for attorney review, per the request of B. Kotliar (.80) | 0.80 |
| 11/14/12 | SFP | Further review JPM documents subject of assumption notices, confer with M. Gallagher and consider possible expiration of certain agreements (1.40) | 1.40 |
| 11/14/12 | JD3 | Correspond and confer with working group, Calpine counsel and GMAC counsel re: status of Calpine settlement and sale of REO property (.50) | 0.50 |
| 11/14/12 | MG8 | Draft and respond to numerous communications with counsel to CitiMortgage in connection with efforts to resolve CitiMortgage's objections to the Debtors' sale motion (.70) | 0.70 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 12

| | | | |
|---|---|---|---|
| 11/14/12 | MG8 | Review various schedules for executory agreements to be assumed and assigned pursuant to Sale Motion and correspond with Centerview and C. Schares of Residential Capital regarding purchase price allocations related to agreements of certain objecting counter parties (.80) | 0.80 |
| 11/14/12 | MG8 | Attend to correspondence with M. Woehr of Residential Capital and M. Beck of Morrison & Foerster regarding potential resolution of PNC Mortgage's objections to cure amounts and the Debtors' Sale Motion and possible implications related to such resolution (.40) | 0.40 |
| 11/14/12 | MG8 | Review and comment on correspondence to PNC Mortgage with respect to proposed resolution of PNC Mortgage's objections to cure amounts and the Debtors' sale motion (.30) | 0.30 |
| 11/14/12 | MG8 | Review follow-up correspondence with counsel to JPMorgan Chase regarding potential resolution to JPMorgan Chase's reservation of rights with respect to Sale Motion (.20) | 0.20 |
| 11/14/12 | MG8 | Review proposal of PNC Mortgage for potential resolution of PNC Mortgage's objection to Sales Motion and cure amounts and confer with working group regarding same (.30) | 0.30 |
| 11/14/12 | MG8 | Correspond with A. Barrage of Morrison & Foerster and working group regarding status of attempts to resolve various objections to Sales Motion and information needed to further analyze appropriate resolutions (.40) | 0.40 |
| 11/14/12 | MG8 | Attend to several communications relating to settlement of REO litigation involving CPN and related sale of REO property to CPN (.50) | 0.50 |
| 11/14/12 | MG8 | Meet with S. Pollack to review JPM documents listed on assumption and assignment schedules and follow-up re: same (.80) | 0.80 |
| 11/14/12 | MG8 | Review JPM assignment schedules and review and revise correspondence to JPM with respect to proposed resolution to JPM reservation of rights with respect to the Debtors' sale motion (.70) | 0.70 |
| 11/14/12 | MAC | Review sale pleadings and objections in connection with Curtis' role as conflicts counsel to the Debtors (1.10) | 1.10 |
| 11/14/12 | BMK | Revise indices of materials for Sale Motion hearing per P. Buenger's comments and coordinate its production (.80) | 0.80 |
| 11/14/12 | BMK | E-mail T. Foudy and M. Gallagher with list of CitiMortgage, Inc.'s assumed and assigned contracts | 0.20 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page  13

|  |  |  |  |
|---|---|---|---|
|  |  | pursuant to Debtors' schedules (.20) |  |
| 11/14/12 | RMS | Retrieve and compile key documents re: sale hearing, per the request of B. Kotliar (2.10) | 2.10 |
| 11/14/12 | HH | Review materials prepared by P. Buenger re: Debtors' sale hearing (.30) | 0.30 |
| 11/14/12 | HH | Review Debtors' omnibus reply to sale objections in preparation for sale hearing (.80) | 0.80 |
| 11/14/12 | HH | Correspond with working group re: preparations to be made for sale hearing and Curtis' role in same (.70) | 0.70 |
| 11/15/12 | MG8 | Attend to efforts to resolve CitiMortgage's objections to assumption and assignment, as well as to Debtors' Sale Motion, including numerous discussions with counsel to CitiMortgage and Residential Capital regarding CitiMortgage's specific issues, with Morrison & Foerster regarding state of play and with RMBS Trustees and Ocwen regarding outstanding issues with respect to master servicers and SBO service agreements (1.70) | 1.70 |
| 11/15/12 | MG8 | Attend to numerous calls and communications with counsel to JPMorgan Chase, Residential Capital and working group in connection with identification and review of documents in order to resolve JPMorgan Chase's reservations of rights with respect to Debtors' Sale Motion (1.50) | 1.50 |
| 11/15/12 | MG8 | Review Committee Statement Concerning Sale of Servicing Platform and Legacy Platform and follow-up with working group as it relates to continuing negotiations with certain objecting parties (.40) | 0.40 |
| 11/15/12 | MG8 | Confer with B. Kotliar regarding preparation of materials for hearing on Debtors' sale motion and review drafts indices for binders (.30) | 0.30 |
| 11/15/12 | MG8 | Attend to matters relating to resolving objections of PNC Mortgage to Debtors' Sale Motion and to assumption and assignment of PNC Mortgage agreements, including numerous communications with working group and A. Root regarding proposed resolutions and open issues, and follow-up with Morrison & Foerster as to the treatment of SBO servicers generally (1.20) | 1.20 |
| 11/15/12 | MG8 | Review newly filed updated proposed order for Legacy Portfolio sale to Berkshire Hathaway (.50) | 0.50 |
| 11/15/12 | MG8 | Attend to numerous communications with T. Witten, C. Schares and B. Weingarten regarding implications of CitiMortgage's objection to Debtors' Sale Motion (1.20) | 1.20 |
| 11/15/12 | MG8 | Draft detailed email to counsel to CitiMortgage | 0 70 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 14

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | addressing open points on CitiMortgage's objection to Sale Motion and assumption and assignment, potential resolutions, state of play and rationale for certain agreements made with RMBS Trustees (.70) | |
| 11/15/12 | BMK | Monitor case docket and review relevant documents for sales hearing (.50) | 0.50 |
| 11/15/12 | BMK | Prepare sales hearing materials for working group (1.20) | 1.20 |
| 11/15/12 | BMK | Update sales hearing materials to include proposed orders and statement of the Official Committee of Unsecured Creditors (.20) | 0.20 |
| 11/15/12 | BMK | Confer with M. Gallagher re: production of materials for sales hearing (.30) | 0.30 |
| 11/15/12 | BMK | Coordinate the production of the sales hearing materials (.70) | 0.70 |
| 11/15/12 | RMS | Retrieve and compile key documents re: November 19th sale hearing, per the request of B. Kotliar (4.90) | 4.90 |
| 11/16/12 | SJR | Review strategy regarding addressing remaining Objections of conflict parties in connection with Residential Capital's sale transaction and review documentation related to same (2.20) | 2.20 |
| 11/16/12 | MG8 | Participate in telephone conference with working group regarding status of PNC Mortgage and CitiMortgage's objection and open issues and tasks before hearing on Sale Motion (.20) | 0.20 |
| 11/16/12 | MG8 | Participate in telephone conference with G. Lee and M. Crespo to review plan for addressing remaining objections to Sale Motion (.30) | 0.30 |
| 11/16/12 | MG8 | Attend to numerous communications with working group and S. Wallace, counsel to CitiMortgage, regarding open issues and potential resolutions to CitiMortgage's objections to Debtors' Sale Motion (.50) | 0.50 |
| 11/16/12 | MG8 | Attend to communications with A. Root and M. Schaedle, counsel to PNC Mortgage, regarding open issues and points of clarification in connection with assumption and assignment of PNC Mortgage's objections to sale motion (.70) | 0.70 |
| 11/16/12 | MG8 | Review CitiMortgage's supplemental objection to Sale Motion, calculation of cure claim and follow-up with Curtis team and client re: same (.50) | 0.50 |
| 11/16/12 | MG8 | Correspond with T. Witten, M. Waehr, and C. Schares of Residential Capital regarding obtaining list of PNC Mortgage-serviced loans being purchased by Berkshire Hathaway and follow-up with counsel to PNC Mortgage | 0.60 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 15

regarding same (.60)

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/16/12 | MG8 | Attend to numerous communications with counsel to Ocwen regarding issues relating to CitiMortgage's objection to Debtors' Sale Motion (.60) | 0.60 |
| 11/16/12 | MG8 | Attend to preparation of materials for hearing on Debtors' Sale Motion and follow-up with Curtis team re: same (.50) | 0.50 |
| 11/16/12 | MG8 | Attend to numerous communications with Residential Capital and Centerview teams with respect to certain issues relating to pricing related to certain parties objecting to Debtors' Sale Motion and confer with B. Weingarten regarding same (.70) | 0.70 |
| 11/16/12 | MG8 | Locate and review objections to Debtors' Sale Motion filed by master servicers (1.20) | 1.20 |
| 11/16/12 | MG8 | Review email from A. Root, counsel to PNC Mortgage, seeking certain clarifications in connection with Sale Motion and follow-up regarding same (.30) | 0.30 |
| 11/16/12 | MG8 | Review filed objections to Debtors' notices of intent to assume and assign certain SBO servicing agreements and follow-up with Curtis team and Residential Capital re: same (.60) | 0.60 |
| 11/16/12 | GF | Assist B. Kotliar with preparation of materials for Monday's sale hearing for M. Gallagher and T. Foudy (1.00) | 1.00 |
| 11/16/12 | BMK | Coordinate the production of the sales hearing materials and review index (.80) | 0.80 |
| 11/16/12 | BMK | Discuss preparations for sales hearing, relevant pleadings, and the status of outstanding objections with working group (.20) | 0.20 |
| 11/16/12 | RMS | Complete retreival and review of key documents re: sale hearing for attorney review, per the request of B. Kotliar (3.40) | 3.40 |
| 11/16/12 | HH | Confer with working group throughout the day re: status of materials requested by M. Gallagher for sales hearing and other issues related to hearing (.50) | 0.50 |
| 11/16/12 | HH | Review materials related to upcoming sale hearing, including objections filed by RMBS trustees (.30) | 0.30 |
| 11/17/12 | BMK | Correspond with working group re: reviewing received PNC Mortgage contracts (.20) | 0.20 |
| 11/18/12 | MG8 | Prepare for hearing on Debtors' Sale Motion, including review and organize relevant materials for CitiMortgage, JPM Chase and PNC Mortgage's objections (1.30) | 1.30 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 16

| | | | |
|---|---|---|---|
| 11/18/12 | MG8 | Review updated chart summarizing objections to Sale Motion and current status and participate in conference call with Morrison & Foerster and Curtis teams regarding same (1.40) | 1.40 |
| 11/18/12 | MG8 | Correspond with B. Kotliar regarding preparations for Debtors' sale hearing (.20) | 0.20 |
| 11/18/12 | MG8 | Attend to correspondence with A. Root and T. Foudy regarding PNC Mortgage's objections to Sale Motion and related follow-up (.30) | 0.30 |
| 11/19/12 | MG8 | Attend hearing on Debtors' sales motion, including numerous communications with counsel to PNC Mortgage, Counsel to CitiMortgage, Morrison & Foerster and counsel to Ocwen throughout the day with respect to possible resolutions to outstanding issues and objections (5.80) | 5.80 |
| 11/19/12 | MG8 | Prepare for hearing on Debtors' sale motion, including assembling materials related to negotiations taking place overnight (1.20) | 1.20 |
| 11/19/12 | MG8 | Attend to correspondence with M. Beck regarding open issues relating to SBO advance reimbursement in connection with resolution to objection of PNC Mortgage(.30) | 0.30 |
| 11/19/12 | BMK | Finalize materials for sale hearing (.40) | 0.40 |
| 11/19/12 | BMK | Draft summary of sale hearing held on November 19, 2012 (1.20) | 1.20 |
| 11/19/12 | HH | Review and summarize pleadings, per T. Foudy's request, in connection with Residential Capital's sale motion (.40) | 0.40 |
| 11/20/12 | MG8 | Prepare for and attend continued hearing on Debtors' motions to approve asset sales free and clear to Ocwen and Berkshire Hathaway (3.10) | 3.10 |
| 11/20/12 | MG8 | Attend to numerous communications with A. Root, counsel to PNC Mortgage, attorneys at Morrison & Foerster, and attorneys to other SBO servicers regarding finalizing language to sale orders addressing specific concerns of SBO servicers and related follow-up (2.30) | 2.30 |
| 11/20/12 | MG8 | Participate in telephone conference with S. Wallace, counsel to CitiMortgage, to review language of paragraph 36 to Ocwen Sale Order addressing issues relating to master servicers (.30) | 0.30 |
| 11/20/12 | MG8 | Participate in numerous communications with S. Wallace, counsel to CitiMortgage, regarding proposed language to Sale Order resolving objections of | 0.80 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 17

|  |  | CitiMortgage and follow-up with T. Goren and A. Barrage regarding same (.80) |  |
| 11/20/12 | MG8 | Review newly filed proposed orders for Ocwen and Berkshire Hathaway sales and transmit relevant provisions to CitiMortgage's counsel (.60) | 0.60 |
| 11/26/12 | MG8 | Attend to correspondence relating to CPN REO acquisition (.10) | 0.10 |
| 11/26/12 | MG8 | Prepare for and participate in call with Morrison & Foerster team to discuss outstanding cure amount issues following approval of Debtors' sale motions (.50) | 0.50 |
| 11/26/12 | MG8 | Review letter agreement between Ally Bank, Ocwen and Walter in connection with Curtis' role as Debtors' conflicts counsel (.20) | 0.20 |
| 11/26/12 | MG8 | Review and update chart circulated by Morrison & Foerster for outstanding cure issues remaining after hearing on Sale Motion (.40) | 0.40 |
| 11/26/12 | MG8 | Correspond with S. Wallace, counsel to CitiMortgage Master Servicing, regarding obtaining list of loans subject to CitiMortgage master servicing (.10) | 0.10 |
| 11/26/12 | MG8 | Attend to matters relating to determining economic impact of assumption of CitiMortgage's agreements and correspond with C. Schares, T. Witten, T. Foudy and B. Weingarten re: same (1.20) | 1.20 |
| 11/27/12 | JD3 | Attend to correspondence re: status of Calpine REO property settlement (.20) | 0.20 |
| 11/27/12 | MG8 | Attend to matters relating to reconciliation of loans and cure amounts associated with CitiMortgage in its capacity as Master Servicer and SBO servicer (1.20) | 1.20 |
| 11/27/12 | MG8 | Participate in telephone conference with A. Root, counsel to PNC, regarding open issues in connection with cure claim (.30) | 0.30 |
| 11/27/12 | MG8 | Participate in telephone conference with B. Weingarten of Centerview Partners regarding issues relating to CitiMortgage proposed cure amounts (.20) | 0.20 |
| 11/28/12 | MG8 | Participate in telephone conference with M. Beck and T. Witten regarding mechanics of SBO servicing, reimbursement of advances and related issues (.70) | 0.70 |
| 11/28/12 | MG8 | Review Berkshire Hathaway APA and sales orders for matters relating to SBO servicers and correspond with T. Witten and M. Crespo regarding same (1.20) | 1.20 |
| 11/28/12 | MG8 | Participate in telephone conference with A. Barrage and M. Beck regarding issues relating to cure claims of SBO servicers (.50) | 0.50 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 18

| | | | | |
|---|---|---|---|---|
| 11/29/12 | MG8 | Attend to numerous emails with T. Witten and M. Beck regarding SBO servicer whole loans being transferred to Berkshire Hathaway (.50) | 0.50 | |
| 11/29/12 | MG8 | Review provisions of Berkshire Hathaway APA relating to SBO servicers' whole loans being transferred under the Berkshire Hathaway APA and discuss same with working group (.80) | 0.80 | |
| 11/29/12 | MG8 | Review further correspondence from T. Witten regarding SBO servicing transition issues (.10) | 0.10 | |
| 11/29/12 | MG8 | Participate in telephone conference with T. Witten, C. Hager and M. Beck to discuss SBO servicer transition issues (.50) | 0.50 | |
| 11/29/12 | MG8 | Participate in conference call with Morrison & Foerster team to review status of cure objections and resolution strategies (1.00) | 1.00 | |

