# EXHIBIT 1

## Certification of J F. Morrow

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
Residential Capital, LLC, et al.,               :   Case No. 12-12020 (MG)
                                                :
                        Debtors.                :   Jointly Administered
-----------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT OF FIRST APPLICATION OF J F. MORROW
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, J F. Morrow, hereby certify that:

1. I am consultant to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-referenced chapter 11 cases (the "**Chapter 11 Cases**"). I submit this application for interim compensation in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on January 23, 2013 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 797] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and together with the Local Guidelines and UST Guidelines, the "**Guidelines**").

2. This certification is made in respect of my application, dated March 14, 2013 (the "**Application**"), for interim allowance of compensation for professional services and reimbursement of expenses for the period commencing September 5, 2012 through and including December 31, 2012 (the "**First Interim Fee Period**") in accordance with the Guidelines.

3. In respect of Section B.1 of the Local Guidelines, I certify that:

   a. I have read the Application;

   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines and the UST Guidelines;

   c. the fees and disbursements sought are billed at rates in accordance with the practices customarily employed and generally accepted by my clients; and

   d. in providing a reimbursable service, I do not make a profit on that service, whether the service is performed by me or through a third party.

4. In respect of section B.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that I have complied with the provision requiring me to provide the appropriate notice parties, on a monthly basis, with a statement of my fees and disbursements accrued during the previous month.

5. In respect of Section B.3 of the Local Guidelines, I certify that counsel for the Debtors, the chairs of the Committee, and the United States Trustee for the Southern District of New York are each being provided with a copy of this Application.

Dated: San Antonio, Texas
March 14, 2013

_____
J F. Morrow