## EXHIBIT 2

### SUMMARY OF EXPENSES

| Expense Category | Amount |
|---|---|
| Coach Airfare | $755.60 |
| Hotel Costs | $249.01 |
| Taxi Fare | $140.00 |
| Meals (6 meals) | $97.50 |
| Parking | $56.00 |
| Tipping | $25.00 |
| Mileage | $22.50 |
| **Total** | **$1,345.61** |