## **EXHIBIT 3**

### **EXPENSES DETAIL**

| Expense | Amount |
|---|---|
| Coach Airfare SAT to NYC and return | $755.60 |
| Hotel Costs one night | $249.01 |
| Taxi Fare JFK Airport to NYC and back | $140.00 |
| Meals (6 meals) 2 breakfasts, 2 lunches, and 2 dinners | $97.50 |
| Airport Parking 2 days | $56.00 |
| Tipping Hotel/maid | $25.00 |
| Mileage 45 miles @$.50 per miles | $22.50 |
| | **$1345.61** |