# EXHIBIT 4

## SUMMARY OF TIME

| Matter Description | Total Billed Hours | Total Compensation |
|---|---:|---:|
| Project Code 300: Expert Report | 130.8 | $52,320.00 |
| Project Code 301: Loan Files | 112.5 | $45,000.00 |
| Project Code 302: Survey | 46.8 | $18,720.00 |
| Project Code 303: Deposition | 26.5 | $10,600.00 |
| Project Code 304: Travel (Billed at 50%) | 16.5 | $6,600.00 |
| Project Code 305: Telephonic Conference Calls | 13.0 | $5,200.00 |
| **Total Fees Incurred** | **346.1** | **$138,440.00** |
| **Less 50% Reduction for Non-Working Travel** | | **$3,300.00** |
| **TOTAL** | | **$135,140.00** |