## EXHIBIT 5

**TIME DETAIL**

# SEPTEMBER/OCTOBER 2012
# FEE STATEMENT

**SEPTEMBER/OCTOBER 2012 FEE STATEMENT**

| | | Project Code 300 Hours | Project Code 301 Hours | Project Code 302 Hours | Project Code 303 Hours | Project Code 304 Hours | Project Code 305 Hours | Total Hours | Rate | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|
| September | 27 | | 4.2 | | | | | 4.25 | $400 | $1,700.00 |
| September | 28 | | 4 | | | | 0.5 | 4.5 | $400 | $1,800.00 |
| October | 1 | | 3.5 | | | | | 3.5 | $400 | $1,400.00 |
| October | 2 | | 9.5 | | | | | 9.5 | $400 | $3,800.00 |
| October | 3 | | 4.5 | | | | | 4.5 | $400 | $1,800.00 |
| October | 4 | | 4.5 | | | | | 4.5 | $400 | $1,800.00 |
| October | 5 | | 3.5 | | | | 1.5 | 5 | $400 | $2,000.00 |
| October | 6 | | 6.8 | | | | | 6.8 | $400 | $2,720.00 |
| October | 7 | | 2 | | | | | 2 | $400 | $800.00 |
| October | 8 | | 9.5 | | | | | 9.5 | $400 | $3,800.00 |
| October | 9 | 1.5 | 2.5 | | | | | 4 | $400 | $1,600.00 |
| October | 10 | 0.5 | 4.5 | | | | | 5 | $400 | $2,000.00 |
| October | 11 | 8 | | | | | | 8 | $400 | $3,200.00 |
| October | 12 | 5.5 | | | | | | 5.5 | $400 | $2,200.00 |
| October | 15 | | 8.5 | | | | | 8.5 | $400 | $3,400.00 |
| October | 16 | | 5 | | | | 1.5 | 6.5 | $400 | $2,600.00 |
| October | 17 | 2 | 6.5 | | | | | 8.5 | $400 | $3,400.00 |
| October | 18 | | 7.5 | | | | | 7.5 | $400 | $3,000.00 |
| October | 19 | | 6.8 | | | | | 6.8 | $400 | $2,720.00 |
| October | 20 | | 1.5 | 6.5 | | | | 8 | $400 | $3,200.00 |
| October | 21 | | 2.7 | | | | | 2.7 | $400 | $1,080.00 |
| October | 24 | | 2 | | | | | 2 | $400 | $800.00 |
| October | 25 | | 1.5 | | | | 1 | 2.5 | $400 | $1,000.00 |
| October | 26 | | 4 | | | | | 4 | $400 | $1,600.00 |
| October | 27 | | 2.5 | 3.3 | | | | 5.75 | $400 | $2,300.00 |
| October | 29 | 4.5 | | 2.5 | | | | 7 | $400 | $2,800.00 |
| October | 30 | | | 2.5 | | | 1 | 3.5 | $400 | $1,400.00 |
| October | 31 | | | 6 | | | | 6 | $400 | $2,400.00 |
| Monthly Total | | 22 | 107.5 | 20.8 | 0 | 0 | 5.5 | 155.8 | | $62,320.00 |

ALL WORK PERFORMED BY J F. MORROW

## PROJECT CODE 300 PERFORMED BY J F. MORROW
## FOR SEPTEMBER-OCTOBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 10/9 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (1.5 HOURS) | 1.5 | $ 600.00 |
| 10/10 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (0.5 HOURS) | .5 | $ 200.00 |
| 10/11 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (8 HOURS) | 8 | $3,200.00 |
| 10/12 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (5.5 HOURS) | 5.5 | $2,200.00 |
| 10/17 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (2 HOURS) | 2 | $ 800.00 |
| 10/29 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (4.5 HOURS) | 4.5 | $1,800.00 |
| | **TOTAL** | 22 | $8,800.00 |

