**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

------------------------------------------------------------------

)
)
)
)
)
)
)
)
)

Chapter 11

Case No. 12-12020 (MG)
Honorable Martin Glenn

Jointly Administered

## <u>ORDER</u>

**ORDERED,**

that Richard M. Ashton is admitted to practice, *pro hac vice*, in the above-referenced cases,

in the United States Bankruptcy Court, Southern District of New York.  Mr. Ashton represents the

Board of Governors of the Federal Reserve System, an agency of the U.S. Government, and is

therefore exempt from filing fees.

Dated:  **March 15, 2013**
         New York, New York

_____/s/Martin Glenn_____
United States Bankruptcy Judge