**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| | Honorable Martin Glenn |
| Debtors. | Jointly Administered |

---

## ORDER

**ORDERED,**

that Jennifer L. Sutton is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York. Ms. Sutton represents the Board of Governors of the Federal Reserve System, an agency of the U.S. Government, and is therefore exempt from filing fees.

Dated: **March 15, 2013**              ____/s/Martin Glenn_____
       New York, New York                    United States Bankruptcy Judge