UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
Residential Capital, LLC, et al.,               :   Case No. 12-12020 (MG)
                                                :
                    Debtors.                    :   Jointly Administered
                                                :
----------------------------------------------------------------- :
                                                x   **Ref. Docket No. 3182**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 14, 2013, I caused to be served the "First Interim Application of Silvermanacampora LLP, Special Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from October 25, 2012 Through December 31, 2012," dated March 11, 2013 [Docket No. 3182], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
14th day of March, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\Rescap\Affidavits\1st Sivermanacampora App_DI 3182_AFF_3-14-13_KH.doc

**EXHIBIT A**

RES FEE APP

Morrison & Foerster LLP
Attn:  Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY  10104

RES FEE APP

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein & Douglas H. Mannal
1177 Avenue of the Americas
New York, NY  10036

RES FEE APP

Office of the United States Trustee
Attn: Tracy Hope Davis, Linda Rifkin & Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY  10004

RES FEE APP

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

RES FEE APP

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ken Ziman and Jonathan H. Hofer
4 Times Square
New York, NY  10036

RES FEE APP

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601