# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap                                     November 20, 2012
**Attention: Ebill Collaborati**                Client:      101903
,                                               Matter:      000211
                                                Invoice #:   220457

                                                Page:              1

RE: Williams, II (Housing), GMAC # 732457; Loan # 0602105281
    Property: 9 Ellsworth Avenue, Springfield, MA

For Professional Services Rendered Through October 31, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2012 | ALB | L160 - A107 Calls with opposing counsel re outstanding discovery requests, response to GMAC's Motion to Dismiss Counterclaim, and potential for agreement for judgment. | 0.20 | $170.00 | $34.00 |
| 10/11/2012 | ALB | L320 - A101 Prepare for hearing on Motion to Dismiss Counterclaims. | 1.40 | $170.00 | $238.00 |
| 10/11/2012 | ALB | L160 - A107 Call to opposing counsel re agreement for judgment. | 0.20 | $170.00 | $34.00 |
| 10/12/2012 | ALB | L240 - A109 Attend hearing on Motion to Dismiss Counterclaims. | 4.10 | $170.00 | $697.00 |
| 10/18/2012 | ALB | L160 - A107 Call with opposing counsel re supplemental discovery and settlement. | 0.20 | $170.00 | $34.00 |
| 10/30/2012 | ALB | L240 - A110 Prepare supplemental filings in support of Motion for Summary Judgment. | 0.40 | $170.00 | $68.00 |
| 10/30/2012 | ALB | L240 - A107 E-mails with P. Mulligan re affidavit on behalf of O. Moran in support of Motion for Summary Judgment. | 0.20 | $170.00 | $34.00 |
| | | Total Professional Services | 6.70 | | $1,139.00 |

November 20, 2012
Client: 101903
Matter: 000211
Invoice #: 220457

Page: 2

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ALB | Andrew L. Baldwin | ASSOCIATE | 6.70 | $170.00 | $1,139.00 |

## DISBURSEMENTS

| Date | | Description of Disbursements | Amount |
|---|---|---|---|
| 10/15/2012 | E100 - E110 | Andrew Baldwin- Private Auto Mileage- to and from Springfield Housing Court for hearing (117miles @ $0.555) on 9/25/12 | $64.94 |
| 10/15/2012 | E100 - E110 | Andrew Baldwin- Parking/Tolls- on 9/27/12 | $4.50 |
| 10/18/2012 | E100 - E102 | LAW OFFICE OF JOEL A. STEIN- Out-Sourced Photocopying- re Obtaining and Faxing photos | $120.00 |

|  |  |
|---|---|
| Total Disbursements | $189.44 |
| Total Services | $1,139.00 |
| Total Disbursements | $189.44 |
| Total Current Charges | $1,328.44 |
| Previous Balance | $1,701.80 |
| **PAY THIS AMOUNT** | **$3,030.24** |

## SYSTEM-TO-DATE

| | Current Invoice | Since Inception | Total | Payments-to-Date |
|---|---|---|---|---|
| Hours | 6.70 | 18.20 | 24.90 | N/A |
| Services | $1,139.00 | $1,618.00 | $2,757.00 | $2,757.00 |
| Disbursements | $189.44 | $83.80 | $273.24 | $273.24 |
| Total | $1,328.44 | $1,701.80 | $3,030.24 | $3,030.24 |

*Payment due upon receipt.*
**Contact Martin Ervin, Director, (617) 456-8029, mervin@princelobel.com, if you have questions on your account balance.**
*Please note invoice number with your payment. Thank you.*

November 20, 2012
Client: 101903
Matter: 000211
Invoice #: 220457

Page: 3

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---|---|
| L160 - A107 | 0.6 | $102.00 |
| L240 - A107 | 0.2 | $34.00 |
| L240 - A109 | 4.1 | $697.00 |
| L240 - A110 | 0.4 | $68.00 |
| L320 - A101 | 1.4 | $238.00 |
| | 6.70 | $1,139.00 |

