# Exhibit 6

                                                                  1

              UNITED STATES BANKRUPTCY COURT

              SOUTHERN DISTRICT OF NEW YORK

    ---------------------------------------------

    In re:

    RESIDENTIAL CAPITAL, LLC, et al.,

    Debtors

    ---------------------------------------------

    Case No. 12-12020 (MG)

    Chapter 11

    Jointly Administered

    ---------------------------------------------

                DEPOSITION OF BRADFORD CORNELL

                DATE: December 21, 2012

    HUDSON REPORTING & VIDEO, INC.

    124 West 30th Street, 2nd Fl.

    New York, New York 10001

    Tel: 212-273-9911  Fax: 212-273-9915

            TRANSCRIPT of the deposition, said

    deposition being conducted pursuant to Rules

    Governing Civil Practice in the Superior Court

    of New Jersey, by and before MARK IUZZOLINO,

    Certified Court Reporter, License No. X101103,

    at the offices of Morrison Foerster, LLP, 1290

    6th Avenue, New York, NY on December 21, 2012,

    commencing at 10:11 a.m.

1  loss?

2      A.   Well, I've done --

3           MR. BENTLEY:  Objection to form.

4      A.   -- I've done a lot of things in the

5  tables, and some of them measure loss, so I'm

6  not sure that's right.

7      Q.   In paragraph 43 when you describe

8  your regression analysis, you tell us you

9  linked to risk of default.

10          That's true.  Correct?

11     A.   In the regression that was pure

12 probability of default, yes.

13     Q.   Let me ask you to turn to a different

14 section of your report.  I'm now back -- I'm

15 starting at paragraph 68.

16          Would you take a moment to review

17 that, please?

18     A.   Yes.

19     Q.   I wanted to ask you some questions

20 about a few of the numbers that appear in that

21 paragraph.  The first number that shows up is a

22 number that you call "lifetime loan losses" of

23 45.2 billion.

24          Do you see that reference?

25     A.   Yes.

 1          Q.    You got that number from Mr. Sillman?

 2          A.    Yes.

 3          Q.    You call it the "midpoint" in the

 4    range of aggregate losses that he estimated.

 5    Correct?

 6          A.    Yes.

 7          Q.    Did you review the methodology that

 8    Mr. Sillman used to come up with his aggregate

 9    loss range?

10          A.    Yes.

11          Q.    Did you find anything wrong with it?

12          A.    As per what it was, no, I don't think

13    I did.  I don't think I found any indication of

14    errors as to the number it was.  It didn't

15    include, for example, an horizon, but he didn't

16    say that did it, so I didn't find a problem

17    with it.

18          Q.    Right.  He didn't purport to apply

19    any discounts.  Correct?

20          A.    Correct.

21          Q.    He tried to calculate only what is

22    the maximum -- or what is the predicted amount

23    of losses that the owners of these securities

24    will incur over their lifetime.  Right?

25          A.    That's right.

1        Q.    And you didn't find any problem with

2   the work he did to calculate that number?

3        A.    I don't recall finding problems with

4   that.

5        Q.    And that's why you use it in your

6   report.  Right?

7        A.    Well, I use it as an example

8   attributable to Sillman.  But, as I said, when

9   I looked at it, I did not find a problem with

10  that number for lifetime losses.  I recall that

11  it was 30 billion of realized losses and

12  another 15 or so that would be realized.

13       Q.    Are you going to offer your own

14  opinion at trial on lifetime aggregate losses?

15       A.    Well, as I sit here now, I can't tell

16  you anything I'd do beyond what's in my report.

17  And at this point I haven't made an independent

18  estimate of that.

19       Q.    The next number that appears just a

20  few lines down is the number 16.5 billion.

21             Can you tell us what that is?

22       A.    If you go to the footnote, I think it

23  gives you the exact calculation.

24       Q.    Footnote 35?

25       A.    Yes.