**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### DECLARATION OF LaSHANN M. DeARCY IN FURTHER SUPPORT OF DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE RMBS SETTLEMENT AGREEMENTS

I, LaSHANN M. DeARCY, declare:

1. I am a member of the Bar of the State of New York and admitted to practice before this Court. I am an attorney at the law firm Morrison & Foerster LLP, counsel for Residential Capital, LLC and its affiliated debtors and debtors-in-possession.

2. I submit this declaration in further support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Settlement Agreements, and to put before the Court documents referred to in Debtors' Reply Brief Re Objection of Junior Secured Noteholders to Motion for Approval of RMBS Settlement Agreements.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Third Amended and Restated RMBS Trust Settlement Agreement between Residential Capital, LLC, and its direct and indirect subsidiaries, and the Kathy Patrick Group of Institutional Investors, entered into as of September 21, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), filed October 19, 2012, ECF No. 1887-2.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Third Amended and Restated RMBS Trust Settlement Agreement between Residential Capital, LLC, and its direct and indirect subsidiaries, and the Talcott Franklin Group of Institutional Investors, entered into

as of September 20, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), filed October 19, 2012, ECF No. 1887-3.

5. Attached hereto as Exhibit 3 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on May 9, 2012 (RC-9019_00054006-07).

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition Transcript of Thomas Marano, dated November 12, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.).

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition Transcript of James Whitlinger, dated November 15, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.).

8. Attached hereto as Exhibit 6 is a true and correct copy of an email from Gary Lee to John Mack, James Whitlinger, Thomas Marano, Tammy Hamzehpour, and others, dated August 15, 2012 (RC-9019_00053781).

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Kathy Patrick to William Solomon, dated October 17, 2011 (II_RESCAP0000086-89).

10. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of William J. Nolan in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements, dated and filed June 11, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), ECF No. 320-7.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Jeffrey A. Lipps, dated May 24, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), filed June 11, 2012, ECF No. 320-9.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Supplemental Declaration of Jeffrey A. Lipps, dated September 28, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), filed October 19, 2012, ECF No. 1887-4–1887-5.

13. Attached hereto as Exhibit 11 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on May 13, 2012 (RC-9019_00054008-22).

Dated: New York, NY
       March 15, 2013

MORRISON & FOERSTER LLP

By:  /s/ LaShann M. DeArcy
     LaShann M. DeArcy
     1290 Avenue of the Americas
     New York, NY  10104-0050
     212.468.8000