# Exhibit 3

MINUTES of a Special Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held by teleconference on due notice on May 9, 2012, at 3:00 p.m. (ET).

PRESENT:            Steven M. Abreu
John E. Mack
Thomas F. Marano
Edward F. Smith III
Pamela E. West
James M. Whitlinger

constituting a quorum of the Board.  Mr. Jonathan Ilany was unable to attend the meeting.

Invited guests in attendance were Jeffrey M. Cancelliere, Tammy Hamzehpour, and Cathy L. Quenneville.

Invited advisers in attendance were Nilene R. Evans, Gary S. Lee, Larren M. Nashelsky, and James R. Tanenbaum from Morrison & Foerster LLP; David Lerner and Joseph T. Moldovan from Morrison Cohen LLP; and Mark A. Renzi from FTI Consulting, Inc. (collectively, the "advisers").

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.

REDACTED

1

CONFIDENTIAL - PROFESSIONALS' EYES ONLY            RC-9019_00054006

REDACTED

ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 4:00 p.m.  The charts presented at this meeting are on file with the Secretary.

DATED May 9, 2012.

Secretary

2

CONFIDENTIAL - PROFESSIONALS' EYES ONLY          RC-9019_00054007