# Exhibit 11

Confidential

MINUTES of a Special Meeting of the Board of Residential Capital, LLC ("ResCap" or the "Company"), held on due notice at 1290 Avenue of the Americas, New York, New York, on May 13, 2012, at 5:30 p.m. (ET).

PRESENT:   Steven M. Abreu
           Jonathan Ilany
           John E. Mack
           Thomas F. Marano
           Edward F. Smith III
           Pamela E. West
           James M. Whitlinger

who are all the members of the Board.

Invited guests in attendance were Tammy Hamzehpour, Darsi M. Meyer (by telephone), Louis A. Nees (by telephone), Joseph A. Pensabene III (by telephone), Cathy L. Quenneville (by telephone), and William N. Tyson (by telephone). Also in attendance by invitation were Garry Hills, Mindy Riddle, and Thomas Strauss from Wilmington Trust and Doneene K. Damon from Richards, Layton & Finger.

Invited advisers in attendance were Nilene R. Evans, Gary S. Lee, Larren M. Nashelsky, and James R. Tanenbaum from Morrison & Foerster LLP; Michael Connolly, David Lerner, Jack Levy, and Joseph T. Moldovan from Morrison Cohen LLP; Karn Chopra, Samuel M. Greene, and Marc D. Puntus from Centerview Partners LLC; and William J. Nolan from FTI Consulting, Inc. (collectively, the "advisers").

The Chairman, Mr. Marano, presided and the Secretary, Ms. Quenneville, recorded.





EXHIBIT 9019-7  11/5/12

1

CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054008

Confidential



2

CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential    RC-9019_00054009

Confidential



3

CONFIDENTIAL - PROFESSIONALS' EYES ONLY      Confidential      RC-9019_00054010



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054011

Confidential



5

CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential    RC-9019_00054012

Confidential



6

CONFIDENTIAL - PROFESSIONALS' EYES ONLY

Confidential

RC-9019_00054013



7

CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054014

Confidential



8

CONFIDENTIAL - PROFESSIONALS' EYES ONLY

Confidential



9

CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential    RC-9019_00054016

Confidential



10

CONFIDENTIAL - PROFESSIONALS' EYES ONLY    Confidential    RC-9019_00054017



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054018



CONFIDENTIAL - PROFESSIONALS' EYES ONLY

RC-9019_00054019

12

Confidential



## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 6:15 p.m. The charts presented at this meeting are on file with the Secretary.

DATED May 13, 2012.

*[signature]*
Secretary

13

CONFIDENTIAL - PROFESSIONALS' EYES ONLY       Confidential       RC-9019_00054020

Confidential

**EXHIBIT A**

ditech, LLC

DOA Holding Properties, LLC

DOA Properties IX (Lots-Other), LLC

EPRE LLC

Equity Investments I, LLC

ETS of Virginia, Inc.

ETS of Washington, Inc.

Executive Trustee Services LLC

GMAC – RFC Holding Company, LLC

GMAC Model Home Finance I, LLC

GMAC Mortgage USA Corporation

GMAC Mortgage, LLC

GMAC Residential Holding Company, LLC

GMAC RH Settlement Service, LLC

GMACM Borrower LLC

GMACM REO LLC

GMACR Mortgage Products, LLC

HFN REO SUB II, LLC

Home Connects Lending Services, LLC

Homecomings Financial Real Estate Holdings, LLC

Homecomings Financial, LLC

Ladue Associates, Inc.

Passive Asset Transactions, LLC

PATI A, LLC

PATI B, LLC

PATI Real Estate Holdings, LLC

1

Confidential

RAHI A, LLC

RAHI B, LLC

RAHI Real Estate Holdings, LLC

RCSFJV2004, LLC

Residential Accredit Loans, Inc.

Residential Asset Mortgage Products, Inc.

Residential Asset Securities Corporation

Residential Capital, LLC

Residential Consumer Services of Alabama, LLC

Residential Consumer Services of Ohio, LLC

Residential Consumer Services of Texas, LLC

Residential Consumer Services, LLC

Residential Funding Company, LLC

Residential Funding Mortgage Exchange, LLC

Residential Funding Mortgage Securities I, Inc.

Residential Funding Mortgage Securities II, Inc.

Residential Funding Real Estate Holdings, LLC

Residential Mortgage Real Estate Holdings, LLC

RFC – GSAP Servicer Advance, LLC

RFC Asset Holdings II, LLC

RFC Asset Management, LLC

RFC Borrower LLC

RFC Construction Funding, LLC

RFC REO LLC

RFC SFJV-2002, LLC

2

Confidential

CONFIDENTIAL - PROFESSIONALS' EYES ONLY                                    RC-9019_00054022