**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____
                                          :
In re:                                    :   Chapter 11
                                          :
Residential Capital, LLC, *et al.*,       :   Case No. 12-12020 (MG)
                                          :
            Debtor(s)                     :
_____:


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 3/5/2013, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.