Hearing Date:    April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                                        )
In re:                                                  )    Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )    Chapter 11
                                                        )
                        Debtors.                        )    Jointly Administered
                                                        )
---------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
OBJECTION TO PROOF OF CLAIM NUMBER 3545 FILED BY
NICOLE BRADBURY, *ET AL.* AGAINST GMAC MORTGAGE, LLC
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 3007 TO APRIL 11, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Debtors' Objection to Proof of Claim Number 3545 Filed by Nicole Bradbury, et al. Against GMAC Mortgage, LLC pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 2584], previously scheduled to be heard on March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New

ny-1082534

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: March 18, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*