Hearing Date:    April 11, 2013 at 10:00 a.m. (ET)
Objection Deadline:    March 25, 2013 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------)
In re:                                                          )    Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,                               )    Chapter 11
                                                                )
                                    Debtors.                    )    Jointly Administered
                                                                )
----------------------------------------------------------------)

**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD BETWEEN SEPTEMBER 1, 2012 AND DECEMBER 31, 2012[1]**

**PLEASE TAKE NOTICE** that the hearing on the interim applications for allowance of compensation and reimbursement of expenses listed on **Schedule 1** annexed hereto (collectively, the "Applications") will be held on **April 11, 2013 at 10:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

---

[1]    Certain of the filed Applications related to periods other than September 1, 2012 through December 21, 2012, as set forth therein.

1

ny-1082223

**PLEASE TAKE FURTHER NOTICE** that objections to any Application shall be due no later than **March 25, 2013 at 4:00 p.m. (ET)**. Any reply by an applicant shall be filed by **April 9, 2012 at 12:00 p.m. (ET)**.

Dated: March 18, 2013

/s/ Lorenzo Marinuzzi
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

**Schedule 1**

| Party | Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| **Bradley Arant Boult Cummings LLC** | 3151 | 2012/09/01 – 2012/12/31 | $4,257,795.00 | $227,136.00 |
| **Carpenter Lipps & Leland LLP** | 3174 | 2012/09/01 – 2012/12/31 | $1,877,415.00 | $641,079.68 |
| **Centerview Partners LLC** | 3176 | 2012/09/01 – 2012/12/31 | $1,200,000.00 | $29,452.59 |
| **Curtis, Mallet-Prevost, Colt & Mosle LLP** | 3209 | 2012/09/01 – 2012/12/31 | $623,725.50 | $2,137.20 |
| **Deloitte & Touche LLP** | 3181 | 2012/09/01 – 2012/12/31 | $1,697,678.00 | $0.00 |
| **Dorsey & Whitney LLP** | 3153 | 2012/09/01 – 2012/12/31 | $157,027.75 | $125.08 |
| **Fortace LLC** | 3167 | 2012/09/01 – 2012/12/31 | $1,491,871.00 | $17,822.75 |
| **FTI Consulting, Inc.** | 3208 | 2012/09/01 – 2012/12/31 | $7,238,803.00 | $250,791.68 |
| **Hudson Cook, LLP** | 3189 | 2012/05/15 – 2012/12/31 | $1,206,481.50 | $15,463.07 |
| **KPMG LLP** | 3170 | 2012/09/01 – 2012/12/31 | $720,798.50 | $56,006.02 |
| **Locke Lord LLP** | 3190 | 2012/09/01 – 2012/12/31 | $343,987.60 | $4,548.77 |
| **Mercer (US) Inc.** | 3196 | 2012/09/01 – 2012/12/31 | $100,455.91 | $13,277.16 |
| **Morrison & Cohen** | 3173 | 2012/09/01 – 2012/12/31 | $751,416.50 | $12,391.71 |
| **Morrison & Foerster LLP** | 3200 | 2012/09/01 – 2012/12/31 | $20.712,177.25 | $418,544.90 |
| **Orrick, Herrington & Sutcliffe LLP** | 3175 | 2012/09/01 – 2012/12/31 | $674,764.98 | $611.43 |
| **Pepper Hamilton LLP** | 3187 | 2012/05/15 – 2012/12/31 | $2,226,584.25 | $87,327.73 |
| **Prince Lobel Tye LLP** | 3217 | 2012/11/01 – 2012/11/30 | $5,546.92 | $1,802.00 |
| **Rubenstein Associates, Inc.** | 3171 | 2012/09/01 – 2012/12/31 | $10,811.25 | $3,538.50 |
| **Severson & Werson PC** | 3192 | 2012/09/01 – 2012/12/31 | $1,144,734.04 | $218,413.27 |
| **Towers Watson Delaware Inc.** | 3143 | 2012/08/30 – 2012/12/31 | $138,966.79 | $9,550.01 |
| **Troutman Sanders, LLP** | 3195 | 2012/09/01 – 2012/12/31 | $498,063.00 | $9,645.92 |
| **Zeichner Ellman & Krause LLP** | 3145 | 2012/05/14 – 11/30/2012 | $213,616.20 | $3,884.79 |

| Party | Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested |
|---|---|---|---|---|
| **Committee's Professionals** | | | | |
| **AlixPartners LLP** | 3206 | 2012/09/01 – 2012/12/31 | $3,973,550.00 | $41,862.83 |
| **Analytic Focus, LLC** | 3211 | 2012/08/28 – 2012/12/31 | $608,500.25 | $216.36 |
| **Coherent Economics, LLC** | 3205 | 2012/08/11 – 12/31/2012 | $960,003.25 | $11,592.54 |
| **Epiq Bankruptcy Solutions, LLC** | 3199 | 2012/05/22 – 2012/12/31 | $95,373.10 | $189,397.75 |
| **J.F. Morrow** | 3210 | 2012/09/05 – 2012/12/31 | $135,140.00 | $1,345.61 |
| **Kramer Levin Naftalis & Frankel LLP** | 3212 | 2012/09/01 – 2012/12/31 | $15,217,784.50 | $385,666.94 |
| **Moelis & Company LLC** | 3198 | 2012/09/01 – 2012/12/31 | $2,400,000.00 | $197,895.04 |
| **Pachulski Stang Ziehl & Jones LLP** | 3162 | 2012/09/19 – 2012/12/31 | $341,678.75 | $4,267.85 |
| **San Marino Business Partners LLC** | 3207 | 2012/08/11 – 2012/12/31 | $190,422.50 | $11,287.22 |
| **SilvermanAcampora LLP** | 3182 | 2012/10/25 – 2012/12/31 | $59,525.00 | $129.32 |
| **Examiner's Professionals** | | | | |
| **Chadbourne & Parke LLP** | 3203 | 2012/09/01 – 2012/12/31 | $17,301,345.50 | $563,507.73 |
| **Arthur J. Gonzalez** | 3204 | 2012/09/01 – 2012/12/31 | $114,750.00 | $0.00 |
| **Mesirow Financial Consulting, LLC** | 3193 | 2012/09/01 – 2012/12/31 | $10,671,089.00 | $68,482.00 |
| **Wolf Haldenstein Adler Freeman & Herz LLP** | 3178 | 2012/10/15 – 2012/12/31 | $9,529.50 | $47.50 |

ii

ny-1082223