**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
In re:                                                : Chapter 11
                                                      :
Residential Capital, LLC, et al.,                     : Case No. 12-12020 (MG)
                                                      :
                    Debtors.                          : Jointly Administered
                                                      :
---------------------------------------------------------------------- x  **Ref. Docket Nos. 3198, 3199, 3205-3207**
                                                         **& 3210-3212**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 14, 2013, I caused to be served the:

   a) "Cover Sheets for Second Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Official Committee of Unsecured Creditors for the Period from September 1, 2012 Through December 31, 2012," filed on March 14, 2013, to which was attached the "Second Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Official Committee of Unsecured Creditors for the Period from September 1, 2012 Through December 31, 2012," dated March 14, 2013 [Docket No. 3198],

   b) "Summary of the First Interim Application of Epiq Bankruptcy Solutions, LLC, as Information Agent for the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 22, 2012 Through December 31, 2012," filed on March 4, 2013, to which was attached the "First Interim Application of Epiq Bankruptcy Solutions, LLC, as Information Agent for the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 22, 2012 Through December 31, 2012," dated March 14, 2013 [Docket No. 3199],

c) "Summary of First Interim Application of Coherent Economics, LLC as Consultant to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period August 11, 2012 Through December 31, 2012," filed on March 14, 2013, to which was attached the "First Interim Application of Coherent Economics, LLC as Consultant to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period August 11, 2012 Through December 31, 2012," dated March 14, 2013 [Docket No. 3205],

d) "Second Interim Application of Alixpartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period September 1, 2012 Through December 31, 2012," filed on March 14, 2013, to which was attached the "Second Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period September 1, 2012 Through December 31, 2012," dated March 14, 2013 [Docket No. 3206],

e) "First Interim Application of San Marino Business Partners LLC as Consultant to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period August 11, 2012 Through December 31, 2012," dated March 13, 2013 [Docket No. 3207],

f) "First Application of J F. Morrow, Consultant to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from September 5, 2012 Through December 31, 2012," dated March 14, 2013 [Docket No. 3210],

g) "First Application of Analytic Focus, LLC, Consultant to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from August 28, 2012 Through December 31, 2012," dated March 14, 2013 [Docket No. 3211], and

h) "Second Application of Kramer Levin Naftalis & Frankel LLP, Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2012 Through December 31, 2012," dated March 14, 2013 [Docket No. 3212],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Carol Zhang*

Sworn to before me this
18th day of March, 2013

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP: MARCH 21, 2015

T:\Clients\Rescap\Affidavits\Various Fee Apps_DI 3198, 3199, 3205-3207 & 3210-3212_AFF_3-14-13_SS.doc

# EXHIBIT A

RES FEE APP

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

RES FEE APP

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein & Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

RES FEE APP

Office of the United States Trustee
Attn: Tracy Hope Davis, Linda Rifkin & Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

RES FEE APP

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

RES FEE APP

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ken Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036

RES FEE APP

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601