**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
Residential Capital, LLC, et al.,                             :    Case No. 12-12020 (MG)
                                                              :
                  Debtors.                        :    Jointly Administered
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

Helen M. Lamb, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On March 14, 2013, I caused to be served true and correct copies of the following documents upon the parties listed on the annexed service list by Federal Express:

> *Second Interim Fee Application of Arthur J. Gonzalez, as Chapter 11 Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 Through and Including December 31, 2012;*

> *Second Interim Fee Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 Through and Including December 31, 2012;*

*Second Interim Fee Application of Mesirow Financial Consulting, LLC, as Financial Advisor to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 Through and Including December 31, 2012; and*

*First Interim Fee Application of Wolf Haldenstein Adler Freeman & Herz LLP, as Conflicts Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period October 15, 2012 Through and Including December 31, 2012*

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                                 */s/ Helen M. Lamb*
                                                                 Helen M. Lamb

Sworn to before me this
18th day of March 2013

*/s/ Francisco Vazquez*
        Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

# SERVICE LIST

| | |
|---|---|
| Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kenneth H. Eckstein<br>Douglas H. Mannal<br>Kramer Levin Naftallis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| New York, Kenneth S. Ziman<br>Jonathan H. Hofer<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, New York  10036 | Richard M. Cieri<br>Ray C. Schrock<br>Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY  10022 |
| Tracy Hope Davis<br>Linda A. Riffkin<br>Brian S. Masumoto<br>Office of the US Trustee<br>Southern District of New York<br>33 Whitehall Street,  21st Floor<br>New York, NY 10004 | Eric J. Small<br>Office of the United States Trustee<br>355 Main Street – First Floor<br>Poughkeepsie, NY  12601 |