Hearing Date and Time: April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Gary S. Lee
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| In re | : | |
|---|---|---|
| | : | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : | |
| | : | Chapter 11 |
| | : | |
| Debtors | : | Jointly Administered |

------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON OBJECTION OF DB STRUCTURED PRODUCTS, INC. AND MORTGAGEIT HOLDINGS, INC. TO DEBTORS' PROPOSED CURE AMOUNT AND TO ASSUMPTION AND ASSIGNMENT OF RELATED AGREEMENTS

**PLEASE TAKE NOTICE** that the *Objection of DB Structured Products, Inc. and MortgageIt Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements* [Docket No. 1623] (the "Objection"), previously scheduled to be heard on March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual agreement of the parties to **April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the

ny-1082450

Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: March 18, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Gary S. Lee
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*