**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:                                                                              Case No.: _____

                                                                                        Chapter ____

                                            Debtor

-----------------------------------------------------------------x

                                                                                        Adversary Proceeding No.: _____

                                            Plaintiff

                              v.

                                            Defendant

-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

          I, _____, request admission, *pro hac vice*, before the

Honorable _____, to represent _____, a

_____ in the above-referenced    case    adversary proceeding.

          *I certify that I am a member in good standing* of the bar in the State of

_____ and, if applicable, the bar of the U.S. District Court for the _____

District of _____.

          I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____
_____, New York                          _____

                                                                              *Mailing Address*:

                                                                              _____

                                                                              _____

                                                                              _____

                                                                              *E-mail address*: _____

                                                                              *Telephone number*: (_____) _____