MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON MARCH 21, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    WITHDRAWN MATTERS**

**1.**    Motion of Masayo Richardson Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order [Docket No. 2849]

**Related Documents**:

**a.**    Notice of Adjournment of Hearing on Motion of Masayo Richardson Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order to March 21, 2013 at 10:00 a.m. [Docket No. 3036]

**b.**    Notice of Withdrawal of Masayo Richardson's Motion Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order [Docket No. 3163]

ny-1081453

**Status**:   This matter has been withdrawn.  No hearing is required.

## II.      ADJOURNED MATTERS

**1.**   Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Documents**:

- **a.**  Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

- **b.**  [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

- **c.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

- **d.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

- **e.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

- **f.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

- **g.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority (CHFA) for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

**Responses**:

- **a.**  Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting

|   |   |
|---|---|
|   | Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623] |
| **Status**: | The hearing on this matter has been adjourned to April 30, 2013. |

**2.** Debtors' Objection to Proof of Claim Number 3545 Filed by Nicole Bradbury, *et al.* Against GMAC Mortgage, LLC Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 2584]

**Related Documents**:

- **a.** Notice of Adjournment of Hearing on Debtors' Objection to Proof of Claim Number 3545 Filed by Nicole Bradbury, et al. Against GMAC Mortgage, LLC Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 to February 28, 2013 at 2:00 p.m. [Docket No. 2731]

- **b.** Notice of Adjournment of Hearing on Debtors' Objection to Proof of Claim Number 3545 Filed by Nicole Bradbury, et al. Against GMAC Mortgage, LLC Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 to March 21, 2013 at 10:00 a.m. [Docket No. 2979]

- **c.** Notice of Adjournment of Hearing on Debtors' Objection to Proof of Claim Number 3545 Filed by Nicole Bradbury, et al. Against GMAC Mortgage, LLC Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 to April 11, 2013 at 10:00 a.m. [Docket No. 3231]

**Responses**: None.

**Status**: The hearing on this matter has been adjourned to April 11, 2013.

**3.** Motion of David and Leslie Kinworthy Requesting Relief from the Automatic Stay [Docket No. 2660]

**Related Documents**:

- **a.** Notice of Hearing on Motion of David and Leslie Kinworthy Requesting Relief from the Automatic Stay [Docket No. 2783]

- **b.** Notice of Adjournment of Hearing on Motion of David and Leslie Kinworthy Requesting Relief from the Automatic Stay to April 11, 2013 at 10:00 a.m. [Docket No. 3169]

**Responses**: None.

**Status**: The hearing on this matter has been adjourned to April 11, 2013.

**4.** Motion of Albina Tikhonov for Contempt of Bankruptcy [Docket No. 2627]

ny-1081453                                       3

**Related Documents**:

    **a.**    Notice of Hearing on Motion of Albina Tikhonov for Contempt of Bankruptcy [Docket No. 2784]

    **b.**    Notice of Adjournment of Hearing on Motion of Albina Tikhonov for Contempt of Bankruptcy to April 11, 2013 at 10:00 a.m. [Docket No. 3166]

**Responses**:    None.

**Status**:    The hearing on this matter has been adjourned to April 11, 2013.

### III. ADJOURNED ADVERSARY PROCEEDING MATTERS

**Farr v. GMAC Mortgage, LLC, *et al*. (Adv. Proc. No. 12-01899)**

**1.**    Pre-trial Conference in Adversary Proceeding

    **Related Documents**:

        **a.**    Complaint [Docket No. 1]

        **b.**    Summons with Notice of Pre-Trial Conference [Docket No. 2]

        **c.**    Stipulation and Order Between Michael A. Farr and GMAC Mortgage, LLC [Docket No. 3]

        **d.**    Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

        **e.**    Notice of Adjournment of Hearing to February 28, 2013 at 2:00 p.m. [Docket No. 6]

        **f.**    Notice of Adjournment of Hearing to March 21, 2013 at 10:00 a.m. [Docket No. 8]

        **g.**    Notice of Adjournment of Hearing to April 30, 3013 at 10:00 a.m. [Docket No. 10]

    **Status**:    The pre-trial conference on this matter has been adjourned to April 30, 2013.

**2.**    Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

**Related Documents**:

| | |
|---|---|
| **a.** | Notice of Adjournment of Hearing to February 28, 2013 at 2:00 p.m. [Docket No. 6] |
| **b.** | Notice of Adjournment of Hearing to March 21, 2013 at 10:00 a.m. [Docket No. 8] |
| **c.** | Notice of Adjournment of Hearing to April 30, 3013 at 10:00 a.m. [Docket No. 10] |

