UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC,

Debtor.

Case No. 12-12020 (MG)

# ORDER DENYING DIANA LEE TORREJON'S MOTION REQUESTING MANDAMUS RELIEF

The Court has reviewed movant Diana Lee Torrejon's *Motion for a Writ of Mandamus Commanding Respondents to "Perform a Specific Act" Pay the Contract* (the "Motion," ECF Doc. # 3010). The Motion is not relevant to this bankruptcy proceeding and does not request an appropriate form of relief. Consequently, the Court **DENIES** the Motion in its entirety.

**IT IS SO ORDERED.**

Dated: March 20, 2013
       New York, New York

                                             _____/s/Martin Glenn_____
                                                 MARTIN GLENN
                                          United States Bankruptcy Judge