UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                               .         CASE NO. 12-12020
                                                               CHAPTER 11

    Residential Capital, LLC                  .

               Debtor                      .

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    Diana Lee Torrejon filed a Motion For the Entry of an Order Granting Relief A Writ of Mandamus on February 22, 2013.

I served a conformed copy of the following:

    *   Order Denying Diana Lee Torrejon's Motion Requesting Mandamus Relief

by First Class mail, postage paid, address to:

    *   DIANA LEE TORREJON
        1566 S. Brown Ave.
        Tucson, Arizona 85710


Dated:    March 20, 2013
               New York, New York

                                              Vito Genna
                                            Clerk of Court

                                            By:___/s/Deanna Anderson__
                                                  Courtroom Deputy