UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
Residential Capital, LLC, et al.,                            :    Case No. 12-12020 (MG)
                                                             :
                             Debtors.                        :    Jointly Administered
                                                             :
------------------------------------------------------------ x

**ORDER AUTHORIZING THE COMMITTEE TO EXCEED PAGE LIMIT FOR THE REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR A DETERMINATION THAT (I) GMAC MORTGAGE'S FRB FORECLOSURE REVIEW IS A GENERAL UNSECURED CLAIM AND (II) THE AUTOMATIC STAY PREVENTS ENFORCEMENT OF THE FRB FORECLOSURE REVIEW OBLIGATION**

Upon the request of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for entry of an order allowing the Committee's reply to the objections to the Debtors' motion for a determination that for the purposes of a chapter 11 plan, GMAC Mortgage's FRB Foreclosure Review obligation gives rise to a general unsecured claim, and the automatic stay prevents enforcement of that claim (the "**Reply**") to exceed the ten (10) page limit (the "**Page Limit**") for all reply memoranda contained in the Court's order establishing certain notice, case management and administrative procedures [Docket No. 141] (the "**Case Management Order**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

      1.    The request is GRANTED as set forth herein.

2. The Reply may exceed the Page Limit set forth in the Case Management Order by up to ten (10) pages.

Dated: March 20, 2013

New York, New York

     **/s/Martin Glenn**
MARTIN GLENN
United States Bankruptcy Judge