**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x

In re:                                                                    :
                                                                          :          Chapter 11
RESIDENTIAL CAPITAL, LLC, et al.,                                         :   Case No. 12-12020 (MG)
                                                                          :      Jointly Administered
                                   Debtors.                               :
------------------------------------------------------------------------- x
OFFICIAL COMMITTEE OF UNSECURED                                           :
CREDITORS, on behalf of the estates of the Debtors,                       :
                                                                          :
                                   Plaintiff,                             :
                                                                          :
                                   v.                                     :     Adversary Proceeding
                                                                          :       No. 13-01277-mg
UMB BANK, N.A., as successor indenture trustee under that                 :
certain Indenture, dated as of June 6, 2008; and WELLS                    :
FARGO BANK, N.A., third priority collateral agent and                     :
collateral control agent under that certain Amended and                   :
Restated Third Priority Pledge and Security Agreement and                 :
Irrevocable Proxy, dated as of December 30, 2009,                         :
                                                                          :
                                   Defendants.                            :
------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ):ss:
COUNTY OF NEW YORK     )


        Thomas Brown, being duly sworn, affirms, deposes and says: I am over the age

of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a

party to the action herein.

        On March 19, 2013, I caused to be served the *Notice of (I) Filing of Certain*

*Exhibits and Redacted Schedules to Adversary Complaint for Declaratory Judgment,*

*Avoidance of Liens, and Disallowance of Claims and (II) Modification of Relief Requested*

*in Application of the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. §*

*107(B) and Rule 9018 of the Federal Rules of Bankruptcy Procedure, to File Under Seal Certain*

*Exhibits and Schedules* dated March 19, 2013 via the manner described upon those parties listed on the attached service list.

                                                              */s/  Thomas Brown*                
                                                              Thomas Brown

SWORN TO AND SUBSCRIBED before me this
 20th day of March, 2013

 */s/ G. Karen Brown*                         
G. Karen Brown
Notary Public, State of New York
Registration No. 01BR6159075
Qualified in Queens County
Commission Expires January 15, 2015

## Service List

### Via Federal Express

**Counsel to UMB Bank, N.A.**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
101 Park Avenue
New York, NY 10178

**Counsel to Wells Fargo Bank, N.A.**
Reed Smith LLP
Attn: Eric S. Schaffer, Esq.
Reed Smith Center
225 Fifth Avenue
Pittsburgh, PA 15222-2716

**Office of the United States Trustee for the Southern District of New York**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.

### Via U.S. Mail

**Office of the United States Attorney General**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

**Office of the New York Attorney General**
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq
Enid M. Stuart

**Office of the U.S. Attorney for SDNY**
Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: United States Attorney Preet Bharara

**Counsel to the Debtors**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.
Tammy Hamzehpour

**Counsel to the Official Committee of Unsecured Creditors**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
Douglas H Mannal
Thomas Moers Mayer
Jeffrey Trachtman

**Prepetition Lenders**
Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

**Counsel to Ally Financial Inc.**
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
Richard M. Cieri
Stephen E Hessler

**Indenture Trustees**
Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas

**Indenture Trustee under the Pre-Petition GSAP Facility**
The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286
Attn: Asset-Backed Securities Group

**GMEN Indenture Trustee at Corporate Trust Office**
Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust

**Counsel to Administrative Agent for the Debtors' Providers of Debtor in Possession Financing**
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer
Ken Ziman
Sarah M Ward
Suzanne D T Lovett

**Internal Revenue Service**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
Attn: Centralized Insolvency Operation

**Internal Revenue Service**
Internal Revenue Service
2970 Market St
Philadelphia, PA 19104
Attn: Centralized Insolvency Operation

**Internal Revenue Service**
Internal Revenue Service
31 Hopkins Plz Rm 1150
Baltimore, MD 21201
Attn: Insolvency Section

**U.S. Securities and Exchange Commission**
Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director

**Counsel to the Examiner**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn Howard Seife
David M LeMay
Robert J Gayda
Marc B Roitman

**Counsel to Ocwen Loan Servicing LLC**
Clifford Chance US LLP
31 West 52nd St
New York, NY 10019
Attn: Jennifer C DeMarco
Adam Lesman

**Prepetition Lender - Fannie EAF**
Fannie Mae
1835 Market St Ste 2300
Philadelphia, PA 19103
Attn Peter McGonigle

**Claims and Noticing Agent**
Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245
Attn: P Joe Morrow IV

**Co-Counsel to Ad Hoc Group of Junior
Secured Noteholders**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Gerard Uzzi

**Securities and Exchange Commission -
Headquarters**
Securities & Exchange Commission
100 F St NE
Washington, DC 20549
Attn: Secretary of the Treasury

**Counsel to the United State of America**
United States Attorney's Office for the
Southern District of New York civil
Division
86 Chambers St 3rd Fl
New York, NY 10007
Attn Joseph Cordaro

**Via Email**

'hseife@chadbourne.com'
'dlemay@chadbourne.com'
'rgayda@chadbourne.com'
'mroitman@chadbourne.com'
'bobbie.theivakumaran@citi.com'
'jennifer.demarco@cliffordchance.com'
'adam.lesman@cliffordchance.com'
'kelvin.vargas@db.com'
'peter_mcgonigle@fanniemae.com'
'kdwbankruptcydepartment@kelleydrye.com'
'richard.cieri@kirkland.com'
'ray.schrock@kirkland.com'
'richard.cieri@kirkland.com'
'stephen.hessler@kirkland.com'
'projectrodeo@kirkland.com'
'William.b.Solomon@ally.com'
'Timothy.Devine@ally.com'
'john.bellaver@ally.com'
'keckstein@kramerlevin.com'
'tmayer@kramerlevin.com'
'dmannal@kramerlevin.com'
'jtrachtman@kramerlevin.com'
'pbentley@kramerlevin.com'
'dmannal@kramerlevin.com'
'szide@kramerlevin.com'
'rescapinfo@kccllc.com'
'guzzi@milbank.com'

'Tammy.Hamzehpour@gmacrescap.com'
'diane.citron@ally.com'
'Jill.horner@gmacrescap.com'
'Colette.wahl@gmacrescap.com'
'Deanna.horst@gmacrescap.com'
'William.thompson@gmacrescap.com'
'William.tyson@gmacrescap.com'
'Eileen.oles@gmacrescap.com'
'Lauren.delehey@gmacrescap.com'
'Julie.busch@gmacrescap.com'
'lnashelsky@mofo.com'
'glee@mofo.com'
'lmarinuzzi@mofo.com'
'Nancy.Lord@OAG.State.NY.US'
'enid.stuart@OAG.State.NY.US'
'joseph.cordaro@usdoj.gov'
'secbankruptcy@sec.gov'
'secbankruptcy@sec.gov'
'newyork@sec.gov'
'bankruptcynoticeschr@sec.gov'
'jhofer@skadden.com'
'nikolay.kodes@skadden.com'
'ken.ziman@skadden.com'
'sarah.ward@skadden.com'
'suzanne.lovett@skadden.com'
'AskDOJ@usdoj.gov'
'joseph.cordaro@usdoj.gov'