ALFREDIA PRUITT
    Creditor pro se,

GMAC
RESIDENTIAL CAPITAL, LLCET AL     Case No.12-12020(MG)
    Debtor

    Chapter 11

## AMENDED MOTION FOR RELIEF FROM STAY AND ADD DOCUMENTS

Your honor I respectfully ask the court to allow me to add the enclosed documents to the motion in this case and make corrections:

I will like to make the following corrections to the word willingly on no. 23, and on the miscellaneous page to willfully.

I am asking the court to allow me to add the bankruptcy filing form Exhibit AA, dispossessory proceeding.

The only assignment from MERS(Mortgage Electronic Registration to GMAC Exhibit CC) showing a **Sale date 01/06/2009 before the foreclosure, Recorded December 11, 2008 before the Sale date, Exhibit BB, Dispossessory Proceeding November 5th, 2010, for failure to vacate after the 9-7-2010 foreclosure. Exhibit EE after September 7,2010 bankruptcy filing.** before the foreclosure, signed by Jeffrey Stephan who earned the name Ro-Bo signer, his signature on this assignment of my mortgage is different than many across the country, that I've compared it to, I don't know if the signature on this assignment is Jeffrey Stephan because of the different signatures.. Jeffrey Stephan admitted in a sworn testimony that a notary was not present when he signed mortgage assignments, even though the assignments contained a contrary statement, Stephan has admitted in deposition that he has no personal knowledge of the facts of documents he signs, does not verify the facts, and often does not sign in front of a notary(although the documents are eventually notarized).

### Notarization Requirements
1. Signer must admit by oath or affirmation in the presence of a notary to having voluntarily signed the documents, and signers capacity.

2. Signer must make the Oath of Affirmation before signing.

3. Must identify the signer by a federal or state issue I.D.

4. Penalties include Civil and Criminal.

5. Felony in most states to take a false acknowledgement
6. Document is invalid with improper notarization

For the foreclosure notice to be valid, a name of the individual or entity that has full authority" Not limited, Pre-Granted Authority to negotiate, Amend or Modify, the terms of a mortgage Instrument.

No payment on the underlying debt were ever made to MERS. MERS did not service the loan in any way, it did not oversee payments, delinquency of payments, or administration of the loan in anyway, nor GMAC.

Your honor there is no co-operate seal on the assignment, why is USAA stating there is no assignment, when USAA was the lender/payee, your honor there is no chain of title recorded in the Gwinnett County Records. **Your honor GMAC did not have standing to Foreclose on my property, why am I listed as a coeditor now if I owed them money(as their actions shows)?, GMAC does not Hold the Secured Instrument(evidence shows).**

Your honor if the case(violation of automatic stay and wrongful foreclosure) is to be heard in New York because of the bankruptcy filing in that jurisdiction, I will make arrangements to take part in it there.

Respectfully submitted,

Alfredia Pruitt
4574 Creek Forest Ct
Lilburn, GA  30047
(770)6683915

Your honor a **FORECLOSURE DEED(Exhibit AA)** was filed February 14,2011 falsifying information that I executed a certain Deed to Secure Debt to Mortgage Electronic Registration Systems, Inc., the note prove I executed a debt with USAA FSB on August 30,2010 Exhibit BB.

Your honor I'm asking the court to allow me a **jury trial** for damages or damages this court deem fair, the creditors was notified of the bankruptcy filing September 7, 2010 by the courts and myself, they willfully violated the filing, the evidence shows they were notified and had time to correct the error., the creditor sought all actions to have me and my family thrown out.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing true and correct copy of same in FED-Ex mail, with proper postage prepaid, addressed to counsel of record as follows:

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone:   (212) 468-8000
Facsimile:   (212)468-7900

Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines

*Counsel for the Debtors and*
*Debtors in Possessions*

RESIDENTIAL CAPITAL,LLC, et al
2335 Alaska Ave.
El Segundo, CA  90245

This fourteenth day of March 2013

/s/ Alfredia Pruitt

ALFREDIA PRUITT
4574 Creek Forest Ct
Lilburn, GA  30047
Phone(770)-668-3915

Exhibit AA

8:32 a.m
filing
sale
10:10
a.m

B1 (Official Form 1) (4/10)

**UNITED STATES BANKRUPTCY COURT**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2010 SEP -7 AM 8: 32

N. REGINA THOMAS
CLERK
BY: Jackie Oukes
DEPUTY CLERK

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): Pruitt Alfred | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 3328 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 2360 Hickory Station Cr. Snellville GA 30078 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business: Gwinnett | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

10-86533

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

United States Bankruptcy Court
Northern District of Georgia

*filed b4 the 10:00 sale* →

**FILED**
09/07/2010
8:32 AM

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 09/07/2010 at 08:52 AM and filed on 09/07/2010.

