**MEYNER AND LANDIS LLP**
**One Gateway Center, Suite 2500**
**Newark, New Jersey 07102**
**(973) 602-3427**
Attorneys for PNC Bank, National Association
Meredith I. Friedman (MF 9495)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et.al,<br><br>Debtor. | Case No. 12-12020<br><br>Hearing Date: April 30, 2013<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF MOTION FOR RELIEF FROM THE STAY TO PURSUE
FORECLOSURE**

TO: ATTACHED MONTHLY SERVICE LIST

**PLEASE TAKE NOTICE** that on April 30, 2013 at 10:00 AM, or as soon thereafter as counsel may be heard, the undersigned, attorneys for PNC Bank, National Association will make an application before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, for entry of an order pursuant to 11 U.S.C. § 362(d), vacating the automatic stay so as to

permit PNC Bank, National Association to proceed with its foreclosure action, where GMAC Mortgage LLC will be named as a subordinate lienholder.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the undersigned shall rely upon the annexed Certification of Matthew Beatty in Support of Motion for Relief From The Stay.

**PLEASE TAKE FURTHER NOTICE** that in the event of failure to file a response to the within Motion or to appear in Court in opposition to the same, the requested relief may be granted by the Court without further notice.

                              **MEYNER AND LANDIS LLP**

                              By:    */s/ Meredith I. Friedman*
                                       Meredith I. Friedman

                              One Gateway Center, Suite 2500
                              Newark, New Jersey 07102
                              (973) 602-3427
                              Attorneys for PNC Bank, National Association

DATED:    March 20, 2013

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MONTHLY SERVICE LIST AS OF MARCH 1, 2013

ny-1056911

12-12020-mg    Doc 3080    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 2 of 7

Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com, dlemay@chadbourne.com, rgayda@chadbourne.com, mroitman@chadbourne.com | Counsel to the Examiner, Arthur J Gonzalez |
| Citibank NA | Attn Bobbie Thelwatkumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 | | 212-723-8753 | 646-291-3799 | bobbie.thelokumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | | New York | NY | 10019 | | 212-878-8000 | 212-878-8375 | jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 | | 201-593-2456 | | kelvin.vargas@db.com | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 | | 215-575-1678 | 240-699-2178 | peter_mcgonigle@fanniemae.com | Prepetition Lender - Fannie EAF |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | | | 855-235-6787 | | Internal Revenue Service |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | | 800-913-9358 | | | Internal Revenue Service |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | kdwbankruptcydepartment@kelleydrye.com | Counsel to UMB Bank N.A., as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 | | 212-446-4770 | 212-446-4900 | richard.cieri@kirkland.com, ray.schrock@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 | | 212-446-4800 | 212-446-4900 | stephen.hessler@kirkland.com, price.drodeo@kirkland.com, z2iam.b.solomon@aty.com, Timothy.Devine@ally.com, john.bellaver@ally.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com, tmayer@kramerlevin.com, dmannal@kramerlevin.com, jtrachtman@kramerlevin.com, el.sidley@kramerlevin.com, drannal@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kurtzman Carson Consultants | Alison M Tearnen Schepper | 2335 Alaska Ave | | El Segundo | CA | 90245 | | | | asch@kramerlevin.com | Claims and Noticing Agent |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | NY | 10005 | | 212-530-5570 | 212-822-5570 | guzzi@milbank.com | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 | | | | Tammy.Hamzehpour@gmacrescap.com, diane.citrone@ally.com, jill.homer@gmacrescap.com, Colette.wahl@gmacrescap.com, Deanna.horst@gmacrescap.com, William.thompson@gmacrescap.com, William.tyson@gmacrescap.com, Eileen.oles@gmacrescap.com, Lauren.delehey@gmacrescap.com | Residential Capital LLC |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | NY | 10104 | | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com, glee@mofo.com, lmarinuzzi@mofo.com | Counsel to the Debtors |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 | | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US, enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | | 212-637-2200 | 212-637-2685, 914-993-1900, 212-637-2745 | joseph.cordaro@usdoj.gov | Office of the United States Attorney for the Southern District of New York |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317, 202-772-9318 | secbankruptcy@sec.gov, secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov, newyork@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H Hofer | Four Times Square | | New York | NY | 10036 | | 212-735-3849 | 917-777-3849 | jhofer@skadden.com, nikolay.kodes@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 | | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-2669 | suzanne.lovett@skadden.com | Counsel to Barclays Bank PLC |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 | | | | | Indenture Trustee under the Pre-Petition GSAP Facility |
| U.S. Department of Justice United States Attorney's Office for the Southern District of New York civil Division | US Attorney General, Eric H Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 | | | | joseph.cordaro@usdoj.gov | Counsel to the United State of America |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A Riffkin and Brian S Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 | | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov, Linda.Riffkin@usdoj.gov, Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 | | | | | GMEN Indenture Trustee at Corporate Trust Office |

