# EXHIBIT "E"

# Invoice



**DataQuick Lending Solutions**
5300 Brandywine Parkway
Suite 100
Wilmington, DE 19803
(800) 238-1905

Print Date: 9/20/12 2:55 PM

## Case Information

| | |
|---|---|
| Case Number: | 4254051 |
| Order Date: | 8/28/2012 9:17:16 AM |
| Invoice Date: | |
| Invoice Number: | 4254051 |

## Client Information

| | |
|---|---|
| Loan Number: | 548027 |
| Client: | PNC-Real Estate Residential Svcs |

## Borrower Information

| | |
|---|---|
| Borrower: | Steven Weingartner |
| Address: | 76 Clove Rd |
| | Montague NJ 07827 |
| | Sussex |

## Invoice Information

| | |
|---|---|
| Client Fee: | $225.00 |
| Fee Adjustment: | $75.00 |
| Rush Adjustment: | $0.00 |
| **Invoice Amount:** | **$300.00** |
| | |
| Payment Received: | $0.00 |
| **Amount Due:** | **$300.00** |

Please remit payment to:

DataQuick Lending Solutions
5688 Collection Center Drive
Chicago, IL 60693

File No.: 12091964

# APPRAISAL OF REAL PROPERTY



### Date of Valuation:

09/10/2012

### Located At:

76 Clove Rd
Block 9  Lot 1
Montague, NJ 07827

### For:

PNC Bank
620 Liberty Avenue ,  13th Floor, Pittsburgh, PA 15222

### Table of Contents:

Letter of Transmittal ............................................................................................................................................................ 1
Market Conditions Addendum to the Appraisal Report ............................................................................................................. 2
Exterior-Only ....................................................................................................................................................................... 3
Report Revisions .................................................................................................................................................................. 9
Additional Comparables 4-6 ................................................................................................................................................. 10
Subject Photos ................................................................................................................................................................... 11
Photograph Addendum ........................................................................................................................................................ 12
Comparable Photos 1-3 ...................................................................................................................................................... 13
Comparable Photos 4-6 ...................................................................................................................................................... 14
Tax Assessor's Map ........................................................................................................................................................... 15
Aerial Map ......................................................................................................................................................................... 16
Flood Map .......................................................................................................................................................................... 17
Location Map ...................................................................................................................................................................... 18
UAD Definitions Addendum .................................................................................................................................................. 19
USPAP Identification .......................................................................................................................................................... 22
Appraiser E&O ................................................................................................................................................................... 23
Appraiser License ............................................................................................................................................................... 24

Beyrent Residential Appraisals
6 Lakeshore Drive
Mine Hill, NJ 07803
973-927-2775

PNC Bank
620 Liberty Avenue
Pittsburgh, PA 15222

Re: Property:    76 Clove Rd
                 Montague, NJ 07827
    Borrower:    Steven Weingartner
    File No.:    548027

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

*Timothy Beyrent*
Timothy Beyrent
NJ 42RC00142300

## Market Conditions Addendum to the Appraisal Report

File No. 12091964

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 76 Clove Rd | City Montague | State NJ | ZIP Code 07827 |
|---|---|---|---|---|

| Borrower | Steven Weingartner |
|---|---|

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 8 | 4 | 2 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 1.33 | 1.33 | 0.67 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | 19 | 22 | 17 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 13.5 | 16.5 | 25.4 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 158,750 | 139,500 | 156,750 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 248 | 40 | 134 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 169,000 | 162,000 | 162,000 | ☐ Increasing | ☒ Stable | ☐ Increasing |
| Median Comparable Listings Days on Market | 184 | 174 | 155 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 93 | 97 | 91 | ☐ Increasing | ☒ Stable | ☐ Increasing |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | ☐ Yes | ☒ No | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Insufficient data found to establish a trend as sales concessions and seller contribution data is not published or readily available.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Only 7 of the current 46 (15.2%) comparable listings note any "Lender Approval REquired (LAR) indicative short sale or distressed sale on MLS listing. Of the 21 total MLS sales of single family homes in Montague over the past 12 months, 4 were LAR, for 19% of the market. Distressed properties appear to be on the decline.

