# EXHIBIT "F"

JOEL A. ACKERMAN
JA 4027

FWA-145582-1/mca
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
GMAC Mortgage LLC
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ 07092-0024
1-908-233-8500

|  |  |
|---|---|
| IN RE:<br><br>Steven T. Weingartner and Susan Weingartner<br>Debtors | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>:<br>: CHAPTER 7<br>:<br>: CASE NO. 10-45119-MS<br>:<br>: CERTIFICATION IN SUPPORT OF<br>: NOTICE OF MOTION TO VACATE<br>: AUTOMATIC STAY<br>: RET: 12/20/2010 @ 10:00am |

_JOHN CASTAGNA_ does hereby certify:

1. I am _BK SPECIALIST_ of GMAC Mortgage LLC, the holder of a First Mortgage on the debtors property at 76 Clove Road, Montague, NJ 07827 and I am the individual responsible for the handling of the books and records of the aforesaid mortgage account and I am fully aware of the contents thereof.

2. Copies of the Note or Bond, Mortgage and Assignment(s), if any, are annexed hereto.

3. The current amount due on the aforementioned mortgage, inclusive of foreclosure fees and costs incurred prior to the Debtors filing of the instant bankruptcy proceeding, amounts to $119,018.28 as of November 17, 2010. Annexed hereto is the Schedule as to Amount Due to Secured Creditor pursuant to Local Rules of Bankruptcy Practice: Rule 3(i)(2)(B). The loan is in default and due contractually for September 1, 2010.

### SCHEDULE AS TO AMOUNT DUE TO SECURED CREDITOR PURSUANT TO "LOCAL RULES OF BANKRUPTCY PRACTICE" RULE 4001-1(2)

| | |
|---|---:|
| Principal balance as of date of default | $117,263.78 |
| Interest | $1,679.73 |
| Escrow advances for real estate taxes and hazard insurance | $ 0.00 |
| Other Fees | $ 11.25 |
| Late Charges | $ 63.52 |
| TOTAL AMOUNT DUE SECURED CREDITOR AS OF November 17, 2010 | $119,018.28 |

THIS AMOUNT IS BEING PROVIDED FOR INFORMATION PURPOSES ONLY AND MAY NOT BE RELIED UPON FOR THE ACTUAL PAYOFF OF THIS LOAN