| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MEYNER AND LANDIS LLP<br>One Gateway Center, Suite 2500<br>Newark, New Jersey 07102<br>Meredith I. Friedman (MF9495)<br>Attorneys for PNC Bank, National Association | Case No.:     12-12020 |
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et.al,<br><br>        Debtor. | Hearing Date: April 30, 2013<br><br>Judge:     Martin Glenn<br><br>Chapter:     11 |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of movant PNC Bank, National Association, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

76 Clove Road, Montague, New Jersey 07827 (Lot 1, Block 9)

☐ Personal property more fully described as:
Rent payments from leases and recovery of equipment.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

PNC Bank, National Association shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.