Hearing Date:    April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO EXTEND TIME FOR
JULIO SOLANO TO FILE PROOF OF CLAIM TO APRIL 30, 2013 AT 10:00 A.M.**

   **PLEASE TAKE NOTICE** that the *Motion to Extend Time for Julio Solano to File Proof of Claim* [Docket No. 2935], previously scheduled to be heard on March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1083021

Dated: March 20, 2013  
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
James A. Newton  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for the Debtors and Debtors in Possession*