**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                            :    Chapter 11
                                                  :
Residential Capital, LLC, et al.,                 :    Case No. 12-12020 (MG)
                                                  :
　　　　　　　　Debtors.                            :    Jointly Administered
                                                  :
------------------------------------------------------------ x

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 107(b) AND RULE 9018
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO FILE THE
REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO THE DEBTORS' MOTION FOR A DETERMINATION THAT (I) GMAC
MORTGAGE'S FRB FORECLOSURE REVIEW IS A GENERAL UNSECURED
CLAIM AND (II) THE AUTOMATIC STAY PREVENTS ENFORCEMENT OF THE
FRB FORECLOSURE REVIEW OBLIGATION UNDER SEAL**

Upon the application [Docket No. 3244] (the "**Application**"),[1] dated March 19, 2013, of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), for an order pursuant to section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") authorizing the Committee to file its Reply under seal, as more fully described in the Application; and the Court having jurisdiction to consider the Application and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Committee having provided notice of the Application to the Notice Parties and no further notice is necessary; and the legal

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

and factual bases set forth in the Application establish just cause to grant the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is granted as provided herein.

2. Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the Committee is authorized to file the Reply and any accompanying exhibits under seal.

3. The full contents of the Reply shall not be disclosed to any parties in these cases other than: (a) the Bankruptcy Court; (b) counsel to the Debtors; (c) counsel to AFI; (d) the Examiner and his counsel; (e) the United States Trustee, and (f) subject to the terms of the Uniform Protective Order, those parties who have executed stipulations adopting the Uniform Protective Order and have been granted access to the Examiner's Document Depository, and as further directed by the Court after notice and hearing.

4. The rights of the Committee to challenge a confidential and/or professional eyes only designation for any document filed under seal pursuant to this Order are hereby preserved.

5. Anyone receiving a sealed copy of the Reply shall treat it as Confidential as defined by the Uniform Protective Order so long as the Reply, or any portion thereof, remains under seal by Order of this Court.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: March 21, 2013
      New York, New York

                                                                        /s/Martin Glenn
                                                                        MARTIN GLENN
                                                    United States Bankruptcy Judge