**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
In re:                                                                       :
                                                                             :    Chapter 11
RESIDENTIAL CAPITAL, LLC, et al.,                                            :    Case No. 12-12020 (MG)
                                                                             :    Jointly Administered
            Debtors.                                                         :
---------------------------------------------------------------------------- x
OFFICIAL COMMITTEE OF UNSECURED                                              :
CREDITORS, on behalf of the estates of the Debtors,                          :
                                                                             :
            Plaintiff,                                                       :
                                                                             :
            v.                                                               :    Adversary Proceeding
                                                                             :    No. 13-01277-mg
UMB BANK, N.A., as successor indenture trustee under that                    :
certain Indenture, dated as of June 6, 2008; and WELLS                       :
FARGO BANK, N.A., third priority collateral agent and                        :
collateral control agent under that certain Amended and                      :
Restated Third Priority Pledge and Security Agreement and                    :
Irrevocable Proxy, dated as of December 30, 2009,                            :
                                                                             :
            Defendants.                                                      :
---------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ):ss:
COUNTY OF NEW YORK       )

      Richard Felix, being duly sworn, affirms, deposes and says: I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein. On March 19, 2013, I caused to be served the following documents

    (i)    *Adversary Complaint for Declaratory Judgment, Avoidance of Liens and Disallowance of Claims;*

    (ii)   *Summons with Notice of Pre-Trial Conference;* and

    (iii)  *(Unredacted and Confidential) Adversary Complaint for Declaratory Judgment, Avoidance of Liens and Disallowance of Claims (with Exhibits and Schedules).*

DOCS_NY:29274.1 73839/001

Pg 2 of 2

via Federal Express, an overnight courier, upon the following party:

Eric S. Schaffer, Esq.
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716

On March 20, 2013 and March 21, 2013, I also caused to be served the following documents:

(i) *(Unredacted and Confidential) Adversary Complaint for Declaratory Judgment, Avoidance of Liens and Disallowance of Claims (with Exhibits and Schedules).*

(ii) *Summons with Notice of Pre-Trial Conference;*

via hand delivery, upon the following parties:

On March 20, 2013:

| | |
|---|---|
| Eric R. Wilson | Michael Driscoll, Esq. |
| Kelley Drye & Warren LLP | Brian Masumoto, Esq. |
| 101 Park Avenue | Office of the United States Trustee |
| New York, NY 10178 | 33 Whitehall Street, 21st Street |
| | New York, New York 10004 |

On March 21, 2013

Kevin O'Neill
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

　　　　　　　　　　　　　　　　　　　　　 */s/ Richard Felix*
　　　　　　　　　　　　　　　　　　　　　　Richard Felix

SWORN TO AND SUBSCRIBED before me this
 21st day of March, 2013

 */s/ Thomas J. Brown*
Thomas J. Brown
Notary Public State of New York
Registration No. 01BR6160813
Qualified in Rockland County
Commission Expires February 15, 2015

DOCS_NY:29274.1 73839/001