## Exhibit 4

1   Stanley E. Goldich (CA Bar No. 92659)
2   Jeffrey W. Dulberg (CA Bar No. 181200)
    Scotta E. McFarland (CA Bar No. 165391)
3   Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Blvd., 13th Floor
4   Los Angeles, California  90067-4100
    Telephone: 310/277-6910
5   Facsimile:  310/201-0760
    Email:  sgoldich@pszjlaw.com
6           jdulberg@pszjlaw.com
            smcfarland@pszjlaw.com
7
8   Counsel for the Liquidating Trusts
    of PCHLI, PCFI, and PCFC

FILED & ENTERED

DEC 19 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum        DEPUTY CLERK

9
10              UNITED STATES BANKRUPTCY COURT
11              CENTRAL DISTRICT OF CALIFORNIA
                    LOS ANGELES DIVISION
12
    In re:                                Case No.: 2:12-bk-15811-RK
13                                         Chapter 11
    PEOPLE'S CHOICE HOME LOAN,
14  INC., *et al*., [1]                    (Jointly Administered with Case Nos. 2:12-
                                           bk-16200-RK and 2:12-bk-16201-RK)
15                      Debtors.
                                           (Transferred from 8:07-bk-10765-RK and
16                                         Jointly Administered with 8:07-bk-10767-
                                           RK and 8:07-bk-10772-RK)
17
                                           ORDER GRANTING MOTION OF
18                                         THE PC TRUSTS FOR ORDER
                                           APPROVING SETTLEMENT
19                                         AGREEMENT BETWEEN THE PC
                                           TRUSTS AND RESIDENTIAL
20                                         FUNDING COMPANY, LLC
                                           REGARDING REPURCHASE
21                                         OBLIGATIONS CLAIM AND
                                           ADDITIONAL COSTS CLAIM
22                                         PORTIONS OF CLAIM NO. 508

23                                         Hearing:
                                           Date:       December 18, 2012
24                                         Time:       2:30 p.m.
                                           Place:      Courtroom 1675
25                                                     255 E. Temple Street
                                                       Los Angeles, CA 90012
26                                         Judge:      Hon. Robert N. Kwan

27
28  ───────────────────
    [1] The Debtors in these cases were People's Choice Home Loan, Inc.; People's Choice Funding, Inc.; and People's
    Choice Financial Corporation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The *Notice of Motion and Motion of The PC Trusts for Order Approving Settlement Agreement Between the PC Trusts And Residential Funding Company, LLC Regarding Repurchase Obligations Claim and Additional Costs Claim Portions of Claim NO. 508* (the "Motion") [2] [Docket No. 2641] filed on November 27, 2012 by the Liquidating Trusts of People's Choice Home Loan, Inc. ("PCHLI"), People's Choice Funding, Inc. ("PCFI"), and People's Choice Financial Corporation ("PCFC") (collectively, the "PC Trusts" and formerly the "Debtors"), by and through Ronald F. Greenspan, solely as the duly authorized and acting Liquidating Trustee for each of the PC Trusts (the "Liquidating Trustee") under the confirmed chapter 11 Plan in the Debtors' cases came before the Court at the above-referenced date and time. Appearances are as reflected on the Court's record.

The Court, having considered the Motion, the supporting Memorandum of Points and Authorities, and the files and records of the herein Case; the Court having found that notice of the Motion was sufficient and appropriate; no objection or opposition to the Motion having been filed; and good cause appearing for the granting of the Motion as set forth in the Court's Tentative Ruling thereon;

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED in its entirety;

2. The Debtors are authorized to enter into the Repurchase Claim Settlement Agreement between the PC Trusts and Residential Funding Company, LLC ("RFC") (the "Settlement Agreement"), attached as **Exhibit A** to the Motion, and the Settlement Agreement is approved in all respects;

3. The PC Trusts are authorized to enter into and take any and all actions reasonably necessary to effectuate the Settlement Agreement;

4. Pursuant to the Settlement Agreement, the RFC Repurchase Claim portion of Claim No. 508 is reduced and allowed as a general, unsecured, non-priority claim against PCHLI in the amount of $21,321,618 upon approval of the Settlement Agreement by the RFC Bankruptcy Court in the RFC Bankruptcy Case;

---

[2] Capitalized terms undefined herein shall have the meaning attributed to them in the Motion.

1      5.      The allowed RFC Repurchase Claim is allocated to the Mortgage Loans and in the

2  amounts as set forth in the Settlement Agreement and Exhibit A thereto.; and

3      6.      Nothing herein is intended to alter the terms of the Settlement Agreement, the terms

4  of which are approved in their entirety.

