UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                   :

In re                            :         **Chapter 11**
                                   :

**RESIDENTIAL CAPITAL, LLC, et al.,** [1]   :     **Case No. 12-12020 (MG)**
                                   :
                                   :
                                   :         **(Jointly Administered)**
               **Debtors.**      :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On March 18, 2013 at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail on the parties on the  Monthly Service List attached hereto as **Exhibit A**, and via First Class Mail upon the Special Service List attached hereto as **Exhibit B**:

    1. **Third Stipulation and Order Amending the AFI DIP and Cash Collateral Order** [Docket No. 3230]

    2. **Notice of Presentment of Debtors' Motion for Order Under Bankruptcy Code Sections 327(a) and 328(a) Approving Additional Engagement Letters with Deloitte & Touche  LLP; Presentment to be Held on March 25, 2013 at 12:00 p.m. (ET)** [Docket No. 3233]

B. Additionally, on March 18, 2013 at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail on the Monthly Service List attached hereto as **Exhibit A** and the parties on the service list attached hereto as **Exhibit C**, via First Class Mail upon the parties on the Special Service List attached hereto as **Exhibit B**, and via Overnight Mail upon the parties on the service list attached hereto as **Exhibit D**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1. **Notice of Adjournment of Hearing on Debtors' Objection to Proof of Claim Number 3545 Filed b Nicole Bradbury, et al. Against GMAC Mortgage, LLC Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 to April 11, 2013 at 10:00 a.m.** [Docket No. 3231]

C. Additionally, on March 18, 2013 at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail on the Monthly Service List attached hereto as **Exhibit A** and the parties on the service list attached hereto as **Exhibit E**, and via First Class Mail upon the parties on the Special Service List attached hereto as **Exhibit B** and the parties on the service list attached hereto as **Exhibit F**:

1. **Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses for the Period Between September 1, 2012 and December 31, 2012; Hearing to be Held on April 11, 2013 at 10:00 a.m. (ET)** [Docket No. 3232]

D. Additionally, on March 18, 2013 at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail on the Monthly Service List attached hereto as **Exhibit A** and the party on the service list attached hereto as **Exhibit G**, via First Class Mail upon the parties on the Special Service List attached hereto as **Exhibit B**, and via Overnight Mail upon the party on the service list attached hereto as **Exhibit H**:

1. **Notice of Adjournment of Hearing on Objection of DB Structured Products, Inc. and MortgageIt Holdings, Inc. to Debtors' Propose Cure Amount and to Assumption and Assignment of Related Agreements; Hearing to be Held April 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** [Docket No. 3237]

E. Additionally, on March 18, 2013 at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail on the Monthly Service List attached hereto as **Exhibit A** and the parties on the service list attached hereto as **Exhibit I**, via First Class Mail upon the parties on the Special Service List attached hereto as **Exhibit B**, and via Overnight Mail upon the parties on the service list attached hereto as **Exhibit J**:

1. **Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) o April 30, 2013 at 10:00 a.m.** [Docket No. 3239]

Dated: March 21, 2013

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st of March, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# EXHIBIT A

