**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- )
In re:                                                    )    Chapter 11
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )    Case No. 12-12020 (MG)
                                                          )
                                                          )    Jointly Administered
                        Debtor.                           )
--------------------------------------------------------- )

**CONFIDENTIAL-SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, SIGNED MARCH 21, 2013 (DOCUMENT NO.: 3285) DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.