**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2013, I electronically filed the following:

> FIRST INTERIM APPLICATION OF PEPPER HAMILTON LLP AS SPECIAL FORECLOSURE REVIEW COUNSEL FOR BANKRUPTCY ISSUES FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 15, 2012 THROUGH DECEMBER 31, 2012  [docket no. 3187]

with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that I caused copies of the foregoing to be served on the parties listed on attached Exhibit A, via overnight delivery, at the addresses stated.

| | |
|---|---|
| Dated:  March 22, 2013 | PEPPER HAMILTON LLP<br><br>/s/ Deborah Kovsky-Apap<br>Deborah Kovsky-Apap (kovskyd@pepperlaw.com)<br>4000 Town Center, Suite 1800<br>Southfield, MI  48075<br>Telephone 248.359.7331<br>Facsimile 248.359.7700<br> and<br><br>Gary Apfel (apfelg@pepperlaw.com)<br>Wells Fargo Tower<br>333 South Grand Avenue, Suite 1670<br>Los Angeles, CA  90071-9500<br>Telephone:  213.293.3130<br>Facsimile:  213.628.8690<br><br>Special *Foreclosure Review Counsel For Bankruptcy Issues to the Debtors and Debtors in Possession* |

# EXHIBIT A

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
　　Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
　　and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
　　Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
　　Jonathan H. Hofer

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Tammy Hamzehpour

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601