**MEYNER AND LANDIS LLP**
**One Gateway Center, Suite 2500**
**Newark, New Jersey 07102**
**(973) 602-3427**
Attorneys for PNC Bank, National Association
Meredith I. Friedman (MF 9495)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 12-12020 |
| | Hearing Date: April 30, 2013 |
| RESIDENTIAL CAPITAL, LLC, et.al, | Chapter 11 |
| | Jointly Administered |
| Debtor. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                               ) SS:.
COUNTY OF ESSEX           )

        Linda LaForge, being duly sworn, deposes and states:

        1.      I am a legal assistant employed by Meyner and Landis LLP at One Gateway Center, Suite 2500, Newark, New Jersey 07102, I am over the age of twenty-one years and not a party to the above-captioned proceeding.

        2.      On March 21, 2013, I caused to be served via first class mail copies of the following document upon the parties listed in the Monthly Service list attached hereto as **Exhibit**

**"A"**. On March 21, 2013 I caused to be served copies of the referenced documents upon the parties

listed in **Exhibit "B"** via the methods indicated therein.

      a)     Notice of Motion for Relief from the Stay to Pursue Foreclosure; Certification of

              Matthew Beatty in Support of Motion by PNC Bank, National; Association for

              Relief from the Automatic Stay; and proposed form of Order Vacating Stay.

                                   Linda LaForge

DATED:      March 22, 2013

Sworn to and subscribed before me
This 22nd day of March, 2013.

PATRICIA E. MALISZEWSKI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 8, 2013

2

# EXHIBIT A

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## <u>MONTHLY SERVICE LIST AS OF MARCH 1, 2013</u>

12-12020-mg    Doc 3084    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 2 of 27

Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | COUNTRY | ZIP | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | | 10112 | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com, dlemay@chadbourne.com, rgayda@chadbourne.com, mroitman@chadbourne.com | Counsel to the Examiner, Arthur J Gonzalez |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | | 10013 | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | | New York | NY | | 10019 | 212-878-8000 | 212-878-8375 | jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com | Counsel to Crown Loan Servicing LLC |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | | 07901 | 201-593-2456 | | kelvin.vargas@db.com | Interim Trustee to Unsecured Notes [Trap 66 Creditor] |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | | 19103 | 215-575-1876 | 240-699-2178 | peter_mcgonigle@fanniemae.com | Prepetition Lender - Fannie EAF |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | | 19101-7346 | 800-973-0424 | 855-235-6787 | | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | | 19104 | 800-829-4937 | | | Internal Revenue Service |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | | 21201 | | | | Internal Revenue Service |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | | 10178 | 212-808-7800 | 212-808-7897 | kdwbankruptcydepartment@kelleydrye.com | Counsel to UMB Bank N A, as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | | 10022 | 212-446-4770 | 212-446-4900 | rcieri@kirkland.com, richard.cieri@kirkland.com, michael.hessler@kirkland.com, gregory.horowitz@kirkland.com, william.b.dolan@kirkland.com, timothy.fanelli@kirkland.com | Counsel to the Equity Security Holders [Ally Financial and Ally Bank] |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | | 10022-4611 | 212-446-4800 | 212-446-4900 | rschrock@kirkland.com, stephen.hessler@kirkland.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | NY | | 10036 | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com, tmayer@kramerlevin.com, dmannal@kramerlevin.com, jtrachtman@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kurtzman Carson Consultants | Alison M Tearnen Schepper | 2335 Alaska Ave | | El Segundo | CA | | 90245 | | | | Claims and Noticing Agent |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | NY | | 10005 | 212-530-5670 | 212-822-5670 | guzzi@milbank.com, gjamaludddin@milbank.com, jbrewster@milbank.com, dcottrell@milbank.com, damorse@milbank.com, William.thompson@milbank.com, ssahni@milbank.com, Eileen.obrien@milbank.com, Laura.bielinski@milbank.com, steve.zide@milbank.com | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | | 10104 | | | | Residential Capital LLC |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | NY | | 10104 | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com, glee@mofo.com, lmarinuzzi@mofo.com | Counsel to the Debtors |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | | 12224-0341 | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US, enid.stuart@OAG.State.NY.US | Counsel to the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | | 10007 | 212-637-2800 | 212-637-0080, 914-993-1980, 212-637-2745 | | Office of the United States Attorney for the Southern District of New York |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | | 20549 | 202-942-8088 | 202-772-9316 | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission: NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | | 10281-1022 | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov, nyrobankruptcy@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Skadden Arps State Meagher & Flom LLP | Jonathan H Hofer | Four Times Square | | New York | NY | | 10036 | 212-735-3849 | 917-777-3849 | jonathan.hofer@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps State Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | | 10036 | 212-735-3000 | 917-777-3010 | ken.ziman@skadden.com | Consent to Barclays Bank PLC |
| Skadden Arps State Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | | 10036 | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps State Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | | 10036 | 212-735-3000 | 917-777-2959 | suzanne.lovett@skadden.com | Counsel to Barclays Bank PLC |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | | 10286 | | | | Indenture Trustee under the Pre-Petition GSAP Facility |
| US Department of Justice | US Attorney General, Eric H Holder, Jr | 950 Pennsylvania Ave NW | | Washington | DC | | 20530-0001 | 202-514-2000 | 202-307-6777 | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| United States Attorney's Office for the Southern District of New York and Civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | | 10007 | 212-637-2745 | | joseph.cordaro@usdoj.gov | Counsel to the United States of America |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A Riffkin and Brian S Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | | 10004 | 212-510-0500 | 212-668-2255 | Linda.Riffkin@usdoj.gov, Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | | 21046 | | | | GMACM Indenture Trustee at Corporate Trust Office |

