**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

**FIFTH REVISED JOINT OMNIBUS SCHEDULING ORDER AND PROVISIONS FOR OTHER RELIEF REGARDING DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENTS**

Whereas, the Debtors have filed the following motions with this Court that are the subject of this revised proposed omnibus scheduling order: the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* (the "RMBS Trust Settlement Agreements") [ECF Doc. # 320] and the *Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 1176] (together, the "9019 Motion");

Whereas, the Court entered the *Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) the RMBS Trustees' Limited Objection to the Sale Motion* [ECF Doc. # 945] on July 31, 2012 (the "July 31, 2012 Scheduling Order");

Whereas, the Court entered the *Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 1551] on September 25, 2012 (the "September 25, 2012 Scheduling Order");

Whereas, the Court entered the *Third Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 1926] on October 23, 2012 (the "October 23, 2012 Scheduling Order");

Whereas, the Court entered the *Fourth Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 2528] on December 27, 2012 (the "December 27, 2012 Scheduling Order");

Whereas, the Court held a status conference on March 1, 2012, at which certain changes to the schedule set out in the December 27, 2012, Scheduling Order were made;

Whereas, except for the changes set forth in this Order, all of the provisions of the July 31, 2012 Scheduling Order, September 25, 2012 Scheduling Order, October 23, 2012 Scheduling Order, and December 27, 2012 Scheduling Order, remain in effect; and

Whereas, the Court has approved the changes to the schedule, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1) On or before March 8, 2013, by 5 p.m., the Debtors shall produce documents in the possession, custody, or control of independent director Pamela West that are responsive to the Committee's August 25, 2012, document request. The deposition of Ms. West shall take place promptly thereafter on a mutually convenient date.

2) The Debtors, MBIA Insurance Corporation, Financial Guaranty Insurance Company, Assured Guaranty, the RMBS Trustees, the Steering Committee,

and the Talcott Franklin Group shall meet and confer in an effort to resolve disagreements regarding the scope of the releases set out in the proposed settlement agreements as they apply to claims asserted by, or that could be asserted by, MBIA Insurance Corporation, Financial Guaranty Insurance Company, and Assured Guaranty. The Debtors shall report to the Court on March 18, 2013, regarding the results of the meet and confer process.

3) The reply briefs of the Debtors, the Steering Committee, and the RMBS Trustees (to the extent the RMBS Trustees have elected to support the 9019 Motion) to the objections to the 9019 Motion made by the Ad Hoc Group of Junior Secured Noteholders and Assured Guaranty shall be served and filed on March 15, 2013.

4) The hearing on the motion of the Official Committee of Unsecured Creditors to preclude the introduction of evidence related to reliance on counsel shall be held on April 11, 2013, at 11:30 a.m. No further briefing on this motion shall be allowed.

5) All *in limine* motions, *Daubert* motions, and motions to preclude witnesses, shall be filed and served by May 6, 2013, by 5 p.m. Opposition briefs regarding any such motions shall be served and filed by May 13, 2013, by 5 p.m. Reply briefs regarding any such motions shall be served and filed by May 17, 2013, by 5 p.m. Oral argument on any such motions shall be heard at the final pretrial conference.

6) All adverse witness lists, exhibit lists, and direct testimony, along with any other disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure, shall be filed with the Court by May 14, 2013, by 5 p.m.

7) A final pretrial conference shall be held on May 23, 2013, at 10 a.m. In advance of the conference, the parties shall prepare a proposed pretrial order that

addresses, among other things, the authenticity and admissibility of exhibits.

8) The Court will hold an evidentiary hearing on the 9019 Motion on May 28, 29, 30, 31, and June 3, 2013. The hearing will be limited to 30 hours. The parties supporting the 9019 Motion will be allowed 12 hours, and the parties opposing the motion will be allowed 18 hours. There will be no further adjournment of the hearing except for good cause shown.

9) The parties shall serve and file simultaneous post-trial briefs by June 17, 2013, by 5 p.m. The parties shall serve and file post-trial reply briefs by June 24, 2013, by 5 p.m.

10) Closing argument on the 9019 Motion will be held on July 1, 2013, at 10:00 a.m.

11) The deadline for the RMBS Trustees to accept or reject the RMBS Trust Settlement on behalf of any Settlement Trust will be 30 days after the entry of an order approving the 9019 Motion.

12) Except as provided in this order, and in the July 31, 2012 Scheduling Order, the September 25, 2012 Scheduling Order, the October 23, 2012 Scheduling Order, and the December 27, 2013 Scheduling Order, all parties' rights with regard to the Sale Order are preserved. All deadlines that have already expired are not extended or altered by this Order.

Dated: March 25, 2013
New York, New York

                                                            _____/s/Martin Glenn_____
                                                              MARTIN GLENN
                                          United States Bankruptcy Judge