TOTAL HOURS           186.00

## Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 8.90 | 830 | 7,387.00 |
| Michael Ari Cohen | Partner | 1.10 | 730 | 803.00 |
| Susan F. Pollack | Counsel | 5.20 | 635 | 3,302.00 |
| Maryann Gallagher | Counsel | 84.20 | 625 | 52,625.00 |
| James V. Drew | Associate | 0.70 | 590 | 413.00 |
| Peter Josef Buenger | Associate | 29.70 | 425 | 12,622.50 |
| Heather Hiznay | Associate | 3.00 | 345 | 1,035.00 |
| Bryan M. Kotliar | Associate | 41.00 | 305 | 12,505.00 |
| Georgia Faust | Legal Assistant | 1.00 | 230 | 230.00 |
| Rebecca M. Srulowitz | Legal Assistant | 11.20 | 230 | 2,576.00 |
| | | **186.00** | | **$93,498.50** |

TOTAL SERVICES                    $93,498.50

## Summary of Expenses

External Photocopy Services                    250.10

TOTAL EXPENSES                    $250.10

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 19

**TOTAL THIS INVOICE**        **$93,748.60**



# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**  Bank:              Citibank
ABA Routing #:     021000089
F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
Account#           40585074

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562650

Total Services                    93,498.50

Total Expenses                      250.10

**Total This Invoice**           **$93,748.60**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                    February 05, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                             Inv. # 1562710
Fort Washington PA 19034                                    Our Ref. 062108-000400
                                                            SJR

Attention:   Residential Capital, LLC

Re:  General Litigation Matters

---

| | | | |
|---|---|---|---|
| 11/01/12 SJR | Attend to matters regarding review of potential assumed contracts with CitiMortgage and CitiMortgage Objections in connection with sale transaction and strategy related to same (1.80) | | 1.80 |
| 11/01/12 TF1 | Confer with A. Barrage regarding status of resolution of Sale Motion objections (.50) | | 0.50 |
| 11/01/12 TF1 | Review sales procedures order and objection charts and various pleadings in preparation for addressing CitiMortgage's sale objection (1.60) | | 1.60 |
| 11/01/12 TF1 | Review contracts provided by CitiMortgage counsel re: discussions to partially resolve objection (1.00) | | 1.00 |
| 11/01/12 TF1 | Confer with working group re: preparation for call with CitiMortgage counsel and draft reply to CitiMortgage's objection (.60) | | 0.60 |
| 11/01/12 TF1 | Review lists of assumed contracts with CitiMortgage and CitiMortgage's objections in preparation for call with CitiMortgage counsel (1.50) | | 1.50 |
| 11/01/12 TF1 | Participate in call with CitiMortgage counsel to discuss possible resolution of objections (.50) | | 0.50 |
| 11/02/12 SJR | Follow up regarding issues related to Cure Objections being handled by Curtis as Conflicts Counsel and issues regarding same (1.10) | | 1.10 |
| 11/02/12 TF1 | Attend to matters concerning handling cure objections and sale objections by conflicts parties, including update call with A. Barrage, review cure objection chart, suggest changes to CitiMortgage entries and review motion papers filed by debtors (2.20) | | 2.20 |
| 11/05/12 SJR | Review documentation regarding CitiMortgage issues and Objections in connection with Amended Notice of Auction results and asset sale and follow up regarding same (.90) | | 0.90 |
| 11/05/12 TF1 | Follow-up re: obtaining copies of remaining CitiMortgage's contracts for resolution of objection (.70) | | 0.70 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 2

| | | | |
|---|---|---|---|
| 11/05/12 | TF1 | Review amended notice of auction results with redline of Ocwen APA for issues relating to objections by conflicts parties (1.20) | 1.20 |
| 11/05/12 | TF1 | Participate in "all-hands" call to discuss resolution of objections to assumption/assignment and Sale Motion (1.60) | 1.60 |
| 11/05/12 | TF1 | Review revised Paragraph P language in Proposed Ocwen Sale Order and correspond with Ocwen counsel re: same (.30) | 0.30 |
| 11/05/12 | TF1 | Review objections filed by possible conflict parties and legal research relevant to conflict party objections (1.70) | 1.70 |
| 11/06/12 | SJR | Review replies to Sale/Assignment/Cure Objections by various conflict parties and follow up regarding handling matters regarding same (1.10) | 1.10 |
| 11/06/12 | TF1 | In handling replies to sale/assignment/cure objections by conflicts parties, review sale motion and notices to assume and assign SBO Servicing agreements and PNC's objections to the cure amounts (1.20) | 1.20 |
| 11/06/12 | TF1 | Follow-up on discussions with Ocwen on amended sale order and identification of conflicts parties (.20) | 0.20 |
| 11/06/12 | TF1 | Review additional CitiMortgage contracts received from client, forward to counsel for CitiMortgage in connection with objection and follow-up with client re: additional CitiMortgage contracts needed (.70) | 0.70 |
| 11/07/12 | TF1 | In responding to sale/assignment/cure objections by conflict parties, review amended notice of assignment and assumption of contracts and objections raising similar issues (1.30) | 1.30 |
| 11/07/12 | TF1 | Participate in call with Morrison & Foerster regarding amended notice of assignment and assumption of contracts and objections raising similar issues (.30) | 0.30 |
| 11/07/12 | TF1 | Participate in call with PNC Mortgage's counsel regarding PNC's objection to Sale Motion and proposed cure amounts (.40) | 0.40 |
| 11/07/12 | TF1 | Participate in various conferences with working group re: resolving objections and tasks to perform (.80) | 0.80 |
| 11/07/12 | TF1 | Correspond with counsel for PNC Mortgage and CitiMortgage regarding identification of contracts being assumed, issues regarding same and cure amounts (.90) | 0.90 |
| 11/07/12 | TF1 | Participate in conference call with Ocwen counsel updating status of open issues pertaining to conflict | 0.80 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 3

parties (.80)

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 11/08/12 | TF1 | Review back-up materials provided by PNC Mortgage in support of their cure objection (.30) | 0.30 |
| 11/08/12 | TF1 | Follow-up on PNC Mortgage and CitiMortgage's sale objection resolution (.30) | 0.30 |
| 11/08/12 | TF1 | Participate in conference call with Blank Rome, counsel to PNC Mortgage, re: context for cure claims and questions regarding SBO assignments and assumption (.40) | 0.40 |
| 11/08/12 | TF1 | Review research materials pertinent to omnibus reply to objection (.90) | 0.90 |
| 11/09/12 | SJR | Attend to reviewing of JPMorgan Objection and e-mails where Curtis will be acting on behalf of Residential Capital in connection with addressing JPMorgan Objection (1.30) | 1.30 |
| 11/09/12 | SJR | Attend internal e-mails and discussions regarding same (.60) | 0.60 |
| 11/09/12 | TF1 | Review JPM's objection to assumption and assignment and emails re: negotiations with JPM counsel in preparation for taking over defense of JPM's objection from Morrison & Foerster for conflicts purposes (.70) | 0.70 |
| 11/09/12 | TF1 | Draft emails to client and JPM counsel regarding coordination of preparation for taking over defense of JPM's objection from Morrison & Foerster (.40) | 0.40 |
| 11/09/12 | TF1 | Prepare for call with client re: conflict party objections being handled by Curtis (.60) | 0.60 |
| 11/09/12 | TF1 | Participate in conference call with client re: conflict party objections being handled by Curtis (.40) | 0.40 |
| 11/09/12 | TF1 | Participate in "all hands" call on sale and assignment objections relating to Sale Motion (1.50) | 1.50 |
| 11/09/12 | TF1 | Review additional information/contracts gathered in response to CitiMortgage's request for further information (1.30) | 1.30 |
| 11/09/12 | TF1 | Attend to potential resolution of PNC Mortgage's objection, including review client analysis of cure claims, correspond with both client and PNC Mortgage counsel re: same and confer with PNC counsel re: same (1.70) | 1.70 |
| 11/10/12 | SJR | Review draft Reply to Sale Objections for matters being handled by Curtis as Conflicts Counsel (1.20) | 1.20 |
| 11/10/12 | TF1 | Participate in conference call with working group re: analysis of objection reply in terms of addressing | 0.40 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 4

| | | | |
|---|---|---|---|
| | | issues raised by conflicts parties (.40) | |
| 11/10/12 | TF1 | Review and edit draft reply to sale objections, including review and incorporate suggested changes from P Buenger and M. Gallagher as appropriate (3.60) | 3.60 |
| 11/11/12 | TF1 | Review and revise chart of sale objection entries regarding conflicts parties (.70) | 0.70 |
| 11/11/12 | TF1 | Draft email to CitiMortgage counsel regarding information request and resolution of objection (.30) | 0.30 |
| 11/12/12 | SJR | Analyze issues in connection with Sale/Assignment Objections raised by conflict parties and follow up regarding same (1.10) | 1.10 |
| 11/12/12 | TF1 | Review latest draft of sale order (1.50) | 1.50 |
| 11/12/12 | TF1 | Follow-up re: resolving objections to sale/assignment raised by conflicts parties, including conference calls with client regarding same, correspondence with conflicts parties and factual and legal investigation/analysis of issues raised by each party (3.20) | 3.20 |
| 11/12/12 | TF1 | Confer with M. Crespo of Morrison & Foerster regarding background to JPM's objection to Sale Motion (.40) | 0.40 |
| 11/12/12 | MG8 | Confer with working group regarding preparation of materials for hearing on Debtors' Sale Motion (.20) | 0.20 |
| 11/13/12 | SJR | Review Final Reply to Sale Objections (.70) | 0.70 |
| 11/13/12 | SJR | Participate in discussions regarding efforts to resolve Objections (.30) | 0.30 |
| 11/13/12 | TF1 | Review filed Reply to Sale Objections for handling objections by counter-parties (.70) | 0.70 |
| 11/13/12 | TF1 | Correspond and confer with J. Ruhlin re: treatment of JPM's contracts (.50) | 0.50 |
| 11/13/12 | TF1 | Correspond and confer with CitiMortgage counsel re: resolving objection and follow-up re: same with working group (1.50) | 1.50 |
| 11/13/12 | TF1 | Participate in conference call with PNC Mortgage counsel re: resolving PNC's objections and follow-up re: same (1.50) | 1.50 |
| 11/13/12 | TF1 | Correspond with JPM counsel regarding resolving JPM's objections to sale (.30) | 0.30 |
| 11/13/12 | TF1 | Review materials on contracts received from JPM and Morrison & Foerster (.70) | 0.70 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 5

| | | | |
|---|---|---|---|
| 11/14/12 | TF1 | Attend to resolution of PNC Mortgage's objections, including multiple calls with PNC counsel, review proposed sale order language, draft email memorializing resolution and correspond with client re: same (2.30) | 2.30 |
| 11/14/12 | TF1 | Continue reviewing materials filed in support of sale motion in preparation for hearing (.50) | 0.50 |
| 11/14/12 | TF1 | Discuss preparation for upcoming sale hearing with working group (.30) | 0.30 |
| 11/14/12 | TF1 | Meet with working group to discuss JPM's contracts at issue in JPM's objection to assumption and assignment (.40) | 0.40 |
| 11/14/12 | TF1 | Attend to resolution of JPM's objection, including draft email with proposed resolution (.80) | 0.80 |
| 11/14/12 | TF1 | Correspond with Morrison & Foerster and client re: appropriate resolutions of objections to Sale Motion (.40) | 0.40 |
| 11/14/12 | TF1 | Attend to resolution of CitiMortgage's Objection, including correspond with CitiMortgage counsel, client and Ocwen counsel on proposed resolution (.90) | 0.90 |
| 11/15/12 | SJR | Attend to issues regarding resolving Objections of CitiMortgage, PNC Mortgage, JPMorgan and others in connection with sale transactions (1.20) | 1.20 |
| 11/15/12 | TF1 | Confer with working group regarding status of resolving objections with conflicts parties and preparation for sale hearing (.50) | 0.50 |
| 11/15/12 | TF1 | Meet with working group re: preparation of hearing binders (.30) | 0.30 |
| 11/15/12 | TF1 | Follow-up on resolutions of objections of CitiMortgage, PNC Mortgage and JPM Chase, including review of emails with draft resolution language with counsel for objecting parties and participate in conference calls re: same (1.20) | 1.20 |
| 11/15/12 | TF1 | Review provisions of sale orders relevant to resolving objections and correspond with M. Gallagher re: same (.50) | 0.50 |
| 11/16/12 | TF1 | Prepare material and arguments for sale hearing vis-a-vis conflict party objections (1.70) | 1.70 |
| 11/16/12 | TF1 | Participate in call with Morrison & Foerster and Clifford Chance re: open issues for Sale Hearing (1.20) | 1.20 |
| 11/16/12 | TF1 | Review proposed Sale Order and Committee Statement (.90) | 0.90 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 6