## PROJECT CODE 301 PERFORMED BY J F. MORROW
## FOR SEPTEMBER-OCTOBER 2012

| DATE | DESCRIPTION | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| 9/27 | **301 LOAN FILES:** READ 38 RESCAP UNDERWRITING GUIDELINES COVERING OVER 1998 THROUGH JUNE 2007 (APPROX. ISSUED QUARTERLY) [22,000 PAGES]. (4.25 HOURS). | 4.2 | $1,680.00 |
| 9/28 | **301 LOAN FILES:** READ 38 RESCAP UNDERWRITING GUIDELINES COVERING OVER 1998 THROUGH JUNE 2007 (APPROX. ISSUED QUARTERLY) [22,000 PAGES]. (4 HOURS) | 4 | $1,600.00 |
| 10/1 | **301 LOAN FILES:** READ 38 RESCAP UNDERWRITING GUIDELINES COVERING OVER 1998 THROUGH JUNE 2007 (APPROX. ISSUED QUARTERLY) [22,000 PAGES]. (3.5 HOURS) | 3.5 | $1,400.00 |
| 10/2 | **301 LOAN FILES:** READ 38 RESCAP UNDERWRITING GUIDELINES COVERING OVER 1998 THROUGH JUNE 2007 (APPROX. ISSUED QUARTERLY) [22,000 PAGES]. (5 HOURS) REVIEW AND EXTRACT PORTION REGARDING UNDERWRITING FROM THE PROSUP FOR EACH OF THE 25 SERIES OF SEVEN SECURITIZATIONS. (4.5 HOURS) | 9.5 | $3,800.00 |
| 10/3 | **301 LOAN FILES:** READ 38 RESCAP UNDERWRITING GUIDELINES COVERING OVER 1998 THROUGH JUNE 2007 (APPROX. ISSUED QUARTERLY) [22,000 PAGES]. (2.5 HOURS) REVIEW AND EXTRACT PORTION REGARDING UNDERWRITING FROM THE PROSUP FOR EACH OF THE 25 SERIES OF SEVEN SECURITIZATIONS. (2 HOURS) | 4.5 | $1,800.00 |
| 10/4 | **301 LOAN FILES:** TAKE 30 SAMPLE FILES [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (4.5 HOURS) | 4.5 | $1,800.00 |
| 10/5 | **301 LOAN FILES:** TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (3.5 HOURS) | 3.5 | $1,400.00 |
| 10/6 | **301 LOAN FILES:** TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (6.8 HOURS) | 6.8 | $2,720.00 |
| 10/7 | **301 LOAN FILES:** TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (2 HOURS) | 2 | $ 800.00 |
| 10/8 | **301 LOAN FILES:** TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (9.5 HOURS) | 9.5 | $3,800.00 |
| 10/9 | **301 LOAN FILES:** TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (2.5 HOURS) | 2.5 | $1,000.00 |
| 10/10 | **301 LOAN FILES:** REVIEW ALL 1500 LOANS IN THE SAMPLE POOL SO THAT ONLY SAMPLE LOAN FILES THAT 1089 ORIGINATION/ PURCHASE LOAN FILES ARE RE-UNDERWRITTEN. (1) TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (3.5 HOURS) | 4.5 | $1,800.00 |
| 10/15 | **301 LOAN FILES:** DESIGN SURVEY FOR THE SAMPLE LOANS. (2) REVIEW ALL 1500 LOANS IN THE SAMPLE POOL SO THAT ONLY SAMPLE LOAN FILES THAT 1089 ORIGINATION/ PURCHASE LOAN FILES ARE RE-UNDERWRITTEN. TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (6.5 HOURS) | 8.5 | $3,400.00 |
| 10/16 | **301 LOAN FILES:** TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (5 HOURS) | 5 | $2,000.00 |
| 10/17 | (2) **301 LOAN FILES:** TAKE 30 SAMPLE LOANS [EACH FILES AVERAGES APPROX. 200 PAGES) AND PERFORM RE-UNDERWRITING AS A SEPARATE AUDIT REVIEW. (6.5 HOURS) | 6.5 | $2,600.00 |
| 10/18 | **301 LOAN FILES:** COMPARE THE FINDINGS FOR THE SEPARATE AUDIT | 7.5 | $3,000.00 |