### Disbursements

| Category | Amount |
|---|---|
| E100 - E102 | $120.00 |
| E100 - E110 | $69.44 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $189.44 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Amount |
|---|---|---|---|---|
| ALB | Andrew L. Baldwin | L160 - A107 | 0.6 | $102.00 |
| ALB | Andrew L. Baldwin | L240 - A107 | 0.2 | $34.00 |
| ALB | Andrew L. Baldwin | L240 - A109 | 4.1 | $697.00 |
| ALB | Andrew L. Baldwin | L240 - A110 | 0.4 | $68.00 |
| ALB | Andrew L. Baldwin | L320 - A101 | 1.4 | $238.00 |
| | | | 6.70 | $1,139.00 |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

|  |  |
|---|---|
| GMAC Rescap | November 20, 2012 |
| **Attention: Beth McWilliams** | Client:   101903 |
| Ally Financial, Inc. | Matter:   000209 |
| 2711 North Haskell Avenue, Suite 900 | Invoice #:   220458 |
| Dallas, TX 75204 | Page:   1 |

RE: Whitney, GMAC # 731759; Loan # 0899015935
    Property: 21 Tower Hill Street, Lawrence, MA

For Professional Services Rendered Through October 31, 2012

---

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/2012 | ARD | L120 - A104 Review file in preparation for hearing on appointment of receiver. | 0.40 | $235.00 | $94.00 |
| 10/03/2012 | ARD | L120 - A104 Review email correspondence re status of remediation in preparation for 10/4 hearing. | 0.90 | $235.00 | $211.50 |
| 10/04/2012 | ARD | L450 - A109 Prepare for, travel to and attend hearing on appointment of receiver, prepare email to R. Briansky re same. | 4.10 | $235.00 | $963.50 |
|  |  | Total Professional Services | 5.40 |  | $1,269.00 |

## TIMEKEEPER RECAP

| Timekeeper |  | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ARD | Adam R. Doherty | ASSOCIATE | 5.40 | $235.00 | $1,269.00 |

## DISBURSEMENTS

| Date |  | Description of Disbursements | Amount |
|---|---|---|---|
| 10/09/2012 | E100 - E110 | A. DOHERTY- Private Auto Mileage- to and from Lawrence (60 miles @ $0.555) on 10/4/12 | $33.30 |

November 20, 2012
Client:      101903
Matter:      000209
Invoice #:   220458

Page:   2

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|------------------------------|--------|
|      | Total Disbursements          | $33.30 |

| | | |
|---|---|---|
| Total Services | $1,269.00 | |
| Total Disbursements | $33.30 | |
| Total Current Charges | | $1,302.30 |
| Previous Balance | | $360.00 |
| **PAY THIS AMOUNT** | | **$1,662.30** |

## SYSTEM-TO-DATE

|               | Current Invoice | Since Inception | Total      | Payments-to-Date |
|---------------|-----------------|-----------------|------------|------------------|
| **Hours**     | 5.40            | 17.30           | 22.70      | N/A              |
| **Services**  | $1,269.00       | $360.00         | $1,629.00  | $698.80          |
| **Disbursements** | $33.30      | $0.00           | $33.30     | $0.00            |
| **Total**     | $1,302.30       | $360.00         | $1,662.30  | $698.80          |

*Payment due upon receipt.*
**Contact Martin Ervin, Director, (617) 456-8029, mervin@princelobel.com, if you have questions on your account balance.**
*Please note invoice number with your payment. Thank you.*

November 20, 2012
Client:       101903
Matter:       000209
Invoice #:    220458

Page:    3

## TASK RECAP

### Services

| Category | Hours | Amount |
|---|---|---|
| L120 - A104 | 1.3 | $305.50 |
| L450 - A109 | 4.1 | $963.50 |
| | 5.40 | $1,269.00 |

### Disbursements

| Category | Amount |
|---|---|
| E100 - E110 | $33.30 |
| | $0.00 |
| | $33.30 |

## BREAKDOWN BY PERSON

| Person | | Category | Hours | Amount |
|---|---|---|---|---|
| ARD | Adam R. Doherty | L120 - A104 | 1.3 | $305.50 |
| ARD | Adam R. Doherty | L450 - A109 | 4.1 | $963.50 |
| | | | 5.40 | $1,269.00 |