**Responses**: None.

**Status**: The hearing on this matter has been adjourned to April 30, 2013.

**Wilson v. Residential Capital, LLC (Adv. Proc. No. 12-01936)**

**1.** Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

**Related Documents**:

| | |
|---|---|
| **a.** | Amended Notice of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 5] |
| **b.** | Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 11] |
| **c.** | Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13] |

**Responses**:

| | |
|---|---|
| **a.** | Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(B) and FRCP 12(B)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(C)(1) [Not Yet Docketed] |
| **b.** | Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy |

>
> Rule 7012(B) and FRCP 12(B)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(C)(1) [Not Yet Docketed]
>
> **Status**:  The hearing on this matter has been adjourned to April 30, 2013.

**Lytle v. GMAC Mortgage LLC, *et al*. (Adv. Proc. No. 12-02069)**

1. Pre-Trial Conference in Adversary Proceeding

   **Related Documents**:

   | | |
   |---|---|
   | a. | Complaint for Injunctive Relief, Sanctions and to Determine Nature and Extent of Liens Pursuant to 11 U.S.C. 506(a) [Docket No. 1] |
   | b. | Request to Proceed *In Forma Pauperis* [Docket No. 2] |
   | c. | Summons with Notice of Pre-Trial Conference [Docket No. 4] |
   | d. | Letter to Judge Glenn from Norman S. Rosenbaum Requesting an Extension of the Date by which all Defendants Must Answer or Otherwise Respond to the Complaint [Docket No. 5] |
   | e. | Order Extending Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 6] |
   | f. | Defendant Katrina Jordan's Motion for Dismissal of Adversary Proceeding Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Docket No. 8] |
   | g. | Order Denying Plaintiff's Motion to Proceed *In Forma Pauperis* [Docket No. 12] |
   | h. | Letter from Norman S. Rosenbaum to Judge Glenn Requesting Second Extension of Deadline for GMAC Mortgage, LLC to Respond in Adversary Proceeding [Docket No. 14] |
   | i. | Second Order Extending Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 15] |

   **Status**: The pre-trial conference on this matter has been adjourned to May 14, 2013.

IV. **UNCONTESTED MATTERS**

1. Debtors' Motion Pursuant to U.S.C. §§105(a) and (d), Bankruptcy Rules 1015(c), 2002(m), 7016, and 9007 and Local Bankruptcy Rule 2002-2 for Entry of an Order Approving (A) Supplement to Case Management Order Establishing Mandatory Procedures for Management of Adversary Proceedings Commenced by Borrowers and Former Borrowers and (B) Related Relief [Docket No. 2994]

ny-1081453                                                  6

        **Related Documents**:   None.

        **Responses**:   None.

        **Status**:   The hearing on this matter will be going forward.

2. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption of Unexpired Lease Between Normandale Holdings LLC and Residential Funding Company LLC [Docket No. 3068]

    **Related Documents**:

    a. Certificate of No Objection Regarding Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption of Unexpired Lease Between Normandale Holdings LLC and Residential Funding Company LLC [Docket No. 3250]

    **Responses**:   None.

    **Status**:   A certificate of no objection has been filed. The Court may determine that no hearing is required.

3. Motion for Order Under 11 U.S.C. §§105(a), 365(a), and 554(a), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Rejection of Unexpired Lease and Abandonment of Personal Property [Docket No. 3071]

    **Related Documents**:

    a. Notice of Filing of Amended Proposed Order Under 11 U.S.C. §§ 105(a), 365(a) and 554(a), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Rejection of Unexpired Leases and Abandonment of Personal Property [Docket No. 3251]

    b. Certificate of No Objection Regarding Debtors' Motion for Order Under 11 U.S.C. §§105(a), 365(a), and 554(a), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Rejection of Unexpired Lease and Abandonment of Personal Property [Docket No. 3252]