**Alfredia Pruitt**
2360 Hickory Station Circle
Snellville, GA 30078
SSN / ITIN: xxx-xx-3328

The case was assigned case number 10-86533-.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ganb.uscourts.gov/index.html or at the Clerk's Office, 1340 Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

M. Regina Thomas
Clerk, U.S. Bankruptcy Court

https://ecf.ganb.circ11.dcn/cgi-bin/NoticeOfFiling.pl?834341    09/07/2010

# CERTIFICATE OF NOTICE

```
District/off: 113E-9              User: ramos                Page 1 of 1              Date Rcvd: Sep 08, 2010
Case: 10-86533                    Form ID: b9i               Total Noticed: 3

The following entities were noticed by first class mail on Sep 10, 2010.
db           +Alfredia Pruitt,   2360 Hickory Station Circle,   Snellville, GA 30078-6195
tr           +Mary Ida Townson,   Chapter 13 Trustee,   Suite 2700 Equitable Bldg.,   100 Peachtree Street, NW,
              Atlanta, GA 30303-1906
13494801     +McCurdy & Candler,   Six Piedmont Road NE,   Atlanta, GA 30305-1542

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2010                Signature:    *Joseph Speetjens*

00246                 Exhibit CC
BK 49199 PG 0246

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA.

2008 DEC 11 PM 2:28

TOM LAWLER, CLERK

314383

Our File No.: 52607708-FT1                          Return to
Debtor: Alfredia Pruitt                             Prommis Solutions, LLC
Sale Date: 01/06/2009                               1544 Old Alabama Road
                                                    Roswell, GA 30076

## ASSIGNMENT

STATE OF    Pennsylvania

COUNTY OF   Montgomery

For value received, Mortgage Electronic Registration Systems, Inc. has this day transferred, sold, assigned, conveyed and set over to GMAC Mortgage, LLC, whose address is 1100 Virginia Drive, Fort Washington, PA 19034, as Assignee, its successors, representatives and assigns, all its right, title and interest in and to a certain Security Deed (or Deed to Secure Debt) executed by Alfredia Pruitt to Mortgage Electronic Registration Systems, Inc., dated August 30, 2006, recorded in Deed Book 46975, Page 422, Gwinnett County, Georgia Records.

Property Address: 2360 Hickory Station Circle, Snellville, Georgia 30078

The Assignor herein specifically transfers, sells, conveys and assigns to the above Assignee, its successors, representatives and assigns, the aforesaid Security Deed, the property described therein, the indebtedness secured thereby together with all the powers, options, privileges and immunities therein contained.

The Assignor herein has this day sold and assigned to the Assignee herein the note secured by the aforesaid Security Deed and this transfer is made to secure the Assignee, its successors, representatives and assigns, in the payment of said note.

IN WITNESS WHEREOF, the Assignor has hereunto set its hand and seal this Nov. 25th, 2008.

Signed, sealed and delivered                MORTGAGE ELECTRONIC REGISTRATION
in the presence of:                         SYSTEMS, INC.

_____                   By: _____
Unofficial Witness                          Jeffrey Stephan
                                            Title: Vice President

_____                   By: _____
Notary Public                               Kristine Wilson
My Commission Expires:                      Title: Assistant Secretary
                                            (Corporate Seal)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan Turner, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 9, 2011
Member, Pennsylvania Association of Notaries

0117739

*[Handwritten annotations in right margin: "Signature is different than others I've compared" "No co-operate Seal"]*

*[Handwritten at bottom: Susan Turner]*

EXHIBIT E

| | |
|---|---|
| Federal National Mortgage Association | MAGISTRATE COURT OF GWINNETT COUNTY STATE OF GEORGIA |
| c/o 3525 Piedmont road ne bldg 6 ste 700 | |
| Atlanta, GA 30305 | **DISPOSSESSORY PROCEEDING** |
| Plaintiff(s) Name & Address) by Phone Number: 678 891 891-4832 | |
| vs. | CASE NO. 10M40065 |
| Alfredia Pruitt and/or all other residents | INFO & FORMS ON THE INTERNET http://www.gwinnettcourts.com E-mail: mag@gwinnettcounty.com |
| 2360 Hickory Station Circle | ***If unable to obtain personal service, please serve by tack and mail*** |
| Snellville, GA 30078 | |
| (Defendant(s) Name & Address) Telephone numbers: | |