12-12020-mg    Doc 3276    Filed 03/20/13    Entered 03/20/13 17:51:14    Main Document
Pg 5 of 11

12-12020-mg    Doc 3080    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 3 of 7

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIG Asset Management US LLC | Attn: Russell Lipman | 80 Pine St | | New York | NY | 10038 | | 212-770-0948 | 212-770-5328 | | Member of Official Committee of Unsecured Creditors |
| Akerman Senterfitt LLP | Andrea S Hartley | One Southeast Third Ave | 25th Floor | Miami | FL | 33131 | | 305-374-5600 | 305-374-5095 | andrea.hartley@akerman.com | Counsel to EverBank |
| Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | 335 Madison Ave Ste 2600 | | New York | NY | 10017 | | 212-880-3800 | 212-880-8965 | susan.balaschak@akerman.com; hadi.khatib@akerman.com | Counsel to EverBank |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | One Bryant Park | | New York | NY | 10036-6745 | | 212-872-1000 | 212-872-1002 | fhodara@akingump.com; rjohnson@akingump.com; ccarty@akingump.com | Counsel to Aurelius Capital Management LP |
| Alpine Independent School District | Courtney F Harris, Pamela H Walters | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | | 281-985-6319 | 281-985-6321 | bnkatty@aldine.k12.tx.us | Attorneys for the Aldine Independent School District |
| Aldridge Connors LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | | 404-994-7400 | 888-246-7307 | sedmail@aclawllp.com | Member of Official Committee of Unsecured Creditors |
| Allen & Overy LLP | Ken Coleman & John Kibler | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-610-6300 | 212-610-6399 | ken.coleman@allenovery.com; john.kibler@allenovery.com | PennyMac Loan Services, LLC |
| Allstate Life Insurance Company | Attn Peter A McElvain | 3075 Sanders Rd Ste G5A | | Northbrook | IL | 60062 | | 847-402-1477 | 847-402-6559 | | Counsel to HSBC Bank USA, NA as Trustee of Certain Mortgage Backed Securities |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | 440 S Church St | #1100 | Charlotte | NC | 28202 | | 704-540-6133 | | jeff.brown@gmacrs.com; william.b.solomon@ally.com | Member of Official Committee of Unsecured Creditors |
| Alston & Bird LLP | John C Weitnauer Esq | One Atlantic Center | 1201 West Peachtree St | Atlanta | GA | 30309-3424 | | 404-881-7000 | 404-253-8298 | kit.weitnauer@alston.com; martin.bunin@alston.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | 90 Park Ave | | New York | NY | 10016 | | 212-210-9400 | 212-210-9444 | william.hao@alston.com | Counsel to Wells Fargo Bank, NA in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | Bank of America Plaza Ste 4000 | 101 S Tryon St | Charlotte | NC | 28280-4000 | | 704-444-1000 | 704-444-1755 | bill.macurda@alston.com | Counsel to Wells Fargo Bank, NA in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern Bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4859 | | john.stern@texasattorneygeneral.gov | Counsel to the Texas Comptroller of Public Accounts |
| Attorney General of the State of Michigan Bill Schuette | Juandisha M Harris Asst Attorney General | Cadillac Place Ste 10-200 | 3030 W Grand Blvd | Detroit | MI | 48202 | | 313-456-0140 | | harrisj12@michigan.gov | Attorney General for the State of Michigan |
| Attorney General of the State of New York, Eric T Schneiderman | Victoria L Safran | Nassau Regional Office | 200 Old County Rd Ste 240 | Mineola | NY | 11501 | | 516-248-3302 | | | Counsel to the People of the State of New York |
| Ballard Spahr LLP | Sarah Schindler-Williams, Esquire | 1735 Market Street, 51st Floor | | Philadelphia | PA | 19103 | | 215-864-8638 | 215-864-8999 | SchindlerWilliams@ballardspahr.com | Counsel to PNC Bank NA |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | | 412-234-1536; 412-320-7554; 412-320-7890 | | Sarah.Stoute@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Magesh.waran.Ramasamy@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Joe Tricarico & May Wong | 1301 Sixth Ave | | New York | NY | 10019 | | 212-526-7000 | | scusumano55@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP | David M Powlen | 1000 North West St Ste 1500 | | Wilmington | DE | 19801 | | 302-300-3434 | 302-300-3456 | david.powlen@btlaw.com | Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ami B Eskanos | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | | 305-613-6694 | 305-735-3437 | bbeskanos@aol.com; davos@bbdas.com | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | | 858-793-0700 | 858-793-0323 | jonathanu@blbglaw.com; matthewj@blbglaw.com | Counsel to Cambridge Place Investments Management Inc |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1400 | 212-554-1444 | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc |
| Blank Rome LLP | Michael J Schaedle | One Logan Square | | Philadelphia | PA | 19103 | | 215-569-5762 | 215-832-5762 | schaedle@blankrome.com | Counsel to PNC Mortgage a Division of PNC Bank NA |
| Blank Rome LLP | Stanley B Tarr & Alan M Root | 1201 N. Market Street, Suite 800 | Mail Code 482-B12-896 | Wilmington | DE | 19801 | | 302-425-6400 | 302-425-6464 | root@blankrome.com; tarr@blankrome.com | Counsel to PNC Mortgage a Division of PNC Bank NA |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | 200 Renaissance Center | | Detroit | MI | 48265-2000 | | 313-656-6711 | | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | 2500 City Center Square, 1100 Main Suite 2500 | | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | jhaake@doxlaw.com | Top 50 Creditors |
| Brown Rudnick LLP | Sigmund S Wissner-Gross | 7 Times Square | | New York | NY | 10036 | | 212-209-4800 | 212-209-4801 | sswissnergross@brownrudnick.com | Counsel to Paulson & Co, Inc |
| Cadwalader, Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | 212-504-6666 | gregory.petrick@cwt.com; ingrid.bagby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader, Wickersham & Taft LLP | Mark C Ellenberg Esq | 700 Sixth St NW | | Washington | DC | 20001 | | 202-862-2200 | 202-862-2400 | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Caley Dehkhoda & Quadri dba Wong Fleming | Dennis J Caley | 2440 130th Ave NE Ste D 150 | | Bellevue | WA | 98005 | | 425-869-4040 | 425-869-4050 | dcaley@wongfleming.com | Counsel to Caley Dehkhoda & Qadri |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | 2 Wall St | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | trivigno@clm.com; cahn@clm.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Maloney | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | tmaloney@cgsh.com; soneal@cgsh.com | Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 14th Fl | | New York | NY | 10005 | | 212-838-7797 | 212-838-7745 | jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com; echou@coleschotz.com | |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1152 | | 610-378-4511 | 610-375-4459 | ra-li-ucts-bankrupt@state.pa.us; RBrown@broward.org | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| County Attorney for Broward County | Joni Armstrong Coffey | Government Center | 115 South Andrews Ave | Fort Lauderdale | FL | 33301 | | 954-357-7600 | 954-357-7641 | cletcher@broward.org | County Attorney for Broward County |
| Crowe & Dunlevy PC | William H Hoch | 20 N. Broadway Ave., Ste. 1800 | | Oklahoma City | OK | 73102 | | 405-235-7700 | 405-239-6651 | will.hoch@crowedunlevy.com | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-8881 | 212-697-1559 | mgallagher@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6000 | 212-697-1559 | macohen@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | 101 Park Ave | | New York | NY | 10178 | | 212-696-6065 | 212-697-1559 | sreisman@curtis.com | Proposed Conflicts Counsel to the Debtors |
| David P Sich Esq | | 521 Fifth Ave 17th Fl | | New York | NY | 10175 | | 646-554-4421 | | | Counsel to TWCTC 2011 CA Trust |
| Day Pitney LLP | Herbert K Ryder | 1 Jefferson Rd | | Parsippany | NJ | 07054-2891 | | 973-966-6300 | 973-966-1015 | hryder@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | James J Tancredi | 242 Trumbull St | | Hartford | CT | 06103 | | 860-275-0100 | 860-275-0343 | jjtancredi@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | Joshua W Cohen | 11 Audubon St | | New Haven | CT | 06510 | | 203-752-5000 | 203-752-5001 | jwcohen@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com | |
| Deutsche Bank | Rosa Mendez | 1761 E St | Andrews Place 100 Plaza One | Santa Ana | CA | 92705-4934 | | 714-247-6309 | 714-855-1956 | rosa.mendez@db.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank Trust Company Americas | Attn: Brendan Meyer | Harborside Financial Center | 16476 Beach Blvd No 331 | Jersey City | NJ | 07311-3901 | | 201-593-8545 | 646-502-4546 | Brenda.meyer@db.com; glen.horne@gmail.com; gcastanares@bluesmoniscs.com | Securitization Trustee |
| Duane Morris LLP | Gerald S Catalanello Esq & James J Vincequerra Esq | 1540 Broadway | | New York | NY | 10036 | | 212-692-1000 | 212-692-1020 | jvincequerra@duanemorris.com | Counsel to Green Planet Servicing LLC |