Cite data sources for above information.    Garden State MLS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The Market Research and Analysis section of this addendum is a service provided by Garden State MLS and is based upon all data relating to homes of the subject style within the subject municipality. Conclusions entered in the Neighborhood section of the Appraisal page 2 of 6 of the Appraisal form are based upon the subject immediate neighborhood or sub-market defined by the Neighborhood Name or condo project. This provides a more accurate description of the subject immediate neighborhood market conditions. Market appears to be stabilizing after 36+ months of decline. The most recent NJ Association of Realtors data indicates an increase in median home value of 6.3% in Sussex County. Although the Montague market is small, results are similar. Future demand for housing in the area is expected to remain good due to diversified economic base and semi-rural appeal of the area. Stricter lending practices have limited eligible buyers. Many financial experts see no economic rebound until 2013.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | Tunoty Beyrent | Signature | |
|---|---|---|---|
| Appraiser Name | Timothy Beyrent | Supervisory Appraiser Name | |
| Company Name | Beyrent Residential Appraisals | Company Name | |
| Company Address | 6 Lakeshore Dr., Mine Hill, NJ 07803 | Company Address | |
| State License/Certification # | 42RC00142300    State  NJ | State License/Certification # | State |
| Email Address | tim@beyrentappraisals.com | Email Address | |

Freddie Mac Form 71    March 2009                    Page 1 of 1                    Fannie Mae Form 1004MC    March 2009

Beatty Residential Appraisals

**Summary Appraisal Report**

## Exterior-Only Inspection Residential Appraisal Report    File # 12091964

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address  76 Clove Rd | City  Montague | State  NJ | Zip Code  07827 |

Borrower Steven Weingartner    Owner of Public Record  Steven Weingartner    County Sussex

Legal Description  Block 9  Lot 1

Assessor's Parcel #  14-00009-0000-00001-0000    Tax Year  2012    R.E. Taxes $  3,409

Neighborhood Name  Steenykill    Map Reference  35084    Census Tract  3710.00

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $    ☐ PUD  HOA $ 0    ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  Credit decision

Lender/Client  PNC Bank    Address  620 Liberty Avenue , 13th Floor, Pittsburgh, PA 15222

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    Garden State MLS (GSMLS)

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record?  ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☐ Suburban ☒ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE | AGE | One-Unit | 75 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 70 Low | 15 | Multi-Family | % |
| Neighborhood Boundaries    North To Route 23, South to New Road, East-West along Clove Rd, Route 653. | | | | 250 High | 150 | Commercial | 5 % |
| | | | | 125 Pred. | 40 | Other | 20 % |

Neighborhood Description    Established residential area of rural characteristics.  Spot lot built homes typically on 1-5 acre lots along county roads and a few small subdivisions. Most amenities are within a 2 mile radius in Duttonville and NY state, Clove Rd Is Sussex County Route 653 and a main thorofare.  No further adverse conditions noted. Properties are generally well maintained. Other land use is vacant.

Market Conditions (including support for the above conclusions)    SEE 1004MC ADDENDUM

Dimensions 177.97x247.44xirreg    Area  33,106 sf    Shape rectangular    View B;Pstrl;

Specific Zoning Classification R 1    Zoning Description  Residential single family

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☐ | ☒ Well | Street  Asphalt | ☒ | |
| Gas | ☐ | ☒ Propane | Sanitary Sewer | ☐ | ☒ Septic | Alley  none | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone  X    FEMA Map #  34037C0029E    FEMA Map Date 09/29/2011

Are the utilities and off-site improvements typical for the market area?  ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes ☒ No  If Yes, describe

Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner
☐ Other (describe)    Data Source for Gross Living Area  Tax Assessor Property Record Card