5      **IT IS SO ORDERED.**

6                                                        ###

25  DATED: December 19, 2012

_____
United States Bankruptcy Judge

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS  AT  LAW
LOS ANGELES , CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*):  **ORDER GRANTING MOTION OF THE PC TRUSTS FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE PC TRUSTS AND RESIDENTIAL FUNDING COMPANY, LLC REGARDING REPURCHASE OBLIGATIONS CLAIM AND ADDITIONAL COSTS CLAIM PORTIONS OF CLAIM NO. 508** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On December 19, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

RFC
Michael Stewart / Theresa Dykoschak
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 19, 2012**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via HAND DELIVERY**
U.S. Bankruptcy Court
Attn:  Honorable Robert N. Kwan
255 East Temple Street
Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2012 | Paige Doyle | /s/ *Paige Doyle* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING MOTION OF THE PC TRUSTS FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE PC TRUSTS AND RESIDENTIAL FUNDING COMPANY, LLC REGARDING REPURCHASE OBLIGATIONS CLAIM AND ADDITIONAL COSTS CLAIM PORTIONS OF CLAIM NO. 508** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of December 19, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☒ Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

Case 2:12-bk-15811-RK Doc 2052 Filed 03/21/18 Entered 03/21/18 17:22:12 Desc
Main Document Page 6 of 10

Case 2:12-bk-15811-RK Doc 3295-5 Filed 12/15/12 Entered 12/17/12 16:45:00 Exhibit 4
PC Bankruptcy Court Orders Page 7 of 21

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Jose D Alarcon jalarcon@bettzedek.org
- Daniel L Alexander daniel@colemanfrost.com
- Todd M Arnold tma@lnbyb.com
- Alvin M Ashley mashley@irell.com
- Daniel I Barness daniel@spiromoss.com
- Henkie F Barron hfbarron@gmail.com
- Richard J Bauer rbauer@mileslegal.com
- Ron Bender rb@lnbyb.com
- Patrick K Bruso generalmail@alvaradoca.com
- Andrew W Caine acaine@pszyjw.com
- Rebecca J Callahan rcallahan@callahanlaw.biz
- Theodore A Cohen tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Deborah Conley bkmail@prommis.com
- Vincent M Coscino vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Paul J Couchot pcouchot@winthropcouchot.com, pj@winthropcouchot.com;chipp@winthropcouchot.com
- Theron S Covey tcovey@coveylawpc.com
- Kevin A Crisp kcrisp@irell.com
- Peter A Davidson pdavidson@mdfslaw.com, lpekrul@ecjlaw.com
- Joseph C Delmotte ecfcacb@piteduncan.com
- Willis B Douglass Willis.B.Douglass@irscounsel.treas.gov
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Theresa H Dykoschak tdykoschak@faegre.com
- Louis J Esbin Esbinlaw@sbcglobal.net
- Charles J Filardi abothwell@filardi-law.com
- H Alexander Fisch afisch@stutman.com
- Parisa Fishback pfishback@fishbacklawgroup.com
- Steven B Flancher flanchers@michigan.gov
- J Rudy Freeman rfreeman@linerlaw.com
- Anthony A Friedman aaf@lnbyb.com
- Jerome Bennett Friedman jfriedman@jbflawfirm.com, msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com
- Jose A Garcia ecfcacb@piteduncan.com
- Jeffrey K Garfinkle bkgroup@buchalter.com, jgarfinkle@buchalter.com;docket@buchalter.com;svanderburgh@buchalter.com
- Oscar Garza ogarza@gibsondunn.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Stanley E Goldich sgoldich@pszyjw.com
- Stanley E Goldich sgoldich@pszjlaw.com
- Richard H Golubow rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Ronald F Greenspan ron.greenspan@fticonsulting.com
- Kevin Hahn kevin@mclaw.org
- Farhad Hajimirzaee fhajimirzaee@winston.com
- Matthew W Hamilton mhamilton@fulcruminv.com
- D Edward Hays ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Daniel L Hembree ecfcacbsfv@piteduncan.com