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Akerman Senterfitt LLP | Andrea S Hartley | andrea.hartley@akerman.com | Counsel to EverBank |
| Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | susan.balaschak@akerman.com; | Counsel to EverBank |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | rajohnson@akingump.com; ccarty@akingump.com; fhodara@akingump.com | Counsel to Aurelius Capital Management LP |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | bnkatty@aldine.k12.tx.us | Attorneys for the Aldine Independent School District |
| Aldridge Connors LLP | Bankruptcy Department | ecfmail@aclawllp.com | PennyMac Loan Services, LLC |
| Allen & Overy LLP | Ken Coleman & John Kibler | ken.coleman@allenovery.com; john.kibler@allenovery.com | Counsel to HSBC Bank USA, NA as Trustee of Certain Mortgage Backed Securities |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com; william.b.solomon@ally.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com;william.hao@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | bill.macurda@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov | Counsel to the Texas Comptroller of Public Accounts |
| Attorney General of the State of Michigan Bill Schuette | Juandisha M Harris Asst Attorney General | harris12@michigan.gov | Attorney General for the State of Michigan |
| Ballard Spahr LLP | Sarah Schindler-Williams, Esquire | Schindlerwilliamss@ballardspahr.com | Counsel to PNC Bank NA |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com | Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | davids@blbglaw.com; jonathanu@blbglaw.com; matthew@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Blank Rome LLP | Michael B Schaedle | schaedle@blankrome.com; tarr@blankrome.com | Counsel to PNC Mortgage a Division of PNC Bank NA |
| Blank Rome LLP | Stanley B Tarr & Alan M Root | root@blankrome.com | Counsel to PNC Mortgage a Division of PNC Bank NA |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com | Top 50 Creditors |
| Brown Rudnick LLP | Sigmund S Wissner Gross | swissnergross@brownrudnick.com | Counsel to Paulson & Co. Inc. |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com;ingrid.bagby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Caley Dehkhoda & Quadri dba Wong Fleming | Dianna J Caley | dcaley@wongfleming.com | Counsel to Caley Dehkoda & Qadri |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | bankruptcy@clm.com | Counsel to  an Ad Hoc Consortium of RMBS holders |
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | hseife@chadbourne.com;dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com | Counsel to the Examiner, Arthur J Gonzalez |
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; | Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Matthew M Rehns | jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;kmrehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com;echou@coleschotz.com | Counsel to HP Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| County Attorney for Broward County | Joni Armstrong Coffey | Hhawn@broward.org; Ckitchner@broward.org; swulfekuhle@broward.org | County Attorney for Broward County |
| Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com | Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com | Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com | Conflicts Counsel to the Debtors |
| Day Pitney LLP | Herbert K Ryder | hryder@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | James J Tancredi | jjtancredi@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | Joshua W. Cohen | jwcohen@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com; craig.druehl@dechert.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | Rosa Mendez | rosa.mendez@db.com | Securitization Trustee |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com | Member of Official Committee of Unsecured Creditors |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | kelvin.vargas@db.com | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Diem T Nguyen | | diem.home@gmail.com | Interested Party, Diem T Nguyen |
| Duane Morris LLP | Gerald S Catalanello Esq & james J Vinceguerra Esq | gcatalanello@duanemorris.com;jvinceguerra@duanemorris.com | Counsel to Green Planet Servicing LLC |
| Fannie Mae | Attn Peter McGonigle | peter_mcgonigle@fanniemae.com | Prepetition Lender - Fannie EAF |
| Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com | GSE - Fannie Mae |
| Fein Such & Crane LLP | Joshua Sherer | jsherer@feinsuch.com; jsherer@feinsuch.com | Counsel to GMAC Mortgage LLC; Counsel to Rushmore Loan Management Services, as servicer for Wells Fargo Bank, NA, Not in Its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2011-1T |
| Fein Such & Crane LLP | Joshua Sherer & Tammy L Terrell | tterrell@feinsuch.com | Counsel to GMAC Mortgage LLC |
| Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com | Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC, Residential Capital LLC |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com | Counsel to California Housing Finance Agency |
| FIDC | Dennis J Early | dearly@fdic.gov | Counsel to the FDIC |
| Flores & Saucedo PLLC | Christina Flores | floressaucedopllc@gmail.com | Counsel to City of Laredo Tax Department |
| Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com | Counsel to TCF National Bank |