12-12020-mg    Doc 3080    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 3 of 7

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|

12-12020-mg    Doc 3080    Filed 03/01/13    Entered 03/01/13 15:29:42    Main Document
Pg 4 of 7

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE/ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|

Please visit www.kccllc.net/rescap for the most current version of this service list.

3/1/2013

12-12020-mg    Doc 3080    Filed 03/01/13    Entered 03/01/13 16:28:42    Main Document

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

Pg 6 of 7

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Monthly Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Canada Trust Company | Susan Khokher | 79 Wellington Street, West, 8th Floor/Centre | PO Box 1 Toronto Dominion | Toronto | ON | M5K 1A2 | Canada | 416-308-4905 | 512-854-4998 | Susan.Darkin@tdsecurities.com; CDirkiancher.steven@tdsecurities.com | Securitization Trustee |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | PO Box 1748 | | Austin | TX | 78767 | | 512-854-9513 | 512-854-4808 | kay.brock@co.travis.tx.us | Counsel to Tina Morton, Travis County Tax Assessor Collector |
| U.S. Bank National Association | John Abram II Scott & David A Jason | 190 S. LaSalle Street | | Chicago | IL | 60603 | | 312-332-6178 | | | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | 60 Livingston Ave. | | St. Paul | MN | 55107 | | 651-495-3833 | 888-666-1694 | michelle.moeller@usbank.com | Securitization Trustee |
| U.S. Bank National Association | Tamar Adler, Corporate Trust | West Side Flats, EP-MN-WS3D | 60 Livingston Ave. Room | St. Paul | MN | 55107 | | 651-495-3863 | 866-617-2930 | tamar.adler@usbank.com | Securitization Trustee |
| U.S. Department of Justice | Atth: Glenn D. Gillett | Civil Division | 1100 L Street NW, Room 10018 | Washington | DC | 20005 | | | | Glenn.Gillett@usdoj.gov | |
| UMB Bank NA | Mark B Flannagan | 1010 Grand Blvd, 4th Floor | | Kansas City | MO | 64106 | | 816-860-3009 | 816-860-3009 | Mark.Flannagan@umb.com | Counsel to GSE - Ginnie Mae; Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| US Bank NA Corporate Trust Services Division | James H Byrnes | 1 Federal St 3rd Fl | | Boston | MA | 02110 | | 617-603-6442 | 617-603-6664 | james.byrnes@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| US Bank Global Corporate Trust Services | Laura L Moran | 1 Federal St 3rd Fl | | Boston | MA | 02110 | | 617-603-6429 | 617-603-6664 | laura.moran@usbank.com | US Bank as Trustee for Certain Mortgage-Backed Securities Trusts |
| Watkins Bleeker Birbrom & Vaughan PC / Wilk Collateral & Merkin LLP | Michael Vaughan & David M Stearns; Gary T Holtzer | 2929 City Center Square, 767 Fifth Ave | | Kansas City / New York | MO / NY | 64106 / 10153 | | 816-421-7427 / 212-310-8000 | 816-421-7700 / 212-310-8007 | mvaughan@weil.com; gary.holtzer@weil.com | Counsel to Representative Plaintiffs and the Putative Class; Counsel to Barclays Guarantee Inc. |
| Wells Fargo Bank, N.A. | Kelly Rentz | Corporate Trust Services | 9062 Old Annapolis Road | Columbia | MD | 21045 | | 410-884-2000 | 410-715-2380 | kelly.rentz@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Mark Garcia Esq Senior Counsel | MAC T7416-010 | 2101 Main St NE | Minneapolis | MN | 55413 | | 720-545-2000 | 720-545-3515 | scott.garcia@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | 210 Second St NE | | San Antonio | TX | 78291 | | 210-545-9442 | 210-545-9515 | accessismylife@gmail.com | Claimant; Counsel to Prepetition Claimant Ray Block |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8479 | 212-354-8113 | cshore@whitecase.com; isilverbrand@whitecase.com | Counsel to Wells Fargo Bank as Trustee; Counsel to the Ad Hoc Group of Junior Secured Noteholders; Co-Counsel to the Ad Hoc Group of Junior Secured Noteholders |