| | | | |
|---|---|---|---|
| 11/16/12 | TF1 | Attend to resolution of PNC Mortgage's objections, including emails and conference calls with counsel regarding same and follow-up with client and Morrison & Foerster re: same (2.10) | 2.10 |
| 11/16/12 | TF1 | Attend to resolution of CitiMortgage's objections, including emails with CitiMortgage regarding same, review CitiMortgage's new objection and confer with client re: CitiMortgage cure amount back-up (1.70) | 1.70 |
| 11/17/12 | TF1 | Participate in conference call with Morrison & Foerster and other professionals re: "open issues" in advance of Sale Hearing and resolution of objections, including those by conflicts parties (.70) | 0.70 |
| 11/18/12 | TF1 | Participate in multiple conference calls re: resolving objections to sale and assignment/assumption and other open issues with respect to sale hearing (1.70) | 1.70 |
| 11/18/12 | TF1 | Attend to emails re: potential resolution of objections by PNC Mortgage and CitiMortgage (.50) | 0.50 |
| 11/19/12 | SJR | Attend to matters regarding efforts to resolve Objections of conflict parties in connection with Sale Hearing, review e-mails and follow up regarding same (2.30) | 2.30 |
| 11/19/12 | TF1 | Attend Sale Motion Hearing and attend to negotiation of resolution of objections and sale order language during breaks (8.10) | 8.10 |
| 11/19/12 | TF1 | Prepare for sale hearing, including review new proposed sale orders, updated objection charts and law for potential argument on objections raised by CitiMortgage (1.10) | 1.10 |
| 11/20/12 | SJR | Attend to matters regarding resolving conflict party Objections in connection with Residential Capital sales (1.10) | 1.10 |
| 11/20/12 | TF1 | Attend continued Sale Hearing on modifications to Sale Order (2.40) | 2.40 |
| 11/20/12 | TF1 | Confer and correspond with counsel for PNC Mortgage and Morrison & Foerster re: issues surrounding language and implementation regarding SBO Servicers (.70) | 0.70 |
| 11/20/12 | TF1 | Correspond and confer with CitiMortgage counsel re: incorporating CitiMortgage into Sale Order and Residential Capital's refusal to pay CitiMortgage's fees (.80) | 0.80 |
| 11/20/12 | TF1 | Review and send suggested changes on draft sale order to Morrison & Foerster and review final sale order (1.60) | 1.60 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 7

| | | | |
|---|---|---|---|
| 11/21/12 | TF1 | Organize files from Sale Hearing and objections for records and possible future retrieval and use in responding to cure objections and proofs of claim (.50) | 0.50 |
| 11/27/12 | TF1 | Organize storage of emails/documents regarding Sale Hearing and objections for possible future use, especially in regards to resolving cure objections of conflict parties (.30) | 0.30 |
| 11/28/12 | SJR | Review Residential Capital's Examiner draft response with respect to third-party releases and objections raised by conflict party in Examiner submission (.70) | 0.70 |
| 11/28/12 | SJR | Attend to matters regarding claims to be brought in connection with reparation as requested by Morrison & Foerster related to Federal Home Loan Bank entities in responding to Examiner submissions (1.60) | 1.60 |
| 11/28/12 | SJR | Review materials regarding responding to issues raised in connection with Ally receiving a third-party release and the related objections by conflict party in Examiner submission (1.70) | 1.70 |
| 11/28/12 | TF1 | Confer with M. Gallagher and A. Barrage re: conflicts' assignment concerning submissions to Examiner (.80) | 0.80 |
| 11/28/12 | TF1 | Confer with M. Beck, A. Barrage, and M. Gallagher re: resolution of concerns regarding SBO cure objections (.30) | 0.30 |
| 11/28/12 | TF1 | Attend to staffing matters and briefing associates on research tasks re: estate claims in connection with response to Examiner submissions (1.10) | 1.10 |
| 11/28/12 | TF1 | Review FHLB submission to Examiner (1.20) | 1.20 |
| 11/28/12 | TF1 | Begin review of key precedent/cases re: FHLB litigation (.40) | 0.40 |
| 11/28/12 | TF1 | Follow-up on CitiMortgage's requests and preparation for resolving cure objections of conflict parties (.50) | 0.50 |
| 11/28/12 | MG8 | Confer with T. Foudy regarding research in connection with response to Examiner related to submissions of conflict parties (.80) | 0.80 |
| 11/28/12 | MG8 | Attend to correspondence with A. Barrage and T. Foudy regarding assistance on response to Examiner in connection with FHLB submissions to Examiner (.30) | 0.30 |
| 11/28/12 | MG8 | Review research in connection with preparation of response to Examiner, as requested by Morrison & Foerster due to FHLB entity conflicts (2.50) | 2.50 |
| 11/28/12 | MG8 | Prepare for and participate in telephone conference with M. Beck, T. Foudy and A. Barrage with respect to | 0.70 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 8

|  |  | research and assistance in connection with response to Examiner and follow up with matters regarding same (.70) |  |
|---|---|---|---|
| 11/28/12 | KAM | Review FHLB submission and begin drafting response regarding same (1.50) | 1.50 |
| 11/28/12 | KAM | Conduct research related to estate claims in connection with submissions to Examiner (2.10) | 2.10 |
| 11/29/12 | TF1 | Review Morrison & Foerster's draft submission to Examiner responding to arguments made by conflicts parties and others (1.20) | 1.20 |
| 11/29/12 | TF1 | Participate in call with Morrison & Foerster regarding handling cure claims (.80) | 0.80 |
| 11/29/12 | TF1 | Call A. Barrage regarding arguments made by conflicts parties and others in Examiner submissions (.50) | 0.50 |
| 11/29/12 | TF1 | Participate in call with A. Klein regarding arguments about certain contractual and other obligations in connection with Debtors' response to submissions to Examiner (.20) | 0.20 |
| 11/29/12 | TF1 | Meet with K. Meehan to discuss results of research and drafting response to conflicts parties' submission to Examiner (.40) | 0.40 |
| 11/29/12 | TF1 | Attend to matters concerning organization and staffing with respect to drafting response to conflicts parties' submission to Examiner (.40) | 0.40 |
| 11/29/12 | TF1 | Participate in call with Morrison & Foerster regarding SBO transition issues pertinent to resolution of SBO cure claims (.50) | 0.50 |
| 11/29/12 | JFC | Search for complaint in Federal Home Loan Bank of Indianapolis vs. Bank of America Mortgage Securities for G. Spencer in connection with Examiner submission (.10) | 0.10 |
| 11/29/12 | JFC | Obtain copy of Complaint from USDC, SD of Indiana, via PACER computer system (.10) | 0.10 |
| 11/29/12 | MG8 | Obtain and review proofs of claim filed by FHLB Boston, FHLB Chicago, FHLB Indianapolis from KCC and determine overlap with issues raised in Examiner submissions (1.20) | 1.20 |
| 11/29/12 | MG8 | Participate in telephone conference with working group and A. Barrage to discuss research and issues for response to Examiner with respect to FHLB submission (.50) | 0.50 |
| 11/29/12 | MG8 | Participate in meeting with Curtis team regarding research and drafting response to Examiner in | 0.80 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 9

connection with FHLB submission (.80)

| | | | |
|---|---|---|---|
| 11/29/12 | BMK | Conduct research re: various state law claims under Delaware law and individual creditors' ability to bring same (1.30) | 1.30 |
| 11/29/12 | BMK | Conduct research re: certain estate and/or bankruptcy claims in connection with preparing submissions to Examiner (1.10) | 1.10 |
| 11/29/12 | BMK | Confer with Curtis team re: research issues in connection with FHLB litigation and non-debtor releases as they relate to Examiner submission (.60) | 0.60 |
| 11/29/12 | BMK | Correspond with Curtis team re: research on fraudulent transfer claims under applicable state law (.30) | 0.30 |
| 11/29/12 | BMK | Conduct research re: status of fraudulent transfer claims under certain state laws as property of the estate and creditors' standing to assert same (1.30) | 1.30 |
| 11/29/12 | BMK | Correspond with Curtis team re: research findings regarding bankruptcy claims (.40) | 0.40 |
| 11/29/12 | BMK | Correspond with Curtis team re: additional research findings regarding bankruptcy claims (.30) | 0.30 |
| 11/29/12 | BMK | Correspond with K. Meehan re: research findings regarding status of certain state law claims under Delaware law and issues relating to same (.40) | 0.40 |
| 11/29/12 | BMK | Conduct research re: section 510(c) of the Bankruptcy Code and standing to assert same in connection with Examiner submissions (1.40) | 1.40 |
| 11/29/12 | JTW | Attend meeting with working group re: Debtors' Omnibus Response to Submission to Examiner (.60) | 0.60 |
| 11/29/12 | JTW | Conduct research for Debtors' Omnibus Response to Submissions to Examiner re: status of avoidance actions and certain state law claims (3.10) | 3.10 |
| 11/29/12 | GES | Review and analyze FHLB submission to Examiner regarding non-debtor claims (1.20) | 1.20 |
| 11/29/12 | GES | Review and analyze Complaints filed by FHLB for purposes of preparing submission to Examiner (2.60) | 2.60 |
| 11/29/12 | GES | Conduct legal research re: enjoining non-debtor claims (3.90) | 3.90 |
| 11/29/12 | GES | Confer with working group re: enjoining non-debtor claims (.40) | 0.40 |
| 11/29/12 | HH | Begin research on third party nondebtor releases in settlement agreement or plans of reorganization in connection with submission to Examiner (1.20) | 1.20 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 10

| | | | |
|---|---|---|---|
| 11/29/12 | KAM | Confer with T. Foudy regarding FHLB response to Examiner (.40) | 0.40 |
| 11/29/12 | KAM | Confer with working group regarding FHLB response to Examiner (.30) | 0.30 |
| 11/29/12 | KAM | Confer with working group regarding response to FHLB submission to Examiner (.20) | 0.20 |
| 11/29/12 | KAM | Research and review research results from B. Kotliar and J. Weber in preparation for drafting inserts to Debtors' submission to Examiner (2.70) | 2.70 |
| 11/29/12 | KAM | Draft insert to response to FHLB submission to Examiner (6.70) | 6.70 |
| 11/30/12 | TF1 | Review and edit subsequent draft of submission and send to Morrison & Foerster (1.90) | 1.90 |
| 11/30/12 | TF1 | Participate in conference call with A. Klein and M. Gallagher regarding submission to Examiner and follow up re: same (.30) | 0.30 |
| 11/30/12 | TF1 | Confer with G. Spencer re: indemnification argument/submission and incorporate comments regarding same for Morrison & Foerster (.60) | 0.60 |
| 11/30/12 | TF1 | Review M. Gallagher's comments on Debtors' response to FHLB Examiner submission (.20) | 0.20 |
| 11/30/12 | TF1 | Attend to correspondence regarding response to Examiner on certain jurisdiction-related arguments (.30) | 0.30 |
| 11/30/12 | TF1 | Review and provide comments of initial draft of response to FHLB submission to Examiner (1.10) | 1.10 |
| 11/30/12 | MG8 | Review and comment on drafts of insert prepared by Curtis in connection with responses to Examiner (1.20) | 1.20 |
| 11/30/12 | MG8 | Review revised draft of omnibus response to Examiner provided by Morrison & Foerster and coordinate comments with Curtis team (.80) | 0.80 |
| 11/30/12 | MG8 | Review caselaw cited in RMBS investors' submission to Examiner and subsequent history and correspond with Curtis team regarding same in connection with draft insert to response to Examiner (.60) | 0.60 |
| 11/30/12 | MG8 | Review RMBS investors' submission to Examiner per request of A. Klein to assist with certain claims asserted that are similar to those of FHLB Parties and follow-up with Curtis team regarding same (.60) | 0.60 |
| 11/30/12 | MG8 | Conduct additional research on issues relating to certain bankruptcy/estate claims in connection with | 1.30 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page  11

|  |  | response to Examiner with respect to FHLB submission (1.30) |  |
|---|---|---|---|
| 11/30/12 | MG8 | Participate in telephone conference with A. Klein and T. Foudy regarding response to Examiner, additional research and related issues (.30) | 0.30 |
| 11/30/12 | MG8 | Discuss status of research for Examiner submission with B. Kotliar (.10) | 0.10 |
| 11/30/12 | MG8 | Review research and cases cited in submissions for Debtors' response to Examiner in connection with FHLB submissions (2.30) | 2.30 |
| 11/30/12 | MG8 | Follow up with B. Kotliar re: research and cases cited in submissions for Debtors' response to Examiner in connection with FHLB submission (0.10) | 0.10 |
| 11/30/12 | MG8 | Review research and cases cited in submissions for Debtors' response to Examiner in connection with FHLB submissions (2.30) | 0.10 |
| 11/30/12 | BMK | Review draft response to FHLB specifically for arguments regarding state law and bankruptcy code claims (.30) | 0.30 |
| 11/30/12 | BMK | Research additional case law regarding equitable subordination for purposes of Examiner submission (.50) | 0.50 |
| 11/30/12 | BMK | Correspond with K. Meehan re: status of substantive consolidation research (.60) | 0.60 |
| 11/30/12 | BMK | Confer with M. Gallagher re: status of research (.10) | 0.10 |
| 11/30/12 | BMK | Review Steering Committee Investors' Submission Paper to Examiner (.90) | 0.90 |
| 11/30/12 | BMK | Prepare and organize cases for K. Meehan from authorities relied upon by Steering Committee paper to Examiner (.30) | 0.30 |
| 11/30/12 | BMK | Correspond with M. Gallagher and K. Meehan re: research findings on equitable subordination in connection with submissions to Examiner (.40) | 0.40 |
| 11/30/12 | BMK | Confer with J. Weber throughout the day regarding status of research assignments and findings thus far in connection with submissions to Examiner (.50) | 0.50 |
| 11/30/12 | BMK | Conduct additional research re: equitable subordination claims in connection with submissions to Examiner (1.50) | 1.50 |
| 11/30/12 | BMK | Research issues relating to alter ego claims in connection with submissions to Examiner (1.40) | 1.40 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 12