|  |  |  |  |
|---|---|---|---|
|  | REVIEW WITH THE FINDING OF ANALYTIC FOCUS. TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL.    (7.5 HOURS) |  |  |
| 10/19 | **301 LOAN FILES:** DESIGN SURVEY FOR THE SAMPLE LOANS. REVIEW ALL 1500 LOANS IN THE SAMPLE POOL SO THAT ONLY SAMPLE LOAN FILES THAT 1089 ORIGINATION/ PURCHASE LOAN FILES ARE RE-UNDERWRITTEN. (6.8 HOURS) | 6.8 | $2,720.00 |
| 10/20 | **301 LOAN FILES:** TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL.  (1.5 HOURS) | 1.5 | $ 600.00 |
| 10/21 | **301 LOAN FILES:.** TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL. (2.7 HOURS) | 2.7 | $1,080.00 |
| 10/24 | **301 LOAN FILES:** TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL. (2 HOURS) | 2 | $ 800.00 |
| 10/25 | **301 LOAN FILES:** COMPARE THE FINDINGS FOR THE SEPARATE AUDIT REVIEW WITH THE FINDING OF ANALYTIC FOCUS. TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL.    (1.5 HOURS) | 1.5 | $ 600.00 |
| 10/26 | **301 LOAN FILES:** COMPARE THE FINDINGS FOR THE SEPARATE AUDIT REVIEW WITH THE FINDING OF ANALYTIC FOCUS. TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL. (4 HOURS) | 4 | $1,600.00 |
| 10/27 | **301 LOAN FILES:** COMPARE THE FINDINGS FOR THE SEPARATE AUDIT REVIEW WITH THE FINDING OF ANALYTIC FOCUS. (2.5 HOURS) | 2.5 | $1,000.00 |
|  | **TOTAL** | 107.5 | $43,000.00 |

## PROJECT CODE 302 PERFORMED BY J F. MORROW
## FOR SEPTEMBER-OCTOBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 10/20 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (6.5 HOURS) | 6.5 | $2,600.00 |
| 10/27 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (3.25 HOURS) | 3.3 | $1,320.00 |
| 10/29 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (2.5 HOURS) | 2.5 | $1,000.00 |
| 10/30 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (2.5 HOURS) | 2.5 | $1,000.00 |
| 10/31 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (6 HOURS) | 6 | $2,400.00 |
| | **TOTAL** | 20.8 | $8,320.00 |

## PROJECT CODE 305 PERFORMED BY J F. MORROW
## FOR SEPTEMBER-OCTOBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 9/28 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (.5 HOURS) | .5 | $ 200.00 |
| 10/5 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (1.5 HOURS) | 1.5 | $ 600.00 |
| 10/16 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (1.5 HOURS) | 1.5 | $ 600.00 |
| 10/25 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (1 HOURS) | 1 | $ 400.00 |
| 10/30 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (1 HOURS) | 1 | $ 400.00 |
| | **TOTAL** | **5.5** | **$2,200.00** |