    **Responses**:   None

    **Status**:   A certificate of no objection has been filed. The Court may determine that no hearing is required.

4. Debtors' Application Under Bankruptcy Code Sections 327(a), 328(a) and 363 for Entry of an Order Approving Third Addendum to Engagement Agreement with FTI Consulting, Inc., as Financial Advisor to the Debtors [Docket No. 3116]

ny-1081453        7

**Related Documents**:

    **a.**    Notice of Filing of Amended Proposed Order Under Bankruptcy Code Sections 327(a), 328(a) and 363 Approving Third Addendum to Engagement Agreement with FTI Consulting, Inc., as Financial Advisor to the Debtors [Docket No. 3246]

**Responses**:    None.

**Status**:    The hearing on this matter will be going forward.

**5.**    Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1009, 3007 and 9019 (b) for Approval of (I) Claim Objection Procedures, (II) Borrower Claim Procedures, (III) Settlement Procedures, and (IV) Schedule Amendment Procedures [Docket No. 3123]

**Related Documents**:    None.

**Responses**:    None.

**Status**:    The hearing on this matter will be going forward.

## V. CONTESTED MATTERS

**1.**    Debtors' Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(a) for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3055]

**Related Documents**:

    **a.**    Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to File the Reply of the Official Committee of Unsecured Creditors to the Debtors' Motion for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation Under Seal [Docket No. 3244]

**Responses**:

    **a.**    Statement in Support of and Limited Objection to Debtors' Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(a) for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation Is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3139]

    **b.**    Board of Governors of the Federal Reserve System's Objection to Debtors' Motion for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3149]

    **c.**    Ally Financial Inc.'s Objection to Debtors' Motion for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligations [Docket No. 3150]

    **d.**    Objection of Frank Reed to Debtors' Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(a) for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3152]

    **e.**    Reply of the Official Committee of Unsecured Creditors to the Debtors' Motion for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3245]

**Replies**:

    **a.**    Debtors' Omnibus Reply in Further Support of Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(a) for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligations is a General Unsecured Claim and (II) The Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3242]

**Status**:    The hearing on this matter will be going forward.

**2.**    Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]

**Related Documents**:

    **a.**    Notice of Filing Supplemental Exhibits to Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1527]

| | |
|---|---|
| **b.** | Notice of Adjournment of Hearing [Docket No. 1556] |
| **c.** | Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1799] |
| **d.** | Second Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewatehouseCoopers LLP, for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 2622] |
| **e.** | Third Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Compensation for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3062] |

**Responses**:

| | |
|---|---|
| **a.** | Limited Objection of Wilmington Trust, National Association to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1465] |
| **b.** | Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493] |
| **c.** | Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573] |
| **d.** | Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under |

          Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

    **Replies**:

        **a.**    Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

    **Status**:    The final hearing on this motion will not be going forward. The relief requested in this motion will be addressed in connection with the hearing on the Debtors' Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(a) for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3055].

**3.**    Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426]

    **Related Documents**:

        **a.**    Notice of Adjournment of Hearing [Docket No. 1556]

        **b.**    Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 1797]

        **c.**    Second Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 2621]

        **d.**    Third Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3061]

**Responses**:

a. Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

b. Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

c. Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a. Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**: The final hearing on this motion will not be going forward. The relief requested in this motion will be addressed in connection with the hearing on the Debtors' Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(a) for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3055].

4. Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427]

**Related Documents**:

a. Notice of Adjournment of Hearing [Docket No. 1556]

b. Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 1798]

c. Second Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 2620]

d. Third Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3063]

**Responses**:

a. Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

b. Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

c. Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Replies**:

a. Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain

    Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

  **Status**: The final hearing on this motion will not be going forward. The relief requested in this motion will be addressed in connection with the hearing on the Debtors' Motion Pursuant to Bankruptcy Rule 3013 and Bankruptcy Code Section 362(a) for a Determination that (I) GMAC Mortgage's FRB Foreclosure Review Obligation is a General Unsecured Claim and (II) the Automatic Stay Prevents Enforcement of the FRB Foreclosure Review Obligation [Docket No. 3055].