Personally appeared the undersigned affiant who on oath says that affiant is (owner), (attorney at law), (agent) for Plaintiff(s) herein, and that Defendant(s) is/are in possession as tenant of premises at the address as stated above, in Gwinnett County, the property of said Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/entity(ies) or known occupant(s) with whom Plaintiff(s) has/have a landlord tenant relationship. FURTHER THAT: (check applicable claim(s)):

[ ] tenant fails to pay the rent which is now past due;
[ ] tenant holds the premises over and beyond the term for which they were rented or leased to tenant;
[X] tenant is a tenant at sufferance; failed to vacate after the 9-7-10. Foreclosure.
[ ] Other: _____

THAT Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and Defendant(s) has/have failed and refused to deliver said possession. WHEREFORE, Plaintiff(s) demand(s) (a) possession of the premises; (b) past due rent of $_____; (c) rent accruing up to the date of judgment or vacancy at the rate of _____ per day. (Calculate daily rental rate, if seeking rent accruing to date of judgment or vacancy.)

(d) _____

Sworn to and subscribed before me, this 4th day of November, 20 10

_____
Magistrate or Deputy Clerk
NOTARY PUBLIC
FORNISE FAULKNER
MY COMM. EXP. APRIL 2, 2012
NEWTON COUNTY

Affiant [ ] Owner [X] Attorney at Law [ ] Agent
Daniel K. Barbagelata, GA Bar #714563
Tel. 678-891-1862

To the Sheriff of Gwinnett County or lawful deputies of the Sheriff – GREETINGS:
The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and/summons. If such answer is not made, a Writ of Possession and/or Judgment shall issue as provided by law. Witness the Honorable George Hutchinson, Chief Magistrate of said Court.

This 5th day of Nov, 20 10.

_____
Magistrate or Deputy Clerk

**WRIT OF POSSESSION**

To the Sheriff of Gwinnett County or lawful deputies of the Sheriff: You are hereby commanded to remove said Defendant(s), and any other person(s)/entities whose presence upon the premises is through the tenancy of Defendant(s) together with Defendant(s)/their property thereon from said premises and to deliver full and quiet possession of the same to the Plaintiff(s) herein effective: 1. (Instanter); or 2. (On _____, 20____; or, 3. Pursuant to the terms of a consent judgment filed herewith dated _____, 20____.

____ is ____ day of _____, 20____.

_____
Magistrate

PINK Original; YELLOW & WHITE: Copies          Q:\Magforms\forms\MAG 30-02 Dispossessory proceeding

BK 50541 PG 0389

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2011 FEB 14 PM 2:00

TOM LAWLER, CLERK

When Recorded, Return to:
Mr. Anthony DeMarlo/scurry /FNMA
McCurdy & Candler, L.L.C.
3525 Piedmont Road NE, Six Piedmont Center, Suite 700
Atlanta, GA 30305

PT-61# 067.2011.002687
GWINNETT CO. GEORGIA
REAL ESTATE TRANSFER TAX
$ none
TOM LAWLER CLERK OF
SUPERIOR COURT

**FORECLOSURE DEED**

GMAC Mortgage Corporation
File No. 08-00987 /Alfredia Pruitt

STATE OF ~~Pennsylvania~~
COUNTY OF ~~Montgomery~~

THIS INDENTURE made and entered into September 7, 2010, by and between Alfredia Pruitt, acting by and through her duly appointed agent and attorney-in-fact, GMAC Mortgage Corporation, LLC, Party of the First Part, and GMAC Mortgage, LLC as Party of the Second Part,

WITNESSETH: That, whereas, heretofore on August 30, 2006, Alfredia Pruitt executed a certain Deed to Secure Debt to Mortgage Electronic Registration Systems Inc., which is recorded in Deed Book 46975, Page 422, Gwinnett County, Georgia records, and **lastly assigned to GMAC Mortgage Corporation, LLC by Assignment recorded in Deed Book 49198, Page 246, Gwinnett County, Georgia records**; and which conveys the property hereinafter described to secure an indebtedness described therein, and

WHEREAS, said indebtedness was not paid in accordance with the terms of said Note and Deed to Secure Debt and became in default and under the terms thereof the entire principal and interest was declared due and payable, and

WHEREAS, the said GMAC Mortgage Corporation, LLC, as aforesaid, according to the terms of said Deed to Secure Debt did expose said property for sale to the highest and best bidder for cash on the first Tuesday in September, 2010, within the legal hours of sale before the Courthouse door in Gwinnett County, Georgia, after first advertising said sale by a notice published in Gwinnett Daily Post once a week for four weeks immediately preceding said sale and complying with the terms of said Deed to Secure Debt and said advertising, and

0012658-03

18

12-12020-mg   Doc 3273   Filed 03/15/13   Entered 03/20/13 14:50:22   Main Document
                                        Pg 11 of 17

CFN # 109113927, OR BK 45832 Page 1952, Page 1 of 2, Recorded 01/28/2010 at
06:05 AM, Broward County Commission, Deputy Clerk 2185