Rotated page: embedded image of Doc 3080 service list (Pg 4 of 7), Residential Capital, LLC et al., Case No. 12-12020 (MG), Monthly Service List, dated 3/1/2013. Contains a multi-column table of Name, Notice Name, Address1, Address2, City, ST, Zip, Country, Phone, Fax, Email, Description for parties including Fannie Mae, Fein Such & Crane LLP, Felderstein Fitzgerald Willoughby & Pascuzzi LLP, FDIC, Financial Guaranty Insurance Company, Flores Salcedo PLLC, Foley & Mansfield PLLP, Freddie Mac, Freedom & Peters LLP, Gibbons PC, Ginnie Mae, Gibbs & Bruns LLP, Grant & Eisenhofer PA, Guttleman Maisbrook Chewcaske, Hogson Russ LLP, HP Enterprise Services LLC, Hunton & Williams LLP, IBM Corporation, Imperial County Tax Collector, Iron Mountain Information Management Inc., Jones Day, Kasowitz Benson Torres & Friedman LLP, Kessler Topaz Meltzer & Check LLP, Kilpatrick & Associates PC, King & Spalding LLP, KIRBY McINERNEY LLP, Kriss & Feuerstein LLP, Law Debenture Trust Company of New York, Law Offices of Christopher E Green, Law Offices of Richard Sax, Law Offices of Robert E Luna PC, Leopold & Associates PLLC, Linebarger Goggan Blair & Sampson LLP.

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Locke Lord LLP | Casey B Howard | 3 World Financial Center | | New York | NY | 10281-2101 | | 212-812-8342 | 212-812-8372 | chhoward@lockelord.com; wcurchack@lockelord.com; vrubinstein@loeb.com | Interested Party |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | | | | dminoff@loeb.com | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff, o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. o. Counsel to Plaintiffs and the Putative Class |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400; 973-597-2481 | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff, o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company, and Cambridge Place Investments Management Inc. o. Counsel to Plaintiffs and the Putative Class Securitization Trustee |
| Manatt Phelps & Phillips LLP | Amish R Doshi Esq | 7 Times Square | | New York | NY | 10036 | | | | adoshi@manatt.com | |
| MATCC | | 11 M&T Plaza, 7th Floor | | Buffalo | NY | 14203 | | | | | |
| Manatee County Tax Collector | | 1001 3rd Ave W Ste 240 | | Bradenton | FL | 34205 | | 941-741-4832 | 941-741-2098 | susanp@taxcollector.com | Counsel to Manatee County Tax Collector |
| Marine Tortorella & Boyle PC | Kevin H Marine & John A Boyle | 437 Southern Boulevard | | Chatham | NJ | 07928-1488 | | 973-824-9300 | 973-824-8425 | jboyle@khmarine.com | Counsel to Morgan Stanley & Co. Incorporated, n/k/a Morgan Stanley & Co. LLC |
| MBIA Insurance Corporation | Attn Mitchell Sonkin | 113 King St | | Armonk | NY | 10504 | | 914-765-3640 | 914-765-3646 | | Member of Official Committee of Unsecured Creditors |
| MCCREARY, VESELKA, BRAGG & ALLEN P.C. | Lee Gordon | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | lgordon@mvbalaw.com | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| McKool Smith | Attn: Paul D. Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7302 | 713-485-7344 | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Michael R Carney | One Bryant Park 47th Fl | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | pmoak@mckoolsmith.com | Counsel to Freddie Mac |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov | Counsel to Missouri Department of Revenue Counsel to Deutsche Bank Trust Company Americas and |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | jgarrity.S.morgan@lewis.com | Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust; Counsel to Deutsche Bank Trust Company Americas and |
| Morgan Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | mkraut@morganlewis.com | Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust Counsel to Deutsche Bank Trust Company Americas and |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | pfleming@morganlewis.com | Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morganroth & Morganroth PLLC | Mayer Morganroth & Jeffrey B Morganroth | 344 N Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 | | 248-864-4000 | 248-864-4001 | morganroth@morganrothlaw.com | Counsel to Mary Critchley |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | lberkoff@moritthock.com | Counsel To Cal-Western Reconveyance Corporation |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com; jmoldovan@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E. Momjian | Senior Deputy Attorney General | 21 S. 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov | Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Office of Shabbir A Khan | Phoenix Kevikham | 44 N San Joaquin St Ste 150 | PO Box 21169 | Stockton | CA | 95201 | | 209-468-2980 | 209-468-2158 | ataxrev@sjgov.org; duckhouse@pbot.com | County of San Joaquin |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-7222 | bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | Mylegalhelpusa.com | 4722 E Bell Rd Ste 45-350 | | Phoenix | AZ | 85032 | | 602-493-2016 | | Paul.Papas@mylegalhelpusa.com | Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-460-6509 | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP | Brandon Johnson | | PO Box 2824 | San Francisco | CA | 94126 | | 212-858-1000 | 212-258-1500 | brandon.johnson@pillsburylaw.com | Counsel to 2255 Partners LP |
| Placer County Office of the Treasurer-Tax Collector | Jenny McMurtry, Deputy Tax Collector | 2976 Richardson Dr | | Auburn | CA | 95603 | | 530-889-4129 | 530-889-4123 | jmcmurtry@placer.ca.gov | Placer County Tax Collector |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | | 212-684-0199 | 212-730-4290 | dflanigan@polsinelli.com; jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com; stustus@proskauer.com | Counsel to Assured Guaranty Municipal Corp. |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |

12-12020-mg    Doc 3060    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 6 of 7

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | Eric D Winston & Jeremy D Anderson | 865 S Figueroa St 10th Fl | | Los Angeles | CA | 90017 | | 213-443-3000 | 213-443-3100 | jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc. |
| Robbins Geller Rudman & Dowd LLP | Christopher M Wood | One Montgomery Street Ste 1800 | Post Montgomery Center | San Francisco | CA | 94104 | | 415-288-4545 | 415-288-4534 | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |
| Robbins Geller Rudman & Dowd LLP | Steven W Papich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | | 619-231-1058 | 619-231-7423 | stevep@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |
| Robert E Brown PC | | 44 Wall St 12th Fl | | New York | NY | 10005 | | 212-766-9779 | | rbrown@robertbrownlaw.com | Counsel to Certain Homeowners Claimants |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | 562-907-6800 | 562-907-6820 | romero@mromerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-0990 | ross.martin@ropesgray.com; ord@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP Rowen L Drenne as Representative for the Plaintiffs | D. Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | | 212-596-9000 | | Ross.martin@ropesgray.com | Counsel to the Institutional Investors |
| Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | | 816-735-4615 | 816-523-3530 | | Member of Official Committee of Unsecured Creditors |
| Samuel I White PC | D Carol Sasser Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-490-9284 | 757-497-1802 | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-457-1485 | 757-497-1193 | dhall@siwpc.com | Counsel to Samuel I White PC |
| | | | | | | | | | | | Counsel to American Residential Equities LLC, in its own individual capacity and its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005 |
| Saul Ewing | Mark Minuti | 222 Delaware Ave Ste 1200 | PO Box 1266 | Wilmington | DE | 19899 | | 302-421-6840 | | mminuti@saul.com | Counsel to American Residential Equities LLC, in its own individual capacity and its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005 |
| Saul Ewing | Nicolas J Nastasi | 1500 Market St 38th Fl | | Philadelphia | PA | 19102-2186 | | 215-972-8445 | | nnastasi@saul.com | Counsel to American Residential Equities LLC, in its own individual capacity and its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005 |
| Saul Ewing | Stephen B Ravin & Dipesh Patel | 555 Fifth Ave Ste 1700 | | New York | NY | 10017 | | 212-980-7200 | 212-980-7209 | sravin@saul.com; dpatel@saul.com | Counsel to the City of Union City, New Jersey, and Counsel to Township of Weil |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | | 201-896-4100 | | jglucksman@scarinci-hollenbeck.com | Counsel to Certain Homeowners Claimants |
| Schlam Stone & Dolan LLP | Bennette D. Kramer | 26 Broadway, 19th Floor | | New York | NY | 10004 | | 212-344-5400 | | bdk@schlamstone.com; bkramer@schlamstone.com | |
| Schrader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | | 215-751-2050 | 215-751-2205 | rbarkasy@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schrader Harrison Segal & Lewis LLP | Eric A Boden | 140 Broadway Ste 3100 | | New York | NY | 10005-1101 | | | | eboden@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schulte Roth & Zabel LLP | Adam C Harris | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Howard O Godnick | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | howard.godnick@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | marguerite.gardiner@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Michael O Cutini | 123 William St | | New York | NY | 10038-3604 | | 212-756-2000 | 212-593-5955 | michael.cutini@srz.com | Counsel to Cerberus Capital Management LP |
| Secretary of State | | 99 Washington Ave Ste 600 | | Albany | NY | 12231-0001 | | 518-473-2492 | 518-474-1418 | | Secretary of the State |