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | Concrete Slab ☒ Crawl Space | FWA ☒ HWBB | Fireplace(s) #  0 | ☐ None | |
| # of Stories  2 | Full Basement ☐ Finished | Radiant | Woodstove(s) #  0 | ☒ Driveway  # of Cars  2 | |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | ☒ Partial Basement ☐ Finished | Other | Patio/Deck  none | Driveway Surface  asph/gravel | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls  Wood Shingle | Fuel  oil | Porch open | ☒ Garage  # of Cars  2 | |
| Design (Style)  Colonial | Roof Surface  Comp shingle | ☐ Central Air Conditioning | Pool  none | ☐ Carport  # of Cars  0 | |
| Year Built  1900 | Gutters & Downspouts Aluminum | ☒ Individual | Fence  none | ☐ Attached ☒ Detached | |
| Effective Age (Yrs) 25 | Window Type  Mixed | ☐ Other | Other  none | ☐ Built-In | |

Appliances ☐ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:    6 Rooms    3 Bedrooms    2.0 Bath(s)    1,442 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)    None known.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).  C4;Exterior inspection from street only. Subject is considered to be in average condition consistent with a regularly maintained 100+ year old dwelling. Property record card states condition average, 29% depreciation, no recent improvements or construction renovation permits issued per town data.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes ☒ No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe.

Freddie Mac Form 2055 March 2005    UAD Version 9/2011  Page 1 of 6    Fannie Mae Form 2055 March 2005

## Exterior-Only Inspection Residential Appraisal Report    File # 12091964

There are 2 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 60,000 to $ 177,000 .

There are 4 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 70,000 to $ 185,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 76 Clove Rd | 48 Clove Rd | | 8 Hillside Rd | | 22 Cemetery Rd | |
| | Montague, NJ 07827 | Montague, NJ 07827 | | Montague, NJ 07827 | | Sandyston, NJ 07827 | |
| Proximity to Subject | | 0.35 miles NE | | 0.56 miles N | | 7.11 miles SW | |
| Sale Price | $ | | $ 144,000 | | $ 160,000 | | $ 143,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 122.87 sq.ft. | | $ 95.69 sq.ft. | | $ 114.95 sq.ft. | |
| Data Source(s) | | GSMLS#2893401;DOM 181 | | GSMLS#2852152;DOM 220 | | GSMLS#2773112;DOM 726 | |
| Verification Source(s) | | NJACT Tax Records | | NJACT Tax Records | | NJACT Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | FHA;0 | | FHA;0 | | Conv;6000 | -6,000 |
| Date of Sale/Time | | s06/12;c04/12 | | s01/12;c12/11 | | s05/12;c05/12 | |
| Location | A;BsvRd; | A;BsvRd; | | N;Res; | -8,000 | N;Res; | -7,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 33,106 sf | 22,216 sf | 0 | 37,026 sf | 0 | 20,038 sf | 0 |
| View | B;Pstrl; | B;Pstrl; | | B;Pstrl; | | B;Pstrl; | |
| Design (Style) | Colonial | Ranch | 0 | Split level | 0 | Colonial | 0 |
| Quality of Construction | Q5 | Q4 | -5,000 | Q4 | -5,000 | Q5 | 0 |
| Actual Age | 112 | 47 | 0 | 22 | 0 | 92 | 0 |
| Condition | C4 | C3 | -10,000 | C3 | -10,000 | C4 | 0 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  2.0 | 6  3  1.0 | +3,000 | 7  3  2.1 | -1,500 | 6  3  2.0 | 0 |
| Gross Living Area | 1,442 sq.ft. | 1,172 sq.ft. | +8,100 | 1,672 sq.ft. | -6,900 | 1,244 sq.ft. | +5,940 |
| Basement & Finished | 320sf0sfwu | 1172sf0sfwu | -8,000 | 600sf600sfwo | -3,000 | 0sf | +3,000 |
| Rooms Below Grade | | | | 1rr0br0.1ba0o | -3,000 | | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | hwbb/none | hwbb/none | | hwbb/none | | hwbb/none | |
| Energy Efficient Items | typical | typical | | typical | | typical | |
| Garage/Carport | 2 car garage | driveway | +4,000 | 1 car garage | +2,000 | 1 car garage | +2,000 |
| Porch/Patio/Deck | Open porch | none | +1,000 | none | 0 | deck | 0 |
| Fireplace | none | none | | none | | none | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -6,900 | ☐ + ☒ - | $ -35,400 | ☐ + ☒ - | $ -2,060 |
| Adjusted Sale Price | | Net Adj. 4.8 % | | Net Adj. 22.1 % | | Net Adj. 1.4 % | |
| of Comparables | | Gross Adj. 27.2 % $ | 137,100 | Gross Adj. 24.6 % $ | 124,600 | Gross Adj. 16.7 % $ | 140,940 |