- Garrick A Hollander ghollander@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Thomas J Holthus bknotice@mccarthyholthus.com
- Gil Hopenstand ghopenstand@wwolawyers.com
- David I Horowitz david.horowitz@kirkland.com,
  keith.catuara@kirkland.com;terry.ellis@kirkland.com;jay.bhimani@kirkland.com
- Eric D. Houser scleere@houser-law.com
- James KT Hunter jhunter@pszjlaw.com
- Jay W Hurst jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Lance N Jurich ljurich@loeb.com, kpresson@loeb.com
- Ivan L Kallick ikallick@manatt.com, ihernandez@manatt.com
- David Kaplan dkaplan@irell.com
- Grant C Keary gck@dlklaw.com
- John W Kim jkim@nossaman.com
- Benjamin J Kimberley bkimberley@winston.com,
  kmorris@winston.com;hhammon@winston.com;docketsf@winston.com
- Jessica Kronstadt jessica.kronstadt@lw.com
- Donna L La Porte donna@laportelaw.net
- David B Lally davidlallylaw@gmail.com
- Ian Landsberg ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com
- Scott Lee slee@lbbslaw.com
- Leib M Lerner leib.lerner@alston.com
- Peter W Lianides plianides@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Ganna Liberchuk gliberchuk@haincapital.com
- Kerri A Lyman klyman@irell.com
- William Malcolm bill@mclaw.org
- Gregory A Martin gmartin@winston.com
- Laura E Mascheroni lmascheroni@corbsteel.com
- David E McAllister ecfcacb@piteduncan.com
- Christopher M McDermott ecfcacb@piteduncan.com
- Scotta E McFarland smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- David J Mccarty dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- David W. Meadows david@davidwmeadowslaw.com
- Robert K Minkoff rminkoff@jefferies.com
- Catherine A Moscarello - SUSPENDED - catherine@moscarellolaw.com
- Tania M Moyron tmoyron@peitzmanweg.com
- Randall P Mroczynski randym@cookseylaw.com
- Sean A Okeefe sokeefe@okeefelc.com
- John D Ott Jott@jdolawyers.com
- Daryl G Parker dparker@pszjlaw.com
- Renee M Parker bknotice@earthlink.net,
  bknotice@rcolegal.com;bknotice@earthlink.net;chanson@rcolegal.com
- JaVonne M Phillips bknotice@mccarthyholthus.com
- Dean G Rallis Jr drallis@sulmeyerlaw.com
- Kurt Ramlo kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Justin E Rawlins jrawlins@winston.com, docketla@winston.com
- Richard J Reynolds rreynolds@bwslaw.com

- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Karen Rinehart krinehart@omm.com
- Ronald D. Roup ecf@rouplaw.com
- Eric E Sagerman esagerman@winston.com, docketla@winston.com
- Nicholas W Sarris nsarris@kbrlaw.com
- Robert M Saunders rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- Kristin A Schuler-Hintz bknotice@mccarthyholthus.com
- Nathan A Schultz nschultzesq@gmail.com
- David B Shemano dshemano@peitzmanweg.com
- Timothy J Silverman tim@sgsslaw.com
- Michael R Stewart mstewart@faegre.com
- Sean Sullivan seansullivan@dwt.com
- Julia Szafraniec bknotice@mccarthyholthus.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com
- Patricia B Tomasco ptomasco@mailbmc.com
- Robert Trodella robert.trodella@hellerehrman.com
- Robert Trodella rtrodella@jonesday.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil cdcaecf@bdfgroup.com
- Andrew F Whatnall awhatnall@daca4.com
- John M White - SUSPENDED - scleere@houser-law.com
- David L Wilson dlwilson@winston.com
- Marc J Winthrop mwinthrop@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- David M Wiseblood dwiseblood@seyfarth.com
- Jennifer C Wong bknotice@mccarthyholthus.com
- Rolf S Woolner rwoolner@winston.com
- Donald A Workman dworkman@bakerlaw.com
- S Christopher Yoo cyoo@adornoca.com
- Les A Zieve bankruptcy@zievelaw.com

**3. SERVED BY THE LODGING PARTY BY UNITED STATES MAIL**:

**Liquidating Trustee**
Ronald Greenspan/Tamara McGrath
FTI Consulting, Inc.
633 West 5th Street, Suite 1600
Los Angeles, CA  90071-2027

**U.S. Trustee's Office**
Nancy S. Goldenberg, Esq.
Office of the U.S. Trustee
411 W. Fourth Street, Ste. 9041
Santa Ana, CA 92701-4593