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com | Counsel to Freddie Mac |
| Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Gibbons PC | Attn Jeffrey S Berkowitz Esq | jberkowitz@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbons PC | Attn Karen A Giannelli Esq | kgiannelli@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com | Counsel to the Institutional Investors |
| Ginnie Mae | | theodore.w.tozer@hud.gov | GSE - Ginnie Mae |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com | Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| Guttleman Muhlstock Chewcaskie | Brian Chewcaskie | brian@gmcnjlaw.com | Counsel to the Township of Saddle Brook |
| Hodgson Russ LLP | Garry M Graber Esq | ggraber@hodgsonruss.com | Counsel to Manufacturers and Traders Trust Company |
| HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com | Counsel to HP Enterprise Services LLC |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | morton@hunton.com;rrich2@hunton.com | Counsel to Newport Management Corporation |
| Imperial County Tax Collector | | floraoropeza@co.imperial.ca.us | County of Imperial California |
| Iron Mountain Information  Management Inc | Joseph Corrigan | bankruptcy2@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| Jones Day | Carl E Black | ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com;ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com | Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | eciolko@ktmc.com; dmoffa@ktmc.com | Counsel to Plaintiffs and the Putative Class |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com | Counsel to Oakland County Treasurer; Counsel to Wayne County Treasurer |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| KIRBY McINERNEY LLP | Mark A Strauss & J Brandon Walker | mstrauss@kmllp.com; bwalker@kmllp.com | Counsel to Landon Rothstein, Jennifer Davidson, Robert Davidson, and Ihor Kobryn, Individually and on Behalf of All Others Similarly Situated |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com;jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |
| Kozeny, McCubbin & Katz, LLP | Jordan S Katz | sdny@kmk-law.net | Counsel to Secured Creditor Select Portfolio Servicing Inc. as Servicers for Wells Fargo Bank NA as Trustee in Trust for SASCO 2007-MLN1 Trust Fund; Select Portfolio Servicing Inc as Servicers for US Bank NA as Trustee on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6; Select Portfolio Servicing Inc as Servicers for US Bank NA as Trustee on behalf of the First Franklin Mortgage Loan Trust Mortgage Pass Through Certificates, Series 2005-FF9 |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com;jtrachtman@kramerlevin.com;  pbentley@kramerlevin.com;  dmannal@kramerlevin.com;  szide@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kriss & Feuerstein LLP | Jason S Leibowitz | jleibowitz@kandfllp.com | Counsel to Wachovia Bank NA as Trustee for the Security National Mortgage Loan Trust 2004-2 |
| Lapp Libra Thomson Stoebner & Pusch | David A Libra Esq | dlibra@lapplibra.com | Counsel to Normandale Holdings LLC |
| Law Debenture Trust Company of New York | James D Heaney Managing Director | james.heaney@lawdeb.com | Law Debenture Trust Company of New York |
| Law Offices of Richard Sax | Richard Sax | richard@rsaxlaw.com | Counsel to Creditor Julio Solano |
| Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Leopold & Associates PLLC | Saul Leopold | Dcaponnetto@leopoldassociates.com | Counsel to Bank of America NA; Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2; and Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass through Certificates. Series 2007-H3; Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement dated 1/2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC1; U.S. Bank NA as Trustee under Pooling and Service Agreement dated 3/1/2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2; Ocwen Loan Servicing, LLC; and Deutsche Bank Trust Company Americas as Indenture Trustee |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com | Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County; Counsel to Taxing Authorities |
| Locke Lord LLP | Casey B Howard | choward@lockelord.com | Interested Party |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | wcurchack@loeb.com;vrubinstein@loeb.com;dminoff@loeb.com | Counsel to Wilmington Trust NA, as Indenture Trustee |