| Willkie Farr & Gallagher LLP / Wilmington Trust NA | Jennifer J Hardy; Stephanie Wickouski; Julie J Becker, Vice President | 787 Seventh Avenue | 50 South Sixth St, Ste 1290 | New York / Minneapolis | NY / MN | 10019 / 55402 | | 212-728-8000 / 612-217-5629 | 212-728-8111 / 612-217-5651 | jhardy@willkie.com; julie.becker@wilmingtontrust.com | Counsel to Monarch Alternative Capital LP; Member of Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Jaes David L Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | | 914-323-7000 | 914-323-7001 | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Atth: David Neier | 200 Park Avenue | | New York | NY | 10166 | | 212-294-6700 | 212-294-4700 | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier & Carrie V Hardman | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com; chardman@winston.com | Counsel to GSE - Fannie Mae |
| Wollmuth Maher & Deutsch LLP | Atth: James N Lawlor, Stephanie Murphy | One Gateway Center, 9th Fl | | Newark | NJ | 07102 | | 973-733-9200 | 973-733-9292 | jlawlor@wmd-law.com; smurphy@wmd-law.com | Counsel to The Western and Southern Life Insurance Company |
| Wollmuth Maher & Deutsch LLP | Atth: Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10119 | | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company, et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

3/1/2013

# EXHIBIT B

**Via USPS**

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay
& Robert J Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers
Mayer & Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
Alison M. Tearnen Schepper
2335 Alaska Ave
El Segundo, CA 90245

**Milbank, Tweed, Hadley & McCloy LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY 10005

**Morrison & Foerster LLP**
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

**Morrison & Foerster LLP**
Larren M Nashelsky, Gary S Lee
& Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Clifford Chance US LLP**
Attn: Jennifer C. DeMarco and Adam
Lesman
31 West 52nd Street
New York, NY 10019

**Office of the NY State Attorney General**
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

**Office of the US Attorney for the Southern District of NY**
United States Attorney Preet
Bharara
One St Andrews Plaza
New York, NY 10007

**Securities & Exchange Commission**
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**Securities & Exchange Commission NY Regional Office**
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

**US Trustee for the Southern District of NY**
Tracy Hope Davis, Linda A.
Riffkin and Brian S. Masumoto
33 Whitehall St 21st Fl, Region 2
New York, NY 10004

**United States Attorney's Office for the Southern District of New York Civil Division**
Attn Joseph Cordaro
86 Chambers St 3rd Fl
New York, NY 10007

**The Bank of New York Mellon**
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

**U.S. Bank National Association**
Attn: George Rayzis
50 South 16th Street
Philadelphia, PA 19102

**Wells Fargo Bank NA**
Attn Corporate Trust Services -
GMACM Home Equity Notes 2004
Variable Funding Trust
PO Box 98
Columbia, MD 21046

**U.S. Department of Justice**
US Attorney General, Eric H.
Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001