| | | | |
|---|---|---|---|
| 11/30/12 | JTW | Conduct further research re: issues of equitable subordination in connection with submissions to Examiner (2.00) | 2.00 |
| 11/30/12 | JTW | Conduct research on certain jurisdictional issues in connection with submissions to Examiner (3.90) | 3.90 |
| 11/30/12 | JTW | Confer with B. Kotliar throughout the day re: jurisdictional issue and various other research issues in connection with submissions to Examiner (.50) | 0.50 |
| 11/30/12 | JTW | Conduct additional research relating to standing in connection with submissions to Examiner (3.20) | 3.20 |
| 11/30/12 | GES | Review and analyze FHLB submission to Examiner regarding non-debtor releases (.80) | 0.80 |
| 11/30/12 | GES | Review and analyze complaints filed by FHLB in connection with submissions to Examiner (1.50) | 1.50 |
| 11/30/12 | GES | Conduct legal research regarding non-debtor claims in connection with submissions to Examiner (3.20) | 3.20 |
| 11/30/12 | GES | Communicate with T. Foudy regarding research on status of non-debtor claims in connection with submissions to Examiner (.20) | 0.20 |
| 11/30/12 | GES | Review and revise draft submission in response to FHLB Examiner submission regarding status of non-debtor claims (2.70) | 2.70 |
| 11/30/12 | HH | Conduct research re: standard for allowance of release/injunction of third party nondebtor parties in bankruptcy plans or other contexts in connection with Examiner submissions (4.40) | 4.40 |
| 11/30/12 | HH | Continue research on nondebtor third party releases in the Second Circuit, in conjunction with reviewing draft response to Examiner on same topic (2.80) | 2.80 |
| 11/30/12 | KAM | Draft/revise response to FHLB submission to Examiner (4.50) | 4.50 |
| 11/30/12 | KAM | Research and review research results from J. Weber and B. Kotliar in connection with drafting response to Examiner (2.00) | 2.00 |
| 11/30/12 | KAM | Correspond with T. Foudy regarding Debtors' response to FHLB submission to Examiner (.20) | 0.20 |
| 11/30/12 | KAM | Correspond with B. Kotliar and J. Weber regarding research issues for responses to Examiner (.30) | 0.30 |
| 11/30/12 | KAM | Correspond with M. Gallagher regarding responses to FHLB and Steering Committee submission to Examiner (.10) | 0.10 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 13

| | | | |
|---|---|---|---|
| 11/30/12  KAM | Research and review research results from J. Weber and B. Kotliar regarding Debtors' FHLB response to submission to Examiner (.90) | 0.90 |
| 11/30/12  KAM | Review research results from J. Weber and B. Kotliar regarding Debtors' response to Steering Committee submission to Examiner (1.50) | 1.50 |
| 11/30/12  KAM | Draft portion of response to Steering Committee submission to Examiner (1.60) | 1.60 |
| | **TOTAL HOURS** | 200.70 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 18.70 | 830 | 15,521.00 |
| Theresa A. Foudy | Partner | 90.60 | 730 | 66,138.00 |
| Maryann Gallagher | Counsel | 14.40 | 625 | 9,000.00 |
| George E. Spencer | Associate | 16.50 | 520 | 8,580.00 |
| Joseph F. Clyne | Associate | 0.20 | 425 | 85.00 |
| Kevin Arthur Meehan | Associate | 25.00 | 375 | 9,375.00 |
| Heather Hiznay | Associate | 8.40 | 345 | 2,898.00 |
| Bryan M. Kotliar | Associate | 13.60 | 305 | 4,148.00 |
| John Thomas Weber | Associate | 13.30 | 305 | 4,056.50 |
| | | **200.70** | | **$119,801.50** |

**TOTAL SERVICES**                                                     **$119,801.50**

### Summary of Expenses

| | |
|---|---|
| External Photocopy Services | 191.10 |

**TOTAL EXPENSES**                                                     **$191.10**

**TOTAL THIS INVOICE**                                                 **$119,992.60**



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

Wire Funds to -       Bank:                    Citibank
                      ABA Routing #:           021000089
                      F/B/O:                   Curtis Mallet-Prevost Colt & Mosle LLP
                      Account#                 40585074


Mail Checks to -      Curtis Mallet-Prevost Colt & Mosle LLP
                      General Post Office
                      P.O. Box 27930
                      New York, NY 10087-7930


                      Residential Capital, LLC
                      Inv. # 1562710


                      Total Services              119,801.50

                      Total Expenses                 191.10

                      **Total This Invoice**      **$119,992.60**


**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

February 05, 2013

Inv. # 1562669
Our Ref. 062108-000410
SJR

Attention:    Residential Capital, LLC

Re:   **Adversary Proceedings and Contested Matters**

---

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/06/12 | MG8 | Participate in telephone conference with B. Tyson of Residential Capital regarding status of CMH Holding situation and follow-up with working group re: same (.30) | 0.30 |
| 11/07/12 | TPS | Review CMH related issues and follow up with working group (.30) | 0.30 |
| 11/07/12 | MG8 | Participate in telephone conference with N. Rosenbaum to discuss status of CMH Holding situation and next steps and follow-up with Curtis team re: same (.60) | 0.60 |
| 11/07/12 | JZ | Confer with working group regarding preparation of correspondence regarding CMH Holding issues (.10) | 0.10 |
| 11/07/12 | JZ | Review files regarding CMH issue in preparation of correspondence regarding same (.50) | 0.50 |
| 11/07/12 | JZ | Review and revise draft memorandum summarizing issues related to CMH (.50) | 0.50 |
| 11/08/12 | MG8 | Review documents related to CMH in connection with preparation of requested correspondence by Residential Capital (1.20) | 1.20 |
| 11/08/12 | MG8 | Review and revise draft memo summarizing CMH Holdings' situation and follow-up with Curtis team regarding same in connection with Curtis' role as conflicts counsel to the Debtors (1.30) | 1.30 |
| 11/08/12 | JZ | Review and further revise draft memorandum providing details of CMH transaction and related issues (4.40) | 4 40 |
| 11/08/12 | JZ | Correspond with T. Smith regarding comments to memorandum regarding CMH status (.10) | 0.10 |
| 11/08/12 | JZ | Confer and correspond with working group regarding memorandum providing details regarding CMH transaction (.40) | 0.40 |
| 11/09/12 | TPS | Follow up with working group on other open conflicts matters with respect to CMH Holdings (.10) | 0 10 |

February 05, 2013
Inv # 1562669
Our Ref # 062108-000410

Page 2

| 11/09/12 | TPS | Review draft summary of CMH dispute (.80) | 0.80 |
|---|---|---|---|
| 11/09/12 | TPS | Confer with working group re: summary of CMH dispute (.20) | 0.20 |
| 11/09/12 | MG8 | Review and comment on revised summary with respect to CMH Holdings' situation and follow-up with J. Zimmer regarding same (.60) | 0.60 |
| 11/09/12 | MG8 | Correspond with N. Rosenbaum of Morrison & Foerster regarding status of CMH Holdings' situation (.20) | 0.20 |
| 11/09/12 | JZ | Confer and correspond with working group regarding comments to CMH summary (.10) | 0.10 |
| 11/09/12 | JZ | Confer with M. Gallagher regarding issues related to summary of CMH transaction (.50) | 0.50 |
| 11/09/12 | JZ | Review and revise draft summary of CMH transaction (2.30) | 2.30 |
| 11/11/12 | JZ | Review and revise draft correspondence regarding CMH (.60) | 0.60 |
| 11/11/12 | JZ | Correspond with working group regarding revisions to letter regarding CMH (.30) | 0.30 |
| 11/12/12 | SJR | Follow up regarding matters related to CMH issues in connection with Residential Capital (.60) | 0.60 |
| 11/12/12 | MG8 | Attend to correspondence from Morrison & Foerster regarding preparation of correspondence regarding CMH and further revise document about CMH transaction and status of the issues relating to same (1.20) | 1.20 |
| 11/12/12 | PJB2 | Confer with working group re: draft correspondence concerning CMH (.20) | 0.20 |
| 11/12/12 | PJB2 | Review and revise draft letter re: CMH (.80) | 0.80 |
| 11/12/12 | JZ | Confer and correspond with working group regarding issues related to preparation of letter regarding CMH (.20) | 0.20 |
| 11/12/12 | JZ | Confer and correspond with working group regarding revisions to letter regarding CMH Holdings ( 30) | 0.30 |
| 11/12/12 | JZ | Review and further revise draft letter regarding CMH (.90) | 0.90 |
| 11/13/12 | MG8 | Attend to correspondence from L. Delehy and Morrison & Foerster regarding CMH Holdings and related correspondence (.20) | 0 20 |
| 11/13/12 | MG8 | Participate in telephone conference with A. Klein of Morrison & Foerster regarding CMH Holdings' situation | 0.20 |

February 05, 2013
Inv # 1562669
Our Ref # 062108-000410

Page 3

(.20)

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 11/13/12 | JZ | Review and revise draft letter regarding CMH transaction (.30) | 0.30 |
| 11/13/12 | JZ | Correspond with M. Gallagher regarding revisions to CMH letter (.20) | 0.20 |
| 11/14/12 | MG8 | Participate in telephone conference with working group regarding CMH and related correspondence (.20) | 0.20 |
| 11/15/12 | MG8 | Attend to follow-up with A. Klein of Morrison & Foerster in connection with CMH's situation and follow-up with Curtis team re: same (.30) | 0 30 |
| 11/15/12 | JZ | Review and revise draft letter regarding CMH situation ( 50) | 0.50 |
| 11/15/12 | JZ | Correspond with M. Gallagher regarding revisions to CMH letter (.30) | 0.30 |
| 11/16/12 | JZ | Attend to issues related to draft letter regarding CMH status (.10) | 0.10 |

TOTAL HOURS          21.90

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|-------|-------|------|--------|
| Steven J. Reisman | Partner | 0.60 | 830 | 498 00 |
| Turner P. Smith | Partner | 1.40 | 830 | 1,162.00 |
| Maryann Gallagher | Counsel | 6.30 | 625 | 3,937.50 |
| Peter Josef Buenger | Associate | 1.00 | 425 | 425.00 |
| James Zimmer | Associate | 12.60 | 345 | 4,347.00 |
| | | **21.90** | | **$10,369.50** |

TOTAL SERVICES                    $10,369.50

TOTAL THIS INVOICE                $10,369.50



**CURTIS**
Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

Mail Checks to -    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562669

| Total Services | 10,369.50 |
| Total Expenses | 0.00 |
| Total This Invoice | **$10,369.50** |

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

February 05, 2013

Inv  # 1562670
Our Ref. 062108-000430
SJR

Attention:    Residential Capital, LLC

Re:    **Automatic Stay/Adequate Protection Matters**

---

| 11/13/12 | MG8 | Participate in telephone call with V. Tsoong, counsel to ETS in the Susilo litigation, regarding issues with Wachovia trial witness subpoenas for witness purposes and related follow-up (.30) | 0.30 |
|---|---|---|---|
| | | TOTAL HOURS | 0.30 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.30 | 625 | 187.50 |
| | | 0.30 | | **$187.50** |

TOTAL SERVICES                $187.50

TOTAL THIS INVOICE                $187.50



Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

Wire Funds to -    Bank:                   Citibank
                   ABA Routing #:          021000089
                   F/B/O:                  Curtis Mallet-Prevost Colt & Mosle LLP
                   Account#                40585074


Mail Checks to -   Curtis Mallet-Prevost Colt & Mosle LLP
                   General Post Office
                   P.O. Box 27930
                   New York, NY 10087-7930


                   Residential Capital, LLC
                   Inv. # 1562670

                   Total Services                          187.50

                   Total Expenses                           0 00

                   **Total This Invoice**                **$187.50**

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                                February 05, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                                         Inv. # 1562673
Fort Washington  PA 19034                                               Our Ref. 062108-000700
                                                                        SJR

Attention:    Residential Capital, LLC

Re:  Curtis Retention/Billing/Fee Applications

---

| | | |
|---|---|---|
| 11/01/12  JZ | Confer and correspond with working group regarding preparation of September Fee Statement in accordance with UST Guidelines (.10) | 0.10 |
| 11/02/12  JZ | Review and revise draft September Fee Statement in accordance with UST Guidelines (.60) | 0.60 |
| 11/05/12  SJR | Confer with P. Buenger regarding Supplemental Declaration of Steven J. Reisman and matters related to same (.10) | 0.10 |
| 11/05/12  PJB2 | Review and revise Supplemental Declaration of Steven J. Reisman re: Curtis' connections with professionals in the Chapter 11 cases (.30) | 0.30 |
| 11/05/12  PJB2 | Confer with working group re: Supplemental Declaration of Steven J. Reisman re: Curtis' connections with professionals in the Chapter 11 cases and follow-up with S. Reisman re: same (.20) | 0.20 |
| 11/05/12  AD | Update September 2012 Monthly Fee Statement per M. Gallagher's comments (.20) | 0.20 |
| 11/05/12  JZ | Confer and correspond with working group regarding preparation of September Fee Statement (.10) | 0.10 |
| 11/05/12  JZ | Review and revise draft of September Fee Statement in accordance with guidelines set by U.S. Trustee (.20) | 0.20 |
| 11/06/12  AD | Revise the September 2012 Monthly Fee Statement in accordance with guidelines set by U.S. Trustee and follow up with J. Zimmer re: same (1.50) | 1.50 |
| 11/06/12  JZ | Confer and correspond with A. Dreiman regarding preparation of September fee statement (.10) | 0.10 |
| 11/07/12  JZ | Review and further revise draft September Fee Statement in accordance with U.S. Trustee guidelines(.20) | 0.20 |
| 11/08/12  JZ | Confer and correspond with working group regarding preparation of September Fee Statement (.20) | 0.20 |