# NOVEMBER 2012
# FEE STATEMENT

**NOVEMBER 2012 FEE STATEMENT**

| | | Project Code 300 Hours | Project Code 301 Hours | Project Code 302 Hours | Project Code 303 Hours | Project Code 304 Hours | Project Code 305 Hours | Total Hours | Rate | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|
| November | 1 | | | 8.5 | | | | 8.5 | $400 | $3,400.00 |
| November | 2 | 3 | | 4 | | | | 7 | $400 | $2,800.00 |
| November | 3 | 2 | | 2.5 | | | | 4.5 | $400 | $1,800.00 |
| November | 5 | | | 3.5 | | | 1.5 | 5 | $400 | $2,000.00 |
| November | 6 | | | | | | 1 | 1 | $400 | $400.00 |
| November | 7 | 8.5 | | | | | | 8.5 | $400 | $3,400.00 |
| November | 8 | 2 | | | | | 2 | 4 | $400 | $1,600.00 |
| November | 9 | 4.5 | | | | | | 4.5 | $400 | $1,800.00 |
| November | 12 | 3.5 | | | | | | 3.5 | $400 | $1,400.00 |
| November | 13 | 8.8 | | | | | | 8.8 | $400 | $3,520.00 |
| November | 14 | 9.5 | | | | | | 9.5 | $400 | $3,800.00 |
| November | 15 | 8.5 | | | | | | 8.5 | $400 | $3,400.00 |
| November | 16 | 9 | | | | | | 9 | $400 | $3,600.00 |
| November | 17 | 2.5 | | | | | | 2.5 | $400 | $1,000.00 |
| November | 18 | 6.5 | | | | | | 6.5 | $400 | $2,600.00 |
| November | 19 | 5 | | | | | | 5 | $400 | $2,000.00 |
| November | 20 | 1 | | | | | | 1 | $400 | $400.00 |
| November | 21 | 3.5 | | | | | | 3.5 | $400 | $1,400.00 |
| November | 26 | 1 | 2 | | | | | 3 | $400 | $1,200.00 |
| November | 27 | 2 | | 3.5 | | | 1 | 6.5 | $400 | $2,600.00 |
| November | 28 | 9.5 | | | | | | 9.5 | $400 | $3,800.00 |
| November | 29 | 6.5 | | | | | | 6.5 | $400 | $2,600.00 |
| November | 30 | 2.5 | | | | | | 2.5 | $400 | $1,000.00 |
| Monthly Total | | 99.3 | 2 | 22 | 0 | 0 | 5.5 | 128.8 | | $51,520.00 |

ALL WORK PERFORMED BY J F. MORROW

PROJECT CODE 300 PERFORMED BY J F. MORROW
FOR NOVEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/2 | **300 EXPERT REPORT**: RESEARCH AND DESCRIBE THE SECURIZATIONS, UNDERWRITING GUIDELINES AND PROCESS, DESCRIPTION OF THE LOANS FILES, LOAN DOCUMENTATION TYPES, THE RE-UNDERWRITING PROCESS. (3 HOURS) | 3 | $1,200.00 |
| 11/3 | **300 EXPERT REPORT** RESEARCH AND DESCRIBE THE SECURIZATIONS, UNDERWRITING GUIDELINES AND PROCESS, DESCRIPTION OF THE LOANS FILES, LOAN DOCUMENTATION TYPES, THE RE-UNDERWRITING PROCESS. (2 HOURS) | 2 | $ 800.00 |
| 11/7 | **300 EXPERT REPORT**: RESEARCH AND DESCRIBE THE SECURIZATIONS, UNDERWRITING GUIDELINES AND PROCESS, DESCRIPTION OF THE LOANS FILES, LOAN DOCUMENTATION TYPES, THE RE-UNDERWRITING PROCESS. (8.5 HOURS) | 8.5 | $3,400.00 |
| 11/8 | **300 EXPERT REPORT**: RESEARCH AND DESCRIBE THE SECURIZATIONS, UNDERWRITING GUIDELINES AND PROCESS, DESCRIPTION OF THE LOANS FILES, LOAN DOCUMENTATION TYPES, THE RE-UNDERWRITING PROCESS. (2 HOURS) | 2 | $ 800.00 |
| 11/9 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (4.5 HOURS) | 4.5 | $1,800.00 |
| 11/12 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (3.5 HOURS) | 3.5 | $1,400.00 |
| 11/13 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (8.8 HOURS) | 8.8 | $3,520.00 |
| 11/14 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (9.5 HOURS) | 9.5 | $3,800.00 |
| 11/15 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (8.5 HOURS) | 8.5 | $3,400.00 |
| 11/16 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (9 HOURS) | 9 | $3,600.00 |
| 11/17 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (2.5 HOURS) | 2.5 | $1,000.00 |
| 11/18 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (6.5 HOURS) | 6.5 | $2,600.00 |
| 11/19 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (5 HOURS) | 5 | $2,000.00 |
| 11/20 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (1 HOURS) | 1 | $ 400.00 |
| 11/21 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (3.5 HOURS) | 3.5 | $1,400.00 |
| 11/26 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (1 HOURS) | 1 | $ 400.00 |
| 11/27 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (2 | 2 | $ 800.00 |

| | | | |
|---|---|---|---|
| | HOURS) | | |
| 11/28 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (9.5 HOURS) | **9.5** | **$3,800.00** |
| 11/29 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (6.5 HOURS) | **6.5** | **$2,600.00** |
| 11/30 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (2.5 HOURS) | **2.5** | **$1,000.00** |
| | | **TOTAL**  **99.3** | **$39,720.00** |