**5.** MED&G Group LP's Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 [Docket No. 2274]

 **Related Documents**:

  **a.** Notice of Adjournment of Hearing on MED&G Group LP's Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 to February 7, 2013 at 10:00 a.m. [Docket No. 2723]

  **b.** Notice of Adjournment of Hearing on MED&G Group LP's Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 to February 28, 2013 at 2:00 p.m. [Docket No. 2831]

  **c.** Notice of Adjournment of Hearing on MED&G Group LPs Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 to March 21, 2013 at 10:00 a.m. [Docket No. 3053]

 **Responses**:

  **a.** Debtors' Objection to Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 by MED&G Group, LP [Docket No. 2680]

 **Status**: The hearing on this matter will be going forward.

**6.** Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation [Docket No. 2604]

 **Related Documents**:

  **a.** Notice of Adjournment of Hearing on Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation to March 21, 2013 at 10:00 a.m. [Docket No. 2974]

ny-1081453    14

**Responses**:

a. Debtors' Objection to Motion of Creditor Julio Solano for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation [Docket No. 3188]

**Status**: The hearing on this matter will be going forward.

7. Motion for Permission to Extend Deadline for Julio Solano to File Proof of Claim [Docket No. 2935]

**Related Documents**:

a. Notice of Hearing on Motion to Extend Time for Julio Solano to File Proof of Claim [Docket No. 2934]

b. Declaration of Richard Sax in Support of Motion for Permission to Extend Deadline for Julio Solano to File Proof of Claim [Docket No. 2936]

c. Notice of Adjournment of Hearing on Motion to Extend Time for Julio Solano to File Proof of Claim [Docket No. 3046]

**Responses**:

a. Debtors Objection to Motion for Permission to Extend Deadline for Julio Solano to File Proof of Claim [Docket No. 3185]

**Status**: The hearing on this matter will be going forward.

VI. **CURE OBJECTIONS HEARING**:

1. **Sale Motion**: Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto: (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 61]

**Related Documents**:

a. **Sale Procedures Order**: Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-up Fees; (II) Scheduling Bid Deadline, Auction (If Necessary) and

        Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice [Docket No. 538]

    **Cure Notices**

        **(i)**    Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 924]

        **(ii)**    First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1459]

        **(iii)**    First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1484]

        **(iv)**    First Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto [Docket No. 2076]

        **(v)**    Second Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto [Docket No. 2077]

  **b.**    **Ocwen Sale Order**: Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC;, (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief [Docket No. 2246]

  **c.**    **Ocwen APA**: Ocwen Loan Servicing, LLC Asset Purchase Agreement (as attached as <u>Exhibit 1</u> to Amended Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. and Notice of Filing (A) Ocwen APA and (B) Amended and Restated BH Legacy APA) [Docket No. 2050]

**d.**   **Berkshire Hathaway Sale Order**:  Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Berkshire Hathaway, Inc.; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (C) Related Agreements; and (II) Granting Related Relief [Docket No. 2247]

**e.**   **Berkshire Hathaway APA**:  Berkshire Hathaway Inc. Amended and Restated Asset Purchase Agreement (as attached as Exhibit 4 to Amended Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. and Notice of Filing (A) Ocwen APA and (B) Amended and Restated BH Legacy APA) [Docket No. 2050]

**Adjourned Cure Objections**:

**a.**   Objection of DB Structured Products, Inc. and MortgageIT Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 1623]

   **(i)**   Supplemental Objection of DB Structured Products, Inc. and MortgageIt Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 2037]

   **(ii)**  Notice of Adjournment of Hearing on Objection of DB Structured Products, Inc. and MortgageIt Holdings, Inc. to Debtors Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 3237]

   **Status**:   The hearing on this matter has been adjourned to April 30, 2013.

**Scheduled Cure Objections**:

**a.**   Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice Docket No. 1746]

   **(i)**   Declaration of Lori Sinanyan in Support of the Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice [Docket No 1748]

   **(ii)**  Letter from Todd M. Goren to Judge Glenn Requesting Status Conference in Connection with the Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice [Docket No. 3168]

        **Status**:    A status conference on this matter will be going forward.

**Replies**:

- **a.** Debtors' Omnibus Reply to Objections to Debtors' Sale Motion [Docket No. 2135]