Prepared by: DAVID J. STERN, ESQ
Record & Return to:  900 South Pine Island Road
Suite 400
Plantation, FL 33324-3920
09-43882 GMAP
MIN: 100190821111042377
MERS PHONE NUMBER: 1-888-679-6377

This space is for recording purposes only

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:**

*THAT* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for SOUTHSTAR FUNDNG, LLC.

Residing or located at c/o GMAC MORTGAGE, LLC, C/O GMAC MORTGAGE, LLC, 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto US BANK, NATIONAL ASSOCIATION AS TRUSTEE OF MARM 2004-9 residing or located at: C/O GMAC MORTGAGE, LLC, 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034 herein designated as the assignee, the mortgage executed by AIDA NEGRON, MARRIED WOMAN recorded in BROWARD County, Florida at book 37845 and page 1945 encumbering the property more particularly described as follows:

CONDOMINIUM PARCEL NO. 203, IN BUILDING NO. 12, OF THE GARDENS NORTH TWO, A CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, AS RECORDED IN O.R. BOOK 11187, PAGE 966, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee forever, but without recourse on the undersigned.

Pursuant to the provisions of Sec. 689.071, Florida Statutes, the within named Trustee has the power and authority to protect, conserve and to sell, or to lease, or to encumber, or otherwise to manage and dispose of the above-described mortgage and the real property encumbered thereby.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, this 28 day of OCT, 2009, but effective as of the 15TH day of April, 2009.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for SOUTHSTAR FUNDNG, LLC.
(CORPORATE SEAL)

ATTEST:
BY: _Kristine Wilson_        NAME: _Jeffrey Stephan_
WITNESS:                     Kristine Wilson         Jeffrey Stephan
Print Name: _____          Assistant Secretary     Vice President

WITNESS:
Print Name: _____

STATE OF ___
COUNTY OF ___ Montgomery

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 28 day of OCT, 2009, within my jurisdiction, the within named Jeffrey Stephan who is personally known to me and who acknowledged to me that (s)he is _____ and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for SOUTHSTAR FUNDNG, LLC., and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE

*PBM* *F09-43882* *DI104*

12-12020-mg Doc 3273 Filed 03/15/13 Entered 03/20/13 14:56:22 Main Document Pg 12 of 17

CFN # 109100268, OR BK 46817, Page 1814, Page 1 of 1, Recorded 08/20/2009 at 07:19 AM, Broward County Commission, Deputy Clerk 3075

*Jeffrey Stephens Different Signatures*

Prepared by: DAVID J. STERN, ESQ
Record &Return to: 900 South Pine Island Road
Suite 400
Plantation, FL 33324-3920
07-92661(GMAP)

This space is for recording purposes only

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:**

*THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

Residing or located at c/o GMAC MORTGAGE, LLC, C/O 500 ENTERPRISE ROAD, STE 150, HORSHAM, PA 19044, herein designated as the assignor for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain sell, assign transfer and set over unto GMAC MORTGAGE, SUCCESSOR BY MERGER TO GMAC MORTGAGE CORPORATION residing or located at: C/O 500 ENTERPRISE ROAD, STE 150, HORSHAM, PA 19044 herein designated as the assignee the mortgage executed by CRISTINE ROSSI, A SINGLE WOMAN recorded in BROWARD County, Florida at book 38651 and page 808 encumbering the property more particularly described as follows:

LOT C26, SILVER SHORES, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 163, PAGE 26, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assigne, its successors and assigns forever, but without recourse on the undersigned.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, this 7 day of AUG, 2009, but effective as of the 22ND day of June, 2007.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(CORPORATE SEAL)

ATTEST:
BY:
WITNESS:
Print Name: Nina Wittman
WITNESS:
Print Name: Laura Cintt

PRINT NAME: **Jeffrey Stephan**
TITLE: **Vice President**

STATE OF PA
COUNTY OF Montgomery

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 7 day of AUG, 2009, within my jurisdiction, the within named Jeffrey Stephan who is personally known to me and who acknowledged to me that (s)He is VP, and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and as its act and deed (s)he executed the above and foregoing instrument after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 7 day of AUG, 2009.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan Turner, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 3, 2011

NOTARY PUBLIC

*PBM* *F07-92661* *DI104*