| Secretary of State, Division of Corporations | | One Commerce Plz | | | | | | | | | Secretary of the State - Division of Corporations |
| Seward & Kissel LLP | Gregg S Bateman & Dale C Christensen Jr & Sagar Patel & Thomas Ross Hopper | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1438 | 212-480-8421 | bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hopper@sewkis.com; jonathonm@sewkis.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008, Counsel to Law Debenture Trust Company of New York, as Separate Trustee |
| Seward & Kissel LLP | Ronald L Cohen Kalyan Das Mark D Kotwick Arlene R Alves & Laurie R Binder | One Battery Park Plaza | | New York | NY | 10004 | | | | cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com | Counsel to US Bank National Association as Securitization Trustee, Counsel to US Bank as Master Servicer, & Counsel to US Bank NA as Trustee of Certain Mortgage Backed Securities Trusts |
| Shalfermann & Feldman LLP | Joel M Shafferman Esq | 286 Madison Ave Ste 502 | | New York | NY | 10017 | | 212-509-1802 | 212-480-8421 | joel@shafellawcom.com | Counsel to NYCHI 2011-A Trust |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | 7800 Glades Rd Ste 400 | | Boca Raton | FL | 33434 | | 561-477-7800 | 516-477-7722 | tconrad@sbwlaw.com | Counsel to Petra Finance LLC |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com; sfennessey@shearman.com | Counsel to Citibank, NA; Counsel to One West Bank FSB; US Bank NA as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp. Mortgage Pass-Through Certificates, Series 2006-1; Sun Trust Mortgage, Inc. |
| Stein Wiener & Roth LLP | Atrn Pranali Datta | 1 Old Country Rd, Ste 113 | | Carle Place | NY | 11514 | | 516-742-1212 | 516-742-6895 | pdatta@hlstein.com | Counsel to Bank of the West |
| Stinson Morrison Hecker LLP | Andrew W Muller | 1201 Walnut, Ste. 2900 | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | amuller@stinson.com | |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCORP Inc (MERS) |
| Talcott Franklin PC | Atrn Talcott J. Franklin | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | 877-577-1356 | tal@talcottfranklin.com | Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS holders |
| Talcott Franklin PC | Derek S Witte | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | 87-577-1126 | derek@talcottfranklin.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | Janella J Miller Senior Vice President | 200 Lake St | | Wayzata | MN | 55391 | | 952-745-2716 | | jmiller@tcbank.com | Counsel to TCF National Bank |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | 1 Barker Ave Third Fl | | White Plains | NY | 10601 | | 914-437-7670 | 914-437-7672 | jteitelbaum@tblawllp.com | Counsel to JPMorgan Chase Bank, NA |
| Tennessee Department of Revenue | c/o TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-7904 | 615-741-3334 | AGBankNewYork@ag.tn.gov | Tennessee Attorney Generals Office |
| The Bank of New York Mellon | Atrn Robert H Major Vice President | 6525 West Campus Oval | | New Albany | OH | 43054 | | 614-775-5278 | 614-775-5636 | robert.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Canada Trust Company | Susan Khokher | 79 Wellington Street, West, 8th Floor | PO Box 1, Toronto-Dominion Centre | Toronto | ON | M5K 1A2 | Canada | 416-308-3825 | 416-983-2044 | Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com | Securitization Trustee |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | PO Box 1748 | | Austin | TX | 78767 | | 512-854-9513 | 512-854-4808 | kay.brock@co.travis.tx.us | Counsel to Tina Morton, Travis County Tax Assessor Collector |
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | 190 S. LaSalle Street | | Chicago | IL | 60603 | | 312-332-6578 | | mamta.scott@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller Tanver Ashraf, Corporate Trust Services | 60 Livingston Ave. | | St. Paul | MN | 55107 | | 651-495-3839 | 866-969-1624 | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | | West Side Flats, EP-MN-WS3D | 60 Livingston Ave. | St. Paul | MN | 55107 | | 651-495-3852 | 866-831-7910 | tanveer.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Civil Division | 1100 L Street NW, Room 10018 | Washington | DC | 20005 | | | | Glenn.Gillett@usdoj.gov | |