☐ I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  Garden State MLS, NJ Tax Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  Garden State MLS, NJ Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSMLS | GSMLS | GSMLS | GSMLS |
| Effective Date of Data Source(s) | 09/10/2012 | 09/10/2012 | 09/10/2012 | 09/10/2012 |

Analysis of prior sale or transfer history of the subject property and comparable sales    No prior sale of the subject noted for 3 years or comps for 1 year.

Summary of Sales Comparison Approach    All comparables are closed sales from within subject marketing area. As sales are few, comp 2 closed over 6 months. Time adjustment not warranted. DUe to low density of housing in area comp 3 is beyond 1 mile all are still well within the subject market area and was used due to the lack of more proximate recently closed sales of dwellings similar to the subject. The lack of sales necessitated use of comps which required greater than 25% Gross (comps 1&4) and greater than 15% net (comps 2&4)  Comps were adjusted for varying lot sizes, GLA, bath count and amenities. Comps used are the most similar to the subject available as of date of inspection, and all adjustments are deemed fair and practical in the current market. As no interior inspection of the subject was performed, lower end of value range chosen in final opinion of value.

Indicated Value by Sales Comparison Approach $  125,000

Indicated Value by: Sales Comparison Approach $  125,000    Cost Approach (if developed) $    Income Approach (if developed) $

All weight given to sales comparison approach. Income approach is not applicable as homes in this area are not typically purchased as investment properties. Cost approach was not developed as there was no interior inspection of subject.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  125,000  , as of    09/10/2012  , which is the date of inspection and the effective date of this appraisal.

## Exterior-Only Inspection Residential Appraisal Report    File # 12091964

**ADDITIONAL COMMENTS**

No comments reported in this area.

**COST APPROACH TO VALUE** (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The opinion of site value has been determined through vacant land sales data, subdivision data and extraction method. Land value is typical to the area.

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 35,000 |
|---|---|---|---|
| Source of cost data | DWELLING Sq.Ft. @ $ | =$ | |
| Quality rating from cost service    Effective date of cost data | Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ | |
| | Garage/Carport Sq.Ft. @ $ | =$ | |
| | Total Estimate of Cost-New | =$ | |
| | Less    Physical    Functional    External | | |
| | Depreciation | =$( | ) |
| | Depreciated Cost of Improvements | =$ | |
| | "As-is" Value of Site Improvements | =$ | |
| Estimated Remaining Economic Life (HUD and VA only)    50 Years | INDICATED VALUE BY COST APPROACH | =$ | |

**INCOME APPROACH TO VALUE** (not required by Fannie Mae)

Estimated Monthly Market Rent $ ____ X Gross Rent Multiplier ____ = $ ____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

**PROJECT INFORMATION FOR PUDs** (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No    Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases ____ Total number of units ____ Total number of units sold ____

Total number of units rented ____ Total number of units for sale ____ Data source(s) ____

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 2055 March 2005    UAD Version 9/2011    Page 3 of 6    Fannie Mae Form 2055 March 2005

Form 2055UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report    File # 12091964