**RFC**
Michael Stewart / Theresa Dykoschak
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN   55402-3901

**POST-EFFECTIVE DATE
COMMITTEE**

| | | |
|---|---|---|
| Attorneys for Fidelity (f/k/a LSI)<br>Donald A. Workman, Esq.<br>Baker Hostetler<br>1050 Connecticut Ave., NW, Ste. 1100<br>Washington, DC 20036-5304 | Michael A. Criscito/Megan Kane<br>DLJ Mortgage Capital, Inc.<br>11 Madison Avenue<br>New York, NY 10010 | Attys. for DLJ<br>Samuel Newman/Sarah Powers<br>Gibson, Dunn and Crutcher LLP<br>333 S. Grand Ave., Ste. 4600<br>Los Angeles, CA 90071-3197 |
| Dennis Hastings/Carla Hastings<br>iDirect Marketing, Inc.<br>6789 Quail Hill Parkway, Suite 550<br>Irvine, CA 92603 | Neil Luria/George Koutsonicolis<br>Residential Funding Corporation<br>c/o Navigant Capital Advisors, LLC<br>15900 South Park Blvd.<br>Shaker Heights, OH 44120 | Attys. for Residential Funding<br>David J. McCarty/Theodore Cohen<br>Sheppard, Mullin, Richter & Hampton<br>LLP<br>333 S. Hope St., 48th Flr.<br>Los Angeles, CA 90071 |
| **REQUEST FOR SPECIAL NOTICE**<br>**POST-PETITION** | Ben Barker<br>2932 Zircon Pl.<br>Carlsbad, CA 92004-4414 | Attys. for Robert Harris and David<br>Cronenbold<br>Richard B. Specter, Esq.<br>Corbett, Steelman & Specter<br>18200 Von Karman Avenue, Ste. 900<br>Irvine, CA 92612-1086 |
| Attys. for Residential Funding<br>Company<br>Michael Stewart/Theresa Dykoschak<br>Faegre & Benson LLP<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901 | Attys. for Residential Funding<br>Company<br>David McCarty/Theodore Cohen<br>Sheppard, Mullin, Richter & Hampton<br>LLP<br>333 S. Hope Street, 48th Flr.<br>Los Angeles, CA 90071-1448 | Attys. for Fidelity National<br>Donald A. Workman, Esq.<br>Baker & Hostetler LLP<br>1050 Connecticut Ave., N.W., Ste.<br>1100<br>Washington, DC 20036-5304 |
| Attys. for Fidelity National<br>Joseph L. Chairez, Esq.<br>Baker & Hostetler LLP<br>600 Anton Blvd., Ste. 900<br>Costa Mesa, CA 92626 | Attys. for HSBC Mortgage Services,<br>Inc.<br>Lance Jurich / Derrick Talerico<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Ste. 2200<br>Los Angeles, CA 90067 | Attys. for HSBC Mortgage Services,<br>Inc.<br>Stanley Orszula, Esq.<br>Loeb & Loeb LLP<br>321 North Clark Street, Suite 2300<br>Chicago, IL 60654 |
| Attys. for Washington Mutual Bank<br>Robert A. Trodella, Jr.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | Hain Capital Group, LLC<br>James Yenzer<br>Hain Capital Group, LLC<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | Attys. for Neil Kornswiet<br>Daniel L. Alexander, Esq.<br>Coleman Frost LLP<br>429 Santa Monica Blvd., Suite 700<br>Santa Monica, CA 90401 |
| Attys. for The C-BASS Liquidation<br>Trust<br>Mark Power/Jeffrey Zawadzki/<br>Christopher Hunker<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:261788.3 30395/005

**ADMINISTRATIVE CLAIMS**

Attys. for Neil Kornswiet
Gary Klausner/H. Fisch
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Attorneys for Creditor David Zimmer
Sara Chenetz, Esq.
Blank Rome LLP
1925 Century Park E 19th FL
Los Angeles, CA 90067

**D&O DEFENDANTS**

Attorneys for Neil B. Kornswiet
Mark Holscher, Esq., Michael Baumann, Esq.
David I. Horowitz, Esq., Jay L. Bhimani, Esq.
Kirkland & Ellis LLP
333 S. Hope Street
Los Angeles, CA  90071

Attorneys for Robert L. Harris, David F. Cronenbold, and Victor Coleman
Richard B. Specter, Esq.
Laura E. Mascheroni, Esq.
Corbett, Steelman & Specter
18200 Von Karman Ave., #900
Irvine, CA  92612-1023

Attorneys for Kathleen Lipps
Russell F. Sauer Jr., Esq., Charles W. Cox, Esq.
Anita P. Wu, Esq.
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560

Attorneys for Brad Plantiko
A. Matthew Ashley, Esq.,
Scott D. Baskin, Esq.
Kevin A. Crisp, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660-6324

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:261788.3 30395/005

12-12920-mg   Doc 3295-5   Filed 03/21/18   Entered 02/21/18 17:22:12   Exhibit 4 -
PC Bankruptcy Court Order   Pg 12 of 21