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o  Counsel to Plaintiffs and the Putative Class |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o  Counsel to Plaintiffs and the Putative Class |
| Magnozzi & Kye LLP | Amish R Doshi Esq | adoshi@magnozzikye.com | Counsel to Oracle America Inc |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | susanp@taxcollector.com | Counsel to Manatee County Tax Collector |
| Marino Tortorella & Boyle PC | Kevin H Marino & John A Boyle | kmarino@khmarino.com; jboyle@khmarino.com | Counsel to Morgan Stanley & Co. Incorporated, n/k/a Morgan Stanley & Co. LLC |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | lgordon@mvbalaw.com | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | guzzi@milbank.com | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | sdnyecf@dor.mo.gov | Counsel to Missouri Department of Revenue |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morganroth & Morganroth PLLC | Mayer Morganroth & Jeffrey B Morganroth | mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com | Counsel to Mary Critchley |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com | Counsel to Cal-Western Reconveyance Corporation |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.hamzehpour@gmacrescap.com; diane.citron@ally.com; Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; | Residential Capital LLC |
| Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov | Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Office of Shabbir A Khan | Phonxay Keokham | almeyers@sjgov.org | County of San Joaquin |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | Nancy.Lord@OAG.State.NY.US;enid.stuart@OAG.State.NY.US | Counsel to the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov | Office of the United States Attorney for the Southern District of New York |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com;bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com | Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP | Brandon Johnson | brandon.johnson@pillsburylaw.com | Counsel to 2255 Partners LP |
| Placer County Office of the Treasurer-Tax Collector | Jenny McMurtry Deputy Tax Collector | jmcmurtr@placer.ca.gov | Placer County Tax Collector |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com;jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com;jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com;davebrunett@quinnemanuel.com;jeremyandersen@quinnemanuel.com | Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | Eric D Winston & Jeremy D Anderson | jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com | Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com;sc ottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc |
| Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robert E Brown PC | | rbrown@robertbrownlaw.com | Counsel to Certain Homeowners Claimants |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com;keith.woffo rd@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com | Counsel to the Institutional Investors |
| Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com | Counsel to Samuel I White PC |
| Saul Ewing | Mark Minuti | mminuti@saul.com | Counsel to American Residential Equities LLC, in its own individual capacity and its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005 |
| Saul Ewing | Nicolas J Nastasi | nnastasi@saul.com | Counsel to American Residential Equities LLC, in its own individual capacity and its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005 |
| Saul Ewing | Stephen B Ravin & Dipesh Patel | sravin@saul.com; dpatel@saul.com | Counsel to American Residential Equities LLC, in its own individual capacity and its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005 |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | jglucksman@scarincihollenbeck.com | Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall |
| Schlam Stone & Dolan LLP | Bennette D. Kramer | bdk@schlamstone.com | Counsel to Certain Homeowners Claimants |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com;rbarkasy@sch nader.com | Counsel to Liberty Property Limited Partnership |
| Schnader Harrison Segal & Lewis LLP | Eric A Boden | eboden@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schulte Roth & Zabel LLP | Adam C Harris | adam.harris@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Howard O Godnick | howard.godnick@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | marguerite.gardiner@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Michael G Cutini | michael.cutini@srz.com | Counsel to Cerberus Capital Management LP |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov;newyork@sec. gov; bankruptcynoticeschr@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Seward & Kissell LLP | Greg S Bateman & Dale C Christensen Jr & Sagar Patel & Thomas Ross Hopper | bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hopper@sewkis.com; josselson@sewkis.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008; Counsel to Law Debenture Trust Company of New York as Separate Trustee |
| Seward & Kissell LLP | Ronald L Cohen Kalas Das Mark D Kotwick Arlene R Alves & Laurie R Binder | cohen@sewkis.com;das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com | Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Master Servicer; & Counsel to US Bank NA as Trustee of Certain Mortgage Backed Securities Trusts |
| Shafferman & Feldman LLP | Joel M Shafferman Esq | joel@shafeldlaw.com | Counsel to NYCTL 2011-A Trust |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sbwlawfirm.com | Counsel to Petra Finance LLC |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com;sfennessey@s hearman.com | Counsel to Citibank NA |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com;nikolay.kodes@sk adden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com | Counsel to Barclays Bank PLC |
| Stein Wiener & Roth LLP | Attn Pranali Datta | pdatta@hhstein.com | Counsel to OneWest Bank FSB; US Bank NA as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp. Mortgage Pass-Through Certificates, Series 2006-1; Sun Trust Mortgage, Inc. |
| Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com | Counsel to Bank of the West |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com | Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS holders |
| Talcott Franklin P.C. | Derek S White | derek@talcottfranklin.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com | Counsel to TCF National Bank |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | jteitelbaum@tblawllp.com | Counsel to JPMorgan Chase Bank, NA |
| Tennessee Department of Revenue | c o TN Attorney Generals Office | AGBankNewYork@ag.tn.gov | Tennessee Attorney Generals Office |
| The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company | Susan Khokher | Adam.Parkin@tdsecurities.com; Christopher.James@tdsecurities.com; | Securitization Trustee |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | kay.brock@co.travis.tx.us | Counsel to Tina Morton Travis County Tax Assessor Collector |
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | mamta.scott@usbank.com; | Member of Official Committee of Unsecured Creditors |

Exhibit A
Monthly Service List
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov | Counsel to GSE - Ginnie Mae |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| UMB Bank NA | Mark B Flannagan | Mark.Flannagan@umb.com | Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov | Counsel to the United State of America |
| US Bank Global Corporate Trust Services | James H Byrnes | james.byrnes@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Bank NA Corporate Trust Services Division | Laura L Moran | laura.moran@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com,dskeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| Weil Gotschal & Manges LLP | Gary T Holtzer | gary.holtzer@weil.com | Counsel to Syncora Guarantee Inc |
| Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com ;mary.l.sohlberg@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | kristi.garcia@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | accesslegalservices@gmail.com | Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes; Co-Counsel to the Ad Hoc Group of Junior Secured Noteholders |
| Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com | Counsel to Monarch Alternative Capital LP |
| Wilmington Trust | Roseline Maney | rmaney@wilmingtontrust.com | Securitization Trustee |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | dneier@winston.com; cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