February 05, 2013
Inv # 1562673
Our Ref # 062108-000700

Page 2

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/09/12 | SJR | Confer with P. Buenger regarding comments to Supplemental Declaration of Steven J. Reisman (.10) | 0.10 |
| 11/09/12 | SJR | Review and revise Supplemental Declaration in connection with retention of Curtis as Conflicts Counsel (.50) | 0.50 |
| 11/09/12 | MG8 | Attend to matters relating to finalization and service of the supplemental affidavit of S. Reisman and follow-up with working group re: same (.20) | 0.20 |
| 11/09/12 | PJB2 | Further revise the supplemental declaration of S. Reisman regarding retention application for Curtis as conflicts counsel to the Debtors and follow-up with S. Reisman re: finalization and filing of same (.50) | 0.50 |
| 11/09/12 | AD | Attend to the transmission of the September 2012 Monthly Fee Statement to the Notice Parties (.70) | 0.70 |
| 11/09/12 | AD | File the Supplemental Declaration of S. Reisman in the SDNY Bankruptcy Court per P. Buenger's request (.30) | 0.30 |
| 11/12/12 | AD | Correspond with D. McFadden at Ally regarding the September 2012 Monthly Fee Statement, as well as related issues (.20) | 0.20 |
| 11/12/12 | JZ | Confer and correspond with working group regarding preparation of October Fee Statement and issues related to same (.20) | 0.20 |
| 11/26/12 | JZ | Confer and correspond with working group regarding preparation of October Fee Statement (.20) | 0.20 |
| 11/27/12 | JZ | Review and further revise draft October Fee Statement in accordance with U.S. Trustee Guidelines (.20) | 0.20 |
| 11/28/12 | JZ | Review and revise draft October Fee Statement in accordance with U.S. Trustee Guidelines (.60) | 0.60 |
| 11/29/12 | JZ | Review and revise draft of October Fee Statement in accordance with U.S. Trustee Guidelines (.20) | 0.20 |
| 11/29/12 | JZ | Confer and correspond with working group regarding preparation of October Fee Statement (.10) | 0.10 |
| 11/30/12 | JZ | Confer and correspond with working group regarding issues related to preparation of October Fee Statement (.20) | 0.20 |
| | | TOTAL HOURS | 8.00 |

February 05, 2013
Inv # 1562673
Our Ref # 062108-000700

Page 3

## Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.70 | 830 | 581.00 |
| Maryann Gallagher | Counsel | 0.20 | 625 | 125.00 |
| Peter Josef Buenger | Associate | 1.00 | 425 | 425.00 |
| James Zimmer | Associate | 3.20 | 345 | 1,104.00 |
| Alana Dreiman | Legal Assistant | 2.90 | 230 | 667.00 |
| | | 8.00 | | **$2,902.00** |

**TOTAL SERVICES** $2,902.00

**TOTAL THIS INVOICE** $2,902.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

| | | |
|---|---|---|
| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

Mail Checks to -   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562673

| | |
|---|---|
| Total Services | 2,902.00 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$2,902.00** |

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
IOI PARK AVENUE
NEW YORK, NEW YORK  IOI78-OO6I

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

March 12, 2013

Inv. # 1563251
Our Ref. 062108-000100
SJR

Attention:    Residential Capital, LLC

Re:  **Case Administration**

| | | | |
|---|---|---|---|
| 12/03/12 | MG8 | Review recent docket activity for potential conflicts purposes (.70) | 0.70 |
| 12/04/12 | MG8 | Review recent docket activity in connection with Curtis' role as conflicts counsel (.80) | 0.80 |
| 12/04/12 | AD | Per M. Gallagher's request, retrieve and create a PDF of Exhibit 8 of the First Day Affidavit of James Whitlinger and circulate to M. Gallagher and T. Foudy (.20) | 0.20 |
| 12/05/12 | MG8 | Review daily docket activity in connection with Curtis' role as Debtors' conflicts counsel (.50) | 0.50 |
| 12/06/12 | MG8 | Review Debtors' motions seeking further extension of exclusivity and appointment of plan mediator in connection with Curtis' role as Debtors' conflicts counsel (.30) | 0.30 |
| 12/10/12 | MG8 | Review docket activity for potential conflicts purposes (.60) | 0.60 |
| 12/10/12 | AD | Update internal calendar to reflect hearing dates and deadlines as set by the Court (.20) | 0.20 |
| 12/10/12 | JZ | Confer and correspond with working group regarding updates to internal calendar regarding upcoming hearing dates and important bankruptcy deadlines (.10) | 0.10 |
| 12/12/12 | MG8 | Review recent docket activity for potential conflicts purposes (.50) | 0.50 |
| 12/13/12 | MG8 | Attend to recent docket activity, including several filings related to the Debtors' request to extend exclusivity and appoint a plan mediation, in connection with Curtis' role as Debtors' conflicts counsel (.70) | 0.70 |
| 12/14/12 | MG8 | Review docket activity for potential conflicts purposes (.60) | 0.60 |
| 12/17/12 | MG8 | Attend to recent docket activity for potential conflicts issues in connection with Curtis' role as Debtors' | 0.60 |

March 12, 2013
Inv # 1563251
Our Ref #  062108-000100

Page  2

|  |  | conflicts counsel (.60) |  |
|---|---|---|---|
| 12/18/12 | GF | Request and prepare hearing transcript from 6/18/12 hearing in Residential Capital proceedings per B. Kotliar's request (.50) | 0.50 |
| 12/19/12 | MG8 | Review voluminous docket activity in connection with Curtis' role as Debtors' conflicts counsel (.80) | 0.80 |
| 12/19/12 | MG8 | Review amended agenda for December 20, 2012 Onmnibus Hearing and follow-up with Curtis team regarding certain potential conflict matters (.20) | 0.20 |
| 12/20/12 | SJR | Attend Omnibus hearing at U.S. Bankruptcy Court Southern District of New York in the Residential Capital case including hearing on First Interim Fee Application (5.60) | 5.60 |
| 12/20/12 | MG8 | Prepare for and attend omnibus hearing addressing, among other things, motions to extend exclusivity and appointment of a plan mediator, Committee's STN motion to prosecute certain avoidance actions, various stay relief motions and adversary proceedings commenced by borrowers, motion for procedures relating to rejection of executory contracts, Debtors' supplemental motion regarding reimbursement to AFI for certain payments made to employees of Debtors and related items in connection with Curtis' role as Debtors' conflicts counsel (3.10) | 3.10 |
| 12/20/12 | MG8 | Attend hearing on First Interim Fee Applications to provide factual and related support to S. Reisman (1.30) | 1.30 |
| 12/26/12 | MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.40) | 0.40 |

TOTAL HOURS    17.70

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 5.60 | 830 | 4,648.00 |
| Maryann Gallagher | Counsel | 11.10 | 625 | 6,937.50 |
| James Zimmer | Associate | 0.10 | 345 | 34.50 |
| Georgia Faust | Legal Assistant | 0.50 | 230 | 115.00 |
| Alana Dreiman | Legal Assistant | 0.40 | 230 | 92.00 |
| | | **17.70** | | **$11,827.00** |

TOTAL SERVICES    $11,827.00

March 12, 2013
Inv # 1563251
Our Ref #  062108-000100

Page  3

### Summary of Expenses

Deposition Reporting/Transcripts                409.20

External Photocopy Services                    483.30

Pacer - ECF                                     76.40

**TOTAL EXPENSES**                          **$968.90**


**TOTAL THIS INVOICE**                     **$12,795.90**



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**     Bank:              Citibank
                        ABA Routing #:     021000089
                        F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
                        Account#           40585074

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
                        General Post Office
                        P.O. Box 27930
                        New York, NY 10087-7930

                        Residential Capital, LLC
                        Inv. # 1563251

                        Total Services              11,827.00

                        Total Expenses                 968.90

                        **Total This Invoice**     **$12,795.90**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

March 12, 2013

Inv. # 1563252
Our Ref. 062108-000210
SJR

Attention:     Residential Capital, LLC

**Re:  Asset Analysis, Sales and Recoveries**

| | | | |
|---|---|---|---|
| 12/03/12 | MG8 | Correspond with counsel to CPN and Curtis team regarding CPN settlement and related transfer of REO property and follow-up with working group regarding same for conflicts purposes (.20) | 0.20 |
| 12/03/12 | MG8 | Correspond with A. Root, counsel to PNC Mortgage, regarding resolution of open sale issues and follow-up with working group re: same for conflicts purposes (.20) | 0.20 |
| 12/04/12 | MG8 | Correspond with A. Root regarding addressing any open issues with PNC Mortgage in connection with the Sale Motion for conflicts purposes (.10) | 0.10 |
| 12/04/12 | MG8 | Confer with working group regarding resolving issues with PNC Mortgage (.10) | 0.10 |
| 12/05/12 | MG8 | Participate in conference call with Morrison & Foerster team and working group to review outstanding cure issues related to the Sale Motion for conflicts purposes (.30) | 0.30 |
| 12/06/12 | MG8 | Correspond with A. Root, counsel to PNC Mortgage, regarding open issues with respect to the Sale Motion (.20) | 0.20 |
| 12/10/12 | MG8 | Participate in telephone conference with A. Root, counsel to PNC Mortgage, regarding potential stipulation resolving cure objections to assumption and assignment pursuant to Sale Motion and related matters for conflicts purposes (.20) | 0.20 |
| 12/11/12 | JD3 | Follow up with H. Jones re: status of CPN settlement for conflicts purposes (.20) | 0.20 |
| 12/11/12 | MG8 | Participate in telephone conference with M. Crespo regarding upcoming meeting on outstanding cure objections and issues regarding related proofs of claim (.20) | 0.20 |
| 12/11/12 | MG8 | Correspond with A. Root regarding potential stipulation for PNC Mortgage to address any open issues relating to Sale Motion and cure claims for conflicts purposes | 0.20 |

March 12, 2013
Inv # 1563252
Our Ref #  062108-000210

Page  2

| | | | |
|---|---|---|---|
| | | (.20) | |
| 12/12/12 | MG8 | Participate in telephone conference with M. Beck regarding issues relating to SBO servicers and substance to be included in stipulation addressing certain logistical issues involving SBO servicers (.20) | 0.20 |
| 12/12/12 | MG8 | Participate in conference call with Morrison & Foerster team and working group regarding outstanding cure issues in connection with Sale Motion (.50) | 0.50 |
| 12/12/12 | MG8 | Participate in call with A. Root, counsel to PNC Mortgage, regarding issues relating to SBO servicers' reimbursement of expenses incurred at or around closing of sale and related issues for conflicts purposes (.40) | 0.40 |
| 12/18/12 | MG8 | Review and revise draft stipulation addressing SBO Servicer cure issues remaining from objections to Sale Motion and related follow-up with M. Beck of Morrison & Foerster (1.60) | 1.60 |
| 12/19/12 | MG8 | Correspond with A. Root, counsel to PNC Mortgage, regarding proposed stipulation resolving remaining cure issues with SBO Servicers (.20) | 0.20 |
| 12/19/12 | MG8 | Participate in conference call with Morrison & Foerster team to review progress of resolution of outstanding cure issues related to the Debtors' sale motion for conflicts purposes (.40) | 0.40 |
| 12/26/12 | MG8 | Correspond with T. Witten of Residential Capital confirming cure objection raised by CitiMortgage as it relates to master servicing and follow-up with working group in preparation for Cure Objection hearing (.30) | 0.30 |
| 12/26/12 | MG8 | Attend to numerous correspondences with working group regarding status of draft stipulation addressing remaining issues with SBO Servicers for conflicts purposes (.30) | 0.30 |
| 12/27/12 | MG8 | Attend to correspondence from M. Crespo regarding notice for hearing on cure amounts and follow-up with working group re: same (.30) | 0.30 |
| | | TOTAL HOURS | 6.10 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 5.90 | 625 | 3,687.50 |
| James V. Drew | Associate | 0.20 | 590 | 118.00 |
| | | **6.10** | | **$3,805.50** |

March 12, 2013
Inv # 1563252
Our Ref #  062108-000210

Page  3

**TOTAL SERVICES**                          **$3,805.50**

**TOTAL THIS INVOICE**                    **$3,805.50**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1563252

Total Services                          3,805.50

Total Expenses                          0.00

**Total This Invoice**                 **$3,805.50**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
I O I  PARK AVENUE
NEW YORK, NEW YORK  I O I 7 8 - O O 6 I

Residential Capital, LLC                                          March 12, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                                  Inv. # 1568301
Fort Washington  PA 19034                                        Our Ref. 062108-000300
                                                                SJR

Attention:    Residential Capital, LLC

Re:   **General Claims and Equity Matters**


| | | | |
|---|---|---|---|
| 12/10/12 | MG8 | Review KCC cite for proofs of claims filed by conflict parties CitiMortgage, PNC Mortgage and JPM Chase and follow-up with KCC regarding obtaining complete copies of same (.50) | 0.50 |
| 12/10/12 | MG8 | Briefly review proofs of claim of conflict parties CitiMortgage, PNC Mortgage and JP Morgan Chase forwarded by KCC (.60) | 0.60 |
| 12/10/12 | MG8 | Confer and correspond with B. Kotliar regarding analyzing proofs of claim as they relate to conflict parties' sale objections (.20) | 0.20 |
| 12/10/12 | BMK | Coordinate with M. Rutman re: proofs of claim documents re: PNC, Citimortgage, and JPMorgan claims and objections (.10) | 0.10 |
| 12/10/12 | BMK | Review claims spreadsheet from KCC re: PNC, Citimortgage, and JPMorgan claims and objections for conflicts purposes (.60) | 0.60 |
| 12/10/12 | BMK | Confer and correspond with M. Gallagher re: proofs of claim in connection with conflict parties' sale objections (.20) | 0.20 |
| 12/10/12 | MR2 | Assist B. Kotliar with preparation of proofs of claim for review (.90) | 0.90 |
| 12/11/12 | GF | Assist B. Kotliar with preparation of materials re: Claims Related to Conflict Parties' Sale Objections (.20) | 0.20 |
| 12/11/12 | BMK | Coordinate proofs of claim documents and binder with G. Faust (.10) | 0.10 |
| 12/26/12 | MG8 | Confer with T. Foudy regarding resolution of SBO cure objections and matters related to same (.30) | 0.30 |
| | | TOTAL HOURS | 3.70 |