## PROJECT CODE 301 PERFORMED BY J F. MORROW
## FOR NOVEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 11/26 | **301 LOAN FILES:** TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL. (2 HOURS) | 2 | $ 800.00 |
| | **TOTAL** | 2 | $ 800.00 |

## PROJECT CODE 302 PERFORMED BY J F. MORROW
## FOR NOVEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 11/1 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (8.5 HOURS) | 8.5 | $3,400.00 |
| 11/2 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (4 HOURS) | 4 | $1,600.00 |
| 11/3 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (2.5 HOURS) | 2.5 | $1,000.00 |
| 11/5 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (3.5 HOURS) | 3.5 | $1,400.00 |
| 11/27 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (3.5 HOURS) | 3.5 | $1,400.00 |
| | **TOTAL** | 22 | $8,800.00 |

## PROJECT CODE 305 PERFORMED BY J F. MORROW
## FOR NOVEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 11/5 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (1.5 HOURS) | 1.5 | $ 600.00 |
| 11/6 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (1 HOURS) | 1 | $ 400.00 |
| 11/8 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (2 HOURS) | 2 | $ 800.00 |
| 11/27 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (1 HOURS) | 1 | $ 400.00 |
| | **TOTAL** | **5.5** | **$2,200.00** |

# DECEMBER 2012
# FEE STATEMENT

### DECEMBER 2012 FEE STATEMENT

| | | Project Code 300 Hours | Project Code 301 Hours | Project Code 302 Hours | Project Code 303 Hours | Project Code 304 Hours | Project Code 305 Hours | Total Hours | Rate | Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|
| December | 1 | 3 | | 4 | | | | 7 | $400 | $2,800.00 |
| December | 2 | 2.5 | | | | | | 2.5 | $400 | $1,000.00 |
| December | 3 | 4 | | | | | | 4 | $400 | $1,600.00 |
| December | 4 | 1 | | | | | | 1 | $400 | $400.00 |
| December | 6 | | | | 1 | | | 1 | $400 | $400.00 |
| December | 12 | | | | 1 | | | 1 | $400 | $400.00 |
| December | 13 | | | | 2.5 | | | 2.5 | $400 | $1,000.00 |
| December | 14 | | | | 4.5 | | 1.5 | 5 | $400 | $2,000.00 |
| December | 15 | | | | 4.5 | | | 4.5 | $400 | $1,800.00 |
| December | 16 | | | | 4.5 | | | 4.5 | $400 | $1,800.00 |
| December | 16 | | | | - | 6.5 | | 6.5 | $200 | $1,300.00 |
| December | 17 | | | | 6.5 | | | 6.5 | $400 | $2,600.00 |
| December | 17 | | | | | 10 | | 10 | $200 | $2,000.00 |
| December | 20 | | 2 | | | | | 2 | $400 | $800.00 |
| December | 21 | | 1 | | | | 0.5 | 1.5 | $400 | $600.00 |
| December | 24 | | | | 2 | | | 2 | $400 | $800.00 |
| Monthly Total | | 10.5 | 3 | 4 | 26.5 | 16.5 | 2 | 62.5 | | $21,300.00 |

## PROJECT CODE 300 PERFORMED BY J F. MORROW
## FOR DECEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 12/1 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (3 HOURS) | 3 | $1,200.00 |
| 12/3 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (2.5 HOURS) | 2.5 | $1,000.00 |
| 12/3 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (4 HOURS) | 4 | $1,600.00 |
| 12/4 | **300 EXPERT REPORT**: WRITE, EDIT AND REVISE THE 100-PAGE EXPERT WITNESS REPORT COVERING FED. RULE 26 (a) (1). (1 HOURS) | 1 | $ 400.00 |
| | **TOTAL** | **10.5** | **$4,200.00** |