- **b.** Debtors' Omnibus Reply to Objections to the (A) Assumption and Assignment of Certain Agreements and (B) Related Cure Amounts [Docket No. 2574]

## VII.    ADVERSARY PROCEEDING MATTERS

### Jenkins v. Residential Funding Co., LLC (Adv. Proc. No. 12-01935)

**1.** Pre-Trial Conference in Adversary Proceeding

**Related Documents**:

- **a.** Complaint [Docket No. 1]

- **b.** Summons with Notice of Pre-Trial Conference [Docket No. 5]

- **c.** Agreed to Letter to Judge Glenn from Norman S. Rosenbaum Requesting an Extension of Deadline to Respond in Adversary Proceeding [Docket No. 7]

- **d.** Memorandum Endorsed, So Ordered, Letter signed on December 14, 2012 Extending the Defendants' Deadline to Answer or Otherwise Respond to the Complaint until January 21, 2013 and Rescheduling the Pre-trial Conference to January 29, 2013 at 10:00 AM. [Docket No. 8]

- **e.** Defendant Judy Faber's Motion for Dismissal of Adversary Proceeding Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Docket No. 9]

- **f.** Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definite Statement [Docket No. 10]

- **g.** Debtor's Notice of Litigation Hold Notification, filed by Marion L. Jenkins [Docket No. 13]

- **h.** Notice of Continued Pre-Trial Conference Scheduled for February 7, 2013 at 10:00 a.m. [Docket No. 14]

- **i.** Notice of Adjournment of Continued Pre-Trial Conference and Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definite Statement to March 5, 2013 at 10:00 a.m. [Docket No. 18]

  **j.**  Notice of Adjournment of Continued Pre-Trial Conference and Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definite Statement to March 21, 2013 at 10:00 a.m. [Docket No. 21]

  **Status**: The pre-trial conference on this matter will be going forward.

**2.** Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definite Statement [Docket No. 10]

 **Related Documents**:

  **a.**  Notice of Adjournment of Continued Pre-Trial Conference and Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definite Statement to March 5, 2013 at 10:00 a.m. [Docket No. 18]

  **b.**  Notice of Adjournment of Continued Pre-Trial Conference and Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definite Statement to March 21, 2013 at 10:00 a.m. [Docket No. 21]

 **Responses**: None.

 **Status**: The hearing on this matter will be going forward.

**Kimber v. GMAC Mortgage Corporation, *et al*. (Adv. Proc. No. 12-02045)**

**1.** Pre-Trial Conference in Adversary Proceeding

 **Related Documents**:

  **a.**  Adversary Complaint to (A) Avoid Lien, (B) For Declaratory Judgment and (C) For Turnover [Docket No. 1]

  **b.**  Summons with Notice of Pre-Trial Conference [Docket No. 2]

  **c.**  Order Extending Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 6]

  **d.**  Letter requesting extension of time by which all Defendants must answer or otherwise respond [Docket No. 9]

  **e.**  Second Order Extending Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 10]

  **f.**  Motion of Defendants Susan Turner and Mortgage Electric Registration Systems, Inc. to Dismiss Adversary Proceeding Pursuant to Bankruptcy

    Rule 7012(b)(6) by Defendants Susan Turner and Mortgage Electric Registration Systems, Inc. [Docket No. 12]

  **g.** Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13]

  **Status**: The pre-trial conference on this matter will be going forward.

**2.** Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13]

  **Related Documents**: None.

  **Responses**: None.

  **Status**: The hearing on this matter will be going forward.

**3.** Motion of Defendants Susan Turner and Mortgage Electric Registration Systems, Inc. to Dismiss Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b)(6) by Defendants Susan Turner and Mortgage Electric Registration Systems, Inc. [Docket No. 12]

  **Related Documents**: None.

  **Responses**: None.

  **Status**: The hearing on this matter will be going forward.

Dated: March 19, 2013    /s/ Gary S. Lee
   New York, New York   Gary S. Lee
            Lorenzo Marinuzzi
            Norman S. Rosenbaum
            MORRISON & FOERSTER LLP
            1290 Avenue of the Americas
            New York, New York 10104
            Telephone: (212) 468-8000
            Facsimile: (212) 468-7900

            *Counsel for the Debtors and Debtors in Possession*