```
CFN 20100015332
OR BK 23641 PG 0446
RECORDED 01/13/2010 15:49:42
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0446 - 447; (2pgs)
```

Prepared by:
Return to: DAVID J. STERN, ESQ
900 South Pine Island Road Suite 400
Plantation, FL 33324-3920
09-81145(GMAP)(FNM)
MIN: 100037506567096491
MERS PHONE NUMBER: 1-888-679-6377

This space is for recording purposes only

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:**

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE, LLC D/B/A DITECH.COM

Residing or located at c/o GMAC MORTGAGE, LLC, 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto GMAC MORTGAGE, LLC residing or located at: 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034 herein designated as the assignee, the mortgage executed by ANTHONY L. CAPPADORO AND DIANE G. CAPPADORO (DECEASED), HIS WIFE recorded in PALM BEACH County, Florida at book 21799 and page 498 encumbering the property more particularly described as follows:

THE SOUTHEAST QUARTER OF THE FOLLOWING DESCRIBED PROPERTY:

A PARCEL OF LAND LYING AND BEING CONTAINED IN THE PLAT OF FOREST LAKES, AS RECORDED IN PLAT BOOK 37, PAGES 125 & 126, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, SAID PARCEL OF LAND BEING MORE PARTICULARLY DESCRIBED BY THE FOLLOWING NUMBERED COURSES:

1. COMMENCING AT THE NORTHEAST CORNER OF THE AFORE DESCRIBED TRACT; THENCE .....

2. SOUTH 2° 42' 36" EAST, ALONG THE EAST LINE OF SAID TRACT, A DISTANCE OF 402.38 FEET, THENCE .....

3. SOUTH 87° 17' 25" WEST, A DISTANCE OF 376.81 FEET TO A POINT OF BEGINNING (P.O.B.); THENCE .....

4. SOUTH 87° 17' 25" WEST, A DISTANCE OF 77.33 FEET; THENCE .....

5. SOUTH 2°42' 35" EAST, A DISTANCE OF 78.67 FEET; THENCE .....

6. NORTH 87° 17' 25" EAST, A DISTANCE OF 77.33 FEET; THENCE .....

7. NORTH 2° 42' 35" WEST, A DISTANCE OF 78.67 FEET; TO THE POINT OF BEGINNING.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee forever, but without recourse on the undersigned.

*In Witness Whereof*, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, this 18 day of November, 2009, but effective as of the 9th of November, 2009

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE, LLC D/B/A DITECH.COM
(CORPORATE SEAL)

ATTEST:
WITNESS:
Print Name: _____

BY: _____
PRINT NAME: Jeffrey Stephan
TITLE: Vice President

WITNESS:
Kristine Wilson
Print Name: Kristine Wilson

STATE OF PA
COUNTY OF Montgomery

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 18 day of November, 2009, within my jurisdiction, the within named Jeffrey Stephan who is personally known to me and who acknowledged to me that (s)he is Vice President and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE, LLC D/B/A DITECH.COM, and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE, LLC D/B/A DITECH.COM, to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 18 day of November, 2009.