| UMB Bank NA | Mark B Flannagan | 1010 Grand Blvd, 4th Floor | | Kansas City | MO | 64106 | | 816-860-3009 | 816-860-7029 | Mark.Flannagan@umb.com | Counsel to GSE - Ginnie Mae Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| US Bank Global Corporate Trust Services | James H Byrnes | 1 Federal St 3rd Fl | | Boston | MA | 02110 | | 617-603-6442 | 617-603-6644 | james.byrnes@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Bank NA Corporate Trust Services Division | Laura L Moran | 1 Federal St 3rd Fl | | Boston | MA | 02110 | | 617-603-6429 | 617-603-6644 | laura.moran@usbank.com; myaughan@mmwrlaw.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| Walters Bender Stohbehn & Vaughan PC | J. Michael Vaughan & David M. Skeens | 2500 City Center Square | 1100 Main St. | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | dskeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| Weil Gotshal & Manges LLP | Gary T Holtzer | 767 Fifth Ave | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | gary.holtzer@weil.com; kelly.diblasi@weil.com | Counsel to Syncora Guarantee Inc. |
| Wells Fargo Bank, N.A. | Kelly Renz | Corporate Trust Services | 6062 Old Annapolis Road | Columbia | MD | 21045 | | 410-884-2206 | 410-715-2380 | Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia East Senior Counsel | MAC T7405-010 | 14101 Wiseman Blvd | San Antonio | TX | 78251 | | 210-543-5747 | 210-543-3015 | kristi.garcia@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 | | 612-333-4144 | 612-886-2444 | accesslegalservices@gmail.com; cshore@whitecase.com | Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant, Paul Papas. Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes, Co-Counsel to the Ad Hoc Group of Junior Secured Noteholders |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8479 | 212-354-8113 | isilverbrand@whitecase.com; dthatch@whitecase.com; mabrams@willkie.com | |
| Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | rchoi1@willkie.com; jhardy1@willkie.com | Counsel to Monarch Alternative Capital LP |
| Wilmington Trust | Roseline Maney | 1100 N. Market St. | | Wilmington | DE | 19801 | | 302-636-6499 | 302-636-4140 | rmaney@wilmingtontrust.com | Securitization Trustee |
| Wilmington Trust NA | Julie J Becker Vice President | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402-1544 | | 612-217-5628 | 612-217-5651 | | Member of Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | | 914-323-7000 ext 7104 | 914-323-7001 | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166 | | 212-294-5318; 212-294-6700 | 212-294-4700 | dneier@winston.com; dhear@winston.com | Counsel to GSE - Fannie Mae. |
| Winston & Strawn LLP | David Neier & Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP | Attn: James N Lawlor | One Gateway Center, 9th Fl. | | Newark | NJ | 07102 | | 973-733-9200 | 973-733-9292 | jlawlor@wmd-law.com; fdelfippo@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | | 212-382-3300 | 212-382-0050 | law.com.sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

## Via USPS

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay
& Robert J Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
Alison M. Tearnen Schepper
2335 Alaska Ave
El Segundo, CA 90245

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Clifford Chance US LLP**
Attn: Jennifer C. DeMarco and Adam Lesman
31 West 52nd Street
New York, NY 10019

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**United States Attorney's Office for the Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

**U.S. Bank National Association**
Attn: George Rayzis
50 South 16th Street
Philadelphia, PA 19102

**Wells Fargo Bank NA**
Attn Corporate Trust Services -
GMACM Home Equity Notes 2004
Variable Funding Trust
PO Box 98
Columbia, MD 21046

**U.S. Department of Justice**
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001