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 2055UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

12-12020-mg    Doc 3276-6    Filed 03/20/13    Entered 03/20/13 17:51:14    Exhibit E for
Certification Matthew Beatty in Support of Motion    Pg 10 of 27
Page 577 of 20

## Exterior-Only Inspection Residential Appraisal Report    File # 12091964

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

12-12020-mg    Doc 3276-6    Filed 03/20/13    Entered 03/20/13 17:51:14    Exhibit E for
Certification Matthew Beatty in Support of Motion    Pg 11 of 27
Page #8 of 24

## Exterior-Only Inspection Residential Appraisal Report    File # 12091964

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Timothy Beyrent_ | Signature _____ |
| Name _Timothy Beyrent_ | Name _____ |
| Company Name _Beyrent Residential Appraisals_ | Company Name _____ |
| Company Address _6 Lakeshore Dr._ | Company Address _____ |
| _Mine Hill, NJ 07803_ | |
| Telephone Number _(973) 927-2775_ | Telephone Number _____ |
| Email Address _tim@beyrentappraisals.com_ | Email Address _____ |
| Date of Signature and Report _09/20/2012_ | Date of Signature _____ |
| Effective Date of Appraisal _09/10/2012_ | State Certification # _____ |
| State Certification # _42RC00142300_ | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State _NJ_ | |
| Expiration Date of Certification or License _12/30/2013_ | **SUBJECT PROPERTY** |
| | ☐ Did not inspect exterior of subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did inspect exterior of subject property from street |
| _76 Clove Rd_ | Date of Inspection _____ |
| _Montague, NJ 07827_ | |
| APPRAISED VALUE OF SUBJECT PROPERTY $ _125,000_ | **COMPARABLE SALES** |
| **LENDER/CLIENT** | |
| Name _Dataquick_ | ☐ Did not inspect exterior of comparable sales from street |
| Company Name _PNC Bank_ | ☐ Did inspect exterior of comparable sales from street |
| Company Address _620 Liberty Avenue , 13th Floor, Pittsburgh,_ | Date of Inspection _____ |
| _PA 15222_ | |
| Email Address _____ | |

12-12020-mg   Doc 3276-6   Filed 03/20/13   Entered 03/20/13 17:51:14   Exhibit E for
Certification Matthew Reatty in Support of Motion   Pg 12 of 27
Page # 9 of 24

| Client | Dataquick | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | | | |
| City | Montague | | County  Sussex | | State  NJ | Zip Code  07827 |
| Appraiser | Timothy Beyrent | | | | | |

09/20/2012  REVISION REQUESTS: Appraiser response in bold
Lender/Client address is incorrect. (Please list the Client address as 620 Liberty Avenue 13th Floor, Pittsburgh, PA 15222)
**CORRECTED**
1004MC
   Properties currently offered for sale on the top of the grid page does not match the 1004MC. (please have #'s match)
**As appraiser stated in the 1004MC:"Conclusions entered in the Neighborhood section of the Appraisal page
2 of 6 of the Appraisal form are based upon the subject immediate neighborhood or sub-market defined by
the Neighborhood Name or condo project. This provides a more accurate description of the subject
immediate neighborhood market conditions."   As Montague is almost 45 square miles in area, the market
area is reflected in the 1004MC, and the neighborhood on page 2 of 6 in the appraisal.**

   check borrower  our order says Steven Weingartner(comment)
**Borrower on my order copy is "Susan Sharp" Owner of record per NJACT tax data is**
 **Weingartner, Steven T & Susan. Corrected as per your request**