Stanley E. Goldich (CA Bar No. 92659)
Jeffrey W. Dulberg (CA Bar No. 181200)
Scotta E. McFarland (CA Bar No. 165391)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:    sgoldich@pszjlaw.com
          jdulberg@pszjlaw.com
          smcfarland@pszjlaw.com

Counsel for the Liquidating Trusts
of PCHLI, PCFI, and PCFC

FILED & ENTERED

DEC 19 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**PEOPLE'S CHOICE HOME LOAN, INC.**, *et al.*, [1]<br><br>Debtors. | Case No.: 2:12-bk-15811-RK<br>Chapter 11<br><br>(Jointly Administered with Case Nos. 2:12-bk-16200-RK and 2:12-bk-16201-RK)<br><br>(Transferred from 8:07-bk-10765-RK and Jointly Administered with 8:07-bk-10767-RK and 8:07-bk-10772-RK)<br><br>**ORDER GRANTING MOTION OF THE PC TRUSTS FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE PC TRUSTS AND RESIDENTIAL FUNDING COMPANY, LLC REGARDING THE WAREHOUSE UNSECURED CLAIM PORTION OF CLAIM NO. 508 IN THE PCHLI CASE, CLAIM NO. 119 IN THE PCFI CASE AND CLAIM NO. 127 IN THE PCFC CASE**<br><br>Hearing:<br>Date:      December 18, 2012<br>Time:      2:30 p.m.<br>Place:     Courtroom 1675<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

[1] The Debtors in these cases were People's Choice Home Loan, Inc.; People's Choice Funding, Inc.; and People's Choice Financial Corporation.

DOCS_LA:261789.3 30395/005

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES, CALIFORNIA*

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS   AT  LAW
LOS ANGELES , CALIFORNIA

1    The *Notice of Motion and Motion of The PC Trusts for Order Approving Settlement*

2   *Agreement Between the PC Trusts And Residential Funding Company, LLC Regarding the*

3   *Warehouse Unsecured Claim Portion of Claim No. 508 in the PCHLI Case, Claim No. 119 in the*

4   *PCFI Case And Claim No. 127 In The PCFC Case* (the "Motion") [2] [Docket No. 2640] filed on

5   November 27, 2012 by the Liquidating Trusts of People's Choice Home Loan, Inc. ("PCHLI"),

6   People's Choice Funding, Inc. ("PCFI"), and People's Choice Financial Corporation ("PCFC")

7   (collectively, the "PC Trusts" and formerly the "Debtors"), by and through Ronald F. Greenspan,

8   solely as the duly authorized and acting Liquidating Trustee for each of the PC Trusts (the

9   "Liquidating Trustee") under the confirmed chapter 11 Plan in the Debtors' cases came before the

10   Court at the above-referenced date and time. Appearances are as reflected on the Court's record.

11    The Court, having considered the Motion, the supporting Memorandum of Points and

12   Authorities, and the files and records of the herein Case; the Court having found that notice of the

13   Motion was sufficient and appropriate; no objection or opposition to the Motion having been filed;

14   and good cause appearing for the granting of the Motion as set forth in the Court's Tentative Ruling

15   thereon;

16    **IT IS HEREBY ORDERED** that:

17    1.    The Motion is GRANTED in its entirety;

18    2.    The Debtors are authorized to enter into the Warehouse Claim Settlement Agreement

19   between the PC Trusts and Residential Funding Company, LLC ("RFC") (the "Settlement

20   Agreement"), attached as **Exhibit A** to the Motion, and the Settlement Agreement is approved in all

21   respects;

22    3.    The PC Trusts are authorized to enter into and take any and all actions reasonably

23   necessary to effectuate the Settlement Agreement;

24    4.    Pursuant to the Settlement Agreement, Claim No. 119, Claim No. 127 and the

25   Warehouse Unsecured Claim Portion of Claim No. 508 are reduced and allowed as a general,

26   unsecured, non-priority claim against PCHLI in the amount of $44,082,558.55 upon approval of the

27   Settlement Agreement by the RFC Bankruptcy Court in the RFC Bankruptcy Case;

28

---

[2]  Capitalized terms undefined herein shall have the meaning attributed to them in the Motion.

5.     Nothing herein is intended to alter the terms of the Settlement Agreement, the terms of which are approved in their entirety.