# EXHIBIT B

Exhibit B
Special Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS1 | CITY | ST | ZIP | DESCRIPTION |
|------|-------------|----------|------|-----|-----|-------------|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | New York | NY | 10112 | Counsel to the Examiner, Arthur J Gonzalez |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | New York | NY | 10013 | Secured lender under the Mortgage Servicing Rights Facility |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | New York | NY | 10019 | Counsel to Ocwen Loan Servicing LLC |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | Summit | NJ | 07901 | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | Philadelphia | PA | 19103 | Prepetition Lender - Fannie EAF |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Philadelphia | PA | 19104 | Internal Revenue Service |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | Baltimore | MD | 21201 | Internal Revenue Service |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | New York | NY | 10178 | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | New York | NY | 10022 | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | New York | NY | 10022-4611 | Counsel to the Ally Financial Inc. & Ally Bank |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | New York | NY | 10036 | Counsel to the Official Committee of Unsecured Creditors |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | New York | NY | 10005 | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | New York | NY | 10104 | Residential Capital LLC |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | Albany | NY | 12224-0341 | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | New York | NY | 10007 | Office of the United States Attorney for the Southern District of New York |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | Washington | DC | 20549 | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 | Securities and Exchange Commission - New York Regional Office |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | New York | NY | 10036 | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | New York | NY | 10036 | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | New York | NY | 10036 | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | New York | NY | 10036 | Counsel to Barclays Bank PLC |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | New York | NY | 10286 | Indenture Trustee under the Pre-Petition GSAP Facility |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | Office of the United States Attorney General |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | New York | NY | 10007 | Counsel to the United State of America |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | New York | NY | 10004 | Office of the United States Trustee for the Southern District of New York |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | Columbia | MD | 21046 | GMEN Indenture Trustee at Corporate Trust Office |

# EXHIBIT C

Exhibit 1

Served via Electronic Mail

| COMPANY | CONTACT | EMAIL |
|---------|---------|-------|
| Molleur Law Office | Andrea Bopp Stark | andrea@molleurlaw.com |

# EXHIBIT D

Exhibit D

Served via Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---------|---------|----------|------|-------|-----|
| Molleur Law Office | Andrea Bopp Stark | 419 Alfred Street | Biddeford | ME | 04005- |

# EXHIBIT E

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| ANALYTIC FOCUS LLP | ADRIAN COWAN | acowan@analyticfocus..com |
| ARTHUR J GONZALEZ | c/o CHADBOURNE & PARKE LLP | hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com |
| BRADLEY ARANT BOULT CUMMINGS LLC | R W MADDOX & J R BENDER | rmaddox@babc..com; jbender@babc..com |
| CARPENTER LIPPS & LELAND LLP | JEFFREY A LIPPS & J AL BATTLE & D A BECK | lipps@carpenterlipps.com; battle@carpenterlipps.com; beck@carpenterlipps.com |
| CHADBOURNE & PARKE LLP | HOWARD SEIFE & DAVID M LEMAY | hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com |
| CURTIS MALLET PREVOST COLT MOSLE | STEVEN J REISMAN & MARYANN GALLAGHER | sreisman@curtis.com; mgallagher@curtis.com |
| DORSEY & WHITNEY LLP | ERIC LOPEZ SCHNABEL & JESSICA D MIKHAILEVICH | schnabel.eric@dorsey.com; mikhailevich.jessica@dorsey.com |
| DORSEY & WHITNEY LLP | THOMAS O KELLY III | kelly.tom@dorsey.com |
| FTI CONSULTING LLC | WILLIAM J NOLAN | williamnolan@fticonsulting.com |
| HUDSON COOK LLP | DANA FREDERICK CLARKE | dclarke@hudco.com |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN | keckstein@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| LOCKE LORD LLP | THOMAS J CUNNINGHAM | tcunningham@lockelord.com |
| MERCER (US) INC | C/O FREEBORN & PETERS LLP | tfawkes@freebornpeters.com; deggert@freebornpeters.com |
| MORRISON COHEN LLP | JOSEPH T MOLDOVAN & ROBERT K DAKIS | jmoldovan@morrisoncohen.com |
| ORRICK HERRINGTON & SUTCLIFFE LLP | KATHARINE I CROST & LORRAINE S MCGOWEN | kcrost@orrick.com; lmcgowen@orrick.com |
| PACHULSKI STANG | ROBERT J FEINSTEIN, MARIA BOVE & JASON H ROSELL | rfeinstein@pszjlaw.com |
| PEPPER HAMILTON | DEBORAH KOVSKY-APAP | kovskyd@pepperlaw.com; |
| PEPPER HAMILTON | GARY APFEL | apfelg@pepperlaw.com |
| PRINCE LOBEL TYP LLP | RICHARD BRIANSKY | rbriansky@princelobel.com |
| SAN MARINO BUSINESS PARTNERS LLC | BRADFORD CORNELL | bcornell@hsscaltechedu |
| SEVERSON & WERSON | DUANE M GECK & DONALD H CRAM | dmg@severson.com; dhc@severson.com |
| SILVERMANACAMPORA LLP | RONALD J FRIEDMAN & JUSTIN KRELL | RFriedman@SilvermanAcampora.com |
| TROUTMAN SANDERS LLP | JASON E MANNING | jason.manning@troutmansanders.com |
| WOLF HALDENSTEIN | ERIC B LEVINE & DANIEL TEPPER | levine@whafh.com; tepprt@whafh.com |
| ZEICHNER ELLMAN & KRAUSE LLP | JANTRA VON ROY | jvanroy(zeklaw.com |