March 12, 2013
Inv # 1568301
Our Ref #  062108-000300

Page  2

## Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 1.60 | 625 | 1,000.00 |
| Bryan M. Kotliar | Associate | 1.00 | 305 | 305.00 |
| Georgia Faust | Legal Assistant | 0.20 | 230 | 46.00 |
| Melissa Rutman | Legal Assistant | 0.90 | 230 | 207.00 |
| | | **3.70** | | **$1,558.00** |

**TOTAL SERVICES**                    **$1,558.00**

## Summary of Expenses

| | | |
|---|---|---|
| External Photocopy Services | 49.50 | |

**TOTAL EXPENSES**                    **$49.50**

**TOTAL THIS INVOICE**                    **$1,607.50**



## CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**

| | |
|---|---|
| Bank: | Citibank |
| ABA Routing #: | 021000089 |
| F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| Account# | 40585074 |

**Mail Checks to -**

Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1568301

| | |
|---|---|
| Total Services | 1,558.00 |
| Total Expenses | 49.50 |
| **Total This Invoice** | **$1,607.50** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                      March 12, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                              Inv. # 1568378
Fort Washington  PA 19034                                    Our Ref. 062108-000400
                                                            SJR

Attention:    Residential Capital, LLC

**Re:    General Litigation Matters**

| | | | |
|---|---|---|---|
| 12/01/12 | SJR | Follow up regarding Omnibus Response to Examiner in connection with FHLB Section being handled by Curtis and review materials regarding same (1.30) | 1.30 |
| 12/01/12 | MG8 | Correspond with working group regarding FHLB section to omnibus response to Examiner for conflicts purposes (.40) | 0.40 |
| 12/01/12 | JTW | Conduct research for K. Meehan re: certain estate claims in a bankruptcy proceeding for conflicts purposes (1.70) | 1.70 |
| 12/01/12 | KAM | Conduct research and review research results from B. Kotliar and J. Weber regarding Debtors' response to Steering Committee's Examiner Submission on issues overlapping with response to FHLB submission and for potential conflict purposes (2.10) | 2.10 |
| 12/01/12 | KAM | Draft response to Steering Committee's Submission for conflicts purposes (6.40) | 6.40 |
| 12/02/12 | SJR | Review and comment on Omnibus Response to Examiner addressing particular concerns being handled by Curtis as Conflicts Counsel for Residential Capital in connection with FHLB claims (1.10) | 1.10 |
| 12/02/12 | TF1 | Review Steering Committee's submission regarding "particularized injury" (.50) | 0.50 |
| 12/02/12 | TF1 | Review draft response to Examiner Submission and send suggested comments to Morrison & Foerster (.80) | 0.80 |
| 12/02/12 | TF1 | Review M. Gallagher's suggested changes to draft response to Steering Committee's submission (.20) | 0.20 |
| 12/02/12 | TF1 | Review new draft of Examiner response, edit same and send to Morrison & Foerster (.80) | 0.80 |
| 12/02/12 | TF1 | Confer with M. Gallagher re: draft of response to Examiner addressing certain estate claims for conflicts purposes (.30) | 0.30 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  2

| | | | |
|---|---|---|---|
| 12/02/12 | MG8 | Review and revise Curtis' insert to omnibus response to Examiner addressing certain estate claims for conflicts purposes (1.50) | 1.50 |
| 12/02/12 | MG8 | Follow-up with T. Foudy re: draft of response to Examiner addressing certain estate claims for conflicts purposes (.30) | 0.30 |
| 12/02/12 | JTW | Conduct research re: Debtors' Response to Steering Committee's submission for conflicts purposes (1.60) | 1.60 |
| 12/02/12 | JTW | Correspond with working group re: Debtors' Response to Steering Committee's submission (.30) | 0.30 |
| 12/02/12 | KAM | Revise response to Steering Committee's submission to Examiner (1.00) | 1.00 |
| 12/03/12 | SJR | Participate in conference call with Morrison & Foerster to discuss tasks of Curtis as conflicts counsel in connection with submissions to Examiner (.60) | 0.60 |
| 12/03/12 | SJR | Review case law regarding standards for obtaining Releases and Third-Party Releases in Second Circuit and for Examiner submission (2.10) | 2.10 |
| 12/03/12 | SJR | Attend to issues regarding releases to be obtained under Plan and submission to Examiner in connection with same (2.30) | 2.30 |
| 12/03/12 | SJR | Review and revise draft sections of submissions to Examiner on particular issues of concern to Curtis as conflicts counsel (1.10) | 1.10 |
| 12/03/12 | SJR | Review documentation related to FHLB subject matter jurisdiction issues and third-party release issues (.80) | 0.80 |
| 12/03/12 | SJR | Attend to issues regarding cure objections which are being handled by Curtis related to PNC Mortgage and CitiMortgage (.40) | 0.40 |
| 12/03/12 | TF1 | Participate in conference call with A. Barrage and A. Klein re: Examiner's submission, including responses to arguments raised by conflict parties and follow-up with working group re: tasks/assignments (.80) | 0.80 |
| 12/03/12 | TF1 | Review and edit new draft of response to subject matter jurisdiction argument raised by conflict parties FHLB and incorporate team comments to same (1.60) | 1.60 |
| 12/03/12 | TF1 | Review certain key precedents regarding subject matter jurisdiction argument raised by FHLB and third-party release standards (1.40) | 1.40 |
| 12/03/12 | TF1 | Follow-up regarding status/resolution of conflict parties PNC Mortgage and CitiMortgage's cure objections in connection with Debtors' Sale Motion (.80) | 0.80 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  3

| 12/03/12 | MG8 | Review and comment on revised section of submission to Examiner addressing jurisdiction received from Morrison & Foerster team (1.10) | 1.10 |
| 12/03/12 | MG8 | Research issues relating to plan releases in connection with response to Examiner for conflicts purposes (2.50) | 2.50 |
| 12/03/12 | MG8 | Participate in call with Morrison & Foerster team and Curtis team to discuss remaining tasks for submissions to Examiner and follow-up with Curtis team re: same (1.30) | 1.30 |
| 12/03/12 | MG8 | Correspond with Morrison & Foerster team regarding certain approaches to addressing particular claims and parties discussed in Debtors' responses to Examiner for conflicts purposes (.40) | 0.40 |
| 12/03/12 | BMK | Correspond with working group regarding research re: non-debtor releases in connection with Examiner submissions (.10) | 0.10 |
| 12/03/12 | BMK | Review section of Response to Steering Committee drafted by Curtis team (.30) | 0.30 |
| 12/03/12 | BMK | Conduct research relating to non-debtor releases in recent Second Circuit bankruptcy cases in connection with Examiner submissions (3.30) | 3.30 |
| 12/03/12 | BMK | Confer with working group re: researching non-debtor releases in plan confirmation context in connection with Examiner Submissions (.10) | 0.10 |
| 12/03/12 | BMK | Summarize research findings re: non-debtor releases in plan confirmation context in connection with Examiner submissions (2.20) | 2.20 |
| 12/03/12 | GES | Review case law in preparation for meeting with working group regarding Debtors' response to FHLB Submission to Examiner regarding third-party release (.70) | 0.70 |
| 12/03/12 | GES | Participate in meeting with working group and co-counsel regarding Debtors' response to FHLB Submission to Examiner for conflicts purposes (.50) | 0.50 |
| 12/03/12 | GES | Review and revise Debtors' Response to FHLB submission to Examiner (1.70) | 1.70 |
| 12/03/12 | GES | Conduct legal research re: Debtors' response to FHLB submission raised by conflict parties (2.10) | 2.10 |
| 12/03/12 | AD | Prepare FHLB Chicago, Boston, Dallas and Indianapolis Proof of Claim binders per G. Spencer's request (3.70) | 3.70 |
| 12/03/12 | HH | Conduct extensive research related to third party | 6.20 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  4

| | | | |
|---|---|---|---|
| | | releases in connection with preparation of Debtors' responses to submissions to the Examiner for conflicts purposes (6.20) | |
| 12/03/12 | KAM | Participate in conference with Morrison & Foerster re: submissions to Examiner for conflicts purposes (.70) | 0.70 |
| 12/03/12 | KAM | Review Morrison & Foerster's draft Omnibus Response to submissions to the Examiner (.40) | 0.40 |
| 12/04/12 | SJR | Review and revise submission to Examiner regarding FHLB claims and Metromedia insert (1.60) | 1.60 |
| 12/04/12 | TF1 | Review FHLB arguments regarding third party releases and follow up with G. Spencer re: same (.40) | 0.40 |
| 12/04/12 | TF1 | Review key third party release precedents for responding to conflict parties' arguments (1.10) | 1.10 |
| 12/04/12 | TF1 | Review Ally Plan Support Agreement, proposed Ally Settlement Agreement and related documents for response to FHLB third party releases argument (1.50) | 1.50 |
| 12/04/12 | TF1 | Review and edit insert to Omnibus Response on third-party releases (1.10) | 1.10 |
| 12/04/12 | TF1 | Follow up with M. Gallagher re: insert to Omnibus Response on third-party releases (.20) | 0.20 |
| 12/04/12 | MG8 | Review and comment on insert to Examiner submission related to third party release issues for conflicts purposes and follow-up with the working group to coordinate comments re: same (1.20) | 1.20 |
| 12/04/12 | MG8 | Review and comment on summary chart of research relating to third party releases and follow up with working group re: same (1.70) | 1.70 |
| 12/04/12 | MG8 | Review AFI Settlement Agreement and related documents in connection with drafting certain portions of submission to Examiner for conflicts purposes (1.10) | 1.10 |
| 12/04/12 | MG8 | Follow-up with T. Foudy regarding AFI Settlement Agreement and related documents in connection with drafting certain portions of submission to Examiner for conflicts purposes (.20) | 0.20 |
| 12/04/12 | BMK | Research case law outside of Second Circuit for treatment of non-debtor releases in plan context (2.10) | 2.10 |
| 12/04/12 | BMK | Correspond with working group re: treatment of non-debtor releases in plans of reorganization in connection with Examiner Submissions (.60) | 0.60 |
| 12/04/12 | BMK | Confer with working group re: status of drafted response to Examiner from Morrison & Foerster and the project's next steps (.20) | 0.20 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page 5

| | | | |
|---|---|---|---|
| 12/04/12 | BMK | Confer with working group re: status of ongoing research re: non-debtor releases in the Second Circuit in connection with Examiner Submissions (.30) | 0.30 |
| 12/04/12 | BMK | Review and comment on portion of current draft omnibus response to Examiner re: third party releases (.70) | 0.70 |
| 12/04/12 | GES | Correspond with working group regarding third-party releases in connection with Examiner Submissions (.20) | 0.20 |
| 12/04/12 | GES | Review and revise multiple drafts in opposition to FHLB submission to Examiner (2.20) | 2.20 |
| 12/04/12 | GES | Confer with working group regarding draft responses in opposition to FHLB submission to Examiner (.10) | 0.10 |
| 12/04/12 | GES | Confer with T. Foudy re: legal research regarding third-party releases in connection with Examiner Submissions (.40) | 0.40 |
| 12/04/12 | GES | Review further legal research regarding third-party releases in connection with Examiner Submissions (.90) | 0.90 |
| 12/04/12 | AD | Finish preparing the FHLB Chicago, Boston, Dallas and Indianapolis Proof of Claim binders per G. Spencer's request and provide same to G. Spencer and M. Gallagher (.80) | 0.80 |
| 12/04/12 | HH | Continue research related to third party release issues, including internal conferences re: research thus far and review draft response re: Examiner for conflicts purposes (3.80) | 3.80 |
| 12/04/12 | KAM | Review, revise and provide comments to Morrison & Foerster's draft insert for Omnibus Response for conflicts purposes (2.00) | 2.00 |
| 12/05/12 | TF1 | Review status of resolution of cure objections and review updated cure objection chart in connection with Debtors' Sale Motion (.40) | 0.40 |
| 12/05/12 | TF1 | Participate in call with Morrison & Foerster re: cure objections for conflicts purposes (.30) | 0.30 |
| 12/05/12 | BMK | Confer with H. Hiznay re: status of research re: third party releases in connection with responses to Submissions to Examiner (.20) | 0.20 |
| 12/05/12 | HH | Confer B. Kotliar re: status of research re: third party releases (.20) | 0.20 |
| 12/06/12 | SJR | Follow up regarding matters related to reponse to FHLB submission to Examiner and review documents | 1.10 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  6