## PROJECT CODE 301 PERFORMED BY J F. MORROW
## FOR DECEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 12/20 | **301 LOAN FILES:** TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL. (2 HOURS) | 2 | $ 800.00 |
| 12/21 | **301 LOAN FILES:** TAKE ADDITIONAL LOANS AND RE-UNDERWRITE THEM FOR QUALITY CONTROL. (1 HOURS) | 1 | $ 400.00 |
| | **TOTAL** | **3** | **$1,200.00** |

## PROJECT CODE 302 PERFORMED BY J F. MORROW
## FOR DECEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 12/1 | **302 SURVEY:** TAKE THE SURVEY DATA (OVER 50 CATAGORIES FOR 54,450 TRAITS) AND ANALYZE THE RESULTS, INCLUDING CREATION OF TABLES THAT EXEMPLIFY THE RESULTS OF THE SURVEY, THE SECURITIZATIONS, AND THE CLASSIFICATION OF THE VARIOUS LOAN CATEGORIES. (4 HOURS) | 4 | $1,600.00 |
| | **TOTAL** | 4 | $1,600.00 |

## PROJECT CODE 303 PERFORMED BY J F. MORROW
## FOR DECEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 12/6 | **DEPOSITION:** PREPARE FOR DEPOSITION BY READING REFERENCES. (1 HOURS) | 1 | $ 400.00 |
| 12/12 | **DEPOSITION:** PREPARE FOR DEPOSITION BY REVIEWING SURVEY AND RESULTS. (1 HOURS) | 1 | $ 400.00 |
| 12/13 | **DEPOSITION:** PREPARE FOR DEPOSITION READING REPORT. (2.5 HOURS) | 2.5 | $1,000.00 |
| 12/14 | **DEPOSITION:** PREPARE FOR DEPOSITION BY RE-READING CERTAIN SECTIONS OF REPORT. (4.5 HOURS) | 4.5 | $1,800.00 |
| 12/15 | **DEPOSITION:** PREPARE FOR DEPOSITION REVIEW LOAN AUDIT RESULTS. (1.5 HOURS) RE-READ REPORT SECTIONS. (3 HOURS) | 4.5 | $1,800.00 |
| 12/16 | **DEPOSITION:** READ REPORT (1 HOURS) AND PREPARE FOR DEPOSITION WITH ATTORNEY. (3.5 HOURS) | 4.5 | $1,800.00 |
| 12/17 | **DEPOSITION:** PREPARE FOR DEPOSITION WITH ATTORNEY (1 HOURS) AND RE-READ REPORT (2.5 HOURS) AND GIVE DEPOSTION. (3 HOURS) | 6.5 | $2,600.00 |
| 12/24 | **DEPOSITION:** READ THE DEPOSITION. (2 HOURS) | 2 | $ 800.00 |
| | **TOTAL** | **26.5** | **$10,600.00** |

## PROJECT CODE 304 PERFORMED BY J F. MORROW
## FOR DECEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 12/16 | **TRAVEL:** LAND AND AIR TRAVEL FROM SAN ANTONIO, TX TO NYC, NY FOR DEPOSITION. (6.5 HOURS) [HOURLY RATE AT $200 WHICH IS 50% OF REGULAR RATE OF $400} | 6.5 | $1,300.00 |
| 12/17 | **TRAVEL:** LAND AND AIR TRAVEL FROM SAN ANTONIO, TX TO NYC, NY FOR DEPOSITION. (10 HOURS) [HOURLY RATE AT $200 WHICH IS 50% OF REGULAR RATE OF $400} | 10 | $2,000.00 |
| | **TOTAL** | **16.5** | **$3,300.00** |

## PROJECT CODE 305 PERFORMED BY J F. MORROW
## FOR DECEMBER 2012

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|
| 12/14 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF DEPOSITION AND/OR REPORTS WITH BENTLEY, HOLT, FRANKEL, EPSTEIN, AND/OR CORNELL. (1.5 HOURS) | 1.5 | $ 600.00 |
| 11/6 | **305 TELEPHONIC CONFERENCE CALL:** DISCUSSION OF STATUS OF EXPERT ANALYSIS WITH ATTORNEY. (.5 HOURS) | .5 | $ 200.00 |
| | **TOTAL** | **2** | **$ 800.00** |