```
* P B N *    * F 0 9 - 8 1 1 4 5 *    * D 1 1 0 4 *
```

```
CFN 20100000337
OR BK 23621 PG 1245
RECORDED 01/04/2010 09:26:32
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1245; (1pg)
```

This space is for recording purposes only

Prepared by:
Record & Return to:   DAVID J. STERN, ESQ
900 South Pine Island Road Suite 400
Plantation, FL 33324-3920
09-84002 GMAP

MIN: 100038257750016918
MERS PHONE NUMBER: 1-888-679-6377

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:**

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for FIRST MAGNUS FINANCIAL CORPORATION

Residing or located at c/o GMAC MORTGAGE, LLC, 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto GMAC MORTGAGE, LLC residing or located at: 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034 herein designated as the assignee, the mortgage executed by MARIA RABELO AND JULIO ERNESTO CINTORA, WIFE AND HUSBAND recorded in PALM BEACH County, Florida at book 18609 and page 1744 encumbering the property more particularly described as follows:

LOT 26, AMENDED PLAT OF FLAMANGO LAKE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 31, PAGE 94, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee forever, but without recourse on the undersigned.

In Witness Whereof, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, this 3 day of DEC, 2009, but effective as of the 12th day of November, 2009.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
as nominee for FIRST MAGNUS FINANCIAL CORPORATION
(CORPORATE SEAL)

ATTEST:
WITNESS:
Print Name: Bruna Whitbank

BY:
PRINT NAME:
TITLE: Jeffrey Stephan
Vice President

WITNESS:
Print Name:

STATE OF PA
COUNTY OF Montgomery

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 3 day of DEC, 2009, within my jurisdiction, the within named Jeffrey Stephan who is personally known to me and who acknowledged to me that (s)he is ____ and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for FIRST MAGNUS FINANCIAL CORPORATION, and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for FIRST MAGNUS FINANCIAL CORPORATION, to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 3 day of DEC, 2009.

Heather Reinhart
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Heather Reinhart, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Sept. 9, 2013
Member, Pennsylvania Association of Notaries

*PBM*   *F09-84002*   *01104*

```
CFN 20100267436
OR BK 23963 PG 1719
RECORDED 07/22/2010 14:48:50
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1719; (1pg)
```

This space is for recording purposes only

Prepared by:  DAVID J. STERN, ESQ
Record & Return to: 900 South Pine Island Road Suite 400
Plantation, FL 33324-3920
10-29715(GMAP)(FNM)
MIN: 100037506560219314
MERS PHONE NUMBER: 1-888-679-6377

## ASSIGNMENT OF MORTGAGE
**KNOW ALL MEN BY THESE PRESENTS:**

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION DBA DITECH.COM

Residing or located at 3300 SW 34TH AVE, STE 101, OCALA, FL 34474, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto GMAC MORTGAGE, LLC residing or located at: 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034 herein designated as the assignee, the mortgage executed by CHARLES D. DAGUE AND DEBORAH A. DAGUE, HUSBAND AND WIFE recorded in PALM BEACH County, Florida at book 20466 and page 497 encumbering the property more particularly described as follows:

LOT 3, BLOCK 1, BOCA TIERRA, 1ST SECTION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 34, AT PAGE 33, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee forever, but without recourse on the undersigned.

*In Witness Whereof*, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, this __1__ day of __July__, 2010, but effective as of the 5th day of June, 2010.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
as nominee for GMAC MORTGAGE CORPORATION DBA DITECH.COM

(CORPORATE SEAL)

ATTEST:
WITNESS:
Print Name: Scott Shapiro

BY: Jeffrey Stephan
PRINT NAME:
TITLE: Vice President

WITNESS:
Print Name: Oneta Bucher

STATE OF __PA__
COUNTY OF __Montgomery__

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the __1__ day of __July__, 2010, within my jurisdiction, the within named __Jeffrey Stephan__ who is personally known to me and who acknowledged to me that (s)he is __Vice president__ and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION DBA DITECH.COM, and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION DBA DITECH.COM, to do so.

WITNESS my hand and official seal in the County and State last aforesaid this __1__ day of __July__, 2010.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Trina Wittbern, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Sept. 10, 2013
Member, Pennsylvania Association of Notaries

*PBM*   *F10-29715*   *D1104*