## Exterior-Only Inspection Residential Appraisal Report    File # 12091964

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address  76 Clove Rd | | 242 New Rd | | | | | |
|   Montague, NJ 07827 | | Montague, NJ 07827 | | | | | |
| Proximity to Subject | | 4.10 miles SW | | | | | |
| Sale Price | $ | $ | 168,000 | $ | | $ | |
| Sale Price/Gross Liv. Area | $          sq.ft. | $   138.61 sq.ft. | | $      sq.ft. | | $      sq.ft. | |
| Data Source(s) | | GSMLS#2911429;DOM 102 | | | | | |
| Verification Source(s) | | NJACT Tax Records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Listing | | | | | |
| Concessions | | | | | | | |
| Date of Sale/Time | | Active | -11,760 | | | | |
| Location | A;BsyRd; | A;BsyRd; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 33,106 sf | 1.12 ac | -4,000 | | | | |
| View | B;Pstrl; | B;Pstrl; | | | | | |
| Design (Style) | Colonial | Cape Cod | 0 | | | | |
| Quality of Construction | Q5 | Q4 | -10,000 | | | | |
| Actual Age | 112 | 57 | 0 | | | | |
| Condition | C4 | C3 | -10,000 | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6   3   2.0 | 8   4   2.0 | 0 | | | | |
| Gross Living Area | 1,442 sq.ft. | 1,212 sq.ft. | +6,900 | sq.ft. | | sq.ft. | |
| Basement & Finished | 320sf0sfwu | 600sf0sfwo | -5,000 | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | average | average | | | | | |
| Heating/Cooling | hwbb/none | hwbb/none | | | | | |
| Energy Efficient Items | typical | typical | | | | | |
| Garage/Carport | 2 car garage | 2 car garage | | | | | |
| Porch/Patio/Deck | Open porch | none | +2,000 | | | | |
| Fireplace | none | 1 fireplace | -3,000 | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ +  ☒ - | $   -34,860 | ☐ +  ☐ - | $ | ☐ +  ☐ - | $ |
| Adjusted Sale Price | | Net Adj.   20.8 % | | Net Adj.      % | | Net Adj.      % | |
| of Comparables | | Gross Adj.  31.3 % | $  133,140 | Gross Adj.     % | $ | Gross Adj.     % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 5 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSMLS | GSMLS | | |
| Effective Date of Data Source(s) | 09/10/2012 | 09/12/2012 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Form 2055UAD.(AC) — *WinTOTAL* appraisal software by a la mode, inc. — 1-800-ALAMODE

12-12020-mg    Doc 3276-6    Filed 03/20/13    Entered 03/20/13 17:51:14    Exhibit E for
Certification Matthew Beatty in Support of Motion    Pg 14 of 27
Page # 11 of 27

## Subject Photo Page

| Client | Dataquick | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | | | | |
| City | Montague | | County | Sussex | | State NJ | Zip Code 07827 |
| Appraiser | Timothy Beyrent | | | | | | |



### Subject Front

76 Clove Rd
Sales Price
Gross Living Area      1,442
Total Rooms            6
Total Bedrooms         3
Total Bathrooms        2.0
Location               A;BsyRd;
View                   B;Pstrl;
Site                   33,106 sf
Quality                Q5
Age                    112



### Subject Rear/Side



### Subject Street

12-12020-mg    Doc 3276-6    Filed 03/20/13    Entered 03/20/13 17:51:14    Exhibit E for
Certification Matthew Beatty in Support of Motion    Pg 15 of 27
Page 172 of 28

**Photograph Addendum**

| Client | Dataquick | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | | | | |
| City | Montague | County | Sussex | | State | NJ | Zip Code 07827 |
| Appraiser | Timothy Beyrent | | | | | | |



Street Scene



Front/side of subject



garage

Form GPICPIX — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

12-12020-mg    Doc 3276-6    Filed 03/20/13    Entered 03/20/13 17:51:14    Exhibit E for
Certification Matthew Beatty in Support of Motion    Pg 16 of 27
Page 4 of 21

## Comparable Photo Page

| Client | Dataquick | | | | |
|--------|-----------|---|---|---|---|
| Property Address | 76 Clove Rd | | | | |
| City | Montague | County Sussex | | State NJ | Zip Code 07827 |
| Appraiser | Timothy Beyrent | | | | |