**IT IS SO ORDERED.**

###

DATED: December 19, 2012

_____
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*):  **ORDER GRANTING MOTION OF THE PC TRUSTS FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE PC TRUSTS AND RESIDENTIAL FUNDING COMPANY, LLC REGARDING THE WAREHOUSE UNSECURED CLAIM PORTION OF CLAIM NO. 508 IN THE PCHLI CASE, CLAIM NO. 119 IN THE PCFI CASE AND CLAIM NO. 127 IN THE PCFC CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On December 19, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

RFC
Michael Stewart / Theresa Dykoschak
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 19, 2012**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via HAND DELIVERY**
U.S. Bankruptcy Court
Attn:  Honorable Robert N. Kwan
255 East Temple Street
Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2012 | Paige Doyle | /s/ *Paige Doyle* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING MOTION OF THE PC TRUSTS FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE PC TRUSTS AND RESIDENTIAL FUNDING COMPANY, LLC REGARDING THE WAREHOUSE UNSECURED CLAIM PORTION OF CLAIM NO. 508 IN THE PCHLI CASE, CLAIM NO. 119 IN THE PCFI CASE AND CLAIM NO. 127 IN THE PCFC CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of December 19, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☒  Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐  Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒  Service information continued on attached page

Case 2:20-bk-15841-RK    Doc 2059    Filed 02/15/12    Entered 02/17/12 16:50:39    Desc
Main Document    Page 6 of 70

12-12920-mg    Doc 3295-5    Filed 03/21/18    Entered 03/21/18 17:22:12    Exhibit 4
PC Bankruptcy Court Orders    Part 7    Page 17 of 21

1. __TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)__:

- Jose D Alarcon jalarcon@bettzedek.org
- Daniel L Alexander daniel@colemanfrost.com
- Todd M Arnold tma@lnbyb.com
- Alvin M Ashley mashley@irell.com
- Daniel I Barness daniel@spiromoss.com
- Henkie F Barron hfbarron@gmail.com
- Richard J Bauer rbauer@mileslegal.com
- Ron Bender rb@lnbyb.com
- Patrick K Bruso generalmail@alvaradoca.com
- Andrew W Caine acaine@pszyjw.com
- Rebecca J Callahan rcallahan@callahanlaw.biz
- Theodore A Cohen tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Deborah Conley bkmail@prommis.com
- Vincent M Coscino vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Paul J Couchot pcouchot@winthropcouchot.com,
  pj@winthropcouchot.com;chipp@winthropcouchot.com
- Theron S Covey tcovey@coveylawpc.com
- Kevin A Crisp kcrisp@irell.com
- Peter A Davidson pdavidson@mdfslaw.com, lpekrul@ecjlaw.com
- Joseph C Delmotte ecfcacb@piteduncan.com
- Willis B Douglass Willis.B.Douglass@irscounsel.treas.gov
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Theresa H Dykoschak tdykoschak@faegre.com
- Louis J Esbin Esbinlaw@sbcglobal.net
- Charles J Filardi abothwell@filardi-law.com
- H Alexander Fisch afisch@stutman.com
- Parisa Fishback pfishback@fishbacklawgroup.com
- Steven B Flancher flanchers@michigan.gov
- J Rudy Freeman rfreeman@linerlaw.com
- Anthony A Friedman aaf@lnbyb.com
- Jerome Bennett Friedman jfriedman@jbflawfirm.com,
  msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com
- Jose A Garcia ecfcacb@piteduncan.com
- Jeffrey K Garfinkle bkgroup@buchalter.com,
  jgarfinkle@buchalter.com;docket@buchalter.com;svanderburgh@buchalter.com
- Oscar Garza ogarza@gibsondunn.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Stanley E Goldich sgoldich@pszyjw.com
- Stanley E Goldich sgoldich@pszjlaw.com
- Richard H Golubow rgolubow@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Ronald F Greenspan ron.greenspan@fticonsulting.com
- Kevin Hahn kevin@mclaw.org
- Farhad Hajimirzaee fhajimirzaee@winston.com
- Matthew W Hamilton mhamilton@fulcruminv.com
- D Edward Hays ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Daniel L Hembree ecfcacbsfv@piteduncan.com

Case 12-12920-mg   Doc 3295-5   Filed 03/21/18   Entered 03/21/18 17:22:12   Exhibit 4
PC Bankruptcy Court Orders   Part 5   Page 18 of 21