# EXHIBIT F

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ALIXPARTNERS LLP | ALAN D HOLTZ | 2000 TOWN CENTER STE 2500 | | SOUTHFIELD | MI | 48075 |
| ANALYTIC FOCUS LLC | ADRIAN COWAN | 4939 DE ZAVALA ROAD STE 105 | | SAN ANTONIO | TX | 78249 |
| ARTHUR J GONZALEZ | c/o CHADBOURNE & PARKE LLP | HOWARD SEIFE & DAVID M LEMAY | 30 ROCKEFELLER PLAZA | NEW YORK | NY | 10112 |
| BRADLEY ARANT BOULT CUMMINGS LLC | R W MADDOX & J R BENDER | 1819 5TH AVE NORTH | | BIRMINGHAM | AL | 35203 |
| CARPENTER LIPPS & LELAND LLP | JEFFREY A LIPPS & J AL BATTLE & D A BECK | 280 PLAZA STE 1300 | 280 NORTH HIGH ST | COLUMBUS | OH | 43215 |
| CENTERVIEW PARTNERS LLC | MARC D PUNTUS | 31 WEST 52ND ST | 22ND FL | NEW YORK | NY | 10019 |
| CHADBOURNE & PARKE LLP | HOWARD SEIFE & DAVID M LEMAY | 30 ROCKEFELLER PLAZA | | NEW YORK | NY | 10112 |
| COHERENT ECONOMICS LLC | ALAN S FRANKEL | 2800 ACACIA TERRACE | | BUFFALO GROVE | IL | 60089 |
| CURTIS MALLET PREVOST COLT MOSLE | STEVEN J REISMAN & MARYANN GALLAGHER | 101 PARK AVE | | NEW YORK | NY | 10178-0061 |
| DELOITTE & TOUCHE LLP | TOM ROBINSON | 200 RENAISSANCE CENTER STE 3900 | | DETROIT | MI | 48243-1300 |
| DORSEY & WHITNEY LLP | ERIC LOPEZ SCHNABEL & JESSICA D MIKHAILEVICH | 51 W 52ND ST | | NEW YORK | NY | 10019 |
| DORSEY & WHITNEY LLP | THOMAS O KELLY III | 50 SOUTH SIXTH ST STE 1500 | | MINNEAPOLIS | MN | 55402-1498 |
| EPIQ | TODD W WUERTZ | 737 N MICHIGAN AVE | STE 1260 | CHICAGO | IL | 60611 |
| FORTACE LLC | FRANK SILLMAN | 1601 N SEPULVEDA BLVD NO 146 | | MANHATTAN BEACH | CA | 90266 |
| FTI CONSULTING LLC | WILLIAM J NOLAN | 3 TIMES SQUARE | | NEW YORK | NY | 10036 |
| HUDSON COOK LLP | DANA FREDERICK CLARKE | 6 HUTTON CENTRE DRIVE | STE 840 | SANTA ANA | CA | 92707 |
| J F MORROW | | 5514 DARMONDALE | | SAN ANTONIO | TX | 78261-2622 |
| KPMG LLC | JAMES W MCAVEENEY | 200 E RANDOLPH DR | STE 5500 | CHICAGO | IL | 60601-6436 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |
| LOCKE LORD LLP | THOMAS J CUNNINGHAM | 111 SOUTH WACKER DRIVE | | CHICAGO | IL | 60606 |
| MERCER (US) INC | C/O FREEBORN & PETERS LLP | THOMAS R FAWKES & DEVON J EGGERT | 311 S WACKER DR STE 3000 | CHICAGO | IL | 60606-6677 |
| MESIROW FINANCIAL CONSULTING LLC | RALPH S TULIANO CEO | 666 THIRD AVE 21ST FL | | NEW YORK | NY | 10017 |
| MOELIS & COMPANY | JARED J DERMONT | 399 PARK AVE 5TH FL | | NEW YORK | NY | 10022 |
| MORRISON COHEN LLP | JOSEPH T MOLDOVAN & ROBERT K DAKIS | 909 THIRD AVE | | NEW YORK | NY | 10022 |