|  |  | regarding same (1.10) |  |
|---|---|---|---|
| 12/06/12 | TF1 | Review underlying court decisions regarding FHLB in connection with their Examiner submission for conflicts purposes (.90) | 0.90 |
| 12/06/12 | TF1 | Review new draft of submission to Examiner on third-party releases in response to conflict parties' submission (.40) | 0.40 |
| 12/06/12 | MG8 | Review research and caselaw regarding releases, and follow-up with Curtis team regarding same (.60) | 0.60 |
| 12/06/12 | MG8 | Review and comment on current draft of third party release section adressing submission of conflict parties of Examiner submission forwarded by Morrison & Foerster (.30) | 0.30 |
| 12/07/12 | SJR | Review materials regarding Third-Party Releases in connection with Examiner response on behalf of Debtors and follow up regarding same (.60) | 0.60 |
| 12/07/12 | TF1 | Send to Morrison & Foerster comments on submission to Examiner on third-party releases objected to by conflict parties (.30) | 0.30 |
| 12/07/12 | TF1 | Follow-up re: resolving cure objection by PNC Mortgage for conflicts purposes (.20) | 0.20 |
| 12/07/12 | TF1 | Review Debtors' motions to extend exclusivity and to appoint mediator for potential conflicts purposes (.40) | 0.40 |
| 12/07/12 | TF1 | Participate in conference call with A. Barrage re: response submission to Examiner on third-party releases (.30) | 0.30 |
| 12/10/12 | SJR | Briefly review submissions to Examiner by various parties with focus on issues addressed by Curtis as Conflicts Counsel (1.70) | 1.70 |
| 12/10/12 | TF1 | Follow-up with working group on PNC Mortgage cure objection resolution and proofs of claims filed by conflict parties (.30) | 0.30 |
| 12/10/12 | TF1 | Review and take notes on Examiner Submissions by SUNs and JSNs for conflicts purposes (2.70) | 2.70 |
| 12/10/12 | TF1 | Review research on fiduciary duties and LLC for response to SUNs argument regarding same and review Residential Capital LLC's agreement in connection with same (1.60) | 1.60 |
| 12/10/12 | TF1 | Confer with K. Meehan on drafting portions of response to SUNs and JSNs submissions (.40) | 0.40 |
| 12/10/12 | TF1 | Participate in meeting with Curtis team to discuss research needed to draft portions of response for | 0.50 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  7

|  |  |  |  |
|---|---|---|---|
|  |  | conflicts purposes (.50) |  |
| 12/10/12 | TF1 | Participate in conference call with A. Barrage to discuss research needed to draft portions of response to JSNs and SUNs submissions to Examiner (.50) | 0.50 |
| 12/10/12 | MG8 | Participate in conference call with A. Barrage and Curtis team regarding preparation of portions of submission to Examainer in response to submissions made by certain conflict parties (.50) | 0.50 |
| 12/10/12 | MG8 | Meet with Curtis team to discuss new assignments relating to Debtors' response to certain submissions to the Examiner and allocation of research assignments (.60) | 0.60 |
| 12/10/12 | MG8 | Review submissions to Examiner made by JSNs and SUNs per A. Barrage's request for assistance with Debtors' response for conflicts purposes (2.80) | 2.80 |
| 12/10/12 | MG8 | Review and take notes on initial draft submission to Examiner prepared by Morrison & Foerster in response to submissions of various groups of noteholders (1.10) | 1.10 |
| 12/10/12 | MG8 | Correspond with A. Barrage regarding assistance with drafting portions of Debtors' response to Examiner with respect to submissions made by certain conflict parties and follow-up with Curtis team with respect to submission review and obtaining certain related documents from Morrison & Foerster for conflicts purposes (.60) | 0.60 |
| 12/10/12 | MG8 | Participate in telephone conference with A. Klein of Morrison & Foerster regarding additional assistance with Debtors' response to Examiner relating to certain arguments made by conflict parties and follow-up with Curtis team re: same (.40) | 0.40 |
| 12/10/12 | BMK | Research caselaw re: certain indenture provisions in connection with preparing submissons to Examiner in response to submissions of certain conflict parties (3.70) | 3.70 |
| 12/10/12 | BMK | Confer with Curtis team re: SUN submission to Examiner and related response (.50) | 0.50 |
| 12/10/12 | BMK | Review documents in connection with SUN submission to examiner for conflicts purposes (1.30) | 1.30 |
| 12/10/12 | BMK | Participate in teleconference with Curtis working group and A. Barrage of Morrison & Foerster re: research required for Curtis' portion of response to Examiner re: SUN submission for conflicts purposes (.50) | 0.50 |
| 12/10/12 | JTW | Conduct research relating to certain claims which are property of the estate under section 541(a) of the Bankruptcy Code for the Debtors' response to the | 1.70 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  8

|            |     | SUN's submission to the Examiner (1.70)                                                                                                                              |      |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 12/10/12   | JTW | Confer with working group re: certain claims that are property of the estate for the Debtors' response to the SUN's submission to the Examiner (.20)                  | 0.20 |
| 12/10/12   | JTW | Circulate research on certain estate claims to Curtis working group (.40)                                                                                            | 0.40 |
| 12/10/12   | HH  | Meet with Curtis team to discuss new research projects in connection with Examiner response for conflicts purposes (.50)                                              | 0.50 |
| 12/10/12   | HH  | Conduct research re: certain arguments raised in connection with indenture agreements, in connection with response to submission to Examiner for conflicts purposes (5.30) | 5.30 |
| 12/10/12   | HH  | Participate in call with Morrison & Foerster attorneys and Curtis team to discuss new research projects in connection with responses to Examiner (.50)               | 0.50 |
| 12/10/12   | KAM | Review Morrison & Foerster's draft response to SUN and JSN submissions (.30)                                                                                         | 0.30 |
| 12/10/12   | KAM | Confer and correspond with T. Foudy regarding SUN and JSN submissions to the Examiner and responses to same and conduct necessary research related to same for conflicts purposes (1.20) | 1.20 |
| 12/10/12   | KAM | Review SUN and JSN submissions to the Examiner (2.50)                                                                                                                | 2.50 |
| 12/10/12   | KAM | Confer with Curtis team regarding research assignments for response to SUNs/JSNs Examiner Submissions (.10)                                                           | 0.10 |
| 12/11/12   | TF1 | Meet with K. Meehan to discuss drafting portions of response submissions to Examiner (.30)                                                                           | 0.30 |
| 12/11/12   | TF1 | Review and edit Curtis' insert to response to SUNs and JSNs submission along with balance of draft (3.60)                                                            | 3.60 |
| 12/11/12   | TF1 | Begin review and edit of new complete draft of submission to Examiner (1.30)                                                                                         | 1.30 |
| 12/11/12   | MG8 | Review research relating to certain arguments relating to indentures raised in certain submissions to Examiner (.40)                                                 | 0.40 |
| 12/11/12   | MG8 | Participate in telephone conference with A. Klein and Curtis team regarding allocation of preparation of initial drafts of inserts to Debtors' submission to Examiner responding to submissions of certain noteholders (.30) | 0.30 |
| 12/11/12   | MG8 | Review research relating to certain arguments relating to indentures raised in certain submissions to Examiner                                                       | 0.70 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  9

|  |  |  |  |
|---|---|---|---|
|  |  | (.70) |  |
| 12/11/12 | MG8 | Correspond with A. Klein and Curtis team regarding submission to Examiner (.20) | 0.20 |
| 12/11/12 | MG8 | Review research relating to certain estate claims raised in certain submissions to Examiner for conflicts purposes (.50) | 0.50 |
| 12/11/12 | MG8 | Review and revise draft submission to Examiner with respect to submissions of certain noteholders (2.80) | 2.80 |
| 12/11/12 | BMK | Draft e-mail to Curtis team re: Curtis' portion of response to examiner re: SUN submission re: treatment of certain provisions in indenture agreements (2.00) | 2.00 |
| 12/11/12 | BMK | Sherphardize cases referenced in e-mail to Curtis team regarding arguments relating to certain indenture provisions (.30) | 0.30 |
| 12/11/12 | JTW | Conduct research for K. Meehan for the Debtors' response to the Senior Unsecured Noteholders' submission to the Examiner re: the duplicative nature of certain claims (1.10) | 1.10 |
| 12/11/12 | HH | Conduct research at request of K. Meehan re: claim for certain estate claims under certain state laws (3.10) | 3.10 |
| 12/11/12 | HH | Continue research re: arguments made related to certain indenture agreements (1.90) | 1.90 |
| 12/11/12 | KAM | Conduct research and review research from J. Weber, B. Kotliar and H. Hiznay for purposes of drafting Debtors' response to JSNs and SUNs submissions to the Examiner (3.30) | 3.30 |
| 12/11/12 | KAM | Review draft responses to SUN and JSN submissions and provide comments to same (1.90) | 1.90 |
| 12/11/12 | KAM | Draft/revise response to SUN and JSN submissions (3.30) | 3.30 |
| 12/11/12 | KAM | Participate in telephone conference with A. Klein re: drafts of inserts to Debtors submission to Examiner (.30) | 0.30 |
| 12/11/12 | KAM | Confer with T. Foudy re: SUN and JSN submission to Examiner for conflicts purposes (.30) | 0.30 |
| 12/12/12 | TF1 | Review research on arguments raised pursuant to provisions in Indentures and certain estate claims for responses to Examiner submissions (.60) | 0.60 |
| 12/12/12 | TF1 | Finish review and edit of latest draft of response to submission by SUNs and JSNs (2.20) | 2.20 |

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

Page  10

| | | | |
|---|---|---|---|
| 12/12/12 | TF1 | Participate in conference call with A. Barrage regarding questions regarding same (.30) | 0.30 |
| 12/12/12 | TF1 | Participate in conference call re: resolving cure objections of SBO servicers (.50) | 0.50 |
| 12/12/12 | MG8 | Review and revise latest draft response to Examiner relating to submissions of Steering Committee and Tallcott Franklin Group (2.40) | 2.40 |
| 12/12/12 | KAM | Review and provide comments to Omnibus Response for conflicts purposes (4.40) | 4.40 |
| 12/13/12 | TF1 | Review and edit latest drafts of omnibus response and response to steering committee submissions to Examiner submissions (2.10) | 2.10 |
| 12/13/12 | MG8 | Review and comment on latest version of Debtors' Omnibus Response to Third-Party Submissions to Examiner and circulate to Curtis team (4.20) | 4.20 |
| 12/13/12 | BMK | Conduct research re: veil piercing under Delaware law in connection with response to Examiner submissions (.70) | 0.70 |
| 12/13/12 | BMK | Research plan and confirmation order from other recent Chapter 11 cases for scope of non-debtor releases for use in response to Examiner re: FHLB submission for conflicts purposes (.30) | 0.30 |
| 12/13/12 | BMK | Review research on third party releases to ensure accuracy of response to Examiner (.30) | 0.30 |
| 12/13/12 | BMK | Correspond with working group regarding research re: veil piercing under Delaware law (.20) | 0.20 |
| 12/13/12 | BMK | Correspond with working group with case cites and summaries re: piercing under Delaware law (.30) | 0.30 |
| 12/13/12 | KAM | Review and provide comments to response to Steering Committee's Submission to Examiner (1.00) | 1.00 |
| 12/14/12 | TF1 | Review and provide comments to new draft of Omnibus Response to Examiner and follow up with M. Gallagher re: same (3.60) | 3.60 |
| 12/14/12 | MG8 | Review and comment on latest draft of Debtors' Omnibus Response to the Examiner for conflicts purposes and follow-up with T. Foudy regarding same (3.20) | 3.20 |
| 12/17/12 | MG8 | Review and comment on latest draft of Omnibus Response to Examiner with focus on issues covered by Curtis as conflicts counsel and follow-up with Curtis team re: same (1.20) | 1.20 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  11

| | | | |
|---|---|---|---|
| 12/18/12 | TF1 | Attend to final review and sign-off on Omnibus Response to Examiner (.30) | 0.30 |
| 12/18/12 | TF1 | Review draft of SBO servicer stipulation and comments thereto (.40) | 0.40 |
| 12/18/12 | TF1 | Confer with M. Gallagher re: final comments to Omnibus Response to Examiner (.20) | 0.20 |
| 12/18/12 | MG8 | Correspond with A. Barrage regarding final comments to Omnibus Response to Examiner (.20) | 0.20 |
| 12/18/12 | MG8 | Review and provide final comments to Omnibus Response to Examiner and follow-up with T. Foudy re: same (4.20) | 4.20 |
| 12/18/12 | MG8 | Confer with working group regarding final comments of Curtis to Omnibus Response to Examiner and related issues (.20) | 0.20 |
| 12/18/12 | KAM | Review and provide comments on draft Omnibus Response to Examiner for conflicts purposes (3.30) | 3.30 |
| 12/20/12 | TF1 | Attend to final review, comments, and sign-off on Examiner Response to Steering Committee Submission (1.00) | 1.00 |
| 12/20/12 | MG8 | Conduct final review and revision to Debtors' Response to Submissions of the Steering Committee and the Talcott Franklin Group in connection with Curtis' role as Debtors' conflicts counsel and transmit final comments to A. Barrage of Morrison & Foerster and correspond with B. Kotliar re: same (2.40) | 2.40 |
| 12/20/12 | MG8 | Attend to correspondence from A. Barrage regarding completion of Response to Examiner with Respect to RMBS Trustees and Talcott Franklin Group and follow-up with Curtis team re: same (.30) | 0.30 |
| 12/20/12 | BMK | Review certain caselaw cited by response to Examiner for accuracy of statements (.20) | 0.20 |
| 12/20/12 | BMK | Ensure accuracy of citations in Debtors' submission to examiner (.10) | 0.10 |
| 12/20/12 | BMK | Correspond with M. Gallagher with findings re: citations in Debtors' submission to Examiner (.10) | 0.10 |
| 12/20/12 | KAM | Review Steering Committee Response and provide comments to same (1.00) | 1.00 |
| 12/21/12 | SJR | Follow up with Curtis team regarding matters related to mediation, status and next steps (.30) | 0.30 |
| 12/21/12 | SJR | Confer with T. Foudy regarding Debtors' plan mediation preparation (.10) | 0.10 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  12