```
CFN 20100267893
OR BK 23964 PG 1106
RECORDED 07/22/2010 15:51:24
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1106; (1pg)
```

This space is for recording purposes only

Prepared by:
Record & Return to:  DAVID J. STERN, ESQ.
                    900 South Pine Island Road Suite 400
                    Plantation, FL 33324-3920
                    10-29716(GMAP)(FNM)

MIN: 100637506855052362
MERS PHONE NUMBER: 1-888-679-6377

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION

Residing or located at c/o 3300 SW 34TH AVENUE, SUITE 101, OCALA, FL 34474, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto GMAC MORTGAGE, LLC residing or located at: 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034 herein designated as the assignee, the mortgage executed by MATTHEW WADE THOMAS, A MARRIED MAN AND KIMBERLY THOMAS recorded in PALM BEACH County, Florida at book 19477 and page 1574 encumbering the property more particularly described as follows:

LOT 14 OF LAKE CHARLESTON - TRACT "Y", BEING A REPLAT OF ALL OF TRACT "Y", (ACCORDING TO THE PLAT OF LAKE CHARLESTON PLAT NO. 3 - P.U.D., AS RECORDED IN PLAT BOOK 62, PAGES 55 THROUGH 68 INCLUSIVE) ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 71, PAGES 146 AND 147, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee forever, but without recourse on the undersigned.

In Witness Whereof, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed , this 28 day of June, 2010, but effective as of the 4th day of June, 2010.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
as nominee for GMAC MORTGAGE CORPORATION
(CORPORATE SEAL)

ATTEST:
WITNESS:                              BY: _____  Jeffrey Stephan
Print Name: Scott Shapiro             PRINT NAME: _____  Vice President
                                      TITLE: _____

WITNESS:
Print Name: Greta Buck

STATE OF Pa
COUNTY OF Montgomery

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 28 day of June, 2010, within my jurisdiction, the within named Jeffrey Stephan who is personally known to me and who acknowledged to me that (s)he is VP and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION, and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION, to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 28 day of June, 2010.

_____
NOTARY PUBLIC

```
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Lynch, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 3, 2010
Member, Pennsylvania Association of Notaries
```

*PBM*   *F10-29716*   *D11104*

Book23964/Page1106                                                          Page 1 of 1



```
CFN  20100093829
OR BK 23737 PG 1951
RECORDED 03/11/2010 16:07:43
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1951; (1pg)
```

This space is for recording purposes only

Prepared By:
Record & Return to: DAVID J. STERN, ESQ
900 South Pine Island Road Suite 400
Plantation, FL 33324-3920
10-00293(GMAP)(FNM)
MIN: 100837506853861339
MERS PHONE NUMBER: 1-888-679-6377

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:**

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION

Residing or located at c/o GMAC MORTGAGE, LLC, 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto GMAC MORTGAGE, LLC residing or located at: 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034 herein designated as the assignee, the mortgage executed by GLENN V. FERGUSON, III AND JUDI LYNNE FERGUSON, HUSBAND AND WIFE recorded in PALM BEACH County, Florida at book 17225 and page 1504 encumbering the property more particularly described as follows:

ALL THAT PARCEL OF LAND IN CITY OF PALM BEACH GARDENS, PALM BEACH COUNTY, STATE OF FLORIDA, AS MORE FULLY DESCRIBED IN DEED BOOK 7102, PAGE 534, ID# 52-42-42-02-01-000-1760, BEING KNOWN AND DESIGNATED AS LOT 176, CINNAMON PLAT NO. 1, FILED IN PLAT BOOK 36, PAGE 56.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee forever, but without recourse on the undersigned.

In Witness Whereof, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, this 3rd day of February, 2010, but effective as of the 6th day of January, 2010.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
as nominee for GMAC MORTGAGE CORPORATION
(CORPORATE SEAL)

ATTEST:
WITNESS: _____
Print Name: _____

BY: _____
PRINT NAME: Jeffrey Stephan
TITLE: Vice President

WITNESS: _____
Print Name: Jolanda S Garrett

STATE OF PA
COUNTY OF Montgomery

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 3rd day of February, 2010, within my jurisdiction, the within named Jeffrey Stephan who is personally known to me and who acknowledged to me that (s)he is Vice President and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION, and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for GMAC MORTGAGE CORPORATION, to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 3rd day of February, 2010.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cindy A. Stewart, Notary Public
Upper Dublin Twp, Montgomery County
My commission expires October 19, 2013