### Comparable 1

48 Clove Rd
| | |
|---|---|
| Prox. to Subject | 0.35 miles NE |
| Sales Price | 144,000 |
| Gross Living Area | 1,172 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | A;BsyRd; |
| View | B;Pstrl; |
| Site | 22,216 sf |
| Quality | Q4 |
| Age | 47 |



### Comparable 2

8 Hillside Rd
| | |
|---|---|
| Prox. to Subject | 0.56 miles N |
| Sales Price | 160,000 |
| Gross Living Area | 1,672 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | B;Pstrl; |
| Site | 37,026 sf |
| Quality | Q4 |
| Age | 22 |



### Comparable 3

22 Cemetery Rd
| | |
|---|---|
| Prox. to Subject | 7.11 miles SW |
| Sales Price | 143,000 |
| Gross Living Area | 1,244 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | B;Pstrl; |
| Site | 20,038 sf |
| Quality | Q5 |
| Age | 92 |

12-12020-mg   Doc 3276-6   Filed 03/20/13   Entered 03/20/13 17:51:14   Exhibit E for
Certification Matthew Beatty in Support of Motion   Pg 17 of 27
Page # 17 of 27

## Comparable Photo Page

| Client | Dataquick | | | | |
|---|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | | |
| City | Montague | County | Sussex | State | NJ | Zip Code | 07827 |
| Appraiser | Timothy Beyrent | | | | |



### Comparable 4

242 New Rd

| Prox. to Subject | 4.10 miles SW |
|---|---|
| Sales Price | 168,000 |
| Gross Living Area | 1,212 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | A;BsyRd; |
| View | B;Pstrl; |
| Site | 1.12 ac |
| Quality | Q4 |
| Age | 57 |

### Comparable 5

| Prox. to Subject | |
|---|---|
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| Prox. to Subject | |
|---|---|
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Tax Assessor's Map

| Client | Dataquick | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | | | |
| City | Montague | County | Sussex | State | NJ | Zip Code 07827 |
| Appraiser | Timothy Beyrent | | | | | |



12-12020-mg   Doc 3276-6   Filed 03/20/13   Entered 03/20/13 17:51:14   Exhibit E for
Certification Matthew Beatty in Support of Motion   Pg 19 of 27
Page 4 18 of 24

**Aerial Map**

| Client | Dataquick | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | | | |
| City | Montague | County | Sussex | State | NJ | Zip Code 07827 |
| Appraiser | Timothy Beyrent | | | | | |



**Flood Map**

| Client | Dataquick | | | | |
|---|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | | |
| City | Montague | County | Sussex | State NJ | Zip Code 07827 |
| Appraiser | Timothy Beyrent | | | | |



## Location Map

| Client | Dataquick | | | | |
|---|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | | |
| City | Montague | County Sussex | | State NJ | Zip Code 07827 |
| Appraiser | Timothy Beyrent | | | | |



File No.    12091964

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Condition Ratings and Definitions**

**C1**

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*\*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Quality Ratings and Definitions**

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Form UADDEFINE — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

12-12020-mg    Doc 3276-6    Filed 03/20/13    Entered 03/20/13 17:51:14    Exhibit E for Certification Matthew Beatty in Support of Motion    Pg 23 of 27

Page 2 of 26

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Quality Ratings and Definitions (continued)**

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

**Definitions of Not Updated, Updated, and Remodeled**

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

**Explanation of Bathroom Count**

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Abbreviations Used In Data Standardization Text**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| In | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

**Other Appraiser-Defined Abbreviations**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Client | Dataquick | | | File No. 12091964 |
|---|---|---|---|---|
| Property Address | 76 Clove Rd | | | |
| City | Montague | County  Sussex | State  NJ | Zip Code 07827 |
| Appraiser | Timothy Beyrent | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

☐ Self Contained  (A written report prepared under Standards Rule  2-2(a)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Summary  (A written report prepared under Standards Rule  2-2(b)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Restricted Use  (A written report prepared under Standards Rule  2-2(c)  , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:  Under current market conditions, the reasonable exposure time for the subject property is approximately three to six months.

### Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

The intended user of this appraisal report is the Lender/Client. The intended use is to evaluate the property that is the subject of this appraisal for a credit decision, subject to the stated scope of work, purpose of this appraisal, reporting requirements of this appraisal report form and definition of market value. No additional intended users are identified by the appraiser.

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: *Timothy Beyrent* | Signature: |
| Name:  Timothy Beyrent | Name: |
| Designation: | Designation: |
| Date Signed:  09/20/2012 | Date Signed: |
| State Certification #:  42RC00142300 | State Certification #: |
| or State License #: | or State License #: |
| State:  NJ | State: |
| Expiration Date of Certification or License:  12/30/2013 | Expiration Date of Certification or License: |
| | Supervisory Appraiser Inspection of Subject Property: |
| Effective Date of Appraisal:  09/10/2012 | ☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior |

Form ID12E — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Appraiser E&O

Page #25 of 25

### Appraiser E&O 2012

## NAVIGATORS INSURANCE COMPANY

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN
WRITING TO THE COMPANY DURING THE POLICY PERIOD.

### PLEASE READ THIS POLICY CAREFULLY.

### REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY
### DECLARATIONS

POLICY NUMBER: __PH11RAL116118IV__    RENEWAL OF: _____

1.   NAMED INSURED:        Timothy G Beyrent

2.   ADDRESS:              6 Lakeshore Dr
                           Mine Hill, NJ 02803

3.   POLICY PERIOD:  FROM:  10/01/2011   TO:   10/01/2012
     12:01 A.M. Standard Time at the address of the Named Insured as stated in Number 2 above.

4.   LIMITS OF LIABILITY:
     A. $ ___1,000,000___ Damages Limit of Liability – Each Claim
     B. $ ___1,000,000___ Claim Expenses Limit of Liability – Each Claim
     C. $ ___1,000,000___ Damages Limit of Liability – Policy Aggregate
     D. $ ___1,000,000___ Claim Expenses Limit of Liability – Policy Aggregate

5.   DEDUCTIBLE (Inclusive of claim expenses):      A. $ __500 -__     Each Claim
                                                    B. $ __1,000 -__   Aggregate

6.   PREMIUM: $  598.00            Additional 0.9% NJ Guarantee Fund Surcharge $5.00

7.   RETROACTIVE DATE:    Unlimited

8.   FORMS ATTACHED:      NAV RAL NIC PF (02/11)   NAV RAL 300 NJ (02 11)
                          NAV RAL 002 (02 11)      NAV RAL 008 (02 11)

PROGRAM ADMINISTRATOR:    Herbert H. Landy Insurance Agency Inc.
                          75 Second Ave Suite 410  Needham, MA 02494-2876

By Acceptance of this policy the Insured agrees that the statements in the Declarations and the Application and any
attachments hereto are, the Insured's agreements and representations and that this policy embodies all agreements
existing between the Insured and the Company or any of its representatives relating to this insurance.

IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary.

_[Emily Miner]_
Secretary

_[Stanley A. Galanski]_
President

**navigators**
Insuring A World In Motion®

NAV RAL DEC (02 11)              Page 1 of 1

**State Of New Jersey**
**New Jersey Office of the Attorney General**
**Division of Consumer Affairs**

THIS IS TO CERTIFY THAT THE
**Real Estate Appraisers Board**

HAS CERTIFIED

TIMOTHY  BEYRENT
6 LAKESHORE DR
MINE HILL NJ  07803-2936

FOR PRACTICE IN NEW JERSEY AS A(N):  Cert Residential Appraiser

12/15/2011  TO  12/31/2013          **42RC00142300**
VALID          LICENSE/REGISTRATION/CERTIFICATION #

_____          _____
Signature of Licensee/Registrant/Certificate Holder          DIRECTOR