- Garrick A Hollander ghollander@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Thomas J Holthus bknotice@mccarthyholthus.com
- Gil Hopenstand ghopenstand@wwolawyers.com
- David I Horowitz david.horowitz@kirkland.com,
  keith.catuara@kirkland.com;terry.ellis@kirkland.com;jay.bhimani@kirkland.com
- Eric D. Houser scleere@houser-law.com
- James KT Hunter jhunter@pszjlaw.com
- Jay W Hurst jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Lance N Jurich ljurich@loeb.com, kpresson@loeb.com
- Ivan L Kallick ikallick@manatt.com, ihernandez@manatt.com
- David Kaplan dkaplan@irell.com
- Grant C Keary gck@dlklaw.com
- John W Kim jkim@nossaman.com
- Benjamin J Kimberley bkimberley@winston.com,
  kmorris@winston.com;hhammon@winston.com;docketsf@winston.com
- Jessica Kronstadt jessica.kronstadt@lw.com
- Donna L La Porte donna@laportelaw.net
- David B Lally davidlallylaw@gmail.com
- Ian Landsberg ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com
- Scott Lee slee@lbbslaw.com
- Leib M Lerner leib.lerner@alston.com
- Peter W Lianides plianides@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Ganna Liberchuk gliberchuk@haincapital.com
- Kerri A Lyman klyman@irell.com
- William Malcolm bill@mclaw.org
- Gregory A Martin gmartin@winston.com
- Laura E Mascheroni lmascheroni@corbsteel.com
- David E McAllister ecfcacb@piteduncan.com
- Christopher M McDermott ecfcacb@piteduncan.com
- Scotta E McFarland smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- David J Mccarty dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- David W. Meadows david@davidwmeadowslaw.com
- Robert K Minkoff rminkoff@jefferies.com
- Catherine A Moscarello - SUSPENDED - catherine@moscarellolaw.com
- Tania M Moyron tmoyron@peitzmanweg.com
- Randall P Mroczynski randym@cookseylaw.com
- Sean A Okeefe sokeefe@okeefelc.com
- John D Ott Jott@jdolawyers.com
- Daryl G Parker dparker@pszjlaw.com
- Renee M Parker bknotice@earthlink.net,
  bknotice@rcolegal.com;bknotice@earthlink.net;chanson@rcolegal.com
- JaVonne M Phillips bknotice@mccarthyholthus.com
- Dean G Rallis Jr drallis@sulmeyerlaw.com
- Kurt Ramlo kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Justin E Rawlins jrawlins@winston.com, docketla@winston.com
- Richard J Reynolds rreynolds@bwslaw.com

- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Karen Rinehart krinehart@omm.com
- Ronald D. Roup ecf@rouplaw.com
- Eric E Sagerman esagerman@winston.com, docketla@winston.com
- Nicholas W Sarris nsarris@kbrlaw.com
- Robert M Saunders rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- Kristin A Schuler-Hintz bknotice@mccarthyholthus.com
- Nathan A Schultz nschultzesq@gmail.com
- David B Shemano dshemano@peitzmanweg.com
- Timothy J Silverman tim@sgsslaw.com
- Michael R Stewart mstewart@faegre.com
- Sean Sullivan seansullivan@dwt.com
- Julia Szafraniec bknotice@mccarthyholthus.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com
- Patricia B Tomasco ptomasco@mailbmc.com
- Robert Trodella robert.trodella@hellerehrman.com
- Robert Trodella rtrodella@jonesday.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil cdcaecf@bdfgroup.com
- Andrew F Whatnall awhatnall@daca4.com
- John M White - SUSPENDED - scleere@houser-law.com
- David L Wilson dlwilson@winston.com
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- David M Wiseblood dwiseblood@seyfarth.com
- Jennifer C Wong bknotice@mccarthyholthus.com
- Rolf S Woolner rwoolner@winston.com
- Donald A Workman dworkman@bakerlaw.com
- S Christopher Yoo cyoo@adornoca.com
- Les A Zieve bankruptcy@zievelaw.com

**3. SERVED BY THE LODGING PARTY BY UNITED STATES MAIL**:

**Liquidating Trustee**
Ronald Greenspan/Tamara McGrath
FTI Consulting, Inc.
633 West 5th Street, Suite 1600
Los Angeles, CA  90071-2027

**RFC**
Michael Stewart / Theresa Dykoschak
Faegre & Benson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901

**U.S. Trustee's Office**
Nancy S. Goldenberg, Esq.
Office of the U.S. Trustee
411 W. Fourth Street, Ste. 9041
Santa Ana, CA 92701-4593