| MORRISON FOERESTER | GARY S LEE, LORENZO MARINUZZI, ERICA J RICHARDS | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | KATHARINE I CROST & LORRAINE S MCGOWEN | 51 WEST 52ND ST | | NEW YORK | NY | 10019-6142 |
| PACHULSKI STANG | ROBERT J FEINSTEIN, MARIA BOVE & JASON H ROSELL | 780 THIRD AVE 36TH FL | | NEW YORK | NY | 10017 |
| PEPPER HAMILTON | DEBORAH KOVSKY-APAP | 4000 TOWN CENTER | STE 1800 | SOUTHFIELD | MI | 48075-1505 |
| PEPPER HAMILTON | GARY APFEL | 333 S GRAND AVE STE 1670 | | LOS ANGELES | CA | 90071-9500 |
| PRINCE LOBEL TYP LLP | RICHARD BRIANSKY | 100 CAMBRIDGE ST STE 2200 | | BOSTON | MA | 02114- |
| RUBENSTEIN ASSOCIATES INC | HOWARD J RUBENSTEIN | 1345 AVENUE OF THE AMERICAS | 30TH FL | NEW YORK | NY | 10105 |
| SAN MARINO BUSINESS PARTNERS LLC | BRADFORD CORNELL | 607 FOXWOOD ROAD | | LA CANADA FLINTRIDGE | CA | 91011 |
| SEVERSON & WERSON | DUANE M GECK & DONALD H CRAM | ONE EMBARCADERO CENTER STE 2600 | | SAN FRANCISCO | CA | 94111 |
| SILVERMANACAMPORA LLP | RONALD J FRIEDMAN & JUSTIN KRELL | 100 JERICHO QUADRANGLE STE 300 | | JERICHO | NY | 11753 |
| TOWERS WATSON | MICHAEL AGRUSA | 28411 NORTHWESTERN HWY | STE 500 | SOUTHFIELD | MI | 48034 |
| TROUTMAN SANDERS LLP | JASON E MANNING | 222 CENTRAL PARK AVE STE 200 | | VIRGINIA BEACH | VA | 23462 |
| WOLF HALDENSTEIN | ERIC B LEVINE & DANIEL TEPPER | 270 MADISON AVE | | NEW YORK | NY | 10016 |
| ZEICHNER ELLMAN & KRAUSE LLP | JANTRA VON ROY | 575 LEXINGTON AVE 10TH FL | | NEW YORK | NY | 10022 |

# EXHIBIT G

Exhibit D

Served via Electronic Mail

| COMPANY | CONTACT | EMAIL |
|---------|---------|-------|
| BINGHAM McCUTCHEN LLP | Steven Wilamowsky | steven.wilamowsky@bingham.com |

# EXHIBIT H

Exhibit H

Served via Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---------|---------|----------|------|-------|-----|
| BINGHAM McCUTCHEN LLP | Steven Wilamowsky | 399 Park Avenue | New York | NY | 10022 |

# EXHIBIT I

Exhibit 4

Served via Electronic Mail

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| DAY PITNEY LLP | JAMES J TANCREDI & HERBERT K RYDER | jjtancredi@daypitney.com; hryder@daypitney.com |

# EXHIBIT J

Exhibit J
Served via Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| DAY PITNEY LLP | JAMES J TANCREDI & HERBERT K RYDER | 242 TRUMBULL ST | HARTFORD | CT | 06103- |
| DAY PITNEY LLP | JAMES J TANCREDI & HERBERT K RYDER | 7 TIMES SQUARE | NEW YORK | NY | 10036-7311 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

3/18/2013