| | | | |
|---|---|---|---|
| 12/21/12 | SJR | Confer with B. Kotliar re: Curtis' role in Debtors' plan mediation (.10) | 0.10 |
| 12/21/12 | TF1 | Review email from S. Reisman on Debtors' plan mediation preparation and participate in conference call on same (.10) | 0.10 |
| 12/21/12 | BMK | Review and organize pleadings in case thus far for relevancy to upcoming plan mediation for conflicts purposes (3.30) | 3.30 |
| 12/21/12 | BMK | Confer with S. Reisman re: Curtis' role in Debtors' plan mediation (.10) | 0.10 |
| 12/21/12 | BMK | Coordinate document preparation with M. Rutman in connection with plan mediation (.40) | 0.40 |
| 12/21/12 | PJB2 | Draft confidential mediation agreement, stipulation and agreed order providing for mediation re: Residential Capital's issues for conflicts purposes (1.80) | 1.80 |
| 12/21/12 | MR2 | Assist B. Kotliar with preparation of compilation re: Pleadings and Submissions to the Examiner Relevant to Mediation, including researching relevant documents and organizing for attorney review for conflicts purposes (3.10) | 3.10 |
| 12/26/12 | TF1 | Begin review of background materials in connection with preparation of materials/factual development for participation in plan mediation with respect to conflict issues (1.00) | 1.00 |
| 12/26/12 | TF1 | Follow-up with M. Gallagher re: resolution of SBO cure objections of conflict parties prior to cure hearing (.30) | 0.30 |
| 12/26/12 | TF1 | Confer with B. Kotliar re: preparation of materials/factual development for participation in plan mediation with respect to conflict issues (.50) | 0.50 |
| 12/26/12 | BMK | Confer with T. Foudy re: preparation of materials necessary for participation in plan mediation with respect to conflict issues (.50) | 0.50 |
| 12/26/12 | MR2 | Continue to work extensively to prepare compilation of materials for S. Reisman and T. Foudy regarding submissions to the Examiner, per B. Kotliar's instructions (3.10) | 3.10 |
| 12/27/12 | TF1 | Follow-up with Morrison & Foerster re: Citigroup's counsel on listing cure objection as adjourned for purposes of January 10th hearing (.30) | 0.30 |
| 12/27/12 | BMK | Correspond with Curtis team re: order appointing a plan mediator (.20) | 0.20 |
| 12/27/12 | BMK | Analyze RMBS settlement and accompanying plan | 2.60 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  13

|  |  |  |  |
|---|---|---|---|
|  |  | support agreements in connection with forthcoming plan mediation (2.60) |  |
| 12/27/12 | BMK | Review motion and objections re: same RMBS settlement and accompanying plan support agreements in connection with forthcoming plan mediation (1.10) | 1.10 |
| 12/27/12 | BMK | Review order granting Creditor Comittee standing to pursue certain claims on behalf of the Debtors' estate (.20) | 0.20 |
| 12/27/12 | MR2 | Update compilation of materials related to submissions to the Examiner, per B. Kotliar comments, including additional documents, additional sections and revision of exhibits (3.10) | 3.10 |
| 12/27/12 | MR2 | Confer with B. Kotliar re: updates to compilation of materials related to submissions to the Examiner for conflicts purposes (.40) | 0.40 |
| 12/28/12 | SJR | Attend to issues regarding SBO Servicing Stipulation and dealing with conflict parties related to same and follow up (1.10) | 1.10 |
| 12/28/12 | TF1 | Follow-up on issues relating to SBO Servicing Stipulation and resolving conflict objections vis-a-vis conflict parties, including calls with PNC counsel and Morrison & Foerster regarding same (1.20) | 1.20 |
| 12/28/12 | TF1 | Confer with B. Kotliar to discuss binders prepared for participation in plan mediation with respect to conflict issues (.30) | 0.30 |
| 12/28/12 | TF1 | Follow-up on Examiner submissions (.30) | 0.30 |
| 12/28/12 | TF1 | Begin review and note-taking on background materials in binders in preparation for upcoming plan mediation (3.50) | 3.50 |
| 12/28/12 | BMK | Correspond with T. Foudy and S. Reisman regarding legal issues in connection with plan mediation (.10) | 0.10 |
| 12/28/12 | BMK | Confer with T. Foudy re: upcoming mediation (.30) | 0.30 |
| 12/28/12 | BMK | Review docket to prepare summary of bankruptcy timeline in preparation for plan mediation (1.20) | 1.20 |
| 12/28/12 | BMK | Research local rule and general order relevant to mediation (.30) | 0.30 |
| 12/28/12 | MR2 | Continue to revise compilation of materials re: submission and pleadings related to the examiners report, per B. Kotliar's request (1.40) | 1.40 |
|  |  | TOTAL HOURS | 223.80 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  14

## Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 16.30 | 830 | 13,529.00 |
| Theresa A. Foudy | Partner | 44.60 | 730 | 32,558.00 |
| Maryann Gallagher | Counsel | 41.80 | 625 | 26,125.00 |
| George E. Spencer | Associate | 8.80 | 520 | 4,576.00 |
| Peter Josef Buenger | Associate | 1.80 | 425 | 765.00 |
| Kevin Arthur Meehan | Associate | 35.50 | 375 | 13,312.50 |
| Heather Hiznay | Associate | 21.50 | 345 | 7,417.50 |
| Bryan M. Kotliar | Associate | 30.90 | 305 | 9,424.50 |
| John Thomas Weber | Associate | 7.00 | 305 | 2,135.00 |
| Melissa Rutman | Legal Assistant | 11.10 | 230 | 2,553.00 |
| Alana Dreiman | Legal Assistant | 4.50 | 230 | 1,035.00 |
| | | **223.80** | | **$113,430.50** |

**TOTAL SERVICES**                                    $113,430.50

## Summary of Expenses

| External Photocopy Services | 209.20 |
|---|---|
| Pacer - ECF | 8.10 |

**TOTAL EXPENSES**                              $217.30


**TOTAL THIS INVOICE**                          $113,647.80



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**     Bank:                 Citibank
                        ABA Routing #:        021000089
                        F/B/O:                Curtis Mallet-Prevost Colt & Mosle LLP
                        Account#              40585074

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
                        General Post Office
                        P.O. Box 27930
                        New York, NY 10087-7930

                        Residential Capital, LLC
                        Inv. # 1568378

                        Total Services                 113,430.50

                        Total Expenses                    217.30

                        **Total This Invoice**        **$113,647.80**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

March 12, 2013

Inv. # 1563238
Our Ref. 062108-000700
SJR

Attention:    Residential Capital, LLC

**Re:   Curtis Retention/Billing/Fee Applications**

| | | | |
|---|---|---|---|
| 12/03/12 | JZ | Review and revise draft October Monthly Fee Statement per US Trustee guidelines (.30) | 0.30 |
| 12/04/12 | JZ | Confer and correspond with working group regarding preparation of October Monthly Fee Statement and November Monthly Fee Statement to conform with US Trustee guidelines (.10) | 0.20 |
| 12/05/12 | JZ | Review and revise draft October Monthly Fee Statement to conform with US Trustee guidelines (.10) | 0.10 |
| 12/06/12 | AD | Begin preparing October 2012 Monthly Fee Statment in accordance with Interim Compensation Order and US Trustee guidelines (1.20) | 1.20 |
| 12/06/12 | JZ | Confer and correspond with working group regarding preparation of October and November Monthly Fee Statement per Interim Compensation Order and US Trustee guidelines (.10) | 0.20 |
| 12/06/12 | JZ | Review and revise draft October Monthly Fee Statement for compliance with applicable orders and guidelines of U.S. Trustee (.30) | 0.40 |
| 12/07/12 | MG8 | Review summary of omnibus objection of United States Trustee to First Interim Fee Application and follow-up with working group regarding issues relating to the resolution of same (.50) | 0.50 |
| 12/07/12 | JZ | Attend to issues related to response to the United States Trustee's objection to the First Interim Fee Application (1.50) | 1.50 |
| 12/07/12 | JZ | Review and revise draft November Monthly Fee Statement in compliance with applicable orders and guidelines of the U.S. Trustee (.30) | 0.30 |
| 12/07/12 | JZ | Review and revise draft October Monthly Fee Statement in compliance with United States Trustee guidelines (.10) | 0.10 |
| 12/10/12 | MG8 | Review Omnibus Objection of the United States | 2.80 |

March 12, 2013
Inv # 1563238
Our Ref #  062108-000700

Page  2

Trustee to First Interim Fee Applications in the
Residential Capital Chapter 11 cases, review back-up
materials and draft response to the United States
Trustee with respect to same (2.80)

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/10/12 | JZ | Confer and correspond with working group regarding preparation of October and November Fee Statements (.10) | 0.10 |
| 12/11/12 | AD | Begin preparing the November 2012 Monthly Fee Statement tables and charts per applicable orders and guidelines of the U.S. Trustee (.50) | 0.50 |
| 12/11/12 | AD | Update October 2012 Monthly Fee Statement per M. Gallagher's comments and revisions per applicable orders and guidelines of the U.S. Trustee (.50) | 0.50 |
| 12/11/12 | JZ | Review and revise draft October Fee Statement in compliance with U.S. Trustee guidelines (.10) | 0.10 |
| 12/11/12 | JZ | Review and revise draft November Fee Statement in compliance with U.S. Trustee guidelines (.20) | 0.20 |
| 12/11/12 | JZ | Confer and correspond with working group regarding issues related to preparation of October and November Fee Statements (.10) | 0.20 |
| 12/12/12 | AD | Continue preparing the November 2012 Monthly Fee Statement tables and charts per U.S. Trustee guidelines (.30) | 0.30 |
| 12/13/12 | JZ | Review and revise draft November Fee Statement in compliance with U.S. Trustee guidelines (.20) | 0.20 |
| 12/13/12 | JZ | Confer and correspond with working group regarding preparation of November Fee Statement (.10) | 0.10 |
| 12/17/12 | MG8 | Correspond with B. Masumoto regarding US Trustee's objections to Curtis' First Interim Fee Application and follow-up with working group re: same (.40) | 0.40 |
| 12/17/12 | MG8 | Participate in telephone call with Judge Glenn's chambers regarding extension of time to respond to objection of US Trustee to Curtis' First Interim Fee Application and follow-up with B. Masumoto re: same (.20) | 0.20 |
| 12/17/12 | MG8 | Attend to matters relating to preparation of materials for hearing on First Interim Fee Applications and follow-up with Curtis team re: same (.40) | 0.40 |
| 12/17/12 | PJB2 | Prepare for upcoming hearing on Curtis' First Interim Fee Application by reviewing previous invoices, objection by United States Trustee and drafting script for hearing and follow-up with Curtis team re: same (1.90) | 1.90 |

March 12, 2013
Inv # 1563238
Our Ref #  062108-000700

Page  3

| 12/17/12 | PJB2 | Confer with Curtis team upcoming hearing on Curtis' First Interim Fee Application, preparation for same and current United States Trustee's objections to same (.30) | 0.30 |
|---|---|---|---|
| 12/17/12 | AD | Begin preparing "Documents for First Interim Fee Application Hearing" binders for M. Gallagher and S. Reisman (.60) | 0.60 |
| 12/17/12 | JZ | Confer and correspond with working group regarding issues related to preparation of script for upcoming hearing regarding First Interim Fee Application (.20) | 0.20 |
| 12/18/12 | SJR | Review Objection of U.S. Trustee to fee applications and various related emails, including, follow up regarding supporting documentation for fees, correspond regarding Curtis' explanation and settlement offer and acceptance of same by U.S. Trustee's Office to resolve Curtis' fee issues (2.30) | 2.30 |
| 12/18/12 | PJB2 | Update script for upcoming hearing on Curtis' First Interim Fee Application pursuant to resolved objection of U.S. Trustee and follow-up with Curtis team re: same (.40) | 0.40 |
| 12/18/12 | PJB2 | Review and revise correspondence to the United States Trustee's office re: Trustee's objection to Curtis' First Interim Fee Application and follow-up with Curtis team re: same (1.10) | 1.10 |
| 12/18/12 | AD | Finish preparing and updating "Documents for First Interim Fee Application Hearing" binders for M. Gallagher and S. Reisman (1.00) | 1.00 |
| 12/19/12 | MG8 | Correspond with E. Richards of Morrison & Foerster regarding resolution of U.S. Trustee's objection to Curtis' First Interim Fee Application (.20) | 0.20 |
| 12/19/12 | MG8 | Review and revise outline for hearing on First Interim Fee Applications in Residential Capital Chapter 11 cases and related preparation for hearing (1.50) | 1.50 |
| 12/19/12 | AD | Update October 2012 Monthly Fee Statement, specifically charts and tables, per M. Gallagher and J. Zimmer's request for compliance with U.S.T. Guidelines (1.00) | 1.00 |
| 12/19/12 | AD | Update "Documents for December 20, 2012 10:00 a.m. Hearing Re: First Interim Fee Applications" for S. Reisman and M. Gallagher (1.00) | 1.00 |
| 12/20/12 | SJR | Review First Interim Fee Application, time logs and other materials in preparation for today's hearing at the U.S. Bankruptcy Court Southern District of New York, First Interim Fee Application (1.30) | 1.30 |

March 12, 2013
Inv # 1563238
Our Ref #  062108-000700

Page  4

| | | | | |
|---|---|---|---|---|
| 12/20/12 | SJR | Review Objection of United States Trustee and terms of resolution of same in preparation for today's hearing (.40) | 0.40 | |
| 12/20/12 | MG8 | Review and revise October 2012 Monthly Fee Statement and follow-up with Curtis team re: same to ensure compliance with U.S.T. guidelines and Bankruptcy Court guidelines (.50) | 0.50 | |
| 12/20/12 | AD | Update October 2012 Monthly Fee Statement in compliance with U.S. Trustee guidelines per J. Zimmer's request (.50) | 0.50 | |
| 12/21/12 | AD | Finalize and transmit the October 2012 Monthly Fee Statement and confer with working group throughout the day regarding same (.50) | 0.50 | |
| 12/26/12 | MG8 | Attend to final review, sign-off and submission of October 2012 Monthly Fee Statement in compliance with US Trustee procedures and as outlined in Interim Fee Order (.60) | 0.60 | |

TOTAL HOURS                          26.10

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 4.00 | 830 | 3,320.00 |
| Maryann Gallagher | Counsel | 7.10 | 625 | 4,437.50 |
| Peter Josef Buenger | Associate | 3.70 | 425 | 1,572.50 |
| James Zimmer | Associate | 4.20 | 345 | 1,449.00 |
| Alana Dreiman | Legal Assistant | 7.10 | 230 | 1,633.00 |
| | | **26.10** | | **$12,412.00** |

TOTAL SERVICES                                    $12,412.00

TOTAL THIS INVOICE                                $12,412.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1563238

Total Services                              12,412.00

Total Expenses                                  0.00

**Total This Invoice**                    **$12,412.00**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.