**POST-EFFECTIVE DATE COMMITTEE**

| | | |
|---|---|---|
| Attorneys for Fidelity (f/k/a LSI)<br>Donald A. Workman, Esq.<br>Baker Hostetler<br>1050 Connecticut Ave., NW, Ste. 1100<br>Washington, DC 20036-5304 | Michael A. Criscito/Megan Kane<br>DLJ Mortgage Capital, Inc.<br>11 Madison Avenue<br>New York, NY 10010 | Attys. for DLJ<br>Samuel Newman/Sarah Powers<br>Gibson, Dunn and Crutcher LLP<br>333 S. Grand Ave., Ste. 4600<br>Los Angeles, CA 90071-3197 |
| Dennis Hastings/Carla Hastings<br>iDirect Marketing, Inc.<br>6789 Quail Hill Parkway, Suite 550<br>Irvine, CA 92603 | Neil Luria/George Koutsonicolis<br>Residential Funding Corporation<br>c/o Navigant Capital Advisors, LLC<br>15900 South Park Blvd.<br>Shaker Heights, OH 44120 | Attys. for Residential Funding<br>David J. McCarty/Theodore Cohen<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope St., 48th Flr.<br>Los Angeles, CA 90071 |
| **REQUEST FOR SPECIAL NOTICE POST-PETITION** | Ben Barker<br>2932 Zircon Pl.<br>Carlsbad, CA 92004-4414 | Attys. for Robert Harris and David Cronenbold<br>Richard B. Specter, Esq.<br>Corbett, Steelman & Specter<br>18200 Von Karman Avenue, Ste. 900<br>Irvine, CA 92612-1086 |
| Attys. for Residential Funding Company<br>Michael Stewart/Theresa Dykoschak<br>Faegre & Benson LLP<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901 | Attys. for Residential Funding Company<br>David McCarty/Theodore Cohen<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Flr.<br>Los Angeles, CA 90071-1448 | Attys. for Fidelity National<br>Donald A. Workman, Esq.<br>Baker & Hostetler LLP<br>1050 Connecticut Ave., N.W., Ste. 1100<br>Washington, DC 20036-5304 |
| Attys. for Fidelity National<br>Joseph L. Chairez, Esq.<br>Baker & Hostetler LLP<br>600 Anton Blvd., Ste. 900<br>Costa Mesa, CA 92626 | Attys. for HSBC Mortgage Services, Inc.<br>Lance Jurich / Derrick Talerico<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Ste. 2200<br>Los Angeles, CA 90067 | Attys. for HSBC Mortgage Services, Inc.<br>Stanley Orszula, Esq.<br>Loeb & Loeb LLP<br>321 North Clark Street, Suite 2300<br>Chicago, IL 60654 |
| Attys. for Washington Mutual Bank<br>Robert A. Trodella, Jr.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | Hain Capital Group, LLC<br>James Yenzer<br>Hain Capital Group, LLC<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | Attys. for Neil Kornswiet<br>Daniel L. Alexander, Esq.<br>Coleman Frost LLP<br>429 Santa Monica Blvd., Suite 700<br>Santa Monica, CA 90401 |
| Attys. for The C-BASS Liquidation Trust<br>Mark Power/Jeffrey Zawadzki/<br>Christopher Hunker<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

# F 9013-3.1.PROOF.SERVICE

DOCS_LA:261789.3 30395/005

| | | |
|---|---|---|
| **ADMINISTRATIVE CLAIMS** | Attys. for Neil Kornswiet | Attorneys for Creditor David Zimmer |
| | Gary Klausner/H. Fisch | Sara Chenetz, Esq. |
| | Stutman, Treister & Glatt | Blank Rome LLP |
| | 1901 Avenue of the Stars, 12th Floor | 1925 Century Park E 19th FL |
| | Los Angeles, CA  90067 | Los Angeles, CA 90067 |
| | | |
| **D&O DEFENDANTS** | Attorneys for Neil B. Kornswiet | Attorneys for Robert L. Harris, David F. |
| | Mark Holscher, Esq., Michael Baumann, Esq. | Cronenbold, and Victor Coleman |
| | David I. Horowitz, Esq., Jay L. Bhimani, Esq. | Richard B. Specter, Esq. |
| | Kirkland & Ellis LLP | Laura E. Mascheroni, Esq. |
| | 333 S. Hope Street | Corbett, Steelman & Specter |
| | Los Angeles, CA  90071 | 18200 Von Karman Ave., #900 |
| | | Irvine, CA  92612-1023 |

| | |
|---|---|
| Attorneys for Kathleen Lipps | Attorneys for Brad Plantiko |
| Russell F. Sauer Jr., Esq., Charles W. Cox, Esq. | A. Matthew Ashley, Esq., |
| Anita P. Wu, Esq. | Scott D. Baskin, Esq. |
| Latham & Watkins LLP | Kevin A. Crisp, Esq. |
| 355 South Grand Avenue | Irell & Manella LLP |
| Los Angeles, CA  90071-1560 | 840 Newport Center Drive, Suite 400 |
| | Newport Beach, CA  92660-6324 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